UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAIGE F. CRESPO                                             CIVIL ACTION

VS.                                                         NO. 2:20-CV-0791

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**COMPLAINT**

The Complaint of Paige F. Crespo respectfully alleges:

1. This is a claim for ERISA long term disability benefits.

2. This Court has jurisdiction and venue under 29 U.S.C. § 1001 et seq.; 29 U.S.C. § 1132(e)(1)(2).

3. Plaintiff, **Paige F. Crespo**, of lawful age and a resident of New Orleans, Louisiana, is a plan participant and beneficiary of an ERISA plan created by her employer, Ochsner Clinic Foundation and an insured participant of a group disability policy issued by Liberty Life Assurance Company of Boston.

4. Defendant, **Liberty Life Assurance Company of Boston ("Liberty")**, is a foreign corporation, doing business in Louisiana. Upon information and belief, Liberty is incorporated in Boston, Massachusetts, and its principal place of business is in the state of Massachusetts.

5. Liberty issued a group policy insuring the employees of Ochsner Clinic Foundation. Plaintiff is a beneficiary and insured under the policy.

6. ERISA mandates that all plan administrators discharge their duties in the interest of plan participants and beneficiaries. 29 U.S.C. § 1104(a)(1).

7. Plaintiff is disabled under the terms of the plan and is currently receiving LTD benefits from Defendant.

8. Plaintiff is disabled under the terms of the disability policy issued by Liberty.

9. Plaintiff has appealed the amount of her benefits to Liberty, requesting that Liberty increase the amount of her monthly benefits.  More specifically, Liberty failed to include certain forms of earnings when determining her basic monthly earnings.

10. Liberty unlawfully denied Plaintiff benefits she is entitled to under terms of the disability policy.

11. Plaintiff appealed the denial, challenging Liberty's decision regarding the amount of benefits that Liberty determined to be due to Plaintiff.

12. Liberty has refused to increase her monthly benefits.

13. Liberty's denials are based on insubstantial evidence and are arbitrary and an abuse of discretion.

14. Plaintiff has exhausted her administrative remedies and now files this suit to reverse Liberty's denial of benefits.

15.  Liberty has abused its discretion as plan administrator by denying Plaintiff's claim for disability benefits in bad faith.

16. Liberty administered Plaintiff's claim with an inherent and structural conflict of interest as Liberty is liable to pay benefits from its own assets to Plaintiff, and each payment depletes Liberty's assets.

17. Liberty has failed to give the policy and Plan a uniform construction and interpretation.

18. Liberty chooses to conduct reviews of denied claims in order to maintain strict control over its risk of loss and to maintain higher profit margins than if a financially independent third party decided the appeals.

19. As a routine business practice, Liberty uses the appeals process to support initial benefit denials rather than to review impartially whether it should reverse appealed denials.

20. Plaintiff has been denied the benefits due to her under the Plan, has suffered, and is continuing to suffer economic loss as a result.

21. Plaintiff is entitled to an award of interest on all money that Defendants should have paid to Plaintiff.

22. Defendants' denial has required Plaintiff to hire attorneys to represent her in this matter to recover benefits due to her under the Plan.

**WHEREFORE**, Plaintiff prays for judgment against each Defendant as follows:

1. For all benefits due Plaintiff in the past and future under the Plan, plus pre- and post-judgment interest;

2. For all reasonable attorney fees;

3. For costs of suit; and

4. For all other relief as the facts and law may provide.

Respectfully submitted,

/s/ Reagan L. Toledano
Willeford & Toledano
Reagan L. Toledano (La. 29687)
James F. Willeford (La. 13485)
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286; (f) (313)692-5927
rtoledano@willefordlaw.com