**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PAIGE F. CRESPO,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:20-CV-00791-ILRL-KWR** |
| **V.** | **JUDGE IVAN L.R. LEMELLE** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

## DEFENDANT'S STATEMENT OF CORPORATE DISCLOSURE

Defendant,[1] Liberty Life Assurance Company of Boston n/k/a Lincoln Life Assurance Company of Boston, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure files this statement of corporate disclosure and states:

Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) is a nongovernmental corporate party with the following parent corporation(s):

> The Lincoln National Life Insurance Company
> Lincoln National Corporation

Lincoln Life Assurance Company of Boston is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted this 11th day of May 2020.

---

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

1

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
Email:  lindsay.calhoun@phelps.com

- And -

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA
RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456

**COUNSEL FOR DEFENDANT LIBERTY
LIFE ASSURANCE COMPANY OF BOSTON**

2