**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **PAIGE F. CRESPO,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:20-CV-00791-ILRL-KWR** |
| **V.** | **JUDGE IVAN L.R. LEMELLE** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

## DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD

Defendant,[1] Liberty Life Assurance Company of Boston n/k/a Lincoln Life Assurance Company of Boston, files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on November 2, 2020 (Document 13).

1.   Group Disability Income Policy (Liberty/Crespo 0001-0063).

1.   Uphold Letter dated November 20, 2018 (Liberty/Crespo 0158-0164).

3.   The Administrative Record pertaining to LTD claim (Liberty/Crespo 0064-0157 and 0165-1737).

Dated this 13th day of January 2021.

Respectfully submitted,

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com

---

[1]   Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456

- And -

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
Email:  lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

 /s/  *Iwana Rademaekers*
Iwana Rademaekers

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**                    Page **2**