Page 1 of 1

**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help | |
|---|---|---|---|---|---|---|

Admin Notes    Claim    Class    Correspond    Doc List    Medical    SPELL Letters

Claim Number 5458678     Claim Last Updated 02/13/2020     Printed On 3/25/2020

**Claimant Information**

Name PAIGE F CRESPO     SSN     Birth Date

Address C/O REAGAN L TOLEDANO     Salary Amount $ 12220.00     Mode M

WILLEFORD & TOLEDANO     Date of Hire 06/25/2001

201 ST CHARLES AVE, STE 4208     Last Work Date 04/10/2015

NEW ORLEANS, LA 70170-0000     Federal Tax Employee Option     State Tax No

Phone (504) 582-1292     Phys Demands Light

JobDesc CRNA-ANESTHESIOLOGIST

Claim Status Approved     Status Reason     Received Date 09/22/2015

Disability Date 04/11/2015     Close Date     Reopen Date 09/01/2016

Sick Days Left 182     Max Ben Date 04/10/2039     RTW FT / PT

Ben Begin Date 10/10/2015     Apprv Thru Date 04/10/2039     Gross Ben $ 7332.00

Diagnosis 1 Code/Desc I60.7     Nontraumatic subarachnoid hemorrhage from unsp intracran art

Diagnosis 2 Code/Desc

**Policyholder Information**

Customer ID 09 - 461332     OCHSNER CLINIC FOUNDATION

Subsidiary 9010     NEW ORLEANS CLINIC BIWEEKLY

Location 24000000     ANESTHESIOLOGY NOM

Symb GF     Numeral 01     Product LTD     Funding CON     Bank Y     Calcs Y     Cntr Eff 01/01/2014

Class 7A     FT ADV PRACTICE CLINICIANS (PHYS ASST, NURSE PRAC, NEONATAL NURSE PRA

Waiting Period: New/Mode-Current/Mode 3     Year 3     Year     Days in WRKWK     Pre-X 3-1

Elimination Period: Days/Type 180     Sickness     COLA: Mode/Duration

Successive Period: Period/Mode 6     Month     SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00     Survivor Ben Months/Wait Period 3     180

Non-Verifiable Symptoms Limit     Own Occupation Definition Limit MX     M/N Limit 24

Benefit % 60.00     Max Benefit $ 16000.00     Min Benefit $ 100.00     Employer Contr % 100.00     Subro Ind Y

**Selected Benefits**

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|---|---|---|---|---|---|
| GF | 01 | LTD | 7A | 04/01/2009 | |
| PD | 01 | STD | 01 | 07/01/2002 | |

Additional Information:

EXHIBIT

3

Liberty/Crespo 0064

Page 1 of 1

**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help | |
|------|-------|-------|------|-----|------|---|

Admin Notes   Claim   Class   Correspond   Doc List   Medical   SPELL Letters

Claim Number 3444863    Claim Last Updated 10/01/2015    Printed On 3/25/2020

**Claimant Information**

| | | | | |
|---|---|---|---|---|
| Name | PAIGE F CRESPO | SSN | | Birth Date |
| Address | C/O REAGAN L TOLEDANO | Salary Amount $ 5640.00 | Mode | B |
| | WILLEFORD & TOLEDANO | Date of Hire | 06/25/2001 | |
| | 201 ST CHARLES AVE, STE 4208 | Last Work Date | 04/10/2015 | |
| | NEW ORLEANS, LA 70170-0000 | Federal Tax | None | State Tax No |
| Phone | (504) 582-1292 | Phys Demands | Light | |

JobDesc CRNA-ANESTHESIOLOGIST

| | | | | |
|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date 04/13/2015 |
| Disability Date | 04/11/2015 | Close Date | 10/10/2015 | Reopen Date 08/01/2015 |
| Sick Days Left | | Max Ben Date | 10/09/2015 | RTW FT / PT |
| Ben Begin Date | 04/25/2015 | Apprv Thru Date | 10/09/2015 | Gross Ben $ |

Diagnosis 1 Code/Desc 851.40    Cerebel/brain stm contus

Diagnosis 2 Code/Desc 01.24    Other craniotomy

**Policyholder Information**

Customer ID 09 - 461332    OCHSNER CLINIC FOUNDATION

Subsidiary 9010    NEW ORLEANS CLINIC BIWEEKLY

Location 24000000    ANESTHESIOLOGY NOM

Symb PD    Numeral 01    Product STD    Funding ASO    Bank N    Calcs Y    Cntr Eff 01/01/2014

Class 01    REGULAR FULL TIME EMPLOYEES- REGULARLY SCHEDULED TO WORK AT LEAST

Waiting Period: New/Mode-Current/Mode 12    Month 12    Month    Days in WRKWK 5    Pre-X NC

Elimination Period: Days/Type 14    Hospital-Sickness    COLA: Mode/Duration

Successive Period: Period/Mode 90    SS Integration:Type/Value

Partial Disability Type/Pct    Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit    Own Occupation Definition Limit    M/N Limit

Benefit %    Max Benefit $    Min Benefit $    Employer Contr %    Subro Ind Y

**Selected Benefits**

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|---|
| GF | 01 | LTD | 7A | 04/01/2009 | |
| PD | 01 | STD | 01 | 07/01/2002 | |

Additional Information:

Liberty/Crespo 0065

**Note Report**

| Report | Clear | Print | Help |

AS Accom   AS Event   Add Note   Appeal   Claim   Coord Claim Note   Correspond   Doc List   Employee   Leave   Life Claim   Lve Addtl Info

Lve Correspondence   Lve Program   Lve Work Sched   Medical   Medical History   Note   SPELL Letters   Scheduled Pmt   Task Print   Task Rpt

Tasks

**Claim**

\* **Claim/Event/Leave Number** 5458678          **Accommodation Number** [ ]

**Note type:** [ ]

**Primary Sort Order**
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**03/24/2020 3:17 PM - CLAIM Note 214**
Claim/Event/Leave: 5458678
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [03/24/2020 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**02/13/2020 10:52 AM - PHONE Note 50**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject :
Text: [02/13/2020 - MAXEY, TAYLOR]KIM B - ATTORNEY OFFICE 5458678 CB: 5045821286 EE: PAIGE CRESPO LTD THRU LFG PFRIDAYCRESPO@ATT.NET HELLO , THANK YOU FOR ALLOWING ME TO BE OF ASSISTANCE TO YOU TODAY. PER OUR CONVERSATION I HAVE ATTACHEDA COPY OF YOUR 2019 W2 FORM FOR CLAIM. PLEASE LET US KNOW IF YOU HAVE ANY QUESTIONS OR IF WE CAN HELP YOU FURTHER. WE APPRECIATE YOUR BUSINESS AND THANK YOU FOR BEING A VALUED LINCOLN FINANCIAL GROUP CUSTOMER. TAYLOR MAXEY CUSTOMER SERVICE ASSOCIATE, CLAIMS CONTACT CENTER OFFICE: 800-423-2765 FAX DISABILIY: 877-843-3950 FAX DENTAL: 877-843-3945 LINCOLN FINANCIAL GROUP 8801 INDIAN HILLS DR, OMAHA,NE 68114 LINCOLNFINANCIAL.COM

**02/06/2020 10:40 AM - CLAIM Note 213**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : INDIVIDUAL POLICY
Text: [02/06/2020 - RICHARDS, SUZETTE]REQUEST REC'D FROM DAVID ARB WHO WORKS FOR AMERITAS INSURANCE, THEY HAVE THE INDIVIDUAL LTD CLAIM , LOOKING FOR INFO ON OUR CLAIM TO AVOID DUPLICATION OF EFFORTS, MGR APPROVED I CAN ANSWER THE QUESTIONS ON THE REQUESTAND FAX BACK TO 513 595 5418 FAXED NOW

**01/28/2020 10:42 AM - PHONE Note 49**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject : IND DIS CARRIER
Text: [01/28/2020 - RICHARDS, SUZETTE]IS LOOKING FOR UPDATED INFORMATION ON MUTUAL CLIENT , ADVISED HIM TO FAX WRITTEN REQUEST WITH AUTH INDICATING WHAT HE IS LOOKING FOR. PROVIDED HIM W/ MY FAX

**01/23/2020 10:49 AM - PHONE Note 48**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject :
Text: [01/23/2020 - BOUCHER, ASHLEY]REC'D CALL FROM MARK WARNER AT ANOTHER INSURANCE COMPANY WHO STATED HE WAS LOOKING TO CLARIFY WHETHER THEY HAVE MUTUAL CLMT WITH US. I CONFIRMED SHE DOES HAVE CLAIM WITH US AND GAVE ADCM CONTACT INFO. HE THANKED ME AND C/E.

**08/06/2019 8:05 AM - CLAIM Note 212**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : DMS REF PROCESSED
Text: [08/06/2019 - RICHARDS, SUZETTE]FILE FROM SSAT , SSDB DENIED AT AC , F/U 1YR

**08/01/2019 9:12 AM - CLAIM Note 211**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : INCOMING FILE
Text: [08/01/2019 - NILES, CATHY]CLAIM FILE (PAPERLESS) RECEIVED FROM SSAT TO DMS FOR CONTINUED MANAGEMENT.

Liberty/Crespo 0066

THIS HAS BEEN REASSIGNED TO SUZETTE RICHARDS

**08/01/2019 2:31 AM - CLAIM Note 210**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/31/2019 - REFERRED TO DMS FOR CONTINUED MANAGEMENT.

**07/31/2019 3:28 PM - CLAIM Note 209**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : RE-APPLY STATUS
Text: [07/31/2019 - FILES, ROBERT]NO RESPONSE FROM THE ATTORNEY ON REAPPLYING FOR SSDI BENEFITS PER PREVIOUS MANAGER NOTE SENDING TO DMS FOR ONGOING MANAGEMENT.

**06/11/2019 2:33 PM - CLAIM Note 208**
Claim/Event/Leave: 5458678
NoteSubject : LTR to Atty
Other Subject : SS REQUEST
Text: [06/11/2019 - KENT, ASHLEY]REQUESTING CB BY 6/25/19 TO DISCUSS REAPPLICATION WITH DOH VENDOR.

**05/30/2019 3:43 PM - PHONE Note 47**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [05/30/2019 - KENT, ASHLEY](504) 582-1286 - ATTY REAGAN TOLEDANO - S/W OFFICE AND EXP SITUATION AND WOULD LIKE TO OFFER VENDOR ASSISTANCE IF EE WOULD LIKE TO FILE AGAIN FOR SSDI - DISCUSSED BENEFITS OF APPLYING AGAIN. SHE ADV ATTY WAS NOT AVAIL RIGHTNOW BUT WOULD RELAY MESSAGE TO HIM AND HAVE HIM CALL ADCM BACK. THANKED AND CALL ENDED.

**05/20/2019 2:53 PM - PHONE Note 46**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [05/20/2019 - KENT, ASHLEY]AT RECOMMENDATION OF MGR - LEFT MESSAGE FOR ATTY TOLEDANO TO RTC TO DISCUSS POSSIBILITY OF EE APPLYING AGAIN FOR SSA WITH VENDOR WHILE SHE IS STILL ELIGIBLE.

**05/17/2019 12:41 PM - CLAIM Note 207**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject :
Text: [05/17/2019 - DURLING, BARBARA]REVIEWED FOR DMS- REQUESTED DCM CONSIDER DISCUSSION WITH CLAIMANT AND/OR EE REGARDING REFERRING TO SS VENDOR FOR REPRESENTATION AND FILING BEFORE REFERRING TO DMS.

**05/17/2019 11:47 AM - CLAIM Note 206**
Claim/Event/Leave: 5458678
NoteSubject : Action Plan
Other Subject : ANNUAL
Text: [05/17/2019 - KENT, ASHLEY]45 YOF CRNA-ANESTHESIOLOGIST OOW D/T INTRACRANIAL HEMORRHAGE. EXT OWN OCC. SSDI DENIED THRU ALL LEVELS AND EE DOES NOT WISH TO FILE A NEW APPLICATION. EE IS ATTY REPRESENTED. UPDATED CLMT FORMS ON FILE. PAST MEDICAL REVIEWSUPPORTS ONGOING IMPAIRMENT AND THAT IMPROVEMENT IN CLAIMANT'S FUNCTIONING IS NOT LIKELY, THEREFORE, RECOMMEND REFERRAL TO DMS FOR ONGOING MANAGEMENT.

**05/17/2019 11:26 AM - CLAIM Note 205**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : AC DENIAL
Text: [05/17/2019 - KENT, ASHLEY]REC'D AC DENIAL LETTER DATED 1/29/19 FROM ATTY - PER ATTY EE WILL NOT BE SUBMITTING NEW CLAIM TO SSA.

**05/14/2019 2:53 PM - PHONE Note 45**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [05/14/2019 - KENT, ASHLEY](504) 582-1286 - LMOM REQ A RTC ON SSDI STATUS

**05/03/2019 10:30 AM - PHONE Note 44**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [05/03/2019 - KENT, ASHLEY]CALLED ATTY TO CONF RECEIPT OF FORMS -- REQ UPDATE ON STATUS OF SSDI - ADV THAT THEY BELIEVE AC DENIED BUT WILL HAVE TO CALL BACK TO CONF. ASKED TO PLEASE PROVIDE AC DENIAL IF THAT'S THE CASE AND CONF IF EE HAS STARTED NEWAPPLICATION. THANKED AND CALL ENDED.

Liberty/Crespo 0067

**05/03/2019 10:13 AM - CLAIM Note 204**
Claim/Event/Leave: 5458678
NoteSubject : Notice/Proof Review
Other Subject : FORMS REC'D
Text: [05/03/2019 - KENT, ASHLEY]REC'D UPDATED APS FROM DR. WARE - EE TX FOR SUBARACHNOID HEMORRHAGE, ANEURYSM OF MIDDLE CEREBRAL ARTERY -- HAS NO LIMITATIONS FOR ADLS BUT IS NOT DEEMED CAPABLE OF SAFE PATIENT CARE - F/U EVERY 2 YEARS OR AS NEEDED FOR CTAOF HEAD. AUTH SIGNED, CIF - NOTES EE WAS SEEN IN ER 8/2018, CSS REC'D. NO OTHER INCOME REPORTED. HAS 3 DEPENDENTS.

**04/02/2019 6:07 PM - CLAIM Note 203**
Claim/Event/Leave: 5458678
NoteSubject : Action Plan
Other Subject : ANNUAL
Text: [04/02/2019 - KENT, ASHLEY]45 YOF CRNA-ANESTHESIOLOGIST OOW D/T INTRACRANIAL HEMORRHAGE. EXT OWN OCC. SSDI PENDING AT AC. EE IS ATTY REPRESENTED. REQUESTING UPDATED CLMT FORMS AND MEDS FROM DR. FOR ANNUAL REVIEW TO CONFIRME EE CONT TO BE TD FROM OWNOCC. DUE 6/2

**03/19/2019 3:38 PM - CLAIM Note 202**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : LA STATE TAX
Text: [03/19/2019 - KENT, ASHLEY]REC'D REQUEST FOR STATE TAX WITHHOLDING TO STATE OF LA FOR $350/MON. UPDATED TODAY.

**03/19/2019 8:48 AM - CLAIM Note 201**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : ATTY LTR REQ TAX W/H
Text: [03/19/2019 - CARIGNAN, HEATHER]RECD LETTER DATED 3/15/19 FROM ATTY REAGAN TOLEDANO REQUESTING LIBERTY WITHHOLD $350 FROM EACH BENEFIT CHECK FOR HER LOUISIANA STATE TAX, IN ADDITION TO WHAT IS ALREADY BEING WITHHELD FOR FEDERAL TAX. NOTIFIED ASSIGNED CLAIM SPECIALIST OF LETTER VIA EDM AND EMAIL.

**03/13/2019 4:22 PM - PHONE Note 43**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject :
Text: [03/13/2019 - WISE, ANDREA]ATTY KIM OF WILLIFORD ATTORNEY OFFICE CALLED ASKING FOR ARU FAX NUMBER; AS SHE WAS ON PHONE SHE FOUND A PAST LETTER AND FOUND INFO SHE WAS NEEDING; NO FURTHER QUESTIONS

**03/04/2019 4:58 PM - PHONE Note 42**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject : ATTY
Text: [03/04/2019 - KENT, ASHLEY]NEEDS RTC TO DISCUSS STATE TAXES. CALLED BACK AND LMOM ADV TO W/H STATE TAXES TO PLEASE SEND STATE TAX FORM.

**03/04/2019 9:53 AM - PHONE Note 41**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject : ATTY OFFICE
Text: [03/04/2019 - CARIGNAN, HEATHER]RECD VMM ON 3/1/19 FROM KIM AT ATTY WILFORD & TOLEDANO'S OFFICE, STATING CLMT ASKING IF STATE TAX CAN BE TAKEN OUT OF BENEFIT. PLS CALL. FORWARDED VMM TO ASSIGNED CLAIM SPECIALIST A. KENT FOR RETURN CALL.

**10/08/2018 1:59 PM - CLAIM Note 200**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : COPY JOB
Text: [10/08/2018 - PILAR, SARAH]COPY OF ONLY REQUESTED MATERIAL SENT TO ATTY VIA UPS 2ND DAY 1Z24896X0299797309.

**10/04/2018 9:38 AM - CLAIM Note 199**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : FILE COPY REQ
Text: [10/04/2018 - CARIGNAN, HEATHER]REQ TO PREPARE A COPY OF LTD AND STD FILES SENT TO HO ADMIN. INCLUDED THE LTD POLICY APPLICABLE TO THE CLAIM AS WELL AS COVER LETTER TO ATTY TOLEDANO (ADDED TO CLAIM FILE). REQ TO ADMIN TO SAVE POLICY TO THE CLAIM FILE.

**10/04/2018 8:34 AM - CLAIM Note 198**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : REQ FOR FILE
Text: [10/04/2018 - CARIGNAN, HEATHER]RECEIVED LETTER FROM REAGAN TOLEDANO FROM WILLEFORD & TOLEDANO STATING PLEASE SEND ME A COMPLETE COPY OF HER CLAIM FILE INCLUDING ALL INFORMATION LIBERTY RELIED ON IN

STATING PLEASE SEND ME A COMPLETE COPY OF HER CLAIM FILE INCLUDING ALL INFORMATION LIBERTY RELIED ON IN REACHING THIS DECISION.[10/05/2018 - CARIGNAN, HEATHER]CORRECTION: DOCUMENTS RELIED UPON IN THE APPEAL DECISION OF 9/20/18 WILL BE SENT TO ATTY PER HIS REQUEST. PROVIDED LIST OF DOCUMENTS, CLAIM NOTES AND ELIG SCREEN SHOT TO ADMIN, POLICY WILL ALSO BE SENT[10/08/2018 - CARIGNAN, HEATHER]INFORMATION/DOCUMENTS SENT TO ATTY: EMPLOYEE 8/15/18 22 PGS EMPLOYEE 8/10/18 9 PGS EMPLOYEE 8/10/18 16 PGS ACKNOWLEDGE 3/7/17 2 PGS APPEAL 2/22/17 696 PAGES APPEAL 2/20/17 40 PGS EMPLOYER 10/6/15 2 PGS PAYMENTS 10/6/15 1 PAGE ELIGIBILITY SCREEN SHOT (NAVIGATE FROM CLAIM DETAIL SCREEN) BE SURE TO SHOW SALARY INFORMATION INCLUDING THE $70.50 HOURLY WAGE & SALARY AMOUNT $146640 (BOTTOM LEFT CORNER) CLAIM NOTE DATED 2/23/17 (OVERPMT NOTE 1) CLAIM NOTE DATED 2/23/17 CLAIM NOTE 136 CLAIM NOTE DATED 2/23/17 CLAIM NOTE 135 CLAIM NOTE DATED 2/22/17 CLAIM NOTE 134 CLAIM NOTE DATED 10/6/2015 CLAIM NOTE 21 CLAIM NOTE DATED 10/6/2015 CLAIM NOTE 19

**09/20/2018 11:57 AM - CLAIM Note 197**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: [09/20/2018 - CARIGNAN, HEATHER]RE: THE CALCULATION OF BASIC MONTHLY EARNINGS: THE DETERMINATION IS MAINTAINED. THERE IS NO CHANGE TO HOW THE MO SALARY/BME IS CALCULATED. THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR CALCULATION. DETAILED UPHOLD LETTER SENT TO ATTORNEY.

**09/07/2018 3:45 PM - CLAIM Note 196**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : REVIEW
Text: [09/07/2018 - SNEIRSON, KARILANN]AGREE. DIRECTOR REVIEW AND AGREEMENT.

**09/06/2018 1:07 PM - CLAIM Note 195**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : STATUS
Text: [09/06/2018 - CARIGNAN, HEATHER]FILE REVIEW COMPLETED.[09/06/2018 - CARIGNAN, HEATHER]RECOMMENDATION TO MGR FOR REVIEW.

**08/30/2018 8:30 AM - CLAIM Note 194**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/30/2018 - CARIGNAN, HEATHER]APPEAL RECEIVED AND IN PROCESS. S1 CODING REVIEWED AND UPDATED - COMPLETE APPEAL REC'D 8/15/18. FURTHER ACTION PENDING COMPLETE REVIEW OF THE FILE.

**08/24/2018 9:00 AM - CLAIM Note 193**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [08/24/2018 - PRESTON, SHERRY]APPEAL SUBMISSION FOR BASIC MONTHLY EARNINGS (BME) - ASSIGNED TO HEATHER CARIGNAN - ATTORNEY REPRESENTED - APPROVED LTD CLAIM. ATTY ORIGINAL APPEALED CLAIM CLOSURE INCLUDING BME IN FEBRUARY 2017. CLAIM REOPENED ON APPEAL AND ADCM SENT LETTER DATED 3/7/17 TO ATTY REAGAN TOLEDANO OF WILLEFORD & TOLEDANO IN RESPONSE TO BME CALCULATION. ***APPEAL LETTER DATED 8/9/18 RECD FROM ATTY REGARDING CALCULATION OF BME. SENT APPEAL ACK LTR TO ATTY.

**08/20/2018 2:37 PM - CLAIM Note 192**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : APPEAL - BME
Text: [08/20/2018 - KENT, ASHLEY]REC'D DUPLICATE LETTER FROM ATTY WITH SOME ADD'L PAYSTUBS -- SHARING WITH ARC SHERRY PRESTON FOR REVIEW.

**08/17/2018 6:53 AM - CLAIM Note 191**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : REFERRAL RECD
Text: [08/17/2018 - PRESTON, SHERRY]ASSIGNED TO SHERRY PRESTON

**08/17/2018 2:28 AM - CLAIM Note 190**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 8/16/2018 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**08/16/2018 7:49 AM - CLAIM Note 189**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [08/16/2018 - WRIGHT, SHANON MARIE]AGREE WITH REFERRING CLAIM TO ARU TO REVIEW ATTY SUBMITTED APPEAL OF BME.

Liberty/Crespo 0069

**08/15/2018 4:15 PM - CLAIM Note 188**
Claim/Event/Leave: 5458678
NoteSubject : Action Plan
Other Subject : REFER TO ARU
Text: [08/15/2018 - KENT, ASHLEY]46 YOF CRNA-ANESTHESIOLOGIST OOW D/T INTRACRANIAL HEMORRHAGE. EXT OWN OCC APPROVED. SSDI PENDING. EE IS ATTY REPRESENTED. ATTY IS DISPUTING EE'S BME. RECOMMENDING REFERRAL TO ARU FOR REVIEW AND APPEAL FOR SALARY CALCULATION.

**08/10/2018 1:33 PM - CLAIM Note 187**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : ATTY CORR
Text: [08/10/2018 - KENT, ASHLEY]DISPUTING BME CALCULATION - THIS HAS BEEN PREVIOUSLY ADDRESS TO ATTY 3/7/17 - BME IS CORRECT. REVIEW WITH MGR TO DISCUSS NEXT STEPS IN RESPONDING TO ATTY.

**06/12/2018 8:36 AM - CLAIM Note 186**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : RECD RELEASE FORM
Text: [06/12/2018 - DICICCO, RHONDA]RECD COPY OF AUTH FORM

**06/07/2018 2:38 PM - CLAIM Note 185**
Claim/Event/Leave: 5458678
NoteSubject : Notice/Proof Review
Other Subject : FORMS REC'D
Text: [06/07/2018 - KENT, ASHLEY]REC'D AUTH SIGNED AND DATED BY EE -- ALSO REC'D PROOF OF APPEAL TO AC.

**06/05/2018 1:40 PM - CLAIM Note 184**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : DENIAL
Text: [06/05/2018 - SWIRKA, ELIZABETH]AT ALJ LEVEL PROVIDED BY ATTORNEY TOLEDANO

**05/30/2018 3:03 PM - PHONE Note 40**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject : ATTY
Text: [05/30/2018 - KENT, ASHLEY]RTC TO ADCM -- ADV THAT EE HAS NOT SUBMITTED APPEAL TO AC AND HAS NEVER HEARD OF AN INSURANCE COMPANY REQUIRING THEM TO GO TO THAT LEVEL. ADV WE WOULD NEED HER TO GO THRU ALL LEVELS OF APPEAL WHICH WOULD INCLUDE THE AC. HEACK AND WILL HAVE HER DO THIS, BELIEVES SHE DOES HAVE UNTIL FRIDAY WITH 5 DAY PERIOD AFTER 60 DAY DEADLINE. ALSO WILL GET AUTH DATED. THANKED AND CALL ENDED.

**05/30/2018 10:30 AM - PHONE Note 39**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [05/30/2018 - KENT, ASHLEY]LMOM REQ A RTC TO DISCUSS APPEAL TO AC AND DATED AUTH NEEDED. LETTER ALSO SENT TO ATTY REQ PROOF BE PROVIDED BY 6/30

**05/30/2018 9:51 AM - PHONE Note 38**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : SS ATTY
Text: [05/30/2018 - KENT, ASHLEY]LEFT MESSAGE FOR ATTY TO RTC -- ADV THAT AUTH NEEDS TO BE DATED - ALSO ADV THAT ALJ DENIAL WAS DATED 3/28/18 - NEED TO F/U ON APPEAL TO AC AS 60 DAYS HAVE BEEN EXHAUSTED.

**05/30/2018 9:47 AM - CLAIM Note 183**
Claim/Event/Leave: 5458678
NoteSubject : Notice/Proof Review
Other Subject : FORMS REC'D
Text: [05/30/2018 - KENT, ASHLEY]REC'D CSS - NO CHANGES. OTHER INCOME IS EE'S INDIVIDUAL DISABILITY POLICIES. REC'D UNFAVORABLE DECISION FROM ALJ DATED 3/28/18. AUTH ISN'T DATED, NEED DATE. CIF REC'D.

**05/18/2018 2:39 PM - PHONE Note 37**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [05/18/2018 - KENT, ASHLEY]*ATTY REP - REAGAN L TOLEDANO PH# (504) 582-1286 -- S/W OFFICE AND GAVE PH# FOR ATTY TO RTC. NEED TO GET STATUS OF SS HEARING HELD 11/2017.

**05/10/2018 12:25 PM - CLAIM Note 182**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd

Liberty/Crespo 0070

Other Subject : APS - WARE
Text: [05/10/2018 - KENT, ASHLEY]REC'D APS FROM DR. WARE - LOV 5/17/17, NONE SCHEDULED - OOW D/T BRAIN COMPRESSION, SUBARACHNOID HEMORRHAGE - NO R&LS FOR ADLS BUT IS NOT DEEMED CAPABLE OF SAFE PATIENT CARE. TX- F/U EVERY 2 YEARS FOR CTA OF HEAD.

**04/30/2018 12:19 PM - PHONE Note 36**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [04/30/2018 - KENT, ASHLEY](504) 582-1286 - LMOM FOR ATTY REAGAN L TOLEDANO TO REMIND ATTY THAT FORMS ARE DUE 5/29, ALSO CALLING TO F/U ON STATUS OF SSDI HEARING 11/16

**03/29/2018 3:38 PM - CLAIM Note 181**
Claim/Event/Leave: 5458678
NoteSubject : Action Plan
Other Subject : ANNUAL UPDATE
Text: [03/29/2018 - KENT, ASHLEY]45 YOF CRNA-ANESTHESIOLOGIST OOW D/T INTRACRANIAL HEMORRHAGE. EXT OWN OCC APPROVED. SSDI PENDING. EE IS ATTY REPRESENTED. REQUESTING UPDATED CLMT FORMS AND MEDS FROM DR. FOR ANNUAL REVIEW TO CONFIRME EE CONT TO BE TD FROM OWN OCC.

**03/14/2018 11:53 AM - CLAIM Note 180**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : UPDATE
Text: [03/14/2018 - KENT, ASHLEY]PER ATTY: STILL PENDING DECISION FROM HEARING HELD 11/2017

**02/15/2018 1:25 PM - CLAIM Note 179**
Claim/Event/Leave: 5458678
NoteSubject : LTR to Atty
Other Subject : SS FIRST WARNING
Text: [02/15/2018 - KENT, ASHLEY]NEED UPDATE ON STATUS OF SSDB -- SENT WARNING LETTER TO ATTY TODAY. RESPONSE DUE 3/15

**01/31/2018 2:55 PM - PHONE Note 35**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [01/31/2018 - KENT, ASHLEY]CALLED ATTY TOLEDANO PH# (504) 582-1286 -- LMOM REQ UPDATE ON STATUS OF HEARING RESULTS.

**11/17/2017 9:21 AM - CLAIM Note 178**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : UPDATE
Text: [11/17/2017 - KENT, ASHLEY]PER SS ATTY - HEARING SCHEDULED 11/16/17

**11/06/2017 11:38 AM - CLAIM Note 177**
Claim/Event/Leave: 5458678
NoteSubject : LTR to Atty
Other Subject : SS STATUS
Text: [11/06/2017 - KENT, ASHLEY]SENT 1ST LETTER REQ STATUS OF SSDB HEARING --- F/U TO PLACE SSET 12/6

**10/19/2017 1:46 PM - PHONE Note 34**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY - LMOM
Text: [10/19/2017 - KENT, ASHLEY](504) 582-1286 - LMOM WITH ATTY TOLEDANO TO F/U ON STATUS OF SS.

**09/08/2017 10:05 AM - PHONE Note 33**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY
Text: [09/08/2017 - POIRIER-FERRIS, MARY]SPOKE WITH RECEPTIONIST AT ATTY TOLEDANO OFFICE REGARDING ALJ. SHE STATED SHE DOES NOT BELIEVE THERE HAS BEEN A HEARING DATE SET YET, BUT WILL CHECK WITH ATTORNEY. PROVIDED CONTACT INFO. SHE UNDERSTOOD AND CALL ENDED.

**05/30/2017 9:16 AM - CLAIM Note 176**
Claim/Event/Leave: 5458678
NoteSubject : Notice/Proof Review
Other Subject : FORMS REC'D
Text: [05/30/2017 - KENT, ASHLEY]REC'D SIGNED AUTH, COMPLETED CSS- NO CHANGES, NO OTHER INCOME BESIDES INDIVIDUAL DISABILITY POLICY. SS PENDING.

**05/15/2017 12:26 PM - CLAIM Note 175**
Claim/Event/Leave: 5458678

Liberty/Crespo 0071

NoteSubject : Other
Other Subject : SSAT REF PROCESSED
Text: [05/15/2017 - KENT, ASHLEY]REC'D NEW INCOMING SSAT REFERRAL. DX - NEUROVASCULAR INJURY 4/2015 - MAX BEN DATE CORRECT AT AGE 67 - SALARY CORRECT PER PAYMENT SERVICES - SSDB PENDING AT ALJ - EE HAS EXT OWN OCC PROVISION. MAILED NEW DCM LETTER TO CLMNT WITH REQ FOR UPDATED CLMT FORMS AS PREVIOUS FORMS REC'D 5/2016. F/U FOR SSDB & ANNUAL REQUEST SET. EE ATTY REP

**05/02/2017 2:31 AM - CLAIM Note 174**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/28/2017 - REFERRED TO SSAT FOR CONTINUED MANAGEMENT.

**05/01/2017 1:40 PM - CLAIM Note 173**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : INCOMING FILE
Text: [05/01/2017 - SMITH, TYLER]CLAIM FILE (PAPERLESS) RECEIVED FROM ROCKY HILL TO SSAT FOR ONGOING CASE MANAGEMENT. REASSIGNED TO ASHLEY KENT

**04/28/2017 3:16 PM - CLAIM Note 172**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [04/28/2017 - CAREY, LAUREN]AGREE WITH REFERRAL TO SSAT BASED ON OVERALL MEDICAL ASSESSMENT. THE CLMT HAS NOT BEEN FOUND TO HAVE THE CAPAITY DUE TO BOTH PHYSICAL AND COGNITIVE CONDITIONS. THE CLMT'S CONDITION IS NOT EXPECTED TO IMPROVE.

**04/28/2017 3:05 PM - CLAIM Note 171**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : HEARING REQUEST
Text: [04/28/2017 - YOUNGBERG, TODD]RECEIVED CLMT'S PROOF OF HEARING REQUEST DATED 8/19/16, CURRENTLY PENDING.

**04/28/2017 3:00 PM - PHONE Note 32**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : ATTY TOLEDANO
Text: [04/28/2017 - YOUNGBERG, TODD]PH CALL PLACED TO ATTY TOLEDANO THIS DATE, S/W ATTY TOLEDANO TO F/U ON STATUS OF SSDB APP, MR TOLEDANO ADVISED IT'S PENDING AT HEARING LEVEL AS THEY'RE IN PROCESS OF SCHEDULING A HEARING, HE'LL SEND DCM OVER AN UPDATE, DCM THANKED FOR UPDATE, PH CALL ENDED.

**04/28/2017 12:43 PM - CLAIM Note 170**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SSAT
Text: [04/28/2017 - YOUNGBERG, TODD]CLMT IS A 45 YOF, OCC: NURSE ANESTHESIOLOGIST, CLMT SUFFERED A NEUROVASCULAR INJURY IN APRIL 2015, SINCE THAT TIME CLMT HAS UNDERGONE MULTIPLE NEUROPSYCH EVAL'S, CLAIM WAS RECENTLY OVERTURNED IN ARU BASED ON OPHTHALMOLOGY REVIEW, ON APPEAL AN UPDATED NEUROPSYCH EVAL WAS PROVIDED FOR REVIEW AND WAS REFERRED BACK TO NEUROPSYCH CP FOR REVIEW, FOLLOWING REVIEW NEUROPSYCH CP CONCLUDED: BASED ON THIS UPDATED INFORMATION, THE CLAIMANT S VISUAL, MOTOR, AND COGNITIVE DEFICITS WOULD PROBABLY INTERFERE WITH HER ABILITY TO CONSISTENTLY MAINTAIN CONCENTRATION, ACCURACY, AND MEMORY FOR WORK-RELATED TASKS, AND HER VISUAL-MOTOR DEFICITS REPRESENT ADDITIONAL RISK FOR PERCEPTUAL ERRORS AND/OR LAPSES IN FINE MOTOR CONTROL / FINE MANUAL DEXTERITY DURING WORK-RELATED PROCEDURES. THE RECORDS AVAILABLE FOR REVIEW PROVIDE REASONABLE SUPPORT FOR THE NEED FOR COMPLETE OCCUPATIONAL RESTRICTION FROM THE SAFETY SENSITIVE OCCUPATION OF A REGISTERED NURSE AND/OR NURSE ANESTHETIST.AT ABOUT 2 YEARS POST-INJURY, AND CONSIDERING THE TYPE OF NEUROVASCULAR INJURY SHE SUSTAINED, FURTHER NEUROLOGICALLY-BASED IMPROVEMENT IN THE CLAIMANT S COGNITIVE FUNCTIONING IS NOT LIKELY, AS DEF OF DISABILITY IS MAX OWN OCC AND FURTHER IMPROVEMENT IN CLMT'S CONDITION IS UNLIKELY AND SSDB PENDING, DCM RECOMMENDS REFERRAL TO SSAT FOR ANNUAL UPDATES AND MONITORING OF PENDING SSDB CLAIM STATUS.

**04/28/2017 12:38 PM - CLAIM Note 169**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : NEUROPSYCH CP REPORT
Text: [04/28/2017 - YOUNGBERG, TODD]RECEIVED COMPLETED NEUROPSYCH CP REPORT WHICH CONCLUDED: N CONTRAST TO THE DATA AVAILABLE AT THE TIME OF THE PREVIOUS RECORD REVIEW, THE INTERIM RECORDS AND RECENT NEUROPSYCHOLOGICAL EXAM DATA PROVIDE REASONABLE SUPPORT FOR THE PRESENCE OF PERCEPTUAL-MOTOR AND COGNITIVE IMPAIRMENT WHICH IS MOST LIKELY DUE TO THE CLAIMANT S HISTORY OF CEREBROVASCULAR ACCIDENT. WHEN CONSIDERED IN THE CONTEXT OF THE CLAIMANT S PREMORBID / BASELINE LEVEL OF FUNCTIONING AND HER NEUROLOGICAL / NEUROSURGICAL HISTORY, THE RECENT EXAM RESULTS PROVIDE REASONABLE SUPPORT FOR THE DSM-5 DIAGNOSIS OF A MAJOR VASCULAR NEUROCOGNITIVE DISORDER, OR EQUIVALENTLY THE ICD-10

Liberty/Crespo 0072

DIAGNOSIS OF VASCULAR DEMENTIA. BASED ON THIS UPDATED INFORMATION,THE CLAIMANT S VISUAL, MOTOR, AND COGNITIVE DEFICITS WOULD PROBABLY INTERFERE WITH HER ABILITY TO CONSISTENTLY MAINTAIN CONCENTRATION, ACCURACY, AND MEMORY FOR WORK-RELATED TASKS, AND HER VISUAL-MOTOR DEFICITS REPRESENT ADDITIONAL RISK FOR PERCEPTUAL ERRORS AND/OR LAPSES IN FINE MOTOR CONTROL / FINE MANUAL DEXTERITY DURING WORK-RELATED PROCEDURES. THE RECORDS AVAILABLE FOR REVIEW PROVIDE REASONABLE SUPPORT FOR THE NEED FOR COMPLETE OCCUPATIONAL RESTRICTION FROM THE SAFETY SENSITIVE OCCUPATION OF A REGISTERED NURSE AND/OR NURSE ANESTHETIST. AT ABOUT 2 YEARS POST-INJURY, AND CONSIDERING THE TYPE OF NEUROVASCULAR INJURY SHE SUSTAINED, FURTHER NEUROLOGICALLY-BASED IMPROVEMENT IN THE CLAIMANT S COGNITIVE FUNCTIONING IS NOT LIKELY.

**04/19/2017 9:48 AM - CLAIM Note 168**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [04/19/2017 - SULLIVAN, ERIN]ISSUED MANUAL PAYMENT TO REISSUE CHECK # 31303836 DUE TO SP. CONFIRMED ADDRESS UPDATED TO C/O REAGAN L TOLEDANO WILLEFORD & TOLEDANO 201 ST CHARLES AVE, STE 4208 NEW ORLEANS LA 70170. REQUESTING MANAGER APPROVAL AS OVER PAY AUTHORITY

**04/18/2017 2:32 AM - CLAIM Note 167**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF MANUAL PAYMENT HAS BEEN RECEIVED AND ASSIGNED TO ERIN SULLIVAN.

**04/18/2017 2:31 AM - CLAIM Note 166**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR MANUAL PAYMENT. COMMENTS: RE-ISSUE TO UPDATED ADDRESS- 31303836- ISSUED DATE 4/10/17

**04/17/2017 3:35 PM - CLAIM Note 165**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : DATA BASE
Text: [04/17/2017 - KIERNAN, ELIZABETH]RPT TO FILE FROM COVENTBRIDGE

**04/17/2017 10:56 AM - CLAIM Note 164**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : MANUAL CK
Text: [04/17/2017 - KENNEDY, CHENTA]SENDING REQUEST TO PS TO REISSUE 31303836- DATED 4/10/17- CHECK ISSUED TO EE WAS TO ISSUED TO ATTORNEY OFFICE-

**04/12/2017 3:15 PM - CLAIM Note 163**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : STOP PAY
Text: [04/12/2017 - KENNEDY, CHENTA]PER ATTORNEY REQUEST PLACING STOP PAY ON CHECK 31303836 ISSUED ON 4/10/17 PAYMENT FROM 9/1/16 THRU 3/31/17 45024.00 - ATTORNEY REQUESTING TO RE-ISSUE TO ATTORNEY OFFICE- WILL PLACE STOP PAY ONCE COMPLETED WILL REQUEST MANUAL CHECK BE ISSUED TO REPLACE

**04/12/2017 12:38 PM - PHONE Note 31**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject : ATTORNEY
Text: [04/12/2017 - KENNEDY, CHENTA]T.C CALL FROM REAGAN TOLEDANO WHICH STATES THEIR OFFICE JUST CALLED TO VERIFY CHECK WAS SENT AND FOUND OUT CHECK WAS SENT TO EE AND NOT TO HIS OFFICE AS HE HAS REQUESTED ONE SEVERAL OCC. WOULD LIKE US TO CANCEL THIS CHECK AND RE-ISSUE TO HIM - PROVIDED CHECK NUMBER NOTED WILL STOP PAY HE MUST ADVISE EE NOT TO CASH- WE WILL RE-ISSUE ONCE STOP PAY TAKES PLACE- ASKED ABOUT SSDI STATUS THINKS SSDI IS PENDING HEARING BUT WILL CHECK AND PROVIDE UPDATE-

**04/12/2017 12:34 PM - PHONE Note 30**
Claim/Event/Leave: 5458678
NoteSubject : Called Other
Other Subject : KIM ATTY
Text: [04/12/2017 - KIERNAN, ELIZABETH]RTC TO KIM WHO HAD LM STATING ATTY WOULD LIKE SP AND REISSUE OF CHECK. SPOKE TO THE ATTY, HE STATES HE JUST TALKED TO SOMEONE WHO WAS DOING THE STOP PAY. HE DID NOT HAVE A NAME. ADVISED HIM TO BE SURE CLT KNOWS NOTTO CASH THE CHECK THAT SHE WILL RECEIVE. HE STATED HE WAS GOING TO CALL HER. ADVISED WILL LOOK IN LATER TO SEE IF STOP PAY WAS REQUESTED/COMPLETED.

**04/12/2017 11:31 AM - PHONE Note 29**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject : KIM ATTY

Other Subject : KIM ATTY
Text: [04/12/2017 - KIERNAN, ELIZABETH]KIM FROM ATTY CALLED TO CONFIRM CHECKS BEING SENT TO CLT C/O ATTY. REVIEWED AUTH AND THIS WAS REQUESTED BY CLT. CHANGED ADDRESS TO C/O ATTY. CALLED KIM BACK AND ADVISED

**04/11/2017 9:38 AM - CLAIM Note 162**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : SSDI REVIEW
Text: [04/11/2017 - COOPER, JENNIFER]ATTNY FORWARDED DISABILITY DETERMINATION SERVICES EYE EXAMINATION REPORT DATED 6/15/16

**04/06/2017 9:25 AM - CLAIM Note 161**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : SIU
Text: [04/06/2017 - MOORE, CURTIS]COVENTBRIDGE WILL HANDLES SOCIAL MEDIA SEARCH/REPORT AND WILL BE UPLOADED TO EDM UPON COMPLETION.

**04/06/2017 2:32 AM - CLAIM Note 160**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/5/2017 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**04/06/2017 2:32 AM - CLAIM Note 159**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 4/5/2017 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - SOCIAL MEDIA.

**04/05/2017 11:39 AM - CLAIM Note 158**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Managed Care
Other Subject : NEUROPSYCH CP
Text: [04/05/2017 - YOUNGBERG, TODD]FILE REFERRED TO NEUROPSYCH CP TO REVIEW RECENT NEUROPSYCH TESTING WHICH WAS COMPLETED IN 1/2017, NEUROPSYCH CP TO COMMENT ON WHETHER IT SUPPORTS ANY ONGOING COGNITIVE/PSYCH R&L'S, REQUESTED CP COMMENT ON VALIDITY OF THETESTING.

**04/05/2017 11:04 AM - CLAIM Note 157**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Special Invest
Other Subject : DATABASE
Text: [04/05/2017 - YOUNGBERG, TODD]FILE REFERRED TO SIU TO COMPLETE A DATABASE/SOCIAL MEDIA SEARCH.

**04/04/2017 2:33 AM - CLAIM Note 156**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO LIBBY BELLEMARE.

**04/04/2017 2:32 AM - CLAIM Note 155**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:10/10/2015 BEN END:4/10/2039 COMMENTS: CLAIM REOPENED PLEASE EXTEND BENS THRU 4/10/2039

**04/03/2017 3:48 PM - CLAIM Note 154**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [04/03/2017 - BELLEMARE, LIBBY]REFERRAL RECEIVED AND SCHEDULED PMT END DATE 4/10/2039 AS REQUESTED BY DCM.

**04/03/2017 8:46 AM - CLAIM Note 153**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/03/2017 - BREWSTER, TRISHA]AGREE WITH RECOMMENDATION

**04/03/2017 8:32 AM - CLAIM Note 152**
Claim/Event/Leave: 5458678
NoteSubject : Reopen
Other Subject : APPROVE THRU OWN OCC

Liberty/Crespo 0074

Other Subject : APPROVE THRU OWN OCC
Text: [04/03/2017 - YOUNGBERG, TODD]BASED ON ARU REVIEW IT WAS RECOMMENDED THAT CLMT CONTINUES TO EXPERIENCE VISUAL IMPAIRMENTS RELATED TO HER VISUAL FIELD, ADDITIONALLY IT'S RECOMMENDED THAT THE RECENTLY OBTAINED NEUROPSYCH TESTING BE REFERRED FOR NEUROPSYCH REVIEW AND UPDATED OPHTHALMOLOGY RECORDS BE OBTAINED FOR REVIEW, ONCE ALL UPDATED INFO IS RECEIVED NEUROPSYCH WILL REVIEW RECORDS AND CONSIDERATION TO HAVE OPHTHALMOLOGY IME SCHEDULED TO FURTHER DETERMINE ANY VISUAL IMPAIRMENT.

**04/03/2017 6:58 AM - CLAIM Note 151**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : OUT
Text: [04/03/2017 - KING, JERRONDA]OVERTURN DENIAL. THE INFORMATION RECEIVED ON APPEAL SUPPORTS A LEVEL OF IMPAIRMENT TO PRECLUDE WORK CAPACITY DUE TO A VISUAL IMPAIRMENT. ARC RECOMMENDS AS THE REVIEW INDICATES RECEIVING UPDATED VISUAL RECORDS BEYOND 1/2016 FROM THE VISUAL AP TO DETERMINE ONGOING VISUAL IMPAIRMENT. NOTIFIED ATTY

**03/31/2017 3:27 PM - CLAIM Note 150**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [03/31/2017 - SKOGLUND, JENNIFER]AGREE WITH OT.

**03/30/2017 1:32 PM - CLAIM Note 149**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject :
Text: [03/30/2017 - KING, JERRONDA]REFERRAL TO MANAGER

**03/30/2017 1:32 PM - CLAIM Note 148**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : CP REPORT
Text: [03/30/2017 - KING, JERRONDA]CP REPORT REC'D

**03/28/2017 10:19 AM - CLAIM Note 147**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : DESK CONSULT
Text: [03/28/2017 - KING, JERRONDA]DESK CONSULT WITH DR. DAMAST TO REVIEW VISUAL COMPLAINTS, TESTING AND OV'S. BASED ON CONSULT EE WOULD HAVE VISUAL IMPAIRMENT THAT WOULD PRECLUDE THE OCC, ACTUAL REPORT IS PENDING.

**03/28/2017 4:28 AM - CLAIM Note 146**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/27/2017 - REFERRED TO CONSULTING PHYSICIAN FOR DESK CONSULT.

**03/27/2017 8:55 AM - CLAIM Note 145**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : ASSIGNMENT
Text: [03/27/2017 - KING, JERRONDA]FROM: GRP MKT MD REFERRAL SENT: MONDAY, MARCH 27, 2017 8:49 AM TO: KING, JERRONDA <JERRONDA.KING@LIBERTYMUTUAL.COM> CC: GMKT MD REFERRAL WALLINGFORD <GMKT.MD.REFERRAL.WAL@LIBERTYMUTUAL.COM> SUBJECT: REFERRAL 5458678- CRESPO, PAIGE - ASSIGNMENT NOTIFICATION THANK YOU FOR THIS REFERRAL. THE REFERRAL HAS BEEN ASSIGNED TO MELVYN DAMAST MD IN THE WALLINGFORD OFFICE.

**03/27/2017 6:50 AM - CLAIM Note 144**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : DR. DAMAST
Text: [03/27/2017 - KING, JERRONDA]CLAIM REFERRED TO DR. DAMAST FOR A DESK CONSULT

**03/23/2017 1:51 PM - CLAIM Note 143**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : DESK CONSULT
Text: [03/23/2017 - KING, JERRONDA]DR. DAMAST WILL NOT BE AVAILABLE UNTIL 3/28 FOR A DESK CONSULT, WILL DISCUSS CLAIM AT THAT TIME

**03/23/2017 1:50 PM - CLAIM Note 142**
Claim/Event/Leave: 5458678
NoteSubject : LTR to Atty

Liberty/Crespo 0075

Other Subject :
Text: [03/23/2017 - KING, JERRONDA]MEDICAL DELAY LETTER SENT

**03/23/2017 1:19 PM - CLAIM Note 141**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject :
Text: [03/23/2017 - KING, JERRONDA]APPEAL REVIEW COMPLETE, ARC WILL DO A DESK CONSULT WITH DR. DAMAST TO DISCUSS VISUAL LIMITATIONS.

**03/07/2017 10:53 AM - CLAIM Note 140**
Claim/Event/Leave: 5458678
NoteSubject : LTR to Atty
Other Subject : RVW OF BME
Text: [03/07/2017 - YOUNGBERG, TODD]DCM MAILED LETTER TO ATTY TOLEDANO'S OFFICE ADVISING FRS REVIEWED THEIR REQUEST AND THE INITIAL BME WAS CALCULATED CORRECTLY AS SHIFT DIFFERENTIAL, ON CALL PAY, AND TRANSPLANT PAY WOULD ALL BE CONSIDERED EXTRA COMPENSATION AND DO NOT COUNT TOWARDS EARNINGS AS OUTLINED IN THE CONTRACT. WE WOULD BE TAKING HER BASE HOURLY WAGE OF $70.50 X 40 HRS X 52 WKS= $146640.00 ANNUALLY /12 MOS= $12,220.00 MONTHLY AS WE OUTLINED ORIGINALLY.

**02/24/2017 9:57 AM - CLAIM Note 139**
Claim/Event/Leave: 5458678
NoteSubject : Appeal
Other Subject : IN
Text: [02/24/2017 - BRETON, CINDY]ASSGINED TO JERRONDA KING

**02/24/2017 2:33 AM - CLAIM Note 138**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 2/22/2017 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**02/23/2017 3:11 PM - OVERPMT Note 1**
Claim/Event/Leave: 5458678
NoteSubject : OP/Refund
Other Subject : REFERRAL
Text: [02/23/2017 - KEEFER, JESSICA]REFERRAL RECEIVED TO REVIEW APPEAL LETTER FROM CLAIMANTS ATTNY STATING THE EE WAS UNDERPAID DUE TO AN INCORRECT BME CALCULATION. UPON REVIEW IT WAS DETERMINED THAT THE BME WAS CALCULATED PROPERLY AS SHIFT DIFFERENTIAL, ON CALL PAY AND TRANSPLANT PAY WOULD BE CONSIDERED EXTRA COMPENSATION OUTSIDE THE NORMAL MONTHLY EARNINGS. NOTIFIED DCM THAT NO RECALC IS NECESSARY AND CLOSED REFERRAL.

**02/23/2017 8:33 AM - CLAIM Note 137**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : 696 PGS
Text: [02/23/2017 - YOUNGBERG, TODD]DCM RECEIVED AN ADDITIONAL 696 PAGES OF RECORDS AS PART OF APPEAL, ALL CONTAINED WITHIN DOC LIST FOR REVIEW.

**02/23/2017 2:35 AM - CLAIM Note 136**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO JESSICA KEEFER.

**02/23/2017 2:35 AM - CLAIM Note 135**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF UNDERPAYMENT.COMMENTS: CLMTS ATTORNEY SUBMITTED AN APPEAL REQUEST, IN THE REQUEST HE INDICATES CLMT WAS UNDERPAID AND BME WAS CALCULATED INCORRECT

**02/22/2017 5:01 PM - CLAIM Note 134**
Claim/Event/Leave: 5458678
NoteSubject : LTR to Atty
Other Subject : APPEAL ACK LTR
Text: [02/22/2017 - YOUNGBERG, TODD]DCM MAILED APPEAL ACKNOWLEDGEMENT LETTER TO REAGAN TOLEDANO, DCM FURTHER ADVISED WE'D BE REVIEWING HIS INQUIRY INTO CLMT'S UNDERPAID BENEFITS AS FILE WAS REFERRED TO FRS.

**02/22/2017 2:22 PM - CLAIM Note 133**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : MANAGER REVIEW

Liberty/Crespo 0076

Other Subject : MANAGER REVIEW
Text: [02/22/2017 - DURLING, BARBARA]AGREE WITH REFERRAL TO ARU

**02/22/2017 12:39 PM - CLAIM Note 132**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Appeals
Other Subject : MANAGER APPROVAL
Text: [02/22/2017 - YOUNGBERG, TODD]DCM REQUESTS MANAGER APPROVAL FOR APPEAL REFERRAL TO ARU,

**02/22/2017 12:37 PM - CLAIM Note 131**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : FRS
Text: [02/22/2017 - YOUNGBERG, TODD]FILE REFERRED TO FRS TO REVIEW UNDERPAYMENT REVIEW, ATTORNEY IS INDICATING CLMT WAS UNDERPAID AND BME WAS CALCULATED INCORRECTLY.

**02/22/2017 12:26 PM - CLAIM Note 130**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : NOTICE OF APPEAL
Text: [02/22/2017 - YOUNGBERG, TODD]RECEIVED NOTICE OF APPEAL SUBMITTED BY ATTORNEY REAGAN TOLEDANO, THEY SUBMITTED A LETTER REQUESTING AN APPEAL REVIEW, THEY ALSO PROVIDED AN UPDATED NEUROPSYCH EVAL DATED FROM 2/11/17 FOR REVIEW WHICH INDICATES CLMT DOESHAVE AN IQ SCORE OF 81 WHICH IS LOW AVG RANGE, ADDITIONALLY, THE NEW NP EVAL DID INCLUDE VALIDITY TESTING AND DID NOT SHOW EVIDENCE OF MALINGERING, THEY'RE ALSO REQUESTING THAT THE BME BE REVIEWED AS THEY BELIEVE THE CLMT WAS UNDERPAID.

**01/23/2017 9:27 AM - CLAIM Note 129**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [01/23/2017 - YOUNGBERG, TODD]RECEIVED EMAIL FROM ER REGARDING PROVIDING DOC'S TO CLMT'S ATTY FOR APPEAL: HI TODD, I M FORWARDING THIS TO YOU IN THE EVENT YOU ARE NOT ALREADY AWARE. WE HAVE PROVIDED THE REQUESTED DOCUMENTS TO LEGAL FOR RESPONSE TO PAIGE S ATTORNEY. THANK YOU, NANCY FOLSE

**01/03/2017 8:31 AM - CLAIM Note 128**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : EMAIL TO ER
Text: [01/03/2017 - YOUNGBERG, TODD]DCM RESPONDED TO ER'S EMAIL REGARDING CLAIM CLOSURE AND APPEAL, COPY OF EMAIL IN DOC LIST.

**10/14/2016 11:50 AM - CLAIM Note 127**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [10/14/2016 - CAMPBELL, CHERYL]PD INV # 203199 DATED 10/6/16 TO HUB ENTERPRISES, INC. FOR $15.00 FOR INVESTIGATION FEES

**10/06/2016 9:18 AM - CLAIM Note 126**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : ATTY RQST FOR INFO
Text: [10/06/2016 - YOUNGBERG, TODD]RECEIVED REQUEST FROM ATTY TOLEDANO REQUESTING A COPY OF CLMT'S SURVEILLANCE VIDEO AND A COPY OF THE RAW TEST DATA FROM DR. YOHMAN'S IME REPORT.[10/06/2016 - YOUNGBERG, TODD]DCM FAXED A RESPONSE TO ATTY TOLEDANOTHIS DATE ADVISING DCM CONTACTED THE SURVEILLANCE VENDOR ON 10/5/16 AND REQUESTED THAT THE SURVEILLANCE DISC BE MAILED TO ATTY TOLEDANO'S OFFICE, AS FAR AS THE RAW TEST DATA THE ATTY WILL NEED TO REQUEST IT FROM DR YOHMAN AS THEY WILL NOT RELEASE ITUNLESS ANOTHER PHYSICIAN REQUESTS IT.

**10/05/2016 2:43 PM - PHONE Note 28**
Claim/Event/Leave: 5458678
NoteSubject : Other Called
Other Subject : RQST SURVEILLANCE
Text: [10/05/2016 - YOUNGBERG, TODD]RECEIVED MESSAGE FROM KIM IN ATTY TOLEDANO'S OFFICE ADVISING THEY REQUESTED THE SURVEILLANCE HOWEVER THEY HAVE NOT RECEIVED IT, SHE REQUESTED DCM HAVE SURVEILLANCE RESENT TO THEIR OFFICE****DCM RETURNED CALL TO KIM THISDATE, LEFT MESSAGE ADVISING DCM JUST EMAILED THE VENDOR REQUESTING THAT THEY MAIL THE SURVEILLANCE TO THE ATTY'S OFFICE, THEY SHOULD RECEIVE WITHIN THE NEXT WEEK, IF THEY DON'T DCM REQUESTED THAT THEY CONTACT DCM TO HAVE IT RESENT.****DCM EMAILED HEATHER AT HUB REQUESTING THAT SHE MAIL CLMT'S SURVEILLANCE DISC TO WILLEFORD & TOLEDANO.

**09/13/2016 9:31 AM - CLAIM Note 125**
Claim/Event/Leave: 5458678
NoteSubject : LTR to Atty
Other Subject : COPY OF FILE/POLICY
Text: [09/13/2016 - YOUNGBERG, TODD]DCM MAILED COMPLETE COPY OF CLAIM FILE TO CLMT'S ATTY WILLEFORD &

Liberty/Crespo 0077

TOLLEDANO TO INCLUDE COPY OF LTD POLICY AND REVIEWING PHYSICIANS CV'S, REMINDED ATTY THAT APPEAL DUE WITHIN 180 DAYS OR BY 2/21/17.

**09/06/2016 2:04 PM - CLAIM Note 124**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : ATTY RQST FILE
Text: [09/06/2016 - YOUNGBERG, TODD]RECEIVED A LETTER OF REP FROM ATTY TOLEDANO REQUESTING A COMPLETE COPY OF CLMT'S CLAIM FILE, ALL POLICY'S, COPY OF INTERNAL RULE GUIDELINES, IDENTIFICATION OF MED OR VOC EXPERTS.

**08/30/2016 8:43 AM - PHONE Note 27**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : APPEAL
Text: [08/30/2016 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT THIS DATE, S/W CLMT AND CONFIRMED RECEIPT OF HER APPEAL LETTER, DCM WANTED TO CONFIRM SHE DOESN'T WANT TO BEGIN APPEAL NOW AND CONFIRMED WE'RE STILL AWAITING THE MEDS FROM DR WARE, CLMT ADVISED YESWE NEED TO WAIT FOR RECORDS FROM DR WARE AND SHE STILL HASN'T RECEIVED THE CLOSURE LETTER SO SHE'S WAITING FOR THAT AND SHE MAY BE HAVING AN ATTORNEY LOOK AT THIS BEFORE EVERYTHING IS SUBMITTED, DCM UNDERSTOOD, JUST WANTED TO CONFIRM SHE DIDN'T WANTAPPEAL TO BEGIN NOW, CLMT CONFIRMED TO WAIT FOR ADDITIONAL INFO, SHE THANKED FOR CALL, CALL ENDED.

**08/29/2016 12:29 PM - CLAIM Note 123**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : LTR FROM CLMT
Text: [08/29/2016 - YOUNGBERG, TODD]RECEIVED LETTER FROM CLMT DISAGREEING WITH CLAIM CLOSURE, SHE INDICATES SHE'S BLIND ON THE LEFT, CANNOT CONCENTRATE INTENTLY, SHE HAS HEADACHES, GET DIZZY WHEN CONCENTRATING ON A TASK, SHORT TERM MEMORY IS SUCH THAT SHECAN ONLY REMEMBER ONE THING NOT MORE THAN ONE, SINCE BRAIN INJURY SHE CANNOT GET ALONG WITH OTHERS WELL, HAVE NO PATIENCE, AND WHEN SHE DOES TRY AND CONCENTRATE IT KNOCKS HER OUT PHYSICALLY AND MENTALLY, FALL ASLEEP ON SPOT AND ALSO TRIGGERS HEADACHES THESE ARE ALL THE REASONS WHY HER CASE SHOULD REMAIN OPEN.

**08/23/2016 3:14 PM - CLAIM Note 122**
Claim/Event/Leave: 5458678
NoteSubject : LTR to AP
Other Subject : DR WARE
Text: [08/23/2016 - YOUNGBERG, TODD]DCM FAXED COPY OF NEUROPSYCH EVAL TO DR WARE THIS DATE.

**08/23/2016 3:05 PM - PHONE Note 26**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : APPEAL QUESTIONS
Text: [08/23/2016 - YOUNGBERG, TODD]DCM RECEIVED PH CALL FROM CLMT THIS DATE, SHE ADVISED SHE S/W DR WARE AND ADVISED HIM THAT HER CLAIM HAS BEEN CLOSED AND HE WAS DUMBFOUNDED, SHE REQUESTED DCM FAX DR WARE A COPY OF HER NEUROPSYCH EVAL FROM MAY 2016, DCMAGREED TO DO SO, SHE QUESTIONED IF DR WARE CAN SEND IN A WRITTEN LETTER FOR HER NOW REGARDING HER APPEAL, DCM ADVISED IF THAT'S HOW SHE WANTS TO PROCEED HE CAN BUT CLMT WILL ALSO NEED TO SEND IN A LETTER, CLMT UNDERSTOOD, SHE MAY GET WORKING ON HER APPEAL LETTER NOW AND SEND IT IN THEN HAVE DR WARE SEND IN HIS LETTER, DCM UNDERSTOOD, DCM WILL FAX NEUROPSYCH EVAL TO DR WARE TODAY, CLMT THANKED AND PH CALL ENDED.

**08/23/2016 3:02 PM - CLAIM Note 121**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : EMAIL FROM CLMT
Text: [08/23/2016 - YOUNGBERG, TODD]RECEIVED EMAIL FROM CLMT: LISTEN, THANK YOU FOR HELPING ME. I'M SURE YOU HAVE GIVEN ME SOME SLACK ON DEADLINES AND STUFF. BUT ANYTHING YOU CAN DO TO HELP ME UNTIL I GET THIS APPEAL SORTED OUT. MY HUSBAND AND I ARE NOW DIVORCING SINCE THE INJURY. AND BECAUSE OF MY SALARY THAT I GET FROM YALL I'M 100% FINANCIALLY RESPONSIBLE FOR MY 3 KIDS. WE CANNOT SURVIVE WITHOUT THIS MONEY. TODD I KNOW MANY PEOPLE TRY AND BEAT THE SYSTEM. BUT I WENT TO SCHOOL FOR 10YRS TO DO WHATI DO. I LOVE IT. I DIDN'T ASK TO HAVE A MAJOR STROKE AT 43 WITH A TRAUMATIC BRAIN INJURY. NOT ONE THING IN MY LIFE DID NOT CHANGE. IF I COULD HAVE MY OLD LIFE BACK I'D TAKE IT. I MEAN I TOOK A HUGE PAY CUT EVEN WITH THIS DISABILITY. IT'S ONLY 60% REMEMBER? I MEAN SOC SEC SENT ME FOR AN EYE EXAM FOR MY BLINDNESS FROM THE STROKE. THAT DR TOLD ME HE WAS WRITING THAT I SHOULDN'T EVEN BE DRIVING THE BLINDNESS WAS SO SIGNIFICANT. HELP, PAIGE

**08/23/2016 2:33 AM - CLAIM Note 120**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CLAIM CLOSURE HAS BEEN RECEIVED AND ASSIGNED TO SOKHARY LAZZARO.

**08/23/2016 2:33 AM - CLAIM Note 119**
Claim/Event/Leave: 5458678

Liberty/Crespo 0078

NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CLAIM CLOSURE. COMMENTS: PLEASE UPDATE BEN END DATE TO 8/31/16, CLAIM CLOSED 9/1/16.

**08/22/2016 3:51 PM - CLAIM Note 118**
Claim/Event/Leave: 5458678
NoteSubject : LTR to ER
Other Subject : CLOSURE
Text: [08/22/2016 - YOUNGBERG, TODD]DCM EMAILED ER TO ADVISE OF CLAIM CLOSURE EFF 9/1/16.

**08/22/2016 3:32 PM - PHONE Note 25**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [08/22/2016 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT THIS DATE, S/W CLMT AND ADVISED HER THAT WE'VE COMPLETED OUR ONGOING CLAIM REVIEW AND BASED ON THE UPDATED MEDS RECEIVED FROM HER AP'S, DRS WARE AND ESTES AS WELL AS THE NEUROPSYCH EVAL FROM OCT 2015 AND MAY 2016 THE RECORDS ARE INSUFFICIENT TO CONTINUE TO SUPPORT ONGOING R&L'S THEREFORE HER CLAIM HAS BEEN CLOSED 9/1/16, CLMT QUESTIONED IF SHE HAS APPEAL RIGHTS, DCM ADVISED SHE DOES, SHE HAS 180 DAYS TO FILE AN APPEAL, DCM IS SENDING HER A LETTER TODAY WITH ADDITIONAL DETAILS, SHE'LL HAVE TO SEND A LETTER EXPLAINING WHY SHE DISAGREES AND PROVIDE ADDITIONAL INFO THAT WILL SUPPORT HER CLAIM, CLMT UNDERSTOOD, DCM QUESTIONED IF SHE'S BEING AFFECTED BY THE FLOODS IN HER AREA, CLMT ADVISED SHEIS NOT, DCM ADVISED WE'RE MAILING HER THE LETTER TODAY, ONCE SHE RECEIVES IT IF SHE HAS ANY QUESTIONS SHE CAN CONTACT DCM, CLMT UNDERSTOOD AND THANKED DCM FOR THE EXPLANATION, PH CALL ENDED.

**08/22/2016 3:24 PM - CLAIM Note 117**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [08/22/2016 - LAZZARO, SOKHARY]CLAIM CLOSURE REFERRAL RECEIVED AND CHANGED SCHEDULED PAYMENT BENEFIT END DATE TO 8/31/2016 AS REQUESTED BY DCM. CLAIM REFERRED TO PS MGR FOR REVIEW AND APPROVAL AS BENEFITS DUE ARE OVER PS AUTHORITY. NOTIFIED DCM OF ACTION.

**08/22/2016 3:18 PM - CLAIM Note 116**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [08/22/2016 - YOUNGBERG, TODD]DCM MAILED CLAIM CLOSURE LETTER TO CLMT THIS DATE.

**08/22/2016 1:28 PM - CLAIM Note 115**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/22/2016 - BREWSTER, TRISHA]BASED ON THE OVERALL CLAIM FACTS, AGREE WITH RECOMMENDATION TO ISSUE CLAIM CLOSURE AT THIS TIME FOR NOT TD; NEUROPSYCH TESTING COMPLETED SHOWING NO EVIDENCE OF COGNITIVE ISSUES / DECLINE OR IMPAIRMENT / R&L'S; PHYSICALRECORDS UPDATED AND REVIEWED, SHOWING NORMAL NEURO EXAM AND NO DIAGNOSTIC DATA TO SUPPORT AP'S R&L'S OF EE'S INABILITY TO WORK IN PRIOR OCC; SURVEILLANCE SHOWED ACTIVITY; THEREFORE, BASED ON OVERALL FACTS AS OUTLINED, AGREE WITH RECOMMENDATION

**08/22/2016 12:18 PM - CLAIM Note 114**
Claim/Event/Leave: 5458678
NoteSubject : Closed
Other Subject : NOT TD OWN OCC
Text: [08/22/2016 - YOUNGBERG, TODD]CONTINUED****THE NEUROPSYCHOLOGICAL EXAMINATION RESULTS PROVIDE INSUFFICIENT SUPPORT FOR THE PRESENCE OF COGNITIVE OR PSYCHOLOGICALLY-BASED IMPAIRMENT WHICH WOULD NECESSITATE OCCUPATIONAL RESTRICTIONS OR LIMITATIONS THEREFORE, THERE IS INSUFFICIENT COGNITIVE OR PSYCH IMPAIRMENT THAT TRANSLATE INTO R&L'S THAT WOULD PRECLUDE THE CLMT FROM HER OWN OCC, ON 7/11/16 DCM THEN REQUESTED UPDATED MEDS FROM TREATING PROVIDERS, DRS WARE, DAVIS, MORRIS AND ESTES DATING FROM 1/2016 THRU THE PRESENT, ON 7/18/16 CLMT ADVISED SHE HASN'T TREATED WITH DR DAVIS THIS YEAR SO NO MED RECORDS WILL BE AVAILABLE FROM THEIR OFFICE, ON 7/21/16 WE RECEIVED RECORDS FROM DR ESTES WHICH INDICATED CLMT ONLY RESTRICTED FROM 4/26/16-5/25/16,ON 8/11/16 DCM RECEIVED AN EMAIL FROM CLMT ADVISING THERE ARE NO RECORDS FROM DR MORRIS, ON 8/17/16 WE RECEIVED REQUESTED MEDS FROM DR WARE DATED 3/2/16-5/11/16, UPDATED MEDS WERE REVIEWED WITH INTERNAL MED CP TO DETERMINE WHETHER RECORDS SUPPORT ONGOING IMPAIRMENT/PHYSICAL R&L'S, BASED ON REVIEW THE INTERNAL MED CP CONCLUDED: ON 3/02/16 HE OPINED MS. CRESPO SHOULD NOT RETURN TO HER PREVIOUS CAREER DUE TO HER ABNORMAL NEUROLOGICAL PSYCHE , WHICH IS POSSIBLY IN REFERENCE TO NEUROPSYCHOLOGICALTESTING SHE HAD DONE IN OCTOBER 2015. ON 5/11/16, MS. CRESPO S EXAM WAS NORMAL AND WAS REPORTEDLY TO BE DOING WELL. ANNUAL FOLLOW-UP WAS RECOMMENDED. THERE IS NO EVIDENCE IN THE REVIEWED RECORDS OF A PHYSICAL IMPAIRMENT DUE TO A MEDICAL DIAGNOSIS. I WILL DEFER COMMENT ON ANY NEUROPSYCHOLOGICAL IMPAIRMENT SHE MAY HAVE AS A RESIDUAL EFFECT OF HER MCA ANEURYSM TO THE CONSULTING NEUROPSYCHOLOGIST WHO HAS REVIEWED THE ENTIRE CASE FILE, THEREFORE, THE CLMT NO LONGER MEETS THE DEF OF DISABILITY OF HER POLICY AND CLAIM WILL BE CLOSED 8/23/16.[08/22/2016 - YOUNGBERG, TODD]UPDATE, WE'LL ISSUE BENS THRU 8/31/16 AND CLOSE CLAIM EFF 9/1/16 FOLLOWING DISCUSSION WITH MGR 2 DUE TO WEATHER IN AREA.

**08/22/2016 12:18 PM - CLAIM Note 113**

Liberty/Crespo 0079

08/22/2016 12:18 PM - CLAIM Note 113
Claim/Event/Leave: 5458678
NoteSubject : Closed
Other Subject : NOT TD OWN OCC
Text: [08/22/2016 - YOUNGBERG, TODD]CLMT IS A 44 YOF, OCC: ANESTHESIOLOGIST (LIGHT) DX: S/P INTRACRANIAL HEMORRHAGE (4/10/15) CAUSED BY A RUPTURE OF AN ARTERIOVENOUS MALFORMATION SOMEWHERE IN THE DISTRIBUTION OF THE L MIDDLE CEREBRAL ARTERY FOR WHICH SHE UNDERWENT NEUROSURGICAL INTERVENTION/CLIPPING PROCEDURE, CLMT UNDERWENT A NEUROPSYCH EVAL ON 10/12/15 WHICH WAS SCHEDULED BY HER OWN TREATING PROVIDER, COPY OF THE 10/12/15 NEUROPSYCH EVAL CONCLUDED: SHE SUFFERED A MCA ANEURYSMAL REUPTURE 4/10/15, SHEBELIEVES SHE HAS GENERALLY RETURNED TO HER COGNITIVE BASELINE SINCE THAT TIME WITH MILD CHANGES IN NAVIGATION AND PERSISTENT L HOMONYMOUS HEMIANOPSIA, SHE'S INDEPENDENT IN DAILY LIVING WITH NO REPORTED PROBLEMS, SHE HAS NOT RETURNED TO HER POSITIONAS A NURSE ANESTHETIS SINCE THE HEMORRHAGE, SHE DEMONSTRATED STRONGLY INTACT COGNITION IN MOST DOMAINS OF COGNITIVE FUNCTIONING, TESTING REVEALED AVERAGE TO ABOVE AVERAGE LEARNING/MEMORY, LANGUAGE, PROCESSING SPEED, COMPLEX/DIVIDED ATTENTION, WORKINGMEMORY, AND CONCEPTUAL REASONING/PROBLEM SOLVING SKILLS, FINE MOTOR ABILITIES FOR HER L HAND ALSO APPEAR TO BE COMPROMISED, WHILE THESE WEAKNESSES WERE NOTEWORTHY, THE OVERALL FINDINGS ARE VERY ENCOURAGING AND ARE CONSISTENT WITH MS. CRESPO'S SELF-PERCEPTION THAT SHE GENERALLY RETURNED TO COGNITIVE BASELINE, ON 1/8/16 WE FAXED REQUESTS TO DRS KHAN AND WARE REQUESTING UPDATED MED RECORDS, ON 1/18/16 CLMT CALLED AND ADVISED SHE HASN'T TREATED WITH EITHER OF HER TREATING PROVIDERS SINCE THE SUMMEROF 2015 AND ADVISED AT THAT TIME SHE WASN'T TREATING WITH ANY SPECIFIC PROVIDER, SURVEILLANCE WAS COMPLETED 12/17/15-12/19/15, SURVEILLANCE OBSERVED CLMT AS SHE WALKED, AMBULATED ACROSS STREETS, OPERATED A VEHICLE AND LOADED CHILDRENS BACKPACKS TO THE REAR OF HER VEHICLE, SHE WAS OBSERVED WEARING HEELS, MANEUVERING BY PEOPLE AND OBJECTS NORMALLY AND WITH EASE, SURVEILLANCE WAS COMPLETED AGAIN 1/28/16-2/8/16, SURVEILLANCE CONCLUDED: CLMT OBSERVED STANDING, WALKING, ENTERING AND EXITING A VEHICLE,OPERATING A VEHICLE, TRAVELING TO A FITNESS CENTER CARRYING A TOWEL AND WATER BOTTLE, TRAVELING TO AN ART STUDIO AND RETURNING TO HER RESIDENCE, COPY OF THE 10/2015 NEUROPSYCH EVAL WAS REFERRED TO NEUROPSYCH CP FOR REVIEW AND COMMENT, FOLLOWING REVIEW THE NEUROPSYCH CP OPINED: THE CLAIMANT S MEDICAL RECORDS AND NEUROPSYCHOLOGICAL TEST RESULTS PROVIDE REASONABLE SUPPORT FOR THE PRESENCE OF FUNCTIONAL IMPAIRMENT DUE TO CEREBROVASCULAR ACCIDENT, AND ASSOCIATED NEED FOR CONTINUED RESTRICTION FROMHER OCCUPATION AS A NURSE ANESTHETIST THROUGH APPROXIMATELY 10/11/16, COINCIDING WITH 1 YEARS FROM HER CEREBROVASCULAR ACCIDENT AND ONE YEAR SINCE THE OCTOBER 2015 NEUROPSYCHOLOGICAL EXAM HOWEVER, DCM S/W NEUROPSYCH CP AND AGREED THAT UPDATEDNEUROPSYCH TESTING WITH VALIDITY TESTING COULD BE COMPLETED AT THIS TIME THEREFORE CLMT WAS REFERRED FOR NEUROPSYCH TESTING WHICH WAS COMPLETED ON 5/24/16, COPY OF THE NEUROPSYCH TESTING REPORT WAS RETURNED TO NEUROPSYCH CP FOR COMPLETE REVIEW AND COMMENT, FOLLOWING REVIEW THE NEUROPSYCH CP CONCLUDED: THE MAY 2016 EXAMINATION PROCEDURES REPRESENT A COMPREHENSIVE AND SCIENTIFICALLY-SUPPORTED SET OF METHODS FOR EVALUATING THE CLAIMANT S NEUROPSYCHOLOGICAL STATUS. THERE IS REASONABLE SCIENTIFIC SUPPORT FOR THE CONCLUSION THAT THE MAY 2016 NEUROPSYCHOLOGICAL EXAMINATION RESULTS, WHEN CONSIDERED IN THE CONTEXT OF THE CLAIMANT S DOCUMENTED MEDICAL HISTORY, REPRESENT INVALID AND NONCREDIBLE MEASURES OF THE CLAIMANT S ACTUAL COGNITIVE AND PSYCHOLOGICAL STATUS.

08/19/2016 2:30 AM - CLAIM Note 112
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 8/17/2016 - REFERRED TO CONSULTING PHYSICIAN FOR DESK CONSULT.

08/17/2016 4:59 PM - CLAIM Note 111
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : IM DESK CONSULT
Text: [08/17/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED INTERNAL MED DESK CONSULT REPORT WHICH CONCLUDED: THERE IS NO EVIDENCE IN THE REVIEWED RECORDS OF A PHYSICAL IMPAIRMENT DUE TO A MEDICAL DIAGNOSIS. I WILL DEFER COMMENT ON ANY NEUROPSYCHOLOGICAL IMPAIRMENT SHE MAY HAVE AS A RESIDUAL EFFECT OF HER MCA ANEURYSM TO THE CONSULTING NEUROPSYCHOLOGIST WHO HAS REVIEWED THE ENTIRE CASE FILE.

08/17/2016 3:46 PM - CLAIM Note 110
Claim/Event/Leave: 5458678
NoteSubject : Ref to Managed Care
Other Subject : DESK CONSULT IM CP
Text: [08/17/2016 - YOUNGBERG, TODD]FILE REFERRED TO DR WAGER FOR A DESK CONSULT REVIEW OF UPDATED MEDS FROM DRS WARE AND ESTES.

08/17/2016 3:22 PM - CLAIM Note 109
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : DR WARE
Text: [08/17/2016 - YOUNGBERG, TODD]RECEIVED REQUESTED MEDS FROM DR WARE DATED 3/2/16 THRU 5/11/16, RECORDS FROM 5/11/16 INDICATE: F/U HPI 44 YOF R MCA ANEURYSM RUPTURE S/P CLIPPING WHO PRESENTS TODAY F/U AFTER CTA OF HEAD, 4/10/15 AND 5/14/15 PT UNDERWENTA CRANIOPLASTY, STATES SHE'S DOING WELL WITH NO NEW COMPLICATIONS, NO CRANIAL DEFICIT, S/P CLIPPING OF MCA ANEURYSM, SCHEDULE PATIENT 1 YEAR F/U WITH MRI AND MRA OF BRAIN.

Liberty/Crespo 0080

**08/17/2016 2:55 PM - PHONE Note 24**
Claim/Event/Leave: 5458678
NoteSubject : AP Called
Other Subject : SHARA DR WARE
Text: [08/17/2016 - YOUNGBERG, TODD]RECEIVED RETURNED CALL FROM SHARA AT DR WARE'S OFFICE, DCM THANKED HER FOR RETURNING HIS CALL, DCM REQUESTED SHE FAX OVER A COPY OF CLMT'S OV NOTES DATED 1/2016 TO THE PRESENT, SHARA UNDERSTOOD SHE REQUESTED DCM'S FAX NUMBER AND WILL FAX THEM OVER, DCM THANKED AND PH CALL ENDED.

**08/17/2016 2:31 PM - PHONE Note 23**
Claim/Event/Leave: 5458678
NoteSubject : Called AP
Other Subject : DR WARE
Text: [08/17/2016 - YOUNGBERG, TODD]PH CALL PLACED TO DR WARE'S OFFICE, S/W ANSWERING SERVICE, THEY ADVISED THEY CANNOT CONTACT ANYONE IN DR WARE'S OFFICE AND REQUESTED TO TAKE A MESSAGE, DCM LEFT MESSAGE REQUESTING A C/B FROM SHARA REGARDING MED RECORD REQUEST, SHE ADVISED SHE'D TAKE MESSAGE AND PASS ALONG, DCM THANKED AND PH CALL ENDED.

**08/17/2016 2:16 PM - PHONE Note 22**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : F/U MEDS DR WARE
Text: [08/17/2016 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT THIS DATE, S/W CLMT (WHO SOUNDED TO BE OUTSIDE IN A CROWDED AREA) DCM ADVISED CLMT WE STILL HAVEN'T RECEIVED HER MEDS FROM DR WARE, CLMT ADVISED SHE CALLED AND EMAILED THEIR OFFICE AGAIN YESTERDAY,SHE'LL MAKE ANOTHER ATTEMPT TODAY, DCM THANKED, HE'LL DO THE SAME ON HIS END, SHE THANKED AND PH CALL ENDED.

**08/15/2016 4:23 PM - PHONE Note 21**
Claim/Event/Leave: 5458678
NoteSubject : AP Called
Other Subject : SHARA-DR WARE
Text: [08/15/2016 - YOUNGBERG, TODD]RECEIVED A VOICE MESSAGE FROM SHARA IN DR WARE'S OFFICE, SHE REQUESTED A C/B FROM DCM AT 504-842-4033****DCM RETURNED SHARA'S PH CALL, LEFT MESSAGE WITH RECEPTIONIST REQUESTING A C/B AS SHARA IS IN CLINICALS AT THIS TIME, DCM THANKED REQUESTED A C/B FROM SHARA.

**08/11/2016 4:57 PM - CLAIM Note 108**
Claim/Event/Leave: 5458678
NoteSubject : LTR to AP
Other Subject : ESTES
Text: [08/11/2016 - TRAN, JENNIFER]DCM REFAXED MED REQ TO AP ESTES

**08/11/2016 4:46 PM - PHONE Note 20**
Claim/Event/Leave: 5458678
NoteSubject : AP Called
Other Subject : REFAX
Text: [08/11/2016 - TRAN, JENNIFER]RECVD CALL FROM DEE HARRIS FROM HEALTH INFORMATION MANAGEMENT ASKING IF DCM CAN RESEND REQUEST THAT WAS SENT TO AP JACOB ESTES ON 7/11 TO 504-897-5874. DEE ADVISED THE ORIGINAL REQUEST WAS SENT TO THE WRONG PROVIDER. DCMAGREED TO REFAX. NOTHING FURTHER.

**08/11/2016 10:07 AM - CLAIM Note 107**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : NO DR MORRIS
Text: [08/11/2016 - YOUNGBERG, TODD]RECEIVED EMAIL FROM CLMT CONFIRMING NO RECORDS FROM DR MORRIS.

**08/11/2016 9:47 AM - PHONE Note 19**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : OUTSTANDING MEDS
Text: [08/11/2016 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT RETURNING CLMT'S VOICE MAIL MESSAGE, CLMT ADVISED SHE'S BEEN IN CONTACT WITH BOTH DR MORRIS AND DR WARE'S OFFICES, DR WARE QUESTIONED IF WE JUST NEED A COPY OF CLMT'S CLINIC NOTES, DCM CONFIRMED THAT'S WHAT WE'RE LOOKING FOR, CLMT UNDERSTOOD SHE'S BEEN CALLING AND EMAILING THEM THIS MORNING BECAUSE IF WE NEED FORMS THAT COULD TAKE A WHILE, DCM ADVISED JUST HAVE HER CLINIC NOTES SENT, DCM QUESTIONED STATUS OF DR MORRIS RECORDS, CLMT ADVISED SHECALLED THEIR OFFICE YESTERDAY TO VERIFY WHETHER SHE'S BEEN TREATED SINCE JANUARY AND SHE'S WAITING TO HEAR BACK FROM THEM BUT THEY ALSO ADVISED HER THAT THEY SENT HER RECORDS TO DR ESTES, DCM CONFIRMED RECEIPT OF RECORDS FROM DR ESTES, CLMT UNDERSTOOD, SHE'LL FIND OUT IF SHE'S EVEN BEEN SEEN BY DR MORRIS THIS YEAR AND LET DCM KNOW, DCM THANKED AND PH CALL ENDED.

**08/03/2016 4:29 PM - CLAIM Note 106**
Claim/Event/Leave: 5458678
NoteSubject : LTR to AP
Other Subject : WARE/MORRIS
Text: [08/03/2016 - YOUNGBERG, TODD]DCM FAXED 3RD REQUESTS TO DRS WARE AND MORRIS THIS DATE.

Liberty/Crespo 0081

**08/03/2016 10:53 AM - CLAIM Note 105**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [08/03/2016 - CAMPBELL, CHERYL]PD INV # 322301 DATED 6/2/16 TO MLG GROUP OF COMPANIES, INC. FOR $2,400.18 FOR PEER REVIEW

**07/21/2016 4:11 PM - CLAIM Note 104**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : DR ESTES
Text: [07/21/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED RESTRICTIONS FORM FROM DR ESTES ADVISING LOV 5/13/16, LASER ABLATION, VAGINAL INTRAEPITHELIAL NEOPLASIA, SURGERY, LASER ABLATION OF VAGINAL CUFF, RESTRICTED FROM 4/26/16-5/25/16.

**07/18/2016 12:08 PM - PHONE Note 18**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : WARN/MEDS
Text: [07/18/2016 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT THIS DATE, S/W CLMT AND REMINDED HER THAT THE REQUESTED MEDS FROM HER TREATING PROVIDERS, DRS DAVIS, ESTES, MORRIS AND WARE, DATED 1/2016 THRU THE PRESENT, REMAINS OUTSTANDING AND DUE BY 8/9/16, CLMT UNDERSTOOD, SHE ADVISED SHE HASN'T SEEN DR DAVIS HER RHEUMATOLOGIST THIS YEAR SO THERE WON'T BE ANYTHING COMING FROM THEIR OFFICE, DRS MORRIS AND ESTES ARE TREATING HER FOR NON DISABLING CONDITION UNRELATED TO HER DISABILITY BUT SHE HAS TREATED WITH THEM THIS YEAR, SHE'LL F/U WITH THEM, DCM UNDERSTOOD, DCM ADVISED HE FAXED A SECOND REQUEST TO HER AP'S THIS DATE, CLMT UNDERSTOOD SHE'LL F/U WITH THEIR OFFICES TO REMIND THEM, DCM THANKED AND PH CALL ENDED.

**07/13/2016 4:35 PM - PHONE Note 17**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : LEFT MESSAGE
Text: [07/13/2016 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT THIS DATE, LEFT VOICE MESSAGE FOR CLMT REQUESTING A C/B TO OBTAIN A MED UPDATE, SEE IF THERE HAVE BEEN ANY CHANGES TO HER CONDITION, ALSO REQUESTED A C/B TO CONFIRM ALL CURRENT TREATING PROVIDERS,ADVISED IF DCM DOESN'T ANSWER SHE CAN LEAVE THE INFO ON VOICE MAIL.

**07/11/2016 5:25 PM - CLAIM Note 103**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : N&P DUE 8/9/16
Text: [07/11/2016 - YOUNGBERG, TODD]DCM MAILED ONGOING N&P TO CLMT THIS DATE, FAXED MED REQUESTS TO DRS WARE, DAVIS, MORRIS AND ESTES REQUESTING COPY OF CLMT'S OV NOTES DATED 1/2016 THRU THE PRESENT TO INCLUDE A COMPLETED RESTRICTIONS FORM, REQUESTED INFODUE BY 8/9/16 OR SUSPEND, DUE 9/8/16 OR CLOSE.

**07/11/2016 2:23 PM - CLAIM Note 102**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [07/11/2016 - BREWSTER, TRISHA]BASED ON CLAIM FACTS, RECOMMEND DCM CONTACT TREATMENT PROVIDERS FROM PHYSICAL PERSPECTIVE TO DETERMINE IF ANY PHYSICAL R&L'S ARE BEING PLACED ON THE CLMT

**07/11/2016 12:28 PM - PHONE Note 16**
Claim/Event/Leave: 5458678
NoteSubject : Called AP
Other Subject : DR WARE
Text: [07/11/2016 - YOUNGBERG, TODD]PH CALL PLACED TO DR WARE, NEUROSURGEON OFFICE, CONFIRMED CLMT LAST TREATED 5/11/16, HE WANTS TO SEE HER BACK IN MAY 2017, DCM UNDERSTOOD AND THANKED, PH CALL ENDED.

**07/11/2016 12:12 PM - PHONE Note 15**
Claim/Event/Leave: 5458678
NoteSubject : Called AP
Other Subject : DR KHAN
Text: [07/11/2016 - YOUNGBERG, TODD]PH CALL PLACED TO NEUROLOGIST DR KHAN, CONFIRMED LOV 9/11/15, CLMT DOESN'T HAVE A F/U APPT SCHEDULED.

**07/11/2016 9:20 AM - CLAIM Note 101**
Claim/Event/Leave: 5458678
NoteSubject : Closed
Other Subject : NOT TD OWN OCC
Text: [07/11/2016 - YOUNGBERG, TODD]CLMT IS A 44 YOF, OCC: ANESTHESIOLOGIST (LIGHT) DX: S/P INTRACRANIAL HEMORRHAGE (4/10/15) CAUSED BY A RUPTURE OF AN ARTERIOVENOUS MALFORMATION SOMEWHERE IN THE DISTRIBUTION OF THE L MIDDLE CEREBRAL ARTERY FOR WHICH SHE UNDERWENT NEUROSURGICAL INTERVENTION/CLIPPING PROCEDURE, CLMT UNDERWENT A NEUROPSYCH EVAL ON 10/12/15 WHICH WAS SCHEDULED BY HER OWN TREATING PROVIDER, COPY OF THE 10/12/15 NEUROPSYCH EVAL CONCLUDED: SHE SUFFERED A MCA

Liberty/Crespo 0082

ANEURYSMAL REUPTURE 4/10/15, SHEBELIEVES SHE HAS GENERALLY RETURNED TO HER COGNITIVE BASELINE SINCE THAT TIME WITH MILD CHANGES IN NAVIGATION AND PERSISTENT L HOMONYMOUS HEMIANOPSIA, SHE'S INDEPENDENT IN DAILY LIVING WITH NO REPORTED PROBLEMS, SHE HAS NOT RETURNED TO HER POSITIONAS A NURSE ANESTHETIS SINCE THE HEMORRHAGE, SHE DEMONSTRATED STRONGLY INTACT COGNITION IN MOST DOMAINS OF COGNITIVE FUNCTIONING, TESTING REVEALED AVERAGE TO ABOVE AVERAGE LEARNING/MEMORY, LANGUAGE, PROCESSING SPEED, COMPLEX/DIVIDED ATTENTION, WORKINGMEMORY, AND CONCEPTUAL REASONING/PROBLEM SOLVING SKILLS, FINE MOTOR ABILITIES FOR HER L HAND ALSO APPEAR TO BE COMPROMISED, WHILE THESE WEAKNESSES WERE NOTEWORTHY, THE OVERALL FINDINGS ARE VERY ENCOURAGING AND ARE CONSISTENT WITH MS. CRESPO'S SELF-PERCEPTION THAT SHE GENERALLY RETURNED TO COGNITIVE BASELINE, ON 1/8/16 WE FAXED REQUESTS TO DRS KHAN AND WARE REQUESTING UPDATED MED RECORDS, ON 1/18/16 CLMT CALLED AND ADVISED SHE HASN'T TREATED WITH EITHER OF HER TREATING PROVIDERS SINCE THE SUMMEROF 2015 AND ADVISED AT THAT TIME SHE WASN'T TREATING WITH ANY SPECIFIC PROVIDER, SURVEILLANCE WAS COMPLETED 12/17/15-12/19/15, SURVEILLANCE OBSERVED CLMT AS SHE WALKED, AMBULATED ACROSS STREETS, OPERATED A VEHICLE AND LOADED CHILDRENS BACKPACKS TO THE REAR OF HER VEHICLE, SHE WAS OBSERVED WEARING HEELS, MANEUVERING BY PEOPLE AND OBJECTS NORMALLY AND WITH EASE, SURVEILLANCE WAS COMPLETED AGAIN 1/28/16-2/8/16, SURVEILLANCE CONCLUDED: CLMT OBSERVED STANDING, WALKING, ENTERING AND EXITING A VEHICLE, OPERATING A VEHICLE, TRAVELING TO A FITNESS CENTER CARRYING A TOWEL AND WATER BOTTLE, TRAVELING TO AN ART STUDIO AND RETURNING TO HER RESIDENCE, COPY OF THE 10/2015 NEUROPSYCH EVAL WAS REFERRED TO NEUROPSYCH CP FOR REVIEW AND COMMENT, FOLLOWING REVIEW THE NEUROPSYCH CP OPINED: THE CLAIMANT S MEDICAL RECORDS AND NEUROPSYCHOLOGICAL TEST RESULTS PROVIDE REASONABLE SUPPORT FOR THE PRESENCE OF FUNCTIONAL IMPAIRMENT DUE TO CEREBROVASCULAR ACCIDENT, AND ASSOCIATED NEED FOR CONTINUED RESTRICTION FROM HER OCCUPATION AS A NURSE ANESTHETIST THROUGH APPROXIMATELY 10/11/16, COINCIDING WITH 1 YEARS FROM HER CEREBROVASCULAR ACCIDENT AND ONE YEAR SINCE THE OCTOBER 2015 NEUROPSYCHOLOGICAL EXAM HOWEVER, DCM S/W NEUROPSYCH CP AND AGREED THAT UPDATEDNEUROPSYCH TESTING WITH VALIDITY TESTING COULD BE COMPLETED AT THIS TIME THEREFORE CLMT WAS REFERRED FOR NEUROPSYCH TESTING WHICH WAS COMPLETED ON 5/24/16, COPY OF THE NEUROPSYCH TESTING REPORT WAS RETURNED TO NEUROPSYCH CP FOR COMPLETE REVIEW AND COMMENT, FOLLOWING REVIEW THE NEUROPSYCH CP CONCLUDED: THE MAY 2016 EXAMINATION PROCEDURES REPRESENT A COMPREHENSIVE AND SCIENTIFICALLY-SUPPORTED SET OF METHODS FOR EVALUATING THE CLAIMANT S NEUROPSYCHOLOGICAL STATUS. THERE IS REASONABLE SCIENTIFIC SUPPORT FOR THE CONCLUSION THAT THE MAY 2016 NEUROPSYCHOLOGICAL EXAMINATION RESULTS, WHEN CONSIDERED IN THE CONTEXT OF THE CLAIMANT S DOCUMENTED MEDICAL HISTORY, REPRESENT INVALID AND NONCREDIBLE MEASURES OF THE CLAIMANT S ACTUAL COGNITIVE AND PSYCHOLOGICAL STATUS. THE NEUROPSYCHOLOGICAL EXAMINATION RESULTS PROVIDE INSUFFICIENT SUPPORT FOR THE PRESENCE OF COGNITIVE OR PSYCHOLOGICALLY-BASED IMPAIRMENT WHICH WOULD NECESSITATE OCCUPATIONAL RESTRICTIONS OR LIMITATIONS THEREFORE, THERE IS INSUFFICIENT COGNITIVE OR PSYCH IMPAIRMENT THAT TRANSLATE INTO R&L'S THAT WOULD PRECLUDE THE CLMT FROM HER OWN OCC AND THUS CLMT NO LONGER MEETS THE DEF OF DISABILITY OF HER POLICY AND CLAIM WILL BE CLOSED 7/12/16 FOR NOT TD OWN OCC.

**07/11/2016 8:30 AM - CLAIM Note 100**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : NEUROPSYCH CP
Text: [07/11/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED NEUROPSYCH CP REPORT WHICH CONCLUDED: THE MAY 2016 EXAMINATION PROCEDURES REPRESENT A COMPREHENSIVE AND SCIENTIFICALLY-SUPPORTED SET OF METHODS FOR EVALUATING THE CLAIMANT S NEUROPSYCHOLOGICAL STATUS. THERE IS REASONABLE SCIENTIFIC SUPPORT FOR THE CONCLUSION THAT THE MAY 2016 NEUROPSYCHOLOGICAL EXAMINATION RESULTS, WHEN CONSIDERED IN THE CONTEXT OF THE CLAIMANT S DOCUMENTED MEDICAL HISTORY, REPRESENT INVALID AND NONCREDIBLE MEASURES OF THE CLAIMANT S ACTUAL COGNITIVE AND PSYCHOLOGICAL STATUS. THE NEUROPSYCHOLOGICAL EXAMINATION RESULTS PROVIDE INSUFFICIENT SUPPORT FOR THE PRESENCE OF COGNITIVE OR PSYCHOLOGICALLY-BASED IMPAIRMENT WHICH WOULD NECESSITATE OCCUPATIONAL RESTRICTIONS OR LIMITATIONS.

**06/29/2016 8:44 AM - CLAIM Note 99**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : APP DENIED
Text: [06/29/2016 - YOUNGBERG, TODD]RECEIVED CLMT'S NOTICE OF SSDB DENIAL DATED 6/22/16.

**06/17/2016 2:31 AM - CLAIM Note 98**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO LYNNE FAASEN.

**06/17/2016 2:30 AM - CLAIM Note 97**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: CLMT REQUESTS FIT WITHHOLDING, PROVIDED UPDATED TAX FORM

**06/16/2016 12:51 PM - CLAIM Note 96**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : PAYMENT SERVICES

Liberty/Crespo 0083

Text: [06/16/2016 - FAASEN, LYNNE]REFERRAL RECEIVED AND FIT WITHHOLDING INPUT AS REQUESTED BY DCM; INPUT $900.00 AS INDICATED ON THE W-4S RECEIVED ON 6/15/2016.

**06/13/2016 3:36 PM - CLAIM Note 95**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : DD APP
Text: [06/13/2016 - YOUNGBERG, TODD]DCM EMAILED CLMT A DIRECT DEPOSIT APPLICATION PER HER REQUEST.

**06/08/2016 2:29 AM - CLAIM Note 94**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/7/2016 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**06/07/2016 2:14 PM - CLAIM Note 93**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/07/2016 - CAMPBELL, CHERYL]RECEIVED INVOICE FROM CASE MANAGER. VENDOR PAYMENT ISSUED TODAY TO MLS GROUP OF COMPANIES, INC., PO BOX 492417, REDDING, CA 96049 FOR PEER REVIEW. INVOICE # 322301- 6/2/16 FOR $9,500.00. INVOICE IN DOC LIST

**06/07/2016 10:04 AM - CLAIM Note 92**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Managed Care
Other Subject : NEUROPSYCH CP
Text: [06/07/2016 - YOUNGBERG, TODD]FILE RETURNED TO NEUROPSYCH CP FOR REVIEW AND COMMENT ON THE NEUROPSYCH EVAL REPORT.

**06/07/2016 9:57 AM - CLAIM Note 91**
Claim/Event/Leave: 5458678
NoteSubject : LTR to AP
Other Subject : NP EVAL TO DR KHAN
Text: [06/07/2016 - YOUNGBERG, TODD]DCM FAXED A COPY OF THE NEUROPSYCH EVAL TO DR KHAN FOR REVIEW AND COMMENT, REQUESTED A RESPONSE BY 6/21/16.

**06/07/2016 9:50 AM - CLAIM Note 90**
Claim/Event/Leave: 5458678
NoteSubject : IME/IPE
Other Subject : NEUROPSYCH REPORT
Text: [06/07/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED NEUROPSYCH EVAL REPORT DATED 5/24/16 AND CONCLUDED: IN SUMMARY THERE'S NO CONSISTENT VALID EVIDENCE IN THE RECORDS REVIEWED, CLINICAL INTERVIEW, OR CURRENT TEST RESULTS OF ANY BRAIN DYSFUNCTION OR PSYCHOLOGICAL DISORDER, PROBABLE MALINGERING, THAT IS, INTENTIONAL PRODUCTION OR EXAGGERATION OF SYMPTOMS, IS THE MOST APPROPRIATE DESCRIPTION FOR HER PRESENTATION AND TEST RESULTS.

**05/19/2016 1:27 PM - CLAIM Note 89**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [05/19/2016 - JOHNSON, JACQUELINE]REFERRAL RECEIVED AND STOP PAY HAS BEEN CONFIRMED. REPLACEMENT FOR CHECK # 30783262 WILL ISSUE TONIGHT.

**05/17/2016 2:29 AM - CLAIM Note 88**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF RE-ISSUE (R&C, STOP PAYS) HAS BEEN RECEIVED AND ASSIGNED TO JACQUELINE JOHNSON.

**05/17/2016 2:29 AM - CLAIM Note 87**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR RE-ISSUE (R&C, STOP PAYS). COMMENTS: PLEASE REISSUE CHECK TO CLMT FOR DATES 4/10/16-5/9/16 IN AMT OF $7332

**05/16/2016 10:09 AM - CLAIM Note 86**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : STOP PAY CHECK
Text: [05/16/2016 - YOUNGBERG, TODD]DCM ISSUED A STOP PAYMENT TO CHECK NUMBER 30783262 FOR PERIOD 4/10/16-5/9/16 AS CLMT HAS NOT YET RECEIVED THE CHECK, STOP PAYMENT ISSUED, CHECK TO BE REISSUED.

Liberty/Crespo 0084

**05/16/2016 10:00 AM - CLAIM Note 85**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : CHECK NOT RCVD
Text: [05/16/2016 - YOUNGBERG, TODD]RECEIVED EMAIL FROM CLMT ADVISING SHE STILL HAS NOT RECEIVED HER CHECK FROM MAY.[05/16/2016 - YOUNGBERG, TODD]DCM ADVISED STOP PAYMENT ISSUED TO CHECK AND WILL BE REISSUED.

**05/11/2016 9:44 AM - CLAIM Note 84**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : NP ITINERARY
Text: [05/11/2016 - YOUNGBERG, TODD]DCM EMAILED CLMT NEUROPSYCH TRAVEL ITINERARY THIS DATE.

**05/10/2016 10:39 AM - CLAIM Note 83**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : FORMS RECEIVED
Text: [05/10/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED CLAIM FORMS FROM CLMT, CLMT COMPLETED AUTH AND SS REIMBURSEMENT AGREEMENT****CSS: NOT RECEIVING ANY OTHER INCOME, HAS A NURSING LICENSE****ACTIVITIES QUESTIONNAIRE INDICATES CLMT CANNOT ENGAGE IN ANY GAINFUL EMPLOYMENT AS SHE HAD A HUGE STROKE, BLIND IN ONE EYE, CAN'T CONCENTRATE FOR LONG PERIODS OF TIME, SHE GETS HEADACHES, FORGETS THINGS, L SIDED WEAKNESS****CIF: CLMT TREATS WITH DRS WARE, MORRIS IV, DAVIS, ESTES.

**05/02/2016 2:19 PM - CLAIM Note 82**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/02/2016 - CAMPBELL, CHERYL]RECEIVED INVOICE FROM CASE MANAGER. VENDOR PAYMENT ISSUED TODAY TO HUB ENTERPRISES INC., PO BOX 3162, LAFAYETTE, LA 70502 FOR INVESTIGATION FEES. INVOICE # 184772 - 4/29/16 FOR $650.00. INVOICE IN DOC LIST

**05/01/2016 7:11 PM - CLAIM Note 81**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : F/I REPORT
Text: [05/01/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED FIELD INVESTIGATION REPORT FROM HUB: OVERALL FINDINGS AND RECOMMENDATIONS: DURING THIS INVESTIGATION, A DISABILITY INTERVIEW WAS CONDUCTED WITH PAIGE CRESPO. SHE STATED SHE HAD NO SYMPTOMS PRIOR TOHER DISABILITY. SHE WAS ATTENDING A SWIM MEET WITH HER DAUGHTER WHEN THE INCIDENT OCCURRED. SHE CANNOT RETURN TO WORK, AS HER SYMPTOMS PROHIBIT HER RETURNING TO WORK IN THE SURGICAL FIELD. THERE IS NO LIGHT DUTY IN HER FIELD OF SURGICAL NURSING. MS. CRESPO IS RIGHT HANDED AND SPOKE SLOWLY DURING THE INTERVIEW, COMPLAINING THAT SHE COULD NOT ENGAGE IN MORE THAN ONE ACTIVITY AT A TIME, DUE TO HER DISABILITY. MS. CRESPO STATED SHE HAS REACHED A PLATEAU AND ACCORDING TO HER DOCTOR SHE CAN EXPECT NO IMPROVEMENT FROM HER CURRENT CONDITION. SHE CANNOT DRIVE AT NIGHT AND DOES NOT LIKE TO DRIVE IN TRAFFIC BECAUSE OF HER LEFT SIDED BLINDNESS. SHE HAS DISCUSSED RETURNING TO WORK WITH HER STAFF; HOWEVER, THERE ARE NO PLANS DO SO AT THIS TIME.

**04/25/2016 4:07 PM - PHONE Note 14**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : REQUESTED C/B
Text: [04/25/2016 - YOUNGBERG, TODD]RECEIVED VOICE MESSAGE FROM CLMT THIS DATE, SHE REQUESTED A C/B FROM DCM TO DISCUSS HER NEUROPSYCH TESTING SCHEDULING****DCM RETURNED HER CALL, DCM ADVISED HE HASN'T RECEIVED ANY INFO REGARDING THE SCHEDULING OF HER APPTAS OF YET, CLMT UNDERSTOOD, HER KIDS ARE GETTING OUT OF SCHOOL AROUND THEN SO SHE'S TRYING TO GET EVERYTHING ORGANIZED AND TRYING TO GET A BABYSITTER FOR THEM, DCM UNDERSTOOD, DCM ADVISED AS SOON AS HE HEARS SOMETHING HE'LL LET HER KNOW, SHE THANKED, SHE ADVISED THAT SSA ALSO SCHEDULED HER FOR AN APPT THE SAME DAY WE SCHEDULED HER FOR ONE SO SHE CONTACTED THEM TO RESCHEDULE THEIR APPT, DCM UNDERSTOOD, SHE ALSO ADVISED SHE SENT BACK THE CLAIM FORMS WE SENT HER BUT SHE JUST REMEMBERED SHE FORGOTTO ATTACH A DRIVERS LICENSE TO THE FORMS BUT ADVISED WE SHOULD HAVE ONE ON FILE FROM PREVIOUS, DCM UNDERSTOOD AND ADVISED HER NOT TO WORRY ABOUT IT, SHE THANKED AND PH CALL ENDED.

**04/21/2016 8:50 AM - CLAIM Note 80**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : EMAIL FROM CLMT
Text: [04/21/2016 - YOUNGBERG, TODD]RECEIVED EMAIL FROM CLMT REGARDING HER SSDB APP: TODD THAT IS THE NEW APPLICATION. THAT'S THE 2ND TIME I'VE APPLIED. I HAVEN'T HEARD ANYTHING ABOUT THIS ONE YET. OK AND NO I HAVEN'T APPEALED. I DON'T KNOW ANYTHING ABOUT THIS STUFF. I'VE NEVER BEEN DISABLED BEFORE. I'M JUST DOING WHAT Y'ALL TELL ME TO DO WHEN Y'ALL TELL ME TO DO IT.

**04/20/2016 3:33 PM - PHONE Note 13**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : NP TESTING

Liberty/Crespo 0085

Other Subject : NP TESTING

Text: [04/20/2016 - YOUNGBERG, TODD]DCM PLACED PH CALL TO CLMT, S/W CLMT AND ADVISED HER THAT THE TESTING IN TN WAS IN NASHVILLE, CLMT UNDERSTOOD, SHE ADVISED THAT'S TOO FAR FOR HER, HOUSTON WOULD BE BETTER, SHE QUESTIONED IF WE COULD SCHEDULE TRANSPORTATION AND HOTEL ACCOMMODATIONS FOR HER, DCM ADVISED WE WILL, CLMT UNDERSTOOD AND THANKED, PH CALL ENDED.

**04/20/2016 3:26 PM - PHONE Note 12**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : NP TEST/POLICY
Text: [04/20/2016 - YOUNGBERG, TODD]RECEIVED PH CALL FROM CLMT REQUESTING A C/B FROM DCM TO DISCUSS THE NEURPSYCH TESTING WE SCHEDULED HER****DCM RETURNED CALL AND DISCUSSED THE TESTING, ADVISED WE PREVIOUSLY PLACED IT ON HOLD AS WE WEREN'T SURE IF WE'D NEED IT BUT NOW WE NEED TO RESCHEDULE SO WE SCHEDULED IT, CLMT UNDERSTOOD, SHE ADVISED ITS A MONTH AWAY AND KIDS SHOULD BE OUT OF SCHOOL SO SHE DOESN'T SEE AN ISSUE WITH GOING BUT JUST WONDERED HOW SHE'D GET THERE AND WHERE SHE'D STAY, DCM UNDERSTOOD,DCM ADVISED WE CAN SET HER UP WITH TRANSPORTATION IF SHE'D LIKE DCM ADVISED WE ALSO HAVE A ANOTHER DR IN TENNESSEE, CLMT ADVISED IF IT'S IN MEMPHIS THAT'S WHERE SHE'S FROM AND HAS FAMILY THERE AND SHE'D BE WILLING TO GO THERE, DCM ADVISED HE'LL CHECKWITH THE VENDOR AND LET CLMT KNOW, SHE UNDERSTOOD, SHE THEN QUESTIONED IF SHE CAN HAVE POLICY AND WANTED TO DISCUSS PARTIAL DISABILITY CALC, DCM ADVISED HE'LL EMAIL HER THE POLICY AND OUTLINED PTDS CALC FOR HER TO READ, CLMT UNDERSTOOD, SHE ADVISEDSHE HAD SOMEONE COME TO HER TODAY AND SCHEDULE AN APPT WITH HER, THEY'RE RETURNING FRIDAY TO COMPLETE THE INTERVIEW WITH HER, DCM UNDERSTOOD, CLMT THANKED FOR DCM'S HELP, DCM WILL LET HER KNOW WHAT HE FINDS OUT WITH THE OTHER DR FROM TN, CLMT THANKED AND PH CALL ENDED.[04/20/2016 - YOUNGBERG, TODD]DCM EMAILED CLMT COPY OF HER POLICY AND OUTLINED PARTIAL DISABILITY CALC.

**04/19/2016 2:29 AM - CLAIM Note 79**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF OFFSETS HAS BEEN RECEIVED AND ASSIGNED TO BRENDA LAVIGNE.

**04/19/2016 2:29 AM - CLAIM Note 78**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR OFFSETS. COMMENTS: PLEASE REMOVE SSET OFFSET

**04/18/2016 12:04 PM - CLAIM Note 77**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [04/18/2016 - LAVIGNE, BRENDA]REFERRAL RECEIVED AND SSET OFFSET HAS BEEN REMOVED AS REQUESTED BY THE DCM.

**04/18/2016 11:39 AM - CLAIM Note 76**
Claim/Event/Leave: 5458678
NoteSubject : IME/IPE
Other Subject : SCHEDULED
Text: [04/18/2016 - YOUNGBERG, TODD]NEUROPSYCH TESTING HAS BEEN SCHEDULED FOR 5/24/16.

**04/16/2016 6:05 AM - CLAIM Note 75**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/15/2016 - REFERRED TO MLS GROUP OF COMPANIES FOR NEUROPSYCH TESTING.

**04/15/2016 3:58 PM - CLAIM Note 74**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : APP FILED
Text: [04/15/2016 - YOUNGBERG, TODD]RECEIVED CLMT'S PROOF OF FILING FOR SSDB, APP FILED 1/12/16 AND PENDING.

**04/15/2016 9:00 AM - CLAIM Note 73**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : N&P DUE 5/14/16
Text: [04/15/2016 - YOUNGBERG, TODD]DCM MAILED UPDATED LTD CLAIM FORMS TO CLMT THIS DATE (AUTH, A/Q, CIF, CSS, SS REIMB AGREE) REQUESTED FORMS DUE BY 5/14/16 OR SUSPEND, DUE 6/13/16 OR CLOSE.

**04/15/2016 8:41 AM - CLAIM Note 72**
Claim/Event/Leave: 5458678
NoteSubject : IME/IPE
Other Subject : REFERRED
Text: [04/15/2016 - YOUNGBERG, TODD]FILE RETURNED TO MLS TO SCHEDULE NEUROPSYCH TESTING WITH A

Liberty/Crespo 0086

NEUROPSYCHOLOGIST.

**04/14/2016 8:23 AM - CLAIM Note 71**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : EMAIL TO NP CP
Text: [04/14/2016 - YOUNGBERG, TODD]DCM EMAILED NEUROPSYCH CP REQUESTING THAT HE DICTATE NEUROPSYCH TESTING QUESTIONS AND QUESTIONED WHAT HIS THOUGHTS ARE ON GETTING NEUROPSYCH TESTING NOW VS WAITING AN ADDITIONAL 6 MOS AS CLMT DOESN'T HAVE ANY FORMAL PLANS TO RTW.

**04/12/2016 2:31 AM - CLAIM Note 70**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 4/11/2016 - REFERRED FOR FIELD VISIT. TYPE OF SERVICE(S) REQUESTED: - UNANNOUNCED VISIT.

**04/11/2016 2:56 PM - CLAIM Note 69**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Special Invest
Other Subject : UNANNOUNCED INTERVIE
Text: [04/11/2016 - YOUNGBERG, TODD]FILE REFERRED TO HUB TO SCHEDULE AND UNANNOUNCED INTERVIEW WITH CLMT.

**04/11/2016 2:44 PM - CLAIM Note 68**
Claim/Event/Leave: 5458678
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2016
Text: [04/11/2016 - YOUNGBERG, TODD]CLMT IS A 44 YOF, OCC: CRNA ANESTHESIOLOGIST (LIGHT), DX: RUPTURED ANEURYSM, SUBARACHNOID BLEED SUFFERED 4/10/15, CLMT UNDERWENT 2 SX'S ON 4/10/15 AND 5/14/15, CLMT WAS HOSPITALIZED 4/10/15-5/17/15, TREATING WITH NEUROSURGEON DR WARE, LOV WAS 8/2015, COMPLETED 3 ROUNDS OF REHAB, NO ERTW DATE AS OF YET, UPDATED MEDS OBTAINED INCLUDE COPY OF OCTOBER 2015 NEUROPSYCH REPORT CONCLUDED THAT THE NEUROPSYCHOLOGICAL EXAM RESULTS PROVIDE REASONABLE SUPPORT FOR THE PRESENCE OF A MILD NEUROCOGNITIVE DISORDER DUE TO CEREBROVASCULAR ACCIDENT. ALTHOUGH THE SCOPE OF COGNITIVE DEFICITS IS LIMITED (I.E., MILD VISUAL-SPATIAL LEARNING INEFFICIENCY), WHEN COMBINED WITH A DEFICIT IN VISUAL PERCEPTION AND FINE MANUAL DEXTERITY THE POTENTIAL FOR ERRORS IN HER SAFETY SENSITIVE OCCUPATION IS A REASONABLE CONSIDERATION, IT'S RECOMMENDED DCM MAINTAIN CONTACT WITH CLMT AND OBTAIN UPDATED MEDS UP UNTIL AROUND OCTOBER 2016 AT WHICH POINT IT WILL BE 1.5 YEARS SINCE THE ANEURYSM OCCURRED, IF NO RTW AT THAT TIME ADDITIONAL NEUROPSYCH TESTING SHOULD BE CONSIDERED THEREFORE, DCM'S ACTION PLAN WILL BE TO OBTAIN UPDATED OV NOTES FROM TREATING AP'S, DCM WILL SEND OUT A FIELD REP FOR AN UNANNOUNCED INTERVIEW AND MAINTAIN CONTACT WITH CLMT TO F/U ON RTW PLANS, IF NO RTW PLANS ARE CONSIDERED BY SEP/OCT 2016 FILE TO BE RETURNED TO NEUROPSYCH CP TO DICTATE NEUROPSYCH QUESTIONS.

**04/11/2016 2:37 PM - CLAIM Note 67**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : NEUROPSYCH CP REPORT
Text: [04/11/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED NEUROPSYCH CP REPORT FOLLOWING REVIEW OF THE 10/2015 NEUROPSYCH EVAL, NEUROPSYCH CP CONCLUDED: THE CLAIMANT S HISTORY AND OCTOBER 2015 NEUROPSYCHOLOGICAL TEST DATA INDICATE THAT OVERALL SHE HAS HAD AREMARKABLY GOOD COGNITIVE AND PSYCHOLOGICAL RECOVERY FROM HER APRIL 2015 INTRACRANIAL HEMORRHAGE. HOWEVER, THE RECORDS INDICATE THAT SHE HAS REPORTED HAVING RESIDUAL VISUAL IMPAIRMENT (I.E., HOMONYMOUS HEMIANOPSIA), THE COGNITIVE TEST DATA INDICATE MILD INEFFICIENCY IN VISUAL-SPATIAL LEARNING, AND PROBABLY SOME IMPAIRMENT IN FINE MANUAL DEXTERITY WITH HER LEFT HAND. HER SELF-REPORTED SYMPTOMS AND THE PSYCHOLOGICAL TEST DATA SUGGEST SUBTLE ISSUES WITH A DECREASED RANGE OF EMOTIONAL EXPERIENCE AND SOME TENDENCY TOWARD ANXIOUS RUMINATION AND SLEEP ONSET INSOMNIA. THE NEUROPSYCHOLOGICAL EXAM RESULTS PROVIDE REASONABLE SUPPORT FOR THE PRESENCE OF A MILD NEUROCOGNITIVE DISORDER DUE TO CEREBROVASCULAR ACCIDENT. ALTHOUGH THE SCOPE OF COGNITIVE DEFICITS IS LIMITED (I.E., MILD VISUAL-SPATIAL LEARNING INEFFICIENCY), WHEN COMBINED WITH A DEFICIT IN VISUAL PERCEPTION AND FINE MANUAL DEXTERITY THE POTENTIAL FOR ERRORS IN HER SAFETY SENSITIVE OCCUPATION IS A REASONABLE CONSIDERATION. THECLAIMANT S MEDICAL RECORDS AND NEUROPSYCHOLOGICAL TEST RESULTS PROVIDE REASONABLE SUPPORT FOR THE PRESENCE OF FUNCTIONAL IMPAIRMENT DUE TO CEREBROVASCULAR ACCIDENT, AND ASSOCIATED NEED FOR CONTINUED RESTRICTION FROM HER OCCUPATION AS A NURSE ANESTHETIST THROUGH APPROXIMATELY 10/11/16, COINCIDING WITH 1 YEARS FROM HER CEREBROVASCULAR ACCIDENT AND ONE YEAR SINCE THE OCTOBER 2015 NEUROPSYCHOLOGICAL EXAM. IN OCTOBER 2016 THE CLAIMANT WILL BE 1 YEARS SINCE HER RIGHT MIDDLE CEREBRAL ARTERYANEURYSMAL RUPTURE, AND 1 YEAR SINCE THE PREVIOUS CLINICAL NEUROPSYCHOLOGICAL EXAM. AT THAT TIME SHE WILL LIKELY BE CONSIDERED TO HAVE REACHED A POINT OF MAXIMAL IMPROVEMENT IN HER COGNITIVE RECOVERY OF FUNCTIONING. IF SHE IS NOT MEDICALLY CLEAREDFOR RETURN TO WORK BY THAT TIME, CONSIDER REFERRAL FOR AN INDEPENDENT NEUROPSYCHOLOGICAL EXAMINATION. IN THE INTERIM, CONSIDER REQUESTING MEDICAL RECORDS PERTAINING TO ANY AVAILABLE OPHTHALMOLOGY OR OPTOMETRIC EVALUATION TO DETERMINE THE ACCURACYOF THE CLAIMANT S REPORT (AS MENTIONED IN THE NEUROPSYCHOLOGIST S REPORT) OF A LEFT HOMONYMOUS HEMIANOPSIA, AS THIS INFORMATION AND THE FINE MANUAL DEXTERITY DEFICIT WITH HER LEFT HAND MAY HAVE RELEVANCE FOR DETERMINATION OF PERCEPTUAL-MTOOR IMPAIRMENT THAT COULD INTERFERE WITH HER OCCUPATIONAL FUNCTIONING.

**04/08/2016 2:53 AM - CLAIM Note 66**

Liberty/Crespo 0087

**04/08/2016 2:53 AM - CLAIM Note 66**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF
OFFSETS HAS BEEN RECEIVED AND ASSIGNED TO NADINE FULLER.

**04/08/2016 2:52 AM - CLAIM Note 65**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR OFFSETS. COMMENTS: PLEASE ADD SS ESTIMATE AS OF 4/7/16 IN AMT OF $2739

**04/07/2016 1:44 PM - CLAIM Note 64**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PSU
Text: [04/07/2016 - FULLER, NADINE]RECEIVED REFERRAL AND SET UP OFFSET FOR SSET IN THE AMOUNT OF $2739.00
04/10/2016-MAX AS REQUESTED BY DCM.

**04/07/2016 9:13 AM - CLAIM Note 63**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : ESTIMATE APPLIED
Text: [04/07/2016 - YOUNGBERG, TODD]ON 2/22/16 WE REQUESTED CLMT APPLY FOR SSDB AND PROVIDE HER PROOF OF
APPLYING FOR SSDB BY 4/6/16, TO DATE, WE HAVE NOT RECEIVED HER PROOF OF APPLYING THEREFORE SS ESTIMATE
HAS BEEN APPLIED TO CLAIM EFF 4/7/16 IN AMT OF $2739, LETTER SENT TO CLMT THIS DATE ADVISING OF ESTIMATE
BEING APPLIED.

**04/04/2016 11:22 AM - PHONE Note 11**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : CLAIM QUESTIONS
Text: [04/04/2016 - YOUNGBERG, TODD]DCM RETURNED PH CALL TO CLMT THIS DATE, CLMT ADVISED SHE HAS SOME
QUESTIONS, SHE ADVISED WHAT IF SHE WERE TO RTW IN THE FUTURE SOMEWHERE DOWN THE LINE, HOW WOULD THAT
AFFECT HER BENS, DCM QUESTIONED WHETHER ITS FULL TIMEOR PART TIME CLMT QUESTIONED FULL TIME, DCM
ADVISED IF SHE RETURNS FULL TIME HER CLAIM CLOSES, SHE QUESTIONED WHAT HAPPENS IF SHE RETURNS PART
TIME, DCM ADVISED WE'LL OBTAIN A COPY OF HER PARTIAL PAYSTUBS AND CALC HER PTDS BASED ON THE PARTIAL
DISABILITY PROVISION IN HER POLICY, CLMT UNDERSTOOD, DCM QUESTIONED IF SHE'S STILL EMPLOYED BY HER ER,
CLMT ADVISED SHE IS NOT, SHE WAS TERMED IN OCTOBER 2015 WHEN SHE WENT ONTO LTD, DCM UNDERSTOOD, CLMT
QUESTIONED IF SHE NEEDS TO DO ANYTHING ELSE AT THISTIME, DCM ADVISED NO WE'RE STILL IN PROCESS OF
REVIEWING HER NEUROPSYCH REPORT FROM OCTOBER AND WE'LL KEEP HER POSTED ON CLAIM STATUS, CLMT
UNDERSTOOD AND THANKED, PH CALL ENDED.

**04/04/2016 10:18 AM - PHONE Note 10**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : FOR ADCM
Text: [04/04/2016 - KRAJCIK, MARISSA]INCOMING CALL FROM EE. ASKED TO S/W ADCM, HAD QUESTIONS ABOUT RTW
PROCESS, HOW SHE IS PAID, ETC. TRANSFERRED CALL TO ADCM (WENT TO VMX). EMAIL TO ADCM.

**03/28/2016 2:10 PM - CLAIM Note 62**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : BEN AMT
Text: [03/28/2016 - YOUNGBERG, TODD]PER CLMT'S REQUEST, DCM EMAILED HER NOTIFICATION CONFIRMING SHE'S
RECEIVING A MONTHLY LTD BEN SINCE 10/10/15 IN AMT OF $7332.

**03/28/2016 2:02 PM - CLAIM Note 61**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : APP FILED
Text: [03/28/2016 - YOUNGBERG, TODD]RECEIVED PROOF FROM CLMT THAT HER SSDB APPLICATION WAS FILED ON 1/12/16
AND PENDING.

**03/25/2016 11:20 AM - PHONE Note 9**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : QUESTIONS
Text: [03/25/2016 - BOZEMAN, FANTE]REC CALL FROM EE ASKING FOR LETTER SO THAT SHE CAN VERIFY HER INCOME. EE
ASKED TO BE TRANS TO ADCM. ADV ADCM NOT AVAIL, EE OK OT LEAVE VM. TRANS CALL

**03/10/2016 9:33 AM - CLAIM Note 60**
Claim/Event/Leave: 5458678
NoteSubject : IME/IPE

Liberty/Crespo 0088

Other Subject : POSTPONE
Text: [03/10/2016 - YOUNGBERG, TODD]DCM EMAILED NEUROPSYCH VENDOR (MLS) REQUESTING TO POSTPONE THE NP EVAL UNTIL THEY HEAR BACK FROM DCM AS DCM IS NOT SURE WE'LL NEED TO PROCEED WITH THE ONE SCHEDULED FOR THE END OF MARCH.[03/10/2016 - YOUNGBERG, TODD]EMAIL FROM VENDOR INDICATED NEUROPSYCH EVAL HAS BEEN CANCELLED, DCM TO EMAIL THEM IF DCM NEEDS TO RESCHEDULE.

**03/10/2016 9:29 AM - PHONE Note 8**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : POSTPONE NP EVAL
Text: [03/10/2016 - YOUNGBERG, TODD]RECEIVED PH CALL FROM CLMT THIS DATE, SHE QUESTIONED WHAT THE DEAL IS WITH THIS NEUROPSYCH EVAL THAT SHE HAS TO ATTEND AT THE END OF THIS MONTH, SHE HAS NO PROBLEM GOING BUT SHE DOES HAVE KIDS SHE HAS TO CARE FOR AND THINGS SHE'D NEED TO TAKE CARE OF AROUND THE HOUSE BEFORE SHE LEFT, SHE QUESTIONED WHY WE COULDN'T SCHEDULE ONE CLOSER WITH A DR AT OCHSNER, DCM ADVISED THIS IS THE CLOSEST ONE OUR VENDOR HAS IN THEIR DATABASE, DCM ADVISED WHAT HE'LL DO IS POSTPONE THISNP EVAL, AS OF RIGHT NOW WE'RE IN PROCESS OF REVIEWING HER NEUROPSYCH EVAL FROM OCTOBER SO IT MAY NOT BE NECESSARY FOR HER TO ATTEND THIS ONE DEPENDING ON WHAT THE RESULTS OF THE ONE FROM LAST OCTOBER REVEAL, CLMT UNDERSTOOD, SHE'LL AWAIT TO HEAR BACK FROM DCM AND WILL PLAN ON NOT ATTENDING THE ONE AT THE END OF THE MONTH, DCM THANKED AND PH CALL ENDED.

**03/09/2016 4:29 PM - CLAIM Note 59**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : CLMT NP EVAL
Text: [03/09/2016 - YOUNGBERG, TODD]RECEIVED EMAIL FROM CLMT QUESTIONING WHY HER NEUROPSYCH EVAL IS IN HOUSTON, SHE WANTED TO KNOW IF WE COULD FIND ONE CLOSER****DCM RESPONDED ADVISING THAT WAS THE CLOSEST ONE OUR VENDOR COULD LOCATE, WE CAN PROVIDE TRANSPORTATION AND ACCOMMODATION IF NEEDED****CLMT ADVISED SHE'LL CONTACT DCM ON 3/10/16 TO FURTHER DISCUSS.

**03/07/2016 8:37 AM - CLAIM Note 58**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : REMIND SSDB
Text: [03/07/2016 - YOUNGBERG, TODD]DCM EMAILED CLMT REMINDING HER THAT HER PROOF OF APPLYING FOR SSDB IS DUE BY 4/6/16.

**03/07/2016 8:25 AM - CLAIM Note 57**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : NP TESTING
Text: [03/07/2016 - YOUNGBERG, TODD]DCM EMAILED CLMT ANOTHER COPY OF THE NEUROPSYCH TESTING SCHEDULING PER HER REQUEST AS SHE LOST THE FIRST ONE.

**03/01/2016 3:05 PM - CLAIM Note 56**
Claim/Event/Leave: 5458678
NoteSubject : IME/IPE
Other Subject : SCHEDULED
Text: [03/01/2016 - YOUNGBERG, TODD]RECEIVED EMAIL FROM MLS CONFIRMING CLMT'S NEUROPSYCH TESTING HAS BEEN SCHEDULED FOR 3/30/16.

**02/26/2016 2:31 AM - CLAIM Note 55**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/25/2016 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**02/25/2016 3:29 PM - CLAIM Note 54**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Managed Care
Other Subject : NEUROPSYCH CP
Text: [02/25/2016 - YOUNGBERG, TODD]FILE REFERRED TO NEUROPSYCH CP FOR ADDENDUM REVIEW TO REVIEW THE 10/2015 NEUROPSYCH EVAL AND COMMENT ON WHETHER IT SUPPORTS ANY SPECIFIC COGNITIVE AND/OR PSYCH R&L'S.

**02/25/2016 3:19 PM - CLAIM Note 53**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : NEUROPSYCH EVAL
Text: [02/25/2016 - YOUNGBERG, TODD]RECEIVED COPY OF CLMT'S COMPLETED NEUROPSYCH EVAL DATED 10/12/15, REPORT CONCLUDES: THE OVERALL FINDINGS ARE VERY ENCOURAGING AND ARE CONSISTENT WITH MS. CRESPO'S SELF PERCEPTION THAT SHE HAS GENERALLY RETURNED TO HER COGNITIVE BASELINE.

**02/24/2016 8:00 AM - CLAIM Note 52**
Claim/Event/Leave: 5458678
NoteSubject : Other

Liberty/Crespo 0089

Other Subject : EMAIL CLMT
Text: [02/24/2016 - YOUNGBERG, TODD]RECEIVED EMAIL FROM CLMT CONFIRMING HER NEUROPSYCH TESTING WAS COMPLETED BY DR BRIAN MIZUKI, HE'S AT THE SAME ADDRESS AS ALL THE OTHER DRS AT OCHSNER, SHE IS QUESTIONING WHY LIBERTY IS GIVING HER A HARD TIME****DCM RESPONDED THANKING HER FOR THE INFO AND ADVISING THAT WE'RE NOT TRYING TO GIVE HER A HARD TIME BUT AS PART OF BEING ON CLAIM WE HAVE TO CONTINUOUSLY EVALUATE HER CLAIM TO ENSURE SHE CONTINUES TO MEET THE DEF OF DISABILITY AS OUTLINED IN HER POLICY.

**02/23/2016 2:33 AM - CLAIM Note 51**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/22/2016 - REFERRED TO MLS GROUP OF COMPANIES FOR NEUROPSYCH TESTING.

**02/22/2016 10:28 AM - CLAIM Note 50**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : SS1 LTR TO CLMT
Text: [02/22/2016 - YOUNGBERG, TODD]DCM MAILED SS1 LETTER TO CLMT THIS DATE REQUESTING SHE PROVIDE US WITH HER PROOF OF APPLYING FOR SSDB WITHIN 45 DAYS OR BY 4/6/16.

**02/22/2016 10:11 AM - CLAIM Note 49**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Managed Care
Other Subject : NEUROPSYCH EVAL
Text: [02/22/2016 - YOUNGBERG, TODD]FILE REFERRED TO MLS TO SCHEDULE INDEPENDENT NEUROPSYCH TESTING.

**02/19/2016 9:44 AM - CLAIM Note 48**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : DR KHAN
Text: [02/19/2016 - YOUNGBERG, TODD]RECEIVED REQUESTED MEDS FROM DR KHAN, RECORDS DATED 9/11/15 AND INDICATE: PRESENTS TO NEURO CLINIC FOR F/U, SINCE LOV SHE DENIES ANY FURTHER SEIZURES, REPORTS COMPLETE RESOLUTION OF HEADACHES, STOPPED TAKING KEPPRA A FEWMOS AGO AFTER LOV WITH DR WARE, SHE DOES DRIVE SHORT DISTANCES AT THE MOMENT, SCHEDULED TO UNDERGO A DRIVING TEST AT REHAB FACILITY, SCHEDULED TO UNDERGO NEUROPSYCH TESTING, LASTLY PATIENT REPORTS BEING VERY ENGAGED AND BUSY DESPITE NOT WORKING, SHE'S ABLE TO CARRY OUT ALL ADL'S, REPORTS SOME MENTAL FATIGUE WITH EXCESSIVE COGNITIVE ACTIVITY.

**02/18/2016 11:35 AM - CLAIM Note 47**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : NEUROPSYCH CP RPT
Text: [02/18/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED NEUROPSYCH CP REPORT WHICH CONCLUDED: THE MEDICAL RECORD DOCUMENTATION PROVIDES MINIMAL INFORMATION ABOUT THE CLAIMANT S COGNITIVE STATUS BEYOND HER 08/26/15 REPORT THAT HER ABILITY TO FOCUS SEEMED TOBE IMPROVING. GIVEN THE LOCATION OF THE INTRACRANIAL HEMORRHAGE, IT S QUITE POSSIBLE THAT THE CLAIMANT HAS PERSISTING POST-STROKE COGNITIVE DEFICITS. HOWEVER, THE PRESENCE, SCOPE, AND SEVERITY OF ANY POST-STROKE COGNITIVE IMPAIRMENT CANNOT BE DETERMINED BASED ON THE MEDICAL RECORD INFORMATION AVAILABLE FOR REVIEW AT THIS TIME. IF THE CLAIMANT S SYMPTOM PROFILE IS INDEED VERY LIMITED (E.G., IMPROVING ENERGY LEVEL AND FOCUS; ALTERED TEMPERATURE PERCEPTION), INFREQUENT FOLLOW-UP MAY BE APPROPRIATE FOR CLINICAL PURPOSES. UNCERTAINTY ABOUT HER COGNITIVE STATUS, WHICH HAS RELEVANCE FOR HER DISABILITY CLAIM, MAY NOT BE A PROMINENT CLINICAL CONCERN IF SHE IS ABLE TO MANAGE ACTIVITIES OF DAILY LIVING AND INSTRUMENTAL ACTIVITIES OF DAILYLIVING INDEPENDENTLY.

**02/16/2016 4:06 PM - CLAIM Note 46**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/16/2016 - CAMPBELL, CHERYL]RECEIVED INVOICE FROM CASE MANAGER. VENDOR PAYMENT ISSUED TODAY TO HUB ENTERPRISES, INC., PO BOX 3162, LAFAYETTE, LA 70502 FOR INVESTIGATION FEES. INVOICE # 177635 - 2/12/16 FOR $1,743.75. INVOICE IN DOC LIST

**02/15/2016 4:08 PM - CLAIM Note 45**
Claim/Event/Leave: 5458678
NoteSubject : Surveillance
Other Subject : REPORT
Text: [02/15/2016 - YOUNGBERG, TODD]RECEIVED COMPLETED SURVEILLANCE REPORT FOR DOS 1/28/16-2/8/16, SURVEILLANCE CONCLUDED: SUMMARY OF INVESTIGATION: DURING THIS INVESTIGATION, VIDEO WAS OBTAINED OF THE CLAIMANT STANDING, WALKING, ENTERING AND EXITING A VEHICLE, OPERATING A VEHICLE, TRAVELING TO A FITNESS CENTER CARRYING A TOWEL AND WATER BOTTLE, TRAVELING TO AN ART STUDIO AND RETURNING TO HER RESIDENCE WHEN OBSERVED, THE CLAIMANT APPEARED TO USE ALL PARTS NORMALLY, WITHOUT THE USE OF ANY VISIBLE MEDICAL DEVICES. ALL INVESTIGATIVE EFFORTS HAVE BEEN DISCONTINUED AT THIS TIME.

**02/15/2016 10:00 AM - CLAIM Note 44**
Claim/Event/Leave: 5458678

Liberty/Crespo 0090

Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : EMAIL TO CLMT
Text: [02/15/2016 - YOUNGBERG, TODD]DCM EMAILED CLMT REQUESTING THAT SHE PROVIDE A RECENT COPY OF HER SSDB APPLICATION, ALSO QUESTIONED WHETHER SHE UNDERWENT NEUROPSYCH TESTING IN OCTOBER OR NOVEMBER 2015.

**02/02/2016 9:57 AM - CLAIM Note 43**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/02/2016 - LIBBY, GAIL]SUBMITTED INVOICE FOR PROCESSING PAYMENT: MRO,INV# 12316021,DATE: 1/28/2016,AMT $35.42,MED RECORDS PAIGE CRESPO, OCHSNER MAIN CAMPUS JEFFERSON.

**02/02/2016 9:51 AM - CLAIM Note 42**
Claim/Event/Leave: 5458678
NoteSubject : Medical Status
Other Subject : DR MARCUS WARE
Text: [02/02/2016 - LIBBY, GAIL]RECEIVED CERTIFICATION OF MEDICAL RECORDS STATEMENT FROM MRO INDICATING THAT NO RECORDS FOR THE DATE REQUESTED WERE FOUND FOR DR MARCUS WARE.

**01/28/2016 12:53 PM - CLAIM Note 41**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : MRO
Text: [01/28/2016 - YOUNGBERG, TODD]RECEIVED RESPONSES FROM MRO INDICATING THEY ARE PROCESSING DCM'S REQUEST FOR CLMT'S MED RECORDS.

**01/25/2016 12:43 PM - PHONE Note 7**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : CLAIM QUESTIONS
Text: [01/25/2016 - YOUNGBERG, TODD]RECEIVED PH CALL FROM CLMT THIS DATE, SHE HAD QUESTIONS REGARDING RTW, SHE ADVISED SHE HAS A HYPOTHETICAL QUESTION FOR EXAMPLE IF SHE RTW IN 5 YEARS MAKING $10K WOULD SHE STILL BE ELIGIBLE FOR LTD BENEFITS, DCM ADVISED IT WOULD DEPEND ON WHETHER IT WAS FULL TIME OR PART TIME, IF IT'S FULL TIME THEN SHE WOULDN'T CONTINUE TO BE DEEMED DISABLED AND HER CLAIM WOULD CLOSE, IF IT WERE PART TIME THEN WE'D HAVE TO EVALUATE THE CLAIM UNDER THE PARTIAL DISABILITY PROVISION AND OBTAIN A COPY OF HER PARTIAL PAYSTUBS FOR REVIEW, CLMT UNDERSTOOD, SHE THEN QUESTIONED WHETHER SHE HAS TO SEE HER DRS MORE FREQUENTLY, DCM ADVISED THAT'S NOT UP TO THE DCM TO DECIDE SHE SHOULD FOLLOW HER DRS ORDERS, RIGHT NOW HER FILE IS UNDER MEDREVIEW, DCM ADVISED WE NEED TO DETERMINE HER LEVEL OF IMPAIRMENT TO EVAL HER DISABILITY AND IF SHE'S NOT TREATING WITH HER DRS FREQUENTLY THEN ITS DIFFICULT FOR US TO EVAL HER CURRENT LEVEL OF IMPAIRMENT, CLMT AGREED SHE UNDERSTOOD AND THANKED FOR THE INFO, PH CALL ENDED.

**01/20/2016 2:32 AM - CLAIM Note 40**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 1/19/2016 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**01/20/2016 2:31 AM - CLAIM Note 39**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/18/2016 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**01/19/2016 8:47 AM - CLAIM Note 38**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Special Invest
Other Subject : SURVEILLANCE
Text: [01/19/2016 - YOUNGBERG, TODD]FILE REFERRED TO HUB TO COMPLETE 4 DAYS OF SURVEILLANCE FROM 1/28/16-1/31/16.

**01/19/2016 8:29 AM - CLAIM Note 37**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : DENIED
Text: [01/19/2016 - YOUNGBERG, TODD]RECEIVED EMAIL FROM CLMT ADVISING HER SSDB HAS BEEN DENIED MONTHS AGO, DCM EMAILED CLMT AND QUESTIONED IF SHE'S FILE AND APPEAL AND RECOMMENDED SHE FILE AN APPEAL, OFFERED SS ATTY ASSISTANCE.

**01/18/2016 5:46 PM - CLAIM Note 36**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Managed Care
Other Subject : NEUROPSYCH CP

Liberty/Crespo 0091

Text: [01/18/2016 - YOUNGBERG, TODD]FILE REFERRED TO NEUROPSYCH CP FOR COMPLETE REVIEW, TO REVIEW RECORDS COMMENT ON R&L'S, COMMENT ON WHETHER CLMT RECEIVING APPROPRIATE TREATMENT, REQUESTED CP/AP CONTACT, QUESTIONED WHETHER NEUROPSYCH TESTING IS RECOMMENDED.

**01/18/2016 5:25 PM - PHONE Note 6**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : MED REQUEST
Text: [01/18/2016 - YOUNGBERG, TODD]RECEIVED CALL FROM CLMT THIS DATE REGARDING MED RECORD REQUEST THAT WAS SENT TO HER LAST WEEK, SHE QUESTIONED WHY WE'RE UPDATING MED RECORDS, DCM ADVISED TO EVALUATE HER CLAIM STATUS, CLMT UNDERSTOOD, SHE ADVISED SHE HASN'T SEEN EITHER OF HER TREATING AP'S (KHAN OR WARE) SINCE END OF SUMMER 2015, DCM QUESTIONED WHO SHE'S TREATING WITH, CLMT ADVISED NO ONE, DCM ADVISED IN ORDER FOR HER TO BE ELIGIBLE TO RECEIVE BENS SHE NEEDS TO BE UNDER THE CARE OF A PHYSICIAN, CLMTADVISED SHE IS, SHE'S BEING RESTRICTED FROM WORK BY BOTH DR'S BUT SHE DOESN'T NEED TO SEE THEM FOR A WHILE, THEY ADVISED HER TO COME BACK IN MAYBE MAY OR JUNE 2016, DCM UNDERSTOOD, DCM QUESTIONED HOW SHE'S UNDER TREATMENT WITH THEM IF SHE'S NOT SEEING THEM, CLMT ADVISED IT'S DIFFERENT BECAUSE HER DISABILITY IS BRAIN RELATED, SHE HAS COGNITIVE ISSUES, SHE WAS AN ANESTHESIOLOGIST AND SHE CAN'T CONCENTRATE OR FOCUS ON HEART RATE MONITOR AND SHE CAN'T THINK QUICKLY, DCM UNDERSTOOD, DCM ADVISED HE'LL RE-EVAL CLMT'S CONDITION ANOTHER WAY THEN, CLMT UNDERSTOOD, SHE REQUESTED DCM MAIL HER THE TAX FORM AS SHE COULDN'T OPEN THE EMAIL DCM SENT HER, DCM AGREED TO DO SO, SHE THANKED AND PH CALL ENDED.

**01/13/2016 12:30 PM - CLAIM Note 35**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : TAX FORM
Text: [01/13/2016 - YOUNGBERG, TODD]RECEIVED EMAIL REQUEST FROM CLMT REQUESTING AN UPDATED TAX FORM****DCM EMAILED CLMT AN UPDATED TAX FORM THIS DATE.

**01/08/2016 4:37 PM - CLAIM Note 34**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : N&P DUE 2/6/16
Text: [01/08/2016 - YOUNGBERG, TODD]DCM MAILED ONGOING N&P TO CLMT THIS DATE, FAXED MED REQUESTS TO DRS KHAN AND WARE REQUESTING A COPY OF CLMT'S OV NOTES DATED 9/2015 THRU THE PRESENT, N&P DUE BY 2/6/16 OR SUSPEND, DUE 3/7/16 OR CLOSE.

**12/24/2015 11:48 AM - CLAIM Note 33**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/24/2015 - LIBBY, GAIL]SUBMITTED THE FOLLOWING INVOICE FOR PROCESSING PAYMENT: HUB ENTERPRISES, INC.,INV# 173551,DATE:12/23/15,AMT $1800.00;SURV 12/17-12/19/15 - PAIGE CRESPO.

**12/24/2015 11:45 AM - CLAIM Note 32**
Claim/Event/Leave: 5458678
NoteSubject : Surveillance
Other Subject : HUB ENTERPRISES INC
Text: [12/24/2015 - LIBBY, GAIL]RECEIVED HUB ENTERPRISES INC'S REPORT DATED 12/23/2015. A PRE-INVESTIGATIVE SEARCH WAS PERFORMED AND SOCIAL MEDIA. THIS INFORMATION IS CONTAINED IN THE REPORT. ALSO, SURVEILLANCE WAS CONDUCTED ON THURSDAY, DECEMBER 17, FRIDAY, DECEMBER 18, AND ON SATURDAY, DECEMBER 19, 2015. ON THURSDAY, VIDEO WAS OBTAINED OF THE CLAIMANT AS SHE WALKED, AMBULATED ACROSS STREETS, OPERATED A VEHICLE, AND LOADED CHILDREN S BACKPACKS IN THE REAR OF HER VEHICLE. ON FRIDAY, VIDEO WAS OBTAINED AS THE CLAIMANT WALKED DOWN CANAL STREET IN NEW ORLEANS, LOUISIANA, WEARING HEELS, MANEUVERING BY PEOPLE AND OBJECTS NORMALLY AND WITH EASE. ON SATURDAY, VIDEO WAS OBTAINED AS THE CLAIMANT WALKED ACROSS A KRISPY KREME PARKING LOT WITH ITEMS IN HERHAND. ON ALL OCCASIONS THE CLAIMANT APPEARED TO AMBULATE IN A NORMAL MANNER WITHOUT THE USE OF ANY VISIBLE MEDICAL DEVICES.

**12/08/2015 2:30 AM - CLAIM Note 31**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 12/7/2015 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**12/07/2015 1:03 PM - CLAIM Note 30**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Special Invest
Other Subject : SURVEILLANCE
Text: [12/07/2015 - YOUNGBERG, TODD]FILE REFERRED TO HUB TO COMPLETE 3 DAYS OF SURVEILLANCE FROM 12/17/15-12/19/15 TO VERIFY CLMT'S ACTIVITY LEVEL VS HER CLAIMED DISABILITY.

**12/03/2015 1:36 PM - CLAIM Note 29**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES

Text: [12/03/2015 - MORREALE, LAURA]REFERRAL RECEIVED FOR TAX WITHHOLDING HOWEVER EE INDICATED $0 WITHHOLDING. DCM ADVISED HE WILL SEND NEW FORM TO EE TO FILL OUT WHAT SHE WOULD LIKE FOR WITHHOLDING. HE CONFIRMED IT WILL BE A FEW DAYS BEFORE SHE CAN SEND IT BACK AND TO CLOSE MY REFERRAL - HE WILL RE-REFER ONCE IT IS RECEIVED.

**12/03/2015 9:43 AM - PHONE Note 5**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : TAX W/H FORM
Text: [12/03/2015 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT THIS DATE, S/W CLMT AND ADVISED THAT SHE DIDN'T INDICATE A WITHHOLDING AMT FOR US TO TAKE, SHE ADVISED SHE'S NEVER SEEN THIS TYPE OF TAX W/H FORM, DCM UNDERSTOOD, ADVISED WE'RE GOING TO HAVE HER COMPLETE A NEW ONE, DCM WILL EMAIL IT TO HER, SHE UNDERSTOOD, SHE'LL GET HELP WITH THIS ONE AND FAX IT BACK TO DCM, DCM UNDERSTOOD AND THANKED, PH CALL ENDED.[12/03/2015 - YOUNGBERG, TODD]DCM EMAILED UPDATED TAX W/H FORM TO CLMT THIS DATE.

**12/02/2015 2:32 AM - CLAIM Note 28**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO LAURA MORREALE.

**12/02/2015 2:32 AM - CLAIM Note 27**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: CLMT REQUESTS TAX WITHHOLDING

**11/10/2015 11:41 AM - CLAIM Note 26**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : TAX W/H
Text: [11/10/2015 - YOUNGBERG, TODD]DCM MAILED TAX W/H FORM TO CLMT THIS DATE.

**11/10/2015 11:35 AM - PHONE Note 4**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : TAX W/H
Text: [11/10/2015 - YOUNGBERG, TODD]RECEIVED VOICE MESSAGE FROM CLMT THIS DATE, SHE ADVISED SHE RECEIVED RECENT CHECK HOWEVER THERE WAS NO TAX W/H FROM IT AND SHE QUESTIONED HOW SHE CAN GO ABOUT WITHHOLDING TAXES FROM HER FUTURE CHECKS****DCM RETURNED CALLTO CLMT, LEFT HER A MESSAGE ADVISING WE HAVEN'T RECEIVED THE FIT W/H FORM FROM HER THEREFORE DCM WILL MAIL HER A NEW FIT FORM TO COMPLETE AND RETURN AND WE'LL SET UP FUTURE TAX W/H FOR HER, ADVISED HER TO C/B WITH ANY QUESTIONS.

**10/30/2015 11:23 AM - PHONE Note 3**
Claim/Event/Leave: 5458678
NoteSubject : EE Called
Other Subject : ALL INFO RECEIVED
Text: [10/30/2015 - YOUNGBERG, TODD]RECEIVED PH CALL FROM CLMT THIS DATE, SHE QUESTIONED IF DCM HAS EVERYTHING HE NEEDS FOR HER CLAIM AS SHE WASN'T SURE IF SHE STILL NEEDED TO SEND SOMETHING IN, DCM REVIEWED HER FILE AND ADVISED WE HAVE ALL HER FORMS, HERSSDB APP, HER MEDS, DOESN'T LOOK LIKE ANYTHING IS OUTSTANDING AT THIS TIME, CLMT UNDERSTOOD, SHE QUESTIONED WHEN SHE'LL RECEIVE HER FIRST CHECK, DCM ADVISED IT'S SET TO BE ISSUED 11/3/15 AND THE 3RD OF EVERY MONTH GOING FORWARD UNLESS THE 3RD HAPPENSTO BE A WEEKEND THEN IT WILL BE ISSUED THE FIRST BUSINESS DAY FOLLOWING A WEEKEND, CLMT UNDERSTOOD AND THANKED, PH CALL ENDED.

**10/15/2015 12:46 PM - CLAIM Note 25**
Claim/Event/Leave: 5458678
NoteSubject : Social Security
Other Subject : APP FILED
Text: [10/15/2015 - YOUNGBERG, TODD]CLMT'S SSDB APPLICATION WAS FILED ON 8/14/15 AND PENDING.

**10/15/2015 10:44 AM - CLAIM Note 24**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : FORMS RECEIVED
Text: [10/15/2015 - YOUNGBERG, TODD]RECEIVED COMPLETED CLAIM FORMS FROM CLMT, AUTH'S COMPLETED, FAMILY INFO FORM, TEE, DRIVERS LICENSE COMPLETED AND RETURNED****ACTIVITIES QUESTIONNAIRE INDICATES CLMT CANNOT ENGAGE IN ANY GAINFUL EMPLOYMENT DUE TO HAVING ATRAUMATIC BRAIN INJURY/STROKE AND BLIND IN ONE EYE, CANNOT CONCENTRATE****CSS: NOT RECEIVING ANY OTHER INCOME, HAS 3 DEPENDENTS AND MARRIED, HOLDS PROFESSIONAL LICENSE****CIF: CLMT TREATS WITH OCHSNER HOSPITAL (DR WARE), KHAN (NEURO), PHYSICAL/SPEECH/OCC THERAPY AT OCHSNER.

**10/12/2015 8:45 AM - CLAIM Note 23**
Claim/Event/Leave: 5458678

Liberty/Crespo 0093

NoteSubject : Other
Other Subject : FORMS BEING SENT
Text: [10/12/2015 - YOUNGBERG, TODD]RECEIVED EMAIL FROM CLMT ADVISING HER FORMS WERE MAILED ON 10/8/15.

**10/07/2015 2:29 AM - CLAIM Note 22**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO HANNAH DEXTER.

**10/06/2015 11:43 AM - CLAIM Note 21**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [10/06/2015 - DEXTER, HANNAH]SET UP SCHEDULED PAYMENT BASED ON ELIG SALARY: $70.50 PH X 40 X 52 / 12 = $12,220.00 THE BENEFIT IS 60% OR $7332.00. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**10/06/2015 10:26 AM - CLAIM Note 20**
Claim/Event/Leave: 5458678
NoteSubject : Med Records Rcvd
Other Subject : DR WARE
Text: [10/06/2015 - YOUNGBERG, TODD]RECEIVED REQUESTED MEDS FROM DR WARE, RECORDS DATED UP THRU 8/26/15 AND INDICATE: 43 YOF WITH HISTORY OF MCA ANEURYSMAL RUPTURE S/P CLIPPING WHO PRESENTS TODAY FOR A F/U AND TO DISCUSS DRIVING, PATIENT STATS SHE'S BEGINNING TO FEEL LIKE HERSELF AGAIN, HER ENERGY LEVEL AND FOCUS ARE IMPROVING, SHE HAS NOT EXPERIENCED ANY HEADACHES, SHE INDICATES THAT ANYTHING COLD, SUCH AS WATER, CAUSES HER PAIN AND FEELS LIKE A STING AND RESPONSE TO ANYTHING HOT IS DELAYED, SHE SAYSSHE'S DOING WELL EMOTIONALLY AND DENIES FEELING DEPRESSED, SHE NOTES SHE HAS A NEUROPSYCH EVAL IN OCTOBER 2015, I'LL ORDER A DRIVING TEST AT TOURO AND SCHEDULE A F/U WITH THE PATIENT AFTER DRIVING TEST AND HER NEUROPSYCH EVAL, WE'LL SCHEDULE ANOTHERCTA IN ANOTHER YEAR.

**10/06/2015 8:09 AM - CLAIM Note 19**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [10/06/2015 - DEXTER, HANNAH]EMAILED EMPLOYER TO VERIFY STANDARD HOURS WORKED

**10/05/2015 9:26 AM - PHONE Note 2**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : APPROVAL
Text: [10/05/2015 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT THIS DATE, S/W CLMT AND ADVISED HER THAT HER CLAIM HAS BEEN APPROVED, ADVISED HER THAT HER BENEFITS BEGIN 10/8/15, SHE'LL BEGIN RECEIVING MONTHLY LTD BENEFITS, CLMT UNDERSTOOD AND THANKED, SHE QUESTIONED IF HER DISABILITY HAS AN ANY OCCUPATION PERIOD, DCM EXPLAINED IT'S MAX OWN OCC HOWEVER ALTHOUGH SHE INDICATED SHE HAS TO LIFT HEAVY OBJECTS AND PATIENTS HER OCC ONLY CAME BACK AS LIGHT AND THAT'S WHAT WE'LL EVALUATE HER DISABILITY ON, CLMT UNDERSTOOD, CLMT ADVISED SHE STILL HASN'T RECEIVED THE LTD CLAIM FORMS AND REQUESTED DCM EMAIL THEM TO HER, DCM AGREED TO EMAIL THE FORMS TO HER THIS DATE, SHE THANKED AND HAD NO FURTHER QUESTIONS, PH CALL ENDED.

**10/05/2015 9:11 AM - CLAIM Note 18**
Claim/Event/Leave: 5458678
NoteSubject : LTR to ER
Other Subject : APPROVAL
Text: [10/05/2015 - YOUNGBERG, TODD]DCM EMAILED ER CONTACT AND ADVISE OF LTD APPROVAL.

**10/05/2015 8:33 AM - CLAIM Note 17**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : MGR REV
Text: [10/05/2015 - COTTON, MARY]GIVEN MEDICAL HISTORY AND NEED FOR ADDITIONAL RECOVERY TIME ALONG WITH DISCUSSION IN CLINICAL CONSULT, AGREE WITH APPROVAL OF CLAIM AND ACTION PLAN TO MONITOR MEDICAL.

**10/03/2015 2:32 AM - CLAIM Note 16**
Claim/Event/Leave: 5458678
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 10/2/2015-REFERRAL RECEIVED BY VCM AND ASSIGNED TO STREETO, NICOLE. CLAIM/AS EVENT IS PENDING REVIEW.

**10/03/2015 2:32 AM - CLAIM Note 15**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/2/2015 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

Liberty/Crespo 0094

**10/03/2015 2:32 AM - CLAIM Note 14**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 10/2/2015 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**10/03/2015 2:31 AM - CLAIM Note 13**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN
RECEIVED AND ASSIGNED TO SOKHARY LAZZARO.

**10/03/2015 2:31 AM - CLAIM Note 12**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: REFERRED TO CALC INITIAL BME

**10/02/2015 4:22 PM - CLAIM Note 11**
Claim/Event/Leave: 5458678
NoteSubject : Voc Rehab
Other Subject : OA
Text: [10/02/2015 - STREETO, NICOLE]RCVD REFERRAL FOR OA REPORT; COMPLETED OA AND PLACED IN S1 WITH
NOTIFICATION TO DCM.

**10/02/2015 4:09 PM - CLAIM Note 10**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [10/02/2015 - YOUNGBERG, TODD]DCM MAILED APPROVAL LETTER TO CLMT THIS DATE.

**10/02/2015 3:59 PM - CLAIM Note 9**
Claim/Event/Leave: 5458678
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2016
Text: [10/02/2015 - YOUNGBERG, TODD]CLMT IS A 43 YOF, OCC: CRNA ANESTHESIOLOGIST (LIKELY MEDIUM) REFERRED
FOR AN OA, DX: RUPTURED ANEURYSM, SUBARACHNOID BLEED SUFFERED 4/10/15, CLMT UNDERWENT 2 SX'S ON 4/10/15
AND 5/14/15, CLMT WAS HOSPITALIZED 4/10/15-5/17/15, TREATING WITH NEUROSURGEON DR WARE, LOV WAS 8/2015,
COMPLETED 3 ROUNDS OF REHAB, NO ERTW DATE AS OF YET, CLMT JUST STARTED DRIVING AGAIN 2 WEEKS AGO, FILE
REVIEWED WITH INTERNAL MED CP, DR MILLSTEIN, BASED ON REVIEW OF RECORDS IT WOULD BE REASONABLE TO
SUPPORT NO STRESSFUL/STRENUOUS WORK AND NO HEAVY LIFTING GREATER THAN 20 LBS THRU JANUARY 2016 TO
ALLOW CLMT ADDITIONAL TIME TO RECOVER THEREFORE, DCM'S ACTION PLAN WILL BE TO OBTAIN A COPY OF CLMT'S
LOV WITH DR WARE FROM AUGUST2015, AND CONFIRM WITH CLMT IN JANUARY 2016 WHEN HER MOST RECENT OV WAS
WITH DR WARE AND OBTAIN A COPY OF THAT OV NOTE AS WELL, SHOULD R&L'S REMAIN SUPPORTED LONG TERM
PRECLUDING CLMT FROM HER OWN OCC DCM WILL REQUEST THAT SHE APPLY FOR SSDB ANDOFFER SS ATTY
ASSISTANCE, WILL ALSO CONSIDER SURVEILLANCE SHOULD CLMT REMAIN OOW LONG TERM TO CLARIFY HER ACTIVITY
LEVEL.[10/02/2015 - YOUNGBERG, TODD]ADDITIONALLY, CLMT'S DEF OF DISABILITY IS MAX OWN OCC THEREFORE DCM
WILL BE ENGAGING VOC TO ASSISTCLMT WITH RTW IN ALT OCC IF SHE CANNOT RETURN TO HER OWN PRIOR OCC.

**10/02/2015 3:54 PM - CLAIM Note 8**
Claim/Event/Leave: 5458678
NoteSubject : Approved
Other Subject : OWN OCC
Text: [10/02/2015 - YOUNGBERG, TODD]CLMT IS A 43 YOF, OCC: CRNA ANESTHESIOLOGIST (LIKELY MEDIUM) REFERRED
FOR AN OA, DX: RUPTURED ANEURYSM, SUBARACHNOID BLEED SUFFERED 4/10/15, CLMT UNDERWENT 2 SX'S ON 4/10/15
AND 5/14/15, CLMT WAS HOSPITALIZED 4/10/15-5/17/15, TREATING WITH NEUROSURGEON DR WARE, LOV WAS 8/2015,
COMPLETED 3 ROUNDS OF REHAB, NO ERTW DATE AS OF YET, CLMT JUST STARTED DRIVING AGAIN 2 WEEKS AGO, FILE
REVIEWED WITH INTERNAL MED CP, DR MILLSTEIN, BASED ON REVIEW OF RECORDS IT WOULD BE REASONABLE TO
SUPPORT NO STRESSFUL/STRENUOUS WORK AND NO HEAVY LIFTING GREATER THAN 20 LBS THRU JANUARY 2016 TO
ALLOW CLMT ADDITIONAL TIME TO RECOVER, AS CLMT'S LTD BBD IS 10/8/15, R&L'S REASONABLY SUPPORTED THRU
CLMT'S EP AND BEYOND, NO SIU IS WARRANTEDAT THIS TIME, FILE REFERRED TO PSU TO CALC BME, NO SUBRO
POTENTIAL, CLAIM IS NOT WORK RELATED, NO PRE-EX INVESTIGATION PER PRIOR CLAIM NOTE, DCM RECOMMENDS OWN
OCC APPROVAL AT THIS TIME AND NOTIFY CLMT AND ER OF APPROVAL RECOMMENDATION.

**10/02/2015 3:50 PM - CLAIM Note 7**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : PRE-EX N/A
Text: [10/02/2015 - YOUNGBERG, TODD]DOH: 6/25/01, ELIG WAITING PERIOD IS FIRST OF MONTH FOLLOWING 3 YEARS OF
ACTIVE EMPLOYMENT HOWEVER CONFIRMED WITH ER THAT LTD EDOC IS 4/1/09, DOD: 4/11/15, PRE-EX PER POLICY IS
3/12, CLMT'S DOD IS NOT WITHIN 12 MONTHS OFHER LTD EDOC THEREFORE NO PRE-EX INVESTIGATION IS REQUIRED.

**10/02/2015 3:44 PM - PHONE Note 1**

Liberty/Crespo 0095

**10/02/2015 3:44 PM - PHONE Note 1**
Claim/Event/Leave: 5458678
NoteSubject : Called EE
Other Subject : INITIAL INTERVIEW
Text: [10/02/2015 - YOUNGBERG, TODD]PH CALL PLACED TO CLMT THIS DATE TO COMPLETE INITIAL INTERVIEW, CLMT ADVISED HER LDW WAS 4/10/15, HER JOB IS A CRNA ANESTHESIOLOGIST, JOB ENTAILS PUTTING PEOPLE TO SLEEP AND LIFTING PATIENTS WEIGHING BETWEEN 200-300 LBS.SHE HAS TO WORK 40 OR MORE HOURS A WEEK, HER ANNUAL SALARY IS $225K, DX IS RUPTURED ANEURYSM, SUBARACHNOID BLEED, SHE UNDERWENT 2 SX'S ONE ON 4/10/15 AND ONE ON 5/14/15, SHE WAS HOSPITALIZED 4/10/15-5/17/15, SHE TREATS WITH DR WARE, LOV WAS AUGUST 2015, SHE'S NOT SURE WHEN SHE HAS TO SEE HIM NEXT, SHE COMPLETED 3 DIFFERENT TYPES OF REHAB, CURRENT TREATMENT PLAN IS TO ALLOW BRAIN AND BODY TO REST AND RECOVER, SHE DOESN'T HAVE AN ERTW DATE, SHE'S NOT EVEN SURE SHE CAN RETURN TO HER PRIOR OCC, HERER IS TERMINATING HER ONCE SHE GOES ONTO LTD, SHE'S NOT RECEIVING ANY OTHER INCOME, SHE HAS 3 DEPENDENTS AGES 10, 8, 6, SHE HAS A MASTERS DEGREE, NEVER SERVED IN THE MILITARY, DCM QUESTIONED WHAT ARE HER CURRENT RESTRICTIONS, CLMT ADVISED SHE CANNOTWORK THAT'S HER RESTRICTION, DCM REQUESTED CLMT BE MORE SPECIFIC, CLMT ADVISED SHE JUST STARTED DRIVING 2 WEEKS AGO, DCM UNDERSTOOD, DCM ADVISED WE MAILED HER LTD CLAIM FORMS TO COMPLETE AND RETURN LAST WEEK, ONCE SHE RECEIVES WE'RE REQUESTING SHE COMPLETE AND RETURN, CLMT UNDERSTOOD, SHE THANKED FOR CALL AND HAD NO FURTHER QUESTIONS, PH CALL ENDED.

**10/02/2015 3:40 PM - CLAIM Note 6**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : IM DESK CONSULT
Text: [10/02/2015 - YOUNGBERG, TODD]FILE REVIEWED WITH INTERNAL MED CP, DR MILLSTEIN, VIA DESK CONSULT, BASED ON REVIEW OF RECORDS, RECORDS INDICATE CLMT WAS DIAGNOSED WITH A RUPTURED ANEURYSM, SUBARACHNOID BLEED IN APRIL 2015, SHE UNDERWENT 2 SX'S FOR THEANEURYSM, WAS HOSPITALIZED 4/10/15-5/17/15, BASED ON REVIEW OF THE MED RECORDS ON FILE IT WOULD BE REASONABLE TO CONTINUE TO SUPPORT R&L'S FOR NO HEAVY LIFTING, APPROX NO GREATER THAN 20 LBS, AND NO STRESSFUL SITUATIONS THAT WOULD INCREASE HER BLOODPRESSURE, THESE R&L'S ARE REASONABLY SUPPORTED THRU JAN 2016.

**10/02/2015 3:37 PM - CLAIM Note 5**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Managed Care
Other Subject : IM DESK CONSULT
Text: [10/02/2015 - YOUNGBERG, TODD]FILE REFERRED TO DR MILLSTEIN TO COMPLETE A DESK CONSULT REVIEW.

**10/02/2015 3:17 PM - CLAIM Note 4**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Voc Rehab
Other Subject : OCC ANALYSIS
Text: [10/02/2015 - YOUNGBERG, TODD]FILE REFERRED TO VCM TO COMPLETE AN OCC ANALYSIS.

**09/25/2015 9:41 AM - CLAIM Note 3**
Claim/Event/Leave: 5458678
NoteSubject : LTR to EE
Other Subject : ACKNOWLEDGEMENT LTR
Text: [09/25/2015 - LIBBY, GAIL]SENT ACKNOWLEDGEMENT LTR TO CLMT TODAY ALONG WITH LTD FORMS. REQUESTED THAT SHE RETURN ALL FORMS NO LATER THAN 10/25/2015.

**09/24/2015 2:29 AM - CLAIM Note 2**
Claim/Event/Leave: 5458678
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/23/2015 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**09/23/2015 11:48 AM - CLAIM Note 1**
Claim/Event/Leave: 5458678
NoteSubject : Other
Other Subject : REFERRAL
Text: [09/23/2015 - BREWSTER, TRISHA]ASSIGNED TO TODD YOUNGBERG TODAY

Liberty/Crespo 0096

**Note Report**

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom   AS Event   Add Note   Appeal   Claim   Coord Claim Note   Correspond   Doc List   Employee   Leave   Life Claim   Lve Addtl Info

Lve Correspondence   Lve Program   Lve Work Sched   Medical   Medical History   Note   SPELL Letters   Scheduled Pmt   Task Print   Task Rpt

Tasks

**Claim**

\* **Claim/Event/Leave Number** 3444863          **Accommodation Number**

**Note type:**

**Primary Sort Order**
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**10/30/2015 11:26 AM - LEAVE Note 3**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : CLAIM INQUIRY
Text: [10/30/2015 - MANOLIADIS, TRISTAN] EE CALLED IN AND NEEDED TO PROVIDE AN UPDATE FOR CASE MANAGER.
PROVIDED THE CONTACT INFORMATION AND WARM TRANSFERRED EE OVER TO DCM .

**10/09/2015 10:18 PM - CLAIM Note 47**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR REQUESTED LEAVE COMPLETE

**09/22/2015 8:02 AM - PHONE Note 13**
Claim/Event/Leave: 3444863
NoteSubject : ER Called
Other Subject : EMAIL FROM HR REP
Text: [09/22/2015 - TOOMASI, YASMINE]RECD EMAIL FROM EMPLOYEELEAVEMGMT
<EMPLOYEELEAVEMGMT@OCHSNER.ORG> PAIGE HAS HAD THE 60% BENEFIT SINCE 4/1/09. LET US KNOW IF WE CAN
HELP WITH ANYTHING ELSE.

**09/21/2015 9:06 AM - PHONE Note 12**
Claim/Event/Leave: 3444863
NoteSubject : Called ER
Other Subject : EMIALED HR REP
Text: [09/21/2015 - TOOMASI, YASMINE]EMAILED EMPLOYEELEAVEMGMT@OCHSNER.ORG COULD YOU PLEASE CONFIRM
THE LTD EFFECTIVE DATE FOR THE ABOVE EMPLOYEE? THANK YOU!

**09/21/2015 8:02 AM - CLAIM Note 46**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [09/21/2015 - TOM, RICHARD]ESCALATED TO DCM Y. TOOMASI

**09/21/2015 7:25 AM - CLAIM Note 45**
Claim/Event/Leave: 3444863
NoteSubject : Med Records Rcvd
Other Subject : WARE
Text: [09/21/2015 - DURFEY, JANE]RECD AP ASSESSMENT OF CAPACITY

**09/18/2015 12:34 PM - PHONE Note 11**
Claim/Event/Leave: 3444863
NoteSubject : Called EE
Other Subject :
Text: [09/18/2015 - DURFEY, JANE]CALLED EE AT            LVM ADVISING CLAIM APPROVED THRU STD MAX AND DCM
PREPARING CLAIM FOR LTD

**09/18/2015 11:12 AM - CLAIM Note 44**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : MANAGER REVIE W
Text: [09/18/2015 - DRAPEAU, KAREN]AGREE W/RECOMMENDATIONS TO ESCALATE TO SEVERE

Liberty/Crespo 0097

**09/18/2015 8:16 AM - CLAIM Note 43**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : PA ACTION - EXT
Text: [09/18/2015 - DURFEY, JANE]EXT PYMT THRU 10/9 - NO OFFSETS/DEDUCTIONS

**09/18/2015 8:14 AM - CLAIM Note 42**
Claim/Event/Leave: 3444863
NoteSubject : Status Report
Other Subject :
Text: APPROVED THRU 10/9/15

**09/18/2015 8:13 AM - CLAIM Note 41**
Claim/Event/Leave: 3444863
NoteSubject : Action Plan
Other Subject :
Text: [09/18/2015 - DURFEY, JANE]ESC TO SEVERE

**09/18/2015 8:13 AM - CLAIM Note 40**
Claim/Event/Leave: 3444863
NoteSubject : Approved
Other Subject : THE 10/9 & ESC
Text: [09/18/2015 - DURFEY, JANE]STD MAX 10/9/2015...ELIG FOR LTD 10/11/2015...LDW 4/10 DOD 4/11. EE 43 YOF CRNA- LIGHT OCC. DX CRANIOTOMY DUE TO ANEURYSM ON 4/10. CONFIRMED DX WITH AP...EE STATES DUE TO HER BRAIN INJURY SHE CURRENTLY CANNOT DRIVE AND WILLNOT BE ALLOWED TO ADMINITSTER ANESTHESIA TO PATIENTS...EE ESTIMATES AT LEAST 2 YEARS FOR RECOVERY...BASED ON EES, AGE, OCC, AND DX CLAIM APPROVED THRU 7/31 AND CLOSED FTPP...ADDITIONAL MEDS RECD AND REVIEW BY MDS...PER REVIEW BASED ON THE MEDICAL RECORDS RECEIVED, BRAIN INJURY AND SURGICAL PROCEDURE PERFORMED NO MORE THAN OCCASIONAL WALKING, STANDING AND NO MORE THAN OCCASIONAL LIFT/CARRY, PUSH/PULL ACTIVITIES UP TO 10 POUNDS ARE REASONABLY SUPPORTED THRU 1/11/16 TO ALLOW FOR SURGICAL RECOVERYAND HEALING FROM BRAIN HEMORRHAGE, SURGERY AND TO ALLOW SPEECH AND OCCUPATIONAL THERAPY TO IMPROVE STRENGTH AND FUNCTION...DCM REOPENED CLAIM AND APPROVING THROUGH STD MAX 10/9/15 AND RECOMMENDS ESCALATION TO SEVERE...JD AND EE AUTH IN DOC LIST...SENDING TO MGR FOR APPROVAL

**09/17/2015 6:29 AM - CLAIM Note 39**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : INVOICE
Text: [09/17/2015 - DURFEY, JANE]RECD MRO INVOICE 11351300 $38.64 MEDICAL RECORDS...ISSUED VENDOR PAYMENT $38.64 - COPY OF INVOICE IN DOC LIST

**09/16/2015 11:06 AM - MDS Note**
Claim/Leave: 3444863
Episode #: 1
Nurse Name: CROOKS, KELLY
Service #: 16113370
Service Date: 09/16/2015
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: NOTE CONTINUED: SUGGEST DCM OBTAIN MEDICAL RECORDS FROM ALL TREATING PROVIDERS INCLUDING OPERATIVE REPORT, DIAGNOSTIC EXAMS, SPEECH AND OCCUPATIONAL THERAPY AND RE-REFER TO MD TO FURTHER ASSESS RESTRICTIONS AND LIMITATIONS. DISCUSSED FILE WITH DCM, ASSIGNMENT COMPLETE.

**09/16/2015 11:05 AM - MDS Note**
Claim/Leave: 3444863
Episode #: 1
Nurse Name: CROOKS, KELLY
Service #: 16113369
Service Date: 09/16/2015
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, JANE, DURFEY
Note Type: INFORMATION OBTAINED DESC
Text: THE EE IS TREATING WITH MARCUS WEAR MD, NEUROSURGEON, FOR FOLLOW UP CARE FOLLOWING A RUPTURED BRAIN ANEURYSM (BRAIN BLEED) THAT OCCURRED IN APRIL 2015. THE EE PRESENTS FOR A FOLLOW UP OV ON 6/17/15. SHE REPORTS THAT HER HEADACHES HAVE COMPLETELY GONE AWAY BUT THAT HER ENERGY LEVEL IS HORRIBLE. SHE REPORTS DECREASED APPETITE AND FEELS COLD EVER SINCE BEING DISCHARGED. SHE STATES THAT WHEN SHE STANDS UP QUICKLY, SHE GETS LIGHTHEADED; SHE HAS LOST 15 POUNDS AND COMPLAINS OF ATROPHY IN HER BILATERAL LEGS.SHE STATES THAT SHE IS TRYING TO STAY ACTIVE DESPITE HER DECREASED ENERGY LEVEL AND IS WALKING AND PERFORMING MUSCLE STRENGTHENING EXERCISES. SHE IS CURRENTLY TAKING AN ANTI-SEIZURE AND AN ANTI-HYPERTENSIVE MEDICATION. PHYSICAL EXAM IS UNREMARKABLE.CT SCAN OF THE HEAD PERFORMED ON 6/17/15 REVEALS MODERATE DIFFUSE NARROWING OF THE CEREBRAL ARTERY CONCERNING FOR VASOSPASM. DR. WEAR NOTES THAT THE EE HAS SUBARACHNOID HEMORRHAGE AND VASOSPASM OF THE CEREBRAL ARTERY (NARROWING OF THE BLOOD VESSELS IN THE BRAIN WHICH CAN LIMIT BLOOD FLOW TO THE BRAIN CELLS). HE CLEARED

Liberty/Crespo 0098

THE EE TO EXERCISE AND INDICATES THAT SHE CAN EXERCISE UP TO 80 MINUTES A DAY BY SEPTEMBER. SHE IS ADVISE TO CONTACT DR. WEAR IN SEPTEMBER TO LET THEM KNOW HOW SHE IS FEELING AND WILL DISCUSS IF SHE MAY RESUME DRIVING. HE RECOMMENDS A FOLLOW UP IN ONE YEAR WITH REPEAT IMAGING. PER SYSTEM ONE NOTES THE EE IS ATTENDING SPEECH AND OCCUPATIONAL THERAPY. BASED ON THE MEDICAL RECORDS RECEIVED, BRAIN INJURY AND SURGICAL PROCEDURE PERFORMED NO MORE THAN OCCASIONAL WALKING, STANDING AND NO MORE THAN OCCASIONAL LIFT/CARRY, PUSH/PULL ACTIVITIES UP TO 10 POUNDS ARE REASONABLY SUPPORTED THRU 1/11/16 TO ALLOW FOR SURGICAL RECOVERY AND HEALING FROM BRAIN HEMORRHAGE, SURGERY AND TO ALLOW SPEECH AND OCCUPATIONAL THERAPY TO IMPROVE STRENGTH AND FUNCTION. NOTE CONTINUED:

**09/15/2015 9:51 AM - CLAIM Note 38**
Claim/Event/Leave: 3444863
NoteSubject : Ref to Managed Care
Other Subject : LIMITED
Text: [09/15/2015 - DURFEY, JANE]LDW 4/10 DOD 4/11. EE 43 YOF CRNA- LIGHT OCC. DX CRANIOTOMY DUE TO ANEURYSM ON 4/10. CONFIRMED DX WITH AP. PER UPDATE EE IS STILL BEING TREATED BY ST, OT.. EE STATES DUE TO HER BRAIN INJURY SHE CURRENTLY CANNOT DRIVE AND WILL NOT BE ALLOWED TO ADMINITSTER ANESTHESIA TO PATIENTS...EE ESTIMATES AT LEAST 2 YEARS FOR RECOVERY...BASED ON EES, AGE, OCC, AND DX CLAIM CURRENTLY APPROVED THRU 7/31...UPDATED MEDS REQUESTED AND CLAIM CLOSED FOR FTPP...MEDS RECD: 6/15 OVN...PLEASEREVIEW AND ADVISE WHAT R&LS ARE SUPPORTED AND THROUGH WHAT DURATION

**09/04/2015 9:29 AM - PHONE Note 10**
Claim/Event/Leave: 3444863
NoteSubject : EE Called
Other Subject :
Text: [09/04/2015 - DURFEY, JANE]EE CALLED TO SEE IF MEDS RECD, LVM 2:16 9/3[09/04/2015 - DURFEY, JANE]R/C TO EE, ADVISED NO MEDS RECD BUT INVOICE RECD AND PAID WHICH INDICATES MEDS ARE COMING, EE THANKED AND C/E

**08/31/2015 7:50 PM - CLAIM Note 37**
Claim/Event/Leave: 3444863
NoteSubject : Job Description
Other Subject :
Text: [08/31/2015 - DURFEY, JANE]ADDED TO DOC LIST

**08/31/2015 3:33 PM - CLAIM Note 36**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject :
Text: [08/31/2015 - DURFEY, JANE]FAXED FUNCTIONAL CAPACITIES FORM TO AP W/ COPY OF AUTH

**08/31/2015 3:30 PM - CLAIM Note 35**
Claim/Event/Leave: 3444863
NoteSubject : LTR to ER
Other Subject :
Text: [08/31/2015 - DURFEY, JANE]2ND REQUEST TO ER FOR JD

**08/31/2015 3:30 PM - PHONE Note 9**
Claim/Event/Leave: 3444863
NoteSubject : Called EE
Other Subject :
Text: [08/31/2015 - DURFEY, JANE]R/C TO E, EE WAS UPSET CLAIM DENIED, DCM EXPLAINED TIME FRAM FOR N&P, ADVISED HAD TRIED TO CALL EE BUT UNABLE TO REACH...EE STATED SHE WAS OUT OF STATE AND HAD HER CELL PHONE...DCM CONF CELL PHONE NUMBER....EE STATES HER DISABILITY DOESNT MEAN SHE CANT TRAVEL AND DO THINGS AND IS CONFIMED TO HER BED...SHE IS UNABLE TO GIVE ANASTESIA...DCM ADVISED HAVE RECD AND PAID INVOICE FOR MEDS AND THIS INDICATED THEY WILL BE HERE SOON...DCM ADVISED ONCE RECD WILL HAVE THEM REVIEWED TO SEE IF THEY SUPPORT DISABILITY AND IF SO CLAIM WILL BE REOPENED....EE ADVISED HER LOV WAS LAST WEEK AND NOV NOT SCHEDULED....DCM ASKED IF EE CAN DO OTHER THINGS BESIDES GIVE ANASTESTHIA....EE SAID SHE WOULD IF HE DOCTOR SAID SHE COULD

**08/31/2015 3:18 PM - PHONE Note 8**
Claim/Event/Leave: 3444863
NoteSubject : EE Called
Other Subject :
Text: [08/31/2015 - DURFEY, JANE]EE CALLED, LVM 8/31 REQUESTING R/C

**08/31/2015 11:34 AM - LEAVE Note 2**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : CLAIM INQUIRY
Text: [08/31/2015 - MANOLIADIS, TRISTAN] EE CALLED IN AND NEEDED TO SPEAK WITH HER DCM. WARM TRANSFERRED TO DCM BUT UNAVAILABLE. TRANSFERRED EE TO DCM VM.

**08/28/2015 7:39 AM - CLAIM Note 34**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subiect : INVOICE

Liberty/Crespo 0099

Other Subject : INVOICE
Text: [08/28/2015 - DURFEY, JANE]RECD MRO INVOICE 10784176 $32.64 FOR MEDICAL RECORDS...ISSUED VENDOR PYMT TO MRO, COPY OF INVOICE IN DOC LIST

**08/24/2015 7:48 AM - CLAIM Note 33**
Claim/Event/Leave: 3444863
NoteSubject : LTR to EE
Other Subject :
Text: [08/24/2015 - DURFEY, JANE]CLOSURE LETTER TO EE

**08/21/2015 10:19 PM - CLAIM Note 32**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR NO ADDITIONAL MEDICAL RECEIVED

**08/21/2015 4:20 PM - CLAIM Note 31**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/21/2015 - STEVENS, PATRICK]AGREE WITH CLOSURE FOR FTPP

**08/21/2015 3:16 PM - CLAIM Note 30**
Claim/Event/Leave: 3444863
NoteSubject : Closed
Other Subject : FTPP
Text: [08/21/2015 - DURFEY, JANE]LDW 4/10 DOD 4/11. EE 43 YOF CRNA- LIGHT OCC. DX CRANIOTOMY DUE TO ANEURYSM ON 4/10. CONFIRMED DX WITH AP. PER UPDATE EE IS STILL BEING TREATED BY ST, OT.. EE STATES DUE TO HER BRAIN INJURY SHE CURRENTLY CANNOT DRIVE AND WILL NOT BE ALLOWED TO ADMINITSTER ANESTHESIA TO PATIENTS...EE ESTIMATES AT LEAST 2 YEARS FOR RECOVERY...BASED ON EES, AGE, OCC, AND DX CLAIM APPROVED THRU 7/31...UPDATED MEDS REQUESTED AND EE ON N&P DUE BY 8/20...EE CONTACT 7/22, 7/29...AP CONTACT 7/22, 7/29, 8/14...NO MEDS RECD THEREFORE DCM RECOMMENDS CLOSURE FOR FTPP...SENDING TO MGR FOR APPROVAL

**08/18/2015 8:24 AM - CLAIM Note 29**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/18/2015 - TOM, RICHARD]N&P EXPIRING ON 8/21/15 * DEFER ESCALATION TO LTD UNTIL 8/24/15, HOWEVER IF NO MEDICAL RECEIVED BY 8/21 STD WILL CLOSE FTPP ONGOING

**08/17/2015 12:43 PM - CLAIM Note 28**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : SENIOR REVIEW
Text: [08/17/2015 - WHITEHOUSE, KASSANDRA]AGREE WITH ESC TO LTD GIVEN SEVERITY OF CONDITION,UPDATED MEDS HAVE BEEN REQUESTED ALONG WITH JD.

**08/14/2015 12:37 PM - CLAIM Note 27**
Claim/Event/Leave: 3444863
NoteSubject : Escalation
Other Subject : TO LTD
Text: [08/14/2015 - DURFEY, JANE]STD MAX 10/9/15..ELIG FOR LTD 10/10/15...LDW 4/10 DOD 4/11. EE 43 YOF CRNA- LIGHT OCC. DX CRANIOTOMY DUE TO ANEURYSM ON 4/10. CONFIRMED DX WITH AP. PER UPDATE EE IS STILL BEING TREATED BY ST, OT.. EE STATES DUE TO HER BRAININJURY SHE CURRENTLY CANNOT DRIVE AND WILL NOT BE ALLOWED TO ADMINITSTER ANESTHESIA TO PATIENTS...EE ESTIMATES AT LEAST 2 YEARS FOR RECOVERY...BASED ON EES, AGE, OCC, AND DX CLAIM CURRENTLY APPROVED THRU 7/31...UPDATED MEDS REQUESTED AND THE EE IS ON N&P DUE BY 8/20...BASED ON SEVERITY OF CONDITION AND NO ERTW DCM RECOMMENDS ESC TO SEVERE...EE AUTH IN CLAIM AND JD REQUESTED...SENDING TO MGR FOR APPROVAL...

**08/14/2015 7:59 AM - CLAIM Note 26**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject :
Text: [08/14/2015 - DURFEY, JANE]SEND 2ND REQUEST TO AP AND ATTACHED COPY OF COMPLETED OCH AUTH

**08/14/2015 7:57 AM - CLAIM Note 25**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject :
Text: [08/14/2015 - DURFEY, JANE]RECD OCHSNER AUTH DATE 8/5

**08/12/2015 7:22 AM - CLAIM Note 24**
Claim/Event/Leave: 3444863
NoteSubject : LTR to ER
Other Subject :

Liberty/Crespo 0100

Text: [08/12/2015 - DURFEY, JANE]GOOD MORNING,CAN YOU PLEASE PROVIDE A JOB DESCRIPTION FOR MS. CRESPO? THANK YOU.REGARDS,JANE DURFEY

**08/05/2015 11:18 AM - PHONE Note 7**
Claim/Event/Leave: 3444863
NoteSubject : Other Called
Other Subject : MRO
Text: [08/05/2015 - DURFEY, JANE]KRISTIE FROM MRO CALLED, ADVISED NO AUTH ON FILE FRO PATIENT...DCM ACK, THANKED AND C/E

**08/05/2015 10:19 AM - CLAIM Note 23**
Claim/Event/Leave: 3444863
NoteSubject : Notice/Proof Review
Other Subject : DAY 15
Text: [08/05/2015 - DURFEY, JANE]CALLED EE FOR DAY 15, ADVISED MEDS STILL NOT RECD, EE STATED WHAT IS SHE SUPPOSED TO DO ABOUT IT, DCM ADVISED EE TO F/U WITH AP TO ENSURE THE MEDS ARE SENT....DCM ADVISED EE OF N&P DEADLINE...EE STATED SHE WILL F/U WITH APBUT SHE WAS NEVER TOLD ABOUT THIS...DCM ADVISED EE NOTOIFIED ON 7/22, EE STATES SHE HAS NEVER RECD ANY DOCUMENTATION...CONFIRMED ADDRESS WE ARE MAILING TO, AGAIN ENCOURAGED EE TO F/U WITH AP OFFICE...EE EXP U/S AND WE ENDED CALL...CALLED MRO FOR DAY15, LVM FOR R/C WITH STATUS OF MED REQUEST

**07/29/2015 4:16 PM - CLAIM Note 22**
Claim/Event/Leave: 3444863
NoteSubject : Notice/Proof Review
Other Subject : DAY 7
Text: [07/29/2015 - DURFEY, JANE]CALLED AP FPR UPDATE ON MED REQUEST, XFERRED TO MRO AND LVM...CALLED EE, PHONE RANG FOR A FULL MOINUTE AND THEN WENT TO FAST BUSY, DCM TRIED 2X, UNABLE TO LVM

**07/22/2015 10:48 AM - CLAIM Note 21**
Claim/Event/Leave: 3444863
NoteSubject : Notice/Proof Review
Other Subject : DUE 8/20
Text: [07/22/2015 - LEGERE, JENNIFER]EE ON 30 DAY ONGOING N&P - LTR SENT TO EE ADVISING OF N&P WITH BLANK OCHSNER MED AUTH

**07/22/2015 10:48 AM - CLAIM Note 20**
Claim/Event/Leave: 3444863
NoteSubject : LTR to AP
Other Subject : WARE
Text: [07/22/2015 - LEGERE, JENNIFER]FAXED REQ TO AP WARE

**07/22/2015 10:33 AM - PHONE Note 6**
Claim/Event/Leave: 3444863
NoteSubject : Called EE
Other Subject :
Text: [07/22/2015 - LEGERE, JENNIFER]CALLED EE FOR UPDATE ON STATUS AND TREATMENT PLANS -- SINCE EE GIVE ANESTHESIA AND SUFFERED A TRAUMATIC BRAIN INJURY IT IS GOING TO BE A LONG TIME BEFORE RTW PLANS AT THIS POINT, CANT EVEN DRIVE YET, EE STATED IF HAD TOGUESS COULD BE AROUND 2 YEARS -- DONE WITH PHYSICAL THERAPY AND OT BUT STILL TREATING WITH DR WARE - ADVISED WOULD F/U WITH AP TO CONFIRM MED INFO TO MAKE DETERMINATION ON EXTENSION - EE U/S THANKED AND C/E[07/22/2015 - LEGERE, JENNIFER]EE HAD QUESTIONS ABOUT LTD BENEFIT PERCENTAGE, ADVISED OF 60% BENEFIT, EE ASKED HOW LONG LTD WOULD GO BEFORE IT EXPIRED, ADVISED THAT AS LONG AS CLAIM IS MEDICALLY SUPPORTED LTD WOULD BE SUPPORTED, EE U/S THANKED AND C/E

**07/14/2015 6:21 PM - LEAVE Note 1**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : STATUS
Text: [07/14/2015 - JONES, CARONDA] EE CALLED AND ADV THAT SHE GOT MED CERT BK IN THE MAIL AND IT SHOULD HAVE BEEN DIRECTED TO AP OFFICE. ADVISED EE THAT WAS SENT TO HER AS A COURTSEY ETC. ADV THAT FAX WAS SENT TO AP OFFICE, EE OK, ADV THAT THERE WAS NOT END DATE CAUSE CONDITION IS ENFEFINATE, ADV EE THAT WOULD NEED AN END DATE FOR EXAMPLE A YEAR ETC. EE UNDERSTOOD. ALSO HAD QUESTIONS FOR PAY ON LTD, XFERRED TO VM OF STD CLAIM MANAGER, EE OK NO FURTHER QUESTIONS OR CONCERNS.

**07/06/2015 8:59 PM - CLAIM Note 19**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject :
Text: [07/06/2015 - DURFEY, JANE]REASSIGNED TO J DURFEY, CHANGE IN CASE MGR LETTER SENT

**06/24/2015 9:06 AM - CLAIM Note 18**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : MRO
Text: [06/24/2015 - LEGERE, JENNIFER]RCVD RESPONSE MRO HAS NO AUTH ON FILE

Liberty/Crespo 0101

**06/16/2015 1:07 PM - PHONE Note 5**
Claim/Event/Leave: 3444863
NoteSubject : EE Called
Other Subject : FMLA
Text: [06/16/2015 - HAYWARD, ROBERT]EE CALLED AND HAD QUESTION REGARDING PERSONAL LEAVE. TRANSFERED EE TO LS DW

**06/10/2015 2:06 PM - CLAIM Note 17**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**06/10/2015 2:06 PM - CLAIM Note 16**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 06/06/2015 AND THE LEAVE END DATE IS 07/31/2015.

**06/09/2015 10:16 PM - CLAIM Note 15**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**06/09/2015 10:29 AM - CLAIM Note 14**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**06/09/2015 10:28 AM - CLAIM Note 13**
Claim/Event/Leave: 3444863
NoteSubject : Action Plan
Other Subject :
Text: [06/09/2015 - HAYWARD, ROBERT]EXTENDED CLAIM THRU 7/31. SET FOLLOW UP TASK TO CONTACT EE AND AP FOR RTW AND ONGOING TX

**06/09/2015 10:27 AM - CLAIM Note 12**
Claim/Event/Leave: 3444863
NoteSubject : Status Report
Other Subject :
Text: EXTENDED CLAIM THRU 7/31

**06/09/2015 10:27 AM - CLAIM Note 11**
Claim/Event/Leave: 3444863
NoteSubject : Extended Benefits
Other Subject : THRU 7/31
Text: [06/09/2015 - HAYWARD, ROBERT]LDW 4/10 DOD 4/11. EE 43YOF CRNA- LIGHT OCC. DX CRANIOTOMY DUE TO ANEURYSM ON 4/10. CONFIRMED DX WITH AP. PER UPDATE EE IS STILL BEING TREATED BY ST, OT, AND PT. BASED ON EES, AGE, OCC, AND DX REASONABLE TO EXTEND CLAIMTHRU 7/31

**06/09/2015 10:23 AM - PHONE Note 4**
Claim/Event/Leave: 3444863
NoteSubject : Called EE
Other Subject : ICP COMPLETE
Text: [06/09/2015 - HAYWARD, ROBERT]** LDW: 4/10 ***DOD: 4/11 *** JOB TITLE/DUTIES: *** DATE OF INJURY/ONSET OF SYMPTOMS: *** IF INJURY, WHERE/HOW? *** IF WORK-RELATED/SUBRO, CONTACT INFO: *** DIAGNOSIS/SYMPTOMS: CRANIOTOMY/STROKE ***DO YOU HAVE ANY OTHER MEDICAL CONDITIONS(COMORBIDS)?: *** RIGHT/LEFT HANDED: *** PROVIDERS (SPECIALTY)/PHONE: *** HOSPITALIZATION?: 4/11 TO MID MAY *** FOV: *** LOV: *** NOV/PROVIDER: 6/17 *** ERTW (IS ER AWARE OF RTW PLANS?): UNSURE *** MEDICATIONS: ANT SEIZURE, MEDICATION TO PREVENT SPASMS IN BRAIN *** DIAGNOSTIC TESTS/DATES/RESULTS: CT SCAN *** ACTIVITIES OF DAILY LIVING: EXERCISE, OCCUPATIONAL THERAPY, SPEECH THERAPY, RESTING *** ANY OTHER INCOME, STATUTORY BENEFITS NO

**04/17/2015 4:32 PM - CLAIM Note 10**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**04/17/2015 4:32 PM - CLAIM Note 9**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED
THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**04/17/2015 4:30 PM - CLAIM Note 8**
Claim/Event/Leave: 3444863
NoteSubject : Action Plan
Other Subject :
Text: [04/17/2015 - HAYWARD, ROBERT]APPROVED CLAIM THRU 5/5. SET FOLLOW UP TASK TO CONTACT EE AND AP FOR
ONGOING TX AND ERTW

**04/17/2015 4:29 PM - CLAIM Note 7**
Claim/Event/Leave: 3444863
NoteSubject : Status Report
Other Subject :
Text: APPROVED CLAIM THRU 5/5

**04/17/2015 4:29 PM - CLAIM Note 6**
Claim/Event/Leave: 3444863
NoteSubject : Approved
Other Subject : THRU 6/5
Text: [04/17/2015 - HAYWARD, ROBERT]LDW 4/10 DOD 4/11. EE 43YOF CRNA- LIGHT OCC. DX CRANIOTOMY DUE TO
ANEURYSM ON 4/10. CONFIRMED DX WITH AP. BASED ON EES AGE, OCC, AND DX REASONABLE TO APPROVE CLAIM THRU
5/5[04/17/2015 - HAYWARD, ROBERT]CORRECTION 6/5

**04/17/2015 4:22 PM - CLAIM Note 5**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : PA ACTION CALC
Text: [04/17/2015 - HAYWARD, ROBERT]PER (ERS/ELIGIBILITY FILE): ANNUAL SALARY $146,640.00. BENEFIT PAID BI-WEEKLY
146,640.00/26= $5,640 PRE-DISABILITY EARNINGS

**04/17/2015 4:17 PM - CLAIM Note 4**
Claim/Event/Leave: 3444863
NoteSubject : Other
Other Subject : LDW
Text: [04/17/2015 - HAYWARD, ROBERT]RECEIVED CONFIRMATION FROM ER THAT LDW WAS 4/10 AND FIRST DAY MISSED
WAS 4/13

**04/16/2015 3:07 PM - PHONE Note 3**
Claim/Event/Leave: 3444863
NoteSubject : Called AP
Other Subject : ICP COMPLETE
Text: [04/16/2015 - HAYWARD, ROBERT]CALLED AP FOR SECOND ICP ATTEMPT. AP CONFIRMED DX AND TX. AP ALSO
CONFIRMED THAT EE IS STILL IN ICU. THANKED AND ENDED

**04/15/2015 12:28 PM - PHONE Note 2**
Claim/Event/Leave: 3444863
NoteSubject : Called AP
Other Subject : ICP ATTEMPT 1
Text: [04/15/2015 - HAYWARD, ROBERT]CALLED AP FOR FIRST ICP ATTEMPT. COULD NOT REACH AP OR LEAVE VM. PLACED
ON HOLD FOR MORE THAN 5 MINS. ENDED CALL

**04/15/2015 12:21 PM - PHONE Note 1**
Claim/Event/Leave: 3444863
NoteSubject : Called EE
Other Subject : ICP ATTEMP 1
Text: [04/15/2015 - HAYWARD, ROBERT]CALLED EE FOR FIRST ICP ATTEMPT. SPOKE WITH EES MOTHER. MOTHER STATED
THAT EE HAD AN ANEURYSM ON 4/10 AND IS STILL IN ICU AND ALSO HAD SX ON 4/11. THANKED AND ENDED

**04/14/2015 11:17 AM - CLAIM Note 3**
Claim/Event/Leave: 3444863
NoteSubject : Initial Entry
Other Subject :
Text: [04/14/2015 - HOWARD, HOLLY]PLEASE VERIFY DOD

**04/14/2015 11:12 AM - CLAIM Note 2**
Claim/Event/Leave: 3444863
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 04/11/2015 AND THE LEAVE END

Liberty/Crespo 0103

DATE IS 05/11/2015.

**04/14/2015 11:12 AM - POSSINV Note 1**
Claim/Event/Leave: 3444863
NoteSubject : Prior Claim
Other Subject :
Text: [04/14/2015 - HOWARD, HOLLY]PLEASE INVESTIGATE

**04/14/2015 11:06 AM - CLAIM Note 1**
Claim/Event/Leave: 3444863
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: ELLIOTT. LOSS CALLED IN BY EMPLOYER. CALLER STATED THAT COMMUNICATION WILL NEED TO BE MADE WITH HER HUSBAND CHAD. EMPLOYEE HAD SURGERY ON 04/10/2015. CALLER HAD EMAIL ADDRESS FOR WORKER BUT STATED THAT SHE WOULD NOT BE ABLE TO READ OR ACCESS IT. H

Liberty/Crespo 0104



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5729

| | |
|---|---|
| Date: February 6, 2020 | |
| To: DAVID ARB<br>AMERITAS<br>UNK<br>UNK OH 11111 | |
| Attn: David | |
| Fax: (513) 595-5418 | |
| From: Suzette Richards<br>Ltd Management Specialist I<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5729 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:  Paige Crespo<br><br>Ochsner Clinic Foundation | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 0105



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5729

February 6, 2020

David Arb
Ameritas
UNK
UNK, OH 11111

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo

Dear David Arb:

This letter is in response to your request for information dated January 28, 2020.

Lincoln Life Assurance Company of Boston is the Long Term Disability Carrier for Ms. Crespo who
is approved under the Ochsner Clinic Policy.  Please see the attached response to your request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Suzette Richards
Ltd Management Specialist I
Phone No.: (888) 437-7611 Ext. 16331
Secure Fax No.: (603) 334-5729

Attachments:   5458678-EMPLOYEE/CLAIMANT-CORRESPONDENCE-02.05.2020

1  of  1

Liberty/Crespo 0106

01-28-'20 12:14 FROM- Ameritas          4024677952          T-090  P0008/0005 F-431

Insured: Paige Crespo
Page 1 of 2

Please provide us with the following information. If there are additional policies, please feel free to make a copy of this form.

**Policy Information:**

|  | Policy | Policy |
|---|---|---|
| Application Date | 9.22.15 |  |
| Policy Issue Date | 1.1.2014 |  |
| Type of Coverage (DI, BOE etc.) | LTD |  |
| Monthly Benefit Amount | $7,332.00 |  |
| Elimination Period | 180 Days |  |
| Maximum Benefit Period | 4.10.39 |  |
| Writing Producer |  |  |
| Policy in force (yes/no) | NO |  |
| Termination date (if applicable) | 5.1.2017 |  |
| Termination reason (if applicable) |  |  |
| Exclusion Riders (please list) |  |  |

**Application/Underwriting Information:**

Please provide summary of smoking history as well as any medical history indicated on all applications for insurance including name(s) and address(es) of physicians, dates of treatment and condition.

**Current Claim Information:**

Date notice of claim received: 9.22.15

Claimed date of loss: Total 10.10.15   Residual Continues

Cause(s) of disability: Stroke

Status of claim (pending, approved, closed): Approved

Date benefits paid to: 9.22.15 — Current

Please provide the name(s) and address(es) of all treating physicians:

1. Marcus Wane ⟩ Oschner Hospital
2. Kefia Brown ⟩
3.
4.

Name and address of employer: Oschner Clinic

Occupation/job duties: Anesthesiologist

Monthly income (specify gross or net): LTD Benefit $7,332.00

PAGE 3/5 * RCVD AT 1/28/2020 12:13:12 PM [Eastern Standard Time] * SVR:VA1PWFAX101/14 * DNIS:6033345728 * CSID:4024677952 * ANI:55472 * DURATION (mm-ss):01-28

Liberty/Crespo 0107

01-28-'20 12:14 FROM- Ameritas          4024677952          T-090  P0004/0005 F-431

Insured: Paige Crespo
Page 2 of 2

Was an independent medical exam done? _Y_ 5/24/16
If so, please provide: date of the exam: _____
               Name of physician: _____

**Prior Claim History**

Please provide the date of disability, the cause of disability and the names of treating physicians for all
prior claims:

1. _____ Contact Attorney
2. _____
3. _____
4. _____

**Other Insurance Carriers**

Please provide the name(s), address(s) and policy number(s) for any other insurance carriers:

1. _____ Contact claimant Attorney
2. _____
3. _____
4. _____

NAME: (Please Print) _Suzette Rukas_
TITLE: _Claims Examiner_
COMPANY: _LFG_
SIGNATURE: _____  DATE: 2/4/20

PAGE 4/5 * RCVD AT 1/28/2020 12:13:12 PM [Eastern Standard Time] * SVR:VA1PWFAX101/14 * DNIS:6033345729 * CSID:4024677952 * ANI:55472 * DURATION (mm-ss):01-28

Liberty/Crespo 0108

01-28-'20 12:14 FROM- Ameritas                4024677952              T-090  P0003/0005 F-431

**Insured:** Paige Crespo
Page 1 of 2

Please provide us with the following information. If there are additional policies, please feel free to make a copy of this form.

**Policy Information:**

|  | Policy 9.22.15 | Policy |
|---|---|---|
| Application Date | 9.22.15 | |
| Policy Issue Date | 1.1.2014 | |
| Type of Coverage (DI, BOE,etc.) | LTD | |
| Monthly Benefit Amount | $7,332.00 | |
| Elimination Period | 180 DAYS | |
| Maximum Benefit Period | 4.10.39 | |
| Writing Producer | | |
| Policy in force (yes/no) | NO | |
| Termination date (if applicable) | 5.1.2017 | |
| Termination reason (if applicable) | | |
| Exclusion Riders (please list) | | |

**Application/Underwriting Information:**

Please provide summary of smoking history as well as any medical history indicated on all applications for insurance including name(s) and address(es) of physicians, dates of treatment and condition.

**Current Claim Information:**

Date notice of claim received: 9.22.15

Claimed date of loss: Total 10.10-15   Residual Continues

Cause(s) of disability: Stroke

Status of claim (pending, approved, closed): Approved

Date benefits paid to: 9.22.15 — Current

Please provide the name(s) and address(es) of all treating physicians:

1. Marcus Wane
2. Kefia Brown    Oschner Hospital
3. 
4. 

Name and address of employer: Oschner Clinic

Occupation/job duties: Anesthesiologist

Monthly income (specify gross or net): LTD Benefit $7,332.00

PAGE 3/5 * RCVD AT 1/28/2020 12:13:12 PM [Eastern Standard Time] * SVR:VA1PWFAX101/14 * DNIS:6033345729 * CSID:4024677952 * ANI:55472 * DURATION (mm-ss):01-28

Liberty/Crespo 0109

**Insured:** Paige Crespo
Page 2 of 2

Was an independent medical exam done? _Y_
If so, please provide: date of the exam: _5/24/16_
                       Name of physician: _____

**Prior Claim History**

Please provide the date of disability, the cause of disability and the names of treating physicians for all prior claims:

1. _____ Contact Attorney
2. _____
3. _____
4. _____

**Other Insurance Carriers**

Please provide the name(s), address(s) and policy number(s) for any other insurance carriers:

1. _____ Contact claimant Attorney
2. _____
3. _____
4. _____

NAME: (Please Print) _Suzette Ruhas_

TITLE: _Claims Examiner_

COMPANY: _LF6_

SIGNATURE: _____   DATE: _2,4,20_

Liberty/Crespo 0110

01-28-'20 12:14 FROM- Ameritas                    4024677952              T-090  P0001/0005 F-431

# Fax Cover Sheet

**Ameritas.**
*fulfilling life.*

☒ Confidential
☐ Rush          Date: January 28, 2020          Time: _____    Number of pages including this cover page: 5

## to:
Name: Suzette Richards                                          Phone / Extension: (800) 210-0268, ext. 16331
Fax Number: (603) 334-5729          Company: Lincoln Financial Group

## from:
Name: David Arb                                          Phone / Extension: (513) 595-2373
Fax Number: (513) 595-5418          Company: Ameritas

## comments / instructions:

Ms. Richards:

Thank you for considering this request for information. I have attached a signed authorization from the insured, as well as a form describing the information that we are requesting. Please feel free to send the form back to me by email or fax.

Additionally, it appears that we have another insured that also has a policy through your company. Her name is Lisa Furey. Would it be possible for me to send the authorization to receive information about Ms. Furey using the same fax number?

Best,

David

David Arb, ACS, ALMI | Ameritas | Senior Examiner, Disability Income Claims
P O Box 40888 Cincinnati OH 45240 | p: 513-595-2373 | f: 513-595-5418 | david.arb@ameritas.com

## If you do not receive this fax correctly:

Call this number: (513) 595-2373          and ask for: David Arb

## Will original be sent?   ☐ Yes   ☒ No
If "Yes," original will be sent by:   ☐ Regular Mail   ☐ Certified Mail   ☐ Federal Express   ☐ Other: _____

The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please immediately notify us by telephone at **402-467-1122**. Thank you.

PAGE 1/5 * RCVD AT 1/28/2020 12:13:12 PM [Eastern Standard Time] * SVR:VA1PWFAX101/14 * DNIS:6033345729 * CSID:4024677952 * ANI:55472 * DURATION (mm-ss):01-28

Liberty/Crespo 0111



**Ameritas Life Insurance Corp.**
Individual Division

Individual Claims
P.O. Box 40888 / Cincinnati, OH 45240-0888
Toll Free 800-825-1551

January 28, 2020

Suzette Richards
ATTN: CLAIMS DEPARTMENT
Disability Insurance Specialists, LLC
Lincoln Financial Group
P.O. Box 86
Bloomgfield, CT 06002

RE:  Our Policy No(s): N00008591D, N00023863D
     Paige Crespo, Insured
     DOB:

Dear Ms. Richards:

We have received a disability claim on the above named insured and it is our understanding they also have coverage with your company.

As part of our claim evaluation, we are requesting that you please provide us with information about their coverage with your company. We have enclosed a signed authorization which allows the release of this information requested on the enclosed questionnaire.

For your convenience, a pre-addressed envelope is enclosed, or, if it is more convenient, this information may be faxed to my attention at: 513-595-5418, or emailed to me directly at david.arb@ameritas.com.

Thank you for your cooperation in this matter. If you have any questions concerning this matter, please do not hesitate to call me. My direct dial number is 1-800-825-1551, extension 52373.

Respectfully,

David Arb, ACS, ALMI
Senior DI Claim Examiner
Disability Income Claims Division

Liberty/Crespo 0112

01-28-'20 12:14 FROM- Ameritas        4024677952        T-090  P0003/0005 F-431

**Insured:** Paige Crespo
Page 1 of 2

Please provide us with the following information. If there are additional policies, please feel free to make a copy of this form.

**Policy Information:**

|  | Policy | Policy |
|---|---|---|
| Application Date |  |  |
| Policy Issue Date |  |  |
| Type of Coverage (DI, BOE,etc.) |  |  |
| Monthly Benefit Amount |  |  |
| Elimination Period |  |  |
| Maximum Benefit Period |  |  |
| Writing Producer |  |  |
| Policy in force (yes/no) |  |  |
| Termination date (if applicable) |  |  |
| Termination reason (if applicable) |  |  |
| Exclusion Riders (please list) |  |  |

**Application/Underwriting Information:**

Please provide summary of smoking history as well as any medical history indicated on all applications for insurance including name(s) and address(es) of physicians, dates of treatment and condition.

**Current Claim Information:**

Date notice of claim received: _____

Claimed date of loss:  Total _____      Residual _____

Cause(s) of disability: _____

Status of claim (pending, approved, closed): _____

Date benefits paid to: _____

Please provide the name(s) and address(es) of all treating physicians:

1. _____

2. _____

3. _____

4. _____

Name and address of employer: _____

Occupation/job duties: _____

Monthly income (specify gross or net): _____

Liberty/Crespo 0113

01-28-'20 12:14 FROM- Ameritas          4024677952          T-090  P0004/0005 F-431

**Insured:** Paige Crespo
Page 2 of 2

Was an independent medical exam done? _____
If so, please provide: date of the exam: _____
                         Name of physician: _____

## Prior Claim History

Please provide the date of disability, the cause of disability and the names of treating physicians for all prior claims:

1. _____
2. _____
3. _____
4. _____

## Other Insurance Carriers

Please provide the name(s), address(s) and policy number(s) for any other insurance carriers:

1. _____
2. _____
3. _____
4. _____

NAME: (Please Print) _____

TITLE: _____

COMPANY: _____

SIGNATURE: _____ DATE: _____

PAGE 4/5 * RCVD AT 1/28/2020 12:13:12 PM [Eastern Standard Time] * SVR:VA1PWFAX101/14 * DNIS:6033345729 * CSID:4024677952 * ANI:55472 * DURATION (mm-ss):01-28

Liberty/Crespo 0114

01-28-'20 12:14 FROM- Ameritas          4024677952          T-090  P0005/0005 F-431

## Authorization to Obtain and Disclose Information

1500AUTH

Ameritas Life Insurance Corp. ("Company") P.O. Box 40888, Cincinnati, OH 45240 / 800-825-1551, Fax 513-595-5418 / (Claim Service Office)

Full Name of Applicant/Insured: _Paige Crespo_          Date of Birth._____

Policy Number (if applicable):_____

I authorize any health care providers, pharmacy benefit manager, hospitals, insurers, the Medical Information Bureau, Inc., ("MIB"), consumer reporting agency, government agency, financial institution, and/or accounting institution, educational institution, or employer; having data or facts about the proposed insured's or claimant's physical or mental condition, medical care, advice, treatment, the use of drugs, alcohol or tobacco, HIV, AIDS and sexually transmitted diseases, prescription drug records, financial status, education records, or employment status or other relevant data or facts about the proposed insured or claimant; including wage and earnings, or data or facts with respect to other insurance coverage; to give all data or facts to Ameritas Life Insurance Corp. (the "Company"), its reinsurers, or any other agent or agency acting on the Company's behalf.

I authorize the Company, or its reinsurers, to disclose data or facts obtained, including Protected Health Information, to the MIB. Data or facts obtained will be released only to: (1) reinsurers; (2) the MIB; (3) persons performing business duties as delegated or contracted for by the Company related to the proposed insured's application or claim or other insurance-related functions; (4) as permitted or required by law; (5) to government authorities when necessary to prevent or prosecute fraud or other illegal acts; (6) and to any person or entity having an authorization expressly permitting the disclosure. I acknowledge and agree that the personal data or facts used or disclosed under this authorization may be subject to redisclosure and no longer protected by federal privacy regulations.

I acknowledge and agree that the above data and facts will be used to: (1) underwrite an application for coverage; (2) obtain reinsurance; (3) resolve or contest any issues of incomplete, incorrect, or misrepresented information on the application identified above which may arise during the processing or review of the application, or any other application for insurance; (4) administer coverage and claims; and (5) complete a consumer report, investigative consumer report or telephone interview about the proposed insured or claimant.

I agree that this authorization is valid for two and one-half years from the date shown below. I also agree that a copy is as valid as the original. I or my authorized representative am entitled to a copy. For purposes of collecting data or facts relating to a claim for benefits, this authorization is valid for the duration of the claim. I understand that: (1) I can revoke this authorization at any time by giving written request to the Company; (2) revoking this authorization will not affect any prior action taken by the Company in reliance upon this authorization; and (3) failing to sign, or revoking this authorization may impair the Company's ability to process my application or evaluate my claim and may be a basis for denying this application or a claim for benefits.

(If at time of application) I acknowledge receipt of Notice of Insurance Information Practices.

Dated at: ___River Ridge___   ___LA___   __11__ / __21__ / __19__
                City                      State        Month      Day     Year

_Paige Crespo_
Print or Type Name of Proposed Insured or Claimant.

X _Paige Crespo_
Signature of Proposed Insured or Claimant.

_____
Print or Type Name of Personal Representative
of Proposed Insured or Claimant.

X _____
Signature of Personal Representative of Proposed Insured or Claimant.

_____
Description of Authority of Personal Representative.
*(Parent, Legal Guardian, Attorney-In-Fact)*
*(Attach documentation in support of your authority.)*

This Authorization complies with the HIPAA Privacy Rules.

AL 3932                                                                    11-02-18

PAGE. 1/1                                                   NOV.21.2019 11:22 AM

PAGE 5/5 * RCVD AT 1/28/2020 12:13:12 PM [Eastern Standard Time] * SVR:VA1PWFAX101/14 * DNIS:6033345729 * CSID:4024677952 * ANI:55472 * DURATION (mm-ss):01-28

Liberty/Crespo 0115

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0116



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5729

August 6, 2019

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

We will be requesting updated medical and claimant documentation in October 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Suzette Richards
LTD Management Specialist I
Phone No.: (888) 437-7611 Ext. 16331
Secure Fax No.: (603) 334-5729

1  of  1

Liberty/Crespo 0117

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0118



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6075

August 1, 2019

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.  The medical information received indicates that your claim requires only routine maintenance at this time. As such, your  file has been assigned to our DMS team in our Dover, NH office for further handling.

Going forward your case manager will request updated medical and claimant information approximately every 12 months.  This will include an Annual Physicians Statement, which will be mailed to you for completion by your  treating physician.  Upon completion all forms requested can be returned to your new case manager by secure fax or by mail.

If you would like your benefits deposited directly into your bank account, please contact your case manager to request the required forms.

If anything changes with your medical condition or you begin receiving income from another source, such as retirement benefits, prior to the next annual update, please contact Liberty Life Assurance Company of Boston immediately to determine how your benefits may be impacted.

1  of 2

Liberty/Crespo 0119

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Files
Sr. Claims Examiner III
Phone No.: (888) 437-7611 Ext. 16447
Secure Fax No.: (603) 422-6075

2  of 2

Liberty/Crespo 0120



**A.** ███████████████████

| | | | | | |
|---|---|---|---|---|---|
| Claimant Name: | PAIGE F CRESPO | Social Security: | | Emp #: | 5694695 |
| Address: | C/O REAGAN L TOLEDANO WILLEFORD & TOLEDANO 201 ST CHARLES AVE, STE 4208 NEW ORLEANS, LA 701700000 | Dependents: | 3 | Claim #: | 5458678 |
| | | Marital Status: | M | Product: | LTD |
| | | Gender: | FEMALE | Funding: | CON |
| Telephone: | (504)582-1292 | DOB: | | Status: | AP |
| | | Date of Disab: | 4/11/2015 | Doc Locations: | ☑ Document List ☐ Correspondence ☐ Paper File |
| Customer: | OCHSNER CLINIC FOUNDATION | Case Mgr: | Robert Files | | Number of claim files being sent: |
| ID: | 09-461332 | Office: | 0096 | | |
| Sub: | NEW ORLEANS CLINIC BIWEEK | SDN: | 8*731-6447 | | |
| Loc: | 24000000 | Date Sent: | 7/31/2019 3:30:35 PM | | 0 |

**B.** ███████████████████

| Settlement Opportunity | Y/N |
|---|---|
| Is the claimant a good settlement candidate?  If yes, consider a referral for settlement prior to maintenance referral. | No |

**Medical Determination**

| | |
|---|---|
| Has the claimant reached maximum medical improvement? | Yes |
| Is medical information within 6 months of the current date? | Yes |
| Does claimant meet the definition of Any Occ or Own Occ if Own Occ is applicable to max duration and will they remain eligible? | Yes |
| Has Any Occ approval letter been sent and all associated tasks completed? | Yes |
| Has the approved thru date and scheduled payment been extended through the max benefit date? | Yes |
| Is claimant of advanced age or medical severity that vocational efforts for return to work would not be considered? | Yes |
| Is there a task in S1 for a medical request in 12 months? | Yes |

**Benefits From Other Income**

| | |
|---|---|
| Is there a Claimant Supp Statement in the file dated within 24 months? | Yes |
| Has claimant been awarded SS disability or retirement benefits or been deemed ineligible? | Yes |
| Is there an outstanding overpayment of any sort?  If yes, is the overpayment recovery being managed by a member of CRU? | No |
| If SS dependent benefits are being paid has S1 been documented with the dependents date of birth? | Yes |
| Have all other income benefits been applied with appropriate duration or eligibility ruled out?  (example:  Workers Comp, Pension) | Yes |

**Other**

| | |
|---|---|
| Have all third party lawsuits or legal issues been resolved? | Yes |
| Is there a survivor benefit associated with this policy? | Yes |
| Does the schedule payment screen contain a gross benefit override?  If yes, please enter a claim note documenting the details as to why there is a GBO in place. | No |

**Additional Comments**

| |
|---|
| |

**A.** ███████████████████



| | | | |
|---|---|---|---|
| Claimant Name: | PAIGE  F  CRESPO | Social Security: | Emp #: 5694695 |
| Address: | C/O REAGAN L TOLEDANO WILLEFORD & TOLEDANO 201 ST CHARLES AVE, STE 4208 NEW ORLEANS, LA 701700000 | Dependents: 3 Marital Status: M Gender: FEMALE DOB: | Claim #: 5458678 Product: LTD Funding: CON Status: AP |
| Telephone: | (504)582-1292 | Date of Disab: 4/11/2015 | Doc Locations: ☑ Document List ☐ Correspondence ☐ Paper File |
| Customer: | OCHSNER CLINIC FOUNDATION | Case Mgr: Robert Files | Number of claim files being sent: |
| ID: | 09-461332 | Office: 0096 | |
| Sub: | NEW ORLEANS CLINIC BIWEEK | SDN: 8*731-6447 | |
| Loc: | 24000000 | Date Sent: 7/31/2019 3:30:35 PM | 0 |

**C.  For DMS Use Only**

Date claim received: _____

Insurance Assistants Initials:_____

Date to DCM: _____

Date DCM completed review: _____    DCM Initials:_____

| | | |
|---|---|---|
| Is max duration correct? | Y | N |
| Approved thru date extended to max duration? | Y | N |
| Scheduled payment date extended to max duration? | Y | N |
| Updated schedule payment screen? | Y | N |

**Additional Comments**

Liberty/Crespo 0122

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0123

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

June 11, 2019

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We understand that you have gone through all levels of appeal and were recently denied at the Appeals Council in January. We are writing to discuss a reapplication for Social Security Disability benefits. Although you are not contractually obligated to reapply, there are several advantages of getting on Social Security as referenced above. We have Social Security claimant representatives to help you through the process if you wish to utilize their services.

Doherty, Cella and Keane is an attorney firm that specializes in preparing Social Security claims and

1  of 2

Liberty/Crespo 0124

representing claimants, with a 90% success rate in obtaining awards. Their professional and experienced staff can act on your behalf and keep your contact with the Social Security Administration to a minimum. Additionally, their fee will be deducted from any retroactive Social Security Disability benefits awarded to you. This fee will be credited towards any repayment due Liberty Life Assurance Company of Boston. If your overpayment owed to Liberty Life Assurance Company of Boston is less than the amount of the approved fee, no further credit is allowed by Liberty Life Assurance Company of Boston, nor does Liberty Life Assurance Company of Boston assume responsibility for the fee as the agreement for services is between you and your representative. If you wish to use their services, this can be explained to you in greater detail when you have accepted representation by Doherty, Cella and Keane.

In addition to filing your application for benefits, should your claim be denied at any level, the representative will ensure timely filing of required or prudent appeals and continue representation at no additional cost or charge for expenses such as travel or photocopies of medical records.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Liberty Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Liberty Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

Please contact our office by June 25, 2019 to let us know if you would like to use Doherty's services to reapply for Social Security Disability benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Kent
Senior Claims Examiner
Phone No.: (888) 437-7611 Ext. 16334
Secure Fax No.: (603) 334-5740

Liberty/Crespo 0125

# FAX COVER SHEET

| | |
|---|---|
| **TO** | Ms. Ashley Kent |
| **COMPANY** | Liberty Life |
| **FAX NUMBER** | 16033345740 |
| **FROM** | James Willeford |
| **DATE** | 2019-05-15 17:10:01 CDT |
| **RE** | Paige Crespo, Claim # 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano (4 pages + cover sheet)

Liberty/Crespo 0126



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                   PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

May 15, 2019

**VIA U.S. MAIL & FAX: (603) 334-5740**

Ms. Ashley Kent, Sr. Claims Examiner
Liberty Life Insurance Company
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am enclosing the appeals council's decision per your request. Ms. Crespo does not plan to submit another application at this time.

Sincerely,

Reagan Toledano

Enclosures
Cc: Paige Crespo

Liberty/Crespo 0127

## NOTICE OF APPEALS COUNCIL ACTION

Ms. Paige Friday Crespo

This is about your request for review of the Administrative Law Judge's decision dated March 28, 2018. You submitted reasons that you disagree with the decision. We considered the reasons and exhibited them on the enclosed Order of the Appeals Council. We found that the reasons do not provide a basis for changing the Administrative Law Judge's decision.

### We Have Denied Your Request for Review

We found no reason under our rules to review the Administrative Law Judge's decision. Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the Commissioner of Social Security in your case.

### Rules We Applied

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive additional evidence that you show is new, material, and relates to the period on or before the date of the hearing decision. You must also show there is a reasonable probability that the additional evidence would change the outcome of the decision. You

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

Liberty/Crespo 0128

Social Security Administration
OFFICE OF APPELLATE OPERATIONS

ORDER OF APPEALS COUNCIL

<u>IN THE CASE OF</u>                                        <u>CLAIM FOR</u>

Period of Disability
Paige Friday Crespo                                         Disability Insurance Benefits
(Claimant)

(Wage Earner)                                              (Social Security Number)

The Appeals Council has received additional evidence which it is making part of the record.
That evidence consists of the following exhibits:

Exhibit 18B ———— Request for Review from Paige Crespo received
              May 31, 2018 (2 pages)

Date: January 29, 2019

Liberty/Crespo 0129

Paige Friday Crespo (          )                                        Page 3 of 3

top of this notice. Please put the Social Security number(s) also shown at the top of this notice on your request. We will send you a letter telling you whether your request for more time has been granted.

## About The Law

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

## If You Have Any Questions

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is (888)850-2232. Its address is:

Social Security
1616 Joe Yenni Blvd
Kenner, LA 70065-9904

/s/ *Christy Hipchen*

Christy Hipchen
Appeals Officer

Enclosure: Order of Appeals Council

Liberty/Crespo 0130

# FAX COVER SHEET

| TO | Ms. Ashley Kent |
|---|---|
| COMPANY | Liberty Life |
| FAX NUMBER | 16033345740 |
| FROM | James Willeford |
| DATE | 2019-04-26 11:46:42 CDT |
| RE | Paige Crespo, Claim # 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano. (6 pages + cover sheet)

Liberty/Crespo 0131



# WILLEFORD & TOLEDANO

201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170-4208

504/582.1286
Fax 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                    PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

April 25, 2019

**VIA U.S. MAIL & FAX: (603) 334-5740**

Ms. Ashley Kent, Sr. Claims Examiner
Liberty Life Insurance Company
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am enclosing the completed Attending Physician Statement for Paige Crespo.

Sincerely,

Reagan Toledano

Enclosures
Cc: Paige Crespo

Liberty/Crespo 0132



## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without ~~~~~~ to Lincoln Financial Group~

Liberty Life Assurance Company of Bos
Group Benefits Disability Clai
P.O. Box 72
London, KY 40742-72
~~~~~~

#177305S

Return To: Ashley Kent

| | |
|---|---|
| Employee/Claimant: Paige Crespo | Claim No: 5458678 |
| Employer/Sponsor: Ochsner Clinic Foundation    Marcus Ware | Date of Birth: |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Lincoln Financial Group at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 08/17/2017
Date of next visit: TBD
Frequency of visits:
_____ Weekly  _____ Monthly
__X__ Other: (Specify) every 2 years or as needed

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: YES ☐ NO ☐
Procedure:

**2.**
Diagnosis and concurrent conditions with ICD Code:    SAH (subarachnoid hemorrhage)- I60 9
Aneurysm of middle cerebral artery- I67 1    s/p Clipping/Cranioplasty

Please describe any/all Restrictions and Limitations you have imposed: *No limitations for ADL but is not deemed capable of safe patient care*

Please describe your treatment plan including medications, & diagnostic testing: Followup in two *every* years with CTA of head

Cardiac impairment   (if applicable)  Functional capacity per American Heart Association  NA
_____ Class 1 No limitation _____ Class 2 Slight limitation _____ Class 3 Marked limitation _____ Class 4 Complete limitatic
B/P Last visit _____

Mental/Nervous impairment:   NA
Axis I a. _____   b. _____   Axis II _____   Axis III _____   Axis IV _____   Axis V _____

Please forward copies of your office notes and test results from _____ through _____

| | | |
|---|---|---|
| Dr. Marcus Ware | MD/ Neurosurgery | 720276883 |
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| 1516 Jefferson Hwy | 504-842- 4033 | 504-842-6531 |
| Street address | Telephone No. | Fax No. |
| New Orleans, LA 70121 | *WARE* | 4/24/19 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

Liberty/Crespo 0133



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                      PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

April 25, 2019

**VIA U.S. MAIL & FAX: (603) 334-5740**

Ms. Ashley Kent, Sr. Claims Examiner
Liberty Life Insurance Company
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am enclosing the signed authorization and Claimant Information Form and Supplementary Statement that has been completed by Ms. Crespo.

I will send you the APS upon receipt.

Sincerely,

Reagan Toledano

Enclosures
Cc: Paige Crespo

Liberty/Crespo 0134



**Lincoln Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information:   Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents
The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___Paige Crespo___

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative    _Paige Crespo_

Date of Birth: __    _____    Claim Number: __5458678__    Date: _4/17/17_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

Liberty/Crespo 0135

## CLAIMANT INFORMATION FORM



**Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

Return To: Ashley Kent

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation        DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/02/2018 to current. *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS: Hosp    Ochsner Hosp

Name: Marcus Wave, Ochsner Hosp
Specialty: Neuro
Address: 1514 Jefferson Hwy NOLA 70124
Telephone No.: (504) 842300  Fax No.: (   )

Name: ER Dr
Specialty: ER
Address: 1514 Jefferson Hwy NOLA, 70124
Telephone No.: (504) 8423000  Fax No.: (   )

Name: Kefla Brown Ochsner Hosp
Specialty: Opthamology 1st
Address: 1514 Jefferson Hwy
Telephone No.: (504) 8423000  Fax No.: (   )

Name: (was in the ER  8/2018
Specialty:
Address:
Telephone No.: (   )  Fax No.: (   )

### MEDICAL INSURANCE CARRIER(S):

Name: Louisiana Health care Connections
Specialty:
Address: 8585 Archives Ave Su 310 baton Rouge LA
Telephone No.: (804) 5968133  Fax No.: (   )

Name: Blue Connect
Specialty:
Address: PO box 98024
Telephone No.: 8003924067  Fax No.: (   )

### PHARMACY(S):

Name: Walgreens
Specialty:
Address: Jefferson Hwy
Telephone No.: 504 737241  Fax No.: (   )

Name:
Specialty:
Address:
Telephone No.: (   )  Fax No.: (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Paige Crespo          DATE: 4/17/19

Liberty/Crespo 0136

## CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

Return to: Ashley Kent

| EMPLOYEE/CLAIMANT NAME: Paige Crespo | CLAIM #: 5458678 |
|---|---|
| EMPLOYER: Ochsner Clinic Foundation | DATE OF BIRTH: |

| Full Name (Last, First, Middle, Int.) | Social Security # | Email Address |
|---|---|---|

| Street Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number (include area code) | Cell Phone Number (include area code) Same | Marital Status |
|---|---|---|

| Spouse's Full Name and Date of Birth | Number of Children 3 | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name Nicole Galvin   Relationship to you? Friend   Tel #:

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? Yes still have my RN licenses Just haven't been ready to activate yet

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party; Workers' Compensation Carrier, Insurance Co., or individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photostatic copy of this form will be valid as the original.

EMPLOYEE'S PRINTED NAME: Paige Crespo

DATE: 4/17/19   EMPLOYEE'S SIGNATURE: Paige Crespo

Liberty/Crespo 0137

7S121190496



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____Paige Crespo_____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____Paige Crespo_____

Date of Birth: __ _____ Claim Number: __5458678__ Date: __4/17/17__

py of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2018

Liberty/Crespo 0138

1S120190525



## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without ~~~~~~~ ~~ Lincoln Financial Grou~~

Liberty Life Assurance Company of Bos
Group Benefits Disability Clai
P.O. Box 72
London, KY 40742-72
~~Phone~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~

#173053

Return To: Ashley Kent

| Employee/Claimant: Paige Crespo | Claim No: 5458678 |
|---|---|
| Employer/Sponsor: Ochsner Clinic Foundation | Date of Birth: |

*Marcus Ware*

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Lincoln Financial Group at the above Fax number. An authorization is on file with you office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: 05/17/2017
Date of next visit: TBD
Frequency of visits:
_____ Weekly _____ Monthly
_X_ Other: (Specify) every 2 years or as needed

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: YES ☐ NO ☐
Procedure: _____

**2.**

Diagnosis and concurrent conditions with ICD Code: SAH (subarachnoid hemorrhage)- I60 9
Aneurysm of middle cerebral artery- I67 1     s/p Clipping/Cranioplasty

Please describe any/all Restrictions and Limitations you have imposed: *No limitations for ADL but is not deemed capable of safe patient care.*

Please describe your treatment plan including medications, & diagnostic testing: Followup in two years with CTA of head      *every*

Cardiac Impairment (if applicable) Functional capacity per American Heart Association NA
____ Class 1 No limitation ____ Class 2 Slight limitation ____ Class 3 Marked limitation ____ Class 4 Complete limitatic
B/P Last visit ____

Mental/Nervous Impairment NA
Axis I a. _____ b. _____    Axis II _____    Axis III _____    Axis IV _____    Axis V _____

Please forward copies of your office notes and test results from _____ through _____

| Dr. Marcus Ware | MD/ Neurosurgery | 720276883 |
|---|---|---|
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| 1516 Jefferson Hwy | 504-842- 4033 | 504-842-6631 |
| Street address | Telephone No. | Fax No. |
| New Orleans, LA 70121 | *WARE* | 4/24/19 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

Liberty/Crespo 0139

1S120190525



# WILLEFORD & TOLEDANO

201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170-4208

504/582.1286
Fax 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                      PLEASE REPLY TO:
REAGAN L. TOLEDANO                        RTOLEDANO@WILLEFORDLAW.COM

April 25, 2019

**VIA U.S. MAIL & FAX: (603) 334-5740**

Ms. Ashley Kent, Sr. Claims Examiner
Liberty Life Insurance Company
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am enclosing the completed Attending Physician Statement for Paige Crespo.

Sincerely,

Reagan Toledano

Enclosures
Cc: Paige Crespo

Liberty/Crespo 0140

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0141



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

April 2, 2019

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits.  Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter.  Please ensure that each form is signed and dated, as we will not be able to accept a form without these required signatures.  Any form that is not dated or signed will be sent back to you for completion.

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under.  Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Kent
Senior Claims Examiner
Phone No.: (888) 437-7611 Ext. 16334
Secure Fax No.: (603) 334-5740

Attachments:   Annual Physician's Statement

1  of 2

Liberty/Crespo 0142

Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement

2  of  2

Liberty/Crespo 0143



**ANNUAL PHYSICIAN'S STATEMENT**

To be completed by the attending physician.
This form is to be completed
without expense to Lincoln Financial Group

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

Return To: Ashley Kent

Employee/Claimant: Paige Crespo                                   Claim No: 5458678

Employer/Sponsor: Ochsner Clinic Foundation                       Date of Birth:

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Lincoln Financial Group at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly   _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: YES ☐  NO ☐
Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: _____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

**Cardiac impairment** (if applicable)  Functional capacity per American Heart Association
_____ **Class 1** No limitation  _____ **Class 2** Slight limitation  _____ **Class 3** Marked limitation  _____ **Class 4** Complete limitation
**B/P** Last visit _____

Mental/Nervous impairment:
**Axis I a.** _____   **b.** _____   **Axis II** _____   **Axis III** _____   **Axis IV** _____   **Axis V** _____

**Please forward copies of your office notes and test results from** _____ **through** _____

Provider's name (PLEASE PRINT)          Degree/specialty          SS# OR Tax ID

Street address          Telephone No.          Fax No.

City/State/Zip Code          Signature          Date

DP 402 DMS (11/06)

Liberty/Crespo 0144



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____


Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: ___5458678___ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

Liberty/Crespo 0145

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

**Return To:** Ashley Kent

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/02/2018 to current. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____          DATE: _____

Liberty/Crespo 0146

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

**Return to:**  Ashley Kent

**EMPLOYEE/CLAIMANT NAME:**  Paige Crespo          **CLAIM #:** 5458678

**EMPLOYER:** Ochsner Clinic Foundation          **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                    Relationship to you?              Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | | _____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____          **EMPLOYEE'S SIGNATURE:** _____

DP 409

Liberty/Crespo 0147

# FAX COVER SHEET

| | |
|---|---|
| **TO** | Ms. Heather Carignan |
| **COMPANY** | Liberty Mutual |
| **FAX NUMBER** | 16033345853 |
| **FROM** | James Willeford |
| **DATE** | 2019-03-15 11:15:08 CDT |
| **RE** | Paige Crespo, Claim # 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Crespo.

Liberty/Crespo 0148



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

---

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                    PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

March 15, 2019

**VIA U.S. MAIL & FAX: (603) 334-5853**

Ms. Heather Carignan, Appeal Review Consultant
Liberty Life Insurance Company
Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Policy: GF3-890-461332-02**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Carigan,

I am writing on behalf of my client, Paige Crespo, to request that Liberty withhold $350 from each benefit check for her Louisiana state tax, in addition to what is already being withheld for Federal tax.

Please confirm this will be set up.

Sincerely,

*RT*

Reagan Toledano

Cc: Paige Crespo

Liberty/Crespo 0149

# FAX COVER SHEET

| TO | Ms. Heather Carignan |
|---|---|
| **COMPANY** | Liberty Mutual |
| **FAX NUMBER** | 16033345853 |
| **FROM** | James Willeford |
| **DATE** | 2019-03-15 11:15:08 CDT |
| **RE** | Paige Crespo, Claim # 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Crespo.

Liberty/Crespo 0150



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD
REAGAN L. TOLEDANO

PLEASE REPLY TO:
RTOLEDANO@WILLEFORDLAW.COM

March 15, 2019

**VIA U.S. MAIL & FAX: (603) 334-5853**

Ms. Heather Carignan, Appeal Review Consultant
Liberty Life Insurance Company
Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:     Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Policy: GF3-890-461332-02**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Carigan,

I am writing on behalf of my client, Paige Crespo, to request that Liberty withhold $350 from each
benefit check for her Louisiana state tax, in addition to what is already being withheld for Federal
tax.

Please confirm this will be set up.

Sincerely,

*RT*

Reagan Toledano

Cc: Paige Crespo

Liberty/Crespo 0151

Liberty/Crespo 0152



**HEATHER CARIGNAN**
603-731-6463
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

**SHIP TO:**
REAGAN TOLEDANO
WILLEFORD & TOLEDANO
SUITE 4208
201 ST. CHARLES AVENUE
**NEW ORLEANS LA 70170-2509**

0.0 LBS    LTR         1 OF 1

**LA 701 9-22**

**UPS 2ND DAY AIR**

**2**

TRACKING #: 1Z 248 96X 02 9979 7309

BILLING: P/P

Office/Dept Number: 009603304

CS 20.5.25.    WNTNV50 03.0A 07/2018

Paige Crespo          5458678

7P281180160



# WILLEFORD & TOLEDANO

201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170-4208

504/582.1286
Fax 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                        PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

October 3, 2018

**VIA U.S. MAIL & FAX: (603) 334-5853**

Ms. Heather Carignan, Appeal Review Consultant
Liberty Mutual
P.O. Box 7213
London, KY 40742-7213

Re:    **Claimant: Paige Crespo**
       **Liberty Mutual LTD Claim No.: 5458678**
       **Employer: Ochsner Clinic Foundation**

Dear Ms. Carignan,

I received your letter of September 20, 2018 in which Liberty denies Ms. Crespo's request for an increase in the amount of the disability benefit.

Please send me a complete copy of her claim file including all information Liberty relied on in reaching this decision.

Sincerely,

Reagan Toledano
RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0153

7P281180160

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA  70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ___1___ day of __Sept__, 2016.

_Paige Crespo_
Signature

_Paige Crespo_
Print Name

_____
**Social Security Number**

Liberty/Crespo 0154

# FAX COVER SHEET

| TO | Ms. Heather Carignan |
| COMPANY | Liberty Mutual |
| FAX NUMBER | 16033345853 |
| FROM | James Willeford |
| DATE | 2018-10-03 15:58:17 GMT |
| RE | Paige Crespo, LTD claim #5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Crespo.

Liberty/Crespo 0155



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                        PLEASE REPLY TO:
REAGAN L. TOLEDANO                                        RTOLEDANO@WILLEFORDLAW.COM

October 3, 2018

**VIA U.S. MAIL & FAX: (603) 334-5853**

Ms. Heather Carignan, Appeal Review Consultant
Liberty Mutual
P.O. Box 7213
London, KY 40742-7213

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Carignan,

I received your letter of September 20, 2018 in which Liberty denies Ms. Crespo's request for an increase in the amount of the disability benefit.

Please send me a complete copy of her claim file including all information Liberty relied on in reaching this decision.

Sincerely,

Reagan Toledano
RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0156

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ___1___ day of _Sept_____, 2016.

_____Paige Crespo_____
Signature

_____Paige Crespo_____
Print Name

_____
Social Security Number



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

| | |
|---|---|
| Date: August 24, 2018 | |
| To: REAGAN TOLEDANO WILLEFORD & TOLEDANO 201 ST. CHARLES AVE. SUITE 4208 NEW ORLEANS LA 70170-4208 | |
| Attn: | |
| Fax: (313) 692-5927 | |
| From: Sherry Preston Appeal Associate Phone No.: Phone No.: (888) 437-7611 Secure Fax No.: (603) 334-8396 | |
| Total Pages (Including Cover):     3 | |
| RE:  Claim #:     5458678 Claimant:   Paige Crespo  Ochsner Clinic Foundation | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 0165



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

August 24, 2018

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo

Dear Reagan Toledano:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Paige Crespo's Long Term Disability (LTD) claim.

Ms. Crespo's file is being forwarded to Liberty's Appeal Review Unit for an independent review of her claim eligibility.  Her claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal.  If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

The review will be on the calculation of Basic Monthly Earnings (BME) as outlined in the contract.

If you have any questions regarding this correspondence, please contact me.

1  of 2

Liberty/Crespo 0166

Sincerely,

Sherry Preston
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16105
Secure Fax No.: (603) 334-8396

2  of  2

Liberty/Crespo 0167

Liberty/Crespo 0168

# Liberty Mutual Appeal Referral

**Appeal Referral From:     DOVER**

Office: | 096 | Manager: | WRIGHT, SHANON | Case Mgr: | KENT, ASHLEY

Claimant Name: | PAIGE  F  CRESPO | Claim #: | 5458678

Occupation (Job Title): | CRNA-ANESTHESIOLOGIST | Date Sent: | 8/16/2018

Diagnosis: | I60.7 Nontraumatic subarachnoid hemorrhage from unsp intracran art,

Date of Disability: | 4/11/2015 | Date Benefits Began: | 10/10/2015

Maximum Duration: | 4/10/2039 | Paid Through: | 4/10/2039

Date of Denial or (DB451): | 8/16/2018 | Date Appeal Received: | 8/10/2018

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: | OCHSNER CLINIC FOUNDATION

Product: | LTD | Funding: | CON

Is Claimant Eligible for LTD? | Y

Erisa or Non-Erisa? | ERISA Plan

— Document Locations —
- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

EE disputing BME - see notes from 3/2017 - letter has already been drafted to atty confirming BME is correct

1R227180001



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

_____

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                           PLEASE REPLY TO:
REAGAN L. TOLEDANO                    RTOLEDANO@WILLEFORDLAW.COM

August 9, 2018

**VIA U.S. MAIL & FAX: (603) 334-3576 and (603) 334-5740**

Ms. Ashely Kent                      Mr. Todd Youngberg
Liberty Life Insurance Company       Liberty Life Insurance Company
Group Disability Claims              Group Disability Claims
P.O. Box 7211                        P.O. Box 7211
London, KY 40742-7211                London, KY 40742-7211

Re:    **Claimant: Paige Crespo**
       **Liberty Mutual LTD Claim No.: 5458678**
       **Employer: Ochsner Clinic Foundation**

Dear Ms. Kent and Mr. Youngberg,

I am writing in regards to Ms. Crespo's disability benefit amount. Please note that Liberty continues to underpay her monthly benefits. I am writing to again request that Liberty correct her benefit calculation. Please note that Ms. Crespo originally requested that Liberty recalculate her grossly monthly benefit amount by letter of February 17, 2017. Liberty has explained that it believed that it calculated her benefits correctly by only including her base hourly wage of $70.50 as her "basic monthly earnings." I am therefore writing to again request Liberty recalculate her monthly benefit and pay the correct amount due retroactively and prospectively. I have enclosed the following:

- Relevant paystubs;
- CRNA Staffing/Scheduling Guidelines;
- Printout with definition of "earnings" from Merriam Webster;
- Declaration of Paige Crespo; and
- Email from HR representative, Adilia Garcia.

As explained in greater detail below, Ms. Crespo's "basic monthly earnings" includes more than just her base hourly rate.

1R227180001

Ms. Ashely Kent
Mr. Todd Youngberg
Liberty Life Insurance Company
August 9, 2018
Page 2

### I.    Liberty has underpaid Ms. Crespo

Liberty has determined Ms. Crespo's BME based on her hourly rate of $70.50 x 40 hours per week, or $146,640/year.   As demonstrated in her attached paystubs and in the enclosed sworn declarations, her basic monthly earnings included far more than this per year. The policy in question defines basic monthly earnings as follows:

> **Basic monthly earnings** means your *monthly rate of earnings* from the Sponsor in effect immediately prior to the date of Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

As demonstrated in the attached paystubs, Ms. Crespo was paid the following forms of pay for the time she worked:

- An hourly rate of $70.50 for each hour she was scheduled to work.
- Nighttime shift differential = $9.68/hour, for each hour she worked between 3pm and 7am.
- Weekend shift differential = $16.13/hour anytime from 3pm until 7am Monday morning.
- On call pay = $7.50 per hour, for any hour she was on call outside of her regularly scheduled shift.
- Callback hours = this was essentially overtime pay, i.e. time and a half (70.50 + 35.25) for any time she is called back to the office.
- Overtime pay = time and a half 70.50 + 35.25.
- Stay-late-differential $35.25 for each hour she worked late.
- Transplant pay of $750 stipend for each transplant she worked on.

I have enclosed sworn declaration from Ms. Crespo that explains Ms. Crespo's method of compensation and her schedule requirements. I have also enclosed CRNA staffing guidelines to demonstrate the hours and shifts Ms. Crespo was required to work.  As demonstrated therein, Ms. Crespo was required to work 7 days of each month "on call", which resulted in her working at least two days of each month on the weekend. In light of the policy's definition of covered earnings, the following amounts must be included in her "monthly rate of earnings:

- her base hourly rate of $70.50;
- nighttime shift differential of $9.68/hour;
- weekend shift differential of $16.13/hour;
- on call pay in the amount of $7.50/hour; and
- transplant pay of $750 for each transplant she worked on.

The other amounts demonstrated on her paystub (i.e. overtime pay, stay-late differential, and call-back hours) are excluded from BME because they are essentially overtime pay or extra

Liberty/Crespo 0170

1R227180001

Ms. Ashely Kent
Mr. Todd Youngberg
Liberty Life Insurance Company
August 9, 2018
Page 3

compensation from her normal monthly earnings.[1]  Thus, Liberty must recalculate her disability benefits by including her night and weekend shift differentials, on-call pay, and transplant pay, as this is clearly part of her monthly rate of earnings. As demonstrated in the enclosures, including paystubs and declarations, the following amounts must be included in her benefit calculation:

- base hourly pay = 12,126 month = 40 hours x 70.50 = 12,126  = $146,640/year
- On call pay = 128 hours[2] x 7.50 = 960 x 12 months = $11,250/year
- Liver Transplants = she earned 48,000 during the last full year she worked in 2014.[3]
- Weekend differential = she earned $2,860.74 in 2014.
- Night differential = she earned $4,025.85 in 2014.

- Total = 212,776.59

In addition, Ms. Crespo's employer offered the following company-paid-for fringe benefits that are also part of her monthly rate of earnings: Company Paid AD&D; Company Paid Basic Life; Dental; Health Insurance; LTD; 401k employer contributions.  As demonstrated in the enclosed email from Adilia Garcia, the total value of such benefits during the last full year that she worked in 2014 was $15,783.60.  Thus, this amount must also be included in the benefit calculation as it is part of her basic monthly earnings.

Including the value of her fringe benefits in the monthly earnings calculation, the total value of her basic monthly earnings is $228,560.19/12 = $19,046.68.  Her gross monthly benefit should therefore be $11,428/month.

Thus, please recalculate her benefits and send the amount due because of the previous underpayment to my attention at the address listed above.  Please also correct the benefit amount for all benefits going forward.

Sincerely,

Reagan Toledano

Enclosures
Cc: Paige Crespo

---

[1] Earnings is defined as "something earned as compensation for labor or the use of capital."

[2] During the mandatory 7-day period in which she was required to be on call, she also worked her regular 40-hour week. Thus, as a regularly required part of her work schedule she worked an additional 128 hours per week (7 times 24, less 40 hours) which was compensated at the hourly rate of $7.50.

[3] This would equal approximately $48,000/750 = 64; 64/12 = 5.3 liver transplants per week

Liberty/Crespo 0171

1R227180001

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ___1___ day of ___Sept___, 2016.

_Paige Crespo_
Signature

_Paige Crespo_
Print Name

_____
Social Security Number

1R227180001

**United States of America**
**New Orleans, Louisiana**

## DECLARATION OF PAIGE CRESPO

I, Paige Crespo, declare under penalty of perjury that the following is true and correct:

1. I was earning between $230,000 and $250,000 per year before suffering from an aneurysm that caused me to take disability leave in April 2015.

2. I had worked as a CRNA for several years. I worked on the liver transplant team along with 9 other CRNAs. My job required that I work 40 hours per week, for which I was paid $70.50/hour.

3. In addition, each CRNA on the liver transplant team was required to work 7 days per week while "on call," which was compensated at the rate of $7.50/hour. Each day that a CRNA is on call they could be called to work on a liver transplant. Most CRNAs average about 5 liver transplants per 7-day, on-call period. During my employment, each liver transplant that a CRNA worked on was compensated at the rate of $750/per transplant. This amount was paid no matter the complexity of the transplant.

4. Anytime a CRNA worked during the period of 3pm to 7am, they received $9.68 hour in addition to their base hourly rate (this is referred to as "nighttime shift differential"). In addition, any time worked from Friday 3pm to Monday 7am, was compensated by an additional $16.13/hour in addition to the base hourly rate (this is referred to as "weekend shift differential"). Weekend shift differential is paid in addition to nighttime shift differential pay. For example, if a CRNA works anytime from 3pm to 7am (nighttime shift diff) on Friday, Saturday, and Sunday, they would earn an additional $25.81/hour [9.68 (Ngt) +16.13 (Wkd)].

5. CRNAs also received other forms of pay, such as the following:

    a. callback hourly pay, which was and additional $35.25/hour for anytime they were called back for a liver transplant during the mandatory 7 day/month on-call period.

    b. A stay-late differential which was an additional $35.25 for each hour that a CRNA worked past their scheduled off time.

6. Additionally, CRNAs at Oschner were provided additional employee benefits paid by Oschner such as AD&D insurance, Basic Life Insurance, Health Insurance, Dental, Long Term Disability Insurance. Oschner also provided a company match to 401k contributions.

Liberty/Crespo 0173

1R227180001

7. I have reviewed my paystubs from Oschner during the years before I was forced to take disability leave. 2014 was the last full year that I worked. And during that year I earned the following amounts for liver transplants, on call pay, callback pay, night time shift differential, weekend shift differential, and stay-late differential:

> 2014
> a. Liver-$48000
> b. ONC-$9122.69
> c. Callback-$14065.16
> d. NGT-$4025.85
> e. WKN DIF-$2860.74
> f. SLD-$1632.12

8. In 2015, because I did not work a full year, the above amounts were less, as demonstrated below:

> 2015
> a. Liver-$18750.
> b. Callback-$4336.47
> c. On call $2423.16
> d. Wknd dif-$1475.71
> e. SLD-$1395.92
> f. NGT-$1214.61

9. In addition to the above amounts, my employer also paid for employee benefits as part of my regular earnings, such as: Company Paid AD&D; Company Paid Basic Life; Dental; Health Insurance; LTD; 401k employer contributions. I have asked Adilia Garcia in HR at Oschner to provide the value of company-paid-for employee benefits during the following years: 2013-2015. Ms. Garcia responded by email explaining that Oschner paid the following amounts:

| | 2013 | 2014 | 2015 |
|---|---|---|---|
| Company Paid AD&D | 7.44 | 7.44 | 7.03 |
| Company Paid Basic Life | 157.20 | 157.20 | 117.42 |
| Dental | 268.56 | 72.72 | 57.57 |
| Health Company Paid | 8932.32 | 8932.32 | 7430.71 |
| LTD | 589.44 | 636.48 | 503.88 |
| 401(k) Employer Contributions | $ 5,908.06 | $ 5,977.44 | $ 5,830.10 |

Liberty/Crespo 0174

1R227180001

10. Before I applied for long term disability benefits, I expected that I would receive 60% of my earnings, excluding overtime pay such as stay-late differential and callback pay.

I, Paige Crespo, declare under penalty of perjury that the above information is true and correct.

8-9-18
Date

Paige Crespo

Paige Crespo

Liberty/Crespo 0175

1R227180001

From: Adilia Garcia <agarcia@ochsner.org>
Date: June 5, 2018 at 10:51:06 AM CDT
To: "pfridaycrespo@att.net" <pfridaycrespo@att.net>
Subject: Information Request - Benefits and Retirement Employer Contributions

Hi Paige,

My apologies, I had to look in different systems for the information. These are annual amounts. Let me know if the below is sufficient. Thanks!

| | | | |
|---|---|---|---|
| Company Paid AD&D | 7.44 | 7.44 | 7.03 |
| Company Paid Basic Life | 157.20 | 157.20 | 117.42 |
| Dental | 268.56 | 72.72 | 57.57 |
| Health Company Paid | 8932.32 | 8932.32 | 7430.71 |
| LTD | 589.44 | 636.48 | 503.88 |
| | | | |
| 401(k) Employer Contributions | $ 5,908.06 | $ 5,977.44 | $ 5,830.10 |

Liberty/Crespo 0176

1R227180001

## CRNA Staffing/Scheduling Guidelines

Schedule is done on a seniority based preferential/request model. All schedule requests and monthly schedules must be turned in to the CRNA scheduler by designated deadline. Schedule runs 2 months in advance.

All requests and schedules turned in on time will be considered and every attempt will be made to accommodate said requests and preferred schedules. However there is no guarantee that the final schedule will reflect exactly what each individual has requested/turned in. Changes to individual schedule requests may be necessitated by required numbers for OR coverage, seniority and available staff each day.

All staff CRNA's are expected to cover any and all shifts scheduled including all off shifts, weekends(days and nights), weekday night shifts, and 3rd call shifts etc.

Nights, weekends, and 4th call, 9p and 11p will be staffed on an initial volunteer basis. All shifts without volunteers still requiring coverage will be assigned fairly from those with the least number of needed shift worked (i.e. A weekend 7-3 or 7-7p will be assigned to the CRNA with the fewest number of weekend shifts worked. If several CRNA's have equal numbers, one will be chosen randomly).

The scheduler will keep a running count of the following shifts worked by each CRNA:

Weekday night shifts

Weekend night shifts

Weekend day shifts

Weekday evening shifts (9p and 11p)

4th Call shifts/endo call shifts

7p stay late available

All CRNA's should expect to work 1-2 off shifts per week (i.e. 9-5, 11-7, 3-11, 9-7, 3p,7p, etc). Those hired more recently (in general 2010 to present) can expect 2-3 off shifts/week. The exception to this will be those CRNA's on the liver and PH call teams. Also liver, NICU and pedi heart team members are exempt from 4th call and regular weekend shifts.

Off shifts will be randomly spread out among staff each week. If there is a particular day a CRNA cannot work a later shift, it is his/her responsibility to make the scheduler aware of this before the schedule is done and posted. "Stay late" shifts (5@3p, 1@5p and 1@7p each week day) will be assigned with a randomized computer program.

Liberty/Crespo 0177

1R227180001

All vacation policies will be followed per the vacation guideline (see guideline for details). Only 8 vacation spots are available each day. These are approved per the date requested. All requests beyond the first 8 each day will be placed on the waiting list.

Days off with creative scheduling will be attempted, but are not guaranteed. The only way to guarantee a day off is with one of the 8 vacation slots each day. If all vacation slots are taken and staffing numbers permit, creative scheduling may be available. Preference will be given according to seniority.

Full time 40 hour staff should expect to be scheduled 40 hours each week.

Once the schedule is posted, if there are any vacation slots available, a vacation day may be requested. However, despite any available vacation slots, it is up to the discretion of the lead CRNA or board runner whether or not the request can be granted. In this situation, GPT must be used. CL (convenience leave) cannot be scheduled in advance.

Once the schedule is posted, if a change/switch is desired, it is the CRNA's responsibility to find coverage. An even swap of shifts is required. Changes cannot result in overtime or changes in staffing numbers unless approved by the lead CRNA. Any change must be submitted to anesthesiavacation@ochsner.org to be changed on the schedule grid.

## Holiday Policy

All staff CRNA's are expected to do 1 major and 1 minor holiday shift each year (this includes the actual holiday, holiday weekend shifts, Lundi-Gras night, Christmas Eve, New Year's Eve and any 4C on holidays/weekends). The scheduler will maintain holiday shift counts.

**Major Holidays**

Thanksgiving

Christmas

New Year's Day

Mardi Gras

**Minor Holidays**

Good Friday

July 4th

Liberty/Crespo 0178

1R227180001

## Labor Day

Holidays will be covered on a volunteer basis first. Shifts not covered by volunteers will be assigned. These assignments will be made by a random drawing from those CRNA's who have not worked that particular holiday in the last 3 years.

Liver team, NICU and Pedi Heart team members are only required to cover liver, NICU and pedi heart call on holidays. Any voluntary holiday regular call will not count towards liver/NICU/pedi heart requirements.

Vacation requested around a holiday can only be done once every other year (every 2 years). For example, if vacation is taken around Christmas in 2012, vacation cannot be taken around Christmas again until 2014. Please refer to the vacation policy for complete guidelines.

## Early Off Guidelines

CRNA's are able to request to be relieved from their shifts early. This will be done daily if staffing numbers permit on a first come first serve basis. Please use the following guideline to request leaving early:

All early off requests must be done per email if done prior to the date being requested (i.e. Making a request on Monday to be off early that Friday) Notes left at the board, texts or verbal requests are not accepted.

If the request is to leave early for the shift scheduled that day/currently being worked, it must be made in person at the anesthesia desk. No phone calls, emails or texts will be accepted.

No one but the CRNA/board runner can add names to the off early list.

Please see the Vacation Guideline for information about off/GHE lists around holidays.

Revised December 2015

Liberty/Crespo 0179

1R227180001

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|----|----|----|----|----|----|----|----|
| 24000 | 001003450 | CRESPO, PAIGE F. | | | | 10/17/2015 | 10/23/2015 | 702961205 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|----|----|----|----|----|----|----|----|----|
| 03-GPT | 162.15 | 70.50 | 11431.58 | 12559.58 | MEDTAX | 207.11 | 2219.30 | **GROSS EARNINGS** |
| STD60% | 40.00 | 42.30 | 1692.00 | 43992.00 | FEDTAX | 3191.72 | 27783.83 | |
| STDSUPP | 16.00 | 70.50 | 1128.00 | 27072.00 | LA TAX | 615.51 | 6343.71 | 14,283.06 |
| EX LIFE | | | 31.48 | 580.48 | SS TAX | | 7347.00 | |
| 01-REG | | | | 30377.05 | 403B | 428.49 | 3832.75 | **DED. CURRENT** |
| LIVER | | | | 18750.00 | 401K | 999.81 | 8943.05 | |
| 03-GPT | | | | 9940.50 | DENTAL1 | | 862.60 | 5,442.64 |
| 02-OVT | | | | 5238.40 | POSMED | | 5529.00 | |
| CALLBAC | | | | 4336.47 | SUPLIF | | 551.76 | **NET PAY** |
| 07-ONC | | | | 2423.16 | VOL AD&D | | 128.25 | |
| 04-HOL | | | | 2256.00 | VISION | | 186.39 | 8,808.94 |
| CME | | | | 2256.00 | D CARE | | 3958.46 | |
| EXP REIM | | | | 1559.00 | H CARE | | 1979.23 | |
| WKN DIF | | | | 1475.71 | CHLIFE | | 11.59 | |
| SLD GT | | | | 1395.92 | SPLIFE | | 300.39 | |
| ... INCENT | | | | 1214.61 | | | | |
| ... | | | | 744.50 | | | | |
| 09-HOL | | | | 564.00 | | | | |
| TOB RE | | | | 475.00 | | | | |
| EDU | | | | 352.50 | | | | |
| 10-HWK CALL GAU | | GROSS EARNINGS | 14,283.06 | 166,... | TOTAL DED | 5,442.64 | 69,977.31 | |

**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Capital One
Franklin, LA

| DIRECT DEPOSIT | AMOUNT |
|----|----|
| | $8,808.94 |

Date 10/23/2015

PAY    *VOID VOID VOID VOID VOID VOID VOID VOID*

$ *****8,808.94

Void After 180 Days

TO THE ORDER OF    **PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE

# NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450  24000  02961205
:7 0 1 2 3 7:
PAIGE F CRESPO

Liberty/Crespo 0180

1R227180001

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 24000 | 001003450 | CRESPO, PAIGE F. | | | | 12/13/2014 | 12/19/2014 | 702665114 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|---|---|---|---|---|---|---|---|---|
| 01-REG | 47.30 | 70.50 | 3334.65 | 115108.93 | MEDTAX | 221.29 | 3290.88 | **GROSS EARNINGS** |
| LIVER | 4.00 | 750.00 | 3000.00 | 48000.00 | FEDTAX | 2073.46 | 41630.62 | |
| BRVMNT | 24.00 | 70.50 | 1692.00 | 1692.00 | LA TAX | 441.88 | 9181.25 | **10,087.08** |
| 03-GPT | 8.00 | 70.50 | 564.00 | 15228.00 | SS TAX | | 7254.00 | |
| 02-OVT | 4.32 | 107.96 | 466.39 | 9211.69 | DENTAL1 | 45.40 | 1089.60 | **DED. CURRENT** |
| 07-ONC | 54.54 | 7.50 | 409.04 | 9122.27 | POSMED | 267.26 | 6414.24 | |
| CALLBAC | 9.57 | 35.25 | 337.34 | 14065.16 | SUPLIF | 29.04 | 696.96 | **3,423.58** |
| 06-NGT | 20.42 | 9.68 | 197.66 | 4025.85 | VOL AD&D | 6.75 | 162.00 | **NET PAY** |
| EX LIFE | | | 61.00 | 732.00 | VISION | 9.81 | 235.44 | |
| TOB REB | | | 25.00 | 600.00 | D-CARE | 208.18 | 5000.00 | **6,602.50** |
| 04-HOL | | | | 3948.00 | H CARE | 104.09 | 2500.00 | |
| CME | | | | 3948.00 | 403B | | 5572.49 | **GPT** |
| WKN DIF | | | | 2860.74 | 401K | | 11927.51 | **137.53** |
| SLD | | | | 1632.12 | CHLIFE | 0.61 | 14.64 | |
| INCENT | | | | 938.42 | SPLIFE | 15.81 | 379.44 | |
| 10-WK | | | | 608.07 | | | | |
| OVTIOP | | | | 564.00 | | | | |
| CALIGU | | | | 446.28 | | | | |
| CON | | | | 0.00 | | | | |

| | | GROSS EARNINGS | 10,087.08 | 232,731.53 | TOTAL DED | 3,423.58 | 95,349.07 | |
|---|---|---|---|---|---|---|---|---|

**Health System**

| DIRECT DEPOSIT | AMOUNT |
|---|---|
| | $6,602.50 |

**Ÿ Ochsner**
**Health System**

Date **12/19/2014**

**OCHSNER CLINIC FOUNDATION**

Capital One  N.A.
Franklin, LA

PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*
1514 Jefferson Highway
New Orleans, LA 70121

$ *****6,602.50

Void After 180 Days

TO THE
ORDER   **PAIGE F CRESPO**
OF

DIRECT DEPOSIT ADVICE
# NON-NEGOTIABLE

9010  MAIL  24000

**OCHSNER CLINIC FOUNDATION** 0010003450   24000   02665114
1514 Jefferson Highway      :7 0 1 2 3 7 :
New Orleans, LA 70121      **PAIGE F CRESPO**

Liberty/Crespo 0181

1R227180001

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | | | | EMPLOYEE NAME | | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|
| 24000 | 001003450 | | | | CRESPO, PAIGE F. | | 12/14/2013 | 12/19/2013 | 702337372 |
| EARNINGS | | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
| 01-REG | | 73.35 | 70.50 | 5171.18 | 117363.51 | MEDTAX | 213.65 | 3113.91 | GROSS EARNINGS |
| LIVER | | 4.00 | 750.00 | 3000.00 | 38250.00 | FEDTAX | 1963.85 | 38826.21 | |
| 07-ONC | | 112.80 | 7.50 | 845.99 | 10929.92 | LA TAX | 425.47 | 8727.11 | 9,704.22 |
| CALLBAC | | 11.60 | 35.25 | 408.90 | 12013.58 | SS TAX | | 7049.40 | |
| SLD | | 2.20 | 35.25 | 77.55 | 1301.46 | DENTAL2 | 9.40 | 225.60 | DED. CURRENT |
| CALLGAUR | | 0.70 | 105.76 | 74.03 | 773.06 | POSMED | 267.26 | 6414.24 | |
| 06-NGT | | 5.70 | 9.68 | 55.17 | 3151.17 | SUPLIF | 28.01 | 672.24 | 3,291.98 |
| EX LIFE | | | | 46.40 | 556.80 | VOL AD&D | 6.75 | 162.00 | NET PAY |
| TOB REB | | | | 25.00 | 600.00 | VISION | 9.81 | 235.44 | |
| 03-GPT | | | | | 14100.00 | D CARE | 208.18 | 5000.00 | 6,405.84 |
| 02-OVT | | | | | 9056.72 | H CARE | 83.18 | 2000.00 | |
| RETRO | | | | | 4403.59 | 403B | | 8721.99 | GPT |
| 04-HOL | | | | | 3948.00 | 401K | | 8776.01 | 138.12 |
| CME | | | | | 3384.00 | CHLIFE | 0.61 | 14.64 | |
| WKN DIF | | | | | 2882.25 | SPLIFE | 15.81 | 379.44 | |
| ON OP | | | | | 564.00 | | | | |
| INCENT | | | | | 534.13 | | | | |
| | GROSS EARNINGS | | | 9,704.22 | 223,612.19 | TOTAL DED | 3,251.98 | 90,320.23 | |

OCHSNER CLINIC FOUNDATION          Capital One N.A.
                                   Franklin, LA

1514 Jefferson Highway
New Orleans, LA 70121

Ochsner
Health System

| | | | |
|---|---|---|---|
| DIRECT DEPOSIT | | | AMOUNT |
| | | | $6,405.84 |

Date 12/19/2013

PAY    VOID VOID VOID VOID VOID VOID VOID VOID

$ ******6,405.84
Void After 180 Days

TO THE    PAIGE F CRESPO
ORDER
OF

DIRECT DEPOSIT ADVICE
NON-NEGOTIABLE

OCHSNER CLINIC FOUNDATION
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450   24000   02337372
:7 0 1 2 3 7:
PAIGE F CRESPO

Liberty/Crespo 0182

1R227180001

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | | EMPLOYEE NAME | | | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 24000 | 001003450 | | CRESPO, PAIGE F. | | | 12/15/2012 | 12/20/2012 | 702040023 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|---|---|---|---|---|---|---|---|---|
| 01-REG | 49.43 | 70.50 | 3484.82 | 106460.70 | MEDTAX | 67.33 | 2861.46 | **GROSS EARNINGS** |
| 03-GPT | 16.00 | 70.50 | 1128.00 | 14805.00 | FEDTAX | 777.59 | 36528.95 | |
| JRY DUT | 8.00 | 70.50 | 564.00 | 564.00 | LA TAX | 200.84 | 8232.29 | 5,247.12 |
| EX LIFE | | | 45.30 | 543.60 | SS TAX | | 4624.20 | |
| TOB REB | | | 25.00 | 600.00 | DENTAL2 | 9.08 | 217.92 | **DED. CURRENT** |
| LIVER | | | | 34500.00 | POSMED | 259.48 | 6227.52 | |
| CALLBAC | | | | 18463.65 | SUPLIF | 16.10 | 386.40 | 1,665.02 |
| 07-ONC | | | | 9911.25 | VOL AD&D | 6.75 | 162.00 | **NET PAY** |
| SLD | | | | 4871.60 | D CARE | 208.18 | 5000.00 | |
| 02-OVT | | | | 4729.87 | H CARE | 104.09 | 2500.00 | 3,536.80 |
| 04-HOL | | | | 3948.00 | 403B | | 8490.09 | |
| WKN DIF | | | | 3389.41 | 401K | | 8509.91 | **GPT** |
| CME | | | | 3384.00 | CHLIFE | 0.58 | 13.92 | 125.20 |
| 06-NGT | | | | 2980.67 | SPLIFE | 15.00 | 380.00 | |
| INCENT | | | | 1478.75 | TF REB | | 900.00 | |
| BON | | | | 599.25 | | | | |
| OV HOR | | | | 564.00 | | | | |
| CALLG | | | | 42.30 | | | | |



| | GROSS EARNINGS | 5,247.12 | 211,836.05 | TOTAL DED. | 1,665.02 | 85,014.66 | |
|---|---|---|---|---|---|---|---|

**OCHSNER CLINIC FOUNDATION**

Capital One N.A.
Franklin, LA

1514 Jefferson Highway
New Orleans, LA 70121

702040023

Date 12/20/2012

PAY   *VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID*


$ *****3,536.80

Void After 180 Days

TO THE ORDER OF     **PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE
## NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450   24000   02040023
:7 0 1 2 3 7 :
**PAIGE F CRESPO**

Liberty/Crespo 0183

1R227180001

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | | EMPLOYEE NAME | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|------|------|------|------|------|------|------|------|
| 24000 | 001003450 | | CRESPO, PAIGE F. | | | 12/17/2011 | 12/22/2011 | 701765192 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|------|------|------|------|------|------|------|------|------|
| 01-REG | 59.35 | 70.5001 | 4164.18 | 98676.38 | MEDTAX | 68.43 | 2703.17 | **GROSS EARNINGS** |
| 03-GPT | 8.00 | 70.5000 | 564.00 | 14187.90 | FEDTAX | 805.72 | 33714.39 | |
| 07-ONC | 48.42 | 7.5000 | 363.15 | 10790.92 | LA TAX | 204.66 | 7664.56 | 5,246.12 |
| SLD | 0.50 | 105.7600 | 52.88 | 3385.58 | SS TAX | | 4485.60 | |
| 06-NGT | 4.25 | 9.6800 | 41.14 | 3947.42 | DENTAL2 | 8.59 | 206.16 | **DED. CURRENT** |
| EX LIFE | | | 40.77 | 489.24 | POSMED | 199.53 | 4788.72 | |
| CALLBAC | | | | 26281.74 | SUPLIF | 20.87 | 500.88 | 1,618.49 |
| LIVER | | | | 25500.00 | VOL AD&D | 6.75 | 162.00 | |
| 04-HOL | | | | 3876.00 | D CARE | 208.18 | 5000.00 | **NET PAY** |
| EDU | | | | 3864.00 | H CARE | 83.18 | 2000.00 | |
| WKN DIF | | | | 3308.92 | 403B | | 8147.75 | 3,586.86 |
| RETRO | | | | 2754.71 | 401K | | 8352.25 | |
| 10-HWK | | | | 838.35 | CHLIFE | 0.58 | 13.92 | **GPT** |
| INCENT | | | | 630.00 | SPLIFE | 12.00 | 288.00 | 121.65 |
| 09-HOP | | | | 552.00 | | | | |
| CONV LV | | | | 0.00 | | | | |



| | GROSS EARNINGS | | CURRENT | YEAR TO DATE | TOTAL DED. | CURRENT | YEAR TO DATE | |
| Health System | | | 5,246.12 | 199,083.16 | | 1,618.49 | 78,027.40 | |



**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Capital One N.A.
Franklin, LA

**701765192**

Date **12/22/2011**

PAY    *VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID*

| | Amount |
| $ *****3,586.86 |

Void After 180 Days

TO THE
ORDER
OF          **PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE

# NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450   24000   01765192
:7  0  1  2  3  7  :
**PAIGE F CRESPO**

Liberty/Crespo 0184

 SINCE 1828   MENU



# earnings

*plural noun*   |   earn·ings   |   \ˈər-niŋz\

### Popularity: Bottom 30% of words

## Definition of EARNINGS

1   : something (such as wages) earned

2   : the balance of revenue after deduction of costs and expenses

**LEARN MORE FROM M-W**

**2017 Word of the Year: Behind the Scenes**

## Recent Examples of EARNINGS from the Web

Liberty/Crespo 0185

— Paul Page, *WSJ*, "Today's Top Supply Chain and Logistics News From WSJ," 14 Dec. 2017

*These example sentences are selected automatically from various online news sources to reflect current usage of the word 'earnings.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.*

## First Known Use of EARNINGS

1594

SEE WORDS FROM THE SAME YEAR

## NEW! Time Traveler

## EARNINGS Synonyms

Synonyms
gain, lucre, net, payoff, proceeds, profit, return

## Financial Definition of EARNINGS



# earnings

*plural noun*

## What It Is

Earnings are the corporate profits of a company over a specific time period after taxes and other expenses have been paid.

## How It Works

Liberty/Crespo 0186

are usually released on a quarterly <u>basis</u>, but may also refer to annual earnings.

Earnings are, in many cases, the most important <u>factor</u> determining <u>stock</u> prices for a company. For example, company ABC releases information that earnings for the third quarter (Q3) have risen from $10,000,000 to $20,000,000. At the same time, company XYZ releases figures showing a drop in earnings for the same period from $900,000 to $750,000.

## Why It Matters

*Earnings* are probably the single most important indicator of a company's financial strength and growth potential. Earnings figures are used by <u>investment</u> <u>analysts</u> to provide estimates of a company's growth potential and <u>offer</u> target price estimates for investors interested in purchasing <u>shares</u>. Many new companies may report low, or even negative, earnings whilst attempting to find <u>market</u> potential for a particular good or service, and yet receive positive estimates from investment analysts for the simple reason that investors believe the company will grow in the near future.

Source: <u>*Investing Answers*</u>

# EARNINGS Defined for English Language Learners



# earnings

*noun*

## Definition of EARNINGS for English Language Learners

:  money received as wages or gained as profit

# EARNINGS Defined for Kids

Liberty/Crespo 0187

*noun plural*  |  earn·ings  |  \ˈər-niŋz\

## Definition of EARNINGS for Students

: money received as wages or gained as profit

## Law Dictionary

# earnings

*noun plural*  |  earn·ings

**Legal Definition of EARNINGS**

1    : something (as wages or dividends) earned as compensation for labor or the use of capital

2    : the balance of revenue for a specified period that remains after deducting related costs and expenses incurred — compare PROFIT

## Learn More about EARNINGS

Thesaurus: All synonyms and antonyms for *earnings*

Spanish Central: Translation of *earnings*

Nglish: Translation of *earnings* for Spanish speakers

Britannica English: Translation of *earnings* for Arabic speakers

## Seen and Heard

Liberty/Crespo 0188

earning power

# earnings

earn one's keep

earn one's stripes

## TEST YOUR VOCABULARY
_____

## More Confusing Words—Quiz

The magician _____ moved the selected card to the top of the deck.

| discretely | discreetly |
| --- | --- |

Test your visual vocabulary with our 10-question challenge!
**TAKE THE QUIZ**

Test Your Knowledge - and learn some interesting things along the way.
**TAKE THE QUIZ**

Liberty/Crespo 0189

1R227180002



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                              PLEASE REPLY TO:
REAGAN L. TOLEDANO                   RTOLEDANO@WILLEFORDLAW.COM

August 9, 2018

**VIA U.S. MAIL & FAX: (603) 334-3576 and (603) 334-5740**

Ms. Ashely Kent                              Mr. Todd Youngberg
Liberty Life Insurance Company               Liberty Life Insurance Company
Group Disability Claims                      Group Disability Claims
P.O. Box 7211                                P.O. Box 7211
London, KY 40742-7211                        London, KY 40742-7211

Re:    **Claimant: Paige Crespo**
       **Liberty Mutual LTD Claim No.: 5458678**
       **Employer: Ochsner Clinic Foundation**

Dear Ms. Kent and Mr. Youngberg,

I am writing in regards to Ms. Crespo's disability benefit amount. Please note that Liberty continues to underpay her monthly benefits. I am writing to again request that Liberty correct her benefit calculation. Please note that Ms. Crespo originally requested that Liberty recalculate her grossly monthly benefit amount by letter of February 17, 2017. Liberty has explained that it believed that it calculated her benefits correctly by only including her base hourly wage of $70.50 as her "basic monthly earnings." I am therefore writing to again request Liberty recalculate her monthly benefit and pay the correct amount due retroactively and prospectively. I have enclosed the following:

- Relevant paystubs;
- CRNA Staffing/Scheduling Guidelines;
- Printout with definition of "earnings" from Merriam Webster;
- Declaration of Paige Crespo; and
- Email from HR representative, Adilia Garcia.

As explained in greater detail below, Ms. Crespo's "basic monthly earnings" includes more than just her base hourly rate.

Liberty/Crespo 0190

1R227180002

Ms. Ashely Kent
Mr. Todd Youngberg
Liberty Life Insurance Company
August 9, 2018
Page 2

## I.    Liberty has underpaid Ms. Crespo

Liberty has determined Ms. Crespo's BME based on her hourly rate of $70.50 x 40 hours per week, or $146,640/year.   As demonstrated in her attached paystubs and in the enclosed sworn declarations, her basic monthly earnings included far more than this per year. The policy in question defines basic monthly earnings as follows:

> **Basic monthly earnings** means your *monthly rate of earnings* from the Sponsor in effect immediately prior to the date of Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

As demonstrated in the attached paystubs, Ms. Crespo was paid the following forms of pay for the time she worked:

- An hourly rate of $70.50 for each hour she was scheduled to work.
- Nighttime shift differential = $9.68/hour, for each hour she worked between 3pm and 7am.
- Weekend shift differential = $16.13/hour anytime from 3pm until 7am Monday morning.
- On call pay = $7.50 per hour, for any hour she was on call outside of her regularly scheduled shift.
- Callback hours = this was essentially overtime pay, i.e. time and a half (70.50 + 35.25) for any time she is called back to the office.
- Overtime pay = time and a half 70.50 + 35.25.
- Stay-late-differential $35.25 for each hour she worked late.
- Transplant pay of $750 stipend for each transplant she worked on.

I have enclosed sworn declaration from Ms. Crespo that explains Ms. Crespo's method of compensation and her schedule requirements. I have also enclosed CRNA staffing guidelines to demonstrate the hours and shifts Ms. Crespo was required to work.  As demonstrated therein, Ms. Crespo was required to work 7 days of each month "on call", which resulted in her working at least two days of each month on the weekend. In light of the policy's definition of covered earnings, the following amounts must be included in her "monthly rate of earnings:

- her base hourly rate of $70.50;
- nighttime shift differential of $9.68/hour;
- weekend shift differential of $16.13/hour;
- on call pay in the amount of $7.50/hour; and
- transplant pay of $750 for each transplant she worked on.

The other amounts demonstrated on her paystub (i.e. overtime pay, stay-late differential, and call-back hours) are excluded from BME because they are essentially overtime pay or extra

Liberty/Crespo 0191

1R227180002

Ms. Ashely Kent
Mr. Todd Youngberg
Liberty Life Insurance Company
August 9, 2018
Page 3

compensation from her normal monthly earnings.[1] Thus, Liberty must recalculate her disability benefits by including her night and weekend shift differentials, on-call pay, and transplant pay, as this is clearly part of her monthly rate of earnings. As demonstrated in the enclosures, including paystubs and declarations, the following amounts must be included in her benefit calculation:

- base hourly pay = 12,126 month = 40 hours x 70.50 = 12,126  = $146,640/year
- On call pay = 128 hours[2] x 7.50 = 960 x 12 months = $11,250/year
- Liver Transplants = she earned 48,000 during the last full year she worked in 2014.[3]
- Weekend differential = she earned $2,860.74 in 2014.
- Night differential = she earned $4,025.85 in 2014.

- Total = 212,776.59

In addition, Ms. Crespo's employer offered the following company-paid-for fringe benefits that are also part of her monthly rate of earnings: Company Paid AD&D; Company Paid Basic Life; Dental; Health Insurance; LTD; 401k employer contributions. As demonstrated in the enclosed email from Adilia Garcia, the total value of such benefits during the last full year that she worked in 2014 was $15,783.60. Thus, this amount must also be included in the benefit calculation as it is part of her basic monthly earnings.

Including the value of her fringe benefits in the monthly earnings calculation, the total value of her basic monthly earnings is $228,560.19/12 = $19,046.68. Her gross monthly benefit should therefore be $11,428/month.

Thus, please recalculate her benefits and send the amount due because of the previous underpayment to my attention at the address listed above. Please also correct the benefit amount for all benefits going forward.

Sincerely,

Reagan Toledano

Enclosures
Cc: Paige Crespo

---

[1] Earnings is defined as "something earned as compensation for labor or the use of capital."

[2] During the mandatory 7-day period in which she was required to be on call, she also worked her regular 40-hour week. Thus, as a regularly required part of her work schedule she worked an additional 128 hours per week (7 times 24, less 40 hours) which was compensated at the hourly rate of $7.50.

[3] This would equal approximately $48,000/750 = 64; 64/12 = 5.3 liver transplants per week

Liberty/Crespo 0192

1R227180002

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ___1___ day of __Sept__, 2016.

_____
Signature

_____
Print Name

_____
Social Security Number

Liberty/Crespo 0193

1R227180002

United States of America
New Orleans, Louisiana

## DECLARATION OF PAIGE CRESPO

I, Paige Crespo, declare under penalty of perjury that the following is true and correct:

1. I was earning between $230,000 and $250,000 per year before suffering from an aneurysm that caused me to take disability leave in April 2015.

2. I had worked as a CRNA for several years. I worked on the liver transplant team along with 9 other CRNAs. My job required that I work 40 hours per week, for which I was paid $70.50/hour.

3. In addition, each CRNA on the liver transplant team was required to work 7 days per week while "on call," which was compensated at the rate of $7.50/hour. Each day that a CRNA is on call they could be called to work on a liver transplant. Most CRNAs average about 5 liver transplants per 7-day, on-call period. During my employment, each liver transplant that a CRNA worked on was compensated at the rate of $750/per transplant. This amount was paid no matter the complexity of the transplant.

4. Anytime a CRNA worked during the period of 3pm to 7am, they received $9.68 hour in addition to their base hourly rate (this is referred to as "nighttime shift differential"). In addition, any time worked from Friday 3pm to Monday 7am, was compensated by an additional $16.13/hour in addition to the base hourly rate (this is referred to as "weekend shift differential"). Weekend shift differential is paid in addition to nighttime shift differential pay. For example, if a CRNA works anytime from 3pm to 7am (nighttime shift diff) on Friday, Saturday, and Sunday, they would earn an additional $25.81/hour [9.68 (Ngt) +16.13 (Wkd)].

5. CRNAs also received other forms of pay, such as the following:

   a. callback hourly pay, which was and additional $35.25/hour for anytime they were called back for a liver transplant during the mandatory 7 day/month on-call period.

   b. A stay-late differential which was an additional $35.25 for each hour that a CRNA worked past their scheduled off time.

6. Additionally, CRNAs at Oschner were provided additional employee benefits paid by Oschner such as AD&D insurance, Basic Life Insurance, Health Insurance, Dental, Long Term Disability Insurance. Oschner also provided a company match to 401k contributions.

Liberty/Crespo 0194

1R227180002

7. I have reviewed my paystubs from Oschner during the years before I was forced to take disability leave. 2014 was the last full year that I worked. And during that year I earned the following amounts for liver transplants, on call pay, callback pay, night time shift differential, weekend shift differential, and stay-late differential:

   2014
   a. Liver-$48000
   b. ONC-$9122.69
   c. Callback-$14065.16
   d. NGT-$4025.85
   e. WKN DIF-$2860.74
   f. SLD-$1632.12

8. In 2015, because I did not work a full year, the above amounts were less, as demonstrated below:

   2015
   a. Liver-$18750.
   b. Callback-$4336.47
   c. On call $2423.16
   d. Wknd dif-$1475.71
   e. SLD-$1395.92
   f. NGT-$1214.61

9. In addition to the above amounts, my employer also paid for employee benefits as part of my regular earnings, such as: Company Paid AD&D; Company Paid Basic Life; Dental; Health Insurance; LTD; 401k employer contributions. I have asked Adilia Garcia in HR at Oschner to provide the value of company-paid-for employee benefits during the following years: 2013-2015. Ms. Garcia responded by email explaining that Oschner paid the following amounts:

| | 2013 | 2014 | 2015 |
|---|---|---|---|
| Company Paid AD&D | 7.44 | 7.44 | 7.03 |
| Company Paid Basic Life | 157.20 | 157.20 | 117.42 |
| Dental | 268.56 | 72.72 | 57.57 |
| Health Company Paid | 8932.32 | 8932.32 | 7430.71 |
| LTD | 589.44 | 636.48 | 503.88 |
| 401(k) Employer Contributions | $ 5,908.06 | $ 5,977.44 | $ 5,830.10 |

Liberty/Crespo 0195

1R227180002

10. Before I applied for long term disability benefits, I expected that I would receive 60% of my earnings, excluding overtime pay such as stay-late differential and callback pay.

I, Paige Crespo, declare under penalty of perjury that the above information is true and correct.

8-9-18
Date

Paige Crespo

Liberty/Crespo 0196

1R227180002

**From:** Adilia Garcia <agarcia@ochsner.org>
**Date:** June 5, 2018 at 10:51:06 AM CDT
**To:** "pfridaycrespo@att.net" <pfridaycrespo@att.net>
**Subject: Information Request – Benefits and Retirement Employer Contributions**

Hi Paige,

My apologies, I had to look in different systems for the information. These are annual amounts. Let me know if the below is sufficient. Thanks!

|                                |            |            |            |
| ------------------------------ | ---------: | ---------: | ---------: |
| Company Paid AD&D              |       7.44 |       7.44 |       7.03 |
| Company Paid Basic Life        |     157.20 |     157.20 |     117.42 |
| Dental                         |     268.56 |      72.72 |      57.57 |
| Health Company Paid            |    8932.32 |    8932.32 |    7430.71 |
| LTD                            |     589.44 |     636.48 |     503.88 |
| 401(k) Employer Contributions  | $ 5,908.06 | $ 5,977.44 | $ 5,830.10 |

Liberty/Crespo 0197

1R227180002

# CRNA Staffing/Scheduling Guidelines

Schedule is done on a seniority based preferential/request model. All schedule requests and monthly schedules must be turned in to the CRNA scheduler by designated deadline. Schedule runs 2 months in advance.

All requests and schedules turned in on time will be considered and every attempt will be made to accommodate said requests and preferred schedules. However there is no guarantee that the final schedule will reflect exactly what each individual has requested/turned in. Changes to individual schedule requests may be necessitated by required numbers for OR coverage, seniority and available staff each day.

All staff CRNA's are expected to cover any and all shifts scheduled including all off shifts, weekends(days and nights), weekday night shifts, and 3rd call shifts etc.

Nights, weekends, and 4th call, 9p and 11p will be staffed on an initial volunteer basis. All shifts without volunteers still requiring coverage will be assigned fairly from those with the least number of needed shift worked (i.e. A weekend 7-3 or 7-7p will be assigned to the CRNA with the fewest number of weekend shifts worked. If several CRNA's have equal numbers, one will be chosen randomly).

The scheduler will keep a running count of the following shifts worked by each CRNA:

Weekday night shifts

Weekend night shifts

Weekend day shifts

Weekday evening shifts (9p and 11p)

4th Call shifts/endo call shifts

7p stay late available

All CRNA's should expect to work 1-2 off shifts per week (i.e. 9-5, 11-7, 3-11, 9-7, 3p,7p, etc). Those hired more recently (in general 2010 to present) can expect 2-3 off shifts/week. The exception to this will be those CRNA's on the liver and PH call teams. Also liver, NICU and pedi heart team members are exempt from 4th call and regular weekend shifts.

Off shifts will be randomly spread out among staff each week. If there is a particular day a CRNA cannot work a later shift, it is his/her responsibility to make the scheduler aware of this before the schedule is done and posted. "Stay late" shifts (5@3p, 1@5p and 1@7p each week day) will be assigned with a randomized computer program.

Liberty/Crespo 0198

1R227180002

All vacation policies will be followed per the vacation guideline (see guideline for details). Only 8 vacation spots are available each day. These are approved per the date requested. All requests beyond the first 8 each day will be placed on the waiting list.

Days off with creative scheduling will be attempted, but are not guaranteed. The only way to guarantee a day off is with one of the 8 vacation slots each day. If all vacation slots are taken and staffing numbers permit, creative scheduling may be available. Preference will be given according to seniority.

Full time 40 hour staff should expect to be scheduled 40 hours each week.

Once the schedule is posted, if there are any vacation slots available, a vacation day may be requested. However, despite any available vacation slots, it is up to the discretion of the lead CRNA or board runner whether or not the request can be granted. In this situation, GPT must be used. CL (convenience leave) cannot be scheduled in advance.

Once the schedule is posted, if a change/switch is desired, it is the CRNA's responsibility to find coverage. An even swap of shifts is required. Changes cannot result in overtime or changes in staffing numbers unless approved by the lead CRNA. Any change must be submitted to anesthesiavacation@ochsner.org to be changed on the schedule grid.

## Holiday Policy

All staff CRNA's are expected to do 1 major and 1 minor holiday shift each year (this includes the actual holiday, holiday weekend shifts, Lundi Gras night, Christmas Eve, New Year's Eve and any 4C on holidays/weekends). The scheduler will maintain holiday shift counts.

**Major Holidays**

Thanksgiving

Christmas

New Year's Day

Mardi Gras

**Minor Holidays**

Good Friday

July 4th

Liberty/Crespo 0199

1R227180002

Labor Day

Holidays will be covered on a volunteer basis first. Shifts not covered by volunteers will be assigned. These assignments will be made by a random drawing from those CRNA's who have not worked that particular holiday in the last 3 years.

Liver team, NICU and Pedi Heart team members are only required to cover liver, NICU and pedi heart call on holidays. Any voluntary holiday regular call will not count towards liver/NICU/pedi heart requirements.

Vacation requested around a holiday can only be done once every other year (every 2 years). For example, if vacation is taken around Christmas in 2012, vacation cannot be taken around Christmas again until 2014. Please refer to the vacation policy for complete guidelines.

Early Off Guidelines

CRNA's are able to request to be relieved from their shifts early. This will be done daily if staffing numbers permit on a first come first serve basis. Please use the following guideline to request leaving early.

All early off requests must be done per email if done prior to the date being requested (i.e. Making a request on Monday to be off early that Friday) Notes left at the board, texts or verbal requests are not accepted.

If the request is to leave early for the shift scheduled that day/currently being worked, it must be made in person at the anesthesia desk. No phone calls, emails or texts will be accepted.

No one but the CRNA/board runner can add names to the off early list.

Please see the Vacation Guideline for information about off/GHE lists around holidays.

Revised December 2015

Liberty/Crespo 0200

1R227180002

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | | EMPLOYER NAME | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|-----------------------|---|---------------|---|---|------------|------------|-----------|
| 24000 | 001003450 | | CRESPO, PAIGE F. | | | 10/17/2015 | 10/23/2015 | 702961205 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|----------|-------|------|---------|--------------|------------|---------|--------------|------------------------|
| 03-GPT | 162.15 | 70.50 | 11431.58 | 12559.58 | MEDTAX | 207.11 | 2219.30 | GROSS EARNINGS |
| STD60% | 40.00 | 42.30 | 1692.00 | 43992.00 | FEDTAX | 3191.72 | 27783.83 | |
| STDSUPP | 16.00 | 70.50 | 1128.00 | 27072.00 | LA TAX | 615.51 | 6343.71 | 14,283.06 |
| EX LIFE | | | 31.48 | 580.48 | SS TAX | | 7347.00 | |
| 01-REG | | | | 30377.05 | 403B | 428.49 | 3832.75 | DED. CURRENT |
| LIVER | | | | 18750.00 | 401K | 999.81 | 8943.05 | |
| 03-GPT | | | | 9940.50 | DENTAL1 | | 862.60 | 5,442.64 |
| 02-OVT | | | | 5238.40 | POSMED | | 5529.00 | |
| CALLBAC | | | | 4336.47 | SUPLIF | | 551.76 | NET PAY |
| 07-ONC | | | | 2423.16 | VOL AD&D | | 128.25 | |
| 04-HOL | | | | 2256.00 | VISION | | 186.39 | 8,808.94 |
| CME | | | | 2256.00 | D CARE | | 3958.46 | |
| EXP REIM | | | | 1559.00 | H CARE | | 1979.23 | |
| WKN DIF | | | | 1475.71 | CHLIFE | | 11.59 | |
| SLD | | | . | 1395.92 | SPLIFE | | 300.39 | |
| GT | | | | 1214.61 | | | | |
| IN | | | | 744.50 | | | | |
| 09-H | | | | 564.00 | | | | |
| TO | | | | 475.00 | | | | |
| EDU | | | | 352.50 | | | | |
| 10-HWK CALL GAU | | GROSS EARNINGS | 14,283.06 | 166,186.88 | TOTAL DED | 5,442.64 | 69,977.31 | |

**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

| DIRECT DEPOSIT | AMOUNT |
|----------------|--------|
| | $8,808.94 |

Capital One
Franklin, LA

Date 10/23/2015

Amount

$ *****8,808.94

Void After 180 Days

. PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

TO THE
ORDER
OF      **PAIGE F CRESPO**

**DIRECT DEPOSIT ADVICE**
# NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450   24000   02961205
:701237:
PAIGE F CRESPO

Liberty/Crespo 0201

1R227180002

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | | | EMPLOYEE NAME | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|------|------|------|------|------|------|------|------|------|
| 24000 | 801005450 | | | CRESPO, PAIGE F. | | | 12/13/2014 | 12/19/2014 | 762660114 |
| EARNINGS | | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
| 01-REG | | 47.30 | 70.50 | 3334.65 | 115106.93 | MEDTAX | 221.29 | 3290.88 | GROSS EARNINGS |
| LIVER | | 4.00 | 750.00 | 3000.00 | 48000.00 | FEDTAX | 2073.46 | 41630.62 | 10,067.08 |
| BRVMNT | | 24.00 | 70.50 | 1692.00 | 1692.00 | LA TAX | 441.88 | 9181.25 | |
| 03-GPT | | 8.00 | 70.50 | 564.00 | 15228.00 | SS TAX | | 7254.00 | DED. CURRENT |
| 02-OVT | | 4.32 | 107.96 | 466.39 | 9211.69 | DENTAL1 | 45.40 | 1069.60 | |
| 07-ONC | | 54.54 | 7.50 | 409.04 | 9122.27 | POSMED | 267.26 | 6414.24 | 3,423.58 |
| CALLBAC | | 9.57 | 35.25 | 337.34 | 14065.16 | SUPLIF | 29.04 | 696.96 | |
| 06-NGT | | 20.42 | 9.68 | 197.66 | 4025.85 | VOL AD&D | 6.75 | 162.00 | NET PAY |
| EX LIFE | | | | 61.00 | 732.00 | VISION | 9.81 | 235.44 | |
| TOB REB | | | | 25.00 | 600.00 | D-CARE | 208.18 | 5000.00 | 6,602.50 |
| 04-HOL | | | | | 3948.00 | H CARE | 104.09 | 2500.00 | |
| CME | | | | | 3948.00 | 403B | | 5572.49 | GPT |
| WKN DIF | | | | | 2860.74 | 401K | | 11927.51 | 137.53 |
| SLD | | | | | 1632.12 | CHLIFE | 0.61 | 14.64 | |
| INCENT | | | | | 938.42 | SPLIFE | 15.61 | 379.44 | |
| TOMWK | | | | | 606.07 | | | | |
| | | | | | 564.00 | | | | |
| | | | | | 446.28 | | | | |
| | | | | | 0.00 | | | | |
| Health System | GROSS EARNINGS | | | 10,067.08 | 232,731.53 | TOTAL DED | 3,423.56 | 95,349.07 | |

| DIRECT DEPOSIT | | AMOUNT |
|------|------|------|
| | | $6,602.50 |

Date 12/19/2014

OCHSNER CLINIC FOUNDATION        Capital One N.A.
                                 Franklin, LA

PAY   VOID VOID VOID VOID VOID VOID VOID VOID     $ ******6,602.50
      1514 Jefferson Highway
      New Orleans, LA 70121                       Void After 180 Days

TO THE    PAIGE F CRESPO
ORDER
OF                                               DIRECT DEPOSIT ADVICE

                                                 NON-NEGOTIABLE

9010  MAIL  24000

OCHSNER CLINIC FOUNDATION  001003450  24000  02665114
1514 Jefferson Highway     :7 0 1 2 3 7:
New Orleans, LA 70121      PAIGE F CRESPO

Liberty/Crespo 0202

1R227180002

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 24000 | 001003450 | CRESPO, PAIGE F. | | | | 12/14/2013 | 12/19/2013 | 702337372 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|---|---|---|---|---|---|---|---|---|
| 01-REG | 73.35 | 70.50 | 5171.18 | 117363.51 | MEDTAX | 213.65 | 3113.91 | GROSS EARNINGS |
| LIVER | 4.00 | 750.00 | 3000.00 | 38250.00 | FEDTAX | 1983.85 | 38826.21 | 9,704.22 |
| 07-ONC | 112.80 | 7.50 | 845.99 | 10929.92 | LA TAX | 425.47 | 8727.11 | |
| CALLBAC | 11.60 | 35.25 | 408.90 | 12013.58 | SS TAX | | 7049.40 | |
| SLD | 2.20 | 35.25 | 77.55 | 1301.46 | DENTAL2 | 9.40 | 225.60 | DED. CURRENT |
| CALLGAUR | 0.70 | 105.76 | 74.03 | 773.06 | POSMED | 267.26 | 6414.24 | 3,251.98 |
| 06-NGT | 5.70 | 9.68 | 55.17 | 3151.17 | SUPLIF | 28.01 | 672.24 | |
| EX LIFE | | | 46.40 | 556.80 | VOL AD&D | 6.75 | 162.00 | NET PAY |
| TOB REB | | | 25.00 | 600.00 | VISION | 9.81 | 235.44 | 6,405.84 |
| 03-GPT | | | | 14100.00 | D CARE | 208.18 | 5000.00 | |
| 02-OVT | | | | 9056.72 | H CARE | 83.18 | 2000.00 | |
| RETRO | | | | 4403.59 | 403B | | 8721.99 | GPT |
| 04-HOL | | | | 3948.00 | 401K | | 8778.01 | 133.12 |
| CMB | | | | 3384.00 | CHLIFE | 0.61 | 14.84 | |
| WKM DIF | | | | 2882.25 | SPLIFE | 15.81 | 379.44 | |
| 09-OP | | | | 564.00 | | | | |
| IN EXT | | | | 534.13 | | | | |

Ochsner
Health System

| | | GROSS EARNINGS | 9,704.22 | 223,812.19 | TOTAL DED | 3,251.98 | 90,320.23 | |

OCHSNER CLINIC FOUNDATION

1514 Jefferson Highway
New Orleans, LA 70121

Capital One N.A.
Franklin, LA

| DIRECT DEPOSIT | AMOUNT |
|---|---|
| | $6,405.84 |

Ochsner
Health System

Date 12/19/2013

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

Amount
$ *****6,405.84

Void After 180 Days

TO THE ORDER OF   **PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE

# NON-NEGOTIABLE

OCHSNER CLINIC FOUNDATION
1514 Jefferson Highway
New Orleans, LA 70121

9010   MAIL   24000

001003450   24000   02337372
: 7 0 1 2 3 7 :
**PAIGE F CRESPO**

Liberty/Crespo 0203

1R227180002

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | | EMPLOYEE NAME | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|------|------|------|------|------|------|------|------|
| 24000 | 001003450 | | CRESPO, PAIGE F. | | | 12/15/2012 | 12/20/2012 | 702040023 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|------|------|------|------|------|------|------|------|------|
| 01-REG | 49.43 | 70.50 | 3484.82 | 106460.70 | MEDTAX | 67.33 | 2861.46 | GROSS EARNINGS |
| 03-GPT | 16.00 | 70.50 | 1128.00 | 14805.00 | FEDTAX | 777.59 | 36528.95 | |
| JRY DUT | 8.00 | 70.50 | 564.00 | 564.00 | LA TAX | 200.84 | 8232.29 | 5,247.12 |
| EX LIFE | | | 45.30 | 543.60 | SS TAX | | 4624.20 | |
| TOB REB | | | 25.00 | 600.00 | DENTAL2 | 9.08 | 217.92 | DED. CURRENT |
| LIVER | | | | 34500.00 | POSMED | 259.48 | 6227.52 | |
| CALLBAC | | | | 16463.65 | SUPLIF | 16.10 | 386.40 | 1,665.02 |
| 07-ONC | | | | 9911.25 | VOL AD&D | 6.75 | 162.00 | |
| SLD | | | | 4871.60 | D CARE | 208.18 | 5000.00 | NET PAY |
| 02-OVT | | | | 4729.87 | H CARE | 104.09 | 2500.00 | |
| 04-HOL | | | | 3948.00 | 403B | | 8490.09 | 3,536.80 |
| WKN DIF | | | | 3389.41 | 401K | | 8509.91 | |
| CME | | | | 3384.00 | CHLIFE | 0.58 | 13.92 | GPT |
| 08-NGT | | | | 2980.67 | SPLIFE | 15.00 | 360.00 | 125.20 |
| INCENT | | | | 1478.75 | TF REB | | 900.00 | |
| EV | | | | 599.25 | | | | |
| OV POP | | | | 564.00 | | | | |
| CALLBAC | | | | 42.30 | | | | |
| GROSS EARNINGS | | | 5,247.12 | 211,836.05 | TOTAL DED. | 1,665.02 | 85,014.66 | |



Ochsner Health System

---



**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Health System

Capital One N.A.
Franklin, LA

702040023

Date 12/20/2012

PAY  `VOID VOID VOID VOID VOID VOID VOID VOID`

Amount
$ *****3,536.80

Void After 180 Days

TO THE ORDER OF     **PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE
## NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

    9010   MAIL  24000

001003450   24000   02040023
:7 0 1 2 3 7 :
**PAIGE F CRESPO**

Liberty/Crespo 0204

1R227180002

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 24000 | 001003450 | CRESPO, PAIGE F. | | | | 12/17/2011 | 12/22/2011 | 701765192 |
| EARNINGS | | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|---|---|---|---|---|---|---|---|---|
| 01-REG | 59.35 | 70.5001 | 4184.18 | 98676.38 | MEDTAX | 68.43 | 2703.17 | **GROSS EARNINGS** |
| 03-GPT | 8.00 | 70.5000 | 584.00 | 14187.90 | FEDTAX | 805.72 | 33714.39 | 5,246.12 |
| 07-ONC | 48.42 | 7.5000 | 363.15 | 10790.92 | LA TAX | 204.66 | 7664.56 | |
| SLD | 0.50 | 105.7600 | 52.88 | 3385.58 | SS TAX | | 4485.60 | **DED. CURRENT** |
| 06-NGT | 4.25 | 9.6800 | 41.14 | 3947.42 | DENTAL2 | 8.59 | 206.16 | 1,618.49 |
| EX LIFE | | | 40.77 | 489.24 | POSMED | 199.53 | 4788.72 | |
| CALLBAC | | | | 26281.74 | SUPLIF | 20.87 | 500.88 | **NET PAY** |
| LIVER | | | | 25500.00 | VOL AD&D | 6.75 | 162.00 | 3,586.86 |
| 04-HOL | | | | 3876.00 | D CARE | 208.18 | 5000.00 | |
| EDU | | | | 3864.00 | H CARE | 83.18 | 2000.00 | **GPT** |
| WKN DIF | | | | 3308.92 | 403B | | 8147.75 | 121.65 |
| RETRO | | | | 2754.71 | 401K | | 8352.25 | |
| 10-HWK | | | | 838.35 | CHLIFE | 0.58 | 13.92 | |
| INCENT | | | | 630.00 | SPLIFE | 12.00 | 288.00 | |
| 09-HOP | | | | 552.00 | | | | |
| CONV LV | | | | 0.00 | | | | |
| | GROSS EARNINGS | | 5,246.12 | 199,083.16 | TOTAL DED. | 1,618.49 | 78,027.40 | |



**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Capital One  N.A.
Franklin, LA

701765192

Date 12/22/2011

PAY   *VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID*

$ *****3,586.86

Void After 180 Days

TO THE ORDER OF   **PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE
## NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450   24000   01765192
:7 0 1 2 3 7 :
**PAIGE F CRESPO**

Liberty/Crespo 0205

 SINCE 1828  MENU

 

# earnings

*plural noun*  |  earn·ings  |  \'ər-niŋz\

**Popularity: Bottom 30% of words**

## Definition of EARNINGS

1    : something (such as wages) earned

2    : the balance of revenue after deduction of costs and expenses

**LEARN MORE FROM M-W**

 **2017 Word of the Year: Behind the Scenes**

## Recent Examples of EARNINGS from the Web

Liberty/Crespo 0206

— Paul Page, *WSJ*, "Today's Top Supply Chain and Logistics News From WSJ," 14 Dec. 2017

*These example sentences are selected automatically from various online news sources to reflect current usage of the word 'earnings.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors.*
*Send us feedback.*

## First Known Use of EARNINGS

1594

**SEE WORDS FROM THE SAME YEAR**

## NEW! Time Traveler

## EARNINGS Synonyms

**Synonyms**
gain, lucre, net, payoff, proceeds, profit, return

## Financial Definition of EARNINGS

# earnings
*plural noun*

## What It Is

Earnings are the corporate profits of a company over a specific time period after taxes and other expenses have been paid.

## How It Works

Liberty/Crespo 0207

1R227180002

are usually released on a quarterly <u>basis</u>, but may also refer to annual earnings.

Earnings are, in many cases, the most important <u>factor</u> determining <u>stock</u> prices for a company. For example, company ABC releases information that earnings for the third quarter (Q3) have risen from $10,000,000 to $20,000,000. At the same time, company XYZ releases figures showing a drop in earnings for the same period from $900,000 to $750,000.

## Why It Matters

*Earnings* are probably the single most important indicator of a company's financial strength and growth potential. Earnings figures are used by <u>investment</u> <u>analysts</u> to provide estimates of a company's growth potential and <u>offer</u> target price estimates for investors interested in purchasing <u>shares</u>. Many new companies may report low, or even negative, earnings whilst attempting to find <u>market</u> potential for a particular good or service, and yet receive positive estimates from investment analysts for the simple reason that investors believe the company will grow in the near future.

*Source: <u>Investing Answers</u>*

# EARNINGS Defined for English Language Learners

# earnings

*noun*

## Definition of EARNINGS for English Language Learners

: money received as wages or gained as profit

# EARNINGS Defined for Kids

Liberty/Crespo 0208

1R227180002

*noun plural* | earn·ings | \\'ər-niŋz\\

## Definition of EARNINGS for Students

: money received as wages or gained as profit

## Law Dictionary

# earnings

*noun plural* | earn·ings

## Legal Definition of EARNINGS

1    : something (as wages or dividends) earned as compensation for labor or the use of capital

2    : the balance of revenue for a specified period that remains after deducting related costs and expenses incurred — compare PROFIT

## Learn More about EARNINGS

Thesaurus: All synonyms and antonyms for *earnings*

Spanish Central: Translation of *earnings*

Nglish: Translation of *earnings* for Spanish speakers

Britannica English: Translation of *earnings* for Arabic speakers

## Seen and Heard

Liberty/Crespo 0209

1R227180002

4/13/2018                    Earnings | Definition of Earnings by Merriam-Webster

# Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

## MERRIAM-WEBSTER UNABRIDGED

---

### WORD OF THE DAY

# aegis

### protection, sponsorship, or guidance

Get Word of the Day daily email!

Your email address                                    **SUBSCRIBE**

---

### TRENDING NOW

**1  slimeball**
'a morally repulsive or odious person'

**2  salacious**
'arousing or appealing to sexual desire'

**3  oligarch**
'government in which a small group exercises control'

**4  glib**
'insincere to the point of being deceitful'

**5  depose**
'to take testimony from especially by deposition'

### SEE ALL

---

Liberty/Crespo 0210

earning power

# earnings

earn one's keep

earn one's stripes

## TEST YOUR VOCABULARY

### More Confusing Words—Quiz

The magician _____ moved the selected card to the top of the deck.

| discretely | discreetly |
|---|---|

Test your visual vocabulary with our 10-question challenge!
**TAKE THE QUIZ**

Test Your Knowledge - and learn some interesting things along the way.
**TAKE THE QUIZ**

Liberty/Crespo 0211

# FAX COVER SHEET

| TO | Ms. Ashley Kent |
|---|---|
| COMPANY | Liberty Life |
| FAX NUMBER | 16033345740 |
| FROM | James Willeford |
| DATE | 2018-08-09 17:09:05 GMT |
| RE | Paige Crespo, Claim #5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Crespo. (22 pages + cover sheet)

Liberty/Crespo 0212

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|------------------------|---------------|---|---|---|-----------|-----------|-----------|
| 24000 | 001003450 | CRESPO, PAIGE F. | | | | 12/15/2012 | 12/20/2012 | 702040023 |

| EARNINGS | HOURS | RATE` | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|----------|-------|-------|---------|--------------|------------|---------|--------------|------------------------|
| 01-REG | 49.43 | 70.50 | 3484.82 | 106460.70 | MEDTAX | 67.33 | 2861.46 | **GROSS EARNINGS** |
| 03-GPT | 16.00 | 70.50 | 1128.00 | 14805.00 | FEDTAX | 777.59 | 36528.95 | |
| JRY DUT | 8.00 | 70.50 | 564.00 | 564.00 | LA TAX | 200.84 | 8232.29 | 5,247.12 |
| EX LIFE | | | 45.30 | 543.60 | SS TAX | | 4624.20 | |
| TOB REB | | | 25.00 | 600.00 | DENTAL2 | 9.08 | 217.92 | **DED. CURRENT** |
| LIVER | | | | 34500.00 | POSMED | 259.48 | 6227.52 | |
| CALLBAC | | | | 18463.65 | SUPLIF | 16.10 | 386.40 | 1,665.02 |
| 07-ONC | | | | 9911.25 | VOL AD&D | 6.75 | 162.00 | |
| SLD | | | | 4871.60 | D CARE | 208.18 | 5000.00 | **NET PAY** |
| 02-OVT | | | | 4729.87 | H CARE | 104.09 | 2500.00 | |
| 04-HOL | | | | 3948.00 | 403B | | 8490.09 | 3,536.80 |
| WKN DIF | | | | 3389.41 | 401K | | 8509.91 | |
| CME | | | | 3384.00 | CHLIFE | 0.58 | 13.92 | **GPT** |
| 06-NGT | | | | 2980.67 | SPLIFE | 15.00 | 360.00 | |
| INCENT | | | | 1478.75 | TF REB | | 900.00 | 125.20 |
| HOL | | | | 599.25 | | | | |
| ON HOL | | | | 564.00 | | | | |
| CALLG | | | | 42.30 | | | | |



| | Health System | GROSS EARNINGS | 5,247.12 | 211,836.05 | TOTAL DED. | 1,665.02 | 85,014.66 | |

---

**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Health System

Capital One  N.A.
Franklin, LA

**702040023**

**Date  12/20/2012**

PAY  `VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID

| Amount |
|--------|
| $ *****3,536.80 |

Void After 180 Days

TO THE
ORDER
OF

**PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE
# NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450    24000    02040023
:7  0  1  2  3  7  :
**PAIGE F CRESPO**

Liberty/Crespo 0213

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | | EMPLOYEE NAME | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|------|------|------|------|------|------|------|------|
| 24000 | 001003450 | | CRESPO, PAIGE F. | | | 12/17/2011 | 12/22/2011 | 701765192 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|------|------|------|------|------|------|------|------|------|
| 01-REG | 59.35 | 70.5001 | 4184.18 | 98676.38 | MEDTAX | 68.43 | 2703.17 | **GROSS EARNINGS** |
| 03-GPT | 8.00 | 70.5000 | 564.00 | 14187.90 | FEDTAX | 805.72 | 33714.39 | |
| 07-ONC | 48.42 | 7.5000 | 363.15 | 10790.92 | LA TAX | 204.66 | 7664.56 | 5,246.12 |
| SLD | 0.50 | 105.7600 | 52.88 | 3385.58 | SS TAX | | 4485.60 | |
| 06-NGT | 4.25 | 9.6800 | 41.14 | 3947.42 | DENTAL2 | 8.59 | 206.16 | **DED. CURRENT** |
| EX LIFE | | | 40.77 | 489.24 | POSMED | 199.53 | 4768.72 | |
| CALLBAC | | | | 26281.74 | SUPLIF | 20.87 | 500.88 | 1,618.49 |
| LIVER | | | | 25500.00 | VOL AD&D | 6.75 | 162.00 | **NET PAY** |
| 04-HOL | | | | 3876.00 | D CARE | 208.18 | 5000.00 | |
| EDU | | | | 3864.00 | H CARE | 83.18 | 2000.00 | 3,586.86 |
| WKN DIF | | | | 3308.92 | 403B | | 8147.75 | |
| RETRO | | | | 2754.71 | 401K | | 8352.25 | **GPT** |
| 10-HWK | | | | 838.35 | CHLIFE | 0.58 | 13.92 | 121.65 |
| INCENT | | | | 630.00 | SPLIFE | 12.00 | 288.00 | |
| 09-HOP | | | | 552.00 | | | | |
| GCITV LV | | | | 0.00 | | | | |
| | **GROSS EARNINGS** | | 5,246.12 | 199,083.16 | **TOTAL DED.** | 1,618.49 | 78,027.40 | |



---



**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Capital One  N.A.
Franklin, LA

**701765192**

**Date  12/22/2011**

PAY    *VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID*

| Amount |
|------|
| $ *****3,586.86 |

Void After 180 Days

TO THE
ORDER
OF    **PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE
## NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450    24000    01765192
:7  0  1  2  3  7  :
**PAIGE F CRESPO**

Liberty/Crespo 0214

4/13/2018                                Earnings | Definition of Earnings by Merriam-Webster

 SINCE 1828    MENU



**Low fares to 100 places you do business.**

# earnings

*plural noun*   |   earn·ings   |   \ˈər-niŋz\

Popularity: Bottom 30% of words

## Definition of EARNINGS

1    : something (such as wages) earned

2    : the balance of revenue after deduction of costs and expenses

LEARN MORE FROM M-W

 **2017 Word of the Year: Behind the Scenes**

## Recent Examples of EARNINGS from the Web

Liberty/Crespo 0215

4/13/2018                                    Earnings | Definition of Earnings by Merriam-Webster

— Paul Page, *WSJ*, "Today's Top Supply Chain and Logistics News From WSJ," 14
Dec. 2017

*These example sentences are selected automatically from various online news sources to reflect current usage of the
word 'earnings.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors.*
*Send us feedback.*

## First Known Use of EARNINGS

1594

### SEE WORDS FROM THE SAME YEAR
## NEW! Time Traveler

## EARNINGS Synonyms

**Synonyms**
gain, lucre, net, payoff, proceeds, profit, return

## Financial Definition of EARNINGS

# earnings
*plural noun*

## What It Is

Earnings are the corporate profits of a company over a specific time period after
taxes and other expenses have been paid.

## How It Works

https://www.merriam-webster.com/dictionary/earnings                                                    2/11

Liberty/Crespo 0216

4/13/2018                                   Earnings | Definition of Earnings by Merriam-Webster

are usually released on a quarterly basis, but may also refer to annual earnings.

Earnings are, in many cases, the most important factor determining stock prices for a company. For example, company ABC releases information that earnings for the third quarter (Q3) have risen from $10,000,000 to $20,000,000. At the same time, company XYZ releases figures showing a drop in earnings for the same period from $900,000 to $750,000.

## Why It Matters

*Earnings* are probably the single most important indicator of a company's financial strength and growth potential. Earnings figures are used by investment analysts to provide estimates of a company's growth potential and offer target price estimates for investors interested in purchasing shares. Many new companies may report low, or even negative, earnings whilst attempting to find market potential for a particular good or service, and yet receive positive estimates from investment analysts for the simple reason that investors believe the company will grow in the near future.

*Source: Investing Answers*

# EARNINGS Defined for English Language Learners

# earnings

*noun*

## Definition of EARNINGS for English Language Learners

: money received as wages or gained as profit

# EARNINGS Defined for Kids

https://www.merriam-webster.com/dictionary/earnings                                               3/11

Liberty/Crespo 0217

4/13/2018                                 Earnings | Definition of Earnings by Merriam-Webster

*noun plural*  |  earn·ings  |  \'ər-niŋz\

## Definition of EARNINGS for Students

: money received as wages or gained as profit

## Law Dictionary

# earnings

*noun plural*  |  earn·ings

## Legal Definition of EARNINGS

1    : something (as wages or dividends) earned as compensation for labor or the use of capital

2    : the balance of revenue for a specified period that remains after deducting related costs and expenses incurred — compare PROFIT

## Learn More about EARNINGS

Thesaurus: All synonyms and antonyms for *earnings*

Spanish Central: Translation of *earnings*

Nglish: Translation of *earnings* for Spanish speakers

Britannica English: Translation of *earnings* for Arabic speakers

## Seen and Heard

https://www.merriam-webster.com/dictionary/earnings                                        4/11

Liberty/Crespo 0218

4/13/2018                                Earnings | Definition of Earnings by Merriam-Webster

# Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

## MERRIAM-WEBSTER UNABRIDGED

## WORD OF THE DAY

# aegis

protection, sponsorship, or guidance

Get Word of the Day daily email!

Your email address                                                SUBSCRIBE

## TRENDING NOW

1  slimeball
   'a morally repulsive or odious person'

2  salacious
   'arousing or appealing to sexual desire'

3  oligarch
   'government in which a small group exercises control'

4  glib
   'insincere to the point of being deceitful'

5  depose
   'to take testimony from especially by deposition'

SEE ALL

Liberty/Crespo 0219

4/13/2018                                    Earnings | Definition of Earnings by Merriam-Webster

earning power

# earnings

earn one's keep

earn one's stripes

---

**TEST YOUR VOCABULARY**

More Confusing Words—Quiz

The magician _____ moved the selected card to the top of the deck.

| discretely | discreetly |
| --- | --- |

---

Test your visual vocabulary with our 10-question challenge!
**TAKE THE QUIZ**

---

Test Your Knowledge - and learn some interesting things along the way.
**TAKE THE QUIZ**

Liberty/Crespo 0220

# FAX COVER SHEET

| | |
|---|---|
| **TO** | Ms. Ashley Kent |
| **COMPANY** | Liberty Life |
| **FAX NUMBER** | 16033345740 |
| **FROM** | James Willeford |
| **DATE** | 2018-08-09 17:09:05 GMT |
| **RE** | Paige Crespo, Claim #5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Crespo. (22 pages + cover sheet)

Liberty/Crespo 0221



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                      PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

August 9, 2018

**VIA U.S. MAIL & FAX: (603) 334-3576 and (603) 334-5740**

Ms. Ashely Kent                             Mr. Todd Youngberg
Liberty Life Insurance Company              Liberty Life Insurance Company
Group Disability Claims                     Group Disability Claims
P.O. Box 7211                               P.O. Box 7211
London, KY 40742-7211                       London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**       Liberty Mutual LTD Claim No.: 5458678**
**       Employer: Ochsner Clinic Foundation**

Dear Ms. Kent and Mr. Youngberg,

I am writing in regards to Ms. Crespo's disability benefit amount. Please note that Liberty continues to underpay her monthly benefits. I am writing to again request that Liberty correct her benefit calculation. Please note that Ms. Crespo originally requested that Liberty recalculate her grossly monthly benefit amount by letter of February 17, 2017. Liberty has explained that it believed that it calculated her benefits correctly by only including her base hourly wage of $70.50 as her "basic monthly earnings." I am therefore writing to again request Liberty recalculate her monthly benefit and pay the correct amount due retroactively and prospectively. I have enclosed the following:

- Relevant paystubs;
- CRNA Staffing/Scheduling Guidelines;
- Printout with definition of "earnings" from Merriam Webster;
- Declaration of Paige Crespo; and
- Email from HR representative, Adilia Garcia.

As explained in greater detail below, Ms. Crespo's "basic monthly earnings" includes more than just her base hourly rate.

Liberty/Crespo 0222

Ms. Ashely Kent
Mr. Todd Youngberg
Liberty Life Insurance Company
August 9, 2018
Page 2

## I.    Liberty has underpaid Ms. Crespo

Liberty has determined Ms. Crespo's BME based on her hourly rate of $70.50 x 40 hours per week, or $146,640/year.    As demonstrated in her attached paystubs and in the enclosed sworn declarations, her basic monthly earnings included far more than this per year. The policy in question defines basic monthly earnings as follows:

> **Basic monthly earnings** means your *monthly rate of earnings* from the Sponsor in effect immediately prior to the date of Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

As demonstrated in the attached paystubs, Ms. Crespo was paid the following forms of pay for the time she worked:

- An hourly rate of $70.50 for each hour she was scheduled to work.
- Nighttime shift differential = $9.68/hour, for each hour she worked between 3pm and 7am.
- Weekend shift differential = $16.13/hour anytime from 3pm until 7am Monday morning.
- On call pay = $7.50 per hour, for any hour she was on call outside of her regularly scheduled shift.
- Callback hours = this was essentially overtime pay, i.e. time and a half (70.50 + 35.25) for any time she is called back to the office.
- Overtime pay = time and a half 70.50 + 35.25.
- Stay-late-differential $35.25 for each hour she worked late.
- Transplant pay of $750 stipend for each transplant she worked on.

I have enclosed sworn declaration from Ms. Crespo that explains Ms. Crespo's method of compensation and her schedule requirements. I have also enclosed CRNA staffing guidelines to demonstrate the hours and shifts Ms. Crespo was required to work. As demonstrated therein, Ms. Crespo was required to work 7 days of each month "on call", which resulted in her working at least two days of each month on the weekend. In light of the policy's definition of covered earnings, the following amounts must be included in her "monthly rate of earnings:

- her base hourly rate of $70.50;
- nighttime shift differential of $9.68/hour;
- weekend shift differential of $16.13/hour;
- on call pay in the amount of $7.50/hour; and
- transplant pay of $750 for each transplant she worked on.

The other amounts demonstrated on her paystub (i.e. overtime pay, stay-late differential, and call-back hours) are excluded from BME because they are essentially overtime pay or extra

Liberty/Crespo 0223

Ms. Ashely Kent
Mr. Todd Youngberg
Liberty Life Insurance Company
August 9, 2018
Page 3

compensation from her normal monthly earnings.[1]  Thus, Liberty must recalculate her disability benefits by including her night and weekend shift differentials, on-call pay, and transplant pay, as this is clearly part of her monthly rate of earnings. As demonstrated in the enclosures, including paystubs and declarations, the following amounts must be included in her benefit calculation:

- base hourly pay = 12,126 month = 40 hours x 70.50 = 12,126  = $146,640/year
- On call pay = 128 hours[2] x 7.50 = 960 x 12 months = $11,250/year
- Liver Transplants = she earned 48,000 during the last full year she worked in 2014.[3]
- Weekend differential = she earned $2,860.74 in 2014.
- Night differential = she earned $4,025.85 in 2014.

- Total = 212,776.59

In addition, Ms. Crespo's employer offered the following company-paid-for fringe benefits that are also part of her monthly rate of earnings: Company Paid AD&D; Company Paid Basic Life; Dental; Health Insurance; LTD; 401k employer contributions.  As demonstrated in the enclosed email from Adilia Garcia, the total value of such benefits during the last full year that she worked in 2014 was $15,783.60.  Thus, this amount must also be included in the benefit calculation as it is part of her basic monthly earnings.

Including the value of her fringe benefits in the monthly earnings calculation, the total value of her basic monthly earnings is $228,560.19/12 = $19,046.68.  Her gross monthly benefit should therefore be $11,428/month.

Thus, please recalculate her benefits and send the amount due because of the previous underpayment to my attention at the address listed above.  Please also correct the benefit amount for all benefits going forward.

Sincerely,

Reagan Toledano

Enclosures
Cc: Paige Crespo

---

[1] Earnings is defined as "something earned as compensation for labor or the use of capital."

[2] During the mandatory 7-day period in which she was required to be on call, she also worked her regular 40-hour week. Thus, as a regularly required part of her work schedule she worked an additional 128 hours per week (7 times 24, less 40 hours) which was compensated at the hourly rate of $7.50.

[3] This would equal approximately $48,000/750 = 64; 64/12 = 5.3 liver transplants per week

Liberty/Crespo 0224

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ____1____ day of __Sept_____, 2016.

_____
Signature

_____
Print Name

_____
Social Security Number

**United States of America**
**New Orleans, Louisiana**

### DECLARATION OF PAIGE CRESPO

I, Paige Crespo, declare under penalty of perjury that the following is true and correct:

1. I was earning between $230,000 and $250,000 per year before suffering from an aneurysm that caused me to take disability leave in April 2015.

2. I had worked as a CRNA for several years. I worked on the liver transplant team along with 9 other CRNAs. My job required that I work 40 hours per week, for which I was paid $70.50/hour.

3. In addition, each CRNA on the liver transplant team was required to work 7 days per week while "on call," which was compensated at the rate of $7.50/hour. Each day that a CRNA is on call they could be called to work on a liver transplant. Most CRNAs average about 5 liver transplants per 7-day, on-call period. During my employment, each liver transplant that a CRNA worked on was compensated at the rate of $750/per transplant. This amount was paid no matter the complexity of the transplant.

4. Anytime a CRNA worked during the period of 3pm to 7am, they received $9.68 hour in addition to their base hourly rate (this is referred to as "nighttime shift differential"). In addition, any time worked from Friday 3pm to Monday 7am, was compensated by an additional $16.13/hour in addition to the base hourly rate (this is referred to as "weekend shift differential"). Weekend shift differential is paid in addition to nighttime shift differential pay. For example, if a CRNA works anytime from 3pm to 7am (nighttime shift diff) on Friday, Saturday, and Sunday, they would earn an additional $25.81/hour [9.68 (Ngt) +16.13 (Wkd)].

5. CRNAs also received other forms of pay, such as the following:

    a. callback hourly pay, which was and additional $35.25/hour for anytime they were called back for a liver transplant during the mandatory 7 day/month on-call period.

    b. A stay-late differential which was an additional $35.25 for each hour that a CRNA worked past their scheduled off time.

6. Additionally, CRNAs at Oschner were provided additional employee benefits paid by Oschner such as AD&D insurance, Basic Life Insurance, Health Insurance, Dental, Long Term Disability Insurance. Oschner also provided a company match to 401k contributions.

Liberty/Crespo 0226

7. I have reviewed my paystubs from Oschner during the years before I was forced to take disability leave. 2014 was the last full year that I worked. And during that year I earned the following amounts for liver transplants, on call pay, callback pay, night time shift differential, weekend shift differential, and stay-late differential:

<u>2014</u>
a. Liver-$48000
b. ONC-$9122.69
c. Callback-$14065.16
d. NGT-$4025.85
e. WKN DIF-$2860.74
f. SLD-$1632.12

8. In 2015, because I did not work a full year, the above amounts were less, as demonstrated below:

<u>2015</u>
a. Liver-$18750.
b. Callback-$4336.47
c. On call $2423.16
d. Wknd dif-$1475.71
e. SLD-$1395.92
f. NGT-$1214.61

9. In addition to the above amounts, my employer also paid for employee benefits as part of my regular earnings, such as: Company Paid AD&D; Company Paid Basic Life; Dental; Health Insurance; LTD; 401k employer contributions. I have asked Adilia Garcia in HR at Oschner to provide the value of company-paid-for employee benefits during the following years: 2013-2015. Ms. Garcia responded by email explaining that Oschner paid the following amounts:

|  | 2013 | 2014 | 2015 |
|---|---|---|---|
| Company Paid AD&D | 7.44 | 7.44 | 7.03 |
| Company Paid Basic Life | 157.20 | 157.20 | 117.42 |
| Dental | 268.56 | 72.72 | 57.57 |
| Health Company Paid | 8932.32 | 8932.32 | 7430.71 |
| LTD | 589.44 | 636.48 | 503.88 |
| 401(k) Employer Contributions | $ 5,908.06 | $ 5,977.44 | $ 5,830.10 |

Liberty/Crespo 0227

10. Before I applied for long term disability benefits, I expected that I would receive 60% of my earnings, excluding overtime pay such as stay-late differential and callback pay.

I, Paige Crespo, declare under penalty of perjury that the above information is true and correct.

8-9-18
Date

Paige Crespo

Liberty/Crespo 0228

**From:** Adilia Garcia <agarcia@ochsner.org>
**Date:** June 5, 2018 at 10:51:06 AM CDT
**To:** "pfridaycrespo@att.net" <pfridaycrespo@att.net>
**Subject: Information Request - Benefits and Retirement Employer Contributions**

Hi Paige,

My apologies, I had to look in different systems for the information. These are annual amounts. Let me know if the below is sufficient. Thanks!

|  | 2013 | 2014 | 2015 |
|---|---|---|---|
| Company Paid AD&D | 7.44 | 7.44 | 7.03 |
| Company Paid Basic Life | 157.20 | 157.20 | 117.42 |
| Dental | 268.56 | 72.72 | 57.57 |
| Health Company Paid | 8932.32 | 8932.32 | 7430.71 |
| LTD | 589.44 | 636.48 | 503.88 |
| | | | |
| 401(k) Employer Contributions | $ 5,908.06 | $ 5,977.44 | $ 5,830.10 |

Liberty/Crespo 0229

## CRNA Staffing/Scheduling Guidelines

Schedule is done on a seniority based preferential/request model. All schedule requests and monthly schedules must be turned in to the CRNA scheduler by designated deadline. Schedule runs 2 months in advance.

All requests and schedules turned in on time will be considered and every attempt will be made to accommodate said requests and preferred schedules. However there is no guarantee that the final schedule will reflect exactly what each individual has requested/turned in. Changes to individual schedule requests may be necessitated by required numbers for OR coverage, seniority and available staff each day.

All staff CRNA's are expected to cover any and all shifts scheduled including all off shifts, weekends(days and nights), weekday night shifts, and 3rd call shifts etc.

Nights, weekends, and 4th call, 9p and 11p will be staffed on an initial volunteer basis. All shifts without volunteers still requiring coverage will be assigned fairly from those with the least number of needed shift worked (i.e. A weekend 7-3 or 7-7p will be assigned to the CRNA with the fewest number of weekend shifts worked. If several CRNA's have equal numbers, one will be chosen randomly).

The scheduler will keep a running count of the following shifts worked by each CRNA:

Weekday night shifts

Weekend night shifts

Weekend day shifts

Weekday evening shifts (9p and 11p)

4th Call shifts/endo call shifts

7p stay late available

All CRNA's should expect to work 1-2 off shifts per week (i.e. 9-5, 11-7, 3-11, 9-7, 3p,7p, etc). Those hired more recently (in general 2010 to present) can expect 2-3 off shifts/week. The exception to this will be those CRNA's on the liver and PH call teams. Also liver, NICU and pedi heart team members are exempt from 4th call and regular weekend shifts.

Off shifts will be randomly spread out among staff each week. If there is a particular day a CRNA cannot work a later shift, it is his/her responsibility to make the scheduler aware of this before the schedule is done and posted. "Stay late" shifts (5@3p, 1@5p and 1@7p each week day) will be assigned with a randomized computer program.

All vacation policies will be followed per the vacation guideline (see guideline for details). Only 8 vacation spots are available each day. These are approved per the date requested. All requests beyond the first 8 each day will be placed on the waiting list.

**Days off with creative scheduling will be attempted, but are not guaranteed.** The only way to guarantee a day off is with one of the 8 vacation slots each day. **If all vacation slots are taken and staffing numbers permit, creative scheduling may be available.** Preference will be given according to seniority.

Full time 40 hour staff should expect to be scheduled 40 hours each week.

Once the schedule is posted, if there are any vacation slots available, a vacation day may be requested. However, **despite any available vacation slots, it is up to the discretion of the lead CRNA or board runner whether or not the request can be granted.** In this situation, GPT must be used. CL (convenience leave) cannot be scheduled in advance.

Once the schedule is posted, if a change/switch is desired, it is the CRNA's responsibility to find coverage. **An even swap of shifts is required.** Changes cannot result in overtime or changes in staffing numbers unless approved by the lead CRNA. Any change must be submitted to anesthesiavacation@ochsner.org to be changed on the schedule grid.

**Holiday Policy**

All staff CRNA's are expected to do 1 major and 1 minor holiday shift each year (this includes the actual holiday, holiday weekend shifts, Lundi Gras night, Christmas Eve, New Year's Eve and any 4C on holidays/weekends). The scheduler will maintain holiday shift counts.

**Major Holidays**

Thanksgiving

Christmas

New Year's Day

Mardi Gras

**Minor Holidays**

Good Friday

July 4th

Liberty/Crespo 0231

**Labor Day**

Holidays will be covered on a volunteer basis first. Shifts not covered by volunteers will be assigned. These assignments will be made by a random drawing from those CRNA's who have not worked that particular holiday in the last 3 years.

Liver team, NICU and Pedi Heart team members are only required to cover liver, NICU and pedi heart call on holidays. Any voluntary holiday regular call will not count towards liver/NICU/pedi heart requirements.

Vacation requested around a holiday can only be done once every other year (every 2 years). For example, if vacation is taken around Christmas in 2012, vacation cannot be taken around Christmas again until 2014. Please refer to the vacation policy for complete guidelines.

**Early Off Guidelines**

CRNA's are able to request to be relieved from their shifts early. This will be done daily if staffing numbers permit on a first come first serve basis. Please use the following guideline to request leaving early:

All early off requests must be done per email if done prior to the date being requested (i.e. Making a request on Monday to be off early that Friday) Notes left at the board, texts or verbal requests are not accepted.

If the request is to leave early for the shift scheduled that day/currently being worked, it must be made in person at the anesthesia desk. No phone calls, emails or texts will be accepted.

No one but the CRNA/board runner can add names to the off early list.

Please see the Vacation Guideline for information about off/GHE lists around holidays.

Revised December 2015

Liberty/Crespo 0232

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|------|------|------|------|------|------|------|------|
| 24000 | 001003450 | CRESPO, PAIGE F. | | | | 10/17/2015 | 10/23/2015 | 702961205 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|------|------|------|------|------|------|------|------|------|
| 03-GPT | 162.15 | 70.50 | 11431.58 | 12559.58 | MEDTAX | 207.11 | 2219.30 | GROSS EARNINGS |
| STD60% | 40.00 | 42.30 | 1692.00 | 43992.00 | FEDTAX | 3191.72 | 27783.83 | |
| STDSUPP | 16.00 | 70.50 | 1128.00 | 27072.00 | LA TAX | 615.51 | 6343.71 | 14,283.06 |
| EX LIFE | | | 31.48 | 580.48 | SS TAX | | 7347.00 | |
| 01-REG | | | | 30377.05 | 403B | 428.49 | 3832.75 | DED. CURRENT |
| LIVER | | | | 18750.00 | 401K | 999.81 | 8943.05 | |
| 03-GPT | | | | 9940.50 | DENTAL1 | | 862.60 | 5,442.64 |
| 02-OVT | | | | 5238.40 | POSMED | | 5529.00 | |
| CALLBAC | | | | 4336.47 | SUPLIF | | 551.76 | NET PAY |
| 07-ONC | | | | 2423.16 | VOL AD&D | | 128.25 | |
| 04-HOL | | | | 2256.00 | VISION | | 186.39 | 8,808.94 |
| CME | | | | 2256.00 | D CARE | | 3958.46 | |
| EXP REIM | | | | 1559.00 | H CARE | | 1979.23 | |
| WKN DIF | | | | 1475.71 | CHLIFE | | 11.59 | |
| SLD | | | | 1395.92 | SPLIFE | | 300.39 | |
| GT | | | | 1214.61 | | | | |
| | | | | 744.50 | | | | |
| 09-H | | | | 564.00 | | | | |
| TOB | | | | 475.00 | | | | |
| EDU | | | | 352.50 | | | | |
| 10-HWK | GROSS EARNINGS | | 14,283.06 | 166,250.86 | TOTAL DED | 5,442.64 | 69,977.31 | |
| CALLGAU | | | | 89.89 | | | | |

| DIRECT DEPOSIT | AMOUNT |
|------|------|
| | $8,808.94 |

**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Capital One
Franklin, LA

Ochsner Health System

Date 10/23/2015

. PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

Amount
$ *****8,808.94

Void After 180 Days

TO THE
ORDER     **PAIGE F CRESPO**
OF

DIRECT DEPOSIT ADVICE

# NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

   9010  MAIL  24000

001003450   24000   02961205
:7 0 1 2 3 7:
**PAIGE F CRESPO**

Liberty/Crespo 0233

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | PERIOD END | CHECK DATE | CHECK NO. |
|------|----------------------|---------------|--|-----------|-----------|-----------|
| 24000 | 001003450 | CRESPO, PAIGE F. | | 12/13/2014 | 12/19/2014 | 702865114 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|----------|-------|------|---------|--------------|------------|---------|--------------|------------------------|
| 01-REG | 47.30 | 70.50 | 3334.65 | 115108.93 | MEDTAX | 221.29 | 3290.88 | GROSS EARNINGS |
| LIVER | 4.00 | 750.00 | 3000.00 | 48000.00 | FEDTAX | 2073.46 | 41630.62 | |
| BRVMNT | 24.00 | 70.50 | 1692.00 | 1692.00 | LA TAX | 441.88 | 9181.25 | 10,087.08 |
| 03-GPT | 8.00 | 70.50 | 564.00 | 15228.00 | SS TAX | | 7254.00 | |
| 02-OVT | 4.32 | 107.96 | 466.39 | 9211.69 | DENTAL1 | 45.40 | 1089.60 | DED. CURRENT |
| 07-ONC | 54.54 | 7.50 | 409.04 | 9122.27 | POSMED | 267.26 | 6414.24 | |
| CALLBAC | 9.57 | 35.25 | 337.34 | 14065.16 | SUPLIF | 29.04 | 696.96 | 3,423.58 |
| 06-NGT | 20.42 | 9.68 | 197.66 | 4025.85 | VOL AD&D | 6.75 | 162.00 | |
| EX LIFE | | | 61.00 | 732.00 | VISION | 9.81 | 235.44 | NET PAY |
| TOB REB | | | 25.00 | 600.00 | D CARE | 208.18 | 5000.00 | |
| 04-HOL | | | | 3948.00 | H CARE | 104.09 | 2500.00 | 6,602.50 |
| CME | | | | 3948.00 | 403B | | 5572.49 | |
| WKN DIF | | | | 2860.74 | 401K | | 11927.51 | GPT |
| SLD | | | | 1632.12 | CHLIFE | 0.61 | 14.64 | 137.53 |
| INCENT | | | | 938.42 | SPLIFE | 15.81 | 379.44 | |
| 10H WK | | | | 608.07 | | | | |
| OV | | | | 564.00 | | | | |
| C | | | | 446.28 | | | | |
| CON | | | | 0.00 | | | | |

| | GROSS EARNINGS | 10,087.08 | 232,731.53 | TOTAL DED | 3,423.58 | 95,349.07 | |

Ochsner
Health System

| DIRECT DEPOSIT | AMOUNT |
|----------------|--------|
| | $6,602.50 |

**Ochsner**
Health System

Date 12/19/2014

**OCHSNER CLINIC FOUNDATION**          Capital One N.A.
                                      Franklin, LA

PAY    VOID VOID VOID VOID VOID VOID VOID VOID
       1514 Jefferson Highway
       New Orleans, LA 70121

TO THE    **PAIGE F CRESPO**
ORDER
OF

| Amount |
|--------|
| $ *****6,602.50 |

Void After 180 Days

DIRECT DEPOSIT ADVICE

# NON-NEGOTIABLE

9010  MAIL  24000

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway          001003450   24000   02665114
New Orleans, LA 70121          :7 0 1 2 3 7:
                              **PAIGE F CRESPO**

Liberty/Crespo 0234

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|----------|-----------|--|--|--|-----------|-----------|----------|
| 24000 | 001003450 | CRESPO, PAIGE F. | | | | 12/14/2013 | 12/19/2013 | 702337372 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|----------|-------|------|---------|--------------|------------|---------|--------------|----------------------|
| 01-REG | 73.35 | 70.50 | 5171.18 | 117363.51 | MEDTAX | 213.65 | 3113.91 | GROSS EARNINGS |
| LIVER | 4.00 | 750.00 | 3000.00 | 38250.00 | FEDTAX | 1983.85 | 38826.21 | |
| 07-ONC | 112.80 | 7.50 | 845.99 | 10929.92 | LA TAX | 425.47 | 8727.11 | 9,704.22 |
| CALLBAC | 11.60 | 35.25 | 408.90 | 12013.58 | SS TAX | | 7049.40 | |
| SLD | 2.20 | 35.25 | 77.55 | 1301.46 | DENTAL2 | 9.40 | 225.60 | DED. CURRENT |
| CALLGAUR | 0.70 | 105.76 | 74.03 | 773.06 | POSMED | 267.26 | 6414.24 | |
| 06-NGT | 5.70 | 9.68 | 55.17 | 3151.17 | SUPLIF | 28.01 | 672.24 | 3,251.98 |
| EX LIFE | | | 46.40 | 556.80 | VOL AD&D | 6.75 | 162.00 | NET PAY |
| TOB REB | | | 25.00 | 600.00 | VISION | 9.81 | 235.44 | |
| 03-GPT | | | | 14100.00 | D CARE | 208.18 | 5000.00 | 6,405.84 |
| 02-OVT | | | | 9056.72 | H CARE | 83.18 | 2000.00 | |
| RETRO | | | | 4403.59 | 403B | | 8721.99 | GPT |
| 04-HOL | | | | 3948.00 | 401K | | 8778.01 | 138.12 |
| CME | | | | 3384.00 | CHLIFE | 0.61 | 14.64 | |
| WKN DIF | | | | 2882.25 | SPLIFE | 15.81 | 379.44 | |
| 09-OP | | | | 564.00 | | | | |
| INVENT | | | | 534.13 | | | | |

| | | GROSS EARNINGS | 9,704.22 | 223,812.19 | TOTAL DED | 3,251.98 | 90,320.23 | |

---

**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Capital One N.A.
Franklin, LA

| DIRECT DEPOSIT | AMOUNT |
|---------------|--------|
| | $6,405.84 |

Health System

Date 12/19/2013

PAY    VOID VOID VOID VOID VOID VOID VOID VOID

| Amount |
|--------|
| $ *****6,405.84 |

Void After 160 Days

TO THE ORDER OF    **PAIGE F CRESPO**

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

9010  MAIL  24000

001003450   24000   02337372
:7 0 1 2 3 7:
PAIGE F CRESPO

Liberty/Crespo 0235

NEW ORLEANS CLINIC BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|----------------------|---------------|---|---|---|-----------|-----------|-----------|
| 24000 | 001003450 | CRESPO, PAIGE F. | | | | 12/15/2012 | 12/20/2012 | 702040023 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|----------|-------|------|---------|--------------|------------|---------|--------------|----------------------|
| 01-REG | 49.43 | 70.50 | 3484.82 | 106460.70 | MEDTAX | 67.33 | 2861.46 | **GROSS EARNINGS** |
| 03-GPT | 16.00 | 70.50 | 1128.00 | 14805.00 | FEDTAX | 777.59 | 36528.95 | |
| JRY DUT | 8.00 | 70.50 | 564.00 | 564.00 | LA TAX | 200.94 | 8232.29 | 5,247.12 |
| EX LIFE | | | 45.30 | 543.60 | SS TAX | | 4624.20 | |
| TOB REB | | | 25.00 | 600.00 | DENTAL2 | 9.08 | 217.92 | **DED. CURRENT** |
| LIVER | | | | 34500.00 | POSMED | 259.48 | 6227.52 | |
| CALLBAC | | | | 18453.65 | SUPLIF | 16.10 | 386.40 | 1,665.02 |
| 07-ONC | | | | 9911.25 | VOL AD&D | 6.75 | 162.00 | **NET PAY** |
| SLD | | | | 4871.60 | D CARE | 208.18 | 5000.00 | |
| 02-OVT | | | | 4729.87 | H CARE | 104.09 | 2500.00 | 3,536.90 |
| 04-HOL | | | | 3948.00 | 403B | | 8490.09 | |
| WKN DIF | | | | 3389.41 | 401K | | 8509.91 | **GPT** |
| CME | | | | 3384.00 | CHLIFE | 0.58 | 13.92 | 125.20 |
| 06-NGT | | | | 2980.67 | SPLIFE | 15.00 | 360.00 | |
| INCENT | | | | 1478.75 | TF REB | | 900.00 | |
| EDU | | | | 599.25 | | | | |
| OFHOR | | | | 564.00 | | | | |

Liberty/Crespo 0236

1Q156180017



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                      PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

May 31, 2018

**VIA U.S. MAIL & FAX: (603) 334-5740**

Ms. Ashley Kent
Liberty Life -Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am writing in response to your request for a dated authorization, which is enclosed.

Also, pursuant to your request I am enclosing evidence demonstrating that she has submitted an appeal of the denial of her ALJ hearing.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0237

1Q156180017

**SOCIAL SECURITY ADMINISTRATION**

REC'D A71

Form Approved
OMB No 0960-0277

## REQUEST FOR REVIEW OF HEARING DECISION/ORDER

(Do not use this form for objecting to a recommended decision.)
(Either mail the signed original form to the Appeals Council at the address shown below or take or mail the signed original to your local Social Security office, the Department of Veterans Affairs Regional Office in Manila, or any U.S. Foreign Service Post and keep a copy for your records.)

See Privacy Act Notice

**1. CLAIMANT NAME**
Paul Crespo

**2. CLAIMANT SSN**

**3. CLAIM NUMBER (if different than SSN)**

**4. I request that the Appeals Council review the Administrative Law Judge's action on the above claim because:**

*I am appealing the decision*

☐ Please grant me an extension of time to submit evidence or argument.

### ADDITIONAL EVIDENCE

If you have additional evidence that relates to the period on or before the date of the hearing decision, you must inform the Appeals Council about it or submit it. If you have a representative, then your representative must help you obtain the evidence unless the evidence falls under an exception. You may also submit any other additional evidence to the Appeals Council. If you need additional time to submit evidence or legal argument, you must request an extension of time in writing now. This will ensure that the Appeals Council has the opportunity to consider the additional evidence before taking its action. If you submit neither evidence nor legal argument now or within any extension of time the Appeals Council grants, the Appeals Council will take its action based on the evidence currently in your file.

**IMPORTANT: WRITE YOUR SOCIAL SECURITY NUMBER ON ANY LETTER OR MATERIAL YOU SEND US. IF YOU RECEIVED A BARCODE FROM US, THE BARCODE SHOULD ACCOMPANY THIS DOCUMENT AND ANY OTHER MATERIAL YOU SUBMIT TO US.**

SIGNATURE BLOCKS: You should complete No. 5 and your representative (if any) should complete No. 6. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 6.

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| 5. CLAIMANT'S SIGNATURE | DATE 5/20/18 | 6. REPRESENTATIVE'S SIGNATURE | DATE |
|---|---|---|---|
| PRINT NAME Paige Crespo 5/30/18 | | PRINT NAME ☐ ATTORNEY   ☐ NON-ATTORNEY | |
| ADDRESS     CITY, STATE, ZIP. | | ADDRESS          CITY, STATE, ZIP | |
| TELEPHONE NUMBER    FAX NUMBER | | TELEPHONE NUMBER | FAX NUMBER |

### THE SOCIAL SECURITY ADMINISTRATION STAFF WILL COMPLETE THIS PART

7. Request received for the Social Security Administration on _____ by: _____
(Date)                    (Print Name)

(Title)        (Address)        (Servicing FO Code)        (PC Code)

8. Is the request for review received within 65 days of the ALJ's Decision/Dismissal?   ☐ Yes   ☐ No

9. If "No" checked:
☐ (1) attach claimant's explanation for delay; and
☐ (2) attach copy of appointment notice, letter or other pertinent material or information in the Social Security Office.

10. Check one:
☐ Initial Entitlement
☐ Termination or other

APPEALS COUNCIL
OFFICE OF DISABILITY ADJUDICATION
AND REVIEW, SSA
5107 Leesburg Pike
FALLS CHURCH, VA 22041 - 3255

11. Check all claim types that apply:
☐ Retirement or survivors (RSI)
☐ Disability-Worker (DIWC)
☐ Disability-Widow(er) (DIWW)
☐ Disability-Child (DIWC)
☐ SSI Aged (SSIA)
☐ SSI Blind (SSIB)
☐ SSI Disability (SSID)
☐ Title VIII Only (SVB)
☐ Title VIII/Title XVI (SVB/SSI)
☐ Other - Specify:

Form HA-520-U5 (01-2016) UF (01-2016)
Destroy Prior Editions

TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS

Liberty/Crespo 0238

7L156180023



## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:**   Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____ Paige Crespo _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _____ Paige Crespo _____

Date of Birth: __      _____ Claim Number: 5458678 __ Date: 5-30-18 _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

Liberty/Crespo 0239

2018-05-31 22:21:33 (GMT)    From: James Willeford

# FAX COVER SHEET

| | |
|---|---|
| **TO** | Ms. Ashley Kent |
| **COMPANY** | Liberty Life Insurance |
| **FAX NUMBER** | 16033343576 |
| **FROM** | James Willeford |
| **DATE** | 2018-05-31 22:21:15 GMT |
| **RE** | Paige Crespo, Claim No. 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Crespo.

www.efax.com

Liberty/Crespo 0240



# WILLEFORD & TOLEDANO

201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170-4208

504/582.1286
Fax 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                   PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

May 31, 2018

**VIA U.S. MAIL & FAX: (603) 334-5740**

Ms. Ashley Kent
Liberty Life -Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am writing in response to your request for a dated authorization, which is enclosed.

Also, pursuant to your request I am enclosing evidence demonstrating that she has submitted an appeal of the denial of her ALJ hearing.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0241



**Liberty Mutual.** INSURANCE

> Liberty Life Assurance Company of Boston
> Group Benefits Disability Claims
> P.O. Box 7213
> London, KY 40742-7213
> Phone No.: (888) 437-7611
> Secure Fax No.: (603) 334-5740

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____ Paige Crespo _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _____ Paige Crespo _____

Date of Birth: __ _____  Claim Number: __5458678__  Date: __5-30-18__

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

SOCIAL SECURITY ADMINISTRATION

REC'D A71
MAY
KENNER, LA

Form Approved
OMB No. 0960-0277

## REQUEST FOR REVIEW OF HEARING DECISION/ORDER

(Do not use this form for objecting to a recommended decision.)

(Either mail the signed original form to the Appeals Council at the address shown below, or mail the signed original to your local Social Security office, the Department of Veterans Affairs Regional Office in Manila, or any U.S. Foreign Service Post and keep a copy for your records.)

See
Privacy Act
Notice

| 1. CLAIMANT NAME | 2. CLAIMANT SSN | 3. CLAIM NUMBER (if different than SSN) |
|---|---|---|
| *Paul Crespo* | | |

4. I request that the Appeals Council review the Administrative Law Judge's action on the above claim because:

*I am appealing the decision*

☐ Please grant me an extension of time to submit evidence or argument.

### ADDITIONAL EVIDENCE

If you have additional evidence that relates to the period on or before the date of the hearing decision, you must inform the Appeals Council about it or submit it. If you have a representative, then your representative must help you obtain the evidence unless the evidence falls under an exception. You may also submit any other additional evidence to the Appeals Council. If you need additional time to submit evidence or legal argument, you must request an extension of time in writing now. This will ensure that the Appeals Council has the opportunity to consider the additional evidence before taking its action. If you submit neither evidence nor legal argument now or within any extension of time the Appeals Council grants, the Appeals Council will take its action based on the evidence currently in your file.

**IMPORTANT: WRITE YOUR SOCIAL SECURITY NUMBER ON ANY LETTER OR MATERIAL YOU SEND US. IF YOU RECEIVED A BARCODE FROM US, THE BARCODE SHOULD ACCOMPANY THIS DOCUMENT AND ANY OTHER MATERIAL YOU SUBMIT TO US.**

**SIGNATURE BLOCKS:** You should complete No. 5 and your representative (if any) should complete No. 6. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 6.

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| 5. CLAIMANT'S SIGNATURE | DATE | 6. REPRESENTATIVE'S SIGNATURE | DATE |
|---|---|---|---|
| *Paul Crespo* | 5/20/18 | | |
| PRINT NAME *Paige Crespo* | 5/30/18 | PRINT NAME  ☐ ATTORNEY  ☐ NON-ATTORNEY | |
| ADDRESS    CITY, STATE, ZIP | | ADDRESS    CITY, STATE, ZIP | |
| TELEPHONE NUMBER    FAX NUMBER | | TELEPHONE NUMBER    FAX NUMBER | |

| THE SOCIAL SECURITY ADMINISTRATION STAFF WILL COMPLETE THIS PART |
|---|
| 7. Request received for the Social Security Administration on _____ by: _____ |
| (Date)                    (Print Name) |
| (Title)          (Address)          (Servicing FO Code)          (PC Code) |

8. Is the request for review received within 65 days of the ALJ's Decision/Dismissal?    ☐ Yes    ☐ No

9. If "No" checked:
☐ (1) attach claimant's explanation for delay; and
☐ (2) attach copy of appointment notice, letter or other pertinent material or information in the Social Security Office.

10. Check one:
☐ Initial Entitlement
☐ Termination or other

APPEALS COUNCIL
OFFICE OF DISABILITY ADJUDICATION
AND REVIEW, SSA
5107 Leesburg Pike
FALLS CHURCH, VA 22041 - 3255

11. Check all claim types that apply:
☐ Retirement or survivors          (RSI)
☐ Disability-Worker               (DIWC)
☐ Disability-Widow(er)            (DIWW)
☐ Disability-Child                (DIWC)
☐ SSI Aged                        (SSIA)
☐ SSI Blind                       (SSIB)
☐ SSI Disability                  (SSID)
☐ Title VIII Only                 (SVB)
☐ Title VIII/Title XVI            (SVB/SSI)
☐ Other - Specify:

Form HA-520-U5 (01-2016) UF (01-2016)
Destroy Prior Editions

TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY
FOR YOUR RECORDS

Liberty/Crespo 0243

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0244



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

May 30, 2018

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in receipt of the Unfavorable Decision from your ALJ hearing dated March 28, 2018.  We attemped to contact you today to discuss your appeal to the Appeals Council. Please note that this must be done within 60 days of the date you receive the notice from Social Security.

Please note that the Policy which you are covered under **requires** that you file an appeal of your Social Security denial and it's important to appeal your denial right away if you have not done so already.

Social Security will pay benefits retroactively for 12 months prior to your filing date. By waiting, you may lose retroactive benefits and delay your entitlement to Medicare. In addition, waiting may make it more difficult to gather the information that you need to support your claim.

Remember that Social Security Disability programs offer significant benefits to you and your family, including:

● higher retirement benefits from Social Security
● annual Cost of Living increases to the Social Security benefit
● Medicare eligibility after 24 months

Additionally, the authorization form that was submitted to our office was not dated. Please date the form and submit back along with your proof of your appeal by June 30, 2018.

1  of  2

Liberty/Crespo 0245

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Kent
LTD Management Specialist III
Phone No.: (888) 437-7611 Ext. 16334
Secure Fax No.: (603) 334-5740

Attachments:   5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.30.2018

2  of 2

Liberty/Crespo 0246


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____ Paige Crespo _____

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative _____ Paige Crespo _____

Date of Birth: _____   Claim Number: _5458678_   Date: _____

 py of this authorization will be considered as valid as the original.

og. 1 Authorization-Standard-2016

Liberty/Crespo 0247



Liberty
Mutual.
INSURANCE

| |
|---|
| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7213 |
| London, KY 40742-7213 |
| Phone No.: (888) 437-7611 |
| Secure Fax No.: (603) 334-5740 |

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
 * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
 * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
 * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____Paige Crespo_____

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative ____Paige Crespo____

Date of Birth: ___   _____   Claim Number: __3458678__   Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

Liberty/Crespo 0248

# FAX COVER SHEET

| | |
|---|---|
| **TO** | Ms. Ashley Kent |
| **COMPANY** | Liberty Life Insurance |
| **FAX NUMBER** | 16033343576 |
| **FROM** | James Willeford |
| **DATE** | 2018-05-25 20:08:43 GMT |
| **RE** | Paige Crespo, Claim 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Crespo. (23 pages + cover sheet)

Liberty/Crespo 0249



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                        PLEASE REPLY TO:
REAGAN L. TOLEDANO                            RTOLEDANO@WILLEFORDLAW.COM

May 2, 2018

**VIA U.S. MAIL & FAX: (603) 334-5740**

Ms. Ashley Kent, LTD Management Specialist III
Liberty Life Insurance Company
Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:     Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am enclosing the completed forms that you have requested as well as a copy of the recent notice of decision in regards to her SSDI hearing.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0250

2018-05-25 20:09:23 (GMT)

From: James Willeford

Apr.12.2018   04:24 PM

PAGE.   2/   3

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

Return to: Ashley Kent

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Paige Crespo | **CLAIM #:** 5458678 |
| **EMPLOYER:** Ochsner Clinic Foundation | **DATE OF BIRTH:** |

| Full Name (Last, First, Middle Init.) Crespo, Paige | Social Security # | Email Address |
|---|---|---|
| Street Address | City | State | Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) Same | Marital Status () |
|---|---|---|

| Spouse's Full Name and Date of Birth | Number of Children 3 | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name  Nicole  Evanham      Relationship to you?  Frred      Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.   NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.   NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?   NO

Do you hold a professional license? If yes, for what purpose?   Yes - cert. has not expired

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.   NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.   NO

Are you pursuing moneys from a third party; Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.   NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) | $ 8,500 | 2015 | | 2015 |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Paige Crespo

**DATE:** 4/12/18      **EMPLOYEE'S SIGNATURE:** Paige Crespo

Liberty/Crespo 0251

2018-05-25 20:09:23 (GMT)

From: James Willeford



**Liberty Mutual.**
INSURANCE

| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7213 |
| London, KY 40742-7213 |
| Phone No.: (888) 437-7611 |
| Secure Fax No.: (603) 334-5740 |

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____ Paige Crespo _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative ___ Paige Crespo ___

Date of Birth: ___ _____ Claim Number: __3458678__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

Apr. 12. 2018  04:28 PM

Liberty/Crespo 0252

Page 5 of 24                2018-05-25 20:09:23 (GMT)

From: James Willeford



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

**Return To:** Ashley Kent

**EMPLOYEE/CLAIMANT NAME:** Paige Crespo

**CLAIM NO:** 5458678

**EMPLOYER/SPONSOR:** Ochsner Clinic Foundation          **DATE OF BIRTH:**

### TO BE COMPLETED BY EMPLOYEE:
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/28/2017 to current. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Marcus Ware
Specialty: neuro surgery
Address: 1814 Jefferson Hwy
New Orleans, LA 70121
Telephone No.: (504) 842 3000   Fax No.: (   )

Name: Jody Morris IV
Specialty: Gyn
Address: Same
Telephone No.: (   )   Fax No.: (   )

Name:
Specialty:
Address:
Telephone No.: (   )   Fax No.: (   )

Name: Stacy Sigendorf
Specialty: Internal medicine
Address: Same
Telephone No.: (   )   Fax No.: (   )

## MEDICAL INSURANCE CARRIER(S):

Name: BCBS (HMO Louisiana INC)
Specialty:
Address: P.O. Box 98024
Baton Rouge, LA
Telephone No.: (800) 392 408   Fax No.: (   )

Name: Louisian Healthcare Connectons
Specialty:
Address: 8585 Archives Ave Suite 310
Baton Rouge, LA 70809
Telephone No.: (866) 595 8133   Fax No.: (   )

## PHARMACY(S):

Name: Walgreens
Specialty: pharmacy
Address: 9705 Jefferson Hwy
Telephone No.: (504) 737 2111   Fax No.: (   )

Name:
Specialty:
Address:
Telephone No.: (   )   Fax No.: (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Paige Crespo          DATE: 4/12/18

PAGE. 1/ 3

Apr.12.2018   04:27 PM



## SOCIAL SECURITY ADMINISTRATION

Office of Disability Adjudication and Review
SSA OHO Hearing Office
Suite 2000
1 Galleria Blvd
Metairie, LA 70001-7581

Date: March 28, 2018

Paige Friday Crespo

## Notice of Decision – Unfavorable

I carefully reviewed the facts of your case and made the enclosed decision. Please read this notice and my decision.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please put the Social Security number shown above on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

**Appeals Council**
**Office of Disability Adjudication and Review**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

Form HA-L76-OP2 (03-2010)

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page



Liberty/Crespo 0254



Liberty/Crespo 0255

Paige Friday Crespo (                    )                              Page 3 of 3

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with my decision and you file a new application instead of appealing, you might lose some benefits or not qualify for benefits at all. My decision could also be used to deny a new application for benefits if the facts and issues are the same. If you disagree with my decision, you should file an appeal within 60 days.

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security. You may also call (800) 772-1213 with questions. If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

If you have any other questions, please call, write, or visit any Social Security office. Please have this notice and decision with you. The telephone number of the local office that serves your area is (888) 850-2232. Its address is:

Social Security
1616 Joe Yenni Blvd
Kenner, LA 70065-9904

Jeffery D. Morgan
Administrative Law Judge

Enclosures:
Decision Rationale
Form HA-L39 (Exhibit List)



Form HA-L76-OP2 (03-2010)

Liberty/Crespo 0256

## SOCIAL SECURITY ADMINISTRATION
### Office of Disability Adjudication and Review

## DECISION

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| | Period of Disability and Disability Insurance Benefits |
| Paige Friday Crespo | |
| (Claimant) | |
| | |
| (Wage Earner) | (Social Security Number) |

### JURISDICTION AND PROCEDURAL HISTORY

On January 4, 2016, the claimant protectively filed a Title II application for a period of disability and disability insurance benefits, alleging disability beginning April 10, 2015. The claim was denied initially on June 22, 2016. Thereafter, the claimant filed a written request for hearing on August 5, 2016 (20 CFR 404.929 *et seq.*). The claimant appeared and testified at a hearing held on November 16, 2017, in Metairie, LA. Also appearing and testifying were John J. Alpar, an impartial medical expert, and Kasey C. Suggs, an impartial vocational expert. Although informed of the right to representation, the claimant chose to appear and testify without the assistance of an attorney or other representative and executed a valid Waiver of Representation [Ex 16B]. The claimant also signed a waiver of the right to inspect, prior to decision, any additional information received by the Administrative Law Judge in connection with the application for benefits [Ex 17B].

The claimant submitted or informed the Administrative Law Judge about all written evidence at least five business days before the date of the claimant's scheduled hearing (20 CFR 404.935(a)).

### ISSUES

The issue is whether the claimant is disabled under sections 216(i) and 223(d) of the Social Security Act. Disability is defined as the inability to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment or combination of impairments that can be expected to result in death or that has lasted or can be expected to last for a continuous period of not less than 12 months.

There is an additional issue whether the insured status requirements of sections 216(i) and 223 of the Social Security Act are met. The claimant's earnings record shows that the claimant has acquired sufficient quarters of coverage to remain insured through December 31, 2020. Thus, the claimant must establish disability on or before that date in order to be entitled to a period of disability and disability insurance benefits.



See Next Page

Liberty/Crespo 0257

Paige Friday Crespo                     )                                    Page 2 of 11

After careful consideration of all the evidence, the undersigned concludes the claimant has not been under a disability within the meaning of the Social Security Act from April 10, 2015, through the date of this decision.

## APPLICABLE LAW

Under the authority of the Social Security Act, the Social Security Administration has established a five-step sequential evaluation process for determining whether an individual is disabled (20 CFR 404.1520(a)). The steps are followed in order. If it is determined that the claimant is or is not disabled at a step of the evaluation process, the evaluation will not go on to the next step.

At step one, the undersigned must determine whether the claimant is engaging in substantial gainful activity (20 CFR 404.1520(b)). Substantial gainful activity (SGA) is defined as work activity that is both substantial and gainful. "Substantial work activity" is work activity that involves doing significant physical or mental activities (20 CFR 404.1572(a)). "Gainful work activity" is work that is usually done for pay or profit, whether or not a profit is realized (20 CFR 404.1572(b)). Generally, if an individual has earnings from employment or self-employment above a specific level set out in the regulations, it is presumed that she has demonstrated the ability to engage in SGA (20 CFR 404.1574 and 404.1575). If an individual engages in SGA, she is not disabled regardless of how severe her physical or mental impairments are and regardless of her age, education, and work experience. If the individual is not engaging in SGA, the analysis proceeds to the second step.

At step two, the undersigned must determine whether the claimant has a medically determinable impairment that is "severe" or a combination of impairments that is "severe" (20 CFR 404.1520(c)). An impairment or combination of impairments is "severe" within the meaning of the regulations if it significantly limits an individual's ability to perform basic work activities. An impairment or combination of impairments is "not severe" when medical and other evidence establish only a slight abnormality or a combination of slight abnormalities that would have no more than a minimal effect on an individual's ability to work (20 CFR 404.1522; Social Security Rulings (SSRs) 85-28 and 16-3p). If the claimant does not have a severe medically determinable impairment or combination of impairments, she is not disabled. If the claimant has a severe impairment or combination of impairments, the analysis proceeds to the third step.

At step three, the undersigned must determine whether the claimant's impairment or combination of impairments is of a severity to meet or medically equal the criteria of an impairment listed in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525, and 404.1526). If the claimant's impairment or combination of impairments is of a severity to meet or medically equal the criteria of a listing and meets the duration requirement (20 CFR 404.1509), the claimant is disabled. If it does not, the analysis proceeds to the next step.

Before considering step four of the sequential evaluation process, the undersigned must first determine the claimant's residual functional capacity (20 CFR 404.1520(e)). An individual's residual functional capacity is her ability to do physical and mental work activities on a sustained basis despite limitations from her impairments. In making this finding, the undersigned must

See Next Page

Liberty/Crespo 0258

Paige Friday Crespo (              )                                    Page 3 of 11

consider all of the claimant's impairments, including impairments that are not severe (20 CFR 404.1520(e) and 404.1545; SSR 96-8p).

Next, the undersigned must determine at step four whether the claimant has the residual functional capacity to perform the requirements of her past relevant work (20 CFR 404.1520(f)). The term past relevant work means work performed (either as the claimant actually performed it or as it is generally performed in the national economy) within the last 15 years or 15 years prior to the date that disability must be established. In addition, the work must have lasted long enough for the claimant to learn to do the job and have been SGA (20 CFR 404.1560(b) and 404.1565). If the claimant has the residual functional capacity to do her past relevant work, the claimant is not disabled. If the claimant is unable to do any past relevant work or does not have any past relevant work, the analysis proceeds to the fifth and last step.

At the last step of the sequential evaluation process (20 CFR 404.1520(g)), the undersigned must determine whether the claimant is able to do any other work considering her residual functional capacity, age, education, and work experience. If the claimant is able to do other work, she is not disabled. If the claimant is not able to do other work and meets the duration requirement, she is disabled. Although the claimant generally continues to have the burden of proving disability at this step, a limited burden of going forward with the evidence shifts to the Social Security Administration. In order to support a finding that an individual is not disabled at this step, the Social Security Administration is responsible for providing evidence that demonstrates that other work exists in significant numbers in the national economy that the claimant can do, given the residual functional capacity, age, education, and work experience (20 CFR 404.1512(f) and 404.1560(c)).

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

1. **The claimant meets the insured status requirements of the Social Security Act through December 31, 2020.**

2. **The claimant has not engaged in substantial gainful activity since April 10, 2015, the alleged onset date (20 CFR 404.1571 *et seq.*).**

Income seen on earnings reports is private disability payments.

3. **The claimant has the following severe impairments: residual effects of ruptured cerebral aneurysm status-post surgical repair, bilateral left hemianopsia, unspecified inflammatory arthritis, and unspecified connective tissue disease (20 CFR 404.1520(c)).**

The above medically determinable impairments significantly limit the ability to perform basic work activities as required by SSR 85-28. An impairment is non-severe only if it is a slight abnormality having such minimal effect on the individual that it would not be expected to interfere with the individual's ability to work, irrespective of age, education or work experience. The claimant's impairments impose more than minimal limitations on the ability to perform

See Next Page

Liberty/Crespo 0259

Paige Friday Crespo (                    )                                    Page 4 of 11

work-related activities and are thus "severe" within the meaning of the Social Security Act and Regulations. Physical examinations, objective tests and treatment records affirm the existence of the medically determinable impairments, their severity and the restrictions such impairments can reasonably be expected to cause.

The claimant has a history of degenerative joint disease of the right knee. MRI of the lower extremity right knee shows possible small free edge tear of the medial meniscus; and mild tricompartmental chondral loss (June 16, 2014) [Ex 9F/41]. There is no evidence of any complaints of right knee symptoms. The medical record shows the claimant's occasional complaint of headache. Physical examinations show no evidence of limitations because of the right knee or headache [Exs 12F, 17F]. There is no evidence of joint pain, and no synovitis on inspection and palpation of the knees.

On Neuropsychological Evaluation, the claimant demonstrates "strongly intact cognition in most domains of cognitive functioning" (October 12, 2015) [Ex 12F 16-18]. The examiner notes the claimant "appears to have experienced a mild decline in visuospatial skills, which likely contributes to her reported difficulties with navigation . She also evidenced a slight weakness with source memory, meaning that she can be somewhat susceptible to interference. Fine motor abilities for her left hand also appear to be compromised" [Ex 12F/18]. The examiner opines, while these weaknesses were noteworthy, the overall findings are very encouraging and are consistent with the claimant's self-perception that she has generally returned to her cognitive baseline.

Based on the evidence of record, the undersigned concludes that these conditions have no more than a minimal effect on the claimant's ability to perform basic work-related activities and hence are not severe impairments within the meaning of the Regulations.

4.    The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).

John J. Alpar, an impartial medical expert, testified the claimant does not meet Listing 2.04 because her vision is better than that required in Listing. The undersigned has considered the impairments listed in Appendix 1 to Subpart P of Part 404 of the Regulations. The undersigned finds that the record does not establish the medical signs, symptoms, laboratory findings or degree of functional limitation required to meet or equal the required criteria for Listing 2.04 or any listed impairment. Further, no acceptable medical source designated to make equivalency findings has concluded that the claimant's impairment(s) medically equal a listed impairment.

5.    After careful consideration of the entire record, the undersigned finds that the claimant has the residual functional capacity to perform light work as defined in 20 CFR 404.1567(b) except no climbing ladders, ropes, or scaffolds; occasionally engage in the function of field of vision; may not drive as a function of work; and must avoid workplace hazards, such as dangerous machinery and unprotected heights.

See Next Page

Liberty/Crespo 0260

Paige Friday Crespo                                              Page 5 of 11

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned has also considered opinion evidence in accordance with the requirements of 20 CFR 404.1527.

In considering the claimant's symptoms, the undersigned must follow a two-step process in which it must first be determined whether there is an underlying medically determinable physical or mental impairment(s)--i.e., an impairment(s) that can be shown by medically acceptable clinical or laboratory diagnostic techniques--that could reasonably be expected to produce the claimant's pain or other symptoms.

Second, once an underlying physical or mental impairment(s) that could reasonably be expected to produce the claimant's pain or other symptoms has been shown, the undersigned must evaluate the intensity, persistence, and limiting effects of the claimant's symptoms to determine the extent to which they limit the claimant's functional limitations. For this purpose, whenever statements about the intensity, persistence, or functionally limiting effects of pain or other symptoms are not substantiated by objective medical evidence, the undersigned must consider other evidence in the record to determine if the claimant's symptoms limit the ability to do work-related activities.

On April 10, 2015, the alleged onset date, the claimant was at a family event and developed sudden severe headache with subsequent seizure [Ex 3F/17]. She was brought to the emergency department "initially verbal but complaining of headache" [Ex 3F/12]. She then developed a left hemiparesis, decreasing level of consciousness, and lapsed into a coma. She dilated the right pupil and was beginning to dilate the left pupil. CTA showed a large right middle cerebral artery aneurysm. The claimant was taken directly to the operating room and underwent right craniectomy with complex aneurysm clipping. She underwent a cerebral angiogram with verapamil infusion on April 22, 2015. She was admitted to inpatient rehab to address mobility, activities of daily living, and cognitive impairments [Ex 7F/32].

On May 5, 2015, the claimant was discharged to a rehab facility in good condition with a final diagnosis of subarachnoid hemorrhage [Exs 3F/15, 7F/32]. She had excellent result in the rehab program and was discharged on May 14, 2015 to neurosurgery for cranioplasty to replace bone flap, which was performed that day [Ex 7F 37, 53]. She tolerated the procedure well and there were no significant complications during procedure [Ex 7F/53]. She was discharged on May 17, 2015.

By July 2015, the claimant "regained all motor function" according to her report during presentation for evaluation of partial visual field loss (July 2, 2015) [Ex 11F/8]. She also alleged "some lingering mental confusion." Visual acuity is 20/30 right eye, 20/15 left eye, and 20/15 both eyes [Ex 11F/4]. Humprey Visual Field exam shows both eyes noncongruous left homonymous hemianopsia [Ex 11F/7]. The diagnosis is nontraumatic subcortical hemorrhage of cerebral hemisphere resulting in noncongruous homonymous hemianopsia and low myopia without presbyopic symptoms.



See Next Page

Liberty/Crespo 0261

Paige Friday Crespo (                    )                                        Page 6 of 11

The claimant presented for Neuropsychological Evaluation on October 12, 2015 by Brian Mizuki, Psy.D. [Ex 12F/16]. The claimant reports having no seizure since April 10, 2015. She said her left side weakness quickly resolved and that she had returned to baseline in most areas with only a "few mild changes in navigation and persistent left homonymous hemianopsia" [Ex 12F 16, 18]. Otherwise, she has not noticed any changes/problems in her cognitive or daily functioning. The claimant denies any changes in memory, attention, or language abilities [Ex 12F/16]. She also denies any changes in personality, although her husband reportedly believed this to be the case. However, she indicates that there was marital strain prior to the hemorrhage. The claimant is independent in activities of daily living with no reported problems. She has no difficulty remembering to take her medications, she uses her phone to track appointments, and she continues to manage the family finances. She also completes all household tasks with no problems. She resumed driving shortly after hospital discharge and recently passed a formal, on-the-road driving evaluation with no suggested restrictions. She denies any difficulties with driving. On examination, the claimant demonstrates "strongly intact cognition in most domains of cognitive functioning" [Ex 12F/18]. She did demonstrate "several mild weaknesses that are suspected to be a slight change from baseline." Dr. Mizuki notes the claimant "appears to have experienced a mild decline in visuospatial skills, which likely contributes to her reported difficulties with navigation. She also evidenced a slight weakness with source memory, meaning that she can be somewhat susceptible to interference. Fine motor abilities for her left hand also appear to be compromised." Dr. Mizuki opines, while these weaknesses were noteworthy, the overall findings are very encouraging and are consistent with the claimant's self-perception that she has generally returned to her cognitive baseline.

Humphrey Visual Field both eyes show reliability was good and improved in both eyes and non congruous left inferior quadrantanopsia (January 6, 2016) [Ex 17F/6]. CTA of the head shows a stable size of right interhemispheric extra-axial hyperdense lesion, likely a meningioma measuring 0.7 cm (March 1, 2016) [Ex 17F 21, 64].

Michael Kleamenakis, O.D., performed a consultative eye examination on June 15, 2016 [Ex 13F]. Visual acuity best correction distant is 20/25, and near is 20/20. Dr. Kleamenakis diagnosed bilateral left hemiansopsia (restricted Visual Field).

The claimant has a history of unspecified connective tissue disease and undifferentiated connective tissue disease, possibly primary Sjogren's since 2011 with bilateral wrist synovitis [Ex 17F/16]. Other symptoms include sicca complex. She is prescribed Plaquenil since 2011. Except positive ANA, serology and a synovial biopsy are negative. Treatment records show no joint pain or swelling [Ex 17F/17]. However, her arthritis is in remission, and she has had no flare-up since gluten free [Ex 17F 76-77]. Sicca symptoms resolved. She has no adverse medication side effects. Mild photosensitivity is noted, but there are no other signs of Systemic lupus erythematosus [Ex 17F/77].

The claimant testified that she is no longer able to perform her job as a nurse anesthetist because she is unable to remember everything. She cannot process if needed to think quickly. She does not know if she is able to process and make the correct decisions. She is "still reinventing" herself and does not know if she can perform any other work. Since the aneurysm, she is unable to remember multiple tasks, and she needs to make a list if there are more than two things to do.

See Next Page

Paige Friday Crespo (                    )                                        Page 7 of 11

At the hearing, the claimant reports that she has a problem with her field of vision. A "good portion of her left eye" is affected. She runs into anything she is unable to see on the left side; she hit her eye on the counter and she ran into a fire hydrant in the French Quarter. She denies falls, a limp, and ambulation with an assistive device. She has some residual weakness on the left, but only she is able to tell when she is tired.

The claimant testifies that she has no problem caring for her three children, 12, 10 and 8 years old. She shares custody with their father, and the children live with her 50 percent of the time. She said that is able to drive and can see straight ahead, but the problem is the peripheral vision. She is able to dress herself, perform household chores, shop for groceries, and do laundry. She goes out in public and has no problems relating to others. During the day, she works out; she runs 2-5 miles or goes to the gym. The claimant credibly admits that she is not prevented from doing anything other than her previous job providing the previous care for a patient.

At the supplemental hearing, John J. Alpar, an impartial medical expert, testified that he is board certified in ophthalmology. Dr. Alpar testified that because of the claimant's brain hemorrhage she permanently lost one-half of the vision in both eyes. He reported that the condition would not get better. He said the claimant is able to function, walk around, and take care of self, but she lost the ability to evaluate a visual problem. She is unable to glance in her work the situation. She is unable to act immediately. She would have trouble moving about in crowded situation when there is an emergency. She could be a danger to patient and probably to self at a lesser extent.

The claimant testified she has a slight left sided weakness and notices it when she is tired. She disagreed with Dr. Alpar and stated only her left eye is affected, and her right eye is "completely fine."

After careful consideration of the evidence, the undersigned finds that the claimant's medically determinable impairments could reasonably be expected to cause some of the alleged symptoms; however, the claimant's statements concerning the intensity, persistence, and limiting effects of these symptoms are not entirely consistent with the medical evidence and other evidence in the record for the reasons explained in this decision.

At the alleged onset date, April 10, 2015, the claimant had a ruptured cerebral aneurysm that was surgically repaired. Treatment notes show her doing well with no new complications. Because of the aneurysm, the claimant has a noncongrous homonymous hemianopsia [Ex 17F]. The claimant is myopic and wears glasses versus soft contact lens about 50 percent of the time [Ex 17F/107]. She states that she is satisfied with the vision and comfort with her current glasses, as well as the contact lenses. Sometimes she takes the glasses off for reading, but she can still read very well with them. Visual acuity is 20/25 right eye, and 20/20 left eye in December 2016 [Ex 17F/103]. Left homonymous hemianopsia is noted as stable with significant subjective visual impairment. Myopia with early presbyopia is noted as stable.

The claimant has a history of unspecified connective tissue disease and undifferentiated connective tissue disease, and is prescribed Plaquenil since 2011 [Ex 17F/16]. Treatment



See Next Page

Liberty/Crespo 0263

Paige Friday Crespo (              )                              Page 8 of 11

records show no joint pain or swelling [Ex 17F]. Her arthritis is in remission. Inflammatory symptoms have been eliminated since removing gluten from her diet [Ex 17F 76-77, 107]. She has no adverse medication side effects. Mild photosensitivity is noted, but there are no other signs of Systemic lupus erythematosus [Ex 17F/77].

In reaching the conclusion as to the claimant's residual functional capacity, the undersigned has considered the objective medical evidence and the claimant's testimony. However, the undersigned cannot find the claimant's allegation that she is incapable of all work activity to be generally consistent because the medical evidence does not support a more restrictive residual functional capacity assessment.

The claimant has very little to no limitation in activities of daily living. She credibly admits that she is not prevented from doing anything other than her previous job providing the previous care for a patient.

The undersigned accords significant weight to the medical expert, Dr. Alpar. He testified the claimant would need plenty of time to act, so she cannot quickly glance and act immediately. She would be a danger in her former profession.

Shelly Savant, M.D., performed an independent medical examination on January 18, 2017, and noted visual field deficit [Ex 18F/2]. Dr. Salvant opined the claimant's residual hemisensorimotor and neurocognitive sequelae are "relatively mild" [Ex 18F/3]. The impression is "status post right M3 aneurysmal rupture with clipping; left inferior quadrantanopia; mild residual left hemisensorimotor deficis; and mild neurocognitive disorder due to aneurysmal rupture." Dr. Salvant opined the claimant's visual field deficit is particularly concerning given her past occupation as nurse anesthetist, and would be unwise for her return to that job (January 18, 2017) [Ex 18F/2]. The undersigned accords significant weight to this opinion. Although a one-time examination, Dr. Salvant also examined medical records, and her opinion is consistent with substantial evidence.

In an undated letter, Marcus Ware, MD, Ph.D., notes the claimant has made good recovery, but continues to have visual field deficit and some cognitive deficits that appear mild [Ex 18F/5]. However, treatment records reveal testing positive for short-term memory issues, IQ of 81, and judgment issues. Dr. Ware opines he is unable to recommend the claimant perform anesthetics on any patient.

In an undated letter, Kefla Brown, OD, MS, notes testing shows that while there was some recovery of visual neuronal function in the left claimant's visual field of the left eye only, recovery was minimal and central fixation remains lost [Ex 18F/6]. Overall, 50% of the claimant's central fixation and 75% of her left visual field has been permanently lost because of the MCA aneurysm with hemorrhage.

Dr. Ware is unable to recommend the claimant perform anesthetics on any patient [Ex 18F/5]. Dr. Brown says it would be ethically irresponsible to have the claimant continue working as CRNA [Ex 18F/6]. The undersigned accords significant weight to the claimant's treating physicians.

See Next Page

Liberty/Crespo 0264

Paige Friday Crespo (                    )                                        Page 9 of 11

The undersigned accords significant weight to the opinion rendered on behalf of the State Disability Determination Service [Ex 2A]. Charles Friedman, M.D., opined that the claimant could perform less than the full range of light exertional work with limited field of vision, bilaterally (no work requiring excellent vision) (June 17, 2016) [Ex 2A 9-11].

Dr. Kleamenakis opines the claimant is unable to drive an automobile, operate machinery, and she must avoid objects in workplace pathways (June 15, 2016) [Ex 13F/1]. He notes the claimant can avoid people approaching from side, read fine and large print, and handle and work with large objects. The undersigned accords partial weight to this opinion. The overall objective medical evidence, including the claimant's testimony, shows she is not able to avoid objects in pathway.

Following the Neuropsychological Evaluation, Dr. Mizuki notes the claimant "appears to have experienced a mild decline in visuospatial skills, which likely contributes to her reported difficulties with navigation [Ex 12F/6]. She also evidenced a slight weakness with source memory, meaning that she can be somewhat susceptible to interference. Fine motor abilities for her left hand also appear to be compromised." Dr. Misuki opines, while these weaknesses were noteworthy, the overall findings are very encouraging and are consistent with the claimant's self-perception that she has generally returned to her cognitive baseline. The undersigned accords significant weight to Dr. Mizuki's opinion'

Ralph Corsetti, MD, FACS is the claimant's friend and former coworker. In an undated letter, he said the claimant is not the same person [Ex 18F 4, 7]. She has diminished inhibitory processing and has suffered some visual loss [Ex 18F/7]. Dr. Corsetti notes that he does not believe she is fit to provide safe anesthesia. Although he is not a treating physician, the undersigned accords significant weight to Dr. Corsetti's opinion.

To the extent consistent, the undersigned accords some weight to the Third Party Report submitted by the claimant's sister, Brooke Sykes (January 28, 2016) [Ex 6E].

The totality of medical evidence indicates that the impact of the claimant's symptoms do not wholly compromise the ability to function independently, appropriately, and effectively on a sustained basis. Despite the impairments, the claimant would not be precluded from performing within the residual functional capacity assessed herein. In addition, the record does not contain any opinions from treating or examining physicians indicating that the claimant has limitations greater than those determined in this decision.

Based on the foregoing the undersigned finds the claimant has the above residual functional capacity assessment, which is supported by the objective medical record and the claimant's testimony.

The opinions as discussed and the balance of the record when considered in its entirety support the limitations found herein.

**6.    The claimant is unable to perform any past relevant work (20 CFR 404.1565).**



See Next Page

Liberty/Crespo 0265

Paige Friday Crespo                    )                                        Page 10 of 11

The claimant has past relevant work as a nurse anesthetist, DOT No. 075.371-010, light exertional work, very skilled (SVP 8). As required by SSR 82-62, this work was substantial gainful activity, was performed long enough for the claimant to achieve average performance, and was performed within the relevant period. The demands of the claimant's past relevant work exceed the residual functional capacity. Accordingly, the claimant is unable to perform past relevant work as actually or generally performed.

7.    The claimant was born on _____, and was 42 years old, which is defined as a younger individual age 18-49, on the alleged disability onset date (20 CFR 404.1563).

8.    The claimant has at least a high school education and is able to communicate in English (20 CFR 404.1564).

9.    Transferability of job skills is not material to the determination of disability because using the Medical-Vocational Rules as a framework supports a finding that the claimant is "not disabled," whether or not the claimant has transferable job skills (See SSR 82-41 and 20 CFR Part 404, Subpart P, Appendix 2).

10.    Considering the claimant's age, education, work experience, and residual functional capacity, there are jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1569 and 404.1569(a)).

In determining whether a successful adjustment to other work can be made, the undersigned must consider the claimant's residual functional capacity, age, education, and work experience in conjunction with the Medical-Vocational Guidelines, 20 CFR Part 404, Subpart P, Appendix 2. If the claimant can perform all or substantially all of the exertional demands at a given level of exertion, the medical-vocational rules direct a conclusion of either "disabled" or "not disabled" depending upon the claimant's specific vocational profile (SSR 83-11). When the claimant cannot perform substantially all of the exertional demands of work at a given level of exertion and/or has nonexertional limitations, the medical-vocational rules are used as a framework for decisionmaking unless there is a rule that directs a conclusion of "disabled" without considering the additional exertional and/or nonexertional limitations (SSRs 83-12 and 83-14). If the claimant has solely nonexertional limitations, section 204.00 in the Medical-Vocational Guidelines provides a framework for decisionmaking (SSR 85-15).

If the claimant had the residual functional capacity to perform the full range of light work, a finding of "not disabled" would be directed by Medical-Vocational Rule 202.21. However, the claimant's ability to perform all or substantially all of the requirements of this level of work has been impeded by additional limitations. To determine the extent to which these limitations erode the unskilled light occupational base, the Administrative Law Judge asked the vocational expert whether jobs exist in the national economy for an individual with the claimant's age, education, work experience, and residual functional capacity. The vocational expert testified that given all of these factors the individual would be able to perform the requirements of representative occupations such as:

See Next Page

Liberty/Crespo 0266

Paige Friday Crespo (          )                              Page 11 of 11

| Occupations | National economy |
|---|---|
| Cashier DOT No. 211.462-010 | 1,256,222 |
| Retail sales, personal DOT No. 299.677-010 | 93,632 |
| Receptionist/information clerk DOT No. 237.367-018 | 88,450 |

Pursuant to SSR 00-4p, the undersigned has determined that the vocational expert's testimony is consistent with the information contained in the Dictionary of Occupational Titles.

Based on the testimony of the vocational expert, the undersigned concludes that, considering the claimant's age, education, work experience, and residual functional capacity, the claimant is capable of making a successful adjustment to other work that exists in significant numbers in the national economy. A finding of "not disabled" is therefore appropriate under the framework of the above-cited rule.

**11. The claimant has not been under a disability, as defined in the Social Security Act, from April 10, 2015, through the date of this decision (20 CFR 404.1520(g)).**

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on January 4, 2016, the claimant is not disabled under sections 216(i) and 223(d) of the Social Security Act.

/s/ *Jeffery D. Morgan*

Jeffery D. Morgan
Administrative Law Judge

March 28, 2018
Date



Liberty/Crespo 0267

# LIST OF EXHIBITS

## Payment Documents/Decisions

| Component No. | Description | Received | Dates | Pages |
|---|---|---|---|---|
| HO 1A | Initial Disability Determination by State Agency, Title II | | 06/22/2016 | 1 |
| HO 2A | Initial Disability Determination Explanation Title II, PRT Cogbill MD; PRFC Friedman MD | | 06/22/2016 | 13 |

## Jurisdictional Documents/Notices

| Component No. | Description | Received | Dates | Pages |
|---|---|---|---|---|
| HO 1B | T2 Notice of Disapproved Claim | | 06/22/2016 | 3 |
| HO 2B | Request for Hearing by ALJ | | 08/05/2016 | 2 |
| HO 3B | Request for Hearing Acknowledgement Letter | | 08/19/2016 | 14 |
| HO 4B | Hearing Notice | | | 13 |
| HO 5B | Outgoing ODAR Correspondence | | | 3 |
| HO 6B | Appointment of Representative | | 03/30/2017 | 1 |
| HO 7B | Representative Fee Agreement | | | 2 |
| HO 8B | Authorized Representative Cover Letter | | | 1 |
| HO 9B | Notice Of Hearing Reminder | | | 6 |
| HO 10B | Withdrawal/Revocation of Representation | | 06/13/2017 | 1 |
| HO 11B | Waiver of Right to Representation | | | 2 |
| HO 12B | Hearing Notice | | | |

HA-L39 (03-2007)



Liberty/Crespo 0268

Paige Friday Crespo (                )                              Page 2 of 5

| | | |
|---|---|
| HO 13B | Acknowledge Notice of Hearing |
| HO 14B | Hearing Notice |
| HO 15B | Notice Of Hearing Reminder |
| HO 16B | Waiver of Right to Representation |
| HO 17B | Misc Jurisdictional Documents/Notices |

## Non-Disability Development

| Component No. | Description | Received | Dates | Pages |
|---|---|---|---|---|
| HO 1D | Application for Disability Insurance Benefits | | 01/12/2016 | 7 |
| HO 2D | Detailed Earnings Query | | 02/17/2017 | 5 |
| HO 3D | Summary Earnings Query | | 02/17/2017 | 1 |
| HO 4D | New Hire, Quarter Wage, Unemployment Query (NDNH) | | 02/17/2017 | 2 |
| HO 5D | Certified Earnings Records | | 02/17/2017 | 2 |
| HO 6D | Detailed Earnings Query | | | 6 |
| HO 7D | Summary Earnings Query | | | 1 |
| HO 8D | New Hire, Quarter Wage, Unemployment Query (NDNH) | | | 1 |
| HO 9D | Detailed Earnings Query | | | 6 |
| HO 10D | Summary Earnings Query | | | 1 |
| HO 11D | New Hire, Quarter Wage, Unemployment Query (NDNH) | | | 1 |

## Disability Related Development

| Component No. | Description | Received | Source | Dates | Pages |
|---|---|---|---|---|---|
| HO 1E | Disability Report - Field Office | | | to 01/12/2016 | 3 |

HA-L39 (03-2007)

Liberty/Crespo 0269

Page 22 of 24                                    2018-05-25 20:09:23 (GMT)

From: James Willeford

Paige Friday Crespo (                )                    Page 3 of 5

| | | | | |
|---|---|---|---|---|
| HO 2E | Work History Report | Not Signed | to 01/12/2016 | 7 |
| HO 3E | Disability Report - Adult | Claimant | to 01/12/2016 | 8 |
| HO 4E | Pain Questionnaire / Report | Claimant | to 01/27/2016 | 2 |
| HO 5E | Work History Report | Claimant | to 01/28/2016 | 8 |
| HO 6E | 3rd Party Function Report - Adult | Brooke Sykes - sister | to 01/28/2016 | 10 |
| HO 7E | Function Report - Adult | Claimant | to 01/28/2016 | 8 |
| HO 8E | Disability Report - Appeals | Claimant | to 08/11/2016 | 8 |
| HO 9E | Disability Report - Field Office | | to 08/11/2016 | 2 |
| HO 10E | Exhibit List-CD to Representative or Claimant Form # HA-L56 (03-200) | Claimant | to 02/21/2017 | 12 |
| HO 11E | Recent Medical Treatment | | | 1 |
| HO 12E | Work Activity Report EE | | to 03/02/2017 | 9 |
| HO 13E | Report of Contact | | | 1 |
| HO 14E | Resume of Vocational Expert | | | 2 |
| HO 15E | Resume of Vocational Expert | | | 2 |
| HO 16E | Resume of Vocational Expert | | | |
| HO 17E | Resume of Vocational Expert | Dr Alpar | | |

**Medical Records**

HA-L39 (03-2007)



Liberty/Crespo 0270

Paige Friday Crespo (                    )                              Page 4 of 5

| Component No. | Description | Received | Source | Dates | Pages |
|---|---|---|---|---|---|
| HO 1F | Hospital Records Mammogram/CTD/Endo Biopsy/Hysterectomy | | OCHSNER MEDICAL CENTER | 07/31/2014 to 02/18/2015 | 56 |
| HO 2F | Hospital Records Urogyn FU/Skin Check TBSE/CTD/Vag Lesion | | OCHSNER MEDICAL CENTER | 02/18/2015 to 04/10/2015 | 57 |
| HO 3F | Hospital Records SAH/Cerebral Edema prt 1 | | OCHSNER MEDICAL CENTER | 04/10/2015 to 04/19/2015 | 56 |
| HO 4F | Hospital Records SAH/Cerebral Edema cont. prt 2 | | OCHSNER MEDICAL CENTER | 04/10/2015 to 04/12/2015 | 56 |
| HO 5F | Hospital Records SAH/Cerebral Edema cont. prt 3 | | OCHSNER MEDICAL CENTER | 04/10/2015 to 04/28/2015 | 56 |
| HO 6F | Hospital Records SAH/Cerebral Edema cont prt 4 | | OCHSNER MEDICAL CENTER | 04/10/2015 to 05/04/2015 | 56 |
| HO 7F | Hospital Records SAH/CE cont prt 5/Cranioplasty | | OCHSNER MEDICAL CENTER | 04/10/2015 to 05/14/2015 | 56 |
| HO 8F | Hospital Records Cranioplasty/Headache/Urinary Retention | | OCHSNER MEDICAL CENTER | 05/14/2015 to 05/21/2015 | 57 |
| HO 9F | Hospital Records Body Fluid Exp/Rash/Knee Pain/Eye Exam | | OCHSNER MEDICAL CENTER | 05/10/2014 to 06/16/2015 | 62 |
| HO 10F | Hospital Records Head CT/Wound Check/FU Headache/Migraine | | OCHSNER MEDICAL CENTER | 05/21/2015 to 06/17/2015 | 56 |
| HO 11F | Hospital Records Eval Partial Vision Loss/Scar Check/CTD | | OCHSNER MEDICAL CENTER | 07/02/2015 to 09/08/2015 | 56 |
| HO 12F | Hospital Records Pain/S/P Craniotomy/Eval Cong Func/Mammo | | OCHSNER MEDICAL CENTER | 09/08/2015 to 12/23/2015 | 55 |
| HO 13F | CE Ophthalmology | | MICHAEL N KLEAMENAKIS OD | to 06/15/2016 | 5 |
| HO 14F | Request for Medical Advice | | AR DDS EST | | 2 |

HA-L39 (03-2007)

Liberty/Crespo 0271

2018-05-25 20:09:23 (GMT)

From: James Willeford

Paige Friday Crespo (                    )                                        Page 5 of 5

| HO 15F | DDS Disability Worksheet | DDS SHREV LA | | 3 |
| HO 16F | DDS Disability Worksheet | AR DDS EST | | 4 |
| HO 17F | Attorney/Representative Supplied Evidence | Ochsner Medical Center Main | 01/06/2016 to 12/01/2016 | 113 |
| HO 18F | Claimant-supplied Evidence | | | 7 |



HA-L39 (03-2007)

Liberty/Crespo 0272

# Ochsner Health System

## Health Information Management Department

## Fax Cover Sheet

Date: 5-7-18

To: Liberty Mutual                     From: Disability/FMLA Desk

Phone: _____            Phone: 504-842-0534

Fax: 603-334-5740                Fax: 504-842-2014

# of pages (including cover) __2__

Re: Paige Crespo

_____

_____

_____

_____

## CONFIDENTIALTY NOTICE:

This electronic message, including any attachments, is intended to be privileged and confidential information for the sole use of the intended recipient designated above. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you have received this electronic mail transmission in error, please notify the sender immediately by the above telephone number and delete all copies from your system.

Ochsner Health System       1514 Jefferson Hwy.         New Orleans, LA 70121

Liberty/Crespo 0273

1773053



ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed

without expense to Liberty Mutual

RECEIVED APR 1 3 2018
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

Return To: Ashley Kent

| Employee/Claimant: Paige Crespo | Claim No: 5458678 |
|---|---|
| Employer/Sponsor: Ochsner Clinic Foundation | Date of Birth |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 5/17/17
Date of next visit: none schduled
Frequency of visits:
_____ Weekly    _____ Monthly
_X_ Other: (Specify) 2 yrs

Last hospitalization: 4/14/15
Name of hospital: Ochsner Health
Admitting Diagnosis: Brain Compression; SAH
Surgery: YES ☒ NO ☐
Procedure: Cranioplasty/Frontal Temple and partial (R) head

**2.**
Diagnosis and concurrent conditions with ICD Code: Brain Compression G93.5
Subarachnoid hemorrhage I60.9

Please describe any/all restrictions &/or limitations you have imposed: No limitations for AD, but is not deemed capable of safe patient care

Please describe your treatment plan including medications, & diagnostic testing: Followup every 2 yrs with CTA of the head

Cardiac impairment (if applicable) Functional capacity per American Heart Association    N/A
_____ Class 1 No limitation _____ Class 2 Slight limitation _____ Class 3 Marked limitation _____ Class 4 Complete limitation
B/P Last visit _____

Mental/Nervous impairment:
Axis I a. _____ b. _____    Axis II _____    Axis III _____    Axis IV _____    Axis V _____

Please forward copies of your office notes and test results from _____ through _____
Must submit a signed authorization to ROI/MRO to obtain any records

| Marcus Ware, MD | Neurosurgery | 720276883 |
|---|---|---|
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| 1514 Jefferson Hwy | (504) 842-4033 | |
| Street address | Telephone No. | Fax No. |
| New Orleans, LA 70121 | _[Signature]_ | 4/24/10 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

PAGE. 2/ 2                    Apr.12.2018 08:06 AM

Liberty/Crespo 0274

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0275



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

March 29, 2018

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:   Long Term Disability (LTD) Benefits
      Ochsner Clinic Foundation
      Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits.  Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter.  Please ensure that each form is signed and dated, as we will not be able to accept a form without these required signatures.  Any form that is not dated or signed will be sent back to you for completion.

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under.  Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Kent
LTD Management Specialist III
Phone No.: (888) 437-7611 Ext. 16334
Secure Fax No.: (603) 334-5740

Attachments:   Annual Physician's Statement
               Authorization - Medical

1  of  2

Liberty/Crespo 0276

Claimant Information Form
Claimant Supplementary Statement

2  of  2

Liberty/Crespo 0277



## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed

without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

Return To: Ashley Kent

Employee/Claimant: Paige Crespo                                      Claim No: 5458678

Employer/Sponsor: Ochsner Clinic Foundation                          Date of Birth:

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office.

Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: 
Date of next visit: 
Frequency of visits:
——— Weekly   ——— Monthly
——— Other: (Specify) 

Last hospitalization: 
Name of hospital: 
Admitting Diagnosis: 
Surgery:  YES ☐  NO ☐
Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: 

Please describe any/all **Restrictions and Limitations** you have imposed: 

Please describe your **treatment plan** including medications, & diagnostic testing: 

**Cardiac impairment**  (if applicable)  Functional capacity per American Heart Association
——— **Class 1** No limitation  ——— **Class 2** Slight limitation  ——— **Class 3** Marked limitation  ——— **Class 4** Complete limitation
**B/P** Last visit ———

Mental/Nervous impairment:
**Axis I a.** ———   **b.** ———   **Axis II** ———   **Axis III** ———   **Axis IV** ———   **Axis V** ———

**Please forward copies of your office notes and test results from** ——————— **through** ———————

Provider's name (PLEASE PRINT)                Degree/specialty                SS# OR Tax ID

Street address                                 Telephone No.                   Fax No.

City/State/Zip Code                            Signature                       Date

DP 402 DMS (11/06)

Liberty/Crespo 0278



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _____

Date of Birth: ___ _____  Claim Number: __5458678__  Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

Liberty/Crespo 0279

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

**Return To:** Ashley Kent

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/28/2017 to current. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name:                                              Name:
Specialty:                                         Specialty:
Address:                                           Address:

Telephone No. :(___)_____  Fax No. :(___)_____   Telephone No. :(___)_____  Fax No. :(___)_____

Name:                                              Name:
Specialty:                                         Specialty:
Address:                                           Address:

Telephone No. :(___)_____  Fax No. :(___)_____   Telephone No. :(___)_____  Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name:                                              Name:
Specialty:                                         Specialty:
Address:                                           Address:

Telephone No. :(___)_____  Fax No. :(___)_____   Telephone No. :(___)_____  Fax No. :(___)_____

## PHARMACY(S):

Name:                                              Name:
Specialty:                                         Specialty:
Address:                                           Address:

Telephone No. :(___)_____  Fax No. :(___)_____   Telephone No. :(___)_____  Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE:                                    DATE:

Liberty/Crespo 0280

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

**Return to:** Ashley Kent

**EMPLOYEE/CLAIMANT NAME:** Paige Crespo                 **CLAIM #:** 5458678
**EMPLOYER:** Ochsner Clinic Foundation                  **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                          Relationship to you?                          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**            **EMPLOYEE'S SIGNATURE:**

DP 409

Liberty/Crespo 0281

# FAX COVER SHEET

| TO | Ms. Ashley Kent |
|---|---|
| COMPANY | Liberty Life Insurance |
| FAX NUMBER | 16033343576 |
| FROM | James Willeford |
| DATE | 2018-03-08 21:16:24 GMT |
| RE | Paige Crespo, LTD claim #5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Crespo.

Liberty/Crespo 0282



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                PLEASE REPLY TO:
REAGAN L. TOLEDANO                      RTOLEDANO@WILLEFORDLAW.COM

March 8, 2018

**VIA U.S. MAIL & FAX: (603) 334-3576**

Ms. Ashley Kent
Liberty Life Insurance Company
Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Oehsner Clinic Foundation**

Dear Ms. Kent,

Per your request I am enclosing a copy of the hearing letter, which Ms. Crespo attended. She is awaiting a decision which I will provide to Liberty upon receipt.

Please let me know if you need additional information.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0283



Liberty/Crespo 0284

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0285



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

February 15, 2018

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678

Dear Ms. Paige Crespo:

On January 31, 2018 we attempted to reach you at (504) 582-1286 and left your office a message requesting you provide us with an update on your client, Paige Crespo's Social Security claim. To date, we have not received a response from your office. Please send a copy of the Social Security Award Letter or the Denial Notice, or provide us with the latest documentation you have received regarding the status of Ms. Crespo's Social Security Disability claim.

Please provide the requested documentation regarding the status of Ms. Crespo's Social Security Disability claim by March 15, 2018.

Please be advised if we do not receive the requested documentation by March 15, 2018, we will estimate the amount of Social Security Disability benefits according to Social Security's calculation of what she would receive if she was eligible for disability benefits.

This estimate will be determined by utilizing the benefit calculator provided by the Social Security Administration and is based on her most recent annual salary.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Kent
LTD Management Specialist III
Phone No.: (888) 437-7611 Ext. 16334
Secure Fax No.: (603) 334-5740

1  of  1

Liberty/Crespo 0286

# FAX COVER SHEET

| | |
|---|---|
| **TO** | Ms. Ashley Kent |
| **COMPANY** | Liberty Life Insurance |
| **FAX NUMBER** | 16033343576 |
| **FROM** | James Willeford |
| **DATE** | 2017-11-15 21:41:47 GMT |
| **RE** | Paige Crespo, LTD Claim # 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Reagan Toledano regarding Ms. Crespo.

www.efax.com

Liberty/Crespo 0287



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                    PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

November 15, 2017

**VIA U.S. MAIL & FAX: (603) 334-3576**

Ms. Ashley Kent
Liberty Life Insurance Company
Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige Crespo
       Liberty Mutual LTD Claim No.: 5458678
       Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am writing in response to your letter of November 6, 2017.

Please note that Ms. Crespo's SSDI hearing is on November 16, 2017. I will let you know as soon as we know the outcome of that decision.

Sincerely,

Reagan L. Toledano

RLT/kab

Cc: Paige Crespo

Liberty/Crespo 0288

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0289



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

November 6, 2017

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678

Dear Ms. Paige Crespo:

On September 8, 2017 we spoke with your office regarding the status of your client, Paige Crespo, to see if a hearing date has been scheduled with Social Security. We were advised that your office would check with the attorney and get back to us. Due to no response, we called and left the attorney a message on October 19, 2017 to follow up. To date, we have not received a response from your office. Please send a copy of the Social Security Award Letter or the Denial Notice, or provide us with the latest documentation you have received regarding the status of Ms. Crespo's Social Security Disability claim.

Please provide the requested documentation regarding the status of Ms. Crespo's Social Security Disability claim by December 6, 2017.

Please be advised if we do not receive the requested documentation by December 6, 2017, we will estimate the amount of Social Security Disability benefits according to Social Security's calculation of what she would receive if she was eligible for disability benefits.

This estimate will be determined by utilizing the benefit calculator provided by the Social Security Administration and is based on her most recent annual salary.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Kent
Disability Claims Senior LTD Case Manager I
Phone No.: (888) 437-7611 Ext. 16334
Secure Fax No.: (603) 334-5740

1  of 1

Liberty/Crespo 0290

**From:**  LibertyMutualGBDisabilityClaims@LibertyMutual.com
**To:**  PFRIDAYCRESPO@ATT.NET
**Subject:**  Hurricane Harvey Message from Liberty Mutual



## This is a special message for claimants impacted by Hurricane Harvey.

At Liberty Mutual, we recognize the significant challenges you are facing and don't want you to be worried about your claim or leave during this difficult time. We are extending claim timeframes and other requirements during the recovery period and will work with you to arrange an address change, direct deposit or other accommodations necessary to serve your needs.

Please contact your assigned case manager or call (800) 210-0268 to discuss your options.

## Este es un mensaje especial para los reclamantes impactados por el huracán Harvey.

En Liberty Mutual, reconocemos los importantes retos que se le plantean y no queremos que esten preocupados acerca de su reclamación o ausencia durante este difícil momento. Estamos ampliando los plazos de su reclamacion y los demás requisitos durante el período de recuperación y trabajará con usted para arreglar un cambio de dirección, el depósito directo u otras adaptaciones necesarias para satisfacer sus necesidades.

Póngase en contacto con su administrador de caso asignado o llame al (800) 210-0268 para hablar de sus opciones.

Liberty/Crespo 0291

# FAX COVER SHEET

| TO | Ms. Ashley Kent |
|---|---|
| COMPANY | Liberty Life Insurance |
| FAX NUMBER | 16033343576 |
| FROM | James Willeford |
| DATE | 2017-05-24 21:23:52 GMT |
| RE | Paige Crespo, LTD Claim# 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Reagan Toledano regarding Ms. Paige Crespo.

www.efax.com

Liberty/Crespo 0292



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                    PLEASE REPLY TO:
REAGAN L. TOLEDANO                         RTOLEDANO@WILLEFORDLAW.COM

May 23, 2017

**VIA U.S. MAIL & FAX: (603) 334-3576**

Ms. Ashley Kent
Liberty Life Insurance Company
Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:     Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Ms. Kent,

I am enclosed the Claimant Supplementary Statement and authorization, which has been completed by Ms. Crespo.

Please contract my office if you need additional information.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0293

May.23.2017   08:50 AM                                                    PAGE.  1/  2


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____ Paige Crespo _____

Name of legal representative, if applicable (print) __ Reagan Toledano, ESQ. __ Relationship __ ATTORNEY __

Signature of claimant or legal representative __ Paige Crespo __

Date of Birth: _____    Claim Number: __ 5458678 __ Date: __ 5/24/17 __

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

Liberty/Crespo 0294

CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

Return to: Ashley Kent

**EMPLOYEE/CLAIMANT NAME:** Paige Crespo      **CLAIM #:** 5458678
**EMPLOYER:** Ochsner Clinic Foundation      **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) Crespo Paige | Social Security # |
| --- | --- |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status O |
| --- | --- | --- |

| Spouse's Full Name and Date of Birth | Number of Children 3 | |
| --- | --- | --- |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Brooke Sykes    Relationship to you? Sister    Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? yes it hasn't expired yet

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
| --- | --- | --- | --- | --- | --- | --- |
| | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| | X | Social Security (disability or retirement) | $ | | | |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| | X | Short Term Disability or State Disability | $ | | | |
| | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | X | Workers' Compensation | $ | | | |
| | X | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| X | | Other income/money/benefit (describe) | $ 8500/month 101 disability policies (individual) | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** Paige Crespo

**DATE:** 5/24/17      **EMPLOYEE'S SIGNATURE:** Paige Crespo

Liberty/Crespo 0295

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. PAIGE CRESPO
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS LA 70170

Liberty/Crespo 0296



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

May 15, 2017

Ms. Paige F. Crespo
C/O REAGAN L TOLEDANO
WILLEFORD & TOLEDANO
201 ST CHARLES AVE, STE 4208
NEW ORLEANS, LA 70170

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

Please have Ms. Crespo complete the enclosed forms that must be completed on an annual basis. Please have the completed forms returned to our office by June 15, 2017.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Kent
Disability Claims Senior LTD Case Manager I
Phone No.: (888) 437-7611 Ext. 16334
Secure Fax No.: (603) 334-5740

Attachments:   Claimant Supplementary Statement
               Authorization - Medical

1  of  1

Liberty/Crespo 0297



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __5458678__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

Liberty/Crespo 0298

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5740

**Return to:** Ashley Kent

---

**EMPLOYEE/CLAIMANT NAME:** Paige Crespo                                **CLAIM #:** 5458678

**EMPLOYER:** Ochsner Clinic Foundation                                **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| --- | --- | --- | --- |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                   Relationship to you?                                   Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**                        **EMPLOYEE'S SIGNATURE:**

DP 409



**A.** ████████████████████

| | | | | | |
|---|---|---|---|---|---|
| Claimant Name: | PAIGE  F  CRESPO | Social Security: | | Emp #: | 5694695 |
| Address: | C/O REAGAN L TOLEDANO WILLEFORD & TOLEDANO 201 ST CHARLES AVE, STE 4208 NEW ORLEANS, LA 701700000 | Dependents: 0<br>Marital Status: M<br>Gender: FEMALE<br>DOB: | | Claim #: 5458678<br>Product: LTD<br>Funding: CON<br>Status: AP | |
| Telephone: | ( | Date of Disab: | 4/11/2015 | Doc Locations: | ☑ Document List<br>☐ Correspondence<br>☐ Paper File |

| | | | |
|---|---|---|---|
| Customer: | OCHSNER CLINIC FOUNDATION | Case Mgr: | Todd D. Youngberg |
| ID: | 09-461332 | Office: | 0163 |
| Sub: | NEW ORLEANS CLINIC BIWEEK | SDN: | 8*731-0280 |
| Loc: | 24000000 | Date Sent: | 4/28/2017 4:09:40 PM |

Number of claim files being sent:  1

**B.** ████████████████████████

| | Y/N |
|---|---|
| **Settlement Opportunity** | |
| Is the claimant a good settlement candidate?  If yes, consider a referral for settlement prior to maintenance referral. | No |
| **Medical Determination** | |
| Has the claimant reached maximum medical improvement? | Yes |
| Has all requested medical information been received and is within 6 months of the current date? | Yes |
| Are appropriate tasks set for continued management with next task no sooner than 30 days? | Yes |
| **SS Information** | |
| Has SSDI screen been updated to reflect current status? | Yes |
| Is claimant attorney represented for SS?  If yes, add attorney information in the additional comment section. | Yes |
| **Forms** | |
| Does the claim contain all required claimant forms?<br>   * Claimant Supp Statement - within 12 months<br>   * TEE, CIF, Activities questionnaire, Family questionnaire<br>   * SS Reimbursement agreement | Yes |
| Does the claim contain all required claimant authorization forms?<br>   * Long Authorization - signed and dated within 24 months<br>   * SS Authorization - signed and dated within 12 months | Yes |
| **Other** | |
| Does the schedule payment screen contain a gross benefit override?  If yes, please enter a claim note documenting the details as to why there is a GBO in place. | No |
| Have all other income benefits been applied with appropriate duration or eligibility ruled out?  (example:  Workers Comp, Pension) | Yes |
| Is there any third party lawsuits or legal issues on this claim? | No |

**Additional Comments**

Reagan Toledano
201 St. Charles Ave.
Ste. 4208
New Orleans, LA 70170

██████████████



**A.** ████████████████

| | | |
|---|---|---|
| Claimant Name: PAIGE  F  CRESPO | Social Security: | Emp #: 5694695 |
| Address: C/O REAGAN L TOLEDANO WILLEFORD & TOLEDANO 201 ST CHARLES AVE, STE 4208 NEW ORLEANS, LA 701700000 | Dependents: 0 | Claim #: 5458678 |
| | Marital Status: M | Product: LTD |
| | Gender: FEMALE | Funding: CON |
| Telephone: ( | DOB: | Status: AP |
| | Date of Disab: 4/11/2015 | Doc Locations: ☑ Document List ☐ Correspondence ☐ Paper File |

| | | |
|---|---|---|
| Customer: OCHSNER CLINIC FOUNDATION | Case Mgr: Todd D. Youngberg | Number of claim files being sent: |
| ID: 09-461332 | Office: 0163 | |
| Sub: NEW ORLEANS CLINIC BIWEEK | SDN: 8*731-0280 | |
| Loc: 24000000 | Date Sent: 4/28/2017 4:09:40 PM | 1 |

**C.  For SSAT Use Only**

Date claim received: _____

Insurance Assistants Initials:_____

Date to DCM: _____

Date DCM completed review: _____    DCM Initials:_____

☐ Verify salary and that max benefit date is correct.

☐ Is there a GBO on the claim: Verify that there is a claim note explaining the GBO and indicating the current amount.

☐ CSS and offset/deduction screen review.  Are all types of other income coded in S1 and through  the max benefit date if appropriate?   Update dependent screen and confirm that any outstanding overpayments are being managed by CRU.

☐ Review initial interview and approval claim note for mention of benefits from other income (WC, Subro, SS, Pens, STAT, etc).  Complete ISO search if necessary.

☐ Are current forms on file (CSS, long auth, SSA, SSRA, Family info, activities questionnaire, updated medical?)

**Social Security**

☐ SSDI field updated with current SS Status.

☐ If clmt has applied for SS on own or with private atty is proof of SS status on file or is updated proof needed.

☐ Is Clmt 62 or older: has receipt of SSRT and ER pension benefits been looked into.

**Complete**

☐ Add Action Plan note: should include SS, med and form update, etc.

☐ Add corresponding tasks to support action plan.

Liberty/Crespo 0301

*Reprint 3TG78 9-13-16*

 **SOCIAL SECURITY ADMINISTRATION**

**Refer To:**
Paige Friday Crespo

Office of Disability Adjudication and Review
Metairie
SSA ODAR HEARING OFC
STE 2000
1 GALLERIA BLVD
METAIRIE, LA 70001
Tel: 877-870-6383
Fax: 504-219-8917

August 19, 2016

Paige Friday Crespo

Dear Paige Friday Crespo:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 20 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC. (We may extend the 30-day period if you show you had good cause for missing the deadline.) Please let us know by completing and returning the attached form in the envelope we sent you. We will arrange for you to appear in person.

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

**Suspect Social Security Fraud?** Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Form HA-L2 (04-2015)

Claimant

*See Next Page*

Liberty/Crespo 0302

## Addendum to Clinical Case Review

**Referred By:**            YOUNGBERG, TODD  096  8*731-0280
**Report Date**:            04/24/17
**Insured's Name**:         Paige Crespo
**DOB**:
**Claim**:                  5458678
**Employer**:               OCHSNER CLINIC FOUNDATION
**Job Title/Occupation:**   CRNA-Nurse Anesthetist
**Dx**:                     F01.50 Vascular dementia
**DOD**:                    04/11/2015
**Type of Claim:**          LTD

**Referral Questions**: File returned to DR. BELLIVEAU to review Neuropsych Testing report dated 5/24/16 for which he dictated questions for, DR. BELLIVEAU to comment on Neuropsych Testing results, comment on whether any ongoing cognitive impairment is supported and comment on the validity of the testing.  Are any cognitive restrictions supported?

**Response to Referral Questions**: In contrast to the data available at the time of the previous record review, the interim records and recent neuropsychological exam data provide reasonable support for the presence of perceptual-motor and cognitive impairment which is most likely due to the claimant's history of cerebrovascular accident. When considered in the context of the claimant's premorbid / baseline level of functioning and her neurological / neurosurgical history, the recent exam results provide reasonable support for the DSM-5 diagnosis of a Major Vascular Neurocognitive Disorder, or equivalently the ICD-10 diagnosis of Vascular Dementia.

Based on this updated information, the claimant's visual, motor, and cognitive deficits would probably interfere with her ability to consistently maintain concentration, accuracy, and memory for work-related tasks, and her visual-motor deficits represent additional risk for perceptual errors and/or lapses in fine motor control / fine manual dexterity during work-related procedures.  The records available for review provide reasonable support for the need for complete occupational restriction from the safety sensitive occupation of a registered nurse and/or nurse anesthetist.

At about 2 years post-injury, and considering the type of neurovascular injury she sustained, further neurologically-based improvement in the claimant's cognitive functioning is not likely.

1 of 3      5458678 A 04 24 17

Liberty/Crespo 0303

**Analysis**: The scope of the following analysis is limited to consideration of the claimant's neuropsychological status.  Consideration for any possible impairment related to non-neuropsychological medical conditions is outside the scope of this review.

The claimant has had 3 neuropsychological examinations, at about 6 months after the cerebrovascular accident, then 13 months, and most recently at about 20 months.

Her cognitive performance during the initial exam (6 months post injury) was essentially within the average to high average range.

As explained in my previous *Addendum*, the primary finding of the May 2016 (13 months post injury) independent neuropsychological exam (Dr. Yohman) was that the claimant's pattern of exam performance yielded invalid cognitive and psychological test results.  The validity assessment methods used in the May 2016 examination provided converging scientifically-based support for the presence of noncredible exam performance.  The most clear examples include the examinee's essentially random level of performance on the Test of Memory Malingering (Trial 2 = 24, Retention = 27) and Word Memory Test performance at an essentially random level, if not approaching the range associated with statistically supported suppression of ability (i.e., IR=30, DR=22, INC=24).

The interim records include further information about the claimant's visual status (visual loss identified in some reports as a left inferior quadrantanopia, and in others as a homonymous hemianopia) and medical records and attestations by physicians (e.g., Dr. Ware; Dr. Corsetti) about changes in the claimant's motor, cognitive, and behavioral functioning since her April 2015 cerebrovascular accident.

Another neuropsychological examination was completed in January 2017 (Drs. Dilks & Hutchinson).  The exam procedures included administration of 1 performance validity test (Rey 15 Item Test) and 1 symptom validity test (Miller Forensic Assessment of Symptoms Test).  The report indicates that the examinee had passing scores on both tests. The Rey 15 item test has a relatively low level of sensitivity for detection of insufficient effort during cognitive exam.  However, the passing score she obtained increases confidence in the accuracy of the cognitive test data.  Another performance validity index can be derived from the examinee's performance on one of the tests (Reliability Digit Span based on the pattern of WAIS-IV Digit Span responses), but the examinee's Reliable Digit Span score is not included in the report.

In contrast to the indications of invalid / noncredible performance during the May 2016 exam, the January 2017 test findings are reasonably presumed to be accurate indications of the claimant's current neuropsychological status.  The cognitive test data are indicative of impairment in perceptual-motor functioning (i.e., impaired visual perception, tactile sensation with the left hand, grip strength with the left hand, fine motor speed with the left hand) and impairment in cognitive functioning (i.e., attention in the low average range; visual-motor integration / efficiency in the low average range; visual-spatial analysis in the low average range; memory performance at the cusp of the low average to

Liberty/Crespo 0304

average range).  Her responses to a questionnaire about anxiety symptoms yielded a total score that is within the normal range.  Her responses to a questionnaire about mood symptoms yielded a total score in the range of minimal depressive symptoms.

When considered in the context of the claimant's premorbid baseline level of functioning and her neurological and neurosurgical history, the recent exam results provide reasonable support for the DSM-5 diagnosis of a Major Vascular Neurocognitive Disorder, or equivalently the ICD-10 diagnosis of Vascular Dementia.  The medical records and neuropsychological exam data provide insufficient support for the presence of a distinct mood disorder (i.e., "Unspecified Depressive Disorder") beyond the presence of emotional and psychological symptoms which are most parsimoniously subsumed under the broader diagnosis of vascular dementia.

**Additional Recommendations**: None.

**Case Summary**: Medical records of this 45 year old right-handed woman indicate that on 04/10/15 she had an intracranial hemorrhage caused by a rupture of an arteriovenous malformation in the distribution of the right middle cerebral artery for which she underwent a neurosurgical intervention / clipping procedure.  A CTA of the head done on 06/17/15 showed moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm. In addition to her report of cognitive problems, medical records indicate partial visual loss (left inferior quadrantanopia) and residual left sided motor deficit.  Her records also indicate a history of an undifferentiated connective tissue disease.  After a brief period of rehabilitation, she has had follow-up with neurosurgery, neurology, and ophthalmology follow-up.  A clinical neuropsychological examination was completed on 10/12/15 (Dr. Mizuki).  Independent neuropsychological examinations were completed on 05/24/16 (Dr. Yohman) and in January 2017 (Drs. Dilks & Hutchinson).

< electronically signed >
Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consultant, Liberty Mutual Insurance Company

Liberty/Crespo 0305



## CONFIDENTIAL INVESTIGATIVE REPORT
### April 14, 2017

| | | |
|---|---|---|
| **Attn: Todd Youngberg**<br>**Liberty Mutual Group Disability**<br>**Group Benefits Disability Claims**<br>**100 Liberty Way**<br>**Dover, NH 03820** | YOUR FILE NO. | 5458678 |
| | OTHER FILE NO. | Moore, C |
| | OUR FILE NO. | 201704-926.1 |
| | INSURED/EMPLOYER | Ochsner Clinic Foundation |
| | ASSIGNMENT OPEN | 4/6/2017 |
| TYPE OF CLAIM | Disability (DI) | |
| REPORTED INJURY | Not Provided | |
| DATE OF LOSS | 4/11/2015 | |
| INVESTIGATOR | Shaun Buchanan | |
| DATES OF INVESTIGATION | 4/13/2017 – 4/14/2017 | |

| SUBJECT/CLAIMANT | |
|---|---|
| NAME: | **Paige Crespo** |
| ADDRESS: | |
| DOB: | |

| PHOTO IDENTIFICATION |
|---|



Name: Paige Crespo                                                                 Page: 2
Claim Number: 5458678

## SUMMARY

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, MySpace, Twitter, Google+, and YouTube. **Matches were located on the following sites:**

**Facebook**

The claimant's Facebook states she works at Ochsner Medical Center. Employment dates were not listed. Her page was last publicly updated on 10/8/2015 when she updated her cover photo. Tagged photos of the claimant since the date of loss were located on friend's pages which all show the claimant standing. The claimant's husband and sister were located on Facebook. They both posted updates around the date of loss providing details the claimant's diagnosis and treatment. A GoFundMe link was located on the claimant's sister's Facebook. The link is no longer active.

Search criteria included variations of names, places of residence, telephone numbers and other information.

## ANALYSIS

| MAPPING | • A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence |
|---|---|
| DIRECTORY ASSISTANCE | • Directory assistance lists the provided phone number for the claimant          is a mobile phone with a LA area code. A registered name was not provided. |
| SOCIAL NETWORKING | • Positive matches were located on the claimant through Facebook. |

Liberty/Crespo 0307

Name: Paige Crespo                                                    Page: 3
Claim Number: 5458678

## Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of





Name: Paige Crespo                                                                    Page: 4
Claim Number: 5458678

## Directory Assistance

An online directory assistance search revealed the claimant's phone number of
____ is a mobile phone with a LA area code. A registered name was not provided.



## Social Networking

### Facebook

https://www.facebook.com/paige.crespo



Liberty/Crespo 0309

Name: Paige Crespo                                                                                      Page: 5
Claim Number: 5458678





Liberty/Crespo 0310

Name: Paige Crespo                                                                 Page: 6
Claim Number: 5458678





Liberty/Crespo 0311

Name: Paige Crespo                                                                         Page: 7
Claim Number: 5458678





Liberty/Crespo 0312

Name: Paige Crespo                                                                                          Page: 8
Claim Number: 5458678



Name: Paige Crespo                                                                Page: 9
Claim Number: 5458678





Name: Paige Crespo
Claim Number: 5458678

Page: 10





Name: Paige Crespo                                                                    Page: 11
Claim Number: 5458678



Husband: https://www.facebook.com/chad.crespo



Liberty/Crespo 0316

Name: Paige Crespo                                                                 Page: 12
Claim Number: 5458678

Chad Crespo
April 23, 2015 · River Ridge, LA

I will be a happy man if never hear the term "vasospasm" ever again!

Share

72

Jaime Starks Winter Pray for you all!!!!
April 23, 2015 at 10:29pm · 1

Joey Almagro Thinking of yall Chad.
April 23, 2015 at 10:31pm · 1

Stacie Farrell Richardson Prayers!
April 23, 2015 at 10:33pm

Kathryn Kuzmich LeMieux hugs and prayers! you all are in all of our thoughts!
April 23, 2015 at 10:40pm · 1

Jeanne Morales LeBlanc Praying for Paige
April 23, 2015 at 10:46pm · 1

Emma Scheuermann Prayers for y'all! If we can help in any way let us know!
April 23, 2015 at 10:46pm · 1

Anita Shannon Lasiter Prayers from Virginia.
April 23, 2015 at 10:49pm

Mike Thompson
April 23, 2015 at 11:03pm

Michael Friday Hang in there Chad it is going to get better
April 23, 2015 at 11:08pm · 1

Michael Edward Gordin Me too chad
April 23, 2015 at 11:11pm · 3



Lynette Chabert

Sending up
Healing Prayers

April 23, 2015 at 11:28pm · 1

Liberty/Crespo 0317

Name: Paige Crespo

Claim Number: 5458678

Page: 13



Karly Champagne Haik Prayers
April 23, 2015 at 11:34pm · 2

Kelley Hoffmann Ain't that the truth! Love ya Man
April 23, 2015 at 11:39pm · 2

Allison Flint Raynor Thinking of you, Chad... Lots of prayers.
April 24, 2015 at 12:28am · 1

Andrea Froloff Chaney Wish I could be there to give you and the kids a hug. Praying for you, Paige and the family. Be strong and keep hanging in there xoxo
April 24, 2015 at 6:40am · 2

ALynn Mackie Conlan Prayers!!!
April 24, 2015 at 6:53am · 1

Dawn Theriot Naquin Sending lots of prayers for strength and healing.
April 24, 2015 at 7:36am · 1

Amy Mackie Praying for you all and that she be lifted up to him. And her health is restored!! Sending you all big bear hugs, forehead kisses as well!!!
April 24, 2015 at 7:45am · 1

Gretchen Steeg Morris One day at a time, sending positive thoughts your way.
April 24, 2015 at 8:24am · 1

Jennifer Appe Guidry Prayers going your way
April 24, 2015 at 8:33am · 1

Kathy Poston
April 24, 2015 at 9:48am · 1

Scott Staes Prayers up for u n ur fam.
April 24, 2015 at 10:03am · 1

Melissa Guichet Murray Brooke only knew 1 other little girl and was SO happy to see Riley at softball tryouts.. and she is super-excited to be on the same team. At least this is one small thing we can help with. And remember we are just down and around the corner! Call on us
April 24, 2015 at 12:29pm · 1

Stephanie Whittington erin saiid her prayer imtentions for "miss paige". thinking about yall everyday.
April 24, 2015 at 5:55pm · 1

Alyson Abbas Uuuughhhh.....it has to be exhaisting Chad. good thing your work out  ....and you're mr. tough guy. You are a godsend to Paige Friday Crespo!! she is so lucky!!! sending strength and love from philly. xo
April 24, 2015 at 9:48pm · 2

Liberty/Crespo 0318

Name: Paige Crespo                                                                                                                Page: 14
Claim Number: 5458678

 Paige Friday Crespo Yes he is Allyson. He has been aoooo get
April 24, 2015 at 10:03pm · 4

 Alyson Abbas You are worth it Paige Friday Crespo! all of IT!! i don't doubt his
greatness for one second!
April 24, 2015 at 10:14pm · 2

Michelle LaCaze Statham Praying everyday !!!! Sending you guys all my energy

 Missing you Paige Friday Crespo
April 25, 2015 at 10:32am · 1

 Effie Chaisson Luv and hugs to your family - I'm hear for whatever you may
need ! Kid toting , food, house cleaning , venting ,
April 25, 2015 at 10:53am · 1

 Jeanne Morales LeBlanc Paige, you are an incredible woman and God is
sending his strength through your loving family and friends. In our thoughts and
prayers.
April 26, 2015 at 11:10pm

 Doug Peters I will keep you and your family in my prayers Chad.
April 28, 2015 at 10:38am

Liberty/Crespo 0319

Name: Paige Crespo                                                                                  Page: 15
Claim Number: 5458678

 **Chad Crespo**
April 13, 2015 · River Ridge, LA

I'm so sorry I left out Texann Lightell Valdine who was with Paige (saved her) and protected Riley Friday night.

There are so many people who helped all weekend. Please don't be upset if I didn't mention you. I truly love all of you.

 Share

 36

 **Texann Lightell Valdine** I love you guys and I am here for your family. Prayers will continue.
April 13, 2015 at 11:34pm · 2

 **Melissa Poupart** I told your mom today that I am available to help with anything y'all need. I can watch the kids, help with homework, bring dinner, anything. My mom is being taken care of now so I'm free. If I can be of any help at all please let me know.
Paige is in all of our prayers as well as you and the kids.
April 14, 2015 at 12:29am · 2

 **Bridget Beary Lemoine** Chad I am so sorry to read about your wife. I will pray strong for you all. The homily in mass yesterday was about the power of prayer- Father said never underestimate the power of prayer, prayer changes the world! God bless
April 14, 2015 at 12:35am · 4

 **ALynn Mackie Conlan** I don't know what's going on....but prayers to you ALL!!!
April 14, 2015 at 6:09am

 **Christy Compagno Santangelo** We r thinking about U guys! Please let us know if we can do anything ! 🙏🙏🙏🙏
April 14, 2015 at 12:52pm

Liberty/Crespo 0320

Name: Paige Crespo                                              Page: 16
Claim Number: 5458678



**Chad Crespo**
April 13, 2015 · River Ridge, LA

I can't thank everyone enough for your thoughts and prayers. I'm sorry if I can't reply to all of the messages and texts. But please know we are getting them and I'm reading them to Paige.

Paige is doing very well but we have a tremendously long way to go. She is the toughest person I've ever met. She spoke with our friend Tanya today and said she wanted to see Mr World Wide 305 at Jazz Fest! Lol.

That's right she remembers who Pitbull is and that he's playing on Sunday which is a Miracle. The doctors are in awe of everything she is doing.

Her status could change day to day but today she doing well and that's all I can stand on.

She won't make it to Jazz Fest but I hope and pray we will go again.

I want to especially thank everyone who was there Friday night. You know who you are and I love you for that. It was the worst night of my life but my boyz and girlz were at my side.

If you run into Dr Ralf Corsetti give him a hug and a kiss he deserves it. (Holli, Nicole, Mimi, Leslie and others deserve one too.) Toby, Deidre, Brooke, Mrs Teresa, Craig, Jessica and Ricardo, Doc and my parents are rock stars in my book.

God's will be done!

👍 Share

🖒 152

14 shares

 Jaime Starks Winter Praying for you both!!!!!
April 13, 2015 at 10:56pm

 Brittany Granier So sorry had no idea this was going on; Prayers sent your way.. May all news moving forward be positive!
April 13, 2015 at 11:02pm · 🖒 1

 Rocio Rivera OMG Chad, I just heard about this. I am glad to hear eveything is better. I will keep you and your family in my prayers. Sending blessings your way.
April 13, 2015 at 11:03pm

 Kevin Preau Prayers, Chad!
April 13, 2015 at 11:04pm

 Amy Betz Abadie Prayers!!!!
April 13, 2015 at 11:04pm

Name: Paige Crespo                                                                    Page: 17
Claim Number: 5458678

 Deborah Shrable Howard I can't imagine. Prayers.
April 13, 2015 at 11:04pm

 Tyler Scheuermann Thinking of you guys.
April 13, 2015 at 11:04pm

 Samantha Leeuwen Happy to hear she is doing well! Keeping her & you & your kids in my thoughts & prayers. That is so awesome to hear you have so much amazing support!
April 13, 2015 at 11:05pm

 Dawn Venturella Gale Keeping prayers coming!! She's a tough chick.. She will keep fighting.. Stay strong!!
April 13, 2015 at 11:05pm

 Lynette Chabert Lifting up in prayer!
April 13, 2015 at 11:05pm

 Anita Shannon Lasiter Haven't been able to get you guys off my mind since I heard. Lots of prayers going up followed by lots of love.
April 13, 2015 at 11:06pm

 Malcolm Adams Orgeron III Praying Chad Crespo
April 13, 2015 at 11:06pm

 Lynette Chabert



April 13, 2015 at 11:07pm

 Effie Chaisson Lots of love
April 13, 2015 at 11:13pm

 Mike Thompson Big prayers still coming your way Chad! God Bless.
April 13, 2015 at 11:13pm

 Chad Crespo I'm so sorry I left out Texann Lightell Valdine who was with Paige (saved her) and protected Riley Friday night.
April 13, 2015 at 11:14pm   4

 Granville Morse Godspeed Chad. Dr Corsetti is awesome & so is Paige. Prayers are with you.
AMDG
Granny
April 13, 2015 at 11:16pm   2

Liberty/Crespo 0322

Name: Paige Crespo                                                                          Page: 18
Claim Number: 5458678

 **Andrea Orgeron Helwig** The Helwigs are praying for your family.
April 13, 2015 at 11:18pm

 **Susan Labbe-Craigie** Sending many prayers for Paige, you and your family
April 13, 2015 at 11:20pm

 **Ryan Scafidel** Prayers for you and your family!
April 13, 2015 at 11:22pm

 **Christopher LeMieux** We are praying and tell her we'll go see Big Freedia another time.
April 13, 2015 at 11:25pm

 **Kathryn Kuzmich LeMieux** We are praying! Hugs! You all are on every thought it seems of every second of the day! Even my dreams! Paige is one tough woman but Chad you are so tough! You have this too!
April 13, 2015 at 11:25pm

 **Lance Ranlett** Prayers for your wife and family.
April 13, 2015 at 11:26pm

 **Rae Zeller** Prayers for you and you family, Chad!!
April 13, 2015 at 11:26pm

 **Shelly Strada** Continued prayers for your family. Hoping things continue in a positive direction.
April 13, 2015 at 11:27pm

 **Carl Koppeis** Sorry to hear about this Chad, praying for your wife, you and your family.
April 13, 2015 at 11:31pm  Edited

 **Micah Blazek Bertrand** I'm so glad to read that Paige is stable at the moment, and I pray that she continues to progress. Chad, I know you've got a ton of friends telling you this, but it goes for me, too. Call of you need ANYTHING at all. Here for y'all, man!! ♥♥
April 13, 2015 at 11:30pm

 **Amanda Roger LaFrance**
April 13, 2015 at 11:32pm

 **Ashley Juno Larsen** Your families in my prayers chad!
April 13, 2015 at 11:33pm

 **Ebonee Faith** Prayers flowing over for your wife and your family.
April 13, 2015 at 11:34pm  Edited

 **Whitney Lamb Brooks** Your family is in our thoughts and prayers
April 13, 2015 at 11:36pm

 **Gretchen Steeg Morris** Prayers and positive thoughts for your family!
April 13, 2015 at 11:39pm

 **Clint Joffrion** Stay strong brother! Praying for a speedy recovery!
April 13, 2015 at 11:40pm  ● 1

Liberty/Crespo 0323

Name: Paige Crespo                                                                                    Page: 19
Claim Number: 5458678

 **Jared Terrebonne** You've always been a person of great character, Chad. I pray that God puts his healing hands on your wife and gives you strength throughout this battle. I'm truly sorry for the pain that your wife and your family are enduring. All my love bro
April 13, 2015 at 11:41pm

 **Louis Guirovich** We are praying for your family. All of my thoughts and prayers for a speedy recovery.
April 13, 2015 at 11:42pm

 **Melanie Burns Stringer** God is so good and prayers are so powerful. Lifting you, Paige and your fam up in prayers. Many many prayers. ▲▲▲▲▲
April 13, 2015 at 11:44pm

 **Vaughn Barbarin** Chad, i will certainly keep your family in my prayers. Stay strong my friend.
April 13, 2015 at 11:46pm

 **Erica Adams** Positive thoughts and prayers you and Paige!
April 13, 2015 at 11:48pm

 **Dawnne Slattery Keeney** Chad- just reading this and sending prayers of healing and support you and Paige's way. For what it's worth, I've had 2 friends go trough this and while the recovery can sometimes be a series of 2 steps forward and one step back, both friends are recovered. It just takes a while. Both were women and they made their best progress when their kids were with them.
April 13, 2015 at 11:48pm    2

 **Allison Flint Raynor** Hey, Chad... Keeping you and yours in my best thoughts and prayers, especially Paige.
April 13, 2015 at 11:49pm

 **Jody Stroud** Great to hear my good friend and praying for more postive strides for Paige.
April 13, 2015 at 11:50pm

 **Stacie Farrell Richardson** Praying for Paige and you and the kids!
April 13, 2015 at 11:51pm

 **Cecilia Leon Drago** We're thinking of you and your family, Chad. Paige is a tough cookie and she's gonna kick some ass. Hang in there, man. Let us know if there's anything we can do.
April 13, 2015 at 11:51pm    2

 **Danielle Yuratich Dauzat** Chad, my family is sending their thoughts and prayers. May god bless you and yours.
April 14, 2015 at 12:02am

 **Jenny C Orlando** Chad, we are so sorry to hear about Paige. Please know our hearts are with you and your family and prayers are being sent. Hugs to you all.
April 14, 2015 at 12:41am

 **Donny Faust** Chad, I'm very sorry to hear the news but I'm also encouraged by the latest. You have always been a tremendous stand up person and please know that I'm praying for you all and wish for nothing but the best.
April 14, 2015 at 12:54am

Name: Paige Crespo                                                                    Page: 20
Claim Number: 5458678

 Joey Markey Prayers buddy
April 14, 2015 at 1:35am

 Beau Bethune Prayers are with you and Paige ole boy.
April 14, 2015 at 1:47am

 Scott Staes Praying for u n ur fam.
April 14, 2015 at 1:52am

 Karly Champagne Haik Chad you are a great husband and father, sorry I was not physically there but I was mentally. I know PAIGE as "Paige" she will win. I love and miss you both.
April 14, 2015 at 3:10am

 Jeff Motes Praying for yall bro!!!!
April 14, 2015 at 5:43am

 Janene Baker Goebel Chad you know we are there for you and your family. Just keep telling Paige we love her and she will pull through this!
April 14, 2015 at 5:44am

 Suzie Clarke Thank you, Chad, for sharing. Prayers for all. Please give her our love.
April 14, 2015 at 5:51am

 Bryan Harden Chad our prayers go out to you and your family!
April 14, 2015 at 6:06am

 Kristie Galy Chad, my thoughts and prayers are with you and your family. Praying for a speedy and full recovery for Paige.
April 14, 2015 at 6:23am

 Andrea Froloff Chaney Chad...you and Paige make an incredible team. Always have. There's no doubt that you will both come through this an even stronger team. Keep doing what you're doing- praying, staying strong and being positive. Find comfort in knowing that you and Paige have an army of people in this fight doing the same thing, cheering for Team Crespo. Hugs, love and prayers from the Chaneys. We love you both. xoxo
April 14, 2015 at 6:25am  ⊙ 1

 Nicole Barrios Prayers for her and your family.
April 14, 2015 at 6:39am

 Toby Gordin Mr. World Wide 305?!?!
That's Hilarious!... See More
April 14, 2015 at 7:12am

 Erik Robert Mcmacken hoping thebestest for you n your family
April 14, 2015 at 7:33am

 Lee Fisher Montecino Thoughts and prayers... 🙏🙏
April 14, 2015 at 7:40am

 Alia Gwen Casborne Keeping your family in my thoughts and prayers, Chad.
April 14, 2015 at 7:58am

 Holli Hastings Hall We love you Chad!
April 14, 2015 at 8:15am

Liberty/Crespo 0325

Name: Paige Crespo                                                        Page: 21
Claim Number: 5458678

 Dana Desforges Bullentini Scott,Sammy and I are praying for y'all. Big hugs and love from BR
April 14, 2015 at 8:33am

 Ricky Christiana Thoughts and prayers to you and your family.
April 14, 2015 at 8:46am

 Lonnie Treadaway Chad- keeping you and your family in my prayers. May the progress continue. Stay strong my friend!
April 14, 2015 at 8:47am

 Gerald Lannan Prayers going up my friend.
April 14, 2015 at 8:51am

 Kelley Lee Kiger Our prayers are with Paige and all of you.
April 14, 2015 at 8:59am

 Liz Klump Nyholm My thoughts & prayers are with your family!
April 14, 2015 at 9:09am

 Kevin Martin Prayers go out to all of you!
April 14, 2015 at 9:27am

 Scott Gaillot Prayer for you and your family.
April 14, 2015 at 10:29am

 Elise Gross Chad so sorry to hear about Paige. We are keeping your family in our prayers and if we can help in any way, please let me know.
April 14, 2015 at 10:54am

 Joe Scheuermann Be Strong! Prayers and thoughts are with you!
April 14, 2015 at 11:45am

 Kevin Larpenter Gangsta - many prayers to you and your family. Stay positive and be strong
April 14, 2015 at 12:26pm

 Malinda Shook Prayers and thoughts are with you and your family. If there is anything jimmy and I can do to help we are here for you ,Stay strong!!
April 14, 2015 at 2:46pm

 Macky Waguespack Many prayers my brother!
April 14, 2015 at 3:10pm

 Calais Hurst Waring We love you so much! You're both going to make it through this. Hang in my friend.
April 14, 2015 at 10:44pm

 Stephanie Whittington praying for paige and your family.
April 14, 2015 at 11:23pm

 Jeff Stempel U guys will be in my prayers!!
April 15, 2015 at 12:44am

Liberty/Crespo 0326

Name: Paige Crespo                                                           Page: 22
Claim Number: 5458678

Sister: https://www.facebook.com/brooke.f.sykes





Name: Paige Crespo
Claim Number: 5458678

Page: 23





Name: Paige Crespo

Page: 24

Claim Number: 5458678



**Brooke Friday Sykes**

April 22, 2015

Please Read Paige Friday Crespo story and help support her recovery.



## Click here to support Paige Crespo and family by Elizabeth Nelson

Paige's Story Paige Crespo is a beautiful and very vibrant 43 year old wife and mother of three. She and her husband, Chad and their children, Riley, Aubrey, and...

GOFUNDME.COM

Share

 25

1 share

 Kathryn Kuzmich LeMieux Brooke Friday Sykes it was wonderful finally meeting you. I am praying for you, your mom, and your awesome Crespo clan! Keep up the awesome work you are doing! Hugs!

April 22, 2015 at 9:34pm · 1

 Renee Waddell Pinlac Praying for your family Brooke Friday Sykes!

April 22, 2015 at 11:44pm · 1

 Abby Diddle Flowers Oh Brooke, I am praying for Paige and all of the family! So scary.

April 23, 2015 at 7:31am · 1

Liberty/Crespo 0329

Name: Paige Crespo                                                              Page: 25
Claim Number: 5458678

 **Brooke Friday Sykes** shared a link on GoFundMe.
April 19, 2015 · GoFundMe · 

We cannot thank you enough for the outpouring of support for Paige Friday Crespo.

Xo,
Brooke Brooke Friday Sykes, Teresa Golden Hester

 Click here to support Paige Crespo and family by Elizabeth Nelson

Paige's Story    Paige Crespo is a beautiful and very vibrant 43 year old wife and mother of three. She and her husband, Chad and their children, Riley, Aubrey,...

GOFUNDME

 Share

 9

1 share

 Kathryn Kuzmich LeMieux We love your precious Crespo clan!
April 19, 2015 at 8:49pm · 1

 Flo Cobb Greer Praying for Paige, her family and for Teresa and her family.
April 19, 2015 at 11:41pm

Liberty/Crespo 0330

Name: Paige Crespo                                                                 Page: 26
Claim Number: 5458678



**Brooke Friday Sykes**
April 13, 2015

Update on Paige Friday Crespo
She had a good night last night. The doctors are saying we are not out of the woods yet, so please keep prayers coming. Thank you

Share

98

1 share

Jill Fernandez Passarella Will do 🤍🤍🤍
April 13, 2015 at 1:25pm

Brooke Friday Sykes She is the off the vent.
April 13, 2015 at 1:26pm  14

Shelly Timmins Hardwick Love and prayers sent her way!!
April 13, 2015 at 1:33pm

Barbara Spencer Love being electronically sent........
April 13, 2015 at 1:33pm

Brenda Smith 🙏🙏🙏
April 13, 2015 at 1:35pm

Lauren Brooker prayers
April 13, 2015 at 1:50pm

Pedro Pablo We Will
April 13, 2015 at 2:14pm

Karly Champagne Haik Praying!!
April 13, 2015 at 2:52pm

Lisa Lisa Will do....🙏🤍🙏🤍
April 13, 2015 at 3:22pm

Ellen Thomas-Parker Lots of prayers being sent🙏🙏🙏🙏
April 13, 2015 at 3:25pm

Cindy Thomas Watkins Praying......
April 13, 2015 at 3:30pm

Andrea Froloff Chaney Thanks, Brookie...Keep taking care of Paige up there, and we'll keep praying. Hugs! xoxoxo
April 13, 2015 at 4:20pm  1

Liberty/Crespo 0331

Name: Paige Crespo                                                                           Page: 27
Claim Number: 5458678



Rene' Hogue Prayers and good thoughts sent your way.
April 13, 2015 at 5:02pm  1

Kelley Hoffmann Praying hard hard
April 13, 2015 at 6:56pm

Tanya Virgadamo Did u hear about Mr worldwide in the 305 Brooke
April 13, 2015 at 7:41pm  1

Dana Blackburn Carper Praying Brooke!!!
April 13, 2015 at 8:28pm

Melissa Leigh Pennebaker Thank you so much for the update Brooke. Praying for Paige Friday Crespo and Chad Crespo and their beautiful children. Please let us know if there is anything we can do to help.
April 13, 2015 at 8:41pm  3

Jennifer Black Foucheaux Thank you for updates!
April 13, 2015 at 9:38pm

Lazandra Thomas Sending prayers up for my beautiful friend. Love you Paige!
April 13, 2015 at 9:54pm

Carmen Gregory In constant prayer! Whisper Mrs Dash from Carmen she will know. Love you Paige!
April 13, 2015 at 10:41pm

Liberty/Crespo 0332

Name: Paige Crespo                                                   Page: 28
Claim Number: 5458678

 **Brooke Friday Sykes**
April 12, 2015 · 🌐

Thank you to everyone that has been texting and checking in on our family. Paige made it through the surgery and is doing better than expected. She is still on a vent and we hope she can be weaned off of that in the next day or so. She is responding when we give her commands (which is huge). The next 2 weeks are critical. They will be watching her very closely for any more bleeds that could be caused by vasospasms.

"Cerebral vasospasm" is a term that refers to physical narrowing of the central "lumen" of a brain blood vessel due to overcontraction of the vessel wall.

All of you that know Paige Friday Crespo, know that she is a fighter. If anyone can come out of this, it would be her. Please continue prayers.

👍 155                                              75 Comments  16 Shares

➤ Share

 Ramona Harris Gordin Thanks Brooke. Praying you all especially Paige.
April 12, 2015 at 8:14am

 Dena Pannell Boscaccy I had no idea! Prayers
April 12, 2015 at 8:16am

 Don Sykes I didn't even know! So sorry to hear. Will be praying for Paige, and all our family! Lone
April 12, 2015 at 8:18am

 Don Sykes Last word (Love)!!!
April 12, 2015 at 8:19am

 Jessica Dvorscak Oh my goodness!
April 12, 2015 at 8:21am

 Andrea Froloff Chaney Hugs and prayers to all of you. Love you guys!
April 12, 2015 at 8:23am

 Michael Edward Gordin Thanks for the update
April 12, 2015 at 8:23am

 Martha Jennings Praying for Paige and all of you
April 12, 2015 at 8:27am

 Angie Eastman Praise Jesus! Let's keep lifting her up! You got this Paige!
April 12, 2015 at 8:28am

 Tanya Virgadamo Thanks for the update Brooke Friday Sykes.
April 12, 2015 at 8:30am

 Tracy Phillips Leeber Wow Brooke. Prayers to you. Hope all goes best it can
April 12, 2015 at 8:33am

Liberty/Crespo 0333

Name: Paige Crespo                                                                    Page: 29
Claim Number: 5458678

 Suzanne Beard Ammirato I had no idea. Sending prayers now 🖤
April 12, 2015 at 8:37am

 Lisa Lisa We didn't even know Brooke!!!! So sorry to hear......prayers 🙏🖤
April 12, 2015 at 8:38am

 Missy Hollaway Laurenzi I am so sorry to hear about your sister . I will pray for her!
April 12, 2015 at 8:39am

 Sholonde Allen Praying. Love you guys!!
April 12, 2015 at 8:42am

 Leslie Mendelson Lazar I have been praying! Sending lots of love your way 🖤
April 12, 2015 at 8:45am

 Jill Fernandez Passarella Oh my goodness I'm so sorry ... Is this your sister ?
April 12, 2015 at 8:49am

 Leslie Cleaves Kuntzman Praying fpr Paige!!!
April 12, 2015 at 8:55am

 Melissa Lee McMurray I've been thinking of you all every second today- so glad to hear this update 🖤.
April 12, 2015 at 8:57am

 Susanne Crain Brooke I'm praying for you, your family, and Paige. Thank you for the update. Love you very much 😊🙏
April 12, 2015 at 9:03am

 Michelle Evans-Paredes Brooke we had no idea. Let us jnow if theres anything we can do. We are thinking of you.
April 12, 2015 at 9:04am

 Lauren Brooker Praying for her and your family 🙏🙏🙏🙏
April 12, 2015 at 9:06am

 Courtney Steiger Stanton Praying
April 12, 2015 at 9:07am

 Carrie Moore Sending prayers
April 12, 2015 at 9:08am

 Angela Brintnell Another one of God's divine interventions! Praying hard! Xoxo
April 12, 2015 at 9:15am

 Carrie Neyland Yes, she is...thank you for the update. Continuing to pray and send love
April 12, 2015 at 9:16am

 Gabriela Cinqualbrez Chahwan Praying for a quick recovery!
April 12, 2015 at 9:18am

 Melissa Leigh Pennebaker Thank you so much for the update Brooke. Do you know if there is anything we can do for Chad and the children?
April 12, 2015 at 9:44am

 RC Stanley John 14:13-15 is what kept me calm during our family crisis. I'm so sorry to hear this. Mike and I will keep you all in out prayers for sure!
April 12, 2015 at 9:52am

Liberty/Crespo 0334

Name: Paige Crespo
Claim Number: 5458678

Page: 30

 **Amanda Jarbo** Praying everyday for u and your family. Stay strong!!!
April 12, 2015 at 9:59am

 **Rebecca Emmons Lambert** love and prayers, girl. xo.
April 12, 2015 at 10:04am

 **Janice Pennell** Still praying for Paige here in Memphis ! She's a fighter and thanks for the update 😊
April 12, 2015 at 10:09am

 **Jen Jubinville Milburn** Prayers and hugs
April 12, 2015 at 10:17am

 **Erin Godbery Bruno** We are praying!
April 12, 2015 at 10:17am

 **Laura McIntosh** Praying!!
April 12, 2015 at 10:19am

 **Samantha Lewis Senkarik** So sorry! Praying for your family
April 12, 2015 at 10:25am

 **Cynthia Cash** Thanks for the update and know the cash family is constantly praying
April 12, 2015 at 10:26am  💬 1

 **Danielle Abramowicz Bohnet** Thank you for the update! We are all praying for Paige, and we know she will make it through this!
April 12, 2015 at 10:33am

 **Erika Smith** Saying prayers. 🙏
April 12, 2015 at 10:34am

 **Michelle Brigman Baxter** Love yall so much...praying
April 12, 2015 at 10:34am

 **Joe Winterrowd** Brooke you have my prayers
April 12, 2015 at 10:44am

 **Chris Bradley** My prayers are with you. I live in New Orleans so if yall need anything from down here let me know
April 12, 2015 at 10:54am

 **Jennifer Briggs** Prayers for healing and strength for your precious sister and your entire family!! xoxo
April 12, 2015 at 11:21am

 **Rebecca Mooney** Thanks for the update! God is definitely looking out for her!
🙏🙏
April 12, 2015 at 11:32am

 **Sarah Harasimowicz Bordelon** Thank you so much for the update, Brooke. She has so many people praying and loving her!
April 12, 2015 at 11:33am  💬 1

 **Ann McLindon** Great post & update Brooke. Thank you!
I know this is very scary. You've got a strong family and a stronger patient. Paige wont be held down or give up! I love your sisters spirit. 💜
April 12, 2015 at 11:43am  💬 5

 **Cassie Jackson** 💜 Love you. Praying 💜
April 12, 2015 at 11:55am

Liberty/Crespo 0335

Name: Paige Crespo                                                                                  Page: 31
Claim Number: 5458678

 **Karly Champagne Haik** Praying constantly! !!
April 12, 2015 at 11:58am · 1

 **Tracey Malone-Bernard** Prayers for you and your family
April 12, 2015 at 12:09pm

 **Monique Kinler** Thank you so much for the update. Please keep them coming as we will continue to pray pray pray for her!
April 12, 2015 at 12:25pm

 **Heather Edgeworth** Praying! I love you 💜
April 12, 2015 at 12:39pm

 **Vanessa Carroll Ohmes** Thanks for the update! She and your family is in all our thoughts and prayers!
April 12, 2015 at 12:42pm

 **Suzie Clarke** Thank you, Brooke, for the update. Our prayers are bombarding the heavens.
April 12, 2015 at 12:45pm

 **Rene' Hogue** Thinking of you and your family Brooke Friday Sykes and sending HUGE hugs your way.
April 12, 2015 at 12:58pm

 **Marsha Colbert** Praying for you and your family Brooke Friday Sykes. May you all have strength at this difficult time.
April 12, 2015 at 1:10pm · 1

 **Heidi Fahrenbacher-DeFrank** Sending prayers.
April 12, 2015 at 1:12pm

 **Amy Malone Fernandez** Sending prayers for Paige and your family.
April 12, 2015 at 1:23pm

 **Monica Borne Haab** Thank you so much for the update, please keep them coming. We are so worried about her, and praying hard.
April 12, 2015 at 1:44pm

 **Keith Brooks** 🙏🙏🙏🙏 love you guys!!!!
April 12, 2015 at 1:50pm

 **Stacey Ten Eyck** Praying for Paige
April 12, 2015 at 1:53pm

 **Martha Beech Fry** We continue to pray for Paige and her family !
April 12, 2015 at 2:12pm

 **Christine Chastanet** Brookie, I'm so sorry to hear all of this news. Thinking and of you and praying hard for Paige and your entire family. xxooo
April 12, 2015 at 2:18pm

 **Lynn Bailey Davis** Brooke, I am so sorry! Prayers for all of you.
April 12, 2015 at 2:48pm

 **Karen Campochiaro** We are praying Brooke Friday Sykes!
April 12, 2015 at 2:52pm

 **Gina Muzzonigro Racioppi** Wow just read this. Prayers with your family. Stay strong.
April 12, 2015 at 3:22pm

Name: Paige Crespo                                                                 Page: 32
Claim Number: 5458678

 Lindsay Dodd Praying for you and your family, Brooke.
April 12, 2015 at 4:13pm

 Ellen Thomas-Parker Praying for Paige and all of you!
April 12, 2015 at 4:39pm

 Kerry James Hey Brooke let Paige know that her Mitchell family is thinking and praying for her speedy recovery.Keep those good updates coming Hugs to the whole Golden family
April 12, 2015 at 6:01pm

Barbara Spencer Thanks Brooks. Sending love.
April 12, 2015 at 8:07pm

 Stephen Ham Praying
April 13, 2015 at 8:05am

 Andre Stephens I'm late on this and not sure what's going on but my prayers are def with Paige and the whole family.
April 13, 2015 at 11:48am

 Natalie Johnson Praying for her.
April 13, 2015 at 1:48pm

 Valerie Sykes Had no idea...praying
April 13, 2015 at 3:54pm

Liberty/Crespo 0337

Name: Paige Crespo
Claim Number: 5458678

Page: 33

 **Brooke Friday Sykes**
April 13, 2015 · 🌐

Update on Paige Friday Crespo
She had a good night last night. The doctors are saying we are not out of the woods yet, so please keep prayers coming. Thank you

👍 98

22 Comments  1 Share

↪ Share

 Jill Fernandez Passarella Will do 💜💜💜
April 13, 2015 at 1:25pm

 Brooke Friday Sykes She is the off the vent.
April 13, 2015 at 1:26pm  👍 14

 Shelly Timmins Hardwick Love and prayers sent her way!!
April 13, 2015 at 1:33pm

 Barbara Spencer Love being electronically sent........
April 13, 2015 at 1:33pm

 Brenda Smith 🙏🙏🙏🙏🙏
April 13, 2015 at 1:15pm

 Lauren Brooker prayers
April 13, 2015 at 1:50pm

 Pedro Pablo We Will
April 13, 2015 at 2:14pm

 Karly Champagne Haik Praying!!
April 13, 2015 at 2:52pm

 Lisa Lisa Will do....🙏💜🙏💜
April 13, 2015 at 3:22pm

 Ellen Thomas-Parker Lots of prayers being sent 🙏🙏🙏🙏
April 13, 2015 at 3:25pm

Cindy Thomas Watkins Praying......
April 13, 2015 at 3:30pm

 Andrea Froloff Chaney Thanks, Brookie...Keep taking care of Paige up there, and we'll keep praying. Hugs! xoxoxo
April 13, 2015 at 4:20pm  👍 1

 Rene' Hogue Prayers and good thoughts sent your way.
April 13, 2015 at 5:02pm  👍 1

 Kelley Hoffmann Praying hard hard
April 13, 2015 at 6:56pm

 Tanya Virgadamo Did u hear about Mr worldwide in the 305 Brooke
April 13, 2015 at 7:41pm  👍 1

 Dana Blackburn Carper Praying Brooke!!! 🙏🙏🙏
April 13, 2015 at 8:28pm

Liberty/Crespo 0338

Name: Paige Crespo                                                          Page: 34
Claim Number: 5458678



## Twitter
No profiles associated with the subject were located.

## LinkedIn
No profiles associated with the subject were located.

## Google+
No profiles associated with the subject were located.

## YouTube
No profiles associated with the subject were located.

## Instagram
No profiles associated with the subject were located.

## Pinterest
No profiles associated with the subject were located.

## Flickr
No profiles associated with the subject were located.

## Tumblr
No profiles associated with the subject were located.

## Myspace
No profiles associated with the subject were located.

Liberty/Crespo 0339

Name: Paige Crespo                                                      Page: 35
Claim Number: 5458678

## Other Online Sources

### GoFundMe
https://www.gofundme.com/rv3kg28



### Email
PAIGEC1529@TAMPABAY.RR.COM
PAIGE.CRESPO@ATT.NET
PFRIDAYCRESPO@COX.NET
PFRIDAYCRESPO@ATT.NET

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

**Enclosures**

1. None

**END OF REPORT**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date:  April 12, 2017 | |
| To:    REAGAN TOLEDANO<br>WILLEFORD & TOLEDANO<br>201 ST. CHARLES AVE.<br>SUITE 4208<br>NEW ORLEANS LA 70170-4208 | |
| Attn:  Reagan Toledano | |
| Fax:   (313) 692-5927 | |
| From:  Chenta Kennedy<br>Technical Case Manager Specialist<br>On Behalf Of: Todd Youngberg<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1776 | |
| Total Pages<br>(Including Cover):    2 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 0341



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1776

April 12, 2017

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo

Dear Reagan Toledano:

Per our conversation on April 12, 2017, you have requested that we place a stop pay and re-issue Ms Crespo's recent disability check which was mailed out to her residence on April 10, 2017.

Please be advised we have complied with your request, we have placed a stop pay on check #31303836, issued on April 10, 2017 in the amount of $45024.00.

We will re-issue this check for the same amount which is payment from September 1, 2016 through March 31, 2017, once this stop pay takes effect, to the address noted above.

Please advise Mr. Crespo of this stop pay and to not cash this check.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Chenta Kennedy
Technical Case Manager Specialist
On Behalf Of: Todd Youngberg
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 430-1776

1  of  1

Liberty/Crespo 0342

1R100170152

# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD
REAGAN L. TOLEDANO

PLEASE REPLY TO:
RTOLEDANO@WILLEFORDLAW.COM

March 30, 2017

**VIA U.S. MAIL & FAX: (603) 334-3576**

Mr. Todd Youngberg
Liberty Life Insurance Company
Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

Re:    **Claimant: Paige Crespo**
       **Liberty Mutual LTD Claim No.: 5458678**
       **Employer: Ochsner Clinic Foundation**

Dear Mr. Youngberg,

I am enclosing a report that I recently received from the Social Security Administration doctor's independent review of her vision loss.

Please note that this doctor recommends that she not drive, that she not operate machinery, and that she would be unable to avoid objects in workplace pathways, due to her vision loss. Such restrictions are additional evidence that she would be unable to perform work as a CRNA. This doctor also opines that her prognosis for improvement is poor.

Please add this information to her claim file in support of her appeal and continuing claim for long term disability benefits.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0343

1R100170152

06/17/2016 14:18 FAX 5042882227          Gentilly Vision Source                    ☑0005/0005



NAME
2016 06 15                    00:06

VD=13.5
<R>     SPH      CYL      AX
      - 1.00    -0.50    122
      - 0.75    -0.50    130
      - 0.75    -0.50    119
      -------------------------
      - 0.75    -0.50    122

<R>      mm       D        AX
R1     7.90    42.75    148
R2     7.77    43.50     58
AVE    7.84    43.25
CYL             -0.75    148

<L>     SPH      CYL      AX
      - 1.50    0.00
      - 1.25    0.00
      - 1.25    0.00
      -------------------------
      - 1.25    0.00

<L>      mm       D        AX
R1     7.76    43.50
R2     7.76    43.50
AVE    7.76    43.50
CYL             0.00

PD =  63

Reichert              RK600

Liberty/Crespo 0344

1R100170152

06/17/2016 14:17 FAX  5042882227          Gentilly Vision Source          ☑0004/0005

OFS-DDS-206                    **DISABILITY DETERMINATIONS SERVICES**          Send report to:_____
Rev. 04/13                          **EYE EXAMINATION REPORT**
Prior Versions Obsolete

| | |
|---|---|
| Claimant's name: Paige Crespo | Case Number: 1021520 |

I. History: Stroke April 10, 2015
Blurred Vision, Lot's of side Vision
to left side

II. Examination of eyes, including muscle function, intraocular pressure, slit lamp, fundi and gross visual fields:

– APD, PERRLA, Conf VF Ristricted VF left O.U., OTd
To 14/16 mmHg e 10.w  Cornea, lens, media
Clear O.U.  Internal C/D .2/.2 O.U.
Normal P, M, V, P.

III. Central Visual Acuity:
(Use Snellen notations & AMA reading card for near vision)

| | Without correction | | With best correction | | |
|---|---|---|---|---|---|
| | Distant (20 ft.) | Near (14 in.) | Distant (20 ft.) | Near (14 in.) | |
| R.E. | 20/3D | 20/20 | 20/20 | 20/20 | –.75 –.62×0 20 |
| L.E. | 20/3D | 20/20 | 20/25 | 20/20 | –1.00 |

IV., V., VI., and VII. Peripheral field measurement, if ordered. See protocol for instructions and attach charts.

| | | | |
|---|---|---|---|
| VIII. Was claimant cooperative? | YES | NO | |
| Are test results valid? | YES | NO | |

If Not, Explain:

IX. Diagnosis: Bilateral left Heminopsia, macula sporing

Etiology: Stroke

Prognosis: Poor

X. Can the claimant:

| | | |
|---|---|---|
| Read fine print? | YES | NO |
| Read large print? | YES | NO |
| Handle and work with large objects? | YES | NO |
| Drive an automobile? | YES | NO |
| Operate machinery? | YES | NO |
| Avoid objects in workplace pathways? | YES | NO |
| Avoid people approaching from the side? | YES | NO |

XI. Signature of examining physician:

License Number LA 1030-0601

Expiration Date 3/2017

Date: 6-15-16

Liberty/Crespo 0345

1R100170152

06/17/2016 14:17 FAX   5042882227          Gentilly Vision Source                    0002/0005



SINGLE FIELD ANALYSIS                                                    EYE: RIGHT

NAME: PAIGE CRESPO                                                        DOB:
ID:

CENTRAL 30-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLIND SPOT      STIMULUS: III, WHITE        PUPIL DIAMETER: 4.8 MM       DATE: 06-15-2016
FIXATION TARGET: CENTRAL               BACKGROUND: 31.5 ASB        VISUAL ACUITY:               TIME: 8:23 AM
FIXATION LOSSES: 1/19                  STRATEGY: SITA-STANDARD      RX:      DS      DC X       AGE: 44
FALSE POS ERRORS:  0 %
FALSE NEG ERRORS:  15 %
TEST DURATION: 08:51

FOVEA: OFF

TOTAL
DEVIATION

PATTERN
DEVIATION

GHT
OUTSIDE NORMAL LIMITS

MD    -17.06 DB   P < 0.5%
PSD    15.80 DB   P < 0.5%

:: < 5%
⌧ < 2%
▨ < 1%
■ < 0.5%

GENTILLY VISION SOURCE
4114 MARIGNY STREET
NEW ORLEANS, LA 70122
DR. MICHAEL KLERNENAKIS

© 2006 CARL ZEISS MEDITEC
HFA II 750-3283-14.2.1/14.2.1

1R100170152

06/17/2016 14:17 FAX  5042882227          Gentilly Vision Source              ☑0003/0005



## SINGLE FIELD ANALYSIS

NAME: PAIGE CRESPO
ID:

EYE: LEFT
DOB:

CENTRAL 30-2 THRESHOLD TEST

FIXATION MONITOR: BLIND SPOT
FIXATION TARGET: CENTRAL
FIXATION LOSSES: 0/17
FALSE POS ERRORS:   0 %
FALSE NEG ERRORS:  16 %
TEST DURATION: 08:03

FOVEA: OFF

STIMULUS: III. WHITE
BACKGROUND: 31.5 ASB
STRATEGY: SITA-STANDARD

PUPIL DIAMETER:
VISUAL ACUITY:
RX=      DS    DC  X

DATE: 06-15-2016
TIME: 8:38 AM
AGE: 44

GHT
OUTSIDE NORMAL LIMITS

MD      -19.54 DB  P < 0.5%
PSD     14.70 DB  P < 0.5%

TOTAL DEVIATION

PATTERN DEVIATION

:: < 5%
⬚ < 2%
▨ < 1%
■ < 0.5%

GENTILLY VISION SOURCE
4114 MARIGNY STREET
NEW ORLEANS,LA 70122
DR.MICHAEL KLEANEMAKIS

© 2006 CARL ZEISS MEDITEC
HFA II 750-3283-14.2.1/14.2.1

Liberty/Crespo 0347

1R100170152

OESSS/DDS
311 (revised
7/10)
CEINV



# STATE OF LOUISIANA
## DISABILITY DETERMINATIONS AUTHORIZATION
## AND CHECK REQUISITION
### OFFICE OF ECONOMIC STABILITY AND SELF-SUFFICIENCY

| Vendor No. 00199810 | Vendor Invoice No. XM5637 | | | Serial No. 20160404000158 |
|---|---|---|---|---|
| *VENDOR NAME AND ADDRESS* | MICHAEL N KLEAMENAKIS O D GENTILLY VISION SOURCE 4114 MARIGNY ST NEW ORLEANS, LA 70122 | *CLAIMANT NAME AND ADDRESS*  PAIGE FRIDAY CRESPO | | CASE:1021520 SSN: DOB:( PHONE: |

The above referenced applicant has applied for disability benefits administered under Social Security. We would like to have medical information to determine (1) the nature and severity of the impairment (2) clinical findings (3) date of onset (4) prognosis-duration and (5) residual functional capacities. Authorized payments will represent the lower of either: the provider's usual and customary change, or the maximum allowable charge under the fee schedule.

### SERVICES AUTHORIZED (ITEMIZED) FOR APPOINTMENT DATE AND TIME: June 15, 2016 at 08:45 AM

| | | |
|---|---|---|
| 92012 | VISUAL EXAM WITH REFRACTION, GLAUCOMA & GROSS VISUAL FIELDS TEST (92004) | $120.00 |
| 92083 | VTAP 30-2 (92083) | $70.00 |

Claimant alleges: Stroke; Traumatic brain injury; Undifferentiated inflammatory arthritis;

*Prompt report — $5.00*

Total: ~~$190.00~~  *$195.00*

**VENDOR VERIFICATION:** I hereby certify that the above bill is correct and just, that payment therefore has not been received, and that services have been rendered in accordance with state and federal law. I accept payment from the Dept. of Social Services as payment in full. I understand that if I fail to return this invoice or otherwise notify your agency within 180 days of consultative examination, balance due is null and void, and I will have no other recourse for extracting payment for these services.

PROVIDER'S SIGNATURE: _____          Date: 6/15/16



RQID:LLA0009WXFD00                    SITE:S76 DR:S
SSN                DOCTYPE:0002 RF:D CS:7e4e

REPORT RECEIVED/**INVOICE** CORRECT: _____
                                         EXAMINER SIGNATURE

**RETURN TO:**
DISABILITY DETERMINATIONS SERVICES

SHREVEPORT BACKLOGARK / SHARK / 46
P. O. BOX 4446
SHREVEPORT, LA 71134-0446
PHONE: Ext.

FAX: 1-855-209-3346          **DMA Case: Y**       Medical Attached
shjej Enc. 311A
CEOPRPT

Liberty/Crespo 0348

Liberty/Crespo 0349

# Liberty Mutual Consulting Physician Referral
## File Review - Standard

**Physician Specialty:  Neuropsychology**

Office:        0163

Claim #:    5458678

Claimant Name:        PAIGE  F  CRESPO

┌─ Document Locations ─┐
☑ Document List
☐ Correspondence
☐ Paper File

Date of Birth:

Claim Status:    AP

Date of Disability:    4/11/2015

Date Sent:    4/5/2017

Claimant SSN:

Date Benefits Began:    10/10/2015

Product Type:    LTD

Paid Through:    4/10/2039

Disability Level:    Own Occupation

Policyholder/Self-Insured Plan Holder:        OCHSNER CLINIC FOUNDATION

Referred By:        YOUNGBERG, TODD  096  8*731-0280

Assigned Nurse Case Manager:

Diagnosis:        I60.7 Nontraumatic subarachnoid hemorrhage from unspecified intracranial artery,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

File previously reviewed by DR. BELLIVEAU and should be returned to DR. BELLIVEAU to review an updated Neuropsych Test report that was completed 1/23/17 and 1/24/17, copy of report is located in doc list under Appeal Doc dated 2/22/17 on page 49 of 696 pages, following review DR. BELLIVEAU to address the following:

Please review and indicate all supported diagnoses supported based on review of the evaluation?

Please review the neuropsych eval and comment on whether it supports any specific restrictions and limitations both from a cognitive and psych perspective, if restrictions are supported please comment on what they are as well as the expected duration they're supported for?

What's the prognosis for further medical improvement?

Please comment on the validity of the testing, is the testing valid?

**n0121134**

| | |
|---|---|
| **From:** | GRP MKT MD Referral |
| **Sent:** | Wednesday, April 05, 2017 1:08:39 PM |
| **To:** | Youngberg, Todd |
| **Cc:** | GMKT MD Referral Wallingford |
| **Subject:** | Referral 5458678 - CRESPO,   PAIGE - Assignment Notification |

Thank you for this referral.

The referral has been assigned to Timothy Belliveau Ph.D in the Wallingford office.

If you have questions regarding the status of this referral, please review the daily status report.   If you have further questions, please contact the Medical Department in the Dover office.

(Please do not respond to this e-mail, as this is a system generated e-mail and responses are not monitored.)

Office: GM - Wallingford
Claim Number: 5458678
Claimant: CRESPO,   PAIGE
Priority Status: 2
Date of Disability: 4/11/2015
Product Type: LTD
Disability Level: Own Occupation
Claim Status: AP
Date Referred: 4/5/2017
Date Report Needed: 4/23/2017
Policy Holder: OCHSNER CLINIC FOUNDATION
Referred By: YOUNGBERG, TODD   096   8*731-0280
Diagnosis: I60.7 Nontraumatic subarachnoid hemorrhage from unspecified intracranial artery,
Questions or Issues for Physician: File previously reviewed by DR. BELLIVEAU and should be returned to DR. BELLIVEAU to review an updated Neuropsych Test report that was completed 1/23/17 and 1/24/17, copy of report is located in doc list under Appeal Doc dated 2/22/17 on page 49 of 696 pages, following review DR. BELLIVEAU to address the following:

Please review and indicate all supported diagnoses supported based on review of the evaluation?

Please review the neuropsych eval and comment on whether it supports any specific restrictions and limitations both from a cognitive and psych perspective, if restrictions are supported please comment on what they are as well as the expected duration theyre supported for?

Liberty/Crespo 0350

Whats the prognosis for further medical improvement?

Please comment on the validity of the testing, is the testing valid?

Liberty/Crespo 0351

# Database Services Referral Report

| Referred By: | Todd D. Youngberg | Phone # and Ext: | (888) 437-7611 x10280 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Claim Number: | 5458678 | Claimant Address: | |
| Claimant Name | PAIGE CRESPO | | |
| Customer: | OCHSNER CLINIC FOUNDATION | City: | NEW ORLEANS |
| SSN: | | State: | LA    Zip: 701230000 |
| DOB: | | | |
| Job Desc: | CRNA-ANESTHESIOLOGIST | | |

Document Location

☑ Document List    ☐ Correspondence    ☐ Paper File

**Search Criteria:**

☐ ISO Claim Search

☐ Accurint/Lexis Nexis

☐ SSN Searches

☐ Reverse telephone number search

☐ Change of Address

☐ Medical Provider

☐ Occupation and Professional Licensing.

☐ Death Index by individual.

☑ Social Media Searches (Facebook, Twitter, etc.)

Liberty/Crespo 0352

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

REAGAN TOLEDANO
WILLEFORD & TOLEDANO
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS LA 70170-4208

Liberty/Crespo 0353



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1797

April 3, 2017

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678
        Claimant: Paige Crespo

Dear Reagan Toledano:

We have completed our review of your request for reconsideration for disability benefits on behalf of Paige Crespo and have determined that benefits will be reinstated. This determination is based on a review of the medical documentation contained in her disability file. Any benefit payment that may be due will be sent under separate cover.

Her file has been returned to Todd Youngberg, Disability Claim Case Manager for payment disbursement. Todd Youngberg may be reached at **(888) 440-6118**, extension **10280**. For further assistance, please contact the Disability Claim Case Manager.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 430-1797

1   of   1

Liberty/Crespo 0354

# FAX COVER SHEET

| | |
|---|---|
| **TO** | Todd Youngberg |
| **COMPANY** | Liberty Mutual Insurance |
| **FAX NUMBER** | 16033343576 |
| **FROM** | James Willeford |
| **DATE** | 2017-03-30 22:12:12 GMT |
| **RE** | Paige Crespo, LTD claim # 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Reagan Toledano regarding Ms. Paige Crespo. (6 pages + cover sheet)

Liberty/Crespo 0355



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

---

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                          PLEASE REPLY TO:
REAGAN L. TOLEDANO                                    RTOLEDANO@WILLEFORDLAW.COM

March 30, 2017

**VIA U.S. MAIL & FAX: (603) 334-3576**

Mr. Todd Youngberg
Liberty Life Insurance Company
Group Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:     Claimant: Paige Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Mr. Youngberg,

I am enclosing a report that I recently received from the Social Security Administration doctor's independent review of her vision loss.

Please note that this doctor recommends that she not drive, that she not operate machinery, and that she would be unable to avoid objects in workplace pathways, due to her vision loss. Such restrictions are additional evidence that she would be unable to perform work as a CRNA.   This doctor also opines that her prognosis for improvement is poor.

Please add this information to her claim file in support of her appeal and continuing claim for long term disability benefits.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0356

06/17/2016 14:17 FAX 5042882227          Gentilly Vision Source                  ☒0004/0005

OFS-DDS-206                    **DISABILITY DETERMINATIONS SERVICES**          Send report to:_____
Rev. 04/13                            **EYE EXAMINATION REPORT**
Prior Versions Obsolete

Claimant's name: _Paige Crespo_                    Case Number: _1031520_

I. History: _Stroke    April 10, 2015_
_Blurred Vision, Lots of side vision_
_to left side_

II. Examination of eyes, including muscle function, intraocular pressure, slit lamp, fundi and gross visual fields:

_- APD, PRRLA, conf VF Ristricted VF left O.U., otra_
_To 14/16 mmHg @ 10.w   Cornea, lens, media_
_Clear O.U.   Total   c/D .4/.2 ON._
_Normal P, M, V, P._

III. Central Visual Acuity:
(Use Snellen notations & AMA reading card for near vision)

|      | Without correction | | With best correction | | |
|------|---------|---------|---------|---------|---------|
|      | Distant (20 ft.) | Near (14 in.) | Distant (20 ft.) | Near (14 in.) | |
| R.E. | 20/3D | 20/25 | 20/25 | 25/20 | -.75 -. 6?? 120 |
| L.E. | 20/3D | 20/20 | 20/25 | 20/20 | -1.00 |

IV., V., VI., and VII. Peripheral field measurement, if ordered. See protocol for instructions and attach charts.

VIII. Was claimant cooperative?                    (YES)    NO
      Are test results valid?                      YES      NO

      If Not, Explain:

IX. Diagnosis: _Bilateral    left Hemianopsia, moccule sporing_

    Etiology: _Stroke_

    Prognosis: _Poor_

X. Can the claimant:

| | | |
|---|---|---|
| Read fine print? | (YES) | ~~NO~~ |
| Read large print? | (YES) | NO |
| Handle and work with large objects? | YES | NO |
| Drive an automobile? | YES | (NO) |
| Operate machinery? | YES | NO |
| Avoid objects in workplace pathways? | YES | (NO) |
| Avoid people approaching from the side? | (YES) | NO |

XI. Signature of examining physician:          License Number _LA 1030-06 OT_

                                               Expiration Date _3 / 2017_

Date: _6-15-16_

Liberty/Crespo 0357

06/17/2016 14:17 FAX  5042882227          Gentilly Vision Source                    ☑0002/0005



06/17/2016 14:17 FAX  5042882227            Gentilly Vision Source                    ☑0003/0005



SINGLE FIELD ANALYSIS                                        EYE: LEFT
NAME: PAIGE CRESPO                                           DOB:
ID:

CENTRAL 30-2 THRESHOLD TEST

FIXATION MONITOR: BLIND SPOT        STIMULUS: III, WHITE        PUPIL DIAMETER:        DATE: 06-15-2016
FIXATION TARGET: CENTRAL            BACKGROUND: 31.5 ASB        VISUAL ACUITY:         TIME: 8:38 AM
FIXATION LOSSES: 0/17               STRATEGY: SITA-STANDARD     RX:    DS    DC X      AGE: 44
FALSE POS ERRORS: 0 %
FALSE NEG ERRORS: 16 %
TEST DURATION: 08:03

FOVEA: OFF

GHT
OUTSIDE NORMAL LIMITS

MD    -19.54 DB  P < 0.5%
PSD   14.78 DB  P < 0.5%

TOTAL DEVIATION

PATTERN DEVIATION

:: < 5%
⬚ < 2%
⬛ < 1%
■ < 0.5%

GENTILLY VISION SOURCE
4114 MARIGNY STREET
NEW ORLEANS, LA 70122
DR.MICHAEL KLEARNENAKIS

© 2006 CARL ZEISS MEDITEC
HFA II 750-3200-14.2.1/14.2.1

Liberty/Crespo 0359

06/17/2016 14:18 FAX  5042882227           Gentilly Vision Source                    ☑0005/0005



NAME
2016 06 15                00:06

VD=13.5
<R>       SPH      CYL       AX
      - 1.00    -0.50     122
      - 0.75    -0.50     130
      - 0.75    -0.50     119
      ─────────────────────────
      - 0.75    -0.50     122

<R>       mm        D        AX
R1      7.90     42.75     148
R2      7.77     43.50      58
AVE     7.84     43.25
CYL               -0.75     148

<L>       SPH      CYL       AX
      - 1.50     0.00
      - 1.25     0.00
      - 1.25     0.00
      ─────────────────────────
      - 1.25     0.00

<L>       mm        D        AX
R1      7.76     43.50
R2      7.76     43.50
AVE     7.76     43.50
CYL               0.00

PD =   63

Reichert                 RK600

Liberty/Crespo 0360

08/17/2016 14:16 FAX  5042882227          Gentilly Vision Source                ☑ 0001/0005

OESSS/DDS
311 (revised
7/10)
CEINV



# STATE OF LOUISIANA
## DISABILITY DETERMINATIONS AUTHORIZATION
## AND CHECK REQUISITION
### OFFICE OF ECONOMIC STABILITY AND SELF-SUFFICIENCY

| Vendor No. | Vendor Invoice No. | | Serial No. |
|---|---|---|---|
| 00199810 | XM5637 | | 20160404000158 |

| *VENDOR NAME AND ADDRESS* | MICHAEL N KLEAMENAKIS O D GENTILLY VISION SOURCE 4114 MARIGNY ST NEW ORLEANS, LA 70122 | *CLAIMANT NAME AND ADDRESS* PAIGE FRIDAY CRESPO | CASE:1021520 SSN: DOB:        2 PHONE: |

The above referenced applicant has applied for disability benefits administered under Social Security. We would like to have medical information to determine (1) the nature and severity of the impairment (2) clinical findings (3) date of onset (4) prognosis-duration and (5) residual functional capacities. Authorized payments will represent the lower of either: the provider's usual and customary change, or the maximum allowable charge under the fee schedule.

**SERVICES AUTHORIZED (ITEMIZED) FOR APPOINTMENT DATE AND TIME: June 15, 2016 at 08:45 AM**

| 92012 | VISUAL EXAM WITH REFRACTION, GLAUCOMA & GROSS VISUAL FIELDS TEST (92004) | $120.00 |
| 92083 | VTAP 30-2 (92083) | $70.00 |

Claimant alleges: Stroke; Traumatic brain injury; Undifferentiated inflammatory arthritis;

*Prompt report — $5.00*

Total: ~~$190.00~~ *$195.00*

**VENDOR VERIFICATION:** I hereby certify that the above bill is correct and just, that payment therefore has not been received, and that services have been rendered in accordance with state and federal law. I accept payment from the Dept. of Social Services as payment in full. I understand that if I fail to return this invoice or otherwise notify your agency within 180 days of consultative examination, balance due is null and void, and I will have no other recourse for extracting payment for these services.

PROVIDER'S SIGNATURE: _____          Date: 6/15/16



RQID:LLA0009WXFD00                    SITE:S76 DR:S
SSN:              DOCTYPE:0002 RF:D CS:7e4e

**RETURN TO:**                        REPORT RECEIVED/**INVOICE** CORRECT: _____
DISABILITY DETERMINATIONS SERVICES                                    EXAMINER SIGNATURE

SHREVEPORT BACKLOGARK / SHARK / 46
P. O. BOX 4446
SHREVEPORT, LA  71134-0446
PHONE: Ext.
FAX: 1-855-209-3346              **DMA Case: Y**      Medical Attached
shjej Enc. 311A
    CEOPRPT

Liberty/Crespo 0361

**Memorandum from Melvyn Damast, M.D.**

| Customer Name | Claimant Name (Last, First) | Claim number |
|---|---|---|
| Ochsner Clinic Foundation | Crespo, Paige F. | 5458678 |

| | |
|---|---|
| Referred by: | Jerronda King |
| Report Date: | 3/30/2017 |
| Claimant DOB: | |
| Job Title/Occupation: | CRNA |
| DOD: | 4/11/2015 |
| Diagnosis: | Homonymous bilateral field defects, left side (H53.462) |
| Type of Claim: | LTD |

This is a Limited Assessment.

The claimant is a 44-year-old CRNA who had a subarachnoid hemorrhage in April 2015 secondary to an aneurysm of the right middle cerebral artery. Neuroimaging revealed brain compression, including the right occipital cortex.

The claimant has reported a number of neurological deficits since then, including left-sided visual field loss.

Optometric examination in July 2015 revealed corrected distance visual acuity of 20/30, right eye and 20/15, left eye. Visual field testing was reported to demonstrate a left homonymous defect.

Repeat visual field testing in January 2016 was reported to reveal a left homonymous inferior quadrantanopsia.

Although there may have been some slight improvement in the field defect between July 2015 and January 2016, based on the description of the results, the actual copies of the visual field tests are not in the file. The copies of the test would be needed to determine that. There are no reports of additional visual field tests since January 2016.

Spontaneous improvement in neurological damage followed brain injury can occur up to a year after the date of injury. With regard to the visual field defect, the claimant apparently still reports the left-sided defect. However, as noted, there is no documentation of the current status of that.

Liberty/Crespo 0362

There is visual impairment from the left-sided visual field defect, at least through January 2016, which supports the inability of the claimant to perform many of the visual functions of her job/occupation.  Since central visual acuity is good, the claimant may have the ability to perform occupational near vision functions (reading and using a computer).

The duration of the restrictions and limitations cannot be given, for the reason given above.

The following information was reviewed:

Examination performed on 7/2/2015 by Kefla G. Brown, O.D. M.S., optometrist in New Orleans, Louisiana.

Reports of visual field tests performed on 7/2/2015 and 1/6/2016.

OT Driving Evaluation Completion report dated 9/30/2015.

**Respectfully submitted,**

**ELECTRONICALLY SIGNED**

**Melvyn Damast, M.D.**

**Board Certified in Ophthalmology by the American Board of Ophthalmology**

Liberty/Crespo 0363

Liberty/Crespo 0364

# Liberty Mutual Consulting Physician Referral
## Consults - Desk

**Physician Specialty:  Ophthalmology**

Office:     0587                                    Claim #:   5458678

Claimant Name:          PAIGE  F  CRESPO

Date of Birth:                                      Claim Status:   CL
Date of Disability:     4/11/2015                   Date Sent:   3/27/2017
Claimant SSN:                                       Date Benefits Began:   10/10/2015
Product Type:           LTD                         Paid Through:   8/31/2016
Disability Level:       Other

Document Locations
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Policyholder/Self-Insured Plan Holder:     OCHSNER CLINIC FOUNDATION

Referred By:     KING, JERRONDA  096  8*731-4674

Assigned Nurse Case Manager:

Diagnosis:     I60.7 Nontraumatic subarachnoid hemorrhage from unspecified intracranial artery,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Appeal Claim: Desk consult needed with Dr. Damast

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




REAGAN TOLEDANO
WILLEFORD & TOLEDANO
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS LA 70170-4208

Liberty/Crespo 0365



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1797

March 23, 2017

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678
        Claimant: Paige Crespo

Dear Reagan Toledano:

We are writing at this time to advise you of the status of your request for reconsideration for Long Term Disability benefits on behalf of Ms. Paige Crespo.

Her file is currently being reviewed in the Appeal Review Unit and has been referred for further medical assessment.  We expect to have a response to our medical referral by April 7, 2017.  If there is a delay beyond this time period we will provide you with a status.

We regret the delay this will cause in rendering a decision on this claim; however, we think this step is necessary in order to provide this claim every opportunity for a full and fair review.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Disability Claims Tech Spec
Phone No.: (800) 291-0112 Ext. 14674
Secure Fax No.: (603) 430-1797

1  of 1

Liberty/Crespo 0366

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211


REAGAN TOLEDANO
WILLEFORD & TOLEDANO
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS LA 70170-4208

Liberty/Crespo 0367



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

March 7, 2017

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo

Dear Reagan Toledano:

We are writing in regard to your request that we also review Ms. Paige Crespo's calculated Basic Monthly Earnings.  Following review of the information you presented, our Financial Review Department indicated that shift differential, on call pay, and transplant pay would all be considered extra compensation and do not count towards earnings as outlined in the Ochsner Clinic Foundation LTD Policy.

To calculate her Basic Monthly Earnings, we calculate her hourly wage of $70.50 multiplied by 40 hours per week by 52 weeks a year which equates to $146,640.00 divided by 12 months equals a Basic Monthly Earning of $12,220.00 which is what was originally calculated.  Therefore, she has been paid correctly and her file has been referred to the Appeal Unit for further review.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

1  of  1

Liberty/Crespo 0368

Liberty/Crespo 0369

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **DOVER**

Office: 163    Manager: BREWSTER, TRISHA    Case Mgr: YOUNGBERG, TODD

Claimant Name: PAIGE  F  CRESPO    Claim #: 5458678

Occupation (Job Title): ANESTHESIOLOGIST    Date Sent: 2/22/2017

Diagnosis: I60.7 Nontraumatic subarachnoid hemorrhage from unspecified intracranial artery,

Date of Disability: 4/11/2015    Date Benefits Began: 10/10/2015

Maximum Duration: 4/10/2039    Paid Through: 8/31/2016

Date of Denial or (DB451): 9/1/2016    Date Appeal Received: 2/20/2017

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: OCHSNER CLINIC FOUNDATION

Product: LTD    Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations
- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Wendy Townsend

ER Contact Addresses (including email address):

wtownsend@ochsner.org

Phone No. 0000000000    FAX No. 0000000000

Account Specific or Unique Contract Issues / Additional Info:

LTD-Full Service

1G053170001



# WILLEFORD & TOLEDANO

201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170-4208

504/582.1286
Fax 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                         PLEASE REPLY TO:
REAGAN L. TOLEDANO                                RTOLEDANO@WILLEFORDLAW.COM

February 17, 2017

**VIA U.S. MAIL & FAX: (603) 334-3576**

Todd Youngberg
Liberty Life Assurance Company of Boston
P.O. Box 7211
London, KY 40742-7211

   **Re:    Claimant: Paige F. Crespo**
           **Claim No.: 5458678**
           **Ochsner Clinic Foundation**

Dear Mr. Youngberg,

I am writing in support of the appeal of the denial of Paige Crespo's long term disability claim.
Enclosed is an authorization signed by Ms. Crespo which allows you to speak to me regarding her
claim.  Please note that all correspondence, communications, and disability benefits are to be sent
to my attention pursuant to the enclosed authorization.

I am enclosing the following information in support of her appeal:

- Authorization of Paige Crespo
- Declaration of Paige Crespo;
- Job description nurse anesthetist;
- Vocational literature of a CRNA
- Letter from David Sumrall explain there are no light duty CRNA positions;
- Robert Yohman, CV;
- Timothy Belliveau CV;
- Gilbert Wagar CV;
- Dr. Dilks CV;
- Dr. Hutchinson CV;
- Email from malpractice carrier regarding medical leave;
- Email from Crespo to Youngblood;

1G053170001

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 2

- February 1, 2017 letter from Dr. Ralph Corsetti;
- Letter from Chad Crespo;
- Letter from Christopher K. Lemieux;
- Letter from Dr. Marcus Ware;
- Letter from Dr. Kefla Brown;
- INE report from Drs. Dilks/Hutchinson with addendum responding to my questions;
- Summary plan description;
- CD containing CT Scan imaging;
- Pictures of Ms. Crespo;
- Attending physician statements from Dr. Ware;
- RFC completed by Dr. Ware;
- Medical records;
- Medical literature explain lasting deficits for MCA;
- LWOP approval letter from Minnesota Life;
- Ameritas approval letter of individual disability benefit; and
- Vocational report from Joyce Beckwith, MS, CRC, LRC, plus addendum.

## I.     Ms. Crespo is disabled under policy terms

Ms. Crespo suffered from cerebral aneurysm with hemorrhage in April 2015 that caused her to stop working as a CRNA.  She spent approximately two months in the hospital recovering. She was then discharged and has improved, but she still suffers from lasting effects of the aneurysm such as: substantial vision loss in her left eye; difficulty concentrating; headaches; dizziness when concentrating on certain tasks; poor short term memory; she has difficulty getting along with others; concentrating causes fatigue; irritability; among other symptoms explained in her medical records and the attached sworn declaration.

Ms. Crespo's medical records note the following:

- 5.20.15 – patient's mom said patient was falling.  Patient really tired. Passed out. Experienced out of body experience; cerebral aneurysm with hemorrhage and underwent aneurysm clipping.  Waking up from surgery with severe right frontotemporal headache, which has persisted.
- 8.17.15 - **Middle cerebral artery aneurysm**
- 8.26.15 - undifferentiated inflammatory arthritis and undifferentiated connective tissue disease. Her energy level is improving.  Anything cold, like water, causes her pain and feels like a sting.  Her response to anything hot is delayed.
- 9.11.15 – fatigue, dry eyes; Post ANA; inflamm arthritis; **mental fatigue with excessive cognitive activity**; cognitive dysfunction due to stroke.
- 9.30.15  - horizontal field test and nasal vision; pt showed deficit for left visual field at 55 degrees and greater and limited nasal vision to her left also.
- 10.12.15 - neuropsychiatric exam - **problems with navigation**; especially when trying to retrace her steps to where she parked the car.  2 autoimmune condition, undifferentiated inflammatory arthritis and undifferentiated connective tissue disease. Unremarkable

1G053170001

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 3

premorbid psychiatric history; **fine motor abilities were below average for her dominant right hand and impaired for her non-dominant left hand**; mild decline in visuospatial skills. Slight weakness with source memory;

- 10.13.15 – I don't really feel happiness inside. I just don't feel happy inside like I was before the bleed.
- 11.22.15 – **patient bending over when she struck her face on a coffee table resulting in an laceration to the left eyelid.**
- 2.17.16 – undifferentiated CTD, possibly primary Sjorgren's presented in 2011 with bilateral wrist synovitis.
- 3.1.16 – right interhemispheric extra-axial hyperdense lesion, likely a meningioma
- 3.2.16 – **left upper extremity weakness; visual disturbances: "I do not recommend that the patient return to her previous career due to her abnormal neurological psychie." – Dr. Ware.**
- 4.26.16 – vision loss, left homonymous hemianopia; closed head injury;
- 5.11.16 – right MCA aneurysm rupture s/p clipping who presents today for FU after CTA of head. No new complications; stable size right interhemispheric extra-axial hyperdense lesion, likely a meningioma.
- 8.9.16 – **vision loss from June 2015 to present;**

As noted in her medical records. Ms. Crespo has suffered from a ruptured MCA. Her records noted decreased memory, vision loss, fatigue, depression, anxiety, mental fatigue, etc. Her doctors have supported that she is unable to return to her job as a CRNA.

Ms. Crespo had been receiving LTD benefits since October 10, 2015 from Liberty Mutual under Oschner's group benefits plan. Liberty terminated Ms. Crespo's disability benefits, however, by letter of August 22, 2016 in which it stated that it had determined that she would be able to return to her job as a CRNA and therefore no benefits were payable past July 11, 2016.

Liberty's denial appears to have rested on the results of a May 24, 2016 neurological examination which they scheduled for her in Dallas, Texas with Dr. Yohman. Dr. Yohman performed various testing that demonstrated cognitive deficits but which Dr. Yohman also determined to be invalid due to her performance on validity testing during the examination.

Ms. Crespo had previously undergone neuropsychiatric testing in October 2015, which Liberty's reviewing doctor stated supported mild neurocognitive disorder due to her cerebrovascular accident. He also determined that the scope of the deficits was limited but that when combined with visual perception and fine manual dexterity there is reasonable support for functional impairment and that her medical condition presents a potential for errors in her safety sensitive occupation. Findings from the October 2015 INE include:

- She has a very fast pace throughout the testing, that actually resulted in several errors.
- Baseline abilities were estimated to be in the high average range. She demonstrated average to above average attention/initial encoding with average working memory, processing speed, planning, set shifting/divided attention, and conceptual reasoning/problem solving skills. Testing resulted in a mild deficit in visuospatial skills.

Liberty/Crespo 0372

1G053170001

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 4

> Her copy of a complex figure was slightly below expectation. Several details were compressed or inaccurate and 1 detail was missing. Fine motor abilities were below average for her dominant right hand and impaired for her non-dominant left hand. Ms. Crespo's encoding of simple geometric shapes was below average

Ms. Crespo underwent additional neuropsychiatric testing with Dr. Lawrence Dilks and Kimberley Hutchinson on February 11, 2017. A copy of the test results are attached, along with an addendum. Significantly, this INE also notes cognitive deficits and a full scale IQ score of 81, which is the low average range. This score is consistent with the results of her generalized IQ score of 80 from Dr. Yohman's test results. Unlike Dr. Yohman's test results, validity testing during the February 2017 INE did not show evidence of malingering or any sort of evidence of secondary gain. In addition to cognitive deficits noted in both examinations, both Dr. Yohman and Drs. Dilks/Hutchinson noted left-sided weakness and visual loss. Dr. Dilks-Hutchinson estimates that her current cognitive test results are a significant drop from before her aneurysm. Also of note, when asked to compare the results of the INEs, he noted that Dr. Yohman used outdated testing methods and that certain measures Dr. Yohman used to measure malingering would be invalid since certain areas, such as her memory, are impaired.

The results of the INEs demonstrate cognitive decline, visual loss, and left-sided weakness which would prevent her from performing her safety-sensitive occupation. Indeed, her doctors and co-workers have stated that it is unsafe to perform her job duties in her current condition. 1 am attaching several letters to this effect from coworkers, friends, treating doctors, and family. 1 am also enclosing a vocational report from Joyce Beckwith, MS, CRC, LRC, in which she opines based on her medical record, job description, and vocational expertise, that Ms. Crespo is unable to perform her job duties as a CRNA.

1 am also enclosing the IME report of Dr. Savant as well as her addendum. Please note that based on her review of Ms. Crespo's medical records, as well as her examination of her, that she believes she is unable to perform her previous job duties as a CRNA, which is consistent with her treating doctors, Mr. Crespo's own understanding of her condition and limitations, Dr. Dilks' opinion, Dr. Hutchinson's opinion, and those who know her well, such as co-workers and her employer. Significantly, her life insurance waiver of premium claim has been approved. Her private disability insurance policy from Ameritas, which also defines disability as the inability to work as a CRNA, has also been approved.

Liberty discusses the surveillance footage in its denial letter, although it is unclear why such footage is relevant given the nature of her disability. Even Liberty's own reviewing doctor, Dr. Belliveau stated that this footage does not provide a basis that would support her ability to "consistently and effectively function in the safety sensitive occupation of a nurse anesthetist." Also of note, this doctor states that the location of her stroke supports her reported cognitive deficits, which is consistent with the medical literature provided, as well as her doctors' opinions.

Most importantly, her treating doctors, the medical records, and the independent exams clearly support her inability to perform her job duties as a CRNA. Liberty performed a vocational review that noted this is a light duty occupation that requires frequent reaching, handling, fingering, standing, and sitting. Putting aside her cognitive deficits, it is clear that she would be unable to safely perform her job duties as a CRNA given her left sided weakness and vision loss, as her

1G053170001

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 5

medical records demonstrate left sided weakness, significant vision loss, and loss of fine motor control in her left hand. Also, given her cognitive deficits noted in the neuropsychiatric exams, she would have much difficulty in administering anesthesia as required by her job. Her job requires the utmost ability to concentrate and a mistake on her part could easily end someone's life. Her medical records as well as letters from coworkers, friends, and family, demonstrate that Ms. Crespo loses her car in parking lots; she has loss of vision in her left eye; and decreased cognitive ability. **In light of this information, how would you feel if you were told that Ms. Crespo would be your CRNA who was administering anesthesia just before surgery?**

In addition, Liberty has classified her job as a CRNA as light duty. As demonstrated in the attached letter from Dr. Sumrall, her employer does not have any light duty CRNA jobs. Their CRNAs must be able to lift patients and equipment that would likely put her job in the medium to heavy category. This is also consistent with the attached job description of a CRNA as well as job openings for other CRNA positions that I pulled from a job search website. All three INEs determined that she has impairments in fine motor skills, which would make it exceedingly difficult to perform her job duties which require lifting patients, typing, administering anesthesia, etc., particularly in light of her cognitive deficits and visual loss.

Please reverse the denial of her disability claim without further delay, as Ms. Crespo is in dire need of this disability income.

## II.    Liberty has underpaid Ms. Crespo

Liberty has determined Ms. Crespo's BME based on her hourly rate of $70.50 x 40 hours per week, or $146,640/year. As demonstrated in her attached paystubs and in her sworn declaration, she actually earned far more than this per year. The policy in question defines basic monthly earnings as follows:

> **Basic monthly earnings** means you *monthly rate of earnings* from the Sponsor in effect immediately prior to the date of Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

As demonstrated in the attached paystubs, Ms. Crespo was paid the following forms of pay for the time she worked:

- A base hourly rate of $70.50 for each hour she was scheduled to work.
- Nighttime shift differential = $9.68/hour, for each hour she worked between 3pm and 7am.
- Weekend shift differential = $16.13/hour anytime from 3pm until 7am Monday morning.
- On call pay = $7.50 per hour, for any hour she was on call outside of her regularly scheduled shift.
- Callback hours = this was essentially overtime pay, i.e. time and a half (70.50 + 35.25) for any time she is called back to the office.
- Overtime pay = time and a half 70.50 + 35.25.

Liberty/Crespo 0374

1G053170001

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 6

- She was also paid a liver stipend in the amount of $750 for each liver transplant she worked on.
- Stay-late-differential $35.25 for each hour she worked late.
- Transplant pay of $750 for each transplant she worked on.

In light of the policy's definition of covered earnings, the following amounts must be included in her "monthly rate of earnings:

- her base hourly rate of $70.50;
- nighttime shift differential of $9.68/hour;
- weekend shift differential of $16.13/hour;
- on call pay in the amount of $7.50/hour; and
- transplant pay of $750 for each transplant she worked on.

The other amounts demonstrated on her paystub are excluded from BME because they are either overtime pay or extra compensation from her normal monthly rate of earnings. Thus, Liberty must recalculate her disability benefits by including her shift differentials, on-call pay, and transplant pay, as this is clearly part of her monthly rate of pay.

The enclosed paystubs are from 2014 and 2015. In January 2015 she was out about 6 to 8 weeks after undergoing a hysterectomy. She then started working regular shifts again, but had to take disability leave in April 2015 due to her aneurysm.

Please let me know if you need additional information.

Sincerely,

Reagan L. Toledano
RLT/kab
Enclosures
Cc: Paige Crespo

Liberty/Crespo 0375



Liberty/Crespo 0376

1G053170001



Liberty/Crespo 0377

1G053170001

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ____/____ day of _Sept_____, 2016.

_Paige Crespo_____
Signature

_Paige Crespo_____
Print Name

_____
Social Security Number

1G053170001

**United States of America**
**New Orleans, Louisiana**

### DECLARATION OF PAIGE CRESPO

I, Paige Crespo, declare under penalty of perjury that the following is true and correct:

1. I was working on a liver transplant just before my aneurysm. I was having a very bad headache. Later that day I had a seizure at my daughter's swim meet. This was in April 2015. I was taken to the hospital in the ambulance and was diagnosed with a ruptured MCA. I had to have emergency surgery in which they performed a craniotomy and aneurism clipping. My doctors found the artery that was bleeding and they put a titanium clamp on the artery.

2. I understand that my diagnoses include a ruptured MCA aneurysm as well as a stroke with a subarachnoid bleed and traumatic brain injury.

3. While in the hospital I had a spasms of the artery and another stroke. I was having lack of oxygen to the brain.

4. When I left the hospital, I continued to have severe headaches, left-sided weakness, and blindness. I could not walk for a long time. I could not move my left arm. I could not move it at all. Stepping over things on my left side is something I have to do carefully so that my toes doesn't catch on something. My grip on the left is worse than on my right. It is very difficult to isolate my fingers when typing due to my loss of fine motor skills on the left side.

5. As a nurse anesthetist, I was required to type frequently. We also were required to position patients from the stretcher to the OR bed. I was required to hold little vials of medicine and puncture the vials with needles. This is an example of something I could not do safely due to my decreased fine motor skills. Drawing out medicine requires fine motor skills, as does preparing IV bags, etc. I was required to put the lines in arterial lines and administer the anesthesia. I was required to calculate the doses, mix the drip of medicine. If I made a mistake, it could be fatal to my patients. If I am in a code and have to remember to do five different things, such as administering 5 different drugs, my short term memory would be problematic. Whenever there is a code, I was required to think fast and move fast and could not be in a position in which I had forgotten which drugs I had already administered. My vision loss, left sided weakness, in addition to cognitive impairment, would make it dangerous for me to continue to perform my previous job duties.

6. My job required the ability to concentrate and think fast. I become fatigued easily when concentrating for any significant length of time. Since my incident, when I try to multitask, I often lose track of what I was focusing on previously.

7. I was very skeptical of the IME that Liberty arranged for me to attend in Houston. For one,

1G053170001

it seemed fishy that they would require me to fly to Houston for this test when there are many psychologist in the New Orleans area who could have performed this testing. From the beginning of the testing, I found Dr. Yohman to be very condescending. He explained that he would not give me the results of the test. It seemed that his statements were designed to get under my skin. I got the impression that no matter how I performed his report would hurt my disability case.

8.  The neuropsychiatric testing at Ochsner felt easier than the one that Dr. Yohman performed. Dr. Yohman's test was mostly oral questions. He would give me a lot of information, such as explaining a factual scenario, and request that I repeat it back to him. A lot of the things he asked me to do, I could not recall.

9.  I have reviewed the report from Dr. Yohman. There are several misstatements in his report. For example, when he asked me what ruptured, I explained to him it was my MCA. He asked me if it was on the left or right and I told him that it was his MCA. I told him that all my deficits were on the left side and that I assumed it was on my right side. In his report, Dr. Yohman's response makes it look like I was being untruthful when I answered this question.

10. The neuropsychological testing at Ochsner lasted approximately 4 hours, whereas the test in Houston lasted approximately 6 to 8 hours. I was literally falling asleep on the table because I was so exhausted from the testing. I also had a headache during the testing and had to leave during a break to get headache medicine.    I did not see where in the report Dr. Yohman noted that I was falling asleep due to increased fatigue during the testing.

11. I can see straight ahead with my left eye but I cannot see peripherally to the left and downward. In my right eye I cannot sit peripherally when I look to my left and downward. The eye doctor that I saw in connection with my Social Security Disability claim told me that I should not be driving. My loss of vision would create a problem while working. 90 percent of the time I am positioned such that I am sitting in front of the head of my patient who is lying supine with arms stretched out. If I turn to the right to work on my computer, then the patient's head would be on my left side, so if I were looking at my monitor I would not have peripheral view of my patient, my IVs, the surgeon etc. This is important because my patient might be showing signs that the anesthesia is wearing off that I would not be able to see it. Or the IV bag could back up or my patient might be bleeding, and I would miss this while looking at the monitor.

12. I was earning between $240,000 and $250,000 per year before my aneurysm. I loved my job and made a very good living. I would not be claiming disability unless it was absolutely necessary. I know my limitations and would not want to put my patient's lives in jeopardy if I made a mental error or was not able to see something in the operating room during intense situations. CRNAs at Ochsner function independently and are responsible for making our own decisions. There was no one watching over me and checking my work. If I made a mistake, I would have to take the blame.

Liberty/Crespo 0380

1G053170001

13. I believe my condition has plateaued. In addition to my left sided weakness and my cognitive deficits, I also suffer from two autoimmune diseases: undifferentiated connective tissue disease and undifferentiated inflammatory arthritis. My symptoms are chronic fatigue as well as swollen and painful joints. My joints are mostly swollen and sore in my wrists. I was diagnosed with these conditions years ago and was able to push through to continue working despite my symptoms. However, now with cognitive deficits and left-sided weakness, and vision loss, my autoimmune disorders would become more challenging in the workplace.

14. I have reached out to a malpractice insurer and they have told me that in order to be insurable my treating doctor would have to confirm that I am able to return to work. My doctor will not release me to work as a CRNA.

15. Before my aneurysm and stroke, I was highly intelligent. I made all As and Bs in college. I have a masters in science with a specialty in anesthesia.

16. After my aneurysm and stroke, I have suffered from persisted cognitive impairment such as decreased short term memory, decreased ability to sustain concentration. Concentrating for long periods wipes me out physically and also causes headaches. I forget things often such as where I parked my car in parking lots. I get easily distracted much more so than ever before. I have less patience, am more easily agitated that I used to be. Audiovisual stimulation makes it difficult for me. I do not believe I could concentrate with all the beeping and monitors in the OR that I would have to be aware of while working.

17. My job required me to focus for long periods of time during surgeries. My shifts could last between 8 hours and 36 hours depending on the severity of the patients' conditions.

18. I was paid $70.50/hour as my base rate of pay. In addition I received an extra $9.68/hour for any hours I worked between 3pm and 7am. I also received an extra $16.13 for any hours that I worked on the weekends, from 3pm and 7am. I also was paid "on call pay" at the rate of $7.50 an hour for any hour that I was on call. If I was actually called back into work, I would then be paid time and half ($70.50 + 35.25). I also was paid overtime at time and a half as well. If I worked later than my schedule, I was also paid an additional $35.25. I also received $750 for each liver transplant that I worked on.

I, Paige Crespo, declare under penalty of perjury that the above information is true and correct.

2/17/17
Date

Paige Crespo
Paige Crespo

Liberty/Crespo 0381

1G053170001



**Health System**

To Whom It May Concern,

I am writing this letter in regards to Ms. Paige Crespo. Ms. Crespo is a patient well known to me. She initially came under my care on 4/10/2015 where she presented with a right ruptured MCA aneurysm. Prior to the surgery, the patient had a rapid deterioration and proceeded to have left-sided weakness followed by coma. At the time of surgery, her right pupil was fixed and she had impending herniation. She had a right-sided hemicraniectomy followed by aneurysm clipping with substantial swelling. She had a recovery in her ICU unit and approximately one month later had replacement of her bone flap.

Since that time she has been seen by me and been under my care. This patient's job duty prior to her surgery was a CRNA and she performed anesthetics on patients at our hospital. Although, she has made a good recovery, she continues to have problems secondary to her injury. These include a visual filed deficit caused by aneurismal bleed and subsequent hematoma. She has some cognitive deficits that appear to be mild upon conversation, but upon further testing can be better detailed. I reviewed the records of Dr. Yohman. These show that the patient now has issues with short-term memory. Her IQ at this point is 81. She has had issues with judgment, which are all secondary to her injury.

Although, Ms. Crespo appears to function quite well upon the surface, her defects are profound to the point that I cannot recommend she perform anesthetics on any patient. As a physician treating at Ochsner Medical Center, I would not let her at this point perform anesthetics on any of my other patients. Therefore, I deem her unfit to return to previous duties and she is therefore disabled relative to her job requirements.

Thank you very much.

Please contact me directly if you have any questions, concerns, or reservations regarding this.

Dr. Marcus Ware, MD, PhD

Ochsner Health System

1514 Jefferson Hwy 7-S • New Orleans, LA • phone 504-842-4033 • fax 504-842-2800 • mware@ochsner.org

Liberty/Crespo 0382



1G053170001

🔒 my.ochsner.org



Aubrey S

Riley C

Zane J

## Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Crespo, Paige Fnday | 1773053 | Female | |

### Reason for Visit
Follow-up

### Diagnoses this Visit
SAH (subarachnoid hemorrhage) - Primary
Acquired skull defect
Convulsions, unspecified convulsion type

## To Do List

### Goals (5 Years of Data)
None

## Medications

### Message regarding Medications

**Verify the changes and/or additions to your medication regime listed below are the same as discussed with your clinician today. If any of these changes or additions are incorrect, please notify your healthcare provider.**

Verify that the below list of medications is an accurate representation of the medications you are currently taking. If none reported, the list may be blank. If incorrect, please contact your healthcare provider. Carry this list with you in case of emergency.

### Current Medications

| | |
|---|---|
| ascorbic acid, vitamin C, (VITAMIN C) 100 MG tablet | Take 100 mg by mouth once daily. |
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. |
| ergocalciferol (VITAMIN D2) 50,000 unit Cap | Take 50,000 Units by mouth every 7 days. |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY |
| OMEGA-3S/DHA/EPA/FISH OIL (OMEGA 3 ORAL) | Take by mouth. |
| pilocarpine (SALAGEN) 5 MG Tab | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day |
| quinacrine (QUINACRINE) 100 mg tablet | TAKE ONE CAPSULE BY MOUTH EVERY DAY |
| zolpidem (AMBIEN) 10 mg Tab | |

### Clinical Reference Information

Most recent update 10/5/2016    **Blood Pressure**

| Vitals | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 10:59 AM by Nichole A Holmes | | Most Recent Value | |
| Pulse | Temp | Wt | LMP | BMI | BP | 104/71 | |
| 84 | 98.3 °F (36.8 °C) | 63.5 kg (140 lb) | 12/23/2014 | 22.6 kg/m2 | | | |

Vitals History

### Allergies as of 10/5/2016
No Known Allergies

### Immunizations Administered on Date of Encounter - 10/5/2016
None

### Instructions

To Whom It May Concern,

I am writing this letter in regards to Ms. Paige Crespo. Ms. Crepso is a patient well known to me. She initially came under my care on 4/10/2015 where she presented with a right ruptured MCA aneurysm. Prior to the surgery, the patient had a rapid deterioration and proceeded to have left-sided weakness followed by coma. At the time of surgery, her right pupil was fixed and she had impending herniation. She had a right-sided hemicraniectomy followed by aneurysm clipping with substantial swelling. She had a recovery in her ICU unit and approximately one month later had replacement of her bone flap.

Since that time she has been seen by me and been under my care. This patient's job duty prior to her surgery was a CRNA and she performed anesthetics on patients at our hospital. Although, she has made a good recovery the patient continues to have problems secondary to her injury, which include a visual filed deficit caused by aneurysmal bleed and subsequent hematoma. She has some cognitive deficits that appear to be mild upon conversation, but upon further testing can be better detailed. I reviewed the records of Dr. Yohman. These show that the patient now has issues with short-term memory. Her IQ at this point is 81. She has had issues with judgement, which are all secondary to her injury.

Although, Ms. Crespo appears to function quite well upon the surface, her defects are profound to the point that I cannot recommend she perform anesthetics on any patient. As a physician treating at Ochnser Medical Center, I would not let her at this point perform anesthetics on any of my other patients. Therefore, I deem her unfit to return to previous duties and she is therefore disabled relative to her job requirements.

Thank you very much.

Please contact me directly if you have any questions, concerns, or reservations regarding this.

Dr. Marcus Ware, MD, PhD

### Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**

Registered nurses in the Ochsner On Call Center provide clinical advisement, health education

Liberty/Crespo 0383

1G053170001

# BLUEWILLIAMS, L.L.P.

### ATTORNEYS & COUNSELORS AT LAW

GEORGE R. BLUE (1916-1986)
C T WILLIAMS JR. (1939-2013)

3421 NORTH CAUSEWAY BOULEVARD
SUITE 900
METAIRIE, LA 70002-3760
(504) 831-4091

MANDEVILLE OFFICE

1060 WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471-3046
(985) 626-0051

WWW.BLUEWILLIAMS.COM

| | | | | |
|---|---|---|---|---|
| RICHARD S. VALE | GREGORY S LACOUR | CHRISTOPHER M HATCHER | Of Counsel: | 1 MANDEVILLE OFFICE |
| STEPHEN M. PIZZO | CYNTHIA C. ROTH | BERT J. MILLER | KURT S BLANKENSHIP ¹ | 2 ALSO ADMITTED IN MISSISSIPPI |
| THOMAS G. BUCK | FRANK J. TOWERS | AMANDA B. BENSABAT | WILLIAM H. REINHARDT, IR. | 3 ALSO ADMITTED IN TEXAS |
| BRIAN C BOSSIER | ERIN H. BOYD | KELLY M. BRIAN ¹ | MICKAL P. ADLER | 4 ALSO ADMITTED IN GEORGIA |
| VIRGIL A LACY III | PAMELA NOYA MOLNAR | EMILY C CANIZARO | TIFFANY O. CAZABON | 3 PROFESSIONAL LAW CORPORATION |
| ALDRIC C POIRIER, JR ¹³ | DAVID B PARNELL, IR.¹ | LAURA M GILLEN | | |
| DANTE V MARALDO | ERIC E. POPE | PATRICK K. SHOCKEY | | |
| ROBERT J BAUDOUIN | RICHARD E. GRUNER, JR | AMANDA M PLAISCIA | | |
| EDWIN A ELLINGHAUSEN III | WILLIAM L. BROCKMAN | RANDY J HOTH ⁴ | | |
| GUICE A. GIAMBRONE III | CARL T CONRAD ¹ | JOHANNA E. LAMBERT | | |
| CHRISTOPHER T GRACE III | BRETT W TWEEDEL | | | |
| RYAN J ROEMERSHAUSER ³ | ELIZABETH S. SCONZERT ¹ | | | |
| SCOTT A SOULE ¹³ | CRAIG V SWEENEY | | | |
| PAUL D PALERMO ²³ | JONATHAN S FORESTER | | | |
| CHRISTOPHER K. LEMIEUX | JACOB K. BEST ⁴ | | | |
| CRAIG R WATSON ²³ | MICHELLE A. BEATY | | | |

WRITER'S DIRECT DIAL:
(504) 846-9739
(504) 849-3874 Facsimile
clemieux@bluewilliams.com

January 23, 2017

Re:    Paige Crespo

To Whom It May Concern:

Undersigned counsel has known Paige and her family for over three (3) years. Paige's daughter, Riley, and my daughter are best friends and spend a great deal of time together. As a result, I have had significant interaction with Paige over the past three (3) years. Prior to Paige's aneurysm, Paige was extremely intelligent, bright, and had an unbelievable memory. Paige's ability to process and comprehend information was second to none.

Following Paige's aneurysm I have noticed a significant decline in her ability to process and comprehend information. For example, at a swim meet Paige and I were discussing when her daughter would swim the 500 Freestyle. We looked at the event number, the heat sheet, the lane and the time Riley would swim. Paige missed most of the swim as Paige did not retain the information and was unaware that her daughter was swimming.

In addition, when our daughters have sleep overs, we typically meet at a location to drop the girls off as we live on the northshore and Paige lives in Harahan. Paige has trouble locating or finding landmarks such as City Park. Therefore, we have to meet at a location that Paige has been to multiple times and we typically meet at the same location.

Since the aneurysm, I find that we have the same conversation multiple times and Paige does not have the recollection that we have previously discussed the issue/topic. Often times, we will have the same conversation within a 30 minute time period.

Should you need any additional information, please do not hesitate to contact undersigned.

Liberty/Crespo 0384

1G053170001

January 23, 2017
Page 2

Sincerely,

Christopher K. LeMieux

CKL/mt

Liberty/Crespo 0385

1G053170001



Medical Center   February 1, 2017

Department of Surgery

George E. Loss, Jr., M.D., Ph.D.
Chairman

John L. Ochsner, M.D.
Chairman Emeritus

John S. Bolton, M.D.
Chairman Emeritus

Vincent R. Adolph, M.D.
Emily B. Ahmed, M.D.
Christopher R. Babycos, M.D.
Aditya Bansal, M.D.
Michael J. Dave, M.D.
Hernan A. Bazan, M.D.
Humberto E. Bohorquez, M.D.
Clayton J. Brinster, M.D.
Camille Broome, P.A.
David S. Bruce, M.D.
Jessica L. Bruggers, P.A.
Ian C. Carmody, M.D.
Ari J. Cohen, M.D.
W. Charles Conway, II, M.D.
Ralph L. Corsetti, M.D.
Erin Diebold, P.A.
Kimberly A. Drake, N.P.
George M. Fuhrman, M.D.
Matthew A. Gaudet, M.D.
Joshua M. Goldberg, M.D.
Emily H. Lewis, P.A.
Aimee M. Mackey, M.D.
Lynette Mauterer, N.P.
Regina F. McDonald, N.P.
Inder D. Mehta, M.D.
Mellanie Merritt, P.A.
Adwoa S. Opoku-Boateng, M.D.
P. Eugene Parrino, M.D.
Benjamin B. Peeler, M.D.
Amanda Perillo, P.A.
Brian L. Pettiford, M.D.
Trevor W. Reichman, M.D.
William S. Richardson, M.D.
Jessica Roybal, M.D.
John B. Seal, M.D.
Kathryn B. Smiley, P.A.
Celeste M. Smith, N.P.
Taylor A. Smith, M.D.
Rodney Steiner, M.D.
W. Charles Sternbergh, III, M.D.
Debbie H. Theriot, A.P.R.N.
Michael C. Townsend, M.D.
Siobhan Trotter, D.N.P.
Amber P. Weydert, P.A.
James B. Wooldridge, Jr, M.D.

RE:     Paige Friday Crespo
         DOB:
         MRN: 1773053

To Whom it May Concern:

I write this letter regarding Paige Crespo as a practicing general surgeon/surgical oncologist who has known Paige for over 10 years on both a personal and professional level.

From a professional standpoint, Paige WAS an outstanding certified registered nurse anesthetist (CRNA) until the date of her spontaneous intracranial hemorrhage in April of 2015. Up until that time, I would have been confident to have Paige provide anesthesia to any of my patients, family, or myself if needed. I directly worked with her in the operating room from 2006 to 2015 and witnessed her high level of professional care that she delivered.

I also know Paige well on a personal level. I met Paige's husband, Chad, through a social engagement. Chad and I then began bicycling together often, and a personal friendship developed with them in addition to the professional relationship. Because of this, I was the first person Chad called the day of Paige's intracranial hemorrhage. I remember that fateful Friday afternoon in April of 2015 as though it was yesterday.

I got to the ER before Paige arrived by ambulance, after Chad called me in a panic knowing that something terrible had happened. When Paige arrived, she looked right at me calling me by name saying, "Ralph, I have a head bleed!" Within a matter of minutes I witnessed Paige dying in front of me. She quickly became unresponsive and her pupils fixed and dilated. Two CT's of the head revealed ongoing hemorrhage and midline shifting. I called my neurosurgery colleague, Dr. Marcus Ware, and told him that if she did not get to the OR emergently she was going to die. I stayed with Chad all night while Paige underwent her emergent craniotomy. Within 24 hours she was following commands. It was truly amazing that she was still alive.

Through months of rehabilitation Paige improved and became functionally independent. I witnessed the degree of her recovery on a daily basis, from the time in the hospital to the time in rehab. I was Chad's medical resource throughout.

Ochsner Health System

1514 Jefferson Highway • New Orleans, LA 70121 • phone 504-842-4070 • fax 504-842-3100 • www.ochsner.org

2010

Liberty/Crespo 0386

1G053170001

What I witnessed was miraculous, but I know that Paige is not the same person she was before the intracranial hemorrhage. Knowing her both professionally and personally, she is not the same. The person I knew before was not impulsive and had deliberate thought processing before making decisions. Her affect is also off. The Paige of today has diminished inhibitory processing. It is as though the cerebral vascular accident affected her inhibitory centers of cognitive function with resultant loss of inhibition. I know this because of my personal and professional long-standing relationship with her. I know she is NOT the same person. Chad, her husband, knows this as well. Paige also suffered some visual loss from the process.

Because of this, I know that I would NEVER let Paige provide anesthesia to my patients, family, or myself. She would be at risk of impulsive decision making without inhibition to process potential pros & cons or risks & benefits of the often quick decisions that come with providing anesthesia.

Professionally, I do not believe Paige is fit to provide safe anesthesia and I would not be comfortable with her in my operating room. I state this in all sincerity and with God as my witness.

Sincerely,

Ralph L. Corsetti, MD

Ralph L. Corsetti, MD, F.A.C.S.
Medical Director – Liesolotte Tansey Breast Center
Staff Surgeon – Department of Surgery
Ochsner Health Systems
Associate Professor of Surgery
University of Queensland – Ochsner Clinical School

RLC/hcr

Liberty/Crespo 0387

1G053170001

# CHAD J. CRESPO

LA  70123

To whom It May Concern:

I was married to Paige Friday Crespo for 12 years and have known her for over 14 years. We have three children together:  Riley 12,  Aubrey 10, and Zane 8.  We were a perfect family lived in a lovely home, wonderful school (Kehoe-France), members of fitness/swim club and members of Riverside Baptist Church. Then Paige had the aneurysm and overnight everything change. Paige was a completely different person.

Before her aneurysm, Paige was by far the smartest, most hard working person, I had ever met.  When she was in nursing school, she took a full course load and worked a full time night job at FedEx in the Memphis hub.

Paige worked 15 years at Ochsner as a CRNA with a fulltime work schedule and also was part of the "Ochsner Liver Transplant Team". Paige was given the honor of being one of the only CRNA's asked to work on Ochsner's  FIRST "Living Donor Liver Transplant. She was proud of the fact that Ocshner has been #1 in the U.S. in liver transplants for the last number of years.

Paige was a powerfully driven women, who logged a ton of hours at Ocshner and stamina on the job couldn't be matched.

That leads me to speak of her work ethic, that was second to none. I can assure you,
if Paige was able to work, she would. Claiming disability was her last and only choice. Her life was her work and she love her job. Paige had a uncanny ability to understand exactly what each individual patient in her care needed. She was often reoffered to as, "The Best" by some of her peers - Her patients truly came first.

After Paige's aneurysm she became a very different person in many ways.
The first and most obvious to recognize was her vision loss and her loss of direction. She has trouble finding her car in a parking lot and uses a phone Apps to locate her vehicle.
Recently she lost her way in the gym that she goes to everyday.

Paige has lost peripleural vision on her left side. If you are standing quitely next to her left side, she doesn't know you are there. This summer Paige fell into a swimming pool because she couldn't see the water on her left side.

Another easily recognizible difference is Paige's lack of ability to work through simple sequential tasks. Helping the children with their homework for Grade 2, 4 and 6 is often on a good day difficult and on bad day impossible. It is especially noticeable to me because Paige was such a smart person, She could easily multi-task with many different problems all at one time.

In addition, if I bring up a number of variables into a conversation with Paige, she becomes annoyed and gets totally lost, not grasping any part of the conversation. (ex. Pick up Zane & Aubrey at school at 3:15; bring Aubrey to guitar practice; go back and pick up Riley, and get Zane)

Liberty/Crespo 0388

1G053170001

Paige's has lost the ability to sit quietly in one position for any length of time and is fidgety and often in motion. She looses focus easily and I must repeat myself over and over again because she forgets what was said or texted to her. (Ex. I have at times texted Paige with the same information around 10 times)

Before the aneurysm, Page was friendly and able to work easily with people. Paige's has become short tempered and has trouble dealing with more than one person at a time.

She has also lost her ability to understand what is appropriate and inappropriate to say or do. (Ex. Paige asked me if I could help her make a banner for a business that her boyfriend was starting. We are in the middle of a divorce (that I didn't want) and it didn't phase her at all that the help she was requesting was inappropriate.

I truly believe, because I have observed Paige for nearly two years and see or talk to her everyday, that I have the most hands on knowledge of her disability that was caused by the aneurysm and subsequent vasospasm (stroke).

**In my opinion, Paige is not only unable to work** in the same capacity that she worked before the aneurysm. Then if you factor in her short term memory loss and lack of understand and comprehension of instructions given in sequence, you should also conclude that Paige should not be in the general workforce.

I am happy to answer any questions you may have regarding Paige F. Crespo.

Chad J. Crespo      2/2/17

Liberty/Crespo 0389

1G053170001

forwarded message:

From: Leslie Kelly <lkelly@aana.com>
Date: August 24, 2016 at 9:43:58 AM CDT
To: "pfridaycrespo@att.net" <pfridaycrespo@att.net>
Subject: AANA Malpractice Insurnace

Hi Paige-

Thank you for your inquiry about malpractice insurance.

Per our phone conversation you indicated you have been out of work with no current malpractice insurance. To be considered for admitted coverage, you would need to provide us with the last date in which you provided medical services as a CRNA.

If you have been out of practice for more than 12 months, please provide a reason for the gap in practice and indicate what (if any) anesthesia related classes/seminars you have taken since your last date of practice.

If you have been out of practice due to medical reasons, we will also need a note from your treating physician that you are able to practice as a CRNA with no restrictions.

If all this is received along with the application for malpractice insurance and there are no other underwriting issues, we would refer to the carrier to see if they would approve you for coverage.

Thanks,

*Leslie*

Leslie Kelly
Team Leader Underwriting/Customer Service, Insurance Services
**AANA Insurance Services / Caring Has Its Risks. Let Us Help Safeguard Your Career**
116 S. Prospect Ave. / Park Ridge, IL 60068-4001 / Phone: 800-343-1368 x3924 / Fax: 800-547-2220
lkelly@aana.com /www.aana.com/insuranceservices /



WASHINGTON MARRIOTT WARDMAN PARK
**2016**
September 9-13, 2016 + Washington, DC

Liberty/Crespo 0390

1G053170001

Minnesota Life Insurance Company - A Securian Company
Group Division Claims
P.O. Box 64114
St. Paul, MN 55164-0114
For claim information:
1 888 658-0193
www.minnesotalife.com/benefits

**MINNESOTA LIFE**

October 11, 2016



PAIGE F CRESPO

**Claim Number: D076844**

Policy Number:    0034268 001         Policyholder:   OCHSNER HEALTH SYSTEMS
Loan Number:                          Insured:        PAIGE F CRESPO

Ref: 3L
ALLOWANCE NOTICE



The claim form(s) you submitted has been reviewed and your disability
claim has been allowed/continued.  Your life insurance, covered under
the waiver of premium provision, will continue to remain in force without
payment of premium for the next year, or until recovery if prior to that time.

In approximately one year, we will send claim form(s) to you for
further consideration of your claim.

If your address changes or you have any questions regarding your claim,
please call us at the toll free telephone number listed above.

Thank you,

GROUP DIVISION CLAIMS

Liberty/Crespo 0391

1G053170001

Feb.15.2017   07:51 PM                                           PAGE.   1/  2


**Ameritas.**

Ameritas Life Insurance Corp.
Individual Division

Individual Claims
P.O. Box 40888 / Cincinnati, OH 45240-0888
Toll Free 800-825-1551

August 14, 2015

PAIGE CRESPO

RE: Paige Crespo
Policy Nos.: N00008591D &
N00023863D

Dear Ms. Crespo:

It was a pleasure speaking with your recently regarding the above listed disability policies.

Policy Nos. N00008591D and N0002863D provide a monthly total disability benefit of $3,990.00 and $2,470.00, respectively. Both policies have a 90 day waiting period and provide a maximum benefit to Age 65.

We will consider you totally disabled if a sickness or injury, in and of itself, prevents you from performing the material and substantial duties of your occupation. Your occupation means your occupation or occupations at the time disability began. In order for us to consider you totally disabled, you must be under the regular care and treatment of a physician appropriate for the condition causing disability.

Policy No. N00008591D has a Social Insurance Substitute (SIS) Benefit Rider that has a 90 day waiting period and provides a $2,000.00 monthly benefit if you are totally disabled due to injury or sickness and you are receiving limited or no social insurance benefits.

Social insurance benefits means payment of disability or retirement benefits under the following:
1   the Federal Social Security act of either:
    a.   a Primary Insurance Amount (PIA); or
    b.   a PIA and a Family Benefit for dependents;
2.   any Workers Compensation, Occupational Disease or Employer's Liability;
3.   Government Retirement and Disability Fund Benefit which would include
    a.   Disability compensation, including amounts for dependants under any federal, state, county, municipal or other government subdivision retirement and disability fund for which you may be eligible; or
    b.   Any payment that results from elective retirement;
4.   Any other similar federal, state or local governmental program.

We will pay the SIS Monthly Benefit, reduced by any Social Insurance Benefits being received, for each month you are totally disabled after the SIS Waiting Period if:
1.   You are receiving Total Disability Monthly Benefits under this policy; and
2.   You are not engaged in any occupation for wage or profit.

1G053170001

Feb.15.2017  07:52 PM                                                PAGE.  2/  2

Paige Crespo
Page Two
August 14, 2015

The SIS Rider requires that we must receive acceptable proof of the status of your social insurance benefits before we will pay benefits under this rider. This proof must show that:
1.  You have applied for all social insurance benefits to which you may be entitled; and
2.  Such benefits have been approved, denied, or are still pending.
This same proof requirements apply if your family may be eligible for social insurance benefits due to your disability.

Based upon the information received, we have approved your claim as of April 10, 2015, subject to the waiting period. The Good Health Benefit in your policies provide that for every policy year you complete without receiving any benefits under your policies, we will reduce the waiting period by 2 days. Therefore, under Policy N00008591D, your waiting period has been reduced from 90 to 64 days and the first day of covered disability is June 13, 2015. Under Policy N00023863D, your waiting period has been reduced from 90 to 70 days and the first day of covered disability is June 19, 2015.

Under Policy No. N00008591D we are providing total disability and social Insurance benefits from June 13 to August 13, 2015 in the amount of $11,980.00 and a refund of premium from April 15 to August 15, 2015 in the amount of $622.68.

Total disability benefits are being provided under Policy No. N00023863D for the period from June 19 to August 19, 2015 in the amount of $4,940.00 and a refund of premium from April 15 to August 15, 2015 in the amount of $334.28.

Our checks for $12,602.68 and $5,274.28 representing the benefit payments will follow under separate cover. Your policies have been placed on premium waiver and future premiums will continue to be waived as long as you remain disabled in accordance with your policy provisions.

In addition to the information submitted, we will need the enclosed Authorization to Obtain and Disclose Information form completed by you. Also, please submit a copy of your entire 2014 Federal Income Tax return, including all schedules and attachments. Additionally, we will need a valid copy of your driver's license.

As your disability is expected to exceed 6 months, we will need proof that you have filed for Social Security Disability as well as any other social insurance benefits to which you may be entitled due to your disability. Further, please provide copies of any correspondence showing the status of your claim for such benefits. This information is needed as provided by the terms of the Social Insurance Substitute benefit under Policy N00008591D.

Upon receipt of this information, we will proceed with our claim evaluation. If you have any questions, please do not hesitate to call me. My direct dial number is 800-825-1551, ext.52966.

Respectfully,

Jennifer M. Mueller

Jennifer Mueller
Claim Examiner
Disability Income Claims Division

Enclosure: 3932

EN1800-AG73057, Harless Jr

1G053170001

Minnesota Life Insurance Company - A Securian Company
Group Division Claims
P.O. Box 64114
St. Paul, MN 55164-0114
For claim information:
1 888 658-0193
www.minnesotalife.com/benefits

**MINNESOTA LIFE**

October 11, 2016



PAIGE F CRESPO

| Claim Number: D076844 |
|---|

Policy Number:   0034268 001          Policyholder:   OCHSNER HEALTH SYSTEMS
Loan Number:                          Insured:        PAIGE F CRESPO

Ref: 3L

ALLOWANCE NOTICE

The claim form(s) you submitted has been reviewed and your disability
claim has been allowed/continued.  Your life insurance, covered under
the waiver of premium provision, will continue to remain in force without
payment of premium for the next year, or until recovery if prior to that time.

In approximately one year, we will send claim form(s) to you for
further consideration of your claim.

If your address changes or you have any questions regarding your claim,
please call us at the toll free telephone number listed above.

Thank you,

GROUP DIVISION CLAIMS

Liberty/Crespo 0394

1G053170001



Eye Center

OPHTHALMOLOGY

**Chairman**
,onathan D. Nussdorf, M.D.

**Chairman Emeritus**
Richard J. Hesse. M.D.

**Comprehensive Ophthalmology**
**Cataract Surgery**
Wendy Doneyhue, M.D
Jeffrey Guillmette. M.D.

**Cornea & Anterior Segment**
**Cataract, Refractive Surgery**
Pulin A. Snah. M.D.
Cirry Kulman. M.D.

**Glaucoma & Cataract Surgery**
Katherine Loftfield, M.D
Jonathan D. Nussdorf, M.D.

**Neuro-Ophthalmology**
Andrew Lawton, M.D.

**Oculoplastics & Oncology**
Richard J. Hesse, M.D.
Pr.ya Sahu, M.D.

**Pediatric Ophthalmology**
**& Adult Strabismus**
H. Sprague Eustis, M.D.

**Retinal & Vitreous**
D. Anthony Mazzulia, M.D.
Laurence W. Arend. M.D.
Joseph D. Berevento. M.D.

**OPTOMETRY**
Jeffrey A. Colegrove. O.D.
Lionel E. Boudreaux, O.D.
Kefla G. Brown, O.D., M.S
Jeanne Herman, O.D.
Sne.ley Huff, O.D.
Robert Kelly, O.D.
Jessica Liu, O.D.
J. David Linson. O.D.
Brian K. Nelson. O.D.
Ha Ninh. O.D.
Cenny Vo. O D.

**Pediatric Optometry**
Kefla G. Brown, O.D., M.S.

**Low Vision**
Jeffrey A. Colegrove, O.D.

**Specialty Contact Lens**
Jeanne Herman, O.D.
Sheley Huff O.D.
Robert Kelly, O.D.

**Electrophysiology**
Jonathan D. Nussdorf, M.D.

**Chabert Medical Clinic - Houma**
Joshua M. Groetsch, M.D.
Joseph D. Benevento. M.D.
Cirry Kulman, M.D.
D. Anthony Mazzulia. M.D.
Chip Tipton. M.D.

**Director,** Debby Chopin
**Manager,** Erica Barrow

Reagan Toledano, Esq.
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, La. 70170

**Re: Paige Crespo**

Dear Mr. Toledano,

I am writing at the request of Paige Crespo for whom I have provided eye care since December 2011. I have been treating her since April 2015 for left-sided vision loss resulting from an aneurysm of the Middle Cerebral Artery (MCA) with hemorrhage.

The specific brain injury suffered by Ms. Crespo has resulted in statistically significant functional visual field loss. Humphrey Visual Field 24-2 Sita Standard (HVF 22-4SS) testing was performed on July 2, 2015 and January 6, 2016. Statistics on both dates indicated subject testing reliability. The initial test result indicated a left incongruous homonymous hemianopia affecting 27 of 54 points tested including 2 of 4 central fixation points in the right eye. In the left eye 22 of 54 points tested were affected including 2 of 4 central fixation points. Visual neuronal function usually reaches maximum recovery approximately 6 months status post brain injury. Subsequent visual field testing (HVF 24-2SS) indicated that 31 of 54 points tested were affected in the right eye, including 2 of 4 central fixation points. In the left eye, 17 of 54 points tested were affected, including 2 of 4 central fixation points. This shows that while there was some recovery of visual neuronal function in the left visual field of the left eye only, recovery was minimal and central fixation remains lost. Overall, 50% of Ms. Crespo's central fixation and 75% of her left visual field has been permanently lost as a result of the MCA aneurysm with hemorrhage.

Ms. Crespo's livelihood as a CRNA (Certified Registered Nurse Anesthetist) has been gravely damaged to the point that she can no longer safely and effectively perform her duties. Due to the homonymous hemianopia, she is no longer able to efficiently move around a busy and crowded operating room without endangering the lives of patients, surgeons, operating room staff, and herself. Her ability to quickly decipher medications and inject them properly while monitoring patient vitals has been irreparably damaged. It would be ethically irresponsible for Ms. Crespo or any employer to have her continue working as a CRNA.

Sincerely,

Kefla G. Brown OD. MS
Ochsner Medical Center
1514 Jefferson Hwy
New Orleans, LA 70121

**Ochsner Medical Center**

1514 Jefferson Highway   New Orleans, LA 70121 · phone 504-842-3995 • fax 504-842-5970 • www.ochsner.org

Liberty/Crespo 0395

1G053170001


Health System

Department of Anesthesiology

W. David Sumrall, III, MD
Chair, Department of Anesthesiology
Clinical Director of the OR
Ochsner Medical Center-New Orleans

James R. Douglas, Jr., MD, PhD
Chair, Emeritus
Medical Director, Anesthesia Informatics Team

T. Michael Treville, MD
Quality Officer

Brian J. Fish, MD
Director, Medical Student Education

Melody J. Ritter, MD
Medical Director, Perioperative Center

Eric H. Busch, MD
Director, Adult Cardiovascular Anesthesia Team

Jimmie E. Colon, MD
Director, Pediatric Cardiovascular Anesthesia Team

Daniel P. Corcino, MD
Director, Pediatric Anesthesia Team

William J. Daly, Jr., MD
Director, Urologic Anesthesia Team

Clint E. Elliot, MD
Director, Orthopedic Anesthesia Team

Logan S. Emory, MD
Director, Neuroanesthesia Team

Bryan M. Evans, MD
Director, Major OI Anesthesia Team

Donald R. Oanier, MD
Director, Liver Transplantation Anesthesia Team

Bobby D. Nossaman, MD, FACA
Director, Anesthesia Research Team
Co-Director, Surgical Intensive Care

Melissa B. Russo, MD
Medical Director, OMC-Baptist
Obstetric Anesthesia Team

Leslie C. Thomas, MD
Director, Regional Analgesia/Anesthesia Team

Kim S. Bland, MD
Philip G. Boysen, MD, MBA
David M. Broussard, MD, MBA
Dominic S. Carollo, MD
Allison O. Clark, MD
Michael C. Couch, MD
Khaled A. Dajani, MD
Nell M. DiGiovanni, MD
Emilie E. Donaldson, MD
Jason B. Pakerman, MD
Liane M. Germond, MD
George M. Gilly, MD
Donald E. Hannon, MD
Stuart R. Hart, MD
Vitasini Kamik, MD
Sabry K. Khalil, MD
Loan J. Kosarek, MD
Joseph Kowzekloe, MD
Rhonda G. Leopold, MD
Kierstin M. Lund, MD
Melissa C. Maire, MD
Ramono E. Nicolau, MD
Kristie D. Oakeen, MD
Elaine M. Pages-Arroyn, MD
Matthew E. Patterson, MD
Austin G. Phillips, MD
Usha Ramadhyani, MD
Adrienne P. Ray, MD
Vivek Sabharwal, MD
Amala Schubert, MD, MBA
Jose R. Soberon, Jr., MD
Robin B. Stedman, MD, MPH
C. Lekha Sabaiya, MD
Connie E. Taylor, MD
Sarena N. Teng, MD
Mack A. Thomas, MD, FACS
Kelly G. Ural, MD
Dane M. Yaratich, MD

Paige Crespo


Paige,


As per our conversation with Mimi Primeaux on August 31, 2016, Ochsner Jeff Highway campus does not have light duty positions for CRNA's. All CRNA's are actively involved with very hands on activities including transport of patients, moving of patients as well as the highly specialized hands on care.


Please let me know if you have additional questions.

Sincerely,

W. David Sumrall, III, M.D.

Clinical Director of the OR

Chair, Department of Anesthesiology, Jeff Hwy Campus


Ochsner Health System, a part of Ochsner Clinic Foundation

1514 Jefferson Highway • New Orleans, LA 70121 • phone 504-842-3755 • fax 504-842-2036 • www.ochsner.org

Liberty/Crespo 0396

1G053170001

**n0121134**

| | |
|---|---|
| **From:** | Paige |
| **Sent:** | Monday, August 22, 2016 8:33:46 PM |
| **To:** | Youngberg, Todd |
| **Subject:** | Claim |

Listen, thank you for helping me. I'm sure you have given me some slack on deadlines and stuff.   But anything you can do to help me until I get this appeal sorted out. My husband and I are now divorcing since the injury. And because of my salary that I get from yall I'm 100% financially responsible for my 3 kids. We cannot survive without this money. Todd I know many people try and beat the system. But I went to school for 10yrs to do what I do. I love it. I didn't ask to have a major stroke at 43 with a traumatic brain injury. Not one thing in my life did not change. If I could have my old life back I'd take it. I mean I took a huge pay cut even with this disability. It's only 60% remember? I mean soc sec sent me for an eye exam for my blindness from the stroke. That Dr told me he was writing that I shouldn't even be driving the blindness was so significant.

Help,
Paige

Sent from my iPad

000182

Liberty/Crespo 0397

1G05317O001

# OCHSNER CLINIC FOUNDATION
# JOB DESCRIPTION

**I.**    **JOB TITLE:**    CRNA                          **JOB CODE:**    D250

   **DEPARTMENT:**    Anesthesiology               **JOB FAMILY:**    1

   **REPORTS TO:**    Director and/or Dept. Chairman    **FLSA STATUS:**    Non-Exempt

   **SUPERVISES:**

   **DATE APPROVED:**                              **DATE REVISED:**    6/02, 7/05, 9/09

**II.**    **GENERAL SUMMARY:**

Employed by hospital/clinic to administer anesthesia for surgical and nonsurgical procedures. Provide anesthesia with high degree of autonomy medically directed by anesthesiologists. Anesthesia provided on 24 hour/7 day a week basis for minor elective surgery to transplants. Non surgical procedures include interventional radiology, CT, MRI, catheterization and electrophysiology labs.

Demonstrates actions consistent with Ochsner Clinic Foundation's "Service Principles" as duties are performed on a daily basis.

**III.**    **MINIMUM QUALIFICATIONS:**

   **A.**    **Education, Experience & Training:**

   Bachelor's degree in nursing
   Master's degree from accredited nurse anesthesia program.
   Current Louisiana Registered Nurse License
   Current Advanced Practice Registered Nurse License
   Board Certified by the NBCRNA(National Board on certification and recertification of nurse anesthetists).

   **B.**    **Other Qualifications:**

   Strong written, oral and interpersonal skills.
   BLS, ACLS, and PALS required
   Clinical instructors to students in nurse anesthesia

   **C.**    **Physical Demands:**

   Overall demanding workload with ability to sit and stand for long periods of time. Job involves exposure to patients, chemicals and anesthetic gases. Requires the ability to lift light equipment and/or transport patients via stretcher. Required to work 8 hour day or longer in fast paced environment.

**IV.**    **ESSENTIAL JOB DUTIES:**

   1.    Documentation/Record Keeping/Electronic Record Keeping
   2.    Technical Competence-Assessment
   3.    Technical Competence-Patient Safety
   4.    Technical Competence-Equipment
   5.    Interpersonal Contact-Liaison
   6.    Planning and Organization
   7.    Daily Assignments

**V.**    **APPROVALS:**

Liberty/Crespo 0398

1G053170001

_____    _____    _____
Name                           Title                          Date

_____    _____    _____
Name                           Title                          Date

_____    _____    _____
Name                           Title (Compensation Services)   Date

VI.    This job description is a summary of the primary duties and responsibilities of the position.  It is not intended to be a comprehensive listing of all duties and responsibilities.  Contents are subject to change at management's discretion.

VII.

**OCHSNER CLINIC FOUNDATION**
**JOB PERFORMANCE STANDARDS**

Liberty/Crespo 0399

1G053170001

| JOB TITLE: | CRNA | JOB CODE: | D250 |
| DEPARTMENT: | Anesthesiology | FLSA STATUS: | Exempt |

| | Essential Job Duty | Weight | Standards |
|---|---|---|---|
| 1. | Documentation/Record Keeping | 20% | 1. Charts all vital signs and function measurements. 2. Administers drugs in proper time sequence. 3. Records an intake and output on each case. 4. Reports to PACU nurse any intra-op events and unexpected outcomes during emergence from anesthesia. 5. Keep accurate record of narcotic use/waste in accordance with policy. 6. Documents appropriate care of patient. |
| 2. | Technical Competence-Assessment | 15% | 1. Reviews preanesthetic assessment. 2. Appraises general condition of patient. 3. Notes any changes since preanesthetic evaluation. 4. Checks for any dental hazards with notation of any broken teeth, dentures, caps, loose teeth, etc. |
| 3. | Technical Competence-Patient Safety | 15% | 1. Positions patient on OR table in physiologically protected way. 2. Notifies anesthesiologist of any unexpected responses. 3. Maintains an appropriate surgical plane of anesthesia. 4. Administers anesthesia following accepted practice techniques. |
| 4. | Technical Competence-Equipment | 15% | 1. Performs appropriate preop checklist on all anes machines/equipment prior to induction of anesthesia. 2. Has appropriate anesthetic equipment/supplies available for case. 3. Follow safety requirements. |
| 5. | Interpersonal Contact-Liasion | 15% | 1. Communicates with surgeon and anesthesiologist regarding patient's condition when applicable. 2. Maintains good working relationship with coworkers within dept. 3. Maintains a positive manner when dealing with hospital personnel, patients, families and coworkers. |
| 6. | Planning and Organization | 10% | 1. Attends conferences and inservices as available. 2. Participates in department QA procedures. 3. Current in BCLS. 4. Assists in training with student nurse anesthetists. |
| 7. | Assignments | 10% | 1. Works to minimize turnover time by avoiding unnecessary delays, preparing ahead, assisting others whenever appropriate. 2. Demonstrates willingness to accept assignment or schedule changes to increase productivity and efficiency. 3. Makes post-anesthesia rounds when assigned. 4. Performs assigned tasks in a timely manner. |

8.

Liberty/Crespo 0400

1G053170001

| JOB TITLE: | CRNA | | JOB CODE: | D250 |
| DEPARTMENT: | Anesthesiology | | FLSA STATUS: | Exempt |

| | Essential Job Duty | Weight | Standards |
| --- | --- | --- | --- |
| 1. | Documentation/Record Keeping | 20% | 1. Charts all vital signs and function measurements.<br>2. Administers drugs in proper time sequence.<br>3. Records an intake and output on each case.<br>4. Reports to PACU nurse any intra-op events and unexpected outcomes during emergence from anesthesia.<br>5. Keep accurate record of narcotic use/waste in accordance with policy.<br>6. Documents appropriate care of patient. |
| 2. | Technical Competence-Assessment | 15% | 1. Reviews preanesthetic assessment.<br>2. Appraises general condition of patient.<br>3. Notes any changes since preanesthetic evaluation.<br>4. Checks for any dental hazards with notation of any broken teeth, dentures, caps, loose teeth, etc. |
| 3. | Technical Competence-Patient Safety | 15% | 1. Positions patient on OR table in physiologically protected way.<br>2. Notifies anesthesiologist of any unexpected responses.<br>3. Maintains an appropriate surgical plane of anesthesia.<br>4. Administers anesthesia following accepted practice techniques. |
| 4. | Technical Competence-Equipment | 15% | 1. Performs appropriate preop checklist on all anes machines/equipment prior to induction of anesthesia.<br>2. Has appropriate anesthetic equipment/supplies available for case.<br>3. Follow safety requirements. |
| 5. | Interpersonal Contact-Liasion | 15% | 1. Communicates with surgeon and anesthesiologist regarding patient's condition when applicable.<br>2. Maintains good working relationship with coworkers within dept.<br>3. Maintains a positive manner when dealing with hospital personnel, patients, families and coworkers. |
| 6. | Planning and Organization | 10% | 1. Attends conferences and inservices as available.<br>2. Participates in department QA procedures.<br>3. Current in BCLS.<br>4. Assists in training with student nurse anesthetists. |
| 7. | Assignments | 10% | 1. Works to minimize tumover time by avoiding unnecessary delays, preparing ahead, assisting others whenever appropriate.<br>2. Demonstrates willingness to accept assignment or schedule changes to increase productivity and efficiency.<br>3. Makes post-anesthesia rounds when assigned.<br>4. Performs assigned tasks in a timely manner. |
| 8. | | | |

00029

Liberty/Crespo 0401

1G053170001

## Abilities and Skills for the Graduate Nurse Anesthetist Student

The School of Nursing affirms that all students enrolled in the graduate, nurse anesthesia program must possess those intellectual, ethical, physical, and emotional capabilities required to undertake the full curriculum and to achieve the levels of competence required by the faculty for safe professional practice.

The advanced practice nurse anesthetist must possess the knowledge and ability to effectively assess his or her client's biophysical, psychological, social, cultural, and intellectual domains. Further, the advanced practice nurse must competently analyze the assessment data through intellectual processing to arrive at a definition of the client's status or problem, plan independently or collaboratively for full range of therapeutic anesthesia interventions, execute all or part of the anesthesia care plan through advanced practice nursing acts, and evaluate the care delivered and the client's responses to it.

Candidates for advanced practice nursing must have the abilities and skills necessary for use of the nursing process. These skills and abilities include observations; communication; motor ability; conceptualization; integration and quantification; and behavioral/social acceptability. Technological compensation can be made for some handicaps in certain of these areas, but candidates must be able to perform in a reasonably independent manner. The use of a trained intermediary is not possible.

The following abilities and skills are necessary to meet the requirements of the curriculum:

Observations: The candidate must be able to observe patients and monitors accurately at a distance and close at hand. Observation necessitates the functional use of vision and tactile sensation. It is enhanced by the functional sense of smell.

Communication: The candidate must be able to speak, hear, and observe patients in order to elicit information; describe changes in mood, activity, posture, mentation, and consciousness; and perceive nonverbal communications. A candidate must be able to communicate effectively and sensitively with patients. Communication includes not only speech but reading and writing. The candidate must be able to communicate effectively and efficiently in oral and written form with all members of the health care team.

Motor: Candidates should have sufficient motor function to elicit information from patients by palpation, auscultation, percussion, and other assessment maneuvers. A candidate must have sufficient motor skills to gain access to clients in a variety of care settings and to manipulate the equipment central to the treatment of patients receiving anesthesia care. Such actions require coordination of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision. Examples of required fine motor skills would include, but are not limited to, preparation and administration of medications, assessment of vital signs, administration of general, regional, and monitored anesthesia care anesthetics, and insertion invasive monitoring lines. Examples of required gross motor skills would include, but are not limited to, positioning clients, transferring clients and maneuvering in confined spaces. In addition, the candidate should be able to lift and carry a minimum of 35% of his or her own body weight. Also, the candidate should be able to sit, bend, reach and/or walk and stand for most of the day.

Intellectual-Conceptual, Integrative, and Quantitative Abilities: These abilities include measurement, calculation, reasoning, analysis, and synthesis. Problem solving, the critical skill demanded of nurse anesthetists, requires all of these intellectual abilities. In addition, the candidate should be able to comprehend three-dimensional relationships and to understand the spatial relationships of structures.

Behavioral and Social Attributes: A candidate must possess the emotional health required for full utilization of his or her intellectual abilities, the exercise of good judgment, the prompt completion of all responsibilities attendant to the care of patients, and the development of mature, sensitive, and effective relationships with patients and all members of the healthcare team. Candidates must be able to tolerate physically taxing workloads and to function effectively under stress. They must be able to adapt to changing environments, display flexibility, and learn to function in the face of uncertainties inherent in the clinical problems of many patients. Compassion, integrity, concern for others, and appropriate

Liberty/Crespo 0402

1G053170001

interpersonal skills, interests, and motivations are all personal qualities necessary for professional nursing.

The citations for these guidelines are as follows:
Section 504 of the 1973 Vocational Rehabilitation Act and 42 U.S.C. 12101 et seq., the American with Disabilities Act (ADA)
Bower, D., Line, L., & Denega, D. (1988). Evaluation instruments in nursing (pp. 71). New York: National League for Nursing
(Effective - Fall 1999)
Reviewed 3/27/13

Liberty/Crespo 0403

1G053170001

2/15/2017                          Cleveland Clinic Careers - Certified RN Anesthetist

 **Cleveland Clinic** (INDEX.HTML)

# Certified RN Anesthetist

Weston, FL

# CERTIFIED RN ANESTHETIST

**LOCATION:** WESTON, FL

**FACILITY:** CLEVELAND CLINIC FLORIDA - WESTON

**PROFESSIONAL AREA:** ADVANCED PRACTICE

**DEPARTMENT:** ANESTHESIOLOGY

**JOBCODE:** Q0803F

**SCHEDULE:** FULL TIME

**SHIFT:** NULL

# JOB DETAILS

### JOB SUMMARY:

Performs pre-anesthetic evaluation of patients, writes appropriate notes in charts, orders appropriate laboratory work and evaluates laboratory work under the supervision of the anesthesiologist. Administers anesthesia according to commonly accepted standards of the AANA and FANA. Maintains appropriate knowledge of anesthesia equipment, follows standard medical practice in the induction, maintenance and emergence of anesthesia. Communicates regularly with staff physicians, peers and other departments within the facility, patients and patient's family.

**APPLY NOW (HTTPS://CCF.WD1.MYWORKDAYJOBS.CC FLORIDA- WESTON/CERTIFIED- RN- ANESTHETIST_5483- 1/APPLY)**

### RESPONSIBILITIES:

- Performs pre-anesthetic evaluation of patients, writes appropriate notes in chart, orders and evaluates appropriate laboratory work.

Liberty/Crespo 0404

1G053170001

2/15/2017                                    Cleveland Clinic Careers - Certified RN Anesthetist

- Formulates an anesthetic care plan based on current knowledge concepts, and scientific principles, explains procedures to patient and answers questions as necessary.

- Writes preoperative notes, charts accurate anesthesia record, maintains confidentiality and demonstrates concern for patient and family.

- Administers anesthesia according to commonly accepted standards of the AANA and FANA.

- Maintains appropriate knowledge of anesthesia equipment, follows standard medical practice in the induction, maintenance and emergencies of anesthesia.

- Ensures sterile technique is preserved and work area is free of obstacles. Monitors patient continuously throughout the anesthetic with appropriate documentation, recognizes abnormal physiological responses and takes corrective action, requests appropriate tests when needed, and provides emergency care when necessary.

- Maintains responsibility for safe emergence from anesthesia under accepted, standard guidelines.

- Transfers patient to appropriate recovery room, ICU personnel and remains until report is given and patient condition is stable.

- Recognizes expected or abnormal patient responses in postoperative setting and initiates corrective measures.

- Evaluates patient outcomes on a regular basis.

- Maintains completed and up-to-date documentation and files at all times including products and service quotes.

- Communicates with colleagues and patients regularly.

- Adheres to the National Patient Safety Goals as outlined by JCAHO.

- Follows Code Blue protocol.

- Other duties as assigned.

**APPLY NOW (HTTPS://CCF.WD1.MYWORKDAYJOBS.CC FLORIDA-WESTON/CERTIFIED-RN-ANESTHETIST_5483-1/APPLY)**

**EDUCATION:**

- Graduate of an accredited Nurse Anesthetist Program.

- Bachelors of Science in Nursing.

- Demonstrates knowledge of Association practices.

Liberty/Crespo 0405

1G053170001

2/15/2017                                     Cleveland Clinic Careers - Certified RN Anesthetist

- Cognizant of the physical and general characteristics of the various age related

**Cleveland Clinic** (INDEX.HTML)

## CERTIFICATIONS:

- Florida Nurse Anesthetist License.

- Certified Registered Nurse Anesthetist (CRNA) in Florida. Advanced Cardiac Life Support (ACLS) Certification.

- Basic Life Support (BLS) Certification.

## COMPLEXITY OF WORK:

- All employees are expected to meet the standards of performance outlined in the Organizational-Wide Competencies listed below as applied to the position: World Class Service Orientation: Includes attitude, behavior, interpersonal skill, and problem solving that enable an employee to respond to internal and external customer needs and expectations in a positive manner.

- Has verbal knowledge of Dr. Lower's Credo: A patient is the most important person in this institution - in person or by mail. A patient is not dependent on us - we are dependent on him. A patient is not an interruption of our work - he is the purpose of it. A patient is not an outsider to our business - he is part of it. A patient is not someone to argue or match wits with. A patient is a person and not a statistic. He has feelings, emotions, biases, prejudices and wants. It is our job to satisfy him.

- Adaptability: Includes teamwork and flexibility needed to fulfill job responsibilities including adapting to changes in work environment and accepting supervisory feedback.

- Efficiency and Effectiveness: Includes quantity and quality of desired work, as well as organization skills necessary to perform successfully.

- Essential Job Requirements: Includes adherence to all relevant policies, procedures, and guidelines affecting the work environment, including maintenance of required competencies and communication skills.

- Supervisory Responsibilities (if applicable): Includes overall accountability for assigned work group relative to operational goals, personnel requirements, and budgetary constraints.

**APPLY NOW (HTTPS://CCF.WD1.MYWORKDAYJOBS.CC FLORIDA-WESTON/CERTIFIED-RN-ANESTHETIST_5483-1/APPLY)**

## WORK EXPERIENCE:

- One year Critical Care Nursing.

## PHYSICAL REQUIREMENTS

Liberty/Crespo 0406

2/10/2017                    Certified Registered Nurse Anesthetist (CRNA) Career Profile

1G053170001

Undergraduate Programs
RN to BSN Program

- |||

Request Information

- Home
- Resources
- Nursing
- CRNA Certified Registered Nurse Anesthetist

# Nursing Careers: Certified Registered Nurse Anesthetist (CRNA)

By Bisk

Like   Share   Twee   G+1  0         Share  0

- Stur



Nursing is the largest healthcare occupation with over 2.7 million registered nurses (RNs) currently employed in the United States. Registered nurses with advanced educations, such as Bachelor of Science in Nursing (BSN) and Master of Science in Nursing (MSN) degrees, can enjoy several professional opportunities, particularly as healthcare specialties generate higher demand.

In fact, many professionals seeking to position themselves for advanced nurse specialties or leadership positions are returning to school to obtain their BSNs and MSNs. Some also choose to enter specialty fields, which may require additional education and certification. One

Liberty/Crespo 0407

1G053170001

2/10/2017                                Certified Registered Nurse Anesthetist (CRNA) Career Profile

nursing specialty growing in job demand is the Certified Registered Nurse Anesthetist (CRNA).

## CRNA Duties and Responsibilities

Among other duties, CRNAs administer anesthesia to patients. They can work in a variety of healthcare settings, including operating rooms, dentist's and podiatrist's offices, birthing centers, maternity wards and plastic surgery centers.

CRNAs often work under the direction of surgeons and collaborate with the operating room staff. They are responsible for knowing a patient's history and condition, and how he or she should respond to anesthetics.

Specific CRNA duties and responsibilities may include:

- Reviewing medical history, evaluating patients and determining proper methods of anesthesia

- Accurately measuring and monitoring the level and speed at which anesthesia is administered

- Monitoring patient's vital signs to ensure safety

- Informing the surgeon if a patient becomes unstable

- Attending to patient's needs before, during and after surgery

- Overseeing patient recovery from anesthesia

## CRNA Requirements and Qualifications

To become a CRNA, a registered nurse must first complete a nurse anesthesia program, which awards a master's degree and typically takes two to three years to complete. Admissions criteria include a BSN degree and at least one year of acute care nursing experience. In addition to the BSN, some programs accept other health-related bachelor's degrees. Upon graduation, prospective CRNAs must pass a national certification exam before they can begin practice. To maintain certification, CRNAs must complete at least 40 hours of continuing education every two years.

## Characteristics and Skills of CRNAs

Nurse anesthetists are highly trained and skilled medical professionals responsible for patient safety during surgical procedures. They must have sharp concentration and focus, along with the ability to stay calm under stressful conditions. The ability to solve complex problems is

Liberty/Crespo 0408

typically a valued skill for CRNAs, as are critical-thinking and the ability to react quickly when a patient's condition changes.

CRNAs must be able to communicate clearly and effectively with surgeons and the surgical support team, as well as with patients and their families. A calm and reassuring manner is one way to inspire trust in patients, who may be apprehensive about surgery, as well as the surgical team.

## CRNA Salary Range

According to the latest data from the U.S. Bureau of Labor Statistics, CRNA's earned an average annual salary of $157,140 in 2015. On average, the lowest 10% of certified registered nurse anesthetists earned $105,410, while the highest 10% earned more than $187,200 yearly.

Because salary potential may vary depending on location, education and experience, prospective job candidates are encouraged to conduct independent research to determine earning potential.

## CRNA Work Environment

CRNAs can practice in many different healthcare settings, from surgery centers to birthing centers, offices of plastic surgeons and podiatrists, to public health clinics and military hospitals. Due to the nature of anesthesia, they are highly responsible for patient safety and their work can be stressful. Because of their high degree of education and skill, CRNAs work with autonomy and often receive professional respect.

## CRNA is a Rewarding and Challenging Career

Becoming a CRNA takes dedication to the healthcare field and to your own education. If you are ready to undertake the education and clinical practice required, this rewarding and challenging career could be a great fit for you.



Request More Info

Category: Nursing

Yes! Give me access to a FREE brochure with course info, pricing and more!

Oops! Please complete the highlighted fields.

Liberty/Crespo 0409

1G053170001



\*Indicates required field.
* Type of Program Interested In:    ▼
* Country:    ▼
* Highest Level of Education:  ▼
* First Name:
* Last Name:
* Phone:
* Email:
* Military Affiliation: None  ▼
* I am interested in this training for:
   Myself
   Group of 5 or more
Get More Info

# Get our free newsletter here!

Receive our bi-weekly newsletter with industry news and information from the fields you identify below.

First Name
Email Address

**Content Categories - Choose one or more:**

   Agile Management

   BA / BI / BPM

   Contract Management

   Human Resources

   IT/IS Security

   ITIL / ITSM

   Leadership

   Nursing / Healthcare

   Project Management

   Public Administration

   Six Sigma/Lean

   Software Testing

Subscribe

Liberty/Crespo 0410

1G053170001

2/10/2017                                                Certified Registered Nurse Anesthetist (CRNA) Career Profile



Clinical Nurse Specialist Job Description and Salary

Find information about a Clinical Nurse Specialist (CNS) career, including salary information, job description, and the skills needed to succeed!

Resources

- Villanova University Ranked as a Top 50 National University by U.S. News & World Report
- The Advantages Six Sigma Offers to Engineers
- How to Ensure Fair Practices for Transgender Employees in a Corporate Workplace
- The Benefits of Choosing Online Education

News

- Feb
  09
  Italian Doctors Report Less Surgical Procedure Infections After Employing Lean Six Sigma
- Jan
  25
  Act to Improve Government Program Management Becomes Law, Gets Overwhelming Support
- Jul
  06
  Villanova University Named a Top-25 Online RN to BSN Education Provider

- Disciplines
- Getting Started
- Business Solutions
- Military
- Government
- About Us
- Sample Lectures

Liberty/Crespo 0411

1G053170001

Call Toll Free:
**855-300-1473**

International:
**+1 813-664-9595**

Resources

News

Sitemap

Terms of Use

Privacy Policy

Student Disclosures

Powered by Bisk, on behalf of Villanova University, ©2017 Bisk Education.
Company, products and service names may be trademarks of their respective owners.

**BISK**

Liberty/Crespo 0412

1G053170001

# SHELLY N. SAVANT, MD, CLCP

*Adult Psychiatry and Neurology & Medical Life Care Planning*

Tel: (337) 365-6797
Fax (337)-560-4517

Diplomate of the American Board of Psychiatry and Neurology
International Commission of Healthcare Certifications (ICHCC)

1100 ANDRE STREET, SUITE 302
NEW IBERIA, LA 70563



**Clinic Hours:**
Monday - Friday
8:30 AM - 4:00 PM

## Independent Medical Examination

| | |
|---|---|
| Date of Report: | 1/20/2017 |
| Date of Evaluation: | 1/18/2017 |
| Place of Evaluation: | Metairie, LA |
| Evaluee Name: | Ms. Paige Crespo |
| DOB: | |
| Age: | 44 |
| Sex: | Female |
| Race: | Caucasian |
| Collaterals Present: | None |
| Referral Source: | Reagan Toledano, Esq. |
| Type of Injury: | Ruptured Aneurysm |
| Date of Injury: | 4/10/2015 |

## Purpose of the Evaluation:

As a licensed medical doctor and a board certified neurologist/psychiatrist, I was asked to evaluate Ms. Paige Crespo to provide diagnostic, therapeutic, prognostic, and/or causational opinion(s) in the fields of neurology/psychiatry as based on my independent medical examination. I reserve the right to amend any opinion(s) found in this report.

## Sources of Information:

1. Medical records of neuropsychological evaluation by J. Robert Yohman, PhD, PC
2. Medical records of NOMC Neuropsych Clinic
3. Medical records of NOMC Neurology Clinic
4. Medical records of Liberty Mutual Insurance Records
5. Medical records of NOMC Optometry Wellness Center

## Qualifications of the Examiner:

I am a board certified neurologist and psychiatrist practicing in the private sector for over 12 years. My combined Psychiatry and Neurology training was completed in June of 2005 at *Tulane University School of Medicine* in New Orleans, LA. I received my doctorate degree from *Louisiana State University School of Medicine* in Shreveport, LA in May of 1999. I also completed postdoctoral training in the field of life care planning through the *University of Florida* in 2014 and I received my board certification in 2015. I am a member of the American Medical Association, American Psychiatric Association, American Academy of Neurology, American Academy of Physician Life Care Planners, Academy of Psychiatry and the Law, International Brain Injury Association, North American Brain Injury Society, and International Association of Rehabilitation Professionals. I hold an active medical license with the Louisiana State Board of Medical Examiners.

1

Liberty/Crespo 0413

1G053170001

**Notice of Non-Confidentiality and Nature of the Forensic Evaluation:**

Prior to the examination, the evaluee and/or surrogate was informed that I am a private practice neurologist/psychiatrist and a certified life care planner. I explained to the evaluee and/or surrogate that I am not her treating physician, and that I would be examining her, per the request of Reagan Toledano, Esq. to provide diagnostic, therapeutic, prognostic, and/or causational opinion(s) in the fields of neurology/psychiatry as based on my independent medical examination. I explained to the evaluee and/or surrogate that the information she provided would not be held confidential, as I would prepare a written report to be provided to the referral source based on our conversation and examination. The evaluee and/or surrogate was also informed that I would not be prescribing medications, ordering laboratory studies and/or radiographic testing, providing psychotherapy/counseling, or rendering treatment in any form. The evaluee and/or surrogate exhibited a good understanding of the nature and purpose of the evaluation.

**Relevant History:**

Ms. Paige Crespo was a nurse anesthetist working at a New Orleans hospital until April of 2015. Ms. Crespo's job duties included sedating and monitoring patients during operative procedures. On 4/10/2015 at 630pm while attending a swim meet at University of New Orleans Ms. Crespo became abruptly ill describing a sudden, severe, right frontotemporal headache followed by nausea and cognitive clouding. She stated that she had a witnessed seizure at the scene and was taken by EMS to Ochsner Foundation for immediate evaluation. A CTA of her brain was performed and revealed a right M3 ruptured aneurysm for which she underwent a craniotomy, right MCA mucin clipping, and cranioplasty. A bone flap replacement was subsequently performed on 5/14/2015. Ms. Crespo remained hospitalized for approximately 3 months. Complications included: subarachnoid hemorrhage, seizures, and post-operative vasospasm. No seizures reported since 4/2015. Following her discharge from acute care, she was left with unilateral weakness and incoordination on her left side; a left inferior quadrantanopia; and cognitive difficulties. Cognitively, she notes trouble with visual/spatial orientation, short-term memory, attention/concentration, ability to multi-task, and thought processing. She drives and does not get lost so long as she uses her GPS; her visual field deficits, however, pose some difficulties with regard to spatial orientation. She described no depressive symptoms, although, she is frustrated with her inability to perform functionally at the level she once did. She is independent with her basic activities of daily living; independence with instrumental activities of daily living requires some modification/compensatory methods given her visual impairment and partial lack of dominant coordination.

| | |
|---|---|
| **Allergies:** | NKDA |
| **Medications:** | Plaquenil 300mg po qd<br>Quinocrine 100mg po qd |
| **Past Medical History:** | Undifferentiated inflammatory arthritis, undifferentiated connective tissue disease, and above |
| **Family History:** | Breast/renal cancer, HTN, DM |

**Social History:**

1. No tobacco
2. Social alcohol
3. No illegal drugs
4. Currently going through a divorce; 3 children ages 12/10/8
5. Employer at the time of the injury: works as nurse anesthetist
6. Lives in River Ridge, LA

2

1G053170001

## Review of Systems:

| | |
|---|---|
| **Allergic / Immunologic:** | (-) allergic or immunologic symptoms |
| **Constitutional Symptoms:** | (-) chills, (-) fever |
| **Eyes:** | (+) eye or vision problems |
| **Ears, Nose, Mouth, Throat:** | (-) hearing loss |
| **Cardiovascular:** | (-) chest pain |
| **Respiratory:** | (-) shortness of breath |
| **Gastrointestinal:** | (-) abdominal pain |
| **Genitourinary:** | (-) bladder problems |
| **Musculoskeletal:** | (+) weakness |
| **Integumentary:** | (-) rashes |
| **Endocrine:** | (-) temperature changes |
| **Neurological:** | (-) numbness |
| **Hematologic / Lymphatic:** | (-) bleeding problems, (-) swelling |
| **Psychiatric:** | (-) depression, (-) anxiety |

*Remainder of ROS negative.*

## PHYSICAL EXAMINATION:

**Vital Signs:**

| | |
|---|---|
| Dominant Hand: | RH |
| Height: | 5'6" |
| Present Weight: | 132 lbs |
| RR: | 20 |

## GENERAL PHYSICAL EXAMINATION:

**CONSTITUTIONAL:**  Nl development. Well nourished. Good hygiene and grooming.

**EYES:**

 

Left      Right

Left inferior quadrantanopia noted.
EOMI. PERRLA.

**RESPIRATORY:**  Nl Effort.

**CARDIOVASCULAR:**  No Edema.

**MUSCULOSKELETAL:**  Steady gait. Nl muscle strength except subtle residual l. hp. Nl muscle tone. No atrophy. No abnormal movements.

## NEUROLOGICAL:

**MSE :**  Nl orientation x 3 (t/p/p). 2/3 at 5 mins with re : immediate memory. Nl recent/remote memory. Nl attention /concentration. Nl speech. Nl language. Nl fund of knowledge. Mood « ok ». Affect appropriate. No s/hi. I/J good.

3

Liberty/Crespo 0415

1G053170001

| | |
|---|---|
| **CN'S :** | Nl II – except VF deficit L inferior quadrantanopia |
| | Nl III, IV, VI |
| | Nl V – except allodynia L V1-3 |
| | Nl VII |
| | Nl VIII |
| | Nl IX |
| | Nl X |
| | Nl XI |
| | Nl XII |

**MSR'S :**               3+ on L.

**SENSATION :**       Nl touch except allodynia L F/A/L.

**COORDINATION:**    Nl FTN.  Incoordination with finger tapping on L.

**Labs/Studies:**       No new labs/studies to report at this time.

**Impression(s):**
1.  S/P Right M3 Aneurysmal Rupture with Clipping
2.  Left Inferior Quadrantanopia
3.  Mild Residual Left Hemisensorimotor Deficits
4.  Mild Neurocognitive Disorder Due to #1

## Opinion(s):

Ms. Paige Crespo has suffered permanent and irreversible injuries due an aneurysmal rupture in the M3 branch of the middle cerebral artery with subsequent subarachnoid hemorrhage, seizures, and vasospasm. Though her residual hemisensorimotor and neurocognitive sequelae are relatively mild, her visual field deficit is particularly concerning given her occupation as a nurse anesthetist. The potential for adverse events with respect to patient care in this circumstance is very high e.g. drug administration errors, inability to comprehensively monitor patient responses during anesthesia, and inefficiency and inaccuracy during advanced cardiovascular life support protocols (clinical interventions for urgent treatment of cardiac arrest, stroke, and life-threatening medical emergencies). I think it would be unwise for Ms. Crespo to return to her prior occupation as a nurse anesthetist given the significant risks her patients could face given her visual impairment. Note Ms. Crespo's visual field deficits are objectively demonstrated on physical examination with visual field confrontation and on visual field testing during her previous optometry evaluations.

Sincerely,

Shelly N. Savant, MD, CLCP
Diplomate of the American Academy of Psychiatry and Neurology
Physician Life Care Planner

4

Liberty/Crespo 0416

1G053170001

# SHELLY N. SAVANT, MD, CLCP

*Adult Psychiatry and Neurology & Medical Life Care Planning*

Tel: (337) 365-6797
Fax (337)-560-4517



Diplomate of the American Board of Psychiatry and Neurology
International Commission of Healthcare Certifications (ICHCC)

1100 ANDRE STREET, SUITE 302
NEW IBERIA, LA 70563

Clinic Hours:
Monday - Friday
8:30 AM - 4:00 PM

### Independent Medical Opinion(s) Update

| | |
|---|---|
| Date of Report: | 2/17/2017 |
| Evaluee Name: | Ms. Paige Crespo |
| DOB: | |
| Referral Source: | Reagan Toledano, Esq. |
| Type of Injury: | Ruptured Aneurysm |
| Date of Injury: | 4/10/2015 |

I have received the following information since my initial IME of 1/20/2017:

*Neuropsychological Evaluation by Drs. Lawrence Dilks and Kimberly Hutchinson on 1/23/2017 and 1/24/2017*

Drs. Dilks and Hutchinson found that Ms. Crespo have significant neurocognitive dysfunction in several areas including:

1. Significant loss in IQ post-injury
2. Executive dysfunction
3. Impaired memory
4. Hemisensorimotor dysfunction
5. Adaptive behavioral deficits
6. Partial visual loss

Drs. Dilks and Hutchinson's findings are consistent with deficiencies seen on my physical examination and further validate that Ms. Paige Crespo has suffered permanent and irreversible injuries which result in significant functional loss in multiple neurological and neurocognitive/behavioral domains. As I have stated before given her occupation as a nurse anesthetist, there potential for adverse events with respect to patient care in this circumstance is very high e.g. drug administration errors, inability to comprehensively monitor patient responses during anesthesia, and inefficiency and inaccuracy during advanced cardiovascular life support protocols (clinical interventions for urgent treatment of cardiac arrest, stroke, and life-threatening medical emergencies). I think it would be unwise for Ms. Crespo to return to her prior occupation as a nurse anesthetist given the significant risks her patients could face given her visual impairment as well as her neurocognitive/behavioral deficits.

Sincerely,

Shelly N. Savant, MD, CLCP
Diplomate of the American Academy of Psychiatry and Neurology
Physician Life Care Planner

1

Liberty/Crespo 0417

1G053170001

Paige Crespo    1

## NEUROPSYCHOLOGICAL EVALUATION

Lawrence S. Dilks, Ph.D.
Kimberly S. Hutchinson, Ph.D.
2711 Ernest Street
Lake Charles, Louisiana 70601
Tel: 337-431-7194
Fax: 337-431-7198

NAME:                     Paige Crespo
DATE OF BIRTH:
REFERRAL SOURCE:          Willeford & Toledano
REASON FOR REFERRAL:      Assessment of Cognitive Status
DATE OF EVALUATION:       01/23/2017, 01/24/2017
EXAMINER:                 Dilks and Hutchinson

RECORD REVIEW:

CD Disc 1 and 2 Imaging
Letter by Dr. W. David Sumrall
Letter by Mr. Christopher K. LeMieux
Liberty Mutual Insurance Review of Continued Eligibility
Neuropsychological Evaluation by Brian M. Mizuki, PsyD
Neuropsychological Evaluation by J. Robert Yohman, PhD
Letter by Dr. Marcus Ware, MD, PhD
Ochsner, South Shore Region Medical Records

## GENERAL OBSERVATIONS

Paige is a 44-year-old female who was referred to assess her skills and capabilities. She presented as a right-handed individual of average height and weight with no obvious physical anomalies and casual attire. Her language abilities were appropriate for rate, rhythm, and prosody, with no dysfluencies noted; however, she displayed mild word finding difficulty. Posture was unremarkable and fine motor skills were adequate. She had weakness on the left side. Affect was full and mood was mildly agitated and anxious. Attention and concentration were limited and she required frequent redirection to task. Overall test strategies were by a combination of insight and trial and error.

1G053170001

Paige Crespo    2

## PRESENTING ISSUE

When asked about reason for referral, the client said, "It was on April 10, 2015. I worked all day and then was at a swim meet with my daughter. I had a headache... I don't remember much. All of a sudden everything got blurry and then it was like I was on the outside looking in and I could, like, feel my head filling up and then I started to get nauseous and I knew I was having a head bleed and I told them, the people I was with. Later, someone told me I had a seizure and I was in and out. I remember being in the back of the ambulance and throwing up. My next memory was days later, I woke up in ICU. They, Dr. Marcus Ware, did neurosurgery, skull flap off and in the freezer for 2 months. He clipped the middle cerebral artery. I'm in ICU for one month, step down for 3 weeks, and rehab for one week. At 8 weeks, they put my head back together. Then, vaso-spasms — a second CVA and I lost more. Developed meningitis, treated with antibiotics. Discharged after rehab. Then home. Then home health, physical therapy, occupational therapy, and speech therapy. I'm still being followed by Dr. Ware. Now, a scan once a year. (?) Now... Blindness, left side weakness (upper and lower), facial weakness, short-term memory problems, attention and concentration is poor, emotional disconnection — numbness, anger management problems, poor left fine motor, hyperanalgesia, low frustration tolerance, word finding problems, poor word generation, comprehension, anxiety, poor visual spatial, poor proprioception. Hypersensitivity to sensation — heat is dulled and cold hurts, feeling like something crawling on me, like ants, only on the left, like when the wind blows. Math is very difficult. Headaches occasionally, not frequent but are debilitating and wipe me out."

## MEDICAL HISTORY

The client reported her current health status as stable. When asked about ongoing issues, she reported autoimmune problems that predated the injury. Paige recalled the following hospitalizations: age 2 for tonsils and adenoids; childbirth at age 32, 34, and 36; and the aneurysm and surgery at age 42. She recalled one seizure that occurred on April 10, 2015. She could not recall any history of head injuries or motor vehicle accidents. The client recalled one psychiatric admission at age 14, but did not know the diagnosis and said she was admitted by her parents. She has undergone prior psychological assessment. She recalled a history of counseling at age 14 but none currently; at age 39 participated in marriage counseling. Her current medications include:

| MEDICATION | DOSAGE |
| --- | --- |
| Plaquenil | 300mg |
| Quinacrine | 100mg |

She denied any difficulties with sleep while appetite and weight were described as stable. She could not recall any history of depression or anxiety. Paige said she had never been diagnosed with an obstructive sleep apnea, a thyroid disorder, hypertension, ADHD, or bipolar disorder.

Liberty/Crespo 0419

1G053170001

Paige Crespo    3

The client recalled the use of marijuana at age 16, with the last use at age 30. She said it was not problematic. She was never required to attend a treatment program. She consumes alcohol socially and alcohol has never been a problem. She denied any history of blackouts, drinking in the morning, any DWIs, drinking at school or on the job. She is a non-smoker who does not gamble.

## POSTTRAUMATIC STRESS DISORDER

When questioned about common features of PTSD, Paige indicated the following: hypervigilance, problems with concentration, anger, and feelings of numbness or detachment. Paige completed the PTSD Checklist and acquired a score of 13.

## DEVELOPMENTAL HISTORY

Paige was raised by her mother and stepfather and she has three siblings. She currently resides with her three children. She recalled that religion was important to her family of origin and described discipline as strict. Any history of physical, sexual, or emotional abuse was denied. As an adolescent, she could not recall any history of theft, arson, or running away from home. She had friends and was not a loner.

## EDUCATIONAL HISTORY

Paige attended a regular educational program at Naples High School where she graduated in 1990. She was never suspended, expelled, or required to repeat a grade. She liked school and made excellent grades. She got along well with teachers and peers and participated in basketball, soccer, and track. She acquired her bachelor degree in nursing from University of Tennessee in 1998 and MSW from Xavier University where she graduated in 2001 with a specialty in anesthesiology. She has not attended trade school or served with the military.

## EMPLOYMENT HISTORY

The client is currently unemployed. She was last employed April 10, 2015 at Ochsner Hospital as a CRNA (nurse anesthetist). She was separated from her job after the injury.

## MARITAL HISTORY

The client is currently separated from her first marriage which has lasted 14 years. She has 3 children.

Liberty/Crespo 0420

1G053170001

Paige Crespo    4

## LEGAL HISTORY

The client denied any legal history.

## MENTAL STATUS

Thought Content and Processing: The client was alert and coherent. Thought organization was fair while thought content was appropriate and thought processing was slightly pressured. Any history of delusions or obsessions was denied and none were apparent during interview. The client denied any remote or recent suicidal ideation, intent, or plan and said she is no form of risk.

Affect and Mood: Affect was full and mood was anxious. Paige described herself as a calm person and not one who is easily excitable. She enters easily into arguments, but temper outbursts and physical confrontations were denied.

Perception: There was no evidence of illusions or hallucinations during interview and the client denied their history.

Sensorium, Cognition, and Intelligence: There were no deficiencies in the client's overall level of awareness and she was oriented to person, place, time, and situation. Long-term memory was unremarkable. Immediate memory was appropriate and she was able to recite 5 digits forward. Recent memory was weak. She performed serial sevens with one calculation error. She was able to spell the word WORLD forward and in reverse. Fund of information was fair. Attention and concentration fluctuated, but redirection was always successful.

Executive Processing: Judgment and insight were fair while reasoning was inconsistent. Abstraction abilities were weak and she was unable to interpret common proverbs.

## ISSUES AND LOSSES

When questioned about current problems, the client indicated the following manifested themselves soon after the accident and have remained consistent to this date:

- Vision problems
- really hard to drive at night
- can't find my car it a lot
- get lost going anywhere driving or walking
- can't concentrate/focus
- remembering multiple things for periods of time
- short attention span
- no patients
- grumpy

Liberty/Crespo 0421

1G053170001

Paige Crespo    5

- lack of emotion
- forget or lose items for to do things
- anxious when there is too much stimulus — kids running around, daughter playing piano
- typing — fine motor
- can't do very much math
- reading comprehension
- noticing temperature control
- can't read a map and execute
- can't stand for people to touch me on the left — to sensitive
- putting a key in a keyhole efficiently — loss of fine motor with left hand

Paige said she is not totally incapacitated and still engages in a number of activities on a daily basis including: drive in the daylight with a GPS, use Google maps everywhere, exercise, type with one finger on the right hand, pay bills, clean house, grocery shop with a list, laundry, care for my kids, have to check water temperature always with the right hand or right foot.

## PREMORBID HEALTH

Paige described her pre-injury health as being relatively good. She denied any major psychiatric symptoms including auditory or visual hallucinations. She could not recall any history of depression or anxiety. She does not have a history of closed head injuries, cognitive impairments, toxic exposure, prior cerebral vascular accidents, aneurysms, TBI, concussions, or other neurological problems. She could not recall any on-the-job injuries or motor vehicle accidents. She does not have any history of drug or alcohol dependency. She denied any history of physical, sexual, or emotional abuse. She has never been diagnosed with a diabetic condition, liver problems, kidney problems, or hypertension. She does not have a history of headaches, dizziness, respiratory problems, or orthopedic problems. She has not had any episodes of persistent diarrhea. She has not been exposed to a traumatic event and was never diagnosed with a learning disorder.

The client's history is not without incident. She recalled psychiatric consultation and a psychiatric admission at age 14 when her parents had her admitted, but she was unsure of the diagnosis. She recalled a history of counseling at age 14 and then twice for marriage counseling at age 39. She recalled an athletic injury at age 13 that resulted in a broken arm due to a basketball game. She was treated for this injury and had no lingering deficits. Paige has a history of chronic pain related to her joints and autoimmune issues. She has a history of Undifferentiated Inflammatory Arthritis and Undifferentiated Connective Tissue Disease. Client also has a history of basal cell carcinoma that was treated and resolved.

Liberty/Crespo 0422

1G053170001

Paige Crespo    6

## TEST RESULTS

### COGNITIVE ABILITY

The *WAIS – IV* indicated a Verbal Comprehension Index of 85, a Perceptual Reasoning Index of 82, a Working Memory Index of 86, and a Processing Speed Index of 81, resulting in a Full-Scale IQ of 80. The individual subtests and their scaled scores are as follows:

| VERBAL COMPREHENSION | | WORKING MEMORY | |
|---|---|---|---|
| Similarities | 5 | Digit Span | 8 |
| Vocabulary | 8 | Arithmetic | 7 |
| Information | 9 | | |

| PERCEPTUAL REASONING | | PROCESSING SPEED | |
|---|---|---|---|
| Block Design | 7 | Symbol Search | 7 |
| Matrix Reasoning | 8 | Coding | 6 |
| Visual Puzzles | 6 | | |

The above scores represent an individual who is currently functioning in the low average range of intelligence.

The Wide Range Achievement Test, Fourth Edition, indicated the following scores:

| SUBTEST | STANDARD SCORE | GRADE EQUIVALENT |
|---|---|---|
| Word Reading | 101 | 12.9 |
| Sentence Comprehension | 92 | 12.0 |
| Spelling | 101 | >12.9 |
| Math Computation | 92 | 8.7 |
| Reading Composite | 95 | |

The above information reveals an individual whose academic capabilities are in the average range.

On the *Mini Mental State Examination*, Paige acquired a total score of 26. The average score for an individual of this age and education level is 30. The data are consistent with cognitive impairment.

### EXECUTIVE FUNCTIONS

For this administration of the *Shipley Institute of Living Scale*, Paige correctly answered 30 vocabulary items for a vocabulary T-score equivalent of 48. She correctly answered 7 abstraction

Liberty/Crespo 0423

1G053170001

Paige Crespo    7

items for an abstraction T-score equivalent of 43. This combination of scores resulted in a total T-score of 43. This pattern of performance suggests the strong possibility of impairment in abstraction abilities. Such a finding suggests cognitive impairment.

Paige successfully completed a clock drawing. The circle was appropriate and the numbers proportional and correctly placed. The hands were centered and indicated the correct time. Her performance was within normal limits.

The client completed the *Trail Making Test, Part A,* in 48 seconds with 2 errors, placing her in the mild range of impairment. *Part B* was completed in 83 seconds with 2 errors. This level of performance falls in the borderline range on this task of visual tracking and scanning, speed of mental operations and cognitive shifting and flexibility. These are among the more sensitive tests in the battery of functional deficits in attention and concentration and Paige's performance on them suggests cognitive impairment.

MEMORY

The Neuropsychological Assessment Battery (NAB), is a comprehensive, modular battery of neuropsychological tests developed for the assessment of a wide array of cognitive skills and functions in adults 18 to 97 years with known or suspected disorders of the central nervous system. The NAB Memory Module measures explicit verbal and visual learning and memory through four primary tests: (1) List Learning, (2) Shape Learning, (3) Story Learning and (4) Daily Living Memory.

| Subtest Title | Acronym | T-Score | Clinical Norm Group Range |
|---|---|---|---|
| List Learning List A Immediate Recall | LLA-irc | 45 | Average |
| List Learning B Immediate Recall | LLB-irc | 39 | Mildly impaired |
| List Learning List A Short Delayed Recall | LLA-sd:drc | 63 | Above average |
| List Learning List A Long Delayed Recall | LLA-ld:drc | 54 | Average |
| Shape Learning Immediate Recognition | SHL-irg | 47 | Average |
| Shape Learning Delayed Recognition | SHL-drg | 51 | Average |
| Story Learning Phrase Unit Immediate Recall | STL-irc:phu | 44 | Below average |
| Story Learning Phrase Unit Delayed Recall | STL-drc:phu | 46 | Average |
| Daily Living Memory Immediate Recall | DLM-irc | 38 | Mildly impaired |

Liberty/Crespo 0424

1G053170001

Paige Crespo    8

| Daily Living Memory Delayed Recall | DLM-drc | 19 | Severely impaired |
|---|---|---|---|

The above scores are scattered between severely impaired to the above average range and suggests impairment in immediate and delayed memory and learning. The Memory Index Score (MEM) is a measure of memory functioning across all of the specific areas of learning and memory drawn by nine Memory Module primary scores. The client's MEM score of 89 suggests a general functioning in the low average range.

LANGUAGE ABILITY

On the *Boston Naming Test*, the client acquired 6 errors. This level of functioning is within normal limits and is not suggestive of an individual with a deficiency in word generation and language fluency.

On the *Reitan-Indiana Aphasia Screening Test*, the client acquired 1 error. This array of information is within normal limits and is not consistent with a deficiency in language functioning.

The *Animal Naming Test* is a measure of language fluency and word generation capability. The client's score of 21 is within normal limits and is not suggestive of a deficiency.

ADAPTIVE FUNCTIONING

On the *Scales of Independent Behavior – Revised*, Paige and the examiner worked together as informants and acquired a percentile rank of 1 and a standard score of 66. This array of information depicts an individual whose overall social and adaptive capabilities are currently in the mildly impaired realm. Individuals functioning in this realm frequently require some degree of outside supervision to ensure their personal safety.

MOTOR / PERCEPTUAL MOTOR

Paige completed the written form of the *Symbol Digit Modalities Test* and acquired a score of 42. This score is within normal limits and is not suggestive of a deficiency in eye hand coordination and psychomotor speed.

On the *Hand Dynamometer Test*, the client acquired a dominant score of 25.0 and a non-dominant score of 14.5. The difference between the dominant and non-dominant scores is significant and suggests a motor/neuropsychological impairment if supported by other data.

Liberty/Crespo 0425

1G053170001

Paige Crespo    9

The client completed the *Finger Tapping Test* acquiring a dominant score of 37.0 and a non-dominant score of 19.2. The difference between the dominant and non-dominant is significant and suggests left hand weakness, and if supported by other data, may represent a deficiency in the right hemisphere.

## SENSORY / PERCEPTUAL

The *Auditory Perceptual Examination* was completed without error, bilaterally. Suppressions were not apparent.

Paige completed the *Tactile Finger Recognition Test* without error on the right hand while the client was unable to identify any stimuli on the left hand. Her performance is suggestive of right hemisphere impairment.

On the *Tactile Form Recognition Test*, Paige correctly identified three out of four tokens, bilaterally in less than three seconds each. She was unable to identify the "cross" bilaterally.

Assessment of *Visual Fields* suggests significant loss in the left visual field. Her performance indicated a left eye unilateral left temporal hemianopsia and a right eye unilateral lower left quadranopsia. The client reported myopia prior to the injury. She wears glasses or contacts to aid vision.

The client did not report any changes or deficiencies in her sense of taste or smell.

## PERSONALITY

The *Beck Anxiety Inventory* indicated a score of 3. This score is within normal limits and is not suggestive of an anxiety disturbance.

Paige completed the *Beck Depression Inventory, Second Edition* and acquired a total score of 13. This score is significant and suggestive of a depressive disorder. Individual counseling, group psychotherapy or medical management might prove beneficial.

The *Drug Use Questionnaire* provides information regarding drug use (excluding alcohol) during the past 12 months. Paige acquired a total score of two, which is within normal limits and does not indicate any abuse or dependency.

Liberty/Crespo 0426

1G053170001

Paige Crespo    10

## VALIDITY AND EFFORT

During the course of the evaluation the client completed the *15 Item Test*, a measure of malingering. Paige successfully completed the task and secondary gain is not believed to be an issue at this time.

The *M-Fast* is a measure of exaggeration of psychiatric and behavioral features. The client acquired a total score of 0. This score is within normal limits and is not consistent with an individual who is trying to exaggerate their psychiatric or behavioral symptomatology.

## SUMMARY

1. Paige's presentation today suggests she meets criteria for:

   | | |
   |---|---|
   | F01.51 | Probable Major Vascular Neurocognitive Disorder, With behavioral Disturbance |
   | F43.9 | Unspecified Trauma and Stressor Related Disorder |
   | F32.9 | Unspecified Depressive Disorder |

2. The client is currently functioning in the low average range of intelligence.

3. Adaptive functioning is within the mildly impaired range. Individuals functioning within this realm generally require some form of outside support to ensure safety.

4. The neuropsychological evaluation is indicative of a significant impairment that has resulted in a variety of neurocognitive losses. The more significant of the impairments are as follows:

   - The client demonstrates an estimated 40-45 point IQ loss. At the time of the evaluation she demonstrated a full-scale IQ of 80 with an estimated premorbid IQ of between 120 and 125. Mathematics abilities are between the 8-9 grades, post injury.
   - Executive functions are impaired and significant limitations were apparent in judgment, insight and reasoning. Disinhibition is a common feature of executive function disturbance.
   - Memory function is impaired for list learning and daily activities. This will affect ADL skills and place limitations for independent living.
   - Language abilities are well persevered. Not surprising, as they are fundamentally left hemisphere.
   - Fine motor abilities are significantly impaired for the left side, consistent with right hemisphere impairment.
   - Sensory abilities are significantly impaired for the left with a 100% loss in sensation of the left hand. The failure is not in the hand but rather in the right sensory strip that regulates sensation.

Liberty/Crespo 0427

1G053170001

Paige Crespo    11

- The client demonstrated a left visual field loss. This will have an impact on daily activities, as she is partially blind. Individuals with field loess should not be operating a vehicle.
- Secondary issues involve a significant loss in adaptive behavior. The client is currently in the mildly impaired range, a direct result of the injury. Individuals functioning in this range will require some degree of assistance with ADL activities. Age tends to exacerbate problems. Depression was apparent from the Beck Scale. Depression will likely be episodic but require attention to prevent it from getting worse.

5. The implications of the client's acquired handicaps are far reaching. She should not operate a motor vehicle or manage medicine. Her judgment and insight are mildly impaired and some form of semi-supervision for medical and financial assistance would be beneficial. ADL skills will likely stabilize, but slowly decline as time passes.

6. Due to limited cognitive ability, visual and motor impairments, lack of left sensory skills, and deficiencies in executive function, the client cannot return to her former job as a nurse anesthetist.

7. An aggressive intervention package would likely help stabilize the cognitive situation and slow further deterioration. The client will remain high risk for future CVA.

Recommendations:

1. Recommend psychiatric consultation
2. Recommend physical medicine consultation
3. Recommend a sleep study
4. Recommend a neurological evaluation
5. Recommend a physical therapy consult with follow up treatment
6. Recommend occupational therapy consult with follow up treatment
7. Recommend individual counseling
8. Recommend group counseling
9. Recommend cognitive rehabilitation training

10. Recommend biofeedback training

Liberty/Crespo 0428

1G053170001

Paige Crespo    12

11. Recommend PCA for 3 hours per day for ADL assistance
12. Recommend family consultation

Thank you for this interesting referral. If we may be of further service, please don't hesitate to call (337) 431-7194.

Lawrence S. Dilks, Ph.D.
Clinical Neuropsychologist, LA #386
02/06/2017

Kimberly S. Hutchinson, Ph.D.
Clinical Neuropsychologist, LA #1330

Liberty/Crespo 0429

1G053170001



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD
REAGAN L. TOLEDANO

PLEASE REPLY TO:
RTOLEDANO@WILLEFORDLAW.COM

February 10, 2017

**VIA EMAIL: disneyassoc@xspedius.net**

Lawrence Dilks, PhD.
2711 Ernest St.
Lake Charles, LA 70601

Re:  **Claimant: Paige F. Crespo        DOB:**
     **Liberty Mutual LTD Claim No.: 5458678**
     **Employer: Ochsner Clinic Foundation**

Dear Dr. Dilks,

Thank you for agreeing to perform an independent neurological examination of my client, Paige Crespo. I have received your INE report and have a few questions:

1.  Are the three INEs consistent (Dr. Mizuki's, Dr. Yohman's, and yours)? If different, please explain the basis for such differences.

2.  Dr. Yohman's INE states that Ms. Crespo is malingering, whereas your testing for malingering produces no evidence of malingering. Can you please explain this discrepancy?

3.  I noticed that Dr. Yohman's IQ testing produced about the same result as your IQ test. Did Dr. Mizuki report an IQ? If so, is it consistent with the IQ reported in the other two INEs?

4.  Did Ms. Crespo have difficulty with thinking, memory, motor functioning, or any other cognitive areas?

5.  Do you believe based on the results of your report that Ms. Crespo may return to her job as a nurse anesthetist? If not, please explain.

1G053170001

Lawrence Dilks, PhD.
February 10, 2017
Page 2

6. Does the client possess psychological disorder(s) as a consequence of her hemorrhage?

7. Please comment on Dr. Yohman's statement there was "no consistent and valid evidence" of a brain dysfunction. Do you agree with this statement?

Sincerely,

Reagan L. Toledano

RLT/kab

Cc: Paige Crespo

Liberty/Crespo 0431

1G053170001

Counseling Services of Southwest Louisiana

2711 Ernest St.

Lake Charles, LA 70601

337-431-7194

Lawrence S. Dilks, PhD

Kimberly S. Hutchinson, PhD


MEMO

2-11-2017

TO: Mr. Toledano

FROM: Hutchinson, Dilks

RE: Paige Crespo

Thank you for your correspondence of 2-10-2017 regarding Paige's neuropsychological report. Dr. Hutchinson and I will attempt to answer your questions.

Please allow us to make a preliminary statement about neuropsychological testing. The goal of assessment is to identify the functional areas of the brain that are impaired or intact. There are hundreds of tests on the market that might be selected to achieve this. Many of the tests are specific to a sensory or motor modality, test a particular skill-ability or investigate a specific realm. Not all neuropsychologists use the same tests and it is accepted practice to craft a test battery for a particular purpose. In this case, Dr. Hutchinson and I constructed a battery of tests to assess a wide variety of abilities knowing that such a large aneurism would have a global impact.

Question 1. Each neuropsychologist selected different tests so a one-to-one comparison is not possible. However, some general comparisons are possible. Dr. Mizuki's couched his data carefully and appears to have written an optimistic report. It accents the client's positive attributes and downplays her impairments. His results are different from Dr. Yohman's or Hutchinson-Dilks. He suggests the client is returning to a baseline that the other evaluations do not support. His conclusions do not appear consistent with the CT's you provided us.

A concern with Dr. Yohman's neuropsychological evaluation involves problems with his selection of tests. American Psychological Association (APA) ethical guidelines indicate psychologists will not base decisions or recommendations on tests or

Liberty/Crespo 0432

1G053170001

measures that are obsolete. The report contained results from a number of obsolete measures including:

| Test | Current Version |
|------|-----------------|
| Wechsler Ault Intelligence Scale-Third Edition | Wechsler Adult Intelligence Scale-Fourth Edition (published 2008) |
| Wide Range Achievement Test 3 | Wide Range Achievement Test IV (published 2006) |
| Woodcock-Johnson Psycho-educational Battery Revised | Woodcock-Johnson Psycho-educational Battery-IV (published 2014) |
| Wechsler Memory Scale-III | Wechsler Memory Scale-IV (published 2009) |

Question 2. With all due respect, Dr. Hutchinson and I disagree with Dr. Yohman's conclusion of malingering. In selecting tests of effort or malingering great caution must be exercised in picking instruments that are not going to be impacted by a motor-sensory deficiency or realm of functioning that is involved in the client's impairment. Perhaps Dr. Yohman was unaware of the client's specific impairments when he selected his instruments. The test of Memory Malingering depends on visual-spatial memory being intact but this was an area of impairment. He depended on the elevated MMPI-2 scales to indicate exaggeration but, as Dr. Butcher-the leading proponent of the MMPI-2 has written, the scales must be used with caution in inferring malingering when working with clients with known injuries, as their elevated scores are representative of legitimate complaints. The client had no difficulty with the malingering tests we administered and we still advocate she was not malingering.

Question 3. Dr. Yohman and Hutchinson-Dilks found the same Full Scale IQ. The client is functioning in the low average range with an 80-81 IQ. Dr. Mizuki did not report a Full Scale IQ and his opinion in the matter is unknown.

Question 4. The results of the Hutchinson-Dilks neuropsychological evaluation are consistent with deficiencies in cognitive ability, executive functions, memory, fine motor, sensory perceptual, and visual field impairment. The loss of cognitive ability is highly significant.

Question 5. Considering the client's limitations that were outlined in the Hutchinson-Dilks neuropsychological evaluation, (cognitive ability, executive functions, memory, fine motor, sensory perceptual, visual field impairment), it will not be possible for Paige to return to her job as a nurse anesthetist. Even if she wanted to, her carrier would not cover her, her hospital would not credential her, and the nursing board would not allow it.

Question 6. There are secondary features to the client's neurological insult to include depression, anxiety and impulse control. The client has difficulty with self-management and hyper-verbalism post injury.

Liberty/Crespo 0433

1G053170001

Question 7. In regards to Dr. Yohman's comment that there was. "no consistent and valid evidence" of brain dysfunction, Dr. Hutchinson and I disagree. The medical reports from the CT scans are highly significant and consistent with dysfunction in multiple regions of the brain to include:

- Right posterior frontal and temporal lobes representing sequela of hemorrhagic insult with residual edema and encepholmalacia/ischemia
- Right occipital lobe just inferior to the parieto-occipital sulcus suggestive for right PCA distributions ischemia/infarction
- Right parafalcine hyperdense lesion suggestive for meningioma, stable

If you have any further questions, please do not hesitate to call. Thank you for the CTs, they were breath taking, in addition to the reports which provided objective imaging evidence in support of the deficits noted in our neuropsychological report.

Liberty/Crespo 0434

1G053170001

Ethical Principles of Psychologists and Code of Conduct

http://www.apa.org/ethics/code/

 **AMERICAN PSYCHOLOGICAL ASSOCIATION**

ABOUT APATOPICSPUBLICATIONS & DATABASESPSYCHOLOGY HELP CENTERNEWS & EVENTSSCIENCE EDUCATIONCAREERSMEMBERSHIP

## Ethical Principles of Psychologists and Code of Conduct



Including 2010 and 2016 Amendments

Effective date Jan. 1, 2010 with amendments of Jan. 1, 2017 Copyright © 2010 American Psychological Association. All rights reserved

Introduction and Applicability

Preamble

General Principles

Standard 1: Resolving Ethical Issues

Standard 2: Competence

Standard 3: Human Relations

Standard 4: Privacy and Confidentiality

Standard 5: Advertising and Other Public Statements

Standard 6: Record Keeping and Fees

Standard 7: Education and Training

Standard 8: Research and Publication

1 of 5

2/10/2017 2:27 PM

1G053170001

Ethical Principles of Psychologists and Code of Conduct                    http://www.apa.org/ethics/code/

▼ **Standard 9:** Assessment

### 9.01 Bases for Assessments

(a) Psychologists base the opinions contained in their recommendations, reports and diagnostic or evaluative statements, including forensic testimony, on information and techniques sufficient to substantiate their findings. (See also Standard 2.04, Bases for Scientific and Professional Judgments (?item=5#204).)

(b) Except as noted in 9.01c (#901c), psychologists provide opinions of the psychological characteristics of individuals only after they have conducted an examination of the individuals adequate to support their statements or conclusions. When, despite reasonable efforts, such an examination is not practical, psychologists document the efforts they made and the result of those efforts, clarify the probable impact of their limited information on the reliability and validity of their opinions and appropriately limit the nature and extent of their conclusions or recommendations. (See also Standards 2.01, Boundaries of Competence (?item=5#201), and 9.06, Interpreting Assessment Results (#906).)

(c) When psychologists conduct a record review or provide consultation or supervision and an individual examination is not warranted or necessary for the opinion, psychologists explain this and the sources of information on which they based their conclusions and recommendations.

### 9.02 Use of Assessments

(a) Psychologists administer, adapt, score, interpret or use assessment techniques, interviews, tests or instruments in a manner and for purposes that are appropriate in light of the research on or evidence of the usefulness and proper application of the techniques.

(b) Psychologists use assessment instruments whose validity and reliability have been established for use with members of the population tested. When such validity or reliability has not been established, psychologists describe the strengths and limitations of test results and interpretation.

(c) Psychologists use assessment methods that are appropriate to an individual's language preference and competence, unless the use of an alternative language is relevant to the assessment issues.

### 9.03 Informed Consent in Assessments

(a) Psychologists obtain informed consent for assessments, evaluations or diagnostic services, as described in Standard 3.10, Informed Consent, except when (1) testing is mandated by law or governmental regulations; (2) informed consent is implied because testing is conducted as a routine educational, institutional or organizational activity (e.g., when participants voluntarily agree to assessment when applying for a job); or (3) one purpose of the testing is to evaluate decisional capacity. Informed consent includes an explanation of the nature and purpose of the assessment, fees, involvement of third parties and limits of confidentiality and sufficient opportunity for the client/patient to ask questions and receive answers.

(b) Psychologists inform persons with questionable capacity to consent or for whom testing is mandated by law or governmental regulations about the nature and purpose of the proposed assessment services, using language that is reasonably understandable to the person being assessed.

(c) Psychologists using the services of an interpreter obtain informed consent from the client/patient to use that interpreter, ensure that confidentiality of test results and test security are maintained, and include in their recommendations, reports and diagnostic or evaluative statements, including forensic testimony, discussion of any limitations on the data obtained. (See also Standards 2.05, Delegation of Work to Others (?item=5#205), 4.01, Maintaining Confidentiality (?item=7#401); 9.01, Bases for Assessments (#901); 9.06, Interpreting Assessment (#906); and 9.07, Assessment by Unqualified Persons (#907).)

### 9.04 Release of Test Data

Liberty/Crespo 0436

1G053170001

Ethical Principles of Psychologists and Code of Conduct

http://www.apa.org/ethics/code/

(a) The term test data refers to raw and scaled scores, client/patient responses to test questions or stimuli and psychologists' notes and recordings concerning client/patient statements and behavior during an examination. Those portions of test materials that include client/patient responses are included in the definition of test data. Pursuant to a client/patient release, psychologists provide test data to the client/patient or other persons identified in the release. Psychologists may refrain from releasing test data to protect a client/patient or others from substantial harm or misuse or misrepresentation of the data or the test, recognizing that in many instances release of confidential information under these circumstances is regulated by law. (See also Standard 9.11, Maintaining Test Security (#911).)

(b) In the absence of a client/patient release, psychologists provide test data only as required by law or court order.

### 9.05 Test Construction
Psychologists who develop tests and other assessment techniques use appropriate psychometric procedures and current scientific or professional knowledge for test design, standardization, validation, reduction or elimination of bias and recommendations for use.

### 9.06 Interpreting Assessment Results
When interpreting assessment results, including automated interpretations, psychologists take into account the purpose of the assessment as well as the various test factors, test-taking abilities and other characteristics of the person being assessed, such as situational, personal, linguistic and cultural differences, that might affect psychologists' judgments or reduce the accuracy of their interpretations. They indicate any significant limitations of their interpretations. (See also Standards 2.01b and c, Boundaries of Competence (?item=5#201b), and 3.01, Unfair Discrimination (?item=5#301).)

### 9.07 Assessment by Unqualified Persons
Psychologists do not promote the use of psychological assessment techniques by unqualified persons, except when such use is conducted for training purposes with appropriate supervision. (See also Standard 2.05, Delegation of Work to Others (?item=5#205).)

### 9.08 Obsolete Tests and Outdated Test Results
(a) Psychologists do not base their assessment or intervention decisions or recommendations on data or test results that are outdated for the current purpose.

(b) Psychologists do not base such decisions or recommendations on tests and measures that are obsolete and not useful for the current purpose.

### 9.09 Test Scoring and Interpretation Services
(a) Psychologists who offer assessment or scoring services to other professionals accurately describe the purpose, norms, validity, reliability and applications of the procedures and any special qualifications applicable to their use.

(b) Psychologists select scoring and interpretation services (including automated services) on the basis of evidence of the validity of the program and procedures as well as on other appropriate considerations. (See also Standard 2.01b and c, Boundaries of Competence (?item=5#201b).)

(c) Psychologists retain responsibility for the appropriate application, interpretation and use of assessment instruments, whether they score and interpret such tests themselves or use automated or other services.

### 9.10 Explaining Assessment Results
Regardless of whether the scoring and interpretation are done by psychologists, by employees or assistants or by automated or other outside services, psychologists take reasonable steps to ensure that explanations of results are given to the individual or designated representative unless the nature of the relationship precludes provision of an explanation of results (such as in some organizational consulting, preemployment or security screenings, and evaluations), and this fact has been clearly explained to the person being assessed in advance.

### 9.11 Maintaining Test Security
The term test materials refers to manuals, instruments, protocols and test questions or stimuli and does not include

Liberty/Crespo 0437

1G053170001

Ethical Principles of Psychologists and Code of Conduct

http://www.apa.org/ethics/code/

test data as defined in Standard 9.04, Release of Test Data (#904). Psychologists make reasonable efforts to maintain the integrity and security of test materials and other assessment techniques consistent with law and contractual obligations, and in a manner that permits adherence to this Ethics Code

**Standard 10: Therapy**

**History and Effective Date**

**Language of the 2002 Ethics Code with Changes Marked**

Additional Resources

Revision of Ethics Code Standard 3.04 (Avoiding Harm)

2016 APA Ethics Committee Rules and Procedures

2010 Amendments to the 2002 "Ethical Principles of Psychologists and Code of Conduct" (PDF, 39KB)

Compare the 1992 and 2002 Ethics Codes

APA Ethics Committee Rules and Procedures (2001)

Ethics Code Updates to the Publication Manual

Responsible Conduct of Research

# Advancing psychology to benefit society and improve people's lives

2/10/2017 2:27 PM

Liberty/Crespo 0438

1G053170001

# Effects of Right Middle Cerebral Artery Stroke

Side View

Arteries carry blood that contains oxygen to the brain. The flow of blood through the arteries can stop if the artery is blocked. A stroke, also called a cerebrovascular accident or CVA, happens when an artery to your brain is blocked. This handout looks at what occurs when a stroke happens in the right middle cerebral artery in the brain.



Middle Cerebral Artery

The middle cerebral artery divides into a right middle cerebral artery and a left middle cerebral artery. The right middle cerebral artery provides blood to a large part of the right side of the brain. The artery divides into smaller artery branches. Based on where the blockage occurs in the artery or in the branches, the effects will vary. Damage most often can cause changes in:

- Movement and sensation
- Attention, memory and judgment
- Vision
- Speech

**More on next page →**

**Learn more about your health care.**

© Copyright, (6/5/2008) Dodd Rehabilitation, The Ohio State University Medical Center - Upon request all patient education handouts are available in other formats for people with special hearing, vision and language needs, call (614) 293-3191.



Liberty/Crespo 0439

1G053170001

Page 2

Less common are other changes such as unwanted movements and sweating on the left side of the body.

If the stroke is in this artery, many of the problems will show up on the left side of the body. Ask your doctor or nurse if you are not sure which artery had the blockage and stroke.

## Changes in Movement and Sensation

A change in movement or weakness occurs on the left side of the body. Based on where the stroke occurred, weakness may be worse further away from the center or trunk of the body. For instance, moving the knee or foot may be more difficult than moving the hip.

The muscles of the mouth, the tongue, and throat may be affected making it hard to speak or swallow. The person's speech may also sound monotone and flat.

The person may not feel when he or she is being touched or know where they are being touched. For example, something touching their foot may feel like someone touching their leg. Or something touching their left hand will feel like it is touching their right hand. They may not be able to tell what an object is by touching it. The person may not feel pain and temperature in that area.

The person may not know where their body is and how it is moving. The person may feel as if they are sitting straight up, when they are leaning to the side.

The person may have problems looking to the left side. They may have problems moving their eyes toward the left, and moving their head in that direction. This can be due to the loss of movement or it may also be a problem called **left neglect**.

Because the part of the brain that controls their left side is not working, the person may not remember it is there, or that they are not able to move it.

The person may only eat food that is on the right side of the plate, or only brush the hair on the right side of their head. They may also have trouble paying attention to anything that happens on their left side, including someone standing to the left and speaking to them.

Liberty/Crespo 0440

1G053170001

Page 3

## Changes in Attention, Memory and Judgment

The person that had a stroke on the right side may have problems with attention. They may not be able to focus to complete a task, even when it is something they wish to do.

Problems with memory and motivation are common. The person may be very impulsive and have poor judgment.

A person with this type of stroke may not be able to understand that they have had a stroke, or believe they have any problem at all. The person may not be able to stand because his or her leg is weak but will insist that he is able to walk or run normally. He or she may then try to explain their problems with made up answers. For example, "My leg gave out because someone pushed me."

Problems understanding where things are and remembering them is common. This makes it hard for the person to recognize where they are and how to get around and find things. For example, the person may have problems finding the bathroom in their own house, or finding an object that was put down in front of them. The person may have problems recognizing people.

A stroke in the right middle cerebral artery often will cause the person to be confused. They have a hard time understanding what is going on around them. They may have problems paying attention to important things and may become very concerned about things that are not important. It can be hard for them to form new memories. This makes it harder for their confusion to go away.

## Changes in Vision

The person may lose part of their field of vision on the left side in one or both eyes. They can have double vision.

## Changes in Speech

Changes in speech are rare in this type of stroke because a few people have the language control areas on the right side of the brain. Most people have these parts on the left. Both of these areas are supplied by

Liberty/Crespo 0441

1G053170001

Page 4

different parts of the middle cerebral artery. The problems that may occur are types of aphasia.

- **Non-fluent aphasia**

  Person will have trouble speaking words out loud. Their sentences are short and missing words. Instead of saying, "I want to take the dog for a walk," they would say, "dog walk." Their speaking will be very slow and difficult.

- **Fluent aphasia**

  Person speaks in full sentences but will say the wrong words or made up words. Instead of saying, "I want to take the dog for a walk," they would say, "I used to take the cars for a salk."

- **Global aphasia**

  Person has problems with speaking and understanding what is said to them.

■ **Talk to your doctor or others on your health care team if you have questions. You may request more written information from the Library for Health Information at (614) 293-3707 or email: health-info@osu.edu.**

1G053170001

10/4/2016    Site of stroke : correlation with cognitive deficits, symptoms of anxiety and depression, and quality of life | Nilamadhab Kar - Academia.edu

**A**    Q Search    LOG IN    SIGN UP

**START DOWNLOAD**

**3 Steps to Fast Maps & Directions**
1. Click 'Start Download'
2. Free Access · No Sign up!
3. Get Free Directions & Maps

findyourmaps·

PDF

Site of stroke : correlation with cognitive deficits, symptoms of anxiety and depression, and quality of life

UPLOADED BY    VIEWS
**Nilamadhab Kar**    **5**

CONNECT TO DOWNLOAD

3 Pages

READ PAPER
⌄

INDIAN JOURNAL OF PSYCHIATRY, 2003

## ORIGINAL ARTICLE

# Site of Stroke : Correlation with Cognitive Deficits, Symptoms of Anxiety and Depression, and Quality of Life

NILAMADHAB KAR, S. P. JOHN

**ABSTRACT**

The relation between site of stroke and cognitive deficits, anxiety, depression, and quality of life was done in 40 stroke patients using Blessed Mental Status Test, Hospital Anxiety and Depression Scale, Manchester short assessment of quality of

Smaith, 1983) was used to and depressive symptoms. QOL was done using M assessment of quality of life which focuses on satisfact a whole (Priebe et al. 1999 of MANSA indicates bett parison of means of variou done by using ANOVA i relation between various ables was studied by correl son of groups was done by

**RESULTS**

Liberty/Crespo 0443

1G053170001

10/4/2016          Site of stroke : correlation with cognitive deficits, symptoms of anxiety and depression, and quality of life | Nilamadhab Kar - Academia.edu

... Hospital Anxiety and Depression Scale. ... short period of quality of life scale. Lesion localization was done by CT scan. In a relatively short period after stroke, specificity for any hemisphere or arterial territory of any side (left or right) was not evident for anxiety, depression, cognitive deficits or level of QOL. Considering the arterial territories involved, MCA infarcts were associated with greater cognitive deficits, anxiety and poor QOL. ACA infarcts had least anxiety. PCA infarcts were associated with better QOL and least cognitive deficits.

**Key words:** Stroke, cognitive deficits, anxiety, depression, quality of life

## INTRODUCTION

It is well known that stroke frequently leads to cognitive deficits (Desmond et al, 1996) and emotional problems (Johnson et al, 1995) of variable severity. The factors associated with the variability are site of stroke and associated other physical conditions. Various cognitive deficits including dementia occur depending upon the site and the extent of damage due to stroke (Leishman, 1987).

Depression and anxiety disorders are more common after stroke than is generally recognized (House et al 1991; Starkstein et al, 1989). Post stroke depression is correlated with cognitive deficits (Kauhanen et al, 1999). Compared to many studies on depression after stroke very little attention has been given to post stroke anxiety (Johnson et al, 1995).

Dimensions of quality of life include physical, functional, psychological and social health. Stroke along with its impact on physical and mental health can affect all these domains. Depression secondary to stroke can influence quality of life (King

1996). The objective of the present study was to find out relationship of cognitive deficits, anxiety and depression and QOL with site of stroke and the arterial territory involved.

## MATERIALS AND METHODS

All consecutive patients with stroke who came for consultation or admission to a medical unit of Kasturba Medical College, Manipal during September 1999 were studied. The patients who had sub-arachnoid haemorrhage, extradural haemorrhage, transient ischaemic attacks, and mass lesions were excluded. Uncooperative patients and patients with speech arrest were excluded. Detailed clinical history and demographic variables were collected. The site of the lesion and the arterial territory involved were determined from clinical findings and CT Scan. The cognitive deficits were assessed by Blessed Mental Status Test Score (Kaufman, 2001). Three items of the questionnaire were modified to make it more culture relevant. Hospital Anxiety and Depression Scale (HADS) (Zigmond and

The sample consisted of ... males and 9 females) with 53.3 (SD 10.8). There were on the two sides of the h... (12.5%) (2L, 3R) patients cerebral artery infarct (AC... (8L, 11R) had middle cereb... (MCA) and 16 (40.0%) (10 cerebral artery infarct (PCA... since infarct was 18.5 weeks were educated (median 8 tion)

There were no differenc... depression (HADS), cogn... QOL (MANSA) scores of ... or right hemisphere infarct... these variables associated w... individual cerebral arteries ... sides we did not find any ... ference. One-way ANOVA ... variables suggested significa... anxiety (F 4.83, p 0.014 ... p<0.01) and BMS (F 8.5, p... territories of cerebral a... findings for each arterial t... are given Table 1. Significan... QOL and cognitive functio... in MCA and ACA infarct i... PCA infarcts. Anxiety s... significantly less in ACA inf... no difference in degree ... symptoms associated wi... different arteries. Cognitive... score) and QOL were nega... (Pearsons correlation —0.2...

Degree of anxiety was ... correlated with cognitive d... correlation —0.445, p0.01). depressive symptoms w...

(218)



A    Site of stroke : correlation with cognitive deficits, symptoms of anxiety and depression, and qu...


**START DOWNLOAD**
1. Click 'Start Download'
2. Free Access - No Sign up!
3. Get Free Directions & Maps          findyou

KAR & JOHN

**TABLE I.** Arterial territory involved in the infarct and the associations

| Variables | ACA | MCA | PCA |
|---|---|---|---|
| Mean Age + SD* | 51.6±9.8 | 50.0±12.4 | 57.8±7.5 |
| QOL (MANSA)# | 57.2±2.49 | 53±14.4 | 61.6±3.18 |
| BMS rest score @ | 11.6±1.5 | 10.4±2.4 | 7.93±1.9 |
| Anxiety (HADS) $ | 2.2±0.45 | 6.8±2.69 | 6.68±3.8 |
| Depression (HADS) Å | 8.6±0.8 | 8.52±2.2 | 8.31±1.85 |

*MCA vs PCA : t=2.19, df=33, p<0.05;
\# ACA vs MCA : t=1.87, df=22, p=0.075. ACA vs PCA : t=3.18, df=19, p<0.005,
MCA vs PCA : t=6.48, df=33, p<.000
@ ACA vs MCA : t=3.38, df=33, p=0.002
$ ACA vs MCA : t=3.78, df=22, p<0.001; ACA vs PCA : t=2.57, df=19, p<0.05,
MCA vs PCA : t=-0.14, df=33, p=0.89
Å ACA vs MCA : t=0.07, df=22, p=0.95; ACA vs PCA : t=0.35, df=19, p=0.74
MCA vs PCA : t=0.3, df=33, p=0.76

correlated (Pearson's correlation —0.474, p<0.05. Considering the caseness based on HDRS score of 11 or more there were no differences between the sides or arterial territories.

## DISCUSSION

correlates of post stroke depression change over time and may explain inter-study differences in the association of lesion location with post stroke depression (Shimoda and Robinson, 1999). Compared to the short-term follow up findings of Shimoda and Robinson (1999) we also found no hemisphere-related differences. It has been

with those of patients with right hemisphere, with the a... ability to communicate (de ... However in this study the ... and the QOL of both sid... rable. Moreover cognitive d... were found to have negati... is known that two hemisp... their recovery from the cog... infarcts (Desmond et al 19... interesting to study the pro... recovery and change of C...

Considering individual ... lowest QOL was observed... infarct, which was associat... cognitive deficits and anxi... which predicts post stroke ... et al 1996), however was c... sites. This suggests that o... be responsible, and cogniti... correlated significantly with... one.

In conclusion, in a relati... after stroke, specificity for ... or arterial territory of any ... were not evident for anx... cognitive deficits or level of... ering the arterial territories ... infarcts were associated wit... tive deficits, anxiety and p...

Liberty/Crespo 0444

1G053170001

The study compared anxiety depression, cognitive deficits and QOL following strokes of different sides and arterial territories. Before discussing the results several methodological limitations should be acknowledged. The sample size was inadequate, as there were only a few considering the individual arteries of any side. Volumetric assessment of the infarcts was not done, which could have given the severity of the infarct. Similarly we have no data on the disability which may influence the QOL. Effects of concurrent physical conditions and medications were not assessed. However the sites of the infarcts were specific to the arterial level and are clinically relevant. All the lesions were specified by CT findings. The study suggested few interesting findings.

There was no difference in the degree of depression among the sites studied. There are divergent findings in the literature on post stroke depression. Anatomical reported that depression was found to be significantly more common among patients with frontal infarction (Cummings 1985). However considering the arterial territories we did not find any relation between lesion location and depression.

Anxiety symptoms were comparatively less in ACA infarcts. Lesions in the medial frontal and orbitofrontal areas are associated with euphoria, inappropriate jocularity, mania or hypomania (Cummings, 1985) and specific orbitomedial and cingulate lesions in psychosurgery bring out change in anxiety levels (Hay et al, 1993). These reports suggest that anxiety may be an unlikely outcome of the infarct in this area.

Interpretation of QOL findings is complicated by the lack of pre-stroke control. However in a comparative post stroke study QOL levels of different sides and arterial territory involved can still suggest the role played by them. It has been reported that QOL profile of patients with lesions in the left hemisphere is slightly better compared

infarcts had least anxiety PC associated with better QOI cative deficits. Future stud into effects of the peric neuro-deficits and disabil status and activities of dail psychological and cognitive QOL.

## ACKNOWLEDGEMEI

This study was suppor Quality of Life Research as Foundation.

## REFERENCES

Leishman, W.A. (1987) Org Psychological Consequences c der. Oxford: Blackwell Scient

Starkstein, et al (1987) Mood hemisphere lesions. British Jou 155, 79-85

(219)

## STROKE : CORRELATION WITH COGNITIVE, ANXIETY A

Cummings, J.L. (1985) Behavioural Disorders associated with frontal lobe injury. In Clinical Neuropsychiatry. (Editor: Cummings J L) pp57-67. Grune and Stratton: Orlando

de Haan, R.J. Limburg, M. Van der et al (1995) Quality of life after stroke. Impact of stroke type and lesion location. Stroke. 26, 402-408

Desmond, D.W. Moroney, J.T. Sano, M. Stern, Y. (1996) Recovery of cognitive function after stroke.

British Journal of Psychiatry. 158, 83-92 4

Johnson, G. Survill, R.W. Anderson et al (1995) Screening instruments for depression and anxiety following stroke: experience in the Perth community stroke study. Acta Psychiatrica Scandinavica. 91, 252-257

Kaufman, D.M. (2001) Dementia. In clinical neurology for psychiatrists. 5th edition, 123-174. Philadelphia: WB Saunders

Priebe, S. Huxley, & Knight, Application and results of th assessment of quality o International Journal of Socia 7-12.

Shimoda, K. and Robinson relationship between post str location in long term foll Psychiatry. 45 187-192

 Site of stroke : correlation with cognitive deficits, symptoms of anxiety and depression, and qu...

87(3) 197-207

House, A. Dennis, M. Mogridge, L. et al (1991) Mood disorders in the year after first stroke.

King, R.B. 1996. Quality of Life after Stroke. Stroke 27, 1467-1472

*NILAMADHAB KAR, MD, DPM, DNB, Consultant Psychiatrist, Wolverhampton Primary Care NHS Trust, Corner House Resource Ce Road, Wolverhampton, WV6 0NZ, United Kingdom. Email: nmadhab@yahoo.com.

S. P JOHN. MD resident in Medicine, Kasturba Medical College, Manipal

*Correspondence

Liberty/Crespo 0445

1G053170001

(220)

Job Board    About    Press    Blog    People    Papers    Terms    Privacy    Copyright    ▲ We're Hiring!    ❷ Help Center

Find new research papers in   Physics   Chemistry   Biology   Health Sciences   Ecology   Earth Sciences   Cognitive Science   Mathematics   Computer Science

Academia © 2016

**A**    Site of stroke : correlation with cognitive deficits, symptoms of anxiety and depression, and qu...

Liberty/Crespo 0446

1G053170001



Office (337) 534-7087 · Fax (877) 650-8478

P.O. Box 80446 · Lafayette, LA 70598
Info@ConservantHealthCare.com · ConservantHealthCare.com

THIS REPORT IS NOT FOR RELEASE TO PATIENT OR FAMILY AND IS INTENDED FOR PROFESSIONAL USE ONLY

## General Information

**Date of Evaluation**  01/18/2017                                            **Report Date**  01/20/2017

**File no**     004421          **Patient First Name** Paige          **Last Name** Crespo

**Address**

**City**                                      **State**        **Zip**

**Phone**                     **Phone Type** cellular

**Marital Status**  Divorced

**Dependants**  Three children

**DOB**             **Age**  44        **Height**  5'6'              **Weight**  132 lbs.

## Medical History

**Injury Type**        Neurological              **Injury Date**  04/10/2015

**Injury History**     The following records were received and reviewed:  Liberty Mutual Insurance, NOMC Neuropsych Clinic, NOMC Neurology, NOMC Optometry Wellness Center, BAOH Laboratory Draw Station, BAPC Back & Spine Center, Dr. Marcus Ware, and J. Robert Yohman, Ph.D.

On 4/10/2015, patient was experiencing a severe headache.  Her symptoms started and she was taken to the emergency room.  She was diagnosed with a cerebral aneurysm with hemorrhage and underwent an aneurysm clipping.  Patient underwent cranioplasty on 5/14/2015.  She was discharged on 5/17/2015.

On 7/02/2015, patient was evaluated by Dr. Kefla Brown to address her visual field.  It was noted there was a non congruous left inferior quadrantanopsia.

In her follow-up with Dr. Ware on 8/26/2015, patient reported she was beginning to feel like herself.  It was noted she was scheduled for a neuropsychological evaluation in October.  Dr. Ware ordered a driving evaluation.

On 9/11/2015, patient had a follow-up with Dr. Fawad Khan and presented with complaints of headaches.  Her pain regimen was changed and she reported significant improvement.  Patient also denied any further seizures.  Mental fatigue with excessive cognitive activity was reported.

Liberty/Crespo 0447

1G053170001



The driving evaluation was done on 9/30/2015. The horizontal field test and nasal vision showed deficit for left visual field at 55 degrees and greater and limited nasal vision to her left. Patient acknowledged limitations and compensates for it. Patient successfully passed her driving evaluation.

Dr. Brian Mizuki performed a neuropsychological evaluation on 10/12/2015. Patient demonstrated intact cognition in most domains. Testing revealed average to above average learning/memory, language, processing speed, complex/divided attention, working memory, and conceptual reasoning/problem solving skills. She demonstrated several mild weaknesses and appeared to have experienced a mild decline in visuospatial skills as well as a weakness with source memory, meaning she is susceptible to interference. The fine motor abilities for her left hand appeared to be compromised.

Patient returned to Dr. Ware for follow-up on 3/2/2016. The CTA showed no evidence of residual aneurysm. She reported left upper extremity weakness and visual disturbance. Dr. Ware recommended that patient not return to her previous career.

Dr. Robert Yohman performed an independent neuropsychological examination on 5/24/2016. He stated there was no consistent and valid evidence in the records reviewed, clinical interview, or the test results of any brain dysfunction or psychological disorder. He further stated probable malingering was the appropriate description for her presentation and test results.

Dr. Ware provided correspondence after reviewing Dr. Yohman's report. He stated that although patient has made good recovery, she continues to have problems secondary to her injury. He noted that the visual field deficit was caused by aneurismal bleed and subsequent hematoma. Her cognitive deficits appear mild upon conversation but upon further testing can be detailed. He stated the records of Dr. Yohman showed patient had issues with short term memory and with judgment and noted her IQ was 81 which are all secondary to her injury. Dr. Ware further stated that with her defects he would not recommend that she perform anesthetics on any patient and deemed her unfit to return to previous duties. He confirmed she is disabled relative to her job requirements. In correspondence dated 8/22/2016, Liberty Mutual reviewed the medical information and determined that patient was no longer eligible for disability benefits.

Liberty/Crespo 0448

1G053170001



| | |
|---|---|
| **Surgery** | 4/10/2015 - Clipping of ruptured aneurysm and hemicraniectomy<br>5/14/2015 - Cranioplasty |
| **Physicians** | Dr. Marcus Ware follows patient. |
| **Present Medication/ Therapy** | Plaquenil and Quinocrine are prescribed. |
| **Prior Medical History** | Patient reported history of diagnoses Undifferentiated Inflammatory Arthritis and Undifferentiated Connective Tissue Disease. |

## Education

| | |
|---|---|
| **Elementary** | Memphis, TN |
| **Secondary** | Naples High School in Naples, FL; graduated in 1990 |
| **Technical School** | N/A |
| **Licenses** | Valid DL |
| **College** | University of Tennessee at Memphis - Nursing - B.S.N. - 1998<br>Xavier University of Louisiana - Nurse Anesthesiology - M.S. - 2001 |
| **Military** | N/A |

## Work Experience

Ms. Crespo reported working as an Emergency Room Nurse with Methodist Hospital Central in Memphis, TN prior to relocating to New Orleans, LA. Upon completion of her graduate studies, patient was employed by Ochsner Medical Center as a Nurse Anesthetist. Patient confirmed she held this position for approximately 15 years.

**Wages**       Patient reported earning approximately $250,000.00 annually.

## Physical Functioning

| | | | |
|---|---|---|---|
| **Disability** | Neurological | **Dominance** | Right |
| **Present Medical Diagnosis** | S/P MCA Aneurysmal Rupture with Intraparechymal Hemorrhage<br>S/P Clipping of MCA aneurysm<br>Left Homonymous Hemianopsia<br>Left Inferior Quadrantanopia<br>Mild Neurocognitive Disorder | | |

Liberty/Crespo 0449

1G053170001



**CONSERVANT**
**H E A L T H C A R E**

Report on Paige Crespo (continued)                                                      Page 4 of 7

| | |
|---|---|
| **Symptoms** | Fatigue<br>Left sided weakness<br>Vision loss<br>Difficulty with STM |
| **Restrictions or Daily Limitations** | Patient reported no difficulty with basic ADL. Patient stated she has trouble remembering, misplaces objects, and cannot focus when overstimulated. Her three children help her when necessary. Patient drives but has difficulty with navigation and reported getting lost frequently. She described herself as more irritable and impatient. |
| **Other** | Prior to her injury, patient loved her job and was very active. Patient has returned to physical activities such as running and strength training however she is aware of her left sided weakness. Patient described herself as "one of the best" in her field and acknowledged her inability to proficiently perform her job as she once did. |

## Evaluation

| | |
|---|---|
| **Psychosocial Status** | Ms. Crespo was referred for vocational rehabilitation evaluation by her attorney, Reagan Toledano with Willeford & Toledano for vocational rehabilitation evaluation. The patient was seen in Metairie, LA. She was informative and forthcoming about her injury, medical treatment, and determination to forge a new career given perpetual disqualification from her primary occupation (nurse anesthetist). |
| **Motivation** | Although her deficiencies are glaringly obvious, patient is cognizant of her limitations. She expressed feelings of immense loss in terms of her career. She attempts to remain positive for her children and motivated for wellness. |
| **Family Status** | Patient is in process of finalizing her divorce. She has three children ages 12, 10, 8. Patient's mother assisted her as she recovered and lives in Pascagoula, MS. |
| **Collaborative Info** | No other interviews were necessary to complete the vocational rehabilitation evaluation. |
| **Analysis and Testing** | Medical records indicate neuropsychological evaluation was done in October 2015 by Dr. Mizuki and May 2016 by Dr. Yohman.<br><br>In October 2015, patient demonstrated average to above average auditory attention/initial |

Liberty/Crespo 0450

1G053170001



Report on Paige Crespo (continued)

encoding with average working memory, processing speed, planning, set shifting/divided attention and conceptual reasoning/problem solving skills. She demonstrated superior semantic verbal fluency, average letter verbal fluency, and average confrontation naming. Testing revealed a mild deficit in visuospatial skills. Her fine motor abilities were below average for her dominant right hand and impaired for her non-dominant left hand.

In May 2016, additional testing indicated scores in the average range in grip strength with her right hand and borderline range with the left hand. Her fine motor speed was low average with the right hand and mildly deficient with the left. Manual dexterity was moderately deficient with the right hand and severely deficient with the left. She appeared to have left peripheral visual field loss more prominently in the lower quadrant.

**Occupational Interests**

Despite high credibility and vocational determination, the patient does not feel capable and competitively employable. Since injury, she has lost confidence in herself and cannot delineate an occupational path at this time. A course of vocational rehabilitation counseling is recommended.

**Employee Readiness**

Ms. Crespo's position as a Nurse Anesthetist (DOT Code 075.371-010, SOC Code 29-1151) is classified as Light work. The following are the physical demands for this position: frequent reaching, handling, fingering, talking, hearing, near acuity, accommodation, and color vision; occasional stooping, kneeling, crouching, and feeling.

Dr. Marcus Ware stated that with patient's defects he would not recommend that she perform anesthetics on any patient and deemed her unfit to return to previous duties. He confirmed she is disabled relative to her job requirements.

**Work/Wage Capacities**

PRIOR:

At the time of her injury, Ms. Crespo was employed as a Nurse Anesthetist with Ochsner Medical Center for 15 years. She was earning approximately $250,000.00 annually. Ms. Crespo is no longer a candidate for this position.

PRESENT:

Patient has not returned to work since the date of injury and a state of alternative vocational confusion exists.

Liberty/Crespo 0451

1G053170001



Report on Paige Crespo (continued)                                    Page 6 of 7

**FUTURE:**

Ms. Crespo's work and wages are described within the work history, prior wage information, educational information, personal presentation and assessment of residual occupational skills and abilities. Her primary occupation has been permanently lost.

She is a reasonable candidate for vocational rehabilitation counseling and development of a new career direction.IIf plans to reach vocational goals (administrative non-nursing capacity) are successful, re-entry wages up to or about the $36,000 to $42,000 range are hoped for.

**Resource Data**  The patient was considered in accord with AMA, APA, CRCC, IARP and ICHCC guidelines, U.S. Department of Labor occupational methodology and according to reasonable health, safety and welfare considerations. Updates regarding this patient, methods of assessment and report(s) of additional consultation may follow.

**Diagnoses**  Medical diagnoses-deferred to Dr. Savant and Dr. Ware
Primary occupation-nurse anesthetist, lost
Educational status-M.S., above average
Speech/language-appropriate to the setting
Motivation-cooperative, well intentioned
Reemployment potential-impaired

**Training and Job Placement Potential**  The patient cannot qualify for competitive employment at this time. Her honesty and strong reemployment determination suggest potential for a successful reemployment effort. Given need for both disability related counseling and vocational intervention, 12 to 18 months should be a sufficient time frame.

With all clarity, the vocational rehabilitation goals will include transition to non-nursing administrative occupations associated with the health care and insurance industries, i.e., indirect healthcare occupations and possible acquisition of an adjustor's position. The re-entry wage range will hopefully fall between $36,000 and $42,000 per year with increases based upon persistence and annual performance factors.

Labor market survey supports the referenced wage range and job application should be predicated on the recommended intervention.

**Summary**  Ms. Crespo attended the scheduled evaluation in Metairie, LA. She spoke of her concerns

1G053170001



**CONSERVANT**
**HEALTHCARE**

Report on Paige Crespo (continued)                                              Page 7 of 7

for her occupational stability and persistence.  Absent injury, she would prefer her usual and customary employment and the excellent wages which accompanied it.


Thank you for having requested this consultation and remaining available, I am

Sincerely,


Joyce Ciriaque Beckwith, MS, CRC, LRC
Licensed Vocational Rehabilitation Counselor

Liberty/Crespo 0453

1G053170001



Office (337) 534-7087 · Fax (877) 650-8478

P.O. Box 80446 · Lafayette, LA 70598
Info@ConservantHealthCare.com · ConservantHealthCare.com

THIS REPORT IS NOT FOR RELEASE TO PATIENT OR FAMILY AND IS INTENDED FOR PROFESSIONAL USE ONLY

**General Information**

**Date**    02/15/2017                                          **Report Date**  02/17/2017

**File no**    004421      **Patient First Name** Paige        **Last Name** Crespo

---

**Treatment**

**Medical Update**    Records from Lawrence S. Dilks. Ph.D and Ochsner Health System were received and reviewed on 2/15/2017.

Dr. Dilks performed a neuropsychological evaluation on 1/23/2017 and 1/24/2017. His evaluation showed patient is functioning in the low average range of intelligence with a full scale IQ of 80. Her adaptive functioning was within the mildly impaired range and it was noted that these individuals generally require some form of outside support to ensure safety. Executive functions were impaired with significant limitations in judgment, insight and reasoning. Memory function was impaired for list learning and daily activities. Her fine motor abilities were impaired for the left side as well as her sensory abilities for the left side with 100% loss of sensation in the left hand. Her loss of left visual field loss will have an impact on daily activities and Dr. Dilks stated she is partially blind. He further stated that individuals with field loss should not be operating a vehicle. Dr. Dilks reported due to her limited cognitive ability, visual and motor impairments, lack of left sensory skills and deficiencies in executive functions, patient cannot return to her position as a nurse anesthetist.

He recommended a psychiatric consultation. physical medicine consultation. sleep study, a neurological evaluation, physical therapy consult. occupational therapy consult. individual counseling, group counseling, cognitive rehabilitation training, PCA for 3 hours per day, and a family consultation.

Patient was sent correspondence from David Sumrall, the Clinical Director of the OR and Chair of the Department of Anesthesiology confirming a conversation with a Ms. Mimi Primeaux on 8/31/2016. He stated that the Jefferson Highway campus does not have light duty positions for CRNAs. He stated that the position requires active involvement with very hands on activities such as patient transport and transfer as well as specialized hands on care. A copy of the Ochsner Clinic Foundation's job description for a a CRNA was reviewed. The physical demands are described as an overall demanding workload with the ability to sit. stand. for long periods of time and exposure to patients. chemicals. and anesthetic gases. The CRNA position requires ability to lift light equipment and/or transport patients. The Ochsner Hospital job

Liberty/Crespo 0454

1G053170001



Report on Paige Crespo (continued)                                              Page 2 of 2

requirements are consistent with other employers.

**Vocational Update** Patient remains unable to return to competitive employment and is permanently removed from her position as a nurse anesthetist. If her condition improves, vocational rehabilitation services to explore alternate employment then may be considered. She is not recommended for alternative employment search at this time.

Thank you for having requested this consultation and remaining available. I am

Sincerely,

Joyce Ciriaque Beckwith, MS, CRC, LRC
Licensed Vocational Rehabilitation Counselor

Liberty/Crespo 0455

1G053170001

LMG                8/31/2015 3:33:53 PM   PAGE    4/005   Fax Server

FAXED

*177 3053*

SEP 18 ____

**Liberty Mutual. INSURANCE**

RECEIVED SEP - 1 2015

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-5167

## Attending Physician's Assessment of Capacity

| Paige Crespo | | 3444863 |
|---|---|---|
| Patient Name | | Claim Number |

Jane Durfey
Case Manager

| Date of Birth | Claim Number |
|---|---|
| 5/14/15 | 8/26/15 |
| Date First Treated | Date Last Treated |

Subarachnoid hemorrhage /Brain Compression

Diagnosis(es) Contributing to or Causing Impairment

**PHYSICAL CAPACITY**   (in an average 8-hour workday)

| | Constant (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | Frequent (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | Occasional (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) | | | Constant (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | Frequent (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | Occasional (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|---|---|---|---|---|
| Sitting | ✓ | | | | Fingering / Typing | ✓ | | |
| Standing | ✓ | | | | Reaching Overhead | ✓ | | |
| Walking | ✓ | | | | Reaching Below Shoulders | ✓ | | |
| Driving | ✓ w/o self-lim | | ✓ alone | | | | | |
| Climbing | ✓ | | | | Lifting: | | | |
| Squatting | ✓ | | | | Up to 10 lbs. | | | |
| Bending | ✓ | | | | Up to 20 lbs. | | | |
| Kneeling | ✓ | | | | Up to 30 lbs. | | | |
| Push / Pull | ✓ | | | | Up to 40 lbs. | | | |
| Light Grasping | ✓ | | | | Up to 50 lbs. | | | |
| Force Grasping | ✓ | | | | Over 50 lbs. | ✓ | | |

Are there additional restrictions / limitations not captured in the table above? Please list. Also, if any of the above capacities are never, please list the capacity and rationale.

| How long will these restrictions be imposed? | U\A | Can your patient function in an occupational setting full time **within the capacities noted above**? | ☑ Yes ☐ No | If your patient cannot function in an occupational setting now, when will he / she be able to? | |

If your patient cannot function in an occupational setting at this time, please outline your medical and functional treatment plan to facilitate return to work. | she is getting d___ ___ + needs Neuropsychiatric ___ only

Please indicate what your opinions regarding restrictions / limitations and work capacity are based on?
- ☑ Clinical Experience
- ☑ Specialty Training
- ☐ Diagnostic Tests
- ☐ Patient's Self-Report
- ☑ Direct Observation
- ☑ Clinical Examination
- ☐ Functional Eval. (FCE)
- ☐ Other (Please List): _____

If your patient is unable to work, what is the single most important barrier preventing your patient from returning to work?
- ☐ Uncontrolled Pain
- ☐ Unstable Medical Status
- ☐ Patient's Motivation
- ☐ Psychiatric Co-Morbid(s)
- ☑ Other (List): _____

Marcus Ware MD
Provider's Name (Please Print)
Neurosurgery
Degree AND Area of Specialty
720276883
Social Security or Tax ID Number

1514 Jefferson Hwy.
Street Address
504-842-4023
Telephone Number
504-842-0531
Fax Number

New Orleans, LA 70121
City, State & Zip Code
Signature
9/1/15
Date

It has job that require intellectual focus.
She will need eval for this.

00055

Liberty/Crespo 0456

1G053170001

1773053  CRESPO, PAIGE

06-27-'16 09:42 FROM- Ameritas          4024677952          T-196  P0002/0004 F-475
                                                            RECEIVED APR 2 8 2016

Attending Physician's Statement for Disability Benefits  Dr. Marcus Ware     1500APS

**Ameritas Life Insurance Corp.**
P.O. Box 40888, Cincinnati, OH 45240 / 800-825-1551, Fax 513-595-5418 / (Claim Service Office)

**PART 1     CLAIMANT INFORMATION (To be completed by Claimant)**
Name of Patient: _____ Paige Crespo _____ Date of Birth: _____  Policy No.: _____
Patient's Address: _____
Employer's Name at Onset of Disability: _Ochsner Hospital_
Job Title at Onset of Disability: _CRNA_
I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.
Patient's Signature: _Paige Crespo_                              Date: _4/22/16_
Parts 2 Through 9 to be completed by ATTENDING PHYSICIAN and returned to our office as soon as possible.

**PART 2     HISTORY**
A. Patient's condition is the result of: ☐ Accident  ☒ Sickness    B. Is patient's condition job related? ☐ Yes  ☒ No
C. Does patient smoke? ☐ Yes ☐ No    D. Date symptoms first appeared or accident happened? _____
E. Date patient ceased work because of this condition? _4/10/15_
F. List referring Physician's name and any other treating Physician's names and addresses and approximate dates seen (if none, please state none): _____
G. Has the patient ever had the same or similar condition? ☐ Yes ☒ No  If Yes, provide details: _____

H. Have you ever treated this patient for any other condition? ☐ Yes ☒ No  If Yes, provide details including medications prescribed: _____
I. Have you completed claims forms for any other insurance carrier for this condition? ☐ Yes ☒ No  If Yes, please indicate the names and addresses of this insurance carrier: _____

**PART 3     DIAGNOSIS AND TREATMENT     (Please Include ICDA or DSM III In coding)**
A. Diagnosis (including any complications): _____
B. Date of onset: _____  Symptoms: _____
C. Medical Findings (Including test results, X-ray, etc.): _____
D. Date of initial visit: _4/10/15_  Date of last visit: _3/2/16_  Frequency of visits: _____
E. Has the patient been hospitalized? ☒ Yes ☐ No  If Yes, please provide the name and address of hospital and dates confined.   Ochsner Health System
      1514 Jefferson Hwy          4/10/15 - 5/5/15   Rehab 5/5/15 - 5/7/15
      New Orleans, LA 70121
F. Please describe the course of treatment including surgery, therapy and medication, including dosages.
   Surgery - Craniotomy (4/10/15)  Cranioplasty (5/14/15)
G. Is the patient still under your care? ☒ Yes ☐ No  Height: _____  Weight: _____
H. If disability is due to pregnancy, expected or actual delivery date: _N/A_

**PART 4 - PROGRESS**
A. Has patient... ☐ Recovered  ☐ Improved  ☒ Unchanged  ☐ Retrogressed
B. Is patient ..... ☐ Ambulatory  ☐ House Confined  ☐ Bed Confined  ☐ Hospital Confined  ☐ Wheelchair Confined

AL 3913                          1 of 2                          06-05-13

CRESPO, PAIGE  MRN:  1773053

1G053170001

1773053  CRESPO, PAIGE

06-27-'16 09:43 FROM- Ameritas                4024677952          T-196  P0003/0004 F-475

1773053

**PART 5    CARDIAC/HYPERTENSION**          N/A
A.  Functional Capacity. . . . . . . . . . . . . . . . .  ☐ Class 1 (no limitation)          ☐ Class 2 (slight limitation)
B.  (American Heart Association) . . . . . . . . .  ☐ Class 3 (marked limitation)       ☐ Class 4 (complete limitation)
C.  Blood pressure (last visit) . . . . . . . . . . . . .  Systolic/Diastolic: _____

**PART 6    IMPAIRMENT, LIMITATIONS AND RESTRICTIONS**
☐  Class 1 - No limitation of function capacity; capable of heavy work*. . . . . . . . . . . . . . . . . . . . . . No restriction (0 - 10%)
☑  Class 2 - Medium manual activity*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (15 - 30%)
☐  Class 3 - Slight limitation of functional capacity; capable of light work* . . . . . . . . . . . . . . . . . . . . . . . . . (35 - 55%)
☐  Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity . . (60 - 70%)
☐  Class 5 - Severe limitation of functional capacity; incapable of minimal (sedentary*) activity. . . . . . . . . . . . . (75 - 100%)
A.  Have you restricted your patient's activities? ☐ Yes ☐ No  If Yes, please indicate the date activities were restricted. _____
B.  Please describe your patient's physical restrictions, impairments and limitations for both work and non-work related
    activities. _____
*As defined in Federal Dictionary of Occupational Titles.

**PART 7    MENTAL/NERVOUS IMPAIRMENTS (If Applicable)**
What stress and problems in interpersonal relations has claimant had?_____
☐  Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).
☑  Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations).
☐  Class 3 - Patient is unable to engage in only limited stress situations and engage in only limited interpersonal relations
    (moderate limitations).
☐  Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations).
☐  Class 5 - Patient has significant loss of psychological, personal and social adjustment (severe limitations).
Do you believe the patient is competent to endorse checks and direct the use of the proceeds thereof? ☐ Yes ☐ No

**PART 8    EXTENT OF DISABILITY**
A.  Do you understand the duties of your patient's occupation? ☑ Yes ☐ No
B.  List duties of patient's job that in your opinion the patient cannot perform: __It is still manage__
    __+ perform complex on a that cs  + is not cleared to rule__
C.  How do the above restrictions or limitations affect your patient's ability to perform the duties of their work? __the work__
    __can obv__
D.  Dates of inability to perform job duties:   All Duties - from __4/10/15__ through __indeterminent__
                                              Partial Duties - from _____ through _____
E.  When will patient be able to perform duties: Of patient's job? __indeterminent__ Of any other work? _____
PLEASE ATTACH ANY SUPPORTING DOCUMENTATION (Test results, narrative reports, consultation reports, etc.)

FRAUD WARNING NOTICE: Any person who knowingly and with intent to defraud; submits an application or files
a claim containing false, incomplete or misleading information; is guilty of a crime and may be subject to fines
and criminal penalties, including imprisonment. In addition, insurance benefits may be denied if false information
provided by an applicant is materially related to a claim.

**PART 9    SIGNATURE**
Attending Physician (Please Print): __Marcus Ware__         Degree: __M.D.__
Specialty: __Neurosurgery__                          Telephone: (    )
Street Address: __1514 Josephine Hwy__   City: __New Orleans__ State: __LA__ Zip: __70121__
Signature of Attending Physician Required (Please : NO SIGNATURE STAMPS): _____
Tax ID Number: __720276883__                              (Date: __5/5/16__)
Accurate completion of all parts of this form will help avoid delays in processing patient's claim. The patient is responsible for
completion of this form without expense to the Company.

AL 3913                                    2 of 2                                    06-05-13

Liberty/Crespo 0458

1G053170001

1773053  CRESPO, PAIGE

1773053

RECEIVED APR 2 8 2016

Attending Physician's Statement for Disability Benefits  Dr. Marcus Ware    1500APS

Ameritas Life Insurance Corp.
P.O. Box 40888, Cincinnati, OH 45240 / 800-825-1551. Fax 513-595-5418 / (Claim Service Office)

**PART 1    CLAIMANT INFORMATION (To be completed by Claimant)**
Name of Patient: _Paige Crespo_    Date of Birth: _____    Policy No.: _____
Patient's Address: _____
Employer's Name at Onset of Disability: _Ochsner Hospital_
Job Title at Onset of Disability: _CRNA_
I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.
Patient's Signature: _Paige Crespo_    Date: _4/27/16_
Parts 2 Through 9 to be completed by ATTENDING PHYSICIAN and returned to our office as soon as possible.

**PART 2    HISTORY**
A. Patient's condition is the result of: ☐ Accident ☑ Sickness    B. Is patient's condition job related? ☐ Yes ☑ No
C. Does patient smoke? ☐ Yes ☐ No    D. Date symptoms first appeared or accident happened? _____
E. Date patient ceased work because of this condition? _4/10/15_
F. List referring Physician's name and any other treating Physician's names and addresses and approximate dates seen (If none, please state none): _____
G. Has the patient ever had the same or similar condition? ☐ Yes ☑ No If Yes, provide details: _____

H. Have you ever treated this patient for any other condition? ☐ Yes ☑ No If Yes, provide details including medications prescribed: _____
I. Have you completed claims forms for any other insurance carrier for this condition? ☐ Yes ☑ No If Yes, please indicate the names and addresses of this insurance carrier: _____

**PART 3    DIAGNOSIS AND TREATMENT    (Please include ICDA or DSM III in coding)**
A. Diagnosis (including any complications): _____
B. Date of onset: _____ Symptoms: _____
C. Medical Findings (including test results, X-ray, etc.): _____
D. Date of initial visit: _4/10/15_ Date of last visit: _3/2/16_ Frequency of visits: _____
E. Has the patient been hospitalized? ☑ Yes ☐ No If Yes, please provide the name and address of hospital and dates confined. Ochsner Health System
1514 Jefferson Hwy    _4/10/15 - 5/5/15    Rehab 5/5/15 - 5/7/15_
New Orleans, LA 70121
F. Please describe the course of treatment including surgery, therapy and medication, including dosages
_Surgery - Craniotomy (4/10/15) Cranioplasty (5/14/15)_
G. Is the patient still under your care? ☑ Yes ☐ No  Height: _____ Weight: _____
H. If disability is due to pregnancy, expected or actual delivery date: _N/A_

**PART 4    PROGRESS**
A. Has patient ... ☐ Recovered ☐ Improved ☑ Unchanged ☐ Retrogressed
B. Is patient ..... ☐ Ambulatory ☐ House Confined ☐ Bed Confined ☐ Hospital Confined ☐ Wheelchair Confined

AL 3913    1 of 2    06-05-13

Liberty/Crespo 0459

1G053170001

1773053  CRESPO, PAIGE

1773053

**PART 5    CARDIAC/HYPERTENSION**    N/A

A.  Functional Capacity................    ☐ Class 1 (no limitation)          ☐ Class 2 (slight limitation)
B.  (American Heart Association).........    ☐ Class 3 (marked limitation)      ☐ Class 4 (complete limitation)
C.  Blood pressure (last visit) ...........    Systolic/Diastolic:_____

**PART 6    IMPAIRMENT, LIMITATIONS AND RESTRICTIONS**

☐  Class 1 - No limitation of function capacity; capable of heavy work*...................... No restriction (0 - 10%)

☑  Class 2 - Medium manual activity*......................................................... (15 - 30%)

☐  Class 3 - Slight limitation of functional capacity; capable of light work* ........................... (35 - 55%)

☐  Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity .. (60 - 70%)

☐  Class 5 - Severe limitation of functional capacity; incapable of minimal (sedentary*) activity.............. (75 - 100%)

A.  Have you restricted your patient's activities?  ☐ Yes ☐ No  If Yes, please indicate the date activities were restricted. _____

B.  Please describe your patient's physical restrictions, impairments and limitations for both work and non-work related
    activities. _____

*As defined in Federal Dictionary of Occupational Titles.

**PART 7    MENTAL/NERVOUS IMPAIRMENTS (If Applicable)**

What stress and problems in interpersonal relations has claimant had?_____

☐  Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).

☑  Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations).

☐  Class 3 - Patient is unable to engage in only limited stress situations and engage in only limited interpersonal relations
    (moderate limitations).

☐  Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations).

☐  Class 5 - Patient has significant loss of psychological, personal and social adjustment (severe limitations).

Do you believe the patient is competent to endorse checks and direct the use of the proceeds thereof? ☐ Yes ☐ No

**PART 8    EXTENT OF DISABILITY**

A.  Do you understand the duties of your patient's occupation? ☑ Yes ☐ No

B.  List duties of patient's job that in your opinion the patient cannot perform:___it is still under___
    ___to perform complex care that is + is not cleared to___ rehab

C.  How do the above restrictions or limitations affect your patient's ability to perform the duties of their work?___to work___
    ___we do___

D.  Dates of inability to perform job duties:    All Duties - from  _____ through _____
                                                  Partial Duties - from  _____ through _____

E.  When will patient be able to perform duties:  Of patient's job? _____ Of any other work? _____

PLEASE ATTACH ANY SUPPORTING DOCUMENTATION (Test results, narrative reports, consultation reports, etc.)

FRAUD WARNING NOTICE: Any person who knowingly and with intent to defraud; submits an application or files
a claim containing false, incomplete or misleading information; is guilty of a crime and may be subject to fines
and criminal penalties, including imprisonment. In addition, insurance benefits may be denied if false information
provided by an applicant is materially related to a claim.

**PART 9    SIGNATURE**

Attending Physician (Please Print): *Marcus Ware*          Degree: *M.D.*

Specialty: *Neurosurgery*                          Telephone:(___)

Street Address: *1514 Jefferson Hwy* ; City *Metairie* State: *LA* Zip *70121*

Signature of Attending Physician Required (Please - NO SIGNATURE STAMPS):_____

Tax ID Number: *720276883*                          Date: *5/6/16*

Accurate completion of all parts of this form will help avoid delays in processing patient's claim. The patient is responsible for
completion of this form without expense to the Company.

AL 3913                                2 of 2                                06-05-13

CRESPO, PAIGE   MRN:   1773053

Liberty/Crespo 0460

1G053170001

1773053  CRESPO, PAIGE

06-27-'16 09:42 FROM- Ameritas          4024677952          T-196  P0002/0004  F-475
                                                            RECEIVED APR 2 8 2016

Attending Physician's Statement for Disability Benefits  Dr. Marcus Ware    1500APS

**Ameritas Life Insurance Corp.**
P.O. Box 40888, Cincinnati, OH 45240 / 800-825-1551, Fax 513-595-5418 / (Claim Service Office)

**PART 1    CLAIMANT INFORMATION (To be completed by Claimant)**
Name of Patient: Paige Crespo _____ Date of Birth:
Patient's Address: _____
Employer's Name at Onset of Disability: Ochsner Hospital
Job Title at Onset of Disability: CRNA
I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.
Patient's Signature: Paige Crespo _____ Date: 4/27/16
Parts 2 Through 9 to be completed by ATTENDING PHYSICIAN and returned to our office as soon as possible.

**PART 2    HISTORY**
A.  Patient's condition is the result of: ☐ Accident ☑ Sickness    B.  Is patient's condition job related? ☐ Yes ☑ No
C.  Does patient smoke? ☐ Yes ☐ No    D.  Date symptoms first appeared or accident happened? _____
E.  Date patient ceased work because of this condition? 4/10/15
F.  List referring Physician's name and any other treating Physician's names and addresses and approximate dates seen (if none, please state none): _____
G.  Has the patient ever had the same or similar condition? ☐ Yes ☑ No If Yes, provide details: _____
H.  Have you ever treated this patient for any other condition? ☐ Yes ☑ No If Yes, provide details including medications prescribed: _____
I.  Have you completed claims forms for any other insurance carrier for this condition? ☐ Yes ☑ No If Yes, please indicate the names and addresses of this insurance carrier: _____

**PART 3    DIAGNOSIS AND TREATMENT    (Please include ICDA or DSM III in coding)**
A.  Diagnosis (including any complications): _____
B.  Date of onset: _____ Symptoms: _____
C.  Medical Findings (including test results, X-ray, etc.): _____
D.  Date of initial visit: 4/10/15  Date of last visit: 3/2/16  Frequency of visits: _____
E.  Has the patient been hospitalized? ☑ Yes ☐ No If Yes, please provide the name and address of hospital and dates confined.    Ochsner Health System
        1514 Jefferson Hwy     4/10/15 - 5/5/15   Rehab 5/5/15 - 5/17/15
        New Orleans, LA 70121
F.  Please describe the course of treatment including surgery, therapy and medication, including dosages.
        Surgery - Craniotomy (4/10/15) Cranioplasty (5/14/15)
G.  Is the patient still under your care? ☑ Yes ☐ No  Height: _____ Weight: _____
H.  If disability is due to pregnancy, expected or actual delivery date: _____ N/A

**PART 4    PROGRESS**
A.  Has patient ... ☐ Recovered  ☐ Improved  ☑ Unchanged  ☐ Retrogressed
B.  Is patient ..... ☐ Ambulatory  ☐ House Confined  ☐ Bed Confined  ☐ Hospital Confined  ☐ Wheelchair Confined

AL 3913                          1 of 2                          06-05-13

Liberty/Crespo 0461

1G053170001

1773053  CRESPO, PAIGE

06-27-'16 09:43 FROM  Ameritas          4024677952          T-196  P0003/0004 F-475

1773053

**PART 5    CARDIAC/HYPERTENSION**                N/A
A.  Functional Capacity . . . . . . . . . . . . . . .    ☐ Class 1 (no limitation)          ☐ Class 2 (slight limitation)
B.  (American Heart Association) . . . . . . . .    ☐ Class 3 (marked limitation)      ☐ Class 4 (complete limitation)
C.  Blood pressure (last visit) . . . . . . . . . . .    Systolic/Diastolic: _____

**PART 6    IMPAIRMENT, LIMITATIONS AND RESTRICTIONS**
☐  Class 1 - No limitation of function capacity; capable of heavy work . . . . . . . . . . . . . . . . . . . . . . . . . . No restriction (0 - 10%)
☑  Class 2 - Medium manual activity* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (15 - 30%)
☐  Class 3 - Slight limitation of functional capacity: capable of light work* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (35 - 55%)
☐  Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity . . (60 - 70%)
☐  Class 5 - Severe limitation of functional capacity; incapable of minimal (sedentary*) activity . . . . . . . . . . . . . (75 - 100%)
A.  Have you restricted your patient's activities? ☐ Yes ☐ No  If Yes, please indicate the date activities were restricted. _____
B.  Please describe your patient's physical restrictions, impairments and limitations for both work and non-work related
    activities. _____
*As defined in Federal Dictionary of Occupational Titles.

**PART 7    MENTAL/NERVOUS IMPAIRMENTS (If Applicable)**
What stress and problems in interpersonal relations has claimant had? _____
☐  Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).
☑  Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations).
☐  Class 3 - Patient is unable to engage in only limited stress situations and engage in only limited interpersonal relations
    (moderate limitations).
☐  Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations).
☐  Class 5 - Patient has significant loss of psychological, personal and social adjustment (severe limitations).
Do you believe the patient is competent to endorse checks and direct the use of the proceeds thereof? ☐ Yes ☐ No

**PART 8    EXTENT OF DISABILITY**
A.  Do you understand the duties of your patient's occupation? ☑ Yes ☐ No
B.  List duties of patient's job that in your opinion the patient cannot perform: _It is still made_
    _to perform complex ones that ci & is not cleared to role_
C.  How do the above restrictions or limitations affect your patient's ability to perform the duties of their work? _The work
    can obv_
D.  Dates of inability to perform job duties:    All Duties - from _4/10/15_ through _indeterminate_
                                          Partial Duties - from _____ through _____
E.  When will patient be able to perform duties: Of patient's job? _indeterminate_ Of any other work? _____
PLEASE ATTACH ANY SUPPORTING DOCUMENTATION (Test results, narrative reports, consultation reports, etc.)

---

**FRAUD WARNING NOTICE:** Any person who knowingly and with intent to defraud; submits an application or files
a claim containing false, incomplete or misleading information; is guilty of a crime and may be subject to fines
and criminal penalties, including imprisonment. In addition, insurance benefits may be denied if false information
provided by an applicant is materially related to a claim.

---

**PART 9    SIGNATURE**
Attending Physician (Please Print): _Marcus Ware_          Degree: _M.D._
Specialty: _Neurosurgery_                        Telephone: (      )
Street Address: _1514 Jefferson Hwy_    City _New Orleans_ State: _LA_  Zip: _70121_
Signature of Attending Physician Required (Please - NO SIGNATURE STAMPS): _____
Tax ID Number: _720276883_                              (Date) _5/5/16_
Accurate completion of all parts of this form will help avoid delays in processing patient's claim. The patient is responsible for
completion of this form without expense to the Company.                              (oo)

AL 3913                              2 of 2                              06-05-13

Liberty/Crespo 0462

1G053170001

1773053 CRESPO, PAIGE

FAXED RECEIVED MAR 18 2016          1773053

MAR 31 ....                                      FC 21

**Attending Physician's Statement**

Minnesota Life Insurance Company · A Securian Company
Claims · P.O. Box 64114 · St. Paul, MN 55164-0114

For claim information call:
1-800-328-9442
Fax 651-665-7979

**MINNESOTA LIFE**

☐ Please have this form completed immediately.
☐ Please have this form completed on or after _____.
☐ Please have this form completed on _____ or upon recovery if sooner.
☐ If you remain disabled beyond _____ and wish further consideration of your
  claim, please have this completed on _____ or upon recovery if sooner.

**CLAIM NUMBER:**

The insured is responsible for the completion of this form without expense to the Company. Both sides of this form must be fully completed by the attending physician.

Patient's name: *Paige Crespo*                           Telephone number:

Date of birth (mo/day/yr)         Height: *5' 6"*        Weight:        Blood pressure reading/date:

**HISTORY**

| 1. Date symptoms first appeared or accident occurred *4/10/15* | 2. Date patient ceased work due to disability *4/10/15* | 3. Is condition due to injury or illness arising out of patient's employment? If yes, check one. ☐ Yes ☒ No | ☐ Injury ☐ Illness |

4. Has patient ever had same or similar condition? If yes, state when and describe.
☐ Yes   ☒ No

5. Names and addresses of other treating physicians

**DIAGNOSIS**

1. Diagnosis including any complications for current condition                    2. Patient account/file number:

*Cerebral Hemorrhage, MCA Aneurysm s/p clipping*
*Abnormal Neurological psychic*

3. Subjective symptoms
*Left upper weakness, visual disturbance*

4. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)
*GCS eye subscore is 4, GCS verbal subscore 5, GCS motor subscore: 6.*
*I do not recommend that Pt return to previous career due to Abnormal*
*Neurological Psychic*

**NATURE AND DATES OF SERVICE**

| 1. Date of first visit(mo/day/yr) *4/19/16* | 2. Date of last visit (mo/day/yr) *3/2/16* | 3. Date of next visit (mo/day/yr) *10/5/16* | 4. Frequency *6 months* |

5. Has patient been hospitalized? If yes, give dates.
☒ Yes  ☐ No   From *4/10/15* through *5/5/15*  Rehab *5/5/15 - 5/12/15*

6. Was surgery performed? If yes, state when and describe.
☒ Yes  ☐ No  *4/10/15 · Craniotomy with Aneurysm clipping 5/14/15 · Cranioplasty*

7. Name and address of hospital
*1514 Jefferson Hwy.   New Orleans, LA 70121*

8. Is the patient currently enrolled in any type of rehabilitation program? ☐ Yes ☒ No
9. If yes, what type of program? ☐ Cardiac ☐ Physical therapy ☐ Other _____

10. List medications

F16815 Rev 9-2014                          *SEE REVERSE SIDE*                    21

CRESPO, PAIGE   MRN:   1773053

Liberty/Crespo 0463

1G053170001

1773053  CRESPO, PAIGE

1773053

**CARDIAC** Functional capacity (American Heart Association)   N/A

| CLASS 1 | CLASS 2 | CLASS 3 | CLASS 4 | **CLAIM NUMBER:** |
|---|---|---|---|---|
| ☐ (No limitation) | ☐ (Slight limitation) | ☐ (Marked limitation) | ☐ (Complete limitation) | |

1. Describe the basis for above classification

**PHYSICAL IMPAIRMENT ("as defined in Federal Dictionary of Occupational Titles)**

☑ Class 1 – No limitation of functional capacity; capable of heavy work. No restrictions.(0 - 10%).
☐ Class 2 – Medium manual activity* (15 - 30%).
☐ Class 3 – Slight limitation of functional capacity; capable of light work" (35 - 55%).
☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administration (sedentary") activity (60 - 70%).
☐ Class 5 – Severe limitation of functional capacity; incapable of minimal (sedentary") activity (75 - 100%).

1. List all restrictions and describe the basis for above classification

This ff has no true physical limitation however her work as CRNA requires mental acuity and focus, I cannot c/er her ct fl_

**MENTAL/NERVOUS IMPAIRMENT**

☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations).
☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations).
☑ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations).
☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation).
☐ Class 5 – Patient has significant loss of psychological, personal and social adjustment (severe limitations).

1. Describe the basis for above classification

2. Do you feel this patient is competent to endorse and direct the use of proceeds thereof?
☑ Yes ☐ No

**PROGRESS**

1. Patient has ... (check all that apply)   ☐ Recovered  ☑ Improved  ☐ Unchanged   ☐ Retrogressed   ☐ Reached maximum medical improvement - impairment rating of ____ %

2. If recovered, date (mo/day/yr) released to return to work.

3. Patient is ... (check one)   ☐ Ambulatory ☐ Bed Confined ☐ House Confined ☐ Hospital Confined

4. Patient is a suitable candidate for   ☐ Trial employment  ☐ Full-time  ☐ Part-time  ☐ Work hardening  ☐ Job retraining

**PROGNOSIS**

| | **REGULAR WORK** | **OTHER WORK** |
|---|---|---|
| 1. Is patient now totally disabled? | ☑ Yes ☐ No, if no, date released ____ | ☐ Yes ☐ No  if no, date released ____ |
| 2. Do you expect a change in the future relating to patient's ability to work? | ☐ Yes - Improvement  ☐ Yes - Deterioration  ☐ No | ☐ Yes - Improvement  ☐ Yes - Deterioration  ☑ No |
| a) If improvement is expected, when will patient recover sufficiently to perform duties? | ☐ 1 Mo ☐ 4-6 Mo ☐ Never  ☐ 2-3 Mo ☐ Other ____ | ☐ 1 Mo ☐ 4-6 Mo ☐ Never  ☐ 2-3 Mo ☐ Other ____ |
| b) If no, please explain. | | |

Remarks

Have you provided information for this patient for another insurance company or agency?
☐ Yes ☑ No  If yes, list company/agency name, telephone number and claim number.

Name of attending physician (please print)
Dr. Marcus Ware

Degree  MD

Telephone number  504-842

Physician's address (street, city, state, zip)
15/4 Jefferson Hwy.  New Orleans, LA 70121

Signature of attending physician
X _____ Date signed 3/28/1_

Print name of person completing this form
Marcus C. Ware

For your protection, state laws require the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison. Any insurance company or agent of an insurance company who knowingly attempts to defraud a policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Division of Insurance.

Minnesota Life
P.O. Box 64114
St. Paul, MN 65164-0114
1-800-328-9442
Fax 651-665-7879

CRESPO, PAIGE  MRN: 1773053

Liberty/Crespo 0464

1G053170001

1773053 CRESPO, PAIGE

*1773053*

RECEIVED DEC 17 2015

**FC 21**

**Attending Physician's Statement**

Minnesota Life Insurance Company, a Securian Financial Group affiliate · Group Division Claims
Charleston Branch Office · PO Box 3742 · Charleston, WV 25337-3742 · Toll free 1-800-203-9515

**MINNESOTA LIFE**

For Home Office use only:
☐ Please have this form completed immediately.
☐ Please have this form completed on or after _____ .
☐ Please have this form completed on _____ or upon recovery if sooner.
☐ If the claimant remains disabled beyond _____ and wish further consideration
    of your claim, please have this completed on _____ or upon recovery if sooner.

**CLAIM NUMBER:**

The insured is responsible for the completion of this form. You may mail this form directly to the Home Office of the Company.
Both sides of this form must be fully completed by the attending physician.

Patient's name (Last, First, Middle Initial)
Crespo, Paige F

| Date of birth (Mo/Day/Yr) | Height 5 6 | Weight 130 | Blood pressure reading/date 111/66    8/26/15 |
|---|---|---|---|

**HISTORY**

| 1. Date symptoms first appeared or accident occurred 4/10/15 | 2. Date patient ceased work due to disability 4/10/15 | 3. Is condition due to injury or illness arising out of patient's employment? If yes, check one ☐Yes ☑No | ☐ Injury ☐ Illness |
|---|---|---|---|

4. Has patient ever had same or similar condition? If yes, state when and describe.
☐ Yes ☑ No

5. Names and addresses of other treating physicians
Stacy Siegendorf, MD (PCP)
1904 Jefferson Hwy New Orleans, LA 70121 / 1221 S. Clearview Pkwy Harahan LA 70123

**DIAGNOSIS**

| 1. Diagnosis including any complications for current condition  Brain Compression Stroke | 2. Patient account/file number 1773053 |
|---|---|

3. Subjective symptoms: Severe headache w/ subsequent seizure

4. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)
CTA Brain, CT Head (4/10/15) MRI Brain (5/11/15) CTA Head 6/17/15
(See reports)

**NATURE AND DATES OF SERVICE**

| 1. Date (Mo/Day/Yr) of first visit 4/10/15 | 2. Date (Mo/Day/Yr) of last visit 8/26/15 | 3. Date (Mo/Day/Yr) of next visit | 4. Frequency |
|---|---|---|---|

5. Has patient been hospitalized? If yes, give dates.
☑ Yes ☐ No From 4/10/15 through 5/5/15, 5/5/15 - 5/14/15 (Rehab), 5/14/15 - 5/17/15

6. Was surgery performed? If yes, state when and describe.
☑ Yes ☐ No 4/10/15 Craniotomy - 5/14/15 Cranioplasty

7. Name and address of hospital
Ochsner 1514 Jefferson Hwy New Orleans, LA 70121

8. Is the patient currently enrolled in any type of rehabilitation program? ☐ Yes ☑ No

9. If yes, what type of program? ☐ Cardiac ☐ Physical therapy ☐ Other _____

10. List medications

F18815-PEIA 6-2006                    *SEE REVERSE SIDE*                    21

Liberty/Crespo 0465

1G053170001

1773053 CRESPO, PAIGE

1773053

| CARDIAC Functional capacity (American Heart Association)   N/A | | | | CLAIM NUMBER: |
|---|---|---|---|---|
| CLASS 1 | CLASS 2 | CLASS 3 | CLASS 4 | |
| ☐ (No limitation) | ☐ (Slight limitation) | ☐ (Marked limitation) | ☐ (Complete limitation) | |

1. Describe the basis for above classification

## PHYSICAL IMPAIRMENT (*as defined in Federal Dictionary of Occupational Titles)

☑ Class 1 – No limitation of functional capacity; capable of heavy work. *No restrictions (0 - 10%).
☐ Class 2 – Medium manual activity* (15 - 30%).
☐ Class 3 – Slight limitation of functional capacity; capable of light work* (35 - 55%).
☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administration (sedentary*) activity (60 - 70%).
☐ Class 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75 - 100%).

1. List all restrictions and describe the basis for above classification

## MENTAL/NERVOUS IMPAIRMENT          N/A

☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations).
☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations).
☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations).
☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation).
☐ Class 5 – Patient has significant loss of psychological, personal and social adjustment (severe limitations).

1. Describe the basis for above classification

2. Do you feel this patient is competent to endorse and direct the use of proceeds thereof?
☑ Yes ☐ No

## PROGRESS

1. Patient has . . . (check all that apply)  ☑ Recovered  ☐ Improved  ☐ Unchanged     2. If recovered, date (Mo/Day/Yr) released to return to work.
☐ Retrogressed   ☐ Reached maximum medical improvement · Impairment rating of _____ %

3. Patient is . . . (check one)
☑ Ambulatory ☐ Bed Confined ☐ House Confined ☐ Hospital Confined

4. Patient is a suitable candidate for
☑ Trial employment ☐ Full-time ☐ Part-time ☐ Work hardening ☐ Job retraining

| PROGNOSIS | REGULAR WORK | OTHER WORK |
|---|---|---|
| 1. Is patient now totally disabled?............................. | ☐ Yes  ☑ No   If no, date released _____ Jun 1c+ | ☐ Yes  ☐ No  If no, date released _____ |
| 2. Do you expect a change in the future relating to patient's ability to work?.............. | ☑ Yes - Improvement  ☐ Yes - Deterioration  ☐ No | ☐ Yes - Improvement  ☐ Yes - Deterioration  ☐ No |
| a) If improvement is expected, when will patient recover sufficiently to perform duties?........... | ☐ 1 Mo  ☑ 4-6 Mo  ☐ Never  ☐ 2-3 Mo ☐ Other _____ | ☐ 1 Mo  ☐ 4-6 Mo  ☐ Never  ☐ 2-3 Mo ☐ Other _____ |
| b) If no, please explain. | | |

Remarks

Have you provided information for this patient for another insurance company or agency?
☐ Yes ☐ No · If yes, list company/agency name, telephone number and claim number.

| Name of attending physician (Please print) MARCUS Ware | Degree M. D | Telephone number (504) 842 - 4033 |
|---|---|---|

Physician's address (Street, City, State, Zip)  514 Jefferson Hwy New Orleans, LA 70121

Signature of attending physician
X _____ WARD

Date signed 12/31/13

Print name of person completing this form Dr. Marcus Ware

NOTICE: Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against the insurer, submits an application or files a claim containing a false or deceptive statement may be guilty of insurance fraud. The commission of insurance fraud may subject such person to criminal and/or civil penalties. Any insurance company or agent of an insurance company who knowingly attempts to defraud a policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Office of the Insurance Commissioner.

Minnesota Life
PO Box 3742
Charleston, WV 25337-3742

CRESPO, PAIGE   MRN:   1773053

Liberty/Crespo 0466

1G053170001

1773053  CRESPO, PAIGE

FAXED RECEIVED MAR 1 8 2016          1773053

MAR 31 ----                                    FC 21

## Attending Physician's Statement

Minnesota Life Insurance Company · A Securian Company
Claims · P.O. Box 64114 · St. Paul, MN 55164-0114

For claim information call:
1-800-328-9442
Fax 651-665-7979

**MINNESOTA LIFE**

☐ Please have this form completed immediately.
☐ Please have this form completed on or after _____ .
☐ Please have this form completed on _____ or upon recovery if sooner.
☐ If you remain disabled beyond _____ and wish further consideration of your
   claim, please have this completed on _____ or upon recovery if sooner.

**CLAIM NUMBER:**

The insured is responsible for the completion of this form without expense to the Company. Both sides of this form must be fully completed by the attending physician.

Patient's name: *Paige Crespo*    Telephone number

Date of birth (mo/day/yr)    Height *5' 6"*    Weight    Blood pressure reading/date

### HISTORY

| 1. Date symptoms first appeared or accident occurred *4/10/15* | 2. Date patient ceased work due to disability *4/10/15* | 3. Is condition due to injury or illness arising out of patient's employment? If yes, check one. | ☐ Yes ☑ No | ☐ Injury ☐ Illness |

4. Has patient ever had same or similar condition? If yes, state when and describe.
☐ Yes  ☑ No
5. Names and addresses of other treating physicians

### DIAGNOSIS

1. Diagnosis including any complications for current condition          2. Patient account/file number

*Cerebral Hemorrhage, MCA Aneurysm s/p clipping*
*Abnormal Neurological psychic*

3. Subjective symptoms
*Left upper weakness, visual disturbance*

4. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)
*GCS eye subscore is 4, GCS verbal subscore 5, GCS motor subscore: 6.*

*I do not recommend that Pt return to previous career due to Abnormal Neurological Psychic*

### NATURE AND DATES OF SERVICE

| 1. Date of first visit (mo/day/yr) *4/10/16* | 2. Date of last visit (mo/day/yr) *3/2/16* | 3. Date of next visit (mo/day/yr) *10/5/16* | 4. Frequency *6 months* |

5. Has patient been hospitalized? If yes, give dates.
☑ Yes  ☐ No  From *4/10/15* through *5/5/15*  Rehab *5/5/15 - 5/12/15*
6. Was surgery performed? If yes, state when and describe.
☑ Yes  ☐ No  *4/10/15- Craniotomy with Aneurysm clipping  5/14/15 · Cranioplasty*
7. Name and address of hospital
*1514 Jefferson Hwy.  New Orleans, LA 70121*
8. Is the patient currently enrolled in any type of rehabilitation program? ☐ Yes ☑ No
9. If yes, what type of program? ☐ Cardiac ☐ Physical therapy ☐ Other _____
10. List medications

F16615 Rev 9-2014              SEE REVERSE SIDE                    21

CRESPO, PAIGE  MRN:  1773053

Liberty/Crespo 0467

1G053170001

1773053 CRESPO, PAIGE

1773053

| CARDIAC Functional capacity (American Heart Association) N/A | | | | CLAIM NUMBER: |
|---|---|---|---|---|
| CLASS 1 | CLASS 2 | CLASS 3 | CLASS 4 | |
| ☐ (No limitation) | ☐ (Slight limitation) | ☐ (Marked limitation) | ☐ (Complete limitation) | |

1. Describe the basis for above classification

## PHYSICAL IMPAIRMENT ( as defined in Federal Dictionary of Occupational Titles)

☑ Class 1 – No limitation of functional capacity; capable of heavy work..;No restrictions.(0 -.10%).
☐ Class 2 – Medium manual activity (15 - 30%).
☐ Class 3 – Slight limitation of functional capacity: capable of light work (35 - 55%).
☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administration (sedentary*) activity (60 - 70%).
☐ Class 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75 - 100%).

1. List all restrictions and describe the basis for above classification

This pt has no true physical limitations, however her work as CRNA requires mental acuity and focus. I cannot clear her at this pt

## MENTAL/NERVOUS IMPAIRMENT

☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations).
☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations).
☑ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations).
☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation).
☐ Class 5 – Patient has significant loss of psychological, personal and social adjustment (severe limitations).

1. Describe the basis for above classification

2. Do you feel this patient is competent to endorse and direct the use of proceeds thereof?
☑ Yes ☐ No

## PROGRESS

| 1. Patient has ... (check all that apply) ☐ Recovered ☑ Improved ☐ Unchanged ☐ Retrogressed ☐ Reached maximum medical improvement - impairment rating of ____ % | 2. If recovered, date (mo/day/yr) released to return to work |
|---|---|

| 3. Patient is ... (check one) ☐ Ambulatory ☐ Bed Confined ☐ House Confined ☐ Hospital Confined | 4. Patient is a suitable candidate for ☐ Trial employment ☐ Full-time ☐ Part-time ☐ Work hardening ☐ Job retraining |
|---|---|

| PROGNOSIS | REGULAR WORK | OTHER WORK |
|---|---|---|
| 1. Is patient now totally disabled? | ☑ Yes ☐ No.. If no, date released _____ | ☐ Yes ☐ No  If no, date released _____ |
| 2. Do you expect a change in the future relating to patient's ability to work? | ☐ Yes - Improvement ☐ Yes - Deterioration ☐ No | ☐ Yes - Improvement ☐ Yes - Deterioration ☑ No |
| a) If improvement is expected, when will patient recover sufficiently to perform duties? | ☐ 1 Mo ☐ 4-6 Mo ☐ Never ☐ 2-3 Mo ☐ Other _____ | ☐ 1 Mo ☐ 4-6 Mo ☐ Never ☐ 2-3 Mo ☐ Other _____ |
| b) If no, please explain. | | |

Remarks

Have you provided information for this patient for another insurance company or agency?
☐ Yes ☑ No  If yes, list company/agency name, telephone number and claim number.

| Name of attending physician (please print) Dr. Marcus Ware | Degree MD | Telephone number 504-892 |
|---|---|---|

Physician's address (street, city, state, zip)
1514 Jefferson Hwy. New Orleans, LA 70121

| Signature of attending physician X _____ | Date signed 3/28/1 | Print name of person completing this form Marcus, L. Ware |
|---|---|---|

For your protection, state laws require the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison. Any insurance company or agent of an insurance company who knowingly attempts to defraud a policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Division of Insurance.

Minnesota Life
P.O. Box 64114
St. Paul, MN 55164-0114
1-800-328-9442
Fax 651-665-7979

CRESPO, PAIGE  MRN:  1773053

Liberty/Crespo 0468

1G053170001

1773053 CRESPO, PAIGE

RECEIVED DEC 17 2015

*1773053*

**FC 21**

## Attending Physician's Statement

Minnesota Life Insurance Company, a Securian Financial Group affiliate • Group Division Claims
Charleston Branch Office • PO Box 3742 • Charleston, WV 25337-3742 • Toll free 1-800-203-9515

**MINNESOTA LIFE**

**For Home Office use only:**
☐ Please have this form completed immediately.
☐ Please have this form completed on or after _____ .
☐ Please have this form completed on _____ or upon recovery if sooner.
☐ If the claimant remains disabled beyond _____ and wish further consideration
   of your claim, please have this completed on _____ or upon recovery if sooner.

| CLAIM NUMBER: |
| --- |

The Insured is responsible for the completion of this form. You may mail this form directly to the Home Office of the Company. Both sides of this form must be fully completed by the attending physician.

| Patient's name (Last, First, Middle Initial) | | Telephone number |
| --- | --- | --- |
| Crespo, Paige F | | |

| Date of birth (Mo/Day/Yr) | Height 5⁶ | Weight 130 | Blood pressure reading/date 111/66  8/26/15 |
| --- | --- | --- | --- |

**HISTORY**

| 1. Date symptoms first appeared or accident occurred 4/10/15 | 2. Date patient ceased work due to disability 4/10/15 | 3. Is condition due to injury or illness arising out of patient's employment? If yes, check one ☐ Yes ☑ No | ☐ Injury ☐ Illness |
| --- | --- | --- | --- |

4. Has patient ever had same or similar condition? If yes, state when and describe.
☐ Yes ☑ No

5. Names and addresses of other treating physicians
Stacy Siegerdorf, MD (PCP)
1904 Jefferson Hwy New Orleans, LA 70121 / 1221 S. Clearview Pkwy Harahan LA 70123

**DIAGNOSIS**

| 1. Diagnosis including any complications for current condition | 2. Patient account/file number |
| --- | --- |
| Brain Compression Stroke | 1773053 |

3. Subjective symptoms: Severe headache w/ subsequent seizure

4. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)
CTA Brain, CT Head (4/10/15) MRI Brain (5/17/15) CTA Head 6/17/15
(See reports)

**NATURE AND DATES OF SERVICE**

| 1. Date (Mo/Day/Yr) of first visit 4/10/15 | 2. Date (Mo/Day/Yr) of last visit 8/26/15 | 3. Date (Mo/Day/Yr) of next visit | 4. Frequency |
| --- | --- | --- | --- |

5. Has patient been hospitalized? If yes, give dates.
☑ Yes ☐ No  From 4/10/15 through 5/5/15, 5/5/15 - 5/14/15 (Rehab), 5/14/15 - 5/17/15

6. Was surgery performed? If yes, state when and describe.
☑ Yes ☐ No  4/10/15 Craniotomy - 5/14/15 Cranioplasty

7. Name and address of hospital
Ochsner  1514 Jefferson Hwy New Orleans, LA 70121

8. Is the patient currently enrolled in any type of rehabilitation program? ☐ Yes ☑ No
9. If yes, what type of program? ☐ Cardiac ☐ Physical therapy ☐ Other _____

10. List medications

F18815-PEIA 6-2008                    *SEE REVERSE SIDE*                    21

CRESPO, PAIGE   MRN:   1773053

Liberty/Crespo 0469

1G053170001

1773053 CRESPO, PAIGE

*1773053*

**CARDIAC** Functional capacity (American Heart Association)     N/A     | **CLAIM NUMBER:**

| CLASS 1 | CLASS 2 | CLASS 3 | CLASS 4 |
|---|---|---|---|
| ☐ (No limitation) | ☐ (Slight limitation) | ☐ (Marked limitation) | ☐ (Complete limitation) |

1. Describe the basis for above classification

**PHYSICAL IMPAIRMENT** (*as defined in Federal Dictionary of Occupational Titles)

☑ Class 1 – No limitation of functional capacity; capable of heavy work. *No restrictions (0 - 10%).

☐ Class 2 – Medium manual activity* (15 - 30%).

☐ Class 3 – Slight limitation of functional capacity; capable of light work* (35 - 55%).

☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administration (sedentary*) activity (60 - 70%).

☐ Class 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75 - 100%).

1. List all restrictions and describe the basis for above classification

**MENTAL/NERVOUS IMPAIRMENT**     N/A

☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations).

☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations).

☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations).

☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation).

☐ Class 5 – Patient has significant loss of psychological, personal and social adjustment (severe limitations).

1. Describe the basis for above classification

2. Do you feel this patient is competent to endorse and direct the use of proceeds thereof?

☑ Yes ☐ No

**PROGRESS**

1. Patient has . . . (check all that apply)  ☑ Recovered  ☐ Improved  ☐ Unchanged

☐ Retrogressed  ☐ Reached maximum medical improvement - impairment rating of _____ %

2. If recovered, date (Mo/Day/Yr) released to return to work

3. Patient is . . . (check one)  ☑ Ambulatory ☐ Bed Confined ☐ House Confined ☐ Hospital Confined

4. Patient is a suitable candidate for

☑ Trial employment ☐ Full-time ☐ Part-time ☐ Work hardening ☐ Job retraining

**PROGNOSIS**

| | REGULAR WORK | OTHER WORK |
|---|---|---|
| 1. Is patient now totally disabled? | ☐ Yes  ☑ No  If no, date released ___July 1st___ | ☐ Yes  ☐ No  If no, date released ___ |
| 2. Do you expect a change in the future relating to patient's ability to work? | ☑ Yes - improvement  ☐ Yes - Deterioration  ☐ No | ☐ Yes - improvement  ☐ Yes - Deterioration  ☐ No |
| a) If improvement is expected, when will patient recover sufficiently to perform duties? | ☐ 1 Mo  ☑ 4-6 Mo  ☐ Never  ☐ 2-3 Mo  ☐ Other ___ | ☐ 1 Mo  ☐ 4-6 Mo  ☐ Never  ☐ 2-3 Mo  ☐ Other ___ |

b) If no, please explain.

Remarks

Have you provided information for this patient for another insurance company or agency?

☐ Yes ☐ No   If yes, list company/agency name, telephone number and claim number.

| Name of attending physician (Please print) | Degree | Telephone number |
|---|---|---|
| MARCUS Ware | M.D | (504) 842 - 4033 |

Physician's address (Street, City, State, Zip)

1514 Tappassa Hwy New Orleans, LA 70121

Signature of attending physician     Date signed     Print name of person completing this form

X _____Ware_____     12/31/18     Dr. Marcus Ware

NOTICE: Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against the insurer, submits an application or files a claim containing a false or deceptive statement may be guilty of insurance fraud. The commission of insurance fraud may subject such person to criminal and/or civil penalties. Any insurance company or agent of an insurance company who knowingly attempts to defraud a policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Office of the Insurance Commissioner.

Minnesota Life
PO Box 3742.
Charleston, WV 25337-3742

CRESPO, PAIGE  MRN:  1773053

Liberty/Crespo 0470

1G053170001

LMG          8/31/2015 3:33:53 PM   PAGE   4/005   Fax Server

# FAXED

SEP 18 ....

 **Liberty Mutual. INSURANCE**

RECEIVED SEP - 1 2015

1773053

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-5167

## Attending Physician's Assessment of Capacity

| Paige Crespo | | 3444863 |
|---|---|---|
| Patient Name | | Claim Number |
| Jane Durfey | Date of Birth 5/14/15 | 8/26/15 |
| Case Manager | Date First Treated | Date Last Treated |

Subarachnoid hemorrhage / Brain compression

Diagnosis(es) Contributing to or Causing Impairment

### PHYSICAL CAPACITY   (In an average 8-hour workday)

| | Constant (Over 5 1/2 Hours / Day or Over 40 Min / Hour) | Frequent (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | Occasional (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) | | | Constant (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | Frequent (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | Occasional (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|---|---|---|---|---|
| Sitting | ✓ | | | | Fingering / Typing | ✓ | | |
| Standing | ✓ | | | | Reaching Overhead | ✓ | | |
| Walking | ✓ | | | | Reaching Below Shoulders | | ✓ | |
| Driving | (to get to) | easy | | | | | | |
| Climbing | ✓ | | | | Lifting: | | | |
| Squatting | ✓ | | | | Up to 10 lbs. | | | |
| Bending | ✓ | | | | Up to 20 lbs. | | | |
| Kneeling | ✓ | | | | Up to 30 lbs. | | | |
| Push / Pull | ✓ | | | | Up to 40 lbs. | | | |
| Light Grasping | ✓ | | | | Up to 50 lbs. | | | |
| Force Grasping | ✓ | | | | Over 50 lbs. | ✓ | | |

| Are there additional restrictions / limitations not captured in the table above? Please list. Also, if any of the above capacities are never, please list the capacity and rationale. | |
|---|---|

| How long will these restrictions be imposed? | N/A | Can your patient function in an occupational setting full time within the capacities noted above? | ☑ Yes  ☐ No | If your patient cannot function in an occupational setting now, when will he / she be able to? |
|---|---|---|---|---|

| If your patient cannot function in an occupational setting at this time, please outline your medical and functional treatment plan to facilitate return to work. | She is getting drung easel + needs Neuropsych. testing only |
|---|---|

| Please indicate what your opinions regarding restrictions / limitations and work capacity are based on? | ☑ Clinical Experience  ☑ Specialty Training  ☐ Diagnostic Tests | ☐ Patient's Self-Report  ☑ Direct Observation  ☑ Clinical Examination | ☐ Functional Eval. (FCE)  ☐ Other (Please List): |
|---|---|---|---|

| If your patient is unable to work, what is the single most important barrier preventing your patient from returning to work? | ☐ Uncontrolled Pain | ☐ Unstable Medical Status | ☐ Patient's Motivation | ☐ Psychiatric Co-Morbid(s) | ☑ Other (List): |
|---|---|---|---|---|---|

Marcus Ware, MD
Provider's Name (Please Print)

Neurosurgery
Degree AND Area of Specialty

720276883
Social Security or Tax ID Number

1514 Jefferson Hwy.
Street Address

504-842-4023
Telephone Number

504-842-6531
Fax Number

New Orleans, LA 70121
City, State & Zip Code

Signature

9/18/15
Date

It has job that requires intellectual focus. She will need eval for this.

Liberty/Crespo 0471

*Jabul*

RECEIVED    1

Enc Date: 10/05/16
HAR:
Female    DOB:

1G053170001

(44 y o)


CSN:
71068373

# RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE

Patient: **Paige Crespo**

Please answer the following questions concerning your patient's impairments.

1.   Frequency and length of contact: *4/10/15 - present*

2.   Diagnosis *MCA aneurysm, s/p rupture, Cranioplasty*

3.   Treatment and response: *clipping, cranioplasty*

4.   a.   List of prescribed medications:

     b.   Describe any side effects of medications that may have implications for working. E.g., dizziness, drowsiness, fatigue, lethargy, stomach upset, etc.:

5.   Describe the testing and clinical findings that demonstrate the severity of your patient's cognitive impairment and symptoms:

     *Abnormal neurological psychia*

6.   Prognosis: *Good*

Liberty/Crespo 0472

1G05317.0001

7.   To determine your patient's ability to do *work-related activities on a day-to-day basis in a regular work setting*, please give us your opinion how your patient's cognitive capabilities are affected by the impairment(s). Consider the medical history, the chronicity of findings (or lack thereof), and the expected duration of any work-related limitations.

- *Mild limitation* means suspected impairment of slight importance which does not affect your patient's ability to perform work-related activity.
- *Marked limitation* means ability to function in this area is seriously limited and less than satisfactory, but not precluded. This is a substantial loss of ability to perform the work-related activity.
- *Severe Limitation* means your patient cannot satisfactorily perform this activity independently, appropriately, effectively and on a sustained basis in a regular work setting.
- *Extreme limitation*, means your patient cannot perform this activity in a regular work setting with any accommodation.

| I. | COGNITIVE ABILITIES AND APTITUDES NEEDED TO DO WORK | No limitation | Mild limitation | Marked limitation | Severe Limitation | Extreme Limitation |
|---|---|---|---|---|---|---|
| A. | Remember work-like procedures | ✓ | | | | |
| B. | Understand and remember long and complicated instructions | | | ✓ | | |
| C. | Ability to carry out long and complicated instructions | | ✓ | | | |
| D. | Ability to maintain concentration and attention for extended periods | | ✓ | | | |
| E. | Ability to perform activities within a schedule, maintain regular attendance and be punctual within customary, usually strict tolerances | | ✓ | | | |
| F. | Ability to sustain an ordinary routine without supervision | ✓ | | | | |
| G. | Ability to work in coordination with or proximity to others without being unduly distracted by them | ✓ | ✓ | | | |
| H. | Ability to make work-related decisions | | ✓ | | | |
| I. | Ability to complete a normal workday and workweek without interruptions and to perform at a consistent pace without an unreasonable number and length of rest periods. | ✓ | | | | |
| J. | Ability to perform at a consistent pace without an unreasonable number and length of rest periods | ✓ | | | | |
| K. | Ability to ask simple questions or request assistance | ✓ | | | | |
| L. | Ability to accept instructions and respond appropriately to criticism from supervisors | ✓ | | | | |
| M. | Ability to set realistic goals or make plans independently of others. | | ✓ | | | |
| N. | Ability to respond appropriately to changes in a routine work setting | ✓ | | | | |
| O. | Ability to deal with normal work stress | | | ✓ | | |
| P. | Ability to deal with extreme work stress | | | | ✓ | |

8.   Is your patient a malingerer?       ___ Yes       ✓ No

Liberty/Crespo 0473

1G053170001

177305 5

9.      Is your patient totally disabled from his own job as described in the accompanying description?                                          ✓ Yes          ___ No

_____

_____

_____

_____

a.      What test results and/or clinical findings support your conclusion?

_Abnormal   Neurological   psychic_

_____

_____

_____

b.      What specifically cognitive deficits render your patient totally disabled.

_____

_____

_____

_____

10.     Is your patient totally disabled from any other job requiring a similar level of cognitive ability?                                          ___ Yes          ___ No

_____

_____

_____

_____

Liberty/Crespo 0474

1G053170001

a.    What test results and/or clinical findings support your conclusion?

This patient has had neuro-cognitive testing that verifies these findings

b.    What specifically cognitive deficits render your patient totally disabled?

This patient walked at a CRNA. Her deficits would prevent her to work in this stressful capacity where memory & judgment are key

Date  10/17/16

Signature

Printed/Typed Name:    Dr. Marcus Ware

Address:    Ochsner Health System
1514 Jefferson Hwy
New Orleans, LA 70121

Liberty/Crespo 0475

1G053170001

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Crespo, Paige Friday | 1773053 | | Female | (44 yrs) |

| Address | Phone | Email | Employer |
|---|---|---|---|
| | | | OTHER-Not Employed |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Stacy D. Siegendorf, MD504-842-4747 | 08/24/16 | 09/23/16 |

| Order | Humphrey Visual Field - OU - Extended - Both Eyes [OPH33] (Order 190956156) |
|---|---|

### Humphrey Visual Field - OU - Extended - Both Eyes [190956156]

Electronically signed by: Kefla G. Brown, OD on 07/02/15 1602          Status: **Completed**
Ordering user: Kefla G. Brown, OD 07/02/15 1602          Authorized by: Kefla G. Brown, OD
Ordering mode: Standard
Diagnoses:
  Left homonymous hemianopsia [H53.462]
Order comments:
  24-2SS

| Result | Humphrey Visual Field - OU - Extended - Both Eyes (Order 190956156) |
|---|---|

### Humphrey Visual Field - OU - Extended - Both Eyes [190956156]          Resulted: 01/06/16 1632, Result status: Final result

Resulted by:          Kefla G. Brown, OD
Narrative:
Right Eye
Reliability was good. Improved.

Left Eye
Reliability was good. Improved.

Notes
Rel/fix- Good OU ; COOP.- GOOD——SMH

Non congruous left inferior quadrantanopsia

| Order | Colposcopy W/BIOPSY AND ECC [PRO780] (Order 201780103) |
|---|---|

### Colposcopy W/BIOPSY AND ECC [201780103]

Electronically signed by: George B. Morris IV, MD on 04/01/16 1243          Status: **Completed**
Ordering user: George B. Morris IV, MD 04/01/16 1243          Authorized by: George B. Morris IV, MD
Ordering mode: Standard
Frequency: 04/01/16 –          Released by: George B. Morris IV, MD 04/01/16 1243
Diagnoses:
  Atypical squamous cell changes of undetermined significance (ASCUS) on vaginal cytology with positive high risk human papilloma virus (HPV) [R87.811]

Liberty/Crespo 0476

1G053170001

NOMC OPTOMETRY WELLNESS CENTER
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12011406193
Enc. Date 07/02/15

## Encounter Information - Office Visit (continued)

### Employment History as of 7/2/2015 (continued)

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 7/2/2015

| Gravida | Para | Abortion s | SAB | | | |
|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | |

## Base Ophthalmology Exam

### Visual Acuity (Snellen - Linear)

| | Right | Left | Both |
|---|---|---|---|
| Dist cc | 20/30 +2 | 20/15 -1 | 20/15 -1 |

Correction: Contacts

### Pupils

| Pupils | | Dark | Light | React | APD |
|---|---|---|---|---|---|
| Right | PERRL | 4 | 3 | Brisk | None |
| Left | PERRL | 4 | 3 | Brisk | None |

### Visual Fields



### Extraocular Movement

| | Right | Left |
|---|---|---|
| Result | Full | Full |

### Neuro/Psych

Oriented x3  Yes
Mood/Affect  Normal

## Main Ophthalmology Exam

### External Exam

| | Right | Left |
|---|---|---|
| External | Normal | Normal |

### Slit Lamp Exam

| | Right | Left |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | Clear | Clear |

Generated on 10/10/2016 8:23 AM

Liberty/Crespo 0477

1G053170001

NOMC OPTOMETRY WELLNESS CENTER
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct # 12011406193
Enc. Date 07/02/15

## Encounter Information - Office Visit (continued)

### Main Ophthalmology Exam (continued)

| Anterior Chamber | Deep and quiet | Deep and quiet |
|---|---|---|
| Iris | Round and reactive | Round and reactive |
| Lens | Clear | Clear |
| Vitreous | Normal | Normal |

### Fundus Exam

| | Right | Left |
|---|---|---|
| Disc | Normal,, No pallor, no edema | Normal,, No pallor, no edema |
| C/D Ratio | 0.2 | 0.2 |
| Macula | Normal, (-) bullseye maculopathy | Normal, (-) bullseye maculopathy |
| Vessels | Normal | Normal |

## Contact Lens Exam

### Current Contact Lens Rx

| | Brand | Basic Curve | Diameter | Sphere | Centration | Movement |
|---|---|---|---|---|---|---|
| Right | Ciba Total Daily 1 | 8.50 | 14.1 | -0.50 | Well-centered | 0.5 mm |
| Left | Ciba Total Daily 1 | 8.50 | 14.1 | -0.50 | Well-centered | 0.3 mm |

### Contact History

AWT: 8

### Final Contact Lens Rx

| | Brand | Basic Curve | Diameter | Sphere |
|---|---|---|---|---|
| Right | Ciba Total Daily 1 | 8.50 | 14.1 | -0.50 |
| Left | Ciba Total Daily 1 | 8.50 | 14.1 | -0.50 |

Expiration Date  7/2/2016
Replacement  Daily
Solutions  OptiFree PureMoist
Wearing Schedule:  Daily wear
Do not sleep in contact lenses
Use Refresh Optive artificial tears with and without contact lenses for irritation/redness/dryness

## Refraction

### Manifest Refraction (Over)

| | Sphere | DVA |
|---|---|---|
| Right | -0.25 | 20/20 |
| Left | -0.50 | 20/30 |

### Final Rx

| | Sphere | Cylinder | Horz Prism |
|---|---|---|---|
| Right | Plano | Sphere | 40 out |
| Left | Plano | Sphere | 40 out |

Generated on 10/10/2016  8:23 AM

Page 8115

Liberty/Crespo 0478

1G053170001

NOMC OPTOMETRY WELLNESS CENTER
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO.PAIGE FRIDAY
MRN: 1773053
DOB:      , Sex: F
Acct # 12011406193
Enc. Date 07/02/15

## Encounter Information - Office Visit (continued)

### Refraction (continued)

Comments: Yoked Fresnel Prism in Loaned frame/lens
20% discount on fresnel prism;
(Fresnel prism over nasal portion of frame OD; temporal portion of frame OS)

### Final Rx #2

| | | | |
|---|---|---|---|
| Right | -0.50 | Sphere | |
| Left | -0.50 | Sphere | |

Type: SVL
Expiration Date  8/31/2016

### Anticoagulation Episode Summary

Current INR goal
Next INR check
INR from last check
Most recent INR          1 0 (5/14/2015)
Weekly max dose
Target end date
INR check location
Preferred lab
Send INR reminders to

Comments

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Kefla G. Brown, OD | 7/2/2015  3:52 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Social Documentation |
| Kefla G. Brown, OD | 7/2/2015  3:51 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Social Documentation |
| Cindy D Tucker | 7/2/2015 11:52 AM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Social Documentation |
| Cindy D Tucker | 7/2/2015 11:51 AM | Medical, Surgical, Family |

## Medications

### Outpatient Medications at Start of Encounter as of 7/2/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **pilocarpine (SALAGEN) 5 MG Tab  (Taking)**<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily  1/2 tablet twice a day - Oral<br>Class: Historical Med | | | 1/31/2015 | 8/24/2016 |

Ann M' Haas, RN 5/12/2015  2 34 PM
Patient not currently taking at this time

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **conjugated estrogens (PREMARIN) vaginal cream  (Taking)**<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | 8/19/2016 |

Ann M' Haas, RN 5/12/2015  1 12 PM
Pt not currently on in hospital

Generated on 10/10/2016  8:23 AM                                                    Page 8116

Liberty/Crespo 0479

1G053170001

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F

**Patient Demographics**

| Name | Patient ID | SSN | Sex | Birth Date |
|------|-----------|-----|-----|-----------|
| Crespo, Paige Friday | 1773053 | | Female | (44 yrs) |

| Address | Phone | Email | Employer |
|---------|-------|-------|----------|
| | | | OTHER-Not Employed |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|-------------------|------------------|
| Verified | Stacy D. Siegendorf, MD504-842-4747 | 08/24/16 | 09/23/16 |

| **Order** | **Humphrey Visual Field - OU - Extended - Both Eyes [OPH33] [Order 190956156]** |
|---|---|

**Humphrey Visual Field - OU - Extended - Both Eyes [190956156]**

Electronically signed by: **Kefla G. Brown, OD on 07/02/15 1602**            Status: **Completed**
Ordering user: Kefla G. Brown, OD 07/02/15 1602          Authorized by: Kefla G. Brown, OD
Ordering mode: Standard
Diagnoses:
   Left homonymous hemianopsia [H53.462]
Order comments:
   24-2SS

| **Result** | **Humphrey Visual Field - OU - Extended - Both Eyes [Order 190956156]** |
|---|---|

**Humphrey Visual Field - OU - Extended - Both Eyes [190956156]**          Resulted: 01/06/16 1632, Result status: Final result

Resulted by:          Kefla G. Brown, OD
Narrative:
Right Eye
Reliability was good. Improved.

Left Eye
Reliability was good. Improved.

Notes
Rel/fix- Good OU ; COOP.- GOOD-----SMH

Non congruous left inferior quadrantanopsia

| **Order** | **Colposcopy W/BIOPSY AND ECC [PRO780] [Order 201780103]** |
|---|---|

**Colposcopy W/BIOPSY AND ECC [201780103]**

Electronically signed by: **George B. Morris IV, MD on 04/01/16 1243**          Status: **Completed**
Ordering user: George B. Morris IV, MD 04/01/16 1243          Authorized by: George B. Morris IV, MD
Ordering mode: Standard
Frequency: 04/01/16 -          Released by: George B. Morris IV, MD 04/01/16 1243
Diagnoses:
   Atypical squamous cell changes of undetermined significance (ASCUS) on vaginal cytology with positive high risk human
   papilloma virus (HPV) [R87.811]

Generated on 8/31/2016 1:35 PM          Page 1

Liberty/Crespo 0480

# Patient Report

## Patient Details

**Name**
PAIGE CRESPO

**Patient ID**
1773053

**Sex**
Female

**Date of Birth**

## Study Details

**Accession Number**
25301150

**Referring Physician**
MARCUS L. WARE

**Study Description**
CTA HEAD

**Reason for Study**
DX:

## Result Details

**Status**
Finalized

**Author**
JAMES M MILBURN

**Impressions**

IMPRESSION:

No detrimental change in this patient status post right distal MCA aneurysm clipping. No evidence of residual aneurysm or recurrence.

Stable size right frontal subdural collection, measuring 0.5-cm.

Stable size of right interhemispheric extra-axial hyperdense lesion, likely a meningioma measuring 0.7-cm.

Electronically signed by resident: JEFFREY LEVINE MD
Date: 03/01/16
Time:11:58

As the supervising and teaching physician, I personally reviewed the images and resident's interpretation and I agree with the findings.

**Body**
Time of Procedure: 09/22/13 20:17:00
Accession # 21320617

Technique: CT of the head before and after the administration of 75 cc Omnipaque 350 IV contrast.

Comparison: CTA head 6/17/2015

Findings:

CT head: There is no evidence of acute or recent major vascular territory cerebral infarction, parenchymal hemorrhage, or intra-axial mass.Metallic density noted in the right parietal cortex consistent with right distal MCA clipping with surrounding temporoparietal hypodensity. Right frontal cortex demonstrates a small extra-axial fluid collection adjacent to the dura plasty slightly more dense than prior however similar in size. Right interhemispheric extra-axial hyperdense lesion again noted measuring 0.7-cm.The ventricular system is within normal limits of size for age. Osseous defects consistent with right frontotemporalparietal craniotomy demonstrated. The extracranial soft tissues are unremarkable. The visualized paranasal sinuses and mastoid air cells are clear.

CTA: The right M1 segment is relatively more narrow than the left M1 segment without beading or evidence of high-grade stenosis. The visualized internal carotid arteries are

Liberty/Crespo 0481

1G053170001

Electronically signed by:JAMES MILBURN MD
Date: 03/01/16
Time:14:02

unremarkable. The intracranial anterior circulation demonstrates distal right MCA aneurysm clip. The visualized bilateral vertebral arteries, basilar artery, and intracranial posterior circulation are patent without focal stenosis or aneurysm.

2/2/2017

Liberty/Crespo 0482

# Patient Report

## Patient Details

**Name**
PAIGE CRESPO

**Patient ID**
1773053

**Sex**
Female

**Date of Birth**

## Study Details

**Accession Number**
25301150

**Referring Physician**
MARCUS L. WARE

**Study Description**
CTA HEAD

**Reason for Study**
DX:

## Result Details

**Status**
Finalized

**Author**
JAMES M MILBURN

**Impressions**

IMPRESSION:

No detrimental change in this patient status post right distal MCA aneurysm clipping. No evidence of residual aneurysm or recurrence.

Stable size right frontal subdural collection, measuring 0.5-cm.

Stable size of right interhemispheric extra-axial hyperdense lesion, likely a meningioma measuring 0.7-cm.

_____

Electronically signed by resident: JEFFREY LEVINE MD
Date: 03/01/16
Time:11:58

As the supervising and teaching physician, I personally reviewed the images and resident's interpretation and I agree with the findings.

**Body**
Time of Procedure: 09/22/13 20:17:00
Accession # 21320617

Technique: CT of the head before and after the administration of 75 cc Omnipaque 350 IV contrast.

Comparison: CTA head 6/17/2015

Findings:

CT head: There is no evidence of acute or recent major vascular territory cerebral infarction. parenchymal hemorrhage, or intra-axial mass.Metallic density noted in the right parietal cortex consistent with right distal MCA clipping with surrounding temporoparietal hypodensity. Right frontal cortex demonstrates a small extra-axial fluid collection adjacent to the dura plasty slightly more dense than prior however similar in size. Right interhemispheric extra-axial hyperdense lesion again noted measuring 0.7-cm.The ventricular system is within normal limits of size for age. Osseous defects consistent with right frontotemporalparietal craniotomy demonstrated. The extracranial soft tissues are unremarkable. The visualized paranasal sinuses and mastoid air cells are clear.

CTA: The right M1 segment is relatively more narrow than the left M1 segment without beading or evidence of high-grade stenosis. The visualized internal carotid arteries are

Liberty/Crespo 0483

1G053170001

Page 2 of 2

Electronically signed by:JAMES MILBURN MD
Date: 03/01/16
Time:14:02

unremarkable. The intracranial anterior circulation demonstrates distal right
MCA aneurysm clip. The visualized bilateral vertebral arteries, basilar artery, and intracranial posterior circulation are patent without focal stenosis or aneurysm.

file:///D:/REPORTS/1030.HTM

2/2/2017

Liberty/Crespo 0484

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## ED Arrival Information
Patient not seen in ED

## Chief Complaint/Reason for Visit
Follow-up [110033]

## Diagnoses

| Diagnosis | Comment | Added By | Time Added |
|-----------|---------|----------|------------|
| SAH (subarachnoid hemorrhage) [I60.9] | | Marcus L. Ware, MD | 5/11/2016 9:41 PM |
| Acquired skull defect [M95.2] | | Marcus L. Ware, MD | 5/11/2016 9:41 PM |

## ED Events
None

## ED Treatment Team
None

## Home Medications

| | Taking? | Last Dose | Start Date | End Date | Provider |
|--|---------|-----------|------------|----------|----------|
| conjugated estrogens (PREMARIN) vaginal cream | | | 08/22/16 | — | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | | | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:  Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | | | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | | | 06/06/16 | — | Historical Provider, MD |
| Notes:  Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | ☑ | Taking | 01/06/16 | — | Historical Provider, MD |

Notes:  Received from: External Pharmacy

**Medical as of 5/11/2016**

| Past Medical History | Date | Comments | Source |
|----------------------|------|----------|--------|
| Abnormal Pap smear [IMO0002] | 2007 | LEEP | Provider |
| AK (actinic keratosis) [L57.0] | | | Provider |
| Allergy [T78.40XA] | | | Provider |
| Arthritis [M19.90] | | | Provider |
| Basal cell carcinoma [C44.91] | | excised from L chest | Provider |
| Encounter for blood transfusion [Z51.89] | | | Provider |
| Herpes simplex without mention of complication [B00.9] | | | Provider |
| Joint pain [M25.50] | | | Provider |
| Seizures [R56.9] | | | Provider |
| Stroke [I63.9] | | | Provider |
| Undifferentiated connective tissue disease [M35.9] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---------------------|------------|----------|--------|

Generated on 8/31/2016  1:36 PM

Page 1071

Liberty/Crespo 0485

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:         , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

| | | | |
|---|---|---|---|
| Amblyopia [H53.009] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [Z79.01] | 5/5/2015 | | Provider |
| Asthma [J45.909] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |
| CHF (congestive heart failure) [I50.9] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [J44.9] | 5/5/2015 | | Provider |
| Diabetes mellitus | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma | 7/11/2013 | | Provider |
| Hypertension [I10] | 7/11/2013 | | Provider |
| Macular degeneration [H35.30] | 7/11/2013 | | Provider |
| Retinal detachment [H33.20] | 7/11/2013 | | Provider |
| Strabismus [H50.9] | 7/11/2013 | | Provider |
| Thyroid disease [E07.9] | 5/5/2015 | | Provider |
| Transfusion reaction [T80.92XA] | 5/5/2015 | | Provider |
| Uveitis [H20.9] | 7/11/2013 | | Provider |

**All Other Notes**

**Progress Notes by Marcus L. Ware, MD at 5/11/2016 11:37 AM**

Author: Marcus L. Ware, MD          Service: (none)                      Author Type: Physician
Filed: 5/11/2016 9:41 PM             Encounter Date: 5/11/2016           Status: Signed
Editor: Marcus L. Ware, MD (Physician)

**Subjective:**

I, Jasmyne Hudson, am scribing for, and in the presence of, Dr. Marcus Ware.

**Patient ID:** Paige Friday Crespo is a 44 y.o. female.

**Chief Complaint:** Follow-up

HPI Pt is a 44 yo female with a right MCA aneurysm rupture s/p clipping who presents today for FU after CTA of head. On 4/10/2015 and 5/14/2015 the pt underwent a Cranioplasty. Pt states she is doing well with no new complications.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative for tremors, weakness, light-headedness, numbness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Objective:**

Generated on 8/31/2016 1:36 PM

Liberty/Crespo 0486

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:             , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

### All Other Notes (continued)

**Progress Notes by Marcus L. Ware, MD at 5/11/2016 11:37 AM (continued)**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
Eyes: Pupils are equal, round, and reactive to light.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.

**Imaging:**
CTA of head 3/1/2016 shows a stable size of right interhemispheric extra-axial hyperdense lesion, likely a meningioma measuring 0.7-cm. I have personally reviewed the images with the pt.

I, Dr. Marcus Ware, personally performed the services described in this documentation as scribed by Jasmyne Hudson in my presence, and it is both accurate and complete.

**Assessment:**

S/p Clipping of MCA aneurysm

**Plan:**
I will schedule the pt a 1 year FU with MRI and MRA of brain.

Electronically signed by Marcus L. Ware, MD at 5/11/2016 9:41 PM

**Result** | **PLAQUENIL 200 mg tablet (Order 210151993)**

### ED Records

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |

Last reviewed by Marcus L. Ware, MD on 05/11/16 2139

**Medication Comments**
  ** No Medication Comments Found **

### Orders

**Discharge Orders**

Generated on 8/31/2016  1:36 PM                                                Page 1073

Liberty/Crespo 0487

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Orders (continued)

**Discharge Orders (continued)**
None

**ED Prescriptions**
None

**Allergies as of 8/31/2016**
No Known Allergies

**Discharge Instructions**
None

**Follow-Up Information**
None

## Flowsheets (all recorded)

**Anthropometrics - Wed May 11, 2016**

|  | 1122 |  |  |  |
|---|---|---|---|---|
| **Anthropometrics** | | | | |
| Height | 5' 6" (1.676 m) -ED | | | |
| Weight | 60.3 kg (133 lb) -ED | | | |
| Weight Change | 0 -ED | | | |
| BMI (Calculated) | 21.5 -ED | | | |

**Custom Formula Data - Wed May 11, 2016**

|  | 1122 |  |  |  |
|---|---|---|---|---|
| **OTHER** | | | | |
| Low Range Vt 6cc/kg MALE | 382.8 mL -ED | | | |
| Adult Moderate Range Vt 8cc/kg MA | 510.4 mL -ED | | | |
| Adult High Range Vt 10cc/kg MALE | 638 mL -ED | | | |
| Low Range Vt 6cc/kg FEMALE | 355.8 mL -ED | | | |
| Adult Moderate Range vt 8cc/kg FEMALE | 474.4 mL -ED | | | |
| Adult High Range Vt 10cc/kg FEMALE | 593 mL -ED | | | |
| Low Range Vt 6cc/kg | 355.8 mL -ED | | | |
| Adult Moderate Range Vt 8cc/kg | 474.4 mL -ED | | | |
| Adult High Range Vt 10cc/kg | 593 mL -ED | | | |
| TPA Recommendation | 54.3 mg -ED | | | |
| Bolus Dose | 5.4 mg -ED | | | |
| Infusion Dose | 48.9 mg -ED | | | |
| Predicted Distance | 487.32 -ED | | | |
| BSA (Calculated - sq m) | 1.68 sq meters -ED | | | |
| BMI (Calculated) | 21.5 -ED | | | |
| IBW/kg (Calculated) Male | 63.8 kg -ED | | | |
| IBW/kg (Calculated) Female | 59.3 kg -ED | | | |
| Weight in (lb) to have BMI = 25 | 154.6 -ED | | | |
| IBW/kg (Calculated) | 59.3 -ED | | | |
| **Measurements (Adult/Pediatric)** | | | | |
| BMI (kg/m2) | 21.51 -ED | | | |
| **Anthropometrics** | | | | |
| Ideal Body Weight (IBW) | 59.98 -ED | | | |

Liberty/Crespo 0488

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        ', Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Wed May 11, 2016 (continued)

| | 1122 | | | | | |
|---|---|---|---|---|---|---|
| Female | | | | | | |
| Ideal Body Weight (IBW), Male (kg) | 65.3 -ED | | | | | |
| % Ideal Body Weight | 48.26 -ED | | | | | |
| **General History** | | | | | | |
| BMI (Calculated) | 21.5 -ED | | | | | |
| **Interpretation** | | | | | | |
| Predicted Distance Meters (Calculated) | 628.16 meters -ED | | | | | |
| **Relevant Labs and Vitals** | | | | | | |
| Temp (in Celsius) | 37 -ED | | | | | |

### Encounter Vitals - Wed May 11, 2016

| | 1122 | | | | | |
|---|---|---|---|---|---|---|
| **Enc Vitals** | | | | | | |
| BP | 115/74 -ED | | | | | |
| Pulse | 92 -ED | | | | | |
| Temp | 98.6 °F (37 °C) -ED | | | | | |
| Weight | 60.3 kg (133 lb) -ED | | | | | |
| Height | 5' 6" (1.676 m) -ED | | | | | |
| Pain Score | Zero -ED | | | | | |
| **Vital Signs** | | | | | | |
| BP Location | Right arm -ED | | | | | |
| Patient Position | Sitting -ED | | | | | |
| **OTHER** | | | | | | |
| BP Method | Automatic -ED | | | | | |

### User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| ED | Evans Dupre, MA | 06/20/12 - | Medical Assistant | |

## Encounter Information - Office Visit

### Reason for Visit

Follow-up

### Diagnoses

| | Codes | Comments |
|---|---|---|
| SAH (subarachnoid hemorrhage)   - Primary | ICD-10-CM: I60.9 ICD-9-CM: 430 | |
| Acquired skull defect | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | |

### Non-Hospital Problems as of 5/11/2016
Reviewed: 5/11/2016 by Marcus L Ware, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | 1/2/2013 - Present |

Generated on 8/31/2016 1:36 PM

Page 1075

Liberty/Crespo 0489

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Encounter Information - Office Visit (continued)

**Non-Hospital Problems as of 5/11/2016 (continued)**          Reviewed: 5/11/2016 by Marcus L Ware, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Undifferentiated Inflammatory arthritis (Chronic) | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7 ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1 ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710 ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83 ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2 ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0 ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2 ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9 ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9 ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0 ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9 ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899 ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40 ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7 ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462 ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90 ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | ICD-10-CM: R33.9 ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05 ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |

Generated on 8/31/2016  1:36 PM

Liberty/Crespo 0490

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB          , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Encounter Information - Office Visit (continued)

**Non-Hospital Problems as of 5/11/2016 (continued)**                    Reviewed: 5/11/2016 by Marcus L Ware, MD

|  | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89 ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569 ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9 ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5 ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00 ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1 ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8 ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2 ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89 ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0 ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1 ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51 ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90 ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |
| RESOLVED: Hx of basal cell carcinoma | ICD-10-CM: Z85.828 ICD-9-CM: V10.83 | 12/22/2015 - 12/22/2015 |
| Moderate vaginal dysplasia, histologically confirmed | ICD-10-CM: N89.1 ICD-9-CM: 623.0 | 4/21/2016 - Present |
| VAIN (vaginal intraepithelial neoplasia) - s/p CO2 laser ablation on 4/26/16 | ICD-10-CM: N89.3 ICD-9-CM: 623.8 | 4/26/2016 - Present |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 5/11/2016**                                                     Never Reviewed

No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 05/11/16 1122 | 115/74 | ED | 05/11/16 1124 | Current |
| Pulse | | | | |
| 05/11/16 1122 | 92 | ED | 05/11/16 1124 | Current |
| Temp | | | | |

Generated on 8/31/2016 1:36 PM                                                     Page 1077

Liberty/Crespo 0491

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Encounter Information - Office Visit (continued)

**Encounter Vitals Flowsheet Audit Trail (all recorded) (continued)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| 05/11/16 1122 | 98.6 °F (37 °C) | ED | 05/11/16 1124 | Current |
| Weight | | | | |
| 05/11/16 1122 | 60.3 kg (133 lb) | ED | 05/11/16 1124 | Current |
| Height | | | | |
| 05/11/16 1122 | 5' 6" (1.676 m) | ED | 05/11/16 1124 | Current |
| Pain Score | | | | |
| 05/11/16 1122 | Zero | ED | 05/11/16 1124 | Current |
| Patient Position | | | | |
| 05/11/16 1122 | Sitting | ED | 05/11/16 1124 | Current |
| BP Location | | | | |
| 05/11/16 1122 | Right arm | ED | 05/11/16 1124 | Current |
| BP Method | | | | |
| 05/11/16 1122 | Automatic | ED | 05/11/16 1124 | Current |

| User Key | | | | (r) = Recorded By, (t) = Taken By, (c) = Cosigned By |
|---|---|---|---|---|
| **Initials** | **Effective Dates** | **Name** | **Provider Type** | **Discipline** |
| ED | 06/20/12 - | Evans Dupre, MA | Medical Assistant | — |

### Medical History

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |

Liberty/Crespo 0492

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:         , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Encounter Information - Office Visit (continued)

### Surgical History (continued)

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 5/11/2016

#### Marital Status

Married

## Social Documentation

**Social Doc**
**as of 5/11/2016**    Social Documentation
CRNA in abdominal transplant
3 kids

### Tobacco Use as of 5/11/2016

Never smoked or used smokeless tobacco.

### Alcohol Use as of 5/11/2016

Yes; 1.8 oz total alcohol per week; 3 Glasses of wine.
Comments:  social

### Drug Use as of 5/11/2016

No.

### Sexual Activity as of 5/11/2016

Sexually active; Male partners; Birth Control/Protection: None.
Comments:  dlh 1/12/15

### Activities of Daily Living as of 5/11/2016

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 5/11/2016

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |

Generated on 8/31/2016  1:36 PM

Liberty/Crespo 0493

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Encounter Information - Office Visit (continued)

### Family History as of 5/11/2016 (continued)

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 5/11/2016

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

Neg Hx

### Employment History as of 5/11/2016

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 5/11/2016

| Gravida | Para | Abortions | SAB | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | |

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Marcus L Ware, MD | 5/11/2016 9:38 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Social Documentation |
| Evans Dupre, MA | 5/11/2016 11:25 AM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Social Documentation, Socioeconomic |
| Evans Dupre, MA | 5/11/2016 11:24 AM | Tobacco |

## Medications

### Outpatient Medications at Start of Encounter as of 5/11/2016

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking) | 180 tablet | 1 | 2/17/2016 | 5/17/2016 |
| Sig - Route: Take 1.5 tablets (300 mg total) by mouth once daily. - Oral | | | | |
| zolpidem (AMBIEN) 10 mg Tab (Taking) | | 0 | 1/6/2016 | |
| Class: Historical Med | | | | |

William Eugene Davis, MD 2/17/2016 3:16 PM
Received from: External Pharmacy

| | | | | |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream (Taking) | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |

Generated on 8/31/2016 1:36 PM

Liberty/Crespo 0494

1G053170001

| NOMC NEUROSURGERY 7TH FLOOR | CRESPO,PAIGE FRIDAY |
| OCHSNER, SOUTH SHORE REGION | MRN: 1773053 |
| Ambulatory Encounter | DOB: , Sex: F |
| | Acct #: 12015916977 |
| | Enc. Date 05/11/16 |

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 5/11/2016 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Ann M Haas, RN 5/12/2015 2:32 PM<br>Pt not currently on in hospital | | | | |
| quinacrine (QUINACRINE) 100 mg tablet<br>(Taking)<br>Sig: One by mouth once daily | 90 tablet | 1 | 2/17/2016 | 8/24/2016 |
| pilocarpine (SALAGEN) 5 MG Tab<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral<br>Class: Historical Med | | | 1/31/2015 | 8/24/2016 |
| Ann M Haas, RN 5/12/2015 2:34 PM<br>Patient not currently taking at this time | | | | |
| oxycodone-acetaminophen (PERCOCET) 5-325<br>mg per tablet<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 15 tablet | 0 | 4/26/2016 | 5/13/2016 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet<br>(Taking)<br>Sig: Take 1.5 tablets (300 mg total) by mouth once daily.<br>Route: Oral | 180 tablet | 1 | 2/17/2016 | 5/17/2016 |
| zolpidem (AMBIEN) 10 mg Tab (Taking)<br>Class: Historical Med | | 0 | 1/6/2016 | |
| conjugated estrogens (PREMARIN) vaginal<br>cream (Taking/Discontinued)<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter<br>Reason for Discontinue: Reorder | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| PLAQUENIL 200 mg tablet<br>(Taking/Discontinued)<br>Class: Historical Med<br>Reason for Discontinue: Reorder | | | 4/29/2016 | 8/8/2016 |
| quinacrine (QUINACRINE) 100 mg tablet<br>(Taking/Discontinued)<br>Sig: One by mouth once daily<br>Reason for Discontinue: Duplicate Order | 90 tablet | 1 | 2/17/2016 | 8/24/2016 |

Liberty/Crespo 0495

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:           , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Other Orders

**PLAQUENIL 200 mg tablet**

| | |
|---|---|
| Electronically signed by: Evans Dupre, MA on 05/11/16 1124 | Status: **Discontinued** |
| Ordering user: Evans Dupre, MA 05/11/16 1124 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: 04/29/16 - 08/08/16 | Discontinued by: William Eugene Davis, MD 08/08/16 1856 [Reorder] |

## Result                                                PLAQUENIL 200 mg tablet (Order 219151993)

**Encounter Messages**

### Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| System Message Myochsner | Paige Friday Crespo | 5/9/2016 2:38 PM |

Last Read In Patient Portal
5/25/2016 7:03 PM by Paige Friday Crespo
Appointment Information:
    Visit Type: Established Patient Visit
    Date: 5/11/2016
        Dept Jeff Hwy - Neurosurgery 7th Fl
        Provider: Marcus L Ware
        Time: 11:00 AM

Appt Status: Scheduled

Appt Instructions:

Please arrive 15 minutes prior to your appointment. Bring all previous medical records and films along with the list of current medications and insurance card.

        Jeff Hwy - Neurosurgery 7th Fl
        1514 JEFFERSON HWY
        NEW ORLEANS, LA 70121-2429
        504-842-4033

## Progress Notes

**Progress Notes by Marcus L. Ware, MD at 5/11/2016 11:37 AM**

| | | |
|---|---|---|
| Author: Marcus L. Ware, MD | Service: (none) | Author Type: Physician |
| Filed: 5/11/2016 9:41 PM | Encounter Date: 5/11/2016 | Status: Signed |
| Editor: Marcus L. Ware, MD (Physician) | | |

## Subjective:

I, Jasmyne Hudson, am scribing for, and in the presence of, Dr. Marcus Ware.

**Patient ID:** Paige Friday Crespo is a 44 y.o. female.

Liberty/Crespo 0496

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Progress Notes (continued)

Progress Notes by Marcus L Ware, MD at 5/11/2016 11:37 AM (continued)

**Chief Complaint:** Follow-up

HPI Pt is a 44 yo female with a right MCA aneurysm rupture s/p clipping who presents today for FU after CTA of head. On 4/10/2015 and 5/14/2015 the pt underwent a Cranioplasty. Pt states she is doing well with no new complications.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative for tremors, weakness, light-headedness, numbness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

## Objective:

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
Eyes: Pupils are equal, round, and reactive to light.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.

**Imaging:**
CTA of head 3/1/2016 shows a stable size of right interhemispheric extra-axial hyperdense lesion, likely a meningioma measuring 0.7-cm. I have personally reviewed the images with the pt.

I, Dr. Marcus Ware, personally performed the services described in this documentation as scribed by Jasmyne Hudson in my presence, and it is both accurate and complete.

## Assessment:

S/p Clipping of MCA aneurysm

## Plan:

I will schedule the pt a 1 year FU with MRI and MRA of brain.

Electronically signed by Marcus L. Ware, MD on 5/11/2016 9:41 PM

Contacts

Generated on 8/31/2016 1:36 PM                                                Page 1083

Liberty/Crespo 0497

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

### Contacts (continued)

| | Type | Contact | Phone |
|---|---|---|---|
| 05/10/2016 09:05 AM | Text Message (Outgoing) | | |

Reminder from Ochsner: appointment tomorrow at 11:00 AM at Jeff Hwy - Neurosurgery 7th Fl. Text HELP1 for help, INFO for info, CANCEL to cancel appt.

### Follow-up Information

None

### Follow Up Call

No data filed

### Flowsheets (all recorded)

**Anthropometrics - Wed May 11, 2016**

| | 1122 | | | |
|---|---|---|---|---|
| **Anthropometrics** | | | | |
| Height | 5' 6" (1.676 m) -ED | | | |
| Weight | 60.3 kg (133 lb) -ED | | | |
| Weight Change | 0 -ED | | | |
| BMI (Calculated) | 21.5 -ED | | | |

**Custom Formula Data - Wed May 11, 2016**

| | 1122 | | | |
|---|---|---|---|---|
| **OTHER** | | | | |
| Low Range Vt 6cc/kg MALE | 382.8 mL -ED | | | |
| Adult Moderate Range Vt 8cc/kg MA | 510.4 mL -ED | | | |
| Adult High Range Vt 10cc/kg MALE | 638 mL -ED | | | |
| Low Range Vt 6cc/kg FEMALE | 355.8 mL -ED | | | |
| Adult Moderate Range vt 8cc/kg FEMALE | 474.4 mL -ED | | | |
| Adult High Range Vt 10cc/kg FEMALE | 593 mL -ED | | | |
| Low Range Vt 6cc/kg | 355.8 mL -ED | | | |
| Adult Moderate Range Vt 8cc/kg | 474.4 mL -ED | | | |
| Adult High Range Vt 10cc/kg | 593 mL -ED | | | |
| TPA Recommendation | 54.3 mg -ED | | | |
| Bolus Dose | 5.4 mg -ED | | | |
| Infusion Dose | 48.9 mg -ED | | | |
| Predicted Distance | 487.32 -ED | | | |
| BSA (Calculated - sq m) | 1.68 sq meters -ED | | | |
| BMI (Calculated) | 21.5 -ED | | | |
| IBW/kg (Calculated) Male | 63.8 kg -ED | | | |
| IBW/kg (Calculated) Female | 59.3 kg -ED | | | |
| Weight in (lb) to have BMI = 25 | 154.6 -ED | | | |
| IBW/kg (Calculated) | 59.3 -ED | | | |
| **Measurements (Adult/Pediatric)** | | | | |
| BMI (kg/m2) | 21.51 -ED | | | |
| **Anthropometrics** | | | | |
| Ideal Body Weight (IBW), Female | 59.98 -ED | | | |
| Ideal Body Weight (IBW), Male | 65.3 -ED | | | |

Generated on 8/31/2016  1:36 PM

Liberty/Crespo 0498

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12015916977
Enc. Date 05/11/16

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Wed May 11, 2016 (continued)

| | 1122 | | | |
|---|---|---|---|---|
| (kg) | | | | |
| % Ideal Body Weight | 48.26 -ED | | | |
| **General History** | | | | |
| BMI (Calculated) | 21.5 -ED | | | |
| **Interpretation** | | | | |
| Predicted Distance Meters (Calculated) | 628.16 meters -ED | | | |
| **Relevant Labs and Vitals** | | | | |
| Temp (in Celsius) | 37 -ED | | | |

User Key                                                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| ED | Evans Dupre, MA | 06/20/12 - | Medical Assistant | |

Liberty/Crespo 0499

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Enc. Date 08/09/16

**ED Arrival Information**
    Patient not seen in ED

**Chief Complaint/Reason for Visit**
    None

**Diagnosis**
    None

**ED Events**
    None

**ED Treatment Team**
    None

**Home Medications**

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | | | 08/22/16 | — | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | | | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes: Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | | | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | ☑ | | 06/06/16 | — | Historical Provider, MD |
| Notes: Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | | | 01/06/16 | — | Historical Provider, MD |

    Notes:   Received from: External Pharmacy

| Medical as of 8/9/2016 | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| | Abnormal Pap smear [IMO0002] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [L57.0] | | | Provider |
| | Allergy [T78.40XA] | | | Provider |
| | Arthritis [M19.90] | | | Provider |
| | Basal cell carcinoma [C44.91] | | excised from L chest | Provider |
| | Encounter for blood transfusion [Z51.89] | | | Provider |
| | Herpes simplex without mention of complication [B00.9] | | | Provider |
| | Joint pain [M25.50] | | | Provider |
| | Seizures [R56.9] | | | Provider |
| | Stroke [I63.9] | | | Provider |
| | Undifferentiated connective tissue disease [M35.9] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [Z79.01] | 5/5/2015 | | Provider |
| Asthma [J45.909] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |

Generated on 8/31/2016 1:36 PM                                    Page 1168

Liberty/Crespo 0500

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Enc. Date 08/09/16

| | | | |
|---|---|---|---|
| CHF (congestive heart failure) [I50.9] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [J44.9] | 5/5/2015 | | Provider |
| Diabetes mellitus | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma | 7/11/2013 | | Provider |
| Hypertension [I10] | 7/11/2013 | | Provider |
| Macular degeneration [H35.30] | 7/11/2013 | | Provider |
| Retinal detachment [H33.20] | 7/11/2013 | | Provider |
| Strabismus [H50.9] | 7/11/2013 | | Provider |
| Thyroid disease [E07.9] | 5/5/2015 | | Provider |
| Transfusion reaction [T80.92XA] | 5/5/2015 | | Provider |
| Uveitis [H20.9] | 7/11/2013 | | Provider |

**All Other Notes**

No notes of this type exist for this encounter.

| Result | PLAQUENIL 200 mg tablet (Order 210151996) |
|---|---|

| Result | quinacrine (QUINACRINE) 100 mg tablet (Order 210151997) |
|---|---|

## ED Records

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Medications not reviewed this encounter

**Medication Comments**

** No Medication Comments Found **

## Clinical Orders

**PLAQUENIL 200 mg tablet [210151996]**

| | |
|---|---|
| Electronically signed by: William Eugene Davis, MD on 08/09/16 1726 | Status: **Active** |
| Ordering user: William Eugene Davis, MD 08/09/16 1726 | Authorized by: William Eugene Davis, MD |
| Ordering mode: Standard | |
| Frequency: Daily 08/09/16 - 90 Days | Released by: William Eugene Davis, MD 08/09/16 1726 |

**Discharge Orders**

None

**ED Prescriptions**

Generated on 8/31/2016 1:36 PM

Liberty/Crespo 0501

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Enc. Date 08/09/16

**ED Prescriptions (continued)**

| Medication | Sig | Dispense | Start Date | End Date | Auth. Provider |
|---|---|---|---|---|---|
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |

**Allergies as of 8/31/2016**

No Known Allergies

**Discharge Instructions**

None

**Follow-up Information**

None

## Encounter Information - Refill

**Diagnoses**

None.

**Non-Hospital Problems as of 8/9/2016**                     Reviewed: 5/13/2016 by Jacob M Estes, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7 ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1 ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710 ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83 ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2 ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0 ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2 ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9 ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9 ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0 ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9 ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899 ICD-9-CM: V58.69 | 5/15/2015 - Present |

Generated on 8/31/2016  1:36 PM                                                    Page 1170

Liberty/Crespo 0502

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Enc. Date 08/09/16

## Encounter Information – Refill (continued)

**Non-Hospital Problems as of 8/9/2016 (continued)**

Reviewed: 5/13/2016 by Jacob M Estes, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Acquired skull defect | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40 ICD-9-CM: 348.30 | 4/10/2015 – 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/16/2015 – 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7 ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462 ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90 ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | ICD-10-CM: R33.9 ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05 ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89 ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569 ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9 ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5 ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00 ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1 ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8 ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2 ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89 ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0 ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1 ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51 ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90 ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |
| RESOLVED: Hx of basal cell carcinoma | ICD-10-CM: Z85.828 ICD-9-CM: V10.83 | 12/22/2015 - 12/22/2015 |
| Moderate vaginal dysplasia, histologically confirmed | ICD-10-CM: N89.1 | 4/21/2016 - Present |

Generated on 8/31/2016  1:36 PM

Page 1171

Liberty/Crespo 0503

1G053170001

NOMC RHEUMATOLOGY                          CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                MRN: 1773053
Ambulatory Encounter                       DOB:         , Sex: F
                                           Enc. Date 08/09/16

## Encounter Information - Refill (continued)

**Non-Hospital Problems as of 8/9/2016 (continued)**    Reviewed: 5/13/2016 by Jacob M Estes, MD

| | Codes | Noted - Resolved |
|---|---|---|
| | ICD-9-CM: 623.0 | |
| VAIN (vaginal intraepithelial neoplasia) - s/p CO2 laser ablation on 4/26/16 | ICD-10-CM: N89.3 ICD-9-CM: 623.8 | 4/26/2016 - Present |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 8/9/2016**                                          Never Reviewed

No immunizations on file.

**Medical History**

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

**Surgical History**

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| LASER ABLATION | | | vagina |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - | | 4/30/2015 | |

Generated on 8/31/2016 1:36 PM                                    Page 1172

Liberty/Crespo 0504

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          ', Sex: F
Enc. Date 08/09/16

## Encounter Information - Refill (continued)

### Surgical History (continued)

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| COMPLETE | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 8/9/2016

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc as of 8/9/2016**

Social Documentation
CRNA in abdominal transplant
3 kids

### Tobacco Use as of 8/9/2016

Never smoked or used smokeless tobacco.

### Alcohol Use as of 8/9/2016

Yes; 1.8 oz total alcohol per week; 3 Glasses of wine.
Comments: social

### Drug Use as of 8/9/2016

No.

### Sexual Activity as of 8/9/2016

Sexually active; Male partners; Birth Control/Protection: None.
Comments: dih 1/12/15

### Activities of Daily Living as of 8/9/2016

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 8/9/2016

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 5/13/2016

Generated on 8/31/2016  1:36 PM

Liberty/Crespo 0505

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          ', Sex: F
Enc. Date 08/09/16

## Encounter Information - Refill (continued)

### Family Status as of 5/13/2016 (continued)

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |
| Neg Hx | |

### Employment History as of 8/9/2016

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 8/9/2016

| Gravida | Para | Abortion s | SAB | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | | |

### History

Not marked as reviewed during this visit.

## Medications

### Outpatient Medications at Start of Encounter as of 8/9/2016

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral<br>Class: Historical Med | | | 1/31/2015 | 8/24/2016 |
| Ann M Haas, RN 5/12/2015 2:34 PM<br>Patient not currently taking at this time | | | | |
| zolpidem (AMBIEN) 10 mg Tab<br>Class: Historical Med | | 0 | 1/6/2016 | |
| William Eugene Davis, MD 2/17/2016 3:16 PM<br>Received from: External Pharmacy | | | | |
| conjugated estrogens (PREMARIN) vaginal cream<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| Ann M Haas, RN 5/12/2015 2:32 PM<br>Pt not currently on in hospital | | | | |
| PLAQUENIL 200 mg tablet (Discontinued)<br>Sig - Route: Take 2 tablets (400 mg total) by mouth once daily. - Oral<br>Reason for Discontinue: Reorder | 180 tablet | 1 | 8/8/2016 | 8/9/2016 |
| quinacrine (QUINACRINE) 100 mg tablet<br>Sig: One by mouth once daily | 90 tablet | 1 | 2/17/2016 | 8/24/2016 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| quinacrine (QUINACRINE) 100 mg tablet (Taking)<br>Sig: Take 100 mg by mouth once daily. | | 1 | 6/6/2016 | |

Generated on 8/31/2016 1:36 PM

Page 1174

Liberty/Crespo 0506

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 08/09/16

## Medications (continued)

### Medications the Patient Reported Taking (continued)

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med |  |  |  |  |
| Route: Oral |  |  |  |  |

### Ordered Medications

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| PLAQUENIL 200 mg tablet | 180 tablet | 1 | 8/9/2016 | 11/7/2016 |
| Sig - Route: Take 2 tablets (400 mg total) by mouth once daily. - Oral |  |  |  |  |

### Approved

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| PLAQUENIL 200 mg tablet | 180 tablet | 1 | 8/9/2016 | 11/7/2016 |
| Sig - Route: Take 2 tablets (400 mg total) by mouth once daily. - Oral |  |  |  |  |
| Class: Normal |  |  |  |  |
| DAW: Yes |  |  |  |  |
| Authorizing Provider: William Eugene Davis, MD |  |  |  |  |
| quinacrine (QUINACRINE) 100 mg tablet |  | 1 | 6/6/2016 |  |
| Sig - Route: Take 100 mg by mouth once daily. - Oral |  |  |  |  |
| Class: Historical Med |  |  |  |  |
| Notes: |  |  |  |  |

>> DAVIS, WILLIAM   Tue Aug 9, 2016  4:25 PM
Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY

Authorizing Provider:  Historical Provider, MD
Ordering User:  William Eugene Davis, MD

Generated on 8/31/2016  1:36 PM

Page 1175

Liberty/Crespo 0507

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Enc. Date 08/09/16

## Other Orders

**quinacrine (QUINACRINE) 100 mg tablet**

| | |
|---|---|
| Electronically signed by: **William Eugene Davis, MD on 08/09/16 1625** | Status: **Active** |
| Ordering user: William Eugene Davis, MD 08/09/16 1625      Authorized by: Historical Provider, MD | |
| Ordering mode: Standard | |
| Frequency: Daily 06/06/16 – Until Discontinued | |

**PLAQUENIL 200 mg tablet**

| | |
|---|---|
| Electronically signed by: **William Eugene Davis, MD on 08/09/16 1726** | Status: **Active** |
| Ordering user: William Eugene Davis, MD 08/09/16 1726      Authorized by: William Eugene Davis, MD | |
| Ordering mode: Standard | |
| Frequency: Daily 08/09/16 – 90 Days      Released by: William Eugene Davis, MD 08/09/16 1726 | |

| Result | PLAQUENIL 200 mg tablet (Order 210151996) |
|---|---|

| Result | quinacrine (QUINACRINE) 100 mg tablet (Order 210151997) |
|---|---|

## Encounter Messages

No messages in this encounter

## Follow-up Information

None

## Follow Up Call

No data filed

Liberty/Crespo 0508

1G053170001

| BAPC OBSTETRICS AND GYNECOLOGY SUITE 640 | CRESPO,PAIGE FRIDAY |
|---|---|
| OCHSNER, SOUTH SHORE REGION | MRN: 1773053 |
| ED Record | DOB:          , Sex: F |
|  | Enc. Date 08/09/16 |

**ED Arrival Information**

Patient not seen in ED

**Chief Complaint/Reason for Visit**

None

**Diagnosis**

None

**ED Events**

None

**ED Treatment Team**

None

**Home Medications**

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Taking | 08/22/16 | -- | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Taking | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:   Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | Taking | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | Taking | 06/06/16 | -- | Historical Provider, MD |
| Notes:   Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | Not Taking | 01/06/16 | -- | Historical Provider, MD |

Notes:   Received from: External Pharmacy

**Medical as of 8/9/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Abnormal Pap smear [IMO0002] | 2007 | LEEP | Provider |
| AK (actinic keratosis) [L57.0] | | | Provider |
| Allergy [T78.40XA] | | | Provider |
| Arthritis [M19.90] | | | Provider |
| Basal cell carcinoma [C44.91] | | excised from L chest | Provider |
| Encounter for blood transfusion [Z51.89] | | | Provider |
| Herpes simplex without mention of complication [B00.9] | | | Provider |
| Joint pain [M25.50] | | | Provider |
| Seizures [R56.9] | | | Provider |
| Stroke [I63.9] | | | Provider |
| Undifferentiated connective tissue disease [M35.9] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [Z79.01] | 5/5/2015 | | Provider |
| Asthma [J45.909] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |

Generated on 8/31/2016  1:36 PM                                    Page 1177

Liberty/Crespo 0509

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Enc. Date 08/09/16

| | | | |
|---|---|---|---|
| CHF (congestive heart failure) [I50.9] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [J44.9] | 5/5/2015 | | Provider |
| Diabetes mellitus | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma | 7/11/2013 | | Provider |
| Hypertension [I10] | 7/11/2013 | | Provider |
| Macular degeneration [H35.30] | 7/11/2013 | | Provider |
| Retinal detachment [H33.20] | 7/11/2013 | | Provider |
| Strabismus [H50.9] | 7/11/2013 | | Provider |
| Thyroid disease [E07.9] | 5/5/2015 | | Provider |
| Transfusion reaction [T80.92XA] | 5/5/2015 | | Provider |
| Uveitis [H20.9] | 7/11/2013 | | Provider |

## All Other Notes

No notes of this type exist for this encounter.

## ED Records

ED Current OP Medications

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Medications not reviewed this encounter

## Medication Comments

** No Medication Comments Found **

## Orders

Discharge Orders

None

ED Prescriptions

None

Allergies as of 8/31/2016

No Known Allergies

Discharge Instructions

None

Follow-up Information

None

Encounter Information - Patient Email

Diagnoses

Generated on 8/31/2016  1:36 PM

Liberty/Crespo 0510

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Enc. Date 08/09/16

## Encounter Information - Patient Email (continued)

### Diagnoses (continued)
None.

### Non-Hospital Problems as of 8/9/2016

Reviewed: 5/13/2016 by Jacob M Estes, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Slogren's (Chronic) | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7 ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1 ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710 ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83 ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2 ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0 ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2 ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9 ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9 ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0 ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9 ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899 ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40 ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7 ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462 ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90 ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |

Generated on 8/31/2016 1:36 PM

Liberty/Crespo 0511

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640       CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                      MRN: 1773053
Ambulatory Encounter                             DOB:        , Sex: F
                                                 Enc. Date 08/09/16

## Encounter Information - Patient Email (continued)

**Non-Hospital Problems as of 8/9/2016 (continued)**      Reviewed: 5/13/2016 by Jacob M Estes, MD

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Urinary retention | ICD-10-CM: R33.9<br>ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA<br>ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05<br>ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89<br>ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569<br>ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9<br>ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5<br>ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00<br>ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1<br>ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8<br>ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2<br>ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89<br>ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0<br>ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1<br>ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90<br>ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |
| RESOLVED: Hx of basal cell carcinoma | ICD-10-CM: Z85.828<br>ICD-9-CM: V10.83 | 12/22/2015 - 12/22/2015 |
| **Moderate vaginal dysplasia, histologically confirmed** | ICD-10-CM: N89.1<br>ICD-9-CM: 623.0 | 4/21/2016 - Present |
| **VAIN (vaginal intraepithelial neoplasia) - s/p CO2 laser ablation on 4/26/16** | ICD-10-CM: N89.3<br>ICD-9-CM: 623.8 | 4/26/2016 - Present |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 8/9/2016**                                            Never Reviewed

No Immunizations on file.

**Medical History**

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |

Generated on 8/31/2016  1:36 PM                                            Page 1180

Liberty/Crespo 0512

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640          CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                       MRN: 1773053
Ambulatory Encounter                              DOB:          ', Sex: F
                                                  Enc. Date 08/09/16

## Encounter Information - Patient Email (continued)

### Medical History (continued)

| Diagnosis | Date | Comment |
|---|---|---|
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| LASER ABLATION | | | vagina |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 8/9/2016

| Marital Status |
|---|
| Married |

## Social Documentation

Liberty/Crespo 0513

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Enc. Date 08/09/16

## Encounter Information - Patient Email (continued)

**Social Doc**
**as of 8/9/2016**

Social Documentation
CRNA in abdominal transplant
3 kids

### Tobacco Use as of 8/9/2016

Never smoked or used smokeless tobacco.

### Alcohol Use as of 8/9/2016

Yes; 1.8 oz total alcohol per week; 3 Glasses of wine.
Comments: social

### Drug Use as of 8/9/2016

No.

### Sexual Activity as of 8/9/2016

Sexually active; Male partners; Birth Control/Protection: None.
Comments: dlh 1/12/15

### Activities of Daily Living as of 8/9/2016

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 8/9/2016

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 5/13/2016

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |
| Neg Hx | |

### Employment History as of 8/9/2016

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 8/9/2016

Generated on 8/31/2016 1:36 PM

Liberty/Crespo 0514

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640         CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                      MRN: 1773053
Ambulatory Encounter                            DOB:        , Sex: F
                                                Enc. Date 08/09/16

## Encounter Information - Patient Email (continued)

**Obstetric History as of 8/9/2016 (continued)**

| Gravida | Para | Abortion s | SAB | | | | |
|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | |

### History

Not marked as reviewed during this visit.

## Medications

**Outpatient Medications at Start of Encounter as of 8/9/2016**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab | | | 1/31/2015 | 8/24/2016 |

Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral
Class: Historical Med

> Ann M Haas, RN 5/12/2015 2:34 PM
> Patient not currently taking at this time

| PLAQUENIL 200 mg tablet | 180 tablet | 1 | 8/9/2016 | 11/7/2016 |
|---|---|---|---|---|

Sig - Route: Take 2 tablets (400 mg total) by mouth once daily. - Oral

| quinacrine (QUINACRINE) 100 mg tablet | | 1 | 6/6/2016 | |
|---|---|---|---|---|

Sig - Route: Take 100 mg by mouth once daily. - Oral
Class: Historical Med

> William Eugene Davis, MD 8/9/2016 4:25 PM
> Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY

| zolpidem (AMBIEN) 10 mg Tab | | 0 | 1/6/2016 | |
|---|---|---|---|---|

Class: Historical Med

> William Eugene Davis, MD 2/17/2016 3:16 PM
> Received from: External Pharmacy

| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | 8/19/2016 |
|---|---|---|---|---|

Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter

> Ann M Haas, RN 5/12/2015 2:32 PM
> Pt not currently on in hospital

| PLAQUENIL 200 mg tablet (Discontinued) | 180 tablet | 1 | 8/8/2016 | 8/9/2016 |
|---|---|---|---|---|

Sig - Route: Take 2 tablets (400 mg total) by mouth once daily. - Oral
Reason for Discontinue: Reorder

| quinacrine (QUINACRINE) 100 mg tablet | 90 tablet | 1 | 2/17/2016 | 8/24/2016 |
|---|---|---|---|---|

Sig: One by mouth once daily

### Encounter Messages

**RE: Non-Urgent Medical**

| From | To | Sent |
|---|---|---|
| Paige Friday Crespo | George B. Morris IV, MD | 8/10/2016 8:29 PM |

Thank uou

---

Generated on 8/31/2016 1:36 PM                                        Page 1183

Liberty/Crespo 0515

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640          CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                       MRN: 1773053
Ambulatory Encounter                              DOB:          , Sex: F
                                                  Enc. Date 08/09/16

**Encounter Messages (continued)**

### Previous Messages

—— Message ——
From: Nurse Teyon
Sent 8/10/2016 2:14 PM CDT
To: Paige Friday Crespo
Subject: RE: Non-Urgent Medical

Good afternoon,
Mary is out of the office this afternoon, I will forward this message and she will contact you.
Thank you.

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent 8/10/2016 1:51 PM CDT
To: George B Morris Iv, MD
Subject: RE: Non-Urgent Medical

Ok so I have no records with Jody from Jan-now?
—— Message ——
From: Med Assistant Mary
Sent 8/9/2016 5:02 PM CDT
To: Paige Friday Crespo
Subject: RE: Non-Urgent Medical

It was forwarded to Dr. Estes this week

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent 8/9/2016 4:31 PM CDT
To: George B Morris Iv, MD
Subject: Non-Urgent Medical

Mary, Liberty Mutual is emailing me saying they haven't received their request for records from Jan 2016-present

Paige

### RE: Non-Urgent Medical

| From | To | Sent and Delivered |
|------|-----|-----|
| Teyon Smith, LPN | Paige Friday Crespo | 8/10/2016 2:14 PM |

Last Read in Patient Portal
 8/10/2016 8:28 PM by Paige Friday Crespo
Good afternoon,
Mary is out of the office this afternoon, I will forward this message and she will contact you.
Thank you.

### Previous Messages

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent 8/10/2016 1:51 PM CDT
To: George B Morris Iv, MD
Subject: RE: Non-Urgent Medical

Ok so I have no records with Jody from Jan-now?
—— Message ——
From: Med Assistant Mary
Sent 8/9/2016 5:02 PM CDT
To: Paige Friday Crespo
Subject: RE: Non-Urgent Medical

Generated on 8/31/2016 1:36 PM                                    Page 1184

Liberty/Crespo 0516

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640    CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION    MRN: 1773053
Ambulatory Encounter    DOB:    , Sex: F
    Enc. Date 08/09/16

**Encounter Messages (continued)**

It was forwarded to Dr. Estes this week

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent: 8/9/2016  4:31 PM CDT
To: George B Morris Iv, MD
Subject: Non-Urgent Medical

Mary, Liberty Mutual is emailing me saying they haven't received their request for records from Jan 2016-present

Paige

**RE: Non-Urgent Medical**

| From | To | Sent |
|---|---|---|
| Paige Friday Crespo | George B. Morris IV, MD | 8/10/2016  1:51 PM |

Ok so I have no records with Jody from Jan-now?

**Previous Messages**

—— Message ——
From: Med Assistant Mary
Sent: 8/9/2016  5:02 PM CDT
To: Paige Friday Crespo
Subject: RE: Non-Urgent Medical

It was forwarded to Dr. Estes this week

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent: 8/9/2016  4:31 PM CDT
To: George B Morris Iv, MD
Subject: Non-Urgent Medical

Mary, Liberty Mutual is emailing me saying they haven't received their request for records from Jan 2016-present

Paige

**RE: Non-Urgent Medical**

| From | To | Sent and Delivered |
|---|---|---|
| Mary Gauthreaux, MA | Paige Friday Crespo | 8/9/2016  5:02 PM |

Last Read in Patient Portal
8/10/2016  1:50 PM by Paige Friday Crespo
It was forwarded to Dr. Estes this week

**Previous Messages**

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent: 8/9/2016  4:31 PM CDT
To: George B Morris Iv, MD
Subject: Non-Urgent Medical

Mary, Liberty Mutual is emailing me saying they haven't received their request for records from Jan 2016-present

Paige

Generated on 8/31/2016  1:36 PM    Page 1185

Liberty/Crespo 0517

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640  CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION  MRN: 1773053
Ambulatory Encounter  DOB:  ', Sex: F
  Enc. Date 08/09/16

**Encounter Messages (continued)**

**Non-Urgent Medical**

| From | To | Sent |
|---|---|---|
| Paige Friday Crespo | George B. Morris IV, MD | 8/9/2016 4:31 PM |

Mary, Liberty Mutual is emailing me saying they haven't received their request for records from Jan 2016-present

Paige

**Follow-up Information**

None

**Follow Up Call**

No data filed

Liberty/Crespo 0518

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

## ED Provider Notes (continued)

**ED Provider Notes by Rahul P. Prasankumar, MD at 11/22/2015 10:35 PM (continued)**                           Version 2 of 2

- Strabismus                                                      7/11/13
- Uveitis                                                         7/11/13
- Anticoagulant long-term use                                    5/5/15
- Asthma                                                          5/5/15
- CHF (congestive heart failure)                                 5/5/15
- COPD (chronic obstructive pulmonary disease)                   5/5/15
- Thyroid disease                                                5/5/15
- Transfusion reaction                                           5/5/15

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Tonsillectomy | | |
| • Adenoidectomy | | |
| • Cosmetic surgery | | |
| • Wrist biopsy | | |
|    *right/benign* | | |
| • Cervical biopsy w/ loop electrode excision | | 2007 |
| • Hysterectomy | | 01/12/2015 |
| • Transcranial doppler study - complete | | 4/13/2015 |
| • Transcranial doppler study - complete | | 4/14/2015 |
| • Transcranial doppler study - complete | | 4/15/2015 |
| • Transcranial doppler study - complete | | 4/16/2015 |
| • Transcranial doppler study - complete | | 4/18/2015 |
| • Transcranial doppler study - complete | | 4/19/2015 |
| • Transcranial doppler study - complete | | 4/20/2015 |
| • Transcranial doppler study - complete | | 4/27/2015 |
| • Transcranial doppler study - complete | | 4/29/2015 |
| • Transcranial doppler study - complete | | 4/30/2015 |
| • Transcranial doppler study - complete | | 5/2/2015 |
| • Transcranial doppler study - complete | | 5/3/2015 |
| • Brain surgery | | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Skin cancer | Mother | |
| • Migraines | Mother | |
| • Melanoma | Neg Hx | |
| • | | |

Liberty/Crespo 0519

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

**ED Provider Notes (continued)**

| ED Provider Notes by Rahul P. Prasankumar, MD at 11/22/2015 10:35 PM (continued) | | Version 2 of 2 |
|---|---|---|
| Psoriasis | Neg Hx | |
| • Lupus | Neg Hx | |
| • Eczema | Neg Hx | |
| • Amblyopia | Neg Hx | |
| • Blindness | Neg Hx | |
| • Cataracts | Neg Hx | |
| • Glaucoma | Neg Hx | |
| • Macular degeneration | Neg Hx | |
| • Retinal detachment | Neg Hx | |
| • Strabismus | Neg Hx | |
| • Stroke | Neg Hx | |
| • Thyroid disease | Neg Hx | |
| • Colon cancer | Neg Hx | |
| • Eclampsia | Neg Hx | |
| • Miscarriages / Stillbirths | Neg Hx | |
| • Ovarian cancer | Neg Hx | |
| • Preterm labor | Neg Hx | |
| • Cancer | Father | |
|   *renal cell* | | |
| • Diabetes | Father | |
| • Hypertension | Father | |
| • Lung cancer | Maternal Grandmother | |
|   *smoker* | | |
| • Lung cancer | Maternal Grandfather | |
|   *smoker* | | |
| • Diabetes | Paternal Grandmother | |
| • Hypertension | Paternal Grandmother | |
| • Lung cancer | Paternal Grandmother | |
| • Breast cancer | Paternal Grandmother | |
| • Hypertension | Paternal Grandfather | |
| • Prostate cancer | Paternal Grandfather | |

**History**

**Substance Use Topics**

- Smoking status:           Never Smoker
- Smokeless tobacco:        Never Used
- Alcohol Use:             No
      *Comment: social*

Review of Systems
Constitutional: Negative for fever, chills, diaphoresis and fatigue.
HENT: Negative for congestion, ear discharge, ear pain, facial swelling, hearing loss, rhinorrhea, sneezing and sore throat.
Eyes: Negative for pain, discharge, redness and itching.
Respiratory: Negative for cough, chest tightness, shortness of breath and stridor.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for nausea, vomiting, abdominal pain, diarrhea and constipation.
Endocrine: Negative for polydipsia, polyphagia and polyuria.

Liberty/Crespo 0520

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12013440428
Adm: 11/22/2015

**ED Provider Notes (continued)**

**ED Provider Notes by Rahul P. Prasankumar, MD at 11/22/2015 10:35 PM (continued)**          Version 2 of 2

Genitourinary: Negative for dysuria, urgency, frequency, hematuria and flank pain.
Musculoskeletal: Negative for myalgias, back pain, joint swelling, arthralgias, gait problem, neck pain and neck stiffness.
Skin: Positive for wound. Negative for rash.
Allergic/Immunologic: Negative for food allergies.
Neurological: Negative for dizziness, tremors, facial asymmetry, weakness, light-headedness, numbness and headaches.
Psychiatric/Behavioral: Negative for confusion and agitation. The patient is not nervous/anxious.

**Physical Exam**

| Initial Vitals | | | | |
|---|---|---|---|---|
| BP | Pulse | Resp | Temp | SpO2 |
| 11/22/15 2129 | 11/22/15 2129 | 11/22/15 2129 | 11/22/15 2129 | 11/22/15 2129 |
| 122/72 mmHg | 74 | 18 | 98.1 °F (36.7 °C) | 96 % |

Physical Exam
Nursing note and vitals reviewed.
Constitutional: She appears well-developed and well-nourished. She is not diaphoretic. No distress.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Breath sounds normal. No respiratory distress. She has no wheezes. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no edema or tenderness.
Neurological: She is alert and oriented to person, place, and time. She has normal strength.
Skin: Skin is warm and dry. Laceration noted. No abrasion, no bruising, no burn, no ecchymosis, no lesion and no abscess noted. No cyanosis or erythema. Nails show no clubbing.

Liberty/Crespo 0521

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

**ED Provider Notes (continued)**

**ED Provider Notes by Rahul P. Prasankumar, MD at 11/22/2015 10:35 PM (continued)**                    Version 2 of 2



1: A small 1 cm laceration to the left orbital region.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**ED Course**
**Lac Repair**
Date/Time: 11/22/2015 10:10 PM
Performed by: SHOULTZ, RUSSELL
Authorized by: PRASANKUMAR, RAHUL P.
Consent Done: Yes
Consent: Verbal consent obtained.
Risks and benefits: risks, benefits and alternatives were discussed
Consent given by: patient
Patient understanding: patient states understanding of the procedure being performed
Body area: head/neck
Location details: left eyelid
Laceration length: 1 cm
Foreign bodies: no foreign bodies
Tendon involvement: none
Nerve involvement: none
Vascular damage: no
Irrigation solution: saline
Amount of cleaning: standard
Skin closure: glue
Approximation: loose
Approximation difficulty: simple

Generated on 8/31/2016 1:35 PM                                                        Page 223

Liberty/Crespo 0522

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

### ED Provider Notes (continued)

**ED Provider Notes by Rahul P. Prasankumar, MD at 11/22/2015 10:35 PM (continued)**          Version 2 of 2

Labs Reviewed - No data to display

**Medical Decision Making**

**MDM**

Number of Diagnoses or Management Options
Laceration of face, initial encounter: new and requires workup
Diagnosis management comments:

The pt was bending over when she struck her face on a coffee table resulting in a laceration to the left eyelid. The pt denied LOC and has full recall of the event. No FB concern. The 1 cm laceration was closed with dermabond. The pt has not had a Tdap since 2005, one was ordered. The pt will follow up with PCP and return if she feels worse.

Amount and/or Complexity of Data Reviewed
Decide to obtain previous medical records or to obtain history from someone other than the patient: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: moderate
Diagnostic procedures: moderate
Management options: moderate

**Attending:**
Physician Attestation Statement: I have reviewed this case with my non-physician provider.
Physician Attestation Statement:The treatment regimen was reviewed by me.
**Other Attend Additions:**
Medical Decision Making: Uncomplicated 1cm FB laceration, closed with glue without complication

**Clinical Impression**
The encounter diagnosis was Laceration of face, initial encounter.

**Disposition:**
Disposition: Discharged
Condition: Stable

Liberty/Crespo 0523

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

## ED Provider Notes (continued)

**ED Provider Notes by Rahul P. Prasankumar, MD at 11/22/2015 10:35 PM (continued)**                    Version 2 of 2

Russell Shoultz, NP
11/23/15 0010

Rahul P. Prasankumar, MD
11/23/15 2246

    Electronically signed by Rahul P. Prasankumar, MD on 11/23/2015 10:46 PM

**ED Provider Notes by Russell Shoultz, NP at 11/22/2015 10:35 PM**                                          Version 1 of 2

| | | |
|---|---|---|
| Author: Russell Shoultz, NP | Service: Emergency Medicine | Author Type: Nurse Practitioner |
| Filed: 11/23/2015 12:10 AM | Date of Service: 11/22/2015 10:35 PM | Status: Cosign Needed |
| Editor: Russell Shoultz, NP (Nurse Practitioner) | | |
| Related Notes: Addendum by Rahul P. Prasankumar, MD (Physician) filed at 11/23/2015 10:46 PM | | |
| Cosign Required: Yes | | |

## History

### Chief Complaint
**Patient presents with**
* Facial Laceration
  *laceration above left eye. Pt states "I hit the corner of the dresser when I was bending down."*

No Known Allergies
Patient is a 43 y.o. female presenting with the following complaint: skin laceration. The history is provided by the patient.
**Laceration**
The incident occurred 2 to 3 hours ago. The laceration is located on the left eye. The laceration is 1 cm in size. The laceration mechanism is unknown. The pain is at a severity of 0/10. Her tetanus status is out of date.

### Past Medical History

| Diagnosis | Date |
|---|---|
| Undifferentiated connective tissue disease | |
| AK (actinic keratosis) | |
| Allergy | |
| Arthritis | |
| Abnormal Pap smear<br>   LEEP | 2007 |
| Herpes simplex without mention of complication | |
| Basal cell carcinoma<br>   excised from L chest | |
| Joint pain | |
| Encounter for blood transfusion | |
| Seizures | |
| Stroke | |

### Past Medical History Pertinent Negatives

| Diagnosis | Date Noted |
|---|---|

Generated on 8/31/2016 1:35 PM                                                                    Page 225

Liberty/Crespo 0524

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

**ED Provider Notes (continued)**

| ED Provider Notes by Russell Shoultz, NP at 11/22/2015 10:35 PM (continued) | | Version 1 of 2 |
|---|---|---|
| • Amblyopia | 7/11/13 | |
| • Cataract | 7/11/13 | |
| • Diabetes mellitus | 7/11/13 | |
| • Diabetic retinopathy | 7/11/13 | |
| • Glaucoma | 7/11/13 | |
| • Hypertension | 7/11/13 | |
| • Macular degeneration | 7/11/13 | |
| • Retinal detachment | 7/11/13 | |
| • Strabismus | 7/11/13 | |
| • Uveitis | 7/11/13 | |
| • Anticoagulant long-term use | 5/5/15 | |
| • Asthma | 5/5/15 | |
| • CHF (congestive heart failure) | 5/5/15 | |
| • COPD (chronic obstructive pulmonary disease) | 5/5/15 | |
| • Thyroid disease | 5/5/15 | |
| • Transfusion reaction | 5/5/15 | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Tonsillectomy | | |
| • Adenoidectomy | | |
| • Cosmetic surgery | | |
| • Wrist biopsy | | |
| *right/benign* | | |
| • Cervical biopsy w/ loop electrode excision | | 2007 |
| • Hysterectomy | | 01/12/2015 |
| • Transcranial doppler study - complete | | 4/13/2015 |
| • Transcranial doppler study - complete | | 4/14/2015 |
| • Transcranial doppler study - complete | | 4/15/2015 |
| • Transcranial doppler study - complete | | 4/16/2015 |
| • Transcranial doppler study - complete | | 4/18/2015 |
| • Transcranial doppler study - complete | | 4/19/2015 |
| • Transcranial doppler study - complete | | 4/20/2015 |
| • Transcranial doppler study - complete | | 4/27/2015 |
| • Transcranial doppler study - complete | | 4/29/2015 |
| • Transcranial doppler study - complete | | 4/30/2015 |
| • Transcranial doppler study - complete | | 5/2/2015 |
| • Transcranial doppler study - complete | | 5/3/2015 |

Liberty/Crespo 0525

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:           , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

## ED Provider Notes (continued)

**ED Provider Notes by Russell Shoultz, NP at 11/22/2015 10:35 PM (continued)**                    Version 1 of 2

- Brain surgery

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Skin cancer | Mother | |
| • Migraines | Mother | |
| • Melanoma | Neg Hx | |
| • Psoriasis | Neg Hx | |
| • Lupus | Neg Hx | |
| • Eczema | Neg Hx | |
| • Amblyopia | Neg Hx | |
| • Blindness | Neg Hx | |
| • Cataracts | Neg Hx | |
| • Glaucoma | Neg Hx | |
| • Macular degeneration | Neg Hx | |
| • Retinal detachment | Neg Hx | |
| • Strabismus | Neg Hx | |
| • Stroke | Neg Hx | |
| • Thyroid disease | Neg Hx | |
| • Colon cancer | Neg Hx | |
| • Eclampsia | Neg Hx | |
| • Miscarriages / Stillbirths | Neg Hx | |
| • Ovarian cancer | Neg Hx | |
| • Preterm labor | Neg Hx | |
| • Cancer _renal cell_ | Father | |
| • Diabetes | Father | |
| • Hypertension | Father | |
| • Lung cancer _smoker_ | Maternal Grandmother | |
| • Lung cancer _smoker_ | Maternal Grandfather | |
| • Diabetes | Paternal Grandmother | |
| • Hypertension | Paternal Grandmother | |
| • Lung cancer | Paternal Grandmother | |
| • Breast cancer | Paternal Grandmother | |
| • Hypertension | Paternal Grandfather | |
| • Prostate cancer | Paternal Grandfather | |

**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |
| _Comment: social_ | |

Review of Systems
Constitutional: Negative for fever, chills, diaphoresis and fatigue.

Generated on 8/31/2016  1:35 PM                                                          Page 227

Liberty/Crespo 0526

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

**ED Provider Notes (continued)**

**ED Provider Notes by Russell Shoultz, NP at 11/22/2015 10:35 PM (continued)**                    Version 1 of 2

HENT: Negative for congestion, ear discharge, ear pain, facial swelling, hearing loss, rhinorrhea, sneezing and sore throat.
Eyes: Negative for pain, discharge, redness and itching.
Respiratory: Negative for cough, chest tightness, shortness of breath and stridor.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for nausea, vomiting, abdominal pain, diarrhea and constipation.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for dysuria, urgency, frequency, hematuria and flank pain.
Musculoskeletal: Negative for myalgias, back pain, joint swelling, arthralgias, gait problem, neck pain and neck stiffness.
Skin: Positive for wound. Negative for rash.
Allergic/Immunologic: Negative for food allergies.
Neurological: Negative for dizziness, tremors, facial asymmetry, weakness, light-headedness, numbness and headaches.
Psychiatric/Behavioral: Negative for confusion and agitation. The patient is not nervous/anxious.

**Physical Exam**

| Initial Vitals | | | | |
|---|---|---|---|---|
| BP | Pulse | Resp | Temp | SpO2 |
| 11/22/15 2129 | 11/22/15 2129 | 11/22/15 2129 | 11/22/15 2129 | 11/22/15 2129 |
| 122/72 mmHg | 74 | 18 | 98.1 °F (36.7 °C) | 96 % |

Physical Exam
Nursing note and vitals reviewed.
Constitutional: She appears well-developed and well-nourished. She is not diaphoretic. No distress.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Breath sounds normal. No respiratory distress. She has no wheezes. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no edema or tenderness.
Neurological: She is alert and oriented to person, place, and time. She has normal strength.
Skin: Skin is warm and dry. Laceration noted. No abrasion, no bruising, no burn, no ecchymosis, no lesion and no abscess noted. No cyanosis or erythema. Nails show no clubbing.

Liberty/Crespo 0527

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

### ED Provider Notes (continued)

**ED Provider Notes by Russell Shoultz, NP at 11/22/2015 10:35 PM (continued)**          Version 1 of 2



1: A small 1 cm laceration to the left orbital region.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

### ED Course

**Lac Repair**
Date/Time: 11/22/2015 10:10 PM
Performed by: SHOULTZ, RUSSELL
Authorized by: PRASANKUMAR, RAHUL P.
Consent Done: Yes
Consent: Verbal consent obtained.
Risks and benefits: risks, benefits and alternatives were discussed
Consent given by: patient
Patient understanding: patient states understanding of the procedure being performed
Body area: head/neck
Location details: left eyelid
Laceration length: 1 cm
Foreign bodies: no foreign bodies
Tendon involvement: none
Nerve involvement: none
Vascular damage: no
Irrigation solution: saline
Amount of cleaning: standard
Skin closure: glue
Approximation: loose
Approximation difficulty: simple

Generated on 8/31/2016  1:35 PM          Page 229

Liberty/Crespo 0528

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12013440428
Adm: 11/22/2015

## ED Provider Notes (continued)

**ED Provider Notes by Russell Shoultz, NP at 11/22/2015 10:35 PM (continued)**          Version 1 of 2

Labs Reviewed - No data to display

## Medical Decision Making

**MDM**

Number of Diagnoses or Management Options

Laceration of face, initial encounter: new and requires workup

Diagnosis management comments: The pt was bending over when she struck her face on a coffee table resulting in a laceration to the left eyelid. The pt denied loss of con and has full recall of the event. The 1 cm laceration was closed with dermabond. The pt has not had a Tdap since 2005, one was ordered. The pt will follow up with PCP and return if she feels worse.

Risk of Complications, Morbidity, and/or Mortality

Presenting problems: moderate
Diagnostic procedures: moderate
Management options: moderate

## Clinical Impression:

The encounter diagnosis was Laceration of face, initial encounter.

**Disposition:**
Disposition: Discharged
Condition: Stable

Russell Shoultz, NP
11/23/15 0010

Electronically signed by Russell Shoultz, NP on 11/23/2015 12:10 AM

## ED Notes

**ED Notes by Bridget M. Tynan, RN at 11/22/2015 9:39 PM**

Generated on 8/31/2016 1:35 PM                                                 Page 230

Liberty/Crespo 0529

1G053170001

| | |
|---|---|
| NOMH EMERGENCY DEPARTMENT | CRESPO,PAIGE FRIDAY |
| 1516 Jefferson Hwy | MRN: 1773053 |
| New Orleans LA 70121-2429 | DOB:        Sex: F |
| ED Record | Acct #: 12013440428 |
| | Adm: 11/22/2015 |

## ED Notes (continued)

### ED Notes by Bridget M. Tynan, RN at 11/22/2015 9:39 PM (continued)

| | | |
|---|---|---|
| Author: Bridget M. Tynan, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 11/22/2015 9:40 PM | Date of Service: 11/22/2015 9:39 PM | Status: Signed |
| Editor: Bridget M. Tynan, RN (Registered Nurse) | | |

Pt has left visual deficit which is her baseline. Pt went to plug something in the wall and hit her left eyebrow on dresser.

Electronically signed by Bridget M. Tynan, RN on 11/22/2015 9:40 PM

### ED Notes by Bridget M. Tynan, RN at 11/22/2015 9:44 PM

| | | |
|---|---|---|
| Author: Bridget M. Tynan, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 11/22/2015 9:44 PM | Date of Service: 11/22/2015 9:44 PM | Status: Signed |
| Editor: Bridget M. Tynan, RN (Registered Nurse) | | |

Patient identifiers verified and correct for Paige Friday Crespo.

LOC: The patient is awake, alert and aware of environment with an appropriate affect, the patient is oriented x 3 and speaking appropriately.
APPEARANCE: Patient resting comfortably and in no acute distress, patient is clean and well groomed, patient's clothing is properly fastened.
SKIN: The skin is warm and dry, color consistent with ethnicity, patient has normal skin turgor and moist mucus membranes, skin intact, no breakdown or bruising noted. **With exception to an inch long small laceration to left eyebrow**
MUSCULOSKELETAL: Patient moving all extremities spontaneously, no obvious swelling or deformities noted.
RESPIRATORY: Airway is open and patent, respirations are spontaneous, patient has a normal effort and rate, no accessory muscle use noted, bilateral breath sounds even and clear.
CARDIAC: Patient has a normal rate and regular rhythm, no periphreal edema noted, capillary refill < 3 seconds.
ABDOMEN: Soft and non tender to palpation, no distention noted, normoactive bowel sounds present in all four quadrants.
NEUROLOGIC: Pupils equal bilaterally, eyes open spontaneously, behavior appropriate to situation, follows commands, facial expression symmetrical, bilateral hand grasp equal and even, purposeful motor response noted, normal sensation in all extremities when touched with a finger.

Electronically signed by Bridget M. Tynan, RN on 11/22/2015 9:44 PM

### ED Notes by Elisha Cohen, RN at 11/22/2015 10:21 PM

| | | |
|---|---|---|
| Author: Elisha Cohen, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 11/22/2015 10:22 PM | Date of Service: 11/22/2015 10:21 PM | Status: Signed |
| Editor: Elisha Cohen, RN (Registered Nurse) | | |

Discharged Pt with diagnosis of Facial laceration. Pt states relief of bleeding at this time. Pt stable. NAD, ABC's intact, Respirations even and unlabored. Pt verbalized understanding of discharge instructions. No further questions at this time. Pt ambulated with steady gait to lobby.

Electronically signed by Elisha Cohen, RN on 11/22/2015 10:22 PM

| | |
|---|---|
| Generated on 8/31/2016 1:35 PM | Page 231 |

Liberty/Crespo 0530

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

**All Other Notes**
No notes of this type exist for this encounter.

| Result | LACERATION REPAIR (Order 185660306) |
|---|---|

| | Procedure | Abnormality |
|---|---|---|

**ED Records**

Status
LACERATION REPAIR

| Result | LACERATION REPAIR (Order 185660307) |
|---|---|

| Procedure | Abnormality | Status |
|---|---|---|
| LACERATION REPAIR | | |

| Result | ADHESIVE DERMAFLEX (Order 185660305) |
|---|---|

| Result | ADHESIVE DERMAFLEX (Order 185660304) |
|---|---|

| Result | escitalopram oxalate (LEXAPRO) 10 MG tablet (Order 185660363) |
|---|---|

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Last reviewed by Bridget M. Tynan, RN on 11/22/15 2142

**Medication Comments**
** No Medication Comments Found **

**Clinical Orders**

**LACERATION REPAIR [185660306]**

| Electronically signed by: Russell Shoultz, NP on 11/22/15 2244 | | Status: **Completed** |
|---|---|---|
| Ordering user: Russell Shoultz, NP 11/22/15 2244 | Ordering provider: Russell Shoultz, NP | |
| Authorized by: Rahul P. Prasankumar, MD | Ordering mode: Standard | |

Frequency: Once 11/22/15 2245 - 1 Occurrences
Order comments:
   This order was created via procedure documentation

**LACERATION REPAIR [185660307]**

| Electronically signed by: Russell Shoultz, NP on 11/22/15 2244 | | Status: **Completed** |
|---|---|---|
| Ordering user: Russell Shoultz, NP 11/22/15 2244 | Ordering provider: Russell Shoultz, NP | |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0531

1G053170001

| | |
|---|---|
| NOMH EMERGENCY DEPARTMENT | CRESPO,PAIGE FRIDAY |
| 1516 Jefferson Hwy | MRN: 1773053 |
| New Orleans LA 70121-2429 | DOB:        , Sex: F |
| ED Record | Acct #: 12013440428 |
| | Adm: 11/22/2015 |

## Clinical Orders (continued)

Authorized by: Rahul P. Prasankumar, MD                    Ordering mode: Standard
Order comments:
   This order was created via procedure documentation

## Other Orders

### ADHESIVE DERMAFLEX [185660304]

Electronically signed by: Russell Shoultz, NP on 11/22/15 2216           Status: Discontinued
Ordering user: Russell Shoultz, NP 11/22/15 2216    Ordering provider: Russell Shoultz, NP
Authorized by: Russell Shoultz, NP    Ordering mode: Standard
Frequency: Box 11/22/15 2217 - 1 Occurrences    Discontinued by: Automatic Discharge Provider 11/23/15 0025
                                 [Patient Discharge]

Questions:
   Extension/Spectralink: Shoultz

### ADHESIVE DERMAFLEX [185660305]

Electronically signed by: Russell Shoultz, NP on 11/22/15 2216           Status: Discontinued
Ordering user: Russell Shoultz, NP 11/22/15 2216    Ordering provider: Russell Shoultz, NP
Authorized by: Russell Shoultz, NP    Ordering mode: Standard
Discontinued by: Automatic Discharge Provider 11/23/15 0025
[Patient Discharge]
Questions:
   Extension/Spectralink: Shoultz

## Discharge Orders

None

## ED Prescriptions

None

## Allergies as of 8/31/2016

No Known Allergies

Liberty/Crespo 0532

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

**Follow-up Information**

None

**Flowsheets (all recorded)**

Charge Review Complete - Mon November 30, 2015

| | 1146 | | | | | |
|---|---|---|---|---|---|---|
| **Charge Review Complete** | | | | | | |
| Facility Complete | Facility Coding Complete -MR | | | | | |

Charge Review Complete - Mon November 30, 2015

| | 1144 | | | | |
|---|---|---|---|---|---|
| **Charge Reviewer** | | | | | |
| Facility Charge Reviewer | Michelle -MR | | | | |

Liberty/Crespo 0533

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

## Flowsheets (all recorded)

**Abuse Indicators - Sun November 22, 2015**

|  | 2142 |  |  |  |
|---|---|---|---|---|
| **Abuse Risk** | | | | |
| Is the patient at risk of abuse? | No -BT | | | |

**Custom Formula Data - Sun November 22, 2015**

|  | 2129 |  |  |  |
|---|---|---|---|---|
| **Relevant Labs and Vitals** | | | | |
| Temp (in Celsius) | 36.7 -LT | | | |

**Departure Condition - Sun November 22, 2015**

|  | 2224 | 2143 | 2129 |  |
|---|---|---|---|---|
| **Departure Condition** | | | | |
| Departure Condition | Stable -EC | | | |
| Mobility at Departure | Ambulatory -EC | | | |
| Patient Teaching | Discharge instructions reviewed -EC | | | |
| Departure Mode | By self -EC | | | |
| **Pain Assessment** | | | | |
| Pain Rating: Rest | | 1 -BT | | |
| **Vital Signs** | | | | |
| Temp | | | 98.1 °F (36.7 °C) -LT | |
| Temp src | | | Oral -LT | |
| Pulse | | | 74 -LT | |
| Resp | | | 18 -LT | |
| SpO2 | | | 96 % -LT | |
| O2 Device (Oxygen Therapy) | | | room air -LT | |
| BP | | | 122/72 -LT | |
| BP Location | | | Left arm -LT | |
| Patient Position | | | Sitting -LT | |
| **SPO2** | | | | |
| Pulse Oximetry Type | | | Intermittent -LT | |

**ED Destination - Sun November 22, 2015**

|  | 2130 |  |  |  |
|---|---|---|---|---|
| **ED Destination** | | | | |
| Patient Destination | qTrack -LT | | | |

**ESI Score - Sun November 22, 2015**

|  | 2130 |  |  |  |
|---|---|---|---|---|
| **ESI Score** | | | | |
| ESI Score | 3 -LT | | | |

**Language Assist - Sun November 22, 2015**

|  | 2128 |  |  |  |
|---|---|---|---|---|
| **Language Assistant** | | | | |
| Is English the preferred language? | Yes -LT | | | |

**Pain Assessment - Sun November 22, 2015**

|  | 2143 |  |  |  |
|---|---|---|---|---|
| **Pain Scale** | | | | |
| Pain Scale | 0-10 -BT | | | |
| **Number Scale** | | | | |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0534

1G053170001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

## Flowsheets (all recorded) (continued)

### Pain Assessment - Sun November 22, 2015 (continued)

| | 2143 | | | |
|---|---|---|---|---|
| Presence of Pain | complains of pain/discomfort -BT | | | |
| Location – Side | Left -BT | | | |
| Location | -- left eyebrow -BT | | | |
| Pain Rating: Rest | 1 -BT | | | |

### Quick Look End - Sun November 22, 2015

| | 2130 | | | |
|---|---|---|---|---|
| **Quick Look End** | | | | |
| Quick Look End | End -LT | | | |

### Quick Look Start - Sun November 22, 2015

| | 2128 | | | |
|---|---|---|---|---|
| **Quick Look Start** | | | | |
| Quick Look Start | Start -LT | | | |

### Screenings - Sun November 22, 2015

| | 2142 | | | |
|---|---|---|---|---|
| **Fall Risk Assessment (every shift)** | | | | |
| History Of Fall (W/I 3 Mos) | 0-->No -BT | | | |
| Polypharmacy | 3-->Yes -BT | | | |
| Central Nervous System/Psychotropic Medication | 0-->No -BT | | | |
| Cardiovascular Medication | 0-->No -BT | | | |
| Age Greater Than 65 Years | 0-->No -BT | | | |
| Altered Elimination | 0-->No -BT | | | |
| Cognitive Deficit | 0-->No -BT | | | |
| Sensory Deficit | 0-->No -BT | | | |
| Dizziness/Vertigo | 0-->No -BT | | | |
| Depression | 0-->No -BT | | | |
| Mobility Deficit/Weakness | 0-->No -BT | | | |
| Male | 0-->No -BT | | | |
| Fall Risk Score (if 4 or greater, activate Trauma/Injury guideline) | 3 -BT | | | |

### Suicide Risk - Sun November 22, 2015

| | 2142 | | | |
|---|---|---|---|---|
| **Suicide Risk** | | | | |
| Suicidal Ideation (past or present) | no -BT | | | |

### Travel Assessment - Sun November 22, 2015

| | 2128 | | | |
|---|---|---|---|---|
| **OTHER** | | | | |
| Have you traveled to Sierra Leone, Liberia or Guinea in the last 21 days? | No -LT | | | |
| Have you had contact with an Ebola patient in the last 21 days? | No -LT | | | |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0535

1G05317 0001

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB: , Sex: F
Acct #: 12013440428
Adm: 11/22/2015

## Flowsheets (all recorded) (continued)

### Travel Assessment - Sun November 22, 2015 (continued)

| | 2128 | | | | |
|---|---|---|---|---|---|
| Patient is unable to be assessed (ONLY use if it applies to ED/Critical Care patients or those arriving from an extended care facility such as a nursing home, LTAC, SNF, etc.)? | No -LT | | | | |

### Vital Signs - Sun November 22, 2015

| | 2143 | 2129 | | | |
|---|---|---|---|---|---|
| **Vitals Assessment** | | | | | |
| Restart Vitals Timer | | Yes -LT | | | |
| **Vital Signs** | | | | | |
| Temp | | 98.1 °F (36.7 °C) -LT | | | |
| Temp src | | Oral -LT | | | |
| Pulse | | 74 -LT | | | |
| Resp | | 18 -LT | | | |
| BP | | 122/72 -LT | | | |
| BP Location | | Left arm -LT | | | |
| Patient Position | | Sitting -LT | | | |
| **Pain Assessment** | | | | | |
| Pain Rating: Rest | 1 -BT | | | | |
| **Level of Consciousness (AVPU)** | | | | | |
| Level of Consciousness (AVPU) | | alert -LT | | | |
| **SPO2** | | | | | |
| SpO2 | | 96 % -LT | | | |
| Pulse Oximetry Type | | Intermittent -LT | | | |
| O2 Device (Oxygen Therapy) | | room air -LT | | | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| LT | Lien Trinh, RN | 03/21/13 - | Registered Nurse | Nurse |
| BT | Bridget M. Tynan, RN | 06/17/14 - | Registered Nurse | Nurse |
| MR | Michelle Rabom | - | - | - |
| EC | Elisha Cohen, RN | 09/29/15 - | Registered Nurse | Nurse |

Liberty/Crespo 0536

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## ED Arrival Information
Patient not seen in ED

## Chief Complaint/Reason for Visit
Disease Management [445]

## Diagnoses

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Undifferentiated connective tissue disease [M35.9] | | William Eugene Davis, MD | 2/17/2016  3:26 PM |
| Undifferentiated inflammatory arthritis [M06.4] | | William Eugene Davis, MD | 2/17/2016  3:26 PM |
| Mixed incontinence urge and stress (male)(female) [N39.46] | | William Eugene Davis, MD | 2/17/2016  3:31 PM |

## ED Events
None

## ED Treatment Team
None

## Home Medications

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | | | 08/22/16 | – | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | ☑ | Taking | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:   Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | | | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | | | 06/06/16 | – | Historical Provider, MD |
| Notes:   Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | | | 01/06/16 | – | Historical Provider, MD |
| Notes:   Received from: External Pharmacy | | | | | |

| Medical as of 2/17/2016 | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| | Abnormal Pap smear [IMO0002] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [L57.0] | | | Provider |
| | Allergy [T78.40XA] | | | Provider |
| | Arthritis [M19.90] | | | Provider |
| | Basal cell carcinoma [C44.91] | | excised from L chest | Provider |
| | Encounter for blood transfusion [Z51.89] | | | Provider |
| | Herpes simplex without mention of complication [B00.9] | | | Provider |
| | Joint pain [M25.50] | | | Provider |
| | Seizures [R56.9] | | | Provider |
| | Stroke [I63.9] | | | Provider |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0537

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:            , Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

| | Date Noted | Comments | Provider |
|---|---|---|---|
| Undifferentiated connective tissue disease [M35.9] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [Z79.01] | 5/5/2015 | | Provider |
| Asthma [J45.909] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |
| CHF (congestive heart failure) [I50.9] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [J44.9] | 5/5/2015 | | Provider |
| Diabetes mellitus | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma | 7/11/2013 | | Provider |
| Hypertension [I10] | 7/11/2013 | | Provider |
| Macular degeneration [H35.30] | 7/11/2013 | | Provider |
| Retinal detachment [H33.20] | 7/11/2013 | | Provider |
| Strabismus [H50.9] | 7/11/2013 | | Provider |
| Thyroid disease [E07.9] | 5/5/2015 | | Provider |
| Transfusion reaction [T80.92XA] | 5/5/2015 | | Provider |
| Uveitis [H20.9] | 7/11/2013 | | Provider |

**All Other Notes**

**Progress Notes by William Eugene Davis, MD at 2/17/2016 3:17 PM**

Author: William Eugene Davis, MD    Service: (none)                Author Type: Physician
Filed: 2/17/2016 3:34 PM             Encounter Date: 2/17/2016      Status: Signed
Editor: William Eugene Davis, MD (Physician)

**Subjective:**

**Patient ID:** Paige Friday Crespo is a 43 y.o. female.

**Chief Complaint:** Disease Management

HPI
She has a history of undifferentiated CTD, possibly primary Sjogren's; presented in 2011 with bilateral wrist synovitis; serology neg except pos ANA, synovial biopsy negative; other sx include sicca complex
HCQ since 2011
Quinacrine added Aug 2014

Hx subarachnoid hem 2015

Quinacrine 100 / d
HCQ 200 bid
Gluten free diet

No joint swelling
No joint pain
Running; weights no physical limitation

Review of Systems
Constitutional: Negative for fever, fatigue and unexpected weight change.
HENT: Negative for mouth sores.

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0538

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

**All Other Notes (continued)**

**Progress Notes by William Eugene Davis, MD at 2/17/2016 3:17 PM (continued)**
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain and diarrhea.
Skin: Negative for rash.
   **Papular skin lesions on trunk ; abd and lower back**
**Photosensitive pink skin**
Neurological: Negative for headaches.
Psychiatric/Behavioral: Negative for sleep disturbance.

Dry eyes
Dry mouth
**Objective:**
BP 128/76 mmHg | Pulse 73 | Ht 5' 6" (1.676 m) | Wt 61.508 kg (135 lb 9.6 oz) | BMI 21.90 kg/m2 | LMP 12/23/2014

Physical Exam
Constitutional: She is well-developed, well-nourished, and in no distress.
**No Raynauds**
HENT:
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal heart sounds.
Pulmonary/Chest: Breath sounds normal.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert.
Skin: No rash noted.

**Scattered pink papules 1-2 mm diameter; abdomen and back**
Musculoskeletal:
**No synovitis**

**Assessment:**

1.     **Undifferentiated connective tissue disease**
2.     Undifferentiated inflammatory arthritis
3.     Mixed incontinence urge and stress (male)(female)

**Plan:**
 1. Reduce HCQ to 5 mg/kg to minimize retinal risk
2. Cont quinacrine 100/d
3. RTC 6 mo with lab

Generated on 8/31/2016 1:35 PM                                        Page 482

Liberty/Crespo 0539

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

**All Other Notes (continued)**

Progress Notes by William Eugene Davis, MD at 2/17/2016  3:17 PM (continued)

Electronically signed by William Eugene Davis, MD at 2/17/2016  3:34 PM

| Result | C-reactive protein (Order 199409823) |
|---|---|
| Result | Sedimentation rate, manual (Order 199409824) |
| Result | CBC auto differential (Order 199409825) |
| Result | Comprehensive metabolic panel (Order 199409826) |
| Result | Urinalysis (Order 199409827) |
| Result | ANA (Order 199409828) |
| Result | Rheumatoid factor (Order 199409829) |
| Result | Cyclic citrul peptide antibody, IgG (Order 199413641) |
| Result | quinacrine (QUINACRINE) 100 mg tablet (Order 199409822) |
| Result | hydroxychloroquine (PLAQUENIL) 200 mg tablet (Order 199409821) |
| Result | expressed human breast milk (EXPRESSED HUMAN BREAST MILK) (Order 199409819) |
| Result | zolpidem (AMBIEN) 10 mg Tab (Order 199409820) |
| Result | pregabalin (LYRICA) 50 MG capsule (Order 190956159) |
| Result | Ambulatory consult to Rheumatology (Order 185660309) |

**ED Records**

**ED Current OP Medications**

Generated on 8/31/2016  1:35 PM

Page 483

Liberty/Crespo 0540

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## ED Records (continued)

### ED Current OP Medications (continued)

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Last reviewed by Vanessa C Jackson, RN on 02/17/16 1500

### Medication Comments

** No Medication Comments Found **

### Clinical Orders

hydroxychloroquine (PLAQUENIL) 200 mg tablet [199409821]

| | |
|---|---|
| Electronically signed by: William Eugene Davis, MD on 02/17/16 1526 | Status: Expired |
| Ordering user: William Eugene Davis, MD 02/17/16 1526     Authorized by: William Eugene Davis, MD | |
| Ordering mode: Standard | |

Frequency: Daily 02/17/16 - 90 Days
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

quinacrine (QUINACRINE) 100 mg tablet [199409822]

| | |
|---|---|
| Electronically signed by: William Eugene Davis, MD on 02/17/16 1527 | Status: Discontinued |
| Ordering user: William Eugene Davis, MD 02/17/16 1527     Authorized by: William Eugene Davis, MD | |
| Ordering mode: Standard | |
| Frequency:   02/17/16 - 08/24/16 | Discontinued by: Starr Joaquin, RN 08/24/16 1310 [Duplicate Order] |

Diagnoses:
  Undifferentiated connective tissue disease [M35.9]

C-reactive protein [199409823]

| | |
|---|---|
| Electronically signed by: William Eugene Davis, MD on 02/17/16 1534 | Status: Completed |
| Ordering user: William Eugene Davis, MD 02/17/16 1534     Authorized by: William Eugene Davis, MD | |
| Ordering mode: Standard | |

Frequency:   02/17/16 -
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

Sedimentation rate, manual [199409824]

| | |
|---|---|
| Electronically signed by: William Eugene Davis, MD on 02/17/16 1534 | Status: Completed |
| Ordering user: William Eugene Davis, MD 02/17/16 1534     Authorized by: William Eugene Davis, MD | |
| Ordering mode: Standard | |

Frequency:   02/17/16 -
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0541

1G053170001

NOMC RHEUMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
ED Record

CRESPO,PAIGE FRIDAY  
MRN: 1773053  
DOB:    ', Sex: F  
Acct #: 12014526500  
Enc. Date 02/17/16

## Clinical Orders (continued)

### Sedimentation rate, manual [1994098241] (continued)

### CBC auto differential [199409825]

Electronically signed by: William Eugene Davis, MD on 02/17/16 1534                          Status: **Active**  
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD  
Ordering mode: Standard  
Frequency: 02/17/16 –  
Diagnoses:  
  Undifferentiated connective tissue disease [M35.9]  
  Undifferentiated inflammatory arthritis [M06.4]

### Comprehensive metabolic panel [199409826]

Electronically signed by: William Eugene Davis, MD on 02/17/16 1534                          Status: **Active**  
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD  
Ordering mode: Standard  
Frequency: 02/17/16 –  
Diagnoses:  
  Undifferentiated connective tissue disease [M35.9]  
  Undifferentiated inflammatory arthritis [M06.4]

### Urinalysis [199409827]

Electronically signed by: William Eugene Davis, MD on 02/17/16 1534                          Status: **Completed**  
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD  
Ordering mode: Standard  
Frequency: 02/17/16 –  
Diagnoses:  
  Undifferentiated connective tissue disease [M35.9]  
  Undifferentiated inflammatory arthritis [M06.4]

### ANA [199409828]

Electronically signed by: William Eugene Davis, MD on 02/17/16 1534                          Status: **Active**  
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD  
Ordering mode: Standard  
Frequency: 02/17/16 –  
Diagnoses:  
  Undifferentiated connective tissue disease [M35.9]  
  Undifferentiated inflammatory arthritis [M06.4]

### Rheumatoid factor [199409829]

Electronically signed by: William Eugene Davis, MD on 02/17/16 1534                          Status: **Active**  
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD  
Ordering mode: Standard  
Frequency: 02/17/16 –  
Diagnoses:  
  Undifferentiated connective tissue disease [M35.9]  
  Undifferentiated inflammatory arthritis [M06.4]

### Cyclic citrul peptide antibody, IgG [199413641]

Electronically signed by: William Eugene Davis, MD on 02/17/16 1534                          Status: **Active**  
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD  
Ordering mode: Standard  
Frequency: 02/17/16 –  
Diagnoses:  
  Undifferentiated connective tissue disease [M35.9]  
  Undifferentiated inflammatory arthritis [M06.4]

## Other Orders

Liberty/Crespo 0542

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            ', Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Ambulatory consult to Rheumatology [185660309]

| Electronically signed by: **Stacy D. Siegendorf, MD** on 12/22/15 0451 | | Status: Active |
|---|---|---|
| Ordering user: Stacy D. Siegendorf, MD 12/22/15 0451 | Authorized by: Stacy D. Siegendorf, MD | |
| Ordering mode: Standard | Ordered during: Office Visit on 12/11/2015 | |

Frequency:  12/22/15 -
Diagnoses:
   Undifferentiated inflammatory arthritis [M06.4]

## Discharge Orders
   None

## ED Prescriptions

| Medication | Sig | Dispense | Start Date | End Date | Auth. Provider |
|---|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Expired) | Take 1.5 tablets (300 mg total) by mouth once daily. | 180 tablet | 2/17/2016 | 5/17/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet (Expired) | One by mouth once daily | 90 tablet | 2/17/2016 | 8/24/2016 | William Eugene Davis, MD |

## Allergies as of 8/31/2016
   No Known Allergies

## Discharge Instructions
   None

## Follow-up Information
   None

## Flowsheets (all recorded)

### Anthropometrics - Wed February 17, 2016

| | 1457 | | | |
|---|---|---|---|---|
| **Anthropometrics** | | | | |
| Height | 5' 6" (1.676 m) -VJ | | | |
| Weight | 61.5 kg (135 lb 9.6 oz) -VJ | | | |
| Weight Change | 0 -VJ | | | |
| BMI (Calculated) | 21.9 -VJ | | | |

### Custom Formula Data - Wed February 17, 2016

| | 1457 | | | |
|---|---|---|---|---|
| **OTHER** | | | | |
| TPA Recommendation | 55.4 mg -VJ | | | |
| Bolus Dose | 5.5 mg -VJ | | | |
| Infusion Dose | 49.8 mg -VJ | | | |
| BMI (Calculated) | 21.9 -VJ | | | |
| Predicted Distance | 490.65 -VJ | | | |
| BSA (Calculated - sq m) | 1.69 sq meters -VJ | | | |
| IBW/kg (Calculated) Male | 63.8 kg -VJ | | | |
| Low Range Vt 6cc/kg MALE | 382.8 mL -VJ | | | |
| Adult Moderate Range Vt 8cc/kg MA | 510.4 mL -VJ | | | |
| Adult High Range Vt 10cc/kg MALE | 638 mL -VJ | | | |
| IBW/kg (Calculated) Female | 59.3 kg -VJ | | | |
| Low Range Vt 6cc/kg FEMALE | 355.8 mL -VJ | | | |
| Adult Moderate Range vt | 474.4 mL -VJ | | | |

Liberty/Crespo 0543

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:         Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Wed February 17, 2016 (continued)

|  | 1457 |  |  |  |  |
|---|---|---|---|---|---|
| 8cc/kg FEMALE |  |  |  |  |  |
| Adult High Range Vt 10cc/kg FEMALE | 593 mL -VJ |  |  |  |  |
| Weight in (lb) to have BMI = 25 | 154.6 -VJ |  |  |  |  |
| IBW/kg (Calculated) | 59.3 -VJ |  |  |  |  |
| Low Range Vt 6cc/kg | 355.6 mL -VJ |  |  |  |  |
| Adult Moderate Range Vt 8cc/kg | 474.4 mL -VJ |  |  |  |  |
| Adult High Range Vt 10cc/kg | 593 mL -VJ |  |  |  |  |
| **Measurements (Adult/Pediatric)** |  |  |  |  |  |
| BMI (kg/m2) | 21.93 -VJ |  |  |  |  |
| **Anthropometrics** |  |  |  |  |  |
| Ideal Body Weight (IBW), Female | 59.98 -VJ |  |  |  |  |
| Ideal Body Weight (IBW), Male (kg) | 65.3 -VJ |  |  |  |  |
| % Ideal Body Weight | 49.2 -VJ |  |  |  |  |
| **General History** |  |  |  |  |  |
| BMI (Calculated) | 21.9 -VJ |  |  |  |  |
| **Interpretation** |  |  |  |  |  |
| Predicted Distance Meters (Calculated) | 631.24 meters -VJ |  |  |  |  |

### Encounter Vitals - Wed February 17, 2016

|  | 1457 |  |  |  |  |
|---|---|---|---|---|---|
| **Enc Vitals** |  |  |  |  |  |
| BP | 128/76 -VJ |  |  |  |  |
| Pulse | 73 -VJ |  |  |  |  |
| Weight | 61.5 kg (135 lb 9.6 oz) -VJ |  |  |  |  |
| Height | 5' 6" (1.676 m) -VJ |  |  |  |  |

### Multi-Dimensional Health Assessment Questionnaire - Wed February 17, 2016

|  | 1500 |  |  |  |  |
|---|---|---|---|---|---|
| **OTHER** |  |  |  |  |  |
| MDHAQ Score | 0 -VJ |  |  |  |  |
| Psychologic Score | 0 -VJ |  |  |  |  |
| Pain Score | 0 -VJ |  |  |  |  |
| Fatigue Score | 0 -VJ |  |  |  |  |
| Global Health Score | 4 -VJ |  |  |  |  |
| RAPID3 Score | 1.33 -VJ |  |  |  |  |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| VJ | Vanessa C Jackson, RN | 06/12/12 - | Registered Nurse | Nurse |

## Encounter Information - Office Visit

### Reason for Visit

Disease Management

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0544

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Encounter Information - Office Visit (continued)

**Reason for Visit (continued)**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Undifferentiated connective tissue disease  – Primary | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | |
| Undifferentiated inflammatory arthritis | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | |

### Non-Hospital Problems as of 2/17/2016

Reviewed: 2/17/2016 by William Eugene Davis, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7 ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1 ICD-9-CM: 626.6 | 1/6/2015 – 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710 ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83 ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2 ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0 ICD-9-CM: 626.2 | 9/19/2014 – 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2 ICD-9-CM: 621.2 | 1/6/2015 – 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9 ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9 ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0 ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9 ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899 ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40 ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |

Generated on 8/31/2016  1:35 PM

Page 488

Liberty/Crespo 0545

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Encounter Information - Office Visit (continued)

| Non-Hospital Problems as of 2/17/2016 (continued) | Reviewed: 2/17/2016 by William Eugene Davis, MD | |
|---|---|---|
| | Codes | Noted - Resolved |
| RESOLVED: Headache | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7 ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462 ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90 ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | ICD-10-CM: R33.9 ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05 ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89 ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569 ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9 ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5 ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00 ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1 ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8 ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2 ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89 ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0 ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1 ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51 ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90 ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |
| RESOLVED: Hx of basal cell carcinoma | ICD-10-CM: Z85.828 ICD-9-CM: V10.83 | 12/22/2015 - 12/22/2015 |

### Allergies as of 8/31/2016

No Known Allergies

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0546

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Encounter Information - Office Visit (continued)

### Immunizations as of 2/17/2016                                                    Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 02/17/16 1457 | 128/76 | VJ | 02/17/16 1457 | Current |
| Pulse | | | | |
| 02/17/16 1457 | 73 | VJ | 02/17/16 1457 | Current |
| Weight | | | | |
| 02/17/16 1457 | 61.5 kg (135 lb 9.6 oz) | VJ | 02/17/16 1457 | Current |
| Height | | | | |
| 02/17/16 1457 | 5' 6" (1.676 m) | VJ | 02/17/16 1457 | Current |

User Key                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| VJ | 06/12/12 - | Vanessa C Jackson, RN | Registered Nurse | Nurse |

### Medical History

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |

Generated on 8/31/2016  1:35 PM                                              Page 490

Liberty/Crespo 0547

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Encounter Information - Office Visit (continued)

### Surgical History (continued)

| Procedure | Laterally | Date | Comment |
|---|---|---|---|
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 2/17/2016

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc as of 2/17/2016**

Social Documentation
CRNA in abdominal transplant
3 kids

### Tobacco Use as of 2/17/2016

Never smoked or used smokeless tobacco.

### Alcohol Use as of 2/17/2016

Yes; 1.8 oz total alcohol per week; 3 Glasses of wine.
Comments: social

### Drug Use as of 2/17/2016

No.

### Sexual Activity as of 2/17/2016

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 2/17/2016

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 2/17/2016

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |

Generated on 8/31/2016 1:35 PM

Page 491

Liberty/Crespo 0548

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Encounter Information - Office Visit (continued)

### Family History as of 2/17/2016 (continued)

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 2/17/2016

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 2/17/2016

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 2/17/2016

| Gravida | Para | Abortions | SAB | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | |

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Vanessa C Jackson, RN | 2/17/2016 2:57 PM | Tobacco |

## Medications

### Outpatient Medications at Start of Encounter as of 2/17/2016

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab (Taking)<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral<br>Class: Historical Med | | | 1/31/2015 | 8/24/2016 |

> Ann M Haas, RN 5/12/2015 2:34 PM
> Patient not currently taking at this time

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream (Taking)<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | 8/19/2016 |

> Ann M Haas, RN 5/12/2015 2:32 PM
> Pt not currently on in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)<br>Sig - Route: Take by mouth. - Oral<br>Class: Historical Med | | | | 4/26/2016 |

> Ann M Haas, RN 5/12/2015 2:33 PM
> Not currently taking while in hospital

Liberty/Crespo 0549

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            , Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/17/2016 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking/Discontinued) | 180 tablet | 1 | 10/22/2015 | 2/17/2016 |
| Sig: TAKE 2 TABLETS ONE TIME DAILY. Reason for Discontinue: Reorder | | | | |
| quinacrine (QUINACRINE) 100 mg tablet (Taking/Discontinued) | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| Sig: One by mouth once daily Reason for Discontinue: Reorder | | | | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking) | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | | | | |
| zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued) | | | | 2/17/2016 |
| Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral Class: Historical Med | | | | |
| Ann M Haas, RN 5/12/2015 2:35 PM Patient not currently taking at this time | | | | |
| desonide (DESOWEN) 0.05 % lotion | 59 mL | 1 | 11/18/2015 | 2/24/2016 |
| Sig - Route: Apply topically 2 (two) times daily. X 1-2 wks then prn flares only - Topical | | | | |
| fluocinonide 0.05% (LIDEX) 0.05 % cream (Discontinued) | 60 g | 1 | 12/23/2015 | 2/17/2016 |
| Sig: AAA BID x 1-2 wks then prn flares only. Avoid face, armpits, and groin. Reason for Discontinue: Patient no longer taking | | | | |
| ketoconazole (NIZORAL) 2 % cream (Discontinued) | 60 g | 1 | 11/18/2015 | 2/17/2016 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical Reason for Discontinue: Patient no longer taking | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking) | 180 tablet | 1 | 2/17/2016 | 5/17/2016 |
| Sig: Take 1.5 tablets (300 mg total) by mouth once daily. Route: Oral | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Taking) | | | 1/31/2015 | 8/24/2016 |
| Sig: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day Class: Historical Med Route: Oral | | | | |
| conjugated estrogens (PREMARIN) vaginal cream (Taking/Discontinued) | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter Reason for Discontinue: Reorder | | | | |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking/Discontinued) | | | | 4/26/2016 |
| Sig: Take by mouth. Class: Historical Med Route: Oral Reason for Discontinue: Patient no longer taking | | | | |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking/Discontinued) | 180 tablet | 1 | 10/22/2015 | 2/17/2016 |
| Sig: TAKE 2 TABLETS ONE TIME DAILY. Reason for Discontinue: Reorder | | | | |
| pregabalin (LYRICA) 50 MG capsule (Taking/Discontinued) | | | | 4/21/2016 |

Generated on 8/31/2016  1:35 PM

Page 493

Liberty/Crespo 0550

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:              Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 50 mg by mouth 2 (two) times daily. Class: Historical Med Route: Oral Reason for Discontinue: Patient no longer taking |  |  |  |  |
| quinacrine (QUINACRINE) 100 mg tablet (Taking/Discontinued) Sig: One by mouth once daily Reason for Discontinue: Reorder | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| quinacrine (QUINACRINE) 100 mg tablet (Taking/Discontinued) Sig: One by mouth once daily Reason for Discontinue: Duplicate Order | 90 tablet | 1 | 2/17/2016 | 8/24/2016 |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking/Discontinued) Sig: Take 1 tablet (120 mg total) by mouth every evening. Route: Oral Reason for Discontinue: Patient no longer taking | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued) Sig: Take 5 mg by mouth. 1 Tablet Oral Every evening Class: Historical Med Route: Oral |  |  |  | 2/17/2016 |

**Ordered Medications**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet Sig - Route: Take 1.5 tablets (300 mg total) by mouth once daily. - Oral | 180 tablet | 1 | 2/17/2016 | 5/17/2016 |
| quinacrine (QUINACRINE) 100 mg tablet (Discontinued) Sig: One by mouth once daily Reason for Discontinue: Duplicate Order | 90 tablet | 1 | 2/17/2016 | 8/24/2016 |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0551

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            ;, Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Lab and Imaging Orders

### C-reactive protein

Electronically signed by: **William Eugene Davis, MD on 02/17/16 1534**                                    Status: **Completed**
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD
Ordering mode: Standard
Frequency: 02/17/16 -
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

### Sedimentation rate, manual

Electronically signed by: **William Eugene Davis, MD on 02/17/16 1534**                                    Status: **Completed**
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD
Ordering mode: Standard
Frequency: 02/17/16 -
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

### CBC auto differential

Electronically signed by: **William Eugene Davis, MD on 02/17/16 1534**                                    Status: **Active**
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD
Ordering mode: Standard
Frequency: 02/17/16 –
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

### Comprehensive metabolic panel

Electronically signed by: **William Eugene Davis, MD on 02/17/16 1534**                                    Status: **Active**
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD
Ordering mode: Standard
Frequency: 02/17/16 -
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

### Urinalysis

Electronically signed by: **William Eugene Davis, MD on 02/17/16 1534**                                    Status: **Completed**
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD
Ordering mode: Standard
Frequency: 02/17/16 -
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

### ANA

Electronically signed by: **William Eugene Davis, MD on 02/17/16 1534**                                    Status: **Active**
Ordering user: William Eugene Davis, MD 02/17/16 1534        Authorized by: William Eugene Davis, MD
Ordering mode: Standard
Frequency: 02/17/16 -
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

### Rheumatoid factor

Generated on 8/31/2016 1:35 PM                                                          Page 495

Liberty/Crespo 0552

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Lab and Imaging Orders (continued)

### Rheumatoid factor (continued)

Electronically signed by: **William Eugene Davis, MD on 02/17/16 1534**                                                  Status:  Active
Ordering user:  William Eugene Davis, MD 02/17/16 1534          Authorized by:  William Eugene Davis, MD
Ordering mode:  Standard
Frequency:  02/17/16 –
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

### Cyclic citrul peptide antibody, IgG

Electronically signed by: **William Eugene Davis, MD on 02/17/16 1534**                                                  Status:  Active
Ordering user:  William Eugene Davis, MD 02/17/16 1534          Authorized by:  William Eugene Davis, MD
Ordering mode:  Standard
Frequency:  02/17/16 –
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

Liberty/Crespo 0553

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Other Orders

### Ambulatory consult to Rheumatology

| | |
|---|---|
| Electronically signed by: **Stacy D. Siegendorf, MD on 12/22/15 0451** | Status: **Active** |
| Ordering user: Stacy D. Siegendorf, MD 12/22/15 0451 | Authorized by: Stacy D. Siegendorf, MD |
| Ordering mode: Standard | Ordered during: Office Visit on 12/11/2015 |

Frequency: 12/22/15 –
Diagnoses:
  Undifferentiated inflammatory arthritis [M06.4]

### pregabalin (LYRICA) 50 MG capsule

| | |
|---|---|
| Electronically signed by: **Vanessa C Jackson, RN on 02/17/16 1500** | Status: **Discontinued** |
| Ordering user: Vanessa C Jackson, RN 02/17/16 1500 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: BID - 04/21/16 | Discontinued by: Trenise N. Anderson, MA 04/21/16 0846 [Patient no longer taking] |

### expressed human breast milk (EXPRESSED HUMAN BREAST MILK)

| | |
|---|---|
| Electronically signed by: **William Eugene Davis, MD on 02/17/16 1516** | Status: **Discontinued** |
| Ordering user: William Eugene Davis, MD 02/17/16 1516 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |
| Frequency: 02/03/16 - 02/24/16 | Discontinued by: Andrea Jones, MA 02/24/16 1115 [Patient no longer taking] |

### zolpidem (AMBIEN) 10 mg Tab

| | |
|---|---|
| Electronically signed by: **William Eugene Davis, MD on 02/17/16 1516** | Status: **Active** |
| Ordering user: William Eugene Davis, MD 02/17/16 1516 | Authorized by: Historical Provider, MD |
| Ordering mode: Standard | |

Frequency: 01/06/16 – Until Discontinued

### hydroxychloroquine (PLAQUENIL) 200 mg tablet

| | |
|---|---|
| Electronically signed by: **William Eugene Davis, MD on 02/17/16 1526** | Status: **Expired** |
| Ordering user: William Eugene Davis, MD 02/17/16 1526 | Authorized by: William Eugene Davis, MD |
| Ordering mode: Standard | |

Frequency: Daily 02/17/16 - 90 Days
Diagnoses:
  Undifferentiated connective tissue disease [M35.9]
  Undifferentiated inflammatory arthritis [M06.4]

### quinacrine (QUINACRINE) 100 mg tablet

| | |
|---|---|
| Electronically signed by: **William Eugene Davis, MD on 02/17/16 1527** | Status: **Discontinued** |
| Ordering user: William Eugene Davis, MD 02/17/16 1527 | Authorized by: William Eugene Davis, MD |
| Ordering mode: Standard | |
| Frequency: 02/17/16 – 08/24/16 | Discontinued by: Starr Joaquin, RN 08/24/16 1310 [Duplicate Order] |

Diagnoses:
  Undifferentiated connective tissue disease [M35.9]

| Result | C-reactive protein (Order:199409823) |
|---|---|

| Result | Sedimentation rate, manual (Order:199409824) |
|---|---|

---

Generated on 8/31/2016 1:35 PM                                                    Page 497

Liberty/Crespo 0554

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

| Result | CBC auto differential (Order 199409825) |
|---|---|
| Result | Comprehensive metabolic panel (Order 199409826) |
| Result | Urinalysis (Order 199409827) |
| Result | ANA (Order 199409828) |
| Result | Rheumatoid factor (Order 199409829) |
| Result | Cyclic citrul peptide antibody, IgG (Order 199413841) |
| Result | quinacrine (QUINACRINE) 100 mg tablet (Order 199409822) |
| Result | hydroxychloroquine (PLAQUENIL) 200 mg tablet (Order 199409821) |
| Result | expressed human breast milk (EXPRESSED HUMAN BREAST MILK) (Order 199409819) |
| Result | zolpidem (AMBIEN) 10 mg Tab (Order 199409820) |
| Result | pregabalin (LYRICA) 50 MG capsule (Order 180956159) |
| Result | Ambulatory consult to Rheumatology (Order 185660309) |

**Encounter Messages**

**Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| System Message Myochsner | Paige Friday Crespo | 2/10/2016  4:04 AM |

Last Read in Patient Portal
2/25/2016  7:38 AM by Paige Friday Crespo

Appointment Information

Provider:William Eugene Davis, MD
Date:2/17/16
Time:2:30 PM

Department
Jeff Hwy - Rheumatology
1514 Jefferson Hwy
New Orleans, LA 70121-2429
Atrium - 5th Floor

Generated on 8/31/2016  1:35 PM

Page 498

Liberty/Crespo 0555

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:         , Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Encounter Messages (continued)

504-842-3920
<a href="http://www.ochsner.org/locations/ochsner_main_campus/"target="_blank">Location Information</a>
<a href="https://maps.google.com/maps?daddr=1514+jefferson+hwy,+New+Orleans,+LA+70121" target="_blank">Driving Directions</a>

Appointment Instructions:
Please arrive 15 minutes prior to your appointment. Bring all previous medical records and films along with the list of current medications and insurance card.

Need to change your appointment?
To change your appointment online, first cancel your appointment and then schedule a new one. Or call us to change your appointment at 1-866-OCHSNER (624-7637).

Need to cancel your appointment?
If you are using the MyOchsner App, please visit the homepage to access your appointment and click "Cancel". For all other users, please click Epichttp://apptcancelpage[here] to cancel your appointment.

## Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| System Message Myochsner | Paige Friday Crespo | 10/8/2015 1:56 PM |

Last Read in Patient Portal
1/7/2016  :01 PM by Paige Friday Crespo
Appointment Information:
  Visit Type: Established Patient Visit
    Dept: Jeff Hwy - Rheumatology  Provider: William Eugene Davis
    Date: 2/17/2016        Time: 2:30 PM

Appt Status: Scheduled

Appt Instructions: Please arrive 15 minutes prior to your appointment. Bring
                all previous medical records and films along with the
                list of current medications and insurance card.

        Jeff Hwy - Rheumatology
        1514 JEFFERSON HWY
        NEW ORLEANS, LA 70121-2429
        504-842-3920

## Progress Notes

### Progress Notes by William Eugene Davis, MD at 2/17/2016 3:17 PM

| Author: William Eugene Davis, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 2/17/2016 3:34 PM | Encounter Date: 2/17/2016 | Status: Signed |
| Editor: William Eugene Davis, MD (Physician) | | |

## Subjective:

**Patient ID:** Paige Friday Crespo is a 43 y.o. female.

**Chief Complaint:** Disease Management

Generated on 8/31/2016 1:35 PM

Page 499

Liberty/Crespo 0556

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

**Progress Notes (continued)**

Progress Notes by William Eugene Davis, MD at 2/17/2016  3:17 PM (continued)

HPI
She has a history of undifferentiated CTD, possibly primary Sjogren's; presented in 2011 with bilateral wrist synovitis; serology neg except pos ANA, synovial biopsy negative; other sx include sicca complex
HCQ since 2011
Quinacrine added Aug 2014

Hx subarachnoid hem 2015

Quinacrine 100 / d
HCQ 200 bid
Gluten free diet

No joint swelling
No joint pain
Running; weights no physical limitation

Review of Systems
Constitutional: Negative for fever, fatigue and unexpected weight change.
HENT: Negative for mouth sores.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain and diarrhea.
Skin: Negative for rash.
  **Papular skin lesions on trunk ; abd and lower back**
**Photosensitive pink skin**
Neurological: Negative for headaches.
Psychiatric/Behavioral: Negative for sleep disturbance.

Dry eyes
Dry mouth

**Objective:**
BP 128/76 mmHg | Pulse 73 | Ht 5' 6" (1.676 m) | Wt 61.508 kg (135 lb 9.6 oz) | BMI 21.90 kg/m2 | LMP 12/23/2014

Physical Exam
Constitutional: She is well-developed, well-nourished, and in no distress.
**No Raynauds**
HENT:
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal heart sounds.
Pulmonary/Chest: Breath sounds normal.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert.
Skin: No rash noted.

Generated on 8/31/2016  1:35 PM                                    Page 500

Liberty/Crespo 0557

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Progress Notes (continued)

Progress Notes by William Eugene Davis, MD at 2/17/2016 3:17 PM (continued)
**Scattered pink papules 1-2 mm diameter; abdomen and back**
Musculoskeletal:
**No synovitis**

## Assessment:

1.    **Undifferentiated connective tissue disease**
2.    Undifferentiated inflammatory arthritis
3.    Mixed incontinence urge and stress (male)(female)

## Plan:

1. Reduce HCQ to 5 mg/kg to minimize retinal risk
2. Cont quinacrine 100/d
3. RTC 6 mo with lab

Electronically signed by William Eugene Davis, MD on 2/17/2016 3:34 PM

Contacts

| | Type | Contact | Phone |
|---|---|---|---|
| 02/16/2016 09:05 AM | Text Message (Outgoing) | | |

Reminder from Ochsner: appointment tomorrow at 2:30 PM at Jeff Hwy - Rheumatology. Text HELP1 for help, INFO for info, CANCEL to cancel appt.

Follow-up and Disposition History

02/17/2016 1534 - William Eugene Davis, MD

| | |
|---|---|
| Disposition: | Return in about 6 months (around 8/17/2016). |
| Check-out Note: | 6 mo with lab 1 week before |

02/17/2016 1528 - William Eugene Davis, MD

| | |
|---|---|
| Disposition: | Return in about 6 months (around 8/17/2016). |

Follow-up Information

None

Follow Up Call

No data filed

## Flowsheets (all recorded)

Generated on 8/31/2016 1:35 PM                                                    Page 501

Liberty/Crespo 0558

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:         , Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Flowsheets (all recorded) (continued)

### Anthropometrics - Wed February 17, 2016

|  | 1457 |  |  |  |
|---|---|---|---|---|
| **Anthropometrics** |  |  |  |  |
| Height | 5' 6" (1.676 m) -vJ |  |  |  |
| Weight | 61.5 kg (135 lb 9.6 oz) -vJ |  |  |  |
| Weight Change | 0 -vJ |  |  |  |
| BMI (Calculated) | 21.9 -vJ |  |  |  |

### Custom Formula Data - Wed February 17, 2016

|  | 1457 |  |  |  |
|---|---|---|---|---|
| **OTHER** |  |  |  |  |
| TPA Recommendation | 55.4 mg -vJ |  |  |  |
| Bolus Dose | 5.5 mg -vJ |  |  |  |
| Infusion Dose | 49.8 mg -vJ |  |  |  |
| BMI (Calculated) | 21.9 -vJ |  |  |  |
| Predicted Distance | 490.65 -vJ |  |  |  |
| BSA (Calculated - sq m) | 1.69 sq meters -vJ |  |  |  |
| IBW/kg (Calculated) Male | 63.8 kg -vJ |  |  |  |
| Low Range Vt 6cc/kg MALE | 382.8 mL -vJ |  |  |  |
| Adult Moderate Range Vt 8cc/kg MA | 510.4 mL -vJ |  |  |  |
| Adult High Range Vt 10cc/kg MALE | 638 mL -vJ |  |  |  |
| IBW/kg (Calculated) Female | 59.3 kg -vJ |  |  |  |
| Low Range Vt 6cc/kg FEMALE | 355.8 mL -vJ |  |  |  |
| Adult Moderate Range vt 8cc/kg FEMALE | 474.4 mL -vJ |  |  |  |
| Adult High Range Vt 10cc/kg FEMALE | 593 mL -vJ |  |  |  |
| Weight in (lb) to have BMI = 25 | 154.6 -vJ |  |  |  |
| IBW/kg (Calculated) | 59.3 -vJ |  |  |  |
| Low Range Vt 6cc/kg | 355.8 mL -vJ |  |  |  |
| Adult Moderate Range Vt 8cc/kg | 474.4 mL -vJ |  |  |  |
| Adult High Range Vt 10cc/kg | 593 mL -vJ |  |  |  |
| **Measurements (Adult/Pediatric)** |  |  |  |  |
| BMI (kg/m2) | 21.93 -vJ |  |  |  |
| **Anthropometrics** |  |  |  |  |
| Ideal Body Weight (IBW), Female | 59.98 -vJ |  |  |  |
| Ideal Body Weight (IBW), Male (kg) | 65.3 -vJ |  |  |  |
| % Ideal Body Weight | 49.2 -vJ |  |  |  |
| **General History** |  |  |  |  |
| BMI (Calculated) | 21.9 -vJ |  |  |  |
| **Interpretation** |  |  |  |  |
| Predicted Distance Meters (Calculated) | 631.24 meters -vJ |  |  |  |

### Multi-Dimensional Health Assessment Questionnaire - Wed February 17, 2016

|  | 1500 |  |  |  |
|---|---|---|---|---|
| **OTHER** |  |  |  |  |
| MDHAQ Score | 0 -vJ |  |  |  |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0559

1G053170001

NOMC RHEUMATOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12014526500
Enc. Date 02/17/16

## Flowsheets (all recorded) (continued)

**Multi-Dimensional Health Assessment Questionnaire - Wed February 17, 2016 (continued)**

|  | 1500 |  |  |  |  |
|---|---|---|---|---|---|
| Psychologic Score | 0 -VJ |  |  |  |  |
| Pain Score | 0 -VJ |  |  |  |  |
| Fatigue Score | 0 -VJ |  |  |  |  |
| Global Health Score | 4 -VJ |  |  |  |  |
| RAPID3 Score | 1.33 -VJ |  |  |  |  |

**User Key**                                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| VJ | Vanessa C Jackson, RN | 06/12/12 - | Registered Nurse | Nurse |

Liberty/Crespo 0560

1G053170001

NOMH CT SCAN
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Acct #: 12014791981
Adm: 3/1/2016

## Radiology Results (continued)

**RADIOLOGY REPORT [201780102] (continued)**          Resulted: 03/01/16 0000, Result status: Final result
    Ordering provider:    Historical Provider, MD  03/01/16 0000

**CTA Head [199413649]**                               Resulted: 03/01/16 1402, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Marcus L. Ware, MD  03/01/16 1014 | Resulted by: | James M Milburn, MD |
| | | | Jeffrey Bruce Levine, MD |
| Performed: | 03/01/16 1020 - 03/01/16 1039 | Resulting lab: | OCHS TALK TECHNOLOGY |

Narrative:
Time of Procedure: 09/22/13 20:17:00
Accession # 21320617

Technique: CT of the head before and after the administration of 75 cc Omnipaque 350 IV contrast.

Comparison: CTA head 6/17/2015

Findings:

CT head: There is no evidence of acute or recent major vascular territory cerebral infarction, parenchymal hemorrhage, or intra-axial mass. Metallic density noted in the right parietal cortex consistent with right distal MCA clipping with surrounding temporoparietal hypodensity. Right frontal cortex demonstrates a small extra-axial fluid collection adjacent to the dura plasty slightly more dense than prior however similar in size. Right interhemispheric extra-axial hyperdense lesion again noted measuring 0.7-cm. The ventricular system is within normal limits of size for age. Osseous defects consistent with right frontotemporalparietal craniotomy demonstrated. The extracranial soft tissues are unremarkable. The visualized paranasal sinuses and mastoid air cells are clear.

CTA: The right M1 segment is relatively more narrow than the left M1 segment without beading or evidence of high-grade stenosis. The visualized internal carotid arteries are unremarkable. The intracranial anterior circulation demonstrates distal right MCA aneurysm clip. The visualized bilateral vertebral arteries, basilar artery, and intracranial posterior circulation are patent without focal stenosis or aneurysm.
Impression:


No detrimental change in this patient status post right distal MCA aneurysm clipping. No evidence of residual aneurysm or recurrence.

Stable size right frontal subdural collection, measuring 0.5-cm.

Stable size of right interhemispheric extra-axial hyperdense lesion, likely a meningioma measuring 0.7-cm.

---

Electronically signed by resident: JEFFREY LEVINE MD
Date:                          03/01/16
Time:                          11:58



As the supervising and teaching physician, I personally reviewed the images and resident's interpretation and I agree with the findings.



Electronically signed by:  JAMES MILBURN MD
Date:                          03/01/16
Time:                          14:02

**Testing Performed By**

Generated on 8/31/2016 1:35 PM                                                      Page 572

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:                Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Reason for Visit**

Pain

**Diagnoses**

| | | |
|---|---|---|
| SAH (subarachnoid hemorrhage)   - Primary | ICD-10-CM: I60.9<br>ICD-9-CM: 430 | |

**Problem List as of 9/11/2015**                                                                 Date Reviewed: 9/11/2015

| | | |
|---|---|---|
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9<br>ICD-9-CM: 710.9 | 9/13/2012 -<br>Present |

Overview Addendum 1/3/2014  3:19 PM by William Eugene Davis, MD

Pos ANA
Inflamm arthritis
Dry eyes, dry mouth, etc
fatigue

| | | |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91<br>ICD-9-CM: 173.91 | 9/13/2012 -<br>Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223<br>ICD-9-CM: 370.33 | 1/2/2013 -<br>Present |

Overview Signed 1/2/2013  2:34 PM by William E. Davis, MD

Does have pos ANA and inflamm arthritis

| | | |
|---|---|---|
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M08.4<br>ICD-9-CM: 714.9 | 1/2/2013 -<br>Present |

Overview Signed 1/2/2013  2:35 PM by William E Davis. MD

With pos ana

| | | |
|---|---|---|
| Xerostomia (Chronic) | ICD-10-CM: K11.7<br>ICD-9-CM. 527.7 | 1/3/2014 -<br>Present |
| Granuloma annulare | ICD-10-CM: L92.0<br>ICD-9-CM. 695.89 | 7/30/2014 -<br>Present |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710<br>ICD-9-CM. V88.01 | 1/12/2015 -<br>Present |
| Atrophic vaginitis | ICD-10-CM: N95.2<br>ICD-9-CM. 627.3 | 2/18/2015 -<br>Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46<br>ICD-9-CM. 788.33 | 2/18/2015 -<br>Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9<br>ICD-9-CM. 430 | 4/10/2015 -<br>Present |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9<br>ICD-9-CM. 431 | 4/10/2015 -<br>Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9<br>ICD-9-CM. 435.9 | 4/16/2015 -<br>Present |
| Cephalalgia | ICD-10-CM: R51<br>ICD-9-CM. 784.0 | 4/27/2015 -<br>Present |
| Closed head injury | ICD-10-CM: S09.90XA<br>ICD-9-CM. 959.01 | 5/5/2015 -<br>Present |
| Acquired skull defect | ICD-10-CM: M95.2<br>ICD-9-CM. 738.19 | 5/14/2015 -<br>Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899<br>ICD-9-CM. V58.69 | 5/15/2015 -<br>Present |

000337

Liberty/Crespo 0562

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:           Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Problem List as of 9/11/2015 (continued)**                                    Date Reviewed: 9/11/2015

| | | |
|---|---|---|
| Vision loss | ICD-10-CM: H54.7<br>ICD-9-CM: 369.9 | 6/3/2015 -<br>Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462<br>ICD-9-CM: 368.46 | 7/2/2015 -<br>Present |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA<br>ICD-9-CM: 995.3 | Unknown -<br>9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05<br>ICD-9-CM: 786.2 | 9/24/2012 -<br>9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89<br>ICD-9-CM: 624.8 | 4/26/2013 -<br>9/1/2015 |
| RESOLVED: Fatigue | ICD-10-CM: R53.83<br>ICD-9-CM: 780.79 | 1/3/2014 -<br>2/2/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569<br>ICD-9-CM: 719.46 | 6/11/2014 -<br>9/1/2015 |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | 9/19/2014 -<br>2/19/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9<br>ICD-9-CM: 625.9 | 1/6/2015 -<br>9/1/2015 |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1<br>ICD-9-CM: 626.6 | 1/6/2015 -<br>1/6/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2<br>ICD-9-CM: 621.2 | 1/6/2015 -<br>2/19/2015 |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40<br>ICD-9-CM: 348.30 | 4/10/2015 -<br>5/19/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 4/10/2015 -<br>9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5<br>ICD-9-CM: 348.4 | 4/10/2015 -<br>9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00<br>ICD-9-CM: 518.81 | 4/11/2015 -<br>9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1<br>ICD-9-CM: 276.52 | 4/13/2015 -<br>9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8<br>ICD-9-CM: 276.9 | 4/13/2015 -<br>9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | Unknown -<br>9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2<br>ICD-9-CM: 781.99 | 4/16/2015 -<br>9/1/2015 |
| RESOLVED: Headache | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/16/2015 -<br>5/19/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89<br>ICD-9-CM: 728.87 | 4/16/2015 -<br>9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0<br>ICD-9-CM: 431 | 4/27/2015 -<br>9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1<br>ICD-9-CM: 431 | 5/2/2015 -<br>9/1/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 5/2/2015 -<br>5/19/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/14/2015 -<br>9/1/2015 |
| RESOLVED: Opiate use | ICD-10-CM: F11.90<br>ICD-9-CM: 305.50 | 5/19/2015 -<br>8/17/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 5/19/2015 -<br>9/1/2015 |

Generated on 1/27/2016  9:22 AM

000338

Liberty/Crespo 0563

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Problem List as of 9/11/2015 (continued)

Date Reviewed: 9/11/2015

| | | |
|---|---|---|
| RESOLVED: Urinary retention | ICD-10-CM: R33.9<br>ICD-9-CM: 788.20 | 5/21/2015 -<br>8/17/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90<br>ICD-9-CM: 389.9 | 6/3/2015 -<br>9/1/2015 |
| ~~DELETED: Keratoconjunctivitis sicca of both eyes not specified as Sjogren's~~ | ~~ICD-10-CM: H18.223~~<br>~~ICD-9-CM: 370.33~~ | ~~1/2/2013~~<br>~~1/2/2013~~ |

~~Overview Signed 1/2/2013 3:29 PM by William E. Davis, MD~~

**Dry eyes Dec 2012**

## Allergies as of 1/27/2016

No Known Allergies

## Immunizations as of 9/11/2015

Never Reviewed

No immunizations on file.

## Outpatient Medications at Start of Encounter as of 9/11/2015

conjugated estrogens (PREMARIN) vaginal     30 g          12          2/18/2015
cream (Taking)
Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter

    Ann M Haas, RN 5/12/2015 2:32 PM
    Pt not currently on in hospital

ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D
ORAL) (Taking)
  Sig - Route: Take by mouth. - Oral
  Class: Historical Med

    Ann M Haas, RN 5/12/2015 2:33 PM
    Not currently taking while in hospital

pilocarpine (SALAGEN) 5 MG Tab (Taking)                          1/31/2015          3/20/2016
  Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral
  Class: Historical Med

    Ann M Haas, RN 5/12/2015 2:34 PM
    Patient not currently taking at this time

quinacrine (QUINACRINE) 100 mg tablet     90 tablet          1          7/10/2015
(Taking)
  Sig: One by mouth once daily

verapamil (CALAN-SR) 120 MG CR tablet     30 tablet          11          5/19/2015          5/18/2016
(Taking)
  Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral

zolpidem (AMBIEN) 5 MG Tab (Taking)
  Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral
  Class: Historical Med

    Ann M Haas, RN 5/12/2015 2:35 PM
    Patient not currently taking at this time

Generated on 1/27/2016 9:22 AM

Page 3

000339

Liberty/Crespo 0564

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:         ¦, Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Outpatient Medications at Start of Encounter as of 9/11/2015 (continued)

| | Qty | | Refills | Start | End |
|---|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking)<br>Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | | 7/10/2015 | 10/22/2015 |
| levetiracetam (KEPPRA) 500 MG Tab (Discontinued)<br>Class: Historical Med<br>Reason for Discontinue: Patient no longer taking | | | | 9/5/2015 | 9/11/2015 |

Kerceta Booker, MA 9/8/2015 9:34 AM
Received from: External Pharmacy

| | Qty | | Refills | Start | End |
|---|---|---|---|---|---|
| tamsulosin (FLOMAX) 0.4 mg Cp24 (Discontinued)<br>Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: Please fill ASAP<br>Reason for Discontinue: Patient no longer taking | 30 capsule | 6 | | 6/10/2015 | 9/11/2015 |

## Medications the Patient Reported Taking

| | Qty | | Refills | Start | End |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream (Taking)<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | | 2/18/2015 | |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Taking)<br>Sig: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day<br>Class: Historical Med<br>Route: Oral | | | | 1/31/2015 | 3/20/2016 |
| quinacrine (QUINACRINE) 100 mg tablet (Taking)<br>Sig: One by mouth once daily | 90 tablet | 1 | | 7/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking)<br>Sig: Take 1 tablet (120 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 11 | | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab (Taking)<br>Sig: Take 5 mg by mouth. 1 Tablet Oral Every evening<br>Class: Historical Med<br>Route: Oral | | | | | |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking/Discontinued)<br>Sig: TAKE 2 TABLETS ONE TIME DAILY.<br>Reason for Discontinue: Reorder | 180 tablet | 0 | | 7/10/2015 | 10/22/2015 |

## Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM

| | | |
|---|---|---|
| Author: Fawad A. Khan, MD | Service: (none) | Author Type: Physician |
| Filed: 9/21/2015 9:49 PM | Note Time: 9/11/2015 12:05 PM | Status: Signed |
| Editor: Fawad A. Khan, MD (Physician) | | |
| Related Notes: | Original Note by Fawad A. Khan, MD (Physician) filed at 9/11/2015 12:32 PM | |

●

Generated on 1/27/2016 9:22 AM

000340

Liberty/Crespo 0565

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:              Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Patient ID: Paige Friday Crespo is a 43 y.o. female.
Follow up:
The patient is a 43-year-old right-handed female who presents to the Neurology
Clinic for followup. Since her last visit, she denies any further seizures.
She reports complete resolution of her headaches. She stopped taking her Keppra
a few months ago after her last visit with Dr. Ware. She does drive short
distances at the moment. She is scheduled to undergo a driving test at the
rehab facility. She is also scheduled to undergo neuropsych testing. She
reports occasional itching at the scar site. This is not bothersome to her and
she does not want to try any medications for this. Lastly, the patient reports
being very engaged and busy despite not working. She is able to carry out all
her activities of daily living. She reports some mental fatigue with excessive
cognitive activy.
She denies any constipation

| Call Documentation |
| --- |
| Kizzy Mitchell, MA at 5/20/2015 3:09 PM |

Status: Signed
Expand All Collapse All
Returned will(Nurse) call. Spoke with patient's mom(Theresa) who stated that
around 8:30 this morning she got the patient put of bed. Patient sat on side of the
bed for a minute, mom proceeded to help patient to the restroom to empty her foley.
Mom states patient crumbled and fell. Mom caught patient. I asked mom did patient
hit her head and mom said no. There was no seizure activity per mom. Patient just
passed out. Patient talking in background, patient states she was not aware of what
happened. Patient states she remembers being really tired then waking up on the
floor as mom was calling her name. Patient's blood pressure was 96/58 which
usually runs low. Patient states on yesterday her husband noticed her smile was
crooked on the left side. Patient states that Will(Nurse) noticed her smile today.
Patient states that before surgery Dr. Ware informed her that there was a possibility
that this could happen. Patient and her mom would like a call back from Dr. Khan
regarding this information. I told patient and her mom that I would give Dr. Khan this
message. Sent message to Dr. Khan.
Per f/up conversation with my nurse, pt refused to go to ER

HPI
HISTORY OF PRESENT ILLNESS: The patient is a 43-year-old female who presents
with her mother to the Neurology Clinic for evaluation and management of
headaches. She describes her symptoms when she was diagnosed with cerebral
aneurysm. She was at the University Summit when she experienced an out of body
experience. This was followed by severe gripping headache. The symptoms
started 6:30 p.m. She was taken to the Emergency Room and was diagnosed with
cerebral aneurysm with hemorrhage and underwent aneurysm clipping by a 9:30 p.m.
The patient reports waking up from surgery with severe right frontotemporal
headache, which has persisted. The patient reports no change in symptoms after

Generated on 1/27/2016 9:22 AM

Page 5

000341

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**
the placement of the bone flap. Since starting amitriptyline and gabapentin on
Saturday, she reports an approximate 30 to 50% reduction in the severity of
pain. Today, her headache is 5/10.

**Headache history:**
Age of onset - 4/10/15
Location - R frontal
Nature of pain - Stabbing, throbbing
Prodrome - no
Aura - No
Duration of headache - > 4 hrs
Pain scale - range of intensity - 3-20/10
Frequency - Daily
Status Migrainosus history - yes
Time of day of most headaches- anytime

**Associated symptoms with the headache:**
Meningeal symptoms - photophobia +
Cluster headache symptoms: none
Symptoms of increased intracranial pressure: none
Basilar migraine symptoms:none

**Headache Triggers:** none

**Other comorbid conditions:**
Anxiety - no
Motion sickness symptoms - yes

**Treatment history:**
Resolution of headache with sleep - yes
Meds tried:
fioricet - help
dailudid - help
Oxycodone 10 mg - minimal relief
Dilaudid 8 mg - helps
Gabapentin - helps
Propranolol - unable to take
celebrex - still unable to get it
Elavil - sleepy
Last dose of Dilaudid - 5/21
Mobic - helped
Calan - helped

**Headache risk factors:**
H/o TBI - no
Craniotomy +
H/o Meningitis - no
Aneurysms - yes

Generated on 1/27/2016  9:22 AM

000342

Liberty/Crespo 0567

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Sleep is good
No pain related to staples

Inpatient note:
Presents with headaches. Patient reports significant improvement in HA since change in pain regimen yesterday, when pain was reported to be 20/10. Continues to require PO dilaudid 2/2 throbbing, however pain well controlled at this point. Pt feels well enough to be DCed from a pain standpoint. No other complaints. Have discussed for pt to FU with Acute Pain Service within 2 weeks.
Patient currently on Dilaudid PO 8 mg q3h PRN, Celecoxib 200 mg QD (x 3d), Gabapentin 300 mg TID, Propranolol 20 mg TID for HA and pain.

**Admit Date:** 5/14/2015
**Discharge Date and Time:** 5/17/2015
**Attending Physician:** Marcus L. Ware, MD
**Discharge Physician:** Jonathan W. Riffle
**Reason for Admission:** Cranioplasty
**Procedures Performed:** Procedure(s) (LRB):
CRANIOPLASTY/FRONTAL TEMPLE AND PARIATAL (Right)
Hospital Course: 43 y/o F with SAH HH3/Fisher 4 s/p prior clipping of ruptured R M3 aneurysm and hemicraniectomy 4/10/15 presents for cranioplasty to replace bone flap on 5/14/15. Pt tolerated the procedure well and there were no significant complications during procedure. Pt was transferred to floor in stable condition. During stay on floor pt suffered severe HAs and Anesthesia pain mgmt was consulted in order to find appropriate regimen. HAs are now well controlled and is now stable for discharge. Urology was also consulted for urinary retention as pt has hx of midurethral sling. She has required use of foley for the interim but will fu with urology for urodynamic study as outpt in 7 days. She will follow up with Anesthesia Pain in 14 days to reassess her pain control postoperatively. She is tolerating PO diet and has been ambulating. PT recs home with home health.

**Review of Systems**
Constitutional: Negative.
Eyes: neg
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Neg
Musculoskeletal: Negative.
Skin: Negative.
Neurological: neg
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Physical Exam**
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.

1.  S/p craniotomy

Generated on 1/27/2016 9:22 AM                                                    Page 7

000343

Liberty/Crespo 0568

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Dull ache likely relate blood products
Primary component of severe pain is from emergent craniotomy and damage to nerve endings
Other component of HA is vasosapasm

**Result Impression**

Expected postoperative changes of right frontotemporparietal craniotomy flap
replacement without significant complication.

Electronically signed by resident: KIRK LANGHEINZ MD
Date: 05/15/15
Time: 12:28
As the supervising and teaching physician, I personally reviewed the images and
resident's interpretation and I agree with the findings.
Electronically signed by: JAMES MILBURN MD
Date: 05/15/15
Time: 15:41

**Result Impression**

No significant detrimental change when compared to the exam dated 5-15-15. There
is a thin extra-axial low attenuation fluid collection underlying the craniotomy site that
is slightly more conspicuous than on the previous exam but demonstrates no
significant mass-effect or midline shift.

Electronically signed by resident: Carlos Gimenez MD
Date: 05/22/15
Time: 16:15

**Impression**

Evolving postoperative change right frontal parietal craniotomy and cranioplasty with
underlying right MCA mucin clipping.

Reduced size hypodense extra-axial collection underlies the craniotomy superficial to
the duraplasty suggestive for evolving subdural hygroma. No evidence for new
hemorrhage or new abnormal parenchymal attenuation.

Small extra-axial enhancing hyperdense lesion along the right aspect of the
interhemispheric fissure suggestive for meningioma.

CTA head: Moderate diffuse narrowing of the right M1 segment of the MCA
concerning for vasospasm without focal high-grade stenosis or occlusion.

Superimposed more distal right M2 MCA aneurysm surgical clips. No definite residual
or recurrent aneurysm allowing for limitation by CTA technique.

Electronically signed by: NOAH EMERSON DO

000344

Liberty/Crespo 0569

1G053170001

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:                , Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Date: 06/17/15
Time: 08:55

1. Pending driving test and Neuropsych testing
2. cont Calan 120 mg till April 2016
3. CTA head in May 2016

Patient verbalized understanding to plan. I answered all her questions to her satisfaction

Electronically signed by Fawad A. Khan, MD on 9/21/2015 9:49 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

KHAN, FAWAD A                                    9/11/2015 12:19 PM

**Disposition:**
Return if symptoms worsen or fail to improve.

**Follow-up:**
N/A

**Instructions:**
N/A

**Check-out Note:**
N/A

**Send Reminder:**
N/A

## END OF REPORT

000345

Liberty/Crespo 0570

1G053170001

Crespo, Paige Friday (MR # 1773053) DOB:

# Crespo, Paige Friday

MRN: 1773053
Description 43 year old female

**Progress Notes** Date of Service: 3/2/2016  1:05 PM

 Marcus L. Ware, MD
Neurosurgery

**Subjective:**
I, Jasmyne Hudson, am scribing for, and in the presence of, Dr. Marcus Ware.

**Patient ID:** Paige Friday Crespo is a 43 y.o. female.

**Chief Complaint:** No chief complaint on file.

HPI Pt is a 43 yo female with middle cerebral artery aneurysm who presents today for FU. Pt complains of LUE weakness. Pt reports losing 20 pounds prior to her aneurysm, but has since regained the weight. Pt states that she is doing well with no new complications, but has not returned to work. Pt still reports visual disturbance, due to her aneurysm. Pt is concerned about returning to work. Pt states her visual field has improved since last office visit.

Review of Systems
Constitutional: Negative for fever, activity change and fatigue.
HENT: Negative for facial swelling.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative for nausea, vomiting and diarrhea.
Genitourinary: Negative.
Musculoskeletal: Negative for myalgias, back pain and joint swelling.
Neurological: Negative for seizures, weakness, numbness and headaches.
Psychiatric/Behavioral: Negative.

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Neck: Neck supple.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit. She displays a negative Romberg sign. GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.

**Imaging:**
CTA head 3/2/2016 shows no evidence of residual aneurysm.

I, Dr. Marcus Ware, personally performed the services described in this documentation as scribed by Jasmyne Hudson in my presence, and it is both accurate and complete.

**Assessment:**

Crespo, Paige Friday (MR # 1773053) Printed by Sheria D Jones, LPN [205581] at 8/17/1... Page 1 of 2

000362

1G053170001

Crespo, Paige Friday (MR # 1773053) DOB:

Cerebral hemorrhage.
MCA aneurysm s/p clipping.

**Plan:**
I will schedule the pt a FU in October 2016. I will also schedule the pt a 1 year FU with CTA head.

I do not recommend that the pt return back to her previous career, due to her abnormal neurological psychic.

Electronically signed by Marcus L. Ware, MD at 3/2/2016  3:49 PM

Office Visit on 3/2/2016
   Note shared with patient

Liberty/Crespo 0572

1G053170001

Crespo, Paige Friday (MR # 1773053) DOB:

# Crespo, Paige Friday

MRN 1773053
Description: 44 year old female

**Progress Notes** Date of Service: 5/11/2016 11:37 AM

 Marcus L. Ware, MD
Neurosurgery

**Subjective:**
I, Jasmyne Hudson, am scribing for, and in the presence of, Dr. Marcus Ware.

**Patient ID:** Paige Friday Crespo is a 44 y.o. female.

**Chief Complaint:** Follow-up

HPI Pt is a 44 yo female with a right MCA aneurysm rupture s/p clipping who presents today for FU after CTA of head. On 4/10/2015 and 5/14/2015 the pt underwent a Cranioplasty. Pt states she is doing well with no new complications.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative for tremors, weakness, light-headedness, numbness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
Eyes: Pupils are equal, round, and reactive to light.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.

**Imaging:**
CTA of head 3/1/2016 shows a stable size of right interhemispheric extra-axial hyperdense lesion, likely a meningioma measuring 0.7-cm. I have personally reviewed the images with the pt.

I, Dr. Marcus Ware, personally performed the services described in this documentation as scribed by Jasmyne Hudson in my presence, and it is both accurate and complete.

**Assessment:**

Crespo, Paige Friday (MR # 1773053) Printed by Sheria D Jones, LPN [205581] at 8/17/1... Page 1 of 2

000364

PAGE 03/04                                                     5048426963      12:28  08/17/2016

1G053170001

Crespo, Paige Friday (MR # 1773053) DOB:


S/p Clipping of MCA aneurysm
**Plan:**
I will schedule the pt a 1 year FU with MRI and MRA of brain.
Electronically signed by Marcus L. Ware, MD at 5/11/2016 9:41 PM


Office Visit on 5/11/2016

000365

Liberty/Crespo 0574

1G053170001

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## Medical Summary

### Diagnoses

| | |
|---|---|
| Xerostomia | 527.7 |
| Undifferentiated inflammatory arthritis | 714.9 |
| Encounter for long-term (current) use of other medications | V58.69 |
| Undifferentiated connective tissue disease | 710.9 |

### Problem List as of 8/26/2015

Date Reviewed 8/17/2015

| | ICD-9-CM | Priority | Class | Noted-Resolved |
|---|---|---|---|---|
| Allergy | 995.3 | | | Unknown - Present |
| Undifferentiated connective tissue disease | 710.9 | | | 9/13/2012 - Present |

Overview Addendum 1/3/2014 3:19 PM by William Eugene Davis MD
Pos ANA
Inflamm arthritis
Dry eyes, dry mouth, etc
fatigue

| | | | | |
|---|---|---|---|---|
| Basal cell carcinoma | 173.91 | | | 9/13/2012 - Present |
| Cough productive of purulent sputum | 786.2 | | | 9/24/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | 370.33 | | | 1/2/2013 - Present |

Overview Signed 1/2/2013 2:34 PM by William E. Davis, MD
Does have pos ANA and inflamm arthritis

| | | | | |
|---|---|---|---|---|
| Undifferentiated inflammatory arthritis (Chronic) | 714.9 | | | 1/2/2013 - Present |

Overview Signed 1/2/2013 2:35 PM by William E. Davis, MD
With pos ana

| | | | | |
|---|---|---|---|---|
| Vulvar lesion | 624.8 | | | 4/26/2013 - Present |
| Xerostomia (Chronic) | 527.7 | | | 1/3/2014 - Present |
| Knee pain | 719.46 | | | 6/11/2014 - Present |
| Granuloma annulare | 695.89 | | | 7/30/2014 - Present |
| Unspecified symptom associated with female genital organs | 625.9 | | | 1/6/2015 - Present |
| S/P laparoscopic hysterectomy | V88.01 | | | 1/12/2015 - Present |
| Atrophic vaginitis | 627.3 | | | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | 788.33 | | | 2/18/2015 - Present |
| Seizure | 780.39 | | | 4/10/2015 - Present |
| Brain compression | 348.4 | | | 4/10/2015 - Present |
| SAH (subarachnoid hemorrhage) | 430 | | | 4/10/2015 - Present |
| ICH (intracerebral hemorrhage) | 431 | | | 4/10/2015 - Present |
| Acute respiratory failure | 518.81 | | | 4/11/2015 - Present |
| Hypovolemia | 276.52 | | | 4/13/2015 - Present |
| Electrolyte abnormality | 276.9 | | | 4/13/2015 - Present |
| Chest pain, unspecified | 786.50 | | | Unknown - Present |
| Elevated intracranial pressure | 781.99 | | | 4/16/2015 - Present |
| Vasospasm of cerebral artery | 435.9 | | | 4/16/2015 - Present |
| Acute left-sided weakness | 728.87 | | | 4/16/2015 - Present |
| Nontraumatic subcortical hemorrhage of cerebral hemisphere | 431 | | | 4/27/2015 - Present |
| Cephalalgia | 784.0 | | | 4/27/2015 - Present |
| Nontraumatic cortical hemorrhage of cerebral hemisphere | 431 | | | 5/2/2015 - Present |
| Closed head injury | 959.01 | | | 5/5/2015 - Present |
| Acquired skull defect | 738.19 | | | 5/14/2015 - Present |

Generated on 9/15/2015 4:30 PM

Page 1

000371

Liberty/Crespo 0575

1G053170001

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB          , Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## Visit Summary (Continued)

### Problem List as of 8/26/2015 (continued)

Date Reviewed: 8/17/2015

| Problem | ICD-9-CM | Priority | Class | Noted-Resolved |
|---|---|---|---|---|
| CHI (closed head injury) | 959.01 | | | 5/14/2015 - Present |
| Encounter for long-term (current) use of other medications | V58.69 | | | 5/15/2015 - Present |
| Severe frontal headaches | 784.0 | | | 5/19/2015 - Present |
| Hearing loss | 389.9 | | | 6/3/2015 - Present |
| Vision loss | 369.9 | | | 6/3/2015 - Present |
| Left homonymous hemianopsia | 368.46 | | | 7/2/2015 - Present |
| RESOLVED: Fatigue | 780.79 | | | 1/3/2014 - 2/2/2015 |
| RESOLVED: Excessive or frequent menstruation | 626.2 | | | 9/19/2014 - 2/19/2015 |
| RESOLVED: Metrorrhagia | 626.6 | | | 1/6/2015 - 1/6/2015 |
| RESOLVED: Enlarged uterus | 621.2 | | | 1/6/2015 - 2/19/2015 |
| RESOLVED: Encephalopathy | 348.30 | | | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | 784.0 | | | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | 780.39 | | | 5/2/2015 - 5/19/2015 |
| RESOLVED: Opiate use | 305.50 | | | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | 788.20 | | | 5/21/2015 - 8/17/2015 |
| ~~DELETED: Keratoconjunctivitis sicca of both eyes not specified as Sjogren's~~ | ~~370.33~~ | | | ~~1/2/2013 - 1/2/2013~~ |

~~Overview Signed 1/2/2013 2:22 PM by William E. Davis, MD~~
Dry eyes Dec 2012

### Allergies as of 9/15/2015

No Known Allergies

### Immunizations as of 8/26/2015

Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 8/26/2015

| Medication | Qty | Refills | Auth Prov | Refill Exp |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | |

Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter

Ann M Haas, RN 5/12/2015 2:32 PM
Pt not currently on in hospital

ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL)
Sig - Route: Take by mouth - Oral
Class Historical Med

Ann M Haas, RN 5/12/2015 2:33 PM
Not currently taking while in hospital

| hydroxychloroquine (PLAQUENIL) 200 mg tablet | 180 tablet | 0 | 7/10/2015 | |

Sig: TAKE 2 TABLETS ONE TIME DAILY.

| pilocarpine (SALAGEN) 5 MG Tab | | | 1/31/2015 | 3/20/2016 |

Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral
Class Historical Med

Generated on 9/15/2015 4:30 PM

000372

Liberty/Crespo 0576

1G053170001

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/26/2015 (continued)**

| | | | Disp | Refills | Start | End |
|---|---|---|---|---|---|---|
| | Ann M Haas. RN 5/12/2015 2:34 PM Patient not currently taking at this time | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet Sig: One by mouth once daily | | 90 tablet | | 1 | 7/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | | 30 tablet | | 11 | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral Class Historical Med | | | | | | |
| | Ann M Haas, RN 5/12/2015 2:35 PM Patient not currently taking at this time | | | | | |
| OREGANO OIL ORAL Sig - Route: Take by mouth. - Oral Class Historical Med | | | | | | 9/1/2015 |
| | Ann M Haas, RN 5/12/2015 2:34 PM Not currently using at this time | | | | | |
| tamsulosin (FLOMAX) 0.4 mg Cp24 Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral Notes to Pharmacy: Please fill ASAP | | 30 capsule | | 6 | 6/10/2015 | 9/11/2015 |

## All Results (08/26/15 - 08/26/15)

**CBC auto differential [161488814] (Abnormal)**        Resulted: 08/26/15 1803  Result status: Final result

Resulting lab:          OCHSNER MEDICAL CENTER - NEW
                        ORLEANS

Specimen Information

| Type | Source | Collected | | | |
|---|---|---|---|---|---|
| Blood | Blood | 08/26/15 1519 | | | |

Components

| | Value | Reference | Flag | Comment | Lab |
|---|---|---|---|---|---|
| WBC | 5.28 | 3.90-12.70 K/uL | - | | OCLB |
| RBC | 4.16 | 4.00-5.40 M/uL | - | | OCLB |
| Hemoglobin | 12.5 | 12.0-16.0 g/dL | - | | OCLB |
| Hematocrit | 39.2 | 37.0-48.5 % | - | | OCLB |
| MCV | 94 | 82-98 fL | - | | OCLB |
| MCH | 30.0 | 27.0-31.0 pg | - | | OCLB |
| MCHC | 31.9 | 32.0-36.0 % | L | - | OCLB |
| RDW | 13.7 | 11.5-14.5 % | - | | OCLB |
| Platelets | 211 | 150-350 K/uL | - | | OCLB |
| MPV | 10.7 | 9.2-12.9 fL | - | | OCLB |
| Gran # | 3.2 | 1.8-7.7 K/uL | - | | OCLB |
| Lymph # | 1.6 | 1.0-4.8 K/uL | - | | OCLB |
| Mono # | 0.4 | 0.3-1.0 K/uL | - | | OCLB |
| Eos # | 0.1 | 0.0-0.5 K/uL | - | | OCLB |
| Baso # | 0.02 | 0.00-0.20 K/uL | - | | OCLB |
| Gran% | 61.3 | 38.0-73.0 % | - | | OCLB |
| Lymph% | 29.4 | 18.0-48.0 % | - | | OCLB |
| Mono% | 7.4 | 4.0-15.0 % | - | | OCLB |
| Eosinophil% | 1.3 | 0.0-8.0 % | - | | OCLB |
| Basophil% | 0.4 | 0.0-1.9 % | - | | OCLB |

Generated on 9/15/2015 4.30 PM                                                    Page 3

000373

1G053170001

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## All Results (08/24/15 - 08/26/15)(continued)

### CBC auto differential [161488814] (Abnormal) (continued)

Resulted  08/26/15 1803. Result status: Final result

| Differential Method | Automated | | . | OCLB |
|---|---|---|---|---|

### C-reactive protein [161488812]

Resulted  08/26/15 1842. Result status: Final result

Resulting lab    OCHSNER MEDICAL CENTER - NEW
                 ORLEANS

**Specimen Information**

| Type | Source | | Collected On | | | |
|---|---|---|---|---|---|---|
| Blood | Blood | | 08/26/15 1519 | | | |

**Components**

| | Value | Reference | Flag | Comment | | Lab |
|---|---|---|---|---|---|---|
| CRP | 0.4 | 0 0-8.2 mg/L | | - | | OCLB |

### Comprehensive metabolic panel [161488815] (Abnormal)

Resulted  08/26/15 1842. Result status  Final result

Resulting lab    OCHSNER MEDICAL CENTER - NEW
                 ORLEANS

**Specimen Information**

| Type | Source | | Collected On | | | |
|---|---|---|---|---|---|---|
| Blood | Blood | | 08/26/15 1519 | | | |

**Components**

| | Value | Reference | Flag | Comment | | Lab |
|---|---|---|---|---|---|---|
| Sodium | 140 | 136-145 mmol/L | | - | | OCLB |
| Potassium | 3 7 | 3 5-5.1 mmol/L | | - | | OCLB |
| Chloride | 103 | 95-110 mmol/L | | - | | OCLB |
| CO2 | 30 | 23-29 mmol/L | H | - | | OCLB |
| Glucose | 108 | 70-110 mg/dL | | - | | OCLB |
| BUN, Bld | 12 | 6-20 mg/dL | | - | | OCLB |
| Creatinine | 0 8 | 0.5-1.4 mg/dL | | - | | OCLB |
| Calcium | 9.4 | 8.7-10.5 mg/dL | | - | | OCLB |
| Total Protein | 6.5 | 6 0-8.4 g/dL | | - | | OCLB |
| Albumin | 3 9 | 3.5-5.2 g/dL | | - | | OCLB |
| Total Bilirubin | 0 6 | 0.1-1.0 mg/dL | | | | OCLB |
| Comment | For infants and newborns. interpretation of results should be based on gestational age. weight and in agreement with clinical observations | | | | | |
| | Premature infant recommended reference ranges | | | | | |
| | Up to 24 hours  ...  .<8.0 mg/dL | | | | | |
| | Up to 48 hours  .. <12 0 mg/dL | | | | | |
| | 3-5 days... ... ...<15 0 mg/dL | | | | | |
| | 6-29 days. ... . <15.0 mg/dL | | | | | |
| Alkaline Phosphatase | 71 | 55-135 U/L | | - | | OCLB |
| AST | 20 | 10-40 U/L | | - | | OCLB |
| ALT | 19 | 10-44 U/L | | - | | OCLB |
| Anion Gap | 7 | 8-16 mmol/L | L | - | | OCLB |
| eGFR if African American | >60.0 | >60 mL/min/1 73 m^2 | | - | | OCLB |
| eGFR if non African American | >60 0 | >60 mL/min/1 73 m^2 | | | | OCLB |
| Comment | Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown | | | | | |

Generated on 9/15/2015  4 30 PM

Page 4

000374

Liberty/Crespo 0578

1G053170001

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## All Results (08/26/15 - 08/26/15) (continued)

**Comprehensive metabolic panel [161488815] (Abnormal) (continued)**     Resulted: 08/26/15 1842  Result status: Final result

in our information system, the eGFR values for
African-American and Non-African-American patients are given
for each creatinine result

**Sedimentation rate, manual [161488813]**                               Resulted: 08/26/15 2012. Result status: Final result

Resulting lab:     OCHSNER MEDICAL CENTER - NEW
                   ORLEANS

### Specimen Information

| | | |
|---|---|---|
| Blood | Blood | 08/26/15 1519 |

### Components

| | Value | | Range | Flag | Comment | | Lab |
|---|---|---|---|---|---|---|---|
| Sed Rate | 2 | | 0-20 mm/Hr | - | | | OCLB |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - Present |

## Notes

### Progress Notes

No notes of this type exist for this encounter

### H&P Notes

No notes of this type exist for this encounter

000375

Liberty/Crespo 0579

1G053170001

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB.          Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Visit Summary

### Reason for Visit

Follow-up

### Diagnoses

| | |
|---|---|
| Middle cerebral artery aneurysm    - Primary | 437 3 |

### Problem List as of 8/26/2015

Date Reviewed: 8/17/2015

| | ICD-9-CM Priority | Class | Noted-Resolved |
|---|---|---|---|
| Allergy | 995.3 | | Unknown - Present |
| Undifferentiated connective tissue disease | 710.9 | | 9/13/2012 - Present |

Overview Addendum 1/3/2014  3:19 PM by William Eugene Davis, MD
Pos ANA
Inflamm arthritis
Dry eyes, dry mouth, etc
fatigue

| | | | |
|---|---|---|---|
| Basal cell carcinoma | 173.91 | | 9/13/2012 - Present |
| Cough productive of purulent sputum | 786.2 | | 9/24/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | 370.33 | | 1/2/2013 - Present |

Overview Signed 1/2/2013  2:34 PM by William E. Davis, MD
Does have pos ANA and inflamm arthritis

| | | | |
|---|---|---|---|
| Undifferentiated inflammatory arthritis (Chronic) | 714.9 | | 1/2/2013 - Present |

Overview Signed 1/2/2013  2:35 PM by William E. Davis, MD
With pos ana

| | | | |
|---|---|---|---|
| Vulvar lesion | 624.8 | | 4/26/2013 - Present |
| Xerostomia (Chronic) | 527.7 | | 1/3/2014 - Present |
| Knee pain | 719.46 | | 6/11/2014 - Present |
| Granuloma annulare | 695.89 | | 7/30/2014 - Present |
| Unspecified symptom associated with female genital organs | 625.9 | | 1/6/2015 - Present |
| S/P laparoscopic hysterectomy | V88.01 | | 1/12/2015 - Present |
| Atrophic vaginitis | 627.3 | | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | 788.33 | | 2/18/2015 - Present |
| Seizure | 780.39 | | 4/10/2015 - Present |
| Brain compression | 348.4 | | 4/10/2015 - Present |
| SAH (subarachnoid hemorrhage) | 430 | | 4/10/2015 - Present |
| ICH (intracerebral hemorrhage) | 431 | | 4/10/2015 - Present |
| Acute respiratory failure | 518.81 | | 4/11/2015 - Present |
| Hypovolemia | 276.52 | | 4/13/2015 - Present |
| Electrolyte abnormality | 276.9 | | 4/13/2015 - Present |
| Chest pain, unspecified | 786.50 | | Unknown - Present |
| Elevated intracranial pressure | 781.99 | | 4/16/2015 - Present |
| Vasospasm of cerebral artery | 435.9 | | 4/16/2015 - Present |
| Acute left-sided weakness | 728.87 | | 4/16/2015 - Present |
| Nontraumatic subcortical hemorrhage of cerebral hemisphere | 431 | | 4/27/2015 - Present |
| Cephalalgia | 784.0 | | 4/27/2015 - Present |
| Nontraumatic cortical hemorrhage of cerebral hemisphere | 431 | | 5/2/2015 - Present |

000376

Liberty/Crespo 0580

1G053170001

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:           Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Visit Summary (Continued)

**Problem List as of 8/26/2015 (continued)**                     Date Reviewed: 8/17/2015

| | ICD-9-CM | Priority | Class | Noted/Resolved |
|---|---|---|---|---|
| Closed head injury | 959.01 | | | 5/5/2015 - Present |
| Acquired skull defect | 738.19 | | | 5/14/2015 - Present |
| CHI (closed head injury) | 959.01 | | | 5/14/2015 - Present |
| Encounter for long-term (current) use of other medications | V58.69 | | | 5/15/2015 - Present |
| Severe frontal headaches | 784.0 | | | 5/19/2015 - Present |
| Hearing loss | 389.9 | | | 6/3/2015 - Present |
| Vision loss | 369.9 | | | 6/3/2015 - Present |
| Left homonymous hemianopsia | 368.46 | | | 7/2/2015 - Present |
| RESOLVED: Fatigue | 780.79 | | | 1/3/2014 - 2/2/2015 |
| RESOLVED: Excessive or frequent menstruation | 626.2 | | | 9/19/2014 - 2/19/2015 |
| RESOLVED: Metrorrhagia | 626.6 | | | 1/6/2015 - 1/6/2015 |
| RESOLVED: Enlarged uterus | 621.2 | | | 1/6/2015 - 2/19/2015 |
| RESOLVED: Encephalopathy | 348.30 | | | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | 784.0 | | | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | 780.39 | | | 5/2/2015 - 5/19/2015 |
| RESOLVED: Opiate use | 305.50 | | | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | 788.20 | | | 5/21/2015 - 8/17/2015 |
| DELETED: Keratoconjunctivitis sicca of both eyes not specified as Sjogren's | 370.33 | | | 1/2/2013 - 1/2/2013 |

Overview Signed 1/2/2013 2:29 PM by William E. Davis, MD
Dry eyes Dec 2012

**Allergies as of 9/15/2015**

No Known Allergies

**Immunizations as of 8/26/2015**                                        Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 8/26/2015**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream (Taking) | 30 g | 12 | 2/18/2015 | |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |

Ann M Haas, RN 5/12/2015 2:32 PM
Pt not currently on in hospital

ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)
Sig - Route: Take by mouth. - Oral
Class: Historical Med

Ann M Haas, RN 5/12/2015 2:33 PM
Not currently taking while in hospital

| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking) | 180 tablet | 0 | 7/10/2015 | |
|---|---|---|---|---|
| Sig: TAKE 2 TABLETS ONE TIME DAILY. | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Taking) | | | 1/31/2015 | 3/20/2016 |

Generated on 9/15/2015 4:30 PM                                              Page 7

000377

1G053170001

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB.          , Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/26/2015 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day · Oral<br>Class. Historical Med | | | | |

> Ann M Haas, RN 5/12/2015  2:34 PM
> Patient not currently taking at this time

| quinacrine (QUINACRINE) 100 mg tablet (Taking)<br>Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking)<br>Sig - Route: Take 1 tablet (120 mg total) by mouth every evening · Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab (Taking)<br>Sig - Route: Take 5 mg by mouth  1 Tablet Oral Every evening - Oral<br>Class. Historical Med | | | | |

> Ann M Haas, RN 5/12/2015  2:35 PM
> Patient not currently taking at this time

| tamsulosin (FLOMAX) 0.4 mg Cp24  (Taking)<br>Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: Please fill ASAP | 30 capsule | 6 | 6/10/2015 | 9/11/2015 |
| OREGANO OIL ORAL<br>Sig - Route: Take by mouth. - Oral<br>Class  Historical Med | | | | 9/1/2015 |

> Ann M Haas, RN 5/12/2015  2:34 PM
> Not currently using at this time

**Medications the Patient Reported Taking**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream  (Taking)<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL)  (Taking)<br>Sig. Take by mouth.<br>Class: Historical Med<br>Route. Oral | | | | |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking)<br>Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | 7/10/2015 | |
| pilocarpine (SALAGEN) 5 MG Tab  (Taking)<br>Sig: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day<br>Class: Historical Med<br>Route. Oral | | | 1/31/2015 | 3/20/2016 |
| quinacrine (QUINACRINE) 100 mg tablet (Taking)<br>Sig. One by mouth once daily | 90 tablet | 1 | 7/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking)<br>Sig: Take 1 tablet (120 mg total) by mouth every evening<br>Route  Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab  (Taking)<br>Sig: Take 5 mg by mouth  1 Tablet Oral Every evening<br>Class  Historical Med | | | | |

Generated on 9/15/2015  4:30 PM

000378

Liberty/Crespo 0582

1G053170001

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route. Oral | | | | |
| tamsulosin (FLOMAX) 0.4 mg Cp24 (Taking/Discontinued) | 30 capsule | 6 | 6/10/2015 | 9/11/2015 |

Sig. Take 1 capsule (0.4 mg total) by mouth once daily.
Notes to Pharmacy: Please fill ASAP
Route: Oral
Reason for Discontinue: **Patient no longer taking**

## Progress Notes

**Marcus L. Ware, MD at 8/26/2015 3:59 PM**

Author Type: Physician          Status: Signed

### Subjective

**Patient ID**: Paige Friday Crespo is a 43 y.o. female.

**Chief Complaint**: Follow-up

HPI Pt is a 43 yo female with a history of MCA aneurysmal rupture s/p clipping who presents today for a follow up and to discuss driving. Pt states that she is beginning to feel like herself again; her energy level is improving and her ability to focus is also improving. Pt states that she has not experienced any headaches. Pt explains that anything cold, such as water, causes her pain and feels like a "sting," and her response to anything hot is delayed. She states that she is doing well emotionally and denies feeling depressed. She also notes that she has a neuropsych evaluation in October 2015.

Review of Systems
Constitutional: Positive for activity change (weight loss).
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative for back pain, gait problem and neck pain.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative for weakness, light-headedness, numbness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

### Objective

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic.

Generated on 9/15/2015  4:30 PM                                                                Page 9

000379

1G053170001

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

**Progress Notes (continued)**

**Marcus L. Ware, MD at 8/26/2015  3:59 PM (continued)**
Eyes: Pupils are equal, round, and reactive to light.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.

**Assessment:**

MCA Aneurysm

**Plan:**
I will order a driving test at Touro, and then schedule a follow up with the pt after her driving test and her neuropsych evaluation.   We will schedule another CTA test in one year.

Electronically signed by Marcus L. Ware, MD on 8/26/2015 10 56 AM

**H&P Notes**

No notes of this type exist for this encounter.

---

## END OF REPORT

---

000380

Liberty/Crespo 0584

1G053170001

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|------|-----------|-----|-----|-----------|
| Crespo, Paige Friday | 1773053 | | Female | (44 yrs) |

| Address | Phone | Email | Employer |
|---------|-------|-------|----------|
| | | | OTHER-Not Employed |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|-------------------|------------------|
| Verified | Stacy D. Siegendorf, MD504-842-4747 | 08/24/16 | 09/23/16 |

| Order | Humphrey Visual Field - OU - Extended - Both Eyes [OPH33] (Order 190956156] |
|-------|------------------------------------------------------------------------|

### Humphrey Visual Field - OU - Extended - Both Eyes [190956156]

Electronically signed by: Kefla G. Brown, OD on 07/02/15 1602                              Status: **Completed**
Ordering user: Kefla G. Brown, OD 07/02/15 1602          Authorized by: Kefla G. Brown, OD
Ordering mode: Standard
Diagnoses:
  Left homonymous hemianopsia [H53.462]
Order comments:
  24-2SS

| Result | Humphrey Visual Field - OU - Extended - Both Eyes (Order 190956156] |
|--------|-------------------------------------------------------------------|

### Humphrey Visual Field - OU - Extended - Both Eyes [190956156]                    Resulted: 01/06/16 1632, Result status: Final result

Resulted by:          Kefla G. Brown, OD
Narrative:
Right Eye
Reliability was good. Improved.

Left Eye
Reliability was good. Improved.

Notes
Rel/fix- Good OU ; COOP.- GOOD——SMH

Non congruous left inferior quadrantanopsia

| Order | Colposcopy W/BIOPSY AND ECC [PRO750] (Order 201780103) |
|-------|--------------------------------------------------------|

### Colposcopy W/BIOPSY AND ECC [201780103]

Electronically signed by: George B. Morris IV, MD on 04/01/16 1243                              Status: **Completed**
Ordering user: George B. Morris IV, MD 04/01/16 1243          Authorized by: George B. Morris IV, MD
Ordering mode: Standard
Frequency: 04/01/16 -          Released by: George B. Morris IV, MD 04/01/16 1243
Diagnoses:
  Atypical squamous cell changes of undetermined significance (ASCUS) on vaginal cytology with positive high risk human
  papilloma virus (HPV) [R87.811]

Generated on 8/31/2016 1:35 PM                                                                          Page 1

Liberty/Crespo 0585

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 640
OCHSNER, SOUTH SHORE REGION

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12015294952
Enc. Date 04/01/16

| Result | Colposcopy W/BIOPSY AND ECC (Order 201780103) |
|---|---|

**Colposcopy W/BIOPSY AND ECC [201780103]**                    Resulted: 04/01/16 1247, Result status: Final result

Narrative:
George B. Morris IV, MD    4/1/2016 12:47 PM
Colposcopy W/BIOPSY AND ECC
Date/Time: 4/1/2016 12:44 PM
Performed by: MORRIS, GEORGE B. IV
Authorized by: MORRIS, GEORGE B. IV
Local anesthesia used: no
Patient sedated: no
Patient tolerance: Patient tolerated the procedure well with no
immediate complications

COLPOSCOPY:

Paige Friday Crespo is a 43 y.o. female G4P0010 presents for
colposcopy of vagina. Patient's last menstrual period was
12/23/2014.. Her most recent pap smear shows ASCUS with POSITIVE
high risk HPV of vagina.

The abnormal test findings were discussed, as well as HPV
infection, need for colposcopy and possible biopsies to determine
the plan of care, treatments available, the minimal risk of
bleeding and infection with colposcopy, and alternatives to
colposcopy and she agrees to proceed.

COLPOSCOPY EXAM:
TIME OUT PERFORMED.

acetowhite lesion(s) noted at bilateral vaginal cuff angles.

Biopsy was taken at vaginal cuff angles under colposcopic
guidance.
Hemostasis was adequate with application of Monsel's solution.
The speculum was removed.
The patient did tolerate the procedure well.

All collected specimens sent to pathology for histologic
analysis.

Post-colposcopy counseling:
The patient was instructed to manage post-colposcopy cramping
with NSAIDs or Tylenol, or with a prescription per the medication
card. Avoid intercourse, douching, or tampons in the vagina for
at least 2-3 days. Expect a clumpy blackish discharge due to
Monsel's solution application for several days. Report heavy
bleeding, worsening pain or pain that does not respond to above
medications, or foul-smelling vaginal discharge. HPV vaccine
recommended according to FDA age guidelines.
Importance of follow-up stressed.

Follow up based on colposcopy results.

George B. Morris, IV, MD


**ED Arrival Information**
   **Patient not seen In ED**

Generated on 8/31/2016  1:35 PM                                                        Page 2

Liberty/Crespo 0586

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 09/11/15

**ED Arrival Information (continued)**

**Chief Complaint/Reason for Visit**
    None

**Diagnosis**
    None

**ED Events**
    None

**ED Treatment Team**
    None

**Home Medications**

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | | Taking | 08/22/16 | – | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | | Taking | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:   Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | | Taking | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | | Taking | 06/06/16 | – | Historical Provider, MD |
| Notes:   Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | | Not Taking | 01/06/16 | – | Historical Provider, MD |

    Notes:   Received from: External Pharmacy

| **Medical as of 9/11/2015** | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| | Abnormal Pap smear [IMO0002 (ICD-9-CM)] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [702.0 (ICD-9-CM)] | | | Provider |
| | Allergy [995.3 (ICD-9-CM)] | | | Provider |
| | Arthritis [716.90 (ICD-9-CM)] | | | Provider |
| | Basal cell carcinoma [173.91 (ICD-9-CM)] | | excised from L chest | Provider |
| | Encounter for blood transfusion [V58.2 (ICD-9-CM)] | | | Provider |
| | Herpes simplex without mention of complication [054.9 (ICD-9-CM)] | | | Provider |
| | Joint pain [719.40 (ICD-9-CM)] | | | Provider |
| | Seizures [780.39 (ICD-9-CM)] | | | Provider |
| | Stroke [434.91 (ICD-9-CM)] | | | Provider |
| | Undifferentiated connective tissue disease [710.9 (ICD-9-CM)] | | | Provider |
| | **Pertinent Negatives** | **Date Noted** | **Comments** | **Source** |
| | Amblyopia [368.00 (ICD-9-CM)] | 7/11/2013 | | Provider |
| | Anticoagulant long-term use [V58.61 (ICD-9-CM)] | 5/5/2015 | | Provider |
| | Asthma [493.90 (ICD-9-CM)] | 5/5/2015 | | Provider |
| | Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |

Liberty/Crespo 0587

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 09/11/15

| | Date | | Provider |
|---|---|---|---|
| CHF (congestive heart failure) [428.0 (ICD-9-CM)] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [496 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Diabetes mellitus [250.00 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma [365.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Hypertension [401.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Macular degeneration [362.50 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Retinal detachment [361.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Strabismus [378.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Thyroid disease [246.9 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Transfusion reaction [999.80 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Uveitis [364.3 (ICD-9-CM)] | 7/11/2013 | | Provider |

## All Other Notes

No notes of this type exist for this encounter.

## ED Records

### ED Current OP Medications

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Medications not reviewed this encounter.

## Medication Comments

** No Medication Comments Found **

## Orders

### Discharge Orders

None

### ED Prescriptions

None

### Allergies as of 8/31/2016

No Known Allergies

### Discharge Instructions

None

### Follow-up Information

None

Encounter Information - Appointment

Generated on 8/31/2016  1:35 PM                                                                    Page  4

Liberty/Crespo 0588

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Enc. Date 09/11/15

## Encounter Information – Appointment (continued)

**Appointment Status**
Canceled (Doctor Cancelled)

**Diagnoses**
None.

**Non-Hospital Problems as of 9/11/2015**                                    Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7 ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1 ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710 ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83 ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2 ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0 ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2 ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9 ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9 ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0 ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9 ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899 ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40 ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7 ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462 | 7/2/2015 - Present |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0589

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 09/11/15

## Encounter Information - Appointment (continued)

**Non-Hospital Problems as of 9/11/2015 (continued)**                     Reviewed: 9/11/2015 by Fawad A Khan, MD

|  | Codes | Noted - Resolved |
|---|---|---|
|  | ICD-9-CM: 368.46 |  |
| RESOLVED: Opiate use | ICD-10-CM: F11.90 ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | ICD-10-CM: R33.9 ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05 ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89 ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569 ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9 ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5 ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00 ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1 ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8 ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2 ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89 ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0 ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1 ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51 ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90 ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 9/11/2015**                                             Never Reviewed

No immunizations on file.

**Medical History**

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) |  |  |
| Allergy |  |  |
| Arthritis |  |  |

Generated on 8/31/2016  1:35 PM                                              Page 6

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Enc. Date 09/11/15

## Encounter Information - Appointment (continued)

### Medical History (continued)

| Diagnosis | Date | Comment |
|---|---|---|
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 9/11/2015

| Marital Status |
|---|
| Married |

### Social Documentation

**Social Doc**
**as of 9/11/2015**

Social Documentation
CRNA in abdominal transplant
3 kids

Liberty/Crespo 0591

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 09/11/15

## Encounter Information - Appointment (continued)

### Tobacco Use as of 9/11/2015

Never smoked or used smokeless tobacco.

### Alcohol Use as of 9/11/2015

No.
Comments: social

### Drug Use as of 9/11/2015

No.

### Sexual Activity as of 9/11/2015

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 9/11/2015

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 9/11/2015

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 9/11/2015

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 9/11/2015

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 9/11/2015

| Gravida | Para | Abortions | SAB | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | | |

### History

Not marked as reviewed during this visit.

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0592

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Enc. Date 09/11/15

## Encounter Information – Appointment (continued)

### History (continued)

## Medications

### Outpatient Medications at Start of Encounter as of 9/11/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab <br> Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral <br> Class: Historical Med | | | 1/31/2015 | 8/24/2016 |
|     Ann M Haas, RN 5/12/2015  2:34 PM <br>     Patient not currently taking at this time | | | | |
| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |
|     Ann M Haas, RN 5/12/2015  2:32 PM <br>     Pt not currently on in hospital | | | | |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) <br> Sig - Route: Take by mouth. - Oral <br> Class: Historical Med | | | | 4/26/2016 |
|     Ann M Haas, RN 5/12/2015  2:33 PM <br>     Not currently taking while in hospital | | | | |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet <br> Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| levetiracetam (KEPPRA) 500 MG Tab <br> Class: Historical Med | | | 9/5/2015 | 9/11/2015 |
|     Kerceta Booker, MA 9/8/2015  9:34 AM <br>     Received from: External Pharmacy | | | | |
| quinacrine (QUINACRINE) 100 mg tablet <br> Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| tamsulosin (FLOMAX) 0.4 mg Cp24 <br> Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral <br> Notes to Pharmacy: Please fill ASAP | 30 capsule | 6 | 6/10/2015 | 9/11/2015 |
| verapamil (CALAN-SR) 120 MG CR tablet <br> Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| zolpidem (AMBIEN) 5 MG Tab <br> Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral <br> Class: Historical Med | | | | 2/17/2016 |
|     Ann M Haas, RN 5/12/2015  2:35 PM <br>     Patient not currently taking at this time | | | | |

### Encounter Messages

#### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| System Message <br> Myochsner | Paige Friday Crespo | 9/4/2015  6:03 AM |

Last Read in Patient Portal
9/4/2015  4:50 PM by Paige Friday Crespo

Generated on 8/31/2016  1:35 PM

Page 9

Liberty/Crespo 0593

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 09/11/15

## Encounter Messages (continued)

Appointment Information

Provider:Fawad A Khan, MD
Date:9/11/15
Time:10:40 AM

Department
Jeff Hwy - Neurology
1514 Jefferson Hwy
New Orleans, LA 70121-2429
7th Floor - Clinic Tower
504-842-3980
<a href="http://www.ochsner.org/locations/ochsner_main_campus/"target="_blank">Location Information</a>
<a href="https://maps.google.com/maps?daddr=1514+jefferson+hwy,+New+Orleans,+LA+70121" target="_blank">Driving Directions</a>

Appointment Instructions:
Please arrive 30 minutes prior to your appointment. Bring all previous medical records and films along with the list of current medications and insurance card

Need to change your appointment?
To change your appointment online, first cancel your appointment and then schedule a new one. Or call us to change your appointment at 1-866-OCHSNER (624-7637).

Need to cancel your appointment?
If you are using the MyOchsner App, please visit the homepage to access your appointment and click "Cancel". For all other users, please click Epichttp://apptcancelpage[here] to cancel your appointment.

## Appointment Scheduled

| From | To | Sent and Delivered |
|------|-----|-------------------|
| System Message Myochsner | Paige Friday Crespo | 6/3/2015 3:25 PM |

Last Read in Patient Portal
6/8/2015  3:54 PM by Paige Friday Crespo
Appointment Information:
    Visit Type: Neurology - Established Patient
        Dept Jeff Hwy - Neurology    Provider: Fawad A Khan
        Date: 9/11/2015          Time: 10:40 AM

    Appt Status: Scheduled

                    Jeff Hwy - Neurology
                    1514 JEFFERSON HWY
                NEW ORLEANS, LA  70121-2429
                    504-842-3980

## Follow-up Information

None

## Follow Up Call

No data filed

Liberty/Crespo 0594

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## ED Arrival Information
Patient not seen in ED

## Chief Complaint/Reason for Visit
Pain [136]

## Diagnosis

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| SAH (subarachnoid hemorrhage) [430] | | Fawad A. Khan, MD | 9/11/2015 12:19 PM |

## ED Events
None

## ED Treatment Team
None

## Home Medications

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | | | 08/22/16 | – | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | ☑ | Taking | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes: Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | | | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | | | 06/06/16 | – | Historical Provider, MD |
| Notes: Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | | | 01/06/16 | – | Historical Provider, MD |
| Notes: Received from: External Pharmacy | | | | | |

| Medical as of 9/11/2015 | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| | Abnormal Pap smear [MO0002 (ICD-9-CM)] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [702.0 (ICD-9-CM)] | | | Provider |
| | Allergy [995.3 (ICD-9-CM)] | | | Provider |
| | Arthritis [716.90 (ICD-9-CM)] | | | Provider |
| | Basal cell carcinoma [173.91 (ICD-9-CM)] | | excised from L chest | Provider |
| | Encounter for blood transfusion [V58.2 (ICD-9-CM)] | | | Provider |
| | Herpes simplex without mention of complication [054.9 (ICD-9-CM)] | | | Provider |
| | Joint pain [719.40 (ICD-9-CM)] | | | Provider |
| | Seizures [780.39 (ICD-9-CM)] | | | Provider |
| | Stroke [434.91 (ICD-9-CM)] | | | Provider |
| | Undifferentiated connective tissue disease [710.9 (ICD-9-CM)] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0595

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:         Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

| | | | |
|---|---|---|---|
| Amblyopia [368.00 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [V58.61 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Asthma [493.90 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |
| CHF (congestive heart failure) [428.0 (ICD-9-CM)] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [496 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Diabetes mellitus [250.00 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma [365.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Hypertension [401.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Macular degeneration [362.50 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Retinal detachment [361.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Strabismus [378.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Thyroid disease [246.9 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Transfusion reaction [999.80 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Uveitis [364.3 (ICD-9-CM)] | 7/11/2013 | | Provider |

**All Other Notes**

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM**

| | | |
|---|---|---|
| Author:  Fawad A. Khan, MD | Service:  (none) | Author Type:  Physician |
| Filed:  9/21/2015  9:49 PM | Encounter Date:  9/11/2015 | Status:  Signed |
| Editor:  Fawad A. Khan, MD (Physician) | | |
| Related Notes: | Original Note by Fawad A. Khan, MD (Physician) filed at 9/11/2015 12:32 PM | |

**Patient ID:** Paige Friday Crespo is a 43 y.o. female.
**Follow up:**
The patient is a 43-year-old right-handed female who presents to the Neurology Clinic for followup.  Since her last visit, she denies any further seizures. She reports complete resolution of her headaches.  She stopped taking her Keppra a few months ago after her last visit with Dr. Ware.  She does drive short distances at the moment.  She is scheduled to undergo a driving test at the rehab facility.  She is also scheduled to undergo neuropsych testing.  She reports occasional itching at the scar site.  This is not bothersome to her and she does not want to try any medications for this.  Lastly, the patient reports being very engaged and busy despite not working.  She is able to carry out all her activities of daily living.  She reports some mental fatigue with excessive cognitive activy.
She denies any constipation

**Call Documentation**

Kizzy Mitchell, MA at 5/20/2015 3:09 PM

Status: Signed

Expand All Collapse All

Returned will(Nurse) call. Spoke with patient's mom(Theresa) who stated that around 8:30 this morning she got the patient put of bed. Patient sat on side of the bed for a minute, mom proceeded to help patient to the restroom to empty her foley. Mom states patient crumbled and fell. Mom caught patient. I asked mom did patient hit her head and mom said no. There was no seizure activity per mom. Patient just passed out. Patient talking in background, patient states she was not aware of what

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0596

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**All Other Notes (continued)**

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

happened. Patient states she remembers being really tired then waking up on the floor as mom was calling her name. Patient's blood pressure was 96/58 which usually runs low. Patient states on yesterday her husband noticed her smile was crooked on the left side. Patient states that Will(Nurse) noticed her smile today. Patient states that before surgery Dr. Ware informed her that there was a possibility that this could happen. Patient and her mom would like a call back from Dr. Khan regarding this information. I told patient and her mom that I would give Dr. Khan this message. Sent message to Dr. Khan.

Per f/up conversation with my nurse, pt refused to go to ER

HPI

HISTORY OF PRESENT ILLNESS: The patient is a 43-year-old female who presents with her mother to the Neurology Clinic for evaluation and management of headaches. She describes her symptoms when she was diagnosed with cerebral aneurysm. She was at the University Summit when she experienced an out of body experience. This was followed by severe gripping headache. The symptoms started 6:30 p.m. She was taken to the Emergency Room and was diagnosed with cerebral aneurysm with hemorrhage and underwent aneurysm clipping by a 9:30 p.m. The patient reports waking up from surgery with severe right frontotemporal headache, which has persisted. The patient reports no change in symptoms after the placement of the bone flap. Since starting amitriptyline and gabapentin on Saturday, she reports an approximate 30 to 50% reduction in the severity of pain. Today, her headache is 5/10.

**Headache history:**
Age of onset - 4/10/15
Location - R frontal
Nature of pain - Stabbing, throbbing
Prodrome - no
Aura - No
Duration of headache - > 4 hrs
Pain scale - range of intensity - 3-20/10
Frequency - Daily
Status Migrainosus history - yes
Time of day of most headaches- anytime

**Associated symptoms with the headache:**
Meningeal symptoms - photophobia +
Cluster headache symptoms: none
Symptoms of increased intracranial pressure: none
Basilar migraine symptoms:none

**Headache Triggers:** none

**Other comorbid conditions:**
Anxiety - no
Motion sickness symptoms - yes

Generated on 8/31/2016  1:35 PM                                   Page 13

Liberty/Crespo 0597

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**All Other Notes (continued)**

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

**Treatment history:**
Resolution of headache with sleep - yes
Meds tried:
fioricet - help
dailudid - help
Oxycodone 10 mg - minimal relief
Dilaudid 8 mg - helps
Gabapentin - helps
Propranolol - unable to take
celebrex - still unable to get it
Elavil - sleepy
Last dose of Dilaudid - 5/21
Mobic - helped
Calan - helped

**Headache risk factors:**
H/o TBI - no
Craniotomy +
H/o Meningitis - no
Aneurysms - yes

Sleep is good
No pain related to staples

**Inpatient note:**
Presents with headaches. Patient reports significant improvement in HA since change in pain regimen yesterday, when pain was reported to be 20/10. Continues to require PO dilaudid 2/2 throbbing, however pain well controlled at this point. Pt feels well enough to be DCed from a pain standpoint. No other complaints. Have discussed for pt to FU with Acute Pain Service within 2 weeks.
Patient currently on Dilaudid PO 8 mg q3h PRN, Celecoxib 200 mg QD (x 3d), Gabapentin 300 mg TID, Propranolol 20 mg TID for HA and pain.

**Admit Date**: 5/14/2015
**Discharge Date and Time:** 5/17/2015
**Attending Physician**: Marcus L. Ware, MD
**Discharge Physician**: Jonathan W. Riffle
**Reason for Admission: Cranioplasty**
**Procedures Performed**: Procedure(s) (LRB):
CRANIOPLASTY/FRONTAL TEMPLE AND PARIATAL (Right)
**Hospital Course**: 43 y/o F with SAH HH3/Fisher 4 s/p prior clipping of ruptured R M3 aneurysm and hemicraniectomy 4/10/15 presents for cranioplasty to replace bone flap on 5/14/15. Pt tolerated the procedure well and there were no significant complications during procedure. Pt was transferred to floor in stable condition. During stay on floor pt suffered severe HAs and Anesthesia pain mgmt was consulted in order to find appropriate regimen. HAs are now well controlled and is now stable for discharge. Urology was also consulted for urinary retention as pt has hx of midurethral sling. She has required use of foley for the interim but will fu with urology for urodynamic study as outpt in 7 days. She will follow up with Anesthesia Pain in 14 days to reassess her pain control postoperatively. She is tolerating PO diet and has been ambulating. PT recs home

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0598

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**All Other Notes (continued)**

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**
with home health.

**Review of Systems**
Constitutional: Negative.
Eyes: neg
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Neg
Musculoskeletal: Negative.
Skin: Negative.
Neurological: neg
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.

**Assessment:**

1.  S/p craniotomy

**Dull ache likely relate blood products**
**Primary component of severe pain is from emergent craniotomy and damage to nerve endings**
**Other component of HA is vasosapasm**

| Result Impression |
| --- |
| Expected postoperative changes of right frontotempoparietal craniotomy flap replacement without significant complication. <br><br><br> Electronically signed by resident: KIRK LANGHEINZ MD <br> Date: 05/15/15 <br> Time: 12:28 <br> As the supervising and teaching physician, I personally reviewed the images and resident's interpretation and I agree with the findings. <br> Electronically signed by: JAMES MILBURN MD <br> Date: 05/15/15 <br> Time: 15:41 |

| Result Impression |
| --- |
| No significant detrimental change when compared to the exam dated 5-15-15. There is a thin extra-axial low attenuation fluid collection underlying the craniotomy site that is slightly more conspicuous than on the previous exam but demonstrates no significant mass-effect or midline shift. <br><br><br> Electronically signed by resident: Carlos Gimenez MD |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0599

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**All Other Notes (continued)**

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Date: 05/22/15
Time: 16:15

**Impression**

Evolving postoperative change right frontal parietal craniotomy and cranioplasty with underlying right MCA mucin clipping.

Reduced size hypodense extra-axial collection underlies the craniotomy superficial to the duraplasty suggestive for evolving subdural hygroma. No evidence for new hemorrhage or new abnormal parenchymal attenuation.

Small extra-axial enhancing hyperdense lesion along the right aspect of the interhemispheric fissure suggestive for meningioma.

CTA head: Moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm without focal high-grade stenosis or occlusion.

Superimposed more distal right M2 MCA aneurysm surgical clips. No definite residual or recurrent aneurysm allowing for limitation by CTA technique.

Electronically signed by: NOAH EMERSON DO
Date: 06/17/15
Time: 08:55

**Plan:**

1, Pending driving test and Neuropsych testing
2, cont Calan 120 mg till April 2016
3, CTA head in May 2016

Patient verbalized understanding to plan. I answered all her questions to her satisfaction

Electronically signed by Fawad A. Khan, MD at 9/21/2015 9:49 PM

| Result | EEG,w/awake & asleep record (Order 161488818) |
|---|---|

**ED Records**

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |

Generated on 8/31/2016 1:35 PM

Page 16

Liberty/Crespo 0600

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB        , Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## ED Records (continued)

### ED Current OP Medications (continued)

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Last reviewed by Fawad A. Khan, MD on 09/11/15 1223

### Medication Comments

** No Medication Comments Found **

### Other Orders

**EEG,w/awake & asleep record [161488818]**

Electronically signed by: Fawad A. Khan, MD on 09/11/15 1219                                  Status: **Active**
Ordering user: Fawad A. Khan, MD 09/11/15 1219          Authorized by: Fawad A. Khan, MD
Ordering mode: Standard
Frequency: 09/11/15 –
Diagnoses:
  SAH (subarachnoid hemorrhage) [430 (ICD-9-CM)]

### Discharge Orders
None

### ED Prescriptions
None

### Allergies as of 8/31/2016
No Known Allergies

### Discharge Instructions
None

### Follow-up Information
None

### Flowsheets (all recorded)

**Anthropometrics - Fri September 11, 2015**

| | 1214 | | | | | |
|---|---|---|---|---|---|---|
| **Anthropometrics** | | | | | | |
| Height | 5' 6" (1.676 m) -KM | | | | | |
| Weight | 58.6 kg (129 lb 3 oz) -KM | | | | | |
| Weight Change | 0 -KM | | | | | |
| BMI (Calculated) | 20.9 -KM | | | | | |

**Custom Formula Data - Fri September 11, 2015**

Liberty/Crespo 0601

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Fri September 11, 2015 (continued)

| | 1214 | | | |
|---|---|---|---|---|
| **OTHER** | | | | |
| TPA Recommendation | 52.7 mg -KM | | | |
| Bolus Dose | 5.3 mg -KM | | | |
| Infusion Dose | 47.5 mg -KM | | | |
| BMI (Calculated) | 20.9 -KM | | | |
| Predicted Distance | 496.89 -KM | | | |
| BSA (Calculated - sq m) | 1.65 sq meters -KM | | | |
| IBW/kg (Calculated) Male | 63.8 kg -KM | | | |
| Low Range Vt 6cc/kg MALE | 382.8 mL -KM | | | |
| Adult Moderate Range Vt 8cc/kg MA | 510.4 mL -KM | | | |
| Adult High Range Vt 10cc/kg MALE | 638 mL -KM | | | |
| IBW/kg (Calculated) Female | 59.3 kg -KM | | | |
| Low Range Vt 6cc/kg FEMALE | 355.8 mL -KM | | | |
| Adult Moderate Range vt 8cc/kg FEMALE | 474.4 mL -KM | | | |
| Adult High Range Vt 10cc/kg FEMALE | 593 mL -KM | | | |
| Weight in (lb) to have BMI = 25 | 154.6 -KM | | | |
| IBW/kg (Calculated) | 59.3 -KM | | | |
| Low Range Vt 6cc/kg | 355.8 mL -KM | | | |
| Adult Moderate Range Vt 8cc/kg | 474.4 mL -KM | | | |
| Adult High Range Vt 10cc/kg | 593 mL -KM | | | |
| **Measurements (Adult/Pediatric)** | | | | |
| BMI (kg/m2) | 20.9 -KM | | | |
| **Anthropometrics** | | | | |
| Ideal Body Weight (IBW), Female | 59.98 -KM | | | |
| Ideal Body Weight (IBW), Male (kg) | 65.3 -KM | | | |
| % Ideal Body Weight | 46.87 -KM | | | |
| **General History** | | | | |
| BMI (Calculated) | 20.9 -KM | | | |

### Encounter Vitals - Fri September 11, 2015

| | 1214 | | | |
|---|---|---|---|---|
| **Enc Vitals** | | | | |
| BP | 99/69 -KM | | | |
| Pulse | 88 -KM | | | |
| Weight | 58.6 kg (129 lb 3 oz) -KM | | | |
| Height | 5' 6" (1.676 m) -KM | | | |
| Pain Score | Zero -KM | | | |

User Key                                                                (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KM | Kizzy Mitchell, MA | 10/14/13 - | Medical Assistant | |

Liberty/Crespo 0602

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Encounter Information – Office Visit

### Reason for Visit

Pain

### Diagnoses

| | Codes | Comments |
|---|---|---|
| SAH (subarachnoid hemorrhage)   – Primary | ICD-10-CM: I60.9<br>ICD-9-CM: 430 | |

### Non-Hospital Problems as of 9/11/2015

Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91<br>ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223<br>ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4<br>ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9<br>ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7<br>ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1<br>ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83<br>ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2<br>ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46<br>ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | 9/19/2014 – 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2<br>ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9<br>ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9<br>ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0<br>ICD-9-CM: 695.89 | 7/30/2014 – Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9<br>ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899<br>ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2<br>ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40<br>ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0603

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:           Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Encounter Information - Office Visit (continued)

**Non-Hospital Problems as of 9/11/2015 (continued)**     Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Vision loss | ICD-10-CM: H54.7<br>ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462<br>ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90<br>ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | ICD-10-CM: R33.9<br>ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA<br>ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05<br>ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89<br>ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569<br>ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9<br>ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5<br>ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00<br>ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1<br>ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8<br>ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2<br>ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89<br>ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0<br>ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1<br>ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90<br>ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 9/11/2015**     Never Reviewed

No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|

Generated on 8/31/2016 1:35 PM     Page 20

Liberty/Crespo 0604

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Encounter Information - Office Visit (continued)

### Encounter Vitals Flowsheet Audit Trail (all recorded) (continued)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| **BP** | | | | |
| 09/11/15 1214 | 99/69 | KM | 09/11/15 1214 | Current |
| **Pulse** | | | | |
| 09/11/15 1214 | 88 | KM | 09/11/15 1214 | Current |
| **Weight** | | | | |
| 09/11/15 1214 | 58.6 kg (129 lb 3 oz) | KM | 09/11/15 1214 | Current |
| **Height** | | | | |
| 09/11/15 1214 | 5' 6" (1.676 m) | KM | 09/11/15 1214 | Current |
| **Pain Score** | | | | |
| 09/11/15 1214 | Zero | KM | 09/11/15 1214 | Current |

| User Key | | | (r) = Recorded By, (t) = Taken By, (c) = Cosigned By | |
|---|---|---|---|---|
| **Initials** | **Effective Dates** | **Name** | **Provider Type** | **Discipline** |
| KM | 10/14/13 - | Kizzy Mitchell, MA | Medical Assistant | -- |

### Medical History

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0605

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Encounter Information - Office Visit (continued)

### Surgical History (continued)

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 9/11/2015

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc**        Social Documentation
**as of 9/11/2015**   CRNA in abdominal transplant
                      3 kids

### Tobacco Use as of 9/11/2015

Never smoked or used smokeless tobacco.

### Alcohol Use as of 9/11/2015

No.
Comments: social

### Drug Use as of 9/11/2015

No.

### Sexual Activity as of 9/11/2015

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 9/11/2015

| Are you pregnant or think you may be? | No |
|---|---|
| Breast-feeding | No |

### Family History as of 9/11/2015

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0606

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Encounter Information - Office Visit (continued)

### Family History as of 9/11/2015 (continued)

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 9/11/2015

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 9/11/2015

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 9/11/2015

| Gravida | Para | Abortions | SAB | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | | |

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Fawad A Khan, MD | 9/11/2015 12:23 PM | Tobacco |
| Fawad A Khan, MD | 9/11/2015 12:14 PM | Tobacco |
| Kizzy Mitchell, MA | 9/11/2015 12:14 PM | Tobacco |

## Medications

### Outpatient Medications at Start of Encounter as of 9/11/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab (Taking)<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral<br>Class: Historical Med | | | 1/31/2015 | 8/24/2016 |

Ann M Haas, RN 5/12/2015 2:34 PM
Patient not currently taking at this time

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream (Taking)<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | 8/19/2016 |

Ann M Haas, RN 5/12/2015 2:32 PM
Pt not currently on in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)<br>Sig - Route: Take by mouth. - Oral<br>Class: Historical Med | | | | 4/26/2016 |

Ann M Haas, RN 5/12/2015 2:33 PM
Not currently taking while in hospital

Generated on 8/31/2016 1:35 PM

Page 23

Liberty/Crespo 0607

1G053170001

NOMC NEUROLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

CRESPO,PAIGE FRIDAY  
MRN: 1773053  
DOB:          Sex: F  
Acct #: 12012384797  
Enc. Date 09/11/15

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/11/2015 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking)<br>Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| quinacrine (QUINACRINE) 100 mg tablet (Taking)<br>Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking)<br>Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| zolpidem (AMBIEN) 5 MG Tab (Taking)<br>Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral<br>Class: Historical Med<br><br>Ann M Haas, RN 5/12/2015 2:35 PM<br>Patient not currently taking at this time | | | | 2/17/2016 |
| levetiracetam (KEPPRA) 500 MG Tab (Discontinued)<br>Class: Historical Med<br>Reason for Discontinue: Patient no longer taking<br><br>Kerceta Booker, MA 9/8/2015 9:34 AM<br>Received from: External Pharmacy | | | 9/5/2015 | 9/11/2015 |
| tamsulosin (FLOMAX) 0.4 mg Cp24 (Discontinued)<br>Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: Please fill ASAP<br>Reason for Discontinue: Patient no longer taking | 30 capsule | 6 | 6/10/2015 | 9/11/2015 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab (Taking)<br>Sig: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day<br>Class: Historical Med<br>Route: Oral | | | 1/31/2015 | 8/24/2016 |
| conjugated estrogens (PREMARIN) vaginal cream (Taking/Discontinued)<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter<br>Reason for Discontinue: Reorder | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking/Discontinued)<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: Patient no longer taking | | | | 4/26/2016 |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking/Discontinued)<br>Sig: TAKE 2 TABLETS ONE TIME DAILY.<br>Reason for Discontinue: Reorder | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| quinacrine (QUINACRINE) 100 mg tablet (Taking/Discontinued)<br>Sig: One by mouth once daily<br>Reason for Discontinue: Reorder | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (120 mg total) by mouth every evening. | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0608

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| Reason for Discontinue: Patient no longer taking | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | | | | 2/17/2016 |
| **(Taking/Discontinued)** | | | | |
| Sig: Take 5 mg by mouth. 1 Tablet Oral Every evening | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |

Liberty/Crespo 0609

1G053170001

NOMC NEUROLOGY                          CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION             MRN: 1773053
Ambulatory Encounter                    DOB:          Sex: F
                                        Acct #: 12012384797
                                        Enc. Date 09/11/15

## Other Orders

### EEG,w/awake & asleep record

| | |
|---|---|
| Electronically signed by: Fawad A. Khan, MD on 09/11/15 1219 | Status: **Active** |
| Ordering user: Fawad A. Khan, MD 09/11/15 1219 | Authorized by: Fawad A. Khan, MD |
| Ordering mode: Standard | |

Frequency:   09/11/15 -
Diagnoses:
   SAH (subarachnoid hemorrhage) [430 (ICD-9-CM)]

| Result | EEG,w/awake & asleep record [Order 161488818] |
|---|---|

### Encounter Messages

#### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| System Message Myochsner | Paige Friday Crespo | 9/10/2015 6:01 AM |

Last Read in Patient Portal
9/14/2015 7:58 PM by Paige Friday Crespo

Appointment Information

Provider:Fawad A Khan, MD
Date:9/11/15
Time:12:00 PM

Department
Jeff Hwy - Neurology
1514 Jefferson Hwy
New Orleans, LA 70121-2429
7th Floor - Clinic Tower
504-842-3980
<a href="http://www.ochsner.org/locations/ochsner_main_campus/"target="_blank">Location Information</a>
<a href="https://maps.google.com/maps?daddr=1514+jefferson+hwy,+New+Orleans,+LA+70121" target="_blank">Driving Directions</a>

Appointment Instructions:
Please arrive 30 minutes prior to your appointment. Bring all previous medical records and films along with the list of current medications and insurance card

Need to change your appointment?
To change your appointment online, first cancel your appointment and then schedule a new one. Or call us to change your appointment at 1-866-OCHSNER (624-7637).

Need to cancel your appointment?
If you are using the MyOchsner App, please visit the homepage to access your appointment and click "Cancel". For all other users, please click Epichttp://apptcancelpage[here] to cancel your appointment.

#### Appointment Rescheduled

| From | To | Sent and Delivered |
|---|---|---|
| System Message | | 9/9/2015 2:25 PM |

Generated on 8/31/2016 1:35 PM                              Page 26

Liberty/Crespo 0610

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Encounter Messages (continued)**

Myochsner                    Paige Friday Crespo
Last Read in Patient Portal
  9/14/2015  7:58 PM by Paige Friday Crespo
Appointment Information:
    Visit Type: Neurology - Established Patient
        Dept: Jeff Hwy - Neurology    Provider: Fawad A Khan
        Date: 9/11/2015              Time: 12:00 PM

    Appt Status: Scheduled

    Appt Instructions: Please arrive 30 minutes prior to your appointment. Bring
                       all previous medical records and films along with the
                       list of current medications and insurance card

Original Appointment Information:
    Visit Type: Neurology - Established Patient
        Dept: Jeff Hwy - Neurology    Provider: Fawad A Khan
        Date: 9/11/2015              Time: 10:40 AM

Cancel Reason: Doctor Cancelled
               Jeff Hwy - Neurology
               1514 JEFFERSON HWY
               NEW ORLEANS, LA 70121-2429
               504-842-3980

## Progress Notes

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM**

Author: Fawad A. Khan, MD          Service: (none)                    Author Type: Physician
Filed: 9/21/2015 9:49 PM           Encounter Date: 9/11/2015          Status: Signed
Editor: Fawad A. Khan, MD (Physician)
Related Notes:     Original Note by Fawad A. Khan, MD (Physician) filed at 9/11/2015 12:32 PM

**Patient ID**: Paige Friday Crespo is a 43 y.o. female.
**Follow up:**
The patient is a 43-year-old right-handed female who presents to the Neurology Clinic for followup. Since her last visit, she denies any further seizures. She reports complete resolution of her headaches. She stopped taking her Keppra a few months ago after her last visit with Dr. Ware. She does drive short distances at the moment. She is scheduled to undergo a driving test at the rehab facility. She is also scheduled to undergo neuropsych testing. She reports occasional itching at the scar site. This is not bothersome to her and she does not want to try any medications for this. Lastly, the patient reports being very engaged and busy despite not working. She is able to carry out all her activities of daily living. She reports some mental fatigue with excessive cognitive activy.
She denies any constipation

| Call Documentation |
|---|
| Kizzy Mitchell, MA at 5/20/2015 3:09 PM |

Liberty/Crespo 0611

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Progress Notes (continued)

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Status: Signed

Expand All Collapse All

Returned will(Nurse) call. Spoke with patient's mom(Theresa) who stated that around 8:30 this morning she got the patient put of bed. Patient sat on side of the bed for a minute, mom proceeded to help patient to the restroom to empty her foley. Mom states patient crumbled and fell. Mom caught patient. I asked mom did patient hit her head and mom said no. There was no seizure activity per mom. Patient just passed out. Patient talking in background, patient states she was not aware of what happened. Patient states she remembers being really tired then waking up on the floor as mom was calling her name. Patient's blood pressure was 96/58 which usually runs low. Patient states on yesterday her husband noticed her smile was crooked on the left side. Patient states that Will(Nurse) noticed her smile today. Patient states that before surgery Dr. Ware informed her that there was a possibility that this could happen. Patient and her mom would like a call back from Dr. Khan regarding this information. I told patient and her mom that I would give Dr. Khan this message. Sent message to Dr. Khan.

Per f/up conversation with my nurse, pt refused to go to ER

HPI
HISTORY OF PRESENT ILLNESS: The patient is a 43-year-old female who presents with her mother to the Neurology Clinic for evaluation and management of headaches. She describes her symptoms when she was diagnosed with cerebral aneurysm. She was at the University Summit when she experienced an out of body experience. This was followed by severe gripping headache. The symptoms started 6:30 p.m. She was taken to the Emergency Room and was diagnosed with cerebral aneurysm with hemorrhage and underwent aneurysm clipping by a 9:30 p.m. The patient reports waking up from surgery with severe right frontotemporal headache, which has persisted. The patient reports no change in symptoms after the placement of the bone flap. Since starting amitriptyline and gabapentin on Saturday, she reports an approximate 30 to 50% reduction in the severity of pain. Today, her headache is 5/10.

**Headache history:**
Age of onset - 4/10/15
Location - R frontal
Nature of pain - Stabbing, throbbing
Prodrome - no
Aura - No
Duration of headache - > 4 hrs
Pain scale - range of intensity - 3-20/10
Frequency - Daily
Status Migrainosus history - yes
Time of day of most headaches- anytime

**Associated symptoms with the headache:**
Meningeal symptoms - photophobia +
Cluster headache symptoms: none

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0612

1G053170001

NOMC NEUROLOGY                              CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                 MRN: 1773053
Ambulatory Encounter                        DOB:          Sex: F
                                            Acct #: 12012384797
                                            Enc. Date 09/11/15

## Progress Notes (continued)

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Symptoms of increased intracranial pressure: none
Basilar migraine symptoms:none

**Headache Triggers: none**

**Other comorbid conditions:**
Anxiety - no
Motion sickness symptoms - yes

**Treatment history:**
Resolution of headache with sleep - yes
Meds tried:
fioricet - help
dailudid - help
Oxycodone 10 mg - minimal relief
Dilaudid 8 mg - helps
Gabapentin - helps
Propranolol - unable to take
celebrex - still unable to get it
Elavil - sleepy
Last dose of Dilaudid - 5/21
Mobic - helped
Calan - helped

**Headache risk factors:**
H/o TBI - no
Craniotomy +
H/o Meningitis - no
Aneurysms - yes

Sleep is good
No pain related to staples

**Inpatient note:**
Presents with headaches. Patient reports significant improvement in HA since change in pain regimen yesterday, when pain was reported to be 20/10. Continues to require PO dilaudid 2/2 throbbing, however pain well controlled at this point. Pt feels well enough to be DCed from a pain standpoint. No other complaints. Have discussed for pt to FU with Acute Pain Service within 2 weeks.
Patient currently on Dilaudid PO 8 mg q3h PRN, Celecoxib 200 mg QD (x 3d), Gabapentin 300 mg TID, Propranolol 20 mg TID for HA and pain.

**Admit Date**: 5/14/2015
**Discharge Date and Time:** 5/17/2015
**Attending Physician**: Marcus L. Ware, MD
**Discharge Physician:** Jonathan W. Riffle
**Reason for Admission: Cranioplasty**
**Procedures Performed:** Procedure(s) (LRB):
CRANIOPLASTY/FRONTAL TEMPLE AND PARIATAL (Right)

Generated on 8/31/2016  1:35 PM                              Page 29

Liberty/Crespo 0613

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Progress Notes (continued)

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

**Hospital Course:** 43 y/o F with SAH HH3/Fisher 4 s/p prior clipping of ruptured R M3 aneurysm and hemicraniectomy 4/10/15 presents for cranioplasty to replace bone flap on 5/14/15. Pt tolerated the procedure well and there were no significant complications during procedure. Pt was transferred to floor in stable condition. During stay on floor pt suffered severe HAs and Anesthesia pain mgmt was consulted in order to find appropriate regimen. HAs are now well controlled and is now stable for discharge. Urology was also consulted for urinary retention as pt has hx of midurethral sling. She has required use of foley for the interim but will fu with urology for urodynamic study as outpt in 7 days. She will follow up with Anesthesia Pain in 14 days to reassess her pain control postoperatively. She is tolerating PO diet and has been ambulating. PT recs home with home health.

**Review of Systems**
Constitutional: Negative.
Eyes: neg
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Neg
Musculoskeletal: Negative.
Skin: Negative.
Neurological: neg
Hematological: Negative.
Psychiatric/Behavioral: Negative.

## Objective:

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.

## Assessment:

1.   S/p craniotomy

**Dull ache likely relate blood products**
**Primary component of severe pain is from emergent craniotomy and damage to nerve endings**
**Other component of HA is vasosapasm**

| Result Impression |
|---|
| Expected postoperative changes of right frontotempoparietal craniotomy flap replacement without significant complication. |
| |
| Electronically signed by resident: KIRK LANGHEINZ MD Date: 05/15/15 Time: 12:28 As the supervising and teaching physician, I personally reviewed the images and resident's interpretation and I agree with the findings. Electronically signed by: JAMES MILBURN MD Date: 05/15/15 Time: 15:41 |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0614

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Progress Notes (continued)

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

### Result Impression

No significant detrimental change when compared to the exam dated 5-15-15. There is a thin extra-axial low attenuation fluid collection underlying the craniotomy site that is slightly more conspicuous than on the previous exam but demonstrates no significant mass-effect or midline shift.

Electronically signed by resident: Carlos Gimenez MD
Date: 05/22/15
Time: 16:15

### Impression

Evolving postoperative change right frontal parietal craniotomy and cranioplasty with underlying right MCA mucin clipping.

Reduced size hypodense extra-axial collection underlies the craniotomy superficial to the duraplasty suggestive for evolving subdural hygroma. No evidence for new hemorrhage or new abnormal parenchymal attenuation.

Small extra-axial enhancing hyperdense lesion along the right aspect of the interhemispheric fissure suggestive for meningioma.

CTA head: Moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm without focal high-grade stenosis or occlusion.

Superimposed more distal right M2 MCA aneurysm surgical clips. No definite residual or recurrent aneurysm allowing for limitation by CTA technique.

Electronically signed by: NOAH EMERSON DO
Date: 06/17/15
Time: 08:55

## Plan:

1, Pending driving test and Neuropsych testing
2, cont Calan 120 mg till April 2016
3, CTA head in May 2016

Patient verbalized understanding to plan. I answered all her questions to her satisfaction

Electronically signed by Fawad A. Khan, MD on 9/21/2015 9:49 PM

## Follow-Up and Disposition History

09/11/2015 12:19 - Fawad A. Khan, MD

Disposition:              Return if symptoms worsen or fail to improve.

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0615

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Follow-up and Disposition History (continued)**

**Follow-up information**

None

**Follow Up Call**

No data filed

**Flowsheets (all recorded)**

**Anthropometrics - Fri September 11, 2015**

| | 1214 | | | | |
|---|---|---|---|---|---|
| **Anthropometrics** | | | | | |
| Height | 5' 6" (1.676 m) -KM | | | | |
| Weight | 58.6 kg (129 lb 3 oz) -KM | | | | |
| Weight Change | 0 -KM | | | | |
| BMI (Calculated) | 20.9 -KM | | | | |

**Custom Formula Data - Fri September 11, 2015**

| | 1214 | | | | |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| TPA Recommendation | 52.7 mg -KM | | | | |
| Bolus Dose | 5.3 mg -KM | | | | |
| Infusion Dose | 47.5 mg -KM | | | | |
| BMI (Calculated) | 20.9 -KM | | | | |
| Predicted Distance | 496.89 -KM | | | | |
| BSA (Calculated - sq m) | 1.65 sq meters -KM | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -KM | | | | |
| Low Range Vt 6cc/kg MALE | 382.8 mL -KM | | | | |
| Adult Moderate Range Vt 8cc/kg MA | 510.4 mL -KM | | | | |
| Adult High Range Vt 10cc/kg MALE | 638 mL -KM | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -KM | | | | |
| Low Range Vt 6cc/kg FEMALE | 355.8 mL -KM | | | | |
| Adult Moderate Range vt 8cc/kg FEMALE | 474.4 mL -KM | | | | |
| Adult High Range Vt 10cc/kg FEMALE | 593 mL -KM | | | | |
| Weight in (lb) to have BMI = 25 | 154.6 -KM | | | | |
| IBW/kg (Calculated) | 59.3 -KM | | | | |
| Low Range Vt 6cc/kg | 355.8 mL -KM | | | | |
| Adult Moderate Range Vt 8cc/kg | 474.4 mL -KM | | | | |
| Adult High Range Vt 10cc/kg | 593 mL -KM | | | | |
| **Measurements (Adult/Pediatric)** | | | | | |
| BMI (kg/m2) | 20.9 -KM | | | | |
| **Anthropometrics** | | | | | |
| Ideal Body Weight (IBW), Female | 59.98 -KM | | | | |
| Ideal Body Weight (IBW), Male (kg) | 65.3 -KM | | | | |
| % Ideal Body Weight | 46.87 -KM | | | | |

Liberty/Crespo 0616

1G053170001

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Flowsheets (all recorded) (continued)

Custom Formula Data - Fri September 11, 2015 (continued)

|  | 1214 |  |  |  |
|--|------|--|--|--|
| **General History** | | | | |
| BMI (Calculated) | 20.9 -KM | | | |

User Key                                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|----------|------|-----------------|---------------|------------|
| KM | Kizzy Mitchell, MA | 10/14/13 - | Medical Assistant | |

Liberty/Crespo 0617

1G053170001

BAPC UROGYNECOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB          , Sex: F
Enc. Date 09/16/15

### ED Arrival Information
Patient not seen in ED

### Chief Complaint/Reason for Visit
None

### Diagnosis
None

### ED Events
None

### ED Treatment Team
None

### Home Medications

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Taking | 08/22/16 | – | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Taking | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:   Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | Taking | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | Taking | 06/06/16 | – | Historical Provider, MD |
| Notes:   Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | Not Taking | 01/06/16 | – | Historical Provider, MD |

Notes:   Received from: External Pharmacy

| Medical as of 9/16/2015 | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| | Abnormal Pap smear [IMO0002 (ICD-9-CM)] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [702.0 (ICD-9-CM)] | | | Provider |
| | Allergy [995.3 (ICD-9-CM)] | | | Provider |
| | Arthritis [716.90 (ICD-9-CM)] | | | Provider |
| | Basal cell carcinoma [173.91 (ICD-9-CM)] | | excised from L chest | Provider |
| | Encounter for blood transfusion [V58.2 (ICD-9-CM)] | | | Provider |
| | Herpes simplex without mention of complication [054.9 (ICD-9-CM)] | | | Provider |
| | Joint pain [719.40 (ICD-9-CM)] | | | Provider |
| | Seizures [780.39 (ICD-9-CM)] | | | Provider |
| | Stroke [434.91 (ICD-9-CM)] | | | Provider |
| | Undifferentiated connective tissue disease [710.9 (ICD-9-CM)] | | | Provider |

| | Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|---|
| | Amblyopia [368.00 (ICD-9-CM)] | 7/11/2013 | | Provider |
| | Anticoagulant long-term use [V58.61 (ICD-9-CM)] | 5/5/2015 | | Provider |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0618

1G053170001

BAPC UROGYNECOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Enc. Date 09/16/15

| Diagnosis | Date | | Provider |
|---|---|---|---|
| Asthma [493.90 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |
| CHF (congestive heart failure) [428.0 (ICD-9-CM)] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [496 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Diabetes mellitus [250.00 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma [365.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Hypertension [401.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Macular degeneration [362.50 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Retinal detachment [361.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Strabismus [378.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Thyroid disease [246.9 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Transfusion reaction [999.80 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Uveitis [364.3 (ICD-9-CM)] | 7/11/2013 | | Provider |

## All Other Notes

Telephone Encounter by Andrea Jones, MA at 9/16/2015  4:20 PM

| Author:  Andrea Jones, MA | Service:  (none) | Author Type:  Medical Assistant |
|---|---|---|
| Filed:  9/16/2015  4:20 PM | Encounter Date:  9/16/2015 | Status:  Signed |
| Editor:  Andrea Jones, MA (Medical Assistant) | | |

Pt placed on hold list for 2/16

Electronically signed by Andrea Jones, MA at 9/16/2015  4:20 PM

--------------------------------------------------------------------------

## ED Records

ED Current OP Medications

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Medications not reviewed this encounter

## Medication Comments
** No Medication Comments Found **

## Orders

Discharge Orders
None

ED Prescriptions

Generated on 8/31/2016  1:35 PM

Page 35

Liberty/Crespo 0619

1G053170001

BAPC UROGYNECOLOGY
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 09/16/15

### Orders (continued)

**ED Prescriptions (continued)**
  None

**Allergies as of 8/31/2016**
  No Known Allergies

**Discharge Instructions**
  None

**Follow-up Information**
  None

## Encounter information - Telephone

**Reason for Visit**

**Diagnoses**
  None.

**Non-Hospital Problems as of 9/16/2015**                Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7 ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1 ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710 ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83 ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2 ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0 ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2 ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9 ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9 ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0 ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9 ICD-9-CM: 430 | 4/10/2015 - Present |

Generated on 8/31/2016  1:35 PM                                                    Page 36

Liberty/Crespo 0620

1G053170001

BAPC UROGYNECOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Enc. Date 09/16/15

## Encounter Information - Telephone (continued)

**Non-Hospital Problems as of 9/16/2015 (continued)**                    Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Closed head injury | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899 ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40 ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7 ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462 ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90 ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | ICD-10-CM: R33.9 ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05 ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89 ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569 ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9 ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5 ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00 ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1 ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8 ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2 ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89 ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0 ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1 ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51 ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90 | 6/3/2015 - 9/1/2015 |

Generated on 8/31/2016  1:35 PM                                                           Page 37

Liberty/Crespo 0621

1G053170001

BAPC UROGYNECOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 09/16/15

## Encounter Information - Telephone (continued)

**Non-Hospital Problems as of 9/16/2015 (continued)**                              Reviewed: 9/11/2015 by Fawad A Khan, MD

| | | Codes | Noted - Resolved |
|---|---|---|---|
| | | ICD-9-CM: 389.9 | |

### Allergies as of 8/31/2016

No Known Allergies

### Immunizations as of 9/16/2015                                                              Never Reviewed

No immunizations on file.

### Medical History

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |

Liberty/Crespo 0622

1G053170001

BAPC UROGYNECOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Enc. Date 09/16/15

## Encounter Information - Telephone (continued)

### Surgical History (continued)

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 9/16/2015

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc**    Social Documentation
**as of 9/16/2015**    CRNA in abdominal transplant
3 kids

### Tobacco Use as of 9/16/2015

Never smoked or used smokeless tobacco.

### Alcohol Use as of 9/16/2015

No.
Comments:  social

### Drug Use as of 9/16/2015

No.

### Sexual Activity as of 9/16/2015

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 9/16/2015

| Are you pregnant or think you may be? | No |
|---|---|
| Breast-feeding | No |

### Family History as of 9/16/2015

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 9/11/2015

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |

Generated on 8/31/2016  1:35 PM

Page 39

1G053170001

BAPC UROGYNECOLOGY                        CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION               MRN: 1773053
Ambulatory Encounter                      DOB:        Sex: F
                                          Enc. Date 09/16/15

## Encounter Information – Telephone (continued)

### Family Status as of 9/11/2015 (continued)

| Relation | Status |
|---|---|
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 9/16/2015

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 9/16/2015

| Gravida | Para | Abortions | SAB | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | |

### History

Not marked as reviewed during this visit.

## Medications

### Outpatient Medications at Start of Encounter as of 9/16/2015

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral<br>Class: Historical Med | | | 1/31/2015 | 8/24/2016 |

    Ann M Haas, RN 5/12/2015 2:34 PM
    Patient not currently taking at this time

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | 8/19/2016 |

    Ann M Haas, RN 5/12/2015 2:32 PM
    Pt not currently on in hospital

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL)<br>Sig - Route: Take by mouth. - Oral<br>Class: Historical Med | | | | 4/26/2016 |

    Ann M Haas, RN 5/12/2015 2:33 PM
    Not currently taking while in hospital

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet<br> Sig: TAKE 2 TABLETS ONE TIME DAILY | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| quinacrine (QUINACRINE) 100 mg tablet<br> Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| verapamil (CALAN-SR) 120 MG CR tablet<br> Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| zolpidem (AMBIEN) 5 MG Tab<br>Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral<br>Class: Historical Med | | | | 2/17/2016 |

    Ann M Haas, RN 5/12/2015 2:35 PM
    Patient not currently taking at this time

---

Generated on 8/31/2016 1:35 PM                                    Page 40

1G053170001

BAPC UROGYNECOLOGY
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 09/16/15

## Medications (continued)

### Encounter Messages

No messages in this encounter

## All Other Notes

### Telephone Encounter by Andrea Jones, MA at 9/16/2015 4:20 PM

| | | |
|---|---|---|
| Author: Andrea Jones, MA | Service: (none) | Author Type: Medical Assistant |
| Filed: 9/16/2015 4:20 PM | Encounter Date: 9/16/2015 | Status: Signed |
| Editor: Andrea Jones, MA (Medical Assistant) | | |

Pt placed on hold list for 2/16

Electronically signed by Andrea Jones, MA at 9/16/2015 4:20 PM

### Follow-up Information

None

### Follow Up Call

No data filed

Liberty/Crespo 0625

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

## ED Arrival Information
Patient not seen in ED

## Chief Complaint/Reason for Visit
None

## Diagnosis

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Subarachnoid hemorrhage [430] | | DUMMY, ORDER REALEASING | 9/30/2015  1:23 PM |

## ED Events
None

## ED Treatment Team
None

## Home Medications

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Taking | | 08/22/16 | – | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Taking | | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:   Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | Taking | | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | Taking | | 06/06/16 | – | Historical Provider, MD |
| Notes:   Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | Not Taking | | 01/06/16 | – | Historical Provider, MD |
| Notes:   Received from: External Pharmacy | | | | | |

| Medical as of 9/30/2015 | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| | Abnormal Pap smear [IMO0002 (ICD-9-CM)] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [702.0 (ICD-9-CM)] | | | Provider |
| | Allergy [995.3 (ICD-9-CM)] | | | Provider |
| | Arthritis [716.90 (ICD-9-CM)] | | | Provider |
| | Basal cell carcinoma [173.91 (ICD-9-CM)] | | excised from L chest | Provider |
| | Encounter for blood transfusion [V58.2 (ICD-9-CM)] | | | Provider |
| | Herpes simplex without mention of complication [054.9 (ICD-9-CM)] | | | Provider |
| | Joint pain [719.40 (ICD-9-CM)] | | | Provider |
| | Seizures [780.39 (ICD-9-CM)] | | | Provider |
| | Stroke [434.91 (ICD-9-CM)] | | | Provider |
| | Undifferentiated connective tissue disease [710.9 (ICD-9-CM)] | | | Provider |
| | Pertinent Negatives | Date Noted | Comments | Source |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0626

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

| | | | Provider |
|---|---|---|---|
| Amblyopia [368.00 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [V58.61 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Asthma [493.90 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |
| CHF (congestive heart failure) [428.0 (ICD-9-CM)] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [496 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Diabetes mellitus [250.00 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma [365.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Hypertension [401.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Macular degeneration [362.50 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Retinal detachment [361.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Strabismus [378.9 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Thyroid disease [246.9 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Transfusion reaction [999.80 (ICD-9-CM)] | 5/5/2015 | | Provider |
| Uveitis [364.3 (ICD-9-CM)] | 7/11/2013 | | Provider |

**All Other Notes**

**Progress Notes by Lawrence Forest, LOTR at 9/30/2015  5:38 PM**

| | | |
|---|---|---|
| Author:  Lawrence Forest, LOTR | Service:  (none) | Author Type:  Occupational Therapist |
| Filed:  9/30/2015  6:03 PM | Encounter Date:  9/30/2015 | Status:  Signed |
| Editor:  Lawrence Forest, LOTR (Occupational Therapist) | | |

**Occupational Therapy
Driving Evaluation Completion**

**Paige Friday Crespo
MRN: 1773053**

Referring Physician: Marcus L Ware, MD
Diagnosis: Subarachnoid hemorrage
History: Pt is currently a licensed driver but has been referred to Occupational Therapy by her MD for completion of driving evaluation that was started on Inpatient Rehab and on-road testing  to be used for driving evaluation.

**SUBJECTIVE:**
" I barely remember starting this test when I was on Rehab."

**OBJECTIVE:**
For details of clinical testing see Occupational Therapy notes of 5/6/15 while Pt was on Inpatient rehab unit. Vision testing was not performed on this date so it was addressed today.

Vision testing:
    Glasses worn during testing (contacts)
    Quick acuity and night vision: pass
    Color vision: 4/4,
    Pt correctly identified 11/12 road signs and was 4/4 for depth perception
    Both eye acuity: 20/25
    Right eye acuity: 20/40
    Left eye acuity: 20/50

Liberty/Crespo 0627

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

**All Other Notes (continued)**

Progress Notes by Lawrence Forest, LOTR at 9/30/2015  5:38 PM (continued)

Phoria which assesses binocular vision was normal
Horizontal field test and nasal vision: Pt showed deficit for Left visual field at 55 degrees and greater and limited nasal vision to her left also. Pt stated that she was aware of her limitations and compensates for it. She also stated that she has been to a vision specialist and is under her care and does computer exercises to address her Left visual field deficit. Her visual acuity was also addressed and her prescription for vision correction has not changed.


In-car / on-road assessment:
Pt transferred to car Independently and was able to adjust mirrors and seat, donn seat belt and start vehicle. Pt safely pulled car out of parking lot and drove on
hospital grounds appropriately.  Pt then successfully drove on side
streets per instruction and then on to a divided highway correctly
obeying traffic signs and signals, speed limits, followed at appropriate distances, changed lanes appropriately when asked and had no
difficulty stopping vehicle at appropriate distances. Pt drove at
normal speeds keeping up with traffic flow and was comfortable in
traffic.  After leaving the highway she entered side streets again
successfully negotiating one way streets and stop signs before
entering an expressway. On the expressway she again drove at traffic
speeds, was given instructions to get off at a specific exit and was
able to exit correctly and follow instructions through traffic
situations to return to hospital grounds. Pt returned the vehicle to
the designated parking spot in the garage with no difficulty.
The visual deficits of L field of view limitations and visual acuity did not limits her skills in driving this day as she compensates for her Left visual deficits and did not have any difficulty with judgement of distances.  No other deficits
that would limit her driving skills were observed during this trial.

**ASSESSMENT:**
Pt demonstrated the ability to operate an automobile safely this day and demonstrated good insight as she realized that a driving assessment is necessary to show that she is capable of driving. The deficits in her Left field of view were addressed as strategies to compensate are performed well by her and she is very open other suggestions for use of L hand mirror and other compensation techniques. She is under the care of a vision specialist and it was reccommended that she ask again about her limitations in visual acuity and that she be checked again to ensure that improvement cannot be made. Pt has successfully passed her driving evaluation this day to drive with no limitations.  Findings were notified to the office of Marcus L Ware, MD. Changes in Pt medical status may warrant retesting in the future as the conclusion reached and the recommendations made reflect findings at the time of this evaluation.

**PLAN:**
Discharge patient from outpatient Occupational Therapy services for driving evaluation as Pt and MD needs being met with completion and reporting of this evaluation.

**Lawrence Forest, LOTR, CDRS**
**Occupational Therapist, Certified Driver Rehabilitation Specialist**
**9/30/2015**

Generated on 8/31/2016  1:35 PM                                                    Page 44

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

### All Other Notes (continued)

**Progress Notes by Lawrence Forest, LOTR at 9/30/2015  5:38 PM (continued)**

Electronically signed by Lawrence Forest, LOTR at 9/30/2015  6:03 PM

| Result | OT driving evaluation (Order 161488819) |
|---|---|

### ED Records

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Medications not reviewed this encounter.

**Medication Comments**

** No Medication Comments Found **

### Other Orders

**OT driving evaluation [161488819]**

| | | Status: **Active** |
|---|---|---|
| Electronically signed by:  Marcus L. Ware, MD on 08/21/15 1438 | | |
| Mode:  Ordering in Verbal with readback mode | Communicated by:  Sheria D Jones, LPN | |
| Ordering user:  Sheria D Jones, LPN 08/21/15 1104 | Ordering provider:  Marcus L Ware, MD | |
| Authorized by:  Marcus L. Ware, MD | Ordering mode:  Verbal with readback | |

Diagnoses:
   Subarachnoid hemorrhage [430 (ICD-9-CM)]

**Discharge Orders**

None

**ED Prescriptions**

None

**Allergies as of 8/31/2016**

No Known Allergies

**Discharge Instructions**

None

**Follow-up Information**

None

Generated on 8/31/2016  1:35 PM                                Page 45

Liberty/Crespo 0629

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

## Encounter Information - Clinical Support

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Subarachnoid hemorrhage | ICD-10-CM: I60.9<br>ICD-9-CM: 430 | |

### Non-Hospital Problems as of 9/30/2015

Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91<br>ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223<br>ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4<br>ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9<br>ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7<br>ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1<br>ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83<br>ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2<br>ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46<br>ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2<br>ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9<br>ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9<br>ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0<br>ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9<br>ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899<br>ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2<br>ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40<br>ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7<br>ICD-9-CM: 369.9 | 6/3/2015 - Present |

Generated on 8/31/2016  1:35 PM

Page 46

Liberty/Crespo 0630

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

## Encounter Information - Clinical Support (continued)

**Non-Hospital Problems as of 9/30/2015 (continued)**          Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Left homonymous hemianopsia | ICD-10-CM: H53.462<br>ICD-9-CM: 368.46 | 7/2/2015 – Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90<br>ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | ICD-10-CM: R33.9<br>ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA<br>ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05<br>ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89<br>ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569<br>ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9<br>ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5<br>ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00<br>ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1<br>ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8<br>ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2<br>ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89<br>ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0<br>ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1<br>ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90<br>ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 9/30/2015**                                                  Never Reviewed

No immunizations on file.

**Medical History**

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |

Generated on 8/31/2016  1:35 PM                                                  Page 47

Liberty/Crespo 0631

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

## Encounter Information - Clinical Support (continued)

**Medical History (continued)**

| Diagnosis | Date | Comment |
|---|---|---|
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

**Surgical History**

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

**Family and Education as of 9/30/2015**

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc**      Social Documentation

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0632

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

## Encounter Information - Clinical Support (continued)

**as of 9/30/2015**   CRNA in abdominal transplant
                      3 kids

### Tobacco Use as of 9/30/2015

Never smoked or used smokeless tobacco.

### Alcohol Use as of 9/30/2015

No.
Comments: social

### Drug Use as of 9/30/2015

No.

### Sexual Activity as of 9/30/2015

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 9/30/2015

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 9/30/2015

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 9/11/2015

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 9/30/2015

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 9/30/2015

| Gravida | Para | Abortions | SAB | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0633

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:                Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

### Encounter Information - Clinical Support (continued)

**Obstetric History as of 9/30/2015 (continued)**

| Gravida | Para | Abortions | SAB | | | | | |
|---------|------|-----------|-----|--|--|--|--|--|
| | | | | | | | | |

**History**

Not marked as reviewed during this visit.

### Medications

**Outpatient Medications at Start of Encounter as of 9/30/2015**

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| pilocarpine (SALAGEN) 5 MG Tab | | | 1/31/2015 | 8/24/2016 |

Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral
Class: Historical Med

    Ann M Haas, RN 5/12/2015 2:34 PM
    Patient not currently taking at this time

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | 8/19/2016 |

Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter

    Ann M Haas, RN 5/12/2015 2:32 PM
    Pt not currently on in hospital

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) | | | | 4/26/2016 |

Sig - Route: Take by mouth. - Oral
Class: Historical Med

    Ann M Haas, RN 5/12/2015 2:33 PM
    Not currently taking while in hospital

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| Sig: TAKE 2 TABLETS ONE TIME DAILY. | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| Sig: One by mouth once daily | | | | |
| verapamil (CALAN-SR) 120 MG CR tablet | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | | | | |
| zolpidem (AMBIEN) 5 MG Tab | | | | 2/17/2016 |

Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral
Class: Historical Med

    Ann M Haas, RN 5/12/2015 2:35 PM
    Patient not currently taking at this time

Liberty/Crespo 0634

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

## Other Orders

### OT driving evaluation

| | | |
|---|---|---|
| Electronically signed by: **Marcus L. Ware, MD on 08/21/15 1438** | | Status: **Active** |
| Mode: Ordering in Verbal with readback mode | Communicated by: Sheria D Jones, LPN | |
| Ordering user: Sheria D Jones, LPN 08/21/15 1104 | Ordering provider: Marcus L Ware, MD | |
| Authorized by: Marcus L. Ware, MD | Ordering mode: Verbal with readback | |

Diagnoses:
Subarachnoid hemorrhage [430 (ICD-9-CM)]

## Result                                              OT driving evaluation (Order 161488819)

### Encounter Messages

#### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| System Message Myochsner | Paige Friday Crespo | 9/23/2015 6:03 AM |

Last Read in Patient Portal
10/13/2015 12:32 PM by Paige Friday Crespo

Appointment Information

Provider:Lawrence Forest, LOTR
Date:9/30/15
Time:1:30 PM

Department
Elmwood - Rehab Op Services
1201 S Clearview Pkwy
New Orleans, LA 70121-1011
Building B
504-734-1472
<a href="http://www.ochsner.org/locations/elmwood_medical_center/"target="_blank">Location Information</a>
<a href="https://maps.google.com/maps?daddr=1221+S.+Clearview+Pkwy.,+Harahan,+LA+70121" target="_blank">Driving Directions</a>

Appointment Instructions:
Please arrive 15 minutes prior to your appointment. Bring all previous medical records and films along with the list of current medications and insurance card.

Need to change your appointment?
To change your appointment online, first cancel your appointment and then schedule a new one. Or call us to change your appointment at 1-866-OCHSNER (624-7637).

Need to cancel your appointment?
If you are using the MyOchsner App, please visit the homepage to access your appointment and click "Cancel". For all other users, please click Epichttp://apptcancelpage[here] to cancel your appointment.

#### Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| System Message Myochsner | Paige Friday Crespo | 8/24/2015 3:57 PM |

Liberty/Crespo 0635

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

**Encounter Messages (continued)**

Last Read In Patient Portal
12/22/2015 11:46 PM by Paige Friday Crespo
Appointment Information:
    Visit Type: New Occupational Therapy Patient
        Dept Elmwood - Rehab OP Servi*Provider: Lawrence Forest
        Date: 9/30/2015        Time: 1:30 PM

    Appt Status: Scheduled

    Appt Instructions: Please arrive 15 minutes prior to your appointment. Bring
        all previous medical records and films along with the
        list of current medications and insurance card.

        Elmwood - Rehab OP Services
        1201 S CLEARVIEW PKWY
        NEW ORLEANS, LA  70121-1011
        504-734-1472

## Progress Notes

**Progress Notes by Lawrence Forest, LOTR at 9/30/2015  5:38 PM**

| | | |
|---|---|---|
| Author: Lawrence Forest, LOTR | Service: (none) | Author Type:  Occupational Therapist |
| Filed:  9/30/2015  6:03 PM | Encounter Date:  9/30/2015 | Status:  Signed |
| Editor:  Lawrence Forest, LOTR (Occupational Therapist) | | |

**Occupational Therapy
Driving Evaluation Completion**

**Paige Friday Crespo
MRN: 1773053**

Referring Physician: Marcus L Ware, MD
Diagnosis: Subarachnoid hemorrage
History: Pt is currently a licensed driver but has been referred to Occupational Therapy by her MD for completion of driving evaluation that was started on Inpatient Rehab and on-road testing  to be used for driving evaluation.

**SUBJECTIVE:**
" I barely remember starting this test when I was on Rehab."

**OBJECTIVE:**
For details of clinical testing see Occupational Therapy notes of 5/6/15 while Pt was on Inpatient rehab unit. Vision testing was not performed on this date so it was addressed today.

Vision testing:
    Glasses worn during testing (contacts)
    Quick acuity and night vision: pass
    Color vision: 4/4,
    Pt correctly identified 11/12 road signs and was 4/4 for depth perception
    Both eye acuity: 20/25
    Right eye acuity: 20/40

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0636

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

## Progress Notes (continued)

**Progress Notes by Lawrence Forest, LOTR at 9/30/2015 5:38 PM (continued)**

Left eye acuity: 20/50
Phoria which assesses binocular vision was normal
Horizontal field test and nasal vision: Pt showed deficit for Left visual field at 55 degrees and greater and limited nasal vision to her left also. Pt stated that she was aware of her limitations and compensates for it. She also stated that she has been to a vision specialist and is under her care and does computer exercises to address her Left visual field deficit. Her visual acuity was also addressed and her prescription for vision correction has not changed.


In-car / on-road assessment:
Pt transferred to car Independently and was able to adjust mirrors and seat, donn seat belt and start vehicle. Pt safely pulled car out of parking lot and drove on
hospital grounds appropriately. Pt then successfully drove on side
streets per instruction and then on to a divided highway correctly
obeying traffic signs and signals, speed limits, followed at appropriate distances, changed lanes appropriately when asked and had no
difficulty stopping vehicle at appropriate distances. Pt drove at
normal speeds keeping up with traffic flow and was comfortable in
traffic. After leaving the highway she entered side streets again
successfully negotiating one way streets and stop signs before
entering an expressway. On the expressway she again drove at traffic
speeds, was given instructions to get off at a specific exit and was
able to exit correctly and follow instructions through traffic
situations to return to hospital grounds. Pt returned the vehicle to
the designated parking spot in the garage with no difficulty.
The visual deficits of L field of view limitations and visual acuity did not limits her skills in driving this day as she compensates for her Left visual deficits and did not have any difficulty with judgement of distances. No other deficits
that would limit her driving skills were observed during this trial.

**ASSESSMENT:**
Pt demonstrated the ability to operate an automobile safely this day and demonstrated good insight as she realized that a driving assessment is necessary to show that she is capable of driving. The deficits in her Left field of view were addressed as strategies to compensate are performed well by her and she is very open other suggestions for use of L hand mirror and other compensation techniques. She is under the care of a vision specialist and it was reccommended that she ask again about her limitations in visual acuity and that she be checked again to ensure that improvement cannot be made. Pt has successfully passed her driving evaluation this day to drive with no limitations. Findings were notified to the office of Marcus L Ware, MD. Changes in Pt medical status may warrant retesting in the future as the conclusion reached and the recommendations made reflect findings at the time of this evaluation.

**PLAN:**
Discharge patient from outpatient Occupational Therapy services for driving evaluation as Pt and MD needs being met with completion and reporting of this evaluation.

**Lawrence Forest, LOTR, CDRS**
**Occupational Therapist, Certified Driver Rehabilitation Specialist**
**9/30/2015**

Generated on 8/31/2016  1:35 PM                                                    Page 53

Liberty/Crespo 0637

1G053170001

ELMH REHAB OUTPATIENT SERVICES
1516 Jefferson Hwy
New Orleans LA 70121-2429
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012128817
Enc. Date 09/30/15

**Progress Notes (continued)**

**Progress Notes by Lawrence Forest, LOTR at 9/30/2015  5:38 PM (continued)**

Electronically signed by Lawrence Forest, LOTR on 9/30/2015  6:03 PM

**Follow-up Information**

None

**Follow Up Call**

No data filed

Liberty/Crespo 0638

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Enc. Date 10/02/15

## ED Arrival Information
Patient not seen in ED

## Chief Complaint/Reason for Visit
None

## Diagnosis
None

## ED Events
None

## ED Treatment Team
None

## Home Medications

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Taking | | 08/22/16 | – | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Taking | | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:   Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | Taking | | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | Taking | | 06/06/16 | – | Historical Provider, MD |
| Notes:   Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | Not Taking | | 01/06/16 | – | Historical Provider, MD |
| Notes:   Received from: External Pharmacy | | | | | |

| Medical as of 10/2/2015 | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| | Abnormal Pap smear [IMO0002] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [L57.0] | | | Provider |
| | Allergy [T78.40XA] | | | Provider |
| | Arthritis [M19.90] | | | Provider |
| | Basal cell carcinoma [C44.91] | | excised from L chest | Provider |
| | Encounter for blood transfusion [Z51.89] | | | Provider |
| | Herpes simplex without mention of complication [B00.9] | | | Provider |
| | Joint pain [M25.50] | | | Provider |
| | Seizures [R56.9] | | | Provider |
| | Stroke [I63.9] | | | Provider |
| | Undifferentiated connective tissue disease [M35.9] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [Z79.01] | 5/5/2015 | | Provider |
| Asthma [J45.909] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |

Liberty/Crespo 0639

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 10/02/15

| | | | | |
|---|---|---|---|---|
| CHF (congestive heart failure) [I50.9] | 5/5/2015 | | | Provider |
| COPD (chronic obstructive pulmonary disease) [J44.9] | 5/5/2015 | | | Provider |
| Diabetes mellitus | 7/11/2013 | | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | | Provider |
| Glaucoma | 7/11/2013 | | | Provider |
| Hypertension [I10] | 7/11/2013 | | | Provider |
| Macular degeneration [H35.30] | 7/11/2013 | | | Provider |
| Retinal detachment [H33.20] | 7/11/2013 | | | Provider |
| Strabismus [H50.9] | 7/11/2013 | | | Provider |
| Thyroid disease [E07.9] | 5/5/2015 | | | Provider |
| Transfusion reaction [T80.92XA] | 5/5/2015 | | | Provider |
| Uveitis [H20.9] | 7/11/2013 | | | Provider |

**All Other Notes**

No notes of this type exist for this encounter.

## ED Records

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily, 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |
| Medications not reviewed this encounter | | | | | |

**Medication Comments**

** No Medication Comments Found **

## Orders

**Discharge Orders**

None

**ED Prescriptions**

None

**Allergies as of 8/31/2016**

No Known Allergies

**Discharge Instructions**

None

**Follow-up Information**

None

| Encounter Information - Patient Email |
|---|

**Diagnoses**

Liberty/Crespo 0640

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 10/02/15

## Encounter Information - Patient Email (continued)

### Diagnoses (continued)
None.

Non-Hospital Problems as of 10/2/2015                  Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7 ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1 ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710 ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83 ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2 ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0 ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2 ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9 ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9 ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0 ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9 ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899 ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40 ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51 ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7 ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462 ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90 ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |

Generated on 8/31/2016 1:35 PM                 Page 57

Liberty/Crespo 0641

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 10/02/15

## Encounter Information - Patient Email (continued)

**Non-Hospital Problems as of 10/2/2015 (continued)**        Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Urinary retention | ICD-10-CM: R33.9 ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05 ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89 ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569 ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9 ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5 ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00 ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1 ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8 ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2 ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89 ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0 ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1 ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51 ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90 ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 10/2/2015**        Never Reviewed

No immunizations on file.

**Medical History**

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of | | |

Generated on 8/31/2016  1:35 PM        Page 58

Liberty/Crespo 0642

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:         Sex: F
Enc. Date 10/02/15

## Encounter Information - Patient Email (continued)

### Medical History (continued)

| Diagnosis | Date | Comment |
|---|---|---|
| complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 10/2/2015

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc as of 10/2/2015**   Social Documentation
CRNA in abdominal transplant
3 kids

### Tobacco Use as of 10/2/2015

Never smoked or used smokeless tobacco.

Generated on 8/31/2016 1:35 PM

Page 59

Liberty/Crespo 0643

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Enc. Date 10/02/15

## Encounter Information - Patient Email (continued)

### Alcohol Use as of 10/2/2015

No.
Comments: social

### Drug Use as of 10/2/2015

No.

### Sexual Activity as of 10/2/2015

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 10/2/2015

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 10/2/2015

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 9/11/2015

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 10/2/2015

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 10/2/2015

| Gravida | Para | Abortions | SAB | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | | | | |

### History

Not marked as reviewed during this visit.

## Medications

Liberty/Crespo 0644

1G053170001

NOMC NEUROSURGERY 7TH FLOOR
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Enc. Date 10/02/15

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 10/2/2015**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral<br>Class: Historical Med | | | 1/31/2015 | 8/24/2016 |

> Ann M Haas, RN 5/12/2015  2:34 PM
> Patient not currently taking at this time

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | 8/19/2016 |

Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter

> Ann M Haas, RN 5/12/2015  2:32 PM
> Pt not currently on in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL)<br>Sig - Route: Take by mouth. - Oral<br>Class: Historical Med | | | | 4/26/2016 |

> Ann M Haas, RN 5/12/2015  2:33 PM
> Not currently taking while in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet<br>Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| quinacrine (QUINACRINE) 100 mg tablet<br>Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| verapamil (CALAN-SR) 120 MG CR tablet<br>Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| zolpidem (AMBIEN) 5 MG Tab<br>Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening – Oral<br>Class: Historical Med | | | | 2/17/2016 |

> Ann M Haas, RN 5/12/2015  2:35 PM
> Patient not currently taking at this time

## Encounter Messages

### RE:Driving

| From | To | Sent |
|---|---|---|
| Paige Friday Crespo | Sheria D Jones, LPN | 10/13/2015 12:32 PM |

Well thank you!,

### Previous Messages

—– Message —–
From: Nurse Sheria D
Sent: 10/2/2015  4:37 PM CDT
To: Paige Friday Crespo
Subject: Driving

Good afternoon, per Dr. Ware. It is ok to drive. Drive safe!

### Driving

| From | To | Sent and Delivered |
|---|---|---|

Generated on 8/31/2016  1:35 PM                                                    Page 61

Liberty/Crespo 0645

1G053170001

NOMC NEUROSURGERY 7TH FLOOR                    CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                    MRN: 1773053
Ambulatory Encounter                           DOB:          Sex: F
                                               Enc. Date 10/02/15

**Encounter Messages (continued)**

Sheria D Jones, LPN       Paige Friday Crespo       10/2/2015  4:37 PM
Last Read in Patient Portal
   10/13/2015 12:33 PM by Paige Friday Crespo
Good afternoon, per Dr. Ware. It is ok to drive. Drive safe!

**Follow-up Information**

None

**Follow Up Call**

No data filed

Liberty/Crespo 0646

1G053170001

| NOMC NEUROPSYCH CLINIC | CRESPO, PAIGE FRIDAY |
|---|---|
| OCHSNER, SOUTH SHORE REGION | MRN: 1773053 |
| ED Record | DOB:          Sex: F |
| | Acct #: 12012656665 |
| | Enc. Date 10/12/15 |

**ED Arrival Information**

Patient not seen in ED

**Chief Complaint/Reason for Visit**

None

**Diagnosis**

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Cognitive dysfunction due to stroke [I63.9, R41.89] | | Brian M. Mizuki, PsyD | 10/14/2015 1:13 PM |

**ED Events**

None

**ED Treatment Team**

None

**Home Medications**

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Taking | | 08/22/16 | — | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Taking | | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:   Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | Taking | | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | Taking | | 06/06/16 | — | Historical Provider, MD |
| Notes:   Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | Not Taking | | 01/06/16 | — | Historical Provider, MD |

Notes:   Received from: External Pharmacy

**Medical as of 10/12/2015**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Abnormal Pap smear [IMO0002] | 2007 | LEEP | Provider |
| AK (actinic keratosis) [L57.0] | | | Provider |
| Allergy [T78.40XA] | | | Provider |
| Arthritis [M19.90] | | | Provider |
| Basal cell carcinoma [C44.91] | | excised from L chest | Provider |
| Encounter for blood transfusion [Z51.89] | | | Provider |
| Herpes simplex without mention of complication [B00.9] | | | Provider |
| Joint pain [M25.50] | | | Provider |
| Seizures [R56.9] | | | Provider |
| Stroke [I63.9] | | | Provider |
| Undifferentiated connective tissue disease [M35.9] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 7/11/2013 | | Provider |

Liberty/Crespo 0647

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            , Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

| | | | |
|---|---|---|---|
| Anticoagulant long-term use [Z79.01] | 5/5/2015 | | Provider |
| Asthma [J45.909] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |
| CHF (congestive heart failure) [I50.9] | 5/5/2015 | | Provider |
| COPD (chronic obstructive pulmonary disease) [J44.9] | 5/5/2015 | | Provider |
| Diabetes mellitus | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma | 7/11/2013 | | Provider |
| Hypertension [I10] | 7/11/2013 | | Provider |
| Macular degeneration [H35.30] | 7/11/2013 | | Provider |
| Retinal detachment [H33.20] | 7/11/2013 | | Provider |
| Strabismus [H50.9] | 7/11/2013 | | Provider |
| Thyroid disease [E07.9] | 5/5/2015 | | Provider |
| Transfusion reaction [T80.92XA] | 5/5/2015 | | Provider |
| Uveitis [H20.9] | 7/11/2013 | | Provider |

**All Other Notes**

**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015 1:08 PM**

Author: Brian M. Mizuki, PsyD          Service: (none)                              Author Type: Physician
Filed: 10/14/2015 1:13 PM             Encounter Date: 10/12/2015          Status: Signed
Editor: Brian M. Mizuki, PsyD (Physician)
**Sensitive Note**

## NEUROPSYCHOLOGICAL EVALUATION - CONFIDENTIAL

**REFERRAL SOURCE:** Fawad Khan, MD
**MEDICAL NECESSITY:** Evaluate cognitive functioning to assess for decline post MCA aneurysmal rupture.
**DATE CONDUCTED:** 10/12/2015

**SOURCES OF INFORMATION:** The following was gathered from a clinical interview with Ms. Paige Crespo and a review of the available medical records. Ms. Crespo expressed an understanding of the purpose of the evaluation and consented to all procedures. *Total licensed billing psychologist's **professional time including** clinical interview, test administration and interpretation of tests administered by the billing psychologist, integration of test results and other clinical data, preparing the final report, and personally reporting results to the patient (96118)= 4 hours. Total technician time (96119) = 4 hours.*

**HISTORY OF PRESENT ILLNESS:** Ms. Paige Crespo is a 43-year-old, right-handed, Caucasian female with 18 years of education who was referred for a cognitive evaluation following a MCA aneurysmal rupture with intraparenchymal hemorrhage on 4/10/15. She recalled having an out of body experience on that day, with friends later telling her that she was also complaining of a severe headache. The symptoms began at 6:30pm, she was taken to the emergency room, the diagnosis was made, and she underwent aneurysm clipping by 9:30pm. She reportedly had several seizures during that time period, but has not experienced any since 4/10/15. Ms. Crespo reportedly had left side weakness, but this quickly resolved. She was in the hospital for 2 months and felt that she returned to her baseline in most areas, with only a few mild changes noted.

Ms. Crespo denied any changes in memory, attention, or language abilities. She has noticed problems with navigation, especially when trying to retrace her steps to where she parked her car. Otherwise, she has not noticed any changes/problems in her cognitive or daily functioning. Ms. Crespo has a persistent left homonymous hemianopsia. She denied any other changes in sensory or motor abilities. She also denied any changes in personality, although her husband reportedly believes this to be the case. However, she indicated that there was marital strain prior to the hemorrhage.

Generated on 8/31/2016 1:35 PM                                                                    Page 64

Liberty/Crespo 0648

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

**All Other Notes (continued)**

**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015 1:08 PM (continued)**

Ms. Crespo is independent in activities of daily living with no reported problems. She has no difficulty remembering to take her medications, she uses her phone to track appointments, and she continues to manage the family finances. She also completes all household tasks with no problems. She resumed driving shortly after her discharge from the hospital and recently passed a formal, on-the-road driving evaluation with no suggested restrictions. She denied any difficulties with driving.

Ms. Crespo has been a nurse anesthetist for 15 years. She has not worked since the hospitalization. She firmly believes that she could return to her position and continue to work at her previous high level. However, she continues to stay focused on her recovery and parenting responsibilities rather than rushing back to work. In fact, she was currently transitioned to long-term disability and will be terminated from her position. In addition to losing her job, Ms. Crespo indicated that she would also lose her license if she is not working consistently. She believes this would likely end her career as a nurse anesthetist and force her to consider a different career path.

**ADDITIONAL MEDICAL HISTORY:** Ms. Crespo's history is also remarkable for 2 autoimmune conditions, undifferentiated inflammatory arthritis and undifferentiated connective tissue disease. She endorsed occasional problems with sleep initiation, as it can take her several hours to fall asleep on some nights. She takes Ambien during these instances. She denied any problems with sleep maintenance. Ms. Crespo feels that she still needs more sleep since the hospitalization as she can quickly feel fatigued, although she does not nap. She typically tries to get 8-10 hours of sleep per night. Ms. Crespo denied a history of tobacco use. She drinks 1 glass of wine every night and denied a history of substance abuse.

Impressions offered from a head CTA on 6/17/15 include: "Evolving postoperative change right frontal parietal craniotomy and cranioplasty with underlying right MCA mucin clipping. Reduced size hypodense extra-axial collection underlies the craniotomy superficial to the duraplasty suggestive for evolving subdural hygroma. No evidence for new hemorrhage or new abnormal parenchymal attenuation. Small extra-axial enhancing hyperdense lesion along the right aspect of the interhemispheric fissure suggestive for meningioma."

**CURRENT MEDICATIONS:** verapamil.

**PSYCHIATRIC HISTORY:** Ms. Crespo described an unremarkable pre-morbid psychiatric history. However, she has noticed some changes in her mood since the hemorrhage. She does not feel depressed; rather, she finds that she does not feel "happiness" or "excitement." She described herself as feeling "flat." Ms. Crespo has a counselor for both individual and marital therapy and is interested in finding a psychiatrist for a SSRI. She denied a history of suicidal ideation. She does not feel that she is anxious, but she did describe occasional intrusive ruminative thoughts.

Ms. Crespo is very aware of the seriousness of her medical event. She continues to have a difficult time "wrapping [her] mind" around the fact that she almost died. However, she does not dwell on this fact. She is more hypervigilant about neurological symptoms, especially with other people in her life. She has not experienced a headache since she was discharged from the hospital and is aware that she may become anxious when she does finally have one.

**FAMILY HISTORY:** Ms. Crespo's family history is unremarkable. She has 3 children, ages, 10, 8, and 6.

**PSYCHOSOCIAL HISTORY:** Ms. Crespo denied any problems with learning throughout her education and described herself as a very strong student. She obtained a master's degree in anesthesiology.

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0649

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          . Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

**All Other Notes (continued)**

<u>**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015  1:08 PM (continued)**</u>

**BEHAVIORAL OBSERVATIONS:** Ms. Crespo arrived on time for the evaluation and was unaccompanied. She was appropriately dressed and groomed. No motor or sensory problems were noted. Speech was of normal rate, volume, and prosody. Expressive and receptive language were grossly intact. She presented with a normal range of affect. She was insistent about the lack of change/problems she has experienced since the hemorrhage. Ms. Crespo was engaged and attentive throughout testing. She had no difficulty understanding or following test instructions. She had a very fast pace throughout testing, that actually resulted in several errors. The following test results appear to be a valid and reliable measure of her current cognitive abilities.

**TEST RESULTS:** Test results are also included in an appendix to this report.

Ms. Crespo was fully oriented to time and place. Baseline abilities were estimated to be in the high average range. She demonstrated average to above average auditory attention/initial encoding with average working memory, processing speed, planning, set shifting/divided attention, and conceptual reasoning/problem solving skills. In regards to language abilities, she demonstrated superior semantic verbal fluency, average letter verbal fluency, and average confrontation naming. Testing revealed a mild deficit in visuospatial skills. Her copy of a complex figure was slightly below expectation. Her copy revealed mild difficulties in her ability to accurately perceive the entire gestalt of the figure. Several details were compressed or inaccurate and 1 detail was missing. Fine motor abilities were below average for her dominant right hand and impaired for her non-dominant left hand.

Ms. Crespo's encoding of a supraspan word list was average as she demonstrated a gradual positive learning curve across the 5 trials (6, 9, 12, 13, and 13/15 words). She recalled 13/15 words following exposure to a distracter list. She demonstrated perfect retention following a long delay, recalling 13/15 words. Recognition was below expectation as she correctly identified all 15 words, but made 7 false positive errors (4 from the distracter list). Ms. Crespo's encoding of 2 short stories was superior. She demonstrated intact retention following a long delay and her overall recall as again superior. Her responses to yes/no questions pertaining to the stories was within normal limits. Ms. Crespo's encoding of simple geometric shapes was below average. She demonstrated strong retention following a long delay and her overall recall was average. Recognition was perfect.

Ms. Crespo also completed a comprehensive inventory designed to measure a wide range of psychopathology. She attended appropriately to item content and responded in a consistent fashion. She evidenced slightly defensive responding. Her clinical profile was within normal limits, although she endorsed moderate issues in some areas. She described herself as having an elevated and variable mood. She may be a slightly rigid individual and seen by others as controlling. It also appears important for her to be perceived as competent by others. Ms. Crespo described a stable, positive self-evaluation, although she is currently very aware of her physical functioning. She denied thoughts pertaining to self-harm. She is less interested in treatment than most.

**SUMMARY AND IMPRESSIONS:** Ms. Paige Crespo is a 43-year-old female who was referred for a cognitive evaluation following a MCA aneurysmal rupture with intraparenchymal hemorrhage on 4/10/15. She believes that she has generally returned to her cognitive baseline since that time, with mild changes in navigation and persistent left homonymous hemianopsia. She is independent in activities of daily living with no reported problems. She has not returned to her position as a nurse anesthetist since the hemorrhage.

Consistent with Ms. Crespo's self-report, she demonstrated strongly intact cognition in most domains of cognitive functioning. Specifically, testing revealed average to above average learning/memory, language,

Generated on 8/31/2016  1:35 PM                                                                 Page 66

Liberty/Crespo 0650

1G053170001

| NOMC NEUROPSYCH CLINIC | CRESPO,PAIGE FRIDAY |
|---|---|
| OCHSNER, SOUTH SHORE REGION | MRN: 1773053 |
| ED Record | DOB:          Sex: F |
| | Acct #: 12012656665 |
| | Enc. Date 10/12/15 |

**All Other Notes (continued)**

**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015 1:08 PM (continued)**

processing speed, complex/divided attention, working memory, and conceptual reasoning/problem solving skills. She did demonstrate several mild weaknesses that are suspected to be a slight change from baseline. Ms. Crespo appears to have experienced a mild decline in visuospatial skills, which likely contributes to her reported difficulties with navigation. She also evidenced a slight weakness with source memory, meaning that she can be somewhat susceptible to interference. Fine motor abilities for her left hand also appear to be compromised. While these weaknesses were noteworthy, the overall findings are very encouraging and are consistent with Ms. Crespo's self-perception that she has generally returned to her cognitive baseline.

**RECOMMENDATIONS:**

1. Ms. Crespo expressed interest in a psychiatric consultation. In addition to describing a "flat" mood, she also endorsed symptoms suggestive of anxiety with ruminative thinking. She can contact that department of psychiatry at Ochsner Main Campus at 504-842-4025.

2. Ms. Crespo is encouraged to continue to use compensatory strategies and remain as externally organized as possible. Strategies can include using the calendar function on her phone, keeping notes for important information, and/or setting alerts/timer to remind her of important times/events.

3. Ms. Crespo is encouraged to return for a re-evaluation in 12-18 months to assess for interval change. If a decline in her cognitive status is noted prior to that time, an earlier evaluation may be warranted.

I will provide Ms. Crespo the results of the evaluation over the phone.

Thank you for allowing me to participate in Ms. Crespo's care. If you have any questions, please contact me at 504-842-8613.

Brian Mizuki, Psy.D.
Clinical Neuropsychologist
Ochsner Health System – Department of Neurology

**APPENDIX**

*TESTS ADMINISTERED:* Clinical Interview and Review of Records, Test of Premorbid Functioning (TOPF), Selected subtests from the Wechsler Adult Intelligence Scale – 4th Edition (WAIS-IV), Logical Memory subtest form the Wechsler Memory Scale – 4th Edition (WMS-IV), Rey Verbal Learning Test (RVLT), Brief Visuospatial Memory Test – **Revised (BVMT-R, form 1)**, **Rey Complex Figure (copy trial only)**, **Wisconsin Card Sorting Test** (WCST, 64 card version), selected subtests from the Delis Kaplan Executive Function System (D-KEFS), Naming subtest from the Neuropsychological Assessment Battery (NAB), Grooved Pegboard Test, and the Personality Assessment Inventoryr (PAI).

| **TOPF** | Standard Score |
|---|---|
| + simple demographics | 110 (predicted = 112) |

| **WAIS-IV** | Index | Percentile |
|---|---|---|
| Working Memory Index | 102 | 55% |
| Processing Speed Index | 97 | 42% |

| Individual subtests | Scaled Score |
|---|---|
| Block Design | 7 |

Generated on 8/31/2016 1:35 PM                                                                     Page 67

Liberty/Crespo 0651

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

**All Other Notes (continued)**

Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015_1:08 PM (continued)

| | |
|---|---|
| Digit Span | 11 |
| LDF | 7 (raw) |
| LDB | 6 (raw) |
| LDS | 7 (raw) |
| RDS | 11 |
| Arithmetic | 10 |
| Symbol Search | 9 |
| Coding | 10 |

**WMS-IV**

| | |
|---|---|
| Logical Memory I | 14 |
| Logical Memory II | 14 |
| Logical Memory II Recog. | 24/30 (raw) 26–50% (base rate) |

**RVLT**

| | Z scores |
|---|---|
| T1 | -0.3 |
| T2 | -0.1 |
| T3 | 0.5 |
| T4 | 0.6 |
| T5 | 0.3 |
| Total | 0.2 |
| List B | -1.1 |
| IR | 1.0 |
| DR | 1.0 |
| Recog. | 0.7 (15/15 hits, 7 false positive errors) |

**BVMT-R**

| | T-scores |
|---|---|
| T1 | 39 |
| T2 | 41 |
| T3 | 45 |
| Total | 40 |
| DR | 53 |
| Retention | >16% |
| Rec Discrim | >16% |
| Rec Response Bias | >16% |
| Copy | slightly below expectation, 1 error |

**NAB**

| | T-scores |
|---|---|
| Naming | 52 (30/31, +1 with semantic cue) |

**Rey Complex Figure** Percentile

| | |
|---|---|
| Copy | >16% (33/36) |
| Time | >16% (136 seconds) |

**WCST-64**

| | Standard Score |
|---|---|
| Total Errors | 109 |
| Perseverative Errors | 92 |
| Cat. Completed | 5 (raw, >16%) |

Liberty/Crespo 0652

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## All Other Notes (continued)

Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015_1:08 PM (continued)

| | |
|---|---|
| Trials to 1st | 11 (raw, >16%) |
| Failure to Maintain Set | 0 (raw) |
| Learning to Learn | 0.35 (>16%) |

| **DKEFS** | Scaled Score |
|---|---|
| **Trailmaking Test** | |
| Visual Scanning | 10 |
| Number Sequencing | 9 |
| Letter Sequencing | 8 |
| Switching | 10 (1 error) |
| Motor Speed | 10 |

| **Verbal Fluency** | |
|---|---|
| Letter | 10 |
| Category | 15 |
| Switching | 14 |
| Switching Accuracy | 14 |

| **Color-Word Interference** | |
|---|---|
| Color | 12 |
| Word | 12 |
| Inhibition | 14 |
| Inhibition/Switching | 14 |

| **Tower Total Achievement** | 12 |
|---|---|

| **Heaton Norms** | T-Score |
|---|---|
| Grooved Pegboard (D) | 40 |
| Grooved Pegboard (ND) | 29 |

Electronically signed by Brian M. Mizuki, PsyD at 10/14/2015 1:13 PM

| Result | Ambulatory Referral to Neuropsychology (Order 161488786) |
|---|---|

## ED Records

### ED Current OP Medications

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |

Generated on 8/31/2016 1:35 PM

Page 69

Liberty/Crespo 0653

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## ED Records (continued)

### ED Current OP Medications (continued)

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Medications not reviewed this encounter.

### Medication Comments
** No Medication Comments Found **

### Other Orders

**Ambulatory Referral to Neuropsychology [161488786]**

Electronically signed by: Fawad A. Khan, MD on 06/03/15 1521                                          Status: **Active**
Ordering user: Fawad A. Khan, MD 06/03/15 1521
Ordering mode: Standard
Frequency: 06/03/15 -
Diagnoses:
  Severe frontal headaches [R51]

Authorized by: Fawad A. Khan, MD
Ordered during: Office Visit on 06/03/2015

### Discharge Orders
None

### ED Prescriptions
None

### Allergies as of 8/31/2016
No Known Allergies

### Discharge Instructions
None

### Follow-up Information
None

### Encounter Information - Initial consult

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| Cognitive dysfunction due to stroke    - Primary | ICD-10-CM: I63.9, R41.89 ICD-9-CM: 434.91, 799.59 | |

#### Non-Hospital Problems as of 10/12/2015

Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4 | 1/2/2013 - Present |

Generated on 8/31/2016 1:35 PM                                                                      Page 70

Liberty/Crespo 0654

1G053170001

NOMC NEUROPSYCH CLINIC  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

CRESPO,PAIGE FRIDAY  
MRN: 1773053  
DOB:            Sex: F  
Acct #: 12012656665  
Enc. Date 10/12/15

## Encounter Information - Initial consult (continued)

**Non-Hospital Problems as of 10/12/2015 (continued)**                    Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Undifferentiated connective tissue disease | ICD-9-CM: 714.9 ICD-10-CM: M35.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-9-CM: 710.9 ICD-10-CM: K11.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-9-CM: 527.7 ICD-10-CM: N92.1 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-9-CM: 626.6 ICD-10-CM: Z90.710 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-9-CM: V88.01 ICD-10-CM: R53.83 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-9-CM: 780.79 ICD-10-CM: N95.2 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-9-CM: 627.3 ICD-10-CM: N39.46 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-9-CM: 788.33 ICD-10-CM: N92.0 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-9-CM: 626.2 ICD-10-CM: N85.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-9-CM: 621.2 ICD-10-CM: I61.9 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-9-CM: 431 ICD-10-CM: G45.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-9-CM: 435.9 ICD-10-CM: R51 | 4/27/2015 - Present |
| Granuloma annulare | ICD-9-CM: 784.0 ICD-10-CM: L92.0 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-9-CM: 695.89 ICD-10-CM: I60.9 | 4/10/2015 - Present |
| Closed head injury | ICD-9-CM: 430 ICD-10-CM: S09.90XA | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-9-CM: 959.01 ICD-10-CM: Z79.899 | 5/15/2015 - Present |
| Acquired skull defect | ICD-9-CM: V58.69 ICD-10-CM: M95.2 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-9-CM: 738.19 ICD-10-CM: G93.40 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-9-CM: 348.30 ICD-10-CM: R51 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-9-CM: 784.0 ICD-10-CM: R56.9 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-9-CM: 780.39 ICD-10-CM: H54.7 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-9-CM: 369.9 ICD-10-CM: H53.462 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-9-CM: 368.46 ICD-10-CM: F11.90 | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | ICD-9-CM: 305.50 ICD-10-CM: R33.9 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-9-CM: 788.20 ICD-10-CM: T78.40XA | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-9-CM: 995.3 ICD-10-CM: R05 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-9-CM: 786.2 ICD-10-CM: N90.89 | 4/26/2013 - 9/1/2015 |

Generated on 8/31/2016 1:35 PM                                                  Page 71

Liberty/Crespo 0655

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Encounter Information - Initial consult (continued)

**Non-Hospital Problems as of 10/12/2015 (continued)**

Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Knee pain | ICD-9-CM: 624.8<br>ICD-10-CM: M25.569<br>ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9<br>ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5<br>ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00<br>ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1<br>ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8<br>ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2<br>ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89<br>ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0<br>ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1<br>ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90<br>ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 10/12/2015**                              Never Reviewed

No immunizations on file.

**Medical History**

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

Generated on 8/31/2016  1:35 PM                              Page 72

Liberty/Crespo 0656

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Encounter Information - Initial consult (continued)

**Surgical History**

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

**Family and Education as of 10/12/2015**

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc**      Social Documentation
**as of 10/12/2015** CRNA in abdominal transplant
3 kids

**Tobacco Use as of 10/12/2015**

Never smoked or used smokeless tobacco.

**Alcohol Use as of 10/12/2015**

No.
Comments: social

**Drug Use as of 10/12/2015**

No.

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0657

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Encounter Information - Initial consult (continued)

### Sexual Activity as of 10/12/2015

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 10/12/2015

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 10/12/2015

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 9/11/2015

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 10/12/2015

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 10/12/2015

| Gravida | Para | Abortions | SAB | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | | |

### History

Not marked as reviewed during this visit.

## Medications

### Outpatient Medications at Start of Encounter as of 10/12/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab | | | 1/31/2015 | 8/24/2016 |
| Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral | | | | |
| Class: Historical Med | | | | |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0658

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 10/12/2015 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Ann M Haas, RN 5/12/2015  2:34 PM<br>Patient not currently taking at this time | | | | |
| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |
| Ann M Haas, RN 5/12/2015  2:32 PM<br>Pt not currently on in hospital | | | | |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL)<br>Sig - Route: Take by mouth. - Oral<br>Class: Historical Med | | | | 4/26/2016 |
| Ann M Haas, RN 5/12/2015  2:33 PM<br>Not currently taking while in hospital | | | | |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet<br>Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| quinacrine (QUINACRINE) 100 mg tablet<br>Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| verapamil (CALAN-SR) 120 MG CR tablet<br>Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| zolpidem (AMBIEN) 5 MG Tab<br>Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral<br>Class: Historical Med | | | | 2/17/2016 |
| Ann M Haas, RN 5/12/2015  2:35 PM<br>Patient not currently taking at this time | | | | |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0659

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Other Orders

### Ambulatory Referral to Neuropsychology

| | | Status: **Active** |
|---|---|---|
| Electronically signed by:  Fawad A. Khan, MD on 06/03/15 1521 | | |
| Ordering user:  Fawad A. Khan, MD 06/03/15 1521 | Authorized by:  Fawad A. Khan, MD | |
| Ordering mode:  Standard | Ordered during:  Office Visit on 06/03/2015 | |
| Frequency:  06/03/15 - | | |

Diagnoses:
  Severe frontal headaches [R51]

## Result
**Ambulatory Referral to Neuropsychology (Order 161488786)**

### Encounter Messages

#### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| System Message<br>Myochsner | Paige Friday Crespo | 10/5/2015 6:04 AM |

Last Read in Patient Portal
  10/13/2015 12:33 PM by Paige Friday Crespo

Appointment Information

Provider:Brian M Mizuki, PsyD
Date:10/12/15
Time:8:30 AM

Department:
Jeff Hwy- Neuropsych Clinic
1514 Jefferson Hwy
New Orleans, LA 70121-2429

504-842-3980
<a href="http://www.ochsner.org/locations/ochsner_main_campus/"target="_blank">Location Information</a>
<a href="https://maps.google.com/maps?daddr=1514+jefferson+hwy,+New+Orleans,+LA+70121" target="_blank">Driving Directions</a>

Appointment Instructions:
  Please arrive 15 minutes prior to your appointment. Bring all previous medical records and films along with the list of current medications and insurance card.

Need to change your appointment?
  To change your appointment online, first cancel your appointment and then schedule a new one. Or call us to change your appointment at 1-866-OCHSNER (624-7637).

Need to cancel your appointment?
  If you are using the MyOchsner App, please visit the homepage to access your appointment and click "Cancel". For all other users, please click Epichttp://apptcancelpage[here] to cancel your appointment.

#### Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| System Message | | 6/10/2015 11:10 AM |

Generated on 8/31/2016 1:35 PM

Page 76

Liberty/Crespo 0660

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

**Encounter Messages (continued)**

Myochsner                    Paige Friday Crespo
Last Read in Patient Portal
  7/15/2015 10:33 AM by Paige Friday Crespo
Appointment Information:
  Visit Type: Consult
    Dept: Jeff Hwy- Neuropsych Cli*Provider: Brian M Mizuki
    Date: 10/12/2015              Time: 8:30 AM

  Appt Status: Scheduled

  Appt Instructions: Please arrive 15 minutes prior to your appointment. Bring
              all previous medical records and films along with the
              list of current medications and insurance card.

        Jeff Hwy- Neuropsych Clinic
          1514 JEFFERSON HWY
        NEW ORLEANS, LA 70121-2429
          504-842-3980

## Progress Notes

**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015  1:08 PM**

Author: Brian M. Mizuki, PsyD          Service: (none)                    Author Type: Physician
Filed: 10/14/2015  1:13 PM             Encounter Date:  10/12/2015        Status: Signed
Editor: Brian M. Mizuki, PsyD (Physician)
**Sensitive Note**

### NEUROPSYCHOLOGICAL EVALUATION - CONFIDENTIAL

**REFERRAL SOURCE:** Fawad Khan, MD
**MEDICAL NECESSITY:** Evaluate cognitive functioning to assess for decline post MCA aneurysmal rupture.
**DATE CONDUCTED:** 10/12/2015

**SOURCES OF INFORMATION:** The following was gathered from a clinical interview with Ms. Paige Crespo and a review of the available medical records. Ms. Crespo expressed an understanding of the purpose of the evaluation and consented to all procedures. *Total licensed billing psychologist's **professional time including** clinical interview, test administration and interpretation of tests administered by the billing psychologist, integration of test results and other clinical data, preparing the final report, and personally reporting results to the patient (96118)= 4 hours. Total technician time (96119) = 4 hours.*

**HISTORY OF PRESENT ILLNESS:** Ms. Paige Crespo is a 43-year-old, right-handed, Caucasian female with 18 years of education who was referred for a cognitive evaluation following a MCA aneurysmal rupture with intraparenchymal hemorrhage on 4/10/15. She recalled having an out of body experience on that day, with friends later telling her that she was also complaining of a severe headache. The symptoms began at 6:30pm, she was taken to the emergency room, the diagnosis was made, and she underwent aneurysm clipping by 9:30pm. She reportedly had several seizures during that time period, but has not experienced any since 4/10/15. Ms. Crespo reportedly had left side weakness, but this quickly resolved. She was in the hospital for 2 months and felt that she returned to her baseline in most areas, with only a few mild changes noted.

Generated on 8/31/2016  1:35 PM                                          Page 77

Liberty/Crespo 0661

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

### Progress Notes (continued)

**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015  1:08 PM (continued)**

Ms. Crespo denied any changes in memory, attention, or language abilities. She has noticed problems with navigation, especially when trying to retrace her steps to where she parked her car. Otherwise, she has not noticed any changes/problems in her cognitive or daily functioning. Ms. Crespo has a persistent left homonymous hemianopsia. She denied any other changes in sensory or motor abilities. She also denied any changes in personality, although her husband reportedly believes this to be the case. However, she indicated that there was marital strain prior to the hemorrhage.

Ms. Crespo is independent in activities of daily living with no reported problems. She has no difficulty remembering to take her medications, she uses her phone to track appointments, and she continues to manage the family finances. She also completes all household tasks with no problems. She resumed driving shortly after her discharge from the hospital and recently passed a formal, on-the-road driving evaluation with no suggested restrictions. She denied any difficulties with driving.

Ms. Crespo has been a nurse anesthetist for 15 years. She has not worked since the hospitalization. She firmly believes that she could return to her position and continue to work at her previous high level. However, she continues to stay focused on her recovery and parenting responsibilities rather than rushing back to work. In fact, she was currently transitioned to long-term disability and will be terminated from her position. In addition to losing her job, Ms. Crespo indicated that she would also lose her license if she is not working consistently. She believes this would likely end her career as a nurse anesthetist and force her to consider a different career path.

**ADDITIONAL MEDICAL HISTORY:** Ms. Crespo's history is also remarkable for 2 autoimmune conditions, undifferentiated inflammatory arthritis and undifferentiated connective tissue disease. She endorsed occasional problems with sleep initiation, as it can take her several hours to fall asleep on some nights. She takes Ambien during these instances. She denied any problems with sleep maintenance. Ms. Crespo feels that she still needs more sleep since the hospitalization as she can quickly feel fatigued, although she does not nap. She typically tries to get 8-10 hours of sleep per night. Ms. Crespo denied a history of tobacco use. She drinks 1 glass of wine every night and denied a history of substance abuse.

Impressions offered from a head CTA on 6/17/15 include: "Evolving postoperative change right frontal parietal craniotomy and cranioplasty with underlying right MCA mucin clipping. Reduced size hypodense extra-axial collection underlies the craniotomy superficial to the duraplasty suggestive for evolving subdural hygroma. No evidence for new hemorrhage or new abnormal parenchymal attenuation. Small extra-axial enhancing hyperdense lesion along the right aspect of the interhemispheric fissure suggestive for meningioma."

**CURRENT MEDICATIONS:** verapamil.

**PSYCHIATRIC HISTORY:** Ms. Crespo described an unremarkable pre-morbid psychiatric history. However, she has noticed some changes in her mood since the hemorrhage. She does not feel depressed; rather, she finds that she does not feel "happiness" or "excitement." She described herself as feeling "flat." Ms. Crespo has a counselor for both individual and marital therapy and is interested in finding a psychiatrist for a SSRI. She denied a history of suicidal ideation. She does not feel that she is anxious, but she did describe occasional intrusive ruminative thoughts.

Ms. Crespo is very aware of the seriousness of her medical event. She continues to have a difficult time "wrapping [her] mind" around the fact that she almost died. However, she does not dwell on this fact. She is more hypervigilant about neurological symptoms, especially with other people in her life. She has not

Liberty/Crespo 0662

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Progress Notes (continued)

**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015 1:08 PM (continued)**

experienced a headache since she was discharged from the hospital and is aware that she may become anxious when she does finally have one.

**FAMILY HISTORY:** Ms. Crespo's family history is unremarkable. She has 3 children, ages, 10, 8, and 6.

**PSYCHOSOCIAL HISTORY:** Ms. Crespo denied any problems with learning throughout her education and described herself as a very strong student. She obtained a master's degree in anesthesiology.

**BEHAVIORAL OBSERVATIONS:** Ms. Crespo arrived on time for the evaluation and was unaccompanied. She was appropriately dressed and groomed. No motor or sensory problems were noted. Speech was of normal rate, volume, and prosody. Expressive and receptive language were grossly intact. She presented with a normal range of affect. She was insistent about the lack of change/problems she has experienced since the hemorrhage. Ms. Crespo was engaged and attentive throughout testing. She had no difficulty understanding or following test instructions. She had a very fast pace throughout testing, that actually resulted in several errors. The following test results appear to be a valid and reliable measure of her current cognitive abilities.

**TEST RESULTS:** Test results are also included in an appendix to this report.

Ms. Crespo was fully oriented to time and place. Baseline abilities were estimated to be in the high average range. She demonstrated average to above average auditory attention/initial encoding with average working memory, processing speed, planning, set shifting/divided attention, and conceptual reasoning/problem solving skills. In regards to language abilities, she demonstrated superior semantic verbal fluency, average letter verbal fluency, and average confrontation naming. Testing revealed a mild deficit in visuospatial skills. Her copy of a complex figure was slightly below expectation. Her copy revealed mild difficulties in her ability to accurately perceive the entire gestalt of the figure. Several details were compressed or inaccurate and 1 detail was missing. Fine motor abilities were below average for her dominant right hand and impaired for her non-dominant left hand.

Ms. Crespo's encoding of a supraspan word list was average as she demonstrated a gradual positive learning curve across the 5 trials (6, 9, 12, 13, and 13/15 words). She recalled 13/15 words following exposure to a distracter list. She demonstrated perfect retention following a long delay, recalling 13/15 words. Recognition was below expectation as she correctly identified all 15 words, but made 7 false positive errors (4 from the distracter list). Ms. Crespo's encoding of 2 short stories was superior. She demonstrated intact retention following a long delay and her overall recall as again superior. Her responses to yes/no questions pertaining to the stories was within normal limits. Ms. Crespo's encoding of simple geometric shapes was below average. She demonstrated strong retention following a long delay and her overall recall was average. Recognition was perfect.

Ms. Crespo also completed a comprehensive inventory designed to measure a wide range of psychopathology. She attended appropriately to item content and responded in a consistent fashion. She evidenced slightly defensive responding. Her clinical profile was within normal limits, although she endorsed moderate issues in some areas. She described herself as having an elevated and variable mood. She may be a slightly rigid individual and seen by others as controlling. It also appears important for her to be perceived as competent by others. Ms. Crespo described a stable, positive self-evaluation, although she is currently very aware of her physical functioning. She denied thoughts pertaining to self-harm. She is less interested in treatment than most.

Generated on 8/31/2016 1:35 PM

Page 79

Liberty/Crespo 0663

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Progress Notes (continued)

**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015 1:08 PM (continued)**

**SUMMARY AND IMPRESSIONS:** Ms. Paige Crespo is a 43-year-old female who was referred for a cognitive evaluation following a MCA aneurysmal rupture with intraparenchymal hemorrhage on 4/10/15. She believes that she has generally returned to her cognitive baseline since that time, with mild changes in navigation and persistent left homonymous hemianopsia. She is independent in activities of daily living with no reported problems. She has not returned to her position as a nurse anesthetist since the hemorrhage.

Consistent with Ms. Crespo's self-report, she demonstrated strongly intact cognition in most domains of cognitive functioning. Specifically, testing revealed average to above average learning/memory, language, processing speed, complex/divided attention, working memory, and conceptual reasoning/problem solving skills. She did demonstrate several mild weaknesses that are suspected to be a slight change from baseline. Ms. Crespo appears to have experienced a mild decline in visuospatial skills, which likely contributes to her reported difficulties with navigation. She also evidenced a slight weakness with source memory, meaning that she can be somewhat susceptible to interference. Fine motor abilities for her left hand also appear to be compromised. While these weaknesses were noteworthy, the overall findings are very encouraging and are consistent with Ms. Crespo's self-perception that she has generally returned to her cognitive baseline.

**RECOMMENDATIONS:**

1. Ms. Crespo expressed interest in a psychiatric consultation. In addition to describing a "flat" mood, she also endorsed symptoms suggestive of anxiety with ruminative thinking. She can contact that department of psychiatry at Ochsner Main Campus at 504-842-4025.

2. Ms. Crespo is encouraged to continue to use compensatory strategies and remain as externally organized as possible. Strategies can include using the calendar function on her phone, keeping notes for important information, and/or setting alerts/timer to remind her of important times/events.

3. Ms. Crespo is encouraged to return for a re-evaluation in 12-18 months to assess for interval change. If a decline in her cognitive status is noted prior to that time, an earlier evaluation may be warranted.

I will provide Ms. Crespo the results of the evaluation over the phone.

Thank you for allowing me to participate in Ms. Crespo's care. If you have any questions, please contact me at 504-842-8613.

Brian Mizuki, Psy.D.
Clinical Neuropsychologist
Ochsner Health System – Department of Neurology

**APPENDIX**

*TESTS ADMINISTERED:* Clinical Interview and Review of Records, Test of Premorbid Functioning (TOPF), Selected subtests from the Wechsler Adult Intelligence Scale – 4th Edition (WAIS-IV), Logical Memory subtest form the Wechsler Memory Scale – 4th Edition (WMS-IV), Rey Verbal Learning Test (RVLT), Brief Visuospatial Memory Test – Revised (BVMT-R, form 1), Rey Complex Figure (copy trial only), Wisconsin Card Sorting Test (WCST, 64 card version), selected subtests from the Delis Kaplan Executive Function System (D-KEFS), Naming subtest from the Neuropsychological Assessment Battery (NAB), Grooved Pegboard Test, and the Personality Assessment Inventoryr (PAI).

**TOPF**                          Standard Score

Liberty/Crespo 0664

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Progress Notes (continued)

**Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015  1:08 PM (continued)**

+ simple demographics          110 (predicted = 112)

**WAIS-IV**

| | Index | Percentile |
|---|---|---|
| Working Memory Index | 102 | 55% |
| Processing Speed Index | 97 | 42% |

| Individual subtests | Scaled Score |
|---|---|
| Block Design | 7 |
| Digit Span | 11 |
|     LDF | 7 (raw) |
|     LDB | 6 (raw) |
|     LDS | 7 (raw) |
|     RDS | 11 |
| Arithmetic | 10 |
| Symbol Search | 9 |
| Coding | 10 |

**WMS-IV**

| | |
|---|---|
| Logical Memory I | 14 |
| Logical Memory II | 14 |
| Logical Memory II Recog. | 24/30 (raw) 26-50% (base rate) |

**RVLT**

| | Z scores |
|---|---|
| T1 | -0.3 |
| T2 | -0.1 |
| T3 | 0.5 |
| T4 | 0.6 |
| T5 | 0.3 |
| Total | 0.2 |
| List B | -1.1 |
| IR | 1.0 |
| DR | 1.0 |
| Recog. | 0.7 (15/15 hits, 7 false positive errors) |

**BVMT-R**

| | T-scores |
|---|---|
| T1 | 39 |
| T2 | 41 |
| T3 | 45 |
| Total | 40 |
| DR | 53 |
| Retention | >16% |
| Rec Discrim | >16% |
| Rec Response Bias | >16% |
| Copy | slightly below expectation, 1 error |

**NAB**

| | T-scores |
|---|---|
| Naming | 52 (30/31, +1 with semantic cue) |

Generated on 8/31/2016  1:35 PM                                                    Page 81

Liberty/Crespo 0665

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

## Progress Notes (continued)

Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015 1:08 PM (continued)

**Rey Complex Figure** Percentile
Copy                    >16% (33/36)
Time                    >16% (136 seconds)

**WCST-64**                  Standard Score
Total Errors            109
Perseverative Errors    92
Cat. Completed          5 (raw, >16%)
Trials to 1st         11 (raw, >16%)
Failure to Maintain Set 0 (raw)
Learning to Learn       0.35 (>16%)

**DKEFS**                    Scaled Score
**Trailmaking Test**
Visual Scanning         10
Number Sequencing       9
Letter Sequencing       8
Switching               10 (1 error)
Motor Speed             10

**Verbal Fluency**
Letter                  10
Category                15
Switching               14
Switching Accuracy      14

**Color-Word Interference**
Color                   12
Word                    12
Inhibition              14
Inhibition/Switching    14

**Tower Total Achievement**  12

**Heaton Norms**            T-Score
Grooved Pegboard (D)    40
Grooved Pegboard (ND)   29

Electronically signed by Brian M. Mizuki, PsyD on 10/14/2015 1:13 PM

**Follow-up Information**

None

**Follow Up Call**

No data filed

Generated on 8/31/2016 1:35 PM                                    Page 82

Liberty/Crespo 0666

1G053170001

NOMC NEUROPSYCH CLINIC
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12012656665
Enc. Date 10/12/15

**Follow Up Call (continued)**

Liberty/Crespo 0667

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400    CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION    MRN: 1773053
ED Record    DOB:    Sex: F
Enc. Date 10/13/15

### ED Arrival Information
Patient not seen in ED

### Chief Complaint/Reason for Visit
None

### Diagnosis
None

### ED Events
None

### ED Treatment Team
None

### Home Medications

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Taking | 08/22/16 | – | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Taking | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes: Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | Taking | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | Taking | 06/06/16 | – | Historical Provider, MD |
| Notes: Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | Not Taking | 01/06/16 | – | Historical Provider, MD |

Notes: Received from: External Pharmacy

| Medical | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| as of 10/13/2015 | Abnormal Pap smear [HMO0002] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [L57.0] | | | Provider |
| | Allergy [T78.40XA] | | | Provider |
| | Arthritis [M19.90] | | | Provider |
| | Basal cell carcinoma [C44.91] | | excised from L chest | Provider |
| | Encounter for blood transfusion [Z51.89] | | | Provider |
| | Herpes simplex without mention of complication [B00.9] | | | Provider |
| | Joint pain [M25.50] | | | Provider |
| | Seizures [R56.9] | | | Provider |
| | Stroke [I63.9] | | | Provider |
| | Undifferentiated connective tissue disease [M35.9] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [Z79.01] | 5/5/2015 | | Provider |
| Asthma [J45.909] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |

Liberty/Crespo 0668

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        , Sex: F
Enc. Date 10/13/15

| CHF (congestive heart failure) [I50.9] | 5/5/2015 | | Provider |
|---|---|---|---|
| COPD (chronic obstructive pulmonary disease) [J44.9] | 5/5/2015 | | Provider |
| Diabetes mellitus | 7/11/2013 | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | Provider |
| Glaucoma | 7/11/2013 | | Provider |
| Hypertension [I10] | 7/11/2013 | | Provider |
| Macular degeneration [H35.30] | 7/11/2013 | | Provider |
| Retinal detachment [H33.20] | 7/11/2013 | | Provider |
| Strabismus [H50.9] | 7/11/2013 | | Provider |
| Thyroid disease [E07.9] | 5/5/2015 | | Provider |
| Transfusion reaction [T80.92XA] | 5/5/2015 | | Provider |
| Uveitis [H20.9] | 7/11/2013 | | Provider |

**All Other Notes**

No notes of this type exist for this encounter.


**ED Records**

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Medications not reviewed this encounter

**Medication Comments**

** No Medication Comments Found **


**Orders**

**Discharge Orders**

None

**ED Prescriptions**

None

**Allergies as of 8/31/2016**

No Known Allergies

**Discharge Instructions**

None

**Follow-up Information**

None


Encounter Information - Patient Email

**Diagnoses**

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0669

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

CRESPO,PAIGE FRIDAY  
MRN: 1773053  
DOB:        Sex: F  
Enc. Date 10/13/15

## Encounter Information - Patient Email (continued)

Diagnoses (continued)

None.

Non-Hospital Problems as of 10/13/2015                                                Reviewed: 9/11/2015 by Fawad A Khan, MD

|  | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91<br>ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223<br>ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4<br>ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9<br>ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7<br>ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1<br>ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83<br>ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2<br>ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46<br>ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2<br>ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9<br>ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9<br>ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0<br>ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9<br>ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899<br>ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2<br>ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40<br>ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7<br>ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462<br>ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90<br>ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0670

1G05317000J

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Enc. Date 10/13/15

## Encounter Information - Patient Email (continued)

**Non-Hospital Problems as of 10/13/2015 (continued)** — Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Urinary retention | ICD-10-CM: R33.9<br>ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA<br>ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05<br>ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89<br>ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569<br>ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9<br>ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5<br>ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00<br>ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1<br>ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8<br>ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2<br>ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89<br>ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0<br>ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1<br>ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90<br>ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |

### Allergies as of 8/31/2016

No Known Allergies

### Immunizations as of 10/13/2015                                                                    Never Reviewed

No immunizations on file.

### Medical History

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of | | |

Generated on 8/31/2016  1:35 PM                                                                    Page 87

Liberty/Crespo 0671

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400    CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                 MRN: 1773053
Ambulatory Encounter                        DOB:          Sex: F
                                            Enc. Date 10/13/15

## Encounter Information - Patient Email (continued)

### Medical History (continued)

| Diagnosis | Date | Comment |
|---|---|---|
| complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 10/13/2015

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc**        Social Documentation
**as of 10/13/2015** CRNA in abdominal transplant
                     3 kids

### Tobacco Use as of 10/13/2015

Never smoked or used smokeless tobacco.

Generated on 8/31/2016  1:35 PM                                    Page 88

Liberty/Crespo 0672

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Enc. Date 10/13/15

## Encounter Information - Patient Email (continued)

### Alcohol Use as of 10/13/2015

No.
Comments: social

### Drug Use as of 10/13/2015

No.

### Sexual Activity as of 10/13/2015

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 10/13/2015

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 10/13/2015

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 9/11/2015

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 10/13/2015

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 10/13/2015

| Gravida | Para | Abortions | SAB | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | | | | |

### History

Not marked as reviewed during this visit.

## Medications

Generated on 8/31/2016 1:35 PM

Page 89

Liberty/Crespo 0673

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400     CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION     MRN: 1773053
Ambulatory Encounter     DOB:     Sex: F
Enc. Date 10/13/15

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 10/13/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab | | | 1/31/2015 | 8/24/2016 |
| Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral | | | | |
| Class: Historical Med | | | | |

     Ann M Haas, RN 5/12/2015 2:34 PM
     Patient not currently taking at this time

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |

     Ann M Haas, RN 5/12/2015 2:32 PM
     Pt not currently on in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) | | | | 4/26/2016 |
| Sig - Route: Take by mouth. - Oral | | | | |
| Class: Historical Med | | | | |

     Ann M Haas, RN 5/12/2015 2:33 PM
     Not currently taking while in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| Sig: TAKE 2 TABLETS ONE TIME DAILY. | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| Sig: One by mouth once daily | | | | |
| verapamil (CALAN-SR) 120 MG CR tablet | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | | | | |
| zolpidem (AMBIEN) 5 MG Tab | | | | 2/17/2016 |
| Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral | | | | |
| Class: Historical Med | | | | |

     Ann M Haas, RN 5/12/2015 2:35 PM
     Patient not currently taking at this time

## Encounter Messages

### RE: Non-Urgent Medical

| From | To | Sent |
|---|---|---|
| Paige Friday Crespo | George B. Morris IV, MD | 10/14/2015 12:44 PM |

Ok thanks.

## Previous Messages

—— Message ——
From: Med Assistant Mary
Sent 10/14/2015 11:39 AM CDT
To: Paige Friday Crespo
Subject: RE: Non-Urgent Medical

Dr. Morris, is recommending a low dose Lexapro. All ssri have the side effect of decrease labido. Hopefully this low dose will not effect you. You start to see a difference in the was you are feeling 2 weeks after taking 1st dose. Good Luck and take care, please keep us posted.

—— Message ——

Liberty/Crespo 0674

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400    CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION    MRN: 1773053
Ambulatory Encounter    DOB:          Sex: F
Enc. Date 10/13/15

## Encounter Messages (continued)

From: CRESPO,PAIGE FRIDAY
Sent 10/13/2015 7:26 PM CDT
To: George B Morris Iv, MD
Subject: RE: Non-Urgent Medical

Cvs Jeff hwy River ridge. Tell him I just don't really feel happiness inside. I have moments when I'm with my kids etc. but I just don't feel happy inside like I was before bleed. I don't know which one would be best. But I for sure don't want one that decreases sex drive.

P

—— Message ——
From: Med Assistant Mary
Sent 10/13/2015 1:07 PM CDT
To: Paige Friday Crespo
Subject RE: Non-Urgent Medical

Think he will fine with sending one to your pharmacy ? What is your chief complaint ? What pharmacy would you like me to send it to ?

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent 10/13/2015 1:02 PM CDT
To: George B Morris Iv, MD
Subject: Non-Urgent Medical

Hey Mary!

Can you tell Jody that I want to get on some kind of SSRI? Does he want to do it? Or does he want me to go to psych?

P

## RE: Non-Urgent Medical

| From | To | Sent and Delivered |
|---|---|---|
| Mary Gauthreaux, MA | Paige Friday Crespo | 10/14/2015 11:39 AM |

Last Read in Patient Portal
11/15/2015 12:06 PM by Paige Friday Crespo
Dr. Morris, is recommending a low dose Lexapro. All ssri have the side effect of decrease labido. Hopefully this low dose will not effect you. You start to see a difference in the was you are feeling 2 weeks after taking 1st dose. Good Luck and take care, please keep us posted.

## Previous Messages

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent 10/13/2015 7:26 PM CDT
To: George B Morris Iv, MD
Subject: RE: Non-Urgent Medical

Cvs Jeff hwy River ridge. Tell him I just don't really feel happiness inside. I have moments when I'm with my kids etc. but I just don't feel happy inside like I was before bleed. I don't know which one would be best. But I for sure don't want one that decreases sex drive.

P
—— Message ——
From: Med Assistant Mary
Sent 10/13/2015 1:07 PM CDT
To: Paige Friday Crespo
Subject RE: Non-Urgent Medical

Generated on 8/31/2016 1:35 PM    Page 91

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400       CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                    MRN: 1773053
Ambulatory Encounter                           DOB:        Sex: F
                                               Enc. Date 10/13/15

**Encounter Messages (continued)**

Think he will fine with sending one to your pharmacy ? What is your chief complaint ? What pharmacy would you like me to send it to ?

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent 10/13/2015  1:02 PM CDT
To: George B Morris Iv, MD
Subject Non-Urgent Medical

Hey Mary!

Can you tell Jody that I want to get on some kind of SSRI?  Does he want to do it? Or does he want me to go to psych?

P

## RE: Non-Urgent Medical

| From | To | Sent |
|---|---|---|
| Paige Friday Crespo | George B. Morris IV, MD | 10/13/2015  7:26 PM |

Cvs Jeff hwy River ridge.  Tell him I just don't really feel happiness inside. I have moments when I'm with my kids etc.  but I just don't feel happy inside like I was before bleed.  I don't know which one would be best. But I for sure don't want one that decreases sex drive.

P

## Previous Messages

—— Message ——
From: Med Assistant Mary
Sent 10/13/2015  1:07 PM CDT
To: Paige Friday Crespo
Subject RE: Non-Urgent Medical

Think he will fine with sending one to your pharmacy ? What is your chief complaint ? What pharmacy would you like me to send it to ?

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent 10/13/2015  1:02 PM CDT
To: George B Morris Iv, MD
Subject Non-Urgent Medical

Hey Mary!

Can you tell Jody that I want to get on some kind of SSRI?  Does he want to do it? Or does he want me to go to psych?

P

## RE: Non-Urgent Medical

| From | To | Sent and Delivered |
|---|---|---|
| Mary Gauthreaux, MA | Paige Friday Crespo | 10/13/2015  1:07 PM |

Last Read in Patient Portal
11/15/2015 12:07 PM by Paige Friday Crespo

Think he will fine with sending one to your pharmacy ? What is your chief complaint ? What pharmacy would you like me to send it to ?

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0676

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400     CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION     MRN: 1773053
Ambulatory Encounter     DOB:      Sex: F
Enc. Date 10/13/15

### Encounter Messages (continued)

#### Previous Messages

—— Message ——
From: CRESPO,PAIGE FRIDAY
Sent 10/13/2015 1:02 PM CDT
To: George B Morris Iv, MD
Subject Non-Urgent Medical

Hey Mary!

Can you tell Jody that I want to get on some kind of SSRI?  Does he want to
do it? Or does he want me to go to psych?

P

#### Non-Urgent Medical

| From | To | Sent |
|------|-----|------|
| Paige Friday Crespo | George B. Morris IV, MD | 10/13/2015 1:02 PM |

Hey Mary!

Can you tell Jody that I want to get on some kind of SSRI?  Does he want to
do it? Or does he want me to go to psych?

P

#### Follow-up Information

None

#### Follow Up Call

No data filed

Liberty/Crespo 0677

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Enc. Date 10/13/15

**ED Arrival Information**

Patient not seen in ED

**Chief Complaint/Reason for Visit**

None

**Diagnosis**

None

**ED Events**

None

**ED Treatment Team**

None

**Home Medications**

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Taking | 08/22/16 | — | Leise R. Knoepp, MD |
| Place 0.5 g vaginally twice a week. | | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Taking | 01/31/15 | 08/24/16 | William Eugene Davis, MD |
| Notes:   Patient not currently taking at this time | | | | | |
| PLAQUENIL 200 mg tablet | Taking | 08/09/16 | 11/07/16 | William Eugene Davis, MD |
| Take 2 tablets (400 mg total) by mouth once daily. | | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | Taking | 06/06/16 | — | Historical Provider, MD |
| Notes:   Received from: External Pharmacy Received Sig: TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | | | |
| zolpidem (AMBIEN) 10 mg Tab | Not Taking | 01/06/16 | — | Historical Provider, MD |

Notes:   Received from: External Pharmacy

| Medical as of 10/13/2015 | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| | Abnormal Pap smear [IMO0002] | 2007 | LEEP | Provider |
| | AK (actinic keratosis) [L57.0] | | | Provider |
| | Allergy [T78.40XA] | | | Provider |
| | Arthritis [M19.90] | | | Provider |
| | Basal cell carcinoma [C44.91] | | excised from L chest | Provider |
| | Encounter for blood transfusion [Z51.89] | | | Provider |
| | Herpes simplex without mention of complication [B00.9] | | | Provider |
| | Joint pain [M25.50] | | | Provider |
| | Seizures [R56.9] | | | Provider |
| | Stroke [I63.9] | | | Provider |
| | Undifferentiated connective tissue disease [M35.9] | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 7/11/2013 | | Provider |
| Anticoagulant long-term use [Z79.01] | 5/5/2015 | | Provider |
| Asthma [J45.909] | 5/5/2015 | | Provider |
| Cataract [366 (ICD-9-CM)] | 7/11/2013 | | Provider |

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0678

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
ED Record

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 10/13/15

| | | | | |
|---|---|---|---|---|
| CHF (congestive heart failure) [I50.9] | 5/5/2015 | | | Provider |
| COPD (chronic obstructive pulmonary disease) [J44.9] | 5/5/2015 | | | Provider |
| Diabetes mellitus | 7/11/2013 | | | Provider |
| Diabetic retinopathy [362.0 (ICD-9-CM)] | 7/11/2013 | | | Provider |
| Glaucoma | 7/11/2013 | | | Provider |
| Hypertension [I10] | 7/11/2013 | | | Provider |
| Macular degeneration [H35.30] | 7/11/2013 | | | Provider |
| Retinal detachment [H33.20] | 7/11/2013 | | | Provider |
| Strabismus [H50.9] | 7/11/2013 | | | Provider |
| Thyroid disease [E07.9] | 5/5/2015 | | | Provider |
| Transfusion reaction [T80.92XA] | 5/5/2015 | | | Provider |
| Uveitis [H20.9] | 7/11/2013 | | | Provider |

**All Other Notes**

No notes of this type exist for this encounter.

## ED Records

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. | 30 g | 8/22/2016 | | Leise R. Knoepp, MD |
| pilocarpine (SALAGEN) 5 MG Tab (Expired) | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day | | 1/31/2015 | 8/24/2016 | William Eugene Davis, MD |
| PLAQUENIL 200 mg tablet | Take 2 tablets (400 mg total) by mouth once daily. | 180 tablet | 8/9/2016 | 11/7/2016 | William Eugene Davis, MD |
| quinacrine (QUINACRINE) 100 mg tablet | Take 100 mg by mouth once daily. | | 6/6/2016 | | Historical Provider, MD |
| zolpidem (AMBIEN) 10 mg Tab | | | 1/6/2016 | | Historical Provider, MD |

Medications not reviewed this encounter.

**Medication Comments**

** No Medication Comments Found **

## Orders

**Discharge Orders**

None

**ED Prescriptions**

None

**Allergies as of 8/31/2016**

No Known Allergies

**Discharge Instructions**

None

**Follow-up Information**

None

### Encounter Information - Patient Email

**Diagnoses**

Generated on 8/31/2016  1:35 PM                                                          Page 95

Liberty/Crespo 0679

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 10/13/15

## Encounter Information - Patient Email (continued)

### Diagnoses (continued)
None.

**Non-Hospital Problems as of 10/13/2015**                          Reviewed: 9/11/2015 by Fawad A Khan, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Basal cell carcinoma | ICD-10-CM: C44.91<br>ICD-9-CM: 173.91 | 9/13/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | ICD-10-CM: H16.223<br>ICD-9-CM: 370.33 | 1/2/2013 - Present |
| Undifferentiated inflammatory arthritis (Chronic) | ICD-10-CM: M06.4<br>ICD-9-CM: 714.9 | 1/2/2013 - Present |
| Undifferentiated connective tissue disease | ICD-10-CM: M35.9<br>ICD-9-CM: 710.9 | 9/13/2012 - Present |
| Xerostomia (Chronic) | ICD-10-CM: K11.7<br>ICD-9-CM: 527.7 | 1/3/2014 - Present |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1<br>ICD-9-CM: 626.6 | 1/6/2015 - 1/6/2015 |
| S/P laparoscopic hysterectomy | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | 1/12/2015 - Present |
| RESOLVED: Fatigue | ICD-10-CM: R53.83<br>ICD-9-CM: 780.79 | 1/3/2014 - 2/2/2015 |
| Atrophic vaginitis | ICD-10-CM: N95.2<br>ICD-9-CM: 627.3 | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | ICD-10-CM: N39.46<br>ICD-9-CM: 788.33 | 2/18/2015 - Present |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | 9/19/2014 - 2/19/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2<br>ICD-9-CM: 621.2 | 1/6/2015 - 2/19/2015 |
| ICH (intracerebral hemorrhage) | ICD-10-CM: I61.9<br>ICD-9-CM: 431 | 4/10/2015 - Present |
| Vasospasm of cerebral artery | ICD-10-CM: G45.9<br>ICD-9-CM: 435.9 | 4/16/2015 - Present |
| Cephalalgia | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/27/2015 - Present |
| Granuloma annulare | ICD-10-CM: L92.0<br>ICD-9-CM: 695.89 | 7/30/2014 - Present |
| SAH (subarachnoid hemorrhage) | ICD-10-CM: I60.9<br>ICD-9-CM: 430 | 4/10/2015 - Present |
| Closed head injury | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | 5/5/2015 - Present |
| Encounter for long-term (current) use of other medications | ICD-10-CM: Z79.899<br>ICD-9-CM: V58.69 | 5/15/2015 - Present |
| Acquired skull defect | ICD-10-CM: M95.2<br>ICD-9-CM: 738.19 | 5/14/2015 - Present |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40<br>ICD-9-CM: 348.30 | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9<br>ICD-9-CM: 780.39 | 5/2/2015 - 5/19/2015 |
| Vision loss | ICD-10-CM: H54.7<br>ICD-9-CM: 369.9 | 6/3/2015 - Present |
| Left homonymous hemianopsia | ICD-10-CM: H53.462<br>ICD-9-CM: 368.46 | 7/2/2015 - Present |
| RESOLVED: Opiate use | ICD-10-CM: F11.90<br>ICD-9-CM: 305.50 | 5/19/2015 - 8/17/2015 |

Generated on 8/31/2016  1:35 PM                                                                 Page 96

Liberty/Crespo 0680

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400          CRESPO,PAIGE FRIDAY
OCHSNER, SOUTH SHORE REGION                        MRN: 1773053
Ambulatory Encounter                               DOB:           , Sex: F
                                                   Enc. Date 10/13/15

## Encounter Information - Patient Email (continued)

**Non-Hospital Problems as of 10/13/2015 (continued)**          Reviewed: 9/11/2015 by Fawad A Khan, MD

|  | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Urinary retention | ICD-10-CM: R33.9 ICD-9-CM: 788.20 | 5/21/2015 - 8/17/2015 |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA ICD-9-CM: 995.3 | Unknown - 9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05 ICD-9-CM: 786.2 | 9/24/2012 - 9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89 ICD-9-CM: 624.8 | 4/26/2013 - 9/1/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569 ICD-9-CM: 719.46 | 6/11/2014 - 9/1/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9 ICD-9-CM: 625.9 | 1/6/2015 - 9/1/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9 ICD-9-CM: 780.39 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5 ICD-9-CM: 348.4 | 4/10/2015 - 9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00 ICD-9-CM: 518.81 | 4/11/2015 - 9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1 ICD-9-CM: 276.52 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8 ICD-9-CM: 276.9 | 4/13/2015 - 9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | Unknown - 9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2 ICD-9-CM: 781.99 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89 ICD-9-CM: 728.87 | 4/16/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0 ICD-9-CM: 431 | 4/27/2015 - 9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1 ICD-9-CM: 431 | 5/2/2015 - 9/1/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | 5/14/2015 - 9/1/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51 ICD-9-CM: 784.0 | 5/19/2015 - 9/1/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90 ICD-9-CM: 389.9 | 6/3/2015 - 9/1/2015 |

**Allergies as of 8/31/2016**

No Known Allergies

**Immunizations as of 10/13/2015**          Never Reviewed

No Immunizations on file.

**Medical History**

| Diagnosis | Date | Comment |
|---|---|---|
| Abnormal Pap smear | 2007 | LEEP |
| AK (actinic keratosis) | | |
| Allergy | | |
| Arthritis | | |
| Basal cell carcinoma | | excised from L chest |
| Encounter for blood transfusion | | |
| Herpes simplex without mention of | | |

Generated on 8/31/2016 1:35 PM

Liberty/Crespo 0681

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Enc. Date 10/13/15

## Encounter Information - Patient Email (continued)

### Medical History (continued)

| Diagnosis | Date | Comment |
|---|---|---|
| complication | | |
| Joint pain | | |
| Seizures | | |
| Stroke | | |
| Undifferentiated connective tissue disease | | |

### Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| ADENOIDECTOMY | | | |
| BRAIN SURGERY | | | |
| CERVICAL BIOPSY W/ LOOP ELECTRODE EXCISION | | 2007 | |
| COSMETIC SURGERY | | | |
| HYSTERECTOMY | | 01/12/2015 | |
| TONSILLECTOMY | | | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/13/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/14/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/15/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/16/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/18/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/19/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/20/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/27/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/29/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 4/30/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/2/2015 | |
| TRANSCRANIAL DOPPLER STUDY - COMPLETE | | 5/3/2015 | |
| wrist biopsy | | | right/benign |

### Family and Education as of 10/13/2015

| Marital Status |
|---|
| Married |

## Social Documentation

**Social Doc**        Social Documentation
**as of 10/13/2015** CRNA in abdominal transplant
            3 kids

### Tobacco Use as of 10/13/2015

Never smoked or used smokeless tobacco.

Generated on 8/31/2016  1:35 PM

Liberty/Crespo 0682

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 10/13/15

## Encounter Information - Patient Email (continued)

### Alcohol Use as of 10/13/2015

No.
Comments: social

### Drug Use as of 10/13/2015

No.

### Sexual Activity as of 10/13/2015

Sexually active; Male partners; Birth Control/Protection: None.

### Activities of Daily Living as of 10/13/2015

| | |
|---|---|
| Are you pregnant or think you may be? | No |
| Breast-feeding | No |

### Family History as of 10/13/2015

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Breast cancer | Paternal Grandmother | | |
| Cancer | Father | | renal cell |
| Diabetes | Father | | |
| Diabetes | Paternal Grandmother | | |
| Hypertension | Father | | |
| Hypertension | Paternal Grandfather | | |
| Hypertension | Paternal Grandmother | | |
| Lung cancer | Maternal Grandfather | | smoker |
| Lung cancer | Maternal Grandmother | | smoker |
| Lung cancer | Paternal Grandmother | | |
| Migraines | Mother | | |
| Prostate cancer | Paternal Grandfather | | |
| Skin cancer | Mother | | |

### Family Status as of 9/11/2015

| Relation | Status |
|---|---|
| Mother | Alive |
| Father | Alive |
| Maternal Grandmother | Deceased |
| Maternal Grandfather | Deceased |
| Paternal Grandmother | Alive |
| Paternal Grandfather | Alive |

### Employment History as of 10/13/2015

| Occupation | Employer | Comments |
|---|---|---|
| CRNA | OCHSNER HEALTH CENTER (CLINICS) | |

### Obstetric History as of 10/13/2015

| Gravida | Para | Abortions | SAB | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 1 | 1 | | | | | | |

### History

Not marked as reviewed during this visit.

## Medications

Liberty/Crespo 0683

1G053170001

BAPC OBSTETRICS AND GYNECOLOGY SUITE 400
OCHSNER, SOUTH SHORE REGION
Ambulatory Encounter

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Enc. Date 10/13/15

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 10/13/2015**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab | | | 1/31/2015 | 8/24/2016 |
| Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral | | | | |
| Class: Historical Med | | | | |

> Ann M Haas, RN 5/12/2015 2:34 PM
> Patient not currently taking at this time

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | 8/19/2016 |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |

> Ann M Haas, RN 5/12/2015 2:32 PM
> Pt not currently on in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) | | | | 4/26/2016 |
| Sig - Route: Take by mouth. - Oral | | | | |
| Class: Historical Med | | | | |

> Ann M Haas, RN 5/12/2015 2:33 PM
> Not currently taking while in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| Sig: TAKE 2 TABLETS ONE TIME DAILY. | | | | |
| quinacrine (QUINACRINE) 100 mg tablet | 90 tablet | 1 | 7/10/2015 | 2/17/2016 |
| Sig: One by mouth once daily | | | | |
| verapamil (CALAN-SR) 120 MG CR tablet | 30 tablet | 11 | 5/19/2015 | 4/21/2016 |
| Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | | | | |
| zolpidem (AMBIEN) 5 MG Tab | | | | 2/17/2016 |
| Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral | | | | |
| Class: Historical Med | | | | |

> Ann M Haas, RN 5/12/2015 2:35 PM
> Patient not currently taking at this time

## Encounter Messages

### Non-Urgent Medical

| From | To | Sent |
|---|---|---|
| Paige Friday Crespo | George B. Morris IV, MD | 10/13/2015 7:41 PM |

And tell him that I'm not depressed at all. I'm not down. I'm just not up

## Follow-up Information

None

## Follow Up Call

No data filed

Liberty/Crespo 0684

# Payment Detail Listing

Case 2:20-cv-00791-ILRL-KWR    Document 15-3    Filed 01/13/21    Page 615 of 1667

```
PR260 Date: 02/16/17          JOB SUBMISSION PARAMETERS
       Time: 14:02
User Name: 1049563
Job Name : PR260AUDIT
Step Nbr : 1


                    Company:  120

              Process Level:          OHS ADMIN - NOLA MGMT
                 Department:
          Processing Option: P        Proc Lvl/Dept; Where Paid

             Employee Group:
                   Employee:  1003450 -    1003450
                       Date: 100114 - 123114
               Payment Type:           All Types
             Payment Detail: Y         Yes
              Report Option: D         Detail
           Employee Sequence:
  Total Common Curr/Countries: N       No
```

2014

1G05317000l

# Payment Detail Listing

Process Level  9010  NEW ORLEANS CLINIC BIWEEKLY    Department  24000  ANESTHESIOLOGY NOM

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 10/10/14 | 2598569 | A.C.H | 12,622.63 | 3,603.85 | 817.26 | 581.90 | 8,201.52 |

Hours,

| Earnings | Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVER | 6.00 | 4,500.00 | FEDTAX | 2,867.19 | 11,821.79 | 401K | 130.07 | COMMED | 173.31 | 11,951.86 |
| 06-NGT | 24.35 | 235.70 | MEDTAX | 173.31 | 11,951.86 | DENTAL | 45.40 | FUI | | |
| 07-ONC | 94.30 | 707.25 | LA TAX | 563.35 | 11,821.79 | OPTLIFE | 29.04 | LA SUI | | |
| 01-REG | 78.50 | 5,534.25 | | | | VOL AD&D | 6.75 | DENTAL | 3.03 | |
| WKN DIF | 9.92 | 160.00 | | | | HEALTH | 267.26 | ADD COPD | .31 | |
| CALLBAC | 28.62 | 1,008.86 | | | | VISION | 9.81 | HEALTHCO | 372.18 | |
| 02-OVT | 1.47 | 155.46 | | | | HC FSA | 104.17 | LIFE CO | 6.55 | |
| SLD | 8.40 | 296.11 | | | | DC FSA | 208.34 | LTD | 26.52 | |
| TOB REB | | 25.00 | | | | CH LIFE | .61 | | | |
| | | | | | | SP LIFE | 15.81 | | | |

Dir Dep Distribution    Bank ID    Bank Account Number    Deposit Amount Description
                                                          8,201.52 CHECKING

| 1003450 CRESPO, PAIGE F. | 10/24/14 | 2611654 | A.C.H | 9,545.77 | 2,446.71 | 687.19 | 537.27 | 6,350.87 |
|---|---|---|---|---|---|---|---|---|

Hours,

| Earnings | Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVER | 2.00 | 1,500.00 | FEDTAX | 1,903.50 | 8,875.00 | DENTAL | 45.40 | COMMED | 128.68 | 8,875.00 |
| 06-NGT | 15.13 | 146.45 | MEDTAX | 128.68 | 8,875.00 | OPTLIFE | 29.04 | FUI | | |
| 07-ONC | 21.25 | 159.37 | LA TAX | 414.53 | 8,875.00 | VOL AD&D | 6.75 | LA SUI | | |
| 01-REG | 78.10 | 5,506.05 | | | | HEALTH | 267.26 | DENTAL | 3.03 | |
| WKN DIF | 27.37 | 441.47 | | | | VISION | 9.81 | ADD COPD | .31 | |
| CALLBAC | 20.17 | 710.99 | | | | HC FSA | 104.17 | HEALTHCO | 372.18 | |
| 02-OVT | 3.97 | 427.38 | | | | DC FSA | 208.34 | LIFE CO | 6.55 | |
| SLD | 1.70 | 59.93 | | | | CH LIFE | .61 | LTD | 26.52 | |
| EX LIFE | | 61.00 | | | | SP LIFE | 15.81 | | | |
| INCENT | | 508.13 | | | | | | | | |
| TOB REB | | 25.00 | | | | | | | | |

Dir Dep Distribution    Bank ID    Bank Account Number    Deposit Amount Description
                                                          6,350.87 CHECKING

| 1003450 CRESPO, PAIGE F. | 11/07/14 | 2624690 | A.C.H | 10,687.85 | 2,889.10 | 687.19 | 553.84 | 7,111.56 |
|---|---|---|---|---|---|---|---|---|

Hours,

| Earnings | Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-GPT | 8.00 | 564.00 | FEDTAX | 2,271.64 | 10,017.08 | DENTAL | 45.40 | COMMED | 145.25 | 10,017.08 |
| LIVER | 4.00 | 3,000.00 | MEDTAX | 145.25 | 10,017.08 | OPTLIFE | 29.04 | FUI | | |
| 06-NGT | 19.80 | 191.66 | LA TAX | 472.21 | 10,017.08 | VOL AD&D | 6.75 | LA SUI | | |
| 07-ONC | 114.04 | 855.30 | | | | HEALTH | 267.26 | DENTAL | 3.03 | |
| 01-REG | 61.98 | 4,369.59 | | | | VISION | 9.81 | ADD COPD | .31 | |
| WKN DIF | 9.80 | 158.07 | | | | HC FSA | 104.17 | HEALTHCO | 372.18 | |
| CALLGAUR | 1.22 | 129.02 | | | | DC FSA | 208.34 | LIFE CO | 6.55 | |
| CALLBAC | 24.28 | 855.88 | | | | CH LIFE | .61 | LTD | 26.52 | |
| 02-OVT | 5.10 | 539.33 | | | | SP LIFE | 15.81 | | | |
| CONV LV | 8.00 | | | | | | | | | |
| TOB REB | | 25.00 | | | | | | | | |

Dir Dep Distribution    Bank ID    Bank Account Number    Deposit Amount Description
                                                          7,111.56 CHECKING

Case 2:20-cv-00791-ILRL-KWR   Document 15-3   Filed 01/13/21   Page 616 of 1667

1G05317000l

# Payment Detail Listing

PR260 Date 02/16/17
Time 14:02

Company 120 OCHSNER CLINIC FOUNDATION
Payment Detail Listing
Date Range 10/01/14 - 12/31/14

Page 2

Process Level 9010 NEW ORLEANS CLINIC BIWEEKLY Department 24000 ANESTHESIOLOGY NOM

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 11/21/14 | 2637784 | A.C.H | 9,910.86 | 2,597.57 | 687.19 | 542.57 | 6,565.10 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-GPT | 8.00 | 564.00 | FEDTAX | 2,015.23 | 9,240.09 | DENTAL | 45.40 | COMMED | 133.98 | 9,240.09 |
| LIVER | 3.00 | 2,250.00 | MEDTAX | 149.37 | 9,240.09 | OPTLIFE | 29.04 | FUI | | |
| 06-NGT | 19.85 | 192.14 | LA TAX | 432.97 | 9,240.09 | VOL AD&D | 6.75 | LA SUI | | |
| 07-ONC | 27.78 | 208.35 | | | | HEALTH | 267.26 | DENTAL | 3.03 | |
| 01-REG | 69.60 | 4,906.80 | | | | VISION | 9.81 | ADD COPD | .31 | |
| WKN DIF | 10.42 | 168.07 | | | | HC FSA | 104.17 | HEALTHCO | 372.18 | |
| CALLBAC | 19.02 | 670.46 | | | | DC FSA | 208.34 | LIFE CO | 6.55 | |
| 02-OVT | 5.68 | 600.66 | | | | CH LIFE | .61 | LTD | 26.52 | |
| SLD | 7.50 | 264.38 | | | | SP LIFE | 15.81 | | | |
| EX LIFE | | 61.00 | | | | | | | | |
| TOB REB | | 25.00 | | | | | | | | |

| Dir Dep Distribution | Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|---|
| | | | 6,565.10 | CHECKING |

| | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 12/05/14 | 2650925 | A.C.H | 6,178.35 | 1,350.80 | 687.19 | 488.45 | 4,140.36 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-GPT | 4.00 | 282.00 | FEDTAX | 976.90 | 5,507.58 | DENTAL | 45.40 | COMMED | 79.86 | 5,507.58 |
| 04-HOL | 8.00 | 564.00 | MEDTAX | 129.42 | 5,507.58 | OPTLIFE | 29.04 | FUI | | |
| LIVER | 1.00 | 750.00 | LA TAX | 244.48 | 5,507.58 | VOL AD&D | 6.75 | LA SUI | | |
| 06-NGT | 11.00 | 106.48 | | | | HEALTH | 267.26 | DENTAL | 3.03 | |
| 07-ONC | 5.95 | 44.62 | | | | VISION | 9.81 | ADD COPD | .31 | |
| 01-REG | 57.00 | 4,018.50 | | | | HC FSA | 104.17 | HEALTHCO | 372.18 | |
| CALLBAC | 11.00 | 387.75 | | | | DC FSA | 208.34 | LIFE CO | 6.55 | |
| TOB REB | | 25.00 | | | | CH LIFE | .61 | LTD | 26.52 | |
| | | | | | | SP LIFE | 15.81 | | | |

| Dir Dep Distribution | Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|---|
| | | | 4,140.36 | CHECKING |

| | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 12/19/14 | 2665114 | A.C.H | 10,087.08 | 2,736.63 | 686.95 | 545.13 | 6,602.50 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| BRVMNT | 24.00 | 1,692.00 | FEDTAX | 2,073.46 | 9,416.55 | DENTAL | 45.40 | COMMED | 136.54 | 9,416.55 |
| 03-GPT | 8.00 | 564.00 | MEDTAX | 221.29 | 9,416.55 | OPTLIFE | 29.04 | FUI | | |
| LIVER | 4.00 | 3,000.00 | LA TAX | 441.88 | 9,416.55 | VOL AD&D | 6.75 | LA SUI | | |
| 06-NGT | 20.42 | 197.66 | | | | HEALTH | 267.26 | DENTAL | 3.03 | |
| 07-ONC | 54.54 | 409.04 | | | | VISION | 9.81 | ADD COPD | .31 | |
| 01-REG | 47.30 | 3,334.65 | | | | HC FSA | 104.09 | HEALTHCO | 372.18 | |
| CALLBAC | 9.57 | 337.34 | | | | DC FSA | 208.18 | LIFE CO | 6.55 | |
| 02-OVT | 4.32 | 466.39 | | | | CH LIFE | .61 | LTD | 26.52 | |
| EX LIFE | | 61.00 | | | | SP LIFE | 15.81 | | | |
| TOB REB | | 25.00 | | | | | | | | |

| Dir Dep Distribution | Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|---|
| | | | 6,602.50 | CHECKING |

Case 2:20-cv-00791-ILRL-KWR Document 15-3 Filed 01/13/21 Page 617 of 1667

1G053170001

Liberty/Crespo 0687

# Payment Detail Listing

Case 2:20-cv-00791-ILRL-KWR    Document 15-3    Filed 01/13/21    Page 618 of 1667

```
PR260 Date 02/16/17              Company  120  OCHSNER CLINIC FOUNDATION                              Page    3
      Time 14:02                 Payment Detail Listing
                                 Date Range 10/01/14 - 12/31/14
```

Process Level  9010  NEW ORLEANS CLINIC BIWEEKLY    Department  24000  ANESTHESIOLOGY NOM

| Employee Name | | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | | 12/26/14 | 6813100 | Adjust | 0.00 | 0.00 | 0.00 | 15.48 | 0.00 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | EAP | 15.48 | |

| | | | | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Totals Employee | | 1003450 | | 59,032.54 | 15,624.66 | 4,252.97 | 3,264.64 | 38,971.91 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| BRVMNT | 24.00 | 1,692.00 | FEDTAX | 12,107.92 | 54,878.09 | 401K | 130.07 | COMMED | 797.62 | 55,008.16 |
| 03-GPT | 28.00 | 1,974.00 | MEDTAX | 947.32 | 55,008.16 | DENTAL | 272.40 | FUI | | |
| 04-HOL | 8.00 | 564.00 | LA TAX | 2,569.42 | 54,878.09 | OPTLIFE | 174.24 | LA SUI | | |
| LIVER | 20.00 | 15,000.00 | | | | VOL AD&D | 40.50 | DENTAL | 18.18 | |
| 06-NGT | 110.55 | 1,070.09 | | | | HEALTH | 1,603.56 | ADD COPD | 1.86 | |
| 07-ONC | 317.86 | 2,383.93 | | | | VISION | 58.86 | EAP | 15.48 | |
| 01-REG | 392.48 | 27,669.84 | | | | HC FSA | 624.94 | HEALTHCO | 2,233.08 | |
| WKN DIF | 57.51 | 927.61 | | | | DC FSA | 1,249.88 | LIFE CO | 39.30 | |
| CALLGAUR | 1.22 | 129.02 | | | | CH LIFE | 3.66 | LTD | 159.12 | |
| CALLBAC | 112.66 | 3,971.28 | | | | SP LIFE | 94.86 | | | |
| 02-OVT | 20.54 | 2,189.22 | | | | | | | | |
| SLD | 17.60 | 620.42 | | | | | | | | |
| EX LIFE | | 183.00 | | | | | | | | |
| CONV LV | 8.00 | | | | | | | | | |
| INCENT | | 508.13 | | | | | | | | |
| TOB REB | | 150.00 | | | | | | | | |

```
                    Total ACH            38,971.91
```

Liberty/Crespo 0688

# Payment Detail Listing

Company  120  OCHSNER CLINIC FOUNDATION
Payment Detail Listing
Date Range 10/01/14 - 12/31/14

Process Level  9010  NEW ORLEANS CLINIC BIWEEKLY    Department  24000  ANESTHESIOLOGY NOM

| | | | | | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Totals Department | 24000 | | | | 59,032.54 | 15,624.66 | 4,252.97 | 3,264.64 | 38,971.91 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| BRVMNT | 24.00 | 1,692.00 | FEDTAX | 12,107.92 | 54,878.09 | 401K | 130.07 | COMMED | 797.62 | 55,008.16 |
| 03-GPT | 28.00 | 1,974.00 | MEDTAX | 947.32 | 55,008.16 | DENTAL | 272.40 | FUI | | |
| 04-HOL | 8.00 | 564.00 | LA TAX | 2,569.42 | 54,878.09 | OPTLIFE | 174.24 | LA SUI | | |
| LIVER | 20.00 | 15,000.00 | | | | VOL AD&D | 40.50 | DENTAL | 18.18 | |
| 06-NGT | 110.55 | 1,070.09 | | | | HEALTH | 1,603.56 | ADD COPD | 1.86 | |
| 07-ONC | 317.86 | 2,383.93 | | | | VISION | 58.86 | EAP | 15.48 | |
| 01-REG | 392.48 | 27,669.84 | | | | HC FSA | 624.94 | HEALTHCO | 2,233.08 | |
| WKN DIF | 57.51 | 927.61 | | | | DC FSA | 1,249.88 | LIFE CO | 39.30 | |
| CALLGAUR | 1.22 | 129.02 | | | | CH LIFE | 3.66 | LTD | 159.12 | |
| CALLBAC | 112.66 | 3,971.28 | | | | SP LIFE | 94.86 | | | |
| 02-OVT | 20.54 | 2,189.22 | | | | | | | | |
| SLD | 17.60 | 620.42 | | | | | | | | |
| EX LIFE | | 183.00 | | | | | | | | |
| CONV LV | 8.00 | | | | | | | | | |
| INCENT | | 508.13 | | | | | | | | |
| TOB REB | | 150.00 | | | | | | | | |

Total ACH                      38,971.91

1G05317000I

# Payment Detail Listing

Process Level  9010  NEW ORLEANS CLINIC BIWEEKLY

|  |  | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|
| Totals Process Level 9010 |  | 59,032.54 | 15,624.66 | 4,252.97 | 3,264.64 | 38,971.91 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| BRVMNT | 24.00 | 1,692.00 | FEDTAX | 12,107.92 | 54,878.09 | 401K | 130.07 | COMMED | 797.62 | 55,008.16 |
| 03-GPT | 28.00 | 1,974.00 | MEDTAX | 947.32 | 55,008.16 | DENTAL | 272.40 | FUI |  |  |
| 04-HOL | 8.00 | 564.00 | LA TAX | 2,569.42 | 54,878.09 | OPTLIFE | 174.24 | LA SUI |  |  |
| LIVER | 20.00 | 15,000.00 |  |  |  | VOL AD&D | 40.50 | DENTAL | 18.18 |  |
| 06-NGT | 110.55 | 1,070.09 |  |  |  | HEALTH | 1,603.56 | ADD COPD | 1.86 |  |
| 07-ONC | 317.86 | 2,383.93 |  |  |  | VISION | 58.86 | EAP | 15.48 |  |
| 01-REG | 392.48 | 27,669.84 |  |  |  | HC FSA | 624.94 | HEALTHCO | 2,233.08 |  |
| WKN DIF | 57.51 | 927.61 |  |  |  | DC FSA | 1,249.88 | LIFE CO | 39.30 |  |
| CALLGAUR | 1.22 | 129.02 |  |  |  | CH LIFE | 3.66 | LTD | 159.12 |  |
| CALLBAC | 112.66 | 3,971.28 |  |  |  | SP LIFE | 94.86 |  |  |  |
| 02-OVT | 20.54 | 2,189.22 |  |  |  |  |  |  |  |  |
| SLD | 17.60 | 620.42 |  |  |  |  |  |  |  |  |
| EX LIFE |  | 183.00 |  |  |  |  |  |  |  |  |
| CONV LV | 8.00 |  |  |  |  |  |  |  |  |  |
| INCENT |  | 508.13 |  |  |  |  |  |  |  |  |
| TOB REB |  | 150.00 |  |  |  |  |  |  |  |  |

Total ACH              38,971.91

1G0531 70001

Liberty/Crespo 0690

Case 2:20-cv-00791-ILRL-KWR    Document 15-3    Filed 01/13/21    Page 621 of 1667

## Payment Detail Listing

PR260 Date 02/16/17
Time 14:02

Company  120  OCHSNER CLINIC FOUNDATION
Payment Detail Listing
Date Range 10/01/14 - 12/31/14

Page     6

|  | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|
| Totals Company | 59,032.54 | 15,624.66 | 4,252.97 | 3,264.64 | 38,971.91 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| BRVMNT | 24.00 | 1,692.00 | FEDTAX | 12,107.92 | 54,878.09 | 401K | 130.07 | COMMED | 797.62 | 55,008.16 |
| 03-GPT | 28.00 | 1,974.00 | MEDTAX | 947.32 | 55,008.16 | DENTAL | 272.40 | FUI | | |
| 04-HOL | 8.00 | 564.00 | LA TAX | 2,569.42 | 54,878.09 | OPTLIFE | 174.24 | LA SUI | | |
| LIVER | 20.00 | 15,000.00 | | | | VOL AD&D | 40.50 | DENTAL | 18.18 | |
| 06-NGT | 110.55 | 1,070.09 | | | | HEALTH | 1,603.56 | ADD COPD | 1.86 | |
| 07-ONC | 317.86 | 2,383.93 | | | | VISION | 58.86 | EAP | 15.48 | |
| 01-REG | 392.48 | 27,669.84 | | | | HC FSA | 624.94 | HEALTHCO | 2,233.08 | |
| WKN DIF | 57.51 | 927.61 | | | | DC FSA | 1,249.88 | LIFE CO | 39.30 | |
| CALLGAUR | 1.22 | 129.02 | | | | CH LIFE | 3.66 | LTD | 159.12 | |
| CALLBAC | 112.66 | 3,971.28 | | | | SP LIFE | 94.86 | | | |
| 02-OVT | 20.54 | 2,189.22 | | | | | | | | |
| SLD | 17.60 | 620.42 | | | | | | | | |
| EX LIFE | | 183.00 | | | | | | | | |
| CONV LV | 8.00 | | | | | | | | | |
| INCENT | | 508.13 | | | | | | | | |
| TOB REB | | 150.00 | | | | | | | | |

Total ACH                        38,971.91

Liberty/Crespo 0691

# Payment Detail Listing

| Totals Country, Currency | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|
| US United States o  USD | 59,032.54 | 15,624.66 | 4,252.97 | 3,264.64 | 38,971.91 |

********** Report Completed **********

Case 2:20-cv-00791-ILRL-KWR   Document 15-3   Filed 01/13/21   Page 622 of 1667

1G053170001

Liberty/Crespo 0692

# Payment Detail Listing

Case 2:20-cv-00791-ILRL-KWR   Document 15-3   Filed 01/13/21   Page 623 of 1667

```
PR260 Date: 02/16/17           JOB SUBMISSION PARAMETERS
      Time: 14:03
User Name: 1049563
Job Name : PR260AUDIT
Step Nbr : 1

                           Company:  120

                   Process Level:        OHS ADMIN - NOLA MGMT
                     Department:
                Processing Option: P    Proc Lvl/Dept; Where Paid

                Employee Group:
                      Employee:   1003450 -   1003450
                         Date: 010115 - 041015  ←
                   Payment Type:            All Types
                  Payment Detail: Y           Yes
                   Report Option: D           Detail
                Employee Sequence:
          Total Common Curr/Countries: N       No
```

2015

1G05317000l

Liberty/Crespo 0693

# Payment Detail Listing

Case 2:20-cv-00791-ILRL-KWR    Document 15-3    Filed 01/13/21    Page 624 of 1667

```
PR260 Date 02/16/17              Company  120  OCHSNER CLINIC FOUNDATION                          Page   1
      Time 14:03                 Payment Detail Listing
                                 Date Range 01/01/15 - 04/10/15

Process Level  9010  NEW ORLEANS CLINIC BIWEEKLY   Department  24000  ANESTHESIOLOGY NOM
```

| Employee Name | | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | | 01/02/15 | 2678407 | A.C.H | 5,104.20 | 1,331.00 | 510.42 | 390.47 | 3,262.78 |

```
          Hours,
Earnings  Units      Amount Tax Ded     Amount   Taxable Other Ded  Amount Cpy Ded   Amount   Taxable
03-GPT    16.00    1,128.00 FEDTAX       742.20  4,593.78 401K        357.29 COMSS     316.46  5,104.20
04-HOL     8.00      564.00 SS TAX       316.46  5,104.20 403B        153.13 COMMED     74.01  5,104.20
01-REG    48.40    3,412.20 MEDTAX        74.01  5,104.20                    FUI                5,104.20
                           LA TAX        198.33  4,593.78                    LA SUISC           5,104.20
                                                                            LA SUI             5,104.20

Dir Dep Distribution   Bank ID   Bank Account Number   Deposit Amount Description
                                                         3,262.78 CHECKING
```

| 1003450 CRESPO, PAIGE F. | | 01/16/15 | 2690268 | A.C.H | 13,924.76 | 4,962.23 | 710.93 | 1,439.31 | 8,251.60 |

```
          Hours,
Earnings  Units      Amount Tax Ded     Amount    Taxable Other Ded  Amount Cpy Ded   Amount    Taxable
04-HOL     8.00      564.00 FEDTAX     3,315.64  13,230.25 DENTAL      45.40 COMSS      820.28 13,230.25
LIVER      5.00    3,750.00 SS TAX       820.28  13,230.25 OPTLIFE     29.04 COMMED     191.84 13,230.25
06-NGT    29.17      282.36 MEDTAX       191.84  13,230.25 VOL AD&D     6.75 FUI                1,895.80
07-ONC    53.27      399.52 LA TAX       634.47  13,230.25 HEALTH     291.00 LA SUISC           2,595.80
01-REG    62.80    4,427.40                               VISION       9.81 LA SUI             2,595.80
WKN DIF   32.37      522.12                               HC FSA     104.17 DENTAL       3.03
CALLBAC   27.02      952.46                               DC FSA     208.34 ADD COPD      .37
02-OVT    25.82    2,730.47                               CH LIFE       .61 HEALTHCO   391.09
SLD        7.70      271.43                               SP LIFE     15.81 LIFE CO      6.18
TOB REB              25.00                                                  LTD         26.52
Dir Dep Distribution   Bank ID   Bank Account Number   Deposit Amount Description
                                                         8,251.60 CHECKING
```

| 1003450 CRESPO, PAIGE F. | | 01/30/15 | 2703383 | A.C.H | 7,009.79 | 1,946.02 | 710.93 | 910.30 | 4,291.84 |

```
          Hours,
Earnings  Units      Amount Tax Ded     Amount    Taxable Other Ded  Amount Cpy Ded   Amount   Taxable
03-GPT    69.00    4,864.50 FEDTAX     1,177.64   6,315.28 DENTAL      45.40 COMSS      391.54 6,315.28
LIVER      1.00      750.00 SS TAX       391.54   6,315.28 OPTLIFE     29.04 COMMED      91.57 6,315.28
06-NGT     4.70       45.49 MEDTAX        91.57   6,315.28 VOL AD&D     6.75 FUI
07-ONC     6.00       45.00 LA TAX       285.27   6,315.28 HEALTH     291.00 LA SUI
01-REG    10.00      705.00                               VISION       9.81 DENTAL       3.03
WKN DIF   10.00      161.30                               HC FSA     104.17 ADD COPD      .37
CALLBAC   10.00      352.50                               DC FSA     208.34 HEALTHCO   391.09
EX LIFE              61.00                               CH LIFE       .61 LIFE CO      6.18
TOB REB              25.00                               SP LIFE     15.81 LTD         26.52
Dir Dep Distribution   Bank ID   Bank Account Number   Deposit Amount Description
                                                         4,291.84 CHECKING
```

| 1003450 CRESPO, PAIGE F. | | 02/13/15 | 2716520 | A.C.H | 3,409.00 | 633.17 | 710.93 | 634.85 | 2,264.90 |

```
          Hours,
Earnings  Units      Amount Tax Ded     Amount   Taxable Other Ded  Amount Cpy Ded   Amount   Taxable
STD60%    80.00    3,384.00 FEDTAX       322.08  2,714.49 DENTAL      45.40 COMSS      168.30 2,714.49
TOB REB              25.00 SS TAX        168.30  2,714.49 OPTLIFE     29.04 COMMED      39.36 2,714.49
                           MEDTAX         39.36  2,714.49 VOL AD&D     6.75 FUI
                           LA TAX        103.43  2,714.49 HEALTH     291.00 LA SUI
                                                         VISION       9.81 DENTAL       3.03
                                                         HC FSA     104.17 ADD COPD      .37
                                                         DC FSA     208.34 HEALTHCO   391.09
```

1G05317001

# Payment Detail Listing

PR260 Date 02/16/17
Time 14:03

Company  120  OCHSNER CLINIC FOUNDATION
Payment Detail Listing
Date Range 01/01/15 - 04/10/15

Page    2

Process Level  9010  NEW ORLEANS CLINIC BIWEEKLY    Department  24000  ANESTHESIOLOGY NOM

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 02/13/15 | 2716520 | A.C.H | 3,409.00 | 633.17 | 710.93 | 634.85 | 2,264.90 |

| Earnings | Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| Hours, | | | | | | CH LIFE | .61 | LIFE CO | 6.18 | |
| | | | | | | SP LIFE | 15.81 | LTD | 26.52 | |

| Non Earn | Hrs,Units | Amount |
|---|---|---|
| EXP REIM | | 200.00 |

| Dir Dep Distribution | Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|---|
| | 0 | | 2,264.90 | CHECKING |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 02/27/15 | 2729697 | A.C.H | 14,149.13 | 5,064.76 | 710.93 | 1,456.47 | 8,312.44 |

| Earnings | Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| Hours, | | | | | | | | | | |
| 04-HOL | 8.00 | 564.00 | FEDTAX | 3,389.68 | 13,454.62 | DENTAL | 45.40 | COMSS | 834.19 | 13,454.62 |
| LIVER | 6.00 | 4,500.00 | SS TAX | 834.19 | 13,454.62 | OPTLIFE | 29.04 | COMMED | 195.09 | 13,454.62 |
| 06-NGT | 24.96 | 241.61 | MEDTAX | 195.09 | 13,454.62 | VOL AD&D | 6.75 | FUI | | |
| 07-ONC | 130.45 | 978.37 | LA TAX | 645.80 | 13,454.62 | HEALTH | 291.00 | LA SUI | | |
| 01-REG | 76.43 | 5,388.32 | | | | VISION | 9.81 | DENTAL | 3.03 | |
| WKN DIF | 17.80 | 287.11 | | | | HC FSA | 104.17 | ADD COPD | .37 | |
| CALLGAUR | .85 | 89.89 | | | | DC FSA | 208.34 | HEALTHCO | 391.09 | |
| CALLBAC | 38.73 | 1,365.23 | | | | CH LIFE | .61 | LIFE CO | 6.18 | |
| 10-HWK | 3.40 | 119.85 | | | | SP LIFE | 15.81 | LTD | 26.52 | |
| 02-OVT | 5.00 | 528.75 | | | | | | | | |
| EX LIFE | | 61.00 | | | | | | | | |
| TOB REB | | 25.00 | | | | | | | | |

| Dir Dep Distribution | Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|---|
| | 0 | | 8,312.44 | CHECKING |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 03/13/15 | 2742939 | A.C.H | 6,648.28 | 1,604.89 | 1,375.76 | 882.65 | 3,667.63 |

| Earnings | Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| Hours, | | | | | | | | | | |
| CME | 32.00 | 2,256.00 | FEDTAX | 915.99 | 5,288.94 | 401K | 465.38 | COMSS | 369.13 | 5,953.77 |
| EDU | 5.00 | 352.50 | SS TAX | 369.13 | 5,953.77 | 403B | 199.45 | COMMED | 86.33 | 5,953.77 |
| LIVER | 1.00 | 750.00 | MEDTAX | 86.33 | 5,953.77 | DENTAL | 45.40 | FUI | | |
| 06-NGT | 10.58 | 102.41 | LA TAX | 233.44 | 5,288.94 | OPTLIFE | 29.04 | LA SUI | | |
| 01-REG | 36.80 | 2,594.40 | | | | VOL AD&D | 6.75 | DENTAL | 3.03 | |
| CALLBAC | 6.58 | 231.95 | | | | HEALTH | 291.00 | ADD COPD | .37 | |
| INCENT | | 336.02 | | | | VISION | 9.81 | HEALTHCO | 391.09 | |
| TOB REB | | 25.00 | | | | HC FSA | 104.17 | LIFE CO | 6.18 | |
| | | | | | | DC FSA | 208.34 | LTD | 26.52 | |
| | | | | | | CH LIFE | .61 | | | |
| | | | | | | SP LIFE | 15.81 | | | |

| Dir Dep Distribution | Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|---|
| | 0 | | 3,667.63 | CHECKING |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 03/27/15 | 2756165 | A.C.H | 12,844.39 | 3,979.77 | 1,995.37 | 1,356.66 | 6,808.25 |

| Earnings | Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| Hours, | | | | | | | | | | |
| LIVER | 5.00 | 3,750.00 | FEDTAX | 2,535.25 | 10,865.44 | 401K | 899.11 | COMSS | 753.29 | 12,149.88 |
| 06-NGT | 22.30 | 215.86 | SS TAX | 753.29 | 12,149.88 | 403B | 385.33 | COMMED | 176.18 | 12,149.88 |
| 07-ONC | 95.28 | 714.60 | MEDTAX | 176.18 | 12,149.88 | DENTAL | 45.40 | FUI | | |
| 01-REG | 78.85 | 5,558.93 | LA TAX | 515.05 | 10,865.44 | OPTLIFE | 29.04 | LA SUI | | |

Liberty/Crespo 0695

1G053170001

# Payment Detail Listing

PR260 Date 02/16/17
Time 14:03

Company 120 OCHSNER CLINIC FOUNDATION
Payment Detail Listing
Date Range 01/01/15 - 04/10/15

Page 3

Process Level 9010 NEW ORLEANS CLINIC BIWEEKLY   Department 24000 ANESTHESIOLOGY NOM

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAIGE F. | 03/27/15 | 2756165 | A.C.H | 12,844.39 | 3,979.77 | 1,995.37 | 1,356.66 | 6,808.25 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| WKN DIF | 22.30 | 359.69 | | | | VOL AD&D | 6.75 | DENTAL | 3.03 | |
| CALLBAC | 31.67 | 1,116.37 | | | | HEALTH | 291.00 | ADD COPD | .37 | |
| 02-OVT | 8.42 | 898.41 | | | | VISION | 9.81 | HEALTHCO | 391.09 | |
| SLD | 4.10 | 144.53 | | | | HC FSA | 104.17 | LIFE CO | 6.18 | |
| EX LIFE | | 61.00 | | | | DC FSA | 208.34 | LTD | 26.52 | |
| TOB REB | | 25.00 | | | | CH LIFE | .61 | | | |
| | | | | | | SP LIFE | 15.81 | | | |

| Dir Dep Distribution | Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|---|
| | 0 | | 6,808.25 | CHECKING |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 1003450 CRESPO, PAILE F. | 04/10/15 | 2769398 | A.C.H | 10,473.88 | 3,009.76 | 1,758.32 | 1,175.32 | 5,705.80 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-HOL | 8.00 | 564.00 | FEDTAX | 1,854.32 | 8,731.98 | 401K | 733.17 | COMSS | 606.33 | 9,779.37 |
| LIVER | 4.00 | 3,000.00 | SS TAX | 606.33 | 9,779.37 | 403B | 314.22 | COMMED | 141.80 | 9,779.37 |
| 06-NGT | 18.07 | 174.91 | MEDTAX | 141.80 | 9,779.37 | DENTAL | 45.40 | FUI | | |
| 07-ONC | 20.69 | 155.17 | LA TAX | 407.31 | 8,731.98 | OPTLIFE | 29.04 | LA SUI | | |
| 01-REG | 77.60 | 5,470.80 | | | | VOL AD&D | 6.75 | DENTAL | 3.03 | |
| WKN DIF | 9.02 | 145.49 | | | | HEALTH | 291.00 | ADD COPD | .37 | |
| CALLBAC | 9.02 | 317.96 | | | | VISION | 9.81 | HEALTHCO | 391.09 | |
| 10-HWK | 1.05 | 37.01 | | | | HC FSA | 104.17 | LIFE CO | 6.18 | |
| 02-OVT | .12 | 12.69 | | | | DC FSA | 208.34 | LTD | 26.52 | |
| SLD | 10.40 | 366.61 | | | | CH LIFE | .61 | | | |
| INCENT | | 204.24 | | | | SP LIFE | 15.81 | | | |
| TOB REB | | 25.00 | | | | | | | | |

| Dir Dep Distribution | Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|---|
| | 0 | ( | 5,705.80 | CHECKING |

| | | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|
| Totals Employee | 1003450 | 73,563.43 | 22,531.60 | 8,483.59 | 8,246.03 | 42,565.24 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| CME | 32.00 | 2,256.00 | FEDTAX | 14,252.80 | 65,194.78 | 401K | 2,454.95 | COMSS | 4,259.52 | 68,701.86 |
| EDU | 5.00 | 352.50 | SS TAX | 4,259.52 | 68,701.86 | 403B | 1,052.13 | COMMED | 996.18 | 68,701.86 |
| 03-GPT | 69.00 | 4,864.50 | MEDTAX | 996.18 | 68,701.86 | DENTAL | 317.80 | FUI | | 7,000.00 |
| 03-GPT | 16.00 | 1,128.00 | LA TAX | 3,023.10 | 65,194.78 | OPTLIFE | 203.28 | LA SUISC | | 7,700.00 |
| 04-HOL | 32.00 | 2,256.00 | | | | VOL AD&D | 47.25 | LA SUI | | 7,700.00 |
| LIVER | 22.00 | 16,500.00 | | | | HEALTH | 2,037.00 | DENTAL | 21.21 | |
| 06-NGT | 109.78 | 1,062.64 | | | | VISION | 68.67 | ADD COPD | 2.59 | |
| 07-ONC | 305.69 | 2,292.66 | | | | HC FSA | 729.19 | HEALTHCO | 2,737.63 | |
| 01-REG | 390.88 | 27,557.05 | | | | DC FSA | 1,458.38 | LIFE CO | 43.26 | |
| WKN DIF | 91.49 | 1,475.71 | | | | CH LIFE | 4.27 | LTD | 185.64 | |
| CALLGAUR | .85 | 89.89 | | | | SP LIFE | 110.67 | | | |
| CALLBAC | 123.02 | 4,336.47 | | | | | | | | |
| 10-HWK | 4.45 | 156.86 | | | | | | | | |
| 02-OVT | 39.36 | 4,170.32 | | | | | | | | |
| SLD | 22.20 | 782.57 | | | | | | | | |

Case 2:20-cv-00791-ILRL-KWR   Document 15-3   Filed 01/13/21   Page 626 of 1667

1G053170001

# Payment Detail Listing

Process Level  9010  NEW ORLEANS CLINIC BIWEEKLY    Department  24000  ANESTHESIOLOGY NOM

|                  |            |          | Gross Pay | Tax Deds  | Other Deds | Company Deds | Net Pay   |
|------------------|------------|----------|-----------|-----------|------------|--------------|-----------|
| Totals Employee  | 1003450    |          | 73,563.43 | 22,531.60 | 8,483.59   | 8,246.03     | 42,565.24 |

|          | Hours, Units | Amount   | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|----------|--------------|----------|---------|--------|---------|-----------|--------|---------|--------|---------|
| Earnings |              |          |         |        |         |           |        |         |        |         |
| STD60%   | 80.00        | 3,384.00 |         |        |         |           |        |         |        |         |
| EX LIFE  |              | 183.00   |         |        |         |           |        |         |        |         |
| INCENT   |              | 540.26   |         |        |         |           |        |         |        |         |
| TOB REB  |              | 175.00   |         |        |         |           |        |         |        |         |
| Non Earn | Hrs,Units    | Amount   |         |        |         |           |        |         |        |         |
| EXP REIM |              | 200.00   |         |        |         |           |        |         |        |         |

                    Total ACH              42,565.24

Case 2:20-cv-00791-ILRL-KWR   Document 15-3   Filed 01/13/21   Page 627 of 1667

1G05170001

Liberty/Crespo 0697

# Payment Detail Listing

Company  120  OCHSNER CLINIC FOUNDATION
Payment Detail Listing
Date Range 01/01/15 - 04/10/15

Page  5

Process Level  9010  NEW ORLEANS CLINIC BIWEEKLY    Department  24000  ANESTHESIOLOGY NOM

| | | | | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Totals Department | 24000 | | | 73,563.43 | 22,531.60 | 8,483.59 | 8,246.03 | 42,565.24 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| CME | 32.00 | 2,256.00 | FEDTAX | 14,252.80 | 65,194.78 | 401K | 2,454.95 | COMSS | 4,259.52 | 68,701.86 |
| EDU | 5.00 | 352.50 | SS TAX | 4,259.52 | 68,701.86 | 403B | 1,052.13 | COMMED | 996.18 | 68,701.86 |
| 03-GPT | 69.00 | 4,864.50 | MEDTAX | 996.18 | 68,701.86 | DENTAL | 317.80 | FUI | | 7,000.00 |
| 03-GPT | 16.00 | 1,128.00 | LA TAX | 3,023.10 | 65,194.78 | OPTLIFE | 203.28 | LA SUISC | | 7,700.00 |
| 04-HOL | 32.00 | 2,256.00 | | | | VOL AD&D | 47.25 | LA SUI | | 7,700.00 |
| LIVER | 22.00 | 16,500.00 | | | | HEALTH | 2,037.00 | DENTAL | 21.21 | |
| 06-NGT | 109.78 | 1,062.64 | | | | VISION | 68.67 | ADD COPD | 2.59 | |
| 07-ONC | 305.69 | 2,292.66 | | | | HC FSA | 729.19 | HEALTHCO | 2,737.63 | |
| 01-REG | 390.88 | 27,557.05 | | | | DC FSA | 1,458.38 | LIFE CO | 43.26 | |
| WKN DIF | 91.49 | 1,475.71 | | | | CH LIFE | 4.27 | LTD | 185.64 | |
| CALLGAUR | .85 | 89.89 | | | | SP LIFE | 110.67 | | | |
| CALLBAC | 123.02 | 4,336.47 | | | | | | | | |
| 10-HWK | 4.45 | 156.86 | | | | | | | | |
| 02-OVT | 39.36 | 4,170.32 | | | | | | | | |
| SLD | 22.20 | 782.57 | | | | | | | | |
| STD60% | 80.00 | 3,384.00 | | | | | | | | |
| EX LIFE | | 183.00 | | | | | | | | |
| INCENT | | 540.26 | | | | | | | | |
| TOB REB | | 175.00 | | | | | | | | |
| Non Earn | Hrs,Units | Amount | | | | | | | | |
| EXP REIM | | 200.00 | | | | | | | | |

Total ACH          42,565.24

Liberty/Crespo 0698

# Payment Detail Listing

Process Level  9010   NEW ORLEANS CLINIC BIWEEKLY

|  | | | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|
| Totals Process Level 9010 | | | 73,563.43 | 22,531.60 | 8,483.59 | 8,246.03 | 42,565.24 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| CME | 32.00 | 2,256.00 | FEDTAX | 14,252.80 | 65,194.78 | 401K | 2,454.95 | COMSS | 4,259.52 | 68,701.86 |
| EDU | 5.00 | 352.50 | SS TAX | 4,259.52 | 68,701.86 | 403B | 1,052.13 | COMMED | 996.18 | 68,701.86 |
| 03-GPT | 69.00 | 4,864.50 | MEDTAX | 996.18 | 68,701.86 | DENTAL | 317.80 | FUI | | 7,000.00 |
| 03-GPT | 16.00 | 1,128.00 | LA TAX | 3,023.10 | 65,194.78 | OPTLIFE | 203.28 | LA SUISC | | 7,700.00 |
| 04-HOL | 32.00 | 2,256.00 | | | | VOL AD&D | 47.25 | LA SUI | | 7,700.00 |
| LIVER | 22.00 | 16,500.00 | | | | HEALTH | 2,037.00 | DENTAL | 21.21 | |
| 06-NGT | 109.78 | 1,062.64 | | | | VISION | 68.67 | ADD COPD | 2.59 | |
| 07-ONC | 305.69 | 2,292.66 | | | | HC FSA | 729.19 | HEALTHCO | 2,737.63 | |
| 01-REG | 390.88 | 27,557.05 | | | | DC FSA | 1,458.38 | LIFE CO | 43.26 | |
| WKN DIF | 91.49 | 1,475.71 | | | | CH LIFE | 4.27 | LTD | 185.64 | |
| CALLGAUR | .85 | 89.89 | | | | SP LIFE | 110.67 | | | |
| CALLBAC | 123.02 | 4,336.47 | | | | | | | | |
| 10-HWK | 4.45 | 156.86 | | | | | | | | |
| 02-OVT | 39.36 | 4,170.32 | | | | | | | | |
| SLD | 22.20 | 782.57 | | | | | | | | |
| STD60% | 80.00 | 3,384.00 | | | | | | | | |
| EX LIFE | | 183.00 | | | | | | | | |
| INCENT | | 540.26 | | | | | | | | |
| TOB REB | | 175.00 | | | | | | | | |
| Non Earn | Hrs,Units | Amount | | | | | | | | |
| EXP REIM | | 200.00 | | | | | | | | |

                    Total ACH              42,565.24

# Payment Detail Listing

Case 2:20-cv-00791-ILRL-KWR   Document 15-3   Filed 01/13/21   Page 630 of 1667

PR260 Date 02/16/17          Company  120  OCHSNER CLINIC FOUNDATION                                    Page     7
       Time 14:03            Payment Detail Listing
                             Date Range 01/01/15 - 04/10/15

|  | | | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|
| Totals Company | | | 73,563.43 | 22,531.60 | 8,483.59 | 8,246.03 | 42,565.24 |

| Earnings | Hours,<br>Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| CME | 32.00 | 2,256.00 | FEDTAX | 14,252.80 | 65,194.78 | 401K | 2,454.95 | COMSS | 4,259.52 | 68,701.86 |
| EDU | 5.00 | 352.50 | SS TAX | 4,259.52 | 68,701.86 | 403B | 1,052.13 | COMMED | 996.18 | 68,701.86 |
| 03-GPT | 69.00 | 4,864.50 | MEDTAX | 996.18 | 68,701.86 | DENTAL | 317.80 | FUI | | 7,000.00 |
| 03-GPT | 16.00 | 1,128.00 | LA TAX | 3,023.10 | 65,194.78 | OPTLIFE | 203.28 | LA SUISC | | 7,700.00 |
| 04-HOL | 32.00 | 2,256.00 | | | | VOL AD&D | 47.25 | LA SUI | | 7,700.00 |
| LIVER | 22.00 | 16,500.00 | | | | HEALTH | 2,037.00 | DENTAL | 21.21 | |
| 06-NGT | 109.78 | 1,062.64 | | | | VISION | 68.67 | ADD COPD | 2.59 | |
| 07-ONC | 305.69 | 2,292.66 | | | | HC FSA | 729.19 | HEALTHCO | 2,737.63 | |
| 01-REG | 390.88 | 27,557.05 | | | | DC FSA | 1,458.38 | LIFE CO | 43.26 | |
| WKN DIF | 91.49 | 1,475.71 | | | | CH LIFE | 4.27 | LTD | 185.64 | |
| CALLGAUR | .85 | 89.89 | | | | SP LIFE | 110.67 | | | |
| CALLBAC | 123.02 | 4,336.47 | | | | | | | | |
| 10-HWK | 4.45 | 156.86 | | | | | | | | |
| 02-OVT | 39.36 | 4,170.32 | | | | | | | | |
| SLD | 22.20 | 782.57 | | | | | | | | |
| STD60% | 80.00 | 3,384.00 | | | | | | | | |
| EX LIFE | | 183.00 | | | | | | | | |
| INCENT | | 540.26 | | | | | | | | |
| TOB REB | | 175.00 | | | | | | | | |
| Non Earn | Hrs,Units | Amount | | | | | | | | |
| EXP REIM | | 200.00 | | | | | | | | |

                    Total ACH              42,565.24

1G05317001

Liberty/Crespo 0700

# Payment Detail Listing

PR260 Date 02/16/17      Company  120  OCHSNER CLINIC FOUNDATION          Page    6
     Time 14:03             Payment Detail Listing
                      Date Range 01/01/15 - 04/10/15

| Totals Country, Currency | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|
| US United States o   USD | 73,563.43 | 22,531.60 | 8,483.59 | 8,246.03 | 42,565.24 |

********** Report Completed **********

Case 2:20-cv-00791-ILRL-KWR   Document 15-3   Filed 01/13/21   Page 631 of 1667

1G053170001

Liberty/Crespo 0701

1G053170001

# 2014
# Health & Welfare
# Summary Plan Description



**Ochsner**
Health System

Liberty/Crespo 0702

1G053170001

# Table of Contents

*INTRODUCTION* ...........................................................................................................................................................10

*GENERAL PROVISIONS*.................................................................................................................................................13

*Eligibility*......................................................................................................................................................................14
    Regular Full-Time Employees .....................................................................................................................................14
    Regular Part-Time Employees .....................................................................................................................................15
    Retired Employees ......................................................................................................................................................15
    Other Employees........................................................................................................................................................16
    Dependents.................................................................................................................................................................16

*When Coveroge Begins* ................................................................................................................................................19
    Effective Date of Coverage for Employees..................................................................................................................19
    Effective Date of Coverage for Dependents................................................................................................................20
    Late Enrollment..........................................................................................................................................................21
    Annual Enrollment Period ..........................................................................................................................................21
    Enrolling Your Dependents .........................................................................................................................................22
    If You Do Not Enroll By the Deadline ..........................................................................................................................23

*Paying for Your Benefits*...............................................................................................................................................23

*When You Con Chonge Your Coveroge* ..........................................................................................................................25
    HIPAA Special Enrollment Rights.................................................................................................................................29
    You Acquire a New Dependent ...................................................................................................................................29
    You or a Dependent Loses Other Coverage (Excluding Medicaid/CHIP)........................................................................30
    You or a Dependent Loses Medicaid/CHIP Coverage ...................................................................................................30
    You or a Dependent Becomes Eligible For Medicaid/CHIP Premium Assistance............................................................31

*When Election Chonges Are Effective* ...........................................................................................................................32
    Special Rules for the Flexible Spending Accounts ........................................................................................................32

*When Coveroge Ends* ...................................................................................................................................................32

*Eligibility ond Enrollment Appeols* ...............................................................................................................................33

*MEDICAL COVERAGE* ...................................................................................................................................................35

*OchsnerPlus Medicol Plon*............................................................................................................................................36
    Tobacco Use ...............................................................................................................................................................37
    OchsnerPlus Medical Plan Highlights...........................................................................................................................38

*How OchsnerPlus Medicol Works* .................................................................................................................................45
    OchsnerPlus Network Benefits ...................................................................................................................................45
    Out-of-Network Benefits.............................................................................................................................................45
    Out-of-Area Benefits ..................................................................................................................................................45
    OchsnerPlus Regional Network Providers....................................................................................................................46
    Out-of-Network Providers...........................................................................................................................................47

*Amount Poid by OchsnerPlus* .......................................................................................................................................47
    The Annual Deductible ................................................................................................................................................47
    Individual Deductible ..................................................................................................................................................48
    Family Deductible........................................................................................................................................................48
    Carry-Over Deductible ................................................................................................................................................48
    Co-pays or Co-payments .............................................................................................................................................48
    Co-insurance ...............................................................................................................................................................49
    Out-of-Pocket Maximum ............................................................................................................................................49
    Lifetime Maximum Benefits........................................................................................................................................50
    Usual, Reasonable and Customary...............................................................................................................................50

1

Liberty/Crespo 0703

1G053170001

Special Situations .............................................................................................................................. S0
Emergency Services............................................................................................................................ S0
Wellness Care...................................................................................................................................... S1
Smoking Cessation ............................................................................................................................. S1
Maternity Care .................................................................................................................................... S2
Infertility.............................................................................................................................................. S3
Mental Health and Substance Abuse ............................................................................................... S3
Oral Surgery ........................................................................................................................................ S4
Organ Transplants .............................................................................................................................. SS
Bariatric Procedures........................................................................................................................... S6
Cochlear Implants .............................................................................................................................. S6

*Utilizotion Monogement Progrom* ........................................................................................................ 57
Preadmission/Procedure Certification.............................................................................................. S8
Emergency Hospital Admission ......................................................................................................... S8
Continued Hospital Stay Review/Discharge Planning ..................................................................... S8
Retrospective Utilization Review ....................................................................................................... S9
Case Management .............................................................................................................................. S9

*Covered Expenses*.................................................................................................................................. 59
Professional Services.......................................................................................................................... 60
Facility Services .................................................................................................................................. 60
Other Services .................................................................................................................................... 62

*Exclusions*.............................................................................................................................................. 63

*Coordinotion of Benefits* ...................................................................................................................... 66

*Coordinotion with Medicore for Actively Working Employees*.............................................................. 67

*Coordinotion with Medicore for Retired Employees* ............................................................................. 68

*Right of Recovery* .................................................................................................................................. 68

*Providing Necessory Informotion*......................................................................................................... 68

*Recovery of Third Porty Cloims* ............................................................................................................ 68

*When Coveroge Ends* ............................................................................................................................ 71

*When Dependent Coveroge Ends*.......................................................................................................... 71

*Disquolificotion for Network Benefits* .................................................................................................. 71

*Certificotes of Creditoble Coveroge* ..................................................................................................... 72

*Continuotion of Coveroge* .................................................................................................................... 72
Family and Medical Leave and Other Approved Leaves of Absence .............................................. 72
Military Leave of Absence .................................................................................................................. 73
Medical Coverage After Retirement ................................................................................................. 74
Continuation Coverage Under COBRA .............................................................................................. 76

*Poyment of Benefits*.............................................................................................................................. 82

*Medicol Cloim Procedures*.................................................................................................................... 83
Submitting Claims .............................................................................................................................. 83
Initial Claims Determinations............................................................................................................ 84
Urgent-Care Claims ........................................................................................................................... 8S
Pre-Service Claims.............................................................................................................................. 8S
Post-Service Claims ............................................................................................................................ 86
If Your Claim Is Denied (Adverse Benefit Determination).............................................................. 86
Appeals................................................................................................................................................ 87

*Definitions*............................................................................................................................................. 92

2

Liberty/Crespo 0704

1G053170001

**PRESCRIPTION DRUG BENEFITS** ........................................................................................................ *97*

*Prescription Drug Plon Highlights* .................................................................................................. *98*

*How the Prescription Drug Plon Works* ........................................................................................... *99*

*Amount Poid By the Prescription Drug Plon* ................................................................................... *100*
    Annual Deductible ....................................................................................................................... 100
    Generic Substitution Requirement ............................................................................................. 101
    Clinical Guidelines ...................................................................................................................... 101
    Prior Authorization ..................................................................................................................... 102
    Dispensing Limits ........................................................................................................................ 102
    Specialty Medications ................................................................................................................ 102
    Step Therapy .............................................................................................................................. 103

*Covered Prescription Drugs* ........................................................................................................... *103*
    Prescription Drug Exclusions ..................................................................................................... 104
    Prescription Drug Rebates and Other Payments Made to Ochsner ............................................ 105

*Poyment of Benefits* ..................................................................................................................... *105*

*Prescription Drug Cloim Procedures* ............................................................................................. *106*
    Submitting Claims ...................................................................................................................... 106
    Initial Claims Determinations ..................................................................................................... 107
    Urgent-Care Claims .................................................................................................................... 107
    Pre-Service Claims ...................................................................................................................... 107
    Post-Service Claims .................................................................................................................... 108
    If Your Claim Is Denied (Adverse Benefit Determination) ........................................................... 109
    Appeals ...................................................................................................................................... 110

*Prescription Drug Plon Definitions* ............................................................................................... *114*

*Medicore Port D* ........................................................................................................................... *116*
    Notice of Medicare Part D Certificate of Creditable Coverage ................................................... 116

**DENTAL COVERAGE** ..................................................................................................................... *118*

*Ochsner Dentol Plon Highlights* .................................................................................................... *119*

*Humono Dentol PPO Plons* ............................................................................................................ *120*
    How the Humana Dental PPO Plans Work ................................................................................. 120
    Humana Dental PPO Plan Network Benefits .............................................................................. 120
    Non-PPO Benefits ...................................................................................................................... 120

*Amount Poid by the Plons* ............................................................................................................ *121*
    Annual Deductible ..................................................................................................................... 121
    Coinsurance ............................................................................................................................... 121
    Annual and Lifetime Maximum Benefits .................................................................................... 121
    Covered Comprehensive Plan Expenses .................................................................................... 121
    Covered Preventive Plus Plan Expenses .................................................................................... 123

*Exclusions ond Limitotions* ........................................................................................................... *124*
    Alternate Courses of Treatment ................................................................................................ 125
    Pre-treatment Estimate of Benefits ........................................................................................... 126
    Limits for Missing Teeth ............................................................................................................. 126
    Courses of Treatment in Progress When Coverage Begins .......................................................... 126

*Coordinotion of Benefits* .............................................................................................................. *127*

*Recovery of Third Porty Cloims* ..................................................................................................... *127*

*When Coveroge Ends* .................................................................................................................... *127*

*Continuotion of Coveroge* ............................................................................................................ *128*

Liberty/Crespo 0705

1G053170001

Family and Medical Leave, Military Leave and COBRA Continuation of Coverage ........................................... 128

*Poyment of Benefits* ....................................................................................................................................... 128

*Dentol Cloims Procedures* ................................................................................................................................ 128
    Submitting Claims ......................................................................................................................................... 128
    Initial Claims Determination ........................................................................................................................ 129
    If Your Claim is Denied (Adverse Benefit Determination) ............................................................................ 129

*Appeols* ........................................................................................................................................................... 130
    Claim Appeals .............................................................................................................................................. 130
    Determinations on Appeal ........................................................................................................................... 130
    Designation of an Authorized Representative .............................................................................................. 131

*Definitions* ....................................................................................................................................................... 131

**VISION COVERAGE** ........................................................................................................................................... 132

*Ochsner Vision Plon Highlights* ........................................................................................................................ 133

*Humono Vision Core Plon* ................................................................................................................................. 134
    How the Humana Vision Care Plan Works ................................................................................................... 134
    Humana Vision Care Plan Network Benefits ................................................................................................ 134
    Non-Network Benefits ................................................................................................................................. 134
    Covered Vision Plan Services ....................................................................................................................... 134

*Exclusions ond Limitotions* ............................................................................................................................... 136

*Coordinotion of Benefits* .................................................................................................................................. 137

*Recovery of Third Porty Cloims* ........................................................................................................................ 137

*When Coveroge Ends* ....................................................................................................................................... 137

*Continuotion of Coveroge* ................................................................................................................................ 138
    Vision Coverage After Retirement .............................................................................................................. 138
    Family and Medical Leave, Military Leave and COBRA Continuation of Coverage ....................................... 138

*Poyment of Benefits* ........................................................................................................................................ 138

*Vision Cloims Procedures* ................................................................................................................................ 139
    Submitting Claims ........................................................................................................................................ 139
    Initial Claims Determinations ...................................................................................................................... 140
    Pre-Service Claims ....................................................................................................................................... 140
    Post-Service Claims ...................................................................................................................................... 140
    If Your Claim Is Denied (Adverse Benefit Determination) ............................................................................ 141
    Appeals ........................................................................................................................................................ 141

**LIFE, AD&D and DEPENDENT LIFE COVERAGE** ................................................................................................ 144

*Ochsner Bosic ond Optionol Term Life ond AD&D Insuronce* ........................................................................... 146
    Ochsner Paid Basic Term Life and AD&D Insurance .................................................................................... 146
    Optional Term Life and AD&D Insurance ..................................................................................................... 146
    Minimum and Maximum Coverage ............................................................................................................. 147
    If You Are Age 65 or Older ........................................................................................................................... 147
    Changing Your Life and AD&D Insurance Coverage ..................................................................................... 147
    Evidence of Insurability ................................................................................................................................ 148
    Amount Paid by the Ochsner Basic and Optional Term Life Insurance Plan ................................................ 148
    Early Benefits for Terminal Illness — Accelerated Death Benefit ................................................................ 148
    Amount Paid by the Ochsner Basic and Optional AD&D Plan ...................................................................... 149
    Additional Ochsner Basic and Optional AD&D Benefits ............................................................................... 150
    Ochsner Basic and Optional AD&D Exclusions ............................................................................................ 152
    Naming a Beneficiary ................................................................................................................................... 153

4

Liberty/Crespo 0706

1G053170001

When Basic and Optional Term Life and AD&D Insurance Ends .......................................................153
Continuation of Coverage ...............................................................................................................153
If You Become Totally Disabled (Waiver of Premium) ....................................................................154
Portability Privilege .......................................................................................................................154
Converting Your Ochsner Basic and Optional Term Life Insurance Coverage..............................155

*Dependent Term Life Insurance* .......................................................................................................*156*
Changing Your Dependent Term Life Insurance Coverage.............................................................157
Evidence of Insurability ..................................................................................................................157
Amount Paid by the Dependent Term Life Insurance Plan ............................................................157
When Dependent Term Life Insurance Ends...................................................................................158
Portability Privilege .......................................................................................................................158
Converting Your Dependent Term Life Insurance Coverage .........................................................159

*Voluntary AD&D Insurance* ..............................................................................................................*160*
Changing Your Voluntary AD&D Insurance Coverage ....................................................................161
Amount Paid by the Voluntary AD&D Plan ....................................................................................161
Additional Voluntary AD&D Benefits .............................................................................................163
Voluntary AD&D Exclusions ...........................................................................................................166
Naming a Beneficiary .....................................................................................................................167
When Voluntary AD&D Insurance Coverage Ends ..........................................................................168
Portability Privilege .......................................................................................................................168

*Life and AD&D Claims Procedures* ....................................................................................................*169*
Submitting Claims ..........................................................................................................................169
Initial Claims Determinations.........................................................................................................169
If Your Claim is Denied (Adverse Benefit Determination) ..............................................................170
Appeals...........................................................................................................................................170

*Definitions*..........................................................................................................................................*172*

**BUSINESS TRAVEL ACCIDENT (BTA) COVERAGE** ............................................................................*173*

*Basic Business Travel Coverage* .......................................................................................................*174*

*Emergency Response Coverage* ........................................................................................................*174*

*Maximum Benefit* .............................................................................................................................*175*

*Amount Paid by the Business Travel Accident Plan* .........................................................................*175*

*Additional Business Travel Accident Benefits*..................................................................................*176*
Exposure and Disappearance..........................................................................................................176
Owned Aircraft Coverage................................................................................................................176
Seat Belt and Air Bag Benefit .........................................................................................................177
HIV Occupational Accident Benefit .................................................................................................178
War Risk Coverage ..........................................................................................................................178

*Business Travel Accident Exclusions*................................................................................................*178*

*Naming a Beneficiary*........................................................................................................................*179*

*When Business Travel Accident Insurance Coverage Ends*...............................................................*180*

*Business Travel Accident Insurance Claims Procedures* ..................................................................*180*
Submitting Claims ..........................................................................................................................180
Claims Determinations and Appeals ..............................................................................................180

*Definitions*..........................................................................................................................................*181*

**EMPLOYEE ASSISTANCE PLAN (EAP) COVERAGE**.............................................................................*182*

*How the EAP/Work Life Plan Works*.................................................................................................*183*

5

Liberty/Crespo 0707

1G053170001

*EAP Counseling Services*.................................................................................................................*184*

*Confidentiolity*..............................................................................................................................*184*

*When EAP Coveroge Ends*.............................................................................................................*185*

*Continuotion of Coveroge*.............................................................................................................*185*

*EAP Cloims Procedures*.................................................................................................................*185*
Submitting EAP Claims .............................................................................................................185
Initial Claims Determinations...................................................................................................185
If Your Claim Is Denied (Adverse Benefit Determination)........................................................185

*Appeols*.......................................................................................................................................*186*
Determinations on Appeal ........................................................................................................187

*Designotion of on Authorized Representotive* ...............................................................................*188*

**PATHWAY TO WELLNESS COVERAGE** ............................................................................................ **189**

*How the PTW Progrom Works* ......................................................................................................*190*

*Benefit Premium Reduction* .........................................................................................................*190*

*Progrom Activities ond HeolthMiles Eorned:* .................................................................................*192*

*Documenting Services*..................................................................................................................*194*

*When Coveroge Ends* ...................................................................................................................*194*

*PTW Progrom Cloim Procedures* ..................................................................................................*194*
Initial Claims Determinations...................................................................................................194
If Your Claim Is Denied (Adverse Benefit Determination)........................................................195

*Appeols* .......................................................................................................................................*195*
Determinations on Appeal .......................................................................................................196

**SPENDING ACCOUNTS**....................................................................................................................*198*
Enrollment.................................................................................................................................199

*Chonges in Stotus*........................................................................................................................*199*
Requesting Changes during the Year .......................................................................................199

*Dependent Core Flexible Spending Account (DCFSA)* .....................................................................*200*
Limits On Deposits ...................................................................................................................200
Eligible Dependent Care Expenses ..........................................................................................201
Expenses that are Not Covered by the DCFSA ........................................................................202
Deciding Between the Tax Credit and the DCFSA ...................................................................202

*Heolth Core Flexible Spending Account (HCFSA)*............................................................................*203*
Accessing your Health Care Flexible Spending Account Funds ................................................203
HCFSA Claims Submission .......................................................................................................204
Claim Substantiation Requirements.........................................................................................205
Health Care Flexible Spending Account Eligible Expenses ......................................................206
Health Care Flexible Spending Account Ineligible Expenses ...................................................207

*Speciol Rules*...............................................................................................................................*208*

*FSA Groce Period*.........................................................................................................................*208*

*Sociol Security Benefits ond Toxes* ...............................................................................................*209*

*Limits on Highly Compensoted Porticiponts*..................................................................................*209*

*Limit on Tox Liobility* ...................................................................................................................*210*

*When You ore on Leove* ...............................................................................................................*210*

Liberty/Crespo 0708

1G053170001

*If You Leave Ochsner* ........................................................................................................... *211*

*Requesting Reimbursement* ................................................................................................... *212*

*Spending Account Claim Procedures* ...................................................................................... *212*
    Initial Claims Determinations ............................................................................................. 213
    If Your Claim is Denied (Adverse Benefit Determination) .................................................. 213

**DISABILITY INCOME COVERAGE** ........................................................................................... *215*

*Short-Term Disability Plan (STD)* ........................................................................................... *216*
    Changing your STD Coverage (Part-Time Employees Only) ................................................ 216
    Amount Paid By the STD Plan ............................................................................................. 217
    Definition of Disabled......................................................................................................... 217
    Calculating Your Benefit ..................................................................................................... 217
    When STD Benefits Stop ..................................................................................................... 218
    Recurring Disability ............................................................................................................ 218
    Other Facts about the Plan ................................................................................................. 219
    When STD Coverage Ends ................................................................................................... 219
    Short-Term Disability Claims Procedures............................................................................ 219
    Appeals............................................................................................................................... 220

*STD Definitions* .................................................................................................................... *222*

*Long-Term Disability Plan (LTD)* ........................................................................................... *224*
    When LTD Coverage Begins ................................................................................................ 224
    Changing Your LTD Coverage ............................................................................................. 225
    Evidence of Insurability....................................................................................................... 225
    The Cost of Your Coverage ................................................................................................. 226
    Amount Paid By the LTD Plan............................................................................................. 226
    Definition of Disabled......................................................................................................... 226
    Calculating Your Benefit..................................................................................................... 226
    Coordination of LTD with Other Income Benefits............................................................... 229
    Additional LTD Benefits...................................................................................................... 230
    Worksite Modification Benefit........................................................................................... 230
    Rehabilitation Program Benefit.......................................................................................... 231
    How Long LTD Benefits Are Paid ........................................................................................ 231
    Recurring Disability ............................................................................................................ 232
    LTD Exclusions and Limitations .......................................................................................... 232
    When LTD Coverage Ends ................................................................................................... 233
    Family Survivor Benefit ...................................................................................................... 234
    Subrogation and Reimbursement ....................................................................................... 234
    Long-Term Disability Claims Procedures............................................................................. 235
    Appeals............................................................................................................................... 236

*LTD Definitions* .................................................................................................................... *238*

**SEVERANCE COVERAGE** ...................................................................................................... *240*

*How the Severance Plan Works* ............................................................................................. *241*

*Amount Paid by the Severance Plan* ...................................................................................... *242*
    Severance Pay .................................................................................................................... 242

*Payment of Benefits* ............................................................................................................. *243*

*If You Are Re-hired* ............................................................................................................... *243*

*Subsidized COBRA Benefits for Medical Coverage* ................................................................. *243*

*Severance Plan Exclusions* ..................................................................................................... *243*

Liberty/Crespo 0709

1G053170001

*Other Facts About the Severance Plan*.................................................................................244

*When Severance Plan Coverage Ends*..................................................................................244

*Severance Plan Claims Procedures*......................................................................................244

*Definitions*............................................................................................................................246

**GENERAL PURPOSE TIME (GPT)**.......................................................................................**248**

*How the GPT Program Works*...............................................................................................249

*Amount Paid by the GPT Program*.......................................................................................249

*Saving (Banking) GPT*..........................................................................................................250
    At the End of the Year.........................................................................................................250
    During the Year...................................................................................................................250

*Selling GPT*..........................................................................................................................250

*Donating GPT*.......................................................................................................................251

*Using GPT*............................................................................................................................251

*Interaction of GPT with Other Ochsner Benefits*.................................................................252
    Short-Term and Long-Term Disability................................................................................252
    Severance............................................................................................................................252
    Termination of Employment...............................................................................................252

**HOLIDAYS**.........................................................................................................................**253**

*Holidays*...............................................................................................................................254

*Bereavement Pay*.................................................................................................................255

**PLAN ADMINISTRATION**..................................................................................................**256**

*Termination of Benefits for Cause*.......................................................................................264

*Genetic Information – GINA Compliance*..............................................................................265

*Your Rights Under ERISA*.....................................................................................................265
    Receive Information About Your Plan and Benefits.............................................................265
    Continue Group Health Plan Coverage...............................................................................265
    Prudent Actions by Plan Fiduciaries...................................................................................266
    Enforce Your Rights............................................................................................................266
    Assistance With Your Questions.........................................................................................266

**NOTICE OF PRIVACY PRACTICES**......................................................................................**268**

*Who Will Follow This Notice*................................................................................................269

*What is Protected Health Information (PHI)?*.......................................................................269

*Our Pledge Regarding Your Health Information*...................................................................270

*Types of Personal Information We Collect*............................................................................270

*How We May Use or Share Your Health Information*............................................................271

*Other Uses Allowed Without Your Authorization*................................................................272

*Your Rights Regarding Health Information About You*..........................................................274

*Changes to This Notice*........................................................................................................275

*Complaints*...........................................................................................................................275

*Other Uses of Health Information*........................................................................................275

8

Liberty/Crespo 0710

1G053170001

*IMPORTANT CONTACTS* ................................................................................................................................ 276



9

Liberty/Crespo 0711

1G053170001

# *INTRODUCTION*

Effective: January 1, 1947
Restatement Effective: January 1, 2014

At Ochsner Clinic Foundation (Ochsner), employees are like family members. Ochsner values its employee family members and provides competitive compensation. As an Ochsner employee, the pay you receive in your paycheck is only part of your total compensation package. The benefits you receive make up a large portion of the total compensation package that you receive from Ochsner.

No two employees are exactly alike; they have different needs, wants, ideas and attitudes. Because of this diversity, each employee's benefits' needs are also different. Ochsner employees have expressed a need for a benefits program that offers affordable benefits they can understand, gives flexibility in making choices and helps them to be healthier, happier and more productive.

This Summary Plan Description (hereinafter "SPD") will provide you with pertinent information about your benefits in easy-to-follow language. It is designed to answer most common questions you may have about the plan. In the following pages, you will find important facts about eligibility, plan benefits, limits, exclusions, claims procedures and your legal rights as a plan participant. Important specific information about your health and welfare plan is found in the Plan Administration Information section.

This SPD is designed to give you information on each of the Ochsner welfare benefits available to you. Because each section is only a summary, it does not contain every detail for each benefit. Ochsner's benefit programs are operated according to the terms of legal documents that include plan documents and insurance contracts. Some of your benefits are self-insured (e.g., medical – including prescription drugs and the Pathway to Wellness Program, dental, EAP, severance, flexible spending accounts and short term disability coverage) and are therefore governed by the terms of plan documents. In case of an insured benefit, like vision, life and Accidental Death & Dismemberment, long term disability and business travel accident coverage, etc., the benefit is governed by the terms of a contract issued by the insurance company that provides the benefit. If there is any difference between this SPD and the plan documents and/or insurance contracts, the applicable plan document or insurance contract will control. The benefits and their provisions described in this Summary Plan Description are effective January 1, 2014.

Ochsner provides benefits to more than one class of employees and to other participating employers that have adopted the plan for the benefit of their eligible employees. This SPD details the benefits available to regular full-time and part-time employees and retirees.

10

Liberty/Crespo 0712

1G053170001

If you are an Executive, Full or Part-time Senior Physician, Senior Professional Staff, Full or Part-time Staff Physician, Resident, Fellow, Full or Part-time Professional Staff, Assistant Professional Staff, Management, Advanced Practice Clinician (Nurse Practitioner, Physician Assistant, Neonatal Nurse Practitioner, Nurse Mid-Wife or Clinical Nurse Specialist), CRNA, Elmwood Fitness Center employee or Brent House employee, certain eligibility and benefit differences are described in separate addendums, which are provided to all employees in these applicable groups.

Ochsner Clinic Foundation is the Plan Sponsor. As Plan Sponsor, Ochsner can appoint or provide for the appointment of a Plan Administrator to be responsible for general administration of the plan.

The Ochsner Clinic Foundation Health and Welfare Plan Committee has been appointed as Plan Administrator. Generally, the Plan Administrator has sole discretionary authority to make decisions, determinations, interpretations, and constructions with respect to administration and operation of the plan — including determinations of fact, determinations involving benefit eligibility and benefit amount, and interpretation of plan terms. The Plan Administrator's decisions are final, conclusive and binding on all parties.

Any part of the Plan Administrator's authority and duties, including discretionary authority, may be assigned or delegated by Ochsner or the Plan Administrator to another as it is deemed necessary or desirable. Please note that for all insured benefits, certain Plan Administrator duties are in effect assigned to the individual insurance companies under the terms of the plan and/or insurance policies. The insurance companies are the fiduciaries with discretionary authority responsible for benefit determinations including initial claim determinations and review of claim appeals. Information regarding claims administrator responsibilities related to self-insured benefits is contained in applicable portions of this SPD and please note that for certain self-insured benefits, the claims administrator is the fiduciary with discretionary authority responsible for benefit determinations including initial claim determinations and/or review of claim appeals at certain levels.

Please note that the Plan Sponsor, Plan Administrator, an insurance company or a claims administrator is a fiduciary under the plan or with respect to a plan benefit to the extent the party exercises discretion or control. In any event, each insurance company is the fiduciary with discretionary authority in relation to the benefit determinations under its respective insured plan and, if designated by the Plan Sponsor or Plan Administrator, a claims administrator is the fiduciary with discretionary authority in relation to benefit determinations under the respective self-insured plan to the extent of the delegation. The Plan Administrator is the fiduciary with discretionary authority with respect to administration of the plan or to a claim arising under the plan to the extent that such is not the responsibility of, or has not been delegated or allocated (either expressly or by implication) to the insurer of an insured benefit or the claims administrator of a self-insured benefit.

11

Liberty/Crespo 0713

1G053170001

Each responsible fiduciary, to the extent applicable or delegated, has discretionary authority to make decisions, determinations, interpretations, and constructions with respect to applicable administration and operation of the plan — including determinations of fact, determinations involving benefit eligibility and benefit amount, and interpretation of plan terms. The fiduciary's decisions are final, conclusive and binding on all parties, except to the extent that other remedies may be available under State or Federal law to either the Plan or to the claimant.

## Amendment or Termination of Plan

Ochsner Clinic Foundation may modify or terminate the plan at any time, subject to the terms of the legal documents governing the plan. Such changes may include changes in required contribution levels and adjustments to benefits. Coverage under this plan or any of its components for eligible employees, retirees and/or dependents may be amended or terminated at any time by Ochsner, in its sole discretion, and no employee, retiree or dependent shall be considered to have a vested interest in future coverage under the plan.

12

1G053170001

# GENERAL PROVISIONS

13

Liberty/Crespo 0715

1G053170001

# *GENERAL PROVISIONS*

## *Eligibility*

In general, you are eligible for coverage if you are in an Active status and the conditions described in this section are met. "Active status" means that you are performing all of the duties of your usual job at the location assigned by Ochsner. You are also considered in active status during a regular paid vacation or holiday, or during non-working days as long as you were actively at work on the immediately preceding regularly scheduled workday.

**Note:** If you are an Executive, Senior Physician, Part-time Senior Physician, Senior Professional Staff, Staff Physician, Part-Time Staff Physician, Resident, Fellow, Professional Staff, Part-time Professional Staff, Assistant Professional Staff, Management, Elmwood Fitness Center employee or Brent House employee, specific eligibility differences (including any eligibility waiting period differences) are described in separate addendums, which are provided to all employees in each applicable group.

### Regular Full-Time Employees

You are eligible for all Ochsner benefits if you are regularly scheduled to work at least 36 hours per week or 72 hours per bi-weekly pay period. Ochsner benefits include:

- *OchsnerPlus Medical, including Prescription Drug*
- *Dental*
- *Vision*
- *Basic Term Life and Accidental Death and Dismemberment (AD&D)*
- *Optional Term Life and AD&D*
- *Optional Spouse Term Life*
- *Optional Child Term Life*
- *Optional Voluntary AD&D*
- *Business Travel Accident*
- *Employee Assistance Plan*
- *Pathway to Wellness Program*
- *Flexible Spending Accounts*
- *Short – Term Disability*
- *Long – Term Disability*
- *Severance Program*
- *General Purpose Time (GPT)*
- *Regular and Personal Holidays*

14

Liberty/Crespo 0716

1G053170001

**Regular Part-Time Employees**

If you are a part-time employee, the benefits available to you depends upon your regularly scheduled work week. If you are scheduled to work at least 20 but less than 36 hours per week or at least 40 but less than 72 hours per bi-weekly pay period, you are eligible for all of the following Ochsner benefits:

- *OchsnerPlus Medical, including Prescription Drug*
- *Dental*
- *Vision*
- *Basic Term Life and Accidental Death and Dismemberment (AD&D)*
- *Optional Term Life and AD&D*
- *Optional Spouse Term Life*
- *Optional Child Term Life*
- *Optional Voluntary AD&D*
- *Employee Assistance Plan*
- *Pathway to Wellness Program*
- *Flexible Spending Accounts*
- *Short – Term Disability*
- *Long – Term Disability*
- *General Purpose Time (GPT)*

Part-time employees who regularly work at least four but less than 20 hours per week or at least eight but less than 40 hours per bi-weekly pay period are only eligible for the following Ochsner benefits:

- *OchsnerPlus Medical, including Prescription Drug*
- *Dental*
- *Vision*
- *Basic Term Life and AD&D*
- *Employee Assistance Plan*
- *Pathway to Wellness Program*
- *Flexible Spending Accounts*

**Retired Employees**

Employees who are age 55 or older with at least 10 years of service, or age 65 with at least five years of service who retire from active service with Ochsner are eligible to continue medical and vision coverage for themselves and their eligible dependents provided they were covered by the plan on the retirement date. Continuation of vision coverage without medical coverage is not allowed. Refer to the medical and vision sections of this SPD for complete details on retiree coverage, or call the HR Employee Service Center at 504-842-4748.

15

Liberty/Crespo 0717

1G053170001

## Other Employees

The following employees are not eligible for any of the Ochsner Health and Welfare benefits regardless of the number of hours worked per week: employees customarily employed on a temporary, special (per diem), seasonal or irregular basis, leased employees and workers classified by Ochsner as independent contractors or other non-employee categories.

## Dependents

Many Ochsner benefits provide coverage for your eligible dependents if you have elected coverage for yourself. Benefits available for eligible dependents include:

- *OchsnerPlus Medical, including Prescription Drug*
- *Dental*
- *Vision*
- *Optional Spouse Term Life*
- *Optional Child Term Life*
- *Optional Voluntary AD&D*
- *Employee Assistance Plan*
- *Flexible Spending Accounts*

Eligible dependents include:

- *Your legally married same or opposite sex spouse. A common law spouse is not eligible.*
- *Your domestic partner, defined as a same gender partner who lives in the same domicile as you.*
- *Your eligible children as defined below through age 25.*
- *Your unmarried Handicapped child of any age provided the handicap begins while covered and before the limiting age specified above and provided the child spends 8 hours or more per day in your home. Handicapped means that the child is incapable of self-sustaining employment as the result of an illness, injury or condition such as mental retardation, cerebral palsy, epilepsy or another neurological disorder and is diagnosed by a physician as permanent and ongoing. Proof of the handicap must be provided to the HR Employee Service Center within 31 days of the date coverage would otherwise end due to the limiting age and may be requested periodically thereafter to continue coverage.*

Eligible children include:

- *Your natural children.*
- *Your stepchildren.*
- *Legally adopted children (or children legally placed with you for adoption).*
- *Foster children (through age 25 if the child was your foster child upon reaching the limiting age under the foster child program).*
- *Any child for whom you have legal custody (through age 25 if you had legal custody of the child upon his or her reaching the limiting age under the legal guardianship agreement or law).*
- *Your unmarried handicapped child of any age provided the handicap begins while covered and before the limiting age specified above and provided the child spends 8 hours or more per day in your home.*

16

Liberty/Crespo 0718

1G053170001

Keep in mind that there may be tax consequences for covering a child that does not meet the IRS definition of a Qualifying Child or Qualifying Relative.  Contact the HR Employee Service Center for more information.

If you and your spouse both work for Ochsner, you may each be covered as an employee, or one of you may choose to be covered as the other's spouse. You may make this decision separately for each benefit. However, you may not be covered as both an employee and a spouse for the same benefit, i.e., medical, dental, vision, life, AD&D, and spouse/dependent term life. In addition, no one (such as your child) may be covered as the dependent of more than one employee.

 If your child is also a benefit eligible Ochsner employee, your child may elect to have coverage as an employee or as your dependent.  However, your child may not be covered as both an employee and a dependent child for the same benefit.

### Dependent Eligibility Verification

As part of Ochsner's ongoing efforts to control cost increases under the benefit plans provided to employees and their dependents, Ochsner requires verification of dependency for any dependent newly enrolled for coverage under the Ochsner Medical, Dental, Vision and Dependent Life plans. Once a new dependent is enrolled for any of these benefits, a Proof of Eligibility Packet will be mailed to your home address that will explain the process and the information required to prove dependency.  If you fail to provide the necessary documentation within the time period specified in the Packet, coverage for your dependents will end as specified in the termination letter.  If a dependent is found to be ineligible, you will not receive any refund of premiums or contributions (but it is noted that the coverage termination date will not occur until the appeal deadline date under the Dependent Eligibility Verification Program). In addition, should it be determined that an employee fraudulently represents the eligibility of a dependent, consequences of fraud may be subject to corrective action.  Please refer to the HR Policies on dependent eligibility verification and  falsification of employment information on Ochweb: Dependent Eligibility Verification Policy, OHS.HR.211 and Progressive Discipline Policy, OHS.HR.S02.

### Spousal Access Fee Verification

To ensure that contributions for coverage are appropriate, a Spousal Access Fee of $7S per month will apply for any Ochsner employee who elects to cover his or her legal spouse (including same gender legal spouse) under the Ochsner medical plan when the spouse has access to coverage through his/her own employer.  This fee is a supplemental medical plan contribution paid on a pre-tax basis.  Ochsner has engaged Xerox HR Solutions to administer the Spousal Access Fee Verification process.  If you enroll your spouse in the Ochsner plan, Xerox HR Solutions will mail a Spousal Surcharge Evaluation Form to your home which explains the process and the information required to provide verification of your spouse's employer sponsored health care coverage options. If you fail to provide the required documentation within the time period specified in the letter, your medical plan contribution will be increased to include the Spousal Access Fee.

17

Liberty/Crespo 0719

1G053170001

The Spousal Access Fee will not be applied if your spouse also works for Ochsner, provides proof of self-employment or unemployment. The fee is also waived if your spouse is employed but provided certification that he/she is enrolled in his/her employer sponsored medical coverage, is ineligible for employer sponsored health coverage or his/her employer does not offer health coverage.

### Medical Support Orders

A court may order you to provide medical, dental, vision and/or health care flexible spending account coverage under the plan for your eligible dependent child(ren) in accordance with a Qualified Medical Child Support Order (QMCSO) or National Medical Support Notice (NMSN).

If not already enrolled, you, along with the child, will be required to enroll in the coverage(s) to which the QMCSO or NMSN relates and you will be required to pay the appropriate contributions for such coverage. Unless a later date is specified in the QMCSO or NMSN, the effective date of coverage for the child will be the first day of the month following the date on which the QMCSO or NMSN is determined by the Plan Administrator to be qualified or the date the employee is first eligible for coverage, if later.

A QMCSO or NMSN is any judgment, decree, order or notice from a court, or produced as a result of a state-authorized administrative process, directing that certain healthcare coverage be provided to an eligible employee's child. In order to be recognized as "qualified" by the Plan Administrator, the judgment, decree order or notice must meet certain form and content requirements.

When a QMCSO or NMSN is received, the Plan Administrator will promptly notify both you and the child (at the address or through the representative stated in the order or notice) that the order or notice has been received and what procedures the plan will use to determine if the order or notice is qualified. Then the Plan Administrator will decide, on the basis of the plan's written procedures and within a reasonable time, whether the order or notice is qualified. Once the decision is made, the Plan Administrator will notify you and the child of its determination.

You can get more information on QMCSO and NMSN procedures by contacting the HR Employee Service Center. A copy of the Plan's QMCSO and NMSN procedures is available without charge from the HR Employee Service Center.

### Domestic Partners

The same-gender domestic partner of an eligible employee may be eligible for medical (including prescription drug) and Opt-Out coverage. Please refer to the Ochsner Clinic Foundation Declaration of Same Sex Domestic Partnership which you can obtain from the HR Employee Service Center. This document includes complete information regarding eligibility and enrollment requirements and procedures, limitations and the tax treatment of domestic partner coverage.

18

Liberty/Crespo 0720

1G053170001

## *When Coverage Begins*

### Effective Date of Coverage for Employees

Current employees must elect coverage during open enrollment through Employee Self Service (online via Intranet or Internet).

New employees must also enroll through Employee Self-Service (online via Intranet or Internet). Instructions for enrolling are included in your enrollment materials. In order for coverage to become effective, you must enroll within 31 days of your hire date (or date of status change to an eligible class) and you must authorize necessary contributions.

If you enroll and authorize necessary contributions timely, your coverage for the following benefits will begin on the first day of the calendar month coincident with or next following the date you complete one month of regular active employment in an eligible class:

- *OchsnerPlus Medical including Prescription Drug*
- *Dental*
- *Vision*
- *Basic Term Life and Accidental Death and Dismemberment (AD&D)*
- *Optional Term Life and AD&D*
- *Optional Spouse Term Life*
- *Optional Child Term Life*
- *Optional Voluntary AD&D*
- *Pathway to Wellness*
- *Flexible Spending Accounts*
- *Long – Term Disability*

For example, if your hire date is February 10, you will complete one month of employment on March 10, and you are eligible to participate in the plan on April 1. However, you must enroll within 31 days of February 10.

Your coverage for the following benefits will begin on your hire date if you are in an eligible class:

- *Business Travel Accident*
- *Employee Assistance Plan*
- *Severance Program  (Except Executives have a one year of service waiting period.)*

Coverage for Short – Term Disability benefits for full-time employees will begin on the first day of the month following 12 continuous months of employment. Special rules apply to the coverage effective date for part-time employees.  Refer to that section of the SPD for complete rules.

19

1G053170001

For some benefits, the effective date of your coverage choices may be delayed for the following reasons:

- *If you ore not octively ot work on the dote your coveroge would otherwise begin or increose, your choices for coveroge, other thon medicol coveroge (including prescription drug coverage) ond dentol coverage, will not go into effect until you return to work.*

- *If evidence of good health is required for ony coveroge, thot coverage will not be effective until the first of the month following the dote of the insuronce compony opprovol.  Refer to the specific SPD sections for odditionol informotion on when coveroge moy be deloyed.*

Once you have enrolled, you should print your Benefit Confirmation statement to be sure that you have made the desired elections. If you make a mistake in your election during the annual enrollment period, you may make corrections at any time during the open enrollment period. You must report any Open Enrollment changes no later than December 31st of each year.  If you make a mistake when you are initially eligible, you must contact the HR Employee Service Center within 31 days of your initial date of hire.  If you do not make any corrections within the applicable time period, your benefits will be locked in for the remainder of the applicable plan year (*i.e.*, the plan year for which the benefits relate).  You will not be permitted to change your coverage until the next annual enrollment period for the subsequent plan year except as described in "*Lote Enrollment*" below.

### Effective Date of Coverage for Dependents

If you apply for dependent coverage when you are first eligible as an employee, your dependents will be covered on the date your coverage begins provided the necessary proof of dependency is submitted timely. The Plan Administrator reserves the right to request supporting documents to enroll for domestic partner dependent benefits at any time.

If you gain an eligible dependent by birth or adoption after you first become covered under the plan, coverage for such dependent will begin on the date the individual becomes your dependent, provided you submit the enrollment form, proof of dependency and authorize the required contributions within 31 days of that date.

If you gain a new dependent through marriage after you become covered under the plan, coverage for your new spouse will begin on the first day of the month coincident with or next following the date the enrollment form, proof of dependency and authorization of the required contributions for coverage are received and approved by the HR Employee Service Center, provided this occurs within 31 days of your marriage.

For some benefits, the effective date of your dependent coverage choices may be delayed for the following reasons:

- *If you ore not octively ot work on the dote your coverage would otherwise begin or increose, your choices for dependent coverage, other thon medicol coverage (including prescription drug coveroge), will not go into effect until you return to work.*

- *If o dependent is confined in o hospitol, coveroge for thot dependent (other thon medicol ond prescription drug coveroge) will not go into effect until he or she is releosed.*

20

1G053170001

○  *If evidence of good health is required for any coverage, that coverage will not be effective until the first of the month following the date of the insurance company approval.*

Refer to the specific SPD sections for additional information on when coverage may be delayed.

If you do not enroll your dependent when he or she is first eligible, you will not be permitted to enroll them until the next annual enrollment period except as described in *"Late Enrollment"* below.

## Late Enrollment

If you do not enroll in the plan within 31 days from the date you or your dependents are first eligible, you will not be able to apply for coverage until the next annual enrollment period unless you are enrolling under a special enrollment period (medical benefits only) or because you have a qualified change in status. HIPAA special enrollment rights are discussed in the *"HIPAA Special Enrollment Rights"* section of this SPD. The circumstances under which you may enroll pursuant to a change in status are described in the *"When You Can Change Your Coverage"* section of this SPD. If you do not qualify for a special enrollment period or have an appropriate change in status, you will not be permitted to change your coverage until the annual enrollment period for the subsequent plan year.

If you or a dependent enroll in the plan after your initial eligibility date, your coverage will be limited as follows:

○  *Your optional term life and optional spouse term life elections may be subject to evidence of insurability.*

○  *Your long-term disability election may be subject to evidence of insurability, as well as pre-existing condition limitations.*

Please see the individual benefit sections of this SPD for full details.

## Annual Enrollment Period

Each fall, you have the option to change your benefits for the following plan year. Elections made during the annual enrollment period become effective on the following January 1 and will remain in effect until the following December 31, unless you experience a HIPAA Special Enrollment Right or a qualified change in status. Prior to annual enrollment, you will receive information about your enrollment choices, how to enroll and the enrollment deadline.

21

Liberty/Crespo 0723

1G053170001

**Enrolling Your Dependents**

You can enroll your eligible dependents for the following benefits:

- *OchsnerPlus Medical, including Prescription Drug*
- *Dental*
- *Vision*
- *Optional Spouse Term Life*
- *Optional Child Term Life*
- *Optional Voluntary AD&D*

If you enroll your dependents in any coverage, you must also elect coverage for yourself. In addition, if you elect dental coverage, your dependent must be enrolled in the same plan option as you. For example, you cannot select the Comprehensive dental plan for your coverage, but enroll your children in the Preventive Plus dental plan.

If you have eligible family members, your coverage choices for medical benefits are:

- *Yourself only*
- *Yourself and your legal spouse*
- *Yourself and your eligible same gender domestic partner*
- *Yourself and your eligible dependent child*
- *Yourself and your eligible dependent children*
- *Yourself and your family (spouse and eligible dependent children)*
- *Yourself and your same gender domestic partner and your eligible dependent child*
- *Yourself and your same gender domestic partner and your eligible dependent children*

Your coverage choices for dental and vision benefits are:

- *Yourself only*
- *Yourself and your legal spouse*
- *Yourself and your eligible dependent child(ren)*
- *Yourself and your family (spouse and eligible children)*

Your coverage choices for dependent life insurance are:

- *Your spouse only*
- *Your eligible dependent child(ren) only*
- *Your spouse and eligible dependent children*

22

Liberty/Crespo 0724

1G053170001

Your coverage choice for dependent voluntary AD&D is:

○ *Yourself and your family (legal spouse and eligible children)*

*As a reminder, an individual may not be covered as both an employee and a dependent under any benefit plan.*

You do not have to enroll the same family members for all benefits. For example, you may choose to cover your spouse under the dental and voluntary AD&D plans only, and your children under the medical plan only. (**Note:** All of these examples assume that you are enrolled for the applicable benefit.)

### If You Do Not Enroll By the Deadline

If you are a new employee, it is important that you enroll within 31 days of your initial eligibility date. If you do not enroll timely, you will be given a limited "default" package that may not include all the coverage you want or need.

The "default" package includes:

○ *Basic Term Life*

○ *Basic AD&D*

○ *Business Travel Accident insurance (full-time employees only)*

○ *Employee Assistance Plan*

○ *Severance benefits coverage (full-time employees only)*

○ *General purpose time (GPT)*

○ *Regular and personal holidays (full-time employees only)*

You will not receive medical, dental, vision or any other contributory coverage for you or your eligible dependents, and you will not be able to use the health care or dependent care flexible spending accounts, until after the next annual enrollment period (unless you experience a HIPAA Special Enrollment Right or qualifying change in status).

## *Paying for Your Benefits*

Although some Ochsner benefits are provided to you at no cost, for most benefits, if elected, you must pay for part or all of the coverage. You will see the cost of each benefit by accessing Employee Self Service. In most cases, your share of the cost can be deducted from your paycheck on a before-tax basis.

You may be able to reduce the amount you pay for your medical coverage if you participate in the Pathway to Wellness Program and complete any required services or activities. Complete details of this program are provided later in this SPD.

23

Liberty/Crespo 0725

1G053170001

**Note:** If you are an Executive, Senior Physician, Part-time Senior Physician, Senior Professional Staff, Staff Physician, Part-time Staff Physician, Professional Staff, Part-time Professional Staff, Assistant Professional Staff, Resident, Fellow, Management or Advanced Practice Clinician, you will pay for some of your benefits differently. Refer to your specific SPD addendums.

If elected, your portion of the cost for the following benefits will be deducted from your paycheck on a before-tax basis:

- *Medical, including Prescription Drug*
- *Dental*
- *Vision*
- *Optional Term Life and AD&D Insurance*
- *Optional Voluntary AD&D Insurance*
- *Pathway To Wellness*
- *Flexible Spending Accounts*
- *Short – Term Disability Insurance (Part-time employees only)*
- *Long – Term Disability Insurance*

Because of tax laws, if you choose to purchase Optional Spouse Term Life or Optional Child Term Life coverage, you will pay its cost with after-tax dollars.

According to Internal Revenue Service (IRS) rules, if you elect life insurance coverage worth more than $50,000, the "value" of the coverage over $50,000 is considered imputed (taxable) income. This value is based on IRS statistics and is shown as "Excess Life" on your paychecks and on the annual W-2 form prepared for you by Ochsner.

Because you pay for most of your benefits on a before-tax basis, you pay less in federal and state income taxes. In exchange for this tax break, the IRS generally requires that your annual benefit elections be locked in for the entire plan year unless you experience a HIPAA Special Enrollment Right or a qualified change in status as described in the following section of this SPD.

Keep in mind however, that benefits that are based on the amount of your base pay, such as your life and AD&D and disability coverage, are generally not affected by your before-tax deductions. Therefore benefits are based on your total, unreduced pay.

Also, by federal law, you do not pay Social Security (FICA) taxes on your before-tax contributions. You should be aware that this could mean reduced benefits when you become eligible for Social Security. This reduction is generally very small however, and may be outweighed by your current tax savings.

In general, Federal law does not permit you to pay for same gender domestic partner coverage on a before-tax basis. Contact the HR Employee Service Center for complete rules on coverage for same gender domestic partners.

24

Liberty/Crespo 0726

1G053170001

Keep in mind that although the value of your health care coverage will be shown on your W-2 as required by law, you are NOT taxed on the amount shown.

## *When You Can Change Your Coverage*

In general, you may make changes to your coverage choices each subsequent plan year during the annual enrollment period. However, you may make changes to your coverage during the plan year only if you experience a qualified change in status permitted under IRS rules or you qualify for a HIPAA Special Enrollment Right.

The following chart explains many of the events in which an election change is permissible and your options for changing coverage. In general, if you want to make an election change during the year, you must request the change within 31 days of the date of the qualified change in status event, and the requested election change must be on account of, and consistent with, the event. Otherwise, you will not have the opportunity to do so again until the next annual enrollment period.

If you need to change your coverage because of a change in your status, contact the HR Employee Service Center at extension **2-HR4U (2-4748)** or **(504) 842-4748.** The HR Employee Service Center will notify you of any change in the amount of your contributions when you make your election changes. The Plan Administrator has the sole authority to determine whether an event will permit an election change under applicable regulations and rulings of the IRS.

If your employment terminates for any reason and you are rehired within 30 days and during the same plan year, your most recent election(s) will be reinstated on your rehire. If you are rehired more than 30 days after your termination date, or if you are rehired within 30 days of your termination date but in a new plan year, you may make a new election and begin participation upon satisfying the waiting period if you are eligible.

Liberty/Crespo 0727

1G053170001

| CHANGE IN STATUS EVENT OVERVIEW | | |
|---|---|---|
| Event | Permitted Changes | Required Documentation |
| Marriage, Birth, Adoption, Addition of a Step Child or Legal Guardianship<br><br>(See also HIPAA Special Enrollment Rights) | *Medical/Dental/Visian/HCFSA*: Add dependent to your existing coverage or enroll yourself and your dependents in the plan under any available plan option. Drop coverage if enrolled for spouse's coverage.  Increase HCFSA contribution.<br><br>*Life/AD&D/Disability*:  Enroll or increase coverage.<br><br>*DCFSA*:  Increase or decrease your contribution if dependent care expenses are affected. | Copy of marriage or birth certificate, court decree for adoption, placement for adoption, or proof of dependency as appropriate. |
| Divorce,  Legal Annulment, Death of Spouse or Child<br><br>Dependent Loses Benefit Eligibility (e.g., reaches the limiting age, etc.)<br><br>(See also HIPAA Special Enrollment Rights) | *Medical/Dental/Visian/HCFSA*: Drop coverage for the affected dependent. Enroll for coverage if coverage was previously provided through the affected individual. Increase HCFSA contribution if still eligible; decrease contribution if no longer eligible.<br><br>*Life/AD&D/Disability*:  Enroll, increase or decrease coverage.<br><br>*DCFSA*:  Increase or decrease your contribution if dependent care expenses are affected. | Copy of death certificate or applicable court decree.<br><br>Written statement from the employee with supporting documentation |
| Qualified Medical Child Support Order | *Medical/Dental/Visian/HCFSA*: Enroll the child in your current coverage. Enroll yourself and your child in any available plan option. Increase HCFSA contribution.  Stop or reduce contribution if another individual is required to provide coverage and it is actually provided. | To drop coverage, employee must provide proof that other coverage is in place for the child (certification by the employee is not sufficient). |

Liberty/Crespo 0728

1G053170001

| CHANGE IN STATUS EVENT OVERVIEW | | |
|---|---|---|
| **Event** | **Permitted Changes** | **Required Documentation** |
| Change in Spouse or Dependent Employment Status (e.g. change in work hours, leaves of absence, spouse becomes employed, or terminated, the spouse of an Ochsner employee becomes an Ochsner employee, etc.) | *Medical/Dental/Vision/HCFSA*: Add coverage for yourself and your dependents in any available plan option if the change in employment results in loss of eligibility for other coverage. Drop coverage if the change in employment status results in eligibility for other coverage and you enroll for that coverage. Enroll, increase or decrease HCFSA contribution as consistent with the event.<br><br>*Life/AD&D/Disability*: Enroll, increase or decrease coverage.<br><br>*DCFSA*: Increase or decrease your contribution if dependent care expenses are affected. | Written statement from the employee with supporting documentation.<br><br>If applicable, written statement from the other employer/COBRA administrator or Certificate of Creditable Coverage from the other health plan documenting effective date of loss of other coverage. |
| Loss of Other Employer-Sponsored Coverage<br><br>(See also HIPAA Special Enrollment Rights) | *Medical/Dental/Vision/HCFSA*: Enroll if you lost similar coverage. Increase or decrease HCFSA contribution.<br><br>*Life/AD&D/Disability*: Enroll, increase or decrease coverage.<br><br>*DCFSA*: Increase or decrease your contribution if dependent care expenses are affected. | Written statement from the other employer/COBRA administrator or Certificate of Creditable Coverage from the other health plan documenting effective date of loss of other coverage. |
| Loss of Government, Educational Institutions, Indian Tribe Program, State Health Risk Pool or Foreign Group Health Plan Coverage | *Medical/Dental/Vision/HCFSA*: Enroll for coverage or add coverage for the individual who lost coverage. Cannot change your HCFSA contribution. | Letter confirming termination of coverage from appropriate agency or certificate of coverage indicating coverage end date. |
| Eligibility for Medicare or Medicaid | *Medical/HCFSA*: Drop coverage for the affected individual. | Written statement from the employee with supporting documentation from federal or state agency. |

27

Liberty/Crespo 0729

1G053170001

| CHANGE IN STATUS EVENT OVERVIEW | | |
|---|---|---|
| **Event** | **Permitted Changes** | **Required Documentation** |
| Loss of Eligibility for Medicare or Medicaid or State Children's Health Program<br><br>(See also HIPAA Special Enrollment Rights) | *Medical/HCFSA:* Enroll for coverage upon loss of Medicare, Medicaid or State Children's Health Program eligibility. | Written statement from the employee with supporting documentation from federal or state agency. |
| Significant Increase in Cost or Significant Curtailment of Coverage Under Another Employer's Plan | *Medical/Dental/Vision/HCFSA:* Enroll for coverage if other employer coverage is dropped. Cannot change your HCFSA contribution.<br><br>*Life/AD&D/Disability:* Enroll or increase coverage if other employer coverage is dropped.<br><br>*DCFSA:* Increase or decrease your contribution if dependent care expenses are affected. | Written statement from the other employer and/or Certificate of Creditable Coverage from the other health plan documenting effective date of loss of other coverage. |
| Enrollment Period for Coverage Under Another Employer's Plan Occurs While Elections in Effect | *Medical/HCFSA:* Make election changes that correspond with coverage elections under the other employer's plan. May NOT change HCFSA contribution.<br><br>*Life/ADD/Disability:* Make election changes that correspond with coverage elections under the other employer's plan.<br><br>*DCFSA:* Decrease contribution if spouse elects coverage under DCFSA offered by his/her employer. | Copy of the spouse's enrollment form accepted by his/her employer or confirmation statement showing elections. |
| Change in Cost of Dependent Care Provider | *DCFSA:* Increase or decrease contribution if cost change is NOT imposed by a relative. | Letter from dependent care provider or bill that indicates change in fees. |

Note: This is not an exhaustive list of permissible changes allowed by the Internal Revenue Service. Please refer to the Flexible Benefits Plan Document available from the HR Employee Service Center for more details. In addition, evidence of good health may be required for certain election changes.

Although optional spouse and child term life insurance is not subject to the IRS rules listed above, the provisions for changing your optional spouse and child term life coverage during the plan year are the same as those shown for life insurance in the above table.

28

Liberty/Crespo 0730

1G053170001

**Note:** You cannot change your benefit elections during the year if you:

- *Decide you connot offord the deductions from your poy ond wont to stop the deductions.*
- *Hove on unforeseen expense ond need money for something else.*
- *Decide you do not like or wont the coveroge during the yeor.*
- *Have medical or dependent day care expenses that ore larger or smaller than you anticipated (unless the change results from a qualifying family status event).*
- *Wont to moke o change that is not permissible under federol law.*

With regard to HCFSA and DCFSA elections, in the event you provide clear and convincing evidence that you made an honest mistake when making your FSA election, you will be permitted to correct your election on a prospective basis. FSA election changes for a mistake will be permitted in only very limited circumstances because of strict IRS rules. Permitted Example: Employee A makes a $1,000 DCFSA election for the Plan Year, but he intended to make the election for the HCFSA instead. Employee A does not have any children under the age of 13 or any other dependents that would qualify for the DCFSA benefit. This would be clear and convincing evidence that the Employee made an honest mistake when electing the DCFSA instead of the HCFSA.

If this type of mistake occurs and the Plan Administrator permits the correction, then any "mistaken" pre-tax contributions made to the wrong spending account will be returned to the employee as taxable compensation and the employee will make a new "prospective election" for participation in the correct spending account. This election will be for prospective participation and apply to future eligible expenses only.

Election changes for honest mistakes as explained above will be permitted to occur only if you notify the Plan Administrator within 90 days after the effective date of your election. (This effective date will generally be the first day of the relevant Plan Year.)

If you wish to request an election change due to an honest mistake, please contact HR Service Center at (504) 842-4748.

## HIPAA Special Enrollment Rights

There are four circumstances under which you will qualify for HIPAA special enrollment rights. **These rights only apply to medical benefits (including prescription drug coverage).**

### You Acquire a New Dependent

If you acquire a new dependent as a result of marriage, birth, adoption or placement for adoption, you may enroll yourself and your new dependent (and your spouse, in the case of birth or adoption of a child) in the OchsnerPlus medical plan. If you are already enrolled in the plan when you acquire a new dependent, you may enroll your dependent in your current coverage .

29

Liberty/Crespo 0731

1G053170001

To exercise this special enrollment right, you must enroll yourself and/or your dependents within 31 days after the date you gain the new dependent.

If you gain a dependent child through birth, adoption or placement for adoption, the new coverage election will be effective on the date the dependent child was acquired. If you gain a dependent through marriage, the new election will be effective on the first day of the month coincident with, or next following the marriage, provided it is submitted and approved within 31 days of your marriage.

If you do not enroll a new dependent within 31 days of acquiring him or her, you generally will not be permitted to enroll the dependent until the next annual enrollment period.

### You or a Dependent Loses Other Coverage (Excluding Medicaid/CHIP)

If you waived enrollment for yourself or for an eligible dependent because other health coverage (including COBRA coverage) was in effect, you may enroll yourself and your eligible dependents in the OchsnerPlus medical plan if you or your dependents lose eligibility for that other coverage, if the COBRA coverage is exhausted or if employer contributions for that coverage are terminated.

For this purpose, "loss of eligibility" includes, but is not limited to:

○ *A loss of coverage that results from termination of employment, reduction in hours of employment, divorce, death, or cessation of a dependents status (e.g., reaching the maximum age to be eligible as a dependent under the plan).*

○ *In the case of HMO coverage, a loss of coverage that results when an individual no longer resides, lives or works in an HMO service area and there is no other benefit package available to the individual.*

○ *A situation in which a plan no longer offers any benefits to the class of individuals of which that individual is a part.*

Loss of eligibility for other coverage does not include a loss due to the failure to pay premiums on a timely basis or termination of coverage for cause, such as fraud.

To exercise this special enrollment right, you must enroll yourself and/or your dependents no more than 31 days after the date the other coverage ends (or employer contributions terminate) and provide proof of the loss of other coverage.

### You or a Dependent Loses Medicaid/CHIP Coverage

If you or an eligible dependent are enrolled for coverage under Medicaid or a state children's health insurance program (CHIP) and that coverage ends because you or your dependent are no longer eligible for that coverage, you may enroll or change your current enrollment to enroll yourself and your eligible dependent for medical and prescription drug coverage in the OchsnerPlus medical plan, provided you do so no more than 60 days after the date the Medicaid or CHIP coverage ends. To enroll, you will need to contact the HR Employee Service Center and provide proof of the loss of Medicaid/CHIP coverage.

30

Liberty/Crespo 0732

1G053170001

## You or a Dependent Becomes Eligible For Medicaid/CHIP Premium Assistance

If you are eligible for the OchsnerPlus medical/prescription drug coverage, but are unable to afford the premiums or you previously declined coverage for yourself or your eligible dependent, some states have premium assistance programs that can help pay for coverage. These states use funds from their Medicaid or CHIP programs to help people who are eligible for these programs, but also have access to health coverage through their employer. If you or your children are not eligible for Medicaid or CHIP, you will not be eligible for these premium assistance programs.

If you or your dependents are already enrolled in Medicaid or CHIP, you can contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, you can contact your State Medicaid or CHIP office as shown below for Louisiana or dial **1-877-KIDS NOW** or **www.insurekidsnow.gov** to find out how to apply.  If you qualify, you can ask the State if it has a program that might help you pay the premiums for an employer-sponsored plan.

| **LOUISIANA** – Medicaid |
| --- |
| Website: http://www.lahipp.dhh.louisiana.gov |
| Phone: 1-888-695-2447 |

Once it is determined that you or your dependents are eligible for premium assistance under Medicaid or CHIP, Ochsner is required to permit you and your dependents to enroll in the plan – as long as you and your dependents are eligible, but not already enrolled in the employer's plan. **You must request coverage within 60 days of being determined eligible for premium assistance**.  To enroll, you will need to contact the HR Employee Service Center and provide proof of premium assistance eligibility.

To see if other States have a premium assistance program, or for more information on special enrollment rights, you can contact either:

U.S. Department of Labor
Employee Benefits Security Administration
www.dol.gov/ebsa
1-866-444-EBSA (3272)

U.S. Department of Health and Human Services
Centers for Medicare & Medicaid Services
www.cms.hhs.gov
1-877-267-2323, Ext. 61565

Contact the HR Employee Service Center to make a change to your elections if you experience a HIPAA special enrollment right. You will be notified of any change in your contributions at that time.

31

Liberty/Crespo 0733

1G053170001

## *When Election Changes Are Effective*

- *Election changes due to gaining a new dependent through birth, adoption or placement for adoption are effective on the date of the event.*

- *All other election changes (except for the Health Care and Dependent Care Flexible Spending Accounts) are effective on the first day of the month that coincides with or next follows the date of the event.*

- *For internal employment status changes from Full-time to Part-time and vice versa, the newly elected benefits and premiums will be effective first of the month following the date of the qualified employment status change.*

- *For internal employment status changes from benefits eligible to non-benefits eligible, the benefits will end at the end of the month in which you are benefits eligible.*

- *For Health Care or Dependent Care Flexible Spending Account changes, any election changes are effective on the first day of the month coinciding with or immediately following the later of the date of the change in status event or the date your completed enrollment change form is received and approved by the HR Employee Service Center.*

- *If the change in status event results in loss of coverage because the individual is no longer eligible for the benefit, the loss of coverage will be effective on the change in status date.*

- *If the change requires evidence of insurability, the effective date will be the later of the first day of the month that either coincides with or follows the change, or follows the date your evidence of insurability is approved by the plan or the insurance company, as applicable.*

### Special Rules for the Flexible Spending Accounts

The new amount elected may not exceed the annual maximum deposit for the particular account. If you increase either of your spending account deposits during the plan year due to a change in status, the increased amount can only be used for expenses you incur after the change becomes effective.

## *When Coverage Ends*

*In general*, your coverage will end on the earliest of the following:

- *The date you are no longer an eligible employee.*
- *The end of the period for which your last contribution, if required, was received.*
- *The date the plan ends.*

Coverage for your dependents will end on the earliest of the following:

- *The date your coverage ends.*
- *The date the dependent no longer meets the plans definition of an eligible dependent.*
- *The end of the period for which your last contribution for dependent coverage was received.*
- *The date the plan ends.*
- *The date dependent coverage under the plan ends.*

Additional termination provisions may apply. Refer to each benefit section of this SPD for specific termination provisions for that coverage.

32

Liberty/Crespo 0734

1G053170001

Coverage may be continued for certain benefits under specific circumstances such as disability, family and medical leave and military leave. These provisions will be explained in each benefit section of this SPD.

## Eligibility and Enrollment Appeals

If you are denied eligibility or enrollment, the denial is NOT related to the Dependent Eligibility Verification process through Xerox HR Solutions and you believe that the denial is not justified, you should appeal to the Ochsner Clinic Foundation Health and Welfare Plan Committee. Please submit your request, along with the reasons you believe the denial was incorrect and any other documentation that support your position to:

> Ochsner Clinic Foundation Health and Welfare Plan Committee
> Benton Tower
> 1450 Poydras Street, Suite 2600
> New Orleans, LA 70112

Your appeal must be received by the Ochsner Clinic Foundation Health and Welfare Plan Committee within 60 days of the date you or your dependent are determined to be ineligible or denied enrollment. This timeframe does not apply to annual enrollment corrections, which should be brought to the attention of the HR Employee Service Center immediately. The Ochsner Clinic Foundation Health and Welfare Plan Committee will respond to your appeal as soon as possible, but not later than 60 days after its receipt. The decision by the Ochsner Clinic Foundation Health and Welfare Plan Committee is final.

If your dependent is denied eligibility due to the Dependent Eligibility Verification process, you will need to address your appeal to our Dependent Eligibility Verification vendor:

> Xerox HR Solutions
> Attn: Ochsner Health System Dependent Eligibility Verification Appeals Committee
> P.O. Box 980
> Maumee, OH 43537

To appeal, you must complete and submit the Appeals Notification Procedures form provided with the eligibility denial to the above address. You will also need to include all of the previously requested documentation stated on the verification form. Your appeal must be postmarked no later than the date shown on your Appeals Notification Procedures form. Appeals postmarked after this date will not be considered.

As part of the appeal process, you may request a review of all documents, records and other relevant information relating to the eligibility determination. You may also obtain copies of the verification/appeal forms. To request this information or for additional assistance, call the

33

Liberty/Crespo 0735

1G053170001

Xerox HR Solutions Helpline at 877-670-7913, Monday through Friday from 7 a.m. to 7 p.m. CST.

Upon receipt of your appeal, Xerox HR Solutions will review your appeal and any additional documentation submitted and provide you with a written notification of its determination within 60 days.  Determinations by the Dependent Eligibility Verification vendor are final. You may wish to refer to the Dependent Eligibility Verification Policy, OHS.HR.211 on Ochweb for more information.

Please note that eligibility and enrollment claim and appeal procedures apply in instances of eligibility/enrollment determinations only and will not apply if coupled with a claim for benefits. If a claim for benefits is involved in any way, then the full ERISA claims and appeals procedures related to that benefit will apply.  For example, timely enrollment issues related to a qualifying change in status event or eligibility issues for a particular type or level of benefit related to employee classification or applicable waiting period (without making a claim for benefits) will be considered eligibility/enrollment determinations.  But if a claim for benefits is filed, and that claim is denied because the individual is not eligible for coverage under that benefit plan, the coverage determination is part of a benefit claim and must be handled in accordance with the applicable ERISA claims and appeals procedures shown in the appropriate section of this SPD.

Liberty/Crespo 0736

# MEDICAL COVERAGE

Liberty/Crespo 0737

1G05317 0001

# *MEDICAL COVERAGE*

Ochsner is pleased to provide you with medical and prescription drug benefits to help protect you and your dependents against the financial strain of large medical bills.

You have two options from which to choose: the POS medical plan and the option to waive/decline coverage. You decide the appropriate level of medical protection for you and your family.

- ○ *OchsnerPlus Medical POS Plan*
- ○ *No coveroge*

The OchsnerPlus Medical option is a point-of-service (POS) medical plan that offers comprehensive medical coverage. If you use providers within the OchsnerPlus Regional Network, you will receive the highest level of reimbursement. However, you are free to choose to receive your care from any provider and still receive coverage. For those members that live outside of the Ochsner service area, the plan provides an Out-of-Area level of benefits. To obtain Out-of-Area coverage you will need to complete the Out-of-Area Dependent Notification Form that you can obtain from the HR Employee Service Center. Both the medical and prescription drug benefits of this plan are administered by Humana.

You may also waive medical coverage altogether. However, keep in mind that if you do not enroll for OchsnerPlus when first eligible, you may only enroll yourself and your dependents during the annual enrollment period unless you experience a HIPAA Special Enrollment Right or a qualified change in status.

## *OchsnerPlus Medical Plan*

The OchsnerPlus medical plan is designed to provide you with coverage for a wide variety of health care services. If you or a covered family member receives medical care while participating in the plan, you will receive benefits based on the medical expenses you incur. With this option, you may choose to receive care from any licensed provider. However, you will receive the highest level of coverage (i.e., reimbursement) when you use OchsnerPlus Regional Network physicians and facilities. If you receive care from medical providers outside this network, you will receive a lower level of coverage or reimbursement.

You will receive a combination medical and pharmacy membership identification card for you and your covered family members shortly after you enroll, or re-enroll, in the OchsnerPlus medical plan. Each of you should carry your card at all times, and be sure to present it whenever medical treatment is sought or a prescription is filled.

Liberty/Crespo 0738

1G053170001

If you are enrolled in Medicare or will become eligible for Medicare in the next 12 months, Federal law gives you more choices about your prescription drug coverage. Please see the "Notice of Medicare Part D Certificate of Creditable Coverage" later in this section for more details.

### Tobacco Use

Ochsner is committed to helping you stay healthy.  To show this commitment, Ochsner is offering a medical premium rebate if you agree to remain tobacco free for 2014.   You will be asked to commit to remaining tobacco free for 2014 during your enrollment process.

Non-tobacco users will receive a tobacco-free rebate on their medical premiums. Those willing to participate and submit completion of a tobacco cessation program will receive credit for missed tobacco rebates from benefit effective date. Please refer to the chart below for your personalized rebate that is assigned on a pay period basis.

Tobacco Free Rebates (shown on a 24 pay period basis):

| Medical Coverage Level | Per Pay Period Tobacco Free Rebate |
|---|---|
| Employee Only | $20 |
| Employee and Spouse | $20 |
| Employee and 1 Child | $20 |
| Employee and 2+Children | $20 |
| Employee and Family | $25 |

Ochsner will monitor this program throughout the year to ensure that only eligible employees receive the tobacco free rebate.  Details on smoking cessation programs can be found on Ochweb under the Living the Legacy page.  Additional information on tobacco free programs and options will be sent following benefit effective date. Alternately, Ochsner will work with your physician to determine an alternate method of tobacco cessation in order to receive the rebate. Note: an alternative program may not be covered by the plan and may result in additional out-of-pocket expenses.

In addition, participants of the medical plan may be subject to tobacco testing throughout the year.  Failure to submit to testing or abide by the tobacco free guidelines will be subject to HR Policy on falsification of employment information on Ochweb, Progressive Discipline, OHS.HR.502.

Any employee hired after November 2011 will be tested for tobacco use during the hiring process.

37

Liberty/Crespo 0739

1G053170001

## OchsnerPlus Medical Plan Highlights

The following chart provides a summary of OchsnerPlus Medical benefits.

**Note:** If you are an Executive, Senior Physician, Part-time Senior Physician, Senior Professional Staff, Staff Physician or Professional Staff, Part-time Staff Physician or Part-time Professional Staff, your medical benefits differ slightly. Please refer to your SPD addendum for a description of the differences.

| OchsnerPlus Medical Plan Highlights | Amount You Pay For Covered Services | | |
|---|---|---|---|
| | OchsnerPlus Network | Out-of-Network | Out-of-Area |
| Annual Deductible | | | |
| Individual | $0 | $2,500 | $250 |
| Family | $0 | $7,500 | $750 |
| Medical Out-of-Pocket Maximum (includes OchsnerPlus Network and Out-of-Area deductibles, co-insurance and copays) | | | |
| Individual | $2,600 (combined with Out-of-Area benefits) | Unlimited | $2,600 (combined with Network benefits) |
| Family | $7,800 (combined with Out-of-Area benefits) | Unlimited | $7,800 (combined with Network benefits) |
| Medical and Pharmacy Combined Out-of-Pocket Maximum (includes OchsnerPlus Network, Out-of-Area and Prescription Drug deductibles, co-insurance and copays) | | | |
| Individual | $6,350 (combined with Out-of-Area benefits) | Unlimited | $6,350 (combined with Network benefits) |
| Family | $12,700 (combined with Out-of-Area benefits) | Unlimited | $12,700 (combined with Network benefits) |

Liberty/Crespo 0740

1G053170001

| OchsnerPlus Medical Plan Highlights | | | |
|---|---|---|---|
| | Amount You Pay For Covered Services | | |
| | OchsnerPlus Network | Out-of-Network | Out-of-Area |
| Service Limitations | Benefits apply to services from OchsnerPlus network providers and to services not provided through the OchsnerPlus network when authorized by Humana and the Ochsner Clinic Foundation Health and Welfare Plan Committee. | Benefits apply to Humana PPO Network providers and in-area services from Out-of-Network providers. | Out-of-Area benefits apply when you or your covered dependent lives outside the Ochsner service area and receives care from Out-of-Network or Out-of-Area providers. |
| WELLNESS CARE | | | |
| Routine physical examinations and tests (no deductible) | $0 co-pay[1] | Not covered | $0 |
| Annual gynecological exam and routine mammograms | $0 co-pay[1] | 50% after deductible | $0 |
| Well child care | $0 co-pay[1] | Not covered | $0 |
| Immunizations | $0 co-pay | Not covered | $0 |
| Annual PSA testing | $0 co-pay | Not covered | $0 |
| Routine Colonoscopy, Proctosigmoidoscopy and Sigmoidoscopy | $0 co-pay | Not covered | $0 |
| Hearing exams/testing (one per year up to age 18) | $0 co-pay | Not covered | $0 |
| Smoking Cessation Therapy | $0 co-pay Primary Care Provider | 50% after deductible | $0 |

39

Liberty/Crespo 0741

1G053170001

| OchsnerPlus Medical Plan Highlights | | | |
|---|---|---|---|
| | Amount You Pay For Covered Services | | |
| | OchsnerPlus Network | Out-of-Network | Out-of-Area |
| WELLNESS CARE (continued) | | | |
| Diabetic Education and Nutritional Counseling (one visit per year unless in connection with diabetes, hyperlipidemia or hypertension) | $0 co-pay | Not covered | $0 |
| Professional Primary Care Office Visits | $30 co-pay | 50% after deductible | 20% after deductible |
| Lab and X-Ray | $0 | 50% after deductible | 20% after deductible |
| Specialist, care and consultation (in office, includes second surgical opinions) | $40 co-pay | 50% after deductible | 20% after deductible |
| Inpatient visits, surgery and anesthesia | $0 | 50% after deductible | 20% after deductible |
| Maternity care (physician's fees) | $150 co-pay per pregnancy (may be eligible for reimbursement if enrolled in Humana*Beginnings*) | 50% after deductible | 20% after deductible |
| Dental care of accidental injury (within 90 days of injury) | $30 co-pay Primary Care Provider $40 co-pay Specialist | 50% after deductible | 20% after deductible |
| Surgery in physician's office | $30 co-pay Primary Care Provider $40 co-pay Specialist | 50% after deductible | 20% after deductible |

Liberty/Crespo 0742

1G053170001

| OchsnerPlus Medical Plan Highlights | | | |
|---|---|---|---|
| | Amount You Pay For Covered Services | | |
| | OchsnerPlus Network | Out-of-Network | Out-of-Area |
| **FACILITY SERVICES** | | | |
| Hospital daily room and board, intensive care, other inpatient services and supplies[2] | $150 co-pay per day, up to $450 per admission | 50% after deductible | 20% after deductible |
| Inpatient physical rehabilitation[2] (limited to 60 days per calendar year) | $0 | 50% after deductible | 20% after deductible |
| Outpatient hospital services and supplies (except as otherwise provided) | $0 | 50% after deductible | 20% after deductible |
| Outpatient surgery facility[2] | $200 co-pay | 50% after deductible | 20% after deductible |
| Advanced Diagnostic Imaging (MRI, MRA, PET, CAT, 5PECT 5cans) | $100 co-pay | 50% after deductible | 20% after deductible |
| Extended care/skilled nursing facility[2] (limited to 90 inpatient days per calendar year) | $150 co-pay per day, up to $450 per admission (no co-pay if direct transfer from a hospital stay) | 50% after deductible | 20% after deductible |
| Emergency room[3] (copay waived if admitted) | $200 co-pay per visit | $300 co-pay per visit[3] | $200 co-pay per visit |
| Ambulance[3] | $0 | $0 | $0 |
| Urgent Care Center | $50 co-pay per visit | $100 co-pay per visit | $100 co-pay per visit |

41

Liberty/Crespo 0743

1G053170001

| OchsnerPlus Medical Plan Highlights | | | |
|---|---|---|---|
| | Amount You Pay For Covered Services | | |
| | OchsnerPlus Network | Out-of-Network | Out-of-Area |
| **REHABILITATIVE THERAPY SERVICES** | | | |
| Cardiac or pulmonary rehabilitative services (maximum 36 sessions each) | $30 co-pay | 50% after deductible | 20% after deductible |
| Physical therapy and occupational therapy (maximum 30 combined visits per calendar year) | $30 co-pay | 50% after deductible | 20% after deductible |
| Speech therapy (30 visits per year) | $30 co-pay | 50% after deductible | 20% after deductible |
| Chiropractic care (30 visits per year) | $30 co-pay | Not covered | Not covered |
| **MENTAL HEALTH SERVICES** | | | |
| Inpatient[2] | $150 co-pay per day, up to $450 per admission | 50% after deductible | 20% after deductible |
| Outpatient | $30 co-pay | 50% after deductible | 20% after deductible |
| **SUBSTANCE ABUSE SERVICES** | | | |
| Inpatient[2] | $150 co-pay per day, up to $450 per admission | 50% after deductible | 20% after deductible |
| Outpatient | $30 co-pay | 50% after deductible | 20% after deductible |
| **AUTISM SPECTRUM DISORDERS** | | | |
| Inpatient[7] | $150 co-pay per day, up to $450 per admission | 50% after deductible | 20% after deductible |
| Outpatient | $30 co-pay | 50% after deductible | 20% after deductible |

42

Liberty/Crespo 0744

1G053170001

## OchsnerPlus Medical Plan Highlights

| | Amount You Pay For Covered Services | | |
|---|---|---|---|
| | **OchsnerPlus Network** | **Out-of-Network** | **Out-of-Area** |
| **OTHER SERVICES** | | | |
| Home health care[2](limited to 60 visits/days per year) | $0 | 50% after deductible | 20% after deductible |
| Home hemodialysis services | $0 | 50% after deductible | 20% after deductible |
| Hospice care[2] (limited to 180 days) | $0 | 50% after deductible | 20% after deductible |
| Durable medical equipment and prosthetic appliances[2] | $100 annual deductible plus 20% of remaining cost | 50% after deductible | 20% after deductible |
| Disposable medical equipment, only for ostomy supplies[2] | 20% | 50% after deductible | 20% after deductible |
| Infertility services[2] (see section called *"Infertility"* for limitations) | 50% | 50% no deductible | 50% no deductible |
| TMJ and orthognathic surgical treatment[2] | 30% | Not covered | Not covered |
| TMJ non-surgical treatment[2] ($1,000 lifetime maximum benefit) | 20% | 50% after deductible | 20% after deductible |
| Oral surgery[2] | 30% of the cost of covered procedures shown under *"Oral Surgery"* | | |
| Organ transplants[2] (see section called *"Organ Transplants"* for additional information on covered services) | 30% coinsurance for immunosuppressive/anti-rejection medications. Other applicable deductibles and co-payments apply. Covered only if performed in an Ochsner facility or a facility authorized by the Utilization Management Program and the Ochsner Clinic Foundation Health and Welfare Plan Committee. If authorized by the Ochsner Clinic Foundation Health and Welfare Plan Committee and the Utilization Management Program and performed at an Ochsner facility, the plan will pay as any other in-patient procedure. | | |
| Bariatric procedures[4] (e.g., gastric bypass and lap-band; employee coverage only) | $5,000 co-pay per procedure NOTE: $25,000 lifetime maximum benefit | Not Covered | Not Covered |
| Cochlear implants[2] | 50%; $20,000 lifetime maximum benefit (Device only) | | |

Liberty/Crespo 0745

1G053170001

## OchsnerPlus Medical Plan Highlights

| | Amount You Pay For Covered Services | | |
|---|---|---|---|
| | OchsnerPlus Network | Out-of-Network | Out-of-Area |
| **PRESCRIPTION DRUGS**<br>Coverage is only available through Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club and CVS retail pharmacies, and the the RightSourceRx mail - order pharmacy | | | |
| Annual Deductible<br><br>Individual<br>Family | The Prescription Drug deductible is separate from, and in addition to, the annual medical plan deductible.<br>$150<br>$450 | | |
| Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club, and CVS retail pharmacies[5] | Your co-pay per prescription or refill for a 30-day supply<br>Generic:              $15<br>Preferred:         $30<br>Non-Preferred:  $50 | Your co-pay per prescription or refill for a 90-day supply<br>Generic:              $45<br>Preferred:         $90<br>Non-Preferred:  $150 | |
| RightSourceRx mail-order Service[5] | Your co-pay per prescription or refill for a 90-day supply<br>Generic:              $45<br>Preferred:         $90<br>Non-Preferred:  $150 | | |
| Specialty Medications[5,6] | Specialty medications and certain injectable drugs are subject to the Non-Preferred Brand co-pay tier and are limited to a 30-day fill. These medications are covered only if obtained through Ochsner Pharmacy and Wellness. | | |

## OchsnerPlus Medical Plan Highlights

[1]If there is no charge for an office visit, no co-pay is required for these services. Wellness services are payble at 100% if provided by an OchsnerPlus network provider or Humana PPO provider.

[2]Requires authorization through the Utilization Management Program. Only authorized providers are covered for these benefits unless the service is unavailable at an Ochsner facility and authorized by the Ochsner Clinic Foundation Health and Welfare Plan Committee.

[3]OchsnerPlus Network benefits apply if emergency is life threatening.

[4]Requires authorization through the Utilization Management Program. Benefits are available only to employees who have been continuously employed by Ochsner for one year immediately preceding the surgery. 50% of the co-pay is reimbursed following proof of completion of a post-surgical regimen prescribed by the treating physician. Coverage is not available for dependents.

[5]Certain medications may require prior authorization from Humana Pharmacy Solutions. No benefits are payable if prior authorization is required but not obtained.

[6]Specialty medications and injectable drugs include self-administered injectable drugs.

[7]Limited to $36,000 per calendar year.

44

Liberty/Crespo 0746

1G053170001

## *How OchsnerPlus Medical Works*

The benefits you receive (Network, Out-of-Network or Out-of-Area) from the OchsnerPlus medical plan vary depending on where you live and your choice of providers. Review this section to learn more.

### OchsnerPlus Network Benefits

Network benefits are payable for covered services received from OchsnerPlus Regional Network providers, regardless of whether you live within or outside of the Ochsner Service Area. Network benefits are also payable for wellness care receive from a Humana PPO provider. However, regardless of the provider used, OchsnerPlus Network benefits are payable in the event of an emergency, and for diagnostic radiology, pathology or anesthesiology (including professional interpretation charges) services received as the result of an outpatient surgery or other diagnostic service performed in an OchsnerPlus Regional Network facility or while confined in an OchsnerPlus Regional Network hospital.

In the event a covered service is not available within the OchsnerPlus Regional Network, benefits may be paid at the Network benefit level if approved in advance by the Utilization Management Program and the Ochsner Clinic Foundation Health and Welfare Plan Committee. Refer to the *"Authorization for Services Not Available Within the OchsnerPlus Regional Network and Network Benefits"* section for details.

### Out-of-Network Benefits

If you live within the Ochsner service area but receive care from a provider who is not participating in the OchsnerPlus Regional Network, covered expenses will be reimbursed at the Out-of-Network benefit level. This means that you will pay more out-of-pocket for your covered expenses than you would pay if you received the care from an OchsnerPlus Regional Network provider.

### Out-of-Area Benefits

In the event that you or your dependent lives outside of the Ochsner Service Area and you receive care from any provider who is not participating in the OchsnerPlus Regional Network, benefits for those eligible expenses will be paid at the Out-of-Area benefit level. However, covered expenses for care received from OchsnerPlus Regional Network providers will be paid at the Network benefit level.

If you live in the Ochsner Service Area but go outside the area specifically to receive medical care, covered expenses will be reimbursed at the Out-of-Network benefit level as described above.

45

Liberty/Crespo 0747

## OchsnerPlus Regional Network Providers

You are not required to elect a primary care physician. However, the OchsnerPlus medical plan has been specifically designed to encourage the use of Ochsner providers and facilities when you or your family members need medical care. The OchsnerPlus Regional Network is customized for our employees and includes all Ochsner-owned facilities and providers as well as certain other providers selected by Ochsner to be in the network.

The OchsnerPlus Regional Network does not include all of the providers in the Humana PPO network. So, if you use a Humana network provider that is not in the OchsnerPlus Regional Network, your covered expenses (other than wellness care) will be reimbursed at the Out-of-Network benefit level.

To find a provider in the OchsnerPlus Regional Network you may obtain a list from the Humana website at **www.humana.com**.

When you access **www.humana.com**, follow these steps to locate an OchsnerPlus Regional Network provider:

- *Under "Find a Healthcare Provider" click "Start Your Search" on the right hand side*
- *Click on "Physician Specialist". You may then search by "Member ID Number" or "Coverage and Network."*

To search by Member ID Number:

- *Under "Member ID" type in your Member ID located on the left side of your Humana ID card (be sure to include the zeros before the number) and then select "Go."*
- *Under "Confirm Network", select "OchsnerPlus Emp Med Plan" and click "Go."*

To search by Coverage and Network:

- *Under "Coverage Type ", select "Insurance through your employer", enter your ZIP code and click "Go."*
- *Under "Network", select "OchsnerPlus Emp Med Plan" and click "Go".*

Now you can search for physicians by name, specialty, condition or all.

It is your responsibility to make sure that the provider or facility you select for care is in the OchsnerPlus Regional Network. You should verify the provider's status each time you seek care to ensure that the provider/facility is in the network on your service date. **You should NOT call a provider directly to confirm participation in the OchsnerPlus Regional Network. Generally the provider will only confirm participation in the Humana network, which does not mean that they are also participating in the OchsnerPlus Regional Network.**

1G053170001

It is also important to remember than when your physician refers you for further treatment to another physician or facility, that provider must also be an OchsnerPlus Regional Network provider in order to receive Network benefits. Otherwise, any services that you receive outside of the network will be subject to the Out-of-Network level of benefits even if your OchsnerPlus Regional Network provider referred you to that provider. There is one exception to this rule: If the services referred are not available from any OchsnerPlus Regional Network Provider, and you receive prior authorization from the Utilization Management Program and the Ochsner Clinic Foundation Health and Welfare Plan Committee, the Network level of benefits will be payable for those services. See the *"Authorizotion for Services Not Avoiloble Within the OchsnerPlus Regionol Network ond Network Benefits"* section.

### Out-of-Network Providers

You may choose to use a health care provider who is not a member of the OchsnerPlus Regional Network, but you should know that this will increase your out-of-pocket costs. The plan does not pay as large a share of the charges for an Out-of-Network provider. Generally, after you satisfy the deductible, the plan will pay 50 percent of the reasonable and customary charges for covered services performed by an Out-of-Network provider. Remember that just because a provider is participating in the Humana network does not mean that he or she is also participating in the OchsnerPlus Regional Network. If you receive care (other than wellness care) from a Humana network provider that is not an OchsnerPlus Regional Network provider, the plan will pay Out-of-Network benefits for those eligible expenses.

## *AMOUNT PAID BY OCHSNERPLUS*

The amount of benefits you receive from the plan depends on where you receive treatment and who provides it. Charges for covered expenses will be paid as shown in the *OchsnerPlus Medicol Plon Highlights* chart.

### The Annual Deductible

The deductible is the amount of covered medical expenses you must pay each year before the plan begins paying most Out-of-Network or Out-of-Area benefits. There is no deductible for Network services, emergency services, wellness services, infertility services, oral surgery or organ transplant services.

**Note:** The medical Annual Deductible as discussed in the following sections is separate from, and in addition to, the Prescription Drug Annual Deductible explained in the "Prescription Drugs" section.

Liberty/Crespo 0749

1G053170001

### Individual Deductible

The following individual deductibles apply:

- *OchsnerPlus Network: $0*
- *Out-of-Network: $2,500*
- *Out-of-Area: $250*

However, all amounts applied toward the annual deductible cross apply. For example, if your dependent lives and receives care outside the service area and satisfies the $250 individual out-of-area deductible, only $2,250 in out-of-network charges must be incurred to satisfy the $2,500 individual out-of-network deductible should your dependent move into or receive services in the Ochsner Service Area.

The deductible applies to the covered expenses incurred by each person during one calendar year, except as described in the following sections.

### Family Deductible

No more than three times the individual deductible amount needs to be satisfied in any one calendar year for all your family members combined.

### Carry-over Deductible

Any amount applied toward the medical deductible for charges incurred on or after October 1 of a calendar year will count toward the deductible of the following calendar year as well.

### Co-pays or Co-payments

A co-pay or co-payment is a flat dollar amount that you pay when you receive certain Network services and for eligible emergency care. The amount of your office visit co-pay will depend on the type of provider rendering the service.  Your co-pay for professional services provided by a family practitioner, pediatrician, internist, general practitioner, nurse practitioner, mental health and/or substance abuse provider, obstetrician/gynecologist (other than for maternity services), physical, speech or occupational therapist, cardiac or pulmonary therapist, chiropractor, or registered nurse specialist is $30 per visit.

Keep in mind there is no co-pay required for wellness visits.  For any other provider, the professional services co-pay (other than for maternity services and urgent care) is $40.

There are different co-pay amounts for the following services:

- *maternity care ($150 per pregnancy co-pay may be reimbursed if enrolled in Healthy Beginnings)*
- *inpatient and extended care/skilled nursing facility services ($150 inpatient co-pay per day to a maximum of $450 per admission)*
- *outpatient surgery facility ($200 co-pay)*

48

1G053170001

- *advanced diagnostic imaging (MRA, MRI, PET, CAT and SPECT Scans ($100 co-pay)*

- *emergency room services ($200 co-pay per visit Network and Out-of-Area and $300 co-pay per visit for Out-of-Network) Note:  the $300 co-pay for out-of-Network emergency room services will be reduced to $200 if the visit is a life threatening emergency.*

- *urgent care ($50 co-pay per visit; $100 co-pay per visit Out-of-Network and Out-of-Area)*

- *bariatric procedures ($5,000)*

Prescription drug co-pays are discussed in a later section.

The annual deductible does not apply to services that require a co-pay and co-pay amounts do not count toward the annual deductible. For eligible expenses subject to a co-pay, the plan will generally pay 100 percent after the applicable co-pay, regardless of whether the annual deductible is met.

### Co-insurance

Co-insurance generally applies only to those expenses that are subject to the annual deductible. (See the *"OchsnerPlus Medical Plan Highlights"* chart for exceptions.) The co-insurance amount is the percentage you owe after the plan pays a percentage of your covered expenses. For example, if the plan pays 80 percent of a given expense, the co-insurance amount you pay is 20 percent.

### Out-of-Pocket Maximum

The out-of-pocket maximum provides additional protection for you by putting a "cap" on what you pay each year for covered services. The annual out-of-pocket maximum is $2,600 per individual for Network and Out-of-Area expenses. There is no out-of-pocket maximum for Out-of-Network expenses. Once your co-pays and co-insurance amounts reach this amount, the plan will pay 100 percent of most other covered charges for the remainder of the year.

The following expenses do not count toward reaching your out-of-pocket maximum and will not be paid at 100 percent:

- *The Out-of-Network annual deductible*

- *Bariatric surgery co-pay*

- *Charges in excess of plan maximums*

- *Penalties you must pay for not complying with the Utilization Management Program*

- *Expenses you incur for services that are not covered by the plan*

- *Charges for infertility treatment*

49

Liberty/Crespo 0751

1G053170001

## Lifetime Maximum Benefits

There are several maximums that apply to specific types of care:

- *For non-surgical treatment of temporomandibular joint syndrome (TMJ), the lifetime maximum benefit per person is $1,000.*

- *The lifetime maximum benefit for cochlear implants (a device for improving hearing) is $20,000 per person.*

- *The lifetime maximum benefit for all services related to bariatric procedures (e.g., gastric by-pass and lap-band) is $25,000 per employee.*

## Usual, Reasonable and Customary

For Out-of-Network and Out-of-Area services, the plan will pay benefits only for charges that are determined to be medically necessary and "usual, reasonable and customary." Generally speaking, a charge by your physician or by any other provider of services or supplies is considered usual, reasonable and customary if it does not exceed the prevailing charge for the service or supply made by others of similar professional standing in the same geographic area. If the claims administrator determines a charge to be above the usual, reasonable and customary amount, you will be responsible for paying this amount to your provider.

## Special Situations

Certain covered services under the plan have special rules or limits as described below.

## Emergency Services

It is important for you to become familiar with the OchsnerPlus emergency policy before a medical emergency arises in your family.

A medical emergency is the sudden, acute and unexpected onset of a medical condition, which, if not treated immediately, could cause death or serious damage to a bodily function. Examples of a medical emergency include unusual or excessive bleeding, broken bones, acute abdominal or chest pains, burns, poisonings, loss of consciousness, convulsions and choking.

If you or a covered family member resides within the Ochsner Service Area and experiences a medical emergency, rush to the nearest emergency facility for care, regardless of whether you are inside or outside the Ochsner Service Area at that time. Notify the Utilization Management organization within 48 hours of admission, or if that is not possible, the next business day, so that your follow-up care can be coordinated. If you are admitted to the hospital directly through the emergency room, your emergency room co-pay will be waived.

Covered expenses (including durable medical equipment used while at the facility) for emergency care received in these circumstances will be paid at the Network rate. The Utilization Management organization may review your emergency visit to determine if care was received for a medical emergency.

50

Liberty/Crespo 0752

1G053170001

If you live outside the OchsnerPlus Medical service area, your emergency room expenses will be paid at the Out-of-Area benefit level unless you receive your care from an OchsnerPlus Regional Network provider.

### Wellness Care

The following preventive and wellness services are covered under OchsnerPlus:

- *Routine physical exams, including related X-ray and laboratory tests.*

- *Well woman care (including one annual routine gynecological exam and pap smear and routine mammograms according to generally accepted medical practices).*

- *Well child care (including periodic exams and related X-ray and laboratory tests).*

- *Routine immunizations for adults and children.*

- *Routine PSA testing.*

- *Routine colonoscopies, proctosigmoidoscopies and sigmoidoscopies.*

- *Annual routine hearing screenings for covered children up to age 18 to determine the need for hearing correction.*

- *Routine vision refraction (one per calendar year).*

- *One diabetic education and nutritional counseling session per calendar year including instructions and training on insulin injection and diet and other dietary counseling services. Additional sessions are covered as determined medically necessary if they are in connection with diabetes, hypertension (high blood pressure) or hyperlipidemia (elevated levels of fat, including cholesterol, in the blood).*

- *Covered smoking cessation therapy.*

All covered preventive or wellness services are payable at the OchsnerPlus Network level when obtained from OchsnerPlus Regional Network or Humana PPO facilities and physicians.

Some wellness services are also covered when performed by Out-of-Network and Out-of-Area physicians, if provided according to generally accepted medical practice.

All covered wellness services and their benefit maximums are listed in the *OchsnerPlus Medical Plan Highlights* chart.

In addition to the wellness benefits of OchsnerPlus, all employees are encouraged to participate in the employee wellness program called Pathway to Wellness. Participation in this program allows individuals the opportunity to reduce contributions toward the cost of medical coverage. Complete details of the program are available on Virgin Pulse's website and in the *"Pathway to Wellness"* section of this SPD.

### Smoking Cessation

The plan will provide benefits for covered smoking cessation program and medications in the same manner as any other medical condition for covered employees, spouses and dependents.

If you receive smoking cessation treatment from an OchsnerPlus Regional Network provider, your office visit will be considered preventive care and you will not have to pay your Primary

Liberty/Crespo 0753

1G053170001

Care Provider co-pay for in-person treatment. Please refer to the medical chart for Out-of-Area and Out-of-Network coverage. In addition, your prescription drug plan deductible (Humana Pharmacy Solutions) is waived for prescription medications prescribed by your provider for treatment of smoking cessation drugs. Please refer to the *"Prescription Drug Benefits"* section of this SPD.

## Maternity Care

The plan will provide benefits for maternity in the same manner as any other medical condition for covered employees and dependent spouses.

If you receive your maternity care from an OchsnerPlus Regional Network provider, you will pay only a $150 one-time co-pay for all physicians' services related to pre-natal care and delivery that are provided by a network physician. This includes up to two ultrasounds during a normal pregnancy. Additional ultrasounds are covered only if medically necessary due to a high risk pregnancy. Benefits for covered expenses incurred from Out-of-Network and Out-of-Area providers are shown in the *OchsnerPlus Medical Plan Highlights* chart.

Bassinet or nursery and routine newborn laboratory testing charges made by the hospital and physician's charges for newborn circumcision and hospital visits for any day on which both mother and child are confined in the hospital will not be subject to a separate deductible or co-pay. However, these benefits will be coordinated with any other group health plan that would otherwise be the primary payer for the child's expenses. If the baby remains confined after the mother is released, the baby's expenses will be subject to the deductible and/or co-pay.

Group health plans generally may not, under Federal Law, restrict benefits otherwise payable for any hospital length of stay in connection with childbirth (for the mother or newborn child) to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean section, or require that a provider obtain authorization from the plan for prescribing a length of stay equal to or less than these periods. (You and your physician may mutually agree to a shorter length of stay.)

No benefits are payable for the pregnancy of your dependent child except and to the extent that medical complications have arisen from the pregnancy. For purposes of this provision, medical complications do not include delivery by cesarean section or elective abortion but will include a premature rupture of membranes.

No coverage is provided for elective abortions unless the attending physician certifies that the mother's life would be endangered if the fetus were carried to term.

### Humana Beginnings

The $150 OchsnerPlus Network co-pay for maternity services will be reimbursed if the covered individual enrolls in the *HumanaBeginnings* program within the first sixteen (16) weeks of pregnancy and experiences a successful delivery and completion of the program. This program

52

Liberty/Crespo 0754

1G053170001

focuses on increasing the health of the mother and unborn child through education in healthy habits and exercise as well as neonatal health care.  To take advantage of this program, contact Humana at 888-847-9960.

### Infertility

The plan will pay 50 percent, up to a lifetime maximum benefit of $5,000,  of the cost of diagnostic tests, physician and hospital services, injections and prescription drugs for the diagnosis and treatment of infertility only when these services are provided by Humana PPO Network facilities and physicians, and approved by the Utilization Management Program. No benefits are paid if such care is provided by a physician or facility that is not part of the Humana PPONetwork.

The following limits apply to these benefits:

○ *You must be continuously covered by the medical plan for ot least one yeor immediotely preceding the services.*

○ *Artificiol inseminotion is covered under this benefit, but other forms of ortificiol reproductive technology ore not. No coveroge will be provided for expenses incurred in connection with in vitro fertilizotion, gomete introfollopion tube transfer (GIFT), zygote introfollopion tube tronsfer (ZIFT), reversol of voluntory sterilizotion, embryo transplontotion or ony other form of ortificiol reproductive technology.*

○ *Benefits ore not ovoiloble for treotments losting longer thon two yeors. However, if pregnoncy is ochieved ofter infertility treotment, but is terminoted through spontoneous (not elective) obortion or premoture birth, benefits will be extended for up to 12 months following the loss.*

○ *Benefits ore not ovoiloble for o dependent child.*

## Mental Health and Substance Abuse

Benefits for treatment of mental and nervous conditions will be paid depending on where you receive care as shown in the *OchsnerPlus Medical Plan Highlights* chart. Inpatient care must be approved through the Utilization Management Program.  You may also be referred to the Employee Assistance Program (EAP) for treatment.  Under the EAP plan, you can receive up to five visits with a licensed mental health provider at no cost to you.  The EAP program is discussed in greater detail later in this SPD.

### Autism Spectrum Disorders

Any of the pervasive developmental disorders as defined by the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM), including:

○ *Autism;*

○ *Asperger's Disorder*

○ *Pervosive Developmentol Disorders (not otherwise specified)*

Liberty/Crespo 0755

1G053170001

The following treatments are covered for Autism Spectrum Disorder (ASD), when prescribed, provided or ordered by a Louisiana licensed physician or psychologist:

- *Medically necessary assessments, evaluations, or tests to diagnose ASD*
- *Applied Behavior Analysis: May be provided by a behavioral analyst who is board certified by the Behavior Analyst Certification Board (BACB), or a non-BACB certified provider who has documented evidence of equivalent credentials)*
- *Pharmacy care*
- *Psychiatric are*
- *Psychological care*
- *Therapeutic care (Includes services provided by licensed/certified speech therapists, occupational therapists, or physical therapists)*
- *Habilitative or rehabilitative care (Includes professional counseling and guidance services and treatment programs necessary to develop, maintain, and restore the individual's ability to function)*

Coverage for Autism Spectrum Disorders is for individuals under the age of 21 years. The maximum benefit is $36,000 per calendar year.

### Oral Surgery

Regardless of the provider chosen, the plan will pay 70 percent of covered physician's charges with no deductible for oral surgery (including all related services) that is recommended by a physician.

The plan does not pay benefits for surgery related to the fitting or wearing of dentures.

### Temporomandibular Joint Syndrome (TMJ) and Orthognathic Surgery

The following benefits are provided for surgical and non-surgical treatment of temporomandibular joint syndrome (TMJ) and orthognathic surgery. Orthognathic surgery means surgical reconstruction of the jaw for correction of congenital deformities, such as a protruding mandible.

- *Surgical Treatment - Orthognathic or TMJ surgery (including related diagnostic radiology procedures) is covered only if approved by the Utilization Management Program and performed by OchsnerPlus Regional Network physicians and facilities. No benefits are available for services received Out-of-Network or Out-of-Area. You pay 30 percent of these covered expenses.*
- *TMJ - surgery is covered only if, after a trial of medical treatment, the necessity for surgery is indicated and documentation is provided that surgery is the only alternative for correction of the medical condition. The plan may require a second opinion regarding the appropriateness of the proposed medical care. TMJ surgery will be covered only if one or more of the following medical conditions are substantiated through medical testing:*
  - *Torn or damaged meniscus*
  - *Condylar degenerative disease*
  - *Tumors of the joint*

The plan does not pay benefits for surgery related to the fitting or wearing of dentures.

54

1G053170001

**Non-surgical Treatment**

Non-surgical TMJ treatment, including examinations, splint treatment, appliances, mouth guards and physical therapy, is covered regardless of the provider selected to perform the services when approved in advance by the Utilization Management Program. Benefits are based on the provider selected as shown in the *OchsnerPlus Medical Plan Highlights* chart. The plan will pay up to $1,000 during each covered person's lifetime for this non-surgical treatment.

Biofeedback and orthodontic treatment are not covered.

**Organ Transplants**

Organ and tissue transplant coverage is provided only through OchsnerPlus Regional Network facilities or a transplant center approved by the Utilization Management Program and the Ochsner Clinic Foundation Health and Welfare Plan Committee. In addition, the patient's physician and the Utilization Management Program must approve the transplant and the patient for the transplant. If there are any concerns, the Ochsner Clinic Foundation Health and Welfare Plan Committee will provide the final decision.

Covered expenses are payable at the Network benefit level for the following transplants:

- *Heart*
- *Lung*
- *Heart/Lung*
- *Liver*
- *Pancreas*
- *Kidney*
- *Cornea*
- *Bone marrow*

Only non-experimental human organ and tissue transplants will be eligible for coverage. In no event will coverage be provided for artificial or cross-species organ transplants. Procedures in question for their experimental or investigational nature will be reviewed by appropriate members of the medical profession for recommendation. Final decisions regarding coverage from the plan will be at Ochsner's sole discretion.

The plan will also provide coverage for medical services and supplies incurred by an organ donor when the recipient is a covered individual under this plan.

You will be required to pay 30 percent of the cost of related immunosuppressive/anti-rejection medications. Alternative services could be available. Please contact the Transplant Team for more information.

Liberty/Crespo 0757

1G053170001

## Bariatric Procedures

The plan will provide benefits for bariatric procedures, e.g., gastric bypass, lap-band, etc., when received from OchsnerPlus Regional Network physicians and facilities and approved in advance by the Utilization Management Program. No benefits are available for services performed Out-of-Network or Out-of-Area.

Benefits are only available to employees (including employees who are covered under the Ochsner medical plan as the spouse of another covered Ochsner employee) who have been continuously employed by Ochsner for at least one year immediately preceding the services to be provided.  Medical certification must be met that determines the employee is at least 100 pounds over the ideal body weight, or at least 30% over ideal body weight with underlying medical conditions.

Your co-pay for bariatric procedures is $5,000 per procedure. Thereafter, the plan will provide 100 percent of the remaining cost up to a maximum of $25,000 during your lifetime. You may receive a refund of 50 percent of your co-pay ($2,500), if you complete the post-procedure regimen prescribed by your physician. To receive the refund, your physician must provide documentation of program completion and this should be submitted to the patient account department.  Your co-pay for bariatric procedures does not apply to the plan's out-of-pocket maximum.

## Cochlear Implants

The plan will provide benefits for cochlear implants provided the covered individual meets the following conditions:

- A diagnosis of total sensorineural deafness that cannot be mitigated by the use of a hearing aid for those patients whose auditory nerves are stimulable.
- A cognitive ability to use auditory clues and a willingness to undergo an extended program of rehabilitation.
- Post-lingual deafness.
- Freedom from middle ear infection, an accessible cochlear lumen that is structurally suited to implantation, and freedom from lesions in the auditory nerve and acoustic areas of the central nervous system.
- No contraindications for surgery.

If the covered individual meets the above criteria, covered expenses will include implant evaluation, surgery, cochlear implant, postoperative fitting, training and testing.

The plan will pay 50 percent of the eligible charges for the device to a lifetime maximum benefit of $20,000, regardless of the provider selected. Note that the 50 percent coinsurance that you must pay for the device does not apply toward the plan's out-of-pocket maximum.  All other expenses incurred for evaluation, surgery, fitting, etc. are payable as any other plan expense.

56

Liberty/Crespo 0758

1G053170001

## *Utilization Management Program*

Utilization Management (UM) is a program that evaluates the medical necessity, in advance, of all hospital confinements and certain outpatient and other services.

Under this program, the UM organization works to ensure that needed services are delivered, while also paying a great deal of attention to whether the services and supplies are medically necessary or otherwise meet the requirements for coverage by the plan. Services that are authorized by the UM organization will be covered subject to all the other terms and conditions of the plan. Services that are not authorized by the UM organization will not be covered and you will be financially responsible if you choose to receive those services.

If you use an OchsnerPlus Regional Network provider, the provider will obtain the prior authorization. However, if you use an Out-of-Network provider, it is your responsibility to make sure that the prior authorization is obtained. If you use an Out-of-Network provider and do not make certain that a prior authorization is obtained, the services will not be covered and you will be responsible for paying the charges.

The UM organization cannot determine the care that you receive and cannot require that you follow any particular treatment plan. You and your physician always have the final decision on your plan of treatment.

The UM organization's staff cannot and does not verify benefits or eligibility. The UM organization's staff cannot and does not ensure that all plan requirements are met or will be met on the date services are rendered. The UM program's purpose is strictly to verify medical necessity and the appropriateness of care.

The following services/procedures require prior authorization under the Plan:

- *Inpatient hospital confinements*
- *Plastic surgery or gastric bypass surgery if performed on an outpatient basis by an Out-of-Network provider*
- *Breast reduction surgery or nasal surgery*
- *Infertility treatment*
- *Durable medical equipment, if the cost is more than $750 , and prosthetics*
- *Disposable osteotomy medical supplies*
- *Oral and orthognathic surgery and temporomandibular joint (TMJ) treatment*
- *Home health care*
- *Hospice care*
- *Extended care/skilled nursing facility services when the confinement does not begin within 30 days after the discharge from a hospital confinement of at least three days*

Liberty/Crespo 0759

1G053170001

## Preadmission/Procedure Certification

To receive the maximum benefits under this plan, at least five days prior to a scheduled service listed above, you, a family member or your physician must telephone the UM organization at the number listed on your ID card. A review of the objective findings and diagnosis of the patient's condition will determine whether the service is medically necessary under the terms of the plan and, if appropriate, the necessary length of the hospital stay.

Although you still must notify the UM organization regarding a hospital stay in connection with childbirth, by law, the plan cannot restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean delivery, or require that a provider obtain authorization from the plan for prescribing a length of stay shorter than these periods. If you must remain in the hospital for more than two days for a vaginal delivery or four days for a cesarean delivery, you must contact the UM organization. Note that the law does not prevent the attending physician from discharging the mother or newborn earlier than 48 or 96 hours after consultation with the mother.

**Important: If these precertification procedures are not followed, eligible charges will be reduced by $500 before the benefits of this plan are applied. If the hospital confinement or other service or supply is not certified by the UM organization, no benefits are payable for those services.**

## Emergency Hospital Admission

If you or a covered member of your family is admitted to a hospital for an emergency, your physician or a family member must telephone the UM organization within 48 hours. If this is not possible, a call must be made no later than the first business day following the admission. **If the call is not made as required, the eligible hospital charges will be reduced by $500 before the benefits of this plan are applied. If the admission is not certified, no benefits are payable.**

## Continued Hospital Stay Review/Discharge Planning

Once you are admitted to the hospital with preadmission certification, the UM organization will work with you and your physician to determine if it is medically necessary for you to remain in the hospital until the agreed-upon discharge date, as well as to discuss any services or facilities which you may need after your discharge.

When your stay is pre-certified, the UM organization will pre-approve a certain number of days as a usual and customary length of stay for your medical condition. If your attending physician feels that a longer stay is medically necessary, your physician must call to certify these additional days in order for you to receive the full benefits of the plan. If an extended stay is not approved, no benefits are payable for any services beyond those certified by the UM organization.

58

Liberty/Crespo 0760

1G053170001

### Retrospective Utilization Review

When Preadmission Certification or Continued Stay Review/Discharge Planning has not been secured, the UM organization may elect to use Retrospective Utilization Review. Retrospective Utilization Review is the process in which the UM organization evaluates inpatient, acute care hospitalizations which were not reviewed during the confinement. Using the established medical criteria for Hospital Preadmission certification and Continued Stay Review/Discharge Planning, the UM organization will determine retrospectively the medical necessity and appropriateness of inpatient hospitalization and treatment plan. Note that no benefits will be payable for any service that is not certified and any late notification penalties will apply.

### Case Management

The UM organization will also assist in the cost management of extended hospital confinements, expected high-cost claims, terminal or progressive illnesses and other medical treatment situations where prolonged care may be necessary. With the approval of the Plan Administrator, the UM organization may explore with the patient and his or her attending physician the use of cost-effective and medically appropriate alternatives to high-cost care covered by this plan. The plan will consider care outside its normal benefit limitations if the use of an alternative treatment plan results in savings for the plan and is endorsed by the covered individual. The objective of this service is to direct the patient toward the most appropriate care in a cost-effective environment.

### Authorization for Services not Available within the OchsnerPlus Regional Network and Network Benefits

If you need services that are not available within the OchsnerPlus Regional Network or Humana Networks, you may receive Network benefits for those services provided you receive approval from both the Utilization Management Program and the Ochsner Clinic Foundation Health and Welfare Plan Committee before the services are rendered.

Once the exact services are known, you should contact the UM Program and provide all of the necessary information. If approved, the UM Program will forward its approval along with the complete information to the Ochsner Clinic Foundation Health and Welfare Plan Committee for final approval. In any event, the UM Program will notify you of the determination.

If the services are not approved by the UM Program and the Ochsner Clinic Foundation Health and Welfare Plan Committee, benefits for covered services will be paid at the Out-of-Network level.

## Covered Expenses

In addition to the covered services described in the "*Special Situations*" section, covered expenses include the negotiated network rate or usual and customary charges for the following services and supplies that are medically necessary, are recommended by the attending physician and, if required, are authorized under the Utilization Management Program. The

59

1G053170001

expense must be incurred while you or your dependent is covered under the plan. A charge will be deemed to have been incurred on the date the service is performed or the supply is provided.

## Professional Services

○ *Medical and wellness care performed by a physician.*

○ *Surgery performed by a physician (elective sterilization surgery is covered, however, reversal is not).*

○ *Services of a physician's assistant or nurse clinician acting under a physician's direction.*

○ *Services of an assistant surgeon when he or she normally bills for services.*

○ *Administration of anesthesia by a physician or certified registered nurse anesthetist (CRNA).*

○ *Administration and injection of drugs for treatment of illness (including allergies) or injury.*

○ *Services of a dentist licensed under the laws of the state where services are performed, for:*

   ▪ *Dental care and treatments, dental surgery, or dental appliances, if the treatment is started within 90 days after accidental injury to sound natural teeth. Covered charges also include the replacement of these teeth and the treatment of the fracture of facial bones within two years of the accident.*

   ▪ *Dental services to correct a congenital defect in a child.*

   ▪ *Services of a physician for a second surgical opinion.*

○ *Diagnostic laboratory and X-ray examinations, including professional interpretation fees.*

## Facility Services

### Inpatient Hospital

○ *Daily inpatient hospital charges made by a hospital for room and board and general nursing services up to the average semiprivate room rate. However, the full cost of room and board will be covered if you are confined in an intensive care unit, cardiac unit or burn unit. Private room care is covered only when medically necessary. All care must be approved in advance through the Utilization Management Program.*

○ *The following special inpatient charges made by a hospital for the following types of services and/or supplies used during a covered hospitalization:*

   ▪ *Nursing services when not included in the daily room and board charge provided the care is authorized by the Utilization Management Program.*

   ▪ *Use of operating room, delivery room, treatment room and recovery room.*

   ▪ *Laboratory and X-ray examinations, basal metabolism tests, electrocardiograms, electroencephalograms, heart laboratory, cardiovascular laboratory and vascular laboratory.*

   ▪ *Administration of anesthesia and supplies, oxygen and its administration, intravenous injections and solution, transfusion fees and equipment.*

   ▪ *Electroshock therapy and induced positive pressure breathing.*

   ▪ *Chemotherapy and radioisotope examinations and therapy, including use of material, such as nitrogen mustard, radioactive gold or radioactive iodine, radium and radium implant.*

   ▪ *Hemodialysis and peritoneal dialysis for treatment of kidney disease (including only expenses related to laboratory tests and consumable and expendable supplies, such as dialysis membrane, dialysis solution, tubing and drugs required during dialysis).*

60

Liberty/Crespo 0762

1G053170001

- *Medicol ond surgicol supplies, surgicol dressings, ploster costs ond ordinory splints.*
- *Administrotion of blood ond plosmo.*
- *Drugs, medicotions ond biologicols.*
- *Physicol, occupotionol ond speech theropy services for up to 60 doys per colendor yeor provided the services ore necessory to significontly restore lost function(s), provide necessory troining in the use of prosthetic or orthotic devices, or provide the copocity for self-core to include feeding, toilet octivities or ombulotion.*
- *Medicol equipment ond supplies used while confined.*

### Outpatient Hospital/Outpatient Surgical Facility

Charges from a hospital or ambulatory surgical center for outpatient care, services and supplies, provided the charges would have been covered as hospital inpatient expenses.

### Extended Care/Skilled Nursing Facility

Charges incurred at an extended care facility (skilled nursing facility) for daily room and board and general nursing services for up to 90 days per calendar year. The confinement must:

○ *Begin within 30 doys ofter the potient is dischorged from o hospitol confinement of three or more consecutive doys, or is opproved through the plon's Utilizotion Monogement Progrom.*

○ *Be necessory for core or treotment of the injury or illness thot wos the couse of the preceding hospitol confinement.*

In any event, the covered individual must be under the regular care of a physician or surgeon during this confinement at the extended care facility.

### Ambulance

Medically necessary emergency air or ground ambulance service to or from the nearest hospital equipped to treat an illness or injury requiring hospital care.

### Rehabilitative Therapy Services

Charges incurred at OchsnerPlus Regional Network facilities for 36 sessions each of a cardiac or pulmonary rehabilitation program. Services include those rendered by cardiologists, exercise physiologists, exercise leaders, nurse clinicians, nutritionists, respiratory technicians, clinical psychologists, clinical rehabilitation counselors and other health professionals practicing within the scope of cardiac or pulmonary rehabilitation.

Charges for medically necessary rehabilitative occupational or physical therapy performed by licensed medical personnel operating within the scope of their licenses. Coverage is limited to a combined 30 visits per calendar year.

Charges for speech therapy by a qualified speech therapist upon referral by a physician to restore speech loss or to correct an impairment that is (1) caused by a congenital defect for

Liberty/Crespo 0763

1G053170001

which corrective surgery has been performed, or (2) caused by an injury or illness. The plan will not cover more than 30 visits in one calendar year.

Charges for medically necessary spinal manipulations and adjunctive therapy. Coverage is limited to 30 visits per calendar year.

### Other Services

#### Home Health Care

Charges incurred for home health care that are approved by the Utilization Management Program, including the following:

- *Part-time or intermittent nursing care by or under the supervision of a registered nurse*
- *Part-time or intermittent home health aide services that consist primarily of caring for the patient*
- *Physical therapy, occupational therapy and speech therapy provided by a home health care agency*

Home health care is limited to 60 visits per year, and the attending physician must certify that home health care would reduce or eliminate the need for hospitalization. For purposes of this provision, each four hours of home health aide services equals one visit.

#### Home Hemodialysis Services

The following services related to repetitive hemodialysis treatment in a covered individual's home for chronic irreversible kidney disease are covered when they are prescribed and are currently approved by the attending physician and either the physician director of a hospital or hemodialysis training program, or a committee of physicians of a hospital's hemodialysis program:

- *Charges for the rental of hemodialysis machine.*
- *Charges for laboratory tests and consumable and expendable supplies, such as dialysis membrane, dialysis solution and tubing and drugs required during dialysis.*

#### Hospice Care

Charges incurred for up to 180 days under a hospice care program that is approved by the Utilization Management Program where the physician certifies a life expectancy of no more than six months. Covered charges include the following:

- *Inpatient care provided by a legally constituted hospice facility when medically necessary*
- *Outpatient care billed through a hospice agency for the following services:*
  - *Skilled nursing services*
  - *Home health care services*
  - *Medicine, drugs and medical supplies*
  - *Homemaker services*

62

Liberty/Crespo 0764

1G053170001

- *Bereavement counseling for the surviving family members during the six-month period following the covered individual's death, up to a maximum of $300*
- *Physical, respiratory and speech therapy*
- *Dietary and nutritional assistance*

**Durable Medical Equipment, Prosthetics and Disposable Medical Supplies**

Expenses for durable medical equipment and supportive or corrective equipment (including orthotics and insulin pumps) required for treatment of an illness or injury are covered, provided your physician has submitted written documentation certifying the medical necessity of the item and the anticipated length of time the equipment will be required for therapeutic use. The plan reserves the right to pay, at its option, for either the rental or the purchase of the equipment. The equipment must be approved through the Utilization Management Program if the cost is more than $750. The plan may require periodic re-certification to determine the continued medical necessity of the equipment. Medically necessary replacement of equipment is covered as long as it is at least five years old or replacement is necessary because of a physical change in the patient's condition. Please refer to the *"Definitions"* section for a specific definition of *"Durable Medical Equipment."*

The initial purchase and fitting of external prosthetic devices needed to replace all or part of a body part that is lost, missing or defective is also covered. Coverage for prosthetic devices is limited to artificial arms and legs, eyes and devices such as an artificial hand or hook. The device must be approved through the Utilization Management Program. Replacement is covered only when necessary due to normal physical change in the patient. Covered charges for an electronic prosthetic device will be limited to the amount that would be covered for a non-electronic mechanical prosthetic device designed to replace the same body part.

Disposable medical equipment is covered, but only for osteotomy supplies. Ostomy supplies must be approved through the Utilization Management Program.

## *Exclusions*

The plan will not pay benefits for expenses incurred in connection with any of the following:

- *Any Out-of-Network or Out-of-Area charges exceeding the usual, customary and reasonable charges.*
- *Custodial, sanitarium, nursing home or rest care.*
- *A confinement or procedure for which certification is denied under the Utilization Management Program.*
- *Any services that are not medically necessary according to generally accepted standards of medical practice.*
- *Massage therapy.*
- *HCG injections (a hormone excreted during the development of an embryo or fetus).*
- *Acupuncture.*
- *Behavioral training.*

63

Liberty/Crespo 0765

1G053170001

○ *Hair analysis, unless performed for diagnosis of an underlying medical condition.*

○ *Trimming of corns, calluses and nails unless medically necessary.*

○ *Surgery to change gender, except when medically necessary to correct a congenital defect of a covered dependent child.*

○ *Treatment or surgery to change gender or improve or restore sexual function unrelated to organic disease.*

○ *Prayer or spiritual healing.*

○ *Treatment of baldness.*

○ *Except as specifically listed in the "Special Situations" section and the "Covered Expenses" section, charges in connection with services and supplies for treatment of the jaw, teeth, gums and tissues around the teeth, the meeting of upper and lower teeth, and the chewing muscles. These services and supplies will not be covered even if they are needed because of illness or injuries that affect some other part of the body or because of problems related to the teeth, gums, jaws or chewing muscles.*

○ *Services for which you or your covered dependents are not charged, or for which you have no legal obligation to pay.*

○ *Services covered by Workers' Compensation or occupational disease or disability benefit laws.*

○ *Services for diseases contracted or injuries sustained as a result of war, declared or undeclared, or as a result of riots and acts of civil disobedience.*

○ *Services after the termination of coverage regardless of the cause of termination.*

○ *Services in connection with the pregnancy of a dependent child, including but not limited to miscarriage, elective abortion and termination of pregnancy. However, a premature rupture of membranes is considered a covered complication of pregnancy.*

○ *Elective abortion, unless the attending Physician certifies that carriage of the fetus to term would endanger the life of the mother.*

○ *Surrogate pregnancy.*

○ *Remedial reading services, visual therapy and vocational rehabilitation.*

○ *Eyeglasses, contact lenses or low visions aids and prescription or fitting thereof, radial keratotomy, LASIK, PRK or any treatment related to refractive error. However, the Plan will cover the initial pair of lenses/frames or contact lenses, only as required directly following cataract surgery.*

○ *Any services and supplies not specifically listed in the "Special Situations" section and the "Covered Expenses" section.*

○ *Admit kits, bedside kits and any personal comfort items.*

○ *Services or supplies for cosmetic purposes, including expenses incurred as the result of any complication from a non-covered cosmetic service, procedure or supply. However, the plan will provide benefits for the correction of defects incurred through traumatic injuries, and when following a mastectomy, reconstruction of the affected breast, surgery and reconstruction of the other breast to create a symmetrical appearance and physical complications in all stages of the mastectomy and reconstruction. To be covered, services must be received within 12 months following the date of the injury or surgery, or, if treatment must be delayed because of the patient's physical condition, as soon as medically necessary and appropriate.*

○ *Services or supplies or any expenses incurred as a result of any complication from a non-covered service, procedure or supply. Any expense resulting from a complication arising in connection with any of the above excluded items is itself an exclusion.*

○ *Supplies that are common household items, or equipment that is provided mainly for the convenience of the patient or his or her family, as an adaptation of the home environment, or for use exclusively in the home or equipment (and installation thereof) that is normally used in the absence of a medical condition. These include, but are not limited to, air conditioners, dehumidifiers, air purifiers, electrical power, water supply or sanitary waste disposal systems.*

○ *Reversal of voluntary sterilization.*

Liberty/Crespo 0766

1G053170001

- ○ Charges in connection with assisted reproductive technology (ART). ART includes any combination of chemical or mechanical means of obtaining a mature male or female reproductive cell and placing it into a medium (whether internal or external to the human body) to improve the chances that the reproduction will occur. Examples of ART include but are not limited to in-vitro fertilization, gamete intra-fallopian transfer, zygote introfallopian transfer and pronuclear state tubal transfer. Artificial insemination is not subject to this limitation as explained in the "Special Situations" section.

- ○ Experimental or investigational treatment or any treatment not recognized as generally accepted medical practice by the medical profession. Criteria for determining whether a procedure or treatment will be considered experimental will include the following:

  - Whether the patient meets the criteria for a transplant or other procedure with regard to factors such as age and general health, and has been determined to be a good candidate and, with respect to transplants, has a survival rate of at least 60 percent for one year by the Ochsner Clinic Foundation Health and Welfare Plan Committee .

  - Whether the procedure or treatment is commonly performed on a widespread geographic basis.

  - Whether the treatment is commonly accepted by the medical profession and has received the final level of approval by the governing body regulating the treatment.

  - The failure rate and side effects of the treatment or procedure.

  - Whether other, more conventional methods of treatment have been exhausted.

  - Whether Medicare, Medicaid and other insurers and self-funded plans recognize the procedure or treatment for reimbursement.

  - Whether the plan's stop loss reinsurance carrier recognizes the procedure or treatment for reimbursement.

- ○ Procedures in question for their experimental or investigational nature will be reviewed by appropriate members of the medical profession for recommendation. Final decisions regarding coverage under the plan will be at the sole discretion of the Ochsner Clinic Foundation Health and Welfare Plan Committee . In no event will coverage be provided for artificial or cross-species organ transplants.

- ○ Infertility services for any person who has not been covered under the medical plan for at least 12 months, or services that are performed more than two years after the date on which infertility testing and/or treatment begins, or services performed after the covered individual has achieved two successful live births. Infertility treatment for a dependent child will not be covered.

- ○ Obtaining an organ from a donor when the recipient is not covered under this plan.

- ○ Charges incurred in connection with the treatment of an illness or injury that results from the actions or omissions of a third party, if the individual fails to comply with the plan's provisions for recovering expenses from third parties.

- ○ The administration of anesthesia in connection with oral surgery when billed by the doctor who performs the operation.

- ○ Arch supports, corrective or orthopedic shoes (unless, in the opinion of the Utilization Management Program, the foot condition requires a custom made orthotic or a completely custom made shoe or as prescribed by your in-network physician).

- ○ Durable medical equipment, prosthetics and orthotic devises that are:

  - Self-help devices that are not primarily medical in nature

  - Bedside commodes

  - Heating pads, hot water bottles, home enema equipment or rubber gloves

  - Exercise equipment

  - Deluxe equipment

  - Hearing Aids

- ○ Replacement of medical equipment within five years of purchase, except when required due to a change in the patient's physical condition.

65

1G053170001

- *Disposable medical equipment or supplies, except for ostomy supplies.*

- *Care for disabilities related to service in the military, or conditions for which the member is legally entitled to services from a governmental agency, and for which government facilities are reasonably available to the individual, except to the extent coverage by the plan is required by law.*

- *Physical exams for travel, licensing, employment or insurance purposes, autopsy, any health services ordered by a court as a condition of parole, probation, sentencing or any other reason and health services in connection with litigation.*

- *Physical therapy that includes the use of roentgen rays or radioactive materials or additional charges for the use of electricity for surgical purposes including cauterization.*

- *Nutritional food supplementation, including parenteral nutrition.*

- *Services or supplies which would otherwise be covered but which are performed or provided in connection with a program of weight control, unless the attending Physician and the Plan Administrator determine that a diagnosed medical condition is complicated by obesity and that weight reduction is necessary to treat the medical condition. Nutritional supplements, special foods, memberships or dues for spas or exercise classes, behavioral modification therapy and similar items of a non-medical nature will not be covered for any reason.*

- *Expenses for which a claim is submitted more than 12 months after the service is rendered.*

- *Services provided by a close relative. Close relative means you, your spouse, your children, your parents, and grandparents, and you or your spouse's brothers, sisters, cousins, aunts, uncles and their spouses.*

- *Charges incurred as a result of a pre-existing condition, as explained in the "Limitation for Pre-existing Conditions" section below.*

## Coordination of Benefits

Like most group health plans, your medical coverage includes a coordination of benefits (COB) provision. If your spouse is covered under a medical plan where he or she works, the COB provision can be an important factor.

If you or any of your dependents are eligible to receive benefits under more than one group health care plan, our plan's COB provision allows you to receive benefits so that the total amount of benefits paid by all plans can be as much as 100 percent of the total eligible expenses.

The amount of benefits you receive from each plan depends upon which is primary. The plan that is primary pays first and pays full regular plan benefits without regard to other coverage.

The primary plan is determined as follows:

- *If a plan has no COB provision, that plan is primary.*

- *If a plan covers the claimant (the person claiming benefits) as an employee, that plan is primary.*

- *If the claimant is a dependent child whose parents are not divorced, the plan of the parent whose birthday falls earlier in the calendar year will be primary. The plan of the parent whose birthday falls later in the calendar year will be secondary. If both birthdays are on the same day, the plan that has covered the parent for the longer period of time will be primary.*

- *If the claimant is a dependent child whose parents are divorced, the following rules apply:*

    - *The plan that covers a child as a dependent of a parent who by court decree must provide health coverage is primary.*

66

Liberty/Crespo 0768

1G053170001

- *When there is no decree that requires a parent to provide health coverage to a dependent child, the plan of the parent who has custody of the child is primary. The plan of the custodial parent's spouse is secondary and the plan of the other natural parent is third.*

○ *If a plan covers a person as an active employee, that plan is primary and any plan that covers a person as a retired or laid-off employee is secondary. If a plan covers a person as a dependent of an active employee, that plan is primary and any plan that covers that person as a dependent of a retired or laid-off employee is secondary.*

○ *If a plan covers a person because of federal or state continuation of coverage laws, that plan is secondary to a plan that covers the person on any other basis. For example, if you have COBRA coverage through a previous employer and, as an Ochsner employee, you are also covered under an Ochsner medical option, the Ochsner medical plan will pay benefits first and your COBRA coverage will pay second.*

○ *If none of the above rules apply, the plan that has covered the claimant for the longer period of time will usually be primary.*

If our plan is secondary, the regular benefits will be reduced so that the amount paid by both plans will not exceed 100 percent of the eligible expenses under our plan. In other words, after the primary plan pays its benefits, our plan will pay the difference up to 100 percent for the total eligible covered expenses. In no event will our plan pay more than it would have if there were no other coverage.

To ensure you receive the benefits you are entitled to from both plans, it is important to submit your claims properly. For example, when you file a claim for your spouse, be sure to file under his or her plan first. After you have received payment from your spouse's plan, then you can submit for payment under this plan. When you submit a claim to our plan, be sure to include the Explanation of Benefits (EOB) from the primary plan as well as another copy of the bill.

## *Coordination with Medicare for Actively Working Employees*

Actively working employees and their dependents that are eligible for Medicare may continue to participate in OchsnerPlus. In general, OchsnerPlus will pay primary benefits with secondary coverage provided by Medicare. However, for covered domestic partners eligible for Medicare due to age, Medicare will provide primary coverage. If preferred, individuals eligible for Medicare can choose to have Medicare provide primary coverage for their medical expenses. In this situation, federal law requires that coverage under the OchsnerPlus plan must end (i.e. the OchsnerPlus plan cannot pay as secondary to Medicare). If you would like Medicare to pay as primary, the Medicare-eligible individual will need to notify Ochsner in writing.

For individuals entitled to Medicare because of end-stage renal disease, this plan will pay secondary to Medicare after 30 months.

67

Liberty/Crespo 0769

1G053170001

## Coordination with Medicare for Retired Employees

For retirees and their dependents who are eligible for Medicare, the plan pays as secondary to Medicare benefits and there are no co-pays required for most network services that are covered by Medicare — the plan generally pays the balance of your network expenses remaining after Medicare has paid its benefits.

When you or your spouse reach the age of 65 (or becomes eligible for disability Medicare), benefits are coordinated with Medicare. Because the plan's payment is limited to the amount of covered expenses remaining after Medicare, it is important that you enroll for both Medicare Part A and Part B as soon as you are eligible after retirement. If you are eligible but not enrolled in Part B of Medicare, the plan will coordinate with the benefits that would be payable by Medicare if you had enrolled. When you submit your claim under this plan, include a copy of your bill and the Explanation of Medicare Benefits.

## Right of Recovery

Whenever the plan has paid expenses in excess of the maximum amount necessary to satisfy a provision, the plan has the right to recover the excess payments.

## Providing Necessary Information

When claiming benefits, you may be required to furnish payment or enrollment information concerning your other group health coverage. This allows the claims administrator to implement the provisions of the plan.

## Recovery of Third Party Claims

If you or a dependent has medical expenses as a result of an accident, injury, illness or other medical condition, a third party may be liable for those expenses. In this case, the plan may advance payments for the medical expenses that are covered charges under the plan. These advance benefit payments are conditional, however, because they are subject to the plan's "right of recovery" provisions.

The term "third party" means any entity, firm, corporation or person, other than the plan, including, but not limited to, an at-fault tortfeasor, an insurance company of the at-fault tortfeasor, or your or your dependent's insurance company in the case of uninsured or underinsured motorist coverage or no-fault automobile insurance.

The plan has the right to recover the conditional benefit payments out of the proceeds of any settlement or judgment (or other similar result) that you or your dependent receive from the

68

Liberty/Crespo 0770

1G053170001

liable third party. If you or your dependent receives settlement or judgment proceeds (or other similar result proceeds), the plan may recover its conditional benefit payments directly from you or your dependent. This is the plan's right of reimbursement and it means that you or your dependent must reimburse the plan for the benefits previously provided.

In addition, the plan has the right to recover the conditional benefit payments directly from the liable third party. The plan pursues this right of recovery directly against the third party as your subrogee. This means that the plan is subrogated (substituted) to all of your or your dependent's claims, demands, actions against the liable third parties, and subrogated to your or your dependent's interest in the proceeds of any related recovery, to the full extent of the plan's right of recovery for the benefits it previously provided.

Conditional benefit payments shall also include any associated attorney fees and legal costs that the plan (or Plan Sponsor) incurs pursuing its rights under these right of recovery provisions (through reimbursement or subrogation).

The plan may recover the conditional benefit payment amounts owed to it regardless of whether:

- *The settlement or judgment or other recovery specifically includes medical and prescription drug expenses.*
- *You or your dependent has been fully indemnified for your losses.*
- *The plan's recovery results in you or your dependent receiving only a portial recovery (or no recovery) for damages.*

The above means that the plan's rights or reimbursement and subrogation constitute a "first lien" and apply to the first dollar received in recovery, and also constitute an "equitable lien" against any payments by any third party made or payable to you or your dependent, regardless of how the payments are characterized. And this priority recovery right in favor or the plan is not subject to an application of a "make whole" rule or "common fund" rule under local or other law.

Example One: Suppose you are injured in an automobile accident that was the other driver's fault. The plan pays most of the cost of your hospital bills. Later, the other driver's insurance company also pays you for your medical bills. So now you have essentially been paid twice for your medical bills as a result of this accident — once from the plan and once from the other driver. The "right of recovery" provisions now come into play, and the plan is entitled to a refund of the benefits paid. The plan may also pursue recovery directly from the third party.

Example Two:  Suppose you are injured in an automobile accident that was the other driver's fault.  The plan pays most of the cost of your medical bills.  You make a claim against the other driver for car damage and repair costs, your medical bills and other related damages or losses. You and the other driver's insurance company reach a settlement which pays you an agreed upon recovery amount without itemization and which is less than your total claim amount. Even though you may not have been fully indemnified for all your losses and even though the recovery amount may not be directly related to your medical bills, you did receive a settlement

69

1G053170001

recovery so the "right of recovery" provisions now come into play, and the plan is entitled to a refund of the benefits paid. The plan may also pursue recovery directly from the third party.

The following applies under the right of recovery provisions and relates to plan benefits and plan benefit payments for medical and prescription drug expenses incurred as a result of the accident or injury:

- *You and your dependents must notify the plan, in writing, whenever plan benefits may be subject to the plan's rights of recovery. You must inform the plan in advance of any settlement proposals advanced or agreed to by any liable third parties or insurers. You must cooperate fully with any reasonable requests made by the plan in connection with its rights of reimbursement and subrogation. If you do not fulfill these obligations, then the plan is not obligated for any benefits or covered expenses incurred by you or your dependents.*

- *The plan is not obligated to pay benefits for any medical and/or prescription drug expenses incurred until you or your dependents promise in writing to include the expenses in any claim you or your dependents are making, to reimburse the plan if you recover the medical and/or prescription drug expenses or any other proceeds related to your losses or damages, and to cooperate fully with the plan in its attempts to recover the conditional benefit payments from liable third parties and insurers.*

- *In the event you or your dependents fail or refuse to provide whatever assignment, form or document is requested by the plan or its claims administrator, the plan will be relieved of all legal, equitable or contractual obligations contained in this plan for any benefits or covered expenses incurred by you or your dependents.*

- *If you or your dependents receive any settlement or judgment or other recovery proceeds, you must fully reimburse the plan for any conditional benefit payments it previously provided within 30 days of the recovery. If this reimbursement is not made in a timely manner, the plan is not obligated to pay benefits for any future medical and prescription drug expenses incurred by you or your dependents. The plan's obligation will resume when both of the following have occurred:*

  - *The plan receives full reimbursement for any conditional benefit payments previously provided.*

  - *Arrangements satisfactory to the plan have been made with regard to its rights of recovery for future covered medical and prescription drug expenses.*

- *The dollar amount the plan is entitled to under these right of recovery provisions shall not be reduced for any share of attorney fees or legal costs incurred by or for you or your dependent or any other party. However, the plan agrees to limit its recovery amount to the amount remaining after your or your dependent's payment of attorney fees and legal costs associated with the recovery.*

  - *Example One: The plan is entitled to a recovery amount of $10,000 related to conditional benefit payments to you on account of your injury caused by a third party. You received $24,000 in settlement proceeds based on your claim against the third party. Your related attorney fees are 1/3 of the settlement proceeds or $8,000. Therefore, you receive $16,000 in cash settlement. The plan is entitled to receive its full $10,000 recovery amount, which is to be reimbursed to the plan by you from the $16,000 cash settlement proceeds.*

  - *Example Two: the plan is entitled to a recovery amount of $10,000 related to conditional benefit payments to you on account of your injury caused by a third party. You received $12,000 in settlement proceeds based on your claim against the third party. Your related attorney fees are 1/3 of the settlement proceeds or $4,000. Therefore, you receive $8,000 in cash settlement. While the plan is entitled to receive its full $10,000 recovery amount since the settlement proceed exceeded $10,000, the plan agrees to limit its recovery to the $8,000 remaining after the payment of the attorney fees. Therefore, this $8,000 is to be reimbursed to the plan by you from the $8,000 cash settlement proceeds.*

70

Liberty/Crespo 0772

1G053170001

## When Coverage Ends

Your coverage will end on the earliest of the following dates:

- *The date your employment ends.*
- *The date you enter full-time military, naval or air service, except coverage may continue during an approved military leave of absence as indicated in the "Military Leave of Absence" section.*
- *The end of the period of coverage for which you last make the required contributions, provided coverage is terminated during the annual enrollment period or due to a qualified change in status.*
- *The date the plan is discontinued.*
- *The end of the month in which you transfer to a class that is no longer eligible for coverage.*
- *The date you make a material misrepresentation or otherwise commit fraud against the plan.*

## When Dependent Coverage Ends

Coverage for your dependents ends on the earliest of the following dates:

- *The date your coverage ends.*
- *The date the particular dependent becomes ineligible for coverage due to reaching the limiting age.*
- *The end of the period of coverage for which you last make the required contributions provided the election to termination dependent coverage occurs during the annual enrollment period or due to a qualified change in status.*
- *The date the plan is discontinued or dependent coverage is discontinued.*
- *The date your dependent falsifies any information on a claim or attempts to defraud the plan.*

## Disqualification for Network Benefits

You or your covered dependent's rights to Ochsner Network benefits under the plan may be terminated with at least 30 days written notice if you or your dependent:

- *Repeatedly makes but fails to keep appointments for Ochsner network health services.*
- *Refuses to comply with a recommended treatment plan where no professionally acceptable alternative exists.*
- *Harasses or threatens in any way an Ochsner provider or any employee of an Ochsner Regional Network provider.*
- *Fails to make required co-pays or coinsurance payments.*
- *Knowingly provides fraudulent information that affects eligibility or benefits.*
- *Fraudulently obtains services for persons who are not covered individuals.*
- *Repeatedly seeks unnecessary health services.*
- *Commits a criminal act against any Ochsner network provider.*
- *Receives and fails to timely reimburse the plan from any payment received by any third party in connection with Ochsner Network health services.*

71

1G053170001

If you or your minor dependent loses the right to Ochsner Network benefits due to one of the above violations, you and all of your dependents may also be disqualified. Otherwise, only the dependent that is responsible will lose the coverage.

## *Certificates of Creditable Coverage*

If you or your dependent's coverage under the plan ends, you will receive a certificate stating the period of time you or your dependent was covered. If COBRA coverage is elected, a certificate will also be provided when COBRA coverage ends. You or your dependent may provide this certificate to another plan or individual policy issuer for a determination of credit toward that plan's or policy's pre-existing condition exclusion period, if any. You may also request a certificate from the claims administrator at any time during the 24-month period that begins on the day you or your dependent's coverage ends.

## *Continuation of Coverage*

### Family and Medical Leave and Other Approved Leaves of Absence

Your medical and prescription drug coverage may be continued while you are on a leave of absence protected by the Family and Medical Leave Act (FMLA), or another approved leave of absence (other than military leave under the Uniformed Services Employment and Reemployment Rights Act) as long as you continue making your required contributions according to Ochsner's FMLA and leave of absence policies. If your contributions are more than 30 days late, your coverage under the plan will end.

If you continue to receive pay while on leave, your required contributions will be deducted from your pay. If you do not receive pay, or the pay you receive is not enough to cover the required contributions, you may elect to make your required contributions by one of the following methods:

- *Remitting poyment on or before eoch poyroll dote contributions would normolly be due.*

- *Remitting poyment within 30 doys from the dote of your monthly invoice.*

- *Prepoying your contributions for the durotion of the leove before your leove begins: Your contributions moy be token from your poycheck on o pre-tox bosis os long os the leove does not extend into the next plon yeor. Otherwise, contributions must be mode on on ofter-tox bosis.*

If your coverage ended for nonpayment of contributions and you are now returning to work, you will be entitled to the same benefits upon your return to work as you had prior to your coverage ending, however, the coverage will be effective from date you return to work. This means that you will not be required to meet the plan's eligibility and pre-existing condition rules to the extent they were met before the leave.

72

Liberty/Crespo 0774

1G053170001

If you continue coverage and then fail to return to work at the end of your leave, you may be required to reimburse Ochsner for its cost of providing your coverage during your leave. You will not be required to repay Ochsner if the reason you do not return is due to a serious health condition that would entitle you to take leave under FMLA or other circumstances beyond your control.

## Military Leave of Absence

If you take a leave of absence in order to serve in the uniformed services, the Uniformed Services Employment and Reemployment Rights Act (USERRA) gives you the right to continue group health care coverage for yourself and your covered dependents for up to 24 months from the date your leave of absence begins.

Your USERRA continuation coverage will end earlier if any of the following events occurs:

- *You foil to poy the required contributions on time.*
- *You lose your USERRA rights due to o discharge stotus thot is other thon honoroble or other conduct specified in USERRA.*
- *You foil to report to work or to opply for reemployment following the completion of your service in the uniformed services within the time required by USERRA os described in the "Military Leove" chort shown loter in this section.*

## USERRA and COBRA

USERRA and COBRA coverage run concurrently, which means that they begin at the same time. However, COBRA coverage can continue for up to 18 months (and for longer periods under certain circumstances) while as noted previously, USERRA coverage can continue for up to 24 months. In addition, COBRA coverage is subject to early termination for additional reasons that do not apply to USERRA coverage. COBRA is explained in detail in a following section.

## Payment of Contributions

If you elect to continue health coverage under USERRA, you will be required to pay 102 percent of the full premium for the coverage elected (the same rate as COBRA). However, if your uniformed service period is less than 31 days, you are not required to pay more than the amount that you pay as a regular active employee.

## Other Information

If you leave employment to enter military service, you should contact the HR Employee Service Center to answer any questions you may have regarding continued coverage under USERRA and to provide notification of any changes in marital status or address.

Liberty/Crespo 0775

1G053170001

| Military Leave | |
|---|---|
| **If Your Period of Uniformed Service is:** | **You Must Report to Work/Submit an Application for Reemployment Not Later Than:** |
| Less than 31 days (or if you are absent for purposes of an examination to determine your fitness to perform uniformed services) | The beginning of the first regularly scheduled work period on the day following completion of your service after allowing for safe travel home and an eight-hour rest period, or if that is unreasonable or impossible through no fault of your own, as soon as possible[1] |
| More than 30 days but less than 181 days | 14 days after completion of your military service or if that is unreasonable or impossible through no fault of your own, as soon as possible[1] |
| More than 180 days | 90 days after completion of your service[1] |

[1] If you are hospitalized for or are convalescing from an injury or illness incurred or aggravated as a result of your service, the applicable time periods begin when you have recovered from your injuries or illness rather than upon completion of your service. The maximum period for recovery is generally two years from completion of service.

## Medical Coverage After Retirement

You and your covered dependents will be eligible to continue medical coverage when you retire provided you are age 55 or older with at least 10 years of service or you are age 65 or older with 5 or more years of service and are all currently covered by OchsnerPlus. You will be responsible for payment of the entire premium. Newly eligible retirees must elect coverage and pay the required cost within 31 days of retirement.

Different rules apply to employees who were eligible to elect retiree medical coverage under the former Ochsner Clinic plan on December 31, 2001. Contact the HR Employee Service Center for more information.

## Options for Retiree Medical Coverage before Medicare

If you and your covered dependents are not eligible for Medicare and you are all enrolled in OchsnerPlus on the day before your retirement date, you may elect to keep your current coverage. When you or your covered dependent reaches age 65 or become eligible for Medicare, you may choose OchsnerPlus or the Humana OCF Group Medicare HMO plan, as described in a following section.

## Options for Retiree Medical Coverage at Age 65 or Medicare Eligibility

If you are covered by the OchsnerPlus medical plan on the day before your retirement date and you or your dependent is eligible for Medicare, you have four medical coverage options:

74

1G053170001

### Retiree OchsnerPlus

You may elect to continue coverage under OchsnerPlus, which supplements traditional Medicare, if you or your dependent is eligible for Medicare. (You must enroll for both Part A and Part B of Medicare. Refer to the *"Coordination of Benefits"* section for more information about how OchsnerPlus benefits are coordinated with Medicare.) Note that if you are eligible for Medicare, your prescription drug benefits will be provided under a separate prescription drug plan through Humana. You must pay a monthly contribution for this coverage.

### Humana OCF Group Medicare HMO Plan

As an Ochsner retiree, you and your dependents, if currently covered by OchsnerPlus, also have the option of electing an enhanced group program that includes benefits not available under the individual Humana plans offered to the general public. These additional benefits include lower co-pays for specialists, rehabilitative therapy such as physical and speech therapy, durable medical equipment, as well as unlimited prescription drug benefits. To participate in this plan you must live in the Humana service area and agree not to travel outside of the service area for more than 90 consecutive days in any 12-month period. While you are outside the area you are covered only for urgent and emergency care. You must pay a monthly premium for the Humana OCF Group Medicare HMO plan, in addition to your regular Medicare Part B and/or Part D premiums.

### Individual Medicare Plans

As an alternative to the Ochsner-sponsored retiree medical plans listed above, you and your dependents may choose to participate in one of many individual Humana or other insurance carrier Medicare HMO or supplement plans which include prescription drug coverage. If you choose this coverage you will enroll and pay your premiums directly to the selected insurance company.

### Changing Retiree Plans

Once you have selected a retiree plan option, if you and your spouse are not eligible for Medicare, you cannot change to another coverage option. However, when you or your spouse become eligible for Medicare, the Medicare-eligible individual may elect OchsnerPlus, the Humana OCF Group Medicare HMO Plan or one of the many available individual Medicare HMO and supplement plans.

If you or your spouse is eligible for Medicare, you may change from the OchsnerPlus plan to the Humana OCF Group Medicare HMO Plan or one of the individual Medicare HMO and supplement plans at any time. You may also elect to change from the Humana OCF Group Medicare HMO Plan at any time. Contact the HR Employee Service center for more information.

You may drop your current coverage at any time. However, if you do so, you may enroll or re-enroll in any other OCF medical plan option in the future.

Liberty/Crespo 0777

1G053170001

You will be provided with comprehensive materials regarding your coverage options and costs when you retire and during the annual enrollment period each fall.

## Continuation Coverage Under COBRA

You and your covered family members may be offered COBRA continuation coverage when your coverage under the plan would otherwise end because of a life event known as a "qualifying event." COBRA continuation coverage generally consists of the coverage under the plan that you and your family members had immediately before the qualifying event. COBRA also applies to the Employee Assistance Plan, Pathway to Wellness Program, vision coverage, dental coverage and participation in the Health Care Flexible Spending Account. All of these coverages are explained in later sections of this SPD.

A qualified beneficiary is someone who will lose coverage under a health plan because of a qualifying event. Depending on the type of the qualifying event, employees, spouses of employees and dependent children of employees may be qualified beneficiaries. Under the plan, qualified beneficiaries who elect COBRA continuation coverage must pay for such coverage (as discussed below).

The definition of "qualified beneficiary" also includes a child born to or placed for adoption with the covered employee during the period of the employee's continuation coverage. Thus, once the newborn or adopted child is enrolled in continuation coverage pursuant to the medical plan's rules, and any contribution increase is applied, the child will be treated like all other COBRA qualified beneficiaries with respect to the same qualifying event. The maximum coverage period for such child is measured from the same date as the other qualified beneficiaries with respect to the same qualifying event (and not from the date of the child's birth or placement for adoption).

Each qualified beneficiary who elects COBRA continuation coverage will have the same rights under the plan as other similarly situated individuals covered by the plan who did not have a qualifying event. This includes the right to add dependents if they qualify for a HIPAA special enrollment period. If the plan changes benefits, contributions, etc., continuation coverage changes accordingly. During annual enrollment, each qualified beneficiary will have the same options under COBRA coverage as active employees covered under the plan.

### When COBRA Continuation Coverage Is Available

The specific qualifying events that trigger the right to elect COBRA continuation coverage are listed below. After a qualifying event, COBRA continuation coverage will be offered to each person who is a "qualified beneficiary." You, your spouse, and your dependent children could become qualified beneficiaries if coverage under the plan is lost because of the qualifying event.

76

Liberty/Crespo 0778

1G053170001

If you are an *employee*, you will become a qualified beneficiary if you lose your coverage under the plan because either one of the following qualifying events occurs:

- Your hours of employment ore reduced to o benefit-ineligible stotus.
- Your employment ends for ony reoson other thon your gross misconduct.

If you are the *spouse* of an employee, you will become a qualified beneficiary if you lose your coverage under the plan because any of the following qualifying events occurs:

- Your spouse dies.
- Your spouse's hours of employment ore reduced to o benefit ineligible stotus.
- Your spouse's employment ends for ony reoson other thon his or her gross misconduct.
- Your spouse becomes entitled to Medicore benefits (under Port A, Port B or both).
- You become divorced .

An employee's *dependent children* will become qualified beneficiaries if they lose coverage under the plan because any of the following qualifying events occurs:

- The porent-employee dies.
- The porent-employee's hours of employment ore reduced to o benefit-ineligible stotus.
- The porent-employee's employment ends for ony reoson other thon his or her gross misconduct.
- The porent-employee becomes entitled to Medicore benefits (port A, Port B or both).
- The porents become divorced.
- The child stops being eligible for coveroge under the plon os o "dependent child."

**Note**: Due to federal law, domestic partners are not eligible for COBRA coverage. COBRA coverage is not available to a domestic partner's dependent child unless the child qualifies as the employee's dependent.

### Special Rule for Retirees

Sometimes, the filing of a proceeding in bankruptcy under title 11 of the United States Code can be a qualifying event. If a proceeding in bankruptcy is filed with respect to Ochsner and that bankruptcy results in the loss of coverage of any retired employee covered under the plan, or a substantial elimination of coverage within one year before or after the date the bankruptcy was filed, the bankruptcy will be a qualifying event and the retired employee will become a qualified beneficiary with respect to the bankruptcy.

The retired employee's spouse, surviving spouse, and dependent children will also become qualified beneficiaries if bankruptcy results in the loss of their coverage under the plan. In that event, the retiree will be entitled to coverage for life and the spouse and covered dependents of the retiree will be entitled to coverage for the life of the retiree. If the retiree dies during the continuation period, then the other qualified beneficiaries will be entitled to continue coverage for up to 36 months from the date of the retiree's death. If the retiree is not living at the time

77

Liberty/Crespo 0779

1G053170001

of the qualifying event but the retiree's spouse has coverage, the surviving spouse is entitled to coverage for life.

### Offering COBRA Coverage

Qualified beneficiaries will be offered COBRA continuation coverage only after the HR Employee Service Center has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the employee, commencement of a proceeding in bankruptcy with respect to the employer, or the employee's becoming entitled to Medicare benefits due to age (under Part A, Part B or both), your employer will notify the HR Employee Service Center of the qualifying event.

### You Must Give Notice of Some Qualifying Events

For the other qualifying events (divorce or legal separation, a dependent child's losing eligibility for coverage as a dependent child, or becoming entitled to Medicare benefits due to disability or ESRD), you must notify the HR Employee Service Center in writing within 60 days after the qualifying event occurs. This notice should be sent to the HR Employee Service Center at the address specified in the section "How to Contact the HR Employee Service Center." A notice mailed to the HR Employee Service Center will be considered provided on the date of postmark.

The notice must include the employee's name, the name of the spouse and/or dependent child, the nature of the qualifying event (e.g., divorce, legal separation or a child's loss of dependent status) and the date the qualifying event occurred. *If notice is not provided during this 60-day notice period, the spouse or dependent child who loses coverage will be not be offered the opportunity to elect COBRA continuation coverage.*

### Duration of COBRA Coverage

COBRA continuation coverage is a temporary continuation of coverage. The duration of the coverage depends on the nature of the qualifying event that causes the loss of coverage:

- ○ *When the qualifying event is the death of the employee, the employee's becoming entitled to Medicare benefits (under Part A, Part B or both), divorce or a dependent child's losing eligibility as a dependent child, COBRA continuation coverage for the employee's spouse and/or dependent child may last for up to a total of 36 months.*

- ○ *When the qualifying event is the end of employment or reduction of the employee's hours of employment, COBRA continuation coverage for the employee and his or her spouse and dependent children generally only lasts for up to a total of 18 months.*

A special rule applies if the employee becomes entitled to Medicare benefits less than 18 months before the end of employment or reduction in hours. In that situation, the employee is still entitled to up to 18 months of COBRA continuation coverage under the general rule. However, COBRA continuation coverage for qualified beneficiaries other than the employee lasts until 36 months after the date of Medicare entitlement. For example, if a covered employee becomes entitled to Medicare eight months before employment terminates, COBRA continuation coverage for the spouse and children can last up to 36 months after the date of Medicare entitlement. Thus, their COBRA continuation coverage may continue for up to

78

1G053170001

28 months after the date of the qualifying event (36 months minus eight months). If the employee becomes entitled to Medicare more than 18 months prior to the end of employment or reduction in hours, the general rule applies.

**Extension of 18-Month Period of Continuation Coverage**

There are two ways in which the 18-month period of COBRA continuation coverage can be extended:

Disability Extension

If the Social Security Administration (SSA) determines that you or a family member covered under the plan is disabled and the COBRA administrator receives timely notice of that determination, you and your other family members may be entitled to receive up to an additional 11 months of COBRA continuation coverage, for a maximum of 29 months of COBRA coverage. The disability must have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the initial 18-month period of COBRA continuation coverage. In order for the extension to be available, you must notify the COBRA administrator in writing of the disability determination during the first 18 months of COBRA continuation coverage and no more than 60 days after the latest of:

- ☐   *The date of the SSA determination.*
- ☐   *The date of the qualifying event.*
- ☐   *The date coverage would end on account of the qualifying event.*

The notice must be sent to the COBRA administrator at the address specified in the *"How to Contact the COBRA Administrator"* section. The notice must include the employee's name, the name of the disabled individual, as well as a copy of the Social Security Administration disability determination.

A notice mailed to the COBRA administrator will be considered provided on the date of postmark.

***If notice is not provided within the above timeframes, the 18-month maximum coverage period will not be extended.***

The disability extension is available only for as long as the family member remains disabled. The COBRA administrator must be notified if the Social Security Administration makes a final determination that the individual is no longer disabled. Continuation coverage will end on the first day of the month that begins more than 30 days after the date of the determination.

Second Qualifying Event

If your family experiences a second qualifying event while receiving 18 months of COBRA continuation coverage, the spouse and dependent children in your family may be entitled to receive up to 18 additional months of COBRA continuation coverage, for a maximum of 36

Liberty/Crespo 0781

1G053170001

months of COBRA coverage. This extension may be available if the employee or former employee dies, is divorced or legally separated, or if a child no longer qualifies as a dependent child under the terms of the plan, but only if the event would have caused the spouse or dependent child to lose coverage under the plan had the first qualifying event not occurred. Coverage will be extended only if you or your family members provide notice of the second qualifying event to the COBRA administrator no more than 60 days after the event occurs.

This notice should be sent to the COBRA administrator at the address specified in the "How to Contact the COBRA Administrator" section. The notice must include the employee's name, the name of the spouse and/or dependent child, the nature of the second qualifying event (e.g., divorce or legal separation, or a child's loss of dependent status) and the date the qualifying event occurred (the date of divorce or legal separation or the date the dependent child reached the Plan's limiting age).

A notice mailed to the COBRA administrator will be considered provided on the date of postmark.

***If notice is not provided during this 60-doy notice period, COBRA continuotion coveroge will not be extended beyond the initiol 18-month period.***

### Electing COBRA Continuation Coverage

Once the COBRA administrator receives timely notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each qualified beneficiary. You and/or your spouse and dependent children will have 60 days in which to elect COBRA continuation coverage. This 60-day election period begins on the later of:

- ○ *The date coverage would end because of the qualifying event.*
- ○ *The date the COBRA odministrator provides notice of the right to elect COBRA.*

A COBRA election mailed to the COBRA administrator will be considered made on the date of postmark.

***If COBRA continuotion coveroge is not elected during the 60-doy election period, the right to elect continuotion coverage will be lost.***

You and/or your spouse and dependent children may elect COBRA continuation coverage for all qualifying family members. However, each qualified beneficiary has an independent right to elect continuation coverage. Thus, both you and your spouse may elect continuation coverage, or only one of you may do so. You may also elect to continue coverage on behalf of your dependent children only.

80

Liberty/Crespo 0782

1G053170001

### Paying for COBRA Continuation Coverage

You must pay the full cost of COBRA continuation coverage. Your first payment must be made within 45 days of the date that the COBRA election was made. If payment is not received within this 45-day period, the plan administrator will terminate coverage retroactively to the beginning of the maximum coverage period.

After the initial payment is made, all other payments are due on the first day of the month to which such payment will apply, subject to a 30-day grace period. *A payment that is mailed will be considered made on the date of postmark.* If the full amount of the premium is not paid by the due date or within the 30-day grace period, COBRA continuation coverage will be canceled retroactively to the first day of the month with no possibility of reinstatement.

Generally, the cost for COBRA continuation coverage will not exceed 102 percent of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated plan participant or beneficiary who is not receiving COBRA continuation coverage. In the case of an extension of COBRA continuation coverage due to a disability, the amount of the cost will not exceed 150 percent of the cost of coverage.

### When COBRA Continuation Coverage Ends

A qualified beneficiary's COBRA continuation coverage will end before the expiration of the maximum coverage period if any of the following events occurs:

- *The premium for coverage is not paid in a timely manner.*
- *After electing COBRA continuation coverage, the qualified beneficiary becomes covered under another group health plan that does not contain an exclusion or limitation with respect to any pre-existing condition that the individual may have.*
- *After electing COBRA, the qualified beneficiary enrolls for Medicare.*
- *If coverage is extended on account of disability, the Social Security Administration makes a determination that the individual is no longer disabled.*
- *Ochsner no longer provides group health coverage to any of its employees.*

Continuation coverage may also be terminated for any reason that the plan administrator would terminate coverage of a participant or beneficiary not receiving continuation coverage, such as fraud.

### If You Have Questions

Questions concerning the plan or your COBRA continuation coverage rights should be addressed to the COBRA administrator as indicated below. For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA) and other laws affecting group health plans, contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) in your area or visit the EBSA website at www.dol.gov/ebsa. (Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website.).

81

Liberty/Crespo 0783

1G053170001

**Keep the HR Employee Service Center and COBRA Administrator Informed of Address Changes**

In order to protect your family's rights, you should keep the HR Employee Service Center and COBRA administrator informed of any changes in the addresses of family members. If you have a qualifying event, you should also keep a copy of any notices you send to the COBRA administrator for your records.

**How to Contact the HR Employee Service Center**

All required notices should be mailed to the HR Employee Service Center at the following address:

> HR Employee Service Center
> Benson Tower
> 14S0 Poydras Street, Suite 2600
> New Orleans, LA 70112
> (S04) 842-4748

You can also call the HR Employee Service Center at (S04) 842-4748 if you have any other questions about COBRA continuation coverage.

**How to Contact the COBRA Administrator**

You may contact the COBRA administrator at:

> CONEXIS
> P.O. Box 226101
> Dallas, TX 7S222-6101

You can also contact them at 1-877-722-2667 or online at www.conexis.org.

## *Payment of Benefits*

Benefits will be paid as soon as the written proof necessary to support the claim is received by the claims administrator. For services provided by OchsnerPlus Regional Network providers, payment is made directly to the provider. For other services, payment is made to you or to the provider (if you have assigned benefits to the provider under the OchsnerPlus plan).

When you receive medical care covered by the plan, you may assign your benefits to the provider involved. The plan administrator and the claims administrator assume no responsibility for the validity of any assignment, nor will either be liable under assignment until and unless satisfactory proof of assignment is furnished prior to release of payment on assigned benefits. Any payment made by the plan prior to receipt of satisfactory proof of assignment will completely discharge the plan's obligations to the extent of such payment and the plan will not be required to see to the application of the payment.

82

Liberty/Crespo 0784

1G053170001

However, any benefits provided by this plan pursuant to a QMCSO or NMSN in reimbursement for expenses that have been paid by either an alternate recipient, as defined in Section 609(a)(2)(C) of ERISA, or by an alternate recipient's custodial parent or legal guardian will be paid to the person who paid such expenses. For this purpose, any payments made by the plan to an official of a State or a political subdivision thereof whose name and address have been substituted for that of an alternate recipient in a QMCSO will be treated as payment of benefits to the alternate recipient.

The plan will also pay benefits in accordance with Section 609(b) of ERISA, including requirements to recognize reimbursement and subrogation rights that a state may have with respect to individuals who are eligible for Medicaid benefits.

If any portion of a claim is not paid, or if you do not understand or do not agree with the handling of a claim, there are several things that you can do to appeal the decision. Most of your questions can be answered quickly and efficiently by either writing or calling the claims administrator at the address and telephone number found on your ID card.

Formal claim denial and claim review procedures for the medical plan are set forth below. The term "claimant" refers to you, other covered individual making the claim, or the claimant's authorized representative.

## *Medical Claim Procedures*

There are three types of claims for benefits under this plan and each is subject to different rules.

○ *A **pre-service claim** is a claim for a benefit that requires prior approval under the terms of the plan, such as a request for certification of medical necessity or authorization for inpatient admission performed by the UM organization's staff. No benefits, eligibility or other plan requirements can or will be decided at this time. Benefits, eligibility and all other plan provisions will be applied at the time the complete post-service claim is received.*

○ *An **urgent-care claim** is a type of pre-service claim which, if the regular time periods for handling pre-service claims were followed, could either seriously jeopardize your life or health or your ability to regain maximum function, or would, in the opinion of a health care provider with knowledge of your condition, subject you to severe pain that could not be adequately managed without the care or treatment that is the subject of the claim.*

○ *A **post-service claim** is a request for plan benefits that does not require prior approval under the terms of the plan. A post-service claim involves a claim for payment or reimbursement for services already received by the claimant. Any claim for a benefit under the Opt-Out plan option will be considered a post-service claim.*

### Submitting Claims

A pre-service claim, including an urgent-care claim, will be considered submitted when the request for prior authorization is received by the Utilization Management organization.

If your request is submitted incorrectly, and if the request for prior approval was received by someone who customarily is responsible for handling benefit matters and the communication includes enough information to identify the claimant, the specific treatment, service or product

Liberty/Crespo 0785

1G053170001

for which approval is requested and the medical basis for the request, you or your health care provider will be notified of the appropriate claim filing procedures. Notice of an incorrectly submitted request will be provided to you or your provider no more than 24 hours (for urgent-care claims) or five calendar days (for all other pre-service claims) after the incorrectly submitted request is received. This notice may be verbal unless you request written notification.

A post-service claim is deemed to have been filed with the plan on the date it is received by the claims administrator. You usually will not have to file a claim for reimbursement if you use OchsnerPlus Network facilities or participating Humana providers. You will only be required to pay the applicable deductible and/or co-pay. Network providers should handle the paperwork for you. However, if you receive a bill for Ochsner services, check with the provider and the claims administrator to find out if a claim has been filed or if you need to submit the claim to the claims administrator yourself.

You will need to file a claim if you receive services or supplies from out-of-network or out-of-area providers.  To file a claim, you should obtain a claim form from the HR Employee Service Center. You will need to complete a separate claim form for each claim for which you are requesting reimbursement. Claims must be submitted within one year of receiving treatment.

Completed medical claims forms and itemized bills should be sent to our medical claims administrator:

> Humana, Inc.
> P. O. Box 14601
> Lexington, KY 40512-4601
> Customer Service Phone: 800-601-9372

Pursuant to the plans Coordination of Benefits provision, you may be required to present an explanation of benefits from the primary carrier for any services for which a benefit is requested.


## Initial Claims Determinations

The following is a description of how the plan processes its initial claims. The Ochsner Clinic Foundation Health and Welfare Plan Committee, as Plan Administrator, has designated Humana, Inc. as the fiduciary claims administrator for the OchsnerPlus medical plan for all initial claims determinations  . In this capacity, Humana, Inc. is the fiduciary with discretionary authority with respect to its initial claim determinations.

The times listed are maximum times only. A period of time begins at the time the claim is filed. Decisions will be made within a reasonable period appropriate to the circumstances. "Days" means calendar days.

84

Liberty/Crespo 0786

1G053170001

The timeframes for making the initial decision regarding a claim and the procedures for notifying you about that decision depend on the type of claim.

### Urgent-Care Claims

You will be notified whether your urgent-care claim has been approved or denied as soon as possible, but in no event later than 72 hours after the claim is received. If more information is needed in order for a determination to be made, you will be advised of the specific information necessary to complete the claim within 24 hours after receipt of the claim. You will be allowed at least 48 hours to provide the necessary information. You will be notified of the determination within 48 hours after the earlier of:

- *The plan's receipt of the requested information.*
- *The end of the period you were given in which to provide the information.*

If you do not provide the requested information within the specified timeframe, your claim will be decided without that information.

### Pre-Service Claims

You will be notified whether your pre-service claim has been approved or denied within a reasonable period of time appropriate to the medical circumstances involved, but in no event more than 15 days after the claim is received. The 15-day period may be extended an additional 15 days if the extension is necessary due to matters beyond the control of the plan and you are notified of the extension before the initial 15-day period expires. If the extension is required because you failed to submit information necessary to decide the claim, the extension notice will specifically describe the information needed to complete the claim. You will be given at least 45 days from the time you receive the notice to provide the requested information. The timeframe for deciding the claim will be suspended from the date the notice of extension is sent until the date on which you respond to the notice. If you provide the requested information within the specified timeframe, your claim will be decided within the time specified in the extension notice. If you do not provide the requested information within the specified timeframe, your claim will be decided without that information.

### Previously Approved Treatments

If the claims administrator previously approved an ongoing course of treatment that was to be provided over a period of time or that involved a specified number of treatments and you wish to extend the course of treatment beyond that which had been approved, you may request an extension. If the claim involves urgent care, you will be notified whether the extension has been approved or denied no more than 24 hours after your request for the extension is received, provided that you make such request at least 24 hours before the end of the previously approved period of time or before you received all of the previously approved treatments. If the request for an extension is made less than 24 hours before the expiration of the prescribed period of time or number of treatments, the request will be treated as a new urgent-care claim

85

1G053170001

and decided under the general timeframe applicable to urgent-care claims. If the claim does not involve urgent care, the extension request will be treated as a new pre-service claim and will be decided within the timeframe applicable to pre-service claims as described above.

If the claims administrator previously approved an ongoing course of treatment that was to be provided over a period of time or that involved a specified number of treatments, any decision by the plan to reduce or terminate that course of treatment (other than by plan amendment or termination) before the end of such period of time or before all approved treatments have been received will be considered a benefit denial. You will be notified sufficiently in advance of such reduction or termination to allow you to appeal and obtain a determination on the appeal before the benefit is reduced or terminated.

## Post-Service Claims

The applicable claims administrator will decide a post-service claim within a reasonable period of time, but not later than 30 days after the claim is received. This time period may be extended for an additional 15 days when necessary due to matters beyond the control of the claims administrator or if your claim is incomplete. You will be advised in writing of the need for an extension during the initial 30-day period and a determination will be made no more than 45 days after the date the claim was submitted. If the extension is needed because your claim is incomplete, the notice will specifically describe the information needed to complete the claim and you will be allowed 45 days from receipt of the notice to provide the information. The timeframe for deciding the claim will be suspended from the date the notice of extension is sent until the date on which you respond to such notice. If you provide the requested information within the specified timeframe, your claim will be decided within the time specified in the extension notice. If you do not provide the requested information within the specified timeframe, your claim will be decided without that information.

## If Your Claim Is Denied (Adverse Benefit Determination)

Any reduction of a claim is referred to as an Adverse Benefit Determination. An Adverse Benefit Determination is defined as a denial, reduction, termination of, or a failure to provide or make payment (in whole or in part) for a benefit. This includes any reduction or failure to make payment based on the determination of a claimant's eligibility. It also includes any reduction or failure to make payment resulting from the application of any Utilization Management provision.

The claims administrator will provide written or electronic notification of any adverse benefit determination. The notice will state, in a manner calculated to be understood by the claimant:

- ○ *The specific reason or reasons for the adverse determination, including the denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim.*

- ○ *Reference to the specific plan provisions on which the determination was based.*

- ○ *A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary.*

86

Liberty/Crespo 0788

1G053170001

○ *A description of the plan's review procedures, the right to submit written comments and have them considered and the time limits applicable to such procedures. This will include a statement of the claimant's right to bring a civil action under section 502 of ERISA following an adverse benefit determination on review.*

○ *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to any document (i) relied on in making the determination, (ii) submitted, considered or generated in the course of making the benefit determination, (iii) that demonstrates compliance with the administrative processes and safeguards required in making the determination, or (iv) constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment without regard to whether the statement was relied on.*

○ *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination and a copy will be provided free of charge to the claimant upon request.*

○ *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

○ *In the case of a denial of an urgent-care claim, a description of the expedited review process applicable to such claim.*

○ *A description of the Plan's external review process.*

○ *The availability of, and contact information for any ombudsman/assistance services under PHS Act section 2793.*

○ *Sufficient information to identify the claim denied, including the date of service, the healthcare provider, and the claim amount, if applicable, and a statement that the diagnosis code and its corresponding meaning and the treatment code and its corresponding meaning are available upon request to the claims administrator.*

## Appeals

### Internal Claims Appeals

When a claimant receives an adverse benefit determination, the claimant has 180 days following receipt of the notification in which to appeal the decision. Except in the case of an appeal involving an urgent-care claim, your appeal must be in writing. If you do not file an appeal within this time period, you will lose the right to appeal the determination.

The following is a description of how the plan processes its appeal reviews. The Ochsner Clinic Foundation Health and Welfare Plan Committee, as Plan Administrator, has designated Humana, Inc. as the fiduciary claims administrator for the OchsnerPlus medical plan for all appeal reviews, except for the post-service claim second level review.  Therefore, Humana, Inc. is the fiduciary with discretionary authority with respect to all OchsnerPlus appeal reviews except for the post-service claim second level review, and the Health and Welfare Plan Committee is the fiduciary with discretionary authority for the OchsnerPlus post-service claim second level review.

87

1G053170001

For OchsnerPlus medical claims appeals, direct your written appeal to the claims administrator at the following address:

>Ochsner Clinic Foundation
>Health and Welfare Benefit Plan
>c/o Humana, Inc., Inc.
>P. O. Box 14546
>Lexington, KY 40512-4546
>800-601-9372

The appeal should be in writing and include any comments, documents, records and other information relating to the claim.

### Expedited Procedures for Urgent-Care Claims

You may request an expedited appeal of a denial involving an urgent-care claim. This request may be oral or in writing. Under these expedited procedures, all necessary information, including the determination on appeal, may be transmitted to and from the claims administrator by telephone, facsimile or other available similarly expeditious method. The phone number for initiating an expedited appeal is provided above.

The period of time within which a benefit determination on review is required to be made will begin at the time an appeal is filed in accordance with the procedures of the plan. This timing is without regard to whether all the necessary information accompanies the filing.

### Determinations on Appeal

The timeframe for making a decision on the appeal depends on the type of claim.

### Urgent-Care Claims

The claims administrator will notify you of the determination on the appeal as soon as possible, taking into account the medical urgency of the situation, but in no event more than 72 hours after your appeal is received by the claims administrator.

### Pre-Service Claims

In the case of a pre-service claim, the administrator will review and decide your appeal within a reasonable period of time but in no event more than 30 days after your appeal is received.

### Post-Service Claims

The claims administrator will review and decide your appeal within a reasonable period of time but in no event more than 30 days after your appeal is received. If you are not satisfied with the claims administrator's decision, you have the right to file a second level appeal with the Ochsner Clinic Foundation Health and Welfare Plan Committee, in care of the appropriate claims administrator.  Your second level appeal request must be submitted within 60 days from

88

Liberty/Crespo 0790

1G053170001

receipt of the first level appeal decision and must be in writing.  The Health and Welfare Plan Committee will review and decide your appeal within 30 days of the date received.

**Review Considerations**

Regardless of the type of appeal submitted, the review will take into account all comments, documents, records and other information relating to the claim that you submit without regard to whether such information was submitted or considered in the initial benefit determination. The review will not give deference to the initial denial. In addition, the individual who decides your appeal will not be the same individual who initially decided your claim and will not be the individual's subordinate.

A health professional may be consulted in deciding your appeal, except that any health professional consulted in connection with your appeal will not have been involved in the initial benefit determination nor be a subordinate of the health professional who was involved.

Except in instances in which notice is provided pursuant to the expedited procedures for urgent-care appeals described earlier, you will be notified in writing of the decision on the appeal. If the decision upholds the denial of your claim, the notification will provide:

- *The specific reason or reasons for the adverse determination, including the denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim.*

- *Reference to the specific plan provisions on which the determination was based.*

- *A statement of the claimant's right to bring a civil action under section 502 of ERISA.*

- *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to any document (i) relied on in making the determination, (ii) submitted, considered or generated in the course of making the benefit determination, (iii) that demonstrates compliance with the administrative processes and safeguards required in making the determination, or (iv) constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment without regard to whether the statement was relied on.*

- *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol, or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination and a copy will be provided free of charge to the claimant upon request.*

- *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

- *A description of the Plan's external review process.*

- *The availability of, and contact information for any ombudsman/assistance services under PHS Act section 2793.*

Sufficient information to identify the claim denied, including the date of service, the healthcare provider, and the claim amount, if applicable, and a statement that the diagnosis code and its corresponding meaning and the treatment code and its corresponding meaning are available upon request.

89

1G053170001

No suit concerning the claim may be brought until the appeal process has been completed and the written decision on the appeal is received by the claimant, or the claimant has not been given a timely response to the appeal. The claimant has one year from that time to file suit (unless a longer period of time is provided in accordance with ERISA). Suit may not be brought after the one-year period has passed (unless a longer period of time is provided in accordance with ERISA).

**External Claims Appeals**

In cases where an OchsnerPlus medical claim denial is upheld in whole or in part through the internal appeals process above, you may request an external review of your claim. At this time, the external appeal review process is available only for claims that were denied due to medical judgment. Medical judgment includes determinations regarding medical necessity, appropriateness, health care setting, level of care or effectiveness of a covered benefit, or experimental or investigational treatment.

To file an external appeal, you must complete and submit the IRO request form provided with your denial letter to the claims administrator at the address shown below within four months of the date you received the final internal claim denial. This external review is administered by the Plan at no charge to you and the review will be performed by an external independent review organization (IRO).

Send your external appeal request to:

Humana Insurance Company
Grievance and Appeal Department
640 Eden Park Drive
Cincinnati, OH  45202

Within 5 days of receipt, the claims administrator will provide a preliminary review of the request to verify that your claim is eligible for an external review. If your claim is ineligible for external review, the claims administrator will provide you with a written notice within one business day explaining why your claim is ineligible for external review and will provide contact information to the Employee Benefit Security Administration. If your request is incomplete, a written notice will be provided identifying the information needed to complete your request and you will be provided 48 hours following receipt of the notification or the duration of the four month appeal request period, whichever is later, to perfect your claim.

If your request is found eligible for an external review, the claims administrator will refer your claim to an Independent Review Organization (IRO) as defined by law. Within five business days after making the referral, the claims administrator will provide the IRO with the documents the claims administrator considered in making its final appeal denial.

90

1G053170001

You will be provide at least 10 business days to submit additional information to the IRO. The IRO will provide any information received to the claims administrator to reconsider its determination. If the claims administrator does not reverse its determination, the IRO will consider the new information without regard to any determination by the claims administrator.

The IRO will review your claim and provide written notification to you and the claims administrator within 45 days of receipt of the external appeal request. If the appeal is denied the notice will provide explanatory information as required by law. If your appeal is approved, the claims administrator must immediately provide coverage or payment for the claim.

### Expedited External Appeals Procedures for Urgent Claims

If you receive an internal claim appeal denial and you have a condition for which the timeframe for completing an expedited internal appeal would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and (i) you have submitted a request for an expedited internal appeal or (ii) your final internal appeal concerns admission, availability of care, continued stay or service for which you received emergency services, but have not been discharged from a facility, you may request an expedited external appeal. You may request the expedited external appeal review by phone, facsimile or in writing and should be submitted to the appropriate claims administrator.

The claims administrator will review the request and immediately notify you if your request is ineligible or incomplete. If ineligible, you will be provided the reason for ineligibility. If your claims is found incomplete, you will be notified of the information needed to complete your request. If your expedited appeal request is eligible for review, the claims administrator will immediately refer the claim and provide all necessary documents to the IRO for review. The IRO will notify you and the claims administrator of the decision as soon as possible, but no later than 72 hours following its receipt of your request. If the notice is not initially provided in writing, the IRO will send a written notice within 48 hours following the date of its determination.

### IRO Review

The IRO will perform an independent review of your claim and will not be bound by any decisions or conclusion reached during the plans internal claims review and appeals process. The IRO will consider:

- *Medical records*
- *Attending physician recommendations*
- *Reports from appropriate health care professionals*
- *Documents submitted by the plan and the claimant*
- *The Plan document and SPD*
- *Appropriate practice guidelines which must include evidence based standards or other developed by the Federal government, national or professional medical societies, boards and associations*

Liberty/Crespo 0793

1G053170001

  ○ *Applicable clinical review criteria developed and used by the plan unless inconsistent with the term of the plan or applicable law*

  ○ *The opinion of the IRO's clinical reviewer(s)*

The decision by the IRO is final, except to the extent that other remedies may be available under State or Federal law to either the Plan or to the claimant.

**Designation of an Authorized Representative**

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. Generally, this authorization must be in writing and signed by you; however, in the case of an urgent-care claim, a physician or other health care professional who is licensed, accredited or certified to perform specified health services consistent with state law and who has knowledge of your medical condition will be acknowledged as your authorized representative even if no written designation is submitted. Any reference in these claims procedures to "you" or "claimant" is intended to include your authorized representative.
An assignment to a health care provider for purposes of payment does not constitute appointment of an authorized representative under these claims procedures.

## *Definitions*

***Ambulatory surgical center*** – Any public or private establishment with an organized medical staff of physicians, permanent facilities that are equipped and operated primarily for performing surgical procedures, continuous services by doctors and registered nurses whenever a patient is in the facility, and which does not provide services or other accommodations for patients to stay overnight.

***Cosmetic treatment*** – Services or supplies that are intended to improve the appearance of the patient or preserve or restore a pleasing appearance or to treat or repair complications of a prior non-covered cosmetic service, treatment or supply. Cosmetic treatment does not mean surgery that is intended to correct normal function of the body.

***Custodial care*** – Care in an inpatient or outpatient setting that is needed to protect or maintain a stable level of functioning for a patient whose general condition and physical findings remain substantially constant, and where, in the opinion of the attending physician or Utilization Management Program, no improvement is expected. Such care is custodial even if the level of maintenance care requires the service of skilled health professionals.

***Dentist*** – A doctor of dental surgery (D.D.S.) or a doctor of dental medicine (D.M.D.) who is legally qualified and licensed to practice dentistry at the time and place dental care is performed.

***Disposable medical equipment*** – Ostomy supplies.

92

Liberty/Crespo 0794

1G053170001

***Durable medical equipment*** – Equipment that meets all of the following requirements:

- *It can withstand repeated use.*
- *It is primarily and customarily used in the therapeutic treatment of illness or injury.*
- *It is generally not useful to a person in the absence of illness or injury.*
- *It is appropriate for use in the home.*
- *It is not primarily a device for enhancing the environmental setting in which the patient is placed, or for altering air quality or temperature.*
- *It is not primarily for the convenience of the person caring for the patient.*
- *It is not used for exercise or training.*

***Emergency*** – The sudden, acute and unexpected onset of a medical condition, which if not treated immediately, could cause death or serious damage to a bodily function.

***Experimental or investigational services*** – Health services that have not been clearly shown to be effective, or that have not become part of standard medical practice. The plan's decision as to whether a service is experimental will be made based on one or more of the following:

- *Whether the procedure or treatment is commonly performed on a widespread geographic basis.*
- *Whether the treatment is commonly accepted by the medical profession and has received the final level of approval by the governing body regulating the treatment.*
- *The failure rate and side effects of the treatment or procedure.*
- *Whether other, more conventional methods of treatment have been exhausted.*
- *Whether Medicare, Medicaid and other insurers and self-funded plans recognize the procedure or treatment for reimbursement.*
- *Whether the plan's stop loss reinsurance carrier recognizes the procedure or treatment for reimbursement.*

Procedures in question for their experimental or investigational nature will be reviewed by appropriate members of the medical profession for recommendation. Final decisions regarding coverage under the plan will be at the sole discretion of the Health and Welfare Plan Committee.

***Extended care facility*** – Only an institution, other than a hospital, that is licensed as an extended care facility and meets all the following requirements:

- *It maintains permanent and full-time facilities for bed care of 10 or more resident patients.*
- *It has available, at all times, the services of a physician.*
- *It has a registered nurse or physician employed on a full-time basis (at least eight hours a day) in charge of patient care, and one or more registered nurses or licensed practical nurses on duty 24 hours a day.*
- *It maintains a daily medical record for each patient.*
- *It is primarily engaged in providing continuous skilled nursing care for sick or injured persons during the convalescent stage of their illness or injuries and is not, other than incidentally, a rest home or a home for custodial care or for the aged.*
- *It is operating lawfully as a nursing home in the jurisdiction where it is located.*

93

Liberty/Crespo 0795

1G053170001

In no event, however, will this term include an institution primarily engaged in the care and treatment of drug addiction or alcohol dependency.

***Home health agency*** – An agency or organization that fully meets all of the following requirements:

○ *It is primarily engaged in and, where required, duly licensed by the appropriate licensing authority to provide skilled nursing services and other therapeutic services.*

○ *It has policies established by a professional group associated with the agency or organization. This professional group must include at least one physician and at least one registered nurse (RN) to govern the services provided and it must provide for full-time supervision of such services by a physician or RN.*

○ *It maintains a complete medical record on each patient.*

○ *It has a full-time administrator.*

***Hospice agency*** – A public or private agency or organization that administers and provides a hospice care program and is one of the following:

○ *Licensed or certified as such by the state in which it is located.*

○ *Certified (or is qualified and could be certified) to participate as such under Medicare.*

○ *Accredited as such by the Joint Commission.*

○ *Meets the standards established by the National Hospice Organization.*

***Hospice care program*** – A coordinated, interdisciplinary program to meet the physical, psychological and social needs of terminally ill persons and their families. The hospice care program must meet these needs by providing pain-controlling and supportive medical, nursing and other health services through care at home or inpatient care during the illness or bereavement.

***Hospital*** – An institution licensed by the state in which it operates and meets all of the following:

○ *It has a governing board legally responsible for the conduct of the institution.*

○ *It has an administrator with whom the governing authority delegates the full-time responsibility for the operation of the institution in accordance with established policy.*

○ *It has an organized medical staff to which the governing authority delegates responsibility for maintaining proper standards of surgical and medical care.*

○ *Current and complete medical records of each patient.*

○ *Pharmacy, diagnostic X-ray, clinical laboratory and anatomical pathology and operating room services with facilities and staff for a variety of procedures.*

○ *Food service meeting the nutritional requirements of the patient.*

94

Liberty/Crespo 0796

1G053170001

The term "Hospital" also means an institution which, for compensation from its patients:

- *Is primarily engaged in providing diagnostic and therapeutic facilities for the surgical and medical diagnosis, treatment and care of injured and sick persons by or under the supervision of a staff of physicians who are licensed to practice medicine.*

- *Provides 24-hour-a-day nursing service by registered graduate nurses, except that benefits for psychiatric disorders, mental or nervous conditions, alcoholism, drug dependency or the medical complications of mental illness or mental retardation will not be denied because of a confinement in a particular facility if the facility has a bona fide arrangement with a hospital that has facilities for operative surgery on the premises or is licensed in accordance with the appropriate legally authorized agency and which, as a regular practice, charges the patient for the expense of confinement.*

**Illness** – A non-occupational illness or disease which results in loss covered by the plan. This term includes pregnancy, mental and nervous disorders and substance abuse.

**Injury** – A non-occupational condition that results independently of an illness and is a result of an externally violent force or accident.

**Medically Necessary/Medical Necessity** – A health care service or treatment which, as determined by the Utilization Management Program or other reviewing authority appointed by the plan:

- *Is required in connection with the therapeutic treatment of an illness or injury. Provided, however, that covered expenses incurred in connection with elective sterilization surgery, and routine wellness and family planning services listed as covered expenses will be deemed medically necessary to the extent that the other conditions of this item are met.*

- *Is appropriate and consistent with the diagnosis for the patient and which, in accordance with accepted medical standards, could not have been withheld without adversely affecting the patient's condition or the quality of health services rendered.*

- *As to inpatient care, could not have been provided in a physician's office, the outpatient department of a hospital or a nonresident facility without adversely affecting the patient's condition of the quality of health services rendered.*

**Mental or nervous condition** – means a mental illness or other nervous disorder classified as such by the International Classification of Diseases Manual or other diagnostic manuals widely accepted within the medical profession.

**Physician** – The following providers licensed in the state in which the treatment is received and practicing lawfully in his/her respective field:

- 
- *Doctor of medicine (M.D.)*
- *Doctor of podiatry (D.P.M.)*
- *A board certified psychologist or psychiatric social worker for the purposes for mental health/substance abut provisions of this plan*

The term physician will not include interns, residents, fellows or others enrolled in a residency training program.

95

Liberty/Crespo 0797

1G053170001

**Primary care physician** – The following providers will be considered primary care physicians (PCP) under this plan:

- Family practitioners
- Pediatricians
- Internists
- General practitioners
- Nurse practitioners
- Obstetrician/gynecalagist
- Psychiatrist/Psychalagist
- Registered nurse specialist

**Qualified speech therapist** – An individual or institution (or part of an institution) that is licensed to provide speech therapy by the jurisdiction where the services are performed, if such licensing is required in such jurisdiction, or in the absence of such licensing requirements, such therapist is certified, in the case of an individual, by the American Speech and Hearing Association, or in the case of an institutional program, by the National Association of Speech and Hearing Agencies.

**Second surgical apinian** – A consulting opinion and the directly related diagnostic services by a physician, who is either a fellow of the American College of Surgeons or a diplomat of the College of Surgeons, to confirm the need for recommended elective surgery.

**Specialist** – Any licensed provider who does not meet the definition of a primary care physician.

**Substance abuse** – The uncontrollable or excessive use of addictive substances and the resultant physiological and/or psychological dependency that develops with continued use, requiring care as determined by a physician. Addictive substances include, but will not be limited to, alcohol, morphine, cocaine, opium and other barbiturates and amphetamines.

96

Liberty/Crespo 0798

1G053170001

# PRESCRIPTION DRUG BENEFITS

97

Liberty/Crespo 0799

1G053170001

# PRESCRIPTION DRUG BENEFITS

If you enroll for OchsnerPlus medical coverage, you automatically receive prescription drug benefits administered by Humana Pharmacy Solutions. This program consists of a three-tier formulary drug program. A formulary is a list of safe and effective FDA-approved brand-name prescription drugs. The plan covers the cost of certain generic and brand name medications after you pay an annual pharmacy deductible and applicable co-payment. The plan covers prescription drugs that can be legally obtained only by the written prescription of a physician or dentist and are dispensed according to the plan's formulary. Vitamin and mineral supplements and over-the-counter (OTC) medications are not covered, with the exception of prescribed prenatal vitamins, and OTC insulin and diabetic supplies.

Benefits are provided only for prescriptions obtained from Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club or CVS retail pharmacies, or the plan's mail-order service (RightSourceRx). Specialty medications must be filled through the Ochsner Pharmacy and Wellness.

## Prescription Drug Plan Highlights

The following chart provides a summary of your prescription drug benefits.

Note: If you are an Executive, Senior Physician, Part-time Senior Physician, Senior Professional Staff, Staff Physician or Professional Staff or Part-time Staff Physician or Part-time Professional Staff, your prescription drug co-pays differ slightly. Please refer to your SPD addendum for a description of the differences.

| OchsnerPlus Prescription Drug Plan Highlights Coverage is only available through Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club and CVS retail pharmacies, and the RightSourceRx mail-order pharmacy. | | |
|---|---|---|
| | Amount You Pay for Covered Services | |
| **Annual Deductible** | The Prescription Drug deductible is separate from, and in addition to, the annual medical plan deductible. | |
| Individual | $150.00 | |
| Family | $450.00 | |
| Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club or CVS retail pharmacies[1,3] | Your co-pay per prescription or refill for a 30-day supply Generic: $15 Preferred Brand: $30 Non-Preferred Brand: $50 | Your co-pay per prescription or refill for a 90-day supply Generic: $45 Preferred Brand: $90 Non-Preferred Brand: $150 |
| RightSourceRx mail-order Service[1,] | Your co-pay per prescription or refill for a 90-day supply Generic: $45 Preferred Brand: $90 Non-Preferred Brand: $150 | |

98

1G053170001



| **OchsnerPlus Prescription Drug Plan Highlights** Coverage is only available through Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club and CVS retail pharmacies, and the RightSourceRx mail-order pharmacy. | |
|---|---|
| | **Amount You Pay for Covered Services** |
| Specialty Medications[1,2] | Specialty medications and certain injectable medications are subject to the Non Preferred Brand co-pay tier and are limited to a 30 day fill.  These medications must be filled through Ochsner Pharmacy and Wellness. |
| [1]Certain medications may require prior authorization from Humana Pharmacy Solutions. No benefits are payable if prior authorization is required but not obtained. [2]Specialty medications and injectable drugs include self-administered injectable drugs. | |

## How the Prescription Drug Plan Works

The plan provides prescription drug benefits only through Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club and CVS retail pharmacies, and the RightSourceRx mail-order pharmacy.. If you need a specialty medication, it must be filled by Ochsner Pharmacy and Wellness.  No prescription drug benefits are payable for prescriptions received from any other pharmacy.

There are several advantages to using a Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club or CVS retail pharmacies, or the RightSourceRx mail-order pharmacy:

- *No claim filing requirements. These pharmacies file claims for you.*

- *Reduced out-of-pocket expenses. Using a narrow pharmacy network allows Humana buying power to purchase prescription drugs at a lower cost and pass the savings on to you. In most cases, you will pay less for your prescriptions from one of these pharmacies.*

- *Convenience. In addition to the local Ochsner Pharmacy and Wellness, CVS pharmacies are located near an Ochsner facility offering added convenience for you.*

- *Well known network of retail pharmacies. By including such major national chains as Wal-Mart/Sam's Club and CVS, locating a pharmacy is easy. Visit the Employee Benefits Ochweb page or your MyHumana page at www.humana.com to view the list of participating retail pharmacies.*

- *Specialty drug vendor. Ability to access Ochsner Pharmacy and Wellness to obtain certain high-cost and injectable medications that need special handling and member services.*

- *Immediate access to Ochsner's prescription drug plan provisions. This access allows the pharmacy to process your prescriptions accurately and quickly.*

Once you are enrolled in the OchsnerPlus medical plan, you will receive a combined ID card for your medical and prescription drug benefits.  Be sure to present your ID card each time you fill a prescription at a participating retail pharmacy. If you do not present your ID card at the time of purchase, you will pay the pharmacy the full retail price and submit the pharmacy receipt to Humana Pharmacy Solutions  at the following address:

99

Liberty/Crespo 0801

1G053170001

Humana Pharmacy Solutions
P.O. Box 14140
Lexington, KY 40512-4140
Customer Service Phone: 800-601-9372

You will be reimbursed according to the negotiated price for that prescription drug less your applicable co-pay. You will not be reimbursed for any amount you paid for the prescription that exceeds the negotiated price.

## Amount Paid By the Prescription Drug Plan

In general, after you have met your prescription drug deductible, charges for up to a 30-day or 90-day retail or 90-day mail order supply of covered prescription drugs will be reimbursed as shown in the *OchsnerPlus Prescription Drug Plan Highlights* chart.

### Annual Deductible

The annual prescription drug deductible is the amount that you and your covered dependents must pay each calendar year before the plan will pay prescription drug benefits.

**Note**: The annual prescription drug deductible is separate from and in addition to the annual medical deductible described earlier.

### Individual Deductible

The individual annual prescription drug deductible is $150 per covered individual.
The deductible applies to the covered prescription drug expenses incurred by each person during one calendar year, except as described below.

### Family Deductible

No more than three times the individual deductible amount needs to be satisfied in any one calendar year for all your family members combined.

### Co-pays or Co-payments

A co-pay or co-payment is a flat dollar amount that you pay each time you fill or refill a prescription drug. The co-pay applies to each 30-day or 90-day supply as shown in the *OchsnerPlus Prescription Drug Plan Highlights* chart.

If the dispensing pharmacy's charge is less than the co-payment, you will be responsible for the lesser amount.

100

Liberty/Crespo 0802

1G053170001

### Maintenance Medications

Maintenance medications are those that are taken for long periods of time, such as for asthma, high blood pressure, diabetes, heart disease, etc. You may fill your prescription for a maintenance medication at Ochsner Pharmacy and Wellness, Wal-Mart/Sam's Club or CVS retail pharmacies or through the RightSourceRx mail-order program..

### Generic Substitution Requirement

Your network pharmacist will dispense generic substitutes whenever available and legally permitted, unless your physician specifically indicates "dispense as written" on the prescription. (In this case, the prescription will be filled with the brand name drug, and as long as the drug is included in the plan's formulary, you will pay the applicable co-pay based on the drugs formulary status.)

If a brand name drug has a generic equivalent, but you choose an alternative, brand name drug for your prescription, you will pay the difference in cost between the brand and generic drug, plus the generic co-pay, provided the drug is included in the plan's formulary. If your physician prescribes a formulary or non-formulary drug, ask your network pharmacist to consult with your physician to discuss whether a generic or formulary drug may be substituted.

### Clinical Guidelines

Humana Pharmacy Solution's clinical department has developed clinical guidelines as part of the Ochsner prescription drug plan. The clinical guidelines are comprised of three components:

- Prior authorization
- Dispensing limits
- Specialty medications and certain injectable drugs

The purpose of the guidelines is to ensure that the prescription drug plan is efficient and effective and to help make sure that you receive the best possible medical results from the prescription drug therapy regimen prescribed by your physician. For example, certain medications require closer review to support the benefit to you. Medications subject to the prior authorization and dispensing limit provisions are typically expensive, have off-label uses (not approved by the FDA) or have the potential to be used inappropriately.

The clinical guidelines are not intended to delay obtaining any prescription and, if the required documents are provided by your physician in a timely manner, should be transparent to you.

Liberty/Crespo 0803

1G053170001

## Prior Authorization

Some prescription drugs may be subject to prior authorization. Before certain medications are dispensed to you, your physician is required to provide specific medical documentation to Humana Pharmacy Solutions to determine whether the medication:

- ○ *Meets the plan's definition of a covered prescription drug.*
- ○ *Is not experimental, investigational or unproven.*
- ○ *Is appropriate for the condition based on Medco clinical guidelines. These guidelines are based on clinical judgment and current medical literature.*

Your physician can provide the information on the prescription or call or fax the needed medical information to Humana Pharmacy Solutions. Network pharmacies will work with you and your physician to obtain this information as quickly as possible to reduce any potential delay in receiving your medication.

You are encouraged to call Humana Pharmacy Solutions Customer Service at the number shown on your prescription drug ID card or visit the Humana Pharmacy Solutions website at **www.myhumana.com** to obtain the most current information concerning medications requiring prior authorization.

If authorized, the prescription drug will be paid as shown in the *OchsnerPlus Prescription Drug Plan Highlights* chart. If a prescription drug is not authorized, the prescription drug will not be covered.

## Dispensing Limits

Some prescription drugs may be subject to dispensing limits. In general, these medications include those that have the potential to be abused, or for those medications that have been determined by the FDA to be safe only in limited amounts. Dispensing limits apply only to a limited number of drugs and are based on widely accepted clinical guidelines for safe use of these medications.

To verify if a prescription drug has dispensing limits, you should call the toll-free customer service phone number on the back of your ID card or visit the Humana Pharmacy Solutions website at **www.humana.com**.

## Specialty Medications

Specialty medications are those biotech and other oral and injectable prescription drug medications requiring special handling and member services. Examples of the medical conditions treated by these products include, but are not limited to:  rheumatoid arthritis, hepatitis C, immune deficiencies and multiple sclerosis.

102

Liberty/Crespo 0804

1G053170001

To determine which medications and injectables are subject to this provision and the procedures required to obtain them, you may call Humana Pharmacy Solutions toll-free customer service phone number on the back of your ID card or visit Humana's website at **www.humana.com**. Specialty medications must be filled by the Ochsner retail pharmacy.

### Step Therapy

Included in your pharmacy benefit plan design is a Preferred Drug Step Therapy program where some medications used to treat certain conditions will require the plan member to first try a generic, over-the-counter (OTC) or preferred brand before a targeted higher cost non-preferred brand.  To get more information on this program, contact Humana through the toll-free customer service number on the back of your ID card or through Humana's website at **www.myhumana.com**.

## *Covered Prescription Drugs*

In order for a prescription drug to be covered under this plan, the medication must be prescribed by a licensed physician, approved by the Food and Drug Administration for the purpose is was prescribed, and dispensed by a licensed pharmacist.

Prescription drug expenses covered under the prescription drug plan are not covered under any other provisions of this plan. Any amount in excess of the maximum amount provided under this benefit, if any, is not covered under any other provision in the plan.

Covered prescription drugs include:

- *Federal legend drugs: Any drug product that bears the legend, "Caution – Federal law prohibits dispensing without a prescription" provided that they are not specifically excluded.*

- *Compound medications: An extemporaneously prepared combination of two or more drug products containing at least one federal legend drug in a therapeutic amount.*

- *Oral, transdermal and introvaginal contraceptives. Contraceptive emergency kits for women up to age 18).*

- *Prescription drugs that are FDA approved and used for cosmetic reasons (e.g. Retin-A, Altinac, Avita (all forms) are covered only for covered individuals through age 35.*

- *Prenatal vitamins.*

- *Hemophilia factors.*

- *Emergency Allergic Kits (i.e., EpiPen, EpiPen Jr.).*

- *Substance Abuse Treatment (i.e., Antabuse, Campral).*

- *Prescription drugs when prescribed to treat infertility such as Clomiphene (i.e., Clomid, Serophene), Pergonal, Profasi, Pregnyl, Metrodin and Lutrepulse kit.  These medication are payable at 50% after the annual prescription drug deductible instead of the standard co-pay.*

- *Smoking cessation products: The drug plan covers only smoking cessation products/medications requiring a prescription from the physician. Examples of these prescription products include, but are not limited to:  Zyban, Nicotrol Nasal Spray, Inhaler or Transdermal, and Chantix.  If you purchase an over-the-counter product, you will pay the <u>full cost</u> of the item.  For retail or mail-order purchases you pay the generic co-pay for each 30 –day supply. The annual deductible does not apply to smoking cessation products.*

Liberty/Crespo 0805

1G053170001

○ *Sexual dysfunction agents (i.e., Viagra, Levitra, Cialis, Caverject, MUSE, Edex and similar agents).*

○ *The following insulin delivery services and diabetic supplies:*

- *Diabetic supplies purchased at a retail pharmacy that are pre-packaged with a day supply greater than 30 (up to 100) for a single retail co-pay*
- *Alcohol swabs*
- *Test strips*
- *Lancets*
- *Insulin*
- *Insulin syringes*
- *Novopen and other insulin autoinjectors and their needles*
- *Glucagon Emergency Kits*

## Prescription Drug Exclusions

### The Plan does not cover the following medications and supplies:

○ *Prescription drugs for the amount dispensed (days supply or quantity limit) that exceeds the supply limit.*

○ *Drugs which are prescribed dispensed or intended for use while you are an inpatient in a hospital, skilled nursing facility or other facility.*

○ *Experimental, investigational or unproven services and medications; medications used for non-FDA approved or unlabeled indications and/or dosage regimens determined by Medco to be experimental.*

○ *Initial fill or refill of a prescription more than one year from the date the prescription drug order was written or for more than the number of refills stated on the prescription drug order.*

○ *Refill request before 75 percent of the supply previously dispensed is used.*

○ *Prescription drugs furnished by the local, state or federal government.*

○ *Sexual dysfunction agents (i.e. Viagra, Levitra, Cialis, Caveriect, MUSE, Edex and similar agents).*

○ *Any prescription drugs to the extent payment or benefits are provided or available from the local, state or federal government (e.g., Medicare) whether or not payment or benefits are received, except as otherwise provided by law.*

○ *Prescription drugs for any condition, injury, illness or mental illness arising out of, or in the course of, employment for which benefits are available under any Workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received.*

○ *Drugs available over-the-counter that do not require a prescription order or refill by federal or state law before being dispensed (including vitamins), except as specifically listed as a covered prescription drug.*

○ *Prescription drugs that are FDA approved and used for hair growth such as Rogaine, Renova and Propecia.*

○ *Smoking cessation products that are available OTC (examples: Patches, Gum).*

○ *Therapeutic devices or appliances (i.e., pulma-aid pumps, minimed pumps).*

○ *Immunization agents, biological serum, vaccines or plasma/blood products (Except hemophilia factors).*

○ *Compounded drugs that do not contain at least one federal legend drug in a therapeutic amount.*

○ *Nutritional supplements.*

○ *Allergy Serums.*

○ *Any product dispensed for the purpose of appetite suppression and other weight loss products, e.g., Meridia and Xenical.*

○ *Vitamins (except for pre-natal vitamins), including those with fluoride.*

○ *Dental products, including fluoride preparations and dental rinses (e.g., Luride and Phos-Flur).*

104

Liberty/Crespo 0806

1G053170001

○   *Implantable insulin pumps and related products.*

○   *Injectable cosmetic drugs, such as Botox and Myobloc.*

○   *Androgens and Anabolic Steroids (injectables).*

○   *Durable Medical Equipment, therapeutic devices or appliances, including blood glucose monitoring machines.*

○   *Prescribed and non-prescribed outpatient supplies, other than the diabetic supplies specifically stated as covered.*

○   *Replacement of prescription drugs resulting from a lost, stolen, broken or destroyed prescription order or refill.*

○   *Unit dose packaging of prescription drugs unless it is the only packaging available.*

○   *New prescription drugs or new dosage forms that are determined to not be covered prescription drugs.*

○   *Prescription drugs for any condition, injury, illness or mental illness that is not covered under the OchsnerPlus medical plan.*

### Prescription Drug Rebates and Other Payments Made to Ochsner

Note that the amount paid by Humana Pharmacy Solutions to the dispensing pharmacy may not reflect the ultimate cost to Humana for the drug. Your co-payment is made on a per-prescription or refill basis and will not be adjusted if Humana Pharmacy Solutions or your employer receives any retrospective volume discounts or prescription drug rebates.

## *Payment of Benefits*

Benefits will be paid as soon as the written proof necessary to support the claim is received by the claims administrator. Payment is made directly to the provider.

Any benefits provided by this plan pursuant to a QMCSO or NMSN in reimbursement for expenses that have been paid by either an alternate recipient, as defined in Section 609(a)(2)(C) of ERISA, or by an alternate recipient's custodial parent or legal guardian will be paid to the person who paid such expenses. For this purpose, any payments made by the plan to an official of a State or a political subdivision thereof whose name and address have been substituted for that of an alternate recipient in a QMCSO will be treated as payment of benefits to the alternate recipient.

The plan will also pay benefits in accordance with Section 609(b) of ERISA, including requirements to recognize reimbursement and subrogation rights that a state may have with respect to individuals who are eligible for Medicaid benefits.

If any portion of a claim is not paid, or if you do not understand or do not agree with the handling of a claim, there are several things that you can do to appeal the decision. Most of your questions can be answered quickly and efficiently by either writing or calling the claims administrator at the address and telephone number found on your ID card.
Formal claim denial and claim review procedures for the prescription drug plan are set forth below. The term "claimant" refers to you, other covered individual making the claim, or the claimant's authorized representative.

105

Liberty/Crespo 0807

1G053170001

## *Prescription Drug Claim Procedures*

There are three types of claims for benefits under this plan and each is subject to different rules.

- ○ A *pre-service claim* is a claim for a benefit that requires prior approval under the terms of the plan, such as certain prescription drug authorizations performed by Humana Pharmacy Solutions. No benefits, eligibility or other plan requirements can or will be decided at this time. Benefits, eligibility and all other plan provisions will be applied at the time the complete post-service claim is received.

- ○ An *urgent-care claim* is a type of pre-service claim which, if the regular time periods for handling pre-service claims were followed, could either seriously jeopardize your life or health or your ability to regain maximum function, or would, in the opinion of a health care provider with knowledge of your condition, subject you to severe pain that could not be adequately managed without the care or treatment that is the subject of the claim.

- ○ A *post-service claim* is a request for plan benefits that does not require prior approval under the terms of the plan. A post-service claim involves a claim for payment or reimbursement for services already received by the claimant.

### Submitting Claims

A pre-service claim, including an urgent-care claim, will be considered submitted when the request for prior authorization is received by Humana Pharmacy Solutions.

If your request is submitted incorrectly, and if the request for prior approval was received by someone who customarily is responsible for handling benefit matters and the communication includes enough information to identify the claimant, the specific treatment, service or product for which approval is requested and the medical basis for the request, you or your health care provider will be notified of the appropriate claim filing procedures. Notice of an incorrectly submitted request will be provided to you or your provider no more than 24 hours (for urgent-care claims) or five calendar days (for all other pre-service claims) after the incorrectly submitted request is received. This notice may be verbal unless you request written notification.

A post-service claim is deemed to have been filed with the plan on the date it is received by Humana Pharmacy Solutions. You usually will not have to file a claim for reimbursement if you use participating pharmacies. You will only be required to pay the applicable deductible and/or co-pay. Participating pharmacies should handle the paperwork for you. However, if you receive a bill for participating pharmacy services, check with the pharmacy and the claims administrator to find out if a claim has been filed or if you need to submit the claim to the claims administrator yourself. If you use a Wal-Mart/Sam's Club, Preferred CVS or Ochsner retail pharmacy and their records do not show your eligibility correctly, or you fail to show your prescription drug ID card when filling a prescription, you may have to pay the full cost for the prescription and file a claim with Humana Pharmacy Solutions for reimbursement of the amount in excess of the co-pay.

106

Liberty/Crespo 0808

1G053170001

Completed prescription drug claim forms and itemized receipts should be sent to our prescription drug administrator:

> Humana Pharmacy Solutions
> P.O. Box 14140
> Lexington, KY 40512-4140
> Customer Service Phone: 800-601-9372

## Initial Claims Determinations

The following is a description of how the prescription drug plan processes its initial claims. The Ochsner Clinic Foundation Health and Welfare Plan Committee, as Plan Administrator, has designated Humana Pharmacy Solutions to be the fiduciary claims administrator for all initial claims determinations under the pharmacy program. In this capacity, Humana Pharmacy Solutions is the fiduciary with discretionary authority with respect to its initial claim determinations.

The times listed are maximum times only. A period of time begins at the time the claim is filed. Decisions will be made within a reasonable period appropriate to the circumstances. "Days" means calendar days.

The timeframes for making the initial decision regarding a claim and the procedures for notifying you about that decision depend on the type of claim.

## Urgent-Care Claims

You will be notified whether your urgent-care claim has been approved or denied as soon as possible, but in no event later than 72 hours after the claim is received. If more information is needed in order for a determination to be made, you will be advised of the specific information necessary to complete the claim within 24 hours after receipt of the claim. You will be allowed at least 48 hours to provide the necessary information. You will be notified of the determination within 48 hours after the earlier of:

- *The plan's receipt of the requested information.*
- *The end of the period you were given in which to provide the information.*

If you do not provide the requested information within the specified timeframe, your claim will be decided without that information.

## Pre-Service Claims

You will be notified whether your pre-service claim has been approved or denied within a reasonable period of time appropriate to the medical circumstances involved, but in no event more than 15 days after the claim is received. The 15-day period may be extended an additional 15 days if the extension is necessary due to matters beyond the control of the plan and you are

107

1G053170001

notified of the extension before the initial 15-day period expires. If the extension is required because you failed to submit information necessary to decide the claim, the extension notice will specifically describe the information needed to complete the claim. You will be given at least 45 days from the time you receive the notice to provide the requested information. The timeframe for deciding the claim will be suspended from the date the notice of extension is sent until the date on which you respond to the notice. If you provide the requested information within the specified timeframe, your claim will be decided within the time specified in the extension notice. If you do not provide the requested information within the specified timeframe, your claim will be decided without that information.

### Previously Approved Treatments

If the claims administrator previously approved an ongoing course of treatment that was to be provided over a period of time or that involved a specified number of treatments and you wish to extend the course of treatment beyond that which had been approved, you may request an extension. If the claim involves urgent care, you will be notified whether the extension has been approved or denied no more than 24 hours after your request for the extension is received, provided that you make such request at least 24 hours before the end of the previously approved period of time or before you received all of the previously approved treatments. If the request for an extension is made less than 24 hours before the expiration of the prescribed period of time or number of treatments, the request will be treated as a new urgent-care claim and decided under the general timeframe applicable to urgent-care claims. If the claim does not involve urgent care, the extension request will be treated as a new pre-service claim and will be decided within the timeframe applicable to pre-service claims as described above.

If the claims administrator previously approved an ongoing course of treatment that was to be provided over a period of time or that involved a specified number of treatments, any decision by the plan to reduce or terminate that course of treatment (other than by plan amendment or termination) before the end of such period of time or before all approved treatments have been received will be considered a benefit denial. You will be notified sufficiently in advance of such reduction or termination to allow you to appeal and obtain a determination on the appeal before the benefit is reduced or terminated.

### Post-Service Claims

The claims administrator will decide a post-service claim within a reasonable period of time, but not later than 30 days after the claim is received. This time period may be extended for an additional 15 days when necessary due to matters beyond the control of the claims administrator or if your claim is incomplete. You will be advised in writing of the need for an extension during the initial 30-day period and a determination will be made no more than 45 days after the date the claim was submitted. If the extension is needed because your claim is incomplete, the notice will specifically describe the information needed to complete the claim and you will be allowed 45 days from receipt of the notice to provide the information. The timeframe for deciding the claim will be suspended from the date the notice of extension is sent until the date on which you respond to such notice. If you provide the requested information within the specified timeframe, your claim will be decided within the time specified

108

Liberty/Crespo 0810

1G053170001

in the extension notice. If you do not provide the requested information within the specified timeframe, your claim will be decided without that information.

### If Your Claim Is Denied (Adverse Benefit Determination)

Any reduction of a claim is referred to as an Adverse Benefit Determination. An Adverse Benefit Determination is defined as a denial, reduction, termination of, or a failure to provide or make payment (in whole or in part) for a benefit. This includes any reduction or failure to make payment based on the determination of a claimant's eligibility. It also includes any reduction or failure to make payment resulting from the application of any Clinical Guidelines.

The claims administrator will provide written or electronic notification of any adverse benefit determination. The notice will state, in a manner calculated to be understood by the claimant:

- *The specific reason or reasons for the adverse determination, including the denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim.*

- *Reference to the specific plan provisions on which the determination was based.*

- *A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary.*

- *A description of the plan's review procedures, the right to submit written comments and have them considered and the time limits applicable to such procedures. This will include a statement of the claimant's right to bring a civil action under section 502 of ERISA following an adverse benefit determination on review.*

- *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to any document (i) relied on in making the determination, (ii) submitted, considered or generated in the course of making the benefit determination, (iii) that demonstrates compliance with the administrative processes and safeguards required in making the determination, or (iv) constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment without regard to whether the statement was relied on.*

- *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination and a copy will be provided free of charge to the claimant upon request.*

- *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

- *In the case of a denial of an urgent-care claim, a description of the expedited review process applicable to such claim.*

- *A description of the Plan's external review process.*

- *The availability of, and contact information for any ombudsman/assistance services under PHS Act section 2793.*

- *Sufficient information to identify the claim denied including the date of service, the healthcare provider, and the claim amount, if applicable, and a statement that the diagnosis code and its corresponding meaning and the treatment code and its corresponding meaning are available upon request to the claims administrator.*

109

Liberty/Crespo 0811

1G053170001

## Appeals

### Internal Claims Appeals

When a claimant receives an adverse benefit determination, the claimant has 180 days following receipt of the notification in which to appeal the decision. Except in the case of an appeal involving an urgent-care claim, your appeal must be in writing. If you do not file an appeal within this time period, you will lose the right to appeal the determination.

The following is a description of how the plan processes its appeal reviews. The Ochsner Clinic Foundation Health and Welfare Plan Committee, as Plan Administrator, has designated Humana Pharmacy Solutions as the fiduciary claims administrator for all appeal reviews under the pharmacy program, except for the post-service claim second level review.  Therefore, Humana Pharmacy Solutions  is the fiduciary with discretionary authority with respect to all pharmacy program appeal reviews except for the post-service claim second level review, and the Health and Welfare Plan Committee is the fiduciary with discretionary authority for the pharmacy program post-service claim second level review.

Direct your written appeal to the pharmacy claims  administrator  at the following address:

> Ochsner Clinic Foundation
> Health and Welfare Benefit Plan
> c/o Humana Pharmacy Solutions
> P.O. Box 14546
> Lexington, KY  40512-4546
> 800-601-9372

The appeal should be in writing and include any comments, documents, records and other information relating to the claim.

### Expedited Procedures for Urgent-Care Claims

You may request an expedited appeal of a denial involving an urgent-care claim. This request may be oral or in writing. Under these expedited procedures, all necessary information, including the determination on appeal, may be transmitted to and from the claims administrator by telephone, facsimile or other available similarly expeditious method. The phone number for initiating an expedited appeal is provided above.

The period of time within which a benefit determination on review is required to be made will begin at the time an appeal is filed in accordance with the procedures of the plan. This timing is without regard to whether all the necessary information accompanies the filing.

110

Liberty/Crespo 0812

1G053170001

### Determinations on Appeal

The timeframe for making a decision on the appeal depends on the type of claim.

### Urgent-Care Claims

The claims administrator will notify you of the determination on the appeal as soon as possible, taking into account the medical urgency of the situation, but in no event more than 72 hours after your appeal is received by the claims administrator.

### Pre-Service Claims

In the case of a pre-service claim, the claims administrator will review and decide your appeal within a reasonable period of time but in no event more than 30 days after your appeal is received.

### Post-Service Claims

The claims administrator will review and decide your appeal within a reasonable period of time but in no event more than 30 days after your appeal is received. If you are not satisfied with the claims administrator's decision, you have the right to file a second level appeal with the Ochsner Clinic Foundation Health and welfare Plan Committee, in care of Humana Pharmacy Solutions. Your second level appeal request must be submitted within 60 days from receipt of the first level appeal decision and must be in writing.  The Health and Welfare Plan Committee will review and decide your appeal within 30 days of the date received.

### Review Considerations

Regardless of the type of appeal submitted, the review will take into account all comments, documents, records and other information relating to the claim that you submit without regard to whether such information was submitted or considered in the initial benefit determination. The review will not give deference to the initial denial. In addition, the individual who decides your appeal will not be the same individual who initially decided your claim and will not be the individual's subordinate.

A health professional may be consulted in deciding your appeal, except that any health professional consulted in connection with your appeal will not have been involved in the initial benefit determination nor be a subordinate of the health professional who was involved.

Except in instances in which notice is provided pursuant to the expedited procedures for urgent-care appeals described earlier, you will be notified in writing of the decision on the appeal. If the decision upholds the denial of your claim, the notification will provide:

 ○ *The specific reason or reasons for the adverse determination, including the denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim.*

 ○ *Reference to the specific plan provisions on which the determination was based.*

111

Liberty/Crespo 0813

1G053170001

○ *A statement of the claimant's right to bring a civil action under section 502 of ERISA.*

○ *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to any document (i) relied on in making the determination, (ii) submitted, considered or generated in the course of making the benefit determination, (iii) that demonstrates compliance with the administrative processes and safeguards required in making the determination, or (iv) constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment without regard to whether the statement was relied on.*

○ *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol, or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination and a copy will be provided free of charge to the claimant upon request.*

○ *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

○ *A description of the Plan's external review process.*

○ *The availability of, and contact information for any ombudsman/assistance services under PHS Act section 2793.*

○ *Sufficient information to identify the claim denied including the date of service, the healthcare provider, and the claim amount, if applicable, and a statement that the diagnosis code and its corresponding meaning and the treatment code and its corresponding meaning are available upon request to the claims administrator.*

No suit concerning the claim may be brought until the appeal process has been completed and the written decision on the appeal is received by the claimant, or the claimant has not been given a timely response to the appeal. The claimant has one year from that time to file suit (unless a longer period of time is provided in accordance with ERISA). Suit may not be brought after the one-year period has passed (unless a longer period of time is provided in accordance with ERISA).

**External Claims Appeals**

In cases where a pharmacy claim denial is upheld in whole or in part through the internal appeals process above, you may request an external review of your claim. At this time the external appeal review process is available only for claims that were denied due to medical judgment. Medical judgment includes determinations regarding medical necessity, appropriateness, health care setting, level of care or effectiveness of a covered benefit, or experimental or investigational treatment.

To file an external appeal, you must submit a request, in writing, to the appropriate claims administrator at the address shown above within four months of the date you received the final internal claim denial. This external review is administered by the Plan at no charge to you and the review will be performed by an external independent review organization (IRO).

Within 5 days of receipt, the claims administrator will provide a preliminary review of the request to verify that your claim is eligible for an external review. If your claim is ineligible for external review, the claims administrator will provide you with a written notice within one business day explaining why your claim is ineligible for external review and will provide contact information to the Employee Benefit Security Administration. If your request is incomplete, a written notice will be provided identifying the information needed to complete your request

112

1G053170001

and you will be provided 48 hours following receipt of the notification or the duration of the four month appeal request period, whichever is later, to perfect your claim.

If your request is found eligible for an external review, the claims administrator will refer your claim to an Independent Review Organization (IRO) as defined by law. Within five business days after making the referral, the claims administrator will provide the IRO with the documents the claims administrator considered in making its final appeal denial.

You will be provide at least 10 business days to submit additional information to the IRO. The IRO will provide any information received to the claims administrator to reconsider its determination. If the claims administrator does not reverse its determination, the IRO will consider the new information without regard to any determination by the claims administrator.

The IRO will review your claim and provide written notification to you and the claims administrator within 45 days of receipt of the external appeal request. If the appeal is denied, the notice will provide explanatory information as required by law. If your appeal is approved, the claims administrator must immediately provide coverage or payment for the claim.

**Expedited External Appeals Procedures for Urgent Claims**

If you receive an internal claim appeal denial and you have a condition for which the timeframe for completing an expedited internal appeal would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and (i) you have submitted a request for an expedited internal appeal or (ii) your final internal appeal concerns admission, availability of care, continued stay or service for which you received emergency services, but have not been discharged from a facility, you may request an expedited external appeal. You may request the expedited external appeal review by phone, facsimile or in writing and should be submitted to the claims administrator.

The claims administrator will review the request and immediately notify you if your request in ineligible or incomplete. If ineligible, you will be provided the reason for ineligibility. If your claims is found incomplete, you will be notified of the information needed to complete your request. If your expedited appeal request is eligible for review, the claims administrator will immediately refer the claim and provide all necessary documents to the IRO for review. The IRO will notify you and the claims administrator of the decision as soon as possible, but no later than 72 hours following its receipt of your request. If the notice is not initially provided in writing, the IRO will send a written notice within 48 hours following the date of its determination.

113

Liberty/Crespo 0815

1G053170001

### IRO Review

The IRO will perform an independent review of your claim and will not be bound by any decisions or conclusion reached during the plans internal claims review and appeals process. The IRO will consider:

- Medical records
- Attending physician recommendotions
- Reports from appropriate health care professionals
- Documents submitted by the plan ond the claimant
- The Plon document ond SPD
- Appropriate proctice guidelines which must include evidence bosed standords or other developed by the Federol government, notionol or professional medical societies, boards and ossociations
- Applicoble clinicol review criterio developed and used by the plan unless inconsistent with the term of the plan or applicoble law
- The opinion of the IRO's clinical reviewer(s)

The decision by the IRO is final, except to the extent that other remedies may be available under State or Federal law to either the Plan or to the claimant.

### Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. Generally, this authorization must be in writing and signed by you; however, in the case of an urgent-care claim, a physician or other health care professional who is licensed, accredited or certified to perform specified health services consistent with state law and who has knowledge of your medical condition will be acknowledged as your authorized representative even if no written designation is submitted. Any reference in these claims procedures to "you" or "claimant" is intended to include your authorized representative.

An assignment to a health care provider for purposes of payment does not constitute appointment of an authorized representative under these claims procedures.

## *Prescription Drug Plan Definitions*

*Brand Name* – The name that appears in advertising.  This name is protected by a patent so that only one company can produce it.  However, after the patent expires other companies may manufacture a generic version that is just like the brand name drug and that follows U.S. Food and Drug Administration (FDA) rules for safety.

114

Liberty/Crespo 0816

1G053170001

***Experimental or Investigational Services*** – Medical, surgical, diagnostic, psychiatric, substance abuse or other health care services, technologies, supplies, treatments, procedures, drug therapies or devices that, at the time Medco makes a determination regarding coverage in a particular case, are determined to be any of the following:

○   *Not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use and not identified in the* <u>American Hospital Formulary Service</u> *or the* <u>United States Pharmacopoeia Dispensing Information</u> *as appropriate for the proposed use.*

○   *Subject to review and approval by any institutional review board for the proposed use.*

○   *The subject of an ongoing clinical trial that meets the definition of a Phase 1, 2 or 3 clinical trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight.*

If you have a life-threatening illness or condition (one which is likely to cause death within one year of the request for treatment) Humana Pharmacy Solutions may, in its discretion, determine that an Experimental or Investigational drug meets the definition of a covered prescription drug for that illness or condition. For this to take place, Humana Pharmacy Solutions must determine that the treatment is promising, but unproven, and the service uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

***Generic*** – A prescription drug whose patent has expired.  Other companies can produce and distribute the product under a name that is different from the original brand name.  A generic is essentially a chemical copy of the brand drug.  The color or shape may be different, but the active ingredients must be the same.  Your formulary lists only FDA-approved generic medications.  An example of a generic medication is atorvastatin, which is a generic equivalent of Lipitor. Generics are your lowest cost option. You should always ask your physician to prescribe a generic medication whenever possible.

***Non-preferred brand*** – A brand name drug that has **not** been selected by the plan to be included as a "Preferred" medication on the formulary. You will pay the highest co-pay for these medications.

***Preferred brand*** – A brand name drug that, according to the team of Humana Pharmacy Solutions pharmacists and physicians, provides the best results for the patient at the lowest cost. You will pay a lower co-pay when your doctor prescribes a drug that is "preferred" by the plan.

***Specialty Medication and certain Injectables*** – Includes high cost biotech and other oral and injectable medications that require special handling and member services.  Examples of these products include, but are not limited to: growth hormones, rheumatoid arthritis medications, interferons, erythroid stimulants, and myeloid stimulants.  These are considered Non-preferred drugs, have the highest co-payment and are limited to a 30 day supply.

115

Liberty/Crespo 0817

1G053170001

## *Medicare Part D*

If you have Medicare or will become eligible for Medicare in the next 12 months, Medicare Part D provides you with more choices regarding your prescription drug coverage. The following notice provides additional information.

### Notice of Medicare Part D Certificate of Creditable Coverage

Please read this notice carefully and keep it where you can find it. This notice has information about your current prescription drug coverage with Ochsner and about your options under Medicare's prescription drug coverage.  This information can help you decide whether or not you want to join a Medicare drug plan. If you are considering joining, you should compare your current coverage, including which drugs are covered at what cost, with the coverage and costs of the plans offering Medicare prescription drug coverage in your area.  Information about where you can get help to make decisions about your prescription drug coverage is at the end of this notice.

There are two important things you need to know about your current coverage and Medicare's prescription drug coverage:

- ○ Medicare prescription drug coverage became available in 2006 to everyone with Medicare. You can get this coverage if you join a Medicare Prescription Drug Plan or join a Medicare Advantage Plan (like an HMO or PPO) that offers prescription drug coverage. All Medicare drug plans provide at least a standard level of coverage set by Medicare. Some plans may also offer more coverage for a higher monthly premium.

- ○ Ochsner has determined that the prescription drug coverage offered by Ochsner through Humana Pharmacy Solutions is, on average for all plan participants, expected to pay out as much as the standard Medicare prescription drug coverage pays and is considered Creditable Coverage.  Because your existing coverage is Creditable Coverage, you can keep this coverage and not pay a higher premium (a penalty) if you later decide to join a Medicare drug plan.

You can join a Medicare drug plan when you first become eligible for Medicare and each year from October 15th through December 7th. However, if you lose your current creditable prescription drug coverage, through no fault of your own, you will also be eligible for a two (2) month Special Enrollment Period (SEP) to join a Medicare drug plan.

If you remain covered as an active employee and enroll in a Medicare Part D Plan, the OchsnerPlus plan will continue to be the primary payer and Medicare Part D will be secondary.

If you decide to join a Medicare drug plan and drop your Ochsner medical coverage that includes prescription drug coverage through Humana Pharmacy Solutions, be aware that you and your dependents cannot get this coverage back unless you are still an active employee and you enroll during open enrollment or because you experience a qualifying change in status

116

Liberty/Crespo 0818

1G053170001

event. Please contact the HR Employee Service Center for more information about what happens to your coverage if you enroll in a Medicare prescription drug plan.

You should also know that if you drop or lose your prescription drug coverage with Ochsner and do not join a Medicare drug plan within 63 continuous days after your current coverage ends, you may pay a higher premium (a penalty) to join a Medicare drug plan later.

If you go 63 continuous days or longer without creditable prescription drug coverage your monthly premium may go up by at least 1 percent of the Medicare base beneficiary premium per month for every month that you did not have that coverage. For example, if you go 19 months without creditable coverage, your premium may consistently be at least 19 percent higher than the Medicare base beneficiary premium. You may have to pay this higher premium (a penalty) as long as you have Medicare prescription drug coverage. In addition, you may have to wait until the following October to join.

For more information about this notice or your current prescription drug coverage contact the HR Employee Service Center at (504) 842-4748.

**Note**: You will receive this notice each year. You will also receive it before the next period you can join a Medicare drug plan, and if this coverage through Ochsner changes. You may also request a copy at any time.

More detailed information about Medicare plans that offer prescription drug coverage is in the "Medicare & You" handbook. You will get a copy of the handbook in the mail every year from Medicare. You may also be contacted directly by Medicare prescription drug plans.

You can get more information about Medicare prescription drug plans from the following sources:

- *Visit www.medicore.gov.*
- *Your State Health Insurance Assistance Program (see the inside back cover of your copy of the "Medicore & You" handbook for contact information) for personalized help.*
- *1-800-MEDICARE (1-800-633-4227). TTY users should coll 1-877-486-2048.*

If you have limited income and resources, extra help paying for Medicare prescription drug coverage is available. For more information about this extra help, go online to www.socialsecurity.gov or call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). You will need to submit a form verifying that you qualify for financial help.

Important Reminder: Keep this Creditable Coverage notice. If you decide to join one of the Medicare drug plans, you may be required to provide a copy of this notice when you join to show whether or not you have maintained creditable coverage and whether or not you are required to pay a higher premium (a penalty).

117

Liberty/Crespo 0819

1G053170001

# DENTAL COVERAGE

118

Liberty/Crespo 0820

1G053170001

# *DENTAL COVERAGE*

Ochsner provides dental benefits to help make dental health care more affordable for you and your family. You have two dental plans to choose from - both provide high-quality benefits. Or, you may decline coverage altogether. If you elect family dental coverage, you must cover eligible family members under the same option you choose for yourself.

Your dental coverage options are:

- *Humono Comprehensive PPO plon. Under this option the plon provides coverage for preventive and bosic dentol core but also provides coverage for mojor dental work and orthodontio for adults and children.*
- *Humono Preventive Plus PPO plon. This option is o lower cost bosic plon thot provides coverage only for preventive ond bosic core services.*

Under both options you will have access to Humana's network of preferred dental providers. You will generally pay less for dental work when you use a dentist who participates in Humana's dental PPO network.  In addition, both options are self-insured by Ochsner and Humana is the claims administrator.

However, there are differences in the covered services under the Comprehensive and Preventive Plus plans, so be sure to refer to the correct list covered expenses for the plan option you have chosen.

## *Ochsner Dental Plan Highlights*

| Ochsner Dental Plan Highlights | | |
|---|---|---|
| | Amount You Pay For Covered Services | |
| | Humana Comprehensive Dental PPO | Humana Preventive Plus Dental PPO |
| Annual Deductible<br><br>Individual<br>Family | (does not apply to preventive care or orthodontia)<br>$50<br>$150 | (does not apply to preventive care or orthodontia)<br>$50<br>$150 |
| **Annual Maximum Benefit** (per covered individual, does not apply to orthodontia) | $1,500 | $1,000 |
| **Orthodontia Lifetime Maximum** (per covered individual) | $1,250 | N/A |
| **Preventive Care** | $0 | $0 |
| **Basic Care** | 20% after deductible | 20% after deductible |
| **Major Care** | 50% after deductible | Not Covered |
| **Orthodontia** | 50% (for you, your covered spouse, and dependent children under age 26) | Not Covered |

119

Liberty/Crespo 0821

1G053170001

## *Humana Dental PPO Plans*

### How the Humana Dental PPO Plans Work

The Comprehensive plan provides coverage for preventive, basic, and major dental care and also provides orthodontia benefits. The Preventive Plus plan provides limited coverage for preventive and basic dental care expenses. Under either option, you may choose to receive care from any dentist; however, the benefits you receive from the plans vary depending on your choice of dental providers.

### Humana Dental PPO Plan Network Benefits

Under either plan option, you have the opportunity to use Humana's Dental PPO network. You may choose to use a network or non-network dentist each time you seek treatment. You do not have to select a network general dentist or receive a referral before seeking specialty treatment. If you choose to receive care from a Humana Dental PPO provider, the plan will generally pay a higher benefit, which means that your out-of-pocket costs will be less. To find a network dentist you can call Humana at 1-800-233-4013 or go online to www.humanadental.com. Select PPO, then enter your zip code. When prompted, select the PPO Tradtional/Preferred network.

### Non-PPO Benefits

You may choose to use a dental provider who is not a member of Humana's Dental PPO network, but you should know that this will increase your out-of-pocket costs. Although the plan covers the same percentage of covered charges whether you receive care from a network or non-network dentist, network dentists have agreed to limit their charges to Humana's contracted fees. This means that you will generally pay less in coinsurance (the percentage you pay) if you use a network dentist.

If you use a dentist who does not participate in Humana's Dental PPO network, benefits are based on Humana's network fee for that particular service. If your non-network dentist charges more than the Humana's allowance for a network dentist, you pay the difference between the allowance and the billed charge, in addition to your deductible and coinsurance percentage. This could result in a large out-of-pocket expense for you so it is to your advantage to use a network dentist whenever possible.

A list of dentists participating in Humana's Dental PPO network is available from Humana's website at www.humanadental.com.

120

Liberty/Crespo 0822

1G053170001

## *Amount Paid by the Plans*

### Annual Deductible

This deductible is the amount of covered dental expenses you (or your family if you have family coverage) must pay each year before benefits are payable from the plan. However, you do not have to satisfy a deductible for preventive care (see the *"Preventive Care – Class I Expenses"* section for details).

### Individual Annual Deductible

The annual deductible amount for individual coverage is $50.

### Family Annual Deductible

If you have family coverage, the deductible amount you are required to pay each year is limited to the sum of three individual annual deductibles, or $150. In other words, once you and all your covered family members combined have paid $150 towards your dental deductibles in one calendar year, you will not have to pay a deductible for any other family member for the rest of that year.

### Coinsurance

Coinsurance applies only to those expenses that are subject to the annual deductible ( the *"Ochsner Dental Plan Highlights"* chart). The coinsurance amount is the percentage you owe after the plan pays a percentage of your covered expenses. For example, if the plan pays 80 percent of a given expense, your coinsurance is 20 percent.

### Annual and Lifetime Maximum Benefits

The annual maximum benefit shown in the *Ochsner Dental Plan Highlights* chart reflects the maximum benefit payable by the plan for all covered charges (except orthodontia for the Comprehensive plan) per calendar year for each covered individual.

Orthodontia benefits are subject to a separate lifetime maximum benefit of $1,250 for each covered individual in the Comprehensive plan.

### Covered Comprehensive Plan Expenses

The plan covers the charges you or your covered dependents incur for the following services and supplies provided they are performed by or under the direction of a licensed dentist and are essential for the necessary care of the teeth. The coinsurance amount you pay for each type of service is provided in the *Ochsner Dental Plan Highlights* chart.

121

Liberty/Crespo 0823

1G053170001

### Preventive Care Expenses

○ *Routine oral examinations (limited to two per person in a calendar year)*

○ *Bitewing X-roys os port of o routine exom (limited to two charges per person in a calendar year)*

○ *Prophyloxis, i.e., cleoning (limited to two per person in o colendar year)*

○ *Full mouth X-roys, including o ponoramic X-roy, as part of o routine exom (limited to once every three yeors)*

○ *Topicol opplicotion of fluoride, excluding prophyloxis (limited to covered dependents under age 19 ond to one application per person in o calendar yeor)*

○ *Topical opplicotion of seolant, per tooth, on a posterior tooth (molar and bicuspid) (limited to one treatment per tooth in ony three colendor yeors)*

○ *Miscelloneous x-rays, including but not limited to periopicol x-roys*

○ *Fixed or removoble space maintainers, if used far the premature loss of o primory tooth*

○ *Emergency evoluotion ond  minor procedures for emergency palliotive treotment of dental pain, when no other definitive dental services ore performed*

○ *Prediognostic detection of abnormol cells (limited to one per colendor year)*

○ *Periodontol maintenonce procedures*

### Basic Care Expenses

○ *Composite fillings, one surface*

○ *Amalgam fillings, one surface*

○ *Stainless steel crowns*

○ *Anolgesia*

○ *Occlusal guards and odjustments, when done in conjunction with periodontal surgery*

○ *Root conal theropy – any X-roy, test, laboratory exam or follow up care is part of the ollowance for root canol theropy ond not o separote dental service*

○ *Periodontal splinting*

○ *Periodontal scaling and root plonning – entire mouth if performed within 3 months of periodontal surgery*

○ *Re-cement crowns, bridges, inlay, onlays and veneers*

○ *Routine extractions*

○ *Surgical removal of impocted teeth*

○ *General onesthesio ond IV sedotion, when necessory for dependents age 4 and younger or in conjunction with covered complex oral surgical procedures, as determined by Humano in terms of generally accepted dental stondords (local anesthesia for extractions and other oral surgery procedures are not separately reimbursed but are considered as part of the fee submitted for the surgery)*

122

Liberty/Crespo 0824

1G053170001

### Major Care Expenses

○ *Crowns, inlays and onlays. Includes installation, maintenance and repairs. Porcelain/ceramic/resin limited to the upper or lower anterior and bicuspid teeth. Replacement limited to once every 5 years*

○ *Post/core build-ups for crowns*

○ *Veneers including installation, maintenance and repairs (limited to the upper or lower anterior and bicuspid teeth). Replacement limited to once every 5 years*

○ *Complete (full) and partial dentures, upper or lower (includes 6 months post-installation core, maintenance and repairs)*

○ *Fixed or removable bridges (includes post/core build ups, maintenance and repairs)*

○ *Overdentures (includes 6 months post-installation core)*

○ *Denture reline or rebase but not within 6 months of the initial placement and not more than once every five years*

○ *Tissue conditioning, but not within 6 months of the initial placement and not more than once every five years*

### Prosthesis over Implant

A prosthetic device, supported by an implant or implant abutment is considered a covered expense, but any replacement is of such device is only considered a covered expense if the existing prosthesis is at least five calendar years old, is not serviceable and cannot be repaired.

### Orthodontia Expenses

○ *Orthodontic work-up including X-rays, diagnostic costs and treatment plan and the first month of active treatment (including all active treatment and retention appliances)*

○ *Fixed or removable appliances (only one appliance per person for tooth guidance and to control harmful habits)*

Payment for orthodontic treatment will be made in installments every three months. The first payment is 25 percent of the charge for the entire course of treatment when the appliance is installed. The rest of the charge is prorated over the estimated duration of treatment. These payments are made only for services performed while a person is covered. If a person's coverage or treatment ends, the payment for that period will be prorated but will not include expenses incurred after the termination date.

### Covered Preventive Plus Plan Expenses

The plan covers the charges you or your covered dependents incur for the following services and supplies provided they are performed by or under the direction of a licensed dentist and are essential for the necessary care of the teeth. The coinsurance amount you pay for each type of service is provided in the *Ochsner Dental Plan Highlights* chart.

123

1G053170001

## Preventive Care Expenses

○ *Routine oral examinations (limited to two per person in a calendar year)*

○ *Bitewing X-rays as part of a routine exam (limited to one charge per person in a calendar year)*

○ *Prophylaxis, i.e., cleaning (limited to two per person in a calendar year)*

○ *Full mouth X-rays, including a panoramic X-ray, as part of a routine exam (limited to once every five years)*

○ *Topical application of fluoride, excluding prophylaxis (limited to covered dependents under age 15 and to one application per person in a calendar year)*

○ *Topical application of sealant, per tooth, on a posterior tooth (molar) (limited to one treatment per tooth per lifetime)*

○ *Miscellaneous x-rays, including but not limited to periapical x-rays*

○ *Prediagnostic detection of abnormal cells (limited to individuals age 25 and older once per calendar year)*

○ *Emergency evaluation and  minor procedures for emergency palliative treatment of dental pain, when no other definitive dental services are performed*

## Basic Care Expenses

○ *Fixed or removable space maintainers, if used for the premature loss of a primary tooth*

○ *Appliance to correct a harmful habit (thumbsucking) (limited to dependents under age 15)*

○ *Composite fillings, one surface*

○ *Amalgam fillings, one surface*

○ *Analgesia*

○ *Routine non-surgical extractions*

○ *General anesthesia and IV sedation, when necessary for dependents age 4 and younger*

# *Exclusions and Limitations*

The following services are not covered by the dental plans:

○ *Services or supplies received before dental coverage starts under this plan*

○ *Services performed solely for cosmetic reasons such as porcelain on crowns, abutments or pontics on molar teeth, personalization or characterization or prosthetic devices, composite restoration on molar and/or bicuspid teeth, replacement of congenitally missing teeth.*

○ *Replacement of a lost or stolen appliance or duplicate appliance*

○ *Caries susceptibility testing, lab tests, anaerobic cultures, sensitivity testing*

○ *Sterilization/infection control fees*

○ *Fees for treatment by other than a dentist except that scaling or cleaning of teeth and topical application of fluoride may be performed by a licensed dental hygienist under the supervision and guidance of the dentist in accordance with generally accepted dental standards*

○ *Replacement of a bridge, crown or denture within five years after the date it was originally installed unless:*

▪ *Such replacement is made necessary by the placement of an original opposing full denture or the necessary extraction of natural teeth*

124

Liberty/Crespo 0826

1G053170001

- The bridge, crown or denture, while in the mouth, has been damaged beyond repair as a result of an injury received while a person is covered under the plan
- Any replacement of a bridge, crown or denture, which is or can be made useable according to common dental standards
- Procedures, appliances or restorations (except full dentures) whose main purpose is to:
  - Change vertical dimension
  - Diagnose or treat conditions or dysfunction of the tempormandibular joint
  - Stabilize periodontally involved teeth
  - Restore occlusion
- Porcelain or acrylic veneers of crowns or pontics on or replacing the upper and lower first, second and third molars
- Bite registrations, precision or semi-precision attachments or splinting
- Instruction for plaque control, oral hygiene and diet
- Dental services that do not meet common dental standards
- Taxes associated with dental services
- Services that are deemed to be medical services
- Services and supplies received from a hospital
- For or in connection with an injury arising out of, or in the course of, any employment for wage or profit
- For or in connection with a sickness which is covered under any Workers' Compensation or similar law
- For charges made by a hospital owned or operated by or which provides care or performs services for, the United States Government, if such charges are directly related to a military-service-connected condition
- Services or supplies received as the result of dental disease, defect or injury due to an act of war, declared or undeclared
- To the extent that payment is unlawful where the person resides when the expenses are incurred
- For charges the person is not legally required to pay
- For charges which would not have been made if the person had no coverage
- To the extent that billed charges exceed the rate of reimbursement as described in the Ochsner Dental Plan Highlights chart
- For charges for unnecessary care, treatment or surgery
- To the extent that you or any of your dependents is in any way paid or entitled to payment for those expenses by or through a public program, other than Medicaid
- For or in connection with experimental procedures or treatment methods not approved by the American Dental Association or the appropriate dental specialty society
- For services performed by a close relative — close relative means you and your spouse and you and your spouse's children, parents, grandparents, brothers, sisters, cousins, aunts and uncles (and their spouses)
- For expenses you or your dependents incur that are paid or payable under the mandatory part of any auto insurance policy written to comply with a "no-fault" insurance law or on uninsured or underinsured motorist insurance law

## Alternate Courses of Treatment

There is often more than one way to treat a dental condition. Different materials or procedures may be used to effectively treat the same problem. For example, often a tooth can be repaired with an amalgam filling or with a crown.

125

Liberty/Crespo 0827

1G053170001

The plans will only cover the most cost effective services and supplies that are appropriate and meet acceptable dental standards. You and your dentist may decide you want the more expensive treatment. If so, you must pay the difference in cost out of your own pocket.

It is important for you to request predetermination of benefits as described in the next section, so you know in advance how much the dental plans will pay for your treatment.

### Pre-treatment Estimate of Benefits

A pre-treatment estimate is a good idea if the total charges for a planned course of treatment are expected to be $200 or more. A pre-treatment estimate form should be completed and submitted to Humana prior to beginning treatment. If there is a major change in the treatment plan, a revised plan should be sent to Humana as soon as it is known. Through this procedure, you and your dentist will have an advance estimate of the portion of the cost that will be covered.

The treatment plan should detail the condition (including any applicable X-rays), the services the dentist plans to perform and the dentist's charges for those services. Humana will determine whether the treatment and the related expenses are appropriate and will furnish an estimate of the benefits payable to you and your dentist.

Pre-treatment estimate of benefits does not guarantee payment. Payment depends upon eligibility and coverage at the time the services are performed.

### Limits for Missing Teeth

Until coverage under the Comprehensive plan has been in effect for 24 continuous months, no benefits are payable for the replacement of teeth that were already missing when you or your dependent became covered by this plan. If you changed your coverage from the Humana Dental Preventive plan to the Humana Dental Comprehensive plan during the annual enrollment period, your coverage under the Humana Dental Preventive plan does not count toward satisfying the 24 months of coverage rule.

### Courses of Treatment in Progress When Coverage Begins

Benefits are paid only for covered dental expenses you or your dependents incur while covered by the dental plans. (Generally, a charge is considered to have been "incurred" on the date you receive the service or supply.) The plan will not cover a course of treatment already in progress on the date coverage begins. For example, the plan will not pay benefits for the following:

- *Fixed bridgework or full or partial dentures if the first impressions were taken or the abutment teeth were fully prepared before your coverage began*

- *A crown, inlay or onlay, if preparation of the tooth began before your coverage began*

- *For root canal therapy, if the pulp chamber was opened before your coverage began*

126

Liberty/Crespo 0828

1G053170001

## Coordination of Benefits

Your dental plan has a "coordination of benefits" provision, which means that if you or your dependents are covered under other group insurance programs, this plan will coordinate with the other plans so that the total benefits paid from all plans do not exceed 100 percent of your covered dental expenses. In addition, certain services may be covered under your medical plan. The medical plan would pay as primary and the dental plan would pay as secondary.

For an in-depth explanation of how coordination of benefits may affect your coverage, see the "*Coordinotion of Benefits*" section in the medical section of this SPD. The provisions discussed in that section apply to your dental coverage as well.

## Recovery of Third Party Claims

If you or a dependent incurs dental expenses as the result of an injury, illness or other dental condition for which a third party may be liable, the dental plans may advance payments for covered dental expenses. However, the plans retain the right to recover any advance payments from the proceeds of any settlement or judgment that you or your dependent receive from the liable third party, or may pursue the recover directly from the third party.

The medical section of this SPD contains a detailed explanation of the plan's recovery rights under the section called "*Recovery of Third Porty Cloims*." The provisions discussed there also apply to your dental coverage.

## When Coverage Ends

Your coverage under the dental plan options ends on the earliest of the following to occur:

○ *The date you are no longer in a class of employees eligible for coveroge, terminote, retire or otherwise no longer quolify for coverage.*

○ *The end of the period for which the required contribution for coverage was lost mode.*

○ *The date the policy is canceled.*

○ *The date thot a determination of fraud or misuse of dental services ond/or dental facilities is mode.*

Your dependent's coverage ends on the earliest of the following to occur:

○ *The date your coverage ends.*

○ *The dote on which o particular dependent becomes ineligible for coveroge or otherwise is no longer an eligible dependent.*

○ *The end of the period of coveroge for which you lost make the required contribution for dependent coverage.*

○ *The date the plan ends or dependent coverage is discontinued.*

○ *The date your dependent falsifies any informotion on a claim or attempts to defraud the plan.*

127

Liberty/Crespo 0829

1G053170001

## Continuation of Coverage

### Family and Medical Leave, Military Leave and COBRA Continuation of Coverage

As required by federal law, your dental plan includes provisions that allow you to continue dental coverage when it ends for certain reasons.

Continuation provisions are discussed in the *"Family and Medical Leave"*, *"Military Leave"* and *"Continuation Coverage under COBRA"* sections in the medical section of this SPD. These provisions apply to continuation of dental coverage as well.

## Payment of Benefits

Benefits will be paid once Humana receives any necessary written proof to support the claim. For services received from Humana PPO providers, payment is made directly to the provider. For other providers, payment will be made directly to the provider if you have assigned benefits.

If any portion of a claim is not paid, or if you do not understand or do not agree with the handling of a claim, you may call or write Humana at the address and telephone number shown on your ID card.

Because the dental plans are self-insured, the Ochsner Clinic Foundation Health and Welfare Plan Committee as Plan Administrator has appointed Humana to be the dental claims administrator. In this capacity, Humana is acting on behalf of the Plan Administrator for purposes of claims processing and review.

Formal claim submission, review and appeal procedures are shown in the following sections. The term "you" refers to you, other covered individual making the claim or the claimant's authorized representative.

## Dental Claims Procedures

### Submitting Claims

Humana network providers will file your claim for you. However, you will need to submit a claim form for dental treatment you receive from non-network providers. You can obtain claim forms from Humana's website or from the HR Employee Service Center. Claims should be submitted within one year of receiving treatment.

128

Liberty/Crespo 0830

1G053170001

The completed claim forms and itemized bills should be sent to the claims administrator:

> Humana Dental Claims Office
> P. O. Box 14611
> Lexington, KY  40512-4611
> Customer Service: 1-800-233-4013

## Initial Claims Determination

Humana will notify you of the claim payment determination within a reasonable period of time, but not later than 30 days after receiving the claim. However, if more time is needed to make a determination due to matters beyond Humana's control, Humana will notify you or your representative within 30 days after receiving the claim. This notice will include the date a determination can be expected, which will be no more than 45 days after receipt of the claim. If more time is needed because necessary information is missing from the claim, the notice will also specify what information is needed, and you or your authorized representative must provide the specified information within 45 days after receiving the notice. The determination period will be suspended on the date Humana sends such a notice of missing information, and resume on the date you or your representative responds to the notice.

## If Your Claim is Denied (Adverse Benefit Determination)

Every notice of an adverse benefit determination will be provided in writing or electronically, and will include all of the following that pertain to the determination:

- *The specific reason or reasons for the adverse determination.*

- *Reference to the specific plan provisions on which the determination is based.*

- *A description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary.*

- *A description of the plan's review procedures and the time limits applicable, including a statement of a claimant's rights to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.*

- *A statement that you are entitled to receive upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your claim, and an explanation of the scientific or clinical judgment for a determination that is based on a medical necessity, experimental treatment or other similar exclusion or limit.*

Liberty/Crespo 0831

1G053170001

## *Appeals*

### Claim Appeals

To initiate an appeal, you must submit a request for an appeal in writing to Humana at the following address within 180 days of receipt of a denial notice. If you do not file an appeal within this time period, you will lose the right to appeal the determination.

> Ochsner Clinic Foundation
> Health and Welfare Benefit Plan Administrator
> c/o Humana Dental Claims Office
> P.O. Box 14638
> Lexington, KY 40512-4638

You should state the reason why you feel your appeal should be approved and include any information supporting your appeal. If you request, you will be provided, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim. A document, record or other information is considered relevant if it:

- *Was relied upon in making the benefit determination.*
- *Was submitted, considered or generated in the course of making the benefit determination, without regard as to whether it was relied upon in making the benefit determination.*
- *Demonstrated compliance with the administrative processes and safeguards designed to ensure and to verify that benefit determinations are made in accordance with plan documents and plan provisions have been applied consistently with respect to all claimants.*
- *Constituted a statement of policy or guidance with respect to the plan concerning the denied treatment option of benefit.*

You may also request the plan to identify any medical, dental or vocational expert from whom it received advice in connection with your claim regardless of whether it relied on such advice in making the initial benefit determination.

### Determinations on Appeal

Most requests for a review will be conducted by the Ochsner Clinic Foundation Health and Welfare Plan Committee. The Committee review of your claim will be completed and you will be notified of its decision within 60 calendar days of receipt of your appeal. The decision by the Ochsner Clinic Foundation Health and Welfare Plan Committee is final.

All reviews will take into account all comments, documents, records and other information relating to the claim.

A Health or Dental professional may be consulted in deciding your appeal, except that any Health or Dental professional consulted in connection with your appeal will not have been involved in the initial benefit determination or be a subordinate of the health professional who was involved.

130

Liberty/Crespo 0832

1G053170001

If any appeal decision upholds the denial of your claim, the notification will provide:

- *The specific reason or reasons for the adverse determination.*
- *Reference to the specific plan provisions on which the determination is based.*
- *A statement of your right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.*
- *A statement that you are entitled to receive upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your claim, and an explanation of the scientific or clinical judgment for a determination that is based on a medical necessity, experimental treatment or other similar exclusion or limit.*

No suit concerning the claim may begin until the appeal process has been completed and you have received the written decision on the appeal, or you have not been given a timely response to your appeal. You have one year from that time to file suit (unless a longer period of time is provided in accordance with ERISA). Suit may not be brought after the one-year period passes (unless a longer period of time is provided in accordance with ERISA).

## Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. Generally, this authorization must be in writing and signed by you. Any reference in these claim procedures to "you" or "your" is intended to include your authorized representative.

An assignment to a health care provider for purposes of payment does not constitute appointment of an authorized representative under these claims procedures.

# Definitions

***Dentally necessary or dental necessity*** – The extent of care and treatment which is the generally accepted, proven and established practice by most dentists with similar experience and training where the service is provided.  To determine dental necessity, Humana may require preoperative dental x-rays and any other pertinent information to help determine if benefits are payable for the service submitted for consideration.

***Dentist*** – An individual who is duly licensed to practice dentistry or perform oral surgery in the state where the dental service is performed and is operating within the scope of that license.

131

Liberty/Crespo 0833

1G053170001

# VISION

132

Liberty/Crespo 0834

1G053170001

# *VISION COVERAGE*

Ochsner's vision benefits help make vision care more affordable for you and your family. You have the option to enroll yourself and/or your dependents, or you may decline coverage altogether.

Your HumanaVision Vision Care Plan coverage is insured. Under the program, you have the freedom to choose your vision care provider, however, you will receive greater benefits if you see a participating Humana Vision Care Plan provider or any Ochsner optometrist, ophthalmologist or optical shop. Note that these Ochsner vision care providers are considered participating Humana Vision Care Plan providers only for Ochsner employees and dependents; they will not appear in the Humana Vision Care Plan provider directory.

## *Ochsner Vision Plan Highlights*

| Ochsner Vision Plan Highlights | | |
|---|---|---|
| | Amount You Pay For Covered Services | |
| | Network Humana Vision Care Plan and Ochsner Vision Care Providers | Out-of-Network Providers |
| **EXAM** | | |
| Every 12 months based on date of service | | |
| With dilation as necessary | $10 | 100% after $35 allowance |
| **LENSES (Per pair)** | | |
| Every 12 months based on date of service (in lieu of contact lenses) | | |
| Single | $15 | 100% after $25 allowance |
| Bifocal | $15 | 100% after $40 allowance |
| Trifocal | $15 | 100% after $60 allowance |
| Lenticular | $15 | 100% after $100 allowance |
| **FRAMES** | | |
| Every 24 months based on date of service | | |
| | 100% after $45 wholesale allowance | 100% after $40 retail allowance |
| **CONTACT LENSES** | | |
| Every 12 months based on date of service (in lieu of eyeglass lenses and frames) | | |
| Elective (conventional and disposable)[1] | 100% after $110 allowance | 100% after $110 allowance |
| Medically Necessary | $0 | 100% after $210 allowance |
| [1]The contact lens allowance applies to professional services (evaluation and fitting fee) and materials. You will receive a 15% discount on in-network professional services. The discount for professional services is available for 12 months after the covered eye exam. | | |

133

Liberty/Crespo 0835

1G053170001

## *Humana Vision Care Plan*

### How the Humana Vision Care Plan Works

The vision plan provides coverage for vision exams, eyeglasses or contact lenses. You may choose to receive care from any vision care provider; however, the benefits you receive from the plans vary depending on your choice of vision providers.

### Humana Vision Care Plan Network Benefits

If you choose to receive your vision care from an Ochsner optometrist, ophthalmologist or optical shop or any other Humana Vision Care Plan network provider, identify yourself as a Humana Vision Care Plan member when you schedule your appointment and have your policy number handy. The provider will submit your claim directly to Humana. You will be required to pay your share of the cost – the applicable copayments, the cost of a frame above the network allowance and additional services such as tints, coated and/or progressive lenses – at the time of service. If you purchase contact lenses, you pay the amount of the cost in excess of the Humana allowance shown in the table above.

To locate an Ochsner vision care provider, visit www.ochsner.org/doctor and search for Ophthalmology & Optometry under Select A Service or call 504-842-3995. You can locate an Ochsner optical shop at www.ochsner.org/optical. To find other Humana Vision Care Plan providers, visit www.humanavisioncare.com or call Humana customer service at 866-537-0229.

### Non-Network Benefits

You may choose to use a vision provider who is not a member of Humana's Vision Care Plan network, but you should know that this will increase your out-of-pocket costs. You will need to pay for the services received and then submit a claim for reimbursement. Humana will then reimburse you for the charges (minus the copayments), up to the non-network maximum amount. For example, if you receive an eye examination from a non-network provider who charges $50, you will be reimbursed $35 ($50 less the $10 copayment and the amount over the $35 maximum allowance). You can obtain a claim form from the HR Service Center, the Humana website at www.humanavisioncare.com or from Humana customer service at 866-537-0229.

### Covered Vision Plan Services

The plan covers the charges you or your covered dependents incur for the following services and supplies provided they are performed by or under the direction of a licensed optometrist, ophthalmologist or optician as applicable. The amount you pay for each type of service is provided in the *Ochsner Vision Plan Highlights* chart.

134

Liberty/Crespo 0836

1G053170001

## Vision Examinations

You and your dependents are eligible for a comprehensive eye examination once in any 12 month period.  The exam will include:

- *A personal and family medical and ocular history*
- *Visual acuity (unaided or acuity with present correction)*
- *External exam*
- *Pupillary exam*
- *Visual field testing (confrontation)*
- *Internal exam (direct or indirect ophthalmoscopy recording cup disc ratio, blood vessel status and any abnormalities*
- *Biomicroscopy (i.e., cover test)*
- *Tonometry*
- *Refraction (with recorded visual acuity)*
- *Extra ocular muscle balance assessment*
- *Diagnosis and treatment plan*

## Lenses

You may receive one pair of prescription lenses once in any 12 month period.  This includes the prescribing and ordering of proper lenses and then verifying the accuracy of finished lenses. 5tandard polycarbonate lenses are available at no extra charge (above the lens copay) for dependents under 19.

## Frames

You may receive one new frame every 24 months, including assistance with selection and proper fitting and adjustments. The benefit for frames is based on a wholesale frame allowance.  If the wholesale cost of a frame exceeds the wholesale frame allowance, you will pay twice the wholesale difference.  This amount will generally still be less than the retail price. For example:

| Retail Price | Wholesale Price | Wholesale Allowance | You pay |
|---|---|---|---|
| $125 | $50 | $45 | $5 |
| $187.50 | $75 | $45 | $60 ($75-$45=$30x2) |

## Contact Lenses

The plan provides benefits for both elective and medically necessary contact lenses once every 12 months.

135

Liberty/Crespo 0837

1G053170001

<u>Necessary</u>

Contacts are considered necessary when they are prescribed for:

- *Following cataract surgery without introacular lens*
- *Extreme visual acuity problems not correctable with glasses*
- *Anisometropia greater than 5.00 diapters and aesthenopia or diplopia, with spectacles*
- *Keratoconus*
- *Monocular aphokia and/or binocular aphokia where the vision core provider certifies that contact lenses are medically necessary for safety and rehabilitation.*

To receive this benefit you must obtain prior authorization from Humana.

<u>Elective</u>

Contact lenses are considered elective when your vision could be corrected with glasses, but you choose contact lenses instead.  An allowance will be paid toward the contact lens evaluation and fitting costs in  lieu of lenses and frames.  In other words, you may receive one pair of glasses or contacts – not both – in a 12 month period.  You are also entitled to a 15% discount off the cost of evaluation and fitting services if you use a HumanaVision network provider and you receive these services within 12 months after a covered eye exam.

**Additional Discounts**

You can receive additional discounts for lens options including anti-reflective and scratch-resistant coatings.  A 20% retail discount is available for purchasing a second pair of eyeglasses within 12 months of a covered eye exam and from the same HumanaVision provider that provided the initial pair of eyeglasses.

Discounts are also available for LASIK procedures from selected facilities and providers.

## *Exclusions and Limitations*

The following services are not covered by the vision plan:

- *Services or supplies received before vision coverage starts under this plan*
- *Replacement of lenses and frames furnished under this plan that are lost or broken except at the norma intervals*
- *Blended lenses*
- *Progressive multifocal lenses*
- *Photochromatic lenses; tinted lenses, sunglasses (prescription and plano)*
- *Cooting of lenses*
- *Groove, Drill or Notch, and Roll and Polish lenses*
- *Orthoptic or vision training and any supplemental testing*

136

Liberty/Crespo 0838

1G053170001

- ○ *Two pairs of eyeglasses in lieu or bifocals, trifocals, or progressives*
- ○ *Medical or surgical treatment of the eyes*
- ○ *Any services or materials required os a condition of employment*
- ○ *Any injury or illness covered by any Workers' Compensotion or similor law*
- ○ *Subnormal vision oids, aniseikonic lenses or non-prescription lenses*
- ○ *Charges incurred after the policy ends or ofter coverage under this plon ends*
- ○ *Experimental or non-conventional treatment or device*
- ○ *Hi Index, aspheric ond non-aspheric styles*
- ○ *Oversized 61 ond above lenses*
- ○ *Cosmetic items*

## Coordination of Benefits

Your vision plan has a "coordination of benefits" provision, which means that if you or your dependents are covered under other group insurance programs, this plan will coordinate with the other plans so that the total benefits paid from all plans do not exceed 100 percent of your covered vision expenses.

For an in-depth explanation of how coordination of benefits may affect your coverage, see the *"Coordinotion of Benefits"* section in the medical section of this SPD. The provisions discussed in that section apply to your vision coverage as well.

## Recovery of Third Party Claims

If you or a dependent incurs vision expenses as the result of an accident, injury, illness or other vision condition for which a third party may be liable, the vision plans may advance payments for covered vision expenses. However, the plan retains the right to recover any advance payments from the proceeds of any settlement or judgment that you or your dependent receive from the liable third party, or may pursue the recover directly from the third party.

Contact Humana for more information on the provisions that apply to your vision coverage.

## When Coverage Ends

Your coverage under the vision plan options ends on the earliest of the following to occur:

- ○ *The date you ore no longer in o class of employees eligible for caverage, terminate, retire or otherwise na longer qualify for coveroge.*
- ○ *The end of the period for which the required contribution for coverage was last made.*
- ○ *The dote the policy is canceled.*

Liberty/Crespo 0839

1G053170001

○    *The date that a determination of fraud or misuse of vision services and/or vision facilities is made.*

Your dependent's coverage ends on the earliest of the following to occur:

○    *The date your coverage ends.*

○    *The date on which a particular dependent becomes ineligible for coverage or otherwise is no longer an eligible dependent.*

○    *The end of the period of coverage for which you last make the required contribution for dependent coverage.*

○    *The date the plan ends or dependent coverage is discontinued.*

○    *The date your dependent falsifies any information on a claim or attempts to defraud the plan.*

## *Continuation of Coverage*

### Vision Coverage After Retirement

You and your covered dependents will be eligible to continue vision coverage when you retire provided you are:

○    *age 55 or older with at least 10 years of service, or*

○    *age 65 or older with 5 or more years of service, and*

○    *all currently covered by OchsnerPlus, and*

○    *electing retiree medical coverage.*

You will be responsible for payment of the entire premium. Newly eligible retirees must elect coverage and pay the required cost within 31 days of retirement.

### Family and Medical Leave, Military Leave and COBRA Continuation of Coverage

As required by federal law, your vision plan includes provisions that allow you to continue vision coverage when it ends for certain reasons.

Continuation provisions are discussed in the *"Family and Medical Leave"*, *"Military Leave"* and *"Continuation Coverage under COBRA"* sections in the medical section of this SPD. These provisions apply to continuation of vision coverage as well.

## *Payment of Benefits*

Benefits will be paid once Humana receives any necessary written proof to support the claim. For services received from Ochsner Vision Care Providers and Humana Vision Care Plan providers, payment is made directly to the provider. For other providers, payment will be made to you.

138

Liberty/Crespo 0840

1G053170001

If any portion of a claim is not paid, or if you do not understand or do not agree with the handling of a claim, you may call or write Humana at the address and telephone number shown on your ID card.

Formal claim submission, review and appeal procedures are shown in the following sections. The term "you" refers to you, other covered individual making the claim or the claimant's authorized representative.

## Vision Claims Procedures

There are two types of claims for benefits under this plan and each is subject to different rules.

- ⊃ A *pre-service claim* is a claim for a benefit that requires prior approval under the terms of the plan, such as a request for certification of medical necessity for contact lenses. No benefits, eligibility or other plan requirements can or will be decided at this time. Benefits, eligibility and all other plan provisions will be applied at the time the complete post-service claim is received.

- ⊃ A *post-service claim* is a request for plan benefits that does not require prior approval under the terms of the plan. A post-service claim involves a claim for payment or reimbursement for services already received by the claimant.

### Submitting Claims

A pre-service claim, will be considered submitted when the request for prior authorization is received by Humana.

If your request is submitted incorrectly, and if the request for prior approval was received by someone who customarily is responsible for handling benefit matters and the communication includes enough information to identify the claimant, the specific treatment, service or product for which approval is requested and the medical basis for the request, you or your vision care provider will be notified of the appropriate claim filing procedures. Notice of an incorrectly submitted request will be provided to you or your provider no more than five calendar days after the incorrectly submitted request is received. This notice may be verbal unless you request written notification.

A post-service claim is deemed to have been filed with the plan on the date it is received by the insurance company. You will not have to file a claim for reimbursement if you use Ochsner vision care providers or Humana Vision Care Plan network providers. Network providers should handle the paperwork for you.

You will need to file a claim if you receive services or supplies from out-of-network providers. To file a claim, you should obtain a claim form from the HR Employee Service Center, the Humana website at www.humanavisioncare.com or from Humana customer service at 866-537-0229.  You will need to complete a separate claim form for each claim for which you are requesting reimbursement. Claims must be submitted within one year of receiving treatment.

139

Liberty/Crespo 0841

1G053170001

The completed claim forms and itemized bills should be sent to:

> HumanaDental
> P. O. Box 14311
> Lexington, KY 40512-4311
> Customer Service: 1-866-537-0229

## Initial Claims Determinations

The following is a description of how the plan processes its initial claims. The times listed are maximum times only. A period of time begins at the time the claim is filed. Decisions will be made within a reasonable period appropriate to the circumstances. "Days" means calendar days.

The timeframes for making the initial decision regarding a claim and the procedures for notifying you about that decision depend on the type of claim.

## Pre-Service Claims

You will be notified whether your pre-service claim has been approved or denied within a reasonable period of time appropriate to the medical circumstances involved, but in no event more than 15 days after the claim is received. The 15-day period may be extended an additional 15 days if the extension is necessary due to matters beyond the control of the plan and you are notified of the extension before the initial 15-day period expires. If the extension is required because you failed to submit information necessary to decide the claim, the extension notice will specifically describe the information needed to complete the claim. You will be given at least 45 days from the time you receive the notice to provide the requested information. The timeframe for deciding the claim will be suspended from the date the notice of extension is sent until the date on which you respond to the notice. If you provide the requested information within the specified timeframe, your claim will be decided within the time specified in the extension notice. If you do not provide the requested information within the specified timeframe, your claim will be decided without that information.

## Post-Service Claims

The applicable claims administrator will decide a post-service claim within a reasonable period of time, but not later than 30 days after the claim is received. This time period may be extended for an additional 15 days when necessary due to matters beyond the control of the claims administrator or if your claim is incomplete. You will be advised in writing of the need for an extension during the initial 30-day period and a determination will be made no more than 45 days after the date the claim was submitted. If the extension is needed because your claim is incomplete, the notice will specifically describe the information needed to complete the claim and you will be allowed 45 days from receipt of the notice to provide the information. The timeframe for deciding the claim will be suspended from the date the notice of extension is sent until the date on which you respond to such notice. If you provide the requested

140

Liberty/Crespo 0842

1G053170001

information within the specified timeframe, your claim will be decided within the time specified in the extension notice. If you do not provide the requested information within the specified timeframe, your claim will be decided without that information.

### If Your Claim Is Denied (Adverse Benefit Determination)

Any reduction of a claim is referred to as an Adverse Benefit Determination. An Adverse Benefit Determination is defined as a denial, reduction, termination of, or a failure to provide or make payment (in whole or in part) for a benefit. This includes any reduction or failure to make payment based on the determination of a claimant's eligibility.

Humana will provide written or electronic notification of any adverse benefit determination. The notice will state, in a manner calculated to be understood by the claimant:

- *The specific reason or reasons for the adverse determination, including the denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim.*

- *Reference to the specific plan provisions on which the determination was based.*

- *A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary.*

- *A description of the plan's review procedures, the right to submit written comments and have them considered and the time limits applicable to such procedures. This will include a statement of the claimant's right to bring a civil action under section 502 of ERISA following an adverse benefit determination on review.*

- *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to any document (i) relied on in making the determination, (ii) submitted, considered or generated in the course of making the benefit determination, (iii) that demonstrates compliance with the administrative processes and safeguards required in making the determination, or (iv) constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment without regard to whether the statement was relied on..*

- *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination and a copy will be provided free of charge to the claimant upon request.*

- *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

### Appeals

#### Internal Claims Appeals

When a claimant receives an adverse benefit determination, the claimant has 180 days following receipt of the notification in which to appeal the decision. Your appeal must be in writing. If you do not file an appeal within this time period, you will lose the right to appeal the determination.

141

Liberty/Crespo 0843

1G053170001

Send your written appeal to Humana at the following address:

Humana Vision Care
P. O. Box 14729
Lexington, KY 40512-4729
Customer Service: 1-866-537-0229

The appeal should include any comments, documents, records and other information relating to the claim.

### Determinations on Appeal

The timeframe for making a decision on the appeal depends on the type of claim.

### Pre-Service Claims

In the case of a pre-service claim, Humana will review and decide your appeal within a reasonable period of time but in no event more than 30 days after your appeal is received.

### Post-Service Claims

Humana will review and decide your appeal within a reasonable period of time but in no event more than 60 days after your appeal is received. This decision will be final.

### Review Considerations

Regardless of the type of appeal submitted, the review will take into account all comments, documents, records and other information relating to the claim that you submit without regard to whether such information was submitted or considered in the initial benefit determination. The review will not give deference to the initial denial. In addition, the individual who decides your appeal will not be the same individual who initially decided your claim and will not be the individual's subordinate.

A health professional may be consulted in deciding your appeal, except that any health professional consulted in connection with your appeal will not have been involved in the initial benefit determination nor be a subordinate of the health professional who was involved.

You will be notified in writing of the decision on the appeal. If the decision upholds the denial of your claim, the notification will provide:

- *The specific reason or reasons for the adverse determination, including the denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim.*
- *Reference to the specific plan provisions on which the determination was based.*
- *A statement of the claimant's right to bring a civil action under section 502 of ERISA.*

142

Liberty/Crespo 0844

1G053170001

- ○   *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to any document (i) relied on in making the determination, (ii) submitted, considered or generated in the course of making the benefit determination, (iii) that demonstrates compliance with the administrative processes and safeguards required in making the determination, or (iv) constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment without regard to whether the statement was relied on.*

- ○   *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol, or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination and a copy will be provided free of charge to the claimant upon request.*

- ○   *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

No suit concerning the claim may be brought until the appeal process has been completed and the written decision on the appeal is received by the claimant, or the claimant has not been given a timely response to the appeal. The claimant has one year from that time to file suit (unless a longer period of time is provided in accordance with ERISA). Suit may not be brought after the one-year period has passed (unless a longer period of time is provided in accordance with ERISA).

### Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. This authorization must be in writing and signed by you. Any reference in these claims procedures to "you" or "claimant" is intended to include your authorized representative. An assignment to a vision care provider for purposes of payment does not constitute appointment of an authorized representative under these claims procedures.

Liberty/Crespo 0845

1G053170001

# LIFE, AD&D and DEPENDENT LIFE COVERAGE

144

Liberty/Crespo 0846

1G053170001

# *LIFE, AD&D and DEPENDENT LIFE COVERAGE*

Ochsner provides you with life insurance and accidental death and dismemberment (AD&D) insurance to protect you and your family if you die or become seriously injured. The plan allows you to select the level of insurance you feel is appropriate to provide long-term financial security for your family or other beneficiary(ies). Both the life and AD&D portions of the Ochsner plan provide you with around-the-clock protection both on and off the job. In addition to choosing life and AD&D insurance for yourself, you may also purchase term life insurance and family AD&D coverage for your dependents at attractive group rates.

**Note**: If you are an Executive, Senior Physician, Senior Professional Staff, Staff Physician, Professional Staff, or Management, your benefits will differ. Refer to your addendum for specific benefit information.  Residents, Fellows and Assistant Professional Staff are eligible only for Basic term life as shown on your addendum.  Part-time Senior Physicians, Part-time Staff Physicians, Part-Time Professional Staff and Brent House employees are not eligible for this benefit.

Under the Ochsner plan, your life, AD&D and dependent life insurance coverage options include:

- **Ochsner paid Basic term life and matching AD&D insurance.** *Ochsner provides all eligible employees with basic term life and AD&D insurance equal to one-half their annual base pay or $10,000 whichever is greater at no cost to employees.*

- **Optional term life and matching AD&D insurance.** *You may choose to purchase optional term life and matching AD&D insurance. The amount you may purchase ranges from one-half of your annual base pay to 4½ times your annual base pay. You also have the option to decline coverage. **Note:** Part-time employees working less than 20 hours per week (40 hours per pay period) are not eligible for this benefit.*

- **Dependent term life insurance.** *You may choose to purchase dependent life insurance for your eligible dependents. There are seven different levels of dependent term life insurance coverage for your spouse ranging from $5,000 to $100,000, and three different levels of dependent term life insurance coverage for your children ranging from $2,500 to $10,000. You also have the option to decline dependent term life insurance coverage. **Note:** Part-time employees working less than 20 hours per week (40 hours per pay period) are not eligible for this benefit.*

- **Voluntary AD&D insurance.** *You may choose to purchase voluntary AD&D insurance for yourself. The amount you may purchase ranges from $100,000 to $500,000 (as long as the amount you elect does not exceed 10 times your annual base pay) or you may decline coverage. You may also elect voluntary AD&D insurance for your spouse and dependent children, provided you elect coverage for yourself. **Note:** Part-time employees working less than 20 hours per week (40 hours per pay period) are not eligible for this benefit.*

145

Liberty/Crespo 0847

## *Ochsner Basic and Optional Term Life and AD&D Insurance*

### Ochsner Paid Basic Term Life and AD&D Insurance

All eligible employees receive a basic amount of term life and matching AD&D insurance in the amount of one-half times annual base pay (rounded to the next higher multiple of $1,000) with a minimum of $10,000 at no cost to you.

Your Ochsner paid basic term life and matching AD&D insurance will become effective on the first day of the calendar month coincident with or next following one month of employment. However, if you are absent on the day coverage would normally begin, it will start as soon as you return to work.

### Optional Term Life and AD&D Insurance

You may purchase additional term life and matching AD&D coverage by paying the additional cost. Your optional term life and AD&D insurance is paid in addition to your basic term (Ochsner-paid) life and AD&D insurance. The plan offers a variety of options that provide different amounts of coverage calculated as a multiple of your annual base pay.

Your optional term life and AD&D insurance options are:

- *No coverage*
- *One-half times annual base pay*
- *One and one-half times annual base pay*
- *Two and one-half times annual base pay*
- *Three and one-half times annual base pay*
- *Four and one-half times annual base pay*

Your optional term life and AD&D insurance coverage will become effective on the first day of the calendar month coincident with or next following one month of employment, provided you have enrolled timely. If you are not actively at work on the day coverage would normally begin, it will start when you return to work. You will have the opportunity to change your coverage during the annual enrollment period and if you experience a qualified change in status. Refer to the *"General Provisions"* section for complete eligibility and enrollment rules.

Your coverage amount will be adjusted each January 1, based on your annual base pay as of the preceding October 1. For purposes of figuring the amount of your coverage, your annual base pay is multiplied before being rounded to the next higher $1,000 (unless it is already a multiple of $1,000). Your coverage for basic life insurance and optional life insurance are calculated separately then added together.  For example, if your annual base pay is $20,700 and you elect to purchase one and one-half times annual base pay optional term life insurance (in addition to the basic term life that Ochsner provides you at no cost), your total coverage would be equal to two times your annual base pay. To determine the amount of basic coverage, you would multiply your annual base pay of $20,700 by one-half and then round the result to the next

146

1G053170001

higher $1,000 or $11,000 ($20,700 x 0.5 = $10,350, rounded to $11,000). Your optional life benefit is calculated the same way: $20,700 x 1.5 = $31,050, rounded to $32,000. So, in this example, your total life insurance benefit and matching AD&D benefit would be $43,000 ($11,000 + $32,000 = $43,000).

### Minimum and Maximum Coverage

Regardless of the amount of your annual base pay, Ochsner provides a minimum basic term life benefit of $10,000 at no cost to you.

The maximum amount of life insurance you can elect when you are first eligible without providing evidence of insurability is $650,000. Coverage in excess of $650,000 will not become effective until the first day of the month following the date the insurance company approves the evidence. No one may be insured for more than $1,150,000 for basic and optional term life combined.

### If You Are Age 65 or Older

If you continue working for Ochsner after you reach age 65, your basic term life and AD&D insurance and your optional term life and AD&D insurance amounts will be reduced to a percentage of the original amount you chose, as shown in the following table.

| Basic and Optional Term Life and AD&D Age Reduction Schedule | |
|---|---|
| Age | Percent of Original Benefit Amount |
| 65 | 90% |
| 66 | 80% |
| 67 | 70% |
| 68 | 60% |
| 69 and older | 50% |

The reduction in your coverage will be made on the January 1 that coincides with or next follows the date you reach the specified age. For example, if your life insurance amount is $30,000 at age 64, your coverage amount will reduce to $27,000 on the January 1 that coincides with or follows your 65th birthday ($30,000 times 90 percent = $27,000). The benefit will further reduce to $24,000 on the January 1 that coincides with or follows your 66th birthday ($30,000 times 80 percent = $24,000). Your reduced amount will be rounded to the next higher $1,000 if not an exact multiple of $1,000. The same reductions will apply to your AD&D coverage. Premiums will be based on the reduced coverage amount.

### Changing Your Life and AD&D Insurance Coverage

You can change your optional term life and AD&D insurance coverage election during the annual enrollment period for the subsequent plan year. Your change will become effective on the following January 1.

147

Liberty/Crespo 0849

1G053170001

Your only other opportunity to make an election change will occur as the result of a qualified change in status according to IRS rules. See the "*General Provisions*" section of this SPD for an explanation of when you can change your coverage during the plan year. If you need to change your coverage, contact the HR Employee Service Center and complete and submit the appropriate forms within 31 days of the event. Election changes due to a change in status will generally become effective on the first day of the month that coincides with or next follows the date your new election is received by the HR Employee Service Center. However, if evidence of good health is required, any change will not become effective until the first day of the month following the date the insurance company has approved the evidence.

## Evidence of Insurability

If you want to increase coverage by more than one level, you will be required to provide evidence of insurability to the insurance company. Note that an increase from basic term life and AD&D insurance only to one-half times annual base pay optional term life and AD&D insurance is considered a one level change and does not require evidence of insurability.

You will also be required to provide evidence of insurability for any amount of basic and optional term life insurance over $650,000. Coverage in excess of this amount will not become effective until approved by the insurance company.

If you are approved, your new coverage amount will become effective on the first day of the month following the insurance company's approval. However, if you are not actively at work on the date the increased benefits would otherwise become effective, the increase will be delayed until you return to work.

## Amount Paid by the Ochsner Basic and Optional Term Life Insurance Plan

In the event of your death, the amount of your Ochsner basic and optional term life insurance amount will be paid to your beneficiary.

## Early Benefits for Terminal Illness — Accelerated Death Benefit

If you become terminally ill, you may choose to receive all or a portion of your Ochsner basic and/or optional term life insurance in advance of your death. This is called an "accelerated death benefit." You may choose to receive advance benefits from your Ochsner basic term life insurance, optional term life insurance or both. If you choose to receive advance benefits, the following conditions apply:

- *You must have at least $10,000 of life insurance coverage to be accelerated to qualify.*

- *You may elect to receive up to 100 percent of the life insurance amount you choose to accelerate, up to a maximum of $1,000,000.*

- *If you choose to receive less than 100% of your life insurance amount, the remaining benefit must be at least $25,000.*

- *You may apply for any remaining benefit at any time, provided you continue to be terminally ill and acceptable proof is provided to the insurance company.*

148

Liberty/Crespo 0850

1G053170001

- ○ *You have not assigned the life insurance to be accelerated.*
- ○ *Your physician must certify that you are terminally ill. The insurance company may require an examination or second opinion. Terminal illness means a condition caused by illness or accident which is expected to end in your death within twelve months.*
- ○ *Any remaining part of your life insurance will be paid to your beneficiary when you die.*
- ○ *You must properly complete and submit the forms required by the insurance company.*

The insurance policy contains certain other conditions that apply to this benefit. Contact the HR Employee Service Center for more information.

### Amount Paid by the Ochsner Basic and Optional AD&D Plan

Your AD&D benefit is equal to the amount of your basic and optional term life insurance. If you die as the result of an accident, the AD&D benefit is in addition to the benefit paid by your term life insurance.  No one can be insured as a dependent of more than one employee and you cannot cover your spouse as a dependent if he or she is already covered as an employee. Dependents that are eligible for coverage under the plan are shown in the *"General Provisions"* section of this SPD.

If you die or suffer paralysis or the loss of a limb, sight, hearing or speech as a result of and within 12 months of a covered accident, the AD&D portion of the plan will pay a benefit amount according to the following table.

| Ochsner Basic and Optional AD&D Loss Schedule | |
|---|---|
| **Type of Loss** | **Plan Pays** |
| Life | 100% |
| Both hands, both feet, sight of both eyes or any combination | 100% |
| Loss of speech and hearing | 100% |
| Quadriplegia | 100% |
| One arm or one leg | 75% |
| One hand, one foot or sight of one eye | 50% |
| Speech or hearing | 50% |
| Paraplegia | 50% |
| Hemiplegia | 50% |
| Thumb and index finger of one hand | 25% |
| Uniplegia | 25% |
| Brain damage | 100% |
| Coma | 1% monthly for up to 60 months |

149

Liberty/Crespo 0851

1G053170001

Loss of:

○ An *arm or leg* meons complete severonce ot or obove the elbow or knee joints.

○ A *hand or foot* meons complete severonce ot or obove the wrist or onkle joints.

○ *Thumb and index finger* meons complete severonce ot or obove the metocorpopholongeol joints ( the joints closest to the polm of the hond).

○ *Sight* meons the entire ond irrecoveroble loss of sight which connot be corrected by medicol or surgicol treotment or by ortificiol meons.

○ *Speech* meons the entire ond irrecoveroble loss of speech which connot be corrected by medicol or surgicol treotment or by ortificiol meons.

○ *Hearing* meons the entire ond irrecoveroble loss of heoring which connot be corrected by medicol or surgicol treotment or by ortificiol meons.

○ *Quadriplegia* meons totol porolysis of both upper limbs (from the shoulder down including totol porolysis of both honds) ond both lower limbs (from the woist down including totol porolysis of both feet)..

○ *Paraplegia* meons totol ond permonent porolysis of both lower lings (from the woist down including totol porolysis of both feet).

○ *Hemiplegia* meons totol ond permonent porolysis of both the upper limb (from the shoulder down including totol porolysis of the hond) ond lower limb (from the woist down including totol porolysis of the foot) on one side of the body.

○ *Uniplegia* meons totol ond permonent porolysis of one limb (from the shoulder down including totol porolysis of the hand if cloiming on upper limb ond from the woist down included totolly porolysis of the foot if cloiming o lower limb.

○ *Brain damage* meons Troumotic Brain Injury (TBI) diognosed by o licensed physicion os hoving occurred os o result of ond within 30 doys of o covered occidentol injury, resulted in o hospitolizotion of ot least five doys ond persisted for o minimum of 12 consecutive months ofter the dote of injury.

○ *Coma* meons o stote of profound unconsciousness with no evidence of oppropriote responses to stimulotion os diognosed by o physician. The como must result in confinement in o medicol focility,  must begin within 30 doys of the occidentol injury ond continue for seven consecutive doys.

Only one amount, the largest, will be paid for all losses resulting from one accident.

For purposes of this benefit, a *covered accident* means an injury that is the direct result of an accidental bodily injury or accidental death that is independent of other causes and is unintended, unexpected and unforeseen.  A covered accident also includes  an injury that results from unavoidable exposure to the elements and the exposure was a direct result of an accident.

## Additional Ochsner Basic and Optional AD&D Benefits

### Exposure and Disappearance
You will be presumed dead and your beneficiary will be paid your full benefit amount if the aircraft or other vehicle in which you were riding disappears, sinks, explodes, becomes stranded, makes a forced landing or wrecks and you are not found within one year of the date of that event.

Liberty/Crespo 0852

1G053170001

If you suffer a loss otherwise covered under the policy because of exposure to the elements as the result of an accident, benefits will be payable.

**Seat Belt Benefit**

Your AD&D benefit will be increased by 10 percent to a maximum additional benefit of $25,000 if you die as a result of an accident in a private passenger car while you were wearing a seat belt that was properly fastened. The seatbelt, lap and shoulder, child or other restraint must meet National Highway Traffic Safety Administration standards, and be properly installed. The investigating officer must certify that you were using your seat belt and that it was properly fastened at the time of the accident and that the driver was properly licensed and not intoxicated, impaired or under the influence of alcohol or drugs. This certification must be submitted with the claim.

**Supplemental Restraint Benefit — Air Bag**

If you die as a result of an accidental injury while driving or riding in a passenger car equipped with air bag(s), the plan will pay an additional AD&D benefit of 10 percent to a maximum of $10,000, if proof is provided that you:

○ *Were riding in a seat protected by a properly installed air bag,*

○ *Were wearing a seat belt that was properly fastened at the time of the accident, and*

○ *Died as a result of injuries sustained in the accident.*

A police officer investigating the accident must certify that your seat belt was properly fastened and that the passenger car in which you were traveling was equipped with air bags and that the driver was properly licensed and not intoxicated, impaired or under the influence of alcohol or drugs. A copy of this certification must be submitted with the claim for benefits.

*Air bag* means a passive restraint device in a vehicle which inflates upon collision to protect an individual from injury or death.

*Passenger car* means a validly registered four-wheeled private passenger or company owned car, jeep, pickup truck or van, including a sport utility vehicle (SUV) that is not licensed commercially or being used for racing, acrobatic or stunt driving.

**Public Transportation Benefit**

If you die as the result of an accidental injury while traveling as a fare-paying passenger on a public transportation vehicle, the plan will pay an additional 100 percent of the AD&D benefit to your beneficiary provided proof is submitted that the injury resulting in your death occurred while traveling on a public transportation vehicle. A *public transportation vehicle* means any air, land or water vehicle operated under a license for the transportation of fare paying passengers.

151

1G053170001

## COBRA Continuation Benefit

If you die as a result of an injury, the plan will pay an additional AD&D benefit if:

- *Proof is provided that your dependents have elected to continue their group medical insurance as permitted under the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985, and*

- *Your dependents submit a completed and signed copy of the COBRA election form and proof that each required COBRA payment for which reimbursement is requested has been made.*

The plan will pay an amount equal to the group medical insurance premiums paid, subject to the following:

- *The maximum benefit period for payment is three consecutive years.*

- *The annual maximum benefit is $3,000.*

- *The overall maximum benefit will not be more than 3 percent of the benefit for loss of life.*

The COBRA continuation benefit will be paid annually when proof is received that group medical insurance premiums have been paid. Payments will be made to your spouse. If you do not have a spouse on the date of your death, the benefit will be paid to, or on behalf of, the dependent children.

If this benefit is in effect on the date of your death and there is no dependent who qualifies for COBRA continuation, the plan will pay $1,000 to your beneficiary in a single lump sum.

## Ochsner Basic and Optional AD&D Exclusions

AD&D benefits will not be paid for losses resulting from the following:

- *Self-inflicted injury or self-destruction, suicide or attempted suicide whether sane or insane.*

- *War, or any act of war whether declared or undeclared, riot, insurrection or rebellion.*

- *Service in the armed forces of any country or international authority except the U.S. National Guard.*

- *Your participation in or attempt to commit a crime, assault, felony or any illegal activity, regardless of any legal proceedings, or absence of any legal proceedings.*

- *Bodily or mental infirmity, illness or disease, or infection, other than an infection occurring simultaneously with, and as a direct result of, the accidental injury.*

- *Medical or surgical treatment or diagnostic procedures or any resulting complications.*

- *The use of alcohol, drugs, or medications unless administered on the advice of a physician in the verifiable prescribed manner and dosage..*

- *The use of poisons, gases, fumes or other substances taken, absorbed, inhaled, ingested or injected, unless taken upon the advice of a physician in the verifiable prescribed manner and dosage.*

- *Any motor vehicle collision or accident when you are the operator of the vehicle and your blood alcohol level meets or exceeds the level at which intoxication is defined in the state where the collision or accident occurred, regardless of any, or absence of any, legal proceedings.*

- *Travel in, or descent from, any aircraft except as a fare-paying passenger on a regularly scheduled commercial flight on a licensed passenger aircraft, except when parachuting for self-preservation.*

- *Service in the military of any nation, except the US National Guard.*

152

Liberty/Crespo 0854

1G053170001

## Naming a Beneficiary

You may name any beneficiary you wish when you enroll. You will receive a letter from the insurance company with instructions on how to make your beneficiary designation online. You may change your beneficiary at any time via Employee Self Service on the Ochsner intranet or by going to www.LifeBenefits.com. Your beneficiary for basic and optional AD&D coverage will be the same as your beneficiary for basic and optional term life insurance. If you die as the result of a covered accident, both the life insurance and AD&D amounts will be paid to your beneficiary. Benefits for any covered loss, other than loss of life, will be paid directly to you.

If you do not name a beneficiary, if your beneficiary is not living at the time of your death, benefits will be paid to your:

- *Lawful spouse, if living; otherwise*
- *Natural and legally adopted children equally, if living; otherwise*
- *Parents if living, otherwise*
- *Siblings, if living, otherwise*
- *Estate*

Any payment made in good faith will discharge the insurance company of liability to the extent of the payment. If a beneficiary is a minor or incompetent to receive payment, payment will be made to that person's guardian.

## When Basic and Optional Term Life and AD&D Insurance Ends

Your coverage will end on the earliest of the following to occur:

- *The date your employment ends or you are no long actively working in a class eligible for coverage.*
- *The end of the period for which your last contribution was made.*
- *The date the plan is terminated.*

## Continuation of Coverage

If you stop working because of an authorized leave of absence or temporary layoff, your coverage may be continued for a certain period of time, provided you pay any required contributions. Contact the HR Employee Service Center for more information about continuing coverage. If coverage was not continued while you were on a leave of absence protected by the Family and Medical Leave Act of 1993, and you return to work within the time period required to preserve your rights under this Act, your coverage will again become effective on the day you return to active employment. No evidence of good health will be required.

153

Liberty/Crespo 0855

1G053170001

### If You Become Totally Disabled (Waiver of Premium)

If you become totally and permanently disabled while you are covered under this plan, and before you reach age 65, the amount of your basic and optional term life insurance in force when you stopped actively working may be continued until you reach age 70, without any need for premium payments, provided you remain totally disabled. To qualify for this waiver of premium benefit, you must be totally and continuously disabled and under the care of a licensed physician.

*Totally disabled* means that, because of illness or accidental injury, you are continuously unable to work at your job or at any paying job suited to your education, training or experience for at least six months. You must provide written proof of your disability within 12 months after you stop actively working. After that, you may be required to give written proof each year that you are still disabled. Contact the HR Employee Service Center to obtain the necessary forms or go to www.LifeBenefits.com.

Your continued coverage will end on the earliest of the following dates:

○ *The date you are no longer totally disabled.*

○ *The date you do not submit written proof of your continuing disability when it is requested, or you fail to attend a required medical examination.*

○ *The date you die.*

○ *The date you reach age 70.*

○ *The date you retire.*

If you die within 12 months after you stop actively working, your beneficiary may receive a death benefit as long as you were totally and continuously disabled from the time you stopped working until your death.

Your beneficiary must submit a claim to the insurance company within one year after your death.

Your life insurance amount under this benefit will be reduced when you reach your 65th birthday and subsequent birthdays, as explained in the *"If You Work Past Age 65"* section.

Basic and optional AD&D coverage is not continued under this provision. However, your AD&D coverage may be continued for a limited period of time while you are on an approved leave of absence.

### Portability Privilege

If you leave Ochsner, you are no longer eligible for this coverage, the group policy ends and is not replaced, or your coverage is reduced due to age or amendment that impacts coverage, you can "port" the amount of your Ochsner basic and optional term life and AD&D insurance coverage to another group insurance policy designed for this purpose at group rates. Generally,

154

Liberty/Crespo 0856

1G053170001

this privilege allows you the opportunity to continue your basic and optional term life and AD&D coverage at rates that are lower than for an individual conversion policy. You will not need to pass a medical exam to obtain coverage, but you will need to apply for it within 31 days of the date your coverage under the Ochsner plan ends. Coverage under the new policy will not be identical to coverage under this plan.

If you die during the 31-day application period, your beneficiary will receive the amount of Ochsner basic and optional term life and AD&D insurance coverage you had at the time your coverage ended.

The following rules apply to porting coverage:

- *The maximum amount of basic and optional term life and AD&D insurance coverage you may port is the amount in effect when coverage under the Ochsner plan ended or $1,000,000, whichever is less.*
- *The minimum amount of basic and optional life and AD&D insurance coverage that may be ported is $10,000.*
- *Ported coverage ends when you reach age 80.*

The right to port coverage is provided in lieu of the conversion privilege described below.

If you elect to convert all of your Ochsner basic and optional term life insurance to an individual contract at any time you may not elect to port coverage.

## Converting Your Ochsner Basic and Optional Term Life Insurance Coverage

If you leave Ochsner or you are no longer eligible for this coverage, you can convert the amount of your Ochsner basic and optional term life insurance to an individual policy (in a form determined by the insurance company) without having to pass a medical exam, provided you apply for coverage and pay the required premium within 31 days of the date your Ochsner coverage ends. You may not purchase an individual policy if you have elected to port all of your Ochsner basic and optional term life insurance coverage under the portability privilege.

If the life insurance plan is terminated for all employees or for your class of employees, you may be able to convert some or all of your coverage, (up to $10,000) provided your coverage under the Ochsner plan was in effect for at least five years.

In the event of your death during the 31-day conversion application period, your beneficiary will receive the amount of group life insurance that could have been converted.

AD&D coverage may not be converted to an individual policy. Contact the HR Employee Service Center for the appropriate forms and additional information or go to www.LifeBenefits.com.

155

Liberty/Crespo 0857

1G053170001

## *Dependent Term Life Insurance*

The plan offers you the opportunity to purchase dependent term life insurance for your spouse and children. You may choose from the following coverage amounts; however the amount of insurance you choose for your spouse cannot be more than your own term life insurance amount. Because of tax laws, you must pay for this dependent coverage with after-tax dollars.

| Dependent Term Life Insurance Options | |
|---|---|
| **For Your Spouse** | **For Your Dependent Child(ren)** |
| No Coverage | No Coverage |
| $5,000 | $2,500 |
| $10,000 | $5,000 |
| $15,000 | $10,000 |
| $25,000 | |
| $50,000 | |
| $75,000 | |
| $100,000 | |

No one can be insured as a dependent of more than one employee and you cannot cover your spouse as a dependent if he or she is already covered as an employee. Dependents that are eligible for coverage under the plan are shown in the *"General Provisions"* section of this SPD.

Your dependent life insurance coverage will begin on the date your coverage begins if you enroll for dependent coverage within 31 days of your eligibility date. If you are enrolling a new spouse, coverage will be effective on the first day of the month following enrollment, provided you enroll your spouse and provide proof of dependency within 31 days of marriage. If you are enrolling a new dependent child acquired through birth, marriage or adoption, coverage will be effective on the date of the event provided you enroll the dependent within 31 days of the event and provide proof of dependency. In any case, if you are not actively at work on the date that coverage would become effective, your dependent's coverage will be delayed until you return to active employment.

A newborn child will automatically be covered for a $2,500 life benefit for the first 31 days of life. To continue coverage beyond 31 days, you will need to be sure to enroll your newborn for coverage timely.

If your dependent (other than a newborn) is confined to a hospital on the date he or she would otherwise be covered, coverage will not take effect until the day he or she is discharged from the hospital.

156

Liberty/Crespo 0858

1G053170001

## Changing Your Dependent Term Life Insurance Coverage

You will be allowed to change your dependent term life insurance coverage election during the annual enrollment period for the next plan year. Generally, your change will become effective on the following January 1.

You may also change your election during the plan year if you experience a qualified change in status. See the *"General Provisions"* section of the SPD for an explanation of when you can change your coverage during the plan year. If you need to change your coverage, contact the HR Employee Service Center to obtain the correct forms. You will need to properly complete and return the forms within 31 days of the change in status.

Election changes due to a change in status will generally become effective on the first day of the month that coincides with or next follows the date your new election is received by the HR Employee Service Center. However, if evidence of good health is required, any change will not become effective until the insurance company has approved the evidence.  In addition, if your dependent is hospital confined on the date any increase in coverage is to become effective, the increase in coverage will be delayed until the dependent is discharged from the hospital.

## Evidence of Insurability

Evidence of insurability is never required to enroll or change your life insurance coverage for your dependent children. However, if you enroll after the initial 31-day eligibility period or increase coverage for your spouse by more than one benefit level, or anytime you elect coverage for your spouse greater than $50,000, you will need to provide evidence of your spouse's good health to the insurance company. Coverage will not become effective until the first day of the month after the insurance company approves the evidence. If you are not actively at work on the date coverage, or an increase in coverage, would become effective, that coverage or increase in coverage will not become effective until you return to work.

## Amount Paid by the Dependent Term Life Insurance Plan

If your dependent dies, the amount of dependent term life insurance in effect for that dependent will be paid to you. You are automatically the beneficiary of your dependent's life insurance coverage. No beneficiary designation is necessary.

## Early Benefits for Terminal Illness — Accelerated Death Benefit

If your dependent becomes terminally ill, you may choose to receive all or a portion of your dependent's term life insurance amount in advance of his or her death. This is called an "accelerated death benefit." If you choose to receive advance benefits, the following conditions apply:

- *Your dependent must have at least $10,000 of life insurance coverage to qualify for an accelerated death benefit.*

- *Your dependent may choose to receive up to 100 percent of his or her life insurance amount.*

157

Liberty/Crespo 0859

1G053170001

- *If your dependent chooses to receive less than 100% of your dependent's life insurance amount, the remaining benefit must be at least $25,000.*

- *You may apply for any remaining benefit at any time, provided your dependent continues to be terminally ill and acceptable proof is provided to the insurance company.*

- *You have not previously assigned dependent life insurance.*

- *A physician must certify that your dependent is terminally ill. The insurance company may require an examination or second opinion. Terminal illness means a condition caused by illness or accident which is expected to end in your dependent's death within twelve months.*

- *The remaining part of your dependents's life insurance will be paid to you when he or she dies.*

- *You must properly complete and submit the forms required by the insurance company.*

The insurance policy contains certain other conditions that apply to this benefit. Contact the HR Employee Service Center for more information.

## When Dependent Term Life Insurance Ends

Your dependent's coverage will end on the earliest of the following to occur:

- *The date the policy ends.*

- *The date you die, terminate employment or you are otherwise no longer eligible for coverage under this plan.*

- *The date dependent coverage under the plan ends.*

- *As to a particular dependent, the date that dependent is no longer your dependent or otherwise eligible for coverage under this plan. However, if your covered child is disabled and incapable of self-sustaining employment prior to reaching the limiting age for coverage, dependent life insurance may be continued beyond the limiting age provided proof of the disability is provided within 31 days of that date. Subsequent proof of continued disability may be required at intervals determined by the insurance company.*

- *The end of the period for which you last made the required contribution for coverage.*

- *The December 31 following the annual enrollment period during which you elect to terminate dependent coverage.*

During an approved leave of absence or Family and Medical Leave, you may be able to continue dependent life insurance coverage by paying the required premiums. If you do not continue coverage while on leave, waiting periods or requirements for evidence of insurability may apply if you decide to re-enroll when you return to work. However, you may reinstate your coverage without restrictions on the date you return to work following a leave approved under the Family and Medical Leave Act. Contact the HR Employee Service Center for more information.

## Portability Privilege

If your dependent life insurance coverage ends because your employment ends, you are no longer eligible for coverage, you die, you and your spouse divorce, legally separate or get an annulment or your dependent is no longer eligible for coverage under the plan, you can "port" the amount of your dependent term life coverage to another group insurance policy designed for this purpose at group rates. Generally, this privilege allows you the opportunity to continue your dependent term life coverage at rates that are lower than for an individual conversion policy. You will not need to pass a medical exam to obtain coverage, but you will need to apply

158

1G053170001

for it, generally within 31 days of the date your dependent's coverage under the Ochsner plan ends. Coverage under the new policy will not be identical to coverage under this plan.

If your dependent dies during the 31-day application period, you will receive the amount of dependent life insurance coverage you had for that dependent at the time your coverage ended.

The following rules apply to porting coverage:

○ *The maximum amount of dependent life insurance coverage you may port is the lesser of the dependent life insurance amount in effect when coverage under the Ochsner plan ended or $100,000 for your spouse.*

○ *Coverage for your spouse may not be ported if your spouse is totally disabled on the date coverage is lost. For this purpose, totally disabled means your spouse is unabled to work in any occupation for which he or she is reasonably suited by education, training or experience.*

○ *You may port coverage on behalf of your dependents or your spouse may port separately. However either you or your spouse, but not both, must port in order to port coverage for dependent children.*

○ *Ported coverage for you and your spouse ends when the individual reaches age 80. Ported coverage for a child ends when he or she no longer meets the dependent eligibility requirements.*

The right to port coverage is provided in lieu of the conversion privilege described below.

If you elect to convert all of your dependent term life insurance to an individual contract at any time you may not elect to port coverage.

## Converting Your Dependent Term Life Insurance Coverage

If your dependent's life insurance coverage ends because you or your dependent(s) is no longer eligible for it, your dependent can convert the amount of his or her dependent life insurance to an individual policy (in a form determined by the insurance company) without having to pass a medical exam. To receive this coverage, your dependent must apply and pay the first premium within the 31 days following the date your Ochsner dependent term life insurance coverage ends. You may not purchase an individual policy if you have elected to port all of your dependents' term life coverage under the portability privilege.

If the dependent life insurance plan is terminated for all employees or for your class of employees, you may be able to convert some or all of your dependent life coverage, (up to $10,000) provided your coverage under the Ochsner plan was in effect for at least five years.

If your dependent dies during the 31-day conversion period, you will receive the dependent life insurance benefit in effect at the time coverage ended.

Contact the HR Employee Service Center for the appropriate forms and additional information or go to www.LifeBenefits.com.

159

Liberty/Crespo 0861

1G053170001

## *Voluntary AD&D Insurance*

Your Voluntary AD&D insurance is paid in addition to your Ochsner basic term life and AD&D insurance, and in addition to any optional term life and AD&D insurance you elect. The plan offers full 24-hour protection against accidents anywhere in the world, on or off the job. You may choose from several levels of coverage for yourself, and you may elect voluntary AD&D coverage for your spouse and dependent children.
Your options are:

- *No coverage*
- *$100,000*
- *$200,000*
- *$300,000*
- *$400,000*
- *$500,000*

You may choose any AD&D option, provided the amount does not exceed 10 times your annual base pay. Base pay is calculated as of the preceding October 1. Bonuses, overtime and other extra pay are excluded.

If you choose family coverage, all of your eligible dependents will be covered and the benefit will equal a percentage of the amount you choose. These benefits are calculated according to the following schedule.

| If your family consists of: | Their coverage equals: |
|---|---|
| Spouse only | 50% of your coverage amount |
| Spouse and children | Spouse: 50% of your coverage amount<br>Each child: 15% of your coverage amount |
| Children only | Each child: 15% of your coverage amount |

If you and your spouse are both eligible as employees, only one of you may enroll for coverage for your children. An employee may not also be covered as a spouse.

Your voluntary AD&D coverage will begin on the first day of the month coincident with or next following one month of employment provided you have enrolled timely. If you are not actively at work on the day your coverage would normally begin, it will be delayed until you return to work.

If you choose to cover your family, voluntary AD&D benefits will become effective on the date your coverage becomes effective, provided you have properly enrolled for dependent coverage and submitted proof of dependency. If you are enrolling a new spouse, coverage will be effective on the first day of the month following enrollment, provided you enroll your spouse and provide proof of dependency within 31 days of marriage. If you are enrolling a new dependent acquired through birth, marriage or adoption, coverage will be effective on the date of the event provided you enroll the dependent within 31 days of the event and you submit proof of dependency. In any case, if you are not actively at work on the date that coverage

160

Liberty/Crespo 0862

1G053170001

would become effective, your dependent's coverage will be delayed until you return to active employment.

## Changing Your Voluntary AD&D Insurance Coverage

You will be allowed to change your voluntary AD&D insurance coverage election during the annual enrollment period for the subsequent plan year. Your change will become effective on the following January 1.

Your only other opportunity to make an election change will occur as the result of a qualified change in status according to IRS rules. See the *"General Provisions"* section of this SPD for an explanation of when you can change your coverage during the plan year. If you need to change your coverage, contact the HR Employee Service Center and complete and submit the appropriate forms within 31 days of the event.

Election changes due to a change in status will generally become effective on the first day of the month that coincides with or next follows the date your new election is received by the HR Employee Service Center.

During annual enrollment or if you have a change in status, you will be allowed to increase your voluntary AD&D coverage to any eligible level. However, if you are not actively at work on the date that increased benefits would otherwise become effective, the increase will be delayed until you return to work.

## Amount Paid by the Voluntary AD&D Plan

If, within 12 months of a covered accident, bodily injuries result in any of the following losses, the voluntary AD&D plan will pay a benefit amount according to the following table.

| Voluntary AD&D Loss Schedule | |
|---|---|
| Type of Loss | Plan Pays |
| Life | 100% |
| Both hands, both feet, sight of both eyes or any combination | 100% |
| Loss of speech and hearing | 100% |
| Quadriplegia | 100% |
| One arm or one leg | 75% |
| One hand, one foot or sight of one eye | 50% |
| Speech or hearing | 50% |
| Paraplegia | 50% |
| Hemiplegia | 50% |
| Thumb and index finger of one hand | 25% |
| Uniplegia | 25% |
| Brain damage | 100% |
| Coma | 1% monthly for up to 60 months |

161

Liberty/Crespo 0863

1G053170001

Loss of:

- An **arm or leg** means complete severance at or above the elbow or knee.

- A **hand or foot** means complete severance at or above the wrist or ankle joints.

- **Thumb and index finger** means complete severance at or above the metacarpophalangeal joints (the joints closest to the palm of the hand).

- **Sight** means entire and irrecoverable loss of sight which cannot be corrected by medical or surgical treatment or by artificial means.

- **Speech** means the entire and irrecoverable loss of speech that cannot be corrected by medical or surgical treatment or by artificial means.

- **Hearing** means the entire and irrecoverable loss of hearing that cannot be corrected by medical or surgical treatment or by artificial means.

- **Quadriplegia** means total and permanent paralysis of both upper limbs (from the shoulder down including total paralysis of both hands) and both lower limbs (from the waist down including totally paralysis of both feet).

- **Paraplegia** means total and permanent paralysis of both lower limbs (from the waist down including total paralysis of both feet).

- **Hemiplegia** means total and permanent paralysis of both the upper limb (from the shoulder down including total paralysis of the hand) and lower limb (from the waist down including total paralysis of the foot) on one side of the body.

- **Uniplegia** means means total and permanent paralysis of one limb (from the shoulder down including total paralysis of the hand if claiming upper limb or from the waist down including total paralysis of the foot if claiming a lower limb.

- **Brain damage** means Traumatic Brain Injury (TDI) diagnosed by a licensed physician as having occurred as a result of and within 30 days of a coverage accidental injury, resulted in a hospitalization of at least five days and persisted for a minimum of 12 consecutive months after the date of injury.

- **Coma** means a state of profound unconsciousness with no evidence of appropriate responses to stimulation as diagnosed by a physician. The coma must result in confinement in a medical facility, must begin within 30 days of the accidental injury and continue for seven consecutive days.

Only one amount, the largest, will be paid for all losses resulting from one accident.

For purposes of this benefit, a **covered accident** means death or an injury that is the direct result of an accidental bodily injury that is independent of other causes that is unintended, unexpected and unforeseen. A covered accident also includes an injury that results from unavoidable exposure to the elements and the exposure was a direct result of an accident.

162

Liberty/Crespo 0864

1G053170001

## Additional Voluntary AD&D Benefits

### Exposure and Disappearance

You or your dependent will be presumed dead and the appropriate beneficiary will be paid the full benefit amount if the aircraft or other vehicle in which you or your dependent were riding disappears, sinks, explodes, becomes stranded, makes a forced landing or wrecks and you or your dependent are not found within one year of the date of that event.

If you or your dependent suffers a loss otherwise covered under the policy because of exposure to the elements as the result of an accident, benefits will be payable.

### Common Disaster

If you and your spouse are injured in the same accident and die within 365 days as the result of injuries sustained in the accident, your spouse's benefit for loss of life will be increased to match your loss of life benefit.

### Seat Belt Benefit

The voluntary AD&D benefit will be increased by 10 percent (to a maximum additional benefit of $25,000) if you or your covered dependent dies as a result of an accident in a private passenger car while you or your dependent were wearing a seat belt that was properly fastened. The seat belt, lap and shoulder, child or other restraint must meet National Highway Traffic Safety Administration standards, and be properly installed.

The investigating officer must certify that you or your dependent was using his or her seat belt and that it was properly fastened and that the driver was properly licensed and not intoxicated, impaired or under the influence of alcohol or drugs. This certification must be submitted with the claim.

### Supplemental Restraint Benefit – Air Bag

If you or your dependent dies as a result of an accidental injury while driving or riding in a passenger car equipped with air bag(s), the plan will pay an additional AD&D benefit of 10 percent to a maximum of $10,000, if proof is provided that you or your dependent:

- *Was riding in a seat protected by aproperly installed air bag,*
- *Was wearing a seat belt that was properly fastened at the time of the accident, and*
- *Died as a result of injuries sustained in the accident.*

A police officer investigating the accident must certify that you or your dependent's seat belt was properly fastened and that the passenger car in which you or your dependent was traveling was equipped with air bags and that the driver was properly licensed and not intoxicated, impaired or under the influence of alcohol or drugs. A copy of this certification must be submitted with the claim for benefits.

163

Liberty/Crespo 0865

1G053170001

*Air bag* means inflatable passive restraint device in a vehicle which inflates upon collision to protect an individual from injury or death.

*Passenger car* means a validly registered four-wheeled private passenger or company owned care, jeep, pickup truck or van, including a sport utility vehicle (SUV) that is not licensed commercially or being used for racing, acrobatic or stunt driving.

### Public Transportation Benefit

If you or your dependent dies as the result of an accidental injury while traveling as a fare-paying passenger on a public transportation vehicle, the plan will pay an additional AD&D benefit equal to 100 percent of your or your spouse's loss of life benefit provided proof is submitted that the injury resulting in your or your dependent's death occurred while traveling on a public transportation vehicle. A *public transportation vehicle* means any air, land or water vehicle operated under a license for the  transportation of fare paying passengers.

### COBRA Continuation Benefit

If you die as a result of an injury, the plan will pay an additional AD&D benefit if:

- *Proof is provided that your dependents have elected to continue their group medical insurance as permitted under the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985, and*

- *Your dependents submit a completed and signed copy of the COBRA election form and proof that each required COBRA payment for which reimbursement is requested has been made.*

The plan will pay an amount equal to the group medical insurance premiums paid, subject to the following:

- *The maximum benefit period is three consecutive years.*

- *The annual maximum benefit is $3,000.*

- *The overall maximum benefit will not exceed 3 percent of the benefit for loss of life.*

The COBRA Continuation benefit will be paid annually when proof is received that group medical insurance premiums have been paid. Payment will be made to your spouse. If you do not have a spouse on the date of your death, the benefit will be paid to, or on behalf of, the dependent child.

If this benefit is in effect on the date of your death and there is no dependent who qualifies for COBRA continuation, the plan will pay $1,000 to your beneficiary in a single lump sum.

### Child Care Benefit

If you die as a result of an accidental injury, the plan will pay a child care benefit if proof is provided that your child was enrolled in a child care center on or within 12 months of the date you die.

164

Liberty/Crespo 0866

1G053170001

For each child that qualifies for this benefit, the plan will pay the charges incurred from the child care center for a period of up to four consecutive years. The maximum amount the plan will pay annually is $5,000 and the maximum amount the plan will pay for all child care center charges for the entire period is 12 percent of the benefit paid for your loss of life.

No benefits are payable after a child reaches age 12. Proof of continued enrollment in a child care center must be provided upon request. The benefit will be paid to the person paying for the child care center charges when the insurance company receives proof that the charges have been paid.

If this benefit is in effect when you die and you do not have a child who could qualify for this benefit, the plan will pay an additional $1,000 to your beneficiary in a single lump sum.

***Child care center*** means a facility that is operated and licensed according to the laws of the jurisdiction where it is located and provides care and supervision for children in a group setting on a regularly scheduled and daily basis.

### Child Education Benefit

If you die as a result of an accidental injury, the plan will pay a child education benefit if proof is provided that one of the following occurs:

- *On the date you died, your child was enrolled as a full-time student in an accredited post-secondary educational institution.*
- *Your child enrolls as a full-time student in an accredited post-secondary educational institution within one year of your death.*

For each child that qualifies for this benefit, the plan will pay the tuition incurred for a period of up to four consecutive academic years. The maximum benefit for each academic year is $10,000 and the overall maximum benefit the plan will pay for all tuition charges for the entire period is 20 percent of the benefit paid for your loss of life.

Proof of continued enrollment as a full-time student must be provided upon request. The benefit will be paid at the beginning of each school year to the dependent child if of legal age. Otherwise the benefit will be paid to the person responsible for paying the tuition when the insurance company receives proof that the tuition charges have been or will be paid.

If this benefit is in effect when you die and you do not have a child who could qualify for this benefit, the plan will pay an additional $1,000 to your beneficiary in one lump sum.

### Spouse Education and Training Benefit

If you die as a result of an accidental injury, the plan will pay a spouse education benefit if proof is provided that your spouse was enrolled as a full-time student in an accredited educational institution or an institute of vocational training on or within 24 months of your death.

165

Liberty/Crespo 0867

1G053170001

The plan will pay the spouse education benefit for a period of up to one academic year, in an amount not to exceed the lesser of $5,000 or 3 percent of the benefit paid for your loss of life.

Proof of continued enrollment as a full-time student must be provided upon request. The benefit will be paid to your spouse when the insurance company receives proof that the tuition charges have been or will be paid.

If this benefit is in effect when you die and you do not have a spouse who could qualify for this benefit, the plan will pay an additional $1,000 to your beneficiary in one lump sum.

## Hospital Confinement Benefit
If you or your dependent is confined to a hospital as a result of an covered accidental injury, the plan will pay a benefit of one percent of the benefit for loss of life to a maximum of $2,500 for each full month of confinement. Proof must be provided that the hospital confinement is due directly and solely as the result of the accidental injury.

The plan will only pay this benefit for the first period of confinement resulting from any one accidental injury. The benefit will be paid to you monthly beginning on the fifth day of confinement, for up to 12 months of continuous confinement. It is paid on a pro-rata basis for any partial month of confinement.

## Workplace Felonious Assault Benefit
If you die or suffer any other covered loss as a result of an accidental injury that was caused by a felonious assault committed at your workplace, the plan will pay you or your beneficiary (in the event of your death as a result of the felonious assault), an additional benefit of 20 percent of the amount payable for the loss of your life or $20,000 whichever is less. To receive this benefit, proof must be provided to the insurance company that your death or accidental injury was caused by a felonious assault that was not committed by you, an immediate family member or other Ochsner employee.

This benefit is not payable if the accidental death or injury occurs as the result of a moving violation or while you were working at home or commuting to and from work.

*Felonious ossoult* means an intentional physical assault by another person causing bodily harm to you and committed during the commission of a  misdemeanor  or felony.

*Immediote fomily member* means your spouse and you and your spouse's children, parents, siblings, grandparents and grandchildren.

## Voluntary AD&D Exclusions
Voluntary AD&D benefits will not be paid for losses resulting from the following:

166

1G053170001

AD&D benefits will not be paid for losses resulting from the following:

- *Self-inflicted injury or self-destruction, suicide or attempted suicide whether sane or insane.*

- *War, or any act of war whether declared or undeclared, riot, insurrection or rebellion.*

- *Service in the armed forces of any country or international authority except the U.S. National Guard.*

- *Your participation in or attempt to commit a crime, assault, felony or any illegal activity, regardless of any legal proceedings, or absence of any legal proceedings.*

- *Bodily or mental infirmity, illness or disease, or infection, other than an infection occurring simultaneously with, and as a direct result of, the accidental injury.*

- *Medical or surgical treatment or diagnostic procedures or any resulting complications.*

- *The use of alcohol, drugs, or medications unless administered on the advice of a physician in the verifiable prescribed manner and dosage..*

- *The use of poisons, gases, fumes or other substances taken, absorbed, inhaled, ingested or injected, unless taken upon the advice of a physician in the verifiable prescribed manner and dosage.*

- *Any motor vehicle collision or accident when you are the operator of the vehicle and your blood alcohol level meets or exceeds the level at which intoxication is defined in the state where the collision or accident occurred, regardless of any, or absence of any, legal proceedings.*

- *Travel in, or descent from, any aircraft except as a fore-paying passenger on a regularly scheduled commercial flight on a licensed passenger aircraft, except when parachuting for self-preservation.*

- *Service in the military of any nation, except the US National Guard.*

## Naming a Beneficiary

You may name any beneficiary you wish for loss of life benefits when you enroll. You will receive a letter from the insurance company with instructions on how to make your beneficiary designation online. You may change your beneficiary at any time via Employee Self Service or by going to www.LifeBenefits.com.  Benefits for any covered loss, other than your loss of life will automatically be paid to you.

If you do not name a beneficiary, or if your beneficiary is not living at the time of your death, benefits will be paid to your:

- *Lawful spouse, if living, otherwise*

- *Natural and legally adopted children equally, if living, otherwise*

- *Parents, if living, otherwise*

- *Siblings, if living, otherwise*

- *Estate*

Any payment made in good faith will discharge the insurance company of liability to the extent of the payment.  If a beneficiary is a minor or incompetent to receive payment, payment will be made to that person's guardian.

Liberty/Crespo 0869

1G053170001

## When Voluntary AD&D Insurance Coverage Ends

Your voluntary AD&D coverage will end on the earliest of the following dates:

- *The date your employment ends or you are no longer actively working in a class eligible for coverage.*
- *The end of the period for which your last contribution was made.*
- *The date the plan terminates.*

Voluntary AD&D insurance coverage for your dependents will end on the first of any of the following events to occur:

- *The date the plan terminates.*
- *The date you die, terminate employment or you are otherwise no longer eligible for coverage under this plan.*
- *The date dependent coverage under the plan ends.*
- *As to a particular dependent, the date that dependent is no longer your dependent or otherwise eligible for coverage under this plan.*
- *The end of the period for which you last made the required contribution for coverage.*
- *The December 31 following the annual enrollment period during which you elect to terminate dependent coverage.*

During an approved leave of absence or Family and Medical Leave, you may be able to continue voluntary AD&D insurance coverage by paying the required premiums. If you do not continue coverage while on leave, waiting periods may apply if you decide to re-enroll when you return to work. However, you may reinstate your coverage without restrictions on the date you return to work following a leave approved under the Family and Medical Leave Act. Contact the HR Employee Service Center for more information.

## Portability Privilege

If you leave Ochsner or you are no longer eligible for this coverage (or your dependent is no longer eligible) you can "port" the amount of you and your dependent's voluntary AD&D coverage to another group insurance policy designed for this purpose at group rates. You will not need to pass a medical exam to obtain coverage, but you will need to apply for it within 31 days of the date your coverage under the Ochsner plan ends. Coverage under the new policy will not be identical to coverage under this plan.

Ported coverage for you and your spouse ends when the individual reaches age 80. Ported coverage for a child ends when he or she no longer meets the dependent eligibility requirements.

In the event of your or your dependent's death during the 31-day application period, you or your beneficiary will receive the amount of voluntary AD&D insurance in effect for that individual on the date coverage under the plan ended.

168

Liberty/Crespo 0870

1G053170001

## *Life and AD&D Claims Procedures*

### Submitting Claims

To file a claim for benefits, you or your beneficiary should go to www.LifeBenefits.com. You may also request and properly complete the appropriate claim forms available from the HR Employee Service Center. Submit the completed forms in accordance with instructions on the forms.

The insurance company must be given written proof of the loss that defines the nature and extent of that loss. For loss of life, proof should be provided as soon as reasonably possible. For all other losses, proof must be provided within 90 days after the date of the loss.

### Initial Claims Determinations

### Claims Based on Death or Dismemberment

The insurance company will make a determination on the claim within a reasonable period of time, but no longer than 90 days after the claim is received unless special circumstances require extra time for processing. If such a time extension is necessary, you will receive written notice before the end of the initial 90 days. This notice will tell you why additional time is needed and the date you can expect a final decision. This decision must be made within 90 days after the end of the initial 90-day period.

### Claims Based on Disability (Waiver of Premium)

If your claim involves a determination as to whether you are disabled, the insurance company will make a determination on your claim within a reasonable period of time, but not later than 45 days after receipt of your claim. This period may be extended for an additional 30 days when necessary due to matters beyond the control of the insurance company. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your claim, will be furnished to you within the initial 45-day period.

However, if a period of time is extended due to your failure to submit information necessary to decide the claim, the notice will specifically describe the needed information and you will be allowed 45 days from receipt of the notice to provide the additional information. The period for making the insurance company's benefit determination will be suspended from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information. If you provide the requested information within the specified timeframe, your claim will be decided within the time specified in the extension notice. If you do not provide the requested information within the specified timeframe, you claim will be decided without that information.

169

Liberty/Crespo 0871

1G053170001

### If Your Claim is Denied (Adverse Benefit Determination)

If your claim for a benefit is denied, in whole or in part, you or your authorized representative will receive a written notice from the insurance company. The notice will include:

○  *The specific reason(s) for the denial.*

○  *Reference to the specific plan provision(s) on which the benefit determination was based.*

○  *A description of any additional material or information necessary for you to perfect a claim and an explanation of why such information is necessary.*

○  *A description of the appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.*

○  *If an adverse benefit determination is based on a determination of disability, and an internal rule, guideline, protocol or criterion was relied on in denying your claim, a description of the internal rule, guideline, protocol or criterion used to decide your claim or a statement that a copy of the internal rule, guideline, protocol or criterion will be provided free of charge upon request.*

### Appeals

If your claim for benefits is denied or if you do not receive a response to your claim within the appropriate timeframe (in which case the claim for benefits is deemed to have been denied), you or your authorized representative may appeal your denied claim in writing to the insurance company.

If your claim involves death or dismemberment, your appeal must be made in writing within 60 days after you receive the written notice of denial from the insurance company. If you do not file your appeal within this time period, you will lose the right to appeal the denial. If your claim involves waiver of premium (a disability determination), your appeal must be made in writing not more than 180 days following receipt of the written notice of denial.

Your written appeal should set out the reasons you believe that the claim should not have been denied and should also include any additional supporting information, documents or comments that you consider appropriate. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

### Determinations on Appeal

A full review of the information in the claim file and any new information submitted to support the appeal will be conducted by the insurance company without regard to whether the information was submitted or considered in the initial benefit determination. The review will not give deference to the initial decision. In addition, the individual(s) deciding your appeal will not be the same individual(s) who initially decided your claim nor his/her subordinate. The insurance company may consult with a health professional in deciding your appeal, except that any health professional consulted in connection with your appeal will not have been involved in the initial benefit determination nor be a subordinate of the health professional who was involved.

170

Liberty/Crespo 0872

1G053170001

### Claims Based on Death or Dismemberment

The insurance company will review and decide your appeal within a reasonable period of time but no longer than 60 days after it is submitted. This time period may be extended for an additional 60 days if the insurance company determines that there are special circumstances that require an extension. You will be advised in writing of the need for an extension during the initial 60-day period and a determination will be made not more than 120 days after the date the claim was submitted. If the extension is needed because you failed to submit information necessary to decide the claim, the period for deciding the appeal will be suspended from the date on which the insurance company sends you notification of the extension until the date on which you respond to the request for additional information.

### Claims Based on Disability (Waiver of Premium)

The insurance company will review and decide your appeal within a reasonable period of time but no longer than 45 days after the receipt of your appeal request. This period may be extended up to 45 days if the insurance company determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date that the insurance company expects to render a decision will be furnished to you within the initial 45-day period. However, if a period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be suspended from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

You will be notified in writing if the decision on appeal upholds the initial denial of your claim. The notification will provide all of the following:

- *The specific reason(s) for the denial.*
- *References to the specific plan provisions on which the benefit determination was based.*
- *A statement that you are entitled to receive upon request and free of charge reasonable access to, and copies of, all records, documents and other information relevant to your claim.*
- *A statement that you have the right to obtain upon request and free of charge, a description or copy of any internal rule, guideline, protocol or other similar criterion relied upon in making the determination.*
- *A statement of your right to bring a civil suit under Section 502 of ERISA.*

The insurance company's determination is final. You can find additional information about the insurance company in the *"Plan Administration"* section of this SPD.

### Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. This authorization must be in writing and signed by you. Any reference in these claims procedures to "you" is intended to include your authorized representative.

171

Liberty/Crespo 0873

1G053170001

## Definitions

***Actively at work*** – You are performing all of the usual and customary duties of your job on a full-time or part-time basis at Ochsner, an alternate place approved by Ochsner or a place you are required to travel for Ochsner. You will be deemed to be actively at work on weekends, approved vacations, holidays or other business closures provided you were actively at work on the last scheduled working day preceding the time off.

***Annual base pay*** – Your annual earnings as of the preceding October 1, or your eligibility date if you were not employed on the preceding October 1, excluding overtime, bonuses, shift differentials and other extra pay.

***Physician*** – A person licensed to practice medicine in the jurisdiction where such services are performed or any other person whose service, according to applicable law, must be treated as physician's services for purposes of the plan. Each such person must be licensed in the jurisdiction where he performs the service and must act within the scope of that license. He must also be certified and/or registered if required by such jurisdiction. The term does not include you, your spouse, or any member of your or your spouse's immediate family including parents, children (natural, step or adopted), siblings, grandparents or grandchildren or the spouses of any of these.

172

Liberty/Crespo 0874

1G053170001

# BUSINESS TRAVEL ACCIDENT (BTA) COVERAGE

173

Liberty/Crespo 0875

1G053170001

# *BUSINESS TRAVEL ACCIDENT (BTA) COVERAGE*

Business travel accident coverage provides extra protection if you die or sustain certain types of injuries in an accident while you are:

○  *Traveling on approved Ochsner business (Basic Business Travel Coverage), or*

○  *Traveling for the purpose of responding to an emergency as part of your job with Ochsner (Emergency Response Coverage).*

Ochsner provides this coverage at no cost to you and there are no choices for you to make at enrollment.  Business travel accident coverage is not available to any part-time employees.

**Note:** If you are an Executive, Senior Physician, Senior Professional Staff, Staff Physician, Professional Staff, Assistant Professional Staff, Resident, Fellow, Management, CRNA, or Advanced Practice Clinician (Nurse Practitioner, Physician's Assistant, Neonatal Nurse Practitioner, Nurse Midwife or Clinical Nurse Specialist), your benefits will differ. Refer to your addendum for specific benefit information.  Part-time Senior Physicians, Part-time Staff Physicians, Part-time Professional Staff, Part-time Advanced Practice Clinicians, Elmwood Fitness Center and Brent House employees are not eligible for this benefit.

## *Basic Business Travel Coverage*

This coverage provides full 24-hour protection against a loss due to an accident while you are traveling on Ochsner business for less than 365 days. The travel must be authorized by Ochsner. Your commute to and from work is not covered, nor is an accident that happens while you are on Ochsner's premises, working from home or on a leave of absence or vacation.

Your coverage begins when you leave your residence or office, whichever occurs later, and ends when you return to your residence or office, whichever occurs first. Personal deviations from your business trip are covered if it occurs during, or within 7 days, before or after covered business travel. A personal deviation is one that is not related to the covered business trip and which lasts less than 7 days.

The benefit is $75,000; however, if you are an Administrative Resident or a member of the Ochsner Organ Transplant Team, the benefit is $100,000.

## *Emergency Response Coverage*

This coverage provides full protection against a loss due to an accident while you are responding to an emergency as part of your job with Ochsner. You must be designated by Ochsner as a contact person assigned to respond to emergency calls as part of your job duties, and must be responding to an emergency call that requires your skill or supervision.

174

Liberty/Crespo 0876

1G053170001

Coverage begins when you leave the place you were when you received notification of the emergency and ends when you return to that place or your residence. Personal deviations are covered if the duration is no more than one hour and it takes place within one hour before or after an emergency response.

The benefit is $75,000 ($100,000 for Administrative Residents and Ochsner Organ Transplant Team members). However, this benefit is increased if you are responding to an emergency and you suffer a loss while riding in an air ambulance, or if you were riding in a ground ambulance within a 100 mile radius of New Orleans.

In these situations, your benefit is increased to $250,000 ($500,000 for Administrative Residents and Ochsner Organ Transplant Team members). For purposes of this provision, emergency includes, but is not limited to, pediatric and neonatal flights, off-shore life flights, adult/on-shore life flights and organ transplant flights. It will also include non-emergency disaster drill flights and public relations flights.

## Maximum Benefit

The maximum amount payable under the plan is $5 million for any one accident, regardless of the number of Ochsner employees involved. If a number of Ochsner employees are involved in the same accident, the benefit amount for each individual will be reduced proportionately so that the total does not exceed $5 million.

## Amount Paid by the Business Travel Accident Plan

If you die or suffer paralysis or the loss of a limb, sight, hearing or speech as a result of and within 365 days of a covered accident, the plan will pay a benefit amount according to the following table.

| Business Travel Accident Loss Schedule | |
|---|---|
| Type of Loss | Plan Pays |
| Life | 100% |
| Both hands, both feet, sight of both eyes or any combination | 100% |
| Loss of speech and hearing | 100% |
| Paralysis of both arms and both legs | 100% |
| Paralysis of both arms or both legs | 75% |
| Paralysis of one arm and leg on one side of the body | 75% |
| One hand, one foot or sight of one eye | 50% |
| Speech or hearing | 50% |
| Thumb and index finger of one hand | 25% |
| Paralysis of one arm or one leg | 25% |

175

Liberty/Crespo 0877

1G053170001

| Business Travel Accident Loss Schedule | |
|---|---|
| **Type of Loss** | **Plan Pays** |
| Coma | 1% monthly for up to 11 months or 100% after 12 months |

Loss of:

- *A **hand or foot** means complete severance through or above the wrist or ankle joint.*

- ***Sight** means total permanent loss of sight. The loss must be irrecoverable by natural, surgical or artificial means.*

- ***Speech** means the total and permanent loss of audible communication that is irrecoverable by natural, surgical or artificial means.*

- ***Hearing** means the total and permanent loss of ability to hear any sound in both ears that is irrecoverable by natural, surgical or artificial means.*

- ***Thumb and index finger** means complete severance through or above the motacarpopholangeal joints of the same hand (the joints between the fingers and the hand).*

- ***Paralysis** means total loss of use. A physician must determine the paralysis to be complete and irreversible at the time the claim is submitted.*

- ***Coma** means a profound state of unconsciousness from which the comatose person is unlikely to be aroused through powerful stimulation. The coma must begin within 30 days of the accidental injury and continue for 60 consecutive days. Diagnosis and regular treatment by a physician is required. Coma will not include any state of unconsciousness intentionally induced during the course of treatment unless the state of unconsciousness results from the administration of anesthesia in preparation for surgical treatment of injuries sustained in the covered accident.*

Only one amount, the largest, will be paid for all losses resulting from one accident.

For purposes of this benefit, a ***covered accident*** means an unforeseeable, external event that results, directly and independently of all other causes, in a covered injury or loss.

## *Additional Business Travel Accident Benefits*

### Exposure and Disappearance
You will be presumed dead and your beneficiary paid the full benefit if you are in any aircraft or other vehicle that sinks, disappears, or is wrecked in the course of a business trip, and your body is not found within one year of the accident. If you are unavoidably exposed to the weather due to an accident that occurs while you are on a business trip, losses resulting from this exposure will be paid the same as other losses.

### Owned Aircraft Coverage
The plan will pay benefits if you suffer a covered loss that results, directly and independently of all other causes, from a covered accident that occurs during travel or flight in, including getting in or out of, any aircraft that is owned, leased, operated or controlled by Ochsner or any of its subsidiaries or affiliates.

176

Liberty/Crespo 0878

1G053170001

An aircraft substituted for an eligible aircraft will also be eligible if it is as similar to the original aircraft in design and seating capacity as is available, and the original aircraft is withdrawn from normal use due to breakdown, repair, servicing, loss or destruction. An aircraft controlled by Ochsner is one available for its use for 10 or more consecutive days or 15 days during any calendar year.

## Seat Belt and Air Bag Benefit

If you die while operating or riding as a passenger in a private passenger automobile and you were wearing a properly fastened seat belt at the time of the accident, the plan will pay your beneficiary an additional 10 percent of your loss of life benefit to a maximum of $25,000.

If you were also positioned in a seat protected by a properly functioning and properly deployed supplemental restraint system (airbag) at the time of the accident, an additional 5 percent of your loss of life benefit to a maximum of $12,500 will be paid to your beneficiary.

The official police report of the accident, or a written certification by the investigating officer(s), must be submitted with your claim verifying the proper use of the seat belt at the time of the covered accident and that the supplemental restraint system properly inflated upon impact.

If a certification or police report is not available or it is unclear whether you were wearing a seat belt or positioned in a seat protected by a properly functioning and properly deployed supplemental restraint system, the plan will pay a default benefit of $1,000 to your beneficiary.

In the case of a child, **seat belt** means a child restraint, as required by state law and approved by the National Highway Traffic Safety Administration, properly secured and being used as recommended by its manufacturer for children of like age and weight at that time of the covered accident.

**Private passenger automabile** means a validly registered, four wheel private passenger car, including Ochsner-owned cars, campers, motor homes, station wagons, sport utility vehicles, pick-up trucks and van-type cars that are not licensed commercially or being used for commercial purposes. Any vehicle being used as a taxicab, bus or other public conveyance will not be considered a private passenger automobile.

**Supplemental restraint system** means an airbag that inflates upon impact for added protection to the head and chest areas.

Liberty/Crespo 0879

1G053170001

### HIV Occupational Accident Benefit

The plan will pay you an additional benefit of 20 percent of your loss of life benefit to a maximum of $200,000 if you acquire and test positive for HIV antibodies within one year of an accident that occurs while performing your regular job duties for Ochsner. To receive this benefit, you must satisfy all of the following requirements:

○   Submit on injury report to your employer ond Workers' Compensotion corrier within 48 hours of the occident.

○   Test negotive for HIV ontibodies within 48 hours of the occident.

○   Test positive for HIV ontibodies in o subsequent blood test within one yeor of the occident.

The benefit will be paid immediately after the date you submit written proof of the above conditions. (You must pay any cost for the testing.)

For purposes of this provision, *HIV* means human immunodeficiency virus, a virus that infects lymphocytes and other cells bearing the $CD_4$ marker, the initial infection of which is known as acute retro viral syndrome.

*Blood test* means a positive (reactive) enzyme-linked immunosorbent assay (ELISA) test, confirmed by the Western Blot Test, or other tests that may be approved by the Centers for Disease Control and Prevention and accepted by the insurance company.

### War Risk Coverage

The plan will pay benefits if you suffer a covered loss that results, directly and independently of all other causes, from a covered accident that occurs during war or acts of war that occur worldwide, except for Afghanistan, Chechnya, Iran, Iraq, Israel (includes West Bank and Gaza), Kuwait, Lebanon, Pakistan, Saudi Arabia, Somalia and countries where travel is permitted only under licenses granted by the Foreign Assets Control, unless such license is granted.

However, this benefit does not provide coverage when a covered accident occurs in the United States and its territories and possessions or in any nation of which you are a citizen or a permanent resident.

## *Business Travel Accident Exclusions*

No benefits will be paid if a loss results from any of the following:

○   Suicide, ottempted suicide while sone or insone or intentionolly self-inflicted injury.

○   Wor or octs of wor, whether it is declored or not, except os provided in the "Wor Risk Coveroge" section obove.

○   Injury while on octive duty in ony ormed forces of ony country or internotionol orgonizotion, excluding covered occidents thot occur while engoged in Reserve or Notionol Guord troining of 31 doys or less.

○   Sickness, diseose, bodily or mentol infirmity.

178

Liberty/Crespo 0880

1G053170001

- *Bacterial or viral infection or medical or surgical treatment thereof, including exposure, whether or not accidental, to viral, bacterial or chemical agents, except bacterial infections from an accidental external cut or wound or accidental ingestion of contaminated food.*
- *Active participation in a riot or insurrection or attempt to commit or commission of a felony.*
- *Voluntary ingestion of any narcotic, poison, gas or fumes, unless prescribed or taken under the direction of a physician and taken as in accordance with the prescribed dosage.*
- *Flight in, boarding or alighting from an aircraft or any craft designed to fly above the Earth's surface:*
- *Except as a fare-paying passenger on a regularly scheduled commercial or charter airline.*
  - *Being flown by you or in which you are a crew member.*
  - *Being used for:*
    - Crop dusting, spraying or seeding, giving and receiving flying instruction, fire fighting, sky writing, sky diving or hang-gliding, pipeline or power line inspection, aerial photography or exploration, racing, endurance tests, stunt or acrobatic flying, and
    - Any operation that requires a special permit from the FAA, even if it is granted (this does not apply if the permit is required only because of the territory flown over or landed on).
  - *Designed for flight above and beyond the earth's atmosphere.*
  - *An ultra-light or glider.*
  - *Being used by any military authority, except on aircraft used by the Air Mobility Command or its foreign equivalent.*
  - *Being used for the purpose of parachuting or skydiving.*
- *Travel in or on any on-road and off-road motorized vehicle except a golf cart, that does not require licensing as a motor vehicle.*
- *Participation in any motorized race or contest of speed.*
- *Operating any type of vehicle while under the influence of alcohol or any drug, narcotic or other intoxicant including any prescribed drug for which you have been provided a written warning against operating a vehicle while taking it.* **Under the influence of alcohol,** *for purposes of this exclusion, means intoxicated, as defined by the law of the state in which the covered accident occurred.*
- *An accident if you are the operator of a motor vehicle and do not possess a valid motor vehicle operator's license, unless you hold a valid learner's permit and you are receiving instruction from a Driver's Education Instructor.*
- Driving a private passenger automobile while intoxicated as that term is defined by the laws of the state in which the accident occurred.

In addition, if any type of professional certification is required to provide proof of loss, it cannot be given by you, your spouse, or the parents, siblings or children of either.

## *Naming a Beneficiary*

Normally, business travel accident death benefits will be paid to the person you have designated as your beneficiary under your Ochsner group life insurance coverage. However, you may name a different beneficiary if you wish by contacting the HR Employee Service Center.  Benefits for any loss, other than your loss of life, will automatically be paid to you.

179

Liberty/Crespo 0881

1G053170001

If you do not name a beneficiary, or if your beneficiary is not living on the day after your death, benefits will be paid to the first of the following to survive you:

- ○ *Spouse*
- ○ *Child(ren)*
- ○ *Parents*
- ○ *Siblings*

If none survive you, the benefit will be paid to your estate.

## *When Business Travel Accident Insurance Coverage Ends*

Your coverage will end on the earliest of the following dates:

- ○ *The date your employment terminates or you are no longer eligible for coverage.*
- ○ *The date the insurance policy ends.*

## *Business Travel Accident Insurance Claims Procedures*

### Submitting Claims

To file a claim for benefits, you or your beneficiary should request and properly complete the appropriate claim forms available from the HR Employee Service Center. Submit the completed forms in accordance with instructions on the forms.
The insurance company must be given written proof of the loss that defines the nature and extent of that loss. Proof should be provided within 90 days after the date of the loss or as soon as reasonably possible, but not later than one year. This time limit will be extended only if it can be shown that the claimant lacks legal capacity to file the claim timely.

### Claims Determinations and Appeals

Formal claim review and appeal procedures are discussed in the *"Life and AD&D Claims Procedures"* section.

Additional information on the insurance company providing this coverage can be found in the *"Plan Administration"* section.

180

Liberty/Crespo 0882

1G053170001

## Definitions

**Aircraft** – A vehicle that has a valid certificate of airworthiness and is being flown by a pilot with a valid license to operate the aircraft.

**Sickness** – A physical or mental illness, including pregnancy.

181

Liberty/Crespo 0883

1G053170001

# EMPLOYEE ASSISTANCE PLAN (EAP) COVERAGE

182

Liberty/Crespo 0884

1G053170001

# *EMPLOYEE ASSISTANCE PLAN (EAP) COVERAGE*

Ochsner sponsors an employee assistance plan (EAP) that provides you with access to confidential help for a wide range of personal (such as behavioral and substance abuse issues) and work related concerns. Through the EAP, you and/or your dependents can receive a referral to a skilled behavioral health professional for up to five face-to-face counseling sessions per problem per year and/or receive assistance in identifying appropriate community resources.

Ochsner believes EAP is a "grandfathered health plan" under the Patient Protection and Affordable Care Act (the Affordable Care Act). As permitted by the Affordable Care Act, a grandfathered health plan can preserve certain basic health coverage that was already in effect when that law was enacted. Being a grandfathered health plan means that your plan may not include certain consumer protections of the Affordable Care Act that apply to other plans; i.e. the requirement for the provision of preventive health services without any out of pocket expense. However, grandfathered health plans must comply with certain other consumer protections in the Affordable Care Act; i.e. the elimination of lifetime maximums on benefits.

All employees and their eligible dependents may use the EAP. Coverage automatically begins on your hire date. There are no election forms to complete or enrollment decisions to make. Ochsner pays the full cost of this coverage.

The EAP is administered by Humana, an independent organization that manages a network of behavioral health specialists and also arranges consultations, assessments and referrals.

## *How the EAP/Work Life Plan Works*

As a responsible employer, Ochsner recognizes and acknowledges that problems in your personal life can affect your life on the job – and vice versa. The EAP is designed to help you and your dependents deal with problems caused by stress and changes in life. The problems may involve you, a member of your family or your family as a whole. No matter what the reason, or who is involved, a counselor or therapist can suggest solutions to your problems or direct you to other sources for help. Some of the types of problems the EAP can help you deal with include:

- *Relationship problems*
- *Parenting issues*
- *Alcohol or drug obuse (by yourself or o fomily member)*
- *Elder Core issues*
- *Emotional problems, such as feelings of anger or depression without knowing the couse*
- *Stress*
- *Grieving the loss of a loved one*
- *Dealing with job changes*

183

Liberty/Crespo 0885

1G053170001

○   *Legal and financial concerns*

○   *Approaching retirement*

○   *Other concerns with your home or work life*

## *EAP Counseling Services*

When you call, an EAP counselor will discuss your problem with you, assess your individual needs and outline a plan of action for you to consider. For each problem you call about, you can get up to five sessions per year with an EAP counselor. There is no charge for EAP counseling sessions. For many people, talking to the EAP counselor through phone sessions is all the help they need. However, if you need more specialized or extensive treatment, the EAP counselor may refer you to a specialist or inpatient facility that can give you more care.

If you or a dependent requires services that are beyond the scope of those provided by the EAP or need more than five counseling sessions, the counselor will recommend additional services or refer you to another provider. If you and your dependents are covered by the medical plan, the cost for these additional services may be covered under the medical plan or by your health care flexible spending account, if you participate.

To receive confidential, personal counseling, contact LifeSynch toll-free at **1-866-440-6556** any time of day or night. They can help you set up an appointment with the appropriate counselor or therapist. You may also access your EAP at **www.lifesynch.com/humanaeap**. The user name and password are both: ohs.

In addition to the counseling sessions above, you can receive telephonic legal and/or financial consultations for up to 30 minutes for each issue per year.

## *Confidentiality*

Your use of this service is strictly confidential. The EAP does not provide Ochsner with any name or other information about what you discuss with a counselor. No information regarding your participation in the EAP plan will be released to anyone without your written consent, unless otherwise required by state or federal law (for example, if you present a serious danger to yourself or others).

184

Liberty/Crespo 0886

1G053170001

## When EAP Coverage Ends

EAP coverage will end when the first of the following occurs:

- *Your employment with Ochsner ends.*
- *Ochsner discontinues the plon.*
- *For o porticulor dependent, he or she is no longer eligible under the terms of the plon.*

## Continuation of Coverage

Under certain circumstances you may be allowed to continue EAP coverage under COBRA. For detailed information, refer to the section called "*Continuotion Coveroge Under COBRA*" of the medical section of this SPD. The provisions explained there apply to your EAP coverage as well.

## EAP Claims Procedures

### Submitting EAP Claims

EAP providers will file your claim for you, and the plan will reimburse the EAP directly.

### Initial Claims Determinations

Humana will review your claim within a reasonable period of time, but not later than 30 days after the claim is received. This time period may be extended for an additional 15 days when necessary due to matters beyond Humana's control or if your claim is incomplete. You will be advised in writing of the need for an extension during the initial 30-day period, and a determination will be made no more than 45 days after the date the claim was submitted. If the extension is needed because your claim is incomplete, the notice will specifically describe the information needed to complete the claim, and you will be allowed 45 days from receipt of the notice to provide the information. The timeframe for deciding the claim will be suspended from the date the notice of extension is sent until the date on which you respond to such notice. If you provide the requested information within the specified timeframe, your claim will be decided within the time specified in the extension notice. If you do not provide the requested information within the specified timeframe, your claim may be decided without that information.

### If Your Claim Is Denied (Adverse Benefit Determination)

Any reduction of a claim is referred to as an *adverse benefit determi*notion. This is defined as a denial, reduction, termination of, or a failure to provide or make payment (in whole or in part) for a benefit.

185

Liberty/Crespo 0887

1G053170001

Humana will provide written or electronic notification of any adverse benefit determination. The notice will state, in a manner calculated to be understood by the claimant:

- *The specific reason or reasons for the adverse determination.*

- *Reference to the specific plan provisions on which the determination was based.*

- *A description of any additional material or information necessary to perfect the claim, and an explanation of why such material or information is necessary.*

- *A description of the plan's review procedures (incorporating any voluntary appeal procedures offered by the plan), the right to submit written comments and have them considered, and the time limits applicable to such procedures. This will include a statement of the claimant's right to bring a civil action under section 502 of ERISA following an adverse benefit determination on review.*

- *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim.*

- *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination and a copy will be provided free of charge to the claimant upon request.*

- *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

## *Appeals*

If you receive an adverse benefit determination, you have 180 days following receipt of the notification in which to appeal the decision to the Ochsner Clinic Foundation Health and Welfare Plan Committee.   Your appeal must be in writing.  If you do not file an appeal within this time period, you will lose the right to appeal the determination.

The appeal should include any comments, documents, records and other information relating to the claim.  If you request, you will be provided free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim.  A document, record or other information shall be considered relevant to a claim if it:

- *Was relied upon in making the benefit determination.*

- *Was submitted, considered or generated in the course of making the benefit determination, without regard to whether it was relied upon in making the benefit determination.*

- *Demonstrated compliance with the administrative processes and safeguards designed to ensure and to verify that benefit determinations are made in accordance with plan documents, and plan provisions have been applied consistently with respect to all claimants.*

- *Constituted a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit.*

You may also request that the plan identify any medical or vocational expert from whom it received advice in connection with the benefit determination, regardless of whether it relied on such advice in making the initial benefit determination.

186

Liberty/Crespo 0888

1G053170001

## Determinations on Appeal

The Ochsner Clinic Foundation Health and Welfare Plan Committee will review and decide your appeal within a reasonable period of time, but in no event more than 60 days after your appeal is received. The decision by the Ochsner Clinic Foundation Health and Welfare Plan Committee is final. More information on the Health and Welfare Plan Committee can be found in the *"Plan Administration"* section of this SPD.

The review will take into account all comments, documents, records and other information relating to the claim that you submit, without regard to whether such information was submitted or considered in the initial benefit determination. The review will not give deference to the initial denial. In addition, the individual who decides your appeal will not be the same individual who initially decided your claim and will not be the individual's subordinate.

A health professional may be consulted in deciding your appeal, except that any health professional consulted in connection with your appeal will not have been involved in the initial benefit determination nor be a subordinate of the health professional who was involved.

You will be notified in writing of the decision on the appeal. If the decision upholds the denial of your claim, the notification will provide:

- *The specific reason or reasons for the adverse determination.*
- *Reference to the specific plan provisions on which the determination was based.*
- *A statement of the claimant's right to bring a civil action under section 502 of ERISA.*
- *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim.*
- *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination, and a copy will be provided free of charge to the claimant upon request.*
- *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

No suit concerning the claim may begin until the appeal process has been completed, and you have received the written decision on the appeal, or you have not been given a timely response to the appeal. You have one year from that time to file suit (unless a longer period of time is provided in accordance with ERISA). A suit may not be brought after the one-year period has passed (unless a longer period of time is provided in accordance with ERISA).

187

Liberty/Crespo 0889

1G053170001

## *Designation of an Authorized Representative*

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. Generally, this authorization must be in writing and signed by you. Any reference in these claims procedures to "you" or "claimant" is intended to include your authorized representative.

188

Liberty/Crespo 0890

1G053170001

# PATHWAY TO WELLNESS COVERAGE

189

Liberty/Crespo 0891

1G053170001

# *PATHWAY TO WELLNESS COVERAGE*

Ochsner has partnered with Virgin Pulse (VP) to deliver an innovative program called Pathway to Wellness (PTW) to help and encourage employees become healthier. The PTW program includes a variety of physical and educational services designed to help you achieve your wellness goals. If you participate, you will receive "miles" for performing specific activities and reaching defined health goals. Based on the number of HealthMiles earned, HealthZone visits completed and completion of the Health Risk Assessment, you are eligible to receive a reduction of your OchsnerPlus medical premium.

All full-time and part-time employees are eligible to participate in PTW upon enrollment in OchsnerPlus at no additional cost.  Full-time and part-time employees are also eligible to participate by electing the PTW Only option and paying the required contribution.  Physicians and SSP employees are excluded from the PTW program.

## *How the PTW Program Works*

To participate, you must enroll by logging onto to the Virgin Pulse website at **www.virginpulse.com**. Please carefully review the VP website information for further explanation of program details.

Throughout the year VP and Ochsner will provide access to specific services that will help you maintain your health and earn HealthMiles. These services include a health risk assessment, an interactive electronic activity log, physical programs such as exercise events in the form of Quest and Challenges and an annual Employee Health Fair that offers screenings for cholesterol and glucose. You can also earn additional miles by donating blood, taking monthly biometric measurements, getting an annual physical, and/or by having a gender specific screening (mammogram or PSA).

## *Benefit Premium Reduction*

You will be eligible to receive a reduction in your OchsnerPlus benefit premium for medical coverage for the next plan year if you achieve your required HealthMiles, have a minimum of four required HealthZone kiosk visits and complete the online Health Risk Assessment during the program year beginning on August 1 (or your registration date) through July 31st of the following year.  For example, to achieve a premium reduction for the 2015 plan year, you must achieve 18,000 HealthMiles, have at least four HealthZone visits and complete the Pathway To Wellness Health Risk Assessment (HRA) during the period beginning August 1, 2013 and ending July 31, 2014.  The amount of the reduction is determined each year and will be identified in your enrollment materials. Each step taken while wearing your pedometer and each wellness activity completed goes toward earning HealthMiles.

190

Liberty/Crespo 0892

1G053170001

Employees hired during the 2014 plan year or those that became newly eligible to medical benefits during the plan year will receive the 2014 new hire medical premium.  In addition, you will be subject to the sliding scale below for the 2015 medical insurance premium reduction. However, new hires in July who do not obtain 1,500 HealthMiles, one HealthZone visit and complete the on-line Health Risk Assessment by July 31, will remain on the Silver Plan for the 2015 plan year.

If you experience a qualifying event such as an employment status change or spouse losing coverage during the plan year, you will receive the new hire premium for 2014 and will be subject to the sliding scale as noted below for the 2015 premium.  Please refer to the *"When You Can Change Your Coverage"* section of the *"General Provisions"* for a list of eligible events.

If you experience multiple employment status changes in the same year, you will receive the new employee rate upon your effective date of medical coverage and will be subject to the sliding scale below for the 2015 premium.

Please refer to the following chart for your benefit eligible month in order to determine the HealthMiles and HealthZone visits required to obtain the 2015 premium discount:

| Month Eligible | Number of HealthMiles | Number of HealthZone Visits | Completion of online Health Risk Assessment (HRA) |
|---|---|---|---|
| August 2013 | 18,000 | 4 | 1 |
| September 2013 | 16,500 | 4 | 1 |
| October 2013 | 15,000 | 4 | 1 |
| November 2013 | 13,500 | 4 | 1 |
| December 2013 | 12,000 | 4 | 1 |
| January 2014 | 10,500 | 4 | 1 |
| February 2014 | 9,000 | 4 | 1 |
| March 2014 | 7,500 | 4 | 1 |
| April 2014 | 6,000 | 4 | 1 |
| May 2014 | 4,500 | 3 | 1 |
| June 2014 | 3,000 | 2 | 1 |
| July 2014 | 1,500 | 1 | 1 |

Liberty/Crespo 0893

1G053170001

Benefits eligible employees not actively enrolled in the OchsnerPlus plan or PTW Option Only, but elect OchsnerPlus for coverage at Open Enrollment (benefits effective 1/1/2014) will receive the new participant 5ilver medical premium.

Beginning in January 2014, you will be eligible to join the Virgin Pulse-Pathway to Wellness Program. The Virgin Pulse-Pathway to Wellness Program is an ongoing program which begins on August 1st and ends July 31st each year.  5ince your eligibility to join would not begin until January you would need to earn 10,500 HealthMiles, make a minimum of 4 visits to HealthZone for biometric measurements, and complete the online HRA from Pathway To Wellness in order to qualify for the health insurance discount for 2015 according to the sliding scale chart.

Example: You have no health insurance coverage in 2013. You elect coverage for 2014. Beginning January 2014 your health insurance premium cost is at the new employee rate. You join VP-PTW Program in January 2014. The number of HealthMiles required to earn a discount on your 2015 health insurance premium would be 10,500 HealthMiles, a minimum of 4 visits to the HealthZone for biometric measurements, and completion of the HRA from Pathway To Wellness.

## *Program Activities and HealthMiles Earned:*

| Activity | Virgin HealthMiles Earned |
|---|---|
| Wear your GoZone or FitBit & take: | |
| less than 7000 steps | 20 per day |
| at least 7000 steps | 60 per day |
| at least 12,000 steps | 80 per day |
| at least 20,000 steps | 100 per day |
| Wear your Polar HRM and workout for: | |
| less than 20 minutes | 20 per day |
| at least 20 minutes at vigorous intensity | 60 per day |
| at least 30 minutes at moderate intensity | 60 per day |
| Log your workouts and other activity in the Activity Journal | 10  per day (up to 20 per day) |
| | **NOTE:** Maximum of 100 miles per day for GoZone steps + Polar HRM workouts + logged activity |
| Visit the LifeZone website | 10  (up to 2 visits per week) |
| Join a community challenge | 200 per challenge |
| Create your own challenge | 500 for running your 1st challenge |

Liberty/Crespo 0894

1G053170001

| Activity | Virgin HealthMiles Earned |
|---|---|
| Pathway to Wellness Health Risk Assessment | 500 (1 per year) |
| Nutrition: | |
| Connect to MyFitness Pal | 50 (1 time) |
| Tell a friend about nutrition | 50 (up to 3 times) |
| Calorie tracking entry | 40 per day |
| Nutrition challenge | 100 per month |
| Take Your Measurements: | |
| Take all 3 measurements on the HealthZone | 200 per month |
| Ideal or improved weight/BMI | 150 per month |
| Ideal or improved body fat | 150 per month |
| Ideal or improved blood pressure | 150 per month |
| No HealthZone – Self Report | |
| Take and enter all 3 measurements yourself | 50 per month |
| Ideal or improved weight/BMI (self-entered) | 50 per month |
| Ideal or improved body fat (self- entered) | 50 per month |
| Ideal or improved blood pressure (self-entered | 50 per month |
| Bonus Miles Promotions | Run throughout the year |
| Ochsner enhancements: | |
| Annual wellness physical (by NP, IM, PCP) | 500 |
| PSA | 150 |
| Mammogram | 150 |
| Blood donation | 100 |

If you have a medical condition or disability that makes it unreasonable or medically unsafe for you to achieve or attempt any of the standards for the premium reduction under the VP/ PTW program, or if it is medically inadvisable for you to do so, contact Virgin Pulse via the website, **www.virginpulse.com**, or by telephone at **1-888-852-6898** to request enrollment instructions for the Reasonable Alternative Program.

193

Liberty/Crespo 0895

1G053170001

## Documenting Services

Each time you upload your pedometer to your activity journal at the Virgin Pulse website you will earn miles based on the number of your steps and/or activity participation. Also, when you visit the VP-PTW kiosk on a monthly basis and have your biometric measurements recorded you earn miles which will be recorded and documented from the kiosk to your activity journal page electronically. Additional miles can be earned through donating blood, participation in health screenings, annual physical, annual mammogram or PSA, and taking monthly biometric measurements. These activities would be recorded manually by completing and faxing the form to the PTW Coordinator.  The form for documenting annual physicals, mammograms, PSAs and monthly biometric measurements can be obtained by clicking the forms link on the Virgin Pulse website or by accessing the Pathway To Wellness link on Ochweb. Self-reporting wellness activities and biometric measurements can also be done by logging into your activity journal and entering the appropriate information.

## When Coverage Ends

Your participation in the program will end at the end of the program year, when Ochsner discontinues the program or when you are no longer an eligible employee, whichever occurs first.

As required by federal law, the PTW program includes provisions that allow you to continue coverage when it ends for certain reasons.

Continuation provisions are discussed in the "*Family and Medical Leave*," "*Military Leave*" and "*Continuation Coverage under COBRA*" sections of the medical portion of this SPD. These provisions apply to continuation of the PTW program as well.

## PTW Program Claim Procedures

### Initial Claims Determinations

The Plan Administrator, Ochsner Clinic Foundation Health and Welfare Plan Committee, will review your claim within a reasonable period of time, but not later than 30 days after the claim is received. This time period may be extended for an additional 15 days when necessary due to matters beyond the Plan Administrator's control or if your claim is incomplete. You will be advised in writing of the need for an extension during the initial 30-day period, and a determination will be made no more than 45 days after the date the claim was submitted. If the extension is needed because your claim is incomplete, the notice will specifically describe the information needed to complete the claim, and you will be allowed 45 days from receipt of the notice to provide the information. The timeframe for deciding the claim will be suspended from the date the notice of extension is sent until the date on which you respond to such notice. If you provide the requested information within the specified timeframe, your claim will be

194

Liberty/Crespo 0896

1G053170001

decided within the time specified in the extension notice. If you do not provide the requested information within the specified timeframe, your claim may be decided without that information.

### If Your Claim Is Denied (Adverse Benefit Determination)

Any reduction of a claim is referred to as an adverse benefit determination. This is defined as a denial, reduction, termination of, or a failure to provide or make payment (in whole or in part) for a benefit.

The Plan Administrator will provide written or electronic notification of any adverse benefit determination. The notice will state, in a manner calculated to be understood by the claimant:

- *The specific reason or reasons for the adverse determination.*

- *Reference to the specific plan provisions on which the determination was based.*

- *A description of any additional material or information necessary for you to perfect the claim, and an explanation of why such material or information is necessary.*

- *A description of the plan's review procedures (incorporating any voluntary appeal procedures offered by the plan), the right to submit written comments and have them considered, and the time limits applicable to such procedures. This will include a statement of the claimant's right to bring a civil action under section 502 of ERISA following an adverse benefit determination on review.*

- *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim.*

- *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination and a copy will be provided to you free of charge upon request.*

- *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to your medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

## *Appeals*

If you receive an adverse benefit determination, you have 180 days following receipt of the notification in which to appeal the decision to the Plan Administrator.  Your appeal must be in writing. If you do not file an appeal within this time period, you will lose the right to appeal the determination.

The appeal should include any comments, documents, records and other information relating to the claim. Upon request, you will be provided free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim.

You may also request that the plan identify any medical or vocational expert from whom it received advice in connection with the benefit determination, regardless of whether it relied on such advice in making the initial benefit determination.

195

Liberty/Crespo 0897

1G053170001

## Determinations on Appeal

The Plan Administrator will review and decide your appeal within a reasonable period of time, but in no event more than 60 days after your appeal is received. The decision by the Plan Administrator is final. More information on the Plan Administrator can be found in the *"Plan Administration"* section of this SPD.

The review will take into account all comments, documents, records and other information relating to the claim that you submit, without regard to whether such information was submitted or considered in the initial benefit determination. The review will not give deference to the initial denial. In addition, the individual who decides your appeal will not be the same individual who initially decided your claim and will not be the individual's subordinate.

A health professional may be consulted in deciding your appeal, except that any health professional consulted in connection with your appeal will not have been involved in the initial benefit determination or be a subordinate of the health professional who was involved.

You will be notified in writing of the decision on the appeal. If the decision upholds the denial of your claim, the notification will provide:

- *The specific reason or reasons for the adverse determination.*

- *Reference to the specific plan provisions on which the determination was based.*

- *A statement of the claimant's right to bring a civil action under section 502 of ERISA.*

- *A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim.*

- *If the adverse benefit determination was based on an internal rule, guideline, protocol or other similar criterion, the specific rule, guideline, protocol or criterion will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or criterion was relied upon in making the adverse benefit determination, and a copy will be provided to you free of charge upon request.*

- *If the adverse benefit determination is based on the medical necessity or experimental or investigational treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to your medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided free of charge, upon request.*

No suit concerning the claim may begin until the appeal process has been completed, and you have received the written decision on the appeal, or you have not been given a timely response to the appeal. You have one year from that time to file suit (unless a longer period of time is provided in accordance with ERISA). A suit may not be brought after the one-year period has passed (unless a longer period of time is provided in accordance with ERISA).

## Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. Generally, this authorization must be in writing and signed by you. Any reference in these claims procedures to "you" intended to include your authorized representative.

196

Liberty/Crespo 0898

1G053170001

**Claims and Appeals**

In the event the Pathway to Wellness Program is considered to be a non-grandfathered group health plan subject to the Affordable Care Act's internal and external claims procedures, the substance of those procedures as set forth in the OchsnerPlus option, to the extent applicable, shall apply in a like manner to the Pathway to Wellness Program with the Health and Welfare Plan Committee conducting the claims and appeals and contracting with the Independent Review Organizations.

197

Liberty/Crespo 0899

1G053170001

# SPENDING ACCOUNTS

198

Liberty/Crespo 0900

1G053170001

# *SPENDING ACCOUNTS*

Ochsner offers you the opportunity to save money by participating in a Dependent Care Flexible Spending Account (DCFSA) and Health Care Flexible Spending Account (HCFSA).

Participation in the flexible spending accounts allows you to set aside money before taxes are withheld to meet eligible dependent care and health care expenses during the year. That money is deposited in your account to be paid back to you – tax free – when you have an eligible expense. Expenses incurred during a given plan year and grace period may be submitted for reimbursement until the May 31 following that plan year and grace period.

## Enrollment

In order to participate in either the DCFSA or the HCFSA, you must complete the web-based enrollment within 31 days of your employment. After your initial election, you will not have another opportunity to enroll, cancel or change your deposit amounts until the next annual enrollment period, unless you experience a qualifying change in status.

Each year you decide how much money, if any, you want to contribute to one or both flexible spending accounts. You must make an election when you are first eligible and during each annual enrollment period, if you want to be enrolled in the accounts. Annual elections will not automatically renew each year.

## *Changes in Status*

Certain changes in your family situation *may* qualify you to enroll, change or stop making deposits to the flexible spending accounts before the next annual enrollment period. Please refer to the Change in Status Event Overview chart in the "*General Provisions*" section of this SPD.

## Requesting Changes during the Year

If you have a change in status and wish to change the amount of your deductions during the year:

- *You must notify the HR Employee Service Center within 31 days of your change in status.*
- *Any changes must be consistent with the change in status.*
- *The new amount may not exceed the annual maximum deposit for that account.*
- *The effective date of the change in your account is the later of date of the event that caused your change in status or the first day of the pay period following the date you request the change.*

199

Liberty/Crespo 0901

1G053170001

If you increase either of your flexible spending account deposits during the plan year due to a change in status, the increased amount can only be used for expenses you incur after the change becomes effective.
It is your responsibility to have documentation of your change in status, as required by the IRS.

**NOTE** – You cannot change your benefit elections during the year if you:

- *Decide you cannot afford the deductions from your pay and want to stop the deductions.*

- *Have an unforeseen expense and need money for something else.*

- *Decide you do not like or want the coverage during the year.*

- *Have medical or dependent day care expenses that are larger or smaller than you anticipated (unless the change results from a qualifying family status event).*

If you decrease either of your flexible spending account deposits during the plan year due to a change in status, the new decreased annual amount cannot be less than the total year to date contributions an employee has made.

If you choose to terminate either of your flexible spending account deposits during the plan year due to a change in status, you will lose access to remaining funds contributed at the end of the month in which your status change date occurs.

## *Dependent Care Flexible Spending Account (DCFSA)*

The DCFSA allows you to save taxes on the money you use to pay your eligible dependent day care expenses. The amount you elect to deposit into your DCFSA account is deducted from your paycheck on a before-tax basis. Then, when you submit an eligible dependent day care expense, submit the necessary paperwork to the claims administrator and you are reimbursed from your account.

If you are a regular active employee working at least eight hours per pay period, you are eligible for the DCFSA on the first day of the month coincident with or following one month of regular employment. If you are a new employee whose participation begins after January 1, your spending account election will be for the remainder of the calendar year.

### Limits On Deposits

You decide how much you want to deposit in your DCFSA. Your annual DCFSA deposit cannot be more than $5,000 ($2,500 if you are married and file separate tax returns). The minimum annual deposit is $240, or $10 per pay period. (If you are paid on a biweekly basis, there will be no deduction two (2) times per year.) Refer to *"Eligible Dependent Care Expenses"* for other limits that may apply.

200

Liberty/Crespo 0902

1G053170001

If you are paying for day care for your child or an eligible dependent adult, you probably know what those costs will be each year – they are quite predictable. That predictability makes it easy to determine how much to put into your DCFSA.

### Eligible Dependent Care Expenses

The rules for determining eligible expenses are the same for the federal child care tax credit and the DCFSA. In order to be eligible for reimbursement, a dependent care expense must be necessary in order for you to work, for your spouse to work or attend school full time, or for you to work part time and attend school full time.

Therefore you are eligible to participate in the DCFSA if:

○ *You ore single full-time employee or o single port-time employee.*

○ *You ore o morried full-time employee or o morried port-time employee ond your spouse is employed on o full-time bosis or is o full-time student or is physicolly or mentolly incopoble of coring for himself or herself.*

To qualify, expenses must meet the following requirements:

○ *If the dependent is o child–*

- He or she must be younger than 13, reside with you for more than one half of the calendar year, and be dependent upon you for at least 50% of his or her financial support. (There is no age limit for a child who is physically or mentally incapable of caring for himself or herself.)

- Care may be provided either inside or outside your home, but it may not be provided by your spouse, your child under age 19 at calendar year end or anyone considered your dependent for income tax purposes, such as one of your other children.

- If the care is provided by a facility that cares for more than six children, the facility must be licensed.

- If you are divorced or separated, you must be the custodial parent. You are the custodial parent if you have custody of your child for a greater period during the plan year than the other parent. A non-custodial parent may not submit expenses for reimbursement even if that parent is responsible for paying childcare expenses or may claim the child's exemption on his or her federal tax return for the year.

○ *If the dependent is on odult–*

- He or she must be physically or mentally incapable of caring for himself or herself.

- He or she must reside with you for more than one half of the calendar year, and for other than your spouse, be dependent upon you for at least 50% of his or her financial support.

- Care may be provided either inside or outside your home, but it may not be provided by your spouse, your child under age 19 at calendar year end or anyone considered your dependent for income tax purposes;

- Expenses outside your home (such as a nursing home) are eligible only if the dependent regularly spends at least eight hours each day in your household.

Your eligible dependent care expenses cannot be greater than the lesser of your annual earned income or your spouse's annual earned income. If your spouse is a full-time student or is mentally or physically incapacitated, the IRS imposes a special set of rules. Because students

201

Liberty/Crespo 0903

1G053170001

and incapacitated adults typically have no regular earned income, the government assigns them one. If this is the case for your spouse, his or her annual earned income will be based on an assumed monthly income of $2S0 if you have one eligible dependent; $S00 if you have two or more eligible dependents.

Federal income tax law requires that you identify the provider of dependent care on your federal tax return. When identifying the provider, you must include the provider's name, address and Social Security number or taxpayer identification number (TIN). This requirement applies to the DCFSA and the federal childcare tax credit.

## Expenses that are Not Covered by the DCFSA

The following expenses are not eligible for reimbursement from your Dependent Care Flexible Spending Account:

- *Baby-sitting that is not work-related.*

- *Overnight comp.*

- *Costs for school in the first grade and above.*

- *Costs for school below first grade that can be identified and separated from the cost of care. (Note: Generally, kindergarten expenses are not a qualifying expense. However, before and after custodial care may qualify if certain rules are met. Please consult with a tax advisor before claiming kindergarten expenses as a reimbursement).*

- *Nursing home expenses for dependents who do not live with you.*

- *Care provided by your spouse, your child under age 19, or anyone you claim as a dependent.*

- *Health care expenses for you or your dependents (these may be eligible under the health care spending account).*

- *Expenses incurred while you are not participating in the flexible spending account. Note that an expense is considered to be "incurred" on the date the service is provided, not the date you pay for the expense.*

For a complete list of eligible and ineligible expenses, see IRS Publication S03, "*Child and Dependent Care Expenses*," which you may request from the IRS.

## Deciding Between the Tax Credit and the DCFSA

When deciding how to pay for your dependent care expenses, you should compare the tax advantage of the DCFSA with the federal child and dependent care tax credit. The maximum expense you can claim under the credit is reduced by the amount you have been reimbursed from the DCFSA.  You should consult a tax advisor for more information.

If you only have one dependent, current tax laws make it impractical to use a combination of the two, since the maximum allowable expenses under the tax credit must be reduced dollar for dollar by the amount you are reimbursed through the DCFSA. However, if you have more than one qualifying dependent, you may be able to utilize both because recent tax laws have increased the maximum dollar limit for the federal dependent tax credit to $3,000 for one child and to $6,000 for two or more children. However, this change in tax law did not affect DCFSAs – the maximum you can contribute to your DCFSA is $S,000 per year ($2,S00 if you are married and file a separate return).  Although you cannot claim the same expenses through your DCFSA and the tax credit, if your eligible expenses for dependent care exceed the maximum allowance

202

Liberty/Crespo 0904

1G053170001

under the DCFSA, you may claim the difference under the federal dependent care tax credit, up to the maximum allowable under that law. You should consult your tax advisor for more information on this.

## Health Care Flexible Spending Account (HCFSA)

The Health Care Flexible Spending Account (HCFSA) allows you a tax-free way to pay certain health care expenses — such as deductibles, co-payments, and various healthcare expenses that may not be covered under the medical and dental plans (such as prescription eyeglasses) — with tax-free dollars. In the process, you will pay less in income taxes. This account works much the same as the DCFSA, but it is completely separate with its own rules and procedures.

If you are a regular active employee and working a regular schedule of at least eight hours per pay period, you are eligible to participate in the HCFSA on the first day of the calendar month coincident with or following one month of continuous employment. If you are a new employee whose participation begins after January 1, your spending account election will be for the remainder of the calendar year.

If you choose to participate in this account, you will designate a dollar amount that will be deducted from your paycheck on a tax-free basis and deposited to your account. The minimum annual deposit is $120; the maximum annual deposit is $2,500.

When you have an eligible health care expense, you are reimbursed for it from your account with tax-free dollars. You can use the HCFSA for health care expenses for yourself and your eligible dependents, even if you, or they, are not covered under the Ochsner medical and dental plans.

Eligible dependents include your spouse and dependent children as defined for medical plan purposes.

### Accessing your Health Care Flexible Spending Account Funds

You can access your HCFSA funds in two ways:

### Debit Card

It is easy and convenient to access your HCFSA funds with the debit card. Once you enroll and your coverage begins, you will receive a debit card in the mail. You can use this card for most HCFSA – eligible expenses wherever Visa$^®$ debit cards are accepted, such as doctor's offices, and hospitals. If you participate in the OchsnerPlus medical plan, and you use the card at a pharmacy, debit card eligible charges are automatically deducted from your HCFSA fund and substantiation is not required. If your plan requires you to pay a co-payment for doctor's offices or other provider visits, you can present your card at the time of service for payment.

203

Liberty/Crespo 0905

1G053170001

The card typically eliminates the need to submit claims forms and wait for reimbursement for many eligible expenses.

You may also use the benefits card to purchase over-the counter medications *with a physician's prescription* only in the following situations:

- ○ *If you purchase the medications from a drug store, pharmacy, non-health care merchants (such as WalMart and Target), or online:*
  - You must present your prescription to the pharmacist who must assign a prescription number and dispense the medication,
  - The pharmacy or other merchant must maintain a record of the prescription number, the name of the purchaser as well as the date and amount of the purchase according to IRS regulations,
  - The pharmacy must provide UMR access to these records upon request, and
  - The pharmacy or merchant's debit card system must be designed to decline charges for over-the-counter medications unless a prescription number has been assigned.
- ○ *If you purchase the medications from a health care provider, such as a physician or vision care provider that has a health care merchant code, all of the above requirements apply to these vendors, with the exception of the need to assign and retain a prescription number for each over-the-counter medication.*

If you or your vendor cannot meet these requirements, you will need to file an electronic or paper claim for reimbursement.

You are not required to use the card; you choose at the point of sale whether to use the card. However, use of the card means that you have read and agree to comply with all of the terms and conditions for use of the card.  These terms include your certification, without limitation, that at the time of enrollment and with each transaction, you will use the card only for qualified expenses, that the expense paid with the card has not been reimbursed, that you will not seek reimbursement from any other plan and that you agree to reimburse the plan for any unsubstantiated expenses reimbursed by the plan.

You will be required to comply with the following policies when using the debit card:

- ○ *Purchases that exceed the available funds in your account(s) will be declined, and you'll have to use another form of payment and submit a claim for reimbursement. See the section titled "How to File a Claim".  This means that you can split your expenses by using your debit card up to the available balance and then paying the remainder out-of-pocket.*
- ○ *Payment of expense with the debit card is conditional. This means that if additional information is needed to verify your expense, payment from your account(s) is considered conditional until the required documentation is received by the claims administrator.*
- ○ *The use of the debit card that is contrary to the terms of this plan may constitute fraud and will be treated accordingly by Ochsner.*

**HCFSA Claims Submission**

In the event that you cannot or choose not to use your debit card, you may request reimbursement by filing a claim either manually or electronically directly with Bank of America. If your claim is for an eligible OTC expense, you will need to submit a copy of your physician's

204

Liberty/Crespo 0906

1G053170001

prescription with the claim for substantiation. See the following section *"Claims Substantiation Requirement"* for additional information.

Manual claims forms are available from the Bank of America website or from the HR Employee Service Center. You may also submit your claim electronically and request reimbursement directly to a provider or to yourself by following the directions on the Bank of America website at bankofamerica.com/benefitslogin. If you are reimbursing yourself for an eligible expense that you have paid, you can direct your payment to be made electronically to your personal checking or savings account or you can request that a check be mailed directly to your home address. Claims will be processed on a daily basis and reimbursements made no less than weekly.

## Claim Substantiation Requirements

Regardless of any language contained within this section, the IRS always requires that claims and services paid for through the HCFSA be an eligible expense; therefore, it is important that you retain **all** receipts of purchases, regardless of whether paid for with cash, credit card or paid directly for with a debit card.

Many of your expenses purchased using the debit card will not require additional documentation to substantiate payment. For example:

- ○ *If the dollar amount of the HCFSA transaction at a health care provider equals the dollar amount of the co-payment, no additional documentation will be required.*

- ○ *If the expense for a qualifying health care expense is recurring and the amount, provider and duration matches an expense that has been previously approved, no additional documentation will be required. This would include an expense such as a prescription refilled on a regular basis from the same pharmacy and for the same charge.*

However, if the claims administrator cannot verify that the HCFSA expense is qualified, you will be required to provide documentation to substantiate your expense. In this situation, the claims administrator will notify you of the information needed to validate your claim. This notice may be provided electronically, or via e-mail or mail. If you do not respond, the claims administrator will issue a second and final notice within thirty (30) days of the first notice. Further reimbursements from your account(s) via the debit card will be suspended from the date of the third notice until you establish that the debit card payment was proper.

If the claims administrator determines that the expense paid with the debit card was improper, or the required substantiation was not received, you will be required to refund the amount of the improper payment. The claims administrator will notify you in writing of the claim denial and request reimbursement. If necessary, overpayments may be recouped from future claims submissions or withheld from your pay in accordance with all applicable laws. You may appeal any determination in accordance with the claim review and appeal procedures.

205

Liberty/Crespo 0907

1G053170001

Claims for over-the-counter medications must include a copy of the physician's prescription along with a completed claim form for reimbursement.  If the medication may also be used for general good health, you will need to submit a physician's statement that the medication is needed to treat a current health condition.

You may submit any required documents for substantiation, including the Debit Card Substantiation Form found on the Bank of America website,  via fax, e-mail or mail. You may also choose to scan your documents and upload them directly to the Bank of America website by selecting the scanner option next to the claim and following the prompts to complete uploading.

### Health Care Flexible Spending Account Eligible Expenses

The following are some examples of expenses eligible for reimbursement under the HCFSA. These expenses have been specifically approved by the IRS or courts. This list includes some expenses that may already be covered to some extent under your medical and dental plan.

- *Abortions*
- *Acupuncture*
- *Alcoholism or drug addiction treatment*
- *Ambulance service*
- *Artificial limbs*
- *Braces*
- *Chiropractors' fees*
- *Christian Science practitioners' fees*
- *Contact lenses and solutions*
- *Crutches*
- *Deductibles and co-pays (the portion of expenses that you pay) under your medical and dental plans*
- *Dental/orthodontic fees (except cosmetic procedures)*
- *Developmentally disabled persons' cost for special home*
- *Diagnostic X-ray and laboratory fees*
- *Doctors' fees*
- *Drugs (insulin and prescription drugs only) and medical supplies*
- *Expenses in excess of coverage limits, such as hospital private room charges above the semiprivate rate, or charges in excess of usual and customary limits*
- *Eyeglasses, including exam fee*
- *Fertility treatment*
- *Handicapped persons' special schools*
- *Hearing care and aids*
- *Hospital bills*
- *Lamaze classes*
- *Nurses' fees (including nurses' board and Social Security tax where paid by taxpayer)*

Liberty/Crespo 0908

1G053170001

- *Nursing homes*
- *Over-the-counter (OTC) medications with o physician's prescription, for this purpose, o prescription is any written or electronic order thot meets the legol requirements for o prescription in the state in which the OTC drug is purchased and thot is issued by an individuol who is legolly outhorized to issue a prescription in thot state.*
- *Oxygen*
- *Prescription birth control pills and devices*
- *Routine physicol exams, immunizations*
- *Smoking cessation progroms and prescriptions to alleviate withdrawol*
- *Special equipment (such as o hond control installed in o car for use by handicopped persons)*
- *Surgical fees (except cosmetic surgery)*
- *Therapy treotments (medicol)*
- *Vitomins by prescription*
- *Weight reduction programs undertaken at o physician's discretion to treot an existing diseose.*
- *Wheelchair*

## Health Care Flexible Spending Account Ineligible Expenses

The following are some examples of expenses not eligible for reimbursement under the HCFSA:

- *Any illegol treotment*
- *Cosmetic surgery and other similor procedures*
- *Cost of over the counter vitomins ond dietary supplements*
- *Cost of speciol foods token os o substitute for regulor diet, where the special diet is not medicolly necessary or toxpoyer connot justify cost in excess of cost of o normal diet*
- *Cost of toiletries, cosmetics ond sundry items (such os soop, toothbrushes)*
- *Cost of illegal drugs*
- *Fees for exercise, othletic or heolth club membership*
- *Morrioge counseling*
- *Non-medical expenses, such os electronic oir filters, whirlpools, or exercise equipment, unless prescribed by a physicion for treotment of o specified medicol condition*
- *Nursing services for o normol, healthy baby*
- *Over-the-counter medicotions (except insulin) without o physician's prescription*
- *Payments for Church of Scientology auditing ond processing*
- *Poyments for domestic help, companion, boby sitter, etc., who primarily renders services of o non-medical noture (moy be allowed under the Dependent Core Spending Account)*
- *Physicol treatments unreloted to o specific health problem (such as massoge for generol well-being)*
- *Premiums for heolth insuronce not sponsored by the employer*
- *Weight reduction progroms, whether or not undertaken at a physician's discretion if the purpose is to mointoin general good health.*
- *Wigs (where not medicolly necessary for mentol heolth)*

207

1G053170001

## *Special Rules*

While the spending accounts are a good way to reduce the amount of taxes you pay, you should be aware of several rules that apply to these plans.

The IRS requires that you forfeit any money you deposit to the HCFSA or DCFSA but do not use for expenses you incur during the plan year or plan year grace period. This means you should put aside money only for those expenses that you feel certain you will have during the year. This is often referred to as the IRS' "use it or lose it" provision. Since Ochsner has adopted the two and one-half month grace period, expenses may be incurred until March 1S$^{th}$ of the following plan year and submitted for reimbursement before May 31 of that year.
The HCFSA and DCFSA are completely separate accounts; money may not be transferred from one to the other. If an honest mistake is made when making your FSA election, you may be permitted to correct your election under certain circumstances and within certain timeframes. Please refer to "honest mistake" information contained in the section titled *"When You Can Change Your Coverage."*

If you have a qualifying change in your family status, you can increase, decrease, or terminate your monthly HCFSA or DCFSA deposit, as long as you do so within 31 days of the event.

Expenses you incur before becoming a participant in the plan, or after your participation ends, are not eligible for reimbursement through either of the spending accounts unless you elect to continue coverage as explained under *If You Leave Ochsner*. In addition, expenses from a given plan year must be paid with money deposited in your spending account for that plan year, subject to the grace period rules Ochsner has adopted as explained in the following section.

## *FSA Grace Period*

The IRS has expanded the period of time for which you can incur and submit HCFSA and DCFSA claims for reimbursement for a plan year. The extension, called the grace period, adds an additional two and one-half months to the normal calendar year period in which you can incur and submit claims for reimbursement from funds deposited to your FSA for that prior calendar year. For 2014, the grace period will run from January 1, 2014 through March 1S, 201S.

In order to take advantage of the grace period for the 2014 plan year, you must:

   ○   *Be o porticipont in the opplicoble FSA December 31, 2014, or o quolified beneficiory who hos HCFSA coverage through COBRA on December 31, 2014; ond*

   ○   *Hove o bolonce in the opplicoble FSA occount on December 31, 2014.*

Here is how the grace period works:  Eligible health and dependent care expenses incurred during the grace period and approved for reimbursement will be paid first from amounts remaining in your applicable 2014 FSA. If your remaining 2014 FSA balance is insufficient to reimburse all of the expense, and you elect to participate in the same FSA for the 201S plan year, the remainder of the eligible expense will be reimbursed from your 2014 FSA.  For

208

Liberty/Crespo 0910

1G053170001

example, assume that on January 16, 2015, you buy a pair of eyeglasses for $200 and that when you submit the claim for reimbursement on February 1, 2015, you have $150 remaining in your 2014 HSA. You have also elected $1,000 of HCFSA coverage for the 2015 plan year. You will be reimbursed $150 from the 2014 HCFSA, and $50 from the amounts available to you under the 2015 HCFSA.

Any health care or dependent care expenses that you incur during 2014 (January 1 – December 31, 2014) are only reimbursable from your 2014 HCFSA or DCFSA and may not be reimbursed from your 2015 HCFSA or DCFSA. This means that unless you file a claim for reimbursement of these expenses before you use up your 2014 HCFSA election, the expense will not be reimbursed. For example, assume the same facts as above but that after you submitted the claim for glasses, you submit a claim for contact lenses that you purchased in September 2014. Because you already used up the balance in your 2014 account by the time the claim was submitted, you would not be reimbursed for that expense. *For this reason, it is very important that you submit all eligible expenses incurred on or before December 31 of the plan year before you submit any claims incurred during the grace period.*

Expenses incurred during the plan year and the grace period must be submitted by May 31 of the following plan year in order for the expenses to be eligible for reimbursement. Any balance remaining in your FSA at the end of the grace period will be forfeited.

## Social Security Benefits and Taxes

By federal law, if you make tax-free deposits to the flexible spending accounts, the amounts you deposit are not subject to Social Security taxes. This means you will be paying less to the Social Security system. This could translate into reduced Social Security benefits when you retire. This reduction is usually small.

A byproduct of the decreased Social Security (and federal and state) taxes is higher net pay, which enables you to save for your retirement through other methods.

## Limits on Highly Compensated Participants

To ensure that the plan operates fairly, the Internal Revenue Code restricts the contributions of highly compensated employees. Under the code, the contributions of these participants cannot be "discriminatory" (more favorable) compared to the contributions of other participants.

If at any time the Plan Administrator determines that the dependent care flexible spending account or the health care flexible spending account favors highly paid employees, the Plan Administrator is authorized under the Plan to do either of the following:

- ○ *Stop highly paid employees' payroll deductions to that account.*
- ○ *Treat the amount that highly paid employees have in that account as taxable compensation.*

You will be notified if this applies to you and action needs to be taken regarding your account.

209

Liberty/Crespo 0911

1G053170001

## Limit on Tax Liability

The dependent care and health care flexible spending accounts will only reimburse eligible expenses that are submitted with all the information and statements that are required. You are obligated to notify Ochsner if you have been reimbursed for an expense but later have reason to believe that it was not eligible.

Ochsner does not guarantee that the amounts reimbursed through your flexible spending accounts will be excludable from gross income for federal or state income tax purposes. It is your responsibility to determine whether or not each payment you receive is a qualified excludable expense. By choosing to participate in the DCFSA and HCFSA, you agree that, if you receive a reimbursement for an ineligible expense not entitled to, you will claim the expense as taxable income on your annual tax return.

## When You are on Leave

During a paid leave of absence, your contributions to your accounts will continue to be deducted from your paycheck. However, you may change the amount of your deposits if you have a qualifying change in status.

If you stop working temporarily due to Short Term Disability, Workers' Compensation Leave, Federal Family and Medical Leave (FMLA), Military Leave (USERRA), or other approved leave, you may continue to contribute to your HCFSA or DCFSA accounts on a post-tax basis, at the same level as if you were still actively working.

You are not required to continue participation while you are on FMLA Leave or Military Leave.

If you do not receive pay from your employer while on FMLA or Military leave (or if you are only receiving partial pay during your leave and it is not sufficient to cover your required contributions), you may elect to make your required contributions by using one of the following methods:

- ○ *Remitting payment on or before each payroll date for which your contributions would have been deducted from your paycheck if the leave had not been taken. These payments will be after-tax payments.*

- ○ *Prepaying the contributions that will become due during your leave before the leave begins. Your contributions may be pre-paid with pre-tax dollars from your available compensation preceding the leave, or they may be prepaid by your remitting payment on an after-tax basis. If you use pre-tax money to pay for coverage, and your leave extends into a second plan year, pre-tax payments may be made only for the plan year in which the leave begins.*

If you choose not to continue to participate and your coverage ends, you will have the following options when you return to work:

- ○ *You may choose not to participate for the remainder of the plan year.*

- ○ *You may reinstate your prior elections, in which case the amount of the pay period deposits will remain the same, but the total amount of your annual election will be pro-rated.*

- ○ *You may make new elections consistent with a change in status.*

210

Liberty/Crespo 0912

1G053170001

**Note**: If your coverage lapsed while you were on leave, any expenses incurred during the period of the lapse in coverage will not be eligible for reimbursement.

Similar rules apply to your participation in the DCFSA. Dependent care expenses incurred during your leave are not eligible for reimbursement unless you are physically incapable of self-care.

If your participation in the HCFSA or DCFSA would end due to any other leave of absence situation, you may elect to continue your participation under continuation coverage rules similar to those available to you in the event of your employment termination. See the section entitled *"If You Leave Ochsner."*

Please contact the HR Employee Service Center for more information about how your participation in the Spending Accounts may be affected by your FMLA Leave or Military Leave.

## *If You Leave Ochsner*

Your participation in the flexible spending accounts will end on the date your employment ends. However, you may continue participation as follows:

- ○ *You may continue your HCFSA coverage under COBRA for the remainder of the plan year. See the "Continuation of Coverage under COBRA" section under the Medical Coverage of this SPD. By law, DCFSA's are not eligible for COBRA continuation coverage.*

- ○ *As an alternative to COBRA, you may continue coverage under either or both of the FSA's for remainder of the plan year by making direct, monthly after-tax payments to the plan until the earliest of the following:*

  - ▪ The last day of the plan year.

  - ▪ The date you elect to terminate coverage.

  - ▪ The last day of the month in which your final contribution was made.

There are no tax savings on the contributions you make to your DCFSA or HCFSA after employment termination.

If you choose not to continue coverage, your coverage will end on your termination date. You have until May 31 of the plan year following your termination date to submit expenses, however:

- ○ *For the HCFSA, you may only submit expenses incurred up to the date of your termination and may not claim any expenses after this date unless you continue making after-tax deposits to your spending account on the same schedule as active employees or continue your coverage under COBRA.*

- ○ *Reimbursement under the DCFSA will be provided for eligible expenses incurred during the plan year, even if they are incurred after your termination date up to the balance remaining in your account*

211

Liberty/Crespo 0913

1G053170001

You are permitted to make different continuation elections for your DCFSA and your HCFSA. Contact the HR Employee Service Center for more information about available continuation coverage.

## Requesting Reimbursement

You can obtain reimbursement claim forms from the HR Employee Service Center, the intranet, or the Bank of America website. For reimbursement under the HCFSA that were not paid via the Debit Card, you can file your request for reimbursement manually or electronically through the Bank of America website. Be sure to complete the required claim form, along with your eligible expense receipts to the claims administrator.

The following rules apply to the flexible spending accounts:

- *You can submit receipts for eligible health and dependent care expenses as often as you like. Reimbursement checks will be issued/mailed directly to your home address. Claims will be processed on a daily basis; check will be issues no less frequently than weekly.*

- *If the claims you submit for the DCFSA exceed your balance in that account, you will be paid only as much as is in your account. The remainder of the claim will be held until your account balance is large enough to reimburse the claim.*

- *Claims submitted for the HCFSA will be reimbursed as long as the expenses do not exceed the amount of your annual election.*

- *If you increase your election amount during the plan year due to a change in status, the higher amount will apply only to expenses you incur after the date the change is effective.*

- *Expenses you incur before you are a participant in the plan will not be eligible for reimbursement through either of the spending accounts.*

- *Expenses from a given plan year must be paid with money deposited in your spending account for that plan year. However, expenses may be submitted for reimbursement until May 31 of the year after the expenses were incurred. For example, if you have eligible expenses incurred between January 1, 2014 and March 15, 2015, you have until May 31, 2015 to submit them for reimbursement from your 2014 account. After May 31, 2015, your 2014 account is closed and you will forfeit any money remaining in it.*

You will receive a statement of your spending account balances quarterly.

## SPENDING ACCOUNT CLAIM PROCEDURES

If any portion of a claim is not paid, or if you do not understand or do not agree with the handling of a claim, there are several things you can do to resolve the disagreement. Most of your questions can be answered quickly by either calling or writing Bank of America, the spending account claims administrator.

212

Liberty/Crespo 0914

1G053170001

## Initial Claims Determinations

Bank of America will make a determination on claims submitted for reimbursement within 30 days of receipt. This 30 day period may be extended for an additional 15 days due to circumstances beyond Bank of America's control, including cases in which a claim for benefits is incomplete. The claimant will receive written notice of any such extension, including the reason for the extension and the date by which a decision by Bank of America can be expected. If Bank of America requests additional information, the claimant will have 45 days to provide that information. The review period will be suspended until the specified information is received. Bank of America may secure independent medical or other advice and require such other evidence as deemed necessary to decide a claim for benefits.

If the claim is denied, a written notice of adverse benefit determination will be provided and will include:

- *The specific reason for the denial.*

- *Reference to the specific plan provision on which the denial was based.*

- *A description of any additional material or information necessary to complete the claim and an explanation of why such information is necessary.*

- *If an internal rule, guideline, protocol, or other similar criterion was relied on, either the specific rule, guideline, protocol or similar criterion, or a statement that such was relied upon in making the adverse determination and that a copy will be provided free of charge upon request.*

- *An explanation of the right of appeal and the process to appeal the adverse benefit determination, including an explanation of the claimant's right to receive upon request and free of charge reasonable access to and copies of all relevant documents and information, and right to file suit under Section 502 of ERISA with respect to any adverse determination after appeal of a claim.*

## If Your Claim is Denied (Adverse Benefit Determination)

The following is a description of how the plan processes its appeal reviews. The Ochsner Clinic Foundation Health and Welfare Plan Committee, as Plan Administrator, has designated Bank of America as a non-fiduciary claims administrator for the Spending Accounts for the first level appeal review. The Health and Welfare Plan Committee will conduct all second level appeal reviews under the Spending Accounts and is therefore the Health and Welfare Plan Committee is the fiduciary with discretionary authority for the Spending Accounts second level appeal review.

If a claim is denied, in whole or in part, the claimant may appeal to Bank of America for review of the claim.)

Bank of America - Appeals
P.O. Box 25165
Lehigh Valley, PA 18002-5165

213

Liberty/Crespo 0915

1G053170001

The appeal must be made within 180 days of Bank of America's initial notice of an adverse benefit determination. If the appeal is not made within 180 days, the claimant will lose his or her right to appeal and to file suit in court. The claimant's written appeal should state the reasons he or she believes the claim should not have been denied. It should include any relevant facts and/or documents to support the claim.

The claimant may ask additional questions of Bank of America, make written comments, and may review (on request and at no charge) documents and other information relevant to the appeal. Bank of America will review and decide the participant's appeal within a reasonable time and, within thirty (30) days after receiving the written appeal, shall render, in writing, a decision. If you are not satisfied with Bank of America's decision, you have the right to file a second level appeal with the Ochsner Clinic Foundation Health and Welfare Plan Committee, in care of Bank of America. Your second level appeal request must be submitted within 60 days from receipt of the first level appeal decision and must be in writing. The Health and Welfare Plan Committee will review and decide your appeal within 30 days of the date received.

The individual who reviews and decides the appeal will not be the same individual who originally denied the claim for benefits, or that individual's subordinate. The Health and Welfare Plan Committee decision is final.

If the decision on appeal affirms the initial denial of the participant's claim for benefits under the Plan, he or she will be furnished with a written or electronic notice of adverse benefit determination on review, which includes the following:

○ *The specific reason(s) for the denial:*

○ *Reference to the specific Plan provision(s) on which the denial was based.*

○ *A statement of the claimant's right to bring civil action under section 502(a) or ERISA.*

○ *A statement that the claimant is entitle to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim.*

○ *If the adverse determination was based on an internal rule, guideline, protocol, or other similar criterion, either the specific rule, guideline, protocol or similar criterion will be provided, or, if impractical, a statement that such was relied on in making the adverse determination and that a copy will be provided free of charge upon request.*

### Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. This authorization must be in writing and signed by you. Any reference in these claims procedures to "you or "claimant" is intended to include your authorized representative.

214

Liberty/Crespo 0916

1G053170001

# DISABILITY INCOME COVERAGE

Liberty/Crespo 0917

1G053170001

# *DISABILITY INCOME COVERAGE*

The disability income plans are designed to protect your financial security when you are sick or injured and unable to work. The short-term disability plan and long-term disability plan are described in detail in this section of your SPD.

## *SHORT-TERM DISABILITY PLAN (STD)*

Short-term disability benefits are provided at no cost to full-time employees who have completed twelve consecutive months of employment. Coverage begins on the first day of the calendar month following the twelve-month waiting period and no election is required.

Part-time employees who regularly work at least 20 hours per week (40 hours per pay period) and who have completed twelve consecutive months of employment may elect to enroll for coverage by paying the full cost of coverage. Part-time employees working less than 20 hours per week are not eligible for this benefit.

There is one enrollment period each year for eligible part-time employees to enroll in the plan. Employees meeting their 12 month anniversary between January 1 and December 31 may enroll in the plan during the annual enrollment period for a January 1 effective date. If timely enrollment is not received, coverage may be elected only during the annual enrollment period or following a qualified change in status. Refer to the *"General Provisions"* section of this SPD for more information.

If you are not actively at work on the date coverage would normally begin, your coverage will not become effective until you return to active work.

### Changing your STD Coverage (Part-Time Employees Only)

You will be allowed to change your STD coverage election during the annual enrollment period for the subsequent plan year. Any change will become effective on the following January 1.

Your only other opportunity to make an election change will occur as the result of a qualified change in status according to IRS rules. See the *"General Provisions"* section of this SPD for an explanation of when you can change your coverage during the plan year. If you feel you need to change your coverage, contact the HR Employee Service Center and complete and submit the appropriate forms within 31 days of the event. Election changes due to a change in status will generally become effective on the first day of the month that coincides with or next follows the date your new election is received and accepted by the HR Employee Service Center.

If you are not actively at work on the date coverage would otherwise begin, your coverage will not become effective until you return to active work.

216

Liberty/Crespo 0918

1G053170001

Note: If you are an Executive, Senior Physician, Senior Professional Staff, Staff Physician, Professional Staff, Assistant Professional Staff, Resident, Fellow, Management, Advanced Practice Clinician (Nurse Practitioner, Physician's Assistant, Neonatal Nurse Practitioner, Nurse Mid-wife or Clinical Nurse Specialist), your benefits will differ. Refer to your addendum for specific benefit information. Part-time Senior Physicians, Part-time Staff Physicians and Part-time Professional Staff and all Elmwood Fitness Center and Brent House employees are not eligible for this benefit.

## Amount Paid By the STD Plan

If you become disabled while covered by the plan, you may receive up to 60 percent of your weekly base pay for up to 26 weeks during any one period of disability. Benefits begin on the 15th consecutive calendar day of disability, following a fourteen (14) day elimination period.

You must use your General Purpose Time (GPT) or banked sick time during the STD elimination period. If you wish, GPT may also be used in combination with your STD benefits to bring your pay up to 100 percent.

## Definition of Disabled

*Disabled* means that, due to a non-occupational injury or illness, you are unable to perform each of the main duties of your regular job for the full number of hours scheduled in a week and you are unable to earn at least 20 percent of your weekly base pay from any employment.

You must be under the regular care of a physician for your disabling condition and your physician must certify your disability. A loss of a professional license or occupational license or certification does not, in itself constitute disability.

## Calculating Your Benefit

### Totally Disabled

If you are totally disabled, your benefit is equal to 60 percent of weekly base pay. For example, if you are earning $500 per week before becoming disabled (pre-disability weekly base pay), you would receive $300 per week from the STD plan.

### Partially Disabled

If you are partially disabled (able to perform some work in your job or another), and you are earning at least 20 percent less than your weekly base pay, the benefit will be based on your proportionate loss of earnings, using the following formula:

○ *Subtract your earnings from work during your disability from your regular pre-disability weekly pay.*

○ *Divide the answer in item 1 by your pre-disability weekly base pay. This is your percentage of lost earnings.*

○ *Multiply the regular weekly STD benefit amount by the answer in item 2. This is your weekly STD payment from the plan.*

217

Liberty/Crespo 0919

1G053170001

For example:

John's pre-disability weekly base pay is $400 for a 40 hour week. Assume that, due to illness or injury, John is able to work no more than 20 hours per week or is able to perform another job that pays $200 per week. John's STD benefit would be calculated as follows:

- ○  *$400 (weekly pre-disability pay) minus $200 (weekly disability earnings) = $200*
- ○  *$200 (answer in step 1) divided by $400 (weekly pre-disability pay) = 50% (percentage of lost earnings).*
- ○  *$240 (regular weekly STD benefit ($400 x 60% =$240) times 50% = $120 (maximum weekly STD benefit).*

In this example, John receives $120 from the STD plan plus $200 in earnings for a total weekly income of $320.

## When STD Benefits Stop

Your STD benefits will stop when the first of the following occurs:

- ○  *You are no longer disabled.*
- ○  *You are no longer under the regular care of a physician for your disabling condition.*
- ○  *You have exhausted the 26-week maximum benefit duration during one period of disability. Each week for which STD benefits are payable (including a partial week) will count toward the 26-week maximum as well as the 14-day elimination period.*
- ○  *You refuse to accept a part-time or alternative job (one that you are able to perform during your disability and that pays at least 20 percent of your weekly base pay) that Ochsner offers you while you are disabled.*
- ○  *You fail to furnish medical information as required or the furnished information is insufficient to document and verify your disability.*
- ○  *You become eligible for benefits under the Ochsner long-term disability plan.*
- ○  *You accept or continue employment outside of Ochsner.*

## Recurring Disability

If you return to work after receiving STD benefits and within 90 days of your return to work, then become disabled for at least 7 consecutive calendar days due to the same illness or injury that caused the original disability, STD benefits will resume on the first day of your absence and you will not have to complete a new 14-day elimination period. If, however, the new disability begins more than 90 days after your return to work, or is caused by a different condition, you will have to satisfy another 14-day elimination period before benefits will begin.

All benefits paid by the plan are limited to a maximum of 26 weeks for one period of disability.

218

Liberty/Crespo 0920

1G053170001

### Other Facts about the Plan

Short-term disability benefits are subject to income tax and FICA withholding. Your contributions for health coverage and other elected benefits are also deducted from your short-term disability benefit. You do not earn GPT, holiday pay, or any other Ochsner provided pay while you are receiving STD benefit payments. Student loans, tuition reimbursement, and bonuses will not be paid while you are receiving STD benefits.

Benefits will be paid on regular Ochsner paydays. Depending on the payroll cycle and the date your claim is approved, your benefits may be delayed until the next regular pay date.

### When STD Coverage Ends

Your coverage will end on the date you retire, the date you are no longer a member of an eligible employee class, or when Ochsner terminates the plan, whichever occurs first. For a part-time employee who drops coverage during the annual enrollment period, coverage will end on December 31.

Your coverage may continue during a leave of absence granted under the Family and Medical Leave Act (FMLA) if contributions are paid. If your disability qualifies as Family and Medical Leave, the 12-week FMLA coverage period will run concurrently with STD.
If coverage is not continued while you are on a leave of absence protected by the FMLA, and you return to work within the time period required to preserve your rights under this Act, your coverage will again become effective on the day you return to active employment. Contact the HR Employee Service Center for more information.

### Short-Term Disability Claims Procedures

#### Submitting Claims

To request short-term disability benefits for an expected, upcoming absence, you should first notify your supervisor. Then you can report a claim either by calling Liberty Mutual, the Ochsner STD plan administrator at **1-866-501-8736** or by logging onto their web site at **www.my libertyconnection.com**. First time users to the website will need to register using Company Code "Ochsner". Failure to report your disability in a timely manner may result in a delay in receiving your STD benefits. Your request should be submitted without delay so that you receive your benefits in a timely manner. In any case, the plan will not accept claims submitted more than one year after the date the disability began.

In the case of injury or sudden illness, you must contact Liberty Mutual within 48 hours of the disabling event. If you are medically unable to report the disability, a family member or designee may instead contact Liberty Mutual as soon as possible. It is important to note that notifying Liberty Mutual of an upcoming or current potential STD situation does not relieve you of the requirement to contact your supervisor of your absence.

Liberty/Crespo 0921

1G053170001

## Initial Claims Determinations

Liberty Mutual will review the claim and notify you of its decision no later than 45 days after the claim is received. This time period may be extended twice by 30 days each if Liberty Mutual determines that an extension is necessary due to matters beyond its control. If this occurs, Liberty Mutual will notify you of the circumstances requiring the extension of time and the date by which a decision can be expected. If an extension of time is needed, Liberty Mutual will provide the notice prior to the end of the initial 45-day period or prior to the end of the first 30-day extension period for a second 30-day extension period.

If an extension is needed because you failed to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will have at least 45 days to provide the specified information. In this case the review period will be suspended from the date on which the notification of the extension is sent until the date the information is provided. If you fail to deliver the requested information within the time specified, Liberty Mutual may make a decision on the claim without that information.

If your claim is wholly or partially denied, you will receive a notice of adverse benefit determination that will include:

○ *The specific reason(s) for the denial.*

○ *References to specific plan provisions on which the determination is based.*

○ *A description of any additional material or information necessary to complete the claim and why such information is necessary.*

○ *A description of the plan procedures and time limits for appealing the determination, including your right to submit written comments and have them considered, your right to receive (upon request and free of charge) reasonable access to, and copies of, all documents, records, and other information relevant to your claim and your right to bring civil action under Section 502 of ERISA if your claim is denied on appeal.*

○ *A disclosure of any internal rule, guideline, protocol or similar criterion relied upon in making the adverse determination (or notification that such information will be provided free of charge upon request).*

## Appeals

If your claim for benefits is denied or if you do not receive a response to your claim within the appropriate time frame (in which case the claim for benefits is deemed to have been denied), you or your representative may appeal your denied claim in writing to Liberty Mutual.

Your appeal must be made in writing not more than 180 days of the receipt of the written notice of denial. Your written appeal should set out the reasons you believe that the claim should not have been denied and should also include any additional supporting information, documents or comments that you consider appropriate. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

220

Liberty/Crespo 0922

1G053170001

The following is a description of how the plan processes its appeal reviews. The Ochsner Clinic Foundation Health and Welfare Plan Committee, as Plan Administrator, has designated Liberty Mutual as the fiduciary claims administrator for the OchsnerPlus short-term disability plan for all first level appeal reviews. Therefore, Liberty Mutual is the fiduciary with discretionary authority with respect to all OchsnerPlus appeal reviews except for the second level review, and the Health and Welfare Plan Committee is the fiduciary with discretionary authority for the OchsnerPlus second level review.

For OchsnerPlus short-term disability claims appeals, direct your written appeal to the claims administrator at the following address:

> Ochsner Clinic Foundation
> Health and Welfare Benefit Plan
> c/o Liberty Life Assurance Company of Boston
> Group Benefits Disability Claims
> P. O. Box 7207
> London, KY  40742-7207
> 800-210-0268

The appeal should be in writing and include any comments, documents, records and other information relating to the claim.

**Determinations on Appeal**

Liberty Mutual will review and decide your appeal within a reasonable period of time, but no longer than 45 days after  it is submitted.

A full review of the information in the claim file and any new information submitted to support the appeal will be conducted by Liberty Mutual without regard to whether the information was submitted or considered in the initial benefit determination. The review will not give deference to the initial decision.  In addition, the individual(s) deciding your appeal will not be the same individual(s) who initially decided your claim nor his/her subordinate.

If you are not satisfied with Liberty Mutual's decision, you have a right to request a second level appeal by the Ochsner Clinic Foundation Health and Welfare Plan Committee.  Your second level appeal must be submitted to the address above within 30 days from receipt of the first level appeal decision.  The appeal must be in writing and include any new comments, documents, records and other information relating to the claim.

A full review of the information in the claim file and any new information submitted to support the appeal will be conducted by the Ochsner Clinic Foundation Health and Welfare Plan Committee without regard to whether the information was submitted or considered in the initial benefit determination/appeal.  The review will not give deference to the initial decision or first level appeal decision.

221

Liberty/Crespo 0923

1G053170001

In addition, the Ochsner Clinic Foundation Health and Welfare Plan Committee may consult with a health professional in deciding your appeal, except that any health professional consulted in connection with your appeal will not have been involved in the initial benefit determination nor be a subordinate of the health professional who was involved. A decision on review will be made not later than 45 days following receipt of the written request for review.

Liberty Mutual will notify you of the Ochsner Clinic Foundation Health and Welfare Plan Committee's decision in writing if the decision on appeal upholds the initial denial/first level appeal of your claim. The notification will provide all of the following:

  ○  *The specific reason(s) for the denial.*

  ○  *References to the specific plan provisions on which the benefit determination was based.*

  ○  *A statement that you are entitled to receive upon request and free of charge reasonable access to, and copies of, all records, documents and other information relevant to your claim.*

  ○  *A statement that you have the right to obtain upon request and free of charge, a description or copy of any internal rule, guideline, protocol or other similar criterion relied upon in making the determination.*

  ○  *A statement of your right to bring a civil suit under Section 502 of ERISA.*

The decision by the Plan Administrator is final.

### Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. This authorization must be in writing and signed by you. Any reference in these claims procedures to "you" is intended to include your authorized representative.

## *STD Definitions*

***Active work*** – The performance of work by an employee for Ochsner either at such employee's customary place of employment or at such other place or places as required by Ochsner in the course of such work for the full number of hours and full rate of pay in accordance with Ochsner's established employments practices.

***Actively at work*** – The employee is performing active work, on a regular paid vacation or on a regularly scheduled non-working day, provided the employee was performing active work on the regularly scheduled work day immediately preceding such vacation day or non-working day.

***Disability case manager*** – The designated professional who evaluates your disability documentation including diagnosis, appropriate level of treatment and length of convalescence that is provided for each medical condition and determines the length of the disability leave period. The disability case manager will use nationally recognized guidelines to determine the appropriate disability leave period.

222

1G053170001

*Illness* – A non-occupational mental and nervous condition, substance abuse or physical illness and pregnancy and related conditions. An illness will not include cosmetic surgery or procedures unless verified as medically necessary.

*Injury* – A non-occupational accidental bodily injury caused directly and exclusively by external and purely accidental means.

*Mental and nervous condition* – A psychotic disorder, psychophysiological autonomic or visceral disorder, psychoneurotic disorder, personality disorder, or any other mental, emotional or functional nervous disorder classified as a mental disorder in the current edition of the Diagnostic and Statistical Manual of Mental Disorders published by the American Psychiatric Association.

*Physician* – A legally qualified Doctor of Medicine (MD), Doctor of Osteopathic Medicine (DO), Doctor of Podiatric Medicine (DPM), Doctor of Dental Medicine (DMD) or Doctor of Chiropractic (DC).

*Regular care of a physician* – A course of treatment that is:

- *Provided directly by a physician with the appropriate experience and expertise as often as required to effectively treat your disability,*
- *The most appropriate treatment for your disability according to generally accepted medical standards, and*
- *With respect to disabilities related to substance abuse, includes treatment under an effective program of substance abuse therapy.*

*Regular job* – The occupation the employee is performing for Ochsner on the date disability begins, as that occupation is recognized in the general workplace. It does not mean the employee's specific position with Ochsner.

*Substance abuse* – A pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by impairments in social and/or occupational functioning, debilitating physical condition, inability to abstain from or reduce consumption of the substance, or the need for daily substance use to maintain adequate functioning.

*Weekly base pay* – Your hourly rate times the number of average hours worked over the most recent 26 week period or your budgeted hours, whichever is less at the time your disability begins. It does not include overtime, shift differential, on-call pay, bonuses or any other special pay. If you receive a pay change as a result of market adjustments during your leave, the pay change will become effective when you return to work.

*Work earnings* – The amount an employee is earning from work for any employer during a period of disability.

223

Liberty/Crespo 0925

1G053170001

## *Long-Term Disability Plan (LTD)*

Long-term disability (LTD) coverage provides you a source of income if you become disabled and unable to work for more than 180 consecutive days.

The plan offers full-time employees and part-time employees working at least 20 hours per week (40 hours per pay period) three choices of coverage that provide different levels of pay replacement and different maximum benefits. In certain situations, you also have the option to decline coverage. Part-time employees working less than 20 hours per week are not eligible for this benefit.

Your LTD options are:

- *No coverage*
- *50 percent of basic monthly earnings, to a maximum monthly benefit of $13,333*
- *60 percent of basic monthly earnings, to a maximum monthly benefit of $16,000*
- *66 2/3 percent of basic monthly earnings, to a maximum monthly benefit of $17,787*

Note: If you are an Executive, Senior Physician, Senior Professional Staff, Staff Physician, Professional Staff, Assistant Professional Staff, Resident, Fellow, Management, CRNA, Advanced Practice Clinician (Nurse Practitioner, Physician's Assistant, Neonatal Nurse Practitioner, Nurse Mid-wife or Clinical Nurse Specialist) certain provisions will differ. Refer to your addendum for specific information. Elmwood Fitness Center and Brent House employees are not eligible for this benefit.

### When LTD Coverage Begins

#### Full-time Employees with Less Than Three Years of Service and Part-time Employees

You may select from any available LTD option, including the option to decline coverage. If elected, coverage begins on the first day of the month coincident with or next following one month of continuous regular active employment, provided enrollment for coverage is received by the HR Employee Service Center within 31 days after hire.

If you do not enroll timely, you will not be able to enroll until the next annual enrollment period unless you experience a qualified change in status. Refer to the *"General Provisions"* section of this SPD for additional information. You pay the full cost for this coverage.

#### Full-time Employees with Three Years of Service

You will automatically receive coverage providing 60 percent of your basic monthly earnings on the first day of the month following your three-year anniversary with Ochsner. However, if you were already enrolled in the 66 2/3 percent option, Ochsner will pay the cost of the 60 percent option and you will be responsible for the difference. If you were previously not covered for

224

Liberty/Crespo 0926

1G053170001

LTD, or were enrolled in the S0 percent plan, pre-existing conditions limitations will apply to any increased coverage amount.

If you are not actively at work on the date your coverage would normally begin, coverage will be delayed until the day you return to work.

## Changing Your LTD Coverage

You will be allowed to change your LTD election during the annual enrollment period for the subsequent plan year. Election changes made during the annual enrollment period generally become effective on the following January 1st.

Your only other opportunity to make an election change will occur as the result of a qualified change in status according to IRS rules. See the *"General Provisions"* section of this SPD for an explanation of when you can change your coverage during the plan year. If you feel you need to change your coverage, contact the HR Employee Service Center and complete and submit the appropriate forms within 31 days of the event. Election changes due to a change in status will generally become effective on the first day of the month that coincides with or next follows the date your new election is received and approved by the HR Employee Service Center.

If evidence of good health is required, any change will not become effective until the first day of the month following the date the insurance company has approved the evidence. If you increase your coverage, the increased amount will be subject to the pre-existing conditions limitation.

If you are not actively at work on the date coverage would otherwise become effective, or an increase in coverage would otherwise become effective, coverage, or the increase in coverage, will be delayed until the day you return to work.

## Evidence of Insurability

If you are a part-time employee or a full-time employee with less than three years of service and you do not enroll within 31 days from the date you are first eligible, you will be required to provide evidence of insurability to the insurance company when you enroll. Evidence is also required if you drop coverage and later wish to re-enroll.

If you enroll during the annual enrollment period, coverage will be effective on the following January 1, or the first of the month following the date evidence of good health is approved by the insurance company, if later. Election changes due to a change in status will become effective on the first day of the month following the date evidence of good health is approved.

Liberty/Crespo 0927

1G053170001

## The Cost of Your Coverage

If you are required to contribute toward the cost of your coverage, your deductions are taken from your paycheck on a before-tax basis.   Refer to the *"General Provisions"* section of this SPD for more information on before-tax payments.  Because the Internal Revenue Service views these before-tax contributions as being paid for by Ochsner, the entire amount of any monthly benefit you receive for a long-term disability will be subject to income tax.

## Amount Paid By the LTD Plan

After you have been disabled for 180 consecutive days, you are eligible to receive monthly benefits, provided you are under a physician's care and you submit proof of your disability acceptable to the insurance company.

If you return to work for 90 consecutive days or less during the 180-day waiting period, the waiting period will still be treated as continuous.  In other words, you do not have to start over again to accumulate 180 days, provided the disability is due to the same cause.  However, the days that you are not disabled will not count toward the 180-day waiting period.

## Definition of Disabled

*Disabled* means that, due to an injury or illness, you are unable to perform the material and substantial duties of your own occupation and you experience a 20 percent (or greater) loss of monthly earnings.

After 24 months of payments, your condition will be re-evaluated.  At this point, you will be considered disabled if you cannot perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience.

You must be under the continuous regular care of a physician for your disabling condition and your physician must certify your disability.

The loss of a professional or occupational license or certification, does not, by itself, constitute a disability.

## Calculating Your Benefit

Go through the following steps to figure the amount of your monthly benefit.  Keep in mind that your monthly LTD benefit will be reduced by certain income-replacement benefits you may be receiving from other sources, such as workers' compensation and Social Security benefits, and earnings from any work you perform.

226

Liberty/Crespo 0928

1G053170001

**If You Are Not Working**

- ○  Based on the plan option you have chosen, take the lesser of:
- ○  50 percent of your basic monthly earnings or $13,333,or
- ○  60 percent of your basic monthly earnings or $16,000, or
- ○  66 2/3 percent of your basic monthly earnings or $17,787
- ○  Deduct other income benefits, listed in the section called "*Coordination of LTD with Other Income Benefits*" from this amount.

For example:

John becomes disabled due to an injury. He is enrolled in the 66-2/3 percent option and his basic monthly earnings are $1,500 per month. His long-term disability benefit will be 66-2/3 percent of $1,500, or $1,000. If he receives a $500 disability benefit from Social Security, the LTD plan will pay $500 each month to provide a total monthly income of $1,000.

*Basic monthly earnings* means your gross monthly income from Ochsner in effect just prior to your date of disability. It does not include overtime pay, bonuses, or any other extra compensation. If you become disabled while you are on an approved leave of absence, your earnings will be based on your pay in effect just prior to the date your leave begins.

**If You Are Working**

You will receive the monthly benefit calculated in the previous section if you are working but earning *less* than 20 percent of your indexed monthly earnings.

*Indexed monthly earnings* are your monthly earnings as adjusted on the first anniversary of benefit payments and each anniversary thereafter provided you were disabled for all of the 12 months before that date. Your monthly earnings will be adjusted on that date by the lesser of 7 percent or the current annual percentage increase in the Consumer Price Index for Urban Wage earners and Clerical Workers (CPI). Your indexed monthly earnings may increase or remain the same, but will never decrease. The CPI is published monthly by the U.S. Department of Labor. Indexing is used only to determine your percentage of lost earnings while you are disabled and working.

If you are working during your disability and are currently earning *more* than 20 percent of your indexed monthly earnings, you can use this formula to calculate your monthly benefit:

**During the First 12 Months of Payments**

Your monthly benefit will be reduced only to the extent that the amount of income you receive while working (disability earnings) and the monthly benefit payable if you were not working exceeds 100 percent of your indexed monthly earnings.

227

Liberty/Crespo 0929

1G053170001

**After 12 Months of Payments**

After 12 months of payments, you can use this formula to calculate your monthly benefit:

A =    Your indexed monthly earnings, minus your current monthly earnings from any work you are doing (disability earnings).

B =    Your indexed monthly earnings.

C =    The monthly benefit you would receive if you were totally disabled. (Do not include income from any work when you determine this figure.)

(A ÷ B) x C = the amount of your disability benefit.

For example:

Jane had basic monthly earnings of $3,000 before she became disabled due to an illness. She is covered by the 50 percent option. Her monthly benefit would be $1,500 (50 percent of $3,000).

During the first 12 months of LTD benefits, she is still unable to return to work full-time, but she returns to her job on a part-time basis earning $1,700 per month.  Since her disability earnings are at least 20 percent less than her indexed monthly earnings, she is eligible for the following benefit:

A = $3,200 (her current monthly earnings from work (disability earnings) plus her normal LTD benefit before returning to work part-time [$1,500 + $1,700 = $3,200])

B = $3,000 (her indexed monthly earnings)

C = $1,500 (her normal LTD benefit before returning to work part-time)

Because Jane's current monthly earnings from work (disability earnings) and her normal LTD benefit ($3,200) are greater than her indexed monthly earnings ($3,000), her monthly benefit will be reduced by the difference ($200).  Jane receives a $1,300 monthly disability benefit ($1,500 - $200) plus $1,700 in disability earnings for a total monthly income of $3,000, the same amount she would have received if she had not been disabled.

Let's assume further that Jane remains disabled after she has received 12 months of payments. The amount of her benefit is then calculated as follows:

A = $1,300 (her indexed monthly earnings minus $1,700 disability earnings)

B = $3,000 (indexed monthly earnings).

C = $1,500 (regular monthly benefit).

228

Liberty/Crespo 0930

1G053170001

The amount of Jane's disability benefit is $650 [(A ÷ B) x C or ($1,300 ÷ $3,000) x $1,500 = $650]

Jane receives a $650 monthly benefit from the LTD plan, plus $1,700 from disability earnings, for a total monthly income of $2,350, which is $850 more than she would have received if she did not work.

If your monthly earnings fluctuate widely from month to month, your average current monthly earnings over the most recent three months will be used to determine if your benefits should continue.

Keep in mind that if your monthly disability earnings exceed 80 percent of your indexed monthly earnings, no LTD benefits will be paid and your claim will end. In our example, if Jane's disability earnings exceed $2,400 ($3,000 x .80) she will no longer be eligible for LTD benefits.

If your disability does not extend through a full month, your benefit will be 1/30th for each day of the month in which you are disabled.

## Coordination of LTD with Other Income Benefits

In addition to this LTD plan, other plans and certain laws may provide you with a replacement from the income you lose if you become disabled. To prevent duplication, your monthly benefit under this LTD plan will be reduced by the amount of any other income benefits for which you or your dependents are eligible. Sources of such benefits include, but are not limited to:

- *Workers' compensation law, occupational disease law or any similar law.*

- *Disability income benefits under any state compulsory benefit act or law.*

- *Disability income benefits under any automobile liability or no-fault insurance policy required by law.*

- *Disability benefits and retirement benefits you receive from Ochsner's retirement plan.*

- *Disability or retirement benefits from any governmental retirement system as a result of your job with Ochsner.*

- *Gross Social Security disability and retirement benefits (or benefits under any similar plan or act), for which you and your family are eligible as a result of your disability. However, the amount of your Social Security retirement benefit will not be included if your disability begins after age 65 and you were already receiving Social Security retirement payments.*

- *Disability benefits under any health or welfare plan or group insurance plan where Ochsner, either directly or indirectly, has paid all or part of the cost or made payroll deductions.*

- *Benefits under any salary continuation or accumulated sick leave plan to the extent that your monthly payment and deductible sources of income, including any other group disability benefits, exceed or would exceed 100 percent of your monthly earnings.*

- *The amount you receive from a partnership, proprietorship or any similar draws.*

- *The amount that you receive or are entitled to receive under any unemployment income act or law due to the end of your employment with Ochsner.*

- *The amount identified as earnings replacement or disability income benefits that you receive due to your disability from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise.*

- *The amount of wages you receive under the maritime doctrine of maintenance, wages and cure (Jones Act).*

- *The amount received from any form of employment including severance.*

Liberty/Crespo 0931

1G053170001

However, your benefit generally will not be affected by any cost-of-living increases to these other income benefits. If you receive other income benefits in a lump sum, they will be prorated on a monthly basis for the period they were intended to cover.  If the benefits do not cover a specified time period, the lump sum will be prorated on a monthly basis for the remainder of the maximum benefit period or 5 years if less.

The minimum benefit paid under this plan is $100 per month, or 10 percent of your monthly gross benefit (your benefit prior to reductions for "other income benefits"), whichever is greater.

### Estimated Other Income Benefits

Your monthly LTD benefit may be reduced by the estimated amount of benefits you are expected to receive under Social Security, workers' compensation or any other similar law. However, the insurance company will not reduce your benefit by the estimated amount if you:

○ *Apply for these benefits and sign the insurance company's Reimbursement Agreement.  This agreement states that you promise to repay the plan for any overpayment caused by an award, and*

○ *Appeal any denial to all administrative levels the insurance company feels is necessary.*

If you submit proof that you have officially been denied these other income benefits (after all appeals required by the insurance company have been completed), you will receive a lump-sum refund of the estimated amount.

The insurance company may also estimate benefits you are expected to receive under any salary continuation or accumulated sick leave or under any unemployment income act due to the end of your employment with Ochsner in the same manner.  Keep in mind that the insurance company can provide assistance with your Social Security application or appeal if you are disabled under the plan.  This assistance may include helping you find appropriate legal representation, obtaining medical and vocational evidence and reimbursing approved case management expenses.  Refer to the *"Plan Administration"* section of this SPD to get information about how to contact the insurance company.

### Additional LTD Benefits

The plan provides for the following additional benefits designed to help you return to work as soon as possible.

### Worksite Modification Benefit

The insurance company will work with you and Ochsner to determine if a modification to your worksite will help you remain or return to work.  If all parties agree, the insurance company will reimburse Ochsner the cost to modify your worksite up to an amount equal to two months of your gross disability benefit or $1,000, whichever is greater.

Liberty/Crespo 0932

1G053170001

This additional benefit is available to you on a one time only basis.

### Rehabilitation Program Benefit

After you file a claim for benefits, your file will be reviewed periodically to determine if rehabilitation services might help you to return to work.  A rehabilitation program may include, but is not limited to, the following services:

○ *Coordination with Ochsner to assist you to return to work.*

○ *Evaluation of adaptive equipment that will allow you to work.*

○ *Vocational evaluation to determine how your disability may impact your employment options.*

○ *Physical and occupational therapy and work hardening programs.*

○ *Psychological and vocational counseling*

○ *Rehabilitative employement.*

○ *Vocational rehabilitation services.*

The insurance company's rehabilitation program specialists will work with your physician to develop a plan that best suits your specific situation.  If the rehabilitation program is not developed by the insurance company, you must receive written approval from the insurance company before beginning a program.

If you are receiving LTD benefits and participating in a rehabilitation program authorized by the insurance company, you will receive an additional benefit of ten percent of your monthly disability benefit.  This rehabilitation program participation "bonus", plus your monthly benefit payment cannot exceed the maximum monthly benefit for the plan option you have chosen ($13,333 for the 50 percent option, $16,000 for the 60 percent option or $17,787 for the 66-2/3 percent option).  This additional ten percent will be paid on the first day of each month following proof of full participation, provided you continue to receive disability benefits.

### How Long LTD Benefits Are Paid

Your monthly LTD benefits may continue (provided you continue to satisfy all the requirements and provisions of the plan) for up to the maximum benefit period shown in the following table:

| Maximum LTD Duration | |
| --- | --- |
| **Age When Disability Begins** | **How Long Benefits Are Paid** |
| Under age 62 | To your normal retirement age, but not less than 60 months |
| 62 through age 64 | 60 months |
| 65 through age 68 | To age 70, but not less than 12 months |
| 69 and older | 12 months |

Your normal retirement age is your retirement age under the Social Security Act where retirement age depends on your year of birth.

Liberty/Crespo 0933

1G053170001

LTD benefits will also stop on the earliest of the following:

- *The dote you ore no longer disobled, os defined by the plon.*

- *The dote you ore no longer under the regulor core of o physicion or foils to follow generolly occepted medicol treotment for the disobling condition.*

- *The dote you foil to submit proof of totol disobility or refuse to be exomined by the insuronce compony.*

- *The dote your eornings while disobled exceed 80 percent of your indexed monthly eornings.*

- *During the first 24 months of LTD poyments, when you ore oble to work in your regulor occupotion on o port-time bosis but you choose not to.*

- *After 24 months of LTD poyments, when you ore oble to work in ony goinful occupotion on o port-time bosis but you choose not to.*

- *The dote you die.*

- *You reoch the end of the moximum benefit period shown in the toble obove.*

- *You reoch the end of the moximum benefit period for mentol illness, os exploined in the following section.*

You are not required to pay for LTD coverage while you are receiving benefits.

### Recurring Disability

If you again become disabled by a related illness or injury within six months of returning to work, the new disability will be considered part of the original disability. In this case, payments will begin immediately but the payments you previously received will count toward the total number of months you can receive benefits.

If you return to your own occupation for at least six months, any disability that then occurs will be considered separate and unrelated to the previous disability. You would then need to wait another 180 days for payments to begin.

### LTD Exclusions and Limitations

The plan does not cover any disability caused by, contributed by, or resulting from your:

- *Intentionolly self-inflicted injury while sone or insone.*

- *Wor, declored or undeclored or ony oct of wor.*

- *Active porticipotion in o riot. For this purpose, riot meons oll forms of public violence, disorder or disturbonce of the public peoce by three or more gothered people, regordless of whether the individuols ore octing together, domoge to persons or property occurs, or there is intent to perform unlowful octs. Porticipotion meons promoting, inciting, conspiring to promote or incite, oiding, obetting, ond oll forms of toking port in o riot. Porticipoting does not include octions to defend public or privote property, or self-defense provided the octions ore not token ogoinst police, fire fighters ond other individuols ottempting to restore low ond order.*

- *Commission or ottempt to commit o felony or misdemeonor.*

- *Cosmetic surgery unless the surgery is in connection with on illness or injury sustoined while covered.*

- *Gender chonge, including but not limited to ony operotion, drug theropy or ony other procedure reloted to o gender chonge.*

- *Pre-existing condition, os exploined in the next section.*

232

Liberty/Crespo 0934

1G053170001

The plan will not cover a disability due to war, whether declared or undeclared, or any act of war, nor are benefits payable during any period of incarceration.

### Pre-existing Conditions Limitation

The plan will not pay benefits for any disability that begins within the first 12 months of coverage under the plan if the disability is due to a pre-existing condition.

A similar limitation applies to an increase in coverage. If you increase your coverage during the annual enrollment period or due to a change in status, the increased benefits are not payable if you become disabled within 12 months of the increase due to a pre-existing condition.

A **pre-existing condition** is a condition for which you receive any kind of medical treatment, care, consultation or services, including diagnostic measures, prescription drugs and/or medicines (regardless of whether such drugs or medications were actually taken) or followed treatment recommendations under the direction of a physician in the three months before your coverage, or an increase in coverage, begins.

### Mental Illness Limitation

If you are disabled by mental illness, benefits are limited to 24 months per lifetime if you are not confined in a hospital or institution that is licensed to provide care and treatment for the specific condition causing your disability. Benefits may be payable beyond the 24-month period under the following circumstances:

- *If you are confined in a hospital or institution at the end of the 24-month period, the plan will continue to pay benefits while you are confined.*

- *If you are not confined to a hospital or institution but instead are receiving continued care for the disabling condition that is consistent with the American Psychiatric Association's standard principles of care, diagnosis and treatment and approved by your physician, the plan will send payments for a maximum of 36 months.*

In either situation, benefits will not be paid beyond the earlier of the end of the limited pay period described above or the maximum period of payment as shown under "*How Long LTD Benefits Are Paid.*"

### When LTD Coverage Ends

Your LTD coverage will end on the earliest of the following dates:

- *The date your employment ends, you retire or you are no longer eligible for coverage.*

- *The end of a period of coverage for which you last paid the required contribution.*

- *The date the plan is terminated.*

- *If you elect to drop coverage during the annual enrollment period, coverage will end on December 31 following the election.*

233

Liberty/Crespo 0935

1G053170001

However, coverage may be continued during a leave of absence protected by the Family and Medical Leave Act of 1993 (FMLA), or until the end of the month following the month in which your leave begins for any other approved leave of absence or temporary layoff. Contact the HR Employee Service Center if one of these situations applies to you.

If your coverage was terminated while you were on FMLA leave, and you return to work within the time period required to preserve your rights under the law, your coverage will be effective on the day you return to active employment. No evidence of good health will be required.

If your disability begins while you are covered by the plan, you will continue to receive benefits for that disability after your coverage ends, subject to all the provisions and limitations of the plan.

## Family Survivor Benefit

If you were receiving LTD benefits at the time of your death, an amount equal to three times the last monthly benefit will be paid to your eligible survivor in one lump sum. Your eligible survivor is your spouse, if living; otherwise, it is your dependent children younger than age 25. If payment is due to your children, payment will be made in equal shares and may be made to them or to a court appointed guardian on their behalf. In any other case, your benefit is paid to your estate.

## Subrogation and Reimbursement

If your disability is due to an illness or injury that is someone else's fault, benefits will be withheld until you or your legal representative agrees to:

- *Repay the insurance company for any benefits to the extent they are for losses for which compensation is paid to you by or on behalf of the person at fault;*
- *Allow the insurance company a lien on such compensation and hold the compensation in trust for the insurance company; and*
- *Execute and provide to the insurance company any documents or other items needed to administer this provision.*

In the event the insurance company has paid benefits to you for an illness or injury that was someone else's fault, the insurance company will be subrogated to all rights of recovery that you may have against the person at fault. The insurance company will subrogate only the extent of benefits paid. You will be required to fully cooperate with the insurance company to assist with the reimbursement.

## Right of Recovery

The insurance company has the right to recover any overpayment of benefits caused by fraud, your receipt of undisclosed income or claim processing errors. The recovery may be made by reducing future benefits, requesting a lump sum payment, initiating collection proceedings or placing a lien on other income if allowable by law.

234

Liberty/Crespo 0936

1G053170001

## Long-Term Disability Claims Procedures

### Submitting Claims

If you are not already receiving short-term disability benefits, you will need to file for your long-term disability benefits. To file a claim for benefits, you should call the insurance company at 1-866-501-8736 or by logging onto their website at www.mylibertyconnection.com. First time users to the website will need to register using Company Code "Ochsner". You may also request and properly complete the appropriate forms available from the HR Employee Service Center or Ochsner intranet. The completed claim forms (including proof of application for other income benefits and proof of income from work while you are disabled) should then be submitted, in accordance with instructions included on the forms. The claim should be filed within 30 days after the end of the elimination period, but not later than one year following the date that proof was otherwise required. This time limit will be extended only if it can be shown that you lack legal capacity to file the claim timely.

You must provide proof of continued disability within 30 days of request and at your expense. Proof includes:

- That you are under the regular care of a physician.
- Appropriate documentation of your basic monthly earnings.
- The date your disability began.
- Appropriate documentation of the disabling condition.
- The extent of your disability, including restrictions and limitations preventing you from performing your regular job or any gainful occupation.
- The name and address of any hospital or institution where you received treatment, including all attending physicians.

The insurance company may also require that you provide authorization to obtain additional medical information and to provide non-medical information (e.g. copies of your IRS federal income tax return, W-2's and 1099's) as part of your proof of claim or continued disability.

Benefits are paid to you monthly. However, if a benefit is payable to your estate or a minor or an incompetent individual, the insurance company may pay up to $2,000 to any of your relatives or other person the insurance company deems entitled to pay for medical, maintenance or burial expenses you incur.

### Initial Claims Determinations

The insurance company will review the claim and notify you of its decision no later than 45 days after the claim is received. This time period may be extended twice by 30 days each if the insurance company determines that an extension is necessary due to matters beyond its control. If this occurs, the insurance company will notify you of the circumstances requiring the extension of time and the date by which a decision can be expected. If an extension of time is needed, the insurance company will provide the notice prior to the end of the initial 45-day

235

1G053170001

period or prior to the end of the first 30-day extension period for a second 30-day extension period.

If an extension is needed because you failed to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will have at least 45 days to provide the specified information. In this case the review period will be suspended from the date on which the notification of the extension is sent until the date the information is provided. If you fail to deliver the requested information within the time specified, the insurance company may make a decision on the claim without that information.

If your claim is wholly or partially denied, you will receive a notice of adverse benefit determination that will include:

- The specific reason(s) for the denial.
- References to specific plan provisions on which the determination is based.
- A description of any additional material or information necessary to complete the claim and why such information is necessary.
- A description of the plan procedures and time limits for appealing the determination, including your right to submit written comments and have them considered, your right to receive (upon request and free of charge) reasonable access to, and copies of, all documents, records, and other information relevant to your claim and your right to bring civil action under Section 502 of ERISA if your claim is denied on appeal.
- A disclosure of any internal rule, guideline, protocol or similar criterion relied upon in making the adverse determination (or that such information will be provided free of charge upon request).

## Appeals

If your claim for benefits is denied or if you do not receive a response to your claim within the appropriate time frame (in which case the claim for benefits is deemed to have been denied), you or your representative may appeal your denied claim in writing to the insurance company at the address shown on your denial notice.

Your appeal must be made in writing not more than 180 days of the receipt of the written notice of denial. Your written appeal should set out the reasons you believe that the claim should not have been denied and should also include any additional supporting information, documents or comments that you consider appropriate. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

## Determinations on Appeal

A full review of the information in the claim file and any new information submitted to support the appeal will be conducted by the insurance company without regard to whether the information was submitted or considered in the initial benefit determination. The review will not give deference to the initial decision. In addition, the individual(s) deciding your appeal will not be the same individual(s) who initially decided your claim nor his/her subordinate.

236

Liberty/Crespo 0938

1G053170001

The insurance company may consult with a health professional in deciding your appeal, except that any health professional consulted in connection with your appeal will not have been involved in the initial benefit determination nor be a subordinate of the health professional who was involved.

A decision on review will be made not later than 45 days following receipt of the written request for review. If the insurance company determines that special circumstances require an extension of time for a decision on review, the review period may be extended by an additional 45 days (90 days in total). If an extension of time is needed, the insurance company will provide the notice prior to the end of the initial 45-day period and the notice will explain the circumstances requiring the extension of time and the date by when the insurance company expects to render a decision.

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information and you will be given at least 45 days to provide the specified information. In this case the review period shall be suspended from the date on which the notification of the extension is sent until the date the information is provided. If you fail to deliver the requested information within the time specified, the insurance company may decide the appeal without that information.

You will be notified in writing if the decision on appeal upholds the initial denial of your claim. The notification will provide all of the following:

○   *The specific reason(s) for the denial.*

○   *References to the specific plan provisions on which the benefit determination was based.*

○   *A statement that you are entitled to receive upon request and free of charge reasonable access to, and copies of, all records, documents and other information relevant to your claim.*

○   *A statement that you have the right to obtain upon request and free of charge, a description or copy of any internal rule, guideline, protocol or other similar criterion relied upon in making the determination.*

○   *A statement of your right to bring a civil suit under Section 502 of ERISA.*

The decision by the insurance company is final.


## Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. This authorization must be in writing and signed by you. Any reference in these claims procedures to "you" is intended to include your authorized representative.

You can find additional information about the insurance company in the *"Plan Administration"* section of this SPD.

237

Liberty/Crespo 0939

1G053170001

## LTD Definitions

***Active work and Actively at work*** – Performance of the material and substantial duties of your regular job for earnings that are paid regularly. Your worksite must be at Ochsner's usual place of business, an alternate work site at Ochsner's direction other than your home (unless clear specific expectations and duties are documented) and a location to which your job requires you to travel. Normal vacation is considered active work. You are also considered at work if you worked the day immediately preceeding the following as long as these days aren't a scheduled work day:

- *Weekends*
- *Holidays*
- *Any non-scheduled work day*
- *An excused leave of absence or emergency leave of absence (other than for your own disabling condition)*

If you are receiving severance, you will not be considered performing active work.

***Disability earnings*** – The earnings you receive while you are disabled and working, including severance.

Salary continuance paid to supplement disability earnings are not considered disability earnings.

***Any occupation*** – Any occupation that you are or become reasonably fitted by training, education, experience, age, physical and mental capacity and which provides you with substantially the same earning capacity as your former earnings capacity just prior to the start of your disability.

***Hospital or institution*** – A facility licensed to provide care and treatment for the condition causing the disability.

***Illness*** – Any sickness or disease. It includes pregnancy and complications of pregnancy.

***Injury*** – A bodily impairment that is the direct result of an accident, is not related to any cause other than the accident, results in immediate disability and begins while you are covered under the plan. Any disability that begins more than 60 days after an injury will be considered an illness.

***Insurance company*** – Liberty Life Assurance Company of Boston under Contract #GF-880-461332-01.

***Material and substantial duties*** – Duties that are normally required for the performance of your own occupation and cannot be reasonably omitted or modified.

238

Liberty/Crespo 0940

1G053170001

**Mental illness** – Any psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DM) regardless of cause. If the DSM is discontinued, the insurance company will use the replacement chosen or published by the American Psychiatric Association.

**Own occupation** – The occupation you are routinely performing when your disability or partial disability begins. The insurance company will look at how your occupation is usually performed in the national economy instead of how the work tasks are performed for Ochsner or at a specific location.

**Part-time basis** – The ability to work and earn 20 percent or more of your indexed monthly earnings.

**Physician** – A person who is licensed to practice medicine and is practicing within the limits of his or her medical license or is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the treatment is received and is practicing within the terms of that license.

Physician will not include any of your domestic partner or family members including, but not limited to, you, your spouse, or a child, brother, sister or parent of either you or your spouse.

**Regular care** – You visit a physician as frequently as is medically required to effectively manage and treat your disabling condition. In addition, it means that you are receiving the most appropriate treatment and care for your disabling condition, by a physician whose specialty or experience is the most appropriate for your condition. A determination of regular care will be based on generally accepted medical standards.

**Retirement plan** – A defined contribution plan or a defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions. It will not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(k) and 403(b) plans, a non-qualified plan of deferred compensation or a retirement plan from anther employer.

**Salary continuation or accumulated sick leave** – Continued payments to you by Ochsner of all or part of your monthly earnings, after you become disabled under the plan. This continued payment must be part of an established plan maintained by Ochsner for the benefit of employees covered under the plan. Salary continuation or accumulated sick leave does not include compensation paid to you by Ochsner for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account as such, in calculating your monthly benefit.

239

Liberty/Crespo 0941

1G053170001

# SEVERANCE COVERAGE

240

Liberty/Crespo 0942

1G053170001

# *SEVERANCE COVERAGE*

The Ochsner Severance Plan provides severance benefits for eligible employees defined below in the event of a reduction in employee or management staffing as a part of a cost-management program, organizational or departmental restructuring, acquisition, or technological or environmental change.

Ochsner's Severance Plan is designed to help minimize financial hardships for employees who leave Ochsner involuntarily due to a covered reduction in force. For full-time employees who fall within a covered employee class as referenced in the Chart below and meet other eligibility criteria, the plan provides severance in the form of pay based on your base pay and length of service, and a certain period of subsidized COBRA for medical coverage. Certain categories of employees are not eligible for severance under this plan as explained below in the Severance Plan Exclusions section.

Unless provided otherwise in an Addendum that applies to you, coverage begins automatically on your hire date. There are no election forms to complete or enrollment decisions to make. Ochsner pays the full cost of this coverage.

The administrator of the Severance Plan is the Ochsner Clinic Foundation Health and Welfare Plan Committee, while Ochsner internal counsel along with the Strategic Business Advisory Division in Human Resources administer related employment separation and severance policies.

## *How the Severance Plan Works*

In the event of a covered reduction in force, if you are an eligible employee Ochsner will provide you with an official termination notice before your termination date, which will explain your termination and what you must do to receive your severance benefits. Please note that, in any event, you will not be eligible for the severance benefits under this Severance Plan if you do not sign the Separation and Release Agreement provided to you along with, or within a short period after you receive, the notice and explanations.

241

Liberty/Crespo 0943

1G053170001

## *Amount Paid by the Severance Plan*

### Severance Pay

The amount of your severance pay depends on your employee classification, pay, and years of service with Ochsner.

| Ochsner Employee Class | Benefits Payable Based on Years of Service | Notice Period |
|---|---|---|
| Regular Employees- Non-exempt employees on the biweekly payroll employed on a full-time basis<br><br>Excluding<br><br>Temporary, seasonal or special relief employees | One weeks pay to a maximum of forty hours per full year of service or any portion thereof with a minimum payment of two weeks and a maximum payment of six weeks. | 2 weeks |
| Exempt Staff Employees, Managers and Supervisors employed on a full-time basis<br><br>Excluding<br><br>Temporary, seasonal or special relief employees | Two weeks pay to a maximum of eighty hours per full year of service or any portion thereof with a minimum payment of four weeks and a maximum payment of twelve weeks. | 2 weeks |
| Management as identified by Management Benefit Plan | Refer to your Management Addendum | See Addendum |
| Physicians as identified by Physician ABenefit Plan | Refer to Contract | See Contract |
| Executives as identified by Executive Benefit Plan | Refer to your Executive Addendum | See Addendum |

If you are terminated without notice or before the end of the full notice period, you will receive an additional payment equal to your base pay for the notice period or the difference between the stated notice period and the actual notice period, whichever is less.

For the purposes of this benefit, your *pay* is your annual salary, determined as your current base pay rate for the respective payroll period, excluding any overtime pay, shift differential, bonuses or other compensation. Your pay will include any amount you defer, or you have Ochsner contribute on your behalf per your salary reduction election, to any plan identified under Sections 12S, 402(h), 401(k), 403(b) and 4S7 of the Internal Revenue Code. However,

242

1G053170001

your pay will not include any employer contribution to, or benefit from, any pension plan, profit sharing plan or any other employee benefit maintained by Ochsner.

A *year of service* is the 12-month period that begins on your hire date and ends on each anniversary date thereafter. At the time of your involuntary termination due to a reduction in force, you will be given credit for a partial year of service. If you previously terminated employment and are later reemployed by Ochsner, your years of service will be determined by the company's rehire and reinstatement policies.

## Payment of Benefits

Severance pay will be paid in periodic payments based on your prior regular payroll period frequency. In the event of special circumstances as determined by Ochsner, the severance payment may be paid in a lump sum.

## If You Are Re-hired

If you previously terminated employment and are later reemployed by Ochsner, your years of services will be determined by Ochsner's External Employment Policy, OHC.HR.603.

## Subsidized COBRA Benefits for Medical Coverage

As part of your severance benefits, if you were covered by an Ochsner medical plan on the day before your termination date and you elect to continue your medical plan coverage under COBRA, your COBRA premium for your severance pay benefit period of time will be the same Ochsner subsidized rate that active employees pay for the same level of coverage. Once your severance pay benefit period has expired, your premium for COBRA coverage will increase to the full, unsubsidized cost for the coverage.

## Severance Plan Exclusions

Severance plan benefits are not payable if any of the following apply:

- *You refuse interviews or offers for comparable positions with Ochsner with the same pay grade and employment status as former positions.*

- *You do not sign a Separation and Release Agreement. (You may request a copy of a current version of the separation and release agreement at any time from the HR Employee Service Center).*

- *You are a part-time, temporary, seasonal or special relief employee.*

- *You have individually negotiated severance pay contract provisions in an individual employment agreement or contract or similar individualized instrument.*

- *Part-time employees are not eligible for this benefit and are not eligible employees under the Severance Plan.*

243

Liberty/Crespo 0945

1G053170001

○   *An employee with individually negotiated severance pay contract provisions in an individual employment agreement or individual employment contract or similar individualized instrument is not eligible for this benefit and is not an eligible employee under the Severance Plan.*

**Severance benefits will not be available to you, if your employment is terminated in connection with a sale or transfer, acquisition, merger, establishment of a joint venture, organizational or departmental restructuring, outsourcing transaction or any other similar transaction and:**

○   *You have been offered employment by the successor company or successor employer entity ("Successor Employer") in a position that provides for a base salary that is at least 90% of your base pay at the time of employment termination (regardless of whether you accept the offer of employment); or*

○   *The Successor Employer does not offer employment to you because you do not meet the Successor Employer's pre-employment screening procedures (e.g., drug test, employee licensure requirements, criminal background check, etc).*

## Other Facts About the Severance Plan

Any severance payments you receive will be subject to state and federal taxes and any other payroll deductions required by law.

## When Severance Plan Coverage Ends

Severance plan coverage will end when the first of the following occurs:

○   *You are no longer an eligible employee.*

○   *Ochsner discontinues the plan.*

## Severance Plan Claims Procedures

### Submitting Severance Plan Claims

If you feel you are entitled to any severance benefits under the Severance Plan that you do not receive, you should file a written claim for such benefits with the Ochsner Clinic Foundation Health and Welfare Plan Committee, which is the fiduciary with discretionary authority to review and make determinations with regard to all Severance Plan benefit claims.

### Initial Claims Determinations

The Ochsner Clinic Foundation Health and Welfare Plan Committee will review the claim and notify you of its decision no later than 90 days after the claim is received. This time period may be extended if special circumstances require extra time for processing.  If such a time extension is necessary, you will receive written notice before the end of the initial 90 days. This notice will

244

Liberty/Crespo 0946

1G053170001

tell you why additional time is needed and the date you can expect a final decision. This decision must be made within 90 days after the end of the initial 90-day period.

If your claim is wholly or partially denied, you will receive a notice of adverse benefit determination from the Ochsner Clinic Foundation Health and Welfare Plan Committee that will include:

- *The specific reason(s) for the denial.*
- *References to specific plan provisions on which the determination is based.*
- *A description of any additional material or information necessary to complete the claim and why such information is necessary.*
- *A description of the plan procedures and time limits for appealing the determination, including your right to submit written comments and have them considered; your right to receive (upon request and free of charge) reasonable access to, and copies of, all documents, records, and other information relevant to your claim; and your right to bring civil action under Section 502 of ERISA if your claim is denied on appeal.*

## Appeals

If your claim for benefits is denied or if you do not receive a response to your claim within the appropriate time frame (in which case the claim for benefits is deemed to have been denied), you or your representative may appeal your denied claim in writing to the Ochsner Clinic Foundation Health and Welfare Plan Committee. Your appeal must be made in writing not more than 60 days of the receipt of the written notice of denial. Your written appeal should set out the reasons you believe that the claim should not have been denied and should also include any additional supporting information, documents or comments that you consider appropriate. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

## Determinations on Appeal

The Ochsner Clinic Foundation Health and Welfare Plan Committee will review and decide your appeal within a reasonable period of time but no longer than 60 days after it is submitted. This time period may be extended for an additional 60 days if the Ochsner Clinic Foundation Health and Welfare Plan Committee determines that there are special circumstances that require an extension. You will be advised in writing of the need for an extension during the initial 60-day period and a determination will be made not more than 120 days after the date the appeal was submitted.

The decision on review will be provided by the Ochsner Clinic Foundation Health and Welfare Plan Committee in written form and, in the event of a continued denial of the claim in full or part, the decision will provide:

- *The specific reason(s) for the denial.*
- *References to the specific plan provisions on which the benefit determination was based.*
- *A statement that you are entitled to receive upon request and free of charge reasonable access to, and copies of, all records, documents and other information relevant to your claim.*

245

1G053170001

- ○ *A statement that you have the right to obtain upon request and free of charge, a description or copy of any internal rule, guideline, protocol or other similar criterion relied upon in making the determination.*
- ○ *A statement of your right to bring a civil suit under Section 502 of ERISA.*

The decision by the Ochsner Clinic Foundation Health and Welfare Plan Committee is final.

No suit concerning the claim may be brought until the appeal process has been completed and the written decision on the appeal is received by the claimant, or the claimant has not been given a timely response to the appeal. The claimant has one year from that time to file suit (unless a longer period of time is provided in accordance with ERISA). Suit may not be brought after the one-year period has passed (unless a longer period of time is provided in accordance with ERISA).

### Designation of an Authorized Representative

You may authorize someone else to file and pursue a claim or file an appeal on your behalf. This authorization must be in writing and signed by you. Any reference in these claims procedures to "you" is intended to include your authorized representative.

## *Definitions*

***Separation and release agreement*** – A separate written document that will be provided to you on or about the time of an involuntary termination due to a reduction in force. You may request a copy of a current version of the separation and release agreement at any time from the HR Employee Service Center.

Liberty/Crespo 0948

1G053170001

# Additional Benefits Not Subject to ERISA

247

Liberty/Crespo 0949

1G053170001

# GENERAL PURPOSE TIME (GPT)

248

Liberty/Crespo 0950

1G053170001

# *GENERAL PURPOSE TIME (GPT)*

Ochsner realizes that time spent away from work is important to maintain a balanced life. The General Purpose Time (GPT) program is designed to allow you to take paid time off for vacation, personal or family illness, personal business or emergencies. You may also use GPT for bereavement leave in excess of three days in the event of a death of one of your immediate family members.

Coverage begins automatically on your hire date if you are a full-time or part-time employee scheduled to work at least 20 hours per week (40 hours per pay period). GPT is not available to part-time employees working less than 20 hours per week. There are no election forms to complete or enrollment decisions to make. Ochsner pays the full cost of this coverage.

Note: If you are an Executive, Senior Physician, Senior Professional Staff, Part-time Senior Physician, Staff Physician, Professional Staff, Part-time Staff Physician or Professional Staff, Assistant Professional Staff, Resident, Fellow, Management, Advanced Practice Clinician (Nurse Practitioner, Physician's Assistant, Neonatal Nurse Practitioner, Nurse Mid-wife, Clinical Nurse Specialist) or Brent House employee, you receive vacation instead of GPT. If you are a CRNA or an Elmwood Fitness Center employee, your GPT accrual is different. Please refer to your addendum for specific information.

## *How the GPT Program Works*

If you need time away from work, you may use your eligible, accrued GPT time. You can begin using your eligible, accrued GPT the first full pay period that follows three months of employment. If you do not use or do not need your eligible, accrued GPT time, you may elect to save, sell or donate it except as otherwise stated in the General Purpose Time (GPT)policy, OHS.HR.204.

## *Amount Paid by the GPT Program*

You begin accruing GPT hours on your first day of employment. GPT is accrued based on the number of scheduled hours you work each pay period and your length of service with Ochsner, as shown in the following chart. GPT is earned on a combined maximum of 80 hours per pay period, using you regular base rate of pay. You earn GTP continuously each pay period. Part-time employees also receive GPT based upon hours worked.

Liberty/Crespo 0951

1G053170001

| GPT Accrual Schedule | |
|---|---|
| **Years of Service** | **Days Earned Each Year** |
| Less than 5 years | 18 |
| 5 years but less than 10 years | 23 |
| 10 years but less than 15 years | 26 |
| 15 or more years | 28 |

As you can see from the chart, the number of days you can earn increases on each five-year anniversary with Ochsner, up to a maximum of 28 days per year for employees with 15 or more years of service.

You will not earn GPT while you are receiving short-term or long-term disability benefits.

## Saving (Banking) GPT

### At the End of the Year

If you do not use all of your accrued GPT in a year, it will automatically be carried over for use in the future. However, if your accrued GPT exceeds 240 hours at the end of any year, you will forfeit any hours over 240.

### During the Year

The most that you can accrue and hold during the year is 35 GPT days (280 hours). If your GPT bank reaches 35 days at any point during the year, you will stop accruing until your balance goes below the 35-day maximum.

## Selling GPT

If you need extra money, or you will lose some of your paid GPT because you have banked/accrued too much time, you can sell some of your GPT days and receive some of the value of those days as compensation in your paycheck.

You can sell GPT in 40-hour increments throughout the year at a percentage of its value based on your years of service as long as you keep at least 5 days (40 hours) of accrued GPT. The amount you will receive will be a percentage of its value based on your years of service with Ochsner. The following chart shows you how much of your base pay you will receive for your GPT time:

Liberty/Crespo 0952

1G053170001

| GPT Sell Value Schedule | |
| --- | --- |
| Years of Service | GPT Value on Sale |
| Less than S years | S0% |
| S years but less than 10 years | 60% |
| 10 or more years | 70% |

As you consider the amount to sell, keep in mind that the maximum amount of GPT earned time that you may keep in your "bank" is 30 days (240 hours). Any days in excess of 30 at the end of a calendar year will be forfeited if you do not sell them.

To sell GPT, you will need to complete the GPT Sell Back Form that you may obtain from the HR Employee Service Center or the Employee Self Service on the Ochsner intranet and return it to the HR Employee Service Center by close of business on the Thursday before a payday.

When you sell GPT, the money from your sale is subject to income tax withholding when it is paid to you. Since the payout is added to your regular paycheck, this can result in a higher tax bracket for withholding purposes on that paycheck. If you overpay taxes during the year, you can make an adjustment on your annual income tax return.

## Donating GPT

You may donate your earned GPT at full value to the Philanthropy Division of Ochsner Clinic Foundation during the annual enrollment period, or as specified by OHS, or to a fellow employee at any time.

Payroll taxes will be deducted from the donation before submission to the Philanthropy Division. Donations to another employee are subject to the approval of your manager and the receiving employee's manager as noted on the form.

## Using GPT

To use your GPT, you must request it as far as possible in advance unless there is a sudden illness or injury. To make the request, go to Ochweb and click on Kronos Time & Attendance. All requests are now electronically submitted through this online system. Every effort will be made to approve your request for GPT, but the approval will be subject to your supervisor's approval based on your department's staffing needs.

Liberty/Crespo 0953

1G053170001

## *Interaction of GPT with Other Ochsner Benefits*

### Short-Term and Long-Term Disability

You must use your GPT time during the 14-day short-term disability elimination period. If you wish, GPT may also be used in combination with your short-term disability benefits to bring your pay up to 100 percent. Please refer to the disability section of this SPD for a full explanation of short-term disability benefits.

You will not earn GPT while you are receiving short-term or long-term disability benefits.

### Severance

If you leave Ochsner due to a reduction force (involuntary termination), you will be paid the full value of your accumulated GPT as long as you continue to work during the notice period. Refer to the section called *"Severance Coverage"* of this SPD for complete details.

### Termination of Employment

If you leave employment with Ochsner during the year, the full value of your accumulated GPT will be paid to you in your last paycheck. If you have a negative balance in your GPT "bank," the value of that balance will be deducted from your final paycheck.

Liberty/Crespo 0954

1G053170001

# HOLIDAYS

Liberty/Crespo 0955

1G053170001

# HOLIDAYS

Ochsner provides full-time employees with seven regular paid holidays each year. Part-time employees are not eligible for holiday pay.

## Holidays

Paid holidays include:

- *New Year's Day*
- *Mardi Gras Day\**
- *Good Friday*
- *Independence Day*
- *Labor Day*
- *Thanksgiving Day*
- *Christmas Day*
- *Personal Holiday*
- *\*Note if you are employed at any of our Baton Rouge locations, you are not eligible for the Mardi Gras holiday, but instead receive an additional Personal Holiday.*

As a full-time employee, you also are eligible to select one additional personal holiday of your choice. You should notify your supervisor of your preferred personal holiday as soon as possible for approval and to ensure adequate staffing. You must use your personal holiday during the year. If you do not take your personal holiday by December 31st, you will lose it.

Note: If you are an Executive, Senior Physician, Part-time Senior Physician, Senior Professional Staff, Staff Physician, Professional Staff, Part-time Staff Physician and Part-time Professional Staff, or Management employee, your holidays differ from those shown above. Refer to your addendum for specific information. Assistant Professional Staff, Residents and Fellows are not eligible for this benefit.

You will receive pay for each regular paid holiday that begins after you start working for Ochsner. You may take your approved personal holiday the pay period after you have completed three consecutive months of employment.

In either case, you must work your scheduled days before and after a holiday or Personal Holiday to be paid for that holiday.

Liberty/Crespo 0956

1G053170001

## *Bereavement Pay*

Ochsner offers three days, up to a maximum of 24 hours of bereavement time per year for the death of an immediate family member.  Immediate family member includes your:

- ○    *Spouse or domestic portner*
- ○    *Noturol born, legolly odopted, foster children ond children for whom you ore the legol guordion*
- ○    *Mother, fother, sister, brother*
- ○    *Grondmother, grondfother or grondchildren*
- ○    *Step relotions of the obove fomily members*
- ○    *Inlows, including mother, fother, sister, brother, son or doughter of your current spouse or domestic portner os well os the current spouse or domestic portner of your sister, brother, son or doughter.*

You may use this benefit up to two times each calendar year. You must use GPT for additional bereavement time.  Refer to Policy OHS.HR.205 – Bereavement Leave for more information.

255

Liberty/Crespo 0957

1G053170001

# PLAN ADMINISTRATION

256

Liberty/Crespo 0958

1G053170001

# PLAN ADMINISTRATION

The following information is required by the Employee Retirement Income Security Act of 1974 (ERISA) and applies to all the employee welfare plan benefits described in this handbook that are subject to this law.

This section, together with the preceding sections of this document, constitutes the summary plan description (SPD) for the Ochsner Clinic Foundation Employee Welfare Benefit Plan. The SPD is designed to highlight important features of the plan. The plan documents are the legal documents governing the plan and may include insurance contracts. If there is any conflict between these summaries and the plan documents, the plan documents will be followed.

| General Plan Administration Information | |
|---|---|
| Plan Name and Number | Ochsner Clinic Foundation Employee Welfare Benefit Plan – PNS01 |
| Plan Sponsor (and a Participating Employer) | Ochsner Clinic Foundation<br>1514 Jefferson Highway<br>New Orleans, LA 70121<br>(504) 842-4748 |
| Employer Identification Number | 72-0S02S0S |
| Type of Administration | Health and Welfare Plan Committee, or third party claims administration or insurance company administration |
| Other Participating Employers (in addition to Plan Sponsor) | Ochsner Health System<br>Ochsner Clinic, L.L.C.<br>Brent House Corporation<br>Ochsner Bayou, L.L.C.  (Ochsner – St. Anne General Hospital)<br>Ochsner Baptist Medical Center, L.L.C.<br>Ochsner Medical Center – Westbank, L.L.C.<br>Ochsner Medical Center – Kenner, L.L.C.<br>East Baton Rouge Medical Center, LLC  (Ochsner Medical Center  – Baton Rouge)<br>Ochsner Medical Center – Northshore, L.L.C. (Ochsner Medical Center – North Shore)<br>Ochsner Home Medical Equipment, L.L.C.<br>Gulf Coast Physician Network, L.L.C.<br>Chabert Operational Management Company, LLC |

Liberty/Crespo 0959

1G053170001

| General Plan Administration Information | |
|---|---|
| Plan Administrator | Health and Welfare Plan Committee<br>Ochsner Clinic Foundation<br>1450 Poydras Street, Suite 2600<br>New Orleans, LA 70112<br>(504) 842-4748<br><br>Note: In any event, as explained in this SPD, certain plan administration duties and related fiduciary discretionary authority have been delegated to, or are the responsibility of, third party claims administrators for certain self-funded benefit claims and appeals and the insurance companies for their respective insured plans, in particular with regard to all insured plan claim determinations and review of claim appeals. |
| Agent for Service of Legal Process | Ochsner Clinic Foundation<br>1514 Jefferson Highway<br>New Orleans, LA 70121<br>(504) 842-4748<br><br>Service of legal process may also be made upon the Plan Administrator. |

258

Liberty/Crespo 0960

1G053170001

| General Plan Administration Information | |
|---|---|
| Plan Funding | Some benefits are self-funded and some are fully insured. Contributions/premiums for both self-funded and fully insured benefits are paid by participating Ochsner employers out of general assets and/or by employees through salary reduction or after-tax contributions.<br><br>The amount of the employee contribution for each benefit option is determined by Ochsner and will be communicated to employees at each annual enrollment period and at other enrollment times. If you would like to know the employee cost of any benefit, please contact the HR Employee Service Center or access the Ochsner intranet.<br><br>The cost of coverage will depend on various factors, including in part upon:<br><br>○ The type of welfare benefit, option and coverage you are selecting;<br>○ The total premium cost for coverage, and if determined by an insurance company or similar party (if applicable) based on its underwriting factors, including claims experience;<br>○ The number of your dependents that you elect to cover (if applicable);<br>○ The amount of the employer premium contribution, as determined by Ochsner from time to time. |
| Plan Year End | December 31 |

259

Liberty/Crespo 0961

1G053170001

| General Plan Administration Information | |
| --- | --- |
| Discretionary Authority | The Plan Administrator has the sole discretionary authority to interpret the plan and may determine all questions arising in the administration, interpretation and application of the plan. The Plan Administrator also reserves the right to develop administrative guidelines for use in plan administration. The Plan Administrator has the right to delegate decision-making authority to another party, at its discretion, and/or to designate another fiduciary or fiduciaries and delegate its discretionary authority.  In any event, with regard to all insured benefit plans, the insurance company or its delegate shall have the sole discretionary authority with respect to all respective plan benefit claims, benefit claim reviews, benefit claim determinations and benefit claim appeals. With regard to self-insured benefit plans, the Plan Administrator has the discretionary authority with respect to benefit claims and appeals, except that Humana is the fiduciary claims administrator with discretionary authority for the OchsnerPlus medical option with respect to all benefit claims and appeals, except for the second level appeal and Medco is the fiduciary claims administrator with discretionary authority with respect to all prescription drug benefit claims and appeals, except for the second level appeal. Each party, with respect to the benefit plans or areas of the benefit plans for which it has discretionary authority, shall have full discretionary authority to interpret and construe the applicable terms and provisions of the plan, to decide all related benefit plan questions, and to make any related findings of fact. The decision of the respective party shall be final, conclusive and binding to the full extent permitted by law.  Please refer to the SPD Introduction and to the specific claims and appeals procedures for each benefit plan for more information about the respective parties' discretionary authority and administration and benefit determination responsibilities. |
| Plan Amendment or Termination | While Ochsner hopes to continue the plan indefinitely, Ochsner may amend or terminate, in full or part, the plan or any benefit provided under the plan at any time, subject to the terms of the legal documents governing the plan. Such modifications may include changes in eligible employee groups, required contribution levels and adjustments to benefits. |

Liberty/Crespo 0962

1G053170001

| Medical Coverage - OchsnerPlus and Prescription Drug Benefit/Opt-Out | | |
|---|---|---|
| Type of Plan | Employee welfare benefit plan, specifically a group health plan providing medical and pharmacy benefits | |
| Plan Disbursements | The plan is self-funded and disbursements are made from the general assets of the employer. The Third Party Administrators provide administrative services only and do not insure or otherwise guarantee the payment of benefits under the plan. | |
| Administrators | For OchsnerPlus medical claims: Humana, Inc. P.O. Box 14601 Lexington, KY 40512-4601 | For pharmacy claims: Humana Pharmacy Solutions P.O. Box 14140 Lexington, KY 40512-4140 |
| | Enrollment/Eligibility: Health and Welfare Plan Committee Ochsner Clinic Foundation 1450 Poydras Street, Suite 2600 New Orleans, LA 70112 | COBRA: Conexis P.O. Box 226101 Dallas, TX 75222-6101 |

| Dental Coverage | | |
|---|---|---|
| Type of Plan | Employee welfare benefit plan, specifically a group health plan providing dental benefits. | |
| Plan Disbursements | The Dental plan is self-funded and disbursements are made from the general assets of the employer. The Third Party Administrator provides administrative services only and does not insure or otherwise guarantee the payment of benefits under the plan. | |
| Administrator | For dental claims: Humana, Inc. P.O. Box 14611 Lexington, KY 40512-4611 | Enrollment/Eligibility: Health and Welfare Plan Committee Ochsner Clinic Foundation 1450 Poydras Street, Suite 2600 New Orleans, LA 70112 |

261

Liberty/Crespo 0963

1G053170001

| Vision Coverage | | |
|---|---|---|
| Type of Plan | Employee welfare benefit plan, specifically a group health plan providing vision benefits. | |
| Plan Disbursements | The Vision plan is insured and disbursements are made made by the insurance company in accordance with the terms of the group insurance policy specified below. | |
| Administrator/ Insurance Company and Policy Number | For vision claims: Humana, Inc. P.O. Box 14311 Lexington, KY 40512-4311 Policy # 592694 | Enrollment/Eligibility: Health and Welfare Plan Committee Ochsner Clinic Foundation 1450 Poydras Street, Suite 2600 New Orleans, LA 70112 |

| Basic and Optional Life and AD&D, Dependent Life, Voluntary AD&D and Business Travel Accident Coverage | |
|---|---|
| Type of Plan | Employee welfare benefit plan providing group life, accidental death and dismemberment and business travel accident benefits |
| Plan Disbursements | The benefits are fully insured. Disbursements are made by the insurance companies in accordance with the terms of the group insurance policies specified below. |
| Insurance Companies and Policy Numbers | Basic and Optional Life and AD&D, Voluntary AD&D and Dependent Life: Minnesota Life Insurance Company 400 Robert Street North St. Paul, Minnesota 55101-2098 Policy # 34268-G  Business Travel Accident Insurance: Life Insurance Company of North America 1601 Chestnut Street Philadelphia, PA 19192-2235 Policy # ABL960940 |

262

Liberty/Crespo 0964

1G053170001

| Disability Income Coverage | |
|---|---|
| Type of Plan | Welfare benefit plan providing short-term and long-term disability benefits |
| Plan Disbursements | The short-term disability plan is self-funded and disbursements are made by Ochsner from its general assets. Liberty Mutual provides administrative services only and does not insure or otherwise guarantee the payment of benefits under the plan. The long-term disability plan is fully insured and disbursements are made by the insurance company in accordance with the group policy specified below. |
| Administrator/Insurance Company and Policy Number | For short-term disability eligibility/enrollment/claims: Liberty Life Assurance Company of Boston 17S Berkeley Street Boston, Massachusetts 02117 For all long-term disability claims: Liberty Life Assurance Company of Boston 17S Berkeley Street Boston, Massachusetts 02117 Policy # GF-880-461332-01 |

| Employee Assistance Plan, Pathway to Wellness Program and Severance Program Coverage | |
|---|---|
| Type of Plan | Welfare benefit plans providing employee assistance, wellness and severance benefits |
| Plan Disbursements | The plans are self-funded and disbursements are made from the general assets of the employer. The Administrators shown below provide administrative services only and do not insure or otherwise guarantee the payment of benefits under the plans. |
| Administrator | For Employee Assistance Plan: Life Synch 2102 West John Carpenter Freeway Irving, TX 7S063 For Pathway to Wellness Program: Virgin Pulse PO Box 7026 Beverly, MA 0191S For Severance Program: Health and Welfare Plan Committee Ochsner Clinic Foundation 14S0 Poydras Street, Suite 2600 New Orleans, LA 70112 |

263

Liberty/Crespo 0965

1G053170001

| Flexible Spending Account Coverage | |
|---|---|
| Plan Name | Ochsner Clinic Foundation Flexible Benefits Plan |
| Type of Plan | The health care flexible spending account program is an employee welfare benefit plan providing health care spending account benefits. |
| Plan Disbursements | The health care and dependent care flexible spending accounts are funded by contributions from employees through salary reduction. Disbursements are made from the employer's general assets directly by the administrator specified below. |
| Administrator | Bank of America<br>P.O. Box 25165<br>Lehigh Valley, PA  18002-5165 |

## *Termination of Benefits for Cause*

Your (or your dependents') entitlement to any or all of the benefits under the Plan may be terminated with 30 or more days written notice, if the Plan Administrator determines that you or one of your covered dependents has committed any of the following acts:

- *Knowingly provided froudulent information thot is relied upon by ony Ochsner employer, the Plon Administrotor, ony claims odministrotor or other plon-reloted party ond that moteriolly offects benefit eligibility under the plon or benefits poid by the plon.*

- *Froudulently obtoined services or benefits for persons who ore not covered individuols or ore not eligible to be covered individuols.*

- *Foiled to obide by the terms of the plon so os to moteriolly offect benefit eligibility or benefits.*

- *Any other oction regorded os reosonoble couse for loss of benefits by the Plon Administrotor.*

If you or your minor dependent loses benefits due to one of the above violations, you and all your eligible dependents will lose coverage. Otherwise, only the dependent that is responsible for the loss of benefits will lose them.

Any Ochsner employer or the Plan Administrator may take available action to recover any claims paid, other than medical, by the Plan to you or your dependents after the commission of an above violation but prior to the actual termination of the benefits.

264

1G053170001

## *Genetic Information – GINA Compliance*

In accordance with the Genetic Information Nondiscrimination Act (GINA), except as may be permitted in compliance with the procedures and provisions of GINA, the healthcare welfare benefit plans will not:

- *deny, limit, or cancel healthcare coverage for you or your dependents based on genetic information;*

- *request, require, or purchase genetic information prior to, or in connection with enrollment, or at any time for underwriting purposes;*

- *increase the group premium or contribution amounts based on genetic information; or*

- *request or require you or your dependents to undergo a genetic test.*

## *Your Rights Under ERISA*

As a participant in the plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

- *Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites, all documents governing the plan, including insurance contracts and copies of all documents filed by the plan, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.*

- *Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.*

- *Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.*

### Continue Group Health Plan Coverage

If you are a participant in a group health plan, you have the right to:

- *Continue health care coverage for yourself or your eligible dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the plan for information regarding your COBRA continuation coverage rights.*

- *A reduction or elimination of exclusionary periods of coverage for pre-existing conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a pre-existing condition exclusion or limitation, as described in the summary plan description.*

265

Liberty/Crespo 0967

1G053170001

○  *Receive a copy of the plan's qualified medical child support procedures without charge from the Plan Administrator.*

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

### Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you must receive a written explanation of the reason for the denial. You have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

### Assistance With Your Questions

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

266

Liberty/Crespo 0968

1G053170001

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

The above statement of ERISA rights is required by law. Please understand that your employer is required to use the words contained in the regulations. By including the above statement, Ochsner does not want to suggest that in order to be treated fairly and obtain proper representation, you must take legal action or seek aid from any governmental entity. You do, of course, have that right; however, please remember that the Ochsner Clinic Foundation Health and Welfare Plan Committee will help you with any problems you may have concerning the plan.

Liberty/Crespo 0969

1G053170001

# NOTICE OF PRIVACY PRACTICES

Liberty/Crespo 0970

1G053170001

# NOTICE OF PRIVACY PRACTICES

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.
PLEASE REVIEW IT CAREFULLY.

## Who Will Follow This Notice

This notice describes the Ochsner Clinic Foundation Health and Welfare Benefit Plan ("the Plan") privacy practices with respect to its underlying healthcare components:

- *OchsnerPlus Medical Benefit Plan (including prescription drug benefit)*
- *Ochsner Clinic Foundation Dental Benefit Plan,*
- *Ochsner Clinic Foundation Cafeteria Plan - Healthcare Spending Accounts,*
- *Ochsner Clinic Foundation Employee Wellness Program, and*
- *Ochsner Clinic Foundation Employee Assistance Plan.*

For purposes of this notice, the healthcare components under the Plan will be referred to as the "Health Plan." It also describes the responsibility of designated Ochsner Clinic Foundation ("Ochsner") employees who administer the Health Plan (individually and collectively referred to as the "Health Plan Administrator") and who may be granted access to Plan participants' and their covered family members' medical information for these Health Plan administration purposes.

## What is Protected Health Information (PHI)?

When we talk about "medical information" or "health information" in this notice we mean Protected Health Information or PHI. PHI is information, including demographic information that identifies an individual covered under one or more of the healthcare components of the Health Plan. It relates to the person's past, present or future participation in the Health Plan, the person's physical or mental health or condition, the provision of health care to that person, or past, present or future payment for the provision of health care to that person. It does not include publicly available information, information that is available or reported in a summarized fashion that does not identify an individual person or information not provided through the Health Plan which is in employment records held by Ochsner as your employer. The protections provided to you will also apply to your covered family members.

269

1G053170001

If you have any questions about this notice, please contact the Health Plan Administrator at the Ochsner HR Employee Service Center, the mailing address is:

Health Plan Administrator
1450 Poydras Street, Suite 2600
New Orleans, LA 70112
Phone Number: 504-842-4748

## *Our Pledge Regarding Your Health Information*

Ochsner and the Health Plan Administrator respect the confidentiality of health information about you and are dedicated to protecting your health information. The Health Plan Administrator also commits that in administering the Health Plan, we will not use or disclose your PHI for employment-related actions or decisions or in connection with any other benefit or benefit plan under the Plan or for any other purpose other than as permitted by the Plan documents or by law.  This notice tells you about the ways in which we may use and disclose health information about you for Health Plan administration.  The Health Plan Administrator will make certain certifications to the Health Plan regarding the uses and disclosures of the PHI and will ensure that any agents or subcontractors of the Health Plan agree to the same restrictions and conditions that apply to the Health Plan.  This notice also describes your rights and certain obligations the Health Plan has regarding the use and disclosure of PHI.

We will:

  o  *make sure that health information that identifies you is kept private;*

  o  *give you this notice of our legal duties and privacy practices with respect to health information about you;*

  o  *notify you of any breach of your PHI,*

  o  *not use or disclose your genetic information for the purposes of underwriting, and*

  o  *follow the terms of privacy practices that are currently in effect.*

## *Types of Personal Information We Collect*

Like all health benefit plans, we collect the following types of information about you:

  o  *Information we receive directly or indirectly from you through applications, surveys, or other forms, in writing, in person, by telephone, or electronically (e.g., name, address, social security numbers, date of birth, marital status, dependent information, employment information, medical history).*

  o  *Information about your relationship and transactions with us, our providers, our agents, and others (e.g., health care claims and encounters, medical history, eligibility information, payment information, service requests, appeal and grievance information, etc.). We wish to note that Ochsner, in its role as a provider of health services separate from its employer role, may use and disclose health information about you to the Health Plan so that the covered treatment and covered services you receive at our facilities as a healthcare patient may be paid for by the Health Plan under Health Plan provisions.*

270

Liberty/Crespo 0972

1G05317OOO1

## *How We May Use or Share Your Health Information*

To effectively administer your benefits under the Health Plan, we may need to use and share PHI about you. The Health Plan will only disclose, to the Health Plan Administrator, health information about you that is limited to the minimum necessary to accomplish its purpose. Ochsner, as the employer, has taken the necessary precautions to limit the number of personnel who will have access to your PHI in the process of making claims, receiving payment and operating the Health Plan. Additionally, Ochsner, as employer, has as a matter of policy advised personnel with access to your PHI to not share such information with other Ochsner employees except under the terms of privacy practices that are currently in effect.

Your healthcare information may be include in these HIPAA compliant secure networks and accessed only by healthcare personnel involved in the delivery or payment of your health care services. You have the right to opt out of these exchanges. If you choose to opt out of the exchanges, you will be excluded from all of the exchanges that Ochsner Health System participates in.

The following categories describe the primary ways that we use and disclose your PHI. For each category of uses or disclosures we explain in plain language what we mean and try to give examples. Not every use or disclosure in a category may be listed. However, all of the ways we use and disclose information will fall within one of the categories.

○ *Treatment. For purposes of this Health Plan, treatment means the coordination or management of healthcare or related services. For example, the Health Plan may share health information about you with physicians who are treating you.*

○ *For Payment. Payment refers to the activities of the Health Plan in collecting contributions and premiums and paying claims for health care services you receive including determining eligibility for coverage, coordination of benefits, adjudication of Health Plan claims, risk adjustments, claims management, collections, obtaining payment under a contract for reinsurance, medical necessity or utilization review activities and related healthcare data processing. For example, the Health Plan may share information about your coverage or the expenses you have incurred with another health plan in order to coordinate payment of benefits. Ochsner has designated a limited number of personnel to handle Employee claims. These personnel are specifically prohibited from any form of disclosure of your health information for purposes other than to produce claims and receive claims payment. For example, if an Ochsner manager, acting in the capacity of employer, wanted to know an employee's claims history, the designated personnel would not be permitted to disclose this information.*

○ *Health Care Operations. The Health Plan may use and disclose your health information for plan operations in connection with providing healthcare benefits. This may involve:*

- Combining health information about many Health Plan participants to decide what additional services the Health Plan should offer and what services are not needed;

- Evaluation of cumulative Health Plan expenditures and the patterns of claims against the Health Plan;

- Claims payment; utilization review and analysis; medical necessity review; coordination of care; response to participant inquiries or requests for services; conduct of grievance, appeals, and external review programs; benefits and program analysis and reporting; risk management; detection and investigation of fraud and other unlawful conduct; auditing; underwriting; administration and coordination of reinsurance contracts

- Appeals of Health Plan coverage decisions where the Health Plan's Third Party Administrators (TPAs), may need to involve the Health Plan Administrator in the appeal for Health Plan interpretation decisions;

271

Liberty/Crespo 0973

1G053170001

- Quality improvement activities, performance measurement and outcomes assessment; health claims analysis and reporting;

- Data management and information systems;

- Disclosure to Business Associates as part of an agreement to provide services to the Health Plan;

- Seeking bids from health insurers or to analyze its Health Plan expenses and make changes to policies or contracts from and to other insurers, HMOs, or TPAs;

- Recommending possible treatment options or alternatives that may be of interest to you;

- Disclosure to Ochsner as the employer for its use and disclosure in connection with its Health Plan responsibilities and functions, but only for permitted Health Plan related purposes as set forth in the Plan document or as otherwise permitted by law; and

- Telling you about health-related benefits or services that may be of interest to you such as the following:

  - Preventive Health Programs, disease early detection programs, disease management programs and case management programs in which Ochsner or our contractors send education materials and screening reminders to eligible participants and providers;

  - Health risk assessments to identify and contact participants who may benefit from participation in disease or case management programs; and send relevant information to those participants who enroll in the programs, and their providers;

  - Cancer screening reminder programs that promote early detection of breast, ovarian, and colorectal cancer, when these illnesses are most treatable;

  - Disease management programs that help participants work with their physicians to effectively manage chronic conditions like asthma, diabetes, and heart disease to improve quality of life and avoid preventable emergencies and hospitalizations;

  - Quality assessment programs that help us review and improve the services we provide;

  - A variety of outreach programs that help us educate participants about the programs and services that are available to them, and let participants know how they can make the most of their health benefits.

## Other Uses Allowed Without Your Authorization

The following is a description of other possible ways in which we may (and are permitted to) use and/or disclose your protected health information..

- **Representatives.** To a personal representative designated by you to receive PHI, or a personal representative designated by law such as the parent or legal guardian of a child, or the surviving family members, or representative of the estate of a deceased individual.

- **Military and Veterans.** If you are a member of the armed forces or a veteran, the Health Plan may release enrollment or medical information about you as required by military command authorities.

- **Public Health Risks.** The Health Plan may use and disclose health information about you for public health activities when necessary to prevent a serious threat to your health and safety or the health and safety of the public or another person. Any such disclosure would only be to someone able to help prevent the threat. These activities generally include the following:

  - to prevent or control disease, injury or disability;

  - to report births and deaths;

272

1G053170001

- to report child abuse or neglect;
- to report reactions to medications or problems with products;
- to notify people of recalls of products they may be using;
- to notify a person who may have been exposed to a disease or may be at risk for contracting or spreading a disease or condition;
- to notify the appropriate government authority if it is believed a plan participant has been the victim of abuse, neglect or domestic violence. The Health Plan will only make these types of disclosures if you agree or when required or authorized by law.

○ **Health Oversight Activities.** We may disclose medical information to a health oversight agency for activities authorized by law. These oversight activities include, for example, audits, investigations, inspections, and licensure. These activities are necessary for the government to monitor the health care system, government programs, and compliance with civil rights laws.

○ **Lawsuits and Disputes.** If you are involved in a lawsuit or a dispute, The Health Plan may disclose medical information about you in response to a court or administrative order. The Health Plan may also disclose medical information about you in response to a subpoena, discovery request, or other lawful process by someone else involved in the dispute.

○ **Legal/Regulatory.** The Health Plan may disclose health information about you when required to do so by federal, state or local law. Additionally, the Health Plan may disclose your plan enrollment information as required by federal, state, or local law. For example, medical claims information about you may be disclosed to state auditors checking on the proper operation of the Health Plan. The Health Plan may release medical information about you if asked to do so by a law enforcement mandatory licensing, regulatory compliance officials for the following reasons:

- in response to government agencies, a court order, subpoena, warrant, summons or similar process or as required by law;
- to identify or locate a suspect, fugitive, material witness or missing person;
- about the victim of a crime if, under certain limited circumstances, we are unable to obtain the person's agreement;
- about a death believed to be the result of criminal conduct;
- about criminal conduct associated with a claim;
- about suspected or actual fraud or other criminal activity;
- in emergency circumstances to report a crime; the location of the crime or victims;
- the identity, description or location of the person who committed the crime;
- responding to requests for information from regulatory authorities;
- conducting litigation, arbitration, or similar dispute resolution proceedings; and
- performing third-party liability and subrogation activities.

○ **Protective Services for the President and Others.** The Health Plan may disclose health information about you to authorized federal officials so they may provide protection to the President, other authorized persons or foreign heads of state or conduct special investigations.

Except as described in this notice, other uses and disclosures of PHI, such as marketing purposes, use of psychotherapy notes, and disclosures that constitute the sale of PHI, will be made only with your written authorization.

273

Liberty/Crespo 0975

1G053170001

## *Your Rights Regarding Health Information About You*

You have the following rights regarding health information we maintain about you:

○ **Right to Inspect and Copy.** *You have the right to inspect and copy PHI contained in records maintained by the Health Plan for enrollment, payment, claims determination or case or medical management activities or that the Health Plan uses to make enrollment, coverage or payment decisions. However, you do not have a right to inspect or obtain copies of psychotherapy notes or information compiled for civil, criminal or administrative proceedings. To inspect and copy such information, you must submit your request in writing to the Health Plan Administrator. If you request a copy of the information, the Health Plan may charge a fee for the costs of copying, mailing or other supplies associated with your request. If you request a copy in electronic format, we must provide the information in electronic format. If there are any fees for the costs of creating this format, we may charge you for them. You will be provided an estimate of such costs before the action is taken to comply with your copy request. In certain limited circumstances, the Health Plan may deny your request to inspect and copy. If you are denied access to medical information, you may request the denial be reviewed. Another licensed healthcare professional chosen by the facility will review your request and the denial. The person reviewing the appeal will not be the person who denied your request and Ochsner will comply with the outcome of the review.*

○ **Right to Amend.** *If you believe that PHI the Health Plan has about you is incorrect or incomplete, you may request the Health Plan to amend the information. Your request must be made in writing to the Health Plan Administrator. In addition, you must provide a reason that supports your request. The Health Plan may deny your request for an amendment for certain reasons, including if it is not in writing or does not include sufficient evidence to support the request. If your request is denied, you have the right to have a statement of disagreement included with your PHI and the Health Plan has a right to include a rebuttal to your statement, a copy of which will be provided to you. If you want the Privacy Officer to review the request for amendment or a denial of amendment, you may direct these requests to the Privacy Officer. The Health Plan will deny your request if you ask us to amend information that:*

   ▪ was not created by the Health Plan;

   ▪ is not part of the medical claims information kept by the Health Plan;

   ▪ is not part of the information which you would be permitted to inspect and copy; or

   ▪ is accurate and complete.

○ **Right to an Accounting of Disclosures.** *You have the right to request a list of certain disclosures of your PHI. This "accounting of disclosures" will not include: (1) disclosures made for purposes of Treatment, Payment or Health Care Operations; (2) disclosures made to you; (3) disclosures made pursuant to your authorization; (4) disclosures made to friends or family in your presence or because of an emergency; (5) disclosures for national security purposes; and (6) disclosure incident to other permissible disclosures. You must submit your request in writing to the Health Plan Administrator. Your request must specify the time period (which begins no more than six years prior to the date of your request). Your request should also indicate in what form you want the list (for example, on paper, electronically). The first list you request within a 12-month period will be free of fees. For additional lists, the Health Plan may charge you for the costs of providing the list. You will be advised in advance of the cost involved and you may choose to withdraw or modify your request at that time before any costs are incurred.*

○ **Right to Request Restrictions.** *You have the right to request a restriction or limitation on the PHI the Health Plan uses or discloses about you for treatment, payment or health care operations. You also have the right to request a limit on the health information we may disclose about you to someone who is involved in your care or the payment of your care such as a family member or friend. For example, you could ask that we not use or disclose information about a surgery you had.*

   ▪ The Health Plan is not required to agree to your request, however if the Health Plan agrees with your request, the agreement must be in writing, and the Health Plan will comply unless the information is needed to provide you with emergency treatment or required by law.

   ▪ To request restrictions, you must make your request in writing to the Health Plan Administrator. In your request, you must tell the Health Plan (1) what information you want to limit; (2) whether you want to limit use, disclosure or both; and (3) to whom you want the limits to apply, for example, disclosures to your spouse.

274

Liberty/Crespo 0976

1G053170001

○ *Right to Request Confidential Communications. You have the right to request that the Health Plan communicate with you about medical information in a certain way or at a certain location. Your request must specify how or where you wish to be contacted. For example, you may ask that we only contact you at work or by mail. To request confidential communications, you must make your request in writing to the Health Plan Administrator. The Health Plan will not ask you the reason for your request; all reasonable requests will be accommodated.*

○ *Right to Notification of a Breach of Unsecured Protected Health Information. You have the right to or will receive notifications of breaches of your unsecured protected health information if necessary.*

○ *Right to Receive a Copy of This Notice. You have the right to a copy of this notice in paper or electronic form. You may ask us to give you a copy of this notice at any time. Even if you have agreed to receive this notice electronically, you are still entitled to a paper copy of this notice.*

- You may obtain an electronic copy of this notice at our Human Resources intranet web site

- To obtain a paper copy of this notice, contact Ochsner HR Employee Service Center at (504) 842-4748.

## Changes to This Notice

The Health Plan reserves the right to change this notice. We reserve the right to make the revised or changed notice effective for health information we already have about you as well as any information we receive in the future. The Health Plan will provide you with a copy of the Notice within 60 days of a significant change to the content of the notice. Additionally, every three years, you will be notified about the availability of the notice and how to obtain a copy. The notice effective date is 5eptember 23, 2013.

## Complaints

If you believe your privacy rights have been violated, you may write the Privacy Officer at Ochsner Clinic Foundation Corporate Compliance & Internal Audit Department, 1514 Jefferson Highway, New Orleans, Louisiana 70121. You may also file a complaint with the Health Plan's Privacy Officer or with the 5ecretary of the Department of Health and Human 5ervices. .

You will not be penalized for filing a complaint.

## Other Uses of Health Information

Other uses and disclosures of PHI not covered by this notice or the laws that apply to us will be made only with your written permission. If you provide us permission to use or disclose health information about you, you may revoke that permission, in writing, at any time. If you revoke your permission, we will no longer use or disclose health information about you for the reasons covered by your written revocation.

275

Liberty/Crespo 0977

1G053170001

# IMPORTANT CONTACTS

276

Liberty/Crespo 0978

1G053170001

# *IMPORTANT CONTACTS*

| | Provider | Service | Phone | Website |
|---|---|---|---|---|
| Medical | Humana, Inc. P.O. Box 14601 Lexington, KY 40512-4601 | Contact for questions about medical benefits, claims, or to verify eligibility. | (800) 601-9372 | www.humana.com |
| | | Contact to Pre-certify Medical and Surgical Procedures. | (866) 265-9342 | |
| Pharmacy | Humana Pharmacy Solutions P.O. Box 14140 Lexington, KY 40512-4140 | Contact for questions regarding pharmacy benefits and eligibility. | (800) 601-9372 | www.humana.com |
| Dental | Humana Dental Insurance Company P.O. Box 14611 Lexington, KY 40512-4611 | Contact for questions about dental benefits claims, verification of eligibility, also to locate a participating PPO dentist. | (800) 233-4013 | www.humanadental.com |
| Vision | Humana Insurance Company P.O. Box 14311 Lexington, KY 40512-4311 | Contact for questions about vision benefits claims, verification of eligibility, also to locate a participating Vision Care Plan provider. | (866) 537-0229 | www.humanavisioncare.com www.ochsner.org/doctor |
| FSA | Bank of America P.O. Box 25165 Lehigh Valley, PA 18002-5165 | Contact for questions about eligible FSA expenses or claims. | (800) 328-5394 | www.bankofamerica.com/benefitslogin |

277

Liberty/Crespo 0979

1G053170001

| | | | | |
|---|---|---|---|---|
| HR Employee Services | HR Employee Service Center Benton Tower 1450 Poydras Street, Suite 2600 New Orleans, LA 70112 | Contact for general benefit/retirement questions. | (504) 842-4748 | *No website, but inquiries moy be emoiled to:*<br><br>ESCBenefits@ochsner.org |
| EAP | LifeSynch EAP/Work-Life 2101 West John Carpenter Freeway Irving, Tx 75063 | Contact to receive confidential, personal counseling to help deal with life concerns. | (866) 440-6556 | www.Humana.com/eap |
| Life and AD&D | Minnesota Life Insurance Company 400 Robert Street North St. Paul, MN 55101-2098 | Contact about questions concerning Life and AD&D insurance | Plan Information: 877-494-1754<br><br>Beneficiary Designation: 866 293-6047 | www.LifeBenefits.com |
| Disability | Liberty Life Assurance Company of Boston 175 Berkeley Street Boston, MA 02117 | Contact about questions concerning leave of absence, Short Term Disability and Long Term Disability | Intake Specialist: (866) 501-8736<br><br>Claim Status: (800) 210-0268<br><br>Leave Status: (888) 982-6574 | www.mylibertyconnection.com |
| Pathway to Wellness | Virgin Pulse P.O. Box 7026 Beverly, MA 01915 | Contact for questions regarding the wellness program | (866) 852-6898 | www.virginpulse.com/ochsner www.pathwaytowellness@ochsner.org |

278

Liberty/Crespo 0980

1G053170001

# J. Robert Yohman, Ph.D., P.C.

Clinical Psychology · Neuropsychology
American Board of Professional Psychology
Diplomate in Clinical Neuropsychology

## CURRICULUM VITAE

| | |
|---|---|
| **AREAS OF INTEREST** | Medical-Legal Forensic Examinations<br>Traumatic Brain Injury |
| **CREDENTIALS** | Texas License #3493<br>Virginia License #0810003688<br>Hawaii License #1008<br>Kansas License #1701<br>Iowa License #1664<br>New Mexico License #1124<br>Utah License #8739639-2501<br>American Board of Professional Psychology/American Board of Clinical Neuropsychology, Diplomate #5148<br>National Register of Health Service Providers in Psychology #40969<br>Texas Licensed Specialist in School Psychology #6184 |

## EDUCATION

| | |
|---|---|
| 1985-1986 | Clinical Psychology Internship (APA-Approved)<br>University of Oklahoma Health Sciences Center<br>Oklahoma City, Oklahoma |
| 1983-1985 | Postdoctoral Training in Clinical Psychology (APA-Approved)<br>Oklahoma State University<br>Stillwater, Oklahoma<br>(Completed all academic and practicum requirements of doctoral clinical psychology students) |
| 1982 | Ph.D., Biological Psychology (Neuropsychology)<br>University of Oklahoma Health Sciences Center<br>Oklahoma City, Oklahoma |
| 1981 | M.S., Biological Psychology<br>University of Oklahoma Health Sciences Center |
| 1977 | M.S., Counseling<br>Fort Hays State University<br>Hays, Kansas |
| 1966 | B.S., Psychology<br>The Ohio State University<br>Columbus, Ohio |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1989- | Independent Practice of Clinical/Neuropsychology: Assessment and treatment of adults with brain injuries, strokes, chronic pain, and other neurological and psychological disorders; consultation to rehabilitation programs and school districts; education; criminal and civil forensic assessment and consultation |

11914 Astoria Blvd., Suite 490 · Houston, Texas 77089 · (281) 484-9973
Fax: (281) 484-0813  E-mail: jrypsy@hotmail.com

Liberty/Crespo 0981

1G053170001

J. Robert Yohman, Ph.D., ABPP
Page 2

| | |
|---|---|
| 1988-1989 | Clinical Neuropsychologist and Program Director:  Project ReEntry at Del Oro.  Assessment and treatment of brain-injured adults in a cognitive remediation program with a return-to-work focus.  Individual and family therapy; social and cognitive skills training; recruitment, training, and supervision of clinical staff and practicum students; program development (Houston). |
| 1986-1988 | Clinical Neuropsychologist:  Transitional Learning Community.  Assessment and treatment of brain-injured adults in a post-acute transitional rehabilitation facility, including psychotherapy, case management, social and cognitive skills training, supervision of residential staff, and consultation (Galveston). |
| 1985-1986 | Clinical Psychology Intern:  University of Oklahoma Health Sciences Center.  Rotations included Psychological Assessment Laboratory, Outpatient Mental Health Services, and Pediatric Psychology (Oklahoma City). |
| 1983-1985 | Clinical Psychology Post-Doctoral Student:  Oklahoma State University. Practica included OSU Psychological Services Center (Stillwater) and Central Oklahoma Juvenile Treatment Center (Tecumseh). |
| 1980-1985 | Project Director: "Neuropsychological Aspects of Alcoholism."  Management of National Institute on Alcohol Abuse and Alcoholism multi-year grant to Oscar A. Parsons, Ph.D., Vice-Chair, Department of Psychiatry and Behavioral Sciences, University of Oklahoma Health Sciences Center (Oklahoma City). |
| 1969-1978 | Staff Psychologist:  Larned State Hospital and Kansas State Security Hospital (Larned, Kansas). |

## CURRENT AND RECENT APPOINTMENTS

| | |
|---|---|
| 2007-2008 | Psychological Examiner, Harcourt Assessment |
| 2005-2008 | Visiting Professor, Behavioral Sciences, St. George's University School of Medicine, Grenada |
| 1997- | Oral Examiner, Texas State Board of Examiners of Psychologists |
| 1996-2012 | Psychologist, Clear Lake Rehabilitation Hospital, Webster |
| 1993- 2012 | Allied Health Professional, Clear Lake Regional Medical Center, Webster |
| 1991- | Allied Health Professional, Memorial Hermann Hospital Southeast, Houston |
| 1991-2012 | Allied Health Professional,  Mainland Medical Center, Texas City |

## PROFESSIONAL MEMBERSHIPS

American Academy of Clinical Neuropsychology (AACN)
International Neuropsychological Society (INS)
National Academy of Neuropsychology (NAN)
Houston Neuropsychological Society (Charter Member; President 1998)
American Psychological Association (APA)
     Division 22 (Rehabilitation Psychology)
     Division 40 (Clinical Neuropsychology)
     Division 42 (Independent Practice)
Grenadian Psychological Association (GPA)

Liberty/Crespo 0982

1G053170001

J. Robert Yohman, Ph.D., ABPP
Page 3

PUBLICATIONS

Yohman, J.R. (1999). Neuropsychology, brain injury, and violence. Docket Call, March/April, 10-13.

Yohman, J.R. (1998). Practical suggestions for problem solving and social communication. Brain Injury Source, 2 (3), 28-30.

Yohman, J.R., Schaeffer, K. W., and Parsons, O. A. (1988). Cognitive training in alcoholic men. Journal of Consulting and Clinical Psychology, 56, 67-72.

Yohman, J. R., & Parsons, O.A. (1987). Verbal reasoning deficits in alcoholics. Journal of Nervous and Mental Disease, 175, 219-223.

Nixon, S.J., Kujawski, A., Parsons, O.A., & Yohman, J.R. (1987). Semantic (verbal) and figural memory impairment in alcoholics. Journal of Clinical and Experimental Neuropsychology, 9, 311-322.

Yohman, J.R., & Parsons, O.A. (1985). Intact verbal paired associated learning in alcoholics. Journal of Clinical Psychology, 41, 844-851.

Yohman, J.R., Parsons, O.A., & Leber, W.R. (1985). Lack of recovery in alcoholics' neuropsychological performance one year after treatment. Alcoholism: Clinical and Experimental Research, 9, 114-117.

Williams, H.L., Yohman, R., Rundell, O.H., Galloway, D.C., Bayles, R.L, & Hyman, F. (1984). Relationship among cognitive, somnographic, and CT scan variables in alcoholics. Alcohol Technical Reports, 12-13, 47-57.

Schaeffer, K.W., Parsons, O.A., & Yohman, J.R. (1984). Neuropsychological differences between familial and nonfamilial alcoholics and nonalcoholics. Alcoholism: Clinical and Experimental Research, 8, 347-351.

DeObaldia, R., Parsons, O.A., & Yohman, J.R. (1984). Childhood behavior problems in some future alcoholics. Digest of Alcoholism Theory and Application, 4, 41-47.

Parsons, O.A., Leber, W.R., and Yohman, J.R. (1984). Post-treatment adjustment of "resumer" and "abstainer" alcoholics. Alcohol Technical Reports, 12-13, 59-62.

DeObaldia, R., Parsons, O.A., Yohman, J.R. (1983). Minimal brain dysfunction symptoms and neuropsychological performance in alcoholics. International Journal of Neuroscience, 20, 173-182.

Shelton, M.D., Parsons, O.A., Leber, W.R., & Yohman, J.R. (1982). Locus of control and neuropsychological performance in chronic alcoholics. Journal of Psychology, 38, 649-655.

Shelton, M.D., Parsons, O.A., Leber, W.R., & Yohman, J.R. (1982). Locus of control and neuropsychological performance in non-hypoxemic COPD patients. Journal of Consulting and Clinical Psychology, 51, 108-116.

Liberty/Crespo 0983

1G053170001

J. Robert Yohman. Ph.D.. ABPP
Page 4

Yohman, J.R. (1978). The guilty knowledge technique in lie detection. Biological Psychology Bulletin, 5, 96-103.

## SELECTED PRESENTATIONS

Examining Alternative and Complementary Medicine. St. George's University School of Medicine, Grenada, August 5, 2008.

Sexual Disorders. St. George's University School of Medicine, Grenada, June 20, 2007.

Coping with Alcohol and Addictive Behaviors. St. George's University School of Medicine, Grenada, June 19, 2007.

Drug Abuse. St. George's University School of Medicine, Grenada, February 12, 2007.

Dealing with Unethical Practices. Houston Neuropsychological Society, December 11, 2004.

Establishing an Independent Practice. Houston Neuropsychological Society, December 5, 2002.

Increasing Ethical Awareness. Houston Neuropsychological Society, November 2, 2000.

Ethics in the Workplace. Current Issues in Mental Health Symposium, University of Houston-Clear Lake, April 28, 2000.

Mental Health in Capital Cases. Houston Bar Association Criminal Bench Bar Conference, April 14, 2000.

Neuropsychology and Brain Injury: A Guide for Disability Examiners. Texas Association of Disability Examiners, July 9, 1999.

Brain Injury and Violence, Harris County Capital Murder Certification Seminar, South Texas College of Law, Houston, March 16, 1995.

12/13

Liberty/Crespo 0984

1G053170001



**Timothy J. Belliveau, PhD, ABPP**

5

**PREVIOUS CLINICAL EXPERIENCE (continued)**

**7/90 - 6/92:**

Psychology Intern
New York Hospital-Cornell University Medical Center
White Plains, NY

> Two year predoctoral internship. Six month rotation on an acute psychiatric treatment service. Six month rotation on hospital units specializing in extended treatment of individuals with severe and persistent mental illness. One year rotation in the outpatient adult and child psychiatry clinics. Clinical responsibilities included hospital admission evaluations, case administration, individual, group, and family therapy, and psychological assessment. Co-leader of an outpatient Dialectical Behavior Therapy Group for patients with Borderline Personality Disorder.

**9/89 - 7/90:**

Neuropsychology Technician
Psychology and Education Associates
Clinton, MD

> Responsible for administration of the Halstead-Reitan Neuropsychological Test Battery, and tests of personality and educational achievement. This supervised position provided training in neuropsychological assessment of adults with traumatic brain injury and substance abuse.

**9/88 - 8/89:**

Psychology Extern
Taylor Manor Hospital
Ellicott City, MD

> This externship experience consisted of psychodynamic psychotherapy with adolescents, young adults, and adults in a private psychiatric hospital. Clinical training also included family therapy, psychological assessment, neuropsychological evaluation, and participation in a weekly Tavistock Group.

Liberty/Crespo 0985

1G053170001

**Timothy J. Belliveau, PhD, ABPP**                                    6

9/87 - 5/88:
Practicum Student
The Catholic University of America Counseling Center
Washington, DC
> This practicum consisted of individual psychotherapy with college students.  Depression, social skills acquisition, and relationship difficulties were the focus of cognitive and behavioral interventions.

9/85 - 5/86:
Practicum Student
Psychology Service, Veteran's Administration Medical Center
West Haven, CT
> Training in cognitive-behavior therapy for patients with anxiety and stress-related disorders, with a placement in the Health Psychology Clinic.  Additional clinical experience and training in the Pain Rehabilitation Program.

## PREVIOUS TEACHING EXPERIENCE

9/02 – 12/03:
Adjunct Professor of Psychology
Fairfield University
Fairfield, CT
> Undergraduate courses: *Biological Bases of Behavior* x 2 semesters; *Abnormal Psychology* x 1 semester.

7/94 - 6/95:
Assistant Professor of Psychology
Albertus Magnus College
New Haven, CT
> Eight courses across the trimester academic year, in the General Education and Continuing Education Programs: *Introduction to Psychology;  Foundations of Learning; Theories and Research in Personality; Psychology of the Exceptional Child; Clinical Psychology I: Abnormal Psychology; Clinical Psychology II: Psychotherapy.*

Liberty/Crespo 0986

1G053170001

Timothy J. Belliveau, PhD, ABPP                                                    7

## PREVIOUS TEACHING EXPERIENCE (continued)

9/89 - 5/90:
Instructor
Trinity College
Washington, DC
     Two courses in the undergraduate program and the Weekend College for Adult Learners: *Personality and Psychopathology* x 2 semesters

1/87 - 5/90:
Instructor
The Catholic University of America
Washington, DC
     *General Psychology* x 7 semesters

9/86 - 12/86:
Teaching Assistant
The Catholic University of America
Washington, DC
     Teaching assistant for an undergraduate course: *Statistical Methods* x 1 semester

## PREVIOUS RESEARCH EXPERIENCE

7/87 - 3/88:
Research Technician
NIH-National Institute of Aging - Gerontology Research Center
Baltimore, MD
     Assisted in data management and SPSS-X statistical analysis for research projects affiliated with the Baltimore Longitudinal Study of Aging.

9/84 - 8/86:
Research Technician
Hartford Hospital Neurophysiology Research Lab
Hartford, CT
     Administered laboratory tests (e.g., visual evoked potential, dichotic stimulation, perceptual-motor tasks) for clinical-research projects. SAS management and statistical analyses of a database on correlates of anxiety and depression among consecutive hospital admissions.

Liberty/Crespo 0987

1G053170001

Timothy J. Belliveau, PhD, ABPP                                                                    8

## PREVIOUS RESEARCH EXPERIENCE (continued)

9/82 - 5/84:
 Research assistant
 Psychology Laboratory, College of the Holy Cross
 Worcester, MA
        Collaborated in experimental design, data analysis, and presentation of student research.
        Laboratory projects investigated the interdependence of behavioral and neuroendocrine
        processes.

## CLINICAL - RESEARCH at Hospital for Special Care (in progress)

HSC Co-Investigator, with Subramani Seetharama, MD Principal Investigator, in a collaborative
partnership with New England Regional Spinal Cord Injury Center.  Grant funding subaward
(2011-2016) from the National Institute on Disability, Independent Living, and Rehabilitation
research (NIDILRR) for various research projects related to the Spinal Cord Injury Model
Systems.

Projects to develop clinical decision support software to optimize accuracy in diagnostic
classification and prognostication regarding functional recovery:

        Belliveau, T., Jette, A., Seetharama, A., Axt, J., Rosenblum, D., Larose, D., Houlihan, B.,
        Slavin, M., and Larose, C. (manuscript submitted for review).  Developing artificial
        neural network models to predict functioning one year after spinal cord injury.

        Felice, K., Belliveau, T., Whitaker, C., Axt, J., & Larose, C. (clinical management grant
        proposal submitted).  Optimal identification of amyotrophic lateral sclerosis – related
        cognitive and behavioral decline using home-based cognitive monitoring and artificial
        neural network predictive models.

## PROFESSIONAL PAPERS AND PEER PRESENTATIONS

Belliveau, T., Axt, J., & Seetharama, M. (2015, November).  Informatics support for diagnostic
classification and prognostic estimation, demonstrated with neurotrauma data.  Haddam, CT:
Connecticut Psychological Association Convention.

Green C, Houlihan BV, Skeels SE, Zazula J, Pernigotti D, Hasiotis S, Mercier H, Brody M,
Belliveau T, Rosenblum D, Seetharama S, Jette AM. (2015, November). Development of a Peer-

Liberty/Crespo 0988

1G053170001

**Timothy J. Belliveau, PhD, ABPP**                                                                9
Led Phone Intervention for Goal-Setting Primary Healthcare Needs in Chronic Spinal Cord Injury. Poster presentation at: American Public Health Association Annual Meeting & Exposition. Chicago, Illinois.

Houlihan BV, Skeels SE, Zazula J, Pernigotti D, Hasiotis S, Mercier HW, Brody MS, Green C, Belliveau T, Rosenblum D, Sectharama S, Jette AM. (2015, October). Development of a Peer-Led Phone Intervention for Goal-Setting Primary Healthcare Needs in Chronic Spinal Cord Injury. Poster presentation at: American Congress of Rehabilitation Medicine 92nd Annual Conference. Dallas, Texas.

Houlihan BV, Everhart-Skeels S, Gutnick D, Pernigotti D, Zazula J, Brody M, Burnett M, Mercier H, Hasiotis S, Green C, Subramani S, Belliveau T, Rosenblum D, & Jette A. (2015, September). Empowering adults post spinal cord injury to manage their primary care needs: Intervention development and feasibility testing. Meeting of the American Occupational Therapy Association. Nashville, TN.

Rosenblum D, Pernigotti D, Belliveau T, Morello J, Zazula J, Vergo Houlihan B, Green C, Brody M, Seetharama S, Jette AM (2015, September). New England Spinal Cord Injury Toolkit Offers an Easy to Access and Use Education Tool to Any SCI Caregiver Poster presented at: The Academy of Spinal Cord Injury Professionals Annual Meeting. New Orleans, Louisiana.

Skeels SE, Houlihan BV, Gutnick D, Pernigotti D, Zazula J, Brody M, Mercier H, Green C, Rosenblum D, Belliveau T, Seetharama S, Jette AM. (2015, September). Novel Application of the Peer Health Coach Model to Address Health Care Management Among People with Chronic SCI. Poster presentation at: Academy of Spinal Cord Injury Professionals Educational Conference & Expo. New Orleans, Louisiana.

Skeels SE, Zazula J, Houlihan BV, Pernigotti D, Hasiotis S, Brody MS, Green C, Mercier HW, Belliveau T, Rosenblum D, Seetharama S, Jette AM. (2015, May). Development of a Novel Peer Health Coach Model in Supporting Goal Setting and Self-Management of Health Care Needs for People with Chronic SCI. Poster presentation at: The 4th ISCoS and ASIA Joint Scientific Meeting. Montreal, Canada.

Houlihan BV, Skeels SE, Zazula J, Pernigotti D, Hasiotis S, Mercier HW, Brody MS, Green C, Belliveau T, Rosenblum D, Seetharama S, Jette AM. (May, 20015). Development of a Peer-Led Phone Intervention for Goal-Setting Primary Healthcare Needs in Chronic Spinal Cord Injury. Poster presentation at: The 4th ISCoS and ASIA Joint Scientific Meeting. Montreal, Canada.

Liberty/Crespo 0989

1G053170001

Timothy J. Belliveau, PhD, ABPP                                                    **10**

Belliveau, T., Seetharama, S., & Axt, J. (2015, April). *Optimal prediction of spinal cord injury outcomes: Progress and challenges developing clinical decision support tools based on artificial neural network analyses of the National SCI Model Systems data.* Boston, MA: Seminar presented at the Boston University School of Public Health: Health and Disability Research Institute.

Belliveau, T. (2005, February). *Case study: An amnestic soldier.* Presented at the meeting of the Connecticut Neuropsychological Society.

Belliveau, T., Axt, J., Zheng, L., Butkus, C., & Pietrzak, R. (2004, November). *Reducing uncertainty in diagnostic classification and behavioral prognosis.* Poster presentation at the meeting of the Connecticut Psychological Association, Westbrook, CT.

Sarfaty, S., Pier, J., & Belliveau, T. (2004, May). *Update on response bias assessment: VIP, WMT, and FBS.* Presented at the meeting of the Connecticut Neuropsychological Society, Cheshire, CT.

Belliveau, T.J., Stanwood, J., & Ritchotte, S. (2001, May). *Serial assessment of emotional and social behavior after brain injury.* Paper presented at the meeting of the Connecticut Neuropsychological Society, New Britain, CT.

Johnston, D.J., & Belliveau, T.J. (2000, May). *Neuropychological sequelae to carbon monoxide poisoning.* Presented at the meeting of the Connecticut Neuropsychological Society, Waterbury, CT.

Belliveau, T.J., Stanwood, J., & Ritchotte, S. (1998, May). *Convergent validity and stability of observer ratings during brain injury rehabilitation.* Poster session at the meeting of the Brain Injury Association of Connecticut, Hartford.

Belliveau, T.J. (1997, December). *Three psychometric issues: Estimating pre-injury intelligence; Stability of test scores; Verbal labels for numeric scores.* Presented at the meeting of the Connecticut Neuropsychological Society, Hartford, CT.

Belliveau, T.J. (1994). *Interpersonal perceptions and therapeutic alliance among patients with borderline personality disorder.* Ann Arbor, MI: Dissertation Abstracts International.

Michaels, A.S., Arnkoff,D.B., Glass, C., & Belliveau, T. (1990, November). *The relationship between cognitive processes, anxiety, and performance on doctoral dissertation orals.* Poster presented at the meeting for the Association for the Advancement of Behavior Therapy, San Francisco.

Lewis, J.E., Lanham, R.A., & Belliveau, T.J. (1990, August). *"Contextual" neuro-psychological toxicology investigation of phencyclidine (PCP) abusers.* Poster presented at the meeting of the American Psychological Association, Boston, MA. Abstract of proceedings in The Clinical Neuropsychologist, 4(3), 303-304.

Belliveau, T.J., Jobes, D.A., Arnkoff, D.B., Dolan, R.T., Gershefski, J.J., Glass, C.R., & Victor, B.J. (1990, April). *The process of change in psychotherapy from object-relations and*

Liberty/Crespo 0990

1G053170001

Timothy J. Belliveau, PhD, ABPP                                                11

*cognitive -constructivist perspectives.* Discussion group conducted at the Meeting of the Society for the Exploration of Psychotherapy Integration, Philadelphia.

Belliveau, T.J., Arnkoff, D.B., & Glass, C.R. (1989, November). *Internal dialogue and cognitive structures in test anxiety.* Poster session at the meeting of the Association for the Advancement of Behavior Therapy, Washington, DC.

Belliveau, T.J., & Axelson, J.F. (1984, April). *Effects of various estrogen and progesterone treatments on exercised and non-exercised female rats.* Paper presentation at the Greater Boston Undergraduate Research Paper Conference, Bridgewater, MA.

Liberty/Crespo 0991

1G053170001

# CURRICULUM VITAE

July 2016

**Name:**        Gilbert C. Wager, M.D.

**Education:**        1975 Albertus Magnus High School
Bardonia, NY

1979 Hamilton College, BA, Major in Chemistry
Clinton, NY

1983 New York Medical College,        Honors-Physiology,
Valhalla, NY        Behavioral Science

**Postgraduate Training:**
June 23, 1983-June 30, 1986
University of California, Irvine, California College of Medicine, Resident in Internal Medicine.
July 1, 1986-June 30, 1988
University of California, Irvine, California College of Medicine, Fellow in Pulmonary and Critical Care Medicine.
July 1, 1988-Dec. 31, 1989
University of North Carolina at Chapel Hill, School of Medicine, Fellow in Pulmonary Medicine.

7-25-16

Liberty/Crespo 0992

1G053170001

**Certifications:**    Diplomate, American Board of Internal Medicine, 1986
Diplomate, American Board of Internal Medicine, Pulmonary Disease,
1988; voluntarily recertified 1999, voluntarily recertified April 2009
Diplomate, American Board of Internal Medicine, Critical
Care Medicine, 1989, recertified 1999, recertified May 2007
Advanced Cardiac Life Support, 2010
Drug Enforcement Administrations #BW2150225

**Organizations:**    Fellow, American College of Chest Physicians

**Teaching/Academic Appointments:**

July 1, 1986-June 30,1987
Clinical Instructor, University of California, Irvine, California College
Of Medicine.

July 1, 1986-June 30, 1988
Preceptor, Introduction to Physical Diagnosis, University of California,
Irvine, California College of Medicine.

July 1, 1988-Dec 31, 1989
Attending Physician, North Carolina Memorial Hospital and Clinics.

Adjunct faculty (Case Based Learning), University of New England
College of Osteopathic Medicine, Biddeford, Maine
September 2011- May 2013

Preceptor, Introduction to Clinical Medicine, Boston University School of
Medicine, September 2014-
Preceptor, Integrated Problems, Boston University School of Medicine,
March 2015-

Liberty/Crespo 0993

1G053170001

**Clinical:**

Feb 1, 1990- July 1, 1990
Staff Physician, Department of Emergency Services Heritage Hospital
Tarboro, North Carolina


Sept. 1, 1991-June 30, 1992
Staff physician (locum tenens)
Department of Pulmonary Medicine
Mary Imogene Bassett Hospital
Cooperstown, NY


October 1, 1992-Oct 1 1994
Associate Physician (Pulmonary and Critical Care), Strafford Medical
Associates, Dover,
New Hampshire


Oct 1, 1994-July2, 2004
Pulmonary and Critical Care Physician, Wentworth-Douglass Hospital,
Dover, New Hampshire

October 1994-Dec 2003
New Hampshire Adult Cystic Fibrosis Clinic
Consulting Physician


July 2004-Dec 2006
Pulmonary and Critical Care Physician
Atlantic Pulmonary Associates
Portsmouth Regional Hospital
Portsmouth, NH 03801

Physician Contractor, providing *per diem* Pulmonary and ICU services for
CORE Physician Services, Exeter Hospital, Exeter, New
Hampshire, July 2007- October 2010

Liberty/Crespo 0994

1G053170001

eICU physician, Maine Health Vital Network/Maine Medical Center,
Portland Maine . Dec 2006-August 2011

**International:**

Aug. 1, 1990-Aug 1, 1991
Staff Physician, Department of Internal Medicine,
Hopital Albert Schweitzer, Deschappelles,
Republic of Haiti

Global Volunteers    July 11-25, 2008
Quito, Ecuador

Hopital Sacre Couer    April 17-24, 2010
Milot, Haiti

Cholera Treatment Center,    June 20-30, 2011
Hopital Albert Schweitzer
Deschappelles, Haiti

Haitian Health Foundation  2012, 2013  Jeremie. Haiti

**Administrative:**

January 1, 1995-July 2004
Medical Director, Department of Respiratory Therapy
Wentworth Douglass Hospital
789 Central Avenue
Dover, NH 03820

**Consulting:**    Consulting Physician, Liberty Mutual Insurance Company,
Dover, New Hampshire, May 2007- present

**Licensure:**    Massachusetts Licensure # 238677 (inactive)
New Hampshire Licensure #8830
Maine Licensure #013938
New York Licensure #186-827 (inactive)

Liberty/Crespo 0995

1G053170001

North Carolina Licensure #32901 (inactive)
California Licensure #G54115 (inactive)

**Publications:**     G. Wager, and J.H. Williams, Jr:
"Flexible Bronchoscopic Removal of Radio-occult Polyurethane
Foam, with Pneumonitis in a Hyperventilated Lobe," American
Review of Respiratory Disease 142, pages. 1222-4, November
1990

G. Wager, N. Church, J.T. Gatzy, R.C. Boucher, and M.R.
Knowles: "Airway Surface Liquid Composition in Normal
Humans," American Review of Respiratory Disease 141,
Pg. A106, April 1990, Presented at World Conference on Lung
Health, May 20, 1990, Boston, MA

R. Pleasants, Pharm. D., D. Williams, Pharm. D., W. Waltner,
M.D., G. Wager, M.D., M. Knowles, M.D: "Comparative
Disposition of Tobramycin in Adult Cystic Fibrosis Patients and
Normal Adults," Clin. Pharmacol Ther. 45, pg. 150A,
February 1989 (abstract).

J.H. Williams, Jr., S. Hosseinie, G. Wager, S. Heshmati, S.
Tramdon, H. Tran: "Dietary Modulation of Injury Induced by
Intratracheal Bleomycin in Rats," American Review of
Respiratory Disease 139s, pg. A206, April 1989 (abstract).

M. A. Foltzer, W. B. Guiney, Jr., G. Wager, H. Alpern:
"Bronchopulmonary Bacillary Angiomatosis," Chest 104, pp.
973-5, September 1993.

M. R. Knowles, Joseph Robinson, R.E. Wood, C.A. Pue, W. M.
Mentz, G.C. Wager, J.T. Gatzy, R. C. Boucher: "Ion
Composition of Airway Surface Liquid of Patients with Cystic
Fibrosis as Compared to Normal and Disease-Control
Subjects," Journal of Clinical Investigation 100, pages 2588-
2595, November 1997.

A.M. Cairns, H. B. Quinton, R. Harder, J.C. Leiter, H. W.
Parker, G. Wager, J.B. Zuckerman, G.T. O'Connor, T. A.
Stukel: "Variability in Rates of FEV1 Decline Across Cystic
Fibrosis Centers in the United States", Pediatric Pulmonology,

Liberty/Crespo 0996

1G053170001

32, S22, September 2001 (abstract).

A.M. Cairns, E. Caldwell, H. Quinton, J. Dziodzio,
J. Zuckerman, H. W. Parker, J. Leiter, R. Harder, T. Kneeland
G. Wager: "Variation in Practice Patterns at CF Clinical Care
Centers in Northern New England", Pediatric Pulmonology,
30, S20, September 2000 (abstract)

H. W. Parker, J Leiter, R. Harder, A.M. Cairns, E. Caldwell
G. Wager, T. Kneeland, M. Stinson, S. Butler McNamara, H.
Quinton: "The CFF Registry Tool to Track Guideline Compliance
For Outpatient Management", Pediatric Pulmonology, 30, S20
(abstract).

G. Wager, "Critical Care Physicians are Proponents of Early
Aggressive Multifaceted Therapy." (Letter).  Critical Care
Medicine, 33, 702. March 2005.

Liberty/Crespo 0997

1G053170001

## J. Robert Yohman, Ph.D., P.C.

Clinical Psychology · Neuropsychology
American Board of Professional Psychology
Diplomate in Clinical Neuropsychology

### CURRICULUM VITAE

**AREAS OF INTEREST**

Traumatic Brain Injury
Forensic Psychology/Neuropsychology
Cognitive Remediation
Chronic Pain Management

**CREDENTIALS**

Texas License #3493
Diplomate #5148, American Board of Professional
        Psychology/American Board of Clinical Neuropsychology
National Register of Health Service Providers in Psychology
        #40969
Licensed Specialist in School Psychology #6184

**EDUCATION**

1985-1986    Clinical Psychology Internship (APA-Approved)
University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma

1983-1985    Postdoctoral Training in Clinical Psychology (APA-Approved)
Oklahoma State University
Stillwater, Oklahoma
(Completed all academic and practicum requirements of doctoral clinical
psychology students)

1982    Ph.D., Biological Psychology (Neuropsychology)
University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma

1981    M.S., Biological Psychology
University of Oklahoma Health Sciences Center
Oklahoma City, Oklahoma

1977    M.S., Counseling
Fort Hays State University
Hays, Kansas

1966    B.S., Psychology
The Ohio State University
Columbus, Ohio

**PROFESSIONAL EXPERIENCE**

1989-    Independent Practice of Clinical/Neuropsychology: Assessment and treatment
of adults with brain injuries, strokes, chronic pain, and other neurological and
psychological disorders; consultation to rehabilitation programs and school
districts; forensic assessment; practice administration.

Liberty/Crespo 0998

1G053170001

J. Robert Yohman, Ph.D.
Page 2

**1986-1989**   Clinical Neuropsychologist and Program Director: Project ReEntry at Del Oro. Assessment and treatment of brain-injured adults in a cognitive remediation program with a return-to-work focus. Individual and family therapy; social and cognitive skills training: recruitment. training. and supervision of clinical staff and practicum students; program development (Houston).

**1986-1988**   Clinical Neuropsychologist: Transitional Learning Community. Assessment and treatment of brain-injured adults in a post-acute transitional rehabilitation facility, including psychotherapy, case management, social and cognitive skills training, supervision of residential staff. and consultation (Galveston).

**1985-1986**   Clinical Psychology Intern: University of Oklahoma Health Sciences Center. Rotations included Psychological Assessment Laboratory, Outpatient Mental Health Services. and Pediatric Psychology (Oklahoma City).

**1983-1985**   Clinical Psychology Post-Doctoral Student: Oklahoma State University. Practica included OSU Psychological Services Center (Stillwater) and Central Oklahoma Juvenile Treatment Center (Tecumseh).

**1980-1985**   Project Director: "Neuropsychological Aspects of Alcoholism." Management of National Institute on Alcohol Abuse and Alcoholism multi-year grant to Oscar A. Parsons, Ph.D., Vice-Chair, Department of Psychiatry and Behavioral Sciences. University of Oklahoma Health Sciences Center (Oklahoma City).

**1969-1978**   Staff Psychologist: Larned State Hospital and Kansas State Security Hospital (Larned. Kansas).

## HONORS

**1985-1986**   Chief Intern, Clinical Psychology Internship. University of Oklahoma Health Sciences Center, Oklahoma City. Oklahoma.

**1983**   Invited Guest (grant awarded). Neuropsychology of Alcoholism: Implications for Diagnosis and Treatment. Boston. Massachusetts. May 1983.

**1982**   Mid-American State Universities Association (MASUA) Traveling Scholar (Oklahoma State University).

**1979-1982**   Colin Munro MacLeod Fellowship. University of Oklahoma Health Sciences Center, Oklahoma City. Oklahoma.

## CURRENT APPOINTMENTS

2001-    Allied Health Professional. Brazosport Memorial Hospital, Lake Jackson
1997-    Oral Examiner. Texas State Board of Examiners of Psychologists
1997-    Allied Health Professional. Specialty Hospital. Webster
1996-    Psychologist Consultant. Alvin Independent School District
1996-    Allied Health Professional. Integrated Health Services Hospital. Houston
1996-    Psychologist, HealthSouth Clear Lake Rehabilitation Hospital, Webster
1995-    Consultant, Texas Workers' Compensation Insurance Fund, Austin
1995-    Neuropsychologist, Medical Evaluation Specialists. Houston
1993-    Allied Health Professional. Columbia Clear Lake Medical Center, Webster
1991-    Allied Health Professional, Memorial Hospital Southeast. Houston

Liberty/Crespo 0999

1G053170001

J. Robert Yohman, Ph.D.
Page 3

| 1991- | Allied Health Professional, Columbia Mainland Medical Center, Texas City |
| 1989- | Adjunct Clinical Assistant Professor, Department of Psychology, University of Houston |

## MEMBERSHIPS

American Academy of Clinical Neuropsychology (AACN)
International Neuropsychological Society (INS)
National Academy of Neuropsychology (NAN)
Houston Neuropsychological Society (Charter Member; President 1998)
American Psychological Association (APA)
     Division 22 (Rehabilitation Psychology)
     Division 40 (Clinical Neuropsychology)
     Division 42 (Independent Practice)
Texas Psychological Association (TPA)
Houston Psychological Association (HPA)
National Brain Injury Association
     Brain Injury Association of Texas
     BIA/GulfCoast Chapter
Traumatic Brain Injury Network
American Association for the Advancement of Science (AAAS)
Texas Association for Continuity of Care/Bay Area Chapter (Board Member 1996-97)

## PUBLICATIONS

Yohman, J.R. (1999). Neuropsychology, brain injury, and violence. Docket Call, March/April, 10-13.

Yohman, J.R. (1998). Practical suggestions for problem solving and social communication. Brain Injury Source, 2 (3), 28-30.

Yohman, J.R., Schaeffer, K. W., and Parsons, O. A. (1988). Cognitive training in alcoholic men. Journal of Consulting and Clinical Psychology, 56, 67-72.

Yohman, J. R., & Parsons, O.A. (1987). Verbal reasoning deficits in alcoholics. Journal of Nervous and Mental Disease, 175, 219-223.

Nixon, S.J., Kujawski, A., Parsons, O.A., & Yohman, J.R. (1987). Semantic (verbal) and figural memory impairment in alcoholics. Journal of Clinical and Experimental Neuropsychology, 9, 311-322.

Yohman, J.R., & Parsons, O.A. (1985). Intact verbal paired associated learning in alcoholics. Journal of Clinical Psychology, 41, 844-851.

Yohman, J.R., Parsons, O.A., & Leber, W.R. (1985). Lack of recovery in alcoholics' neuropsychological performance one year after treatment. Alcoholism: Clinical and Experimental Research, 9, 114-117.

Williams, H.L., Yohman, R., Rundell, O.H., Galloway, D.C., Bayles, R.L., & Hyman, F. (1984). Relationship among cognitive, somnographic, and CT scan variables in alcoholics. Alcohol Technical Reports, 12-13, 47-57.

Liberty/Crespo 1000

1G053170001

J. Robert Yohman, Ph.D.
Page 4

Schaeffer, K.W., Parsons, O.A., & Yohman, J.R. (1984). Neuropsychological differences between familial and nonfamilial alcoholics and nonalcoholics. Alcoholism: Clinical and Experimental Research, 8, 347-351.

DeObaldia, R., Parsons, O.A., & Yohman, J.R. (1984). Childhood behavior problems in some future alcoholics. Digest of Alcoholism Theory and Application, 4, 41-47.

Parsons, O.A., Leber, W.R., and Yohman, J.R. (1984). Post-treatment adjustment of "resumer" and "abstainer" alcoholics. Alcohol Technical Reports, 12-13, 59-62.

DeObaldia, R., Parsons, O.A., Yohman, J.R. (1983). Minimal brain dysfunction symptoms and neuropsychological performance in alcoholics. International Journal of Neuroscience, 20, 173-182.

Shelton, M.D., Parsons, O.A., Leber, W.R., & Yohman, J.R. (1982). Locus of control and neuropsychological performance in chronic alcoholics. Journal of Psychology, 38, 649-655.

Shelton, M.D., Parsons, O.A., Leber, W.R., & Yohman, J.R. (1982). Locus of control and neuropsychological performance in non-hypoxemic COPD patients. Journal of Consulting and Clinical Psychology, 51, 108-116.

Yohman, J.R. (1978). The guilty knowledge technique in lie detection. Biological Psychology Bulletin, 5, 96-103.

## SELECTED PRESENTATIONS

Increasing Ethical Awareness. Houston Neuropsychological Society, November 2, 2000.

Ethics in the Workplace. Current Issues in Mental Health Symposium, University of Houston-Clear Lake, April 28, 2000.

Mental Health in Capital Cases. Houston Bar Association Criminal Bench Bar Conference, April 14, 2000.

Brain Injury: Vocational Implications. Veterans Affairs Vocational Rehabilitation and Counseling Division Training, September 21, 1999.

Neuropsychology and Brain Injury: A Guide for Disability Examiners. Texas Association of Disability Examiners, July 9, 1999

Recognizing Mild Head Injury. St. George's University School of Medicine, Grenada, West Indies, November 17, 1995

Brain Injury and Violence, Harris County Capital Murder Certification Seminar, South Texas College of Law. Houston, March 16, 1995

## SELECTED CONTINUING EDUCATION

Principles of Assessment, Rehabilitation, and Recovery Following Brain Injury. George Prigatano, Ph.D., October 5, 2002

Liberty/Crespo 1001

1G053170001

J. Robert Yohman, Ph.D.
Page 5

Attention Disorders: Models, Assessment, & Treatment. Allan Mirsky, Ph.D. & David
Schwartz, Ph.D., September 29, 2001

Oral Examiner. Texas State Board of Examiners of Psychologists, Austin, January 5-6,2001

How To Be a Brain Damage Detective. Muriel Lezak, Ph.D., September 9, 2000

Current Issues in Mental Health, University of Houston-Clear Lake, April 28, 2000

Mild Traumatic Brain Injury Symposium, Houston Neuropsychological Society, April 7, 2000

Instructor Workshop for Couple Communication I & II. Sherod Miller, Ph.D. Tulsa, March
21-22, 2000

Oral Examiner and Vignette Workshop. Texas State Board of Examiners of Psychologists,
Austin, January 7-8, 2000

From Binet to Wechsler: The Origin of the Wechsler Scale. Corwin Boake, Ph.D., ABPP,
January 6, 2000

Assessment of Cognitive Functions Across the Lifespan. Edith Kaplan, Ph.D., September
18, 1999

Diagnosis of Headache. Randolph Evans, M.D., November 12, 1998

Neuroplasticity and Reorganization of Function after Brain Injury. Randolph Nudo, Ph.D.,
Randy Buckner, Ph.D., Timothy Schallert, Ph.D., Steven Wolf, Ph.D., September 26,
1998

Skilled Motor Movement Disorders/Neuropsychology of Emotions. Kenneth Heilman, M.D.,
Dawn Bowers, Ph.D., September 20, 1997

Twenty-fifth Annual INS Meeting, Orlando, February 5-8, 1997
Brain Damage Incurred by Collision with Forensic Neuropsychologists, Russell Bauer,
Ph.D.

Oral Examiner, Texas State Board of Examiners of Psychologists. Austin, January 10, 1997

Cognitive-Behavioral Psychotherapy. Matt Jaremko, Ph.D. February 23, 1996

Liberty/Crespo 1002

1G053170001

## VITA

### LAWRENCE S. DILKS, Ph.D.

2711 Ernest Street
Lake Charles, LA 70601
337-431-7194
larrydilks@suddenlink.net

\*\*\*

Clinical Neuropsychologist
Licensed Professional Counselor
Licensed Rehabilitation Counselor

## EDUCATIONAL BACKGROUND

**1989**      Post Graduate Study in Clinical Neuropsychology
Institute for Neuropsychiatry/Memorial Hospital

**1978**      Ph. D. University of Southern Mississippi
Specialty in School Psychology

**1975**      M.A. Northeast Missouri State University
Specialty in Special Education

**1974**      M.S. Kansas State University at Pittsburg
Specialty in Community Mental Health

**1973**      B.S.E. Northeast Missouri State University

## OCCUPATIONAL EXPERIENCES

1982 to Present      **Private Practice.** A practice in clinical neuropsychology with emphasis on treatment and assessment. Neuropsychology consultant to unit 2 North at Lake Charles Memorial Hospital.

2012-Present. Consulting neuropsychologist at Lake Charles Memorial Hospital, Physical Rehabilitation Services.

2011-Present. Training Director, Southwest Louisiana Pre-Doctoral Internship Program in Clinical Psychology.

2003 to 2008      **Associate Professor of Psychology, McNeese State University Member of the Graduate Facility.** Responsibilities include instruction of graduate and undergraduate psychology classes.

1G053170001

| | |
|---|---|
| 2002-2003 | **Research Sabbatical**: The long-term neuropsychological effects of Ethylene Dichloride. EPA grant # EJ584563. |
| 1989 to 2002 | **Associate Professor of Psychology, McNeese State University Member of the Graduate Facility**. Responsibilities include instruction of graduate and undergraduate psychology classes. |
| 1988-1989 | **Educational Sabbatical**: Post graduate study in Clinical Neuropsychology. |
| 1982-1988 | **Coordinator of the McNeese State University Counseling Center.** Duties involved administration and management of the center, to include budget and personnel, conducting individual counseling and psychotherapy, administration and interpretation of the group and individual psychological, vocational assessments, management of the V.A. counseling program, and teaching one psychology course per semester. |
| 1980-1982 | **Supervising Psychologist, Fort Polk Hospital, Department of Psychiatry.** Primary responsibilities included supervision of 11 counselors, conducting individual and group psychotherapy, presenting weekly in-service training, development of consultation programs with departmental agencies, hospital wards, and civilian activities at Fort Polk. Additional duties included emergency call one week a month for the Fort Polk Hospital Emergency Room and inpatient psychiatry ward and supervision of the child assessment program. |
| 1978-1980 | **Staff Psychologist, 5th Medical Battalion/5th Infantry Division, Fort Polk.** Duties included individual counseling, staff in-service training, and staff supervision.<br><br>**Adjunct instructor of psychology, Northwestern State University, Natchitoches, Louisiana.** Responsibilities involved teaching graduate and undergraduate psychology courses. |
| 1976-1977 | **Doctoral Internship, Biloxi School District, Biloxi, Mississippi.** Responsibilities included individual and group psychotherapy for students and staff, psychological assessment, supervision of school counselors, teacher and parent consultation, development of individual testing programs, teacher in-service training and moderate administrative duties regarding psychological aspects of the Department of Special Programs. |
| 1974-1975<br>1970-1973 | **Psychological Assistant, Kirksville Regional Diagnostic Center.** Responsibilities involved direct services to developmental and cognitively impaired delayed individuals. |

2

1G053170001

## LICENSES AND CERTIFICATION

- Psychologist. 11/15/1981. # 386. Louisiana
- Psychologist, 12/17/1979. # 846. Missouri
- Licensed Rehabilitation Counselor, 7/29/1989, # 083. Louisiana
- Licensed Professional Counselor. 5/1/1988, # 186. Louisiana
- Diplomat of the American Board of Vocational Experts
  July 1985- July 2002 (Retired)

## PROFESSIONAL AFFILIATIONS

- American Psychological Association
- Louisiana Psychological Association
- Southwest Louisiana Psychological Association
- National Academy of Neuropsychology
- The Association for the Treatment of Sexual Abusers
- Louisiana Association for the Treatment of Sexual Abusers
- Southwestern Psychological Association
- Louisiana Brain Injury Society
- North American Brain Injury Society

## PROFESSIONAL, UNIVERSITY AND COMMUNITY SERVICE

### Current

- Boys' Village Behavior Management Committee
- Louisiana Community Care Advisory Committee
- Robinswood School Behavior Management Committee

### Past

- University Developmental Education Committee, Chair person. 1982-1988
- Psychology Department Faculty Selection Committee. Chair person. 1994
- Psychology Department Faculty Selection Committee. 1997-1998
- Palermo Research Grant Committee. 2000-2001
- NCATE. Standard VI Committee. 2002-2003
- Psychology Department CACREP Committee. 1998-2000
- Psi Chi. Faculty Advisor. 2002-2008
- Psychology Department Quality Assurance Committee. 2001-2003
- College of Education Technology Committee, Chair person. 2004-2008
- Psychology Department Textbook Committee. 1995-1996
- Psychology Department Search Committee. 1987. 1998
- Southwestern Psychological Association. Membership Committee. Chairperson. 2004-2006
- Southwestern Psychological Association. Continuing Education Committee. Chairperson. 2005-2008

3

Liberty/Crespo 1005

1G053170001

## MANUALS

- Dilks, L.S. (2002) Student Guide to Psychology. 7 Ed. Lake Charles, LA: McNeese State University.

- Dilks, L.S. (2004) A Comprehensive Look at Mental Status Exams. Alexandra, LA. Professional Training Resources.

- Dilks, L. S. (2004) Burton College of Education Technology Plan 2004.

- Dilks, L.S., (2006) Differential Diagnosis of Co-Occurring Disorders. Alexandria, LA. Professional Training Resources.

- Dilks, L. (2009) The Front of the Book, Back of the Book and other Oddities of the DSM-IV-TR. Alexandria, LA. Professional Training Resources.

- Dilks, L. & Dilks, S. (2010) Bipolar Disorders. Alexandria, LA. Professional Training Resources.

- Dilks, L. & Dilks, S. (2011) Coping with Chronic Pain. Alexandria, LA. Professional Training Resources.

- Dilks, L., Hutchinson, K., Ashworth, B., King, C., Viggiani, S., Orozco, A. & McGoldrick, K. (2015) Cognitive Rehabilitation: Diagnosis and Treatment. Pineville, LA. Professional Training Resources

## JOURNAL ARTICALS

- Dilks, L.S., Matzenbacher, D.L., Dilks, S.S., and Hinton, R. (2004). Counseling Individuals Exposed to Toxic Chemicals. *Louisiana Journal of Counseling*, 12, 28-35.

- Dilks, L., Marceaux, J., Mayeaux, B., Turner, D., Bourassa, J. & Bourgeois, M. (2006) Validity Study of the Western Psychological Services Finger-Tapping Test. *American Journal of Psychological Research*, 2, 85-91.

- White, A., Dilks, L., Melville, C., & Matzenbacher, D. (2006) A Research Review of Video Modeling Interventions for Children with Autism. *Conference Proceedings of the Lamar 2006 Educational Research Conference*, 3, 31-34.

- Mayeaux, B., Dilks, L. & Marceaux, J. (2006) Long-term Deficits in Adaptive Behavior Secondary to Ethylene Dichloride Exposure. *North American Journal of Psychology*, Vol. 8, (3), 437-446.

- Myers, B. Dilks, L. & Marceaux, J. (2007) An Exploration of Shyness and its Relationship to Partner Dependency in Romantic Relationships. *North American Journal of Psychology*. Vol. 9, (2), 293-302.

4

1G053170001

- Bourgeois, M., Dilks, L., Bartling, C., Libersat, A., White, R., Bourassa, J., Martin, C. & Dilks, S. (2007) The Effect of Cell Phone Use on Fine Motor Functioning. *American Journal of Psychological Research.* Vol. 3, (1), 49-57.

- Dilks, L., Marceaux, J., Dilks, S., Bourassa, J., Martin, C., Ashworth, B. & Hixson, S. (2008) The Long Term Effects of Ethylene Dichloride Exposure on Memory Functioning. *American Journal of Psychological Research.* Vol. 3 (1), 63-71.

- Marceaux, J., Dilks, L., Mayeaux. (2008) Long Term Neuropsychological Effects of Formaldehyde Use. *Journal of Psychoactive Drugs.* Vol. 40 (2), 207-210.

- DuVall, T., Dilks, L., Hutchinson, K., Bourassa, J. & Ashworth, B. (2013) Developmental Etiology of Antisocial Personality Disorder. *Conference Proceedings of the Lamar 2013 Educational Research Conference.* 10, 49-77.

- DuVall, T., Hutchinson, K., Dilks, L., Ashworth, B. & Bourassa, J. (2013). An analysis of the match crisis in clinical psychology internships: A 15 year perspective. Divisionofpsychotherapy.org (Official website of Division 29, APA's Division of Psychotherapy).

- DuVall, T., Hutchinson, K., Dilks, L., Ashworth, B. & Bourassa, J. (2013). An Analysis of the match crisis in clinical psychology internships: A 15-year perspective. *Psychotherapy Bulletin.* 48 (3). 37-40.

- Hayes, S., Dilks, L., Moore, M., Hutchinson, K., Ashworth, B., Julian, A. & DeRoach, K. (2014). Custody Law Comparison-Hawaii, Louisiana and Texas *Conference Proceedings of the Lamar 2014 Educational Research Conference.* 11, 66-74

- King, C., Dilks, L., Hutchinson, K., Viggiani, S., Orozco, A., McGoldrick, K., Julian A. & DeRoche, K. (2015). Violence Against Women. *Conference Proceedings of the Lamar 2015 Educational Research Conference.* 12, 47-55.

## JOURNAL ARTICLES UNDER REVIEW

- Dilks, L., Bartling, C., Dilks, S., Martin., Myers, B., Bourassa, J., Liberstat, A. and Bourgeosis, M. The Mini Mental State Examination Mean Scores for Ages 15, 16 and 17. *North American Journal of Psychological Research*

## BOOK CHAPTERS

- Dilks, L.S. and Dilks, S.S. (2006) *Post Traumatic Stress Disorders* in <u>Critical Incidence Training: Assessing Those in a Time of Crisis</u>. Lake Charles, LA. McNeese State University.

- Dilks, L.S. and Dilks, S.S. (2008) *Post Traumatic Stress Disorders* in <u>Critical Incidence Training: Assessing Those in a Time of Crisis, Second Edition</u>. Lake Charles, LA. McNeese State University.

5

1G053170001

- Dilks, L.. Arthur. A.. Blancett, S., Levy, J. (2010) *Psychotherapy*. Book chapter in <u>Clinical</u> <u>Consult to Psychiatric Mental Health for Primary Care Providers.</u> Springer.

- Dilks. L., Arthur. A.. Blancett, S., Levy, J. (2010) *General Principles of Psychotherapeutic Management*. Book chapter in <u>Clinical Consult to Psychiatric Mental Health for Primary Care Providers</u> . Springer.

- Dilks. L., Arthur, A.. Blancett, S., Levy. J. (2010) *Psychological Testing in Psychiatry*. Book chapter in <u>Clinical Consult to Psychiatric Mental Health for Primary Care Providers.</u> Springer.

## BOOKS

- Dilks. L., Matzenbacher, D., & Melville, C. (2007) <u>Readings in Psychology</u> Professional Training Resources. Alexandria, LA

- Dilks. L.. Matzenbacher. D., & Melville. C. (2009) Second Edition, <u>Readings in Psychology</u> Professional Training Resources. Alexandria, LA

- Dilks. L., Matzenbacher, D., & Melville. C. with a contribution by DuVall, T. & Hutchenson, K. (2012) Third Edition, <u>Readings in Psychology</u> Professional Training Resources. Alexandria, LA

- Hutchinson, K. & Dilks. L. (2015) <u>The Practical Guide to Cognitive Rehabilitation: Overcoming Cognitive Impairments.</u> Lash and Associates. Youngsville, NC

## BOOKS EDITED

- Weatherly, J.N.. Melville, C.L.. & Dilks. L. S. (Eds.). (1997) <u>An Introduction to Psychology at McNeese State University.</u> Boston. MA:  Simon & Schuster

## NEWSLETTER ARTICLES

- Dilks. L., Dilks. S.. Whiteman. J. & Yadalam. K. Embracing Doubert (2000. Spring) Louisiana Association of Marriage and Family Counselors. V14, (2).

- Clark. S. & Dilks. L. (2008) Psychology: McNeese State University Project for the Treatment of Problem Gambling. SWPA Newsletter. V1, (1).

- Arthur, A., Dilks, L., Blancett. S., Levy. J. & Bourassa, J. (2008) Psychologists and Prescription Privileges: The Future of Applied Psychology. SWPA Newsletter. V1, (2).

- Bourassa. J.. Dilks. L., Arthur. A., Levy. J. & Blancett, S. (2008) Déjà vu: Hurricane Gustav and University Disruption. SWPA Newsletter. V1, (2).

- Levy. J., Dilks. L.. Arthur, A. & Blancett. S. (2009) Courtroom Basics. SWPA Newsletter, V2, (1).

6

Liberty/Crespo 1008

1G053170001

- Dilks. L.. Walker. M.. White. D.. Pugh. M. & Scharff. L. (2009) SWPA to Present Continuing Education Workshops this April. SWPA Newsletter. V2, (1).

- Blancett. S.. Dilks. L. & Arthur. A. (2009) Interventions for Cancer Patients. SWPA Newsletter. V2, (2).

- Dilks. L. (2010) Controversy, Concern and Confusion in Louisiana. SWPA Newsletter. V3. (2).

- Dilks. L. (2010) CE Committee Generates 2011 Plans. SWPA Newsletter. V3. (3).

- Dilks. L.. Marceaux. J.. Blancett. S.. Dilks. S. & Simoneaux. B. (2010) Changing Conceptualizations of Bipolar Disorder. SWPA Newsletter, V3. (3).

- Dilks. L. & Dilks. S. (2011) Escape to Beautiful Bonaire. Psychology Times. V3. (1).

- Dilks. L.. Myers. B. & Ashworth. B. (2011) SWPA 2012 Continuing Education Program. SWPA Newsletter. V4 (3).

- Ashworth. B.. Dilks. L. & Myers. B. (2012) Dr. John Simoneaux Preconference Speaker at SWPA Conference. Psychology Times. V3. (7).

- Ashworth. B.. Dilks. L.. Bourassa. J & Myers. B. (2012) SWPA Continuing Education Preview. SWPA Newsletter. V5. (1).

- Ashworth. B.. Dilks. L.. Bourassa. J. & Myers. B. (2012) SWPA in Oklahoma City. Psychology Times. V3. (10).

- Bourassa. J.. Dilks. L.. Ashworth. B. & Myers. B. (2012) Southwest Louisiana Launches Community Based Doctoral Internship Program in Clinical Psychology. SWPA Newsletter. V5, (2).

- Dilks. L.. DuVall. T. Hutchinson. K. &Ashworth. B. (2013) New Lake Charles Internship Acquires APPIC Membership. Psychology Times. V 4. (11).

## GRANTS

- "Upward Bound", U.S. Department of Education. 1983

- "Talent Search", U.S. Department of Education. 1984

- "Enhancing Teacher Education", William Randolph Hurst Foundation. 1984

- "Long Term Adverse Effects of Ethylene Dichloride", Environmental Protection Agency 2003

- " 2004 Undergraduate Collaborative Scholars Grant", McNeese State University. 2004

- "The Long Term Neuropsychological Effects of Agent Orange", Robert Jones Beauregard Historic Fund. 2005

7

1G053170001

- "Personality Dynamics and Manifestations of Fibromyalgia", Ziegler Endowed Professorship, Department of Nursing, Co Author, 2005

- "Personality Dynamics and Manifestation of Fibromyalgia", Hale Family Endowed Scholar Award, Department of Psychology, Co Author, 2005

- "Long Term Adjustment to Wide Spread Natural Disasters", Fanny Edith Winn Trust Professorship in Nursing, Department of Nursing, Co Author, 2006

- "Hurricane Recovery", American Psychological Association Mini Grant, 2006

- "Burton College of Education Proposal for a Portable Electronic Classroom" McNeese TASC Equipment Grant, 2005

- "Burton College of Education Enhanced Classroom Proposal" TASC Grant, 2006.

- Burton College of Education Community Enhancement Grant, McNeese State University, 2006.

- Burton College of Education Community Enhancement Grant, McNeese State University, 2007

- Psychology Department Community Enhancement Grant, McNeese State University, 2007

- "Burton College of Education Enhanced Classroom Proposal" TASC Grant, 2007

- "Treatment Services for Federal Defendants" USPO/WDLA, 2010

- "Treatment of Sex Offenders" USPO/WDLA, 2012

- "Post Doctoral Fellowship in Rehabilitation Psychology", The Joe and Dorothy Dorsett Brown Foundation, 2013

- "Post Doctoral Fellowship in Rehabilitation Psychology", The Joe and Dorothy Dorsett Brown Foundation, 2014

- "Post Doctoral Fellowship in Rehabilitation Psychology", Lake Charles Memorial Hospital, 2014

- "Sex Offender Treatment" USPO/WDLA, 2015

- "Post Doctoral Fellowship in Rehabilitation Psychology", Lake Charles Memorial Hospital, 2015.

## HONORS

- Sherman Research Fellow, McNeese State University, 2001-2002

8

Liberty/Crespo 1010

1G053170001

- President; Southwestern Louisiana Psychological Association. 1984-1985

- Hale Family Endowed Scholar Award. 2004

- Sherman Research Fellow. McNeese State University. 2004-2005

- Palermo Professorship in Education, McNeese State University. 2006

- Sherman Research Fellow. McNeese State University. 2006-2007

- Outstanding Paper Review. White. A. & Dilks, L. (2006. March) *A Research Review of Video Modeling Interventions for Children with Autism*. Lamar University Educational Research Conference. Beaumont, TX

- Louisiana state representative to the Southwestern Psychological Association. 2008-2012

- Establishment of the Forensic Psychology Lecture Series. Southwestern Psychological Association. 2010

## CONFERENCE SYMPOSIA AND WORKSHOPS

- Yancey. G.B.. Matzenbacher. D.S.. Dilks. L.S. and Christensen. C. (2004. April). The Gap Between Research Recommendations and Practice. Conference presentation at the 50th Annual Convention of the Southwestern Psychological Association. San Antonio. TX.

- Dilks. L.S. (2004. July). A Comprehensive Look at Mental Status Exams.
  Workshop presentation at the Second Annual Summer Symposium. Baton Rouge. LA

- Dilks. L.. North. R.. Hinton. R.. and Dilks. S. (2004. October). Counseling Individuals with Severe Cognitive Impairments. Conference Presentation at the 24th Annual Louisiana Counseling Association Meeting. Lafayette. LA.

- Dilks. L.. S.. (2006, February) Differential Diagnosis of Organic Mental Disorders. Conference Presentation at the "2005" Convention of the Louisiana Counseling Association. Baton Rouge. LA.

- White. A.. Dilks. L., Melville. C., & Matzenbacher. D. (2006, March) A Research review of    Video Modeling Interventions for Children with Autism. Conference presentation at the Lamar University 2006 Educational Research Conference. Beaumont. TX.

- Whiteman. J.. Dilks. L.. Russell. C.. Khourey. L. & Hixson. S. (2006. March) Eating Disorders: Identification and Response in the Educational Environment – A Panel Presentation. Conference presentation at the Lamar University 2006 Educational Research Conference. Beaumont. TX.

9

Liberty/Crespo 1011

1G053170001

- Whiteman. J.. Dilks. L.. Dilks. S., Marceaux. J.. Mayeaux. B.. Turner. D.. & White. R. (2006, April) Hurricane Rita: Personality Variables and Coping Mechanisms. A Conference Presentation at the 52nd Annual Convention of the Southwestern Psychological Association. Austin. TX.

- Dilks. L. S. (2006. July) Differential Diagnosis and Co-occurring Disorders. Workshop Presentation at the Forth Annual Summer Symposium. Lafayette. LA.

- White. A. & Dilks. L. (2006. October) Video Modeling for Children with Behavioral Disorders. Conference Presentation at the 2006 Annual Conference of the Louisiana Counseling Association. Alexandria. LA

- Bazzie. D. & Dilks. L. (2006. October) Ten Skills Needed to Diagnose and Work with Trauma. Conference Presentation at the 2006 Annual Conference of the Louisiana Counseling Association, Alexandria. LA

- Dilks. L., Whiteman. J.. LeDoux. J.. & Clark. S. (2007. March) Mood Disorders in Children and Adolescents. Conference Presentation at the Fourth Annual Lamar University Educational Research Conference. Beaumont. TX.

- Dilks. S.. Cunningham. P.. Dilks. L. & Marceaux. J. (2007. April) Long Term Psychological Effects of a Wide Spread Natural Disaster on Undergraduate Nursing Students. Conference Presentation at the 2007 International Society for Psychiatric Nurses Annual Conference. Montreal. Quebec. Canada.

- Roberts. B.. Dilks. L. & Dilks. S. (2007. October) Psychological Autopsies: Conducting Retrospective Death Assessments. Conference Presentation at the 2007 Louisiana Counseling Association Convention. Baton Rouge. LA.

- Dilks. L.S.. and Monic. M. F. (2008. March) Signs and Symptoms of Sexually Abused Children. Fifth Annual Lamar University Educational Research Conference. Beaumont. TX

- Dilks. L.. Monic. M. & Bourassa. J. (2008, October) Signs and Symptoms of Sexually Abused Children. Conference Presentation at the 2008 Annual Conference of the Louisiana Counseling Association. Baton Rouge. LA.

- Dilks. L. (2008. November) The Interrelationships and Co-Morbidity of Childhood Disorders. A workshop presentation at the fall meeting of the Capital Area Mental Health Association. Baton Rouge. LA

- Dilks. L. (2009. February) The Business of Psychology. Part I. A Workshop presentation for the Austin cluster of Fielding Graduate University. Austin. TX

- Dilks. L. & Arthur. A. (2009. March) Key Note Presentation. Differential Diagnosis of Childhood and Adolescent Disorders. Sixth Annual Lamar University Educational Research Conference. Beaumont. TX

10

Liberty/Crespo 1012

1G053170001

- Arthur, A., Dilks, L., Levy, J., Myers, B., Parker, B., Carroll, A. & Thrasher, A. (2009, April) Advantages and Disadvantages of Distributed and Residential Graduate Training Programs. A Conference Presentation at the 55th Annual Conference of the Southwestern Psychological Association. San Antonio, TX

- Dilks, L. (2009, April) Mastering the Mental Status Examination. A workshop presentation at the 55th Annual Conference of the Southwestern Psychological Association. San Antonio, TX

- Dilks, L. (2009, July) The Front of the Book, Back of the Book and Other Oddities of the DSM-IV-TR. A workshop presentation at the 7th Annual Summer Symposium. Lafayette, LA

- Dilks, L., & Ashworth, B. (2010, March) Key Note Presentation. Effective Interventions for School Bullying. A workshop presentation at the Seventh Annual Lamar University Educational Research Conference. Beaumont, TX

- Dilks, L., Carroll, A. & Blancett, S. (2010, April) Louisiana State Representative Symposium: The Changing Face of Applied Psychology. A Conference Presentation at the 56th Annual Conference of the Southwestern Psychological Association. Dallas, TX

- Dilks, L. & Carroll, A. (2010, April) Differential Diagnosis of Mental Disorders. A Workshop Presentation at the 56th Annual Conference of the Southwestern Psychological Association. Dallas, TX

- Dilks, L., Dilks, S. (2010, July) Issues in the Treatment of Bipolar Disorders. A workshop Presentation at the 8th Annual Louisiana Summer Symposia. Lafayette, LA

- Dilks, L. (2010, September) The Business of Psychology, Part II. A Workshop presentation for the Austin cluster of Fielding Graduate University. Austin, TX

- Dilks, L. & Ashworth, B. (2011, March) Key Note Address. Internet Bullying. A workshop Presentation at the Eight Annual Lamar University Education Research Conference. Beaumont, TX

- Dilks, L. & Ashworth, B. (2011, March) Signs and Symptoms of Sexual Abuse. A symposia presentation at the Eight Annual Lamar University Education Research Conference. Beaumont, TX

- Dilks, L. (2011, April) Neurobehavioral Issues: The Consequences of Cognitive Impairments. Closing Plenary presentation at the 4th Annual Brain Injury Association of Louisiana Conference. Lafayette LA

- Ashworth, B. & Dilks, L. (2011, April) Adolescent Internet Bullying. A symposia presentation at the 57th Annual Convention of the Southwestern Psychological Association. San Antonio, TX

- Dilks, L. & Ashworth, B. (2011, April) Neuropsychological Consequences of Chemical Exposure. A symposia presentation at the 57th Annual Convention of the Southwestern Psychological Association. San Antonio, TX

11

Liberty/Crespo 1013

1G053170001

- Dilks, L. (2011, April) Neuropsychology and Pathophysiology of Alcohol Abuse and Dependency. A workshop presentation at the April Fielding Graduate University Cluster meeting. New Orleans. LA

- Dilks, S. & Dilks, L. (2011, July) Coping With Chronic Pain. A workshop presentation at the 9th Annual Louisiana Summer Symposia. Lafayette, LA

- Dilks, L. (2011, August) Cyber Bullying. A workshop presentation at the 2011 American Psychiatric Nurses Association Summer Symposia. Baton Rouge, LA

- Ashworth, B., Myers, B., Dilks, L. & Bourassa, J. (2012, March) Key Note Address. Emotional and Behavioral Disturbances in Children: A view to the Future. A workshop Presentation at the Ninth Annual Lamar University Education Research Conference. Beaumont, TX

- Dilks, L., Ashworth, B., Myers, B. & Bourassa, J. (2012, March). Chemical Exposure in Children: A Teachers Guide. A symposia presentation at the Ninth Annual Lamar University Education Research Conference. Beaumont, TX

- Dilks, L. (2012, August). Mastering the Mental Status Evaluation.  Presentation for the Nurse Practitioner Student Cluster Meeting. Southeastern Louisiana University College of Nursing. Baton Rouge, LA

- Hutchinson, K., DuVall, T., Bourassa, J., Ashworth, B. & Dilks, L. (2013, March) Key Note Address. Violence Against Women. A workshop Presentation at the Tenth Annual Lamar University Education Research Conference. Beaumont, TX

- Hutchinson, K., DuVall, T., Dilks, L., Ashworth, B. & Bourassa, J. (2013, March) Fundamentals of Neurotoxicology. Workshop presentation at the 2013 Brain Injury Association of Louisiana Conference. Baton Rouge, LA

- DuVall, T., Dilks, L., Hutchinson, K. & Ashworth, B. (2013 April) SWPA Symposium: The Crisis in Clinical Psychology Doctoral Internships. Symposia at the 59th Annual Conference of the Southwestern Psychological Association. Fort Worth, TX

- Hutchinson, K., Dilks, L., Ashworth, B., Moore, M., Hayes, S., Julian, A. & DeRoache, K., (March, 2014) Keynote Address. Violence Against Women and Children. A workshop Presentation at the Eleventh Annual Lamar University Education Research Conference. Beaumont, TX

- Hayes, S., Dilks, L., Moore, M., Ashworth, B., Hutchinson, K., Julian, A. & DeRoach, K. (March, 2014) Custody Law Comparison-Hawaii, Louisiana and Texas. A Symposia presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont, TX

- Oroczo, A., Viggiani, S., Hutchinson, K., Dilks, L., King, C., McGoldrick, K., Julian, A & DeRoche, K. (March, 2015) Violence Against Women and Children: An Update. Preconference Workshop II presented at the Twelfth Annual Lamar University Educational Research Conference. Beaumont, TX

12

Liberty/Crespo 1014

1G053170001

- Oroczo. A.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. McGoldrick. K.. Julian. A & DeRoche. K. (March, 2015) Keeping It Professional: Managing Your Personal Online Idenity When Working in Mental Health. Workshop presentation at the Twelfth Annual Lamar University Educational Research Conference. Beaumont. TX

- Oroczo. A.. Viggiani. S.. Hutchinson, K.. Dilks. L.. King. C.. McGoldrick. K.. Julian. A & DeRoche. K. (March. 2015) Does This Child Really Have ADHD? Workshop presentation at the Twelfth Annual Lamar University Educational Research Conference. Beaumont. TX

- Ashworth. B.. Orozco, A.. Hutchinson. K.. Viggiani. S.. King. C. & Dilks. L. (April. 2015) The Continuing Match Crisis in Clinical Psychology and How to Get Selected. Workshop presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita. KS

- Orozco. A.. Viggiani. S.. Hutchinson. K.. Dilks. L., Ashworth. B. & King. C. (April. 2015) The Solution To Reducing Anxiety in Graduate Students: Self-Care. Workshop presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita. KS

- Dilks. L.. Hutchinson. K.. Ashworth, B., King. C.. Viggiani. S.. Orozco. A. & McGoldrick. K. (July. 2015) Cognitive Rehabilitation: Diagnosis and Treatment. Workshop presentation at the 13th Annual Louisiana Summer Symposium. Marksville. LA

## PAPER PRESENTATIONS

- Hayes. S.. Dilks. L.. Hutchinson. K.. Ashworth. B.. Moore. M. & Julian. A. (April. 2014) The Match Crisis: How to Improve Your Chances of Obtaining an Internship. A Paper presentation at the 60th Annual Convention of the Southwestern Psychological Association. San Antonio. TX

- Moore. M.. Hutchinson. K.. Dilks. L.. Ashworth. B.. Hayes. S. & Julian. A. (April. 2014) MMPI-2 Validity Scales: Are We Getting What We Paid For. A Paper presentation at the 60th Annual Convention of the Southwestern Psychological Association. San Antonio. TX

- Orozco. A.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C. & Ashworth. B. (April. 2015) Matching to an Internship: More Critical Than the Psychology Profession Realizes. A Paper presentation at the 61st Annual meeting of the Southwestern Psychological Association. Wichita. KS

- Dilks. L.. Viggiani. S.. Orozco. A.. King. C.. McGoldrick. K.. Hutchinson. K.. Ashworth. B.. DeRoche. K. & Julian. A. (April. 2015) Will ICD-10 Make DSM-5 Obsolete? A Paper presentation at the 61st Annual meeting of the Southwestern Psychological Association. Wichita. KS

13

Liberty/Crespo 1015

1G053170001

- Orozco. A.. McGoldrick. K.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. Julian. A. & DeRoche. K. (April. 2015) Are Brain Injuries Identified and Conceptualized in Psychotherapy With Children and Adolescents? Paper presentation at the 61st Annual meeting of the Southwestern Psychological Association. Wichita. KS

## CONFRENCE PRESENTATIONS

- Dilks. L.S. & Matzenbacher. D.L. (2002. April). Long-Term Behavioral Consequences of EDC Exposure: A Six-Year Follow-Up. Poster session presentation at the 21st Annual Meeting of the Behavioral Toxicology Society. Research Triangle Park. NC.

- Dilks. L.S.. Matzenbacher. D.L.. Davis. C.S.. Christianson. L.M.. & Whiteman. J.L. (2002. October). Long-Term Adverse Neuropsychological Consequences of Exposure to 1, 2-Dichloroethane. Poster session presented at the 22nd Annual Meeting of the National Academy of Neuropsychology. Miami. FL.

- Matzenbacher. D.L.. Dilks. L.S.. Christianson. L.M.. and Davis. C.S. (2003. April). The Effects of EDC Exposure on Psychological Functioning. Poster session presentation at The 49th Annual Convention of the Southwestern Psychological Association. New Orleans. LA.

- Davis. C.S.. Christianson. L.M.. Dilks. L.S.. and Matzenbacher. D.L. (2003. April). Language Deficiencies in Individuals Exposed to Organic Solvents. Poster session presentation at The 49th Annual Convention of the Southwestern Psychological Association. New Orleans. LA.

- Christianson. L.M., Davis. C.S.. Matzenbacher. D.M.. and Dilks. L.S. (2003. April). Impairment of Executive Functioning Secondary to Chemical Exposure. Poster session presentation at The 49th Annual Convention of the Southwestern Psychological Association. New Orleans. LA.

- Dilks. L.S.. Matzenbacher. D.L.. Davis. C.S.. and Christianson. L.M. (2003. April). Long-Term Effects of Chemical Exposure on Memory Processes. Poster session presentation at The 49th Annual Convention of the Southwestern Psychological Association. New Orleans. LA.

- Dilks. L.S. and Matzenbacher. D.L. (2003. May). Residual Sequalae of Chlorine Gas Exposure. Poster session presentation at The 27th Annual Meeting of the Neurobehavioral Teratology Society and The 22nd Annual Meeting of the Behavioral Toxicology Society. Philadelphia. PA.

- Matzenbacher. D.L.. Dilks. L.S.. Christianson L.M.. Davis. C.S.. and Dilks. S.S. (2003. October). Memory and IQ Deficits Subsequent to Chlorine Gas Exposure. Poster session at the 23rd Annual Conference of the National Academy of Neuropsychology. Dallas. TX.

14

Liberty/Crespo 1016

1G053170001

- Dilks. L.S.. Matzenbacher. D.L.. Dilks. S.S.. Davis. C.S.. and Christianson. L.M. (2003. November). Long-Term Neuropsychiatric and Neuropsychological Sequelae of Organic Solvent Exposure.  Poster session at the 2003 U.S. Psychiatric and Mental Health Congress. Orlando. FL.

- Blake. S.B.. Dilks. L.S.. Matzenbacher. D.L.. Davis. C.S.. and Christianson. L.M. (2004. April). Neuropsychological Assessment of Chemical Poisoning Utilizing the LNNB. Poster session presentation at the 50th Annual Convention of the Southwestern Psychological Association. San Antonio. TX.

- Christianson, L.M.. Davis. C.S.. Dilks. L.S. and Matzenbacher. D.L. (2004. April). A Case Study Involving Organic Solvent Toxicology. Poster session at the 50th Annual Convention of the Southwestern Psychological Association. San Antonio. TX.

- Sparks. C.M.. Mayeaux. B.D.. Marceaux. J.C. and Dilks. L.S. (2004. April) Deficits in Adaptive Behavior Secondary to Ethylene Dichloride Exposure. Poster session at the 50th Annual Convention of the Southwestern Psychological Association. San Antonio. TX.

- Dilks. L.. Matzenbacher. D.. Mayeaux. B. and Marceaux. J. (2004. April) Deficiencies in Adaptive Behavior Secondary to Pesticide Exposure. Poster session at the 23rd Annual Meeting of the Behavioral Toxicology Society. Research Triangle Park. NC.

- Whiteman. J.. Dilks. L.. Dilks. S.. Matzenbacher. D.. and Marceaux. J. (2004. November). Behavioral and Personality Dynamics of Fibromyalgia. Poster Presentation at the 2004 U.S. Psychiatric and Mental Health Congress. San Diego. CA.

- Dilks. L.. and Dilks. S. (2004. November). Affective. Behavioral and Cognitive Consequences of Jet Fuel Exposure. Poster Presentation at the 24th Annual Meeting of the National Academy of Neuropsychology. Seattle. WA.

- Dilks. L.. Marceaux. J.. Mayeaux. B.. Hixson. S.. Fontenot. M.. Cormier. J.. & Miller. S. (2005. March). Neurobehavioral Consequences of Formaldehyde Use. Poster Presentation at the 51st Annual Convention of the Southwestern Psychological Association. Memphis. TN.

- Hixson. S.. Dilks, L.. Mayeaux. B. Marceaux. J.. Fontenot. M.. Cormier J.. & Miller. S. (2005. March) Higher Cortical Impairments as a Component of Formaldehyde Ingestion. Poster Presentation at the 51st Annual Convention of the Southwestern Psychological Association. Memphis. TN.

- Cormier. J.. Dilks. L.. Marceaux. J.. Mayeaux. B.. Fontenot. M.. Hixson. S.. & Miller. S. (2005. March) Gender and Educational Differences on the Shipley Institute of Living Scale. Revised. Poster Presentation at the 51st Annual Convention of the Southwestern Psychological Association. Memphis. TN.

- Fontenot. M.. Dilks. L.. Marceaux. J.. Mayeaux. B.. Cormier. J.. Hixson. S.. & Miller. S. (2005. March) Temporal Stability of the Shipley Institute of Living Scale. Revised. Poster Presentation at the 51st Annual Convention of the Southwestern Psychological Association. Memphis. TN.

15

Liberty/Crespo 1017

1G053170001

- Mayeaux, B., Dilks, L., Marceaux, J., Miller, S., Hixson, S., Fontenot, M., & Cormier, J. (2005, March) A Comparison of the Original Shipley Institute of Living and the Shipley Institute of Living Scale, Revised. A Poster Presentation at the 51st Annual Convention of the Southwestern Psychological Association, Memphis, TN.

- Miller, S., Dilks, L., Mayeaux, B., Marceaux, J., Hixson, S., Cormier, J., & Fontenot, M. (2005, March) Concurrent Validity of the Shipley Institute of Living Scale, Revised. Poster Presentation at the 51st Annual Convention of the Southwestern Psychological Association, Memphis, TN.

- Dilks, S., Dilks, L., Whiteman, J., Marceaux, J. and Mayeaux, B. (2005, March) Personality Dynamics of Fibromyalgia. Poster presentation at the Chancellor's Reception, University of Tennessee Health Science Center, College of Nursing, Memphis, TN.

- Dilks, L., Matzenbacher, D., Marceaux, J., and Mayeaux, B. (2005, June) A Longitudinal Study of Memory Impairments Secondary to Ethylene Dichloride Exposure. Poster presentation at the 45TH Annual Meeting of the Teratology Society and the 24th Annual Meeting of the Behavioral Toxicology Society, St. Peter's Beach, FL.

- Dilks, S., Dilks, L., Whiteman, J., Marceaux, J. and Mayeaux, B. (2005, September) Personality Dynamics of Fibromyalgia. Poster presentation at the Louisiana Association of Nurse Practitioners Annual Convention, Lafayette LA.

- Mayeaux, B., Dilks, L., Marceaux, J., & Turner, D. (2005, October) Memory Functioning Consequent to Pesticide Exposure. Poster presentation at the 25th Annual Meeting of the National Academy of Neuropsychology. Tampa Fl.

- Turner, D., Dilks, L., Mayeaux, B., & Marceaux, J. (2005, October) The Consequences of Misdiagnosis: A Case Study of Lead Poisoning Identified as ADHD. Poster presentation at the 25th Annual Meeting of the National Academy of Neuropsychology. Tampa Fl.

- Dilks, L., Matzenbacher, D., Marceaux, J., & Mayeaux, B. (2005, October) A Longitudinal Study of Ethylene Dichloride and its Effects of Executive Functions. Poster presentation at the 25th Annual Meeting of the National Academy of Neuropsychology, Tampa Fl.

- Marceaux, J., Dilks, L., Matzenbacher, D., & Mayeaux, B., (2005, October) Learning and Memory Impairments Secondary to Ethylene Dichloride Exposure. Poster presentation at the 25th Annual Meeting of the National Academy of Neuropsychology, Tampa Fl.

- Dilks, S., Dilks, L., Whiteman, J., Marceaux, J., and Mayeaux, B. (2005, November) Personality Differences in Fibromyalgia. Poster presentation at the 18th Annual U.S. Psychiatric and Mental Health Congress, Las Vegas, NV.

- Mayeaux, B., Dilks, L., Marceaux, J., Bourassa, J., Hixson, S., Ashworth, B., & Bourgeois, M. (2006, April) Emotional Disorders Secondary to Pesticide Exposure. Poster presentation at the 52nd Annual Convention of Southwestern Psychological Association, Austin, TX.

16

Liberty/Crespo 1018

1G053170001

- Boyd, S., Dilks, L., Marceaux, J., & Turner, D. (2006, April) Psychological and Behavioral Attributes of Incarcerated Individuals. Poster presentation at the 52nd Annual Convention of the Southwestern Psychological Association, Austin, TX.

- Turner, D., Dilks, L., Boyd, S., & Marceaux, J. (2006, April) Relationship between Inmate Performance on the MCMI and Criminal Behavior. Poster presentation at the 52nd Annual Convention of the Southwestern Psychological Association, Austin, TX.

- Savoy, K., Dilks, L., Mayeaux, B., Marceaux, J., Bourassa, J., Ashworth, B., & Bourgeois, M. (2006, April) Personality Characteristics of Incarcerated Juveniles. Poster presentation at the 52nd Annual Convention of the Southwestern Psychological Association, Austin, TX.

- Dilks, L., Marceaux, J., Mayeaux, B., Bourassa, J., Ashworth, B., Hixson, S., & Bourgeois, M. (2006, April) A Pilot Study Regarding The Long Term Neurobehavioral Effects of Agent Orange. Poster presentation at the 52nd Annual Convention of the Southwestern Psychological Association, Austin, TX.

- Myers, B., Dilks, L., Marceaux, J., & Mayeaux, B. (2006, April) The Effects of Shyness on Intimate Partner Relationships. Poster presentation at the 52nd Annual Convention of the Southwestern Psychological Association, Austin, TX.

- Marceaux, J., Dilks, L., White, R., Bourgeois, M., Ashworth, B., & Mayeaux, B. (2006, October) WAIS-III Cognitive Profiles for Workers Exposed to 1, 2-Dichloroethane. Poster presentation at the National Academy of Neuropsychology 26th Annual Conference, San Antonio, TX.

- Ashworth B., Dilks, L., Marceaux, J., White, R., Bourgeois, M., & Mayeaux, B. (2006, October) Neurobehavioral and Psychological Consequences of a Prefrontal Lobectomy: A Case Study. Poster presentation at the National Academy of Neuropsychology 26th Annual Conference, San Antonio, TX.

- Bourgeois, M., Dilks, L., Marceaux, J., Mayeaux, B., White, R., & Ashworth, B. (2006, October) A Repeated Measures Study of the Shipley Institute of Living Scale, (SILS). Poster presentation at the National Academy of Neuropsychology 26th Annual Conference, San Antonio, TX.

- White, R., Dilks, L., Marceaux, J., Mayeaux, B. Bourgeois, M., & Ashworth, B. (2006, October) A Reliability Study of the Casio MS-80TV as a Measure of Finger Tapping. Poster presentation at the National Academy of Neuropsychology 26th Annual Conference, San Antonio, TX.

- Bazzie, D., Dilks, L., Ryder, G., & White, R. (2006, November) An Eight Year Study of Age, Gender, and Marital Status as a Component of Medical Management. Poster presentation at the 2006 U.S. Psychiatric and Mental Health Congress, New Orleans, LA.

- Whiteman, J., Dilks, L., Dilks, S., Marceaux, J., Mayeaux, B., & White, R. (2006, November) Personality Variables in Response to Hurricane Rita. Poster presentation at the 2006 U.S. Psychiatric and Mental Health Congress, New Orleans, LA.

17

1G053170001

- Bourassa, J., Dilks, L. (2007, March) A Norm Study for a Pain Sensitization Scale. Poster presentation at the Fourth Annual Lamar University Educational Research Conference, Beaumont, TX.

- Myers, B., Dilks, L., Mayeaux, B., Bourassa, J., Matzenbacher, D. & White, R. (2007, April) Communication and Language Dysfunction as a Consequence of Brain Injury. Poster presentation at the 53rd Annual Meeting of the Southwestern Psychological Association, Fort Worth, TX.

- White, R., Dilks, L., Bourassa, J., Dobersek, U., Savoy, K., Martin, C. & Bourgeois, M. (2007, April) Deficiencies in Adaptive Behavior Secondary to Traumatic Brain Injury. Poster presentation at the 53rd Annual Meeting of the Southwestern Psychological Association, Fort Worth, TX.

- Dobersek, U., Dilks, L., White, R., Bourassa, J., Myers, B. & Fontenot, M. (2007, April) Intellectual Loss Secondary to Traumatic Brain Injury. Poster presentation at the 53rd Annual Meeting of the Southwestern Psychological Association, Fort Worth, TX.

- Bourassa, J., Dilks, L., Dobersek, U., Myers, B., Hixson, S. & White, R. (2007, April) Long Term Study in Adaptive Behavior Consequent to Community Home Placement. Poster presentation at the 53rd Annual Meeting of the Southwestern Psychological Association, Fort Worth, TX.

- Dobersek, U., Dilks, L., Myers, B., White, R., Bourassa, J., Bourgeois, M. & Libersat, A. (2007, April) Correlation between Employment Status and Adaptive Functioning. Poster presentation at the 53rd Annual Meeting of the Southwestern Psychological Association, Fort Worth, TX.

- Myers, B., Dilks, L., White, R., Bourgeois, M., Mayeaux, B. & Bourassa, J. (2007, April) The Differences in Psychological Factors in Sex Offenders and Criminal Offenders. Poster presentation at the 53rd Annual Meeting of the Southwestern Psychological Association, Fort Worth, TX.

- Libersat, A., Dilks, L., Bartling, C., Bourgeois, M., Bourassa, J. & White, R. (2007, April) The Mini Mental State Examination (MMSE) Mean Scores for Ages 17, 16, and 15. Poster presentation at the 53rd Annual Meeting of the Southwestern Psychological Association, Fort Worth, TX.

- Bourgeois, M., Dilks, L., Bartling, C., Libersat, A., White, R. & Bourassa, J. (2007, April) The Effects of Cell Phone Use on Fine Motor Functioning. Poster presentation at the 53rd Annual Meeting of the Southwestern Psychological Association, Fort Worth, TX.

- Dilks, L., Bourassa, J., Ashworth, B. & Jackson, K. (2007, May) Efficiency of the Shipley Institute of Living Scale, Second Edition in the Prediction of Intelligence. Poster presentation at the 87th Annual Convention of the Western Psychological Association, Vancouver, British Columbia, Canada.

18

Liberty/Crespo 1020

1G053170001

- Bourassa. J.. Dilks. L.. Ashworth. B. & Jackson. K. (2007. May) A Validity Study of the Shipley Institute of Living Scale. Research Edition. Poster presentation at the 87th Annual Convention of the Western Psychological Association, Vancouver, British Columbia. Canada.

- Ashworth. B.. Dilks. L.. Bourassa. J. & Jackson. K. (2007. May) A Correlation Study of the 1939 SILS and the 2006 Research Edition of the SILS-2. Poster presentation at the 87th Annual Convention of the Western Psychological Association, Vancouver. British Columbia, Canada.

- Martin. C.. Dilks. L.. Bartling. C.. Dilks. S.. & Bourassa. J. (2007. October) A Comparison of Different Scoring Systems for the Clock Test. Poster Presentation at the 20th U.S. Psychiatric and Mental Health Congress. Orlando. Fl.

- Bourassa. J.. Dilks, L.. White. R.. Martin. C., Mayeaux, B.. Marceaux. J.. Hixson, S.. Bourgeois. M. & Dilks S. (2007. November) Neuropsychological Sequela for Pesticide Exposure in Agriculture. Poster presentation at the National Academy of Neuropsychology 27th Annual Conference. Scottsdale. AZ.

- White. R.. Dilks. L.. Marceaux. J.. Bourassa. J.. Martin. C. & Hixson. S. (2007. November) Subtest Analysis of WAIS-III Scores of Individuals Exposed to 1. 2-dichioroethane. Poster presentation at the National Academy of Neuropsychology 27th Annual Conference. Scottsdale. AZ.

- Williams. M.. Dilks. L.. Bourassa. J.. Robinson. J.. Royer. Keith. T.. Doucet. C. & Ellender. A. (2008. March) Student Communication and Cell Phone Use. Poster presentation at the 5th Annual Lamar University Educational Research Conference. Beaumont. TX.

- LeBlue. R.. Dilks. L.. Darby. A.. Fontenot. M.. Leger. A.. Bourassa. J. & Martin. C. (2008. March) A Test for Validity in Evaluating Differences in Pain in Graduate Versus Undergraduate College Students. A poster presentation at the 5th annual Lamar Educational Research Conference. Beaumont. TX.

- Myers. B.. Dilks. L.. White. R.. Clark. S.. Parker. B.. Dobersek. U.. Martin. C.. Bourassa. J.. & Ashworth. B. (2008. April) Depression and Anxiety as Predictors of Physical Pain Estimation. Poster presentation at the 54th annual meeting of the Southwestern Psychological Association. Kansas City, MO.

- Ashworth. B.. Dilks. L.. Bourassa. J.. Clark. S.. Martin, C.. Myers B.. Parker. B. & Dobersek. U. (2008, April) Depression and Anxiety among Incarcerated Juveniles. Poster presentation at the 54th annual meeting of the Southwester Psychological Association. Kansas City. MO.

- Parker. B.. Dilks. L.. Dobersek. U.. Clark. S.. Martin. C.. White. R.. Bourassa. J. & Ashworth. B. (2008. April) A Study of Depression. Anxiety and ADHD among Individuals Applying for Rehabilitation Services. Poster presentation at the 54th annual meeting of the Southwestern Psychological Association. Kansas City. MO.

19

Liberty/Crespo 1021

1G053170001

- Myers, B., Bartling, C., Dilks, L. & Parker, B. (2008, April) Spirituality, Assertiveness, and Verbal Aggressiveness as Predictors of Motivational Patterns. Poster presentation at the 54th annual meeting of the Southwestern Psychological Association, Kansas City, MO.

- Clark, S., Dilks, L., Melville, C., Martin, C., White, R., Myers, B., McCall, C., Bourassa, J., Parker, B., Dobersek, U. & Ashworth, B. (2008, April) An Analysis of Depression and Anxiety in Compulsive Gamblers. Poster presentation at the 54th annual meeting of the Southwestern Psychological Association, Kansas City, MO.

- Dilks, L., Martin, C., White, R., Clark, S., Ashworth, B., Myers, B. & Bourassa, J. (2008, April) The Long Term Neuropsychological Consequences of Chiari Malformation. Poster presentation at the 54th annual meeting of the Southwestern Psychological Association, Kansas City, MO.

- Martin, C., Dilks, L., Bartling, C., Myers, B., Barfield, R., Plauche, B., Pearson, P., Williamson, S. & Sneddon S. (2008, April) Insomnia, Anxiety and Depression: Is There a Connection? Poster presentation at the 54th annual meeting of the Southwester Psychological Association, Kansas City, MO.

- White, R., Dilks, L., Marceaux, J., Bourassa, J., Martin, C., & Hixson, S. (2008, April) Subtest Analysis of the WMS-III Index Scores of Individuals Exposed to 1, 2-Dichloroethane. (2008, April) Poster presentation at the 54th annual meeting of the Southwester Psychological Association, Kansas City, MO.

- Arthur, A., Dilks, L., Bourassa, J. & Thrasher, D. (2008, April) Depression and Anxiety among Recovering Substance Abusers and Controls. Poster presentation at the 88th Annual Convention of the Western Psychological Association, Irvine, CA.

- Bourassa, J., Dilks, L., Dilks, S., Martin, C., White, R. & Myers, B. (2008, October) Variables in Chronic Pain. Poster presentation at the National Academy of Neuropsychology 28th Annual Conference, New York, NY.

- Myers, B., Dilks, L., Bourassa, J., White, R. & Martin, C. (2008, October) Signs and Symptoms of Individuals Exposed to Ethylene Dichloride. Poster presentation at the National Academy of Neuropsychology 28th Annual Conference, New York, NY

- White, R., Dilks, L., Martin, C., Bourassa, J. & Myers, B. (2008, October) WAIS-III and WMS-III Subtest Analysis of Individuals Exposed to Ethylene Dichloride. Poster presentation at the National Academy of Neuropsychology 28th Annual Conference, New York, NY

- Levy, J., Dilks, L., Arthur, A., Blancett, S. & Benson, C. (2009, March) Response Card Use in a Special Education Math Classroom. Poster presentation at the sixth annual Lamar University Educational Research Conference, Beaumont, TX

- Ashworth, B., Dilks, L., Arthur, A., Levy, J., Blancett, S. and Dilks, S. Determination of Motivation of High Teacher Turnover. (2009, April) Poster presentation at the sixth annual Lamar University Education Research Conference, Beaumont, TX

20

Liberty/Crespo 1022

1G053170001

- Ashworth. B., Dilks. Levy. J., Myers. B., Thrasher. A., Blancett. S., Arthur. A. & Marceaux. J. (2009. April) Reliability Study of the Lake Area Pain Questionnaire. A poster presentation at the 55th annual conference of the Southwestern Psychological Association. San Antonio. TX

- Levy. J., Dilks. L., Myers. B., Ashworth. B., Thrasher. A., Blancett, S., Arthur. A. & Marceaux. J. (2009. April) The Lake Area Pain Questionnaire: Differentiation Between Non Pain and Malingering Groups. A poster presentation at the 55th annual conference of the Southwestern Psychological Association. San Antonio. TX

- Arthur. A., Dilks. L., Thrasher. A., Blancett. S., Myers. B. & Levy. J. (2009, April) The Interrelationship Between Age and Diagnosis for Behaviorally Disturbed Children. A poster presentation at the 55th annual conference of the Southwestern Psychological Association. San Antonio. TX

- Blancett. S., Dilks. L., Arthur. A., Levy. J., Myers. B. & Thrasher. A. (2009. April) The Relationship Between IQ and Adaptive Behavior. A poster presentation at the 55th annual conference of the Southwestern Psychological Association. San Antonio. TX

- Blancett. S., Dilks. L., Levy. J., Arthur. A., Thrasher. A. & Myers. B. (2009. April) IQ. Clock Tests Scores and Scoring Systems with the Developmentally Disabled. A poster presentation at the 55th annual conference of the Southwestern Psychological Association. San Antonio. TX

- Myers. B., Dilks. L., Ashworth. B., Levy. J., Blancett. S., Thrasher. A., Arthur. A. & Marceaux. J. (2009. April) Neuropsychological Symptoms Following Traumatic Brain Injury Due to Motor Vehicle Accidents. A poster presentation at the 55th annual conference of the Southwestern Psychological Association. San Antonio. TX

- Thrasher. A., Dilks. L., Levy. J., Myers. B., Blancett. S. Arthur. A. (2009. April) Neuropsychological Impairments Secondary to Coronal Craniosynostosis: A Case Study. A poster presentation at the 55th annual conference of the Southwestern Psychological Association. San Antonio. TX

- Marceaux. J., Dilks. L., Arthur. A., Myers. B., Levy. J., Blancett. S. & Thrasher. D. (2009. November) Effects of EDC Exposure on Levels of Depression and Anxiety. A poster presentation at the 29th annual conference of the National Academy of Neuropsychology. New Orleans. LA

- Ashworth. B., Dilks. L., Marceaux. J., Levy. J., Blancett. S., Carroll. A., Carbonaro. S. & Dilks. S. (2010. March) The Effect of Educational Achievement on the Results of the MoCA and MMSE. A Poster Presentation at the Seventh Annual Lamar Educational Research Conference. Beaumont. TX

- Dilks. L., Dilks. S., Marceaux. J., Levy. J., Ashworth. B., Bray. P., Blancett. S., Carroll. A. & Carbonaro. S. (2010. April) A Pilot Study of Adolescent Runaway Behaviors. A Poster Presentation at the Seventh Annual Lamar Educational Research Conference. Beaumont. TX

21

Liberty/Crespo 1023

1G053170001

- Marceaux. J.. Dilks, L.. Carroll. A.. Ashworth. B.. Dilks. S.. Thrasher. A.. Carbonaro. S. & Blancett. S. (2010. October) Differences in Memory Impairment in Patients of TBI and Chemical Exposure. A poster presentation at the 30th annual conference of the National Academy of Neuropsychology. Vancouver. BC

- Blancett. S.. Dilks. L.. Carroll. A.. Thrasher. A.. Marceaux. J.. Dilks. S.. Ashworth. B. & Carbonaro. S. (2011. March) Cognitive Impairment Secondary to Electrocution: A Neuropsychological Case Study. A poster presentation at the Eight Annual Lamar University Educational Research Conference. Beaumont. TX

- Carroll. A.. Marceaux. J.. Dilks. L.. Dilks. S.. Ashworth. B.. Thrasher. A.. Carbonaro. S.. Blancett. S. & Smith. C. (2011. March) Effects of TENS Unit and Cognitive Therapy in Patients with Chronic Pain. A poster presentation at the Eight Annual Lamar University Educational Research Conference. Beaumont. TX

- Carbonaro. S.. Dilks. L.. Dilks. S.. Marceaux. J.. Ashworth. B.. Carroll. A.. Blancett, S. & Thrasher. A. (2011. March) Predictors of Adaptive Functioning in Delinquent Teens. A poster presentation at the Eight Annual Lamar University Educational Research Conference. Beaumont. TX

- Ashworth. B.. Dilks. L.. Smith. C. & Dilks. S. (2011. April) A Study of Seven Offenders Charged with Possession of Child Pornography. A poster presentation at the 57th Annual Conference of the Southwestern Psychological Association. San Antonio. TX

- Ashworth. B.. Dilks. L.. Smith. C. & Dilks. S. (2011. April) Profile of Drug Use Among Incarcerated Juveniles. A poster presentation at the 57th Annual Conference of the Southwestern Psychological Association. San Antonio. TX

- Ashworth. B.. Dilks. L.. Myers. B. & Bourassa. J. (2012. March) An Investigation of Incident Prevalence in Domestic Violence Cases. A poster presentation at the Ninth Annual Lamar University Educational Research Conference. Beaumont. TX

- Dilks. L.. Bourassa. J.. Ashworth. B. & Myers. B. (2012. March) A Case Study of A Run Away Girl. A poster presentation at the Ninth Annual Lamar University Educational Research Conference. Beaumont. TX

- Ashworth. B.. Bourassa. J.. Dilks. L.. Dilks. S. & Myers. B. (2012. March) Predictors of Adaptive Functioning in Juveniles Using the JIFF. A poster presentation at the Ninth Annual Lamar University Educational Research Conference. Beaumont. TX

- Myers. B.. Dilks. L.. Bourassa. J.. Ashworth. B. and Dilks. S. (2012. March) Teachers Guide to Recognizing Signs/Symptoms of Sexually Abused Children. A poster presentation at the Ninth Annual Lamar University Educational Research Conference. Beaumont. TX

- Ashworth. B.. Dilks. L.. Bourassa. J. & Myers. (2012. March) Beginning A Community Based Clinical Psychology Doctoral Internship Program. A poster presentation at the Ninth Annual Lamar University Educational Research Conference. Beaumont. TX

22

Liberty/Crespo 1024

1G053170001

- Bourassa, J., Dilks, L., Myers, B., Ashworth, B. & Dilks, S. (2012, March) A Dilemma of Assessment: A Case Study of Psycho-educational Assessment of a Blind Deaf Client. A poster presentation at the Ninth Annual Lamar University Educational Research Conference, Beaumont, TX

- Ashworth, B., Dilks, L., Myers, B. & Bourassa, J. (2012, April) Psychological Profile of Diaconate Candidates. A poster presentation at the 2012 Annual Convention of the Southwestern Psychological Association, Oklahoma City, OK

- Ashworth, B., Dilks, L., Myers, B. & Bourassa, J. (2012, April) Identifying Non-Verbal Learning Disabilities Using the WAIS-III. A poster presentation at the 2012 Annual Convention of the Southwestern Psychological Association, Oklahoma City, OK

- Nguyen, N., Wilburn, K., Parker, B., Dilks, L., Myers, B. & Ashworth, B. (2012, April) Anxiety and Depression Among Juvenile Delinquents. A poster presentation at the 2012 Annual Convention of the Southwestern Psychological Association, Oklahoma City, OK

- Dilks, L., Ashworth, B., Myers, B. & Bourassa, J. (2012, April) Case Study of a Group Experiencing a Major Oil Rig Disaster. A poster presentation at the 2012 Annual Convention of the Southwestern Psychological Association, Oklahoma City, OK

- Bourassa, J., Dilks, L., Myers, B. & Ashworth, B. (2012, April) Case Study of Psychological Consequences of a Pre-Frontal Lobectomy. A poster presentation at the 2012 Annual Convention of the Southwestern Psychological Association, Oklahoma City, OK

- Ashworth, B., Dilks, L., Myers, B. & Bourassa, J. (2012, April) Neuropsychological Consequences of Peritoneal Mesothelioma. A poster presentation at the 2012 Annual Convention of the Southwestern Psychological Association, Oklahoma City, OK

- Dilks, L., Ashworth, B., Myers, B. & Bourassa, J. (2012, April) Case study of a Toxic Chemical Exposure Group. A poster presentation at the 2012 Annual Convention of the Southwestern Psychological Association, Oklahoma City, OK

- Dilks, L., Ashworth, B., & Hawkins, R. (2012, July). Establishing a Community Based Pre-doctoral Internship Site. A poster presentation at the 2012 Annual Summer Session of Fielding Graduate University, Washington, D.C.

- Ashworth, B., Dilks, L., & Myers, B. (2012, July). Sequela of a Pre-Frontal Lobectomy: A Case Study. A poster presentation at the 2012 Annual Summer Session of Fielding Graduate University, Washington, D.C.

- Ashworth, B., Dilks, L., Dilks, T., Myers, B., & Bourassa, J. (2012, July). Prevalence of Domestic Violence in Southwest Louisiana. A poster presentation at the 2012 Annual Summer Session of Fielding Graduate University, Washington, D.C.

- Ashworth, B., Dilks, L., Dilks, T., Myers, B., & Bourassa, J. (2012, July). Relevance of the Juvenile Inventory for Functionality (JIFF). A poster presentation at the 2012 Annual Summer Session of Fielding Graduate University, Washington, D.C.

23

Liberty/Crespo 1025

1G053170001

- Bourassa. J.. Dilks, L.. Dilks, S. & Ashworth. B. (2012. September). Case Study of Psychological Consequences of Experiencing an Oil Rig Explosion. A poster presentation at the 10th Annual Conference on Brain Injury. Miami. FL.

- Bourassa, J.. Dilks. S.. Dilks. L. & Ashworth. (2012. September) Integrating Erikson Hypnosis Techniques and Cognitive Behavioral Strategies for the Treatment of Chronic Pain in Post Concussion Syndrome. A poster presentation at the 10th Annual Conference on Brain Injury. Miami. FL.

- Bourassa J.. Dilks. L. Ashworth, B. & Dilks. S. (2012, September). Posttraumatic Stress Disorder Following an Offshore Explosion. A poster presentation at the Tenth Annual Conference on Brain Injury. Miami, FL.

- Hutchinson K., DuVall, T.. Bourassa. J., Dilks. L. & Ashworth B. (2013, March) "I Hear, I Forget. I See. I Remember. I Do, I Understand": Applying the Moore Method of Teaching Mathematics to Cognitive Rehabilitation. A poster presentation at the Tenth Annual Lamar University Educational Research Conference. Beaumont. TX

- DuVall. T.. Hutchinson. K.. Dilks. L., Bourassa, J., Ashworth, B. & Dilks. S. (2013, March) Employment Stressors in HIV Patients. A poster presentation at the Tenth Annual Lamar University Educational Research Conference, Beaumont, TX

- DuVall. T.. Hutchinson. K.. Dilks. L.. Bourassa. J.. Ashworth. B. & Dilks. S. (2013. March) Case Study: Youthful Offender. A poster presentation at the Tenth Annual Lamar University Educational Research Conference. Beaumont. TX

- Hutchinson. K.. Dilks. L.. DuVall., T. , Bourassa, J. & Ashworth, B. (2013. March) Who is More Depressed? A Comparison of Depression Between Older Women and Men. A poster presentation at the Tenth Annual Lamar University Educational Research Conference. Beaumont. TX

- DuVall. T.. Hutchinson. K.. Dilks. L.. Bourassa, J. & Ashworth. B. (2013. March) Profile: Juvenile Sexual Offender. A poster presentation at the Tenth Annual Lamar University Educational Research Conference. Beaumont. TX

- Hutchinson. K.. Dilks. L.. DuVall. T.. Bourassa, J.. Ashworth, B. & Dilks. S. (2013. March) Apathy in Alzheimer's Disease: Agreement Between Raters. A poster presentation at the Tenth Annual Lamar University Educational Research Conference. Beaumont. TX

- DuVall. T.. Hutchinson. K.. Dilks. L. & Ashworth, B. (2013. April) Charcot-Marie-Tooth: An Inquiry into the Functional Impairment. A poster presentation at the 59th Annual Conference of the Southwestern Psychological Association. Fort Worth. TX

- Hutchinson. K.. Dilks. L.. Ashworth. B. & DuVall. T. (2013. April) Sequelae of West Nile Virus. A poster presentation at the 59th Annual Conference of the Southwestern Psychological Association. Fort Worth. TX

24

Liberty/Crespo 1026

1G053170001

- Hutchinson, K., Dilks, L., Ashworth, B. & DuVall, T. (2013, April) Cognitive Impairment Secondary to Chemical Toxicity: Acute Hydrogen Sulfide Exposure. A poster presentation at the 59th Annual Conference of the Southwestern Psychological Association. Fort Worth, TX

- Hutchinson, K., Dilks, L., Ashworth, B. & DuVall, T. (2013, April) Guillain-Barre Syndrome Case Study: A Neuropsychological Profile. A poster presentation at the 59th Annual Conference of the Southwestern Psychological Association. Fort Worth, TX

- Hutchinson, K., Dilks, L., Ashworth, B. & DuVall, T. (2013, April) Symptoms of PTSD After Exposure to a Toxic Chemical. A poster presentation at the 59th Annual Conference of the Southwestern Psychological Association. Fort Worth, TX

- Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Hubbard, L. & Bourassa, J. (2013, July) A Neuropsychological Study of an individual with West Nile Neuroinvasive Disease. A poster presentation at the 2013 Summer Session of Fielding Graduate University, Alexandra, VA

- Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Hubbard, L. & Bourassa, J. (2013, July) The Long Term Consequences of a Severe Traumatic Brain Injury: A Ten-Year Follow Up Study in Cognition, Behavior, and Encephalomalacia. A poster presentation at the 2013 Summer Session of Fielding Graduate University, Alexandra, VA

- Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Hubbard, L. & Bourassa, J. (2013, July) Neuropsychological Consequences of Acute Paraffin Solvent Exposure. A poster presentation at the 2013 Summer Session of Fielding Graduate University, Alexandra, VA

- DuVall, T., Hutchinson, K., Dilks, L., Ashworth, B., Hubbard, L., Dilks, S. & Bourassa, J. (2013, July) An Analysis of the Match Crisis in Clinical Psychology Internships: A 15 Year Perspective. A poster presentation at the 2013 Summer Session of Fielding Graduate University, Alexandra, VA

- Hutchinson, K., Dilks, L., DuVall, T., Bourassa, J., Ashworth, B., Cimo, A., Moore, M. & Hays, S. (September, 2013) A Validity Study: A Comparison of the Folstein Mini Mental State Examination (MMSE) to the Montreal Cognitive Assessment (MoCA). A poster presentation at the 11th Annual Conference on Brain Injury. New Orleans, LA

- Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Bourassa, J., Cimo, A., Moore, M. & Hays, S. (September, 2013) The Long Term Neuropsychological Consequences of Chronic Exposure to Dichlormethane. A poster presentation at the 11th Annual Conference on Brain Injury. New Orleans, LA

- Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Bourassa, J., Cimo, A., Moore, M. & Hays, S. (September, 2013) Alzheimer's Disease: Agreement Between Raters. A poster presentation at the 11th Annual Conference on Brain Injury. New Orleans, LA

25

Liberty/Crespo 1027

1G053170001

- DuVall. T.. Hutchinson. K.. Dilks. L.. Cimo. A.. Ashworth. B.. Bourassa. J.. Moore. M. & Hays. S. (September. 2013) Assessment of Executive Functions in Youthful Offenders: A Pilot Study. A poster presentation at the 11th Annual Conference on Brain Injury. New Orleans. LA

- Hutchinson. K.. Dilks. L.. DuVall. T.. Ashworth. B.. Bourassa. J.. Cimo. A.. Moore. M. & Hays. S. (September. 2013) Acute Paraffin Solvent Exposure: The Long-Term Neuropsychological Sequelae of Benzene. Toluene. and Xylene. A poster presentation at the 11th Annual Conference on Brain Injury. New Orleans. LA

- Hawkins. R.. Ashworth. B. & Dilks. L. (October. 2013) WAIS Differential Abilities and Bipolar Disorder. Substance Abuse. and Generalized Anxiety Diagnoses. A poster presentation at the New England Psychological Association annual convention. Bridgeport. CT.

- Hutchinson. K.. Dilks. L.. DuVall. T.. Ashworth. B.. Bourassa. J.. Moore. M. & Hayes. S. (January. 2014) The Long Term Neuropsychological Consequences of Chronic Exposure to Dichloromethane. A poster presentation at the 2014 Fielding Graduate University National Winter Session. Santa Barbara. CA.

- Hutchinson. K.. Dilks. L.. DuVall. T.. Ashworth. B.. Bourassa. J.. Moore. M. & Hayes. S. (January. 2014) Depression in Alzheimer's Disease: Comparison of Self and Informant Ratings. A poster presentation at the 2014 Fielding Graduate University National Winter Session. Santa Barbara. CA.

- Hutchinson. K.. Dilks. L.. Ashworth. B.. DuVall. T.. Moore. M. & Hayes. S. (January. 2014) Guillain-Barre' Syndrome Case Study: A Neuropsychological Profile. A poster presentation at the 2014 Fielding Graduate University National Winter Session. Santa Barbara. CA.

- Hawkins. R.. Ashworth. B. & Dilks. L. (January. 2014) WAIS Differential Abilities and Bipolar Disorder. Substance Abuse. and Generalized Anxiety Diagnosis. A poster presentation at the 2014 Fielding Graduate University National Winter Session. Santa Barbara. CA.

- Hayes. S.. Dilks. L.. Moore. M.. Hutchinson. K.. Ashworth. B.. Julian. A. & DeRoach. K. (March. 2014) Symptom Endorsement Following a Chemical Explosion. A poster presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont. TX

- Julian. A.. Dilks. L.. Hutchinson. K.. Moore. M.. Hayes. S.. Ashworth. B. & DeRoach. K. (March. 2014) A Review of Psychological Features Consequent to an Explosion. A poster presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont. TX

  Hutchinson. K.. Dilks. L.. Ashworth. B.. Moore. M.. Hayes. S.. Julian. A. & DeRoach. K. (March. 2014) Is There a Genetic Link to Apathy in Alzheimer's Disease? A poster presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont. TX

26

Liberty/Crespo 1028

1G053170001

Hutchinson. K.. Dilks. L.. Ashworth. B.. Moore. M., Hayes. S.. Julian. A. & DeRoach. K. (March. 2014) Gender as A Predictor of Apathy in Alzheimer's Disease: Is There a Difference Between Men and Women? A poster presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont. TX

Ashworth. B.. Dilks. L.. Hutchinson. K., Moore. M.. Hayes. S.. Julian. A. & DrRoach. K. (March. 2014) Effect of Education on Reducing Non-Verbal Learning Disability. A poster presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont. TX

- Hayes. S.. Dilks. L.. Moore. M.. Hutchinson. K.. Ashworth. B.. White. A. & DeRoach. K. (March. 2014) A Case Study in Arson. A poster presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont. TX

Hayes. S.. Dilks, L.. Moore. M.. Ashworth. B.. Hutchinson. K.. Julian. A. & DeRoach. K. (March. 2014) Coustody Law Comparison-Hawaii. Louisiana and Texas. A poster presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont. TX

- Hutchinson. K.. Hayes. S.. Moore. M.. Dilks. L., Ashworth, B.. Julian. A. & DeRoach. A. (March. 2014) Psychological Consequences of an Industrial Explosion. A poster presentation at the Eleventh Annual Lamar University Educational Research Conference. Beaumont. TX

- Hayes, S.. Dilks. L.. Moore. M.. Hutchinson. K.. DuVall. T.. Ashworth. B. & Julian. A. (April. 2014) Posttraumatic Stress Disorder Following a Plant Explosion. A poster presentation at the 60th Annual Convention of the Southwestern Psychological Association. San Antonio. TX

- Moore. M.. Dilks. L.. Hayes. S.. Hutchinson. K., Ashworth. B.. DuVall. T. & Julian. A. (April. 2014) Initial Anxiety Symptoms Following a Chemical Plant Explosion. A poster presentation at the 60th Annual Convention of the Southwestern Psychological Association, San Antonio. TX

- Hayes. S.. Moore. M.. Dilks. L.. Hutchinson. K.. DuVall. T.. Ashworth. B. & Julian. A. (April. 2014) Posttraumatic Stress Disorder in Plant Explosion Victims: Agreement Between Raters. A poster presentation at the 60th Annual Convention of the Southwestern Psychological Association. San Antonio. TX

- Moore. M.. Dilks. L.. Hayes. S.. Hutchinson. K.. Ashworth. B.. DuVall. T. & Julian. A. (April, 2014) Initial Symptoms of Depression Following a Chemical Plant Explosion. Agreement Between Raters. A poster presentation at the 60th Annual Convention of the Southwestern Psychological Association. San Antonio. TX

- DuVall. T.. Hutchinson. K.. Dilks. L.. Moore. M.. Hayes. S.. Ashworth. B. & Julian. A. (April, 2014) Assessment of Giftedness in Fraternal Twins: A Case Study. A poster presentation at the 60th Annual Convention of the Southwestern Psychological Association. San Antonio. TX

27

Liberty/Crespo 1029

1G053170001

- Ashworth. B.. Moore. M.. Hayes. S., Dilks. L.. Hutchinson. K., DuVall. T.. McGoldrick. K.. Orozco. A.. Viggiani. S.. DeRoche. K.. & Julian. A.(July. 2014) A Case Study in Adolescent Arson. A poster presentation at the 2014 Summer Session of Fielding Graduate University. Rosemont. IL

- DuVall. T.. Hutchinson, K.. Moore. M.. Dilks. L.. Ashworth. B.. Hayes. S., McGoldrick. K., & Orozco. A. (July. 2014) Engagement Factors of Federal Non-Custody Correctional Employees. A poster presentation at the 2014 Summer Session of Fielding Graduate University. Rosemont. IL

- Ashworth. B., Dilks. L.. Hutchinson. K.. Moore. M.. Hayes. S.. McGoldrick. K.. Orozco. A., Viggiani, S.. Julian, A.. & DeRoche. K. (July. 2014) Effect of Education on Reducing Non-Verbal Learning Disability. A poster presentation at the 2014 Summer Session of Fielding Graduate University. Rosemont. IL

- Moore. M.. Hayes. S.. Dilks. L.. Hutchinson. K., DuVall. T.. Ashworth. B.. McGoldrick. K.. Orozco. A.. & Julian. A. (July. 2014) Posttraumatic Stress Disorder and Plant Explosion Victims. A poster presentation at the 2014 Summer Session of Fielding Graduate University. Rosemont. IL

- Moore. M.. Dilks. L.. Hutchinson. K.. Hayes. S., DuVall. T.. Ashworth. B.. McGoldrick. K.. Orozco. A. & Viggiani. S. (September. 2014) Analysis of Clock Drawings for Developmentally Delayed Individuals. A poster presentation at the 2014 U.S. Psychiatric and Mental Health Congress. Orlando. FL

- Ashworth. B.. Dilks. L.. Hutchinson. K.. Hayes. S.. Moore. M.. Orozoco. A.. DeRoche. K.. Julian. A. & Barnett. O. (October. 2014) A pilot Study of Age and Education Norms for the Montreal Cognitive Assessment. A poster presentation at the 34th annual conference of the National Academy of Neuropsychology. Farjardo. PR

- Hutchinson. K.. Dilks. L.. DuVall. T. & Ashworth. B. Risk Factors for Apathy in Alzheimer's Disease. (October. 2014) A poster presentation at the 34th annual conference of the National Academy of Neuropsychology. Farjardo. PR

- McGoldrick. K.. Oroczo. A., Hutchinson. K.. Dilks. L.. Viggiani. S., King.. C.. Julian. A. & DeRoche. K. (January. 2015) Comorbid Cognitive Disorders in Adolescent Males in Residential Treatment: Prevalence Rates and Treatment Recommendations. A poster presentation at the 2014 Fielding Graduate University Winter Session.

- Orozco. A.. McGoldrick. K.. Viggiani, S.. Hutchinson. K., Dilks, L., King. C.. DeRoche. K. & Julian. A. (January. 2015) Will DSM-5 Become Obsolete In 2015? A poster presentation at the 2014 Fielding Graduate University Winter Session.

- McGoldrick. K.. Oroczo. A.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. Julian. A. & DeRoche. K. (January. 2015) A Neuropsychological Perspective of Left Hemianopsias. A poster presentation at the 2014 Fielding Graduate University Winter Session.

28

Liberty/Crespo 1030

1G053170001

- Julian, A., DeRoche, K., Hutchinson, K., Dilks, L., Viggiani, S., King, C., Oroczo, A. & McGoldrick, K. (March, 2015) A Psychological Analysis of Three Institutionalized Intellectually Disabled Individuals. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- Oroczo, A., McGoldrick, K., Viggiani, S., Hutchinson, K., Dilks, L., King, C., Julian, A. & DeRoche, K. (March, 2015) Applying Social Learning Theory when Developing a Day Treatment Program for Children. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- DeRoche, K., Julian, A., Dilks, L., Hutchinson, K., Viggiani, S., King, C., Oroczo, A & McGoldrick, K. (March, 2015) A Case Study of Intractable Epilepsy Secondary to Traumatic Brain Injury. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- Orozco, A., McGoldrick, K., Viggiani, S., Hutchinson, K., Dilks, L., King, C., Julian, A. & DeRouche, K. (March, 2015) Keeping It Professional: Managing Your Personal Online Identity When Working In Mental Health. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- DuVall, G., DeRoche, K., Dilks, L., McGoldrick, K., Oroczo, A., Viggiani, S., Hutchinson, K. & King, C. (March, 2015) A Study of Gender Differences in Micro Facial Expression Recognition. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- McGoldrick, K., Oroczo, A., Viggiani, S., Hutchinson, K., Dilks, L., King, C., Julian, A. & DeRoche, A. (March, 2015) Cognitive and Functional Impairment Associated with Charcot-Marie-Tooth. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- Hutchinson, K., King, C., McGoldrick, K., Viggiani, S., Oroczo, A., DeRoach, K., Julian, A., Dilks, L. & Short, J. Anxiety as a Contributing Feature in Disability. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- Hutchinson, K., Julian, A., King, C., Viggiani, S., McGoldrick, K., Oroczo, A., DeRoache, K., Dilks, L. & Short, J. (March, 2015) Time Estimation After a Chemical Explosion. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- DeRoache, K., Julian, A., Dilks, L., Hutchinson, K., McGoldrick, K., Oroczo, A., Viggiani, S. & King, C. (March, 2015) A Case Study of Adolescent Bipolar Disorder and Comorbid Attention Deficit Hyperactivity Disorder. A poster presentation at the 2015 Lamar Educational Research Conference. Beaumont, TX

- King, C., Kivisalu, T., Phillips, C., Dilks, L., Hutchinson, K., Orozco, A., McGoldrick, K., Viggiani, S., DeRoche, & Julian, A. (April, 2015) A Comparison Study: Reliability Generalizations of the AWS and RIAS. A poster presentation at the 61st annual meeting of the Southwestern Psychological Association, Wichita, KS

29

Liberty/Crespo 1031

1G053170001

- Viggiani. S.. Orozco. A.. McGoldrick. K.. DeRoache. K.. King. C.. Julian. A.. Hutchinson. K. & Dillks. L. (April. 2015) An Examination of the Possible Effects of Clozaril on Adverse Behaviors. A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita. KS

- Viggiani. S.. Orozco. A.. McGoldrick. K.. King. C.. Julian, A.. DeRoche. K.. Hutchinson. K. & Dilks, L. (April. 2015) Will DSM-5 Become Obsolete in 2015? A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita, KS

- Hutchinson. K.. McGoldrick. K.. Viggiani. S.. Orozco. A.. King. Julian, A.. DeRoche. K.. Dilks. L. & Ashworth. B. (April. 2015) Apathy in Alzheimer's Disease: Associated with Executive Dysfunction? A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita, KS

- DeRoche. K.. King. C.. Hutchinson. K.. Julian. A.. Viggiani. S.. Dilks. L.. Orozco. A. & McGoldrick. K. (April. 2015) Clock Drawings for Developmentally Delayed Adults: IQ. Age. Gender. and Adaptive Behavior. A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita. KS

- McGoldrick. K.. Orozco. A.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. Julian. A. & DeRoche. K. (April. 2015) Prevalence of Comorbid Cognitive Disorders with Adolescent Males in Residential Treatment. A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita. KS

- Orozco. A.. McGoldrick. K.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. Julian. A. & DeRoche. K. (April, 2015) Are Brain Injuries Identified and Conceptualized in Psychotherapy with Children and Adolescents. A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita. KS

- McGoldrick. K.. Hutchinson. K.. Dilks. L.. Viggiani. S., Orozco. A.. Julian. A.. King. C.. Ashworth. B. & DeRoche. K. (April. 2015) A Study of Bilateral and Unilateral Left Hemianopsias: A Neuropsychological Perspective. A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita. KS

- Julian. A.. King. C.. DeRoche. K.. Hutchinson. K.. Dilks. L.. Viggiani. S.. Orozco. A. & McGoldrick. K. (April. 2015) Analysis of Clock Drawings in Cognitively Impaired Adults. A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita. KS

- Orozco. K.. McGoldrick. K.. Viggiani. S.. Hutchinson. K.. Dilks. L., King. C.. Julian. A. & DeRoche. A. (April. 2015) Reviewing the Match Statistics from 2012 to 2014: Has the Match Crisis Improved Since APA has Increased Funds? A poster presentation at the 61st annual meeting of the Southwestern Psychological Association. Wichita, KS

- Viggiani. S.. King. C.. Kivisalu. T.. Phillips. C.. Dilks. L.. Hutchinson. K.. Orozco. A.. McGoldrick. K.. DeRoche. K. & Julian. A. (April. 2015) AWS and RIAS-Reliability Issues. A poster presentation at the 2015 Travis Research Institute. Pasadena. CA

30

Liberty/Crespo 1032

1G053170001

- Viggiani. S.. DeRoche. K.. King. C.. Hutchinson. K.. Julian. A.. Dilks. L.. Orozco. A.McGoldrick. K. (April. 2015) Variability on the Clock Drawing Tests of Developmentally Delayed Adults. A poster presentation at the 2015 Travis Research Institute. Pasadena. CA

- McGoldrick. K.. Orozco. A.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. Julian. A. & DeRoche. K. (April. 2015) Cognitive Functioning Following an Industrial Explosion: A Group Analysis. A poster presentation at the North American Brain Injury Society's 12th Annual Conference on Brain Injury. San Antonio. TX

- Orozco. A.. McGoldrick. K.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. Julian. A. & DeRoche. K. (April. 2015) Psychotherapy With Brain Injured Adults: Are We Learning What We Need? A poster presentation at the North American Brain Injury Society's 12th Annual Conference on Brain Injury. San Antonio. TX

- McGoldrick. K.. Oroczo. A.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. Julian. A. & DeRoche. K. (May. 2015) Identifying and Treating the Brain Injured Child and Adolescent in Psychotherapy: Identification. Conceptualization. and Recommendations. A poster presentation at the North American Brain Injury Society's 12th Annual Conference on Brain Injury. San Antonio. TX

- McGoldrick. K.. Oroczo. A.. Viggiani. S.. Hutchinson. K.. Dilks. L.. King. C.. Julian. A. & DeRoche. K. (May. 2015) A Study of Visual Field Loss: Right Inferior Quadrantanopia. Bilateral and Unilateral Left Hemianopsias. A poster presentation at the North American Brain Injury Society's 12th Annual Conference on Brain Injury. San Antonio. TX

- McGoldrick. K.. Hutchinson. K.. Orozco. A.. Viggiani. S.. Dilks. L & King. C. (June. 2015) Effects of Guillain-Barre. Syndrome and West Nile Virus on Cognitive Functioning. A poster presentation at the 13th annual American Academy of Clinical Neuropsychology conference. San Francisco. CA

- Pritlusky. R.. Viggiani. S.. Bourassa. J.. Ashworth. B.. Dilks. L. & Hutchinson. K. (October, 2015) Parental Affect's Influence on Childhood Behavior. A poster presentation at the Los Angles County Psychological Association's 27th Annual Conference. Culver City. CA

### INVITED ADDRESSES

- "Performing Custody Evaluations", Southwest Louisiana Counseling Association. June 2002.

- "Developmental Disorders Among Teenagers". Boys and Girls Village. July 2001.

- "The Adverse long-term Neuropsychological effects of Organic Solvents". Annual Psi Chi National Honor Society meeting.  McNeese State University. April 2002.

- "Diagnosis of Personality Disorders. Office of Juvenile Justice Services. April, 2000.

31

Liberty/Crespo 1033

1G053170001

- "Foundations of Behavior Management", Preferred Living Inc., March 2000.

- "Psychological Aspects of Sleep Disorders". St. Patrick Hospital Sleep Studies Center. March 2000.

- "DSM-IV. New Innovations". Southwest Louisiana Professional Counselor Association. August. 1999

- "Cross Examination of Psychologists & Psychiatrists". Atlanta. GA. May 1997.

- "Understanding Psychological Tests & Reports". Louisiana Rehabilitation Services. August 1988.

- "Detection of Suicidal Risk in College Students". Louisiana Counseling Association Annual Meeting. Ruston. LA. October 1985.

- "Understanding Psychological Testing. Part 1". Louisiana Rehabilitation Services. October 2003.

- "Understanding Psychological Testing. Part 2", Louisiana Rehabilitation Services. December 2003.

- "Overview of the DSM-IV TR". Louisiana Rehabilitation Services. January 2004.

- "Childhood Disorders and the DSM-IV-TR. Part 1", Louisiana Rehabilitation Services. February 2004.

- "Childhood Disorders and the DSM-IV-TR. Part 2". Louisiana Rehabilitation Services. March 2004.

- "The future of Psi Chi". Annual Psi Chi Honor Society meeting. McNeese State University. April 2004.

- "The Long Term Effects of EDC". Public Awareness Meeting sponsored by Environmental Protection Agency Environmental Justice Grant. April 2004.

- "Diagnosis of Organic Disorders". Louisiana Rehabilitation Services. May 2004.
- "Adolescent Psychiatric Disorders". Boys' and Girls' Village. June 2004.

- "Fundamentals of the Mental Status Exam". Louisiana Rehabilitation Services. July 2004.

- "A Comprehensive Look at Mental Status Exams". Professional Training Resources. July 2004

- "Schizophrenic. Psychotic and Delusional Disorders". Louisiana Rehabilitation Services. September 2004.

- "Mood Disorders". Louisiana Rehabilitation Services. January 2005.

32

Liberty/Crespo 1034

1G053170001

- "Somatoform. Factitious and Dissociative Disorders". Louisiana Rehabilitation Services. March 2005.

- "Anxiety Disorders", Louisiana Rehabilitation Services. April 2005.

- "Developmental Issues in Adolescent Behavior". Boys' and Girls' Village. April 2005.

- "Counseling Individuals Exposed to Toxic Chemicals". University of New Orleans. April 2005.

- "Understanding Psychological Test Results". Office of Youth Development. July 2005.

- "Differential Diagnosis of Organic Mental Disorders". Louisiana Rehabilitation Agency. January, 2006.

- "Differential Diagnosis and the DSM-IV-TR". Louisiana Rehabilitation Services. May 2006.

- "Differential Diagnosis of Organic Mental Disorders". Education and Treatment Counsel. July 2006.

- "Differential Diagnosis of Mood Disorders". Education and Treatment Counsel. July 2006.

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. November. 2006.

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. February. 2007.

- "Childhood Mental Disorders". Louisiana Professional Counselors Association of Lafayette. June 2007.

- "Overview of the DSM-IV-TR". Office of Youth Development. June 2007.

- "Somatoform Disorders". Louisiana Rehabilitation Services, June 2007.

- "Overview of the DSM-IV-TR". Office of Juvenal Justice Services. September 2007.

- "Sexual. Eating and Sleep Disorders. Part I". Louisiana Rehabilitation Services. September 2007.

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. December 2007.

- "Sexual. Eating and Sleep Disorders. Part II". Louisiana Rehabilitation Services. December. 2007

- "Somatoform. Factitious, and Dissociative Disorders" Louisiana Professional Counselors Association of Lafayette. February, 2008

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. March. 2008

33

Liberty/Crespo 1035

1G053170001

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. May. 2008

- "Psychological Disorders of Childhood". Louisiana Rehabilitation Services. May. 2008
- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. June. 2008

- "Post Traumatic Stress Disorders in Children" Critical Incident Training Workshop. June. 2008

- "Understanding Psychological Testing" Louisiana Rehabilitation Services. July. 2008

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop, September, 2008

- "Signs and Symptoms of Sexually Abused Children. Part I", Office of Juvenile Justice Services. October. 2008

- "Signs and Symptoms of Sexually Abused Children. Part II" Office of Juvenile Justice Services. November. 2008

- "Impulse Control and Adjustment Disorders", Louisiana Rehabilitation Services. March 2009.

- "Differential Diagnosis of Mental Disorders", McNeese State University College of Nursing Workshop on Psychiatric Disorders. March 2009.

- "Differential Diagnosis of Organic Mental Disorders". McNeese State University College of Nursing Workshop on Psychiatric Disorders. April 2009.

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. May 2009.

- "Overview of the DSM-IV-TR". Louisiana Rehabilitation Services, July 2009.

- "The Back of the Book", Office of Juvenile Justice. July 2009.

- "The Axis Diagnostic System in DSM-IV-TR". Department of Psychiatry. Christus-St. Patrick Hospital. July 2009.
- "Post Traumatic Stress Disorder", Critical Incident Training Workshop, May 2010.

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. September 2010.

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. September 2011.

- "Understanding Psychological Testing". Office of Juvenile Justice. November 2011.

- "Principles of Learning: Classical Conditioning". Acadiana Brain Injury Center. January. 2012

- "Principles of Learning: Operant Conditioning I". Acadiana Brain Injury Center. February. 2012

34

Liberty/Crespo 1036

1G053170001

- "Mood Disorders", McNeese State University. March. 2012.

- "Principles of Learning: Operant Conditioning II", Acadiana Brain Injury Center. March. 2012

- "Somatoform Disorders and Factitious Disorders". McNeese State University. March. 2012.

- "DSM-5 Children's Disorders", Office of Juvenile Justice. May 2012

- "Principles of Negative Reinforcement". Acadiana Brain Injury Center. May. 2012

- "Ask the Doctor". Office of Juvenile Justice Services. May 2012

- "DSM-5", Regional Rehabilitation Center. Lake Charles Memorial Hospital. July. 2012

- "DSM-5 Children's Disorders-Part II". Office of Juvenile Justice. August. 2012

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. October. 2013

- "Post Traumatic Stress Disorder", Critical Incident Training Workshop. May, 2014

- "Highlights of Changes from DSM-IV-TR to DSM-5". Louisiana Rehabilitation Services. December. 2014

- "Personality Disorders and DSM-5". Louisiana Rehabilitation Services, January. 2015

- "DSM-5 Neurodevelopmental Disorders", Louisiana Rehabilitation Services. Feburary. 2015

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. March. 2015

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. April, 2015

- "Schizophrenia and Other Psychotic Disorders in DSM-5". Louisiana Rehabilitation Services. April. 2015

- "Depressive Disorders in DSM-5", Louisiana Rehabilitation Services. May, 2015

- "Post Traumatic Stress Disorder". Critical Incident Training Workshop. June. 2015

- "Bipolar Disorders Disorders in DSM-5". Louisiana Rehabilitation Services. June. 2015

- "Anxiety Disorders in DSM-5", Louisiana Rehabilitation Services. July. 2015

- "Obsessive-Compulsive and Related Disorders in DSM-5" Louisiana Rehabilitation Services. August. 2015.

35

Liberty/Crespo 1037

1G053170001

- "Trauma and Stressor Related Disorders in DSM-5" Louisiana Rehabilitation Services, September, 2015

- "Dissociative Disorders in DSM 5" Louisiana Rehabilitation Services, October, 2015

- "Disruptive Disorders of Childhood and Adolescents in DSM-5", Louisiana Rehabilitation Services, November, 2015

- "Understanding ICD-10" Louisiana Rehabilitation Services, December, 2015

- "Feeding and Eating Disorders in DSM-5" Louisiana Rehabilitation Services, January, 2016

## SITE DIRECTORSHIPS

- MMPI-2 norm group study conducted at the US Army hospital, Ft. Polk, LA, 1981, for National Computer Systems-University of Minnesota Press.

- LIFE pre norm group study conducted at McNeese State University, 2005, for Western Psychological Services.

- Shipley Institute of Living Scales, revised, norm group study, conducted at McNeese State University, 2006, for Western Psychological Services.

- GOAL norm study conducted at McNeese State University, 2007, for Western Psychological Services.

- Adult Behavior Assessment Scale norm group study at McNeese State University and Robinswood School, 2008, for Western Psychological Services.

- MCMI-IV 2014 norm study conducted in Lake Charles, LA for Pearson, Inc.

## BOARDS

- President, Louisiana Community Care, Inc., 2008-2015

- Member, Louisiana Board of Examiners of Psychologists, School Psychology Sub Committee, 1984-1985

- Vice President, Concerned Citizens of Southwest Louisiana, 2005-2006

- Member, Executive Counsel, Southwestern Psychological Association, 2008-2012

- Chairperson, Continuing Education Committee, Southwestern Psychological Association, 2008-2012

36

Liberty/Crespo 1038

1G053170001

## COURSES TAUGHT AT NORTHWESTERN STATE UNIVERSITY, FIELDING GRADUATE UNIVERSITY AND MCNEESE STATE UNIVERSITY

### Undergraduate courses

Introduction to Psychology
Child Psychology
Internship in Applied Psychology

Special Problems
Abnormal Psychology
Psychology of Adjustment

### Graduate Courses

Psychometric Procedures
Behavioral Assessment
Psychopathology
Seminar in School Psychology
Advanced Child Psychology
World of Work
Counseling Skills
Counseling Practicum
School Psychology Practicum
Seminar in Psychology Measurement
Independent Study
Wechsler Scales
Practicum in Research Psychology
Special Problems

Binet Scales
Projective Techniques
Intelligence Testing
School Counseling Practicum
Mental Health Counseling Practicum
Addiction Treatment Practicum
Addiction Treatment Internship
Applied Behavior Analysis Internship
School Counseling Internship
Mental Health Counseling Internship
Thesis Supervision
Practicum in Clinical Psychology
Practicum in Psychological Assessment

### Depositions

| | |
|---|---|
| 08/02/10 | D. Garcia- Mark Delphin |
| 09/22/10 | T. Menard – Greg Marceaux |
| 04/13/11 | J.G Richard –Rex Townsley |
| 09/18/11 | T. Badgeley- Baggett & McCall |
| 10/18/11 | T. Badgeley- Baggett & McCall |
| 10/25/11 | T. Badgeley- Baggett & McCall |
| 04/24/12 | B. Ortiz- Rex Townsley |
| 05/04/12 | J. Matthews- |
| 11/26/12 | C. Johnson- Scott Pias |
| 2/19/13 | D. Bertrand- Broussard and David |
| 01/27/14 | K. Niles-T. Fowler |
| 03/10/14 | M. Aleshire-M. Keating |
| 03/19/14 | B. Hebert-R. Mahtook |
| 04/10/14 | B. Wilmore-S. Pias |
| 08/22/14 | S. Favors-M. Cox |
| 08/27/14 | D. Stutes |
| 02/04/15 | I. Mohammad-S. Hale |
| 04/15/15 | R. Orgeron-P. Cox |
| 07/22/15 | P. Carter-  Rex Townsley |
| 09/15/15 | J. Mizelle- Daimom Beard |
| 11/12/15 | Robert Bridges-Arnold and Itkin |

37

Liberty/Crespo 1039

1G053170001

| 12/21/15 | Jerome Duplechain- Raleigh Newman |
| 1/14/16 | Sandrica Garrett-Arnold and Itkin |
| 1/25/16 | Christian Bennett-Scott Pias |

## Court Testimony

| 3-11-08 | A. Hebert |
| 5-05-08 | R. Wiley |
| 11-24-08 | A. Simon |
| 12-19-08 | S. Richard |
| 02-09-09 | A. Hebert |
| 08-11-09 | M. Dubose |
| 01-14-10 | M. Boudreaux- District Attorney Office and DCFS |
| 03/08/10 | K. Jasmine |
| 09-15-10 | M. Boudreaux- District Attorney Office and DCFS |
| 10-14-10 | G. Hanks- District Attorney Office and DCFS |
| 10-06-11 | G. Hanks-District Attorney Office and DCFS |
| 12-20-11 | G. Hanks-District Attorney Office and DCFS |
| 10-11-12 | L. Doss - District Attorney Office and DCFS |
| 05-08-13 | S. Fontenot-Steven Broussard |
| 10-02-13 | D. LeBlanc |
| 11-01-13 | J. Day- Calcasieu Parish District Attorneys Office |
| 11-04-13 | J. Day- Calcasieu Parish District Attorneys Office |

Compiled: 2-10-2015

38

Liberty/Crespo 1040

1G053170001

Kimberly S. Hutchinson, PhD
2711 Ernest St.
Lake Charles. LA 70601
337-431-7194
*kim.hutchinson003@gmail.com*

## EDUCATION

| | |
|---|---|
| 2013 – 2015 | Postdoctoral Fellowship, Rehabilitation Psychology, emphasis in Neuropsychology, Southwest Louisiana Psychology Consortium Lake Charles Memorial Hospital, Lake Charles, LA |
| 2013 | PhD, Clinical Psychology, Neuropsychology Concentration Fielding Graduate University, Santa Barbara, CA |
| 2009 | MA, Clinical Psychology Fielding Graduate University, Santa Barbara, CA |
| 1999 | MS, General/Experimental Psychology Villanova, University, Villanova, PA |
| 1995 | BLS, Behavioral Science, Psychology Concentration Barry University, Miami Shores, FL |
| 1982 | AS, Medical Laboratory Technology Marshall University, Huntington, WV |

## CLINICAL EXPERIENCE

10/2015 - Present    Private Practice – clinical psychology/ neuropsychology
- Assessment and treatment of neuropsychological and psychological disorders. Implement treatment strategies for cognitive rehabilitation and pain management.

10/2013 – 10/2015    **Post Doctoral Fellow**
Rehabilitation Psychology, emphasis in Neuropsychology
Southwest Louisiana Psychology Consortium/Lake Charles
Memorial Hospital
Lake Charles, Louisiana

- Conduct neuropsychological screenings and assessments. Develop and implement treatment plans. Engage patients in cognitive rehabilitation and cognitive stimulation. Provide brief therapy, family therapy, and psychoeducation. Member of a multidisciplinary treatment team.  Provide consultation services to

Hutchinson    1

Liberty/Crespo 1041

1G053170001

other disciplines. Supervision with doctoral interns and practicum students. Program development and implementation of policies and procedures.
- Research on a variety of interests including: effects of toxic exposure, neuropsychological screening, apathy in Alzheimer's disease, nonverbal learning disabilities, and PTSD. Development and presentation of seminars, workshops, papers, and posters.

9/2012 – 9/2013    **Doctoral Intern.** Clinical Psychology
Southwest Louisiana Pre-doctoral Internship Consortium
Lake Charles. Louisiana

- Conducted psychological and neuropsychological screenings and assessments for populations ranging from children to older adults.
- Provided short- and long-term psychotherapy for individuals on a medical rehabilitation unit and individuals participating in a psychiatric rehabilitation program, with a focus on underserved and economically disadvantaged populations. Facilitation and co-facilitation of group therapy for medical rehabilitation and a trauma group.
- Research, development, and presentation of posters, papers, and workshops on a range of topics including dementia. toxic exposure, case studies, depression, and anxiety.

## Practicum Training

10/2009 - 05/2010    **Practicum Student**
Lakeview Center Pensacola, Florida

- Provided short- and long-term individual therapy, comprehensive treatment planning, and facilitated psychoeducational groups with adults in a community mental health center. Interventions included solution-focused therapy, motivational interviewing, and cognitive-behavioral approaches. Emphasis on services for underserved populations, high risk suicidal behaviors, and crisis stabilization follow-up.
- Performed psychological assessments with adults ranging from 18 to 75 years. Assessment batteries included cognitive, personality, and projective tests, as well as self-report questionnaires. Wrote comprehensive psychological reports integrating data from relevant varied sources (e.g., clinical interview, WAIS-IV, PAI, CVLT-2, MMSE).
- Conducted cognitive assessments and wrote reports for children ranging in age from 6 to 17 years (e.g., WISC-IV, Woodcock Johnson III Tests of Cognitive Abilities, Woodcock Johnson III Tests of Achievement).
- Participated in a multidisciplinary treatment team including psychiatrist. social worker, case managers, and nurses.
- Rotations: Adult Outpatient Services, Community Recovery Team, Crisis Stabilization Unit. Meridian Children's Unit. West Florida Community Care

Hutchinson 2

Liberty/Crespo 1042

1G053170001

(longer-term inpatient facility).

10/2008 - 05/2009  **Practicum Student**
The Rehabilitation Hospital, Lee Memorial Health System.
Fort Myers, FL

- Worked on a medical rehabilitation unit with adults whose Axis I disorders presented secondary to medical conditions such as stroke, diabetes, or serious physical injury.
- Conducted intake interviews, biopsychosocial assessments, and brief therapy utilizing supportive and cognitive-behavioral approaches.
- Performed psychological testing ranging from bedside screening to full psychological assessment batteries. Selected tests include: mental status exam (MSE), Repeatable Battery for the Assessment of Neuropsychological Status (RBANS), Dementia Rating Scale-2, MMPI-2.
- Member of a multidisciplinary treatment team that included physicians, nurses, rehabilitation therapists, and social workers.

10/2008 - 03/2009  **Practicum Student**, Yawkey Children's Counseling Center
Pediatric Hematology/Oncology Department
The Children's Hospital of Southwest Florida, Fort Myers, FL

- Conducted neuropsychological assessments with children in an oncology follow-up program. Batteries included cognitive, achievement, memory, visual-motor, and executive function tests, as well as informant questionnaires. Wrote integrated reports.
- Emphasis on monitoring cognitive changes across time as children entered progressive developmental stages.
- Participated in grand rounds and feedback sessions with families.

10/2007 - 06/2008  **Practicum Student**
Lee Memory Care, Lee Memorial Health System, Fort Myers, FL

- Conducted neuropsychological assessments with older adults in a memory clinic. Batteries included cognitive, memory, executive function, and dementia instruments, as well as self-report and informant questionnaires. Report writing and participated in feedback sessions.
- Provided psychoeducation for patients and family members/caregivers.
- Assisted in training new psychometrists.
- Contributed to a multidisciplinary team of geriatric specialists, neurologists. and social workers.

Hutchinson  3

1G053170001

## Clinical Employment

09/2011 – 03/2012  **Psychometrist** (part-time), Mind and Brain Care, Fort Myers, FL

- Neuropsychological testing with adolescents and adults in a private practice setting. Frequently assessed populations included vocational-rehabilitation, dementia, and personal injury.
- Responsibilities included administration and scoring of neuropsychological test batteries.

10/2009 - 05/2010  **Outpatient Therapist** (part-time), Lakeview Center, Pensacola, FL

- Conducted intake assessments, treatment planning, and individual therapy with adults in a community mental health setting.
- Interventions included solution-focused therapy, motivational interviewing, and cognitive-behavioral approaches.
- Participated in weekly case-conferences.
- Facilitated client access to in-house and community resources.

01/2009 – 09/2009  **Psychometrist**, Florida Spine and Brain, Fort Myers, FL

- Neuropsychological testing with adults in a private practice setting. Frequently assessed populations included dementia and personal injury.
- Responsibilities: Administration and scoring of neuropsychological test batteries.

07/1996 - 08/1997  **Residential Crisis Counselor**, Abuse Counseling & Treatment Fort Myers, FL

- Provided counseling and psychoeducation on domestic violence for women residing in a domestic violence shelter.
- Conducted intake interviews and provided case management.
- Co-facilitated psycho-educational groups related to domestic violence.

06/1995 - 07/1996  **Telephone Crisis Counselor** (volunteer), Abuse Counseling & Treatment, Fort Myers, FL

- Provided psychoeducation and supportive counseling for individuals who called the domestic violence crisis line.
- Screened clients for domestic violence shelter admission.
- Provided referrals to community agencies for continuity of care to ensure patient safety.

Hutchinson   4

Liberty/Crespo 1044

1G053170001

## GRANTS
- 2016 Member of project development team receiving a $70,000 grant to establish a safe driving assessment program
- 2014 Recipient of a $15,000 Lake Charles Memorial Hospital Foundation grant in support for the postdoctoral fellow
- 2014 Recipient of a Brown Foundation $15,000 grant to continue the postdoctoral fellowship in neurocognitive rehabilitation psychology
- 2013 Recipient of a Brown Foundation $30,000 grant to establish and fund a postdoctoral fellowship in neurocognitive rehabilitation psychology

## RESEARCH

**Dissertation** (2013, July)
**Chair**: Dr. Anthony Greene, Faculty, Fielding Graduate University
**Topic**: Risk factors for apathy in Alzheimer's disease. Apathy is a syndrome that is often present in individuals who have Alzheimer's disease. Apathy reduces the quality of life for affected individuals and increases stress for family members/caregivers. This study explored risk factors for the development of apathy in patients who have Alzheimer's disease.

### Research Practicum Training

01/2011 - 04/2011   **Research Team Member**, Fielding Graduate University
Principal Investigator: Lynne Carroll. PhD

- Collaborated with Dr. Carroll in the exploration of social and affective reactions of undergraduate students toward transgender individuals.
- Conducted detailed review of data, performed statistical analyses, compiled and interpreted findings, composed results section, and assisted in the preparation of the poster for APA and the subsequent manuscript development.

03/2006 - 06/2007   **Research Team Member**, Fielding Graduate University
Principal Investigator: Anthony Greene, PhD

- Actively collaborated with other members to examine how risk assessments are utilized for women. Surveyed psychologists who perform risk assessments, and explored the considerations psychologists made when assessing women for risk of violence.
- Responsibilities: literature search; assisted with questionnaire development and review; participated in database setup, data entry, and assisted with statistical analyses.

Hutchinson   5

Liberty/Crespo 1045

1G053170001

03/2006          **Research Assistant,** Fielding Graduate University
                 Principal Investigator: Tiffany Field, PhD

- Research assistant in an early phase of an NIH grant funded study that examined the effect of imitation on the behavior of autistic children.
- Participated in data coding; reviewed and assisted in training new research assistants.


**Additional Research Experience**

10/2005 - 10/2006   **Research Consultant,** Nova Southeastern University, Fort Lauderdale, FL

- Designed and conducted research study to support the university re-accreditation process.
- Produced research and technical reports in the area of higher education.


07/2002 - 09/2005   **Senior Research Associate,** Institutional Research Nova Southeastern University, Fort Lauderdale, FL

- Designed and conducted nine descriptive research studies in areas of higher education including attrition/retention and student outcomes.
- Responded to external surveys and filed federal and state reports.
- Assisted academic centers with the conceptualization and development of studies regarding program development. Assisted with processes for evaluation of the majors and quality improvement planning.


01/2000 - 11/2000   **Research Associate,** Complient, Inc., Ardmore, PA

- Coordinator for research studies. Data management and statistical analyses. Conference presentation development.
- Prepared quarterly educational and statistical reports to Fortune 500 Companies; Managed scientific library and developed library database.
- Supervision of data entry staff.


05/1998 - 12/1999   **Research Assistant,** Complient, Inc., Ardmore, PA

- Responsibilities: literature searches; data coding; data entry, statistical analyses.
- Collaborated with Dr. Starr on manuscript development and presentation preparation.


Hutchinson   6

1G053170001

09/1997 - 05/1998   **Research Assistant**. Villanova University, Villanova, PA.

- Assisted in research with pre-school children in order to examine language acquisition and development.
- Responsibilities: engaging pre-school children in single-session language tasks and audio-recording sessions; literature searches; data coding and data entry.

## PAPERS AND PRESENTATIONS

### Publications

Dilks, L. S., & Hutchinson, K. S. (In press). *Cognitive rehabilitation for executive functions (vols 1-2)*. Youngsville, NC: Lash & Associates.

Hutchinson, K. S., & Dilks, L. S. (2015). *The practical guide to cognitive rehabilitation: Overcoming cognitive neurological impairments*. Youngsville, NC: Lash & Associates.

DuVall, T., Hutchinson, K., Dilks, L., Ashworth, B., & Bourassa, J. (2013). An analysis of the match crisis in clinical psychology internships: A 15 Year Perspective. *Psychotherapy Bulletin, 48*(3), 37-40.

DuVall, T. & Hutchinson, K. (2012). Motivation. In L. S. Dilks, D. Matzenbacher, & C. Melville (Eds.), *Readings in psychology* (3rd ed., pp. 61-63). Professional Training Resources.

Carroll, L., Güss, D., Hutchinson, K., & Gauler, A. (2012). How do U.S. students perceive trans persons? *Sex Roles*. 67, 516-527. doi: 10.1007/s11199-012-0193-8

Carroll, L., Gauler, A., Relph, J., & Hutchinson, K. (2011). Counselor self-disclosure: Does sexual orientation matter to straight clients? *International Journal for the Advancement of Counseling, 33*, 139-148. doi: 10.1007/s10447-011-9118-4

Field, T., Nadel, J., Diego, M., Hernandez-Reif, M., Russo, K., Vchulek, D., Lendi (Hutchinson), K., & Siddalingappa, V. (2010). Children with autism are more imitative with an imitative adult than with their parents. *Early Childhood Development and Care, 180*. 513-518. doi 10.1080/03004430802090570

Liberty/Crespo 1047

1G053170001

## Conference Proceedings

Richard, M., Viggiani, S., Hutchinson, K., Dilks, L., King, C., Myers, B., Hippman, K., & Ashworth, B. (2016). Diagnosis and classification of Autism Spectrum Disorder. *Proceedings of the 13th Lamar Education Research Conference*. Beaumont, TX: Lamar University.

King, C., Dilks, L. S., Hutchinson, K. S., Viggiani, S., Orozco, A., McGoldrick, K., Julian, A., & DeRoche, K. (2015). Violence against women. *Proceedings of the 12th Lamar Education Research Conference*. Beaumont, TX: Lamar University.

Hayes, S., Dilks, L., Moore, M., Hutchinson, K., Ashworth, B., Julian, A., et al. (2014). Custody law comparison: Hawaii, Louisiana, and Texas. *Proceedings of the 11th Lamar University Education Research Conference*. Beaumont, TX, 66-74.

DuVall, T., Dilks, L., Hutchinson, K., & Ashworth, B. (2013). Developmental Etiology of Antisocial Personality Disorder. *Proceedings of the 10th Lamar University Education Research Conference*, Beaumont, TX, 49-77.

## Presentations

Hutchinson, K.S., Richard, M., Viggiani, S., Dilks, L.S., Myers, B., King, C., Hippman, K., Ashworth, B., & DeRoche, K. (2016). An examination of the World Health Organization Disability Assessment Schedule 2.0 with an inpatient rehabilitation population. Poster presented at the National Academy of Neuropsychology Conference. Seattle, WA., October, 2016.

Ashworth B., Myers B., Hippman K., Viggiani S., King C., Hutchinson K.S., DeRoche K., Richard M., Dilks, L.S. (2016). A progressive study of age and education norms for the Montreal Cognitive Assessment. Poster presented at the National Academy of Neuropsychology Conference. Seattle, WA., October, 2016.

Myers, B., Ashworth, B., Hutchinson, K., Viggiani, S., King, C., Hippman, K., Dilks, L.S., Richard, M., & DeRoche, K. (2016). A matched case-control study of the validity of the Montreal Cognitive Assessment for individuals with cerebral vascular accident or orthopedic difficulties. Poster presented at the National Academy of Neuropsychology Conference. Seattle, WA., October, 2016.

Viggiani S, DeRoche K, Richard M, Dilks L, Hutchinson K, King C, Hippman K, Myers B. & Ashworth B. (2016). Multi effects of cerebrovascular accident on reading and visual abilities: a case study. Poster presented at the National Academy of Neuropsychology Conference. Seattle, WA., October, 2016.

Hutchinson  8

Liberty/Crespo 1048

1G053170001

Viggiani, S., Myers, B., Hutchinson, K.S., DeRoche, K., King, C., Richard, M., Hippman, K., Ashworth, B., & Dilks, L.S. (2016). Profile of an Individual with a history of thalidomide exposure, cerebral vascular accident, and lifestyle factors: A case study. Poster presented at the National Academy of Neuropsychology Conference. Seattle, WA., October, 2016.

Hutchinson, K.S., Ashworth, B., Dilks, L.S., Viggiani, S., Richard, M., King, C., Myers, B., Hippman, K., & Short, J. (2016).  Social competency: Mediator between family conflict and child behavior problems? Poster presented at the American Psychological Association Convention. Denver, CO, August, 2016.

Myers, B.C., Hawkins, R., Diego, M., Field, T., Dilks, L.S., Hutchinson, K.S., Viggiani, S., Ashworth, B., King, C., Hippman, K., & Richard, M. (2016). Shyness and touch avoidance: Does interpersonal dependency moderate a relationship? Poster presented at the American Psychological Association Convention. Denver, CO, August, 2016.

Dilks, L.S., Hutchinson, K.S., Ashworth, B., King, C., Richard, M., Myers, B.C., Hippman, K., & Viggiani, S.I. (2016). How to get an internship: the crisis in clinical psychology. A workshop presentation at the 62nd annual Southwestern Psychological Conference. Dallas, TX, April, 2016.

Dilks, L.S., Hutchinson, K.S., Ashworth, B., Viggiani, S.I., King, C., Richard, M., Hippman, K., & Myers, B.C. (2016). Unintended consequences in 2020: APA seeks to restrict nationwide licensure. A talk presentation at the 62nd annual      Southwestern Psychological Association conference. Dallas, TX, April, 2016.

Dilks, L.S., Viggiani, S.I., Hutchinson, K.S., Ashworth, B., Myers, B.C., King, C., Richard, M., & Hippman, K. (2016). A student,s guide to understanding ICD10. A workshop presentation at the 62nd annual Southwestern Association conference. Dallas, TX, April, 2016.

Ashworth, B., Hutchinson, K.S., Dilks, L.S., Viggiani, S.I., Hippman, K., King, C., Richard, M., & Myers, B.C. (2016). Comorbid disorders relationship with disruptive behavior disorder. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

Ashworth, B., Richard, M., Myers, B.C., Hippman, K., Dilks, L.S., King, C., Hutchinson, K.S., Viggiani, S.I. (2016). Caregiver cannabis use relationship to childhood mood disorders. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

Ashworth, B., Dilks, L.S., Viggiani, S.I., Hutchinson, K.S., King, C., Richard, M., Myers, B.C., & Hippman, K. (2016). Caregiver physical assault and psychological aggression on disruptive behavior disorder. A poster presentation at the 62nd

Liberty/Crespo 1049

1G053170001

annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

Hippman, K., King, C., Dilks, L.S., Hutchinson, K.S., Ashworth, B., Myers, B.C., Viggiani. S.I., & Richard, M. (2016). The relationship between expulsion rate and IQ scores in juvenile delinquents. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

King, C., Hippman, K., Viggiani, S.I., Myers, B.C., Richard, M., Ashworth, B., Hutchinson, K.S., & Dilks, L.S. (2016). Association between cognitive impairment and anxiety in middle aged adults. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

King, C., Hutchinson, K.S., Viggiani, S.I., Richard, M., Hippman, K., Myers, B.C., Dilks. L.S., Ashworth, B. (2016). Relationship between cognitive impairment and depression in adults: a case study. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

King, C., Viggiani, S.I., Hippman, K., Myers, B.C., Hutchinson, K.S., Dilks, L.S., Ashworth, B., & Richard, M. (2016). A case study of central pontine myelinolysis co-morbid with alcohol abuse. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

Myers, B.C., King, C., Dilks, L.S., Hutchinson, K.S., Ashworth, B., Viggiani, S.I., Hippman, K., & Richard, M. (2016). A correlational study of shyness and conflict negotiation within romantic relationships. A poster presentation at the 62nd annual Southwestern Psychological Association Conference. Dallas, TX, April, 2016.

Myers, B.C., Hutchinson, K.S., Dilks, L.S., King, C., Richard, M., Viggiani, S.I., Hippman, K., & Ashworth, B. (2016). Case study of an individual with Gillain-Barre syndrome and diabetes mellitus. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

Richard, M., Dilks, L.S., Hutchinson, K.S., Ashworth, B., King, C., Myers, B.C., Viggiani, S.I., & Hippman, K. (2016). An exploratory study examining the correlation between Bender-Gestalt performance and IQ. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

Viggiani, S.I., Hutchinson, K.S., Richard, M., King, C., Myers, B.C., Hippman. K., Ashworth, B. & Dilks, L.S. (2016). Cognitive and emotional impairments as a result of encephalomalacia: A case study. A poster presentation at the 62nd annual Southwestern Psychological Association conference. Dallas, TX, April, 2016.

Liberty/Crespo 1050

1G053170001

Viggiani, S., King, C., Kivisalu, T. M., Phillips, C. E., Dilks, L., Hutchinson, K., et al. (2015, October). *AWS and RIAS reliability issues.* Poster presented at the 2015 Travis Institute Research Colloquium, Pasadena, CA.

Viggiani, S., DeRoche, K., King, C., Hutchinson, K., Julian, A., Dilks, L., et al. (2015, October). *Variability on the Clock Drawing Tests of developmentally delayed adults.* Poster presentation at the 2015 Travis Institute Research Colloquium, Pasadena, CA.

Pritlusky, R., Viggiani, S., Bourassa, J., Ashworth, B., Dilks, L., & Hutchinson, K. (October, 2015). *Parental Affect's Influence on Childhood Behavior.* A poster presented at the 27th Annual LACPA Conference, Culver City, CA.

Dilks, L., Hutchinson, K., Viggiani, S., King, C., Oroczo, A., & McGoldrick, K. (July, 2015). *Cognitive Rehabilitation: Diagnosis and Treatment.* Workshop presented at the 2015 Summer Symposium. Profession Training Resources, Marksville, LA.

McGoldrick, K., Hutchinson, K., Oroczo, A., Viggiani, S., & Dilks, L. (2015, April). *Cognitive functioning following an industrial explosion: A group analysis.* Poster presented at the 12th Annual North American Brain Injury Society Conference, San Antonio, TX.

McGoldrick, K., Oroczo, A., Viggiani, S., Hutchinson, K., & Dilks, L. (2015, April). *Identifying and treating the brain injured child and adolescent in psychotherapy: Identification, conceptualization, and recommendations.* Poster presented at the 12th Annual North American Brian Injury Society Conference, San Antonio, TX.

McGoldrick, K., Oroczo, A., Viggiani, S., Hutchinson, K., Dilks, L., King, C., Julian, A. & DeRoche, K. (2015, April). *A study of visual field loss: Right inferior quadrantanopia, bilateral and unilateral left hemianopsias.* Poster presented at the 12th Annual North American Brain Injury Society Conference. San Antonio, TX.

Oroczo, A., McGoldrick, K., Viggiani, S., Hutchinson, K., Dilks, L., King, C., et al. (2015, April). *Psychotherapy with Brain Injured Adults: Are We Learning What We Need?* Poster presented at the 12th Annual Conference on Brain Injury. San Antonio, TX.

Oroczo, A., Hutchinson, K. S., Viggiani, S., King, C., & Dilks, L. S. (2015, April). *The continuing MATCH crisis in clinical psychology and how to get selected.* Workshop presented at the 61st Annual Southwestern Psychological Association Conference, Wichita, KS.

Oroczo, A., Viggiani, S., Hutchinson, K. S., Dilks, L. S., Ashworth, B., & King, C. (2015, April). *The solution to reducing anxiety in graduate students: Self-care.* Workshop

Hutchinson    11

Liberty/Crespo 1051

1G053170001

presented at the 61st Annual Southwestern Psychological Association Conference, Wichita, KS.

Dilks, L. S., Viggiani, S., Oroczo, A., King, C., McGoldrick, K., Hutchinson, K. S., et al. (2015, April). *Will ICD-10 Make DSM-5 Obsolete?* Paper presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.

Oroczo, A., McGoldrick, K., Viggiani, S., Hutchinson, K. S., Dilks, L. S., King, C., Julian, A., & DeRoche, K. (2015, April). *Are brain injuries identified and conceptualized in psychotherapy with children and adolescents?* Paper presented at the 61st Annual Southwestern Psychological Association Conference, Wichita, KS.

Oroczo, A., Viggiani, S., Hutchinson, K., Dilks, L., King, C., & Ashworth, B. (2015, April). *Matching to an internship: More critical than the psychology profession realizes.* Paper presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.

Ashworth, B., Viggiani, S., Julian, A., Hutchinson, K., King, C., DeRoche, K., McGoldrick, K., Orozco, A. & Dilks, L. (2015, April). *Prediction of intimate partner violence from problematic child behaviors.* Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.

Ashworth, B., Walling, C., Dilks, L. S., & Hutchinson, K. S. (2015, April). *The role of difficult childhood behaviors on intimate partner violence.* Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.

DeRoche, K., King, C., Dilks, L., Hutchinson, K., Julian, A., Ashworth, B., Orozco, A., Viggiani, S., & McGoldrick, K. (2015, April). *Clock drawings for developmentally delayed adults: IQ, age, gender, and adaptive behavior.* Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.

Dilks, L. S., Viggiani, S., Oroczo, A., King, C., McGoldrick, K., Hutchinson, K. S., Ashworth, B., DeRoche, K., & Julian, A. (2015, April). *Will ICD-10 Make DSM-5 Obsolete?* Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.

Hutchinson, K. S., McGoldrick, K., Viggiani, S., Oroczo, A., King, C., Julian, A., et al. (2015, April). *Apathy in Alzheimer's disease: Associated with executive dysfunction?* Poster presented at the 61st Annual Southwestern Psychological Association Conference, Wichita, KS.

Julian, A., King, C., DeRoche, K., Dilks, L. S., Hutchinson, K. S., Ashworth, B., Orozco, A., McGoldrick, K., & Viggiani, S. (2015, April). *Analysis of clock drawings in cognitively impaired adults.* Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.

Hutchinson    12

King, C., Kivisalu, T. M., Phillips, C. E., Dilks, L., Hutchinson, K., Oroczo, A., McGoldrick, K., Viggiani, S., DeRoche, K., & Julian, A. (2015, April). *A comparison study: Reliability generalizations of the AWS and RIAS.* Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.

McGoldrick, K., Hutchinson, K. S., Dilks, L. S., Viggiani, S., Oroczo, A., Julian, A., & DeRoche, K. (2015, April). A study of bilateral and unilateral left hemianopsias: A neuropsychological perspective. *Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.*

McGoldrick, K., Oroczo, A., Viggiani, S., Hutchinson, K., Dilks, L., King, C., Julian, A. & DeRoche, K. (2015, April). Prevalence of comorbid cognitive disorders with adolescent males in residential treatment. *Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.*

Orozco, A., McGoldrick, K., Viggiani, S., Hutchinson, K., Ashworth, B., Dilks, L., King, C., Julian, A., & DeRoche, K. (2015, April). The Match statistics from 2012-2014: Any improvement since APA got involved? *Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.*

Viggiani, S., Oroczo, A., McGoldrick, K., DeRoche, K., King, C., Julian, A., Hutchinson, K., & Dilks, L. (2015, April). An examination of the possible effects of Clozaril on adverse behaviors. *Poster presented at the 61st Southwestern Psychological Association Conference, Wichita, KS.*

Dilks, L. S., King, C., Hutchinson, K. S., Viggiani, S., Orozco, A., McGoldrick, K., Julian, A., & DeRoche, K. (2015). *Violence Against Women and Children: An Update.* Invited address presented at the 12th Annual Lamar Education Research Conference, Beaumont, TX.

Orozco, A., McGoldrick, K., Viggiani, S., Hutchinson, K. S., Dilks, L., King, C., Julian, A., & DeRoche, K. (2015, March). *Keeping it professional: Managing your personal online identity when working in mental health.* Paper presented at the Lamar Education Research Conference, Beaumont, TX.

Orozco, A., McGoldrick, K., Viggiani, S., Hutchinson, K., Dilks, L., King, C., Julian, A. & DeRoche, K. (2015, March). *Does This Child Really Have ADHD?* Paper presented at the 12th Annual Lamar Education Conference, Beaumont, TX.

DeRoche, K., Julian, A., Dilks, L., Hutchinson, K. S., McGoldrick, K., Orozco, A., Viggiani, S., & King, C. (2015, March). *A case study of adolescent bipolar disorder and comorbid attention deficit hyperactivity disorder.* Poster presented at the 12th Annual Lamar Education Research Conference, Beaumont, TX.

Liberty/Crespo 1053

1G053170001

DeRoche, K., Julian, A., Dilks, L., Hutchinson, K. S., Viggiani, S., King, C., Orozco, A., & McGoldrick, K. (2015, March). *A case study of intractable epilepsy secondary to traumatic brain injury.* Poster presented at the 12th Annual Lamar Education Research Conference, Beaumont, TX.

DuVall, G., DeRoche, K., Julian, A., Dilks, L., McGoldrick, K., DuVall, T., Oroczo, A., Viggiani, S., Hutchinson, K., & King, C. (2015, March). *A study of gender differences in micro facial expression recognition.* Poster presented at the 12th Annual Lamar Education Research Conference. Beaumont, TX.

Hutchinson, K. S., Julian, A., King, C., Viggiani, S., McGoldrick, K., Oroczo, A., et al. (2015, March). *Time estimation after a chemical explosion.* Poster presented at the 12th Annual Lamar Education Conference, Beaumont, TX.

Hutchinson, K., King, C., McGoldrick, K., Viggiani, S., Oroczo, A., DeRoche, K., Julian, A., Dilks, L., & Short, J. (2015, March). *Anxiety as a contributing factor in disability.* Poster presented at the 12th Annual Lamar Education Research Conference, Beaumont, TX.

Julian, A., DeRoche, K., Hutchinson, K., Dilks, L., Viggiani, S., King, C., et al. (2015, March). *A psychological analysis of three institutionalized intellectually disabled individuals.* Poster presented at the 12th Annual Lamar Education Research Conference, Beaumont, TX.

McGoldrick, K., Oroczo, A., Viggiani, S., Hutchinson, K. S., Dilks, L., King, C., Julian, A. & DeRoche, K. (2015, March). *Cognitive and functional impairment associated with Charcot-Marie-Tooth.* Poster presented at the 12th Annual Lamar Education Conference, Beaumont, TX.

Orozco, A., McGoldrick, K., Viggiani, S., Hutchinson, K. S., Dilks, L., King, C., Julian, A., & DeRoche, K. (2015, March). *Applying social learning theory when developing a day treatment program for children.* Poster presented at the 12th Annual Lamar Education Research Conference, Beaumont, TX.

Oroczo, A., McGoldrick, K., Viggiani, S., Hutchinson, K., Dilks, L., King, C., Julian, A., & DeRoche, K. (2015, March). *Keeping it professional: managing your personal online identity when working in mental health.* Poster presented at the 12th Annual Lamar Education Research Conference, Beaumont, TX.

McGoldrick, K., Oroczo, A., Hutchinson, K., Dilks, L., Viggiani, S., King, C., Julian, A. & DeRoche, K. (2015, January). *Comorbid cognitive disorders in adolescent males in residential treatment: Prevalence rates and treatment recommendations.* Poster presented at the 2015 Fielding Graduate University Winter Session. Santa Barbara, CA.

Hutchinson   14

1G053170001

Oroczo, A., McGoldrick, K., Viggiani, S., Hutchinson, K., Dilks, L., King, C., et al. (2015, January). *Will DSM 5 become obsolete in 2015?* Poster presented at the 2015 Fielding Graduate University Winter Session. Santa Barbara, CA.

Ashworth, B., Dilks, L., Hutchinson, K., Hayes, S., Moore, M., Orozoco, A., DeRoche, K., Julian, A., Barnett, O. (2014, November). A pilot study of age and education norms for the Montreal Cognitive Assessment. Poster presented at the 34th annual meeting of the National Academy of Neuropsychology, Fajardo, Puerto Rico.

Hutchinson, K., Dilks, L., DuVall, T. (2014, November). *Risk factors for apathy in Alzheimer's disease.* Poster presented at the National Academy of Neuropsychology 34th Annual Conference. Fajardo, Puerto Rico.

Moore, M., Dilks, L., Hutchinson, K., Hayes, S., DuVall, T., Ashworth, B., McGoldrick, K., Orozco, A., & Viggiani, S. (2014, September). Analysis of clock drawings for developmentally delayed individuals. Poster presented at the 27th annual meeting of the U.S. Psychiatric & Mental Health Congress. Orlando, Fl.

Ashworth, B., Dilks, L., Hutchinson, K., Moore, M., Hayes, S., McGoldrick, K., et al. (2014, July). *Effect of education on reducing non-verbal learning disability.* Poster presented at the Fielding Graduate University National Summer Session. Rosemont, IL.

Ashworth, B., Moore, M., Hayes, S., Dilks, L. S., Hutchinson, K., DuVall, T., et al. (2014, July). *A case study of adolescent arson.* Poster presented at the 2014 Fielding Graduate University National Summer Session. Rosemont, IL

DuVall, T., Hutchinson, K., Moore, M., Dilks, L. S., Ashworth, B., & Hayes, S. (2014, July). *Engagement factors of federal non-custody correctional employees.* Poster presented at the 2014 Fielding Graduate University National Summer Session. Rosemont, IL

Moore, M., Hayes, S., Dilks, L., Hutchinson, K., DuVall, T., Ashworth, B., McGoldrick, K., Orozco, A. & Julian, A. (2014, July). *Posttraumatic Stress Disorder and plant explosion victims.* Poster presented at the 2014 Fielding Graduate University Summer Session. Rosemont, IL.

DuVall. T., Hutchinson, K., Dilks, L., Moore, M., Hayes, S., & Ashworth, B. (2014, April). *The assessment of giftedness in fraternal twins: A case study.* Poster presented at the 60th meeting of the Southwestern Psychological Association. San Antonio, TX.

Hayes, S., Dilks, L., Hutchinson, K., Ashworth, B., Moore, M., & Julian, A. (2014, April). The match crisis: *How to improve your chances of obtaining an internship.* Paper presented at the 60th meeting of the Southwestern Psychological Association.

Hutchinson    15

Liberty/Crespo 1055

1G053170001

San Antonio, TX.

Moore, M., Hutchinson, K., Dilks, L., Ashworth, B., Hayes, S., & Julian, A. (2014, April). *MMMPI-2 validity scales: Are we getting what we paid for?* Paper presented at the 60th meeting of the Southwestern Psychological Association. San Antonio, TX.

Hayes, S., Dilks, L., Moore, M., Hutchinson, K., DuVall, T., Ashworth, B., et al. (2014, April). *Posttraumatic Stress Disorder following a plant explosion.* Poster presented at the 60th meeting of the Southwestern Psychological Association. San Antonio, TX.

Moore, M., Dilks, L., Hayes, S., Hutchinson, K., Ashworth, B., & DuVall, T. (2014, April). *Initial symptoms of depression following a chemical plant explosion.* Poster presented at the 60th meeting of the Southwestern Psychological Association. San Antonio, TX.

Ashworth, B., Dilks, L., Hutchinson, K., Moore, M., Hayes, S., Julian, A., et al. (2014, March). *Investigation of non-verbal learning disabilities within a low to average IQ cohort.* Poster presented at the 11th annual Lamar University Education Research Conference. Beaumont, TX.

Hayes, S., Dilks, L., Moore, M., Hutchinson, K., Ashworth, B., Julian, A., et al. (2014, March). *A case study in arson.* Poster presented at the 11th annual Lamar University Education Research Conference. Beaumont, TX.

Hayes, S. Dilks, L. Moore, M., Hutchinson, K., Ashworth, B. Julian A., & DeRoche, K. (2014, March). Louisiana custody laws. In L. Dilks (Chair), *Comparison of custody laws.* Symposium conducted at the 11th annual meeting of the Lamar University Education Research Conference. Beaumont, TX.

Hayes, S., Dilks, L., Moore, M., Hutchinson, K., Ashworth, B., Julian, A., et al. (2014, March). *Custody law comparison: Hawaii, Louisiana, Texas.* Poster presented at the 11th annual Lamar University Education Research Conference. Beaumont, TX.

Hayes, S., Dilks, L., Moore, M., Hutchinson, K., Ashworth, B., Julian, A., et al. (2014, March). *Symptoms endorsement following a chemical explosion.* Poster presented at the 11th annual Lamar University Education Research Conference. Beaumont, TX.

Hutchinson, K., Dilks, L., Ashworth, B., Moore, M., Hayes, S., Julian, A., et al. (2014, March). *Is there a genetic link to apathy in Alzheimer's disease?* Poster presented at the 11th annual Lamar University Education Research Conference. Beaumont, Texas.

Hutchinson   16

1G053170001

Hutchinson, K., Hayes, S., Dilks, L., Moore, M., Ashworth, B., Julian, A., et al. (2014, March). *Gender as a predictor of apathy in Alzheimer's disease: Is there a difference between men and women.* Poster presented at the 11th annual Lamar University Education Research Conference. Beaumont, TX.

Hutchinson, K., Hayes, S., Moore, M., Dilks, L., Ashworth, B., & DuVall, T. (2014, March). *Psychological consequences of an industrial explosion.* Poster presented at the 11th annual Lamar University Education Research Conference. Beaumont, TX.

Julian, A., Dilks, L., Hutchinson, K., Moore, M., Hayes, S., Ashworth, B., et al. (2014, March). *A review of psychological features consequent to an explosion.* Poster presented at the 11th annual Lamar University Education Research Conference. Beaumont, TX.

Moore, M., Hutchinson, K., Dilks, L., Hayes, S., Ashworth, B., & Julian, A. (2014, March). *Violence against women and children.* A workshop conducted at the 11th annual Lamar University Education Research Conference. Beaumont, TX.

Hutchinson, K., Dilks, L., Ashworth, B., DuVall, T., Moore, M. & Hayes, S. (2014, January). Guillain-Barré Syndrome case study: A neuropsychological profile. Poster presented at the 2014 Fielding Graduate University National Winter Session. Santa Barbara, CA

Hutchinson, K., Dilks, L., DuVall, T., Ashworth. B., Bourassa, J., Cimo, A., Moore, M., & Hayes, S. (January. 2014). The long term neuropsychological consequences of chronic exposure to dichloromethane. Poster presented at the 2014 Fielding Graduate University National Winter Session. Santa Barbara, CA

Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Bourassa, J., Moore, M., & Hayes, S. (2014, January). Depression in Alzheimer's disease: Comparison of self and informant ratings. Poster presented at the 2014 Fielding Graduate University National Winter Session. Santa Barbara. CA

Hutchinson, K., Dilks, L., DuVall, T., Bourassa, J., Ashworth, B., Cimo, A., Moore, M. & Hayes, S. (2013, September). *A validity study: A comparison of the Folstein Mini Mental State Examination (MMSE) to the Montreal Cognitive Assessment (MoCA).* Poster presented at the NABIS 11th Annual Conference on Brain Injury. New Orleans, LA

Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Bourassa, J., Cimo, A., Moore, M. & Hays, S. (September, 2013). *The long term neuropsychological consequences of chronic exposure to dichlormethane.* Poster presented at the NABIS 11th Annual Conference on Brain Injury. New Orleans, LA

Hutchinson   17

1G053170001

Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Bourassa, J., Cimo, A., Moore, M. & Hays, S. (September, 2013). *Depression in Alzheimer's disease: Agreement between raters*. Poster presented at the NABIS 11th Annual Conference on Brain Injury. New Orleans. LA

DuVall, T., Hutchinson, K., Dilks, L., Cimo, A., Ashworth, B., Bourassa, J., Moore, M. & Hays, S. (September, 2013). *Assessment of executive functions in youthful offenders*: A pilot study. Poster presented at the NABIS 11th Annual Conference on Brain Injury. New Orleans, LA

Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Bourassa, J., Cimo, A., Moore, M. & Hays, S. (September, 2013). *Acute paraffin solvent exposure: The long-term neuropsychological sequelae of benzene, toluene, and xylene.* Poster presented at the NABIS 11th Annual Conference on Brain Injury. New Orleans, LA

DuVall, T., Hutchinson, K., Dilks, L., Ashworth, B., Hubbard, L., Dilks, S. & Bourassa, J. (2013, July). *An analysis of the match crisis in clinical psychology internships: A 15 year perspective.* Poster presented at the 2013 Fielding Graduate University National Summer Session, Alexandria, Virginia.

Hutchinson, K. (2013, July). Risk factors for apathy in Alzheimer's disease. Colloquium presented at the Fielding Graduate University National Summer Session, Alexandria, Virginia.

Hutchinson, K., Dilks, L., DuVall. T., Ashworth, B., Hubbard, L., & Bourassa, J. (2013, July). *Neuropsychological consequences of acute paraffin solvent exposure.* Poster presented at the 2013 Fielding Graduate University National Summer Session, Alexandria, Virginia.

Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Hubbard, L., & Bourassa, J. (2013, July). *The long term consequences of a severe traumatic brain injury: A ten year follow-up study in cognition, behavior, and encephalomalacia.* Poster presented at the 2013 Fielding Graduate University National Summer Session, Alexandria, Virginia.

Hutchinson, K., Dilks, L., DuVall, T., Ashworth, B., Hubbard, L., & Bourassa, J. (2013, July). *A neuropsychological study of an individual with West Nile neuroinvasive disease.* Poster presented at the 2013 Fielding Graduate University National Summer Session, Alexandria, Virginia.

Hutchinson, K., Dilks, L., Ashworth, B. & DuVall, T. (2013, April). *Sequelae of West Nile Virus.* Poster presented at the 59th Annual Conference of the Southwestern Psychological Association, Fort Worth, TX.

Hutchinson, K., Dilks, L., Ashworth, B. & DuVall, T. (2013, April). *Cognitive impairment secondary to chemical toxicity: Acute hydrogen sulfide exposure.* Poster

Hutchinson   18

Liberty/Crespo 1058

1G053170001

presented at the 59th Annual Conference of the Southwestern Psychological Association, Fort Worth, TX.

Hutchinson, K., Dilks, L., Ashworth, B. & DuVall, T. (2013, April). *Guillain-Barre Syndrome case study: A neuropsychological profile.* Poster presented at the 59th Annual Conference of the Southwestern Psychological Association, Fort Worth, TX.

Hutchinson, K., Dilks, L., Ashworth, B. & DuVall, T. (2013, April). *Symptoms of PTSD after exposure to a toxic chemical.* Poster presented at the 59th Annual Conference of the Southwestern Psychological Association, Fort Worth, TX

DuVall, T., Hutchinson, K., Dilks, L. & Ashworth, B. (2013, April). *Charcot-Marie-Tooth: An inquiry into the functional impairment.* Poster presented at the 59th Annual Conference of the Southwestern Psychological Association, Fort Worth, TX

DuVall, T., Dilks, L., Hutchinson, K. & Ashworth, B. (2013, April). SWPA Symposium: *The Crisis in Clinical Psychology Doctoral Internships.* Symposium conducted at the 59th Annual Conference of the Southwestern Psychological Association, Fort Worth, TX.

DuVall, T., Hutchinson, K., Dilks, L., Bourassa, J. & Ashworth, B. (2013, March). *Profile: Juvenile Sexual Offender.* Poster presented at the 10th Annual Lamar University Educational Research Conference, Beaumont, TX

DuVall, T., Hutchinson, K., Dilks, L., Bourassa, J., Ashworth, B. & Dilks, S. (2013, March). *Case study: Youthful offender.* Poster presented at the 10th Annual Lamar University Education Research Conference, Beaumont, TX

DuVall, T., Hutchinson, K., Dilks, L., Bourassa, J., Ashworth, B. & Dilks, S. (2013, March). *Employment stressors in HIV patients.* Poster presented at the 10th Annual Lamar University Education Research Conference, Beaumont, TX

Hutchinson K., DuVall, T., Bourassa, J., Dilks, L. & Ashworth B. (2013, March). *"I hear, I forget. I see, I remember. I do, I understand": Applying the Moore Method of teaching mathematics to cognitive rehabilitation.* Poster presented at the 10th Annual Lamar University Education Research Conference, Beaumont, TX

Hutchinson, K., Dilks, L., DuVall, T. , Bourassa, J. & Ashworth, B. (2013, March). *Who is more depressed? A comparison of depression between older women and men.* Poster presented at the 10th Annual Lamar University Education Research Conference, Beaumont, TX

Hutchinson, K., Dilks, L., DuVall, T., Bourassa, J., Ashworth, B. & Dilks, S. (2013, March). *Apathy in Alzheimer's disease: Agreement between raters.* Poster presented at the 10th Annual Lamar University Education Research Conference,

Hutchinson   19

1G053170001

Beaumont, TX

Hutchinson, K., DuVall, T., Dilks, L., Ashworth, B. & Bourassa, J. (2013, March). *Fundamentals of Neurotoxicology.* Workshop presented at the 2013 Brain Injury Association of Louisiana Conference, Baton Rouge, LA

Hutchinson, K., DuVall, T., Bourassa, J., Ashworth, B. & Dilks, L. (2013, March). Key Note Address. *Violence Against Women.* Presentation at the 10th Annual Lamar University Education Research Conference, Beaumont, TX

Carroll, L., Hutchinson. K., & Gauler, A. (2011, August). *The impact of gender identity and expression on social interaction.* Poster presented at the 119th annual convention of the American Psychological Association, Washington, DC.

Gauler, A., Carroll, L., & Hutchinson, K. (2010, August). *How do helpers perceive gender variant persons?* Poster presented at the 118th annual convention of the American Psychological Association, San Diego, California.

Clements, K., Lendi (Hutchinson), K., & McArdle, G. (2005, January). Organizational development and change theory: A foundation for successful bullying prevention programs. Paper presented at the 3rd annual Hawaii International Conference on Education, Honolulu, Hawaii.

McArdle, G., Lendi (Hutchinson), K., & Clements, K. (2005, February). The free-rider and cooperative learning groups: perspectives from faculty members. Paper presented at the Academy of Human Resource Development International Research Conference, Estes Park. Colorado.

McArdle, G., & Hutchinson, K. (2002, March). Emotional intelligence in the workplace. Workshop conducted at Edison Community College, Fort Myers, Florida.

Starr, L., Hutchinson, K., & Sevag, A. (2000, July). *City of light vs. city of brotherly love: A comparison of EMS responders in Paris and Philadelphia.* Poster presented at Prehospital Care Research Forum, Orlando, Florida.

Starr, L., Hutchinson, K., & Sevag, A. (1999, September). EMS self perceptions: A 5 year study of personality, decision making, and work attitudes. Invited presentation at the NAEMSE Conference, Orlando. Florida.

Starr, L., Rusciewicz, A., Hutchinson, K. S., & Sevag, A. (1999, July). *EMS Self perceptions: A 5 year study of personality, decision making, and work attitudes.* Poster presented at Prehospital Care Research Forum, Denver, Colorado.

Franco, N., Peterson, L., Szuchman, L., Testa, R.J. & Hutchinson, K. (1997, August). Good witches and bad witches along the way: An adult student's perspective. In R. J. Testa (Chair), *The adult student: Integrating developmental theories with*

Hutchinson   20

Liberty/Crespo 1060

1G053170001

*pedagogy.* Symposium conducted at the 105th annual convention of the American Psychological Association, Chicago, Illinois.

Testa, R. J., & Hutchinson, K. S. (1996, August). *Images of diversity in human sexuality textbooks.* Poster presented at the 104th annual convention of the American Psychological Association, Toronto, Canada.

Published Reports

Lendi (Hutchinson), K. (2006). Comparison of student achievement in on-campus versus off-campus locations. Fort Lauderdale, Florida: Nova Southeastern University Research, Planning, and Governmental Affairs Report 06-08.

McArdle, G., Clements, K. D., Hutchinson-Lendi, K. (2005). The free rider and cooperative learning groups: Perspectives from faculty members. ERIC Database. (ED492459).

Lendi (Hutchinson), K. (2005). Examination of global student learning outcomes using cumulative grade point average for Nova Southeastern University students at international locations. Fort Lauderdale, Florida: Nova Southeastern University Research, Planning, and Governmental Affairs Report 05-08.

Lendi (Hutchinson), K. (2005). Persistence and rates of graduation of students pursuing graduate degrees entering the Fischler School of Education and Human Services: Fall terms 1990 and 1997. Fort Lauderdale, Florida: Nova Southeastern University Research and Planning Report 05-05.

Lendi (Hutchinson), K. (2004). Baccalaureate alumna from Nova Southeastern University who return to pursue graduate or professional study. Fort Lauderdale, Florida: Nova Southeastern University Research and Planning Report 04-12.

Lendi (Hutchinson), K. (2004). Profile of graduates from 1998-99 to 2002-03 by academic center. Fort Lauderdale, Florida: Nova Southeastern University Research and Planning Report 04-07.

Hutchinson   21

Liberty/Crespo 1061

1G053170001

Lendi (Hutchinson), K. (2004). A profile of first-time in college students: Fall terms 1997 and 2002. Fort Lauderdale, Florida:  Nova Southeastern University Research and Planning Report 04-04.

Hutchinson-Lendi, K. (2003). Demographic characteristics of first-time in college freshmen and transfer students. Fort Lauderdale, Florida:  Nova Southeastern University Research and Planning Report 03-12.

Hutchinson, K. (2003). Florida Education and Training Placement Information Program findings for NSU graduates: 2000 and 2001. Fort Lauderdale, Florida:  Nova Southeastern University Research and Planning Report (Internal circulation only).

Hutchinson, K. (2003). Persistence and rates of graduation of first-time in college freshmen and transfer students. Fort Lauderdale, Florida:  Nova Southeastern University Research and Planning Report 03-06.


Other Publications

Dilks, L.S., & Hutchinson, K.S. (In press). Executive Functions. Youngsville, NC: Lash & Associates.

Dilks, L. S., DuVall, T., Hutchinson, K., & Ashworth. B. (2013, July 1). New Lake Charles internship acquires APPIC membership. *Psychology Times, 4.* 10.


**TEACHING**

09/2014 – Present   Clinical Faculty. Southwest Louisiana Psychology Consortium, Lake Charles, LA

- Clinical supervisor for pre-doctoral psychology interns and practicum students.
- Director and clinical supervisor for postdoctoral psychology fellows.


07/2002 - 08/2009   Adjunct Faculty, Barry University, Miami Shores, FL

- Undergraduate psychology course development including lectures, exams, group activities. Consultation with students on class projects. Facilitate group discussions.
- Courses taught: Introduction to Psychology. Developmental Psychology, Theories of Personality, Psychology of Women.

Hutchinson   22

Liberty/Crespo 1062

1G053170001

02/2001 - 2002        Teaching Assistant, Barry University, Fort, Myers, FL campus

- Teaching assistant for graduate level quantitative methods course (HSE 707).
- Provided explanations and demonstrations for statistical analyses; developed course handouts; consulted with students on design and interpretation of research projects.
- Tutoring for SPSS program, basic statistics, and research methods.

09/1998 – 05/1999  Teaching Assistant, Villanova University, Villanova, PA

- Directed undergraduate Perception labs and supervised lab report writing by undergraduate students.

## OTHER EXPERIENCE

1982 – 2009        Medical Technologist

- Collected and analyzed medical specimens in a hospital laboratory setting to aid in the detection, diagnosis and treatment of disease.
- Experienced in four major areas including: matching blood for transfusions (blood bank); cell counts and examination of blood and body fluids for abnormal cells (hematology); analyzing chemical content of body fluids and drug testing (chemistry); and testing various antigen-antibody reactions (serology).
- Maintenance and quality control for automated equipment.
- Patient education on laboratory procedures.

## HONORS AND AWARDS
Lake Charles Memorial Hospital Foundation Postdoctoral Fellowship Grant, 2014-2015
Brown Foundation Postdoctoral Fellowship Grant, 2013-2015
Fielding Graduate University Scholarship, 2011
Graduate Assistantship, Barry University, 2001-2002
Research Travel Award, Villanova University, 1999
Graduate Assistantship and Scholarship, Villanova University, 1997 – 1999
Honored Alumni, Barry University, 1996

## PROFESSIONAL SOCIETIES
American Psychological Association
American Psychological Association, Division 22, Rehabilitation Psychology
National Academy of Neuropsychology
North American Brain Injury Society
Southwestern Psychological Association
Psi Chi: Psychology National Honor Society, Member Number 1064276

Hutchinson   23

Liberty/Crespo 1063

1G053170001

**PROFESSIONAL LICENSURE**
Clinical Psychologist, Louisiana #1330
Clinical Psychologist, Florida # PY 9205

**Court Appearances**
None

Hutchinson   24

Liberty/Crespo 1064

1G053170001



# Click-N-Ship®



USPS.com
$13.60
**US POSTAGE**
MD Flat Rate Box

9405 5036 9930 0489 9271 87 0136 0000 0044 0742



02/17/2017          Mailed from 70170      062S0000000309

## PRIORITY MAIL 3-DAY™

REAGAN TOLEDANO
WILLEFORD & TOLEDANO
201 SAINT CHARLES AVE STE 4208
NEW ORLEANS LA 70170-2509

Expected Delivery Date: 02/21/17
Ref#: Crespo
**0004**

**Carrier -- Leave if No Response**           **B900**

SHIP
TO: TODD YOUNGBERG
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7211
LONDON KY 40742-7211

## USPS TRACKING #



**9405 5036 9930 0489 9271 87**

Electronic Rate Approved #038555749

Liberty/Crespo 1065

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

REAGAN TOLEDANO
WILLEFORD & TOLEDANO
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS LA 70170-4208

Liberty/Crespo 1066



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

February 22, 2017

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo

Dear Reagan Toledano:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Paige Crespo's Long Term Disability (LTD) claim.

Ms. Crespo's file is being forwarded to Liberty's Appeal Review Unit for an independent review of her claim eligibility.  Her claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal.  If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

Additionally, we have received your request to review her underpaid benefits and her file has been referred to our Financial Services Department to review your inquiry.

If you have any questions regarding this correspondence, please contact me.

1  of  2

Liberty/Crespo 1067

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

2  of  2

Liberty/Crespo 1068

# FAX COVER SHEET

| TO | Todd Youngberg |
|---|---|
| COMPANY | Liberty Mutual Insurance |
| FAX NUMBER | 16033343576 |
| FROM | James Willeford |
| DATE | 2017-02-20 15:12:19 GMT |
| RE | Page Crespo, Claim No. 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Reagan Toledano regarding Ms. Paige Crespo. (39 pages + cover sheet)   THE ORIGINAL WAS SENT PRIORITY MAIL IN 2/17/17 WITH A TOTAL OF 695 PAGES.

Liberty/Crespo 1069



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                              PLEASE REPLY TO:
REAGAN L. TOLEDANO                                     RTOLEDANO@WILLEFORDLAW.COM

February 17, 2017

**VIA U.S. MAIL & FAX: (603) 334-3576**

Todd Youngberg
Liberty Life Assurance Company of Boston
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige F. Crespo**
**Claim No.: 5458678**
**Ochsner Clinic Foundation**

Dear Mr. Youngberg,

I am writing in support of the appeal of the denial of Paige Crespo's long term disability claim. Enclosed is an authorization signed by Ms. Crespo which allows you to speak to me regarding her claim. Please note that all correspondence, communications, and disability benefits are to be sent to my attention pursuant to the enclosed authorization.

I am enclosing the following information in support of her appeal:

- Authorization of Paige Crespo
- Declaration of Paige Crespo;
- Job description nurse anesthetist;
- Vocational literature of a CRNA
- Letter from David Sumrall explain there are no light duty CRNA positions;
- Robert Yohman, CV;
- Timothy Belliveau CV;
- Gilbert Wagar CV;
- Dr. Dilks CV;
- Dr. Hutchinson CV;
- Email from malpractice carrier regarding medical leave;
- Email from Crespo to Youngblood;

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 2

- February 1, 2017 letter from Dr. Ralph Corsetti;
- Letter from Chad Crespo;
- Letter from Christopher K. Lemieux;
- Letter from Dr. Marcus Ware;
- Letter from Dr. Kefla Brown;
- INE report from Drs. Dilks/Hutchinson with addendum responding to my questions;
- Summary plan description;
- CD containing CT Scan imaging;
- Pictures of Ms. Crespo;
- Attending physician statements from Dr. Ware;
- RFC completed by Dr. Ware;
- Medical records;
- Medical literature explain lasting deficits for MCA;
- LWOP approval letter from Minnesota Life;
- Ameritas approval letter of individual disability benefit; and
- Vocational report from Joyce Beckwith, MS, CRC, LRC, plus addendum.

### I.    Ms. Crespo is disabled under policy terms

Ms. Crespo suffered from cerebral aneurysm with hemorrhage in April 2015 that caused her to stop working as a CRNA. She spent approximately two months in the hospital recovering. She was then discharged and has improved, but she still suffers from lasting effects of the aneurysm such as: substantial vision loss in her left eye; difficulty concentrating; headaches; dizziness when concentrating on certain tasks; poor short term memory; she has difficulty getting along with others; concentrating causes fatigue; irritability; among other symptoms explained in her medical records and the attached sworn declaration.

Ms. Crespo's medical records note the following:

- 5.20.15 – patient's mom said patient was falling. Patient really tired. Passed out. Experienced out of body experience; cerebral aneurysm with hemorrhage and underwent aneurysm clipping. Waking up from surgery with severe right frontotemporal headache, which has persisted.
- 8.17.15 - **Middle cerebral artery aneurysm**
- 8.26.15 - undifferentiated inflammatory arthritis and undifferentiated connective tissue disease. Her energy level is improving. Anything cold, like water, causes her pain and feels like a sting. Her response to anything hot is delayed.
- 9.11.15 – fatigue, dry eyes; Post ANA; inflamm arthritis; **mental fatigue with excessive cognitive activity**; cognitive dysfunction due to stroke.
- 9.30.15 - horizontal field test and nasal vision; pt showed deficit for left visual field at 55 degrees and greater and limited nasal vision to her left also.
- 10.12.15 - neuropsychiatric exam - **problems with navigation**; especially when trying to retrace her steps to where she parked the car. 2 autoimmune condition, undifferentiated inflammatory arthritis and undifferentiated connective tissue disease. Unremarkable

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 3

premorbid psychiatric history; **fine motor abilities were below average for her dominant right hand and impaired for her non-dominant left hand**; mild decline in visuospatial skills. Slight weakness with source memory;

- 10.13.15 – I don't really feel happiness inside. I just don't feel happy inside like I was before the bleed.
- 11.22.15 – **patient bending over when she struck her fact on a coffee table resulting in an laceration to the left eyelid**.
- 2.17.16 – undifferentiated CTD, possibly primary Sjorgren's presented in 2011 with bilateral wrist synovitis,
- 3.1.16 – right interhemispheric extra-axial hyperdense lesion, likely a meningioma
- 3.2.16 – **left upper extremity weakness; visual disturbances; "I do not recommend that the patient return to her previous career due to her abnormal neurological psychic."** – Dr. Ware.
- 4.26.16 – vision loss, left homonymous hemianopia; closed head injury;
- 5.11.16 – right MCA aneurysm rupture s/p clipping who presents today for FU after CTA of head. No new complications; stable size right interhemispheric extra-exial hyperdense lesion, likely a meningioma.
- 8.9.16 – **vision loss from June 2015 to present**;

As noted in her medical records, Ms. Crespo has suffered from a ruptured MCA. Her records noted decreased memory, vision loss, fatigue, depression, anxiety, mental fatigue, etc. Her doctors have supported that she is unable to return to her job as a CRNA.

Ms. Crespo had been receiving LTD benefits since October 10, 2015 from Liberty Mutual under Oschner's group benefits plan. Liberty terminated Ms. Crespo's disability benefits, however, by letter of August 22, 2016 in which it stated that it had determined that she would be able to return to her job as a CRNA and therefore no benefits were payable past July 11, 2016.

Liberty's denial appears to have rested on the results of a May 24, 2016 neurological examination which they scheduled for her in Dallas, Texas with Dr. Yohman. Dr. Yohman performed various testing that demonstrated cognitive deficits but which Dr. Yohman also determined to be invalid due to her performance on validity testing during the examination.

Ms. Crespo had previously undergone neuropsychiatric testing in October 2015, which Liberty's reviewing doctor stated supported mild neurocognitive disorder due to her cerebrovascular accident. He also determined that the scope of the deficits was limited but that when combined with visual perception and fine manual dexterity there is reasonable support for functional impairment and that her medical condition presents a potential for errors in her safety sensitive occupation. Findings from the October 2015 INE include:

- She has a very fast pace throughout the testing, that actually resulted in several errors.
- Baseline abilities were estimated to be in the high average range. She demonstrated average to above average attention/initial encoding with average working memory, processing speed, planning, set shifting/divided attention, and conceptual reasoning/problem solving skills. Testing resulted in a mild deficit in visuospatial skills.

Liberty/Crespo 1072

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 4

> Her copy of a complex figure was slightly below expectation. Several details were compressed or inaccurate and 1 detail was missing. Fine motor abilities were below average for her dominant right hand and impaired for her non-dominant left hand. Ms. Crespo's encoding of simple geometric shapes was below average

Ms. Crespo underwent additional neuropsychiatric testing with Dr. Lawrence Dilks and Kimberley Hutchinson on February 11, 2017. A copy of the test results are attached, along with an addendum. Significantly, this INE also notes cognitive deficits and a full scale IQ score of 81, which is the low average range. This score is consistent with the results of her generalized IQ score of 80 from Dr. Yohman's test results. Unlike Dr. Yohman's test results, validity testing during the February 2017 INE did not show evidence of malingering or any sort of evidence of secondary gain. In addition to cognitive deficits noted in both examinations, both Dr. Yohman and Drs. Dilks/Hutchinson noted left-sided weakness and visual loss. Dr. Dilks-Hutchinson estimates that her current cognitive test results are a significant drop from before her aneurysm. Also of note, when asked to compare the results of the INEs, he noted that Dr. Yohman used outdated testing methods and that certain measures Dr. Yohman used to measure malingering would be invalid since certain areas, such as her memory, are impaired.

The results of the INEs demonstrate cognitive decline, visual loss, and left-sided weakness which would prevent her from performing her safety-sensitive occupation. Indeed, her doctors and co-workers have stated that it is unsafe to perform her job duties in her current condition. I am attaching several letters to this effect from coworkers, friends, treating doctors, and family. I am also enclosing a vocational report from Joyce Beckwith, MS, CRC, LRC, in which she opines based on her medical record, job description, and vocational expertise, that Ms. Crespo is unable to perform her job duties as a CRNA.

I am also enclosing the IME report of Dr. Savant as well as her addendum. Please note that based on her review of Ms. Crespo's medical records, as well as her examination of her, that she believes she is unable to perform her previous job duties as a CRNA, which is consistent with her treating doctors, Mr. Crespo's own understanding of her condition and limitations, Dr. Dilks' opinion, Dr. Hutchinson's opinion, and those who know her well, such as co-workers and her employer. Significantly, her life insurance waiver of premium claim has been approved. Her private disability insurance policy from Ameritas, which also defines disability as the inability to work as a CRNA, has also been approved.

Liberty discusses the surveillance footage in its denial letter, although it is unclear why such footage is relevant given the nature of her disability. Even Liberty's own reviewing doctor, Dr. Belliveau stated that this footage does not provide a basis that would support her ability to "consistently and effectively function in the safety sensitive occupation of a nurse anesthetist." Also of note, this doctor states that the location of her stroke supports her reported cognitive deficits, which is consistent with the medical literature provided, as well as her doctors' opinions.

Most importantly, her treating doctors, the medical records, and the independent exams clearly support her inability to perform her job duties as a CRNA. Liberty performed a vocational review that noted this is a light duty occupation that requires frequent reaching, handling, fingering, standing, and sitting. Putting aside her cognitive deficits, it is clear that she would be unable to safely perform her job duties as a CRNA given her left sided weakness and vision loss, as her

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 5

medical records demonstrate left sided weakness, significant vision loss, and loss of fine motor control in her left hand. Also, given her cognitive deficits noted in the neuropsychiatric exams, she would have much difficulty in administering anesthesia as required by her job. Her job requires the utmost ability to concentrate and a mistake on her part could easily end someone's life. Her medical records as well as letters from coworkers, friends, and family, demonstrate that Ms. Crespo loses her car in parking lots; she has loss of vision in her left eye; and decreased cognitive ability. **In light of this information, how would you feel if you were told that Ms. Crespo would be your CRNA who was administering anesthesia just before surgery?**

In addition, Liberty has classified her job as a CRNA as light duty. As demonstrated in the attached letter from Dr. Sumrall, her employer does not have any light duty CRNA jobs. Their CRNAs must be able to lift patients and equipment that would likely put her job in the medium to heavy category. This is also consistent with the attached job description of a CRNA as well as job openings for other CRNA positions that I pulled from a job search website. All three INEs determined that she has impairments in fine motor skills, which would make it exceedingly difficult to perform her job duties which require lifting patients, typing, administering anesthesia, etc., particularly in light of her cognitive deficits and visual loss.

Please reverse the denial of her disability claim without further delay, as Ms. Crespo is in dire need of this disability income.

## II. Liberty has underpaid Ms. Crespo

Liberty has determined Ms. Crespo's BME based on her hourly rate of $70.50 x 40 hours per week, or $146,640/year. As demonstrated in her attached paystubs and in her sworn declaration, she actually earned far more than this per year. The policy in question defines basic monthly earnings as follows:

> **Basic monthly earnings** means you *monthly rate of earnings* from the Sponsor in effect immediately prior to the date of Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

As demonstrated in the attached paystubs, Ms. Crespo was paid the following forms of pay for the time she worked:

- A base hourly rate of $70.50 for each hour she was scheduled to work.
- Nighttime shift differential = $9.68/hour, for each hour she worked between 3pm and 7am.
- Weekend shift differential = $16.13/hour anytime from 3pm until 7am Monday morning.
- On call pay = $7.50 per hour, for any hour she was on call outside of her regularly scheduled shift.
- Callback hours = this was essentially overtime pay, i.e. time and a half (70.50 + 35.25) for any time she is called back to the office.
- Overtime pay = time and a half 70.50 + 35.25.

Liberty/Crespo 1074

Todd Youngberg
Liberty Life Assurance Company of Boston
February 17, 2017
Page 6

- She was also paid a liver stipend in the amount of $750 for each liver transplant she worked on.
- Stay-late-differential $35.25 for each hour she worked late.
- Transplant pay of $750 for each transplant she worked on.

In light of the policy's definition of covered earnings, the following amounts must be included in her "monthly rate of earnings:

- her base hourly rate of $70.50;
- nighttime shift differential of $9.68/hour;
- weekend shift differential of $16.13/hour;
- on call pay in the amount of $7.50/hour; and
- transplant pay of $750 for each transplant she worked on.

The other amounts demonstrated on her paystub are excluded from BME because they are either overtime pay or extra compensation from her normal monthly rate of earnings. Thus, Liberty must recalculate her disability benefits by including her shift differentials, on-call pay, and transplant pay, as this is clearly part of her monthly rate of pay.

The enclosed paystubs are from 2014 and 2015. In January 2015 she was out about 6 to 8 weeks after undergoing a hysterectomy. She then started working regular shifts again, but had to take disability leave in April 2015 due to her aneurysm.

Please let me know if you need additional information.

Sincerely,

Reagan L. Toledano
RLT/kab
Enclosures
Cc: Paige Crespo



AUTHORIZATION
TO RELEASE DOCUMENTS AND
APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ____1____ day of __Sept__, 2016.

_____Paige Crespo_____
Signature

_____Paige Crespo_____
Print Name

_____
Social Security Number

Liberty/Crespo 1077



Liberty/Crespo 1078



**United States of America**
**New Orleans, Louisiana**

## DECLARATION OF PAIGE CRESPO

I, Paige Crespo, declare under penalty of perjury that the following is true and correct:

1. I was working on a liver transplant just before my aneurysm. I was having a very bad headache. Later that day I had a seizure at my daughter's swim meet. This was in April 2015. I was taken to the hospital in the ambulance and was diagnosed with a ruptured MCA. I had to have emergency surgery in which they performed a craniotomy and aneurism clipping. My doctors found the artery that was bleeding and they put a titanium clamp on the artery.

2. I understand that my diagnoses include a ruptured MCA aneurysm as well as a stroke with a subarachnoid bleed and traumatic brain injury.

3. While in the hospital I had a spasms of the artery and another stroke. I was having lack of oxygen to the brain.

4. When I left the hospital, I continued to have severe headaches, left-sided weakness, and blindness. I could not walk for a long time. I could not move my left arm. I could not move it at all. Stepping over things on my left side is something I have to do carefully so that my toes doesn't catch on something. My grip on the left is worse than on my right. It is very difficult to isolate my fingers when typing due to my loss of fine motor skills on the left side.

5. As a nurse anesthetist, I was required to type frequently. We also were required to position patients from the stretcher to the OR bed. I was required to hold little vials of medicine and puncture the vials with needles. This is an example of something I could not do safely due to my decreased fine motor skills. Drawing out medicine requires fine motor skills, as does preparing IV bags, etc. I was required to put the lines in arterial lines and administer the anesthesia. I was required to calculate the doses, mix the drip of medicine. If I made a mistake, it could be fatal to my patients. If I am in a code and have to remember to do five different things, such as administering 5 different drugs, my short term memory would be problematic. Whenever there is a code, I was required to think fast and move fast and could not be in a position in which I had forgotten which drugs I had already administered. My vision loss, left sided weakness, in addition to cognitive impairment, would make it dangerous for me to continue to perform my previous job duties.

6. My job required the ability to concentrate and think fast. I become fatigued easily when concentrating for any significant length of time. Since my incident, when I try to multitask, I often lose track of what I was focusing on previously.

7. I was very skeptical of the IME that Liberty arranged for me to attend in Houston. For one,

Liberty/Crespo 1080

it seemed fishy that they would require me to fly to Houston for this test when there are many psychologist in the New Orleans area who could have performed this testing. From the beginning of the testing, I found Dr. Yohman to be very condescending. He explained that he would not give me the results of the test. It seemed that his statements were designed to get under my skin. I got the impression that no matter how I performed his report would hurt my disability case.

8. The neuropsychiatric testing at Ochsner felt easier than the one that Dr. Yohman performed. Dr. Yohman's test was mostly oral questions. He would give me a lot of information, such as explaining a factual scenario, and request that I repeat it back to him. A lot of the things he asked me to do, I could not recall.

9. I have reviewed the report from Dr. Yohman. There are several misstatements in his report. For example, when he asked me what ruptured, I explained to him it was my MCA. He asked me if it was on the left or right and I told him that it was his MCA. I told him that all my deficits were on the left side and that I assumed it was on my right side. In his report, Dr. Yohman's response makes it look like I was being untruthful when I answered this question.

10. The neuropsychological testing at Ochsner lasted approximately 4 hours, whereas the test in Houston lasted approximately 6 to 8 hours. I was literally falling asleep on the table because I was so exhausted from the testing. I also had a headache during the testing and had to leave during a break to get headache medicine.    I did not see where in the report Dr. Yohman noted that I was falling asleep due to increased fatigue during the testing.

11. I can see straight ahead with my left eye but I cannot see peripherally to the left and downward. In my right eye I cannot sit peripherally when I look to my left and downward. The eye doctor that I saw in connection with my Social Security Disability claim told me that I should not be driving. My loss of vision would create a problem while working. 90 percent of the time I am positioned such that I am sitting in front of the head of my patient who is lying supine with arms stretched out. If I turn to the right to work on my computer, then the patient's head would be on my left side, so if I were looking at my monitor I would not have peripheral view of my patient, my IVs, the surgeon etc. This is important because my patient might be showing signs that the anesthesia is wearing off that I would not be able to see it. Or the IV bag could back up or my patient might be bleeding, and I would miss this while looking at the monitor.

12. I was earning between $240,000 and $250,000 per year before my aneurysm. I loved my job and made a very good living. I would not be claiming disability unless it was absolutely necessary. I know my limitations and would not want to put my patient's lives in jeopardy if I made a mental error or was not able to see something in the operating room during intense situations. CRNAs at Ochsner function independently and are responsible for making our own decisions. There was no one watching over me and checking my work. If I made a mistake, I would have to take the blame.

Liberty/Crespo 1081

13. I believe my condition has plateaued. In addition to my left sided weakness and my cognitive deficits, I also suffer from two autoimmune diseases: undifferentiated connective tissue disease and undifferentiated inflammatory arthritis. My symptoms are chronic fatigue as well as swollen and painful joints. My joints are mostly swollen and sore in my wrists. I was diagnosed with these conditions years ago and was able to push through to continue working despite my symptoms. However, now with cognitive deficits and left-sided weakness, and vision loss, my autoimmune disorders would become more challenging in the workplace.

14. I have reached out to a malpractice insurer and they have told me that in order to be insurable my treating doctor would have to confirm that I am able to return to work. My doctor will not release me to work as a CRNA.

15. Before my aneurysm and stroke, I was highly intelligent. I made all As and Bs in college. I have a masters in science with a specialty in anesthesia.

16. After my aneurysm and stroke, I have suffered from persisted cognitive impairment such as decreased short term memory, decreased ability to sustain concentration. Concentrating for long periods wipes me out physically and also causes headaches. I forget things often such as where I parked my car in parking lots. I get easily distracted much more so than ever before. I have less patience, am more easily agitated that I used to be. Audiovisual stimulation makes it difficult for me. I do not believe I could concentrate with all the beeping and monitors in the OR that I would have to be aware of while working.

17. My job required me to focus for long periods of time during surgeries. My shifts could last between 8 hours and 36 hours depending on the severity of the patients' conditions.

18. I was paid $70.50/hour as my base rate of pay. In addition I received an extra $9.68/hour for any hours I worked between 3pm and 7am. I also received an extra $16.13 for any hours that I worked on the weekends, from 3pm and 7am. I also was paid "on call pay" at the rate of $7.50 an hour for any hour that I was on call. If I was actually called back into work, I would then be paid time and half ($70.50 + 35.25). I also was paid overtime at time and a half as well. If I worked later than my schedule, I was also paid an additional $35.25. I also received $750 for each liver transplant that I worked on.

I, Paige Crespo, declare under penalty of perjury that the above information is true and correct.

2/17/17
_____
Date

_____
Paige Crespo

Liberty/Crespo 1082



Ochsner
Health System

To Whom It May Concern,

I am writing this letter in regards to Ms. Paige Crespo. Ms. Crespo is a patient well known to me. She initially came under my care on 4/10/2015 where she presented with a right ruptured MCA aneurysm. Prior to the surgery, the patient had a rapid deterioration and proceeded to have left-sided weakness followed by coma. At the time of surgery, her right pupil was fixed and she had impending herniation. She had a right-sided hemicraniectomy followed by aneurysm clipping with substantial swelling. She had a recovery in her ICU unit and approximately one month later had replacement of her bone flap.

Since that time she has been seen by me and been under my care. This patient's job duty prior to her surgery was a CRNA and she performed anesthetics on patients at our hospital. Although, she has made a good recovery, she continues to have problems secondary to her injury. These include a visual filed deficit caused by aneurismal bleed and subsequent hematoma. She has some cognitive deficits that appear to be mild upon conversation, but upon further testing can be better detailed. I reviewed the records of Dr. Yohman. These show that the patient now has issues with short-term memory. Her IQ at this point is 81. She has had issues with judgment, which are all secondary to her injury.

Although, Ms. Crespo appears to function quite well upon the surface, her defects are profound to the point that I cannot recommend she perform anesthetics on any patient. As a physician treating at Ochsner Medical Center, I would not let her at this point perform anesthetics on any of my other patients. Therefore, I deem her unfit to return to previous duties and she is therefore disabled relative to her job requirements.

Thank you very much.

Please contact me directly if you have any questions, concerns, or reservations regarding this.

Dr. Marcus Ware, MD, PhD

Ochsner Health System

1514 Jefferson Hwy 7-S • New Orleans, LA • phone 504-842-4033 • fax 504-842-2800 • mware@ochsner.org

Liberty/Crespo 1083

iPad ᵃ                                          7:05 PM                                          44 70

🔒 my.ochsner.org

## Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Crespo, Paige Friday | 1773053 | Female | |

## Reason for Visit

Follow-up

## Diagnoses this Visit

SAH (subarachnoid hemorrhage) – Primary
Acquired skull defect
Convulsions, unspecified convulsion type

## To Do List

## Goals (5 Years of Data)

*None*

## Medications

### Message regarding Medications

**Verify the changes and/or additions to your medication regime listed below are the same as discussed with your clinician today. If any of these changes or additions are incorrect, please notify your healthcare provider.**

Verify that the below list of medications is an accurate representation of the medications you are currently taking. If none reported, the list may be blank. If incorrect, please contact your healthcare provider. Carry this list with you in case of emergency.

### Current Medications

| | |
|---|---|
| ascorbic acid, vitamin C, (VITAMIN C) 100 MG tablet | Take 100 mg by mouth once daily. |
| conjugated estrogens (PREMARIN) vaginal cream | Place 0.5 g vaginally twice a week. |
| ergocalciferol (VITAMIN D2) 50,000 unit Cap | Take 50,000 Units by mouth every 7 days. |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY |
| OMEGA-3S/DHA/EPA/FISH OIL (OMEGA 3 ORAL) | Take by mouth. |
| pilocarpine (SALAGEN) 5 MG Tab | Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day |
| quinacrine (QUINACRINE) 100 mg tablet | TAKE ONE CAPSULE BY MOUTH EVERY DAY |
| zolpidem (AMBIEN) 10 mg Tab | |

## Clinical Reference Information

Most recent update: 10/5/2016 **Blood Pressure**

### Vitals
10:59 AM by Nichole A. Holmes

| Pulse | Temp | Wt | LNP | BMI | | Most Recent Value |
|---|---|---|---|---|---|---|
| 84 | 98.3 °F (36.8 °C) | 63.5 kg (140 lb) | 12/23/2014 | 22.6 kg/m2 | BP | **104/71** |

Vitals History

## Allergies as of 10/5/2016

No Known Allergies

## Immunizations Administered on Date of Encounter - 10/5/2016

None

## Instructions

To Whom It May Concern,

I am writing this letter in regards to Ms. Paige Crespo. Ms. Crepso is a patient well known to me. She initially came under my care on 4/10/2015 where she presented with a right ruptured MCA aneurysm. Prior to the surgery, the patient had a rapid deterioration and proceeded to have left-sided weakness followed by coma. At the time of surgery, her right pupil was fixed and she had impending herniation. She had a right-sided hemicraniectomy followed by aneurysm clipping with substantial swelling. She had a recovery in her ICU unit and approximately one month later had replacement of her bone flap.

Since that time she has been seen by me and been under my care. This patient's job duty prior to her surgery was a CRNA and she performed anesthetics on patients at our hospital. Although, she has made a good recovery the patient continues to have problems secondary to her injury, which include a visual filed deficit caused by aneurysmal bleed and subsequent hematoma. She has some cognitive deficits that appear to be mild upon conversation, but upon further testing can be better detailed. I reviewed the records of Dr. Yohman. These show that the patient now has issues with short-term memory. Her IQ at this point is 81. She has had issues with judgement, which are all secondary to her injury.

Although, Ms. Crespo appears to function quite well upon the surface, her defects are profound to the point that I cannot recommend she perform anesthetics on any patient. As a physician treating at Ochsner Medical Center, I would not let her at this point perform anesthetics on any of my other patients. Therefore, I deem her unfit to return to previous duties and she is therefore disabled relative to her job requirements.

Thank you very much.

Please contact me directly if you have any questions, concerns, or reservations regarding this.

Dr. Marcus Ware, MD, PhD

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**

Registered nurses in the Ochsner On Call Center provide clinical advisement, health education

Liberty/Crespo 1084

# BLUEWILLIAMS, L.L.P.

### ATTORNEYS & COUNSELORS AT LAW

GEORGE R. BLUE (1916-1986)
C T WILLIAMS, JR. (1939-2013)

3421 NORTH CAUSEWAY BOULEVARD
SUITE 900
METAIRIE, LA 70002-3760
(504) 831-4091

WWW.BLUEWILLIAMS.COM

MANDEVILLE OFFICE

1050 WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471-3046
(985) 626-0052

RICHARD S. VALE
STEPHEN M. PIZZO
THOMAS G. BUCK
BRIAN C BOSSIER
VIRGIL A. LACY III
ALDRIC C POIRIER, JR. [1,2]
DANTÉ V. MARALDO
ROBERT I. BAUDOUIN
EDWIN A. ELLINGHAUSEN III
GUICE A. GIAMBRONE III
CHRISTOPHER T GRACE III
RYAN J ROEMERSHAUSER [3]
SCOTT A. SOULE [1,3]
PAUL D. PALERMO [2,3]
CHRISTOPHER K. LEMIEUX
CRAIG R. WATSON [1,3]

GREGORY S. LACOUR
CYNTHIA C. ROTH
FRANK J. TOWERS
ERIN H. BOYD
PAMELA NOYA MOLNAR
DAVID B. PARNELL, JR. [1]
ERIC E. POPE
RICHARD E. GRUNER, JR.
WILLIAM L. BROCKMAN
CARL T. CONRAD [1]
BRETT W TWEEDEL
ELIZABETH S. SCONZERT [1]
CRAIG V SWEENEY
JONATHAN S FORESTER
JACOB K. BEST [4]
MICHELLE A. BEATY

CHRISTOPHER M. HATCHER
BERT J. MILLER
AMANDA B. BENSABAT
KELLY M. BRIAN [1]
EMILY C. CANIZARO
LAURA M. GILLEN
PATRICK K. SHOCKEY
AMANDA N. PLAISCIA
RANDY J HOTH [1]
JOHANNA E. LAMBERT

Of Counsel:
KURT S BLANKENSHIP [5]
WILLIAM H. REINHARDT, JR.
MICKAL P ADLER
TIFFANY O. CAZABON

[1] MANDEVILLE OFFICE
[2] ALSO ADMITTED IN MISSISSIPPI
[3] ALSO ADMITTED IN TEXAS
[4] ALSO ADMITTED IN GEORGIA
[5] PROFESSIONAL LAW CORPORATION

WRITER'S DIRECT DIAL:
(504) 846-9739
(504) 849-3874 Facsimile
clemieux@bluewilliams.com

January 23, 2017

Re:     Paige Crespo

To Whom It May Concern:

Undersigned counsel has known Paige and her family for over three (3) years. Paige's daughter, Riley, and my daughter are best friends and spend a great deal of time together. As a result, I have had significant interaction with Paige over the past three (3) years. Prior to Paige's aneurysm, Paige was extremely intelligent, bright, and had an unbelievable memory. Paige's ability to process and comprehend information was second to none.

Following Paige's aneurysm I have noticed a significant decline in her ability to process and comprehend information. For example, at a swim meet Paige and I were discussing when her daughter would swim the 500 Freestyle. We looked at the event number, the heat sheet, the lane and the time Riley would swim. Paige missed most of the swim as Paige did not retain the information and was unaware that her daughter was swimming.

In addition, when our daughters have sleep overs, we typically meet at a location to drop the girls off as we live on the northshore and Paige lives in Harahan. Paige has trouble locating or finding landmarks such as City Park. Therefore, we have to meet at a location that Paige has been to multiple times and we typically meet at the same location.

Since the aneurysm, I find that we have the same conversation multiple times and Paige does not have the recollection that we have previously discussed the issue/topic. Often times, we will have the same conversation within a 30 minute time period.

Should you need any additional information, please do not hesitate to contact undersigned.

Liberty/Crespo 1085

January 23, 2017
Page 2

Sincerely,

Christopher K. LeMieux

CKL/mt



**Medical Center**  February 1, 2017

Department of Surgery

George E. Loss, Jr., M.D., Ph.D.
Chairman

John L. Ochsner, M.D.
Chairman Emeritus

John S. Bolton, M.D.
Chairman Emeritus

Vincent R. Adolph, M.D.
Emily B. Ahmed, M.D.
Christopher R. Babycos, M.D.
Aditya Bansal, M.D.
Michael J. Bates, M.D.
Hernan A. Bazan, M.D.
Humberto E. Bohorquez, M.D.
Clayton J. Brinster, M.D.
Camille Broome, P.A.
David S. Bruce, M.D.
Jessica L. Bruggers, P.A.
Ian C. Carmody, M.D.
Ari J. Cohen, M.D.
W. Charles Conway, II, M.D.
Ralph L. Corsetti, M.D.
Erin Diebold, P.A.
Kimberly A. Drake, N.P.
George M. Fuhrman, M.D.
Matthew A. Gaudet, M.D.
Joshua M. Goldberg, M.D.
Emily H. Lewis, P.A.
Aimee M. Mackey, M.D.
Lynette Mauterer, N.P.
Regina F. McDonald, N.P.
Inder D. Mehta, M.D.
Mellanie Merritt, P.A.
Adwoa S. Opoku-Boateng, M.D.
P. Eugene Parrino, M.D.
Benjamin B. Peeler, M.D.
Amanda Perillo, P.A.
Brian L. Pettiford, M.D.
Trevor W. Reichman, M.D.
William S. Richardson, M.D.
Jessica Roybal, M.D.
John B. Seal, M.D.
Kathryn B. Smiley, P.A.
Celeste M. Smith, N.P.
Taylor A. Smith, M.D.
Rodney Steiner, M.D.
W. Charles Sternbergh, III, M.D.
Debbie H. Theriot, A.P.R.N.
Michael C. Townsend, M.D.
Siobhan Trotter, D.N.P.
Amber P. Weydert, P.A.
James B. Wooldridge, Jr., M.D.

RE:    Paige Friday Crespo
DOB:
MRN: 1773053

To Whom it May Concern:

I write this letter regarding Paige Crespo as a practicing general surgeon/surgical oncologist who has known Paige for over 10 years on both a personal and professional level.

From a professional standpoint, Paige WAS an outstanding certified registered nurse anesthetist (CRNA) until the date of her spontaneous intracranial hemorrhage in April of 2015. Up until that time, I would have been confident to have Paige provide anesthesia to any of my patients, family, or myself if needed. I directly worked with her in the operating room from 2006 to 2015 and witnessed her high level of professional care that she delivered.

I also know Paige well on a personal level. I met Paige's husband, Chad, through a social engagement. Chad and I then began bicycling together often, and a personal friendship developed with them in addition to the professional relationship. Because of this, I was the first person Chad called the day of Paige's intracranial hemorrhage. I remember that fateful Friday afternoon in April of 2015 as though it was yesterday.

I got to the ER before Paige arrived by ambulance, after Chad called me in a panic knowing that something terrible had happened. When Paige arrived, she looked right at me calling me by name saying, "Ralph, I have a head bleed!" Within a matter of minutes I witnessed Paige dying in front of me. She quickly became unresponsive and her pupils fixed and dilated. Two CT's of the head revealed ongoing hemorrhage and midline shifting. I called my neurosurgery colleague, Dr. Marcus Ware, and told him that if she did not get to the OR emergently she was going to die. I stayed with Chad all night while Paige underwent her emergent craniotomy. Within 24 hours she was following commands. It was truly amazing that she was still alive.

Through months of rehabilitation Paige improved and became functionally independent. I witnessed the degree of her recovery on a daily basis, from the time in the hospital to the time in rehab. I was Chad's medical resource throughout.

Ochsner Health System

1514 Jefferson Highway • New Orleans, LA 70121 • phone 504-842-4070 • fax 504-842-3100 • www.ochsner.org

2010

What I witnessed was miraculous, but I know that Paige is not the same person she was before the intracranial hemorrhage. Knowing her both professionally and personally, she is not the same. The person I knew before was not impulsive and had deliberate thought processing before making decisions. Her affect is also off. The Paige of today has diminished inhibitory processing. It is as though the cerebral vascular accident affected her inhibitory centers of cognitive function with resultant loss of inhibition. I know this because of my personal and professional long-standing relationship with her. I know she is NOT the same person. Chad, her husband, knows this as well. Paige also suffered some visual loss from the process.

Because of this, I know that I would NEVER let Paige provide anesthesia to my patients, family, or myself. She would be at risk of impulsive decision making without inhibition to process potential pros & cons or risks & benefits of the often quick decisions that come with providing anesthesia.

Professionally, I do not believe Paige is fit to provide safe anesthesia and I would not be comfortable with her in my operating room. I state this in all sincerity and with God as my witness.

Sincerely,

Ralph L. Corsetti, MD

Ralph L. Corsetti, MD, F.A.C.S.
Medical Director – Liesolotte Tansey Breast Center
Staff Surgeon – Department of Surgery
Ochsner Health Systems
Associate Professor of Surgery
University of Queensland – Ochsner Clinical School

RLC/hcr

Liberty/Crespo 1088

# CHAD J. CRESPO

, LA  70123

To whom It May Concern:

I was married to Paige Friday Crespo for 12 years and have known her for over 14 years. We have three children together:  Riley 12,  Aubrey 10, and Zane 8.  We were a perfect family lived in a lovely home, wonderful school (Kehoe-France), members of fitness/swim club and members of Riverside Baptist Church. Then Paige had the aneurysm and overnight everything change. Paige was a completely different person.

Before her aneurysm, Paige was by far the smartest, most hard working person, I had ever met.  When she was in nursing school, she took a full course load and worked a full time night job at FedEx in the Memphis hub.

Paige worked 15 years at Ochsner as a CRNA with a fulltime work schedule and also was part of the "Ochsner Liver Transplant Team". Paige was given the honor of being one of the only CRNA's asked to work on Ochsner's  FIRST "Living Donor Liver Transplant. She was proud of the fact that Ocshner has been #1 in the U.S. in liver transplants for the last number of years.

Paige was a powerfully driven women, who logged a ton of hours at Ocshner and stamina on the job couldn't be matched.

That leads me to speak of her work ethic, that was second to none. I can assure you, if Paige was able to work, she would. Claiming disability was her last and only choice. Her life was her work and she love her job. Paige had a uncanny ability to understand exactly what each individual patient in her care needed. She was often reoffered to as, "The Best" by some of her peers - Her patients truly came first.

After Paige's aneurysm she became a very different person in many ways.
The first and most obvious to recognize was her vision loss and her loss of direction. She has trouble finding her car in a parking lot and uses a phone Apps to locate her vehicle.
Recently she lost her way in the gym that she goes to everyday.

Paige has lost peripleural vision on her left side. If you are standing quitely next to her left side, she doesn't know you are there. This summer Paige fell into a swimming pool because she couldn't see the water on her left side.

Another easily recognizible difference is Paige's lack of ability to work through simple sequencial tasks. Helping the children with their homework for Grade 2, 4 and 6 is often on a good day difficult and on bad day impossible. It is especially noticeable to me because Paige was such a smart person, She could easily multi-task with many different problems all at one time.

In addition, if I bring up a number of variables into a conversation with Paige, she becomes annoyed and gets totally lost, not grasping any part of the conversation. (ex. Pick up Zane & Aubrey at school at 3:15; bring Aubrey to guitar practice; go back and pick up Riley, and get Zane)

Liberty/Crespo 1089

Paige's has lost the ability to sit quietly in one position for any length of time and is fidgety and often in motion. She looses focus easily and I must repeat myself over and over again because she forgets what was said or texted to her. (Ex. I have at times texted Paige with the same information around 10 times)

Before the aneurysm, Page was friendly and able to work easily with people. Paige's has become short tempered and has trouble dealing with more than one person at a time.

She has also lost her ability to understand what is appropriate and inappropriate to say or do. (Ex. Paige asked me if I could help her make a banner for a business that her boyfriend was starting. We are in the middle of a divorce (that I didn't want) and it didn't phase her at all that the help she was requesting was inappropriate.

I truly believe, because I have observed Paige for nearly two years and see or talk to her everyday, that I have the most hands on knowledge of her disability that was caused by the aneurysm and subsequent vasospasm (stroke).

**In my opinion, Paige is not only unable to work** in the same capacity that she worked before the aneurysm. Then if you factor in her short term memory loss and lack of understand and comprehension of instructions given in sequence, you should also conclude that Paige should not be in the general workforce.

I am happy to answer any questions you may have regarding Paige F. Crespo.

*[signature: Chad Crespo] 2/2/17*

Chad J. Crespo

Liberty/Crespo 1090

forwarded message:

**From:** Leslie Kelly <lkelly@aana.com>
**Date:** August 24, 2016 at 9:43:58 AM CDT
**To:** "pfridaycrespo@att.net" <pfridaycrespo@att.net>
**Subject: AANA Malpractice Insurnace**

Hi Paige-

Thank you for your inquiry about malpractice insurance.

Per our phone conversation you indicated you have been out of work with no current malpractice insurance. To be considered for admitted coverage, you would need to provide us with the last date in which you provided medical services as a CRNA.

If you have been out of practice for more than 12 months, please provide a reason for the gap in practice and indicate what (if any) anesthesia related classes/seminars you have taken since your last date of practice.

If you have been out of practice due to medical reasons, we will also need a note from your treating physician that you are able to practice as a CRNA with no restrictions.

If all this is received along with the application for malpractice insurance and there are no other underwriting issues, we would refer to the carrier to see if they would approve you for coverage.

Thanks,


*Leslie*



Leslie Kelly
Team Leader Underwriting/Customer Service, Insurance Services
**AANA Insurance Services / Caring Has Its Risks. Let Us Help Safeguard Your Career**
116 S. Prospect Ave. / Park Ridge, IL 60068-4001 / Phone: 800-343-1368 x3924 / Fax: 800-547-2220
lkelly@aana.com /www.aana.com/insuranceservices /



Minnesota Life Insurance Company - A Securian Company
Group Division Claims
P.O. Box 64114
St. Paul, MN 55164-0114
For claim information:
1 888 658-0193
www.minnesotalife.com/benefits

**MINNESOTA LIFE**

October 11, 2016



PAIGE F CRESPO

**Claim Number: D076844**

Policy Number:    0034268 001          Policyholder:    OCHSNER HEALTH SYSTEMS
Loan Number:                           Insured:         PAIGE F CRESPO

Ref: 3L

ALLOWANCE NOTICE



The claim form(s) you submitted has been reviewed and your disability
claim has been allowed/continued.  Your life insurance, covered under
the waiver of premium provision, will continue to remain in force without
payment of premium for the next year, or until recovery if prior to that time.

In approximately one year, we will send claim form(s) to you for
further consideration of your claim.

If your address changes or you have any questions regarding your claim,
please call us at the toll free telephone number listed above.

Thank you,

GROUP DIVISION CLAIMS

Liberty/Crespo 1092

Feb.15.2017   07:51 PM                                                          PAGE.  1/  2



**Ameritas.**

Ameritas Life Insurance Corp.
Individual Division

Individual Claims
P.O. Box 40888 / Cincinnati, OH 45240-0888
Toll Free 800-825-1551

August 14, 2015

PAIGE CRESPO

RE: Paige Crespo
Policy Nos.: N00008591D &
N00023863D

Dear Ms. Crespo:

It was a pleasure speaking with your recently regarding the above listed disability policies.

Policy Nos. N00008591D and N0002863D provide a monthly total disability benefit of $3,990.00 and $2,470.00, respectively.  Both policies have a 90 day waiting period and provide a maximum benefit to Age 65.

We will consider you totally disabled if a sickness or injury, in and of itself, prevents you from performing the material and substantial duties of your occupation.  Your occupation means your occupation or occupations at the time disability began.  In order for us to consider you totally disabled, you must be under the regular care and treatment of a physician appropriate for the condition causing disability.

Policy No. N00008591D has a Social Insurance Substitute (SIS) Benefit Rider that has a 90 day waiting period and provides a $2,000.00 monthly benefit if you are totally disabled due to injury or sickness and you are receiving limited or no social insurance benefits.

Social insurance benefits means payment of disability or retirement benefits under the following:
   1   the Federal Social Security act of either:
       a.   a Primary Insurance Amount (PIA); or
       b.   a PIA and a Family Benefit for dependents;
   2.  any Workers Compensation, Occupational Disease or Employer's Liability;
   3.  Government Retirement and Disability Fund Benefit which would include
       a.   Disability compensation, including amounts for dependants under any federal, state, county, municipal or other government subdivision retirement and disability fund for which you may be eligible; or
       b.   Any payment that results from elective retirement;
   4.  Any other similar federal, state or local governmental program.

We will pay the SIS Monthly Benefit, reduced by any Social Insurance Benefits being received, for each month you are totally disabled after the SIS Waiting Period if:
   1.  You are receiving Total Disability Monthly Benefits under this policy; and
   2.  You are not engaged in any occupation for wage or profit.

Liberty/Crespo 1093

Feb.15.2017   07:52 PM                                                PAGE.  2/  2

Paige Crespo
Page Two
August 14, 2015

The SIS Rider requires that we must receive acceptable proof of the status of your social insurance benefits before we will pay benefits under this rider. This proof must show that:
1.   You have applied for all social insurance benefits to which you may be entitled; and
2.   Such benefits have been approved, denied, or are still pending.
This same proof requirements apply if your family may be eligible for social insurance benefits due to your disability.

Based upon the information received, we have approved your claim as of April 10, 2015, subject to the waiting period. The Good Health Benefit in your policies provide that for every policy year you complete without receiving any benefits under your policies, we will reduce the waiting period by 2 days. Therefore, under Policy N00008591D, your waiting period has been reduced from 90 to 64 days and the first day of covered disability is June 13, 2015. Under Policy N00023863D, your waiting period has been reduced from 90 to 70 days and the first day of covered disability is June 19, 2015.

Under Policy No. N00008591D we are providing total disability and social insurance benefits from June 13 to August 13, 2015 in the amount of $11,980.00 and a refund of premium from April 15 to August 15, 2015 in the amount of $622.68.

Total disability benefits are being provided under Policy No. N00023863D for the period from June 19 to August 19, 2015 in the amount of $4,940.00 and a refund of premium from April 15 to August 15, 2015 in the amount of $334.28.

Our checks for $12,602.68 and $5,274.28 representing the benefit payments will follow under separate cover. Your policies have been placed on premium waiver and future premiums will continue to be waived as long as you remain disabled in accordance with your policy provisions.

In addition to the information submitted, we will need the enclosed Authorization to Obtain and Disclose Information form completed by you. Also, please submit a copy of your entire 2014 Federal Income Tax return, including all schedules and attachments. Additionally, we will need a valid copy of your driver's license.

As your disability is expected to exceed 6 months, we will need proof that you have filed for Social Security Disability as well as any other social insurance benefits to which you may be entitled due to your disability. Further, please provide copies of any correspondence showing the status of your claim for such benefits. This information is needed as provided by the terms of the Social Insurance Substitute benefit under Policy N00008591D.

Upon receipt of this information, we will proceed with our claim evaluation. If you have any questions, please do not hesitate to call me. My direct dial number is 800-825-1551, ext.52966.

Respectfully,

Jennifer M. Mueller

Jennifer Mueller
Claim Examiner
Disability Income Claims Division

Enclosure: 3932

EN1800-AG73057, Harless Jr

Liberty/Crespo 1094

Minnesota Life Insurance Company - A Securian Company
Group Division Claims
P.O. Box 64114
St. Paul, MN 55164-0114
For claim information:
1 888 658-0193
www.minnesotalife.com/benefits

**MINNESOTA LIFE**

October 11, 2016



PAIGE F CRESPO

| Claim Number: D076844 |
| --- |

Policy Number:    0034268 001            Policyholder:    OCHSNER HEALTH SYSTEMS
Loan Number:                             Insured:         PAIGE F CRESPO

Ref: 3L

ALLOWANCE NOTICE

The claim form(s) you submitted has been reviewed and your disability
claim has been allowed/continued.  Your life insurance, covered under
the waiver of premium provision, will continue to remain in force without
payment of premium for the next year, or until recovery if prior to that time.

In approximately one year, we will send claim form(s) to you for
further consideration of your claim.

If your address changes or you have any questions regarding your claim,
please call us at the toll free telephone number listed above.

Thank you,

GROUP DIVISION CLAIMS

Liberty/Crespo 1095



## Ochsner
Eye Center

**OPHTHALMOLOGY**

**Chairman**
Jonathan D. Nussdorf, M.D.

**Chairman Emeritus**
Richard J. Hesse, M.D.

**Comprehensive Ophthalmology**
**Cataract Surgery**
Wendy Doneyhue, M.D.
Jeffrey Guillmette, M.D.

**Cornea & Anterior Segment**
**Cataract, Refractive Surgery**
Pulin A. Shah, M.D.
Ginny Kullman, M.D.

**Glaucoma & Cataract Surgery**
Katherine Loftfield, M.D.
Jonathan D. Nussdorf, M.D.

**Neuro-Ophthalmology**
Andrew Lawton, M.D.

**Oculoplastics & Oncology**
Richard J. Hesse, M.D.
Priya Sahu, M.D.

**Pediatric Ophthalmology**
**& Adult Strabismus**
H. Sprague Eustis, M.D.

**Retinal & Vitreous**
D. Anthony Mazzulla, M.D.
Laurence W. Arend, M.D.
Joseph D. Benevento, M.D.

**OPTOMETRY**
Jeffrey A. Colegrove, O.D.
Lionel E. Boudreaux, O.D.
Kefla G. Brown, O.D., M.S.
Jeanne Herman, O.D.
Shelley Huff, O.D.
Robert Kelly, O.D.
Jessica Liu, O.D.
J. David Linson, O.D.
Brian K. Nelson, O.D.
Ha Ninh, O.D.
Genny Vo, O.D.

**Pediatric Optometry**
Kefla G. Brown, O.D., M.S.

**Low Vision**
Jeffrey A. Colegrove, O.D.

**Specialty Contact Lens**
Jeanne Herman, O.D.
Shelley Huff, O.D.
Robert Kelly, O.D.

**Electrophysiology**
Jonathan D. Nussdorf, M.D.

**Chabert Medical Clinic - Houma**
Joshua M. Groetsch, M.D.
Joseph D. Benevento, M.D.
Ginny Kullman, M.D.
D. Anthony Mazzulla, M.D.
Chip Tipton, M.D.

**Director, Debby Chopin**
**Manager, Erica Barrow**

Reagan Toledano, Esq.
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, La. 70170

**Re: Paige Crespo**

Dear Mr. Toledano,

I am writing at the request of Paige Crespo for whom I have provided eye care since December 2011. I have been treating her since April 2015 for left-sided vision loss resulting from an aneurysm of the Middle Cerebral Artery (MCA) with hemorrhage.

The specific brain injury suffered by Ms. Crespo has resulted in statistically significant functional visual field loss. Humphrey Visual Field 24-2 Sita Standard (HVF 22-4SS) testing was performed on July 2, 2015 and January 6, 2016. Statistics on both dates indicated subject testing reliability. The initial test result indicated a left incongruous homonymous hemianopia affecting 27 of 54 points tested including 2 of 4 central fixation points in the right eye. In the left eye 22 of 54 points tested were affected including 2 of 4 central fixation points. Visual neuronal function usually reaches maximum recovery approximately 6 months status post brain injury. Subsequent visual field testing (HVF 24-2SS) indicated that 31 of 54 points tested were affected in the right eye, including 2 of 4 central fixation points. In the left eye, 17 of 54 points tested were affected, including 2 of 4 central fixation points. This shows that while there was some recovery of visual neuronal function in the left visual field of the left eye only, recovery was minimal and central fixation remains lost. Overall, 50% of Ms. Crespo's central fixation and 75% of her left visual field has been permanently lost as a result of the MCA aneurysm with hemorrhage.

Ms. Crespo's livelihood as a CRNA (Certified Registered Nurse Anesthetist) has been gravely damaged to the point that she can no longer safely and effectively perform her duties. Due to the homonymous hemianopia, she is no longer able to efficiently move around a busy and crowded operating room without endangering the lives of patients, surgeons, operating room staff, and herself. Her ability to quickly decipher medications and inject them properly while monitoring patient vitals has been irreparably damaged. It would be ethically irresponsible for Ms. Crespo or any employer to have her continue working as a CRNA.

Sincerely,

Kefla G. Brown OD, MS
Ochsner Medical Center
1514 Jefferson Hwy
New Orleans, LA 70121

**Ochsner Medical Center**

2008



Health System

Department of Anesthesiology

W. David Sumrall, III, MD
Chair, Department of Anesthesiology
Clinical Director of the OR
Ochsner Medical Center-New Orleans

James R. Douglas, Jr., MD, PhD
Chair, Emeritus
Medical Director, Anesthesia Informatics Team

T. Michael Trusilfo, MD
Quality Officer

Brian J. Firk, MD
Director, Medical Student Education

Melody J. Ritter, MD
Medical Director, Perioperative Center

Eric H. Busch, MD
Director, Adult Cardiovascular Anesthesia Team

Jimmie E. Colon, MD
Director, Pediatric Cardiovascular Anesthesia Team

Daniel P. Corsino, MD
Director, Pediatric Anesthesia Team

William J. Daly, Jr., MD
Director, Urologic Anesthesia Team

Clint E. Elliot, MD
Director, Orthopedic Anesthesia Team

Logan S. Emory, MD
Director, Neuroanesthesia Team

Bryan M. Evans, MD
Director, Major OI Anesthesia Team

Donald R. Gasier, MD
Director, Liver Transplantation Anesthesia Team

Bobby D. Nossaman, MD, FACA
Director, Anesthesia Research Team
Co-Director, Surgical Intensive Care

Melissa D. Russo, MD
Medical Director, OMC-Baptist
Obstetric Anesthesia Team

Leslie C. Thomas, MD
Director, Regional Analgesia/Anesthesia Team

Kim S. Bland, MD
Philip G. Boysen, MD, MBA
David M. Broussard, MD , MBA
Dominic S. Carollo, MD
Allison G. Clark, MD
Michael C. Couch, MD
Khaled A. Dajani, MD
Neil M. DiGiovanni, MD
Emilie E. Donaldson, MD
Jason B. Falterman, MD
Liane M. Germond, MD
George M. Gilly, MD
Donald E. Harmon, MD
Stuart R. Hart, MD
Vilasini Karnik MD
Sabry K. Khalil, MD
Lena J. Koszarek MD
Joseph Kowalskie, MD
Rhonda G. Leopold, MD
Kimextia M. Lund, MD
Melissa C. Maise, MD
Ramona E. Nicolau, MD
Kristie D. Osteen, MD
Elaine M. Page-Arroyo, MD
Matthew E. Patterson, MD
Austin G. Phillips, MD
Usha Ramadhyani, MD
Adrienne P. Ray, MD
Vivek Sabharwal, MD
Amila Schubert, MD, MBA
Jose R. Soberon, Jr., MD
Robin B. Stedman, MD, MPH
C. Lekha Suthya, MD
Connie E. Taylor, MD
Sarotz N. Teng, MD
Mack A. Thomas, MD, FACS
Kelly G. Ural, MD
Dane M. Yordlich, MD

Paige Crespo


Paige,


As per our conversation with Mimi Primeaux on August 31, 2016, Ochsner Jeff Highway campus does not have light duty positions for CRNA's. All CRNA's are actively involved with very hands on activities including transport of patients, moving of patients as well as the highly specialized hands on care.


Please let me know if you have additional questions.


Sincerely,


W. David Sumrall, III, M.D.

Clinical Director of the OR

Chair, Department of Anesthesiology, Jeff Hwy Campus


Ochsner Health System, a part of Ochsner Clinic Foundation

1514 Jefferson Highway • New Orleans, LA 70121 • phone 504-842-3755 • fax 504-842-2036 • www.ochsner.org

Liberty/Crespo 1097

**n0121134**

| | |
|---|---|
| **From:** | Paige |
| **Sent:** | Monday, August 22, 2016 8:33:46 PM |
| **To:** | Youngberg, Todd |
| **Subject:** | Claim |

Listen, thank you for helping me. I'm sure you have given me some slack on deadlines and stuff. But anything you can do to help me until I get this appeal sorted out. My husband and I are now divorcing since the injury. And because of my salary that I get from yall I'm 100% financially responsible for my 3 kids. We cannot survive without this money. Todd I know many people try and beat the system. But I went to school for 10yrs to do what I do. I love it. I didn't ask to have a major stroke at 43 with a traumatic brain injury. Not one thing in my life did not change. If I could have my old life back I'd take it. I mean I took a huge pay cut even with this disability. It's only 60% remember? I mean soc sec sent me for an eye exam for my blindness from the stroke. That Dr told me he was writing that I shouldn't even be driving the blindness was so significant.

Help,
Paige

Sent from my iPad

000182

Liberty/Crespo 1098

## OCHSNER CLINIC FOUNDATION
## JOB DESCRIPTION

I.    **JOB TITLE:**    CRNA    **JOB CODE:**    D250

    **DEPARTMENT:**    Anesthesiology    **JOB FAMILY:**    1

    **REPORTS TO:**    Director and/or Dept. Chairman    **FLSA STATUS:**    Non-Exempt

    **SUPERVISES:**

    **DATE APPROVED:**        **DATE REVISED:**    6/02, 7/05, 9/09

II.    **GENERAL SUMMARY:**

Employed by hospital/clinic to administer anesthesia for surgical and nonsurgical procedures. Provide anesthesia with high degree of autonomy medically directed by anesthesiologists. Anesthesia provided on 24 hour/7 day a week basis for minor elective surgery to transplants. Non surgical procedures include interventional radiology, CT, MRI, catheterization and electrophysiology labs.

Demonstrates actions consistent with Ochsner Clinic Foundation's "Service Principles" as duties are performed on a daily basis.

III.    **MINIMUM QUALIFICATIONS:**

    A.    **Education, Experience & Training:**

Bachelor's degree in nursing
Master's degree from accredited nurse anesthesia program.
Current Louisiana Registered Nurse License
Current Advanced Practice Registered Nurse License
Board Certified by the NBCRNA(National Board on certification and recertification of nurse anesthetists).

    B.    **Other Qualifications:**

Strong written, oral and interpersonal skills.
BLS, ACLS, and PALS required
Clinical instructors to students in nurse anesthesia

    C.    **Physical Demands:**

Overall demanding workload with ability to sit and stand for long periods of time. Job involves exposure to patients, chemicals and anesthetic gases. Requires the ability to lift light equipment and/or transport patients via stretcher. Required to work 8 hour day or longer in fast paced environment.

IV.    **ESSENTIAL JOB DUTIES:**

    1.    Documentation/Record Keeping/Electronic Record Keeping
    2.    Technical Competence-Assessment
    3.    Technical Competence-Patient Safety
    4.    Technical Competence-Equipment
    5.    Interpersonal Contact-Liaison
    6.    Planning and Organization
    7.    Daily Assignments

V.    **APPROVALS:**

Liberty/Crespo 1099

| Name | Title | Date |
|------|-------|------|

| Name | Title | Date |
|------|-------|------|

| Name | Title (Compensation Services) | Date |
|------|-------|------|

VI.    This job description is a summary of the primary duties and responsibilities of the position. It is not intended to be a comprehensive listing of all duties and responsibilities. Contents are subject to change at management's discretion.

VII.

**OCHSNER CLINIC FOUNDATION
JOB PERFORMANCE STANDARDS**

Liberty/Crespo 1100

| JOB TITLE: | CRNA | | JOB CODE: | D250 |
| --- | --- | --- | --- | --- |
| DEPARTMENT: | Anesthesiology | | FLSA STATUS: | Exempt |

| Essential Job Duty | Weight | Standards |
| --- | --- | --- |
| **1.** Documentation/Record Keeping | 20% | 1. Charts all vital signs and function measurements. <br> 2. Administers drugs in proper time sequence. <br> 3. Records an intake and output on each case. <br> 4. Reports to PACU nurse any intra-op events and unexpected outcomes during emergence from anesthesia. <br> 5. Keep accurate record of narcotic use/waste in accordance with policy. <br> 6. Documents appropriate care of patient. |
| **2.** Technical Competence-Assessment | 15% | 1. Reviews preanesthetic assessment. <br> 2. Appraises general condition of patient. <br> 3. Notes any changes since preanesthetic evaluation. <br> 4. Checks for any dental hazards with notation of any broken teeth, dentures, caps, loose teeth, etc. |
| **3.** Technical Competence-Patient Safety | 15% | 1. Positions patient on OR table in physiologically protected way. <br> 2. Notifies anesthesiologist of any unexpected responses. <br> 3. Maintains an appropriate surgical plane of anesthesia. <br> 4. Administers anesthesia following accepted practice techniques. |
| **4.** Technical Competence-Equipment | 15% | 1. Performs appropriate preop checklist on all anes machines/equipment prior to induction of anesthesia. <br> 2. Has appropriate anesthetic equipment/supplies available for case. <br> 3. Follow safety requirements. |
| **5.** Interpersonal Contact-Liasion | 15% | 1. Communicates with surgeon and anesthesiologist regarding patient's condition when applicable. <br> 2. Maintains good working relationship with coworkers within dept. <br> 3. Maintains a positive manner when dealing with hospital personnel, patients, families and coworkers. |
| **6.** Planning and Organization | 10% | 1. Attends conferences and inservices as available. <br> 2. Participates in department QA procedures. <br> 3. Current in BCLS. <br> 4. Assists in training with student nurse anesthetists. |
| **7.** Assignments | 10% | 1. Works to minimize turnover time by avoiding unnecessary delays, preparing ahead, assisting others whenever appropriate. <br> 2. Demonstrates willingness to accept assignment or schedule changes to increase productivity and efficiency. <br> 3. Makes post-anesthesia rounds when assigned. <br> 4. Performs assigned tasks in a timely manner. |
| **8.** | | |

Liberty/Crespo 1101

| JOB TITLE: | CRNA | JOB CODE: | D250 |
|---|---|---|---|
| DEPARTMENT: | Anesthesiology | FLSA STATUS: | Exempt |

| Essential Job Duty | Weight | Standards |
|---|---|---|
| 1. Documentation/Record Keeping | 20% | 1. Charts all vital signs and function measurements.<br>2. Administers drugs in proper time sequence.<br>3. Records an intake and output on each case.<br>4. Reports to PACU nurse any intra-op events and unexpected outcomes during emergence from anesthesia.<br>5. Keep accurate record of narcotic use/waste in accordance with policy.<br>6. Documents appropriate care of patient. |
| 2. Technical Competence-Assessment | 15% | 1. Reviews preanesthetic assessment.<br>2. Appraises general condition of patient.<br>3. Notes any changes since preanesthetic evaluation.<br>4. Checks for any dental hazards with notation of any broken teeth, dentures, caps, loose teeth, etc. |
| 3. Technical Competence-Patient Safety | 15% | 1. Positions patient on OR table in physiologically protected way.<br>2. Notifies anesthesiologist of any unexpected responses.<br>3. Maintains an appropriate surgical plane of anesthesia.<br>4. Administers anesthesia following accepted practice techniques. |
| 4. Technical Competence-Equipment | 15% | 1. Performs appropriate preop checklist on all anes machines/equipment prior to induction of anesthesia.<br>2. Has appropriate anesthetic equipment/supplies available for case.<br>3. Follow safety requirements. |
| 5. Interpersonal Contact-Liasion | 15% | 1. Communicates with surgeon and anesthesiologist regarding patient's condition when applicable.<br>2. Maintains good working relationship with coworkers within dept.<br>3. Maintains a positive manner when dealing with hospital personnel, patients, families and coworkers. |
| 6. Planning and Organization | 10% | 1. Attends conferences and inservices as available.<br>2. Participates in department QA procedures.<br>3. Current in BCLS.<br>4. Assists in training with student nurse anesthetists. |
| 7. Assignments | 10% | 1. Works to minimize turnover time by avoiding unnecessary delays, preparing ahead, assisting others whenever appropriate.<br>2. Demonstrates willingness to accept assignment or schedule changes to increase productivity and efficiency.<br>3. Makes post-anesthesia rounds when assigned.<br>4. Performs assigned tasks in a timely manner. |

8.

00029

Liberty/Crespo 1102

## *Abilities and Skills for the Graduate Nurse Anesthetist Student*

The School of Nursing affirms that all students enrolled in the graduate, nurse anesthesia program must possess those intellectual, ethical, physical, and emotional capabilities required to undertake the full curriculum and to achieve the levels of competence required by the faculty for safe professional practice.

The advanced practice nurse anesthetist must possess the knowledge and ability to effectively assess his or her client's biophysical, psychological, social, cultural, and intellectual domains. Further, the advanced practice nurse must competently analyze the assessment data through intellectual processing to arrive at a definition of the client's status or problem, plan independently or collaboratively for full range of therapeutic anesthesia interventions, execute all or part of the anesthesia care plan through advanced practice nursing acts, and evaluate the care delivered and the client's responses to it.

Candidates for advanced practice nursing must have the abilities and skills necessary for use of the nursing process. These skills and abilities include observations; communication; motor ability; conceptualization; integration and quantification; and behavioral/social acceptability. Technological compensation can be made for some handicaps in certain of these areas, but candidates must be able to perform in a reasonably independent manner. The use of a trained intermediary is not possible.

The following abilities and skills are necessary to meet the requirements of the curriculum:

Observations: The candidate must be able to observe patients and monitors accurately at a distance and close at hand. Observation necessitates the functional use of vision and tactile sensation. It is enhanced by the functional sense of smell.

Communication: The candidate must be able to speak, hear, and observe patients in order to elicit information; describe changes in mood, activity, posture, mentation, and consciousness; and perceive nonverbal communications. A candidate must be able to communicate effectively and sensitively with patients. Communication includes not only speech but reading and writing. The candidate must be able to communicate effectively and efficiently in oral and written form with all members of the health care team.

Motor: Candidates should have sufficient motor function to elicit information from patients by palpation, auscultation, percussion, and other assessment maneuvers. A candidate must have sufficient motor skills to gain access to clients in a variety of care settings and to manipulate the equipment central to the treatment of patients receiving anesthesia care. Such actions require coordination of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision. Examples of required fine motor skills would include, but are not limited to, preparation and administration of medications, assessment of vital signs, administration of general, regional, and monitored anesthesia care anesthetics, and insertion invasive monitoring lines. Examples of required gross motor skills would include, but are not limited to, positioning clients, transferring clients and maneuvering in confined spaces. In addition, the candidate should be able to lift and carry a minimum of 35% of his or her own body weight. Also, the candidate should be able to sit, bend, reach and/or walk and stand for most of the day.

Intellectual-Conceptual, Integrative, and Quantitative Abilities: These abilities include measurement, calculation, reasoning, analysis, and synthesis. Problem solving, the critical skill demanded of nurse anesthetists, requires all of these intellectual abilities. In addition, the candidate should be able to comprehend three-dimensional relationships and to understand the spatial relationships of structures.

Behavioral and Social Attributes: A candidate must possess the emotional health required for full utilization of his or her intellectual abilities, the exercise of good judgment, the prompt completion of all responsibilities attendant to the care of patients, and the development of mature, sensitive, and effective relationships with patients and all members of the healthcare team. Candidates must be able to tolerate physically taxing workloads and to function effectively under stress. They must be able to adapt to changing environments, display flexibility, and learn to function in the face of uncertainties inherent in the clinical problems of many patients. Compassion, integrity, concern for others, and appropriate

interpersonal skills, interests, and motivations are all personal qualities necessary for professional nursing.

The citations for these guidelines are as follows:
Section 504 of the 1973 Vocational Rehabilitation Act and 42 U.S.C. 12101 et seq., the American with Disabilities Act (ADA)
Bower, D., Line, L., & Denega, D. (1988). Evaluation instruments in nursing (pp. 71). New York: National League for Nursing
(Effective - Fall 1999)
Reviewed 3/27/13

Liberty/Crespo 1104

2/15/2017    Cleveland Clinic Careers - Certified RN Anesthetist

 **Cleveland Clinic** (INDEX.HTML)

# Certified RN Anesthetist

Weston, FL

# CERTIFIED RN ANESTHETIST

**LOCATION:** WESTON, FL
**FACILITY:** CLEVELAND CLINIC FLORIDA - WESTON
**PROFESSIONAL AREA:** ADVANCED PRACTICE
**DEPARTMENT:** ANESTHESIOLOGY
**JOBCODE:** Q0803F
**SCHEDULE:** FULL TIME
**SHIFT:** NULL

# JOB DETAILS

**JOB SUMMARY:**
Performs pre-anesthetic evaluation of patients, writes appropriate notes in charts, orders appropriate laboratory work and evaluates laboratory work under the supervision of the anesthesiologist. Administers anesthesia according to commonly accepted standards of the AANA and FANA. Maintains appropriate knowledge of anesthesia equipment, follows standard medical practice in the induction, maintenance and emergence of anesthesia. Communicates regularly with staff physicians, peers and other departments within the facility, patients and patient's family.

**APPLY NOW (HTTPS://CCF.WD1.MYWORKDAYJOBS.CO FLORIDA-WESTON/CERTIFIED-RN-ANESTHETIST_5483-1/APPLY)**

**RESPONSIBILITIES:**
- Performs pre-anesthetic evaluation of patients, writes appropriate notes in chart, orders and evaluates appropriate laboratory work.

Liberty/Crespo 1105

2/15/2017                                            Cleveland Clinic Careers - Certified RN Anesthetist

- Formulates an anesthetic care plan based on current knowledge concepts, and scientific principles, explains procedures to patient and answers questions as necessary.

Cleveland Clinic (INDEX.HTML)

- Writes preoperative notes, charts accurate anesthesia record, maintains confidentiality and demonstrates concern for patient and family.

- Administers anesthesia according to commonly accepted standards of the AANA and FANA.

- Maintains appropriate knowledge of anesthesia equipment, follows standard medical practice in the induction, maintenance and emergencies of anesthesia.

- Ensures sterile technique is preserved and work area is free of obstacles. Monitors patient continuously throughout the anesthetic with appropriate documentation, recognizes abnormal physiological responses and takes corrective action, requests appropriate tests when needed, and provides emergency care when necessary.

- Maintains responsibility for safe emergence from anesthesia under accepted, standard guidelines.

- Transfers patient to appropriate recovery room, ICU personnel and remains until report is given and patient condition is stable.

- Recognizes expected or abnormal patient responses in postoperative setting and initiates corrective measures.

- Evaluates patient outcomes on a regular basis.

- Maintains completed and up-to-date documentation and files at all times including products and service quotes.

- Communicates with colleagues and patients regularly.

- Adheres to the National Patient Safety Goals as outlined by JCAHO.

- Follows Code Blue protocol.

- Other duties as assigned.

**APPLY NOW (HTTPS://CCF.WD1.MYWORKDAYJOBS.CC FLORIDA-WESTON/CERTIFIED-RN-ANESTHETIST-5483-1/APPLY)**

**EDUCATION:**

- Graduate of an accredited Nurse Anesthetist Program.

- Bachelors of Science in Nursing.

- Demonstrates knowledge of Anesthesia practices.

Liberty/Crespo 1106

2/15/2017                                  Cleveland Clinic Careers - Certified RN Anesthetist

- Cognizant of the physical and general characteristics of the various age related

**Cleveland Clinic** (INDEX.HTML)

## CERTIFICATIONS:

- Florida Nurse Anesthetist License.

- Certified Registered Nurse Anesthetist (CRNA) in Florida. Advanced Cardiac Life Support (ACLS) Certification.

- Basic Life Support (BLS) Certification.

## COMPLEXITY OF WORK:

- All employees are expected to meet the standards of performance outlined in the Organizational-Wide Competencies listed below as applied to the position: World Class Service Orientation: Includes attitude, behavior, interpersonal skill, and problem solving that enable an employee to respond to internal and external customer needs and expectations in a positive manner.

- Has verbal knowledge of Dr. Lower's Credo: A patient is the most important person in this institution - in person or by mail. A patient is not dependent on us - we are dependent on him. A patient is not an interruption of our work - he is the purpose of it. A patient is not an outsider to our business - he is part of it. A patient is not someone to argue or match wits with. A patient is a person and not a statistic. He has feelings, emotions, biases, prejudices and wants. It is our job to satisfy him.

- Adaptability: Includes teamwork and flexibility needed to fulfill job responsibilities including adapting to changes in work environment and accepting supervisory feedback.

- Efficiency and Effectiveness: Includes quantity and quality of desired work, as well as organization skills necessary to perform successfully.

- Essential Job Requirements: Includes adherence to all relevant policies, procedures, and guidelines affecting the work environment, including maintenance of required competencies and communication skills.

- Supervisory Responsibilities (if applicable): Includes overall accountability for assigned work group relative to operational goals, personnel requirements, and budgetary constraints.

**APPLY NOW
(HTTPS://CCF.WD1.MYWORKDAYJOBS.CC
FLORIDA-
WESTON/CERTIFIED-
RN-
ANESTHETIST_5483-
1/APPLY)**

## WORK EXPERIENCE:

- One year Critical Care Nursing.

PHYSICAL REQUIREMENTS

Liberty/Crespo 1107

2/10/2017                                        Certified Registered Nurse Anesthetist (CRNA) Career Profile

Undergraduate Programs
RN to BSN Program

- 𝕝

Request Information

- Home
- Resources
- Nursing
- CRNA Certified Registered Nurse Anesthetist

# Nursing Careers: Certified Registered Nurse Anesthetist (CRNA)

By Bisk

Like 1   Share    Tweet   G+1  0        Share    0

- Stum



Nursing is the largest healthcare occupation with over 2.7 million registered nurses (RNs) currently employed in the United States. Registered nurses with advanced educations, such as Bachelor of Science in Nursing (BSN) and Master of Science in Nursing (MSN) degrees, can enjoy several professional opportunities, particularly as healthcare specialties generate higher demand.

In fact, many professionals seeking to position themselves for advanced nurse specialties or leadership positions are returning to school to obtain their BSNs and MSNs. Some also choose to enter specialty fields, which may require additional education and certification. One

https://www.villanovau.com/resources/nursing/certified-registered-nurse-anesthetist-career-outlook/#.WJ5Wb9fyvRY                    3/8

Liberty/Crespo 1108

**n0121134**

| | |
|---|---|
| **From:** | EmployeeLeaveMgmt |
| **Sent:** | Thursday, January 19, 2017 11:03:33 AM |
| **To:** | Youngberg, Todd |
| **Cc:** | EmployeeLeaveMgmt |
| **Subject:** | FW: Paige Crespo |
| **Attachments:** | Ltr to Ochsner-Employee leave-CRESPO.pdf |

Hi Todd,


I'm forwarding this to you in the event you are not already aware.  We have provided the requested documents to Legal for response to Paige's attorney.


Thank you,


*Nancy Folse*

*Leave Management Consultant*

Ochsner Health System | Healthcare with Peace of Mind

Human Resources | Total Rewards/Benefits

1450 Poydras Street, Suite 2600

New Orleans, Louisiana 70112

nancy.folse@ochsner.org

Phone: 504-842-6774

Employee Service Center: 504-842-4748



**From:** Kim A. Bryson [mailto:assistant2@willefordlaw.com]

Liberty/Crespo 1109

**Sent:** Monday, January 16, 2017 4:55 PM
**To:** EmployeeLeaveMgmt; Mimi Primeaux
**Cc:** Reagan Toledano
**Subject:** Paige Crespo

https://secure.ochsner.org/forms/images/ohslogo_blue_180.png

**THIS EMAIL IS FROM AN EXTERNAL SENDER!**

**DO NOT** click links or provide your User ID or Password if the sender is unknown.

Dear Employee Leave Management Department,

Please see the attached letter from Mr. Reagan Toledano regarding Ms. Paige Crespo.

Kim A. Bryson

Legal Assistant

Willeford & Toledano

201 St. Charles Ave., Suite 4208

New Orleans, LA 70170-4208

Phone: (504) 582-1286

Fax: (313) 692-5927

Kim@willefordlaw.com

_____
_____

The information contained in this e-mail message is privileged and confidential and is intended only for the use of the addressee.   If the reader of this message is not the

addressee, or the person responsible for delivery to the addressee, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited.  If you have received this message in error, please immediately notify us by return e-mail and immediately delete the message from your system.  Thank you.

**ExchangeDefender** Message Security: Check Authenticity

Liberty/Crespo 1111



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                          PLEASE REPLY TO:
REAGAN L. TOLEDANO                            RTOLEDANO@WILLEFORDLAW.COM

January 16, 2017

**VIA U.S. MAIL & EMAIL: mprimeaux@ochsner.org &
EmployeeLeaveMgmt@ochsner.oorg**

Ochsner Clinic Foundation
1514 Jefferson Highway
Jefferson, LA 70121

**Re:    Claimant: Paige Crespo      DOB:
        Employer: Ochsner Clinic Foundation
        Liberty Mutual LTD Claim No.: 5458678**

Dear Employee Leave Management,

I am writing on behalf of Paige Crespo who I represent in her claim for long term disability benefits.

Enclosed please find an authorization that allows you to speak to me about her claim. Please send me a copy of her long term disability plan, the SPD, and her life insurance plan.

In addition, please send me a copy of all plan documents for any employee welfare benefits she may be entitled to, such as waiver of life insurance premium, long term disability benefits, pension accrual, etc.

Please let me know if you have any questions.

Sincerely,

Reagan L. Toledano
RLT/kab
Enclosure
Cc: Paige Crespo

Liberty/Crespo 1112

AUTHORIZATION
TO RELEASE DOCUMENTS AND
APPOINTMENT OF LEGAL REPRESENTATIVE


Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim.  I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA  70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim.  I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.


SIGNED, this the ____1____ day of __Sept__, 2016.

_Paige Crespo_
Signature

_Paige Crespo_
Print Name

_____
Social Security Number

**n0121134**

---

**From:**      Youngberg, Todd
**Sent:**       Tuesday, January 03, 2017 8:31:27 AM
**To:**         'EmployeeLeaveMgmt'
**Subject:**    RE: Paige Crespo

Good Morning Nancy,


My apologies for not getting back to you sooner however, I'm just returning to the office this morning after being out for the past two weeks.  In response to your question, yes, the claim was closed after an Independent Medical Examination was completed and concluded that her impairment does not translate into restrictions and limitations.  Unfortunately, I cannot forward the letter to you as it has confidential medical information included in it.  She has retained an attorney and I believe they are in the process of appealing the claim determination.  She has until, approximately, 2/20/17, to submit her formal appeal.  I hope this helps in addressing your questions, should you have any further please do not hesitate to contact me.


Regards,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


🖨 please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me

Liberty/Crespo 1114

via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** EmployeeLeaveMgmt [mailto:EmployeeLeaveMgmt@ochsner.org]
**Sent:** Thursday, December 22, 2016 4:19 PM
**To:** Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
**Cc:** Nancy Folse <nancy.folse@ochsner.org>; EmployeeLeaveMgmt <EmployeeLeaveMgmt@ochsner.org>
**Subject:** RE: Paige Crespo

Hi Todd,

Paige reached out to us for guidance regarding her options since her LTD claim was closed.   We have advised of the appeal process; and I believe she has initiated that.   Can you confirm?

I understand the claim closure had something to do with the consulting physician's determination; but without details, I am unable to provide much guidance.   Would it be possible to forward me the closure letter or outline the reason for closure?   I believe she has also reached out to her treating physician, Dr. Ware; but I don't know if he has provided feedback to you since the closure.

I appreciate any insight you can offer to this situation.   Happy Holidays!

*Nancy Folse*

*Leave Management Consultant*

Ochsner Health System | Healthcare with Peace of Mind

Human Resources | Total Rewards/Benefits

1450 Poydras Street, Suite 2600

Liberty/Crespo 1115

New Orleans, Louisiana 70112

nancy.folse@ochsner.org

Phone: 504-842-6774

Employee Service Center: 504-842-4748

**From:** Youngberg, Todd [mailto:TODD.YOUNGBERG@LibertyMutual.com]
**Sent:** Monday, August 22, 2016 2:51 PM
**To:** EmployeeLeaveMgmt
**Subject:** Paige Crespo

To Whom It May Concern:

**Employee: Paige Crespo**

**Claim #: 5458678**

**Approved through Date: 8/31/2016**

We have thoroughly reviewed the claim and have determined that Ms. Paige Crespo no longer meets the definition of disability of her LTD claim policy and therefore her claim has been closed as of 9/1/16.

If you have any questions regarding this claim, please feel free to contact me.

Thanks,

Todd Youngberg

Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576

please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1117

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403



Fax:    (610) 962-8421
Phone:  888-252-4146

**Request ID: 14000224**
**Tracking #: OCHS447XL7R4W**

**Todd Youngberg**
Liberty Life Assurance Co. of Boston
P.O. Box 7211
Group Benefits Disability Claims
London, KY  40742-7211

**Track your request at www.roilog.com.**
**Enter your Tracking # and Request ID.**

Date:   8/16/2016
Phone:  888-440-6118
Fax:    603-334-3576

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below). In order to resolve this issue; please fax the information requested to MRO at (610) 962-8421. Upon receipt of the requested information, your request will be processed as quickly as possible.  **If you send this information to the facility the process may be delayed.**

Please note that you may be billed for a search/retrieval fee if you cancel your request.

Should you have any questions, send an e-mail to Requestinformation@mrocorp.com.
Please be sure to enter your Request ID in the subject field of the e-mail.
**PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.**

Thank you,
**MRO**

Patient Name:  **PAIGE CRESPO**          Your Request Date:          7/11/2016
                                         Your Reference Number:   5458678
                                         Date Received at Facility:  8/15/2016

**Your request is being processed by MRO on behalf of the following facility:**

Facility:       **Ochsner Main Campus Jefferson**
                1514 Jefferson Highway
                Jefferson, LA  70121

The issue related to this request is:  **Illegible Authorization**

Your authorization is illegible.  Please mail/fax a legible authorization to the address/fax number shown above.

Liberty/Crespo 1118



**Ochsner**
Health System

## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION
*(See back of form for facility locations)*

Patient's Name _____    Date of Birth _____

Address _____    Phone # _____

I, _____ , hereby authorize
                        FULL NAME OF PATIENT

_____ to release information specified below from my
            NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service  _____  to  _____

The information which is checked (X) below is to be released to:

_____

NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

_____

ADDRESS                                   CITY                   STATE          ZIP

Purpose for Release:  ☐ Medical   ☐ Insurance   ☐ Legal   ☐ Other _____

Check off items being released:

☐ Discharge Summary                   ☐ Pathology Reports        ☐ X-ray Report _____
☐ Discharge Instructions/After Visit Summary   ☐ Laboratory       ☐ Radiology films
☐ History & Physical                  ☐ Cardiology               ☐ ER Record
☐ Consultation Reports                ☐ Clinic Visit             ☐ Entire Record
☐ Progress Notes                      ☐ Abstract                 Other _____
                                      ☐ Operative Report

Method of Delivery:   ☐ Paper   ☐ Fax # _____   ☐ Email _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
        *(Patient's Signature)*

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
        *(Patient's Signature)*

I, _____ , authorize the release of **psychiatric** information.
        *(Patient's Signature)*

I, _____ , authorize the release of **genetic testing** information.
        *(Patient's Signature)*

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):

_____

**If expiration date is left blank, authorization will expire within one year.**

_____    _____    _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE    RELATIONSHIP TO PATIENT    DATE SIGNED

_____    _____
ADDRESS                                   PHONE NUMBER

_____    _____    _____
SIGNATURE OF WITNESS (if patient is unable to sign)    RELATIONSHIP TO PATIENT OR CREDENTIALS    DATE SIGNED

**FOR HIM USE ONLY:** Date Rec'd _____ Date Processed _____ Time Frame _____ Processed By _____ # Pages/Amount _____
Form No. 20651 (Rev. 7/10/2015)

Liberty/Crespo 1119



# FACILITY LOCATIONS

**Ochsner Medical Center**
**Ochsner Health Centers**
1514 Jefferson Highway
New Orleans, LA  70121
Phone:  (504) 842-2832
Fax: (504) 842-4047

**Ochsner Baptist**
**Medical Center**
**Ochsner Health Centers**
2700 Napoleon Avenue
New Orleans, LA  70115
Phone:  (504) 894-2173
Fax:  (504) 894-2460

**Ochsner Medical Center**
**Baton Rouge**
**Ochsner Health Centers**
17000 Medical Center Drive
Baton Rouge, LA  70816
Phone:  (225) 236-5917
Fax:  (225) 236-5469
   or  (225) 761-5939

**Ochsner Kenner**
**Medical Center**
**Ochsner Health Centers**
180 West Esplanade Avenue
Kenner, LA  70065
Phone:  (504) 464-8066
Fax:  (504) 464-8093

**Ochsner Medical Center**
**North Shore**
**Ochsner Health Centers**
100 Medical Center Drive
Slidell, LA  70461
Phone:  (985) 646-5009
Fax: (985) 646-5606

**Ochsner Medical Complex**
**River Parishes**
502 Rue de Sante
Laplace, Louisiana 70068

*Request for medical records for visits*
*ON or AFTER Nov. 1, 2014 contact:*
*Ochsner Kenner Medical Center*

**Ochsner St. Anne General**
**Ochsner Health Centers**
4608 Hwy One
Raceland, LA  70394
Phone:  (985) 537-8364
Fax:  (985) 537-8296

**Ochsner Westbank**
**Medical Center**
**Ochsner Health Centers**
2500 Belle Chasse Highway
Gretna, LA  70056
Phone:  (504) 207-2525
Fax:  (504) 391-5115

Liberty/Crespo 1120

1G285160019

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ___/___ day of __Sept__, 2016.

_____
Signature

_____
Print Name

_____
Social Security Number

Liberty/Crespo 1121

1G285160027

# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD
REAGAN L. TOLEDANO

PLEASE REPLY TO:
RTOLEDANO@WILLEFORDLAW.COM

October 5, 2016

**VIA U.S. MAIL & FAX: (603) 334-3576**

Todd Youngberg
Liberty Mutual Insurance Company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

Re:    **Claimant: Paige F. Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Mr. Youngberg,

I am writing on behalf of Paige Crespo who this office represents in her claim for long term disability benefits. I am enclosing an authorization form that allows you to communicate with me about her claim.

Please send me a copy of the surveillance videos as soon as possible, which you mentioned in your letter to Ms. Crespo dated August 22, 2016.

Also, please send me a copy of the raw data from Dr. Yohman's IME report.

Please call me if you have any questions.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosure
Cc: Paige Crespo

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA  70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 203199 |
|---|---|
| DATE | 10/06/16 |

**CUSTOMER**

Todd Youngberg
Liberty Mutual Disability
100 Liberty Way
Dover, NH 03820

Re: Paige Crespo
Vs. Ochsner Clinic Foundation
LA

| TERMS:<br>Due Upon Receipt | CUSTOMER NO.<br>LIB0126 | JOB NO.<br>1512000391 | P.O. No. / Claim No.<br>5458678 | |
|---|---|---|---|---|
| **Description** | **Quantity** | **Unit of Measure** | **Price** | **Amount** |
| DVD Copy | 1.00 | | | 15.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | Sub-Total | 15.00 |
|---|---|---|
| | Sales Tax | |
| | TOTAL | $15.00 |

**PAGE**    1    **OF**    1

Liberty/Crespo 1123



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: October 6, 2016 | |
| To: | REAGAN TOLEDANO<br>WILLEFORD & TOLEDANO<br>201 ST. CHARLES AVE.<br>SUITE 4208<br>NEW ORLEANS LA 70170-4208 |
| Attn: | Attorney Toledano |
| Fax: | (313) 692-5927 |
| From: | Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 |
| Total Pages<br>(Including Cover):     2 | |
| RE:<br><br>Claim #:     5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1124



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

October 6, 2016

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo

Dear Reagan Toledano:

We are writing in regard to your letter, dated October 5, 2016, regarding Ms. Paige Crespo and her
Long Term Disability appeal.  On October 5, 2016, we contacted the surveillance vendor, Hub
Enterprises, and requested that they mail your office a copy of the surveillance disc.  As far as your
request for a copy of the raw test data, please request the test data from Dr. Yohman as their office
will not release it unless another Physician requests it.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

1  of  1

Liberty/Crespo 1125

**n0121134**

---

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Wednesday, October 05, 2016 2:35:37 PM |
| **To:** | Heather Ross (heatherc@hubenterprises.com) |
| **Subject:** | Paige Crespo 5458678 |

Hey Heather,


Can you please mail the surveillance discs on Paige Crespo to:


Willeford & Toledano

201 St. Charles Ave.

Suite 4208

New Orleans, LA 70170-4208

Attn: Reagan Toledano


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


🖶 please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the

Liberty/Crespo 1126

addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1127

# FAX COVER SHEET

| | |
|---|---|
| **TO** | Todd Youngberg |
| **COMPANY** | Liberty Mutual Insurance |
| **FAX NUMBER** | 16033343576 |
| **FROM** | James Willeford |
| **DATE** | 2016-10-05 21:58:57 GMT |
| **RE** | Paige Crespo, Claim No. 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Reagan Toledano regarding Ms. Paige Crespo.

Liberty/Crespo 1128



# WILLEFORD & TOLEDANO

201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170-4208

504/582.1286
Fax 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                      PLEASE REPLY TO:
REAGAN L. TOLEDANO                          RTOLEDANO@WILLEFORDLAW.COM

October 5, 2016

**VIA U.S. MAIL & FAX: (603) 334-3576**

Todd Youngberg
Liberty Mutual Insurance Company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige F. Crespo**
        **Liberty Mutual LTD Claim No.: 5458678**
        **Employer: Ochsner Clinic Foundation**

Dear Mr. Youngberg,

I am writing on behalf of Paige Crespo who this office represents in her claim for long term disability benefits. I am enclosing an authorization form that allows you to communicate with me about her claim.

Please send me a copy of the surveillance videos as soon as possible, which you mentioned in your letter to Ms. Crespo dated August 22, 2016.

Also, please send me a copy of the raw data from Dr. Yohman's IME report.

Please call me if you have any questions.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosure
Cc: Paige Crespo

Liberty/Crespo 1129

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ____1____ day of __Sept__, 2016.

_____Paige Crespo_____
Signature

_____Paige Crespo_____
Print Name

_____
Social Security Number

Liberty/Crespo 1130

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

REAGAN TOLEDANO
WILLEFORD & TOLEDANO
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS LA 70170-4208

Liberty/Crespo 1131



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

September 13, 2016

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVE.
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo

Dear Reagan Toledano:

This letter is in response to your letter dated September 1, 2016, regarding the Long Term Disability (LTD) claim for Paige Crespo.  Enclosed is an entire copy of Ms. Crespo's LTD claim file including all claim documentation that was used in our determination of her LTD claim as well as a copy of the Policy under which he is covered and whose definitions and provisions governed our determination.  We have also provided a copy of the reviewing Physicians Curriculum Vitae as you requested.

We are unable to respond to your overbroad requests for documentation as this information is not contained in Ms. Crespo's LTD claim file and was not considered by Liberty Life in our review of her claim.  As such, this information cannot be provided.

Also, as outlined in our letter to Ms. Crespo, you have 180 days from the date of the letter to submit her appeal; therefore, her formal appeal is due by February 21, 2017.

Since no appeal has yet been submitted, at this time, Ms. Crespo's claim remains closed and no review will be conducted at this time.  Her claim will not be forwarded to our Appeals Review Unit.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec

1  of  2

Liberty/Crespo 1132

Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

2  of  2

Liberty/Crespo 1133

1P250160020

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the _____1_____ day of ___Sept___, 2016.

_____Paige Crespo_____
Signature

_____Paige Crespo_____
Print Name

_____
Social Security Number

1P250160165



# WILLEFORD & TOLEDANO

201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD
REAGAN L. TOLEDANO

PLEASE REPLY TO:
RTOLEDANO@WILLEFORDLAW.COM

September 1, 2016

**VIA U.S. MAIL & FAX: (603) 334-3576**

Todd Youngberg
Liberty Mutual Insurance Company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige F. Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Mr. Youngberg,

I am writing on behalf of Paige Crespo, who this office represents in her claim for long term disability benefits. I am enclosing an authorization form that allows you to communicate with me about her claim. **Please mark the file, noting that all correspondence and disability benefits are to be sent to my attention at the above address pursuant to the enclosed authorization form.**

Please send me a complete copy of her claim file as soon as possible, including her short and long term disability policy, surveillance videos, and the following information:

1.     Any plan document;

2.     Any insurance policy providing disability benefits to Paige Crespo;

3.     Any Summary Plan Description (SPD) pertaining to disability benefits Paige Crespo is or may be eligible for;

4.     Pertinent excerpts from your company's claims manual which were used in making the determination that benefits should be terminated in Paige Crespo' claim;

1P250160165

Liberty Mutual
September 1, 2016
Page 2

5.      A copy of the credentials of each healthcare professional who Liberty Mutual consulted with regard to the adverse benefit determination in accordance with 29 C.F.R. in § 2560.503-1 (h)(3)(iii);

6.      Identification of medical or vocational experts whose advice was sought in connection with the adverse benefit determination in accordance with 29 C.F.R. §2560.503-1(h)(3)(iv);

7.      Any internal rule, guideline, protocol or other similar criterion which was relied upon in making the adverse benefit determination in accordance with: 29 C.F.R § 2560.503-1 (g)(v)(A); and

8.      Any other relevant document, record or other information, not previously requested regarding Paige Crespo's claim as defined in 29 C.F.R. § 2560.503-1. (m)(iii)(8).

9.      Any and all raw date in regards to any medical review report relevant to Ms. Crespo's claim.

Request is hereby made that you not destroy or modify any documents, software, logs, emails and other information transferring media that are currently on your computer or any Liberty Mutual computer involved in this claim, and that you take affirmative steps to preserve such evidence. Request is also made that you put your document-retention policy on hold pending the resolution of this claim. Finally, request is made that any relevant information stored on electronic media which has been deleted that is reasonably recoverable be immediately undeleted or recaptured.

Please call me if you have any questions.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosure
Cc: Paige Crespo

# FAX COVER SHEET

| TO | Todd Youngberg |
|---|---|
| COMPANY | Liberty Mutual Insurance |
| FAX NUMBER | 16033343576 |
| FROM | James Willeford |
| DATE | 2016-09-02 15:05:11 GMT |
| RE | Paige Crespo, Claim No. 5458678 |

## COVER MESSAGE

Please see the attached letter from Mr. Reagan Toledano regarding Ms. Paige Crespo.

Liberty/Crespo 1137



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD                                         PLEASE REPLY TO:
REAGAN L. TOLEDANO                           RTOLEDANO@WILLEFORDLAW.COM

September 1, 2016

**VIA U.S. MAIL & FAX: (603) 334-3576**

Todd Youngberg
Liberty Mutual Insurance Company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

**Re:    Claimant: Paige F. Crespo**
**Liberty Mutual LTD Claim No.: 5458678**
**Employer: Ochsner Clinic Foundation**

Dear Mr. Youngberg,

I am writing on behalf of Paige Crespo, who this office represents in her claim for long term disability benefits. I am enclosing an authorization form that allows you to communicate with me about her claim. **Please mark the file, noting that all correspondence and disability benefits are to be sent to my attention at the above address pursuant to the enclosed authorization form.**

Please send me a complete copy of her claim file as soon as possible, including her short and long term disability policy, surveillance videos, and the following information:

1.    Any plan document;

2.    Any insurance policy providing disability benefits to Paige Crespo;

3.    Any Summary Plan Description (SPD) pertaining to disability benefits Paige Crespo is or may be eligible for;

4.    Pertinent excerpts from your company's claims manual which were used in making the determination that benefits should be terminated in Paige Crespo' claim;

Liberty/Crespo 1138

Liberty Mutual
September 1, 2016
Page 2

5.    A copy of the credentials of each healthcare professional who Liberty Mutual consulted with regard to the adverse benefit determination in accordance with 29 C.F.R. in § 2560.503-1 (h)(3)(iii);

6.    Identification of medical or vocational experts whose advice was sought in connection with the adverse benefit determination in accordance with 29 C.F.R. §2560.503-1(h)(3)(iv);

7.    Any internal rule, guideline, protocol or other similar criterion which was relied upon in making the adverse benefit determination in accordance with: 29 C.F.R § 2560.503-1 (g)(v)(A); and

8.    Any other relevant document, record or other information, not previously requested regarding Paige Crespo's claim as defined in 29 C.F.R. § 2560.503-1. (m)(iii)(8).

9.    Any and all raw date in regards to any medical review report relevant to Ms. Crespo's claim.

Request is hereby made that you not destroy or modify any documents, software, logs, emails and other information transferring media that are currently on your computer or any Liberty Mutual computer involved in this claim, and that you take affirmative steps to preserve such evidence. Request is also made that you put your document-retention policy on hold pending the resolution of this claim. Finally, request is made that any relevant information stored on electronic media which has been deleted that is reasonably recoverable be immediately undeleted or recaptured.

Please call me if you have any questions.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosure
Cc: Paige Crespo

Liberty/Crespo 1139

## AUTHORIZATION
## TO RELEASE DOCUMENTS AND
## APPOINTMENT OF LEGAL REPRESENTATIVE

Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston is hereby specifically authorized and requested to furnish my attorneys:

Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston recognize this assignment in the future administration of my claim. I instruct and request that Ochsner Clinic Foundation/ Liberty Life Assurance Company of Boston send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the ____1____ day of __Sept_____, 2016.

_____
Signature

_____
Print Name

_____
Social Security Number



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: August 23, 2016 | |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | Dr. Ware |
| Fax: | (504) 842-6963 |
| From: | Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 |
| Total Pages (Including Cover): 16 | |
| RE:<br><br>Claim #: 5458678<br>Claimant: Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1141



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

August 23, 2016

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

On May 24, 2016 a/an Neuropsychological Evaluation was performed to assist us in determining Ms. Crespo's eligibility for  Long Term Disability (LTD) benefits.  The results of this assessment demonstrate the following:

We have enclosed a copy of the report for your review.

Please review the enclosed report by Dr. Yohman, and provide any comments you wish to have considered.  If you disagree with Dr. Yohman's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by September 6, 2016.  Failure to provide the requested information may result in an adverse benefit determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

1  of  2

Liberty/Crespo 1142

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   5458678-MEDICAL-INDEPENDENT EXAMS/EVALUATIONS-06.0

Liberty/Crespo 1143

## J. Robert Yohman, Ph.D., P.C.

Clinical Psychology · Neuropsychology
American Board of Professional Psychology
Diplomate in Clinical Neuropsychology

## NEUROPSYCHOLOGICAL EVALUATION REPORT

**Examinee:** Paige Crespo
**Referral Source:** MLS, for Liberty Insurance
**Date of Examination:** 5/24/16
**Date of Report:** 5/26/16
**Date of Birth:**
**Out of Work Date:** 4/10/15
**Case Number:** unknown
**Basis of Evaluation:** Review of records, clinical interview, neuropsychological testing (see Appendix)
**Examiner:** J. Robert Yohman, Ph.D., ABPP

## INTRODUCTION/REASON FOR REFERRAL

Referral Question:
Ms. Crespo was referred for an independent neuropsychological examination to evaluate her current psychological and cognitive functioning in connection with her long-term disability insurance claim. She reported having an intracranial hemorrhage from a ruptured aneurysm, with consequent physical and cognitive problems. She was informed as to the nature and purpose of the examination and she gave her written consent. She was informed that her effort would be assessed during the exam and she was repeatedly encouraged to do her best on all tasks.

Limited Confidentiality and Nature of Relationship:
Ms. Crespo understood the limits of confidentiality in a third-party requested exam. She was informed and understood that no doctor-patient relationship would exist. She was informed about the uses for the information obtained. She understood that she would not receive feedback or a report of the results directly from the examiner.

## MENTAL STATUS EXAMINATION AND BEHAVIORAL OBSERVATIONS

Paige Crespo is a 44-year-old separated white woman who was neatly groomed and casually dressed in jeans and a jersey. She said that she was 5'6" tall and weighed 132 pounds. Gait appeared grossly normal and there were no unusual or excessive movements. She was initially irritable and defensive, criticizing and nit-picking the interview questions. She warmed up somewhat during the exam and laughed and smiled at times. She frequently quickly responded "don't know" to many test items and her effort was judged to be poor at times. She occasionally interrupted test questions and instructions.

11914 Astoria Blvd., Suite 490 · Houston, Texas 77089 · (281) 484-9973
Fax: (281) 484-0813  E-mail: jrypsy@hotmail.com

Liberty/Crespo 1144

Crespo, Paige
5/26/16
Page 2

The interview took one and a half hours and testing was completed in another six hours. She took seven brief breaks during the day and a one-hour lunch break, during which she worked on a questionnaire. Hearing and vision were adequate. Speech was articulate and fluent with appropriate volume and prosody. Thought processes were logical and goal directed with no unusual content. Mood appeared euthymic (normal) with generally appropriate affect. She appeared somewhat irritated and argumentative initially.

She failed two specific performance validity tests and several embedded measures of effort. She passed two other embedded measures of effort. She had excessive scores on one traditional and one specialized symptom validity scale within the personality test and passed one other specialized validity scale within this test. Her scores on these scales suggested exaggeration or non-credible reporting of physical and psychological symptoms. Because of her results on performance validity measures, deficit scores on cognitive tests cannot be interpreted as indicative of genuine cognitive dysfunction. Her scores on several trials of two specific well-validated performance validity tests were at a chance level, indicating likely misrepresentation of cognitive functioning. In addition, her pattern of neuropsychological test scores was inconsistent with known patterns of scores in persons with and without genuine brain dysfunction.

During the mental status exam, she denied any feelings of depression or any anhedonia (loss of pleasure or satisfaction with activities). She reported that her sleep has increased since her cerebrovascular accident. She sleeps six hours a night when her children stay with her and said that this amount does not leave her rested. When the children stay with her husband, she sleeps 10 to 12 hours. She denied any change in appetite, energy level, or libido. She denied any psychomotor retardation or agitation. She denied any feelings of helplessness or hopelessness. She endorsed increased mental dullness and irritability but no social withdrawal. She denied any passive or active suicidal thinking. She denied any hypomanic symptoms, hallucinations, or obsessive thinking.

She endorsed dry mouth and occasional dizziness, but no other presented motor and autonomic symptoms of anxiety. When a symptom checklist was reviewed with her at the conclusion of the interview, she endorsed difficulty with long- and short-term memory, sleep, concentration, irritability, temper control, headache, left side hypersensitivity, and a left visual field loss. When asked about any plans or goals, she said that she had none.

## CURRENT PSYCHOLOGICAL AND NEUROPSYCHOLOGICAL COMPLAINTS

Ms. Crespo said that she had a traumatic brain injury and bleeding in the brain from a ruptured middle cerebral artery aneurysm on 4/10/15. When asked where in the brain this occurred, she replied "in the middle." Records differ as to which side was involved. A case summary from Liberty and a case review by Dr. Belliveau on 2/11/16 noted a left MCA aneurysm. Dr. Khan's note on 4/10/15

Liberty/Crespo 1145

Crespo, Paige
5/26/16
Page 3

noted a right MCA aneurysm. The claimant had an obvious scar from removal of a skull flap on the right side, indicating that the clipping of the aneurysm was on the right side of the brain. Ms. Crespo did not provide information about the early stages of the incident and her hospitalization, saying that she was sedated and could not remember. When asked what she had learned about the incident later, she said that she had no specific information, other than being sedated and unconscious for several days.

She was asked about current physical complaints related to her bleed and claim. She reported "left blindness." On gross confrontation, she appeared to have a left visual field loss, more prominently in the lower quadrant. She reported hyperalgesia (increased sensitivity to everything but heat, which she said was diminished) on her entire left side, including her face. She reported weakness on the entire left side. She later noted headaches two to three times a week, which she rated as 20 to 30 on a 100-point scale, where 100 equals pain so severe one would rather die than endure it.. Her headache has improved over time and the other physical symptoms have not improved significantly. She stated that she is "tough" and will have to live with them.

When asked about any cognitive complaints consequent to her bleed, she reported difficulties with long- and short-term memory, unchanged over time. She said that she forgets conversations, gets lost, and misplaces objects. She also claims that she has forgotten some of her personal history. She denied any safety issues due to memory problems. She reported a decreased sense of direction and decreased concentration, unchanged over time. She denied any language difficulty.

When asked about any emotional problems related to the accident, she specifically denied any anxiety or depression. She reported increased irritability and impatience with others. She could not provide any information about triggers, frequency, or duration of such episodes. She said that she generally hides her irritability from others. She has not used any specific techniques or strategies to manage such responses. She denied any road rage or incidents with store clerks. When asked her chief concerns of all her reported symptoms, she reported "all of them."

Ms. Crespo has no current treatment related to the ruptured aneurysm. She follows up with her neurosurgeon, Dr. Ware, occasionally. She stated that he told her she would have Posttraumatic Stress Disorder. She has been told by Dr. Ware not to return to work. She said that she saw a neuropsychologist for testing six months after her hospitalization and was told that she had decreased visual-spatial abilities. She has not seen any other mental health professional. She reported having two or three seizures during her bleed. She reported that a recent CT angiogram found no aneurysm. She said that it also found a .7 mm left parietal meningioma, which will be followed.

Liberty/Crespo 1146

Crespo, Paige
5/26/16
Page 4

She reported being diagnosed with two autoimmune diseases in 2011. She said that she has undifferentiated connective tissue disease and undifferentiated inflammatory arthritis. She reported that these conditions cause fatigue and swollen joints. The consequences of both conditions have improved with oral medications. She denied any other contributing medical history in terms of major illnesses, chronic conditions, or traumas. She denied any other unconsciousness or head injury. She denied any psychiatric history or treatment. She denied any use of illegal drugs or tobacco. She said that she drinks one to two glasses of wine daily. She denied any other legal history.

## BACKGROUND INFORMATION

Ms. Crespo reported that she is separated and is divorcing her husband of 13 years. She has three children, aged 7, 9, and 11. The children stay with her husband two days during the week and every other weekend. She is the elder of two full siblings and has a step-sister and two half-siblings. Her parents divorced when she was four and her step-father came to the family when she was six. Her mother and step-father were "drivers" and her father was an oral surgeon. She said that she did not get along with her family of origin and was generally rebellious. She denied any history of abuse or childhood behavioral problems. She said that she completed high school and made As. She obtained a bachelor's degree in nursing and made good grades. She also obtained a master's degree.

She worked as a nurse anesthetist at Ochsner Hospital in New Orleans for 15 years and said that she made about $200,000 annually. She said that she worked 40 to 100 hours a week and could not provide an average number of hours a week. She administered drugs and monitored patients in surgery. She previously worked as a nurse for two years and did not know her income. She reported no negative performance reviews or conflicts at work. She said that her fatigue related to her autoimmune diseases did not interfere with her work. She said that occasionally her swollen joints did so and that others helped cover her duties. She said that she did not miss work due to her chronic diseases.

Ms. Crespo said that she cannot perform her job duties now due to her left visual field difficulty, left-side weakness, and memory loss. She said that she could not see well enough to draw and administer drugs and could not care for patients due to not being able to keep two things in mind at once. She currently receives long-term disability benefits of $7300 per month.

## CURRENT ACTIVITIES OF DAILY LIVING

Ms. Crespo reported that she is independent in all activities of daily living, including household chores, medication management, child care, meal preparation, and financial management. She drives without difficulty but occasionally has to use her GPS if she becomes lost. She has had no driving restrictions due to vision or seizures. On a typical day she reported that she

Liberty/Crespo 1147

Crespo, Paige
5/26/16
Page 5

rises at 6 a.m., feeds her children, and returns to sleep until 10 a.m. or 1 p.m. She runs two miles in about 20 minutes three to four times a week. On two to three other days a week she walks two miles. She occasionally goes to a gym class. She occasionally has dinner or other outings with friends. She picks her children up from school and attends their extra-curricular activities daily. She uses social media about 30 minutes a day. She said that she goes to bed at 10 to 11 p.m.

## REVIEW OF MEDICAL RECORDS

The following records were reviewed and pertinent findings summarized:

Ochsner South Shore Region (Fawad Khan, M.D.): On 4/10/15, a right middle cerebral artery aneurysm was noted, with subsequent clipping. On 5/20/15, she reported persistent right frontal-temporal headache. On 8/26/15, she was reported as improved. On 9/11/15, her diagnosis was reported as subarachnoid hemorrhage. (This is different from other reports, including hers, of an intracerebral bleed..) On 9/11/15, she had no headache or seizures. She was reportedly busy but not working. Her activities of daily living were normal.

Surveillance reports, 12/23/15, 2/12/16: Claimant was observed driving and attending a fitness center.

Timothy Belliveau, Ph.D., ABPP/CN, 2/11/16 case review: Claimant reportedly had a traumatic brain injury/stroke/blindness in one eye. No hospital records were reviewed. She was described as having a subarachnoid hemorrhage after rupture of an arteriovenous malformation of the left [sic] middle cerebral artery. Activities of daily living were normal. Her energy level and focus had reportedly improved as of 8/26/15. Neuropsychological testing was recommended by Dr. Belliveau.

Case Summary: Claimant reportedly had an intracranial hemorrhage from an AVM rupture in the left [sic] middle cerebral artery, which was clipped. On 6/17/15, a CT scan noted vasospasm in an unspecified middle cerebral artery. Her left weakness had resolved and she had no recurrence of seizures. Neuropsychological exam on 10/12/15 noted a left homonymous hemianopia (left visual field loss in both eyes).

Various lab reports related to connective tissue disease

Marcus Ware, M.D., neurosurgery: A note on 8/26/15 reported improved energy and focus. Neuropsychological testing and a driving test were recommended. A subarachnoid hemorrhage was the diagnosis.

Liberty/Crespo 1148

Crespo, Paige
5/26/16
Page 6

## ASSESSMENT TOOLS (see Appendix for scores)

Wechsler Adult Intelligence Scale--Third Edition (WAIS-III): general intellectual functioning

Wide Range Achievement Test3 (WRAT3): reading recognition, written spelling, written arithmetic

Woodcock-Johnson Psycho-educational Battery--Revised (WJ-R) (Passage Comprehension): reading comprehension

Neuropsychological Test Battery:

    Visual Naming: naming objects and parts of objects

    Sentence Repetition: repeating sentences

    Controlled Oral Word Association: oral fluency

    Token Test: comprehension of simple commands

    Wechsler Memory Scale-III: memory for stories, faces, word pairs, and pictures; spatial span; letter-number sequencing

    California Verbal Learning Test: learning and recalling a word list

    Rey Complex Figure: copy and memory for a complex design

    Word Memory Test: effort/validity

    Test of Memory Malingering: effort/validity

    Paragraph writing sample

    Visual Form Discrimination: match geometric designs

    Clock Drawing: visual-spatial relations

    Judgment of Line Orientation: visual-spatial analysis

    Grip Strength: hand strength

    Finger Tapping: fine motor speed

    Grooved Pegboard: manual dexterity

    Motor Programming: manual sequencing speed and accuracy

    Motor Inhibition: inhibiting motor responses to verbal command

    Praxis tasks: performing complex movements to command

    Short Booklet Category Test: nonverbal reasoning, use of feedback

    Trail Making Test: completing alternating sequence of letters and numbers

    Beck Depression Inventory-II: self-report of symptoms of depression

    Beck Anxiety Inventory: self-report of symptoms of anxiety

    Minnesota Multiphasic Personality Inventory-2 (MMPI-2): personality test

## TEST RESULTS

**Test results and descriptions are for documentation purposes only. Deficit scores do not imply genuine cognitive dysfunction due to failure on several performance validity and symptom validity measures.**

General intellectual functioning on the WAIS-III resulted in a low average Full Scale IQ score of 81, with a low average Verbal IQ and a borderline Performance IQ. On verbal subtests she scored in the mildly deficient range in verbal abstract reasoning (similarities), borderline range in social judgment (comprehension), and low average range in oral arithmetic. Other verbal subtests of general

Liberty/Crespo 1149

Crespo, Paige
5/26/16
Page 7

knowledge, auditory attention, and vocabulary were in the average range. Her effort on Comprehension, Information, and Arithmetic was poor, as she frequently quickly answered "don't know," sometimes before the question was completed. On performance subtests her scores varied from moderately deficient to average. She scored in the moderately deficient on a subtest of attention to visual details and was incorrect on very easy items but correct on difficult items, suggesting inconsistent effort. She scored in the mildly deficient range on a subtest of arranging cartoon pictures to tell a story and responded with unusual sequences. Her scores on subtests of block design construction and psychomotor speed were low average. Her score on a subtest of visual-spatial reasoning was average. Her intelligence test scores are likely an underestimate of genuine intelligence due to inadequate effort.

On standardized measures of academic achievement Ms. Crespo scored in the average range in reading recognition, reading comprehension, written spelling, and written arithmetic. Her intellectual testing scores were not consistent with her academic achievement scores and educational attainment. She was able to read various questionnaires without visual or comprehension difficulty.

Speech was articulate and fluent with no comprehension, word-finding, or expression difficulties in conversation. Visual naming of objects and parts of objects was in the average range. Her ability to repeat sentences of increasing length was in the average range. She scored in the average range on an oral fluency task in which she generated words to a given initial letter. On a simple comprehension task in which she was directed to manipulate colored tokens, she scored in the high average range and her responses were quick and without error. A requested paragraph writing sample consisted of three sentence fragments, with no errors.

Ms. Crespo was oriented in all spheres. Immediate auditory attention on the Digit Span subtest of the WAIS-III was in the average range, with a maximum recall of eight digits forward and four backward. Her Spatial Span score on the WMS-III was in the average range, with a maximum sequence recall of six forward and four backward. Memory for stories read to her was in the average range on both immediate and delayed recall trials. Her memory for human faces was mildly deficient on immediate recall and low average after a delay. (Her raw score improved after a delay, an unusual pattern.) Her recall of information from pictures was severely deficient on both immediate and delayed recall trials. She recalled no information from two of the four pictures, an unusual finding. Verbal paired associate learning and memory was in the mildly deficient range on immediate recall and moderately deficient on delayed recall. She quickly responded "don't know" on almost every trial and item and her effort was poor. Working memory on a letter-number sequencing task was in the average range. Auditory memory indexes were in the low average to average range. Visual memory indexes were in the moderately to severely deficient range. General

Liberty/Crespo 1150

Crespo, Paige
5/26/16
Page 8

memory index was mildly deficient. Working memory index was in the low average range.

Her reproduction of a complex design that she had copied adequately 30 minutes previously was in the average range in recall of details for her age group. Her scores on a list-learning task were severely deficient on all variables. Her effort was questionable. She learned a maximum of nine items in five trials, with a decline in recall from the second to the fifth trial, an unusual pattern. She recalled seven items after a brief delay and four items after a 20-minute delay.

On a simple visual memory test designed to assess performance validity, Ms. Crespo's scores were not only well below the published cutoff scores but at chance level on two trials. In addition to her failure on this test, she failed two embedded effort measures within this test. On a simple verbal memory test to assess performance validity, her scores were well below the cutoff scores and near the chance level on two trials, again indicating invalid performance. These failures on specific performance validity tests are interpreted as strongly suggesting misrepresentation of cognitive skills. Therefore, deficit scores on any neuropsychological measures cannot be validly interpreted as indicating genuine cognitive dysfunction. Failures on two specific measures of performance validity, along with other test results inconsistent with known patterns of brain functioning, indicate probable malingering of cognitive skills, according to the widely accepted Slick et al. criteria, published in 1999.

Visual acuity was adequate for reading with contact lenses. On gross confrontation, she appeared to have a left peripheral visual field loss, more prominently in the lower quadrant. Her ability to discriminate complex geometric designs (match to target) was in the moderately deficient range. Such a low score has been associated with invalid responding. Her score on a task in which she had to judge the orientation of line segments was in the average range. Her drawing of a clock to depict a specified time was accurate and symmetrical. Her copy of a complex geometric design was average in organization and details..

Ms. Crespo is right-hand dominant. She scored in the average range in grip strength with her right hand and borderline range with the left hand in comparison to her peers. Fine motor speed (finger tapping) was low average with the right hand and mildly deficient with the left. Manual dexterity on a pegboard task was moderately deficient with the right hand and severely deficient with the left. She was within normal limits on unimanual and bimanual (alternating movements) motor sequencing tasks. She made no errors when asked to inhibit motor responses to a verbal command.

Her results on somatosensory testing were inconsistent. Her ability to identify fingers touched with her eyes closed was without error on the right hand. She made two errors and three no responses with the left hand, a deficient score. She was within normal limits on double simultaneous stimulation of her hands, as

Liberty/Crespo 1151

Crespo, Paige
5/26/16
Page 9

well as of her hands and contralateral face. Thus, she did not extinguish or suppress one side to touch stimulation. Graphesthesia (identification of numerals written on fingertips) was equivocal since she did not respond to many stimuli on each hand.

On a measure of cognitive flexibility in which she had to connect letters and numerals arrayed on a page in alternating sequence, she scored in the severely deficient range in comparison to her peers, chiefly due to becoming "stuck" for a while on one number. (This was not due to a visual field loss, since the letter she sought was in her right visual field.) She was in the mildly deficient range on a simpler visual-motor version of this task involving numerals only. On a nonverbal problem-solving task requiring the adaptive use of feedback, she scored in the borderline range. Numerous responses were unusual and appeared to be quick and random.

On a self-report inventory of symptoms of anxiety, she scored in the normal range. On a similar inventory of symptoms of depression, she scored in the moderate range. Endorsed symptoms were inconsistent with symptom information obtained in the clinical interview.

The MMPI-2 personality profile is not considered valid due to excessive scores on traditional and specialized symptom validity scales. Her score on the Symptom Validity Scale was within normal limits. Her score on another specialized validity scale (Henry-Heilbronner index) indicated, according to the scale's authors, "exaggeration of disability or illness-related behavior via non-credible reporting of symptoms under external incentive conditions."

## ASSESSMENT (DSM-5)

V65.2   Probable Malingering

## QUESTIONS FROM REFERRAL SOURCE

1. Regarding validity: Describe the results of validity assessment. Are the obtained results considered to represent valid indicators of the examinee's actual cognitive and emotional-behavioral functioning?

Ms. Crespo failed two specific performance validity tests, indicating likely exaggeration or fabrication of cognitive deficits. Due to failure on these tests and other embedded measures of effort, deficit scores on cognitive tests cannot be interpreted as indicating valid cognitive dysfunction. Her high scores on two validity scales within the personality test also suggest invalid symptom validity, that is, non-credible reporting of physical and psychological symptoms. In addition, there are discrepancies within and across tests which suggest poor effort. Also, Ms. Crespo's report that she did not know on which side of her brain

Liberty/Crespo 1152

Crespo, Paige
5/26/16
Page 10

the aneurysm ruptured is not credible. Her reported difficulties do not seem to interfere significantly with daily activities and responsibilities.

2. Regarding cognitive functioning: Are the evaluation results indicative of cognitive impairment? If so, please identify specific functional cognitive deficits, the severity of such deficits, and the most likely etiology for them. If present, would such cognitive impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any cognitive impairment.

There is no consistent and valid evidence in the current neuropsychological test results of cognitive impairment. There is considerable evidence of failure on specific performance validity tests, indicating likely exaggeration or fabrication of cognitive dysfunction. There are numerous inconsistencies within the test results which do not allow for a conclusion of impaired cognitive functioning. For example, her report of difficulty with visual-spatial tasks is not supported by the results on several tasks involving visual-spatial analysis, construction, and reasoning. Her scores on tasks involving attention, concentration, and working memory were generally average. Visual memory scores were severely deficient. Verbal memory scores varied from average to severely deficient, results which are not consistent with an intact left hemisphere.

3. Regarding motor functioning: Are the evaluation results indicative of functional impairment in grip strength, fine motor speed, and/or manual dexterity? If so, please identify the functional motor deficits, the severity of them, and the most likely etiology of them.

Scores on motor tests were worse with her left hand and worse on more complex motor tasks. These results are consistent with a right hemisphere bleed but her failure on performance validity measures do not allow for a conclusion of functional motor deficits.

4. Regarding psychological functioning: Are the evaluation results indicative of psychological dysfunction or mental disorder? If so, please identify the psychiatric diagnosis, and the severity of any associated dysfunction. If present, would such psychiatric impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any psychiatrically-based impairment.

The examinee's high scores on two symptom validity scales within the personality test suggest non-credible reporting of physical and psychological testing. The examinee did not complain of any anxiety, depression, or emotional distress, other than impatience and irritability, which she attributed to her stroke. There is no evidence of current impairment of daily activities and responsibilities.

Liberty/Crespo 1153

Crespo, Paige
5/26/16
Page 11

There is no consistent and valid evidence from the records reviewed, interview, or test results of any psychological dysfunction or mental disorder.

In summary, there is no consistent and valid evidence in the records reviewed, clinical interview, or current test results of any brain dysfunction or psychological disorder. Probable malingering, that is, intentional production or exaggeration of symptoms, is the most appropriate description for her presentation and test results.

J. Robert Yohman, Ph.D., ABPP
Board Certified in Clinical Neuropsychology

Crespo, Paige
5/26/16
Page 12

## APPENDIX

Test results are provided for documentation purposes only. Deficit scores do not imply genuine cognitive dysfunction due to failure on multiple performance validity and symptom validity measures.

**Wechsler Adult Intelligence Scale – Third Edition (age-corrected scaled scores)**

| Verbal | ACSS | Performance | ACSS |
|---|---|---|---|
| Information | 9 | Picture Completion | 4 |
| Digit Span | 10 | Picture Arrangement | 5 |
| Vocabulary | 10 | Block Design | 7 |
| Arithmetic | 7 | Matrix Reasoning | 10 |
| Comprehension | 6 | Digit Symbol | 7 |
| Similarities | 5 | | |

|  |  |
|---|---|
| Verbal IQ | 87 |
| Performance IQ | 78 |
| Full Scale IQ | 81 |

**Wide Range Achievement Test 3 (WRAT-3)**
**Woodcock-Johnson Psycho-educational Battery-Revised (WJ-R)**

| SUBJECT | STANDARD SCORE | PERCENTILE | GRADE EQUIV. |
|---|---|---|---|
| **WRAT3** | | | |
| Reading | 105 | 63 | >HS |
| Spelling | 98 | 45 | HS |
| Arithmetic | 95 | 37 | HS |
| **WJ-R** | | | |
| Passage Comp | 93 | 31 | 10.0 |

**Wechsler Memory Scale-III**    Raw Scores

| | |
|---|---|
| Logical Memory – Imm, Del | 32 (SS=8), 22 (SS=9) |
| Faces Recognition – Imm, Del | 26 (5), 31 (7) |
| Paired Associates – Imm, Del | 4 (5), 1 (4) |
| Family Pictures – Imm, Del | 14 (2), 14 (2) |
| Spatial Span | 13 (8) |
| Letter-Number Sequencing | 9 (8) |
| Auditory Index – Imm, Del, Recog | 80, 80, 90 |
| Visual Index – Imm, Del | 57, 65 |
| Immediate Memory Index | 65 |
| General Memory Index | 73 |

Liberty/Crespo 1155

Crespo, Paige
5/26/16
Page 13

| | |
|---|---|
| Working Memory Index | 88 |
| **California Verbal Learning Test** | |
| A1 | 3 |
| A5 | 7 |
| B | 4 |
| Short delay free | 7 |
| Short delay cued | 9 |
| Long delay free | 4 |
| Long delay cued | 9 |
| **Test of Memory Malingering** | 35, 24, 27 |
| **Word Memory Test** | 30, 22, 24 |
| **Controlled Oral Word Association** | 36 |
| **Sentence Repetition** | 13 |
| **Visual Naming** | 50 |
| **Token Test** | 44 |
| **Grip Strength** | R = 25 kg, L = 19.5 kg |
| **Grooved Pegboard** | R = 81", L = 117" |
| **Finger Tapping** | R = 39.75 , L = 32.5 |
| **Trail Making Test** | A = 37", B = 138" |
| **Visual Form Discrimination Test** | 23 |
| **Judgment of Line Orientation** | 24 |
| **Short Booklet Category Test (errors)** | 45 |
| **Beck Depression Inventory-II** | 28 |
| **Beck Anxiety Inventory** | 9 |
| **MMPI-2 (t-scores)** | L 47, F 96, K 35, Hs 65, D 72, Hy 68, Pd 68, Mf 69, Pa 63, Pt 73, Sc 87, Ma 82, Si 62; FBS raw=17; HHI raw=15, F-K raw=11 |

Other Tests: Rey Complex Figure, Motor Programming, Motor Inhibition, Praxis, Draw-A-Clock, Paragraph Writing

Liberty/Crespo 1156

# FAX COVER

For: Todd Youngberg

Fax number: 603 334 35 76

From: Paige Crespo

Fax number:

Date: 8/23/16

Regarding:

Number of pages: 1

Comments:

Liberty/Crespo 1158

8/23/16

Todd & to whom it may concern,

I am writing this on my behalf. I am appealing the decision to suspend my benefits. I am pleading my case for the following reasons: 1) I am blind on the left, 2) I cannot concentrate intently 3) I have headaches, 4) I get dizzy when concentrating on a task, 5) my short term memory is such that I can only remember one thing not more than one, 6) Since the brain injury I cannot get along with others well, I have no patience, 7) and when I do try and concentrate it knocks me out physically & mentally. I fall asleep on the spot, and I also triggers headaches. These are all the reasons why I believe my case should remain open. I didn't want a major brain injury.

Thank you,
Paige Crespo

Case 2:20-cv-00791-ILRL-KWR  Document 15-3  Filed 01/13/21  Page 1088 of 1667

Liberty/Crespo 1159

# FAX COVER

For: Todd Youngberg

Fax number: 603 834 3676

From: Paige Crespo

Fax number:

Date: 8/23/16

Regarding:

Number of pages: 1

Comments:



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

April 7, 2016

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

On February 22, 2016, we asked you to apply for Social Security Disability benefits and provide Liberty proof of applying for Social Security Disability within 45 days, or by April 6, 2016.

To date, we have not received proof of applying for Social Security Disability. Therefore, as described in our earlier letter, we will reduce your LTD benefit by $2,739.00, effective April 7, 2016. If the requested information has been submitted, we will restore your benefit to its original level and refund the withheld amounts.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

1 of 1

Liberty/Crespo 1160

**n0121134**

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Monday, August 22, 2016 3:50:40 PM |
| **To:** | 'employeeleavemgmt@ochsner.org' |
| **Subject:** | Paige Crespo |

To Whom It May Concern:


**Employee: Paige Crespo**

**Claim #: 5458678**

**Approved through Date: 8/31/2016**


We have thoroughly reviewed the claim and have determined that Ms. Paige Crespo no longer meets the definition of disability of her LTD claim policy and therefore her claim has been closed as of 9/1/16.


If you have any questions regarding this claim, please feel free to contact me.


Thanks,

Todd Youngberg


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576

Liberty/Crespo 1161

🖨 please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1162

**n0121134**

| | |
|---|---|
| **From:** | Paige |
| **Sent:** | Monday, August 22, 2016 8:33:46 PM |
| **To:** | Youngberg, Todd |
| **Subject:** | Claim |

Listen, thank you for helping me. I'm sure you have given me some slack on deadlines and stuff.   But anything you can do to help me until I get this appeal sorted out. My husband and I are now divorcing since the injury. And because of my salary that I get from yall I'm 100% financially responsible for my 3 kids. We cannot survive without this money. Todd I know many people try and beat the system. But I went to school for 10yrs to do what I do. I love it. I didn't ask to have a major stroke at 43 with a traumatic brain injury. Not one thing in my life did not change. If I could have my old life back I'd take it. I mean I took a huge pay cut even with this disability. It's only 60% remember? I mean soc sec sent me for an eye exam for my blindness from the stroke. That Dr told me he was writing that I shouldn't even be driving the blindness was so significant.

Help,
Paige

Sent from my iPad

Liberty/Crespo 1163

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1164

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

August 22, 2016

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

We have completed a thorough review of your continued eligibility for disability benefits.  After our review, we have determined that you no longer meet the definition of disability, and benefits are no longer payable beyond July 11, 2016.  In order to be continuously eligible for benefits, you must continue to meet the following definition of disability:

*"Disability"* or *"Disabled"* *means:*

*Applicable to Class 4A, 4B, 6A, 6B, 6C, 7A, 7B, 8A, 8B, 8C, 9, 10A, 10B, 10C, 11A, 11B, 11C, 14A, 14B, 14C, 15:*

*a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* *"Disability"* *or* *"Disabled"* *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*"Material and Substantial Duties"* *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"Own Occupation"* *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving disability benefits since October 10, 2015, for your diagnosis of an Intracranial Hemorrhage due to a rupture of an arteriovenous malformation.

**Medical Records and Surveillance**

1  of 5

Liberty/Crespo 1165

Your claim file contains the following medical information:

- Dr. Ware: June 17, 2015-May 11, 2016
- Dr. Khan: September 11, 2015
- Dr. Mizuki: October 14, 2015
- Dr. Estes: Restrictions Form Dated July 20, 2016

Your file also contains surveillance video from December 2015, and January and February 2016. During surveillance, you were observed walking, ambulating across streets, operated a vehicle and loading childrens backpacks into the rear of a vehicle. You were also observed wearing heels, maneuvering by people and objects normally and with ease. You were also observed traveling to a fitness center carrying a towel and water bottle, traveling to an art studio and returning to your residence.

## Clinical Review

In order to assess your overall level of functioning, on January 8, 2016 we faxed medical record requests to Drs. Khan and Ware. On January 18, 2016, you called us and advised that you have not treated with Drs. Khan or Ware since the Summer of 2015 and you were not scheduled to see them until May/June 2016. On February 25, 2016, we obtained a copy of your October 12, 2015 Neuropsychological Evaluation report. Following review of the report, the report concluded by stating:

*"The overall findings are very encouraging and are consistent with Ms. Crespo's self-perception that she has generally returned to her cognitive baseline."*

It was then recommended by a Consulting Board Certified Neuropsychologist that additional Neuropsychological testing should be completed with validity testing. Therefore, we scheduled you for a Neuropsychological evaluation which was completed on May 24, 2016. Following completion of the report, the reviewing Neuropsychologist concluded by stating:

*"In summary, there is no consistent and valid evidence in the records reviewed, clinical interview, or current test results of any brain dysfunction or psychological disorder. Probable malingering, that is, intentional production or exaggeration of symptoms, is the most appropriate description for her presentation and test results."*

Following the evaluation, a copy of the report was referred to the Consulting Board Certified Neuropsychologist for review and comment.

The resulting review notes:

*"The May 2016 examination procedures represent a comprehensive and scientifically-supported set of methods for evaluating the claimant's neuropsychological status. There is reasonable scientific support for the conclusion that the May 2016 neuropsychological examination results, when considered in the context of the claimant's documented medical history, represent invalid and noncredible measures of the claimant's actual cognitive and psychological status. The neuropsychological examination results provide insufficient support for the presence of cognitive or psychologically-based impairment which would necessitate occupational restrictions or*

Liberty/Crespo 1166

*limitations."*

*"Conclusions: When the validity test data are considered as a whole, and in the context of the claimant's medical / neurological history, there is reasonable scientifically-based support for the conclusion that the cognitive test data cannot be interpreted as valid measures of the claimant's actual cognitive status. The test results include clear findings from scientifically supported examination procedures which converge to support the conclusion that the obtained cognitive test data are not valid measures of the claimant's actual cognitive status. Additionally, many of the claimant's May 2016 cognitive test scores would (if valid) reflect substantial declines in cognition compared to her generally robust cognitive status at the time of a previous post-injury neuropsychological exam in October 2015, a pattern and severity of cognitive decline for which there is no plausible neuropsychological basis. Similarly, results of a scientifically supported symptom validity index derived from the aggregated psychological test data also provide reasonable support for the conclusion that the self-reported psychological test results cannot be interpreted as valid indices of the claimant's actual psychological status. In summary, there is strong scientifically based support for the conclusion that the claimant's pattern of performance during the May 2016 neuropsychological examination yielded invalid and noncredible examination results, and this pattern of examination performance obscured the attempt to determine her actual neuropsychological status. The neuropsychological examination results provide insufficient support for the inference or assertion that the claimant has cognitive or psychologically-based impairment which would necessitate occupational restrictions or limitations."*

In order to further review whether there are any physical conditions that are disabling you, on July 11, 2016, we faxed medical record requests to Drs. Ware, Davis, Morris and Estes requesting a copy of your treatment notes dated January 2016 through the present.

On July 18, 2016, you advised us that you hadn't treated with Dr. Davis since prior to 2016 therefore there would not be any records sent from their office. On July 21, 2016, we received a completed restrictions form from Dr. Estes. The Restrictions Form indicated that Dr. Estes restricted you from working for the period April 26, 2016 through May 25, 2016. On August 11, 2016, we received an email from you advising that there are no records from Dr. Morris that will be sent. On August 17, 2016, we received records from Dr. Ware, dated March 2, 2016 through May 11, 2016.

Your file was then reviewed by a Consulting Physician who specializes in Internal Medicine in order to determine whether the records support any physical restrictions and limitations. Following review, the Physician concluded by stating:

*"Dr. Ware's limited neurological exam is normal on both OV's reviewed. On 3/02/16 he opined Ms. Crespo should not return to her previous career due to her "abnormal neurological psyche", which is possibly in reference to neuropsychological testing she had done in October 2015. On 5/11/16, Ms. Crespo's exam was normal and was reportedly to be doing well. Annual follow-up was recommended. There is no evidence in the reviewed records of a physical impairment due to a medical diagnosis. I will defer comment on any neuropsychological impairment she may have as a residual effect of her MCA aneurysm to the consulting neuropsychologist who has reviewed the entire case file."*

Liberty/Crespo 1167

**Occupational Analysis**

Your occupation as a Nurse Anesthetist was reviewed by a Vocational Case Manager and in the national economy is most often performed at the light physical demand level.  Light work is defined as:

The Department of Labor defines light work as,

"**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible." Positional requirements include:

- **Frequent** reaching, handling, fingering, standing, and sitting
- **Occasional** walking, bending/stooping, and twisting, kneeling, crouching/squatting, crawling
- **No** balancing or climbing

**Determination and Conclusion**

Based on the May 24, 2016 Neuropsychological Evaluation, there is no evidence of a neuropsychological impairment or diagnosis that would preclude you from performing the duties of your occupation from a cognitive standpoint.  The testing completed showed you are likely at your baseline of functioning, and there was no indication follow up or additional treatment was required. We then considered your physical diagnosis to ensure all aspects of your claim were taken in to consideration.  The information received from Dr. Ware was reviewed and the notes indicate a purely normal neurological exam, with recommended annual follow up visits.  While it is acknowledged that Dr. Ware indicates you are unable to perform the duties of your Own Occupation, the clinical diagnostic data does not physically explain this restriction.  Similarly, the neuropsychological testing did not evidence any restrictions or limtiations.  Therefore, when all elements of your condition are taken in to consideration, the information does not appear to prevent you from performing the material and substantial duties of your Own Occupation.  While we acknowledge that you may experience signs and symptoms related to your diagnosis, they do not appear to be of a severity that would preclude return to work.  Therefore, your claim file has been closed effective September 1, 2016.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly.  Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Policy.  Any amount determined to be overpaid to you will be owed to

Liberty/Crespo 1168

Liberty.  A member of our Financial Review Unit will review and contact you regarding any overpayment amount due to Liberty.

This claim determination reflects an evaluation of the claim facts and policy provisions.  We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this closure by writing to:

<div align="center">

Liberty Life Assurance Company of Boston
Attn:  Todd Youngberg
PO Box 7211
London, KY  40742-7211

</div>

The written request for review must be sent within 180 days of your receipt of this letter and state the reasons why you feel your claim should not have been closed.  In your request for review please include any updated office notes, diagnostic test results, procedure reports from Dr. Khan and Dr. Ware; any hospital or clinic records from April 2015 to present; any pharmacy records from April 2015 to present; along with any additional information which you feel will support your claim.  You may request to review pertinent claim file documents upon which the denial of benefits was based.  If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request for review is received.  If there are special circumstances requiring delay, you will be notified of the final decision no later than 90 days after your request for review is received.  Additional time for final decision may exceed 90 days to the extent that the timeframe is tolled while Liberty is awaiting receipt of requested documentation needed to fully evaluate your claim.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

<div align="center">

5  of 5

</div>

**n0121134**

| | |
|---|---|
| **From:** | GRP MKT MD Referral |
| **Sent:** | Thursday, August 18, 2016 7:57:19 AM |
| **To:** | Youngberg, Todd |
| **Cc:** | GMKT MD Referral Dover |
| **Subject:** | Referral 5458678 - CRESPO,   PAIGE - Assignment Notification |

Thank you for this referral.

The referral has been assigned to Gilbert Wager MD in the Dover office.

If you have questions regarding the status of this referral, please review the daily status report.   If you have further questions, please contact the Medical Department in the Dover office.

(Please do not respond to this e-mail, as this is a system generated e-mail and responses are not monitored.)

Office: GM - Wallingford
Claim Number: 5458678
Claimant: CRESPO,   PAIGE
Priority Status: LA
Date of Disability: 4/11/2015
Product Type: LTD
Disability Level: Own Occupation
Claim Status: AP
Date Referred: 8/17/2016
Date Report Needed: 8/26/2016
Policy Holder: OCHSNER CLINIC FOUNDATION
Referred By: YOUNGBERG, TODD   096   8*731-0280
Diagnosis: I60.7 Nontraumatic subarachnoid hemorrhage from unspecified intracranial artery,
Questions or Issues for Physician: File referred to Dr. Wager for desk consult

Liberty/Crespo 1170

Liberty/Crespo 1171

# Liberty Mutual Consulting Physician Referral
## Consults - Desk

**Physician Specialty:  Internal Medicine/Family Practice**

| | | |
|---|---|---|
| Office:      0163 | Claim #:    5458678 | Document Locations |
| Claimant Name:    PAIGE  F  CRESPO | | ☑ Document List |
| | | ☐ Correspondence |
| Date of Birth: | Claim Status:   AP | ☐ Paper File |
| Date of Disability:    4/11/2015 | Date Sent:    8/17/2016 | |
| Claimant SSN: | Date Benefits Began:    10/10/2015 | |
| Product Type:    LTD | Paid Through:    4/10/2039 | |
| Disability Level:    Own Occupation | | |

Policyholder/Self-Insured Plan Holder:        OCHSNER CLINIC FOUNDATION

Referred By:        YOUNGBERG, TODD  096  8*731-0280

Assigned Nurse Case Manager:

Diagnosis:        I60.7 Nontraumatic subarachnoid hemorrhage from unspecified intracranial artery,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

File referred to Dr. Wager for desk consult

Crespo, Paige Friday (MR # 1773053) DOB:


## Crespo, Paige Friday

MRN: 1773053
Description: 43 year old female

**Progress Notes** Date of Service: 3/2/2016  1:05 PM

Marcus L. Ware, MD
Neurosurgery

**Subjective:**
I, Jasmyne Hudson, am scribing for, and in the presence of, Dr. Marcus Ware.

**Patient ID:** Paige Friday Crespo is a 43 y.o. female.

**Chief Complaint:** No chief complaint on file.

HPI Pt is a 43 yo female with middle cerebral artery aneurysm who presents today for FU. Pt complains of LUE weakness. Pt reports losing 20 pounds prior to her aneurysm, but has since regained the weight. Pt states that she is doing well with no new complications, but has not returned to work. Pt still reports visual disturbance, due to her aneurysm. Pt is concerned about returning to work. Pt states her visual field has improved since last office visit.

Review of Systems
Constitutional: Negative for fever, activity change and fatigue.
HENT: Negative for facial swelling.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative for nausea, vomiting and diarrhea.
Genitourinary: Negative.
Musculoskeletal: Negative for myalgias, back pain and joint swelling.
Neurological: Negative for seizures, weakness, numbness and headaches.
Psychiatric/Behavioral: Negative.

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Neck: Neck supple.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit. She displays a negative Romberg sign. GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.

**Imaging:**
CTA head 3/2/2016 shows no evidence of residual aneurysm.

I, Dr. Marcus Ware, personally performed the services described in this documentation as scribed by Jasmyne Hudson in my presence, and it is both accurate and complete.

**Assessment:**

Crespo, Paige Friday (MR # 1773053) Printed by Sheria D Jones, LPN [205581] at 8/17/1... Page 1 of 2

Liberty/Crespo 1172

Crespo, Paige Friday (MR # 1773053) DOB:

Cerebral hemorrhage.
MCA aneurysm s/p clipping.

**Plan:**
I will schedule the pt a FU in October 2016. I will also schedule the pt a 1 year FU with CTA head.

I do not recommend that the pt return back to her previous career, due to her abnormal neurological psychic.

Electronically signed by Marcus L. Ware, MD at 3/2/2016  3:49 PM


Office Visit on 3/2/2016
    Note shared with patient

Crespo, Paige Friday (MR # 1773053) DOB:

# Crespo, Paige Friday

MRN: 1773053
Description: 44 year old female

**Progress Notes** Date of Service: 5/11/2016 11:37 AM

Marcus L. Ware, MD
Neurosurgery

**Subjective:**
I, Jasmyne Hudson, am scribing for, and in the presence of, Dr. Marcus Ware.

**Patient ID:** Paige Friday Crespo is a 44 y.o. female.

**Chief Complaint:** Follow-up

HPI Pt is a 44 yo female with a right MCA aneurysm rupture s/p clipping who presents today for FU after CTA of head. On 4/10/2015 and 5/14/2015 the pt underwent a Cranioplasty. Pt states she is doing well with no new complications.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative for tremors, weakness, light-headedness, numbness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
Eyes: Pupils are equal, round, and reactive to light.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.

**Imaging:**
CTA of head 3/1/2016 shows a stable size of right interhemispheric extra-axial hyperdense lesion, likely a meningioma measuring 0.7-cm. I have personally reviewed the images with the pt.

I, Dr. Marcus Ware, personally performed the services described in this documentation as scribed by Jasmyne Hudson in my presence, and it is both accurate and complete.

**Assessment:**

Crespo, Paige Friday (MR # 1773053) Printed by Sheria D Jones, LPN [205581] at 8/17/1... Page 1 of 2

Crespo, Paige Friday (MR # 1773053) DOB:

S/p Clipping of MCA aneurysm
**Plan:**
I will schedule the pt a 1 year FU with MRI and MRA of brain.
Electronically signed by Marcus L. Ware, MD at 5/11/2016  9:41 PM

Office Visit on 5/11/2016

| Customer Name | Claimant Name (Last, First) | Claim number |
|---|---|---|
| Ochsner Clinic | Crespo, Paige | 5458678 |

| | |
|---|---|
| **Referred by:** | **Todd Youngberg** |
| **Report Date:** | **8/17/16** |
| **Claimant DOB:** | |
| **Job Title/Occupation:** | **Paige Crespo** |
| **DOD:** | **4/11/15** |
| **Diagnosis:** | **Sub-arachnoid hemorrhage** |
| **Type of Claim:** | **Desk Consult** |

*Analysis and Recommendations:*
Dr. Ware's limited neurological exam is normal on both OV's reviewed.
On 3/02/16 he opined Ms. Crespo should not return to her previous career due to her "abnormal neurological psyche", which is possibly in reference to neuropsychological testing she had done in October 2015.  On 5/11/16, Ms. Crespo's exam was normal and was reportedly to be doing well.  Annual follow-up was recommended.

There is no evidence in the reviewed records of a physical impairment due to a medical diagnosis. I will defer comment on any neuropsychological impairment she may have as a residual effect of her MCA aneurysm to the consulting neuropsychologist who has reviewed the entire case file.

*Records reviewed for this report:*
Office notes from neurosurgeon Dr. Ware dated 3/02/16 and 5/11/16
Restrictions form from Dr. Estes

*ELECTRONICALLY SIGNED BY*
Gilbert C. Wager, M.D.
Board Certified in Internal Medicine, Pulmonary Medicine and Critical Care Medicine



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-0543

Date:  August 11, 2016

To:  JACOB ESTES

Attn:

Fax:  (504) 897-5874

From:  Jennifer Tran
Case Manager
On Behalf Of: Todd Youngberg
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-0543

Total Pages
(Including Cover):    8

RE:

Claim #:    5458678
Claimant:  Paige Crespo

Ochsner Clinic Foundation

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty
Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-0543

August 11, 2016

Jacob Estes

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jacob Estes:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Estes.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by August 12, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jennifer Tran
Case Manager
On Behalf Of: Todd Youngberg
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 430-0543

Attachments:   5458678-REQUEST-PROVIDER-07.11.2016

1  of  1

Liberty/Crespo 1178



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| **Date:** July 11, 2016 | |
| **To:** JACOB ESTES | |
| **Attn:** Dr. Estes | |
| **Fax:** (504) 842-4500 | |
| **From:** Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| **Total Pages**<br>**(Including Cover):** 6 | |
| **RE:**<br><br>Claim #: 5458678<br>Claimant: Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1179



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Jacob Estes

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678
        Claimant: Paige Crespo
        Claimant D.O.B.:

Dear Jacob Estes:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

     X    Restrictions Form
     ___  Other

We ask that you provide this information by July 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

Liberty/Crespo 1180

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:    Restrictions Form
                5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of 2

Liberty/Crespo 1181



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

**Return To:** Todd Youngberg

| | | |
|---|---|---|
| Paige Crespo | | 5458678 |
| Employee /Claimant Name | Date of Birth | Claim Number |

### To be completed by physician:

1. DATE FIRST TREATED — _____

   DATE LAST TREATED — _____

   NEXT OFFICE VISIT — _____     **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.     1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM _____ TO _____.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO _____.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Liberty/Crespo 1182



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                          **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER**  Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy.  I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)

_Paige Crespo_
Claimant Signature

Date of Birth
4/25/16

Date

5458678
Claim Number

Liberty/Crespo 1183

TR126160248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3378

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name: Paige Crespo                                             Claim No. 5438678

Employer/Sponsor/Customer Name: Ochsner Clinic Foundation

Return to: Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to this particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                                 Date of Birth


Claimant Signature                                                     Date

5458678
Claim Number

**n0121134**

====

| | |
|---|---|
| **From:** | Paige Crespo |
| **Sent:** | Thursday, August 11, 2016 10:03:39 AM |
| **To:** | Youngberg, Todd |
| **Subject:** | Re: RE: RE: RE: RE: RE: |

Morris' office just called back.   No records from them. They said just Estes

Sent from my iPhone

> On Aug 11, 2016, at 8:00 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:
>
> Good Morning Paige,
>
> I still have not received a thing from either Dr. office, if I don't receive by the end of today I'll have to suspend your benefits.   Please follow up with them.
>
> Thank You,
>
> Todd D Youngberg
> Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston
> 100 Liberty Way, Dover, NH 03820
> Ph: 888-437-7611 Ext. 10280
> Fax: 603-334-3576
>
> ·    please consider the environment before printing this e-mail
> This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.
>
> -----Original Message-----
> From: Paige Crespo [mailto:pfridaycrespo@att.net]
> Sent: Wednesday, August 10, 2016 2:57 PM
> To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
> Subject: Re: RE: RE: RE: RE:
>
> I emailed wares office again telling them y'all were on my behind. Morris' office said they forwarded to Estes. I asked her if I had any records w Morris from Jan-present.   Waiting to hear
>
> Sent from my iPhone
>
>> On Aug 10, 2016, at 1:33 PM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:
>>
>> Hey Paige,
>>
>> Still haven't received anything
>>
>> Todd D Youngberg
>> Technical Claims Consultant/Group Benefits Liberty Life Assurance
>> Company of Boston

Liberty/Crespo 1185

>> 100 Liberty Way, Dover, NH 03820
>> Ph: 888-437-7611 Ext. 10280
>> Fax: 603-334-3576
>>
>> ·    please consider the environment before printing this e-mail This

>> e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.
>>
>>
>> -----Original Message-----
>> From: Paige Crespo [mailto:pfridaycrespo@att.net]
>> Sent: Wednesday, August 10, 2016 12:54 PM
>> To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
>> Subject: Re: RE: RE: RE:
>>
>> Ok I'll email again
>>
>> Sent from my iPhone
>>
>>> On Aug 10, 2016, at 10:39 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:
>>>
>>> Hey Paige,
>>>
>>> I still haven't received the records.
>>>
>>> Todd D Youngberg
>>> Technical Claims Consultant/Group Benefits Liberty Life Assurance
>>> Company of Boston
>>> 100 Liberty Way, Dover, NH 03820
>>> Ph: 888-437-7611 Ext. 10280
>>> Fax: 603-334-3576
>>>

>>> ·    please consider the environment before printing this e-mail This

>>> e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.
>>>
>>>
>>> -----Original Message-----
>>> From: Paige Crespo [mailto:pfridaycrespo@att.net]
>>> Sent: Tuesday, August 09, 2016 5:24 PM
>>> To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
>>> Subject: Re: RE: RE:
>>>
>>> I have contacted them both.   I will email them both again right now.   And yes, I am restricted from working.   I have headaches, dizziness, can't concentrate for any length of time.   And I don't really get along with people too well.

>>>
>>> Paige
>>>
>>> Sent from my iPhone
>>>
>>>> On Aug 9, 2016, at 3:56 PM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:
>>>>
>>>> Thanks Paige,
>>>>
>>>> I still haven't received records from Drs. Ware and Morris, they're due today.   Have you contacted them?   Are they restricting you from work?
>>>>
>>>> Thank You,
>>>>
>>>> Todd D Youngberg
>>>> Technical Claims Consultant/Group Benefits Liberty Life Assurance
>>>> Company of Boston
>>>> 100 Liberty Way, Dover, NH 03820
>>>> Ph: 888-437-7611 Ext. 10280
>>>> Fax: 603-334-3576
>>>>

>>>> ·    please consider the environment before printing this e-mail This
>>>> e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.
>>>>
>>>> -----Original Message-----
>>>> From: Paige Crespo [mailto:pfridaycrespo@att.net]
>>>> Sent: Tuesday, August 09, 2016 4:49 PM
>>>> To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
>>>> Subject: Re: RE:
>>>>
>>>> Hi, just so you know I filed for an appeal last week
>>>>
>>>> Paige
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Jun 29, 2016, at 7:44 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:
>>>>>
>>>>> Thanks Paige,
>>>>>
>>>>> Please ensure you file an appeal as soon as possible, if you need one of our SS Attorneys to assist you please let me know.
>>>>>
>>>>> Regards,
>>>>>
>>>>> Todd D Youngberg
>>>>> Technical Claims Consultant/Group Benefits Liberty Life Assurance
>>>>> Company of Boston
>>>>> 100 Liberty Way, Dover, NH 03820

>>>>> Ph: 888-437-7611 Ext. 10280
>>>>> Fax: 603-334-3576
>>>>>

>>>>> · please consider the environment before printing this e-mail This

>>>>> e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.
>>>>>
>>>>> -----Original Message-----
>>>>> From: Paige Crespo [mailto:pfridaycrespo@att.net]
>>>>> Sent: Tuesday, June 28, 2016 2:13 PM
>>>>> To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
>>>>> Subject:
>

Liberty/Crespo 1188



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: August 3, 2016 | |
| To:    JODY MORRIS | |
| Attn:  Dr. Morris | |
| Fax:   (504) 842-9621 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):    8 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1189



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

August 3, 2016

Jody Morris

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jody Morris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

We are requesting a copy of Ms. Crespo's office treatment notes dated January 2016 through the present as well as a completed Restrictions Form.

Please find the enclosed request(s) for information previously sent to Dr. Morris.  This is the third request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by August 5, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   5458678-REQUEST-PROVIDER-07.11.2016

1   of   1

Liberty/Crespo 1190



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  July 11, 2016 | |
| To:    JODY MORRIS | |
| Attn:  Dr. Morris | |
| Fax:    (504) 842-9621 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):   6 | |
| RE:<br><br>Claim #:   5458678<br>Claimant:  Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1191



**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Jody Morris

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jody Morris:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

     X    Restrictions Form
     ___  Other

We ask that you provide this information by July 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of  2

Liberty/Crespo 1192

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:    Restrictions Form
                5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of 2

Liberty/Crespo 1193



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

**Return To:**  Todd Youngberg

| Paige Crespo | | 5458678 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

## To be completed by physician:

1.  DATE FIRST TREATED   —   _____

    DATE LAST TREATED   —   _____

    NEXT OFFICE VISIT   —   _____    **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2.  **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

    ☐ **SEDENTARY**  Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

    ☐ **LIGHT**  Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

    ☐ **MEDIUM**  Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

    ☐ **HEAVY**  Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

    ☐ **VERY HEAVY**  Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3.  DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*

    2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

    _____

    _____

    _____

    _____

    _____

4.  RESTRICTIONS IMPOSED FROM _____ TO _____.

5.  IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

    _____

    _____

6.  PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

    _____

    _____

7.  PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____TO_____.

| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1194



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                    **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)

Claimant Signature

Date of Birth
4/25/16

Date

5458678
Claim Number

1R126160248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No. (888) 440-6118
Secure Fax No. (603) 334-3376

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name: Paige Crespo                                           Claim No. 5458678

Employer/Sponsor/Customer Name: Ochsner Clinic Foundation

Return to: Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to this particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                               Date of Birth


Claimant Signature                                                   Date

5458678
Claim Number

Liberty/Crespo 1196



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: August 3, 2016 | |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | Dr. Ware |
| Fax: | (504) 842-2800 |
| From: | Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 |
| Total Pages<br>(Including Cover):    8 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1197



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

August 3, 2016

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

We are requesting a copy of Ms. Crespo's office treatment notes dated January 2016 through the present as well as a completed Restrictions Form.

Please find the enclosed request(s) for information previously sent to Dr. Ware.  This is the third request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by August 5, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:    5458678-REQUEST-PROVIDER-07.11.2016

1   of   1

Liberty/Crespo 1198



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  July 11, 2016 | |
| To:  DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 | |
| Attn:  Dr. Ware | |
| Fax:  (504) 842-2800 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1199



**Liberty Mutual**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

    X   Restrictions Form
    __  Other

We ask that you provide this information by July 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical

1 of 2

Liberty/Crespo 1200

information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
                5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

Liberty/Crespo 1201



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

**Return To:**  Todd Youngberg

| Paige Crespo | | | 5458678 |
|---|---|---|---|
| **Employee /Claimant Name** | | **Date of Birth** | **Claim Number** |

### To be completed by physician:

1. DATE FIRST TREATED — _____

   DATE LAST TREATED — _____

   NEXT OFFICE VISIT — _____     **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

   _____

   _____

4. RESTRICTIONS IMPOSED FROM _____ TO _____.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   _____

   _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _____

   _____

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____.

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1202



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5570

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                    **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER**  Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy.  I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)

_Paige Crespo_
Claimant Signature

Date of Birth

4/25/16

Date

5458678
Claim Number

Liberty/Crespo 1203

TR126160248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No. (888) 440-6118
Secure Fax No. (603) 334-3376

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name _Paige Crespo_____    Claim No. _5458678_

Employer/Sponsor/Customer Name _Ochsner Clinic Foundation_____

Return to: _Todd Youngberg_____

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_Paige Crespo_____
Claimant Name ( Print)                                                          _____
                                                                                Date of Birth

_____
Claimant Signature                                                              _____
                                                                                Date

_5458678_____
Claim Number

Liberty/Crespo 1204

**Invoice**      **322301**

**Date of Invoice**  **06/02/2016**

**MLS Group of Companies, Inc.**

P.O. Box 492417
Redding CA  96049
248-945-9001  Fax:  248-356-6757

LIBERTY MUTUAL INSURANCE CO - CT 189,
PO Box 5031

Wallingford, CT  06492-7531
**Attention:**  Todd  Youngberg

| | |
|---|---|
| **Case Id:** | 5458678 |
| **Referral Id:** | 22616001178 |
| **Name:** | Crespo, Paige F. |
| **Employer:** | |
| **Physician:** | Joseph Yohman |
| **Specialty:** | Clinical Neuropsychology |
| **Svc Date:** | 5/24/16 |

| Item | Rate |
|---|---|
| Transportation 5/23/16 | 72.46 |
| Transportation 5/23-5/24/16 | 327.72 |
| Flight Package | 2,000.00 |
| Independent Medical Examination | 9,500.00 |

| | |
|---|---|
| **Invoice Total** | $11,900.18 |
| **Receipt Total** | 9,500.00 |
| **Invoice Balance** | **$2,400.18** |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies, Inc.

Liberty/Crespo 1205

GYN/ONC
Estes

RECEIVED JUL 12 2016

7/11/2016 9:53:39 PM    PAGE    1/006    Fax Server 1773053


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: July 11, 2016 | |
| To: JACOB ESTES | |
| Attn: Dr. Estes | |
| Fax: (504) 842-4500 | |
| From: Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 5458678<br>Claimant: Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1206

LMG                    7/11/2016 9:53:39 PM  PAGE   4/006   Fax Server 1773053

F A X E D

JUL 20 ___


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Restrictions Form

Return To: Todd Youngberg

| Paige Crespo | | 5458678 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 4/21/16        S/p C.O2 laser Ablation -623.8
   DATE LAST TREATED — 5/13/16
   NEXT OFFICE VISIT — _____        DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐ SEDENTARY   Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ LIGHT       Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ MEDIUM      Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ HEAVY       Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ VERY HEAVY  Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Vaginal intraepithelial Neoplasia . Surgery, laser
   ablation of vaginal Cuff

4. RESTRICTIONS IMPOSED FROM 4/26/16 TO 5/25/16.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____.

| Dr. Taleb Estes | MD-Gyn-Oncology | 720276883 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Ochsner Health System | 504-892-4165 | 504-842-4500 |
| Street Address       1514 Jefferson Hwy | Telephone Number | Fax Number |
| New Orleans, LA 70121 | | 7/20/16 |
| City, State & Zip Code | Signature | Date |

Liberty/Crespo 1207



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: July 18, 2016 | |
| To: WILLIAM DAVIS | |
| Attn: Dr. Davis | |
| Fax: (504) 842-4371 | |
| From: Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):    8 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1208

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 18, 2016

William Davis

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear William Davis:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

We are requesting a copy of Ms. Crespo's office treatment notes dated January 2016 through the present to include a completed Restrictions Form.

Please find the enclosed request(s) for information previously sent to Dr. Davis.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by July 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   5458678-REQUEST-PROVIDER-07.11.2016

1  of  1

Liberty/Crespo 1209



**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: July 11, 2016 | |
| To:   WILLIAM DAVIS | |
| Attn:   Dr. Davis | |
| Fax:   (504) 842-4371 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1210



Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

William Davis

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear William Davis:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

    <u>X</u>  Restrictions Form
    ___  Other

We ask that you provide this information by July 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

Liberty/Crespo 1211

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
               5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of 2

Liberty/Crespo 1212



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

Return To:  Todd Youngberg

| | | |
|---|---|---|
| Paige Crespo | | 5458678 |
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

### To be completed by physician:

1. DATE FIRST TREATED — _____

   DATE LAST TREATED — _____

   NEXT OFFICE VISIT — _____

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐  **SEDENTARY**  Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐  **LIGHT**  Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐  **MEDIUM**  Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
   ☐  **HEAVY**  Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
   ☐  **VERY HEAVY**  Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____
   _____
   _____
   _____
   _____

4. RESTRICTIONS IMPOSED FROM _____ TO _____.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   _____
   _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _____
   _____

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____TO_____.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1213



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                    **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)

Claimant Signature

Date of Birth
4/25/16

Date

5458678
Claim Number

TR126160248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No. (888) 440-6118
Secure Fax No. (603) 334-3376

### Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name _Paige Crespo_                                    Claim No. _5438678_

Employer/Sponsor/Customer Name _Ochsner Clinic Foundation_

Return to: _Todd Youngberg_

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_Paige Crespo_
Claimant Name (Print)                                         Date of Birth


Claimant Signature                                           Date

_5458678_
Claim Number

Liberty/Crespo 1215



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: July 18, 2016 | |
| To:    JACOB ESTES | |
| Attn:  Dr. Estes | |
| Fax:   (504) 842-4500 | |
| From:  Todd Youngberg<br>        Disability Claims Tech Spec<br>        Phone No.: (888) 440-6118<br>        Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):    8 | |
| RE:<br><br>Claim #:     5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1216



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 18, 2016

Jacob Estes

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jacob Estes:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

We are requesting a copy of Ms. Crespo's office treatment notes dated January 2016 through the present to include a completed Restrictions Form.

Please find the enclosed request(s) for information previously sent to Dr. Estes.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by July 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   5458678-REQUEST-PROVIDER-07.11.2016

1   of   1



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: July 11, 2016 | |
| To:   JACOB ESTES | |
| Attn:   Dr. Estes | |
| Fax:   (504) 842-4500 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):     6 | |
| RE:<br><br>Claim #:     5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1218


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Jacob Estes

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jacob Estes:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

    __X__  Restrictions Form
    _____  Other

We ask that you provide this information by July 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty/Crespo 1219

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
                 5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

Liberty/Crespo 1220



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

Return To:  Todd Youngberg

| Paige Crespo | | 5458678 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED    —    _____

   DATE LAST TREATED    —    _____

   NEXT OFFICE VISIT    —    _____    **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐  **SEDENTARY**  Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐  **LIGHT**  Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐  **MEDIUM**  Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐  **HEAVY**  Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐  **VERY HEAVY**  Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

   _____

   _____

4. RESTRICTIONS IMPOSED FROM _____ TO _____ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   _____

   _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _____

   _____

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____TO_____ .

| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1221



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                    **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER**  Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)

Claimant Signature

Date of Birth
4/25/16

Date

5458678
Claim Number

Liberty/Crespo 1222

TR126166248



Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No. (888) 440-6118
Secure Fax No. (603) 334-3375

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name: Paige Crespo                                              Claim No. 5458678

Employer/Sponsor/Customer Name: Ochsner Clinic Foundation

Return to: Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                                  Date of Birth


Claimant Signature                                                      Date

5458678
Claim Number

Liberty/Crespo 1223



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  July 18, 2016 | |
| To:    JODY MORRIS | |
| Attn:  Dr. Morris | |
| Fax:   (504) 842-9621 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):    8 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:  Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1224



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 18, 2016

 Jody Morris

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jody Morris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

We are requesting a copy of Ms. Crespo's office treatment notes dated January 2016 through the present to include a completed Restrictions Form.

Please find the enclosed request(s) for information previously sent to Dr. Morris.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by July 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:    5458678-REQUEST-PROVIDER-07.11.2016

1   of  1

Liberty/Crespo 1225



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: July 11, 2016 | |
| To: JODY MORRIS | |
| Attn: Dr. Morris | |
| Fax: (504) 842-9621 | |
| From: Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover): 6 | |
| RE:<br><br>Claim #: 5458678<br>Claimant: Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1226



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Jody Morris

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jody Morris:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

      X    Restrictions Form
      ___  Other

We ask that you provide this information by July 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

Liberty/Crespo 1227

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
                     5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of 2

Liberty/Crespo 1228



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

Return To:  Todd Youngberg

| Paige Crespo | | 5458678 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

### To be completed by physician:

**1.** DATE FIRST TREATED  —  _____

DATE LAST TREATED  —  _____

NEXT OFFICE VISIT  —  _____          **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

**2.** Underline{For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:}

☐ **SEDENTARY**   Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **LIGHT**   Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **MEDIUM**   Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

☐ **HEAVY**   Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

☐ **VERY HEAVY**   Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY**  Up to 20 Minutes / Hour  Up to 2 ½ Hours / Day | **FREQUENTLY**  Up to 40 Minutes / Hour  Up to 5 ½ Hours / Day | **CONSTANTLY**  Over 40 Minutes / Hour  Over 5 ½ Hours / Day |
|---|---|---|---|

**3.** DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.     1) For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._
2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

**4.** RESTRICTIONS IMPOSED FROM _____ TO _____.

**5.** IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

**6.** PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

**7.** PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____TO_____.

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1229



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No. (888) 440-6118
Secure Fax No. (603) 334-5576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                                   **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)                                                        Date of Birth

                                                                              4/25/16
Claimant Signature                                                           Date

5458678
Claim Number

TR126160248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No. (888) 440-6118
Secure Fax No. (603) 334-3376

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                          Claim No. 5438678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                          Date of Birth


Claimant Signature                                               Date

5458678
Claim Number

Liberty/Crespo 1231



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: July 18, 2016 | |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | Dr. Ware |
| Fax: | (504) 842-2800 |
| From: | Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 |
| Total Pages<br>(Including Cover):     8 | |
| RE:<br><br>Claim #:     5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1232



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 18, 2016

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678
        Claimant: Paige Crespo
        Claimant D.O.B.:

Dear Dr. Marcus Ware:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to Paige Crespo's claim for LTD benefits under the Policy.

We are requesting a copy of Ms. Crespo's office treatment notes dated January 2016 through the present to include a completed Restrictions Form.

Please find the enclosed request(s) for information previously sent to Dr. Ware.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by July 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   5458678-REQUEST-PROVIDER-07.11.2016

1  of  1

Liberty/Crespo 1233



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| **Date:** July 11, 2016 | |
| **To:** DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 | |
| **Attn:** Dr. Ware | |
| **Fax:** (504) 842-2800 | |
| **From:** Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| **Total Pages**<br>(Including Cover):    6 | |
| **RE:**<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1234



Liberty
Mutual.

**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

  <u>X</u>   Restrictions Form
  ___   Other

We ask that you provide this information by July 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical

1  of  2

Liberty/Crespo 1235

information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
                5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

Liberty/Crespo 1236



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

Return To:  Todd Youngberg

| | | | 5458678 |
|---|---|---|---|
| Paige Crespo | | | |
| **Employee /Claimant Name** | | **Date of Birth** | **Claim Number** |

## To be completed by physician:

1.  DATE FIRST TREATED  —  _____
    DATE LAST TREATED  —  _____
    NEXT OFFICE VISIT  —  _____          **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2.  **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

    ☐  **SEDENTARY**  Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
    ☐  **LIGHT**  Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
    ☐  **MEDIUM**  Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
    ☐  **HEAVY**  Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
    ☐  **VERY HEAVY**  Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3.  DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES)
    LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
                          2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

    _____
    _____
    _____
    _____
    _____

4.  RESTRICTIONS IMPOSED FROM _____ TO _____ .

5.  IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO
    WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

    _____
    _____

6.  PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

    _____
    _____

7.  PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____TO_____ .

| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1237



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                      **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)                                    Date of Birth
                                                          4/25/16

Claimant Signature                                        Date

5458678
Claim Number

Liberty/Crespo 1238



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No. (888) 440-6118
Secure Fax No. (603) 334-3376

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name  Paige Crespo                                                    Claim No. 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2.   Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                                        Date of Birth


Claimant Signature                                                            Date

5458678
Claim Number

Liberty/Crespo 1239



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: July 11, 2016 | |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | Dr. Ware |
| Fax: | (504) 842-2800 |
| From: | Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1240



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

  X   Restrictions Form
  ___ Other

We ask that you provide this information by July 18, 2016.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical

1  of  2

Liberty/Crespo 1241

information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
                         5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of 2

Liberty/Crespo 1242



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Restrictions Form

**Return To:** Todd Youngberg

| Paige Crespo | | 5458678 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** —
   **DATE LAST TREATED** —
   **NEXT OFFICE VISIT** —

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**    1) **For physical diagnoses, describe the type of task (bend, grasp, etc.)** *AND* **frequency** *(SEE KEY).*
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

| **Provider's Name (Please Print)** | **Degree** *AND* **Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1243

1R126160248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                   **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER**  Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)                                        Date of Birth

                                                             4/25/16
Claimant Signature                                           Date

5458678
Claim Number

Liberty/Crespo 1244



Liberty
Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3376

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name: Paige Crespo                                    Claim No. 5458678

Employer/Sponsor/Customer Name: Ochsner Clinic Foundation

Return to: Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution; and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I later revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                         Date of Birth

Claimant Signature                                             Date

5458678
Claim Number

Liberty/Crespo 1245



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  July 11, 2016 | |
| To:      WILLIAM DAVIS | |
| Attn:  Dr. Davis | |
| Fax:    (504) 842-4371 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):      6 | |
| RE:<br><br>Claim #:      5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1246



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

 William Davis

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678
        Claimant: Paige Crespo
        Claimant D.O.B.:

Dear William Davis:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

    X   Restrictions Form
    __  Other

We ask that you provide this information by July 18, 2016.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of  2

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
               5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of  2

Liberty/Crespo 1248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

**Return To:** Todd Youngberg

| Paige Crespo | | 5458678 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** —

   **DATE LAST TREATED** —

   **NEXT OFFICE VISIT** —    **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.)** *AND* **frequency** *(SEE KEY).*

   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____.

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1249



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                                **Claim** 5458878

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)                                                    Date of Birth
                                                                         4/25/16
Claimant Signature                                                       Date

5458878
Claim Number

Liberty/Crespo 1250

TR126160248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3376

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                                    Claim No. 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law.  I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I later revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied.  I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                                          Date of Birth


Claimant Signature                                                              Date

5458678
Claim Number

Liberty/Crespo 1251



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  July 11, 2016 | |
| To:    WILLIAM DAVIS | |
| Attn:  Dr. Davis | |
| Fax:   (504) 842-4371 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1252

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

William Davis

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678
        Claimant: Paige Crespo
        Claimant D.O.B.:

Dear William Davis:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

    X   Restrictions Form
    ___ Other

We ask that you provide this information by July 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of  2

Liberty/Crespo 1253

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
                       5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of  2

Liberty/Crespo 1254



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

**Return To:**  Todd Youngberg

| Paige Crespo | | 5458678 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

**1.** **DATE FIRST TREATED** —

**DATE LAST TREATED** —

**NEXT OFFICE VISIT** —                    **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

**2.** **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY**   Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **LIGHT**   Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **MEDIUM**   Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

☐ **HEAVY**   Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

**3.** **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   **1)  For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***

**2)  For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

**4.** **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

**5.** **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

**6.** **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

**7.** **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1255



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No. (888) 440-6118
Secure Fax No. (603) 334-5576

### Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                    **Claim** 5458878

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)                                        Date of Birth
                                                             4/28/16

Claimant Signature                                           Date

5458878
Claim Number

Liberty/Crespo 1256

TR126160248



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3376

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                        Claim No. 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution, and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law.  I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I later or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied.  I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                              Date of Birth

Claimant Signature                                                  Date

5458678
Claim Number

Liberty/Crespo 1257



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  July 11, 2016 | |
| To:      JACOB ESTES | |
| Attn:   Dr. Estes | |
| Fax:     (504) 842-4500 | |
| From:   Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):      6 | |
| RE:<br><br>Claim #:      5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1258



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Jacob Estes

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jacob Estes:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

  X   Restrictions Form
  __  Other

We ask that you provide this information by July 18, 2016.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of  2

Liberty/Crespo 1259

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
               5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of  2

Liberty/Crespo 1260



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

**Return To:** Todd Youngberg

| Paige Crespo | | 5458678 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

### To be completed by physician:

**1.**  **DATE FIRST TREATED** —

  **DATE LAST TREATED** —

  **NEXT OFFICE VISIT** —                    **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

**2.**  **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐  **SEDENTARY**  Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐  **LIGHT**  Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐  **MEDIUM**  Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

☐  **HEAVY**  Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

☐  **VERY HEAVY**  Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

**3.**  **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**  **1)  For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**

  **2)  For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

**4.**  **RESTRICTIONS IMPOSED FROM**  _____  **TO**  _____ .

**5.**  **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

**6.**  **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

**7.**  **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**_____**TO**_____ .

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1261



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No: (888) 440-6118
Secure Fax No: (603) 334-5576

### Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                    **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)

_____
Claimant Signature

Date of Birth

4/25/16
Date

5458678
Claim Number

Liberty/Crespo 1262

TR126160248

 **Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3376

### Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                                    Claim No. 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution, and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I later revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                                        Date of Birth


Claimant Signature                                                            Date

5458678
Claim Number

Liberty/Crespo 1263



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  July 11, 2016 | |
| To:    JODY MORRIS | |
| Attn:  Dr. Morris | |
| Fax:   (504) 842-9621 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1264



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Jody Morris

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Jody Morris:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

• Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

• Completion of the enclosed Forms:

    X   Restrictions Form
    ___ Other

We ask that you provide this information by July 18, 2016.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of  2

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   Restrictions Form
               5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2016

2  of  2

Liberty/Crespo 1266



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

# Restrictions Form

**Return To:**  Todd Youngberg

| | | |
|---|---|---|
| Paige Crespo | | 5458678 |
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** —

   **DATE LAST TREATED** —

   **NEXT OFFICE VISIT** —

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY**  Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT**  Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM**  Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY**  Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY**  Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   1)  **For physical diagnoses, describe the type of task (bend, grasp, etc.)** *AND* **frequency** *(SEE KEY).*

   2)  **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree** *AND* **Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty/Crespo 1267



1R126160248

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40745-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo      **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)

_____
Claimant Signature

Date of Birth

4/25/16

_____
Date

5458678
Claim Number

Liberty/Crespo 1268



**Liberty Mutual**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3376

### Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                                                      Claim No. 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Todd Youngberg

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional, vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution, and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I later revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo

Claimant Name ( Print)                                                                          Date of Birth


Claimant Signature                                                                              Date

5458678

Claim Number

Liberty/Crespo 1269

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1270



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

July 11, 2016

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On July 11, 2016, we requested office treatment notes and diagnostic test results dated January 2016 through the present as well as a completed restrictions form from Drs. Ware, Davis, MorrisEstes. This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2016 through the present from Drs. Ware, Davis, Morris and Estes

Ochsner Clinic Foundation's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it.  We ask that you provide us with this information no later than August 9, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If we do not receive all of the requested information by August 9, 2016, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by September 8, 2016, 30 days from the date of suspension, your claim will be closed.

1  of  2

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

2  of  2

Liberty/Crespo 1272

**Addendum (3) to Clinical Case Review**

**Referred By:**            YOUNGBERG, TODD  096  8*731-0280
**Report Date**:            07/10/16
**Insured's Name**:         Paige Crespo
**DOB**:
**Claim**:                  5458678
**Employer**:               OCHSNER CLINIC FOUNDATION
**Job Title/Occupation:**   CRNA-Nurse Anesthetist
**Dx**:                     intracranial hemorrhage / rupture of arteriovenous
                            malformation
**DOD**:                    04/11/2015
**Type of Claim:**          LTD

**Referral Questions**: File returned to DR. BELLIVEAU to review Neuropsych Testing report dated 5/24/16 for which he dictated questions for, DR. BELLIVEAU to comment on Neuropsych Testing results, comment on whether any ongoing cognitive impairment is supported and comment on the validity of the testing.  Are any cognitive restrictions supported?

**Response to Referral Questions**: The May 2016 examination procedures represent a comprehensive and scientifically-supported set of methods for evaluating the claimant's neuropsychological status.  There is reasonable scientific support for the conclusion that the May 2016 neuropsychological examination results, when considered in the context of the claimant's documented medical history, represent invalid and noncredible measures of the claimant's actual cognitive and psychological status.  The neuropsychological examination results provide insufficient support for the presence of cognitive or psychologically-based impairment which would necessitate occupational restrictions or limitations.

**Analysis**: The scope of the following analysis is limited to consideration of the claimant's neuropsychological status.  Consideration for any possible impairment related to non-neuropsychological medical conditions is outside the scope of this review.

Adequacy of neuropsychological examination procedures: The report of 05/26/16 neuropsychological evaluation was reviewed, as well as the quantitative test scores summarized in an *Appendix* to the narrative report.  The examination procedures represent a comprehensive and scientifically-supported set of methods for evaluating the claimant's neuropsychological status.  The examination procedures also included scientifically supported methods for determining the validity of the obtained cognitive test data (i.e., performance validity tests) and psychological test data (symptom validity tests).  The need for such psychometrically derived checks on the validity of obtained neuropsychological test data is supported by professional position papers (e.g., Bush et al., 2005), guidelines for neuropsychological assessment (Board of Directors, 2007), and

1 of 4        5458678 A 07 10 16

Liberty/Crespo 1273

a Consensus Conference Statement of the American Academy of Clinical Neuropsychology (Heilbronner et al, 2009).  For example, the National Academy of Neuropsychology position paper on symptom validity assessment advises that,

> "Adequate assessment of response validity is essential in order to maximize confidence both in the results of neurocognitive and personality measures and in the diagnoses and recommendations that are based on the results." (p.419, Bush et al, 2005).

Similarly, the American Academy of Clinical Neuropsychology Consensus Conference statement asserts that:

> "Use of psychometric indicators is the most valid approach to identifying neuropsychological response validity. Stand-alone effort measures and embedded validity indicators should both be employed . . . The evaluation of self-reported symptoms is best accomplished using psychometric instruments containing proven validity measures...  As the number and extent of findings consistent with the absence or presence of response bias increases, confidence in conclusions regarding the validity of the examination is strengthened accordingly... When a psychological disorder is claimed (e.g., depression) *and* ability deficits (e.g., memory) are claimed, clinicians should administer measures that can evaluate response bias related to both…" (p. 1105-1106, Heilbronner et al, 2009)

Conclusions: When the validity test data are considered as a whole, and in the context of the claimant's medical / neurological history, there is reasonable scientifically-based support for the conclusion that the cognitive test data cannot be interpreted as valid measures of the claimant's actual cognitive status.  The test results include clear findings from scientifically supported examination procedures which converge to support the conclusion that the obtained cognitive test data are not valid measures of the claimant's actual cognitive status.  Additionally, many of the claimant's May 2016 cognitive test scores would (if valid) reflect substantial declines in cognition compared to her generally robust cognitive status at the time of a previous post-injury neuropsychological exam in October 2015, a pattern and severity of cognitive decline for which there is no plausible neuropsychological basis.  Similarly, results of a scientifically supported symptom validity index derived from the aggregated psychological test data also provide reasonable support for the conclusion that the self-reported psychological test results cannot be interpreted as valid indices of the claimant's actual psychological status.  In summary, there is strong scientifically based support for the conclusion that the claimant's pattern of performance during the May 2016 neuropsychological examination yielded invalid and noncredible examination results, and this pattern of examination performance obscured the attempt to determine her actual neuropsychological status.  The neuropsychological examination results provide insufficient support for the inference or assertion that the claimant has cognitive or psychologically-based impairment which would necessitate occupational restrictions or limitations.

**Additional Recommendations**: None.

Liberty/Crespo 1274

**Case Summary**: Medical records of this 44 year old right-handed woman indicate that on 04/10/15 she had an intracranial hemorrhage caused by a rupture of an arteriovenous malformation in the distribution of the right middle cerebral artery for which she underwent a neurosurgical intervention / clipping procedure. A CTA of the head done on 06/17/15 showed moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm. In addition to her report of cognitive problems, she has also reported having visual and fine motor loss. Records also indicate the claimant's report of having an undifferentiated connective tissue disease. She has had follow-up with neurosurgery (Dr. Ware) and neurology (Dr. Khan). She has reported having ophthalmology follow-up (Dr. Brown), but no recent ophthalmology records are available for review. A clinical neuropsychological examination was completed on 10/12/15 (Dr. Mizuki). An independent neuropsychological examination was completed on 05/24/16 (Dr. Yohman).

**Records Reviewed**: [Please refer to the previous 02/11/16 report of Clinical Case Review for a summary of information derived from records dated between 06/17/15 and 10/07/15, the 04/11/16 *Addendum* for a summary of information derived from records dated between 09/11/15 and 10/14/15; and the 04/14/16 *Appendix* for recommendations pertaining to an independent neuropsychological examination.]

*Other*:
10/07/15        claimant
Liberty Mutual Disabilities Claim Form; Training – Education – Experience Form; and Activities Questionnaire

February 2016 HUB Enterprises
Report

April 2016      HUB Enterprises
Field Investigator Disability Check Report

04/25/16        claimant
Liberty Mutual Activities Questionnaire

**References**

Board of Directors (2007). American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment and Consultation, *The Clinical Neuropsychologist*, 21, 209-231.

Bush, S. et al. (2005). Symptom validity assessment: Practice issues and medical necessity. National Academy of Neuropsychology Policy and planning committee. *Archives of Clinical Neuropsychology*, 20, 419-426.

Liberty/Crespo 1275

Heilbronner, R. et al. (2009), American Academy of Clinical Neuropsychology Consensus Conference Statement on the Neuropsychological Assessment of Effort, Response Bias, and Malingering. *The Clinical Neuropsychologist*, 23, 1093 – 1129.

< electronically signed >
Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consultant, Liberty Mutual Insurance Company

Liberty/Crespo 1276

Case 2:20-cv-00791-ILRL-KWR    Document 15-3    Filed 01/13/21    Page 1207 of 1667

$$OmR

SOCIAL SECURITY ADMINISTRATION
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE

DATE: June 22, 2016

PAIGE FRIDAY CRESPO                         Claim Number: ▮▮▮▮▮▮▮▮

We are writing about your claim for Social Security disability benefits. Based on review of your health problems you do not qualify for benefits on this claim. Th because you are not disabled under our rules.

**The Decision on Your Case**

The following report(s) was/were used to decide this claim:

OCHSNER MEDICAL CENTER reports received 02/22/2016
MICHAEL N KLEAMENAKIS OD report received 06/17/2016

Liberty/Crespo 1277

| Form **W-4S** | Request for Federal Income Tax | OMB No. 1545-0074 |
| --- | --- | --- |
| Department of the Treasury Internal Revenue Service | **Withholding From Sick Pay** <br> Give this form to the third-party payer of your sick pay. <br> Information about Form W-4S is available at *www.irs.gov/w4s*. | **2015** |

| Type or print your first name and middle initial. | Last name | Your social security number |
| --- | --- | --- |
| Paige F | Crespo | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any)

| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) | $ 900 |
| --- | --- |

Employee's signature  X                                      Date  4/22/16

........................................Separate here and give the top part of this form to the payer. Keep the lower part for your records. ........................................

### Worksheet (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
| --- | --- | --- | --- |
| 1 | Enter amount of adjusted gross income that you expect in 2015 | 1 | 88800 00 |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) | 2 | 15000 00 |
| 3 | Subtract line 2 from line 1 | 3 | 73800 00 |
| 4 | Exemptions. Multiply $4,000 by the number of personal exemptions  ( 3 ) | 4 | 12000 00 |
| 5 | Subtract line 4 from line 3 | 5 | 61800 00 |
| 6 | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions | 6 | 9773 00 |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | 7 | 0 |
| 8 | Subtract line 7 from line 6 | 8 | 9773 00 |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments | 9 | 0 |
| 10 | Subtract line 9 from line 8 | 10 | 9773 00 |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | 11 | 0 |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 12 | 900 00 |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party and

- In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).

- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

For Paperwork Reduction Act Notice, see page 2.                Cat. No. 10226E                Form **W-4S** (2015)

Liberty/Crespo 1278

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Monday, June 13, 2016 3:36:04 PM |
| **To:** | PFRIDAYCRESPO@ATT.NET; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Ochsner Clinic Foundation Claim No. 5458678 Paige Crespo |
| **Attachments:** | 64d2aeedc03e209781d816f514d67f993a8bccb379e51730_2487951.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty/Crespo 1279



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

June 13, 2016

Ms. Paige F. Crespo


RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Per your request please find enclosed a direct deposit application as you requested.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576


Attachments:   Direct Deposit Application

Liberty/Crespo 1280

# DIRECT DEPOSIT APPLICATION



**Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

**Return To:** Todd Youngberg

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation          DATE OF BIRTH: _____

**CHECK ONE:** ☐ New   ☐ Change

**YOUR TELEPHONE NUMBER:** (     ) _____

**ADDRESS:** _____ **CITY:** _____ **STATE:** ____ **ZIP:** _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking   ☐ Savings        **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____   **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____   **CITY:** _____ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** (     ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES   ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES   ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____          Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Liberty/Crespo 1281



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

### How does direct deposit work?
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

### How do I sign up?
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

### How soon can my direct deposits begin?
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

### Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

### What if I move to a non US State or territory and receiving Direct Deposit payments?
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

### Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

### What happens if I am out of town when the payment is due?
Your deposit is in your account. You may access it any time after it is deposited.

### What if I change bank accounts?
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

### Can I change my mind?
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

### What if I have questions?
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

### What happens if I fail to complete my direct deposit application?
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston

Group Benefits

Liberty/Crespo 1282



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  June 7, 2016 | |
| To:      F KHAN | |
| Attn:   Dr. Khan | |
| Fax:    (504) 842-0041 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):     16 | |
| RE:<br><br>Claim #:     5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1283



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

June 7, 2016

F Khan

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678
        Claimant: Paige Crespo
        Claimant D.O.B.:

Dear F Khan:

We are the Disability Claim Administrator for your patient, Paige Crespo.

On May 24, 2016 a/an Neuropsychological Evaluation was performed to assist us in determining Ms. Crespo's eligibility for continued  Long Term Disability (LTD) benefits.  The results of this assessment demonstrate the following:

We have enclosed a copy of the report for your review and comment.

Please review the enclosed report by Dr. Yohman, and provide any comments you wish to have considered.  If you disagree with Dr. Yohman's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by June 21, 2016.  Failure to provide the requested information may result in an adverse benefit determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of  2

Liberty/Crespo 1284

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   5458678-MEDICAL-INDEPENDENT EXAMS/EVALUATIONS-06.0

Liberty/Crespo 1285

## J. Robert Yohman, Ph.D., P.C.

Clinical Psychology · Neuropsychology
American Board of Professional Psychology
Diplomate in Clinical Neuropsychology

## NEUROPSYCHOLOGICAL EVALUATION REPORT

**Examinee:** Paige Crespo
**Referral Source:** MLS, for Liberty Insurance
**Date of Examination:** 5/24/16
**Date of Report:** 5/26/16
**Date of Birth:**
**Out of Work Date:** 4/10/15
**Case Number:** unknown
**Basis of Evaluation:** Review of records, clinical interview, neuropsychological
    testing (see Appendix)
**Examiner:** J. Robert Yohman, Ph.D., ABPP

### INTRODUCTION/REASON FOR REFERRAL

Referral Question:
Ms. Crespo was referred for an independent neuropsychological examination to evaluate her current psychological and cognitive functioning in connection with her long-term disability insurance claim. She reported having an intracranial hemorrhage from a ruptured aneurysm, with consequent physical and cognitive problems. She was informed as to the nature and purpose of the examination and she gave her written consent. She was informed that her effort would be assessed during the exam and she was repeatedly encouraged to do her best on all tasks.

Limited Confidentiality and Nature of Relationship:
Ms. Crespo understood the limits of confidentiality in a third-party requested exam. She was informed and understood that no doctor-patient relationship would exist. She was informed about the uses for the information obtained. She understood that she would not receive feedback or a report of the results directly from the examiner.

### MENTAL STATUS EXAMINATION AND BEHAVIORAL OBSERVATIONS

Paige Crespo is a 44-year-old separated white woman who was neatly groomed and casually dressed in jeans and a jersey. She said that she was 5'6" tall and weighed 132 pounds. Gait appeared grossly normal and there were no unusual or excessive movements. She was initially irritable and defensive, criticizing and nit-picking the interview questions. She warmed up somewhat during the exam and laughed and smiled at times. She frequently quickly responded "don't know" to many test items and her effort was judged to be poor at times. She occasionally interrupted test questions and instructions.

11914 Astoria Blvd., Suite 490 · Houston, Texas 77089 · (281) 484-9973
Fax: (281) 484-0813  E-mail: jrypsy@hotmail.com

Liberty/Crespo 1286

Crespo, Paige
5/26/16
Page 2

The interview took one and a half hours and testing was completed in another six hours. She took seven brief breaks during the day and a one-hour lunch break, during which she worked on a questionnaire. Hearing and vision were adequate. Speech was articulate and fluent with appropriate volume and prosody. Thought processes were logical and goal directed with no unusual content. Mood appeared euthymic (normal) with generally appropriate affect. She appeared somewhat irritated and argumentative initially.

She failed two specific performance validity tests and several embedded measures of effort. She passed two other embedded measures of effort. She had excessive scores on one traditional and one specialized symptom validity scale within the personality test and passed one other specialized validity scale within this test. Her scores on these scales suggested exaggeration or non-credible reporting of physical and psychological symptoms. Because of her results on performance validity measures, deficit scores on cognitive tests cannot be interpreted as indicative of genuine cognitive dysfunction. Her scores on several trials of two specific well-validated performance validity tests were at a chance level, indicating likely misrepresentation of cognitive functioning. In addition, her pattern of neuropsychological test scores was inconsistent with known patterns of scores in persons with and without genuine brain dysfunction.

During the mental status exam, she denied any feelings of depression or any anhedonia (loss of pleasure or satisfaction with activities). She reported that her sleep has increased since her cerebrovascular accident. She sleeps six hours a night when her children stay with her and said that this amount does not leave her rested. When the children stay with her husband, she sleeps 10 to 12 hours. She denied any change in appetite, energy level, or libido. She denied any psychomotor retardation or agitation. She denied any feelings of helplessness or hopelessness. She endorsed increased mental dullness and irritability but no social withdrawal. She denied any passive or active suicidal thinking. She denied any hypomanic symptoms, hallucinations, or obsessive thinking.

She endorsed dry mouth and occasional dizziness, but no other presented motor and autonomic symptoms of anxiety. When a symptom checklist was reviewed with her at the conclusion of the interview, she endorsed difficulty with long- and short-term memory, sleep, concentration, irritability, temper control, headache, left side hypersensitivity, and a left visual field loss. When asked about any plans or goals, she said that she had none.

## CURRENT PSYCHOLOGICAL AND NEUROPSYCHOLOGICAL COMPLAINTS

Ms. Crespo said that she had a traumatic brain injury and bleeding in the brain from a ruptured middle cerebral artery aneurysm on 4/10/15. When asked where in the brain this occurred, she replied "in the middle." Records differ as to which side was involved. A case summary from Liberty and a case review by Dr. Belliveau on 2/11/16 noted a left MCA aneurysm. Dr. Khan's note on 4/10/15

Liberty/Crespo 1287

Crespo, Paige
5/26/16
Page 3

noted a right MCA aneurysm. The claimant had an obvious scar from removal of a skull flap on the right side, indicating that the clipping of the aneurysm was on the right side of the brain. Ms. Crespo did not provide information about the early stages of the incident and her hospitalization, saying that she was sedated and could not remember. When asked what she had learned about the incident later, she said that she had no specific information, other than being sedated and unconscious for several days.

She was asked about current physical complaints related to her bleed and claim. She reported "left blindness." On gross confrontation, she appeared to have a left visual field loss, more prominently in the lower quadrant. She reported hyperalgesia (increased sensitivity to everything but heat, which she said was diminished) on her entire left side, including her face. She reported weakness on the entire left side. She later noted headaches two to three times a week, which she rated as 20 to 30 on a 100-point scale, where 100 equals pain so severe one would rather die than endure it.. Her headache has improved over time and the other physical symptoms have not improved significantly. She stated that she is "tough" and will have to live with them.

When asked about any cognitive complaints consequent to her bleed, she reported difficulties with long- and short-term memory, unchanged over time. She said that she forgets conversations, gets lost, and misplaces objects. She also claims that she has forgotten some of her personal history. She denied any safety issues due to memory problems. She reported a decreased sense of direction and decreased concentration, unchanged over time. She denied any language difficulty.

When asked about any emotional problems related to the accident, she specifically denied any anxiety or depression. She reported increased irritability and impatience with others. She could not provide any information about triggers, frequency, or duration of such episodes. She said that she generally hides her irritability from others. She has not used any specific techniques or strategies to manage such responses. She denied any road rage or incidents with store clerks. When asked her chief concerns of all her reported symptoms, she reported "all of them."

Ms. Crespo has no current treatment related to the ruptured aneurysm. She follows up with her neurosurgeon, Dr. Ware, occasionally. She stated that he told her she would have Posttraumatic Stress Disorder. She has been told by Dr. Ware not to return to work. She said that she saw a neuropsychologist for testing six months after her hospitalization and was told that she had decreased visual-spatial abilities. She has not seen any other mental health professional. She reported having two or three seizures during her bleed. She reported that a recent CT angiogram found no aneurysm. She said that it also found a .7 mm left parietal meningioma, which will be followed.

Liberty/Crespo 1288

Crespo, Paige
5/26/16
Page 4

She reported being diagnosed with two autoimmune diseases in 2011. She said that she has undifferentiated connective tissue disease and undifferentiated inflammatory arthritis. She reported that these conditions cause fatigue and swollen joints. The consequences of both conditions have improved with oral medications. She denied any other contributing medical history in terms of major illnesses, chronic conditions, or traumas. She denied any other unconsciousness or head injury. She denied any psychiatric history or treatment. She denied any use of illegal drugs or tobacco. She said that she drinks one to two glasses of wine daily. She denied any other legal history.

## BACKGROUND INFORMATION

Ms. Crespo reported that she is separated and is divorcing her husband of 13 years. She has three children, aged 7, 9, and 11. The children stay with her husband two days during the week and every other weekend. She is the elder of two full siblings and has a step-sister and two half-siblings. Her parents divorced when she was four and her step-father came to the family when she was six. Her mother and step-father were "drivers" and her father was an oral surgeon. She said that she did not get along with her family of origin and was generally rebellious. She denied any history of abuse or childhood behavioral problems. She said that she completed high school and made As She obtained a bachelor's degree in nursing and made good grades. She also obtained a master's degree.

She worked as a nurse anesthetist at Ochsner Hospital in New Orleans for 15 years and said that she made about $200,000 annually. She said that she worked 40 to 100 hours a week and could not provide an average number of hours a week. She administered drugs and monitored patients in surgery. She previously worked as a nurse for two years and did not know her income. She reported no negative performance reviews or conflicts at work. She said that her fatigue related to her autoimmune diseases did not interfere with her work. She said that occasionally her swollen joints did so and that others helped cover her duties. She said that she did not miss work due to her chronic diseases.

Ms. Crespo said that she cannot perform her job duties now due to her left visulal field difficulty, left-side weakness, and memory loss. She said that she could not see well enough to draw and administer drugs and could not care for patients due to not being able to keep two things in mind at once. She currently receives long-term disability benefits of $7300 per month.

## CURRENT ACTIVITIES OF DAILY LIVING

Ms. Crespo reported that she is independent in all activities of daily living, including household chores, medication management, child care, meal preparation, and financial management. She drives without difficulty but occasionally has to use her GPS if she becomes lost. She has had no driving restrictions due to vision or seizures. On a typical day she reported that she

Liberty/Crespo 1289

Crespo, Paige
5/26/16
Page 5

rises at 6 a.m., feeds her children, and returns to sleep until 10 a.m. or 1 p.m. She runs two miles in about 20 minutes three to four times a week. On two to three other days a week she walks two miles. She occasionally goes to a gym class. She occasionally has dinner or other outings with friends. She picks her children up from school and attends their extra-curricular activities daily. She uses social media about 30 minutes a day. She said that she goes to bed at 10 to 11 p.m.

## REVIEW OF MEDICAL RECORDS

The following records were reviewed and pertinent findings summarized:

Ochsner South Shore Region (Fawad Khan, M.D.): On 4/10/15, a right middle cerebral artery aneurysm was noted, with subsequent clipping. On 5/20/15, she reported persistent right frontal-temporal headache. On 8/26/15, she was reported as improved. On 9/11/15, her diagnosis was reported as subarachnoid hemorrhage. (This is different from other reports, including hers, of an intracerebral bleed..) On 9/11/15, she had no headache or seizures. She was reportedly busy but not working. Her activities of daily living were normal.

Surveillance reports, 12/23/15, 2/12/16: Claimant was observed driving and attending a fitness center.

Timothy Belliveau, Ph.D., ABPP/CN, 2/11/16 case review: Claimant reportedly had a traumatic brain injury/stroke/blindness in one eye. No hospital records were reviewed. She was described as having a subarachnoid hemorrhage after rupture of an arteriovenous malformation of the left [sic] middle cerebral artery. Activities of daily living were normal. Her energy level and focus had reportedly improved as of 8/26/15. Neuropsychological testing was recommended by Dr. Belliveau.

Case Summary: Claimant reportedly had an intracranial hemorrhage from an AVM rupture in the left [sic] middle cerebral artery, which was clipped. On 6/17/15, a CT scan noted vasospasm in an unspecified middle cerebral artery. Her left weakness had resolved and she had no recurrence of seizures. Neuropsychological exam on 10/12/15 noted a left homonymous hemianopia (left visual field loss in both eyes).

Various lab reports related to connective tissue disease

Marcus Ware, M.D., neurosurgery: A note on 8/26/15 reported improved energy and focus. Neuropsychological testing and a driving test were recommended. A subarachnoid hemorrhage was the diagnosis.

Crespo, Paige
5/26/16
Page 6

**ASSESSMENT TOOLS** (see Appendix for scores)

Wechsler Adult Intelligence Scale–Third Edition (WAIS-III): general intellectual functioning

Wide Range Achievement Test3 (WRAT3): reading recognition, written spelling, written arithmetic

Woodcock-Johnson Psycho-educational Battery–Revised (WJ-R) (Passage Comprehension): reading comprehension

Neuropsychological Test Battery:

Visual Naming: naming objects and parts of objects

Sentence Repetition: repeating sentences

Controlled Oral Word Association: oral fluency

Token Test: comprehension of simple commands

Wechsler Memory Scale-III: memory for stories, faces, word pairs, and pictures; spatial span; letter-number sequencing

California Verbal Learning Test: learning and recalling a word list

Rey Complex Figure: copy and memory for a complex design

Word Memory Test: effort/validity

Test of Memory Malingering: effort/validity

Paragraph writing sample

Visual Form Discrimination: match geometric designs

Clock Drawing: visual-spatial relations

Judgment of Line Orientation: visual-spatial analysis

Grip Strength: hand strength

Finger Tapping: fine motor speed

Grooved Pegboard: manual dexterity

Motor Programming: manual sequencing speed and accuracy

Motor Inhibition: inhibiting motor responses to verbal command

Praxis tasks: performing complex movements to command

Short Booklet Category Test: nonverbal reasoning, use of feedback

Trail Making Test: completing alternating sequence of letters and numbers

Beck Depression Inventory-II: self-report of symptoms of depression

Beck Anxiety Inventory: self-report of symptoms of anxiety

Minnesota Multiphasic Personality Inventory-2 (MMPI-2): personality test

## TEST RESULTS

**Test results and descriptions are for documentation purposes only. Deficit scores do not imply genuine cognitive dysfunction due to failure on several performance validity and symptom validity measures.**

General intellectual functioning on the WAIS-III resulted in a low average Full Scale IQ score of 81, with a low average Verbal IQ and a borderline Performance IQ. On verbal subtests she scored in the mildly deficient range in verbal abstract reasoning (similarities), borderline range in social judgment (comprehension), and low average range in oral arithmetic. Other verbal subtests of general

Liberty/Crespo 1291

Crespo, Paige
5/26/16
Page 7

knowledge, auditory attention, and vocabulary were in the average range. Her effort on Comprehension, Information, and Arithmetic was poor, as she frequently quickly answered "don't know," sometimes before the question was completed. On performance subtests her scores varied from moderately deficient to average. She scored in the moderately deficient on a subtest of attention to visual details and was incorrect on very easy items but correct on difficult items, suggesting inconsistent effort. She scored in the mildly deficient range on a subtest of arranging cartoon pictures to tell a story and responded with unusual sequences. Her scores on subtests of block design construction and psychomotor speed were low average. Her score on a subtest of visual-spatial reasoning was average. Her intelligence test scores are likely an underestimate of genuine intelligence due to inadequate effort.

On standardized measures of academic achievement Ms. Crespo scored in the average range in reading recognition, reading comprehension, written spelling, and written arithmetic. Her intellectual testing scores were not consistent with her academic achievement scores and educational attainment. She was able to read various questionnaires without visual or comprehension difficulty.

Speech was articulate and fluent with no comprehension, word-finding, or expression difficulties in conversation. Visual naming of objects and parts of objects was in the average range. Her ability to repeat sentences of increasing length was in the average range. She scored in the average range on an oral fluency task in which she generated words to a given initial letter. On a simple comprehension task in which she was directed to manipulate colored tokens, she scored in the high average range and her responses were quick and without error. A requested paragraph writing sample consisted of three sentence fragments, with no errors.

Ms. Crespo was oriented in all spheres. Immediate auditory attention on the Digit Span subtest of the WAIS-III was in the average range, with a maximum recall of eight digits forward and four backward. Her Spatial Span score on the WMS-III was in the average range, with a maximum sequence recall of six forward and four backward. Memory for stories read to her was in the average range on both immediate and delayed recall trials. Her memory for human faces was mildly deficient on immediate recall and low average after a delay. (Her raw score improved after a delay, an unusual pattern.) Her recall of information from pictures was severely deficient on both immediate and delayed recall trials. She recalled no information from two of the four pictures, an unusual finding. Verbal paired associate learning and memory was in the mildly deficient range on immediate recall and moderately deficient on delayed recall. She quickly responded "don't know" on almost every trial and item and her effort was poor. Working memory on a letter-number sequencing task was in the average range. Auditory memory indexes were in the low average to average range. Visual memory indexes were in the moderately to severely deficient range. General

Crespo, Paige
5/26/16
Page 8

memory index was mildly deficient. Working memory index was in the low average range.

Her reproduction of a complex design that she had copied adequately 30 minutes previously was in the average range in recall of details for her age group. Her scores on a list-learning task were severely deficient on all variables. Her effort was questionable. She learned a maximum of nine items in five trials, with a decline in recall from the second to the fifth trial, an unusual pattern. She recalled seven items after a brief delay and four items after a 20-minute delay.

On a simple visual memory test designed to assess performance validity, Ms. Crespo's scores were not only well below the published cutoff scores but at chance level on two trials. In addition to her failure on this test, she failed two embedded effort measures within this test. On a simple verbal memory test to assess performance validity, her scores were well below the cutoff scores and near the chance level on two trials, again indicating invalid performance. These failures on specific performance validity tests are interpreted as strongly suggesting misrepresentation of cognitive skills. Therefore, deficit scores on any neuropsychological measures cannot be validly interpreted as indicating genuine cognitive dysfunction. Failures on two specific measures of performance validity, along with other test results inconsistent with known patterns of brain functioning, indicate probable malingering of cognitive skills, according to the widely accepted Slick et al. criteria, published in 1999.

Visual acuity was adequate for reading with contact lenses. On gross confrontation, she appeared to have a left peripheral visual field loss, more prominently in the lower quadrant. Her ability to discriminate complex geometric designs (match to target) was in the moderately deficient range. Such a low score has been associated with invalid responding. Her score on a task in which she had to judge the orientation of line segments was in the average range. Her drawing of a clock to depict a specified time was accurate and symmetrical. Her copy of a complex geometric design was average in organization and details..

Ms. Crespo is right-hand dominant. She scored in the average range in grip strength with her right hand and borderline range with the left hand in comparison to her peers. Fine motor speed (finger tapping) was low average with the right hand and mildly deficient with the left. Manual dexterity on a pegboard task was moderately deficient with the right hand and severely deficient with the left. She was within normal limits on unimanual and bimanual (alternating movements) motor sequencing tasks. She made no errors when asked to inhibit motor responses to a verbal command.

Her results on somatosensory testing were inconsistent. Her ability to identify fingers touched with her eyes closed was without error on the right hand. She made two errors and three no responses with the left hand, a deficient score. She was within normal limits on double simultaneous stimulation of her hands, as

Liberty/Crespo 1293

Crespo, Paige
5/26/16
Page 9

well as of her hands and contralateral face. Thus, she did not extinguish or suppress one side to touch stimulation. Graphesthesia (identification of numerals written on fingertips) was equivocal since she did not respond to many stimuli on each hand.

On a measure of cognitive flexibility in which she had to connect letters and numerals arrayed on a page in alternating sequence, she scored in the severely deficient range in comparison to her peers, chiefly due to becoming "stuck" for a while on one number. (This was not due to a visual field loss, since the letter she sought was in her right visual field.) She was in the mildly deficient range on a simpler visual-motor version of this task involving numerals only. On a nonverbal problem-solving task requiring the adaptive use of feedback, she scored in the borderline range. Numerous responses were unusual and appeared to be quick and random.

On a self-report inventory of symptoms of anxiety, she scored in the normal range. On a similar inventory of symptoms of depression, she scored in the moderate range. Endorsed symptoms were inconsistent with symptom information obtained in the clinical interview.

The MMPI-2 personality profile is not considered valid due to excessive scores on traditional and specialized symptom validity scales. Her score on the Symptom Validity Scale was within normal limits. Her score on another specialized validity scale (Henry-Heilbronner index) indicated, according to the scale's authors, "exaggeration of disability or illness-related behavior via non-credible reporting of symptoms under external incentive conditions."

## ASSESSMENT (DSM-5)

V65.2   Probable Malingering

## QUESTIONS FROM REFERRAL SOURCE

1. Regarding validity: Describe the results of validity assessment. Are the obtained results considered to represent valid indicators of the examinee's actual cognitive and emotional-behavioral functioning?

Ms. Crespo failed two specific performance validity tests, indicating likely exaggeration or fabrication of cognitive deficits. Due to failure on these tests and other embedded measures of effort, deficit scores on cognitive tests cannot be interpreted as indicating valid cognitive dysfunction. Her high scores on two validity scales within the personality test also suggest invalid symptom validity, that is, non-credible reporting of physical and psychological symptoms. In addition, there are discrepancies within and across tests which suggest poor effort. Also, Ms. Crespo's report that she did not know on which side of her brain

Liberty/Crespo 1294

Crespo, Paige
5/26/16
Page 10

the aneurysm ruptured is not credible. Her reported difficulties do not seem to interfere significantly with daily activities and responsibilities.

2. Regarding cognitive functioning: Are the evaluation results indicative of cognitive impairment? If so, please identify specific functional cognitive deficits, the severity of such deficits, and the most likely etiology for them. If present, would such cognitive impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any cognitive impairment.

There is no consistent and valid evidence in the current neuropsychological test results of cognitive impairment. There is considerable evidence of failure on specific performance validity tests, indicating likely exaggeration or fabrication of cognitive dysfunction. There are numerous inconsistencies within the test results which do not allow for a conclusion of impaired cognitive functioning. For example, her report of difficulty with visual-spatial tasks is not supported by the results on several tasks involving visual-spatial analysis, construction, and reasoning. Her scores on tasks involving attention, concentration, and working memory were generally average. Visual memory scores were severely deficient. Verbal memory scores varied from average to severely deficient, results which are not consistent with an intact left hemisphere.

3. Regarding motor functioning: Are the evaluation results indicative of functional impairment in grip strength, fine motor speed, and/or manual dexterity? If so, please identify the functional motor deficits, the severity of them, and the most likely etiology of them.

Scores on motor tests were worse with her left hand and worse on more complex motor tasks. These results are consistent with a right hemisphere bleed but her failure on performance validity measures do not allow for a conclusion of functional motor deficits.

4. Regarding psychological functioning: Are the evaluation results indicative of psychological dysfunction or mental disorder? If so, please identify the psychiatric diagnosis, and the severity of any associated dysfunction. If present, would such psychiatric impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any psychiatrically-based impairment.

The examinee's high scores on two symptom validity scales within the personality test suggest non-credible reporting of physical and psychological testing. The examinee did not complain of any anxiety, depression, or emotional distress, other than impatience and irritability, which she attributed to her stroke. There is no evidence of current impairment of daily activities and responsibilities.

Liberty/Crespo 1295

Crespo, Paige
5/26/16
Page 11

There is no consistent and valid evidence from the records reviewed, interview, or test results of any psychological dysfunction or mental disorder.

In summary, there is no consistent and valid evidence in the records reviewed, clinical interview, or current test results of any brain dysfunction or psychological disorder. Probable malingering, that is, intentional production or exaggeration of symptoms, is the most appropriate description for her presentation and test results.

J. Robert Yohman, Ph.D., ABPP
Board Certified in Clinical Neuropsychology

Liberty/Crespo 1296

Crespo, Paige
5/26/16
Page 12

## APPENDIX

Test results are provided for documentation purposes only. Deficit scores do not imply genuine cognitive dysfunction due to failure on multiple performance validity and symptom validity measures.

Wechsler Adult Intelligence Scale – Third Edition (age-corrected scaled scores)

| Verbal | ACSS | Performance | ACSS |
|---|---|---|---|
| Information | 9 | Picture Completion | 4 |
| Digit Span | 10 | Picture Arrangement | 5 |
| Vocabulary | 10 | Block Design | 7 |
| Arithmetic | 7 | Matrix Reasoning | 10 |
| Comprehension | 6 | Digit Symbol | 7 |
| Similarities | 5 | | |
| | Verbal IQ | 87 | |
| | Performance IQ | 78 | |
| | Full Scale IQ | 81 | |

Wide Range Achievement Test 3 (WRAT-3)
Woodcock-Johnson Psycho-educational Battery-Revised (WJ-R)

| SUBJECT | STANDARD SCORE | PERCENTILE | GRADE EQUIV. |
|---|---|---|---|
| WRAT3 | | | |
| Reading | 105 | 63 | >HS |
| Spelling | 98 | 45 | HS |
| Arithmetic | 95 | 37 | HS |
| WJ-R | | | |
| Passage Comp | 93 | 31 | 10.0 |

| Wechsler Memory Scale-III | Raw Scores |
|---|---|
| Logical Memory – Imm, Del | 32 (SS=8), 22 (SS=9) |
| Faces Recognition – Imm, Del | 26 (5), 31 (7) |
| Paired Associates – Imm, Del | 4 (5), 1 (4) |
| Family Pictures – Imm, Del | 14 (2), 14 (2) |
| Spatial Span | 13 (8) |
| Letter-Number Sequencing | 9 (8) |
| Auditory Index – Imm, Del, Recog | 80, 80, 90 |
| Visual Index – Imm, Del | 57, 65 |
| Immediate Memory Index | 65 |
| General Memory Index | 73 |

Liberty/Crespo 1297

Crespo, Paige
5/26/16
Page 13

| | |
|---|---|
| Working Memory Index | 88 |
| **California Verbal Learning Test** | |
| A1 | 3 |
| A5 | 7 |
| B | 4 |
| Short delay free | 7 |
| Short delay cued | 9 |
| Long delay free | 4 |
| Long delay cued | 9 |
| **Test of Memory Malingering** | 35, 24, 27 |
| **Word Memory Test** | 30, 22, 24 |
| **Controlled Oral Word Association** | 36 |
| **Sentence Repetition** | 13 |
| **Visual Naming** | 50 |
| **Token Test** | 44 |
| **Grip Strength** | R = 25 kg, L = 19.5 kg |
| **Grooved Pegboard** | R = 81", L = 117" |
| **Finger Tapping** | R = 39.75 , L = 32.5 |
| **Trail Making Test** | A = 37", B = 138" |
| **Visual Form Discrimination Test** | 23 |
| **Judgment of Line Orientation** | 24 |
| **Short Booklet Category Test (errors)** | 45 |
| **Beck Depression Inventory-II** | 28 |
| **Beck Anxiety Inventory** | 9 |
| **MMPI-2 (t-scores)** | L 47, F 96, K 35, Hs 65, D 72, Hy 68, Pd 68, Mf 69, Pa 63, Pt 73, Sc 87, Ma 82, Si 62; FBS raw=17; HHI raw=15, F-K raw=11 |

Other Tests: Rey Complex Figure, Motor Programming, Motor Inhibition, Praxis, Draw-A-Clock, Paragraph Writing

Liberty/Crespo 1298



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

Date:  June 7, 2016

To:    F KHAN

Attn:  Dr. Khan

Fax:   (504) 842-0041

From:  Todd Youngberg
       Disability Claims Tech Spec
       Phone No.: (888) 440-6118
       Secure Fax No.: (603) 334-3576

Total Pages
(Including Cover):    16

RE:

Claim #:    5458678
Claimant:   Paige Crespo

Ochsner Clinic Foundation

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1299



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

June 7, 2016

 F Khan

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear F Khan:

We are the Disability Claim Administrator for your patient, Paige Crespo.

On May 24, 2016 a/an Dr. Yohman was performed to assist us in determining Ms. Crespo's eligibility for continued  Long Term Disability (LTD) benefits.  The results of this assessment demonstrate the following:

We have enclosed a copy of the Neuropsychological report for your review and comment.

Please review the enclosed report by Dr. Yohman, and provide any comments you wish to have considered.  If you disagree with Dr. Yohman's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by June 21, 2016.  Failure to provide the requested information may result in an adverse benefit determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of  2

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   5458678-MEDICAL-INDEPENDENT EXAMS/EVALUATIONS-06.0

Liberty/Crespo 1301

## J. Robert Yohman, Ph.D., P.C.

Clinical Psychology · Neuropsychology
American Board of Professional Psychology
Diplomate in Clinical Neuropsychology

## NEUROPSYCHOLOGICAL EVALUATION REPORT

**Examinee:** Paige Crespo
**Referral Source:** MLS, for Liberty Insurance
**Date of Examination:** 5/24/16
**Date of Report:** 5/26/16
**Date of Birth:**
**Out of Work Date:** 4/10/15
**Case Number:** unknown
**Basis of Evaluation:** Review of records, clinical interview, neuropsychological
        testing (see Appendix)
**Examiner:** J. Robert Yohman, Ph.D., ABPP

## INTRODUCTION/REASON FOR REFERRAL

Referral Question:
Ms. Crespo was referred for an independent neuropsychological examination to evaluate her current psychological and cognitive functioning in connection with her long-term disability insurance claim. She reported having an intracranial hemorrhage from a ruptured aneurysm, with consequent physical and cognitive problems. She was informed as to the nature and purpose of the examination and she gave her written consent. She was informed that her effort would be assessed during the exam and she was repeatedly encouraged to do her best on all tasks.

Limited Confidentiality and Nature of Relationship:
Ms. Crespo understood the limits of confidentiality in a third-party requested exam. She was informed and understood that no doctor-patient relationship would exist. She was informed about the uses for the information obtained. She understood that she would not receive feedback or a report of the results directly from the examiner.

## MENTAL STATUS EXAMINATION AND BEHAVIORAL OBSERVATIONS

Paige Crespo is a 44-year-old separated white woman who was neatly groomed and casually dressed in jeans and a jersey. She said that she was 5'6" tall and weighed 132 pounds. Gait appeared grossly normal and there were no unusual or excessive movements. She was initially irritable and defensive, criticizing and nit-picking the interview questions. She warmed up somewhat during the exam and laughed and smiled at times. She frequently quickly responded "don't know" to many test items and her effort was judged to be poor at times. She occasionally interrupted test questions and instructions.

Liberty/Crespo 1302

Crespo, Paige
5/26/16
Page 2

The interview took one and a half hours and testing was completed in another six hours. She took seven brief breaks during the day and a one-hour lunch break, during which she worked on a questionnaire. Hearing and vision were adequate. Speech was articulate and fluent with appropriate volume and prosody. Thought processes were logical and goal directed with no unusual content. Mood appeared euthymic (normal) with generally appropriate affect. She appeared somewhat irritated and argumentative initially.

She failed two specific performance validity tests and several embedded measures of effort. She passed two other embedded measures of effort. She had excessive scores on one traditional and one specialized symptom validity scale within the personality test and passed one other specialized validity scale within this test. Her scores on these scales suggested exaggeration or non-credible reporting of physical and psychological symptoms. Because of her results on performance validity measures, deficit scores on cognitive tests cannot be interpreted as indicative of genuine cognitive dysfunction. Her scores on several trials of two specific well-validated performance validity tests were at a chance level, indicating likely misrepresentation of cognitive functioning. In addition, her pattern of neuropsychological test scores was inconsistent with known patterns of scores in persons with and without genuine brain dysfunction.

During the mental status exam, she denied any feelings of depression or any anhedonia (loss of pleasure or satisfaction with activities). She reported that her sleep has increased since her cerebrovascular accident. She sleeps six hours a night when her children stay with her and said that this amount does not leave her rested. When the children stay with her husband, she sleeps 10 to 12 hours. She denied any change in appetite, energy level, or libido. She denied any psychomotor retardation or agitation. She denied any feelings of helplessness or hopelessness. She endorsed increased mental dullness and irritability but no social withdrawal. She denied any passive or active suicidal thinking. She denied any hypomanic symptoms, hallucinations, or obsessive thinking.

She endorsed dry mouth and occasional dizziness, but no other presented motor and autonomic symptoms of anxiety. When a symptom checklist was reviewed with her at the conclusion of the interview, she endorsed difficulty with long- and short-term memory, sleep, concentration, irritability, temper control, headache, left side hypersensitivity, and a left visual field loss. When asked about any plans or goals, she said that she had none.

## CURRENT PSYCHOLOGICAL AND NEUROPSYCHOLOGICAL COMPLAINTS

Ms. Crespo said that she had a traumatic brain injury and bleeding in the brain from a ruptured middle cerebral artery aneurysm on 4/10/15. When asked where in the brain this occurred, she replied "in the middle." Records differ as to which side was involved. A case summary from Liberty and a case review by Dr. Belliveau on 2/11/16 noted a left MCA aneurysm. Dr. Khan's note on 4/10/15

Liberty/Crespo 1303

Crespo, Paige
5/26/16
Page 3

noted a right MCA aneurysm. The claimant had an obvious scar from removal of a skull flap on the right side, indicating that the clipping of the aneurysm was on the right side of the brain. Ms. Crespo did not provide information about the early stages of the incident and her hospitalization, saying that she was sedated and could not remember. When asked what she had learned about the incident later, she said that she had no specific information, other than being sedated and unconscious for several days.

She was asked about current physical complaints related to her bleed and claim. She reported "left blindness." On gross confrontation, she appeared to have a left visual field loss, more prominently in the lower quadrant. She reported hyperalgesia (increased sensitivity to everything but heat, which she said was diminished) on her entire left side, including her face. She reported weakness on the entire left side. She later noted headaches two to three times a week, which she rated as 20 to 30 on a 100-point scale, where 100 equals pain so severe one would rather die than endure it.. Her headache has improved over time and the other physical symptoms have not improved significantly. She stated that she is "tough" and will have to live with them.

When asked about any cognitive complaints consequent to her bleed, she reported difficulties with long- and short-term memory, unchanged over time. She said that she forgets conversations, gets lost, and misplaces objects. She also claims that she has forgotten some of her personal history. She denied any safety issues due to memory problems. She reported a decreased sense of direction and decreased concentration, unchanged over time. She denied any language difficulty.

When asked about any emotional problems related to the accident, she specifically denied any anxiety or depression. She reported increased irritability and impatience with others. She could not provide any information about triggers, frequency, or duration of such episodes. She said that she generally hides her irritability from others. She has not used any specific techniques or strategies to manage such responses. She denied any road rage or incidents with store clerks. When asked her chief concerns of all her reported symptoms, she reported "all of them."

Ms. Crespo has no current treatment related to the ruptured aneurysm. She follows up with her neurosurgeon, Dr. Ware, occasionally. She stated that he told her she would have Posttraumatic Stress Disorder. She has been told by Dr. Ware not to return to work. She said that she saw a neuropsychologist for testing six months after her hospitalization and was told that she had decreased visual-spatial abilities. She has not seen any other mental health professional. She reported having two or three seizures during her bleed. She reported that a recent CT angiogram found no aneurysm. She said that it also found a .7 mm left parietal meningioma, which will be followed.

Liberty/Crespo 1304

Crespo, Paige
5/26/16
Page 4

She reported being diagnosed with two autoimmune diseases in 2011. She said that she has undifferentiated connective tissue disease and undifferentiated inflammatory arthritis. She reported that these conditions cause fatigue and swollen joints. The consequences of both conditions have improved with oral medications. She denied any other contributing medical history in terms of major illnesses, chronic conditions, or traumas. She denied any other unconsciousness or head injury. She denied any psychiatric history or treatment. She denied any use of illegal drugs or tobacco. She said that she drinks one to two glasses of wine daily. She denied any other legal history.

## BACKGROUND INFORMATION

Ms. Crespo reported that she is separated and is divorcing her husband of 13 years. She has three children, aged 7, 9, and 11. The children stay with her husband two days during the week and every other weekend. She is the elder of two full siblings and has a step-sister and two half-siblings. Her parents divorced when she was four and her step-father came to the family when she was six. Her mother and step-father were "drivers" and her father was an oral surgeon. She said that she did not get along with her family of origin and was generally rebellious. She denied any history of abuse or childhood behavioral problems. She said that she completed high school and made As She obtained a bachelor's degree in nursing and made good grades. She also obtained a master's degree.

She worked as a nurse anesthetist at Ochsner Hospital in New Orleans for 15 years and said that she made about $200,000 annually. She said that she worked 40 to 100 hours a week and could not provide an average number of hours a week. She administered drugs and monitored patients in surgery. She previously worked as a nurse for two years and did not know her income. She reported no negative performance reviews or conflicts at work. She said that her fatigue related to her autoimmune diseases did not interfere with her work. She said that occasionally her swollen joints did so and that others helped cover her duties. She said that she did not miss work due to her chronic diseases.

Ms. Crespo said that she cannot perform her job duties now due to her left visual field difficulty, left-side weakness, and memory loss. She said that she could not see well enough to draw and administer drugs and could not care for patients due to not being able to keep two things in mind at once. She currently receives long-term disability benefits of $7300 per month.

## CURRENT ACTIVITIES OF DAILY LIVING

Ms. Crespo reported that she is independent in all activities of daily living, including household chores, medication management, child care, meal preparation, and financial management. She drives without difficulty but occasionally has to use her GPS if she becomes lost. She has had no driving restrictions due to vision or seizures. On a typical day she reported that she

Liberty/Crespo 1305

Crespo, Paige
5/26/16
Page 5

rises at 6 a.m., feeds her children, and returns to sleep until 10 a.m. or 1 p.m. She runs two miles in about 20 minutes three to four times a week. On two to three other days a week she walks two miles. She occasionally goes to a gym class. She occasionally has dinner or other outings with friends. She picks her children up from school and attends their extra-curricular activities daily. She uses social media about 30 minutes a day. She said that she goes to bed at 10 to 11 p.m.

## REVIEW OF MEDICAL RECORDS

The following records were reviewed and pertinent findings summarized:

Ochsner South Shore Region (Fawad Khan, M.D.): On 4/10/15, a right middle cerebral artery aneurysm was noted, with subsequent clipping. On 5/20/15, she reported persistent right frontal-temporal headache. On 8/26/15, she was reported as improved. On 9/11/15, her diagnosis was reported as subarachnoid hemorrhage. (This is different from other reports, including hers, of an intracerebral bleed..) On 9/11/15, she had no headache or seizures. She was reportedly busy but not working. Her activities of daily living were normal.

Surveillance reports, 12/23/15, 2/12/16: Claimant was observed driving and attending a fitness center.

Timothy Belliveau, Ph.D., ABPP/CN, 2/11/16 case review: Claimant reportedly had a traumatic brain injury/stroke/blindness in one eye. No hospital records were reviewed. She was described as having a subarachnoid hemorrhage after rupture of an arteriovenous malformation of the left [sic] middle cerebral artery. Activities of daily living were normal. Her energy level and focus had reportedly improved as of 8/26/15. Neuropsychological testing was recommended by Dr. Belliveau.

Case Summary: Claimant reportedly had an intracranial hemorrhage from an AVM rupture in the left [sic] middle cerebral artery, which was clipped. On 6/17/15, a CT scan noted vasospasm in an unspecified middle cerebral artery. Her left weakness had resolved and she had no recurrence of seizures. Neuropsychological exam on 10/12/15 noted a left homonymous hemianopia (left visual field loss in both eyes).

Various lab reports related to connective tissue disease

Marcus Ware, M.D., neurosurgery: A note on 8/26/15 reported improved energy and focus. Neuropsychological testing and a driving test were recommended. A subarachnoid hemorrhage was the diagnosis.

Liberty/Crespo 1306

Crespo, Paige
5/26/16
Page 6

**ASSESSMENT TOOLS** (see Appendix for scores)

Wechsler Adult Intelligence Scale–Third Edition (WAIS-III): general intellectual functioning

Wide Range Achievement Test3 (WRAT3): reading recognition, written spelling, written arithmetic

Woodcock-Johnson Psycho-educational Battery–Revised (WJ-R) (Passage Comprehension): reading comprehension

Neuropsychological Test Battery:

Visual Naming: naming objects and parts of objects

Sentence Repetition: repeating sentences

Controlled Oral Word Association: oral fluency

Token Test: comprehension of simple commands

Wechsler Memory Scale-III: memory for stories, faces, word pairs, and pictures; spatial span; letter-number sequencing

California Verbal Learning Test: learning and recalling a word list

Rey Complex Figure: copy and memory for a complex design

Word Memory Test: effort/validity

Test of Memory Malingering: effort/validity

Paragraph writing sample

Visual Form Discrimination: match geometric designs

Clock Drawing: visual-spatial relations

Judgment of Line Orientation: visual-spatial analysis

Grip Strength: hand strength

Finger Tapping: fine motor speed

Grooved Pegboard: manual dexterity

Motor Programming: manual sequencing speed and accuracy

Motor Inhibition: inhibiting motor responses to verbal command

Praxis tasks: performing complex movements to command

Short Booklet Category Test: nonverbal reasoning, use of feedback

Trail Making Test: completing alternating sequence of letters and numbers

Beck Depression Inventory-II: self-report of symptoms of depression

Beck Anxiety Inventory: self-report of symptoms of anxiety

Minnesota Multiphasic Personality Inventory-2 (MMPI-2): personality test

## TEST RESULTS

**Test results and descriptions are for documentation purposes only. Deficit scores do not imply genuine cognitive dysfunction due to failure on several performance validity and symptom validity measures.**

General intellectual functioning on the WAIS-III resulted in a low average Full Scale IQ score of 81, with a low average Verbal IQ and a borderline Performance IQ. On verbal subtests she scored in the mildly deficient range in verbal abstract reasoning (similarities), borderline range in social judgment (comprehension), and low average range in oral arithmetic. Other verbal subtests of general

Liberty/Crespo 1307

Crespo, Paige
5/26/16
Page 7

knowledge, auditory attention, and vocabulary were in the average range. Her effort on Comprehension, Information, and Arithmetic was poor, as she frequently quickly answered "don't know," sometimes before the question was completed. On performance subtests her scores varied from moderately deficient to average. She scored in the moderately deficient on a subtest of attention to visual details and was incorrect on very easy items but correct on difficult items, suggesting inconsistent effort. She scored in the mildly deficient range on a subtest of arranging cartoon pictures to tell a story and responded with unusual sequences. Her scores on subtests of block design construction and psychomotor speed were low average. Her score on a subtest of visual-spatial reasoning was average. Her intelligence test scores are likely an underestimate of genuine intelligence due to inadequate effort.

On standardized measures of academic achievement Ms. Crespo scored in the average range in reading recognition, reading comprehension, written spelling, and written arithmetic. Her intellectual testing scores were not consistent with her academic achievement scores and educational attainment. She was able to read various questionnaires without visual or comprehension difficulty.

Speech was articulate and fluent with no comprehension, word-finding, or expression difficulties in conversation. Visual naming of objects and parts of objects was in the average range. Her ability to repeat sentences of increasing length was in the average range. She scored in the average range on an oral fluency task in which she generated words to a given initial letter. On a simple comprehension task in which she was directed to manipulate colored tokens, she scored in the high average range and her responses were quick and without error. A requested paragraph writing sample consisted of three sentence fragments, with no errors.

Ms. Crespo was oriented in all spheres. Immediate auditory attention on the Digit Span subtest of the WAIS-III was in the average range, with a maximum recall of eight digits forward and four backward. Her Spatial Span score on the WMS-III was in the average range, with a maximum sequence recall of six forward and four backward. Memory for stories read to her was in the average range on both immediate and delayed recall trials. Her memory for human faces was mildly deficient on immediate recall and low average after a delay. (Her raw score improved after a delay, an unusual pattern.) Her recall of information from pictures was severely deficient on both immediate and delayed recall trials. She recalled no information from two of the four pictures, an unusual finding. Verbal paired associate learning and memory was in the mildly deficient range on immediate recall and moderately deficient on delayed recall. She quickly responded "don't know" on almost every trial and item and her effort was poor. Working memory on a letter-number sequencing task was in the average range. Auditory memory indexes were in the low average to average range. Visual memory indexes were in the moderately to severely deficient range. General

Liberty/Crespo 1308

Crespo, Paige
5/26/16
Page 8

memory index was mildly deficient. Working memory index was in the low average range.

Her reproduction of a complex design that she had copied adequately 30 minutes previously was in the average range in recall of details for her age group. Her scores on a list-learning task were severely deficient on all variables. Her effort was questionable. She learned a maximum of nine items in five trials, with a decline in recall from the second to the fifth trial, an unusual pattern. She recalled seven items after a brief delay and four items after a 20-minute delay.

On a simple visual memory test designed to assess performance validity, Ms. Crespo's scores were not only well below the published cutoff scores but at chance level on two trials. In addition to her failure on this test, she failed two embedded effort measures within this test. On a simple verbal memory test to assess performance validity, her scores were well below the cutoff scores and near the chance level on two trials, again indicating invalid performance. These failures on specific performance validity tests are interpreted as strongly suggesting misrepresentation of cognitive skills. Therefore, deficit scores on any neuropsychological measures cannot be validly interpreted as indicating genuine cognitive dysfunction. Failures on two specific measures of performance validity, along with other test results inconsistent with known patterns of brain functioning, indicate probable malingering of cognitive skills, according to the widely accepted Slick et al. criteria, published in 1999.

Visual acuity was adequate for reading with contact lenses. On gross confrontation, she appeared to have a left peripheral visual field loss, more prominently in the lower quadrant. Her ability to discriminate complex geometric designs (match to target) was in the moderately deficient range. Such a low score has been associated with invalid responding. Her score on a task in which she had to judge the orientation of line segments was in the average range. Her drawing of a clock to depict a specified time was accurate and symmetrical. Her copy of a complex geometric design was average in organization and details..

Ms. Crespo is right-hand dominant. She scored in the average range in grip strength with her right hand and borderline range with the left hand in comparison to her peers. Fine motor speed (finger tapping) was low average with the right hand and mildly deficient with the left. Manual dexterity on a pegboard task was moderately deficient with the right hand and severely deficient with the left. She was within normal limits on unimanual and bimanual (alternating movements) motor sequencing tasks. She made no errors when asked to inhibit motor responses to a verbal command.

Her results on somatosensory testing were inconsistent. Her ability to identify fingers touched with her eyes closed was without error on the right hand. She made two errors and three no responses with the left hand, a deficient score. She was within normal limits on double simultaneous stimulation of her hands, as

Crespo, Paige
5/26/16
Page 9

well as of her hands and contralateral face. Thus, she did not extinguish or suppress one side to touch stimulation. Graphesthesia (identification of numerals written on fingertips) was equivocal since she did not respond to many stimuli on each hand.

On a measure of cognitive flexibility in which she had to connect letters and numerals arrayed on a page in alternating sequence, she scored in the severely deficient range in comparison to her peers, chiefly due to becoming "stuck" for a while on one number. (This was not due to a visual field loss, since the letter she sought was in her right visual field.) She was in the mildly deficient range on a simpler visual-motor version of this task involving numerals only. On a nonverbal problem-solving task requiring the adaptive use of feedback, she scored in the borderline range. Numerous responses were unusual and appeared to be quick and random.

On a self-report inventory of symptoms of anxiety, she scored in the normal range. On a similar inventory of symptoms of depression, she scored in the moderate range. Endorsed symptoms were inconsistent with symptom information obtained in the clinical interview.

The MMPI-2 personality profile is not considered valid due to excessive scores on traditional and specialized symptom validity scales. Her score on the Symptom Validity Scale was within normal limits. Her score on another specialized validity scale (Henry-Heilbronner index) indicated, according to the scale's authors, "exaggeration of disability or illness-related behavior via non-credible reporting of symptoms under external incentive conditions."

## ASSESSMENT (DSM-5)

V65.2   Probable Malingering

## QUESTIONS FROM REFERRAL SOURCE

1. Regarding validity: Describe the results of validity assessment. Are the obtained results considered to represent valid indicators of the examinee's actual cognitive and emotional-behavioral functioning?

Ms. Crespo failed two specific performance validity tests, indicating likely exaggeration or fabrication of cognitive deficits. Due to failure on these tests and other embedded measures of effort, deficit scores on cognitive tests cannot be interpreted as indicating valid cognitive dysfunction. Her high scores on two validity scales within the personality test also suggest invalid symptom validity, that is, non-credible reporting of physical and psychological symptoms. In addition, there are discrepancies within and across tests which suggest poor effort. Also, Ms. Crespo's report that she did not know on which side of her brain

Liberty/Crespo 1310

Crespo, Paige
5/26/16
Page 10

the aneurysm ruptured is not credible. Her reported difficulties do not seem to interfere significantly with daily activities and responsibilities.

2. Regarding cognitive functioning: Are the evaluation results indicative of cognitive impairment? If so, please identify specific functional cognitive deficits, the severity of such deficits, and the most likely etiology for them. If present, would such cognitive impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any cognitive impairment.

There is no consistent and valid evidence in the current neuropsychological test results of cognitive impairment. There is considerable evidence of failure on specific performance validity tests, indicating likely exaggeration or fabrication of cognitive dysfunction. There are numerous inconsistencies within the test results which do not allow for a conclusion of impaired cognitive functioning. For example, her report of difficulty with visual-spatial tasks is not supported by the results on several tasks involving visual-spatial analysis, construction, and reasoning. Her scores on tasks involving attention, concentration, and working memory were generally average. Visual memory scores were severely deficient. Verbal memory scores varied from average to severely deficient, results which are not consistent with an intact left hemisphere.

3. Regarding motor functioning: Are the evaluation results indicative of functional impairment in grip strength, fine motor speed, and/or manual dexterity? If so, please identify the functional motor deficits, the severity of them, and the most likely etiology of them.

Scores on motor tests were worse with her left hand and worse on more complex motor tasks. These results are consistent with a right hemisphere bleed but her failure on performance validity measures do not allow for a conclusion of functional motor deficits.

4. Regarding psychological functioning: Are the evaluation results indicative of psychological dysfunction or mental disorder? If so, please identify the psychiatric diagnosis, and the severity of any associated dysfunction. If present, would such psychiatric impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any psychiatrically-based impairment.

The examinee's high scores on two symptom validity scales within the personality test suggest non-credible reporting of physical and psychological testing. The examinee did not complain of any anxiety, depression, or emotional distress, other than impatience and irritability, which she attributed to her stroke. There is no evidence of current impairment of daily activities and responsibilities.

Liberty/Crespo 1311

Crespo, Paige
5/26/16
Page 11

There is no consistent and valid evidence from the records reviewed, interview, or test results of any psychological dysfunction or mental disorder.

In summary, there is no consistent and valid evidence in the records reviewed, clinical interview, or current test results of any brain dysfunction or psychological disorder. Probable malingering, that is, intentional production or exaggeration of symptoms, is the most appropriate description for her presentation and test results.

J. Robert Yohman, Ph.D., ABPP
Board Certified in Clinical Neuropsychology

Liberty/Crespo 1312

Crespo, Paige
5/26/16
Page 12

## APPENDIX

Test results are provided for documentation purposes only. Deficit scores do not imply genuine cognitive dysfunction due to failure on multiple performance validity and symptom validity measures.

**Wechsler Adult Intelligence Scale – Third Edition (age-corrected scaled scores)**

| Verbal | ACSS | Performance | ACSS |
|---|---|---|---|
| Information | 9 | Picture Completion | 4 |
| Digit Span | 10 | Picture Arrangement | 5 |
| Vocabulary | 10 | Block Design | 7 |
| Arithmetic | 7 | Matrix Reasoning | 10 |
| Comprehension | 6 | Digit Symbol | 7 |
| Similarities | 5 | | |

|  |  |
|---|---|
| Verbal IQ | 87 |
| Performance IQ | 78 |
| Full Scale IQ | 81 |

**Wide Range Achievement Test 3 (WRAT-3)**
**Woodcock-Johnson Psycho-educational Battery-Revised (WJ-R)**

| SUBJECT | STANDARD SCORE | PERCENTILE | GRADE EQUIV. |
|---|---|---|---|
| **WRAT3** | | | |
| Reading | 105 | 63 | >HS |
| Spelling | 98 | 45 | HS |
| Arithmetic | 95 | 37 | HS |
| **WJ-R** | | | |
| Passage Comp | 93 | 31 | 10.0 |

| Wechsler Memory Scale-III | Raw Scores |
|---|---|
| Logical Memory – Imm, Del | 32 (SS=8), 22 (SS=9) |
| Faces Recognition – Imm, Del | 26 (5), 31 (7) |
| Paired Associates – Imm, Del | 4 (5), 1 (4) |
| Family Pictures – Imm, Del | 14 (2), 14 (2) |
| Spatial Span | 13 (8) |
| Letter-Number Sequencing | 9 (8) |
| Auditory Index – Imm, Del, Recog | 80, 80, 90 |
| Visual Index – Imm, Del | 57, 65 |
| Immediate Memory Index | 65 |
| General Memory Index | 73 |

Liberty/Crespo 1313

Crespo, Paige
5/26/16
Page 13

| | |
|---|---|
| Working Memory Index | 88 |
| **California Verbal Learning Test** | |
| A1 | 3 |
| A5 | 7 |
| B | 4 |
| Short delay free | 7 |
| Short delay cued | 9 |
| Long delay free | 4 |
| Long delay cued | 9 |
| **Test of Memory Malingering** | 35, 24, 27 |
| **Word Memory Test** | 30, 22, 24 |
| **Controlled Oral Word Association** | 36 |
| **Sentence Repetition** | 13 |
| **Visual Naming** | 50 |
| **Token Test** | 44 |
| **Grip Strength** | R = 25 kg, L = 19.5 kg |
| **Grooved Pegboard** | R = 81", L = 117" |
| **Finger Tapping** | R = 39.75 , L = 32.5 |
| **Trail Making Test** | A = 37", B = 138" |
| **Visual Form Discrimination Test** | 23 |
| **Judgment of Line Orientation** | 24 |
| **Short Booklet Category Test (errors)** | 45 |
| **Beck Depression Inventory-II** | 28 |
| **Beck Anxiety Inventory** | 9 |
| **MMPI-2 (t-scores)** | L 47, F 96, K 35, Hs 65, D 72, Hy 68, Pd 68, Mf 69, Pa 63, Pt 73, Sc 87, Ma 82, Si 62; FBS raw=17; HHI raw=15, F-K raw=11 |

Other Tests: Rey Complex Figure, Motor Programming, Motor Inhibition, Praxis, Draw-A-Clock, Paragraph Writing

Liberty/Crespo 1314

Liberty/Crespo 1315

# Liberty Mutual Consulting Physician Referral
### File Review - Standard

**Physician Specialty:  Neuropsychology**

Office:        0163

Claim #:     5458678

Claimant Name:        PAIGE  F  CRESPO

Date of Birth:

Claim Status:    AP

Date of Disability:       4/11/2015

Date Sent:     6/7/2016

Claimant SSN:

Date Benefits Began:    10/10/2015

Product Type:        LTD

Paid Through:    4/10/2039

Disability Level:     Own Occupation

— Document Locations —
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Policyholder/Self-Insured Plan Holder:        OCHSNER CLINIC FOUNDATION

Referred By:        YOUNGBERG, TODD  096  8*731-0280

Assigned Nurse Case Manager:

Diagnosis:        851.40 Cerebellar or brain stem contusion without mention of open intracranial wound,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

File returned to DR. BELLIVEAU to review Neuropsych Testing report dated 5/24/16 for which he dictated questions for, DR. BELLIVEAU to comment on Neuropsych Testing results, comment on whether any ongoing cognitive impairment is supported and comment on the validity of the testing.  Are any cognitive restrictions supported?

**n0121134**

| | |
|---|---|
| **From:** | GRP MKT MD Referral |
| **Sent:** | Tuesday, June 07, 2016 10:38:16 AM |
| **To:** | Youngberg, Todd |
| **Cc:** | GMKT MD Referral Wallingford |
| **Subject:** | Referral 5458678 - CRESPO,   PAIGE - Assignment Notification |

Thank you for this referral.

The referral has been assigned to Timothy Belliveau Ph.D in the Wallingford office.

If you have questions regarding the status of this referral, please review the daily status report.   If you have further questions, please contact the Medical Department in the Dover office.

(Please do not respond to this e-mail, as this is a system generated e-mail and responses are not monitored.)

Office: GM - Wallingford
Claim Number: 5458678
Claimant: CRESPO,   PAIGE
Priority Status: 2
Date of Disability: 4/11/2015
Product Type: LTD
Disability Level: Own Occupation
Claim Status: AP
Date Referred: 6/7/2016
Date Report Needed: 6/25/2016
Policy Holder: OCHSNER CLINIC FOUNDATION
Referred By: YOUNGBERG, TODD   096   8*731-0280
Diagnosis: 851.40 Cerebellar or brain stem contusion without mention of open intracranial wound, unspecified state of consciousness,   01.24 Other craniotomy

Questions or Issues for Physician: File returned to DR. BELLIVEAU to review Neuropsych Testing report dated 5/24/16 for which he dictated questions for, DR. BELLIVEAU to comment on Neuropsych Testing results, comment on whether any ongoing cognitive impairment is supported and comment on the validity of the testing.   Are any cognitive restrictions supported?

Liberty/Crespo 1316

**J. Robert Yohman, Ph.D., P.C.**
Clinical Psychology · Neuropsychology
American Board of Professional Psychology
Diplomate in Clinical Neuropsychology

## NEUROPSYCHOLOGICAL EVALUATION REPORT

**Examinee**: Paige Crespo
**Referral Source:** MLS, for Liberty Insurance
**Date of Examination:** 5/24/16
**Date of Report:** 5/26/16
**Date of Birth:**
**Out of Work Date:** 4/10/15
**Case Number:** unknown
**Basis of Evaluation:** Review of records, clinical interview, neuropsychological
    testing (see Appendix)
**Examiner:** J. Robert Yohman, Ph.D., ABPP

## INTRODUCTION/REASON FOR REFERRAL

Referral Question:
Ms. Crespo was referred for an independent neuropsychological examination to evaluate her current psychological and cognitive functioning in connection with her long-term disability insurance claim. She reported having an intracranial hemorrhage from a ruptured aneurysm, with consequent physical and cognitive problems. She was informed as to the nature and purpose of the examination and she gave her written consent. She was informed that her effort would be assessed during the exam and she was repeatedly encouraged to do her best on all tasks.

Limited Confidentiality and Nature of Relationship:
Ms. Crespo understood the limits of confidentiality in a third-party requested exam. She was informed and understood that no doctor-patient relationship would exist. She was informed about the uses for the information obtained. She understood that she would not receive feedback or a report of the results directly from the examiner.

## MENTAL STATUS EXAMINATION AND BEHAVIORAL OBSERVATIONS

Paige Crespo is a 44-year-old separated white woman who was neatly groomed and casually dressed in jeans and a jersey. She said that she was 5'6" tall and weighed 132 pounds. Gait appeared grossly normal and there were no unusual or excessive movements. She was initially irritable and defensive, criticizing and nit-picking the interview questions. She warmed up somewhat during the exam and laughed and smiled at times. She frequently quickly responded "don't know" to many test items and her effort was judged to be poor at times. She occasionally interrupted test questions and instructions.

11914 Astoria Blvd., Suite 490 · Houston, Texas 77089 · (281) 484-9973
Fax: (281) 484-0813  E-mail: jrypsy@hotmail.com

Liberty/Crespo 1317

Crespo, Paige
5/26/16
Page 2

The interview took one and a half hours and testing was completed in another six hours. She took seven brief breaks during the day and a one-hour lunch break, during which she worked on a questionnaire. Hearing and vision were adequate. Speech was articulate and fluent with appropriate volume and prosody. Thought processes were logical and goal directed with no unusual content. Mood appeared euthymic (normal) with generally appropriate affect. She appeared somewhat irritated and argumentative initially.

She failed two specific performance validity tests and several embedded measures of effort. She passed two other embedded measures of effort. She had excessive scores on one traditional and one specialized symptom validity scale within the personality test and passed one other specialized validity scale within this test. Her scores on these scales suggested exaggeration or non-credible reporting of physical and psychological symptoms. Because of her results on performance validity measures, deficit scores on cognitive tests cannot be interpreted as indicative of genuine cognitive dysfunction. Her scores on several trials of two specific well-validated performance validity tests were at a chance level, indicating likely misrepresentation of cognitive functioning. In addition, her pattern of neuropsychological test scores was inconsistent with known patterns of scores in persons with and without genuine brain dysfunction.

During the mental status exam, she denied any feelings of depression or any anhedonia (loss of pleasure or satisfaction with activities). She reported that her sleep has increased since her cerebrovascular accident. She sleeps six hours a night when her children stay with her and said that this amount does not leave her rested. When the children stay with her husband, she sleeps 10 to 12 hours. She denied any change in appetite, energy level, or libido. She denied any psychomotor retardation or agitation. She denied any feelings of helplessness or hopelessness. She endorsed increased mental dullness and irritability but no social withdrawal. She denied any passive or active suicidal thinking. She denied any hypomanic symptoms, hallucinations, or obsessive thinking.

She endorsed dry mouth and occasional dizziness, but no other presented motor and autonomic symptoms of anxiety. When a symptom checklist was reviewed with her at the conclusion of the interview, she endorsed difficulty with long- and short-term memory, sleep, concentration, irritability, temper control, headache, left side hypersensitivity, and a left visual field loss. When asked about any plans or goals, she said that she had none.

## CURRENT PSYCHOLOGICAL AND NEUROPSYCHOLOGICAL COMPLAINTS

Ms. Crespo said that she had a traumatic brain injury and bleeding in the brain from a ruptured middle cerebral artery aneurysm on 4/10/15. When asked where in the brain this occurred, she replied "in the middle." Records differ as to which side was involved. A case summary from Liberty and a case review by Dr. Belliveau on 2/11/16 noted a left MCA aneurysm. Dr. Khan's note on 4/10/15

Crespo, Paige
5/26/16
Page 3

noted a right MCA aneurysm. The claimant had an obvious scar from removal of a skull flap on the right side, indicating that the clipping of the aneurysm was on the right side of the brain. Ms. Crespo did not provide information about the early stages of the incident and her hospitalization, saying that she was sedated and could not remember. When asked what she had learned about the incident later, she said that she had no specific information, other than being sedated and unconscious for several days.

She was asked about current physical complaints related to her bleed and claim. She reported "left blindness." On gross confrontation, she appeared to have a left visual field loss, more prominently in the lower quadrant. She reported hyperalgesia (increased sensitivity to everything but heat, which she said was diminished) on her entire left side, including her face. She reported weakness on the entire left side. She later noted headaches two to three times a week, which she rated as 20 to 30 on a 100-point scale, where 100 equals pain so severe one would rather die than endure it.. Her headache has improved over time and the other physical symptoms have not improved significantly. She stated that she is "tough" and will have to live with them.

When asked about any cognitive complaints consequent to her bleed, she reported difficulties with long- and short-term memory, unchanged over time. She said that she forgets conversations, gets lost, and misplaces objects. She also claims that she has forgotten some of her personal history. She denied any safety issues due to memory problems. She reported a decreased sense of direction and decreased concentration, unchanged over time. She denied any language difficulty.

When asked about any emotional problems related to the accident, she specifically denied any anxiety or depression. She reported increased irritability and impatience with others. She could not provide any information about triggers, frequency, or duration of such episodes. She said that she generally hides her irritability from others. She has not used any specific techniques or strategies to manage such responses. She denied any road rage or incidents with store clerks. When asked her chief concerns of all her reported symptoms, she reported "all of them."

Ms. Crespo has no current treatment related to the ruptured aneurysm. She follows up with her neurosurgeon, Dr. Ware, occasionally. She stated that he told her she would have Posttraumatic Stress Disorder. She has been told by Dr. Ware not to return to work. She said that she saw a neuropsychologist for testing six months after her hospitalization and was told that she had decreased visual-spatial abilities. She has not seen any other mental health professional. She reported having two or three seizures during her bleed. She reported that a recent CT angiogram found no aneurysm. She said that it also found a .7 mm left parietal meningioma, which will be followed.

Crespo, Paige
5/26/16
Page 4

She reported being diagnosed with two autoimmune diseases in 2011. She said that she has undifferentiated connective tissue disease and undifferentiated inflammatory arthritis. She reported that these conditions cause fatigue and swollen joints. The consequences of both conditions have improved with oral medications. She denied any other contributing medical history in terms of major illnesses, chronic conditions, or traumas. She denied any other unconsciousness or head injury. She denied any psychiatric history or treatment. She denied any use of illegal drugs or tobacco. She said that she drinks one to two glasses of wine daily. She denied any other legal history.

## BACKGROUND INFORMATION

Ms. Crespo reported that she is separated and is divorcing her husband of 13 years. She has three children, aged 7, 9, and 11. The children stay with her husband two days during the week and every other weekend. She is the elder of two full siblings and has a step-sister and two half-siblings. Her parents divorced when she was four and her step-father came to the family when she was six. Her mother and step-father were "drivers" and her father was an oral surgeon. She said that she did not get along with her family of origin and was generally rebellious. She denied any history of abuse or childhood behavioral problems. She said that she completed high school and made As She obtained a bachelor's degree in nursing and made good grades. She also obtained a master's degree.

She worked as a nurse anesthetist at Ochsner Hospital in New Orleans for 15 years and said that she made about $200,000 annually. She said that she worked 40 to 100 hours a week and could not provide an average number of hours a week. She administered drugs and monitored patients in surgery. She previously worked as a nurse for two years and did not know her income. She reported no negative performance reviews or conflicts at work. She said that her fatigue related to her autoimmune diseases did not interfere with her work. She said that occasionally her swollen joints did so and that others helped cover her duties. She said that she did not miss work due to her chronic diseases.

Ms. Crespo said that she cannot perform her job duties now due to her left visual field difficulty, left-side weakness, and memory loss. She said that she could not see well enough to draw and administer drugs and could not care for patients due to not being able to keep two things in mind at once. She currently receives long-term disability benefits of $7300 per month.

## CURRENT ACTIVITIES OF DAILY LIVING

Ms. Crespo reported that she is independent in all activities of daily living, including household chores, medication management, child care, meal preparation, and financial management. She drives without difficulty but occasionally has to use her GPS if she becomes lost. She has had no driving restrictions due to vision or seizures. On a typical day she reported that she

Liberty/Crespo 1320

Crespo, Paige
5/26/16
Page 5

rises at 6 a.m., feeds her children, and returns to sleep until 10 a.m. or 1 p.m. She runs two miles in about 20 minutes three to four times a week. On two to three other days a week she walks two miles. She occasionally goes to a gym class. She occasionally has dinner or other outings with friends. She picks her children up from school and attends their extra-curricular activities daily. She uses social media about 30 minutes a day. She said that she goes to bed at 10 to 11 p.m.

## REVIEW OF MEDICAL RECORDS

The following records were reviewed and pertinent findings summarized:

Ochsner South Shore Region (Fawad Khan, M.D.): On 4/10/15, a right middle cerebral artery aneurysm was noted, with subsequent clipping. On 5/20/15, she reported persistent right frontal-temporal headache. On 8/26/15, she was reported as improved. On 9/11/15, her diagnosis was reported as subarachnoid hemorrhage. (This is different from other reports, including hers, of an intracerebral bleed..) On 9/11/15, she had no headache or seizures. She was reportedly busy but not working. Her activities of daily living were normal.

Surveillance reports, 12/23/15, 2/12/16: Claimant was observed driving and attending a fitness center.

Timothy Belliveau, Ph.D., ABPP/CN, 2/11/16 case review: Claimant reportedly had a traumatic brain injury/stroke/blindness in one eye. No hospital records were reviewed. She was described as having a subarachnoid hemorrhage after rupture of an arteriovenous malformation of the left [sic] middle cerebral artery. Activities of daily living were normal. Her energy level and focus had reportedly improved as of 8/26/15. Neuropsychological testing was recommended by Dr. Belliveau.

Case Summary: Claimant reportedly had an intracranial hemorrhage from an AVM rupture in the left [sic] middle cerebral artery, which was clipped. On 6/17/15, a CT scan noted vasospasm in an unspecified middle cerebral artery. Her left weakness had resolved and she had no recurrence of seizures. Neuropsychological exam on 10/12/15 noted a left homonymous hemianopia (left visual field loss in both eyes).

Various lab reports related to connective tissue disease

Marcus Ware, M.D., neurosurgery: A note on 8/26/15 reported improved energy and focus. Neuropsychological testing and a driving test were recommended. A subarachnoid hemorrhage was the diagnosis.

Liberty/Crespo 1321

Crespo, Paige
5/26/16
Page 6

## ASSESSMENT TOOLS (see Appendix for scores)

Wechsler Adult Intelligence Scale–Third Edition (WAIS-III): general intellectual functioning

Wide Range Achievement Test3 (WRAT3): reading recognition, written spelling, written arithmetic

Woodcock-Johnson Psycho-educational Battery–Revised (WJ-R) (Passage Comprehension): reading comprehension

Neuropsychological Test Battery:

Visual Naming: naming objects and parts of objects

Sentence Repetition: repeating sentences

Controlled Oral Word Association: oral fluency

Token Test: comprehension of simple commands

Wechsler Memory Scale-III: memory for stories, faces, word pairs, and pictures; spatial span; letter-number sequencing

California Verbal Learning Test: learning and recalling a word list

Rey Complex Figure: copy and memory for a complex design

Word Memory Test: effort/validity

Test of Memory Malingering: effort/validity

Paragraph writing sample

Visual Form Discrimination: match geometric designs

Clock Drawing: visual-spatial relations

Judgment of Line Orientation: visual-spatial analysis

Grip Strength: hand strength

Finger Tapping: fine motor speed

Grooved Pegboard: manual dexterity

Motor Programming: manual sequencing speed and accuracy

Motor Inhibition: inhibiting motor responses to verbal command

Praxis tasks: performing complex movements to command

Short Booklet Category Test: nonverbal reasoning, use of feedback

Trail Making Test: completing alternating sequence of letters and numbers

Beck Depression Inventory-II: self-report of symptoms of depression

Beck Anxiety Inventory: self-report of symptoms of anxiety

Minnesota Multiphasic Personality Inventory-2 (MMPI-2): personality test

## TEST RESULTS

**Test results and descriptions are for documentation purposes only. Deficit scores do not imply genuine cognitive dysfunction due to failure on several performance validity and symptom validity measures.**

General intellectual functioning on the WAIS-III resulted in a low average Full Scale IQ score of 81, with a low average Verbal IQ and a borderline Performance IQ. On verbal subtests she scored in the mildly deficient range in verbal abstract reasoning (similarities), borderline range in social judgment (comprehension), and low average range in oral arithmetic. Other verbal subtests of general

Liberty/Crespo 1322

Crespo, Paige
5/26/16
Page 7

knowledge, auditory attention, and vocabulary were in the average range. Her effort on Comprehension, Information, and Arithmetic was poor, as she frequently quickly answered "don't know," sometimes before the question was completed. On performance subtests her scores varied from moderately deficient to average. She scored in the moderately deficient on a subtest of attention to visual details and was incorrect on very easy items but correct on difficult items, suggesting inconsistent effort. She scored in the mildly deficient range on a subtest of arranging cartoon pictures to tell a story and responded with unusual sequences. Her scores on subtests of block design construction and psychomotor speed were low average. Her score on a subtest of visual-spatial reasoning was average. Her intelligence test scores are likely an underestimate of genuine intelligence due to inadequate effort.

On standardized measures of academic achievement Ms. Crespo scored in the average range in reading recognition, reading comprehension, written spelling, and written arithmetic. Her intellectual testing scores were not consistent with her academic achievement scores and educational attainment. She was able to read various questionnaires without visual or comprehension difficulty.

Speech was articulate and fluent with no comprehension, word-finding, or expression difficulties in conversation. Visual naming of objects and parts of objects was in the average range. Her ability to repeat sentences of increasing length was in the average range. She scored in the average range on an oral fluency task in which she generated words to a given initial letter. On a simple comprehension task in which she was directed to manipulate colored tokens, she scored in the high average range and her responses were quick and without error. A requested paragraph writing sample consisted of three sentence fragments, with no errors.

Ms. Crespo was oriented in all spheres. Immediate auditory attention on the Digit Span subtest of the WAIS-III was in the average range, with a maximum recall of eight digits forward and four backward. Her Spatial Span score on the WMS-III was in the average range, with a maximum sequence recall of six forward and four backward. Memory for stories read to her was in the average range on both immediate and delayed recall trials. Her memory for human faces was mildly deficient on immediate recall and low average after a delay. (Her raw score improved after a delay, an unusual pattern.) Her recall of information from pictures was severely deficient on both immediate and delayed recall trials. She recalled no information from two of the four pictures, an unusual finding. Verbal paired associate learning and memory was in the mildly deficient range on immediate recall and moderately deficient on delayed recall. She quickly responded "don't know" on almost every trial and item and her effort was poor. Working memory on a letter-number sequencing task was in the average range. Auditory memory indexes were in the low average to average range. Visual memory indexes were in the moderately to severely deficient range. General

Liberty/Crespo 1323

Crespo, Paige
5/26/16
Page 8

memory index was mildly deficient. Working memory index was in the low average range.

Her reproduction of a complex design that she had copied adequately 30 minutes previously was in the average range in recall of details for her age group. Her scores on a list-learning task were severely deficient on all variables. Her effort was questionable. She learned a maximum of nine items in five trials, with a decline in recall from the second to the fifth trial, an unusual pattern. She recalled seven items after a brief delay and four items after a 20-minute delay.

On a simple visual memory test designed to assess performance validity, Ms. Crespo's scores were not only well below the published cutoff scores but at chance level on two trials. In addition to her failure on this test, she failed two embedded effort measures within this test. On a simple verbal memory test to assess performance validity, her scores were well below the cutoff scores and near the chance level on two trials, again indicating invalid performance. These failures on specific performance validity tests are interpreted as strongly suggesting misrepresentation of cognitive skills. Therefore, deficit scores on any neuropsychological measures cannot be validly interpreted as indicating genuine cognitive dysfunction. Failures on two specific measures of performance validity, along with other test results inconsistent with known patterns of brain functioning, indicate probable malingering of cognitive skills, according to the widely accepted Slick et al. criteria, published in 1999.

Visual acuity was adequate for reading with contact lenses. On gross confrontation, she appeared to have a left peripheral visual field loss, more prominently in the lower quadrant. Her ability to discriminate complex geometric designs (match to target) was in the moderately deficient range. Such a low score has been associated with invalid responding. Her score on a task in which she had to judge the orientation of line segments was in the average range. Her drawing of a clock to depict a specified time was accurate and symmetrical. Her copy of a complex geometric design was average in organization and details..

Ms. Crespo is right-hand dominant. She scored in the average range in grip strength with her right hand and borderline range with the left hand in comparison to her peers. Fine motor speed (finger tapping) was low average with the right hand and mildly deficient with the left. Manual dexterity on a pegboard task was moderately deficient with the right hand and severely deficient with the left. She was within normal limits on unimanual and bimanual (alternating movements) motor sequencing tasks. She made no errors when asked to inhibit motor responses to a verbal command.

Her results on somatosensory testing were inconsistent. Her ability to identify fingers touched with her eyes closed was without error on the right hand. She made two errors and three no responses with the left hand, a deficient score. She was within normal limits on double simultaneous stimulation of her hands, as

Liberty/Crespo 1324

Crespo, Paige
5/26/16
Page 9

well as of her hands and contralateral face. Thus, she did not extinguish or suppress one side to touch stimulation. Graphesthesia (identification of numerals written on fingertips) was equivocal since she did not respond to many stimuli on each hand.

On a measure of cognitive flexibility in which she had to connect letters and numerals arrayed on a page in alternating sequence, she scored in the severely deficient range in comparison to her peers, chiefly due to becoming "stuck" for a while on one number. (This was not due to a visual field loss, since the letter she sought was in her right visual field.) She was in the mildly deficient range on a simpler visual-motor version of this task involving numerals only. On a nonverbal problem-solving task requiring the adaptive use of feedback, she scored in the borderline range. Numerous responses were unusual and appeared to be quick and random.

On a self-report inventory of symptoms of anxiety, she scored in the normal range. On a similar inventory of symptoms of depression, she scored in the moderate range. Endorsed symptoms were inconsistent with symptom information obtained in the clinical interview.

The MMPI-2 personality profile is not considered valid due to excessive scores on traditional and specialized symptom validity scales. Her score on the Symptom Validity Scale was within normal limits. Her score on another specialized validity scale (Henry-Heilbronner index) indicated, according to the scale's authors, "exaggeration of disability or illness-related behavior via non-credible reporting of symptoms under external incentive conditions."

## ASSESSMENT (DSM-5)

V65.2  Probable Malingering

## QUESTIONS FROM REFERRAL SOURCE

1. Regarding validity: Describe the results of validity assessment. Are the obtained results considered to represent valid indicators of the examinee's actual cognitive and emotional-behavioral functioning?

Ms. Crespo failed two specific performance validity tests, indicating likely exaggeration or fabrication of cognitive deficits. Due to failure on these tests and other embedded measures of effort, deficit scores on cognitive tests cannot be interpreted as indicating valid cognitive dysfunction. Her high scores on two validity scales within the personality test also suggest invalid symptom validity, that is, non-credible reporting of physical and psychological symptoms. In addition, there are discrepancies within and across tests which suggest poor effort. Also, Ms. Crespo's report that she did not know on which side of her brain

Crespo, Paige
5/26/16
Page 10

the aneurysm ruptured is not credible. Her reported difficulties do not seem to interfere significantly with daily activities and responsibilities.

2. Regarding cognitive functioning: Are the evaluation results indicative of cognitive impairment? If so, please identify specific functional cognitive deficits, the severity of such deficits, and the most likely etiology for them. If present, would such cognitive impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any cognitive impairment.

There is no consistent and valid evidence in the current neuropsychological test results of cognitive impairment. There is considerable evidence of failure on specific performance validity tests, indicating likely exaggeration or fabrication of cognitive dysfunction. There are numerous inconsistencies within the test results which do not allow for a conclusion of impaired cognitive functioning. For example, her report of difficulty with visual-spatial tasks is not supported by the results on several tasks involving visual-spatial analysis, construction, and reasoning. Her scores on tasks involving attention, concentration, and working memory were generally average. Visual memory scores were severely deficient. Verbal memory scores varied from average to severely deficient, results which are not consistent with an intact left hemisphere.

3. Regarding motor functioning: Are the evaluation results indicative of functional impairment in grip strength, fine motor speed, and/or manual dexterity? If so, please identify the functional motor deficits, the severity of them, and the most likely etiology of them.

Scores on motor tests were worse with her left hand and worse on more complex motor tasks. These results are consistent with a right hemisphere bleed but her failure on performance validity measures do not allow for a conclusion of functional motor deficits.

4. Regarding psychological functioning: Are the evaluation results indicative of psychological dysfunction or mental disorder? If so, please identify the psychiatric diagnosis, and the severity of any associated dysfunction. If present, would such psychiatric impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any psychiatrically-based impairment.

The examinee's high scores on two symptom validity scales within the personality test suggest non-credible reporting of physical and psychological testing. The examinee did not complain of any anxiety, depression, or emotional distress, other than impatience and irritability, which she attributed to her stroke. There is no evidence of current impairment of daily activities and responsibilities.

Liberty/Crespo 1326

Crespo, Paige
5/26/16
Page 11

There is no consistent and valid evidence from the records reviewed, interview, or test results of any psychological dysfunction or mental disorder.

In summary, there is no consistent and valid evidence in the records reviewed, clinical interview, or current test results of any brain dysfunction or psychological disorder. Probable malingering, that is, intentional production or exaggeration of symptoms, is the most appropriate description for her presentation and test results.

J. Robert Yohman, Ph.D., ABPP
Board Certified in Clinical Neuropsychology

Liberty/Crespo 1327

Crespo, Paige
5/26/16
Page 12

## APPENDIX

Test results are provided for documentation purposes only. **Deficit scores do not imply genuine cognitive dysfunction due to failure on multiple performance validity and symptom validity measures.**

**Wechsler Adult Intelligence Scale – Third Edition (age-corrected scaled scores)**

| Verbal | ACSS | Performance | ACSS |
|---|---|---|---|
| Information | 9 | Picture Completion | 4 |
| Digit Span | 10 | Picture Arrangement | 5 |
| Vocabulary | 10 | Block Design | 7 |
| Arithmetic | 7 | Matrix Reasoning | 10 |
| Comprehension | 6 | Digit Symbol | 7 |
| Similarities | 5 | | |

| | | |
|---|---|---|
| Verbal IQ | 87 | |
| Performance IQ | 78 | |
| Full Scale IQ | 81 | |

**Wide Range Achievement Test 3 (WRAT-3)**
**Woodcock-Johnson Psycho-educational Battery-Revised (WJ-R)**

| SUBJECT | STANDARD SCORE | PERCENTILE | GRADE EQUIV. |
|---|---|---|---|
| WRAT3 | | | |
| Reading | 105 | 63 | >HS |
| Spelling | 98 | 45 | HS |
| Arithmetic | 95 | 37 | HS |
| WJ-R | | | |
| Passage Comp | 93 | 31 | 10.0 |

| Wechsler Memory Scale-III | Raw Scores |
|---|---|
| Logical Memory – Imm, Del | 32 (SS=8), 22 (SS=9) |
| Faces Recognition – Imm, Del | 26 (5), 31 (7) |
| Paired Associates – Imm, Del | 4 (5), 1 (4) |
| Family Pictures – Imm, Del | 14 (2), 14 (2) |
| Spatial Span | 13 (8) |
| Letter-Number Sequencing | 9 (8) |
| Auditory Index – Imm, Del, Recog | 80, 80, 90 |
| Visual Index – Imm, Del | 57, 65 |
| Immediate Memory Index | 65 |
| General Memory Index | 73 |

Liberty/Crespo 1328

Crespo, Paige
5/26/16
Page 13

| | |
|---|---|
| Working Memory Index | 88 |
| **California Verbal Learning Test** | |
| A1 | 3 |
| A5 | 7 |
| B | 4 |
| Short delay free | 7 |
| Short delay cued | 9 |
| Long delay free | 4 |
| Long delay cued | 9 |
| **Test of Memory Malingering** | 35, 24, 27 |
| **Word Memory Test** | 30, 22, 24 |
| **Controlled Oral Word Association** | 36 |
| **Sentence Repetition** | 13 |
| **Visual Naming** | 50 |
| **Token Test** | 44 |
| **Grip Strength** | R = 25 kg, L = 19.5 kg |
| **Grooved Pegboard** | R = 81", L = 117" |
| **Finger Tapping** | R = 39.75 , L = 32.5 |
| **Trail Making Test** | A = 37", B = 138" |
| **Visual Form Discrimination Test** | 23 |
| **Judgment of Line Orientation** | 24 |
| **Short Booklet Category Test (errors)** | 45 |
| **Beck Depression Inventory-II** | 28 |
| **Beck Anxiety Inventory** | 9 |
| **MMPI-2 (t-scores)** | L 47, F 96, K 35, Hs 65, D 72, Hy 68, Pd 68, Mf 69, Pa 63, Pt 73, Sc 87, Ma 82, Si 62; FBS raw=17; HHI raw=15, F-K raw=11 |

Other Tests: Rey Complex Figure, Motor Programming, Motor Inhibition, Praxis, Draw-A-Clock, Paragraph Writing

Liberty/Crespo 1329

**Invoice    322301**

**MLS Group of Companies, Inc.**

**Date of Invoice  06/02/2016**

P.O. Box 492417
Redding CA  96049
248-945-9001  Fax:  248-356-6757

LIBERTY MUTUAL INSURANCE CO - CT 189,
PO Box 5031

Wallingford, CT  06492-7531
**Attention:**  Todd  Youngberg

| | |
|---|---|
| **Case Id:** | 5458678 |
| **Referral Id:** | 22616001178 |
| **Name:** | Crespo, Paige F. |
| **Employer:** | |
| **Physician:** | Joseph Yohman |
| **Specialty:** | Clinical Neuropsychology |
| **Svc Date:** | 5/24/16 |

| Item | Rate |
|---|---|
| Independent Medical Examination | 9,500.00 |

| | |
|---|---|
| **Invoice Total** | $9,500.00 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | $9,500.00 |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies, Inc.

Liberty/Crespo 1330

05/20/2016 1:07:35 AM -0400 FAXCOM                                      PAGE 1    OF 4

**MRO**
P.O. Box 61507
King of Prussia, PA  19406

 **MRO**

Fax:    (610) 962-8421
Phone:  (888) 252-4146

**Request Number: 12485576**
**Tracking #: OCHS5C3WT59BR**

**Timothy Belliveau**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7206
London, KY  40742

Track your request at www.ROILOG.com; **enter your Tracking # and Request Number.**

Date:    2/19/2016
Phone:   860-571-2306
Fax:     866-841-1415

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below).  In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421.  Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com**.  Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

**Patient Name:  PAIGE CRESPO**          **Your Request Date:**        2/7/2016
**Date of Birth:**                        **Your Reference Number:**    5458678
                                          **Date Received at Facility:**  2/18/2016

**Your request is being processed by MRO on behalf of the following facility:**

**Facility:**      **Ochsner Main Campus Jefferson**
                   1514 Jefferson Highway
                   Jefferson, LA  70121

**The issue related to this request is: Missing Redisclosure Statement**

> The authorization must state that information disclosed pursuant to the authorization may be redisclosed by the recipient and no longer protected by the federal privacy regulations. Privacy Rule, 45 C.F.R. § 164.508(c)(2).

Liberty/Crespo 1331

05/20/2016 1:07:35 AM -0400 FAXCOM                                    PAGE 2    OF 4

**MRO**
P.O. Box 61507
King of Prussia, PA  19406



Fax:    (610) 962-8421
Phone:  (888) 252-4146

**Request Number: 12485576**
**Tracking #: OCHS5C3WT59BR**

**Timothy Belliveau**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7206
London, KY  40742

Track your request at www.ROILOG.com; **enter**
**your Tracking # and Request Number.**

Date:    2/19/2016
Phone:   860-571-2306
Fax:     866-841-1415

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below).  In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421.  Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com.**  Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

**Patient Name: PAIGE CRESPO**          **Your Request Date:**        2/7/2016
**Date of Birth:**                       **Your Reference Number:**    5458678
                                         **Date Received at Facility:** 2/18/2016

**Your request is being processed by MRO on behalf of the following facility:**

**Facility:**       **Ochsner Main Campus Jefferson**
                    1514 Jefferson Highway
                    Jefferson, LA  70121

**The issue related to this request is: ## Confirm Mailing Address**

The facility has received a request for medical records from your organization. Please provide the mailing address where the records should be sent. Please mail/fax an updated request to the address/fax number shown above.

Liberty/Crespo 1332

 **Ochsner**
Health System

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

*(See back of form for facility locations)*

Patient's Name _____    Date of Birth _____

Address _____    Phone # _____

I, _____ , hereby authorize
FULL NAME OF PATIENT

_____ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service _____ to _____

The information which is checked (X) below is to be released to:

_____

NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

_____

ADDRESS                              CITY                    STATE           ZIP

Purpose for Release:  ☐Medical   ☐Insurance   ☐Legal   ☐Other _____

Check off items being released:

☐ Pathology Reports

☐ Discharge Summary                ☐ Laboratory                ☐ X-ray Report _____
☐ Discharge Instructions/After Visit Summary   ☐ Cardiology    ☐ Radiology films
☐ History & Physical               ☐ Clinic Visit              ☐ ER Record
☐ Consultation Reports             ☐ Abstract                  ☐ Entire Record
☐ Progress Notes                   ☐ Operative Report          Other _____

Method of Delivery:   ☐Paper   ☐Fax # _____   ☐ Email _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
*(Patient's Signature)*

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
*(Patient's Signature)*

I, _____ , authorize the release of **psychiatric** information.
*(Patient's Signature)*

I, _____ , authorize the release of **genetic testing** information.
*(Patient's Signature)*

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):

_____

**If expiration date is left blank, authorization will expire within one year.**

_____   _____   _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE    RELATIONSHIP TO PATIENT    DATE SIGNED

_____   _____
ADDRESS                              PHONE NUMBER

_____   _____   _____
SIGNATURE OF WITNESS (if patient is unable to sign)    RELATIONSHIP TO PATIENT OR CREDENTIALS    DATE SIGNED

FOR HIM USE ONLY: Date Rec'd _____ Date Processed _____ Time Frame _____ Processed By _____ # Pages/Amount _____
Form No. 20651 (Rev. 7/10/2015)

Liberty/Crespo 1333

05/20/2016 1:07:35 AM -0400 FAXCOM                                        PAGE 4    OF 4



# FACILITY LOCATIONS

**Ochsner Medical Center**
**Ochsner Health Centers**
1514 Jefferson Highway
New Orleans, LA 70121
Phone: (504) 842-2832
Fax: (504) 842-4047

**Ochsner Baptist**
**Medical Center**
**Ochsner Health Centers**
2700 Napoleon Avenue
New Orleans, LA 70115
Phone: (504) 894-2173
Fax: (504) 894-2460

**Ochsner Medical Center**
**Baton Rouge**
**Ochsner Health Centers**
17000 Medical Center Drive
Baton Rouge, LA 70816
Phone: (225) 236-5917
Fax: (225) 236-5469
  or  (225) 761-5939

**Ochsner Kenner**
**Medical Center**
**Ochsner Health Centers**
180 West Esplanade Avenue
Kenner, LA 70065
Phone: (504) 464-8066
Fax: (504) 464-8093

**Ochsner Medical Center**
**North Shore**
**Ochsner Health Centers**
100 Medical Center Drive
Slidell, LA 70461
Phone: (985) 646-5009
Fax: (985) 646-5606

**Ochsner Medical Complex**
**River Parishes**
502 Rue de Sante
Laplace, Louisiana 70068
*Request for medical records for visits*
*ON or AFTER Nov. 1, 2014 contact:*
*Ochsner Kenner Medical Center*

**Ochsner St. Anne General**
**Ochsner Health Centers**
4608 Hwy One
Raceland, LA 70394
Phone: (985) 537-8364
Fax: (985) 537-8296

**Ochsner Westbank**
**Medical Center**
**Ochsner Health Centers**
2500 Belle Chasse Highway
Gretna, LA 70056
Phone: (504) 207-2525
Fax: (504) 391-5115

Liberty/Crespo 1334

**n0121134**

---

| | |
|---|---|
| **From:** | Paige Crespo |
| **Sent:** | Monday, May 16, 2016 8:37:55 AM |
| **To:** | Youngberg, Todd |
| **Subject:** | Re: Message |

Hi.   Thanks for getting back to me promptly.    I have not received.    Sorry and thanks

Sent from my iPhone

> On May 16, 2016, at 7:22 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:
>
> Good Morning Paige,
>
> It was issued on 5/3/16, if you still have not received it please let me know and we'll have to place a stop payment on it and reissue to you.
>
> Thank You,
>
> Todd D Youngberg
> Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston
> 100 Liberty Way, Dover, NH 03820
> Ph: 888-437-7611 Ext. 10280
> Fax: 603-334-3576
>
> ·    please consider the environment before printing this e-mail
> This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.
>
>
> -----Original Message-----
> From: Paige Crespo [mailto:pfridaycrespo@att.net]
> Sent: Saturday, May 14, 2016 3:32 PM
> To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
> Subject: Message
>
> Just making sure you got my message about seeing if my check had been dispersed? I usually have it by now and haven't received.
>
> Thanks,
> Paige
>
> Sent from my iPhone

Liberty/Crespo 1335

**n0121134**

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Monday, May 16, 2016 10:06:32 AM |
| **To:** | 'Paige Crespo' |
| **Subject:** | RE: Message |

Thanks Paige,

I'll place a stop payment on the check and have it reissued.

Thanks,

Todd D Youngberg
Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston
100 Liberty Way, Dover, NH 03820
Ph: 888-437-7611 Ext. 10280
Fax: 603-334-3576

· please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

-----Original Message-----
From: Paige Crespo [mailto:pfridaycrespo@att.net]
Sent: Monday, May 16, 2016 8:38 AM
To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
Subject: Re: Message

Hi.   Thanks for getting back to me promptly.    I have not received.    Sorry and thanks

Sent from my iPhone

> On May 16, 2016, at 7:22 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:
>
> Good Morning Paige,
>
> It was issued on 5/3/16, if you still have not received it please let me know and we'll have to place a stop payment on it and reissue to you.
>
> Thank You,
>
> Todd D Youngberg
> Technical Claims Consultant/Group Benefits Liberty Life Assurance
> Company of Boston
> 100 Liberty Way, Dover, NH 03820
> Ph: 888-437-7611 Ext. 10280
> Fax: 603-334-3576
>

Liberty/Crespo 1336

> ·     please consider the environment before printing this e-mail This

> e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.
>
>
> -----Original Message-----
> From: Paige Crespo [mailto:pfridaycrespo@att.net]
> Sent: Saturday, May 14, 2016 3:32 PM
> To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
> Subject: Message
>
> Just making sure you got my message about seeing if my check had been dispersed? I usually have it by now and haven't received.
>
> Thanks,
> Paige
>
> Sent from my iPhone

Liberty/Crespo 1337



**5/10/2016**

**Client Name:** Paige Crespo
**Date of Service:** 5/23/2016 – 5/24/2016
**Claim:** 04111972

**The Client will be provided with:**
Flight, hotel and Ground transportation
Transportation in New Orleans, LA and Houston, TX

**The arrangements are as follows:**
Non-Stop Economy Flight from New Orleans, LA to Houston, TX
Hotel accommodations
Ground transportation

**Confirmation Code: 9H476T**
**Flight:** Non-Stop Round Trip Flight for 1 passenger.
**Outbound:  Louis Armstrong New Orleans International Airport (MSY) >  William P. Hobby Airport (HOU)**

| | |
|---|---|
| **Mon, May 23, 2016** | 1:55p from New Orleans, LA (MSY) |
| **Southwest Airlines, Flight #3657** | Nonstop<br>3:10p arrives in Houston, TX (Hobby) (HOU) |

**Return:    William P. Hobby Airport (HOU) >  Louis Armstrong New Orleans International Airport (MSY)**

| | |
|---|---|
| **Tue, May 24, 2016** | |
| **Southwest Airlines, Flight #1697** | 6:55p from Houston, TX (Hobby) (HOU)<br>Nonstop<br>7:55p arrives in New Orleans, LA (MSY) |

**Confirmation Number: 128811388988/hotels.com**
**Hotel:** One night hotel stay for 1 guest in the Pasadena, TX area.
Hampton Inn and Suites
4741 E. Sam Houston Pkwy S.
Pasadena, TX 77505
281-998-3300
**Check in:** 5/23/2016 at 3:00pm
**Check out:** 5/24/2016 at 12:00pm

Liberty/Crespo 1338

**Ground Transportation Schedule:**

**Trip Date: 5/23/2016**

| | |
|---|---|
| Pickup Time: | 11:15AM |
| Origination: | Paige Crespo |
| | |
| | |
| | |
| | |
| Arrival Time: | 12:00PM |
| Destination: | Louis Armstrong New Orleans International Airport |
| | 900 Airline Dr. |
| | Kenner, LA 70062 |

**Trip Date: 5/23/2016**

| | |
|---|---|
| Pickup Time: | 3:15PM<br><br>Upon arrival. The driver will be in the baggage claims area for Southwest Airlines. If you are unable to locate the driver please give us a call at 1-888-748-7575. |
| Origination: | William P. Hobby Airport |
| | 7800 Airport Blvd |
| | Houston, TX 77061 |
| | |
| Arrival Time: | 3:30PM |
| Destination: | Hampton Inn and Suites |
| | 4741 E. Sam Houston Pkwy S. |
| | Pasadena, TX 77505 |
| | 281-998-3300 |

Liberty/Crespo 1339

**Trip Date: 5/24/2016**

| | |
|---|---|
| Pickup Time: | 7:15AM |
| Origination: | Hampton Inn and Suites |
| | 4741 E. Sam Houston Pkwy S. |
| | Pasadena, TX 77505 |
| | 281-998-3300 |
| | |
| Appointment Time: | 8:00AM |
| Destination: | Dr. J. Robert Yohman |
| | 11914 Astoria Blvd |
| | Suite 490 |
| | Houston, TX 77089 |
| | 281-484-9973 |

**Once the appointment is completed, Ms. Crespo will call AOT at 1-888-748-7575. We will then transport her to the William P. Hobby Airport.**

**Trip Date: 5/24/2016**

| | |
|---|---|
| Pickup Time: | 8:00PM<br><br>Upon arrival. The driver will be in the baggage claims area for Southwest Airlines. If you are unable to locate the driver please give us a call at 1-888-748-7575. |
| Origination: | Louis Armstrong New Orleans International Airport |
| | 900 Airline Dr. |
| | Kenner, LA 70062 |
| | |
| Arrival Time: | 8:30PM |
| Destination: | Paige Crespo |
| | |
| | |
| | |

Any questions or concerns you reach us at 1-888-748-7575.
*Access On Time...Doing Our Best With Every Request!*
*Referrals@accessontime.com*
*1-888-748-7575*

Liberty/Crespo 1340

**n0121134**

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Wednesday, May 11, 2016 9:19:19 AM |
| **To:** | 'pfridaycrespo@att.net' |
| **Subject:** | Itinerary |
| **Attachments:** | Paige Crespo Letterhead.docx |

Good Morning Paige,


Please find enclosed the itinerary for your trip.   Please let me know if you have any questions.


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


🖨 please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1341

1R126160249



**Liberty Mutual. INSURANCE**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

**Return To:** Todd Youngberg

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from _10/01/2015_ to _04/15/2016_. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Marcus Ware
Specialty: neurosurgeon
Address: 1514 Jefferson Hwy
         New Orleans, LA 70124
Telephone No.: (504) 8424000 Fax No.: (   )

Name: Jody Morris IV
Specialty: Gyn
Address: 1514 Jefferson Hwy
Telephone No.: (504) 8424000 Fax No.: (   )

Name: William Davis
Specialty: Rhuematology
Address: 1514 Jefferson Hwy
Telephone No.: (504) 8424000 Fax No.: (   )

Name: Jacob Estes
Specialty: gyn oncology
Address: 1514 Jefferson Hwy
Telephone No.: (504) 8424000 Fax No.: (   )

## MEDICAL INSURANCE CARRIER(S):

Name: United
Specialty: phealthcare
Address: P.O. box 740800
         Atl, GA 30374
Telephone No.: (877) 5129977 Fax No.: (   )

Name:
Specialty:
Address:
Telephone No.: (   ) Fax No.: (   )

## PHARMACY(S):

Name: CVS
Specialty:
Address: Jefferson Hwy
         River Ridge, LA 70123
Telephone No.: (   ) Fax No.: (   )

Name:
Specialty:
Address:
Telephone No.: (   ) Fax No.: (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Paige Crespo          DATE: 4/25/16

1R126160249

## ACTIVITIES QUESTIONNAIRE


**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

**Return To:** Todd Youngberg

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678                           DATE OF BIRTH:

EMPLOYER/SPONSOR: Ochsner Clinic Foundation

### TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _3 hrs_        stand _2 hrs_        walk _45 mvn_

How many hours a day do you:

sit _off & on about 3_    stand _no time standing at a time_    walk _just walking around the whole day probably about 2 hrs throughout day_

Do you take a nap during the day?

Yes _____        No _X_

If Yes, for how long? _____    At what time of the day? _____

How many hours a day do you spend in bed? _10-12_

Do you require any assistive devices such as a:

cane _____    walker _____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car? _2 hrs_

Do you hold a valid driver's license?

Yes _X_        No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _1.5 hrs_

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
_texting_

Do you have children?

Yes _X_    No _____    If Yes, what are their dates of birth

Do you need help caring for your children?

Yes _____    No _sometimes_

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____    No _X_    If Yes, please explain _____

How many times a day do you leave the house during the week? _daily to pick them up_

On the weekends? _3 each day_

How often do you run errands? _1-2x wk_

Please describe what errands you most commonly run: _grocery, mail something_

1R126160249

**Liberty Mutual.**
INSURANCE

How often do you get outdoors? __daily__

Are you left or right hand dominant?    Left _____    Right X

Are you able to work in your garden?    Yes X    No _____

Are you able to work on your house?    Yes X    No _____

Are you able to wash your car?    Yes _____    No X

How much time is spent daily on your home computer?
_____ None    _____ 0-1 hours    X 1-2 hours    _____ 2-3 hours    _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None    _____ 0-1 hours    _____ 1-2 hours    X 2-3 hours    _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
X Pay bills    _____ Read news/articles    X Use search engines    X Send emails
_____ Visit chat rooms    _____ Photos    Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word)    _____ Spreadsheets (Excel)    _____ Database (Access)    _____ Graphics
_____ Photo software (Photoshop)    _____ Programming Other: _____

Do you have a working home copy machine/fax machine?    _____ Yes X _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
| --- | --- | --- |
| Grocery Shopping | me | no |
| Carrying groceries into the house | me | no |
| Cooking meals | me | no |
| Cleaning after meals | me | no |
| Cleaning bathrooms | another person | yes |
| Vacuuming | me | no |
| Doing the laundry | me | no |
| Opening and responding to mail | me | no |
| Managing your finances | me | no |
| Balancing your checkbook | me | no |
| Bathing yourself | me | no |
| Styling your own hair | me | no |
| Getting dressed | me | no |
| Going up and down stairs | me | no |

Have you been confined to a hospital within the last 12 months?  Yes X _____ No _____

If Yes, please provide reason and hospital contact information: _____ mo 4/10/15-5/17/15

1R126160249

**Liberty Mutual.** INSURANCE

How often do you travel or take vacation?  1x yr

Where do you go? How do you get there (transportation method)?  sown FL to visit family - family drives us there

Are you able to pursue your hobbies?        Yes _____    No  X

If Yes, please describe _____

Do you participate in an exercise program?   Yes _____    No  X

If Yes, please describe _____

Do you do any Volunteer work?               Yes _____    No  X

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?                   Yes _____    No  X

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any <u>gainful employment.</u>**

I had a huge stroke. Blind in one eye, can't concentrate for long periods of time. Get Headaches, forgets things. Left sided weakness

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

get kids ready for school. Go for a walk (20min) - come home, laundry, lunch. Rest. Get kids from School. Homework, feed + bath them, to bed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Brooke Syes

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Paige Crespo            Date: 4/25/16

Signature: Pay Crespo

Liberty/Crespo 1345

1R126160249

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

Return to: Todd Youngberg

**EMPLOYEE/CLAIMANT NAME:** Paige Crespo

**EMPLOYER/SPONSOR:** Ochsner Clinic Foundation

**CLAIM #:** 5458678

**DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) Crespo, Paige F | Social Sec |
|---|---|
| Street Address | City |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Separated |
|---|---|---|

| Spouse's Full Name and Date of Birth Chad Crespo | Number of Children 3 | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name Brooke Sykes    Relationship to you? Sister    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? yes - nursing license - always had it

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| | ☒ | Social Security (disability or retirement) | $ | | | |
| | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| | ☒ | Short Term Disability, State Disability or Veteran's Benefits | $ | | | |
| | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | ☒ | Workers' Compensation | $ | | | |
| | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | ☒ | Other income/money/benefit (describe) | $ | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** Paige Crespo

**EMPLOYEE'S SIGNATURE:** Paige Crespo

**DATE:** 4/15/16

DP 409 (11/12)

Liberty/Crespo 1346

IR126100249



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Paige Crespo**                                                 Date of Birth:

Employer: **Ochsner Clinic Foundation**                    Policy/Plan Sponsor No. **09 - 461332**

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

  1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
  2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
  3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
  4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
  5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
  6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

  1) I do not sign and return this form to Liberty Life within 45 days of receipt.
  2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) *Paige Crespo*          (Witness signature) *Burke Sykes*

(Address) _____          (Address) _____

(Date) _____ 4/23/10 _____                         (Date) _____ 4/25/10 _____

*Please retain a copy for your records or one can be provided upon request.*

Liberty/Crespo 1347



**1R126160248**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                          **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)                                      Date of Birth

*[signature]*                                              4/25/16
Claimant Signature                                         Date

5458678
Claim Number

Liberty/Crespo 1348

1R126160248



## Liberty Mutual. INSURANCE

| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7211 |
| London, KY 40742-7211 |
| Phone No.: (888) 440-6118 |
| Secure Fax No.: (603) 334-3576 |

### Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                    Claim No 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Todd Youngberg

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding **AIDS/HIV** infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                          Date of Birth


Claimant Signature                                              Date

5458678
Claim Number

Liberty/Crespo 1349

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA  70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 184772 |
|---|---|
| DATE | 04/29/16 |

**CUSTOMER**

Todd Youngberg
Liberty Mutual Disability
100 Liberty Way
Dover, NH 03820

Re: Paige Crespo
Vs. Ochsner Clinic Foundation
LA

| TERMS:<br>Due Upon Receipt | CUSTOMER NO.<br>LIB0126 | JOB NO.<br>1512000391 | P.O. No. / Claim No.<br>5458678 | |
|---|---|---|---|---|
| **Description** | **Quantity** | **Unit of Measure** | **Price** | **Amount** |
| 4/13/16 | | | | |
| Claims Investigation/Onsite - Operative | | | | |
| 01923 | 0.75 | | | 48.75 |
| Travel - Operative 01923 | 1.00 | | | 65.00 |
| 4/15/16 | | | | |
| Claims Investigation/Onsite - Operative | | | | |
| 01923 | 0.75 | | | 48.75 |
| Travel - Operative 01923 | 1.00 | | | 65.00 |
| 4/19/16 | | | | |
| Claims Investigation/Onsite - Operative | | | | |
| 01923 | 0.50 | | | 32.50 |
| Travel - Operative 01923 | 1.00 | | | 65.00 |
| 4/20/16 | | | | |
| Telephone Call - Operative 01923 | 0.20 | | | 13.00 |
| 4/22/16 | | | | |
| Claims | | | | |
| Investigation/Onsite/Interview/Photographs | | | | |
| /Final - Operative 01923 | 3.30 | | | 214.50 |
| Travel - Operative 01923 | 1.50 | | | 97.50 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| Sub-Total | 650.00 |
|---|---|
| Sales Tax | |
| TOTAL | $650.00 |

Liberty/Crespo 1350

## Field Investigator Disability Check Report

| | |
|---|---|
| **Full Case Caption**: | Paige Crespo vs. Ochsner Clinic Foundation |
| **Claim Number**: | 5458678 |
| **Field Investigator**: | Edward Cummings |
| **Case Manager**: | Todd Youngberg |
| **Date Completed**: | April 22, 2016 |

### Type of Disability Check:

Liberty Mutual requested HUB Enterprises Inc. to conduct and unannounced disability

interview with the claimant, Paige Crespo.

### Overall Findings and Recommendations:

- During this investigation, a disability interview was conducted with Paige Crespo. She stated she had no symptoms prior to her disability. She was attending a swim meet with her daughter when the incident occurred. She cannot return to work, as her symptoms prohibit her returning to work in the surgical field. There is no light duty in her field of surgical nursing.

- Ms. Crespo is right handed and spoke slowly during the interview, complaining that she could not engage in more than one activity at a time, due to her disability.

- Ms. Crespo stated she has reached a plateau and according to her doctor she can expect no improvement from her current condition.

- She cannot drive at night and does not like to drive in traffic because of her left sided blindness.

- She has discussed returning to work with her staff; however, there are no plans do so at this time.

### Claimant Profile/Data:

The claimant's name is Paige Friday Crespo; her residential address is

                        . She is 44 years of age and her date of birth is                    Her Social

Security Number is              She has her Master's in Nursing; she attended 10 years of

college, Nursing School, two years critical care and Pharmacology school.

---

**Claim**: *5458678*                                                                    **Page** 1

Liberty/Crespo 1351

Ms. Crespo is a Caucasian female, approximately 5'11" in height, weighing approximately 110 pounds, with short, blonde hair and blue eyes. On the day of the interview, she was dressed in a pullover blue T-shirt and checkered white house pants.

Ms. Crespo was able to follow the questions with short intervals where she had to think about what she was going to say. She was calm and spoke and acted in a friendly manner. Her residence appeared well kept inside. She currently receives only her disability and does not anticipate being awarded any alimony from her divorce.

Her duties entailed attending and monitoring the charts and vitals of patients undergoing surgical procedures. She is required to monitor the entire theater of surgery. Due to her disability, she can no longer perform these duties. Her blindness prevents her from being able to participate in her chosen field. There is no light duty assignment in the occupational field in which she works. Ms. Crespo has been on disability for one year and is currently unemployed. She is right handed and blind in her left eye. Since the aneurysm, she is undergoing a divorce and still has custody of her three children, two girls and one boy. In addition to the stroke, she also has two auto immune diseases; Hyperalgesia and Undifferentiated Connective Tissue Disease. Her disability occurred on April 10, 2015 and it was a right-sided brain bleed. Her symptoms include super sensitivity to her left side, she stated cold hurts, and hot or warm is numb. She experiences ongoing left side weakness.

**Onset and History of Treatment**

Ms. Crespo stated the onset of her disability occurred while attending a swim meet with her daughter. She claims to not remember the details other than she had a headache while driving to the meet, which was not normal, as she was never an individual that suffered from headaches. She remembered feeling strange and then waking up in the hospital. She had a brain bleed, which she stated she realized at the time of occurrence, because of her occupational field. She stated it felt like her head was filling up with water. She experienced no symptoms prior to the onset.

---

**Claim**: *5458678*                                                **Page** 2

She has memory problems and cannot remember more than one thing at a time, which is not good for her occupation. She experiences headaches brought on by fatigue.  She receives her treatment currently at the Home Campus of Ochsner Foundation Medical Center on Jefferson Highway in Jefferson, Louisiana 70124. She stated her treatment consists of annual CT scans. She does not anticipate getting any better. During her last visit, she was advised by her physician that her condition could worsen with another bleed.

## Prior Medical History

Ms. Crespo stated her prior history was normal checkups. Prior to this incident, she had no medical issues and was not under the care of a physician.

During her last visit to her surgeon, she was advised she had reached her plateau and would not be getting better. She was also advised that her condition could lead to the development of additional medical conditions, such as Parkinson's and Alzheimer's. She has had two skin cancers and dysplasia of the cervix, which just manifested two months ago.

She identified Marcus Ware as her Neurosurgeon, William Davis, Rheumatologist, Aimee Hasay, her Dermatologist, and Keleia Brown, Ophthalmology, all at the Jefferson Highway campus.

Jody Morris, her Gynecologist, and Jacob Estes, Oncology, are practicing at the Baptist Hospital campus on Napoleon Avenue in New Orleans.

Ms. Crespo identified her medications as Pilocarpine, five milligrams four times daily, Quinacrine, one hundred milligrams once daily, Hydrochloride, two hundred milligrams once daily. She stated her next appointment is in six months.

## Daily Activities

Ms. Crespo stated a typical day she would be at home sleeping until she woke, sometimes she would go on slow jogs and run typical errands like shopping, groceries, and picking the children up from school.  She stated her ex-husband takes them to school in the morning. Ms. Crespo

---

**Claim**: *5458678*                                                                          **Page** 3

does not like to drive and does not drive at night because of the blindness. She utilizes Uber when leaving the residence at night.

## Employment

She was a Nurse Anesthetist at Ochsner Medical Center. Her duties as a nurse anesthetist entailed attending and monitoring the charts and vitals of patients undergoing surgical procedures. She was required to monitor the entire theater of surgery.

## Education, Training and Experience

She has her Master's in Nursing; she attended 10 years of college, Nursing School, two years critical care and Pharmacology school.

## Sources of Income

She currently receives only her disability and does not anticipate being awarded any alimony from her divorce.

## Description of Claimant's Residence:

Her residence can be described as a double level structure, yellow with brown trim, single family home. The front yard was well landscaped with hedges along the front of the residence. The driveway leads from                to the residence on the left side. The entrance to the residence is granted through a keypad locking system.

## Vehicle Information:

Parked in the driveway of the residence was a blue 2007 Toyota Sequoia, bearing Louisiana license number

## Observations:

On **Wednesday, April 13, 2016,** at 9:16 a.m., the Investigator arrived at the provided address for Paige Crespo of                                          . The Investigator obtained a photograph of the residence. A door-knock was conducted; however, no answer was received.

---

**Claim**: *5458678*                                                      **Page** 4

The Investigator departed at 9:30 a.m.

On **Thursday, April 15, 2016,** at 1:06 p.m., the Investigator traveled to the provided address for Ms. Crespo of                                          to conduct an unannounced visit. The Investigator found no vehicles present and received no answer to his knocks on the door. The Investigator departed at 1:25 p.m.

On **Tuesday, April 19, 2016,** at 5:09 p.m., the Investigator arrived at the provided address for Ms. Crespo of                                          to conduct an unannounced visit. Although the vehicle identified during a previous investigation was present, no one answered after repeated knocks. The Investigator provided a business card with his cellular number at the front door and departed at 5:20 p.m.

On **Wednesday, April 20, 2016,** at 7:45 a.m., the Investigator received a telephone call from Ms. Crespo and scheduled an appointment for Friday, April 22, 2016, at 11:00 a.m.

On **Friday, April 22, 2016,** at 10:40 a.m., the Investigator arrived at the residence of the claimant, located at                                          Photographs were obtained of the residence. The Investigator conducted an in-person disability interview with the claimant. The investigator departed at 11:40 a.m.

| Physical Material Obtained: |
|:---:|

1)      Photographs

| Photographs: |
|:---:|

**# of Photos Obtained**:        9

---

Liberty/Crespo 1355



Photo depicts Paige Crespo.



Photo depicts Ms. Crespo's license.



Photo depicts Ms. Crespo's residence.



Photo depicts the vehicle at the residence.



Photo depicts the front door.



Photo depicts her medication.

---

**Claim**: *5458678*                                           **Page** 6



Photo depicts her medication.



Photo depicts her medication.



Photo depicts her medication.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

04/19/2016 11:27:21 PM -0400 FAXCOM                                    PAGE 1   OF 4

**MRO**
P.O. Box 61507
King of Prussia, PA  19406

 **MRO**

Fax:     (610) 962-8421
Phone:   (888) 252-4146

**Request Number: 12485576**
**Tracking #: OCHS5C3WT59BR**

**Timothy Belliveau**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7206
London, KY  40742

Track your request at www.ROILOG.com; enter
your Tracking # and Request Number.

Date:    2/19/2016
Phone:   860-571-2306
Fax:     866-841-1415

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below).  In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421.  Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com**.  Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

**Patient Name:  PAIGE CRESPO**          **Your Request Date:**        2/7/2016
**Date of Birth:**                        **Your Reference Number:**    5458678
                                          **Date Received at Facility:** 2/18/2016

**Your request is being processed by MRO on behalf of the following facility:**

**Facility:**     **Ochsner Main Campus Jefferson**
                  1514 Jefferson Highway
                  Jefferson, LA  70121

**The issue related to this request is: Missing Redisclosure Statement**

   The authorization must state that information disclosed pursuant to the authorization may be redisclosed by the recipient and no longer protected by the federal privacy regulations. Privacy Rule, 45 C.F.R. § 164.508(c)(2).

Liberty/Crespo 1358

**MRO**
P.O. Box 61507
King of Prussia, PA  19406



Fax:      (610) 962-8421
Phone:   (888) 252-4146

**Request Number: 12485576**
**Tracking #: OCHS5C3WT59BR**

**Timothy Belliveau**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7206
London, KY  40742

**Track your request at** www.ROILOG.com; **enter**
**your Tracking # and Request Number.**

**Date:**   2/19/2016
**Phone:**  860-571-2306
**Fax:**    866-841-1415

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below).  In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421.  Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com**.  Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

| | |
|---|---|
| **Patient Name:  PAIGE CRESPO** | **Your Request Date:**       2/7/2016 |
| **Date of Birth:** | **Your Reference Number:**  5458678 |
| | **Date Received at Facility:**  2/18/2016 |

**Your request is being processed by MRO on behalf of the following facility:**

**Facility:**      **Ochsner Main Campus Jefferson**
1514 Jefferson Highway
Jefferson, LA  70121

**The issue related to this request is: ## Confirm Mailing Address**

The facility has received a request for medical records from your organization. Please provide the mailing address where the records should be sent. Please mail/fax an updated request to the address/fax number shown above.

Liberty/Crespo 1359

04/19/2016 11:27:21 PM -0400 FAXCOM                                    PAGE 3   OF 4


**Ochsner**
Health System

## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION
*(See back of form for facility locations)*

Patient's Name _____   Date of Birth _____

Address _____   Phone # _____

I, _____ , hereby authorize
FULL NAME OF PATIENT

_____ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service _____ to _____

The information which is checked (X) below is to be released to:

_____

NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

_____
ADDRESS                          CITY                STATE        ZIP

Purpose for Release:  ☐Medical   ☐Insurance  ☐Legal  ☐Other _____

Check off items being released:

☐ Discharge Summary                     ☐ Pathology Reports       ☐ X-ray Report _____
☐ Discharge Instructions/After Visit Summary  ☐ Laboratory        ☐ Radiology films
☐ History & Physical                    ☐ Cardiology              ☐ ER Record
☐ Consultation Reports                  ☐ Clinic Visit            ☐ Entire Record
☐ Progress Notes                        ☐ Abstract                Other _____
                                        ☐ Operative Report

Method of Delivery:   ☐Paper   ☐Fax # _____   ☐ Email _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
*(Patient's Signature)*

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
*(Patient's Signature)*

I, _____ , authorize the release of **psychiatric** information.
*(Patient's Signature)*

I, _____ , authorize the release of **genetic testing** information.
*(Patient's Signature)*

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):

_____

**If expiration date is left blank, authorization will expire within one year.**

_____   _____   _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE   RELATIONSHIP TO PATIENT   DATE SIGNED

_____   _____
ADDRESS                            PHONE NUMBER

_____   _____   _____
SIGNATURE OF WITNESS (if patient is unable to sign)   RELATIONSHIP TO PATIENT OR CREDENTIALS   DATE SIGNED

FOR HIM USE ONLY: Date Rec'd _____ Date Processed _____ Time Frame _____ Processed By _____ # Pages/Amount _____
Form No. 20651 (Rev. 7/10/2015)

Liberty/Crespo 1360

 **Ochsner** Health System

# FACILITY LOCATIONS

**Ochsner Medical Center**
**Ochsner Health Centers**
1514 Jefferson Highway
New Orleans, LA  70121
Phone:  (504) 842-2832
Fax:  (504) 842-4047

**Ochsner Baptist**
**Medical Center**
**Ochsner Health Centers**
2700 Napoleon Avenue
New Orleans, LA  70115
Phone:  (504) 894-2173
Fax:  (504) 894-2460

**Ochsner Medical Center**
**Baton Rouge**
**Ochsner Health Centers**
17000 Medical Center Drive
Baton Rouge, LA  70816
Phone:  (225) 236-5917
Fax:  (225) 236-5469
  or  (225) 761-5939

**Ochsner Kenner**
**Medical Center**
**Ochsner Health Centers**
180 West Esplanade Avenue
Kenner, LA  70065
Phone:  (504) 464-8066
Fax:  (504) 464-8093

**Ochsner Medical Center**
**North Shore**
**Ochsner Health Centers**
100 Medical Center Drive
Slidell, LA   70461
Phone:  (985) 646-5009
Fax:  (985) 646-5606

**Ochsner Medical Complex**
**River Parishes**
502 Rue de Sante
Laplace, Louisiana 70068
*Request for medical records for visits*
*ON or AFTER Nov. 1, 2014 contact:*
*Ochsner Kenner Medical Center*

**Ochsner St. Anne General**
**Ochsner Health Centers**
4608 Hwy One
Raceland, LA  70394
Phone:  (985) 537-8364
Fax:  (985) 537-8296

**Ochsner Westbank**
**Medical Center**
**Ochsner Health Centers**
2500 Belle Chasse Highway
Gretna, LA  70056
Phone:  (504) 207-2525
Fax:  (504) 391-5115

Liberty/Crespo 1361





**MLS National Medical Evaluation Services**

Phone: 888.657.4634  |  Fax: 248.356.6757  |  www.mls-ime.com

04/18/2016

Paige Crespo

RE:     (Short/Long) Term Disability Benefits
        Company Name – Liberty Mutual
        Claim #:        5458678

Dear Paige Crespo:

Liberty Life Assurance Company of Boston, your disability benefits provider, has requested that MLS National Medical Evaluation Services schedule you for an independent neuropsychological evaluation.

You may not cancel or change this appointment without the approval of your claims case manager.  If an emergency situation arises which prevents you from attending this appointment, you must contact your claims case manager at Liberty Mutual as soon as possible at 8884406118.

This examination will be performed by:

**DOCTOR:**        **Joseph  Yohman  Ph.D.**

**ADDRESS:**       **11914 Astoria Blvd., Ste. 490**
                   **Houston ,TX 77089**

**PHONE:**         **(281) 484-9973**

Your appointment has been scheduled for:

**DATE:**          **05/24/2016**

**TIME:**          **8:00 AM**

If you need directions, call the number listed above.

Please bring to the appointment:
                   - Glasses if needed.
                   - Hearing Aide(s) if needed.
                   - List of medication (s) you take.

Liberty/Crespo 1362



MLS National Medical Evaluation Services

Phone: 888.657.4634   |   Fax: 248.356.6757   |   www.mls-ime.com



- Name (s) of your doctor (s).
- Snack or a lunch, if you will need to eat before a break can be given.

Please contact the doctor's office to confirm your appointment and, if necessary, obtain directions to the office.  Liberty is responsible for paying for the IME, however, should you fail to attend the IME you will be responsible for paying any missed appointment fee that is assessed to Liberty.

This physician is not authorized to give medical advice or treatment with respect to your condition.

If you or your representative wish to review the results of this examination, Liberty Life Assurance Company will provide the results to your attending physician.  You may then schedule an appointment with your attending physician.   Dr. Yohman is not authorized to share the results with you directly.  Liberty Life Assurance Company of Boston will pay all fees for this examination.  Do not accept billing or make payment for this examination.

Please call if you have any questions regarding this examination.

Sincerely,


MLS National Medical Evaluation Services

cc:     Liberty Life, Todd  Youngberg
        File

Liberty/Crespo 1363

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1364



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

April 15, 2016

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by May 14, 2016:

- Completion of the enclosed Forms:

    X   SS Reimbursement Agreement
    X   Authorization - Medical
    X   Claimant Supplementary Statement
    X   Activities Questionnaire Form
    X   Claimant Information Form
    X   Authorization
    ___ Other

We are requesting that you complete and return the enclosed LTD claim forms by no later than May 14, 2016.  If we do not receive the completed forms by May 14, 2016, your benefits will be suspended.  If we do not receive dht requested forms by June 13, 2016, your claim will be close.

If you have any questions regarding this correspondence, please contact me.

Liberty/Crespo 1365

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Attachments:   SS Reimbursement Agreement
                Authorization - Medical
                Claimant Supplementary Statement
                Activities Questionnaire Form
                Claimant Information Form
                Authorization

Liberty/Crespo 1366

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

**Return To:** Todd Youngberg

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Ochsner Clinic Foundation

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

_____

Liberty/Crespo 1367



How often do you get outdoors? _____

Are you left or right hand dominant?     Left _____    Right _____

Are you able to work in your garden?     Yes _____    No _____

Are you able to work on your house?     Yes _____    No _____

Are you able to wash your car?     Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine?   _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to _independently_ conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?                 Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?                    Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____        Date: _____

Signature: _____

Liberty/Crespo 1369



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                           Claim No 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Todd Youngberg

I **authorize** any licensed physician, health care professionals, hospital, clinic,  pharmacy,  other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law.  I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied.  I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                             Date of Birth


Claimant Signature                                                 Date

5458678
Claim Number

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

**Return To:** Todd Youngberg

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation                DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from _10/01/2015_ to _04/15/2016_ . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____

Telephone No. : (___) _____  Fax No. : (___) _____          Telephone No. : (___) _____  Fax No. : (___) _____

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____

Telephone No. : (___) _____  Fax No. : (___) _____          Telephone No. : (___) _____  Fax No. : (___) _____

**MEDICAL INSURANCE CARRIER(S):**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____

Telephone No. : (___) _____  Fax No. : (___) _____          Telephone No. : (___) _____  Fax No. : (___) _____

**PHARMACY(S):**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____

Telephone No. : (___) _____  Fax No. : (___) _____          Telephone No. : (___) _____  Fax No. : (___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** _____          **DATE:** _____

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

**Return to:** Todd Youngberg

**EMPLOYEE/CLAIMANT NAME:** Paige Crespo                **CLAIM #:** 5458678
**EMPLOYER/SPONSOR:** Ochsner Clinic Foundation          **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                   Relationship to you?                          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability, State Disability or Veteran's Benefits | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**                    **EMPLOYEE'S SIGNATURE:**

DP 409 (11/12)

Liberty/Crespo 1372



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

**Claimant:** Paige Crespo                                              **Date of Birth:** _____

**Employer:** Ochsner Clinic Foundation                    **Policy/Plan Sponsor No.** 09 - 461332

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

**(Insured/Employee signature)** _____   **(Witness signature)** _____

**(Address)** _____   **(Address)** _____

**(Date)** _____   **(Date)** _____

*Please retain a copy for your records or one can be provided upon request.*



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Todd Youngberg

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or  group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy.  I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

| | |
|---|---|
| Paige Crespo | |
| Claimant Name (Print) | Date of Birth |
| | |
| Claimant Signature | Date |
| 5458678 | |
| Claim Number | |

Liberty/Crespo 1374

# Liberty Mutual - Independent Evaluation

## Neuropsych Testing

Requested By:      Todd D. Youngberg
                   Disability Claims
                   P.O. Box 7211
                   London, KY 40742-7211
                   (888) 437-7611 x10280
           Fax:    (603) 334-3576

┌─ Document Locations ─┐
☑ Document List
☐ Correspondence
☐ Paper File
└──────────────────────┘

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | |
|---|---|---|
| Customer Name: | OCHSNER CLINIC FOUNDATION | Date Sent: 4/15/2016 |
| Funding type: | CON | Coverage Type: LTD |
| Claimant Name: | PAIGE F CRESPO | Claim #: 5458678 |
| Claimant Address: | | Claimant SSN: |
| | | Claimant DOB: |
| City: | | Claimant Tel. #: |
| State: | | Claimant DOD: 4/11/2015 |
| Zip: | | Primary Diagnosis: Cerebellar or brain stem contusion without mentio |
| Gender: | FEMALE | Att. Physician: |
| Specialist Type Requested : | Neuropsychology | Physician: Phone/Fax   Dr. Khan ph: 504-842-4000 |

Referral Questions:                          Vendor Chosen:     MLS Group of Companies

Claimant Name:     PAIGE  F  CRESPO

Liberty/Crespo 1375

# Liberty Mutual - Independent Evaluation

## Neuropsych Testing

Guidelines for the vendor:

Recommend that any examiner identified to provide the neuropsychological examination be board certified in Clinical Neuropsychology with the American Board of Professional Psychology. A member directory is available through the website for The American Academy of Clinical Neuropsychology (www.theaacn.org), cross referenced by State of practice.

Recommended procedures and questions for the examiner:

General orientation: Documentation of the neuropsychological evaluation should encompass record review, clinical interview, relevant behavioral observations, objective evaluation of performance / symptom validity, cognitive evaluation, psychological evaluation, diagnosis, and response to specific referral questions. Please include a list of all neuropsychological evaluation procedures used, relevant observations of the examinee's behavior during the assessment process, and description of any procedural adaptations. Please include all relevant validity and clinical test scores in the report of neuropsychological examination or a Data Summary.

Procedures: The validity of the obtained exam results cannot be interpreted with confidence in the absence of objective psychometric indicators of examinee effort and symptom validity. Therefore, it is expected that the neuropsychological examination include use of multiple indices of performance validity and symptom validity, including both "stand alone" validity tests and "embedded" validity indices. For determination of examinee effort / validity of the cognitive assessment data, at least 3 validity indices should be used (with inclusion of the Word Memory Test or Nonverbal Medical Symptom Validity Test preferred). For determination of the validity of the examinee's response pattern during psychological testing, inclusion of the Minnesota Multiphasic Personality Test – 2 (MMPI-2) or Minnesota Multiphasic Personality Inventory – 2: Restructured Form (MMPI-2 RF) is expected.

Specific issues / questions:

1) Regarding validity: Describe the results of validity assessment. Are the obtained results considered to represent valid indicators of the examinee's actual cognitive and emotional-behavioral functioning?

2) Regarding cognitive functioning: Are the evaluation results indicative of cognitive impairment? If so, please identify specific functional cognitive deficits, the severity of any such deficits, and the most likely etiology for them. If present, would such cognitive impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any cognitive impairment.

3) Regarding motor functioning: Are the evaluation results indicative of functional impairment in grip strength, fine motor speed, and/or fine manual dexterity? If so, please identify the functional motor deficits, the severity of them, and the most likely etiology of them.

4) Regarding psychological functioning: Are the evaluation results indicative of psychological dysfunction or mental disorder? If so, please identify the psychiatric diagnosis, and the severity of any associated dysfunction. If present, would such psychiatric impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any psychiatrically-based impairment.

Instructions For Vendor:

Claimant Name:    PAIGE  F  CRESPO

Liberty/Crespo 1376

# Liberty Mutual - Independent Evaluation

## Neuropsych Testing

Dr. Khan ph: 504-842-4000

Attorney Information (if applicable):

Claimant Name:    PAIGE  F  CRESPO

Liberty/Crespo 1377



January 12, 2016, 11:48
PAGE    3

SG-SSA-16

NH [REDACTED]

: UNIT: TCGRNR    :

PAIGE FRIDAY CRESPO

[REDACTED]

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On January 12, 2016, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS PAIGE FRIDAY CRESPO.

I HAVE USED THE FOLLOWING NAME(S):
        PAIGE MICHELLE FRIDAY

MY SOCIAL SECURITY NUMBER IS [REDACTED]

MY DATE OF BIRTH IS [REDACTED]

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON April 10, 2015.

I AM STILL DISABLED.

A PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I HAVE FILED OR INTEND TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY

Liberty/Crespo 1378

**n0121134**

---

**From:**          Paige Crespo
**Sent:**          Friday, April 15, 2016 4:42:57 PM
**To:**            Youngberg, Todd
**Subject:**       Re: RE:

Todd that is the new application.   That's the 2nd time I've applied. I haven't heard anything about this one yet.   Ok and no I haven't appealed.   I don't know anything about this stuff. I've never been disabled before. I'm just doing what y'all tell me to do when y'all tell me to do it.

Paige

Sent from my iPhone

> On Apr 15, 2016, at 3:00 PM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:
>
> Paige,
>
> You previously indicated that you were denied, have you filed an appeal or a new application?   If you were denied and you never appealed we're going to need you to begin the appeal process as soon as possible, also we have SS Attorney's that we can offer to you free of charge to assist with that if you're interested, please let me know ASAP.
>
> Thank You,
>
> Todd D Youngberg
> Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston
> 100 Liberty Way, Dover, NH 03820
> Ph: 888-437-7611 Ext. 10280
> Fax: 603-334-3576
>
> ·    please consider the environment before printing this e-mail
> This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.
>
>
> -----Original Message-----
> From: Paige Crespo [mailto:pfridaycrespo@att.net]
> Sent: Friday, April 15, 2016 3:46 PM
> To: Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com>
> Subject:
>
>
>

Liberty/Crespo 1379

**Addendum (2) to Clinical Case Review**

| | |
|---|---|
| **Referred By:** | YOUNGBERG, TODD  096  8*731-0280 |
| **Report Date**: | 04/14/16 |
| **Insured's Name**: | Paige Crespo |
| **DOB**: | |
| **Claim**: | 5458678 |
| **Employer**: | OCHSNER CLINIC FOUNDATION |
| **Job Title/Occupation:** | CRNA-Nurse Anesthetist |
| **Dx**: | intracranial hemorrhage / rupture of arteriovenous malformation |
| **DOD**: | 04/11/2015 |
| **Type of Claim:** | LTD |

**Referral Questions**: Request for questions for independent neuropsychological examination.

**Response to Referral Questions**: Recommended guidelines for the selection of a independent neuropsychological examiner, and relevant questions for the exam are provided in the *Appendix* to this report.

**Case Summary**: Medical records of this 43 year old right-handed woman indicate that on 04/10/15 she had an intracranial hemorrhage caused by a rupture of an arteriovenous malformation in the distribution of the left middle cerebral artery for which she underwent a neurosurgical intervention / clipping procedure.  A CTA of the head done on 06/17/15 showed moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm. Records indicate that some early left sided weakness resolved. She has been maintained on anticonvulsant medication for seizure prophylaxis, with no seizure recurrence.  She has had pharmacological management for persistent headaches. A clinical neuropsychological examination was completed on 10/12/15.  The report of neuropsychological exam also refers to the presence of a left homonymous hemianopsia, that she has participated in outpatient psychotherapy, and reported that she has undifferentiated inflammatory arthritis and connective tissue disease.

**Records Reviewed**: [Please refer to the previous 02/11/16 report of Clinical Case Review for a summary of information derived from records dated between 06/17/15 and 10/07/15, and the 04/11/16 Addendum for a summary of information derived from records dated between 09/11/15 and 10/14/15.]

< electronically signed >
Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consultant, Liberty Mutual Insurance Company

Liberty/Crespo 1380

# Appendix

*Guidelines for the vendor*:

Recommend that any examiner identified to provide the neuropsychological examination be **board certified in <u>Clinical Neuropsychology</u> with the <u>American Board of Professional Psychology</u>**. A member directory is available through the website for The American Academy of Clinical Neuropsychology ([www.theaacn.org](www.theaacn.org)), cross referenced by State of practice.

*Recommended procedures and questions for the examiner*:

*General orientation*: Documentation of the neuropsychological evaluation should encompass record review, clinical interview, relevant behavioral observations, objective evaluation of performance / symptom validity, cognitive evaluation, psychological evaluation, diagnosis, and response to specific referral questions. Please include a list of all neuropsychological evaluation procedures used, relevant observations of the examinee's behavior during the assessment process, and description of any procedural adaptations. Please include all relevant validity and clinical test scores in the report of neuropsychological examination or a Data Summary.

*Procedures*: The validity of the obtained exam results cannot be interpreted with confidence in the absence of objective psychometric indicators of examinee effort and symptom validity. Therefore, it is expected that the neuropsychological examination include use of multiple indices of performance validity and symptom validity, including both "stand alone" validity tests and "embedded" validity indices. For determination of examinee effort / validity of the cognitive assessment data, at least 3 validity indices should be used (with inclusion of the Word Memory Test or Nonverbal Medical Symptom Validity Test preferred). For determination of the validity of the examinee's response pattern during psychological testing, inclusion of the Minnesota Multiphasic Personality Test – 2 (MMPI-2) or Minnesota Multiphasic Personality Inventory – 2: Restructured Form (MMPI-2 RF) is expected.

*Specific issues / questions*:

1) <u>Regarding validity</u>: Describe the results of validity assessment. Are the obtained results considered to represent valid indicators of the examinee's actual cognitive and emotional-behavioral functioning?

2) <u>Regarding cognitive functioning</u>: Are the evaluation results indicative of cognitive impairment? If so, please identify specific functional cognitive deficits, the severity of any such deficits, and the most likely etiology for them. If present, would such cognitive impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any cognitive impairment.

3) <u>Regarding motor functioning</u>: Are the evaluation results indicative of functional impairment in grip strength, fine motor speed, and/or fine manual dexterity? If so, please identify the functional motor deficits, the severity of them, and the most likely etiology of them.

**4)** <u>Regarding psychological functioning</u>: Are the evaluation results indicative of psychological dysfunction or mental disorder? If so, please identify the psychiatric diagnosis, and the severity of any associated dysfunction. If present, would such psychiatric impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any psychiatrically-based impairment.

2 of 2      5458678 A 04 14 16

Liberty/Crespo 1381

**n0121134**

---

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Thursday, April 14, 2016 8:22:16 AM |
| **To:** | Belliveau, Timothy |
| **Subject:** | Paige Crespo 5458678 |

Good Morning Dr. Belliveau,


Thank you for the report on Paige Crespo, I reviewed your report and was wondering if you could also dictate some Neuropsych Test questions for me at this time.  Please let me know if you need me to re-SCORE it to you or whether you can reopen the referral from earlier this week and bill from that one?  The reason I'm looking to do additional Neuropsych Testing is basically because this lady really has no plan to return to work in the near future and if you look at the surveillance she is VERY active so thought maybe we should consider Neuropsych Testing now rather than wait another 6 months, your thoughts?


Thank You,

Todd


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


🖷 please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments

Liberty/Crespo 1382

thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1383

**Addendum to Clinical Case Review**

**Referred By:**          YOUNGBERG, TODD  096  8*731-0280
**Report Date**:          04/11/16
**Insured's Name**:       Paige Crespo
**DOB**:
**Claim**:                5458678
**Employer**:             OCHSNER CLINIC FOUNDATION
**Job Title/Occupation:**  CRNA-Nurse Anesthetist
**Dx**:                   intracranial hemorrhage / rupture of arteriovenous
                          malformation
**DOD**:                  04/11/2015
**Type of Claim:**        LTD

**Referral Questions**: File recently reviewed by DR. BELLIVEAU and should be returned
to DR. BELLIVEAU for addendum review, a copy of clmts Neuropsych Eval has been
obtained dated from 10/2015.  Dr. Belliveau should review and address whether it
supports any specific cognitive and/or psychiatric restrictions, if so, please comment on
what the restrictions are as well as the expected duration they're supported for?

**Response to Referral Questions**: The claimant's history and October 2015
neuropsychological test data indicate that overall she has had a remarkably good
cognitive and psychological recovery from her April 2015 intracranial hemorrhage.
However, the records indicate that she has reported having residual visual impairment
(i.e., homonymous hemianopsia), the cognitive test data indicate mild inefficiency in
visual-spatial learning, and probably some impairment in fine manual dexterity with her
left hand.  Her self-reported symptoms and the psychological test data suggest subtle
issues with a decreased range of emotional experience and some tendency toward anxious
rumination and sleep onset insomnia.  The neuropsychological exam results provide
reasonable support for the presence of a Mild Neurocognitive Disorder due to
cerebrovascular accident.  Although the scope of cognitive deficits is limited (i.e., mild
visual-spatial learning inefficiency), when combined with a deficit in visual perception
and fine manual dexterity the potential for errors in her safety sensitive occupation is a
reasonable consideration.   The claimant's medical records and neuropsychological test
results provide reasonable support for the presence of functional impairment due to
cerebrovascular accident, and associated need for continued restriction from her
occupation as a nurse anesthetist through approximately 10/11/16, coinciding with 1 ½
years from her cerebrovascular accident and one year since the October 2015
neuropsychological exam.

**Additional Recommendations**: In October 2016 the claimant will be 1 ½ years since her
right middle cerebral artery aneurysmal rupture, and 1 year since the previous clinical
neuropsychological exam.  At that time she will likely be considered to have reached a
point of maximal improvement in her cognitive recovery of functioning.  If she is not

Liberty/Crespo 1384

medically cleared for return to work by that time, consider referral for an independent neuropsychological examination. In the interim, consider requesting medical records pertaining to any available ophthalmology or optometric evaluation to determine the accuracy of the claimant's report (as mentioned in the neuropsychologist's report) of a left homonymous hemianopsia, as this information and the fine manual dexterity deficit with her left hand may have relevance for determination of perceptual-mtoor impairment that could interfere with her occupational functioning.

**Analysis**: The scope of the following analysis is limited to consideration of the claimant's mental health / neuropsychological status. Consideration for any possible impairment related to non-neuropsychological medical conditions is outside the scope of this review.

October 2015 Neuropsychological Exam: The report indicates that the claimant denied awareness of any changes in attention, memory, or language abilities, but described having some problems with spatial / geographic memory. She reported having a persisting left homonymous hemianopsia. She reported intermittent sleep onset insomnia, for which she takes Ambien, and that she sleeps more than her previous baseline because she can quickly become fatigued. She denied depressed mood but described a somewhat restricted range of emotional experience. Regarding the claimant's self-report of her status, the report indicates that she reported being independent with activities of daily living, including recently passing a driving evaluation. The report indicates, "She firmly believes that she could return to her position and continue to work at her previous high level…"

During the exam, she was observed to work at a very fast pace, which resulted in several errors. The report indicates that "The following test results appear to be a valid and reliable measure of her current cognitive abilities." Review of the narrative report and corresponding test data (included as an appendix) shows that performance validity assessment was limited to one embedded performance validity test (RDS) Reliable Digit Span). The claimant RDS score (11) is within the acceptable range. Considered in the context of the claimant's denial of many common cognitive problems and her generally strong performance on the cognitive tests, there is reasonable support for the inference that her cognitive test performance is an accurate measure of her actual cognitive status. Regarding the validity of the psychological testing data (PAI: Personality Assessment Inventory), the report indicates that "She evidenced slightly defensive responding." The claimant's scores on the symptom validity indices embedded in the PAI are not included in the data summary available for review. The neuropsychologist's interpretation that her pattern of test responses showed slightly defensive responding probably refers to a mildly elevated score on one of the embedded symptom validity scales (i.e., the Positive Impression Management scale). Considering the information conveyed by the claimant during the clinical interview, and the psychological test results, if the claimant has any bias in her pattern of psychological symptom presentation, it's probably in the direction of minimizing psychological symptoms rather than exaggerating them.

Liberty/Crespo 1385

The cognitive test data are consistent with the examining neuropsychologist's report that the claimant does not have impairment in most domains of cognitive functioning.  Most of her attention and memory test scores are in the average to above average range.  She has low average performance on one test of visual-spatial learning (BVMT-R Total T score = 40), which given the location of her intracranial bleed, and her report of some spatial memory problems, probably represents a mild decline compared to her premorbid baseline.  Regarding her motor functioning, results of a test of fine manual dexterity (i.e., grooved pegboard test) reportedly showed below average performance with her right hand, and impaired performance with her left hand (objective test scores not provided).

The claimant's history and October 2015 neuropsychological test data indicate that overall she has had a remarkably good cognitive and psychological recovery from her April 2015 intracranial hemorrhage.  However, the records indicate that she has reported having residual visual impairment (i.e., homonymous hemianopsia), the cognitive test data indicate mild inefficiency in visual-spatial learning, and probably some impairment in fine manual dexterity with her left hand.  Her self-reported symptoms and the psychological test data suggest subtle issues with a decreased range of emotional experience and some tendency toward anxious rumination and sleep onset insomnia.  The neuropsychological exam results provide reasonable support for the presence of a Mild Neurocognitive Disorder due to cerebrovascular accident.  Although the scope of cognitive deficits is limited (i.e., mild visual-spatial learning inefficiency), when combined with a deficit in visual perception and fine manual dexterity the potential for errors in her safety sensitive occupation is a reasonable consideration.   The claimant's medical records and neuropsychological test results provide reasonable support for the presence of functional impairment due to cerebrovascular accident, and associated need for continued restriction from her occupation as a nurse anesthetist.

**Case Summary**: Medical records of this 43 year old right-handed woman indicate that on 04/10/15 she had an intracranial hemorrhage caused by a rupture of an arteriovenous malformation somewhere in the distribution of the left middle cerebral artery for which she underwent a neurosurgical intervention / clipping procedure.  A CTA of the head done on 06/17/15 showed moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm. Records indicate that some early left sided weakness resolved.  She has been maintained on anticonvulsant medication for seizure prophylaxis, with no seizure recurrence.  She has had pharmacological management for persistent headaches.  A clinical neuropsychological examination was completed on 10/12/15.  The report of neuropsychological exam also indicates that she has a left homonymous hemianopsia, has participated in outpatient psychotherapy, and reported that she has undifferentiated inflammatory arthritis and connective tissue disease.

**Records Reviewed**: [Please refer to the previous 02/11/16 report of Clinical Case Review for a summary of information derived from records dated between 06/17/15 and 10/07/15.]

09/11/1/5      Marcus Ware, MD

3 of 4      5458678 A 04 11 16

Liberty/Crespo 1386

Reported 30 – 50% reduction of headache pain in response to amitriptyline and gabapentin.

10/14/15 (10/12/15 exam)    Brian Mizuki, PsyD

Report of neuropsychological evaluation.  History and exam results were interpreted as showing strongly intact functioning in most domains of cognition, but a mild decline in spatial navigation and source memory, and also compromised fine motor abilities with the left hand.  [See *Analysis* section above].

< electronically signed >
Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consultant, Liberty Mutual Insurance Company

Liberty/Crespo 1387

# Disability Claim Field Investigation Referral

| | | | |
|---|---|---|---|
| Referred By: | Todd D. Youngberg | Phone # and Ext: | (888) 437-7611 x10280 |
| Address: | P.O. Box 7211 | | |
| | London, KY 40742-7211 | | |

| | | | |
|---|---|---|---|
| Claim Number: | 5458678 | Assignment Due Date: | 5/11/2016 |
| Claimant Name | PAIGE CRESPO | Date of Disability: | 4/10/2015 |
| Customer: | OCHSNER CLINIC FOUNDATION | Injury/Illness: | Cerebellar or brain stem contusion without mention of open intracranial wound, unspecified state of consciousness |
| SSN: | | | |
| DOB: | | | |
| Job Desc: | CRNA-ANESTHESIOLOGIST | Funding Type: | CON |

**Type of service(s) requested:**

☐ Claimant Interview (Announced)   ☑ Claimant Interview (Unannounced)

☐ 3rd Party Interviews   ☐ No Contact Activity Check

**Document Location**

☑ Document List
☐ Correspondence
☐ Paper File

| | |
|---|---|
| Vendor Chosen | HUB ENTERPRISES |
| Claimant Attorney: | N/A |
| Attorney Name: | |
| Address: | |
| Telephone: | |

| | |
|---|---|
| Contact Name: | PAIGE CRESPO |
| Address: | |
| Telephone: | |

Referral Objective/Questions:

1. Date and time of interview. Length of interview. All persons present.
2. Description of residence (housekeeping, maintenance, number of stories, etc.) The condition and maintenance of the exterior of the residence, noting any gardens, swimming pools, etc. Directions, if difficult to find.
3. Head to toe description of claimant (height, weight, hairstyle & color, glasses, etc.). Ask claimant if they are right or left hand dominant.
4. Physical signs of impairment (be specific, objective, and detailed).
5. What is the claimant's disability?
6. When did the claimant become disabled?
7. How did the claimant become disabled?
9. Ask claimant to describe condition/symptoms.
10. Does claimant expect symptoms to: lessen, stay the same, or worsen over time?
11. Please have claimant discuss their current treating sources, their treatment plans and last/next office visit dates.
12. How do these symptoms limit claimant's ability to perform past job or limit claimant in other ways?
13. Does the claimant have a valid driver's license? View driver's license or photo ID.
14. Does the claimant have any driving restrictions? Use alternate transportation?        1. Does the claimant plan on returning to work? If so, when?
2. Job duties - obtain details or verify job duties described on attached claim form.
3. What duties is the claimant unable to perform (restrictions)?
4. Is position open for claimant's return to work? Is light duty work available?
5. Any modifications at work that could be made to assist claimant's RTW?
6. A. Has the claimant discussed RTW with his/her employer? If not, why?

Initial Findings:

Clmt suffered a brain aneurysm in April 2015, now indicates she has cognitive problems and blind in one eye

Suspicious Claim:   No

Liberty/Crespo 1388

# Disability Claim Field Investigation Referral

Investigation Objective:

Please complete unannounced interview with clmt and obtain photograph and obtain photo of her license, if clmt doesn't answer after 3 attempts please contact clmt and schedule the interview

Obtain Claimant Photograph    Yes

Liberty/Crespo 1389

Social Security Online    Benefit Calculators

Benefit Calculators

# <u>Quick Calculator</u> Benefit Estimates

April 7, 2016

## Retirement

At right is the information you provided. Below that are estimated benefit amounts for retirement at 3 different ages, including your <u>normal (or full) retirement age</u> (67). We assume you will work every year up to the year in which you begin receiving benefits.

As shown in the table, you can receive a monthly benefit starting at age 62 and 1 month that would be reduced for life due to early retirement. If you choose to delay the start of benefits to a higher age, you can then receive a larger monthly benefit for the rest of your life.

For example, if you start taking benefits at age 62 and 1 month, you will receive $1,974 per month for the rest of your life. But if you wait until age 67 to start receiving benefits, you will get $2,836 for the rest of your life. So by waiting until age 67, you can then receive $862 more per month than if you started lower monthly benefits at 62 and 1 month. Remember, these estimated figures are in today's dollars.

Social Security benefits are the foundation on which to build a financially secure retirement. Savings and pensions also are key components of your retirement plan.

| Information you submitted | |
|---|---|
| Date of birth: | |
| Current earnings: **$146,640.00** | |
| Benefit in **year-2016** dollars | |

Note: For your benefit calculation, we limited your earnings to the $118,500.00 taxable maximum for 2016.

| Retirement Benefit Estimates | |
|---|---|
| **Retirement age** | **Monthly benefit amount** [1] |
| 62 and 1 month in 2034 | $1,974.00 |
| 67 in 2039 | $2,836.00 |
| 70 in 2042 | $3,530.00 |

[1] Assumes no future increases in prices or earnings.

We have calculated your benefits by making certain assumptions about your past earnings. Please look at these earnings to see if they appear reasonable to you. You can change them and see the effect on your benefit estimates!



Liberty/Crespo 1390

## Disability/Survivor

For disability and survivors estimates, we assumed that you became disabled or died **today**. We did not use future earnings in calculating those estimates.

| Disability | Monthly benefit amount |
|---|---|
| You | $2,739.00 |

Your spouse and children may also qualify for benefits.

| Survivors | Monthly benefit amount |
|---|---|
| Your child | $2,062.00 |
| Your spouse caring for your child | $2,062.00 |
| Your spouse at normal retirement age | $2,750.00 |
| Family maximum | $4,813.60 |

Privacy Policy | Website Policies & Other Important Information | Site Map

Liberty/Crespo 1391

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1392



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

April 7, 2016

Ms. Paige F. Crespo


RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

On February 22, 2016, we asked you to apply for Social Security Disability benefits and provide Liberty proof of applying for Social Security Disability within 45 days, or by April 6, 2016.


To date, we have not received proof of applying for Social Security Disability.  Therefore, as described in our earlier letter, we will reduce your LTD benefit by $2,739.00, effective April 7, 2016.  If the requested information has been submitted, we will restore your benefit to its original level and refund the withheld amounts.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 10280
Secure Fax No.: (603) 334-3576

Liberty/Crespo 1393

KEEP FOR YOUR RECORDS

January 12, 2016, 11:
PAGE

SG-SSA-16

NH ▮▮▮▮▮▮

: UNIT: TCGRNR    :
:                :
:                :
:                :
:                :

PAIGE FRIDAY CRESPO
▮▮▮▮▮▮▮▮

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On January 12, 2016, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I A ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS PAIGE FRIDAY CRESPO.

I HAVE USED THE FOLLOWING NAME(S):
          PAIGE MICHELLE FRIDAY

MY SOCIAL SECURITY NUMBER IS ▮▮▮▮▮▮

MY DATE OF BIRTH IS ▮▮▮▮▮▮ ▮▮▮

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON April 10, 2015.

I AM STILL DISABLED.

A PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATIO BY OR FOR ME.

I HAVE FILED OR INTEND TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUE DISABILITY OR BLACK LUNG BENEFITS.

AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR AN ASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURIT

IE SOCIAL SECURITY ADMINISTRATION AND THE STATE AGENCY REVIEWING MY CLAI VE MY PERMISSION TO CONTACT MY EMPLOYER(S).

Liberty/Crespo 1394

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Monday, March 28, 2016 2:09:01 PM |
| **To:** | PFRIDAYCRESPO@ATT.NET; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Ochsner Clinic Foundation Claim No. 5458678 Paige Crespo |
| **Attachments:** | 890a599f148b2e5106768be344b4c08320ec8c365f6580f0_2224388.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty/Crespo 1395

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

March 28, 2016

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

We are writing in regard to your Long Term Disability claim.  Your claim was approved on October 5, 2015 and your benefits began on October 10, 2015.  You have been receiving a monthly benefit since October 10, 2015 in the amount of $7332.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Liberty/Crespo 1396

03/20/2016 11:41:17 PM -0400 FAXCOM                              PAGE 1    OF 4

**MRO**
P.O. Box 61507
King of Prussia, PA  19406

 **MRO**

Fax:      (610) 962-8421
Phone:   (888) 252-4146

**Request Number: 12485576**
**Tracking #: OCHS5C3WT59BR**

**Timothy Belliveau**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7206
London, KY  40742

Track your request at www.ROILOG.com; **enter your Tracking # and Request Number.**

Date:     2/19/2016
Phone:   860-571-2306
Fax:      866-841-1415

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below). In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421. Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com**. Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

Patient Name: **PAIGE CRESPO**          Your Request Date:          2/7/2016
Date of Birth:                          Your Reference Number:    5458678
                                        Date Received at Facility:  2/18/2016

Your request is being processed by MRO on behalf of the following facility:

Facility:      **Ochsner Main Campus Jefferson**
               1514 Jefferson Highway
               Jefferson, LA  70121

The issue related to this request is: **Missing Redisclosure Statement**

> The authorization must state that information disclosed pursuant to the authorization may
> be redisclosed by the recipient and no longer protected by the federal privacy regulations.
> Privacy Rule, 45 C.F.R. § 164.508(c)(2).

Liberty/Crespo 1397

03/20/2016 11:41:17 PM -0400 FAXCOM                           PAGE 2   OF 4

**MRO**
P.O. Box 61507
King of Prussia, PA 19406



Fax:     (610) 962-8421
Phone:  (888) 252-4146

Request Number: **12485576**
Tracking #: **OCHS5C3WT59BR**

**Timothy Belliveau**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7206
London, KY 40742

Track your request at www.ROILOG.com; **enter your Tracking # and Request Number.**

Date:    2/19/2016
Phone:  860-571-2306
Fax:     866-841-1415

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below). In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421. Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com**. Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

| | | |
|---|---|---|
| Patient Name: **PAIGE CRESPO** | Your Request Date: | 2/7/2016 |
| Date of Birth: | Your Reference Number: | 5458678 |
| | Date Received at Facility: | 2/18/2016 |

**Your request is being processed by MRO on behalf of the following facility:**

Facility:     **Ochsner Main Campus Jefferson**
              1514 Jefferson Highway
              Jefferson, LA 70121

The issue related to this request is: **## Confirm Mailing Address**

> The facility has received a request for medical records from your organization. Please provide the mailing address where the records should be sent. Please mail/fax an updated request to the address/fax number shown above.

Liberty/Crespo 1398

03/20/2016 11:41:17 PM -0400 FAXCOM                                PAGE 3    OF 4


**Ochsner**
Health System

## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION
*(See back of form for facility locations)*

Patient's Name _____  Date of Birth _____

Address _____  Phone # _____

I, _____ , hereby authorize
FULL NAME OF PATIENT

_____ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service _____ to _____

The information which is checked (X) below is to be released to:

_____

NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

_____
ADDRESS                              CITY                   STATE        ZIP

Purpose for Release:  ☐Medical    ☐Insurance   ☐Legal   ☐Other _____

Check off items being released:

☐ Discharge Summary                  ☐ Pathology Reports       ☐ X-ray Report _____
☐ Discharge Instructions/After Visit Summary   ☐ Laboratory     ☐ Radiology films
☐ History & Physical                 ☐ Cardiology              ☐ ER Record
☐ Consultation Reports               ☐ Clinic Visit            ☐ Entire Record
☐ Progress Notes                     ☐ Abstract                Other _____
                                     ☐ Operative Report

Method of Delivery:   ☐Paper   ☐Fax # _____   ☐ Email _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B).  To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
*(Patient's Signature)*

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
*(Patient's Signature)*

I, _____ , authorize the release of **psychiatric** information.
*(Patient's Signature)*

I, _____ , authorize the release of **genetic testing** information.
*(Patient's Signature)*

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication.  I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected.  I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it.  Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA  70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):

_____

**If expiration date is left blank, authorization will expire within one year.**

_____   _____   _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE   RELATIONSHIP TO PATIENT   DATE SIGNED

_____   _____
ADDRESS                                     PHONE NUMBER

_____   _____   _____
SIGNATURE OF WITNESS (if patient is unable to sign)   RELATIONSHIP TO PATIENT OR CREDENTIALS   DATE SIGNED

FOR HIM USE ONLY: Date Rec'd _____   Date Processed _____   Time Frame _____   Processed By _____   # Pages/Amount _____

Form No. 20651  (Rev. 7/10/2015)

Liberty/Crespo 1399



# FACILITY LOCATIONS

**Ochsner Medical Center**
**Ochsner Health Centers**
1514 Jefferson Highway
New Orleans, LA  70121
Phone:  (504) 842-2832
Fax:  (504) 842-4047

**Ochsner Baptist**
**Medical Center**
**Ochsner Health Centers**
2700 Napoleon Avenue
New Orleans, LA  70115
Phone:  (504) 894-2173
Fax:  (504) 894-2460

**Ochsner Medical Center**
**Baton Rouge**
**Ochsner Health Centers**
17000 Medical Center Drive
Baton Rouge, LA  70816
Phone:  (225) 236-5917
Fax:  (225) 236-5469
  or  (225) 761-5939

**Ochsner Kenner**
**Medical Center**
**Ochsner Health Centers**
180 West Esplanade Avenue
Kenner, LA  70065
Phone:  (504) 464-8066
Fax:  (504) 464-8093

**Ochsner Medical Center**
**North Shore**
**Ochsner Health Centers**
100 Medical Center Drive
Slidell, LA   70461
Phone:  (985) 646-5009
Fax:  (985) 646-5606

**Ochsner Medical Complex**
**River Parishes**
502 Rue de Sante
Laplace, Louisiana 70068

*Request for medical records for visits*
*ON or AFTER Nov. 1, 2014 contact:*
*Ochsner Kenner Medical Center*

**Ochsner St. Anne General**
**Ochsner Health Centers**
4608 Hwy One
Raceland, LA  70394
Phone:  (985) 537-8364
Fax:  (985) 537-8296

**Ochsner Westbank**
**Medical Center**
**Ochsner Health Centers**
2500 Belle Chasse Highway
Gretna, LA  70056
Phone:  (504) 207-2525
Fax:  (504) 391-5115

Liberty/Crespo 1400

**n0121134**

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Thursday, March 10, 2016 9:32:32 AM |
| **To:** | Gretchen Lewis (glewis@mls-ime.com) |
| **Subject:** | Paige Crespo |

Good Morning Gretchen,


Is there any way you can postpone the Neuropsych Eval for Paige Crespo?  As of right now we actually may not even need it but I'm waiting for a review to come back from a Neuropsych Peer who is reviewing her Neuropsych Eval from last October.  We may still need it but I don't' want to have her go and pay for it if this other report comes back indicating that it's not necessary.  So can you just postpone it until you hear back from me?


Thanks,

Todd


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original

and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1402

**n0121134**

---

**From:**       Gretchen Lewis
**Sent:**       Thursday, March 10, 2016 9:40:24 AM
**To:**         Youngberg, Todd
**Subject:**    RE: Paige Crespo

Hi Todd,

I will call an cancel it.    I know she called the Dr's office the other day complaining about where he was located.

If you need it rescheduled, just let me know.

Thanks !
Gretchen


**From:** Youngberg, Todd [mailto:TODD.YOUNGBERG@LibertyMutual.com]
**Sent:** Thursday, March 10, 2016 9:33 AM
**To:** Gretchen Lewis <GLewis@mls-ime.com>
**Subject:** Paige Crespo


Good Morning Gretchen,


Is there any way you can postpone the Neuropsych Eval for Paige Crespo?   As of right now we actually may not even need it but I'm waiting for a review to come back from a Neuropsych Peer who is reviewing her Neuropsych Eval from last October.   We may still need it but I don't' want to have her go and pay for it if this other report comes back indicating that it's not necessary.   So can you just postpone it until you hear back from me?


Thanks,

Todd


Todd D Youngberg

Liberty/Crespo 1403

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.


"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."

Liberty/Crespo 1404

**n0121134**

| | |
|---|---|
| **From:** | Paige Crespo |
| **Sent:** | Wednesday, March 09, 2016 12:56:31 PM |
| **To:** | Youngberg, Todd |
| **Subject:** | Re: Test |

Hmmm.   I'm gonna call you tomorrow. We can talk.

Paige

Sent from my iPhone

On Mar 9, 2016, at 11:40 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:


Hey Paige,


He was the closest Neuropsychologist our vendor had to you, what we can offer is transportation and overnight accommodations if you require it?


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

Liberty/Crespo 1405

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Paige Crespo [mailto:pfridaycrespo@att.net]
**Sent:** Wednesday, March 09, 2016 12:36 PM
**To:** Youngberg, Todd
**Subject:** Re: Test

Todd,

I just really looked at this letter.   Seriously??? This Dr is n Houston.    Can we not find one in New Orleans?

Paige

Sent from my iPhone

On Mar 7, 2016, at 7:25 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:

Good Mornign Paige,

Please find enclosed the Neuropsych Testing scheduling letter that was previously sent to you.   If you have any questions please do not hesitate to contact me.

Regards,

Todd Youngberg

<5458678-MEDICAL-INDEPENDENT EXAMSEVALUATIONS-03.02.2016.pdf>

Liberty/Crespo 1407

**n0121134**

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Monday, March 07, 2016 8:25:03 AM |
| **To:** | pfridaycrespo@att.net |
| **Subject:** | Test |
| **Attachments:** | 5458678-MEDICAL-INDEPENDENT EXAMSEVALUATIONS-03.02.2016.pdf |

Good Mornign Paige,


Please find enclosed the Neuropsych Testing scheduling letter that was previously sent to you.   If you have any questions please do not hesitate to contact me.


Regards,


Todd Youngberg

Liberty/Crespo 1408

**n0121134**

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Monday, March 07, 2016 8:35:11 AM |
| **To:** | pfridaycrespo@att.net |
| **Subject:** | Social Security Reminder |

Good Morning Paige,


This is to also remind you that we are awaiting proof of your filing for Social Security Disability benefits.   This proof is due by 4/6/16.   Should you have any questions or concerns regarding it, please do not hesitate to contact me.



Regards,



Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576



P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1409





MLS National Medical Evaluation Services

Phone: 888.657.4634  |  Fax: 248.356.6757  |  www.mls-ime.com

03/02/2016

Paige Crespo

RE:     (Short/Long) Term Disability Benefits
        Company Name – Liberty Mutual
        Claim #:        5458678

Dear Paige Crespo:

Liberty Life Assurance Company of Boston, your disability benefits provider, has requested that MLS National Medical Evaluation Services schedule you for an independent neuropsychological evaluation.

You may not cancel or change this appointment without the approval of your claims case manager.  If an emergency situation arises which prevents you from attending this appointment, you must contact your claims case manager at Liberty Mutual as soon as possible at 8884406118.

This examination will be performed by:

**DOCTOR:**           **Joseph  Yohman  Ph.D.**

**ADDRESS:**          **11914 Astoria Blvd., Ste. 490**
                      **Houston ,TX 77089**

**PHONE:**            **(281) 484-9973**

Your appointment has been scheduled for:

**DATE:**             **03/30/2016**

**TIME:**             **8:00 AM- 5:00PM**
 If you need directions, call the number listed above.

Please bring to the appointment:
                      - Glasses if needed.
                      - Hearing Aide(s) if needed.
                      - List of medication (s) you take.





**MLS National Medical Evaluation Services**

Phone: 888.657.4634  |  Fax: 248.356.6757  |  www.mls-ime.com

> - Name (s) of your doctor (s).
> - Snack or a lunch, if you will need to eat before a break can be given.

Please contact the doctor's office to confirm your appointment and, if necessary, obtain directions to the office.  Liberty is responsible for paying for the IME, however, should you fail to attend the IME and you fail to cancel the IME, you will be responsible for paying any missed appointment fee that is assessed to Liberty.

This physician is not authorized to give medical advice or treatment with respect to your condition.

If you or your representative wish to review the results of this examination, Liberty Life Assurance Company will provide the results to your attending physician.  You may then schedule an appointment with your attending physician.   Dr. Yohman is not authorized to share the results with you directly.  Liberty Life Assurance Company of Boston will pay all fees for this examination.  Do not accept billing or make payment for this examination.

Please call if you have any questions regarding this examination.

Sincerely,


MLS National Medical Evaluation Services

cc:     Liberty Life, Todd  Youngberg
        File

Liberty/Crespo 1411

**n0121134**

| | |
|---|---|
| **From:** | Gretchen Lewis |
| **Sent:** | Tuesday, March 01, 2016 2:51:50 PM |
| **To:** | Youngberg, Todd |
| **Subject:** | MLS exam notification for case 5458678. |

Hello Todd :

Paige Crespo has been scheduled for an appointment with Dr. Joseph   Yohman on 03/30/2016 8:00 AM.
The fees for the Neuropsych eval are: $8500-9500 IME, $2200 no show.
Please let me know if the fees are approved.

If you have any questions, please do not hesitate to contact me at 888-657-4634.

Thank you,
Gretchen Lewis
MLS Group

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

Liberty/Crespo 1412

**n0121134**

| | |
|---|---|
| **From:** | GRP MKT MD Referral |
| **Sent:** | Friday, February 26, 2016 7:50:06 AM |
| **To:** | Youngberg, Todd |
| **Cc:** | GMKT MD Referral Wallingford |
| **Subject:** | Referral 5458678 - CRESPO,   PAIGE - Assignment Notification |

Thank you for this referral.

The referral has been assigned to Timothy Belliveau Ph.D in the Wallingford office.

If you have questions regarding the status of this referral, please review the daily status report.   If you have further questions, please contact the Medical Department in the Dover office.

(Please do not respond to this e-mail, as this is a system generated e-mail and responses are not monitored.)

Office: GM - Wallingford
Claim Number: 5458678
Claimant: CRESPO,   PAIGE
Priority Status: 2
Date of Disability: 4/11/2015
Product Type: LTD
Disability Level: Own Occupation
Claim Status: AP
Date Referred: 2/25/2016
Date Report Needed: 3/14/2016
Policy Holder: OCHSNER CLINIC FOUNDATION
Referred By: YOUNGBERG, TODD   096   8*731-0280
Diagnosis: 851.40 Cerebellar or brain stem contusion without mention of open intracranial wound, unspecified state of consciousness,   01.24 Other craniotomy

Questions or Issues for Physician: File recently reviewed by DR. BELLIVEAU and should be returned to DR. BELLIVEAU for addendum review, a copy of clmts Neuropsych Eval has been obtained dated from 10/2015.   Dr. Belliveau should review and address whether it supports any specific cognitive and/or psychiatric restrictions, if so, please comment on what the restrictions are as well as the expected duration theyre supported for?

We also just recently are in the process of scheduling our own Independent Neuropsych Eval, should we continue to proceed with completing that evaluation or is this evaluation sufficient to confirm her cognitive ability?

Liberty/Crespo 1413

Liberty/Crespo 1414

# Liberty Mutual Consulting Physician Referral
## File Review - Standard

**Physician Specialty: Neuropsychology**

| | | |
|---|---|---|
| Office: 0163 | Claim #: 5458678 | |

**Document Locations**
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Claimant Name: PAIGE  F  CRESPO

Date of Birth:                                          Claim Status: AP

Date of Disability: 4/11/2015                 Date Sent: 2/25/2016

Claimant SSN:                                       Date Benefits Began: 10/10/2015

Product Type: LTD                              Paid Through: 4/10/2039

Disability Level: Own Occupation

Policyholder/Self-Insured Plan Holder:    OCHSNER CLINIC FOUNDATION

Referred By:    YOUNGBERG, TODD  096  8*731-0280

Assigned Nurse Case Manager:

Diagnosis:    851.40 Cerebellar or brain stem contusion without mention of open intracranial wound,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

File recently reviewed by DR. BELLIVEAU and should be returned to DR. BELLIVEAU for addendum review, a copy of clmt's Neuropsych Eval has been obtained dated from 10/2015.  Dr. Belliveau should review and address whether it supports any specific cognitive and/or psychiatric restrictions, if so, please comment on what the restrictions are as well as the expected duration they're supported for?

We also just recently are in the process of scheduling our own Independent Neuropsych Eval, should we continue to proceed with completing that evaluation or is this evaluation sufficient to confirm her cognitive ability?

**FAX TRANSMITTAL FORM**    [ 7 ]
TOTAL PAGES INCLUDING THIS PAGE

*Precise*

Printing Corporation
2826 GREENWOOD STREET / KENNER, LOUISIANA 70062
504-465-2006 / FAX: 504-465-2009 / E-MAIL: PRECISE1@BELLSOUTH.NET

TO: Todd Youngberg

DATE: 2/25/16

FROM: PAige Crespo

FAX #

Liberty/Crespo 1415

Crespo, Paige Friday (MR # 1773053)

**Paige Friday Crespo**
**10/12/2015 8:30 AM   Initial consult**
**MRN: 1773053**

Description: **Female DOB:**
Provider: **Brian M. Mizuki, PsyD**
Department: **Nomc Neuropsych Clinic**

## Patient Information

| Patient Name | | Sex | DOB |
|---|---|---|---|
| Crespo, Paige Friday | | Female | |

## Progress Notes by Brian M. Mizuki, PsyD at 10/14/2015  1:08 PM

| Author: Brian M. Mizuki, PsyD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 10/14/2015  1:13 PM | Note Time: 10/14/2015 1:08 PM | Note Type: Progress Notes |
| Status: Signed | Editor: Brian M. Mizuki, PsyD (Physician) | |

**Sensitive Note.**

### NEUROPSYCHOLOGICAL EVALUATION - CONFIDENTIAL

**REFERRAL SOURCE:** Fawad Khan, MD
**MEDICAL NECESSITY:** Evaluate cognitive functioning to assess for decline post MCA aneurysmal rupture.
**DATE CONDUCTED:** 10/12/2015

**SOURCES OF INFORMATION:** The following was gathered from a clinical interview with Ms. Paige Crespo and a review of the available medical records. Ms. Crespo expressed an understanding of the purpose of the evaluation and consented to all procedures. *Total licensed billing psychologist's professional time including clinical interview, test administration and interpretation of tests administered by the billing psychologist, integration of test results and other clinical data, preparing the final report, and personally reporting results to the patient (96118)= 4 hours. Total technician time (96119) = 4 hours.*

**HISTORY OF PRESENT ILLNESS:** Ms. Paige Crespo is a 43-year-old, right-handed, Caucasian female with 18 years of education who was referred for a cognitive evaluation following a MCA aneurysmal rupture with intraparenchymal hemorrhage on 4/10/15. She recalled having an out of body experience on that day, with friends later telling her that she was also complaining of a severe headache. The symptoms began at 6:30pm, she was taken to the emergency room, the diagnosis was made, and she underwent aneurysm clipping by 9:30pm. She reportedly had several seizures during that time period, but has not experienced any since 4/10/15. Ms. Crespo reportedly had left side weakness, but this quickly resolved. She was in the hospital for 2 months and felt that she returned to her baseline in most areas, with only a few mild changes noted.

Ms. Crespo denied any changes in memory, attention, or language abilities. She has noticed problems with navigation, especially when trying to retrace her steps to where she parked her car. Otherwise, she has not noticed any changes/problems in her cognitive or daily functioning. Ms. Crespo has a persistent left homonymous hemianopsia. She denied any other changes in sensory or motor abilities. She also denied any changes in personality, although her husband reportedly believes this to be the case. However, she indicated that there was marital strain prior to the hemorrhage.

Liberty/Crespo 1416

Crespo, Paige Friday (MR # 1773053)

Ms. Crespo is independent in activities of daily living with no reported problems. She has no difficulty remembering to take her medications, she uses her phone to track appointments, and she continues to manage the family finances. She also completes all household tasks with no problems. She resumed driving shortly after her discharge from the hospital and recently passed a formal, on-the-road driving evaluation with no suggested restrictions. She denied any difficulties with driving.

Ms. Crespo has been a nurse anesthetist for 15 years. She has not worked since the hospitalization. She firmly believes that she could return to her position and continue to work at her previous high level. However, she continues to stay focused on her recovery and parenting responsibilities rather than rushing back to work. In fact, she was currently transitioned to long-term disability and will be terminated from her position. In addition to losing her job, Ms. Crespo indicated that she would also lose her license if she is not working consistently. She believes this would likely end her career as a nurse anesthetist and force her to consider a different career path.

**ADDITIONAL MEDICAL HISTORY:** Ms. Crespo's history is also remarkable for 2 autoimmune conditions, undifferentiated inflammatory arthritis and undifferentiated connective tissue disease. She endorsed occasional problems with sleep initiation, as it can take her several hours to fall asleep on some nights. She takes Ambien during these instances. She denied any problems with sleep maintenance. Ms. Crespo feels that she still needs more sleep since the hospitalization as she can quickly feel fatigued, although she does not nap. She typically tries to get 8-10 hours of sleep per night. Ms. Crespo denied a history of tobacco use. She drinks 1 glass of wine every night and denied a history of substance abuse.

Impressions offered from a head CTA on 6/17/15 include: "Evolving postoperative change right frontal parietal craniotomy and cranioplasty with underlying right MCA mucin clipping. Reduced size hypodense extra-axial collection underlies the craniotomy superficial to the duraplasty suggestive for evolving subdural hygroma. No evidence for new hemorrhage or new abnormal parenchymal attenuation. Small extra-axial enhancing hyperdense lesion along the right aspect of the interhemispheric fissure suggestive for meningioma."

**CURRENT MEDICATIONS:** verapamil.

**PSYCHIATRIC HISTORY:** Ms. Crespo described an unremarkable pre-morbid psychiatric history. However, she has noticed some changes in her mood since the hemorrhage. She does not feel depressed; rather, she finds that she does not feel "happiness" or "excitement." She described herself as feeling "flat." Ms. Crespo has a counselor for both individual and marital therapy and is interested in finding a psychiatrist for a SSRI. She denied a history of suicidal ideation. She does not feel that she is anxious, but she did describe occasional intrusive ruminative thoughts.

Ms. Crespo is very aware of the seriousness of her medical event. She continues to have a difficult time "wrapping [her] mind" around the fact that she almost died. However, she does not dwell on this fact. She is more hypervigilant about neurological symptoms, especially with other people in her life. She has not experienced a headache since she was discharged from the hospital and is aware that she may become anxious when she does finally have one.

**FAMILY HISTORY:** Ms. Crespo's family history is unremarkable. She has 3 children, ages, 10, 8, and 6.

Liberty/Crespo 1417

Crespo, Paige Friday (MR # 1773053)

**PSYCHOSOCIAL HISTORY:** Ms. Crespo denied any problems with learning throughout her education and described herself as a very strong student. She obtained a master's degree in anesthesiology.

**BEHAVIORAL OBSERVATIONS:** Ms. Crespo arrived on time for the evaluation and was unaccompanied. She was appropriately dressed and groomed. No motor or sensory problems were noted. Speech was of normal rate, volume, and prosody. Expressive and receptive language were grossly intact. She presented with a normal range of affect. She was insistent about the lack of change/problems she has experienced since the hemorrhage. Ms. Crespo was engaged and attentive throughout testing. She had no difficulty understanding or following test instructions. She had a very fast pace throughout testing, that actually resulted in several errors. The following test results appear to be a valid and reliable measure of her current cognitive abilities.

**TEST RESULTS:** Test results are also included in an appendix to this report.

Ms. Crespo was fully oriented to time and place. Baseline abilities were estimated to be in the high average range. She demonstrated average to above average auditory attention/initial encoding with average working memory, processing speed, planning, set shifting/divided attention, and conceptual reasoning/problem solving skills. In regards to language abilities, she demonstrated superior semantic verbal fluency, average letter verbal fluency, and average confrontation naming. Testing revealed a mild deficit in visuospatial skills. Her copy of a complex figure was slightly below expectation. Her copy revealed mild difficulties in her ability to accurately perceive the entire gestalt of the figure. Several details were compressed or inaccurate and 1 detail was missing. Fine motor abilities were below average for her dominant right hand and impaired for her non-dominant left hand.

Ms. Crespo's encoding of a supraspan word list was average as she demonstrated a gradual positive learning curve across the 5 trials (6, 9, 12, 13, and 13/15 words). She recalled 13/15 words following exposure to a distracter list. She demonstrated perfect retention following a long delay, recalling 13/15 words. Recognition was below expectation as she correctly identified all 15 words, but made 7 false positive errors (4 from the distracter list). Ms. Crespo's encoding of 2 short stories was superior. She demonstrated intact retention following a long delay and her overall recall as again superior. Her responses to yes/no questions pertaining to the stories was within normal limits. Ms. Crespo's encoding of simple geometric shapes was below average. She demonstrated strong retention following a long delay and her overall recall was average. Recognition was perfect.

Ms. Crespo also completed a comprehensive inventory designed to measure a wide range of psychopathology. She attended appropriately to item content and responded in a consistent fashion. She evidenced slightly defensive responding. Her clinical profile was within normal limits, although she endorsed moderate issues in some areas. She described herself as having an elevated and variable mood. She may be a slightly rigid individual and seen by others as controlling. It also appears important for her to be perceived as competent by others. Ms. Crespo described a stable, positive self-evaluation, although she is currently very aware of her physical functioning. She denied thoughts pertaining to self-harm. She is less interested in treatment than most.

**SUMMARY AND IMPRESSIONS:** Ms. Paige Crespo is a 43-year-old female who was referred for a cognitive evaluation following a MCA aneurysmal rupture with intraparenchymal hemorrhage on 4/10/15. She believes that she has generally returned to her cognitive baseline since that time, with

Crespo, Paige Friday (MR # 1773053) Printed by Brian M. Mizuki, PsyD [230186] at 10/...    Page 3 of 6

Liberty/Crespo 1418

Crespo, Paige Friday (MR # 1773053)

mild changes in navigation and persistent left homonymous hemianopsia. She is independent in activities of daily living with no reported problems. She has not returned to her position as a nurse anesthetist since the hemorrhage.

Consistent with Ms. Crespo's self-report, she demonstrated strongly intact cognition in most domains of cognitive functioning. Specifically, testing revealed average to above average learning/memory, language, processing speed, complex/divided attention, working memory, and conceptual reasoning/problem solving skills. She did demonstrate several mild weaknesses that are suspected to be a slight change from baseline. Ms. Crespo appears to have experienced a mild decline in visuospatial skills, which likely contributes to her reported difficulties with navigation. She also evidenced a slight weakness with source memory, meaning that she can be somewhat susceptible to interference. Fine motor abilities for her left hand also appear to be compromised. While these weaknesses were noteworthy, the overall findings are very encouraging and are consistent with Ms. Crespo's self-perception that she has generally returned to her cognitive baseline.

**RECOMMENDATIONS:**

1. Ms. Crespo expressed interest in a psychiatric consultation. In addition to describing a "flat" mood, she also endorsed symptoms suggestive of anxiety with ruminative thinking. She can contact that department of psychiatry at Ochsner Main Campus at 504-842-4025.

2. Ms. Crespo is encouraged to continue to use compensatory strategies and remain as externally organized as possible. Strategies can include using the calendar function on her phone, keeping notes for important information, and/or setting alerts/timer to remind her of important times/events.

3. Ms. Crespo is encouraged to return for a re-evaluation in 12-18 months to assess for interval change. If a decline in her cognitive status is noted prior to that time, an earlier evaluation may be warranted.

I will provide Ms. Crespo the results of the evaluation over the phone.

Thank you for allowing me to participate in Ms. Crespo's care. If you have any questions, please contact me at 504-842-8613.

Brian Mizuki, Psy.D.
Clinical Neuropsychologist
Ochsner Health System – Department of Neurology

**APPENDIX**
*TESTS ADMINISTERED:* Clinical Interview and Review of Records, Test of Premorbid Functioning (TOPF), Selected subtests from the Wechsler Adult Intelligence Scale – 4th Edition (WAIS-IV), Logical Memory subtest form the Wechsler Memory Scale – 4th Edition (WMS-IV), Rey Verbal Learning Test (RVLT), Brief Visuospatial Memory Test – Revised (BVMT-R, form 1), Rey Complex Figure (copy trial only), Wisconsin Card Sorting Test (WCST, 64 card version), selected subtests from the Delis Kaplan Executive Function System (D-KEFS), Naming subtest from the Neuropsychological Assessment Battery (NAB), Grooved Pegboard Test, and the Personality Assessment Inventoryr (PAI).

Liberty/Crespo 1419

Crespo, Paige Friday (MR # 1773053)

**TOPF**                          Standard Score
+ simple demographics            110 (predicted = 112)

**WAIS-IV**                       Index   Percentile
Working Memory Index             102     55%
Processing Speed Index           97      42%

Individual subtests              Scaled Score
Block Design                     7
Digit Span                       11
    LDF       7 (raw)
    LDB       6 (raw)
    LDS       7 (raw)
    RDS       11
Arithmetic                       10
Symbol Search                    9
Coding                           10

**WMS-IV**
Logical Memory I                 14
Logical Memory II                14
Logical Memory II Recog.         24/30 (raw) 26-50% (base rate)

**RVLT**                          Z scores
T1                                -0.3
T2                                -0.1
T3                                0.5
T4                                0.6
T5                                0.3
Total                             0.2
List B                            -1.1
IR                                1.0
DR                                1.0
Recog.                            0.7 (15/15 hits, 7 false positive errors)

**BVMT-R**                        T-scores
T1                                39
T2                                41
T3                                45
Total                             40
DR                                53
Retention                         >16%
Rec Discrim                       >16%
Rec Response Bias                 >16%
Copy                              slightly below expectation, 1 error

**NAB**                           T-scores
Naming                            52 (30/31, +1 with semantic cue)

Liberty/Crespo 1420

**n0121134**

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Wednesday, February 24, 2016 7:57:58 AM |
| **To:** | 'Paige Crespo' |
| **Subject:** | RE: Social Security/Testing |

Thank You Paige for the info,


We're not trying to give you a hard time, as part of the process of being on a claim, we have to continuously evaluate it to ensure that you continue to meet the definition of disability as outlined in the Policy.   Please let me know if you have any further questions or concerns.


Regards,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1421

**From:** Paige Crespo [mailto:pfridaycrespo@att.net]
**Sent:** Tuesday, February 23, 2016 6:27 PM
**To:** Youngberg, Todd
**Subject:** Re: Social Security/Testing

Hey. So Dr is Brian Mizuki Ochsner. Same address as all the other doctors. So what's going on Todd? Why is Liberty mutual starting to give me s hard time??

Paige.

Also got all info to my ex to fax. Should be recieving tomorrow.   I still have received nothing about so sec.

Paige

Sent from my iPhone

On Feb 19, 2016, at 7:03 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:

Yes, you can place attention to me and fax to 603-334-3576.

Thank You,

Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Liberty/Crespo 1422

Fax: 603-334-3576

P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Paige Crespo [mailto:pfridaycrespo@att.net]
**Sent:** Thursday, February 18, 2016 5:03 PM
**To:** Youngberg, Todd
**Subject:** Re: Social Security/Testing

No. I have to send it w husband. I'll see him tom morning. And I'll just put attn you?

Sent from my iPhone

On Feb 18, 2016, at 3:38 PM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:

Good Afternoon Paige,

Have you had a chance to fax the evaluation over as of yet?   Please send at your earliest opportunity.

Thank You,

Todd D Youngberg

Liberty/Crespo 1423

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576

P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Paige Crespo [mailto:pfridaycrespo@att.net]
**Sent:** Wednesday, February 17, 2016 4:06 PM
**To:** Youngberg, Todd
**Subject:** Re: Social Security/Testing

Yes I will fax what I have and you can let me know if it is sufficient.   Also will still send dr name as well.

Paige

Sent from my iPhone

On Feb 17, 2016, at 9:56 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:

Hey Paige,

Liberty/Crespo 1424

If you have a copy of the actual Neurpsych report from October then yes please fax it to me at 603.334.3576.


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.


**From:** Paige [mailto:pfridaycrespo@att.net]
**Sent:** Wednesday, February 17, 2016 10:55 AM
**To:** Youngberg, Todd
**Subject:** Re: Social Security/Testing


Yes I have to look for his card. Not sure of his name. And I believe it was in October. Now I was able to locate my copy of the report. Do you want me to

Liberty/Crespo 1425

fax it to you? Or do you need it from hospital?

PAIGE


Sent from my iPad


On Feb 17, 2016, at 7:14 AM, Youngberg, Todd
<TODD.YOUNGBERG@LibertyMutual.com> wrote:

Good Morning Paige,


Just wanted to follow up with you regarding my email from Monday, when did you undergo the Neuropsych Eval and who was the Dr. that completed it as well as their contact info?


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via

return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Paige Crespo [mailto:pfridaycrespo@att.net]
**Sent:** Monday, February 15, 2016 11:06 AM
**To:** Youngberg, Todd
**Subject:** Re: Social Security/Testing

Todd I will look to make sure I don't have any paperwork in just a little bit.  Yes I took a test.  What do you need? The Dr's name??

Paige

Sent from my iPhone

On Feb 15, 2016, at 8:54 AM, Youngberg, Todd <TODD.YOUNGBERG@LibertyMutual.com> wrote:

Good Morning Paige,

At your earliest convenience, can you please forward me a copy of your new proof of applying for Social Security Disability application as we require a copy for your claim file.  Additionally, did you undergo any Neuropsychological Testing in October or November 2015?

Thank You,

Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Liberty/Crespo 1427

Fax: 603-334-3576

P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1428

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1429



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

February 22, 2016

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits.  These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Social Security Attorney, a Social Security claimant representative.  Social Security Attorney specializes in preparing Social Security Disability claims and, when necessary, representing claimants.  They have a 90% success rate in obtaining awards.  Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.  If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits.  This will be explained to you in greater detail upon accepting representation by Social Security Attorney.

1  of  2

Liberty/Crespo 1430

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Ochsner Clinic Foundation's LTD Policy and it is important that you begin this process immediately.  Therefore, please initiate your application within 45 days from the date of this letter, April 6, 2016.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Liberty equal to an estimated amount of Social Security benefits.  Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration.  If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Liberty will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources.  If you are entitled to retroactive benefits, you may receive a significant payment from Social Security.  This money is essentially money that Liberty advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments:   Advantages of Social Security Disability Benefits Form

Liberty/Crespo 1431

# <u>Advantages of Social Security Disability Benefits</u>

- **Increased Disability Benefits**
  - ° **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**

- **Increased Retirement Benefits**
  - ° **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be <u>*substantially higher*</u>.**

- **Cost of Living Adjustment (COLA) Raises**
  - ° **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**

- **Tax Free Income**
  - ° **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**

- **Medicare Coverage**
  - ° **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - ° **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - ° **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**

- **COBRA Extension**
  - ° **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**

- **Return To Work Incentives**
  - ° **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Liberty/Crespo 1432

# Liberty Mutual - Independent Evaluation

## Neuropsych Testing

Requested By:    Todd D. Youngberg
Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 437-7611 x10280
Fax:    (603) 334-3576

Document Locations
- [✔] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | OCHSNER CLINIC FOUNDATION | Date Sent: | 2/22/2016 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | PAIGE  F  CRESPO | Claim #: | 5458678 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | ( |
| State: | | Claimant DOD: | 4/11/2015 |
| Zip: | | Primary Diagnosis: | Cerebellar or brain stem contusion without mentio |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Neuropsychology | Physician: Phone/Fax | Dr. Khan, ph: 504-842-4000 |

Referral Questions:                                    Vendor Chosen:        MLS Group of Companies

Claimant Name:    PAIGE  F  CRESPO

Liberty/Crespo 1433

# Liberty Mutual - Independent Evaluation

## Neuropsych Testing

Recommended procedures and questions for the examiner:

General orientation: Documentation of the neuropsychological evaluation should encompass record review, clinical interview, relevant behavioral observations, objective evaluation of performance / symptom validity, cognitive evaluation, psychological evaluation, diagnosis, and response to specific referral questions. Please include a list of all neuropsychological evaluation procedures used, relevant observations of the examinee's behavior during the assessment process, and description of any procedural adaptations. Please include all relevant validity and clinical test scores in the report of neuropsychological examination or a Data Summary.

Procedures: The validity of the obtained exam results cannot be interpreted with confidence in the absence of objective psychometric indicators of examinee effort and symptom validity. Therefore, it is expected that the neuropsychological examination include use of multiple indices of performance validity and symptom validity, including both "stand alone" validity tests and "embedded" validity indices. For determination of examinee effort / validity of the cognitive assessment data, at least 3 validity indices should be used (with inclusion of the Word Memory Test or Nonverbal Medical Symptom Validity Test preferred). For determination of the validity of the examinee's response pattern during psychological testing, inclusion of the Minnesota Multiphasic Personality Test – 2 (MMPI-2) or Minnesota Multiphasic Personality Inventory – 2: Restructured Form (MMPI-2 RF) is expected.

Specific issues / questions:

1) Regarding validity: Describe the results of validity assessment. Are the obtained results considered to represent valid indicators of the examinee's actual cognitive and emotional-behavioral functioning?

2) Regarding cognitive functioning: Are the evaluation results indicative of cognitive impairment? If so, please identify specific functional cognitive deficits, the severity of any such deficits, and the most likely etiology for them. If present, would such cognitive impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any cognitive impairment.

3) Regarding motor functioning: Please complete an objective assessment of grip strength, fine motor speed, and fine manual dexterity, and report these results and any associated significance of them.

4) Regarding psychological functioning: Are the evaluation results indicative of psychological dysfunction or mental disorder? If so, please identify the psychiatric diagnosis, and the severity of any associated dysfunction. If present, would such psychiatric impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any psychiatrically-based impairment.

Instructions For Vendor:

Claimant Name:    PAIGE  F  CRESPO

Liberty/Crespo 1434

## Liberty Mutual - Independent Evaluation

### Neuropsych Testing

Recommend that any examiner identified to provide the neuropsychological examination be board certified in Clinical Neuropsychology with the American Board of Professional Psychology. A member directory is available through the website for The American Academy of Clinical Neuropsychology (www.theaacn.org), cross referenced by State of practice.

Attorney Information (if applicable):

Claimant Name:    PAIGE  F  CRESPO

Liberty/Crespo 1435

02/19/2016 5:00:33 AM -0500 FAXCOM                                    PAGE 1    OF 4

**MRO**
P.O. Box 61507
King of Prussia, PA 19406

 **MRO**

Fax:     (610) 962-8421
Phone:   (888) 252-4146

**Request Number: 12485576**
**Tracking #: OCHS5C3WT59BR**

**Timothy Belliveau**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7206
London, KY 40742

Track your request at www.ROILOG.com; **enter
your Tracking # and Request Number.**

**Date:**   2/19/2016
**Phone:**  860-571-2306
**Fax:**    866-841-1415

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below).  In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421.  Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com**.  Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

| | |
|---|---|
| **Patient Name:  PAIGE CRESPO** | **Your Request Date:**       2/7/2016 |
| **Date of Birth:** | **Your Reference Number:**  5458678 |
| | **Date Received at Facility:**  2/18/2016 |

Your request is being processed by MRO on behalf of the following facility:

**Facility:**      **Ochsner Main Campus Jefferson**
1514 Jefferson Highway
Jefferson, LA 70121

The issue related to this request is: **Missing Redisclosure Statement**

The authorization must state that information disclosed pursuant to the authorization may be redisclosed by the recipient and no longer protected by the federal privacy regulations. Privacy Rule, 45 C.F.R. § 164.508(c)(2).

Liberty/Crespo 1436

**MRO**
P.O. Box 61507
King of Prussia, PA  19406

 **MRO**

Fax:     (610) 962-8421
Phone:   (888) 252-4146

**Request Number: 12485576**
**Tracking #: OCHS5C3WT59BR**

**Timothy Belliveau**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7206
London, KY  40742

Track your request at www.ROILOG.com; enter
your Tracking # and Request Number.

Date:    2/19/2016
Phone:   860-571-2306
Fax:     866-841-1415

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below).  In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421.  Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com**.  Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

Patient Name: **PAIGE CRESPO**          Your Request Date:         2/7/2016
Date of Birth:                          Your Reference Number:     5458678
                                        Date Received at Facility: 2/18/2016

Your request is being processed by MRO on behalf of the following facility:

Facility:      **Ochsner Main Campus Jefferson**
               1514 Jefferson Highway
               Jefferson, LA  70121

The issue related to this request is: **## Confirm Mailing Address**

   The facility has received a request for medical records from your organization. Please provide the mailing address where the records should be sent. Please mail/fax an updated request to the address/fax number shown above.

Liberty/Crespo 1437

 **Ochsner**
Health System

## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION
*(See back of form for facility locations)*

Patient's Name _____    Date of Birth _____

Address _____    Phone # _____

I, _____ , hereby authorize
FULL NAME OF PATIENT

_____ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service _____ to _____
The information which is checked (X) below is to be released to:

_____
NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

_____
ADDRESS                              CITY                STATE        ZIP

Purpose for Release: ☐Medical   ☐Insurance   ☐Legal   ☐Other _____
Check off items being released:

☐ Discharge Summary
☐ Discharge Instructions/After Visit Summary
☐ History & Physical
☐ Consultation Reports
☐ Progress Notes

☐ Pathology Reports
☐ Laboratory
☐ Cardiology
☐ Clinic Visit
☐ Abstract
☐ Operative Report

☐ X-ray Report _____
☐ Radiology films
☐ ER Record
☐ Entire Record

Other _____

Method of Delivery:   ☐Paper   ☐Fax # _____        ☐ Email _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
(Patient's Signature)

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
(Patient's Signature)

I, _____ , authorize the release of **psychiatric** information.
(Patient's Signature)

I, _____ , authorize the release of **genetic testing** information.
(Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):

_____

**If expiration date is left blank, authorization will expire within one year.**

_____    _____    _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE    RELATIONSHIP TO PATIENT    DATE SIGNED

_____    _____
ADDRESS                              PHONE NUMBER

_____    _____    _____
SIGNATURE OF WITNESS (if patient is unable to sign)    RELATIONSHIP TO PATIENT OR CREDENTIALS    DATE SIGNED

FOR HIM USE ONLY: Date Rec'd _____ Date Processed _____ Time Frame _____ Processed By _____ # Pages/Amount _____
Form No. 20651 (Rev. 7/10/2015)

Liberty/Crespo 1438

 **Ochsner** Health System

# FACILITY LOCATIONS

**Ochsner Medical Center**
**Ochsner Health Centers**
1514 Jefferson Highway
New Orleans, LA 70121
Phone: (504) 842-2832
Fax: (504) 842-4047

**Ochsner Baptist**
**Medical Center**
**Ochsner Health Centers**
2700 Napoleon Avenue
New Orleans, LA 70115
Phone: (504) 894-2173
Fax: (504) 894-2460

**Ochsner Medical Center**
**Baton Rouge**
**Ochsner Health Centers**
17000 Medical Center Drive
Baton Rouge, LA 70816
Phone: (225) 236-5917
Fax: (225) 236-5469
  or (225) 761-5939

**Ochsner Kenner**
**Medical Center**
**Ochsner Health Centers**
180 West Esplanade Avenue
Kenner, LA 70065
Phone: (504) 464-8066
Fax: (504) 464-8093

**Ochsner Medical Center**
**North Shore**
**Ochsner Health Centers**
100 Medical Center Drive
Slidell, LA 70461
Phone: (985) 646-5009
Fax: (985) 646-5606

**Ochsner Medical Complex**
**River Parishes**
502 Rue de Sante
Laplace, Louisiana 70068

*Request for medical records for visits*
*ON or AFTER Nov. 1, 2014 contact:*
*Ochsner Kenner Medical Center*

**Ochsner St. Anne General**
**Ochsner Health Centers**
4608 Hwy One
Raceland, LA 70394
Phone: (985) 537-8364
Fax: (985) 537-8296

**Ochsner Westbank**
**Medical Center**
**Ochsner Health Centers**
2500 Belle Chasse Highway
Gretna, LA 70056
Phone: (504) 207-2525
Fax: (504) 391-5115

Liberty/Crespo 1439

LMQ                 1/8/2016 4:44:56 PM  PAGE    2/005   Fax Server

39 1247

123 14021

1773053

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

January 8, 2016

F Khan

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

MRO
JAN 18 2016
Initials:

Dear F Khan:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

*   Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the present

We ask that you provide this information by January 22, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec

1 of 2

Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments: 5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.14.2015

2 of 2

Liberty/Crespo 1441

1V048160155

| · LMC | 1/8/2016 4:44:56 PM  PAGE  5/005  Fax Server |
|---|---|

11287150007



**Liberty Mutual. INSURANCE**

> Liberty Life Assurance Company of Boston
> Group Benefits Disability Claims
> P.O. Box 7211
> London, KY 40742-7211
> Phone No.: (888) 440-6118
> Secure Fax No.: (603) 427-1845

### Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name _Paige Crespo_                                    Claim No _5458678_

Employer/Sponsor/Customer Name _Ochsner Clinic Foundation_

Return to: _Gail Libby_

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_Paige Crespo_
**Claimant Name ( Print)**                                 **Date of Birth**

_Paige Crespo_ (signature)                                 _10/7/16_
**Claimant Signature**                                     **Date**

_5458678_
**Claim Number**

Liberty/Crespo 1442



**Liberty Mutual.**
INSURANCE

1V048160155

11287150007
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                    **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Gail Libby

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)

_Paige Crespo (signature)_
Claimant Signature

5458678
Claim Number

Date of Birth

10/7/15
Date

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:              Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Visit Summary

**Reason for Visit**

Pain

**Diagnoses**

| | |
|---|---|
| SAH (subarachnoid hemorrhage)    - Primary | ICD-10-CM: I60.9 |
| | ICD-9-CM: 430 |

**Problem List as of 9/11/2015**  Date Reviewed: **9/11/2015**

| | Condition | Priority | Class | Noted Resolved |
|---|---|---|---|---|
| **Undifferentiated connective tissue disease** | ICD-10-CM: M35.9 ICD-9-CM: 710.9 | | | 9/13/2012 - Present |
| Overview Addendum 1/3/2014  3:19 PM by William Eugene Davis, MD | | | | |
| Pos ANA Inflamm arthritis Dry eyes, dry mouth, etc fatigue | | | | |
| **Basal cell carcinoma** | ICD-10-CM: C44.91 ICD-9-CM: 173.91 | | | 9/13/2012 - Present |
| **Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic)** | ICD-10-CM: H16.223 ICD-9-CM: 370.33 | | | 1/2/2013 - Present |
| Overview Signed 1/2/2013  2:34 PM by William E. Davis, MD | | | | |
| Does have pos ANA and inflamm arthritis | | | | |
| **Undifferentiated inflammatory arthritis (Chronic)** | ICD-10-CM: M06.4 ICD-9-CM: 714.9 | | | 1/2/2013 - Present |
| Overview Signed 1/2/2013  2:35 PM by William E. Davis, MD | | | | |
| With pos ana | | | | |
| **Xerostomia (Chronic)** | ICD-10-CM: K11.7 ICD-9-CM: 527.7 | | | 1/3/2014 - Present |
| **Granuloma annulare** | ICD-10-CM: L92.0 ICD-9-CM: 695.89 | | | 7/30/2014 - Present |
| **S/P laparoscopic hysterectomy** | ICD-10-CM: Z90.710 ICD-9-CM: V88.01 | | | 1/12/2015 - Present |
| **Atrophic vaginitis** | ICD-10-CM: N95.2 ICD-9-CM: 627.3 | | | 2/18/2015 - Present |
| **Mixed incontinence urge and stress (male)(female)** | ICD-10-CM: N39.46 ICD-9-CM: 788.33 | | | 2/18/2015 - Present |
| **SAH (subarachnoid hemorrhage)** | ICD-10-CM: I60.9 ICD-9-CM: 430 | | | 4/10/2015 - Present |
| **ICH (intracerebral hemorrhage)** | ICD-10-CM: I61.9 ICD-9-CM: 431 | | | 4/10/2015 - Present |
| **Vasospasm of cerebral artery** | ICD-10-CM: G45.9 ICD-9-CM: 435.9 | | | 4/16/2015 - Present |
| **Cephalalgia** | ICD-10-CM: R51 ICD-9-CM: 784.0 | | | 4/27/2015 - Present |
| **Closed head injury** | ICD-10-CM: S09.90XA ICD-9-CM: 959.01 | | | 5/5/2015 - Present |
| **Acquired skull defect** | ICD-10-CM: M95.2 ICD-9-CM: 738.19 | | | 5/14/2015 - Present |
| **Encounter for long-term (current) use of other medications** | ICD-10-CM: Z79.899 ICD-9-CM: V58.69 | | | 5/15/2015 - Present |

Generated on 1/27/2016  9:22 AM  Page 1

Liberty/Crespo 1444

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Problem List as of 9/11/2015 (continued)**                                    Date Reviewed: **9/11/2015**

| | | | | Date Resolved |
|---|---|---|---|---|
| **Vision loss** | ICD-10-CM: H54.7<br>ICD-9-CM: 369 9 | | | 6/3/2015 -<br>Present |
| **Left homonymous hemianopsia** | ICD-10-CM: H53.462<br>ICD-9-CM: 368 46 | | | 7/2/2015 -<br>Present |
| RESOLVED: Allergy | ICD-10-CM: T78.40XA<br>ICD-9-CM: 995 3 | | | Unknown -<br>9/1/2015 |
| RESOLVED: Cough productive of purulent sputum | ICD-10-CM: R05<br>ICD-9-CM: 786.2 | | | 9/24/2012 -<br>9/1/2015 |
| RESOLVED: Vulvar lesion | ICD-10-CM: N90.89<br>ICD-9-CM: 624 8 | | | 4/26/2013 -<br>9/1/2015 |
| RESOLVED: Fatigue | ICD-10-CM: R53.83<br>ICD-9-CM: 780.79 | | | 1/3/2014 -<br>2/2/2015 |
| RESOLVED: Knee pain | ICD-10-CM: M25.569<br>ICD-9-CM: 719.46 | | | 6/11/2014 -<br>9/1/2015 |
| RESOLVED: Excessive or frequent menstruation | ICD-10-CM: N92.0<br>ICD-9-CM: 626 2 | | | 9/19/2014 -<br>2/19/2015 |
| RESOLVED: Unspecified symptom associated with female genital organs | ICD-10-CM: N94.9<br>ICD-9-CM: 625.9 | | | 1/6/2015 -<br>9/1/2015 |
| RESOLVED: Metrorrhagia | ICD-10-CM: N92.1<br>ICD-9-CM: 626.6 | | | 1/6/2015 -<br>1/6/2015 |
| RESOLVED: Enlarged uterus | ICD-10-CM: N85.2<br>ICD-9-CM: 621 2 | | | 1/6/2015 -<br>2/19/2015 |
| RESOLVED: Encephalopathy | ICD-10-CM: G93.40<br>ICD-9-CM: 348 30 | | | 4/10/2015 -<br>5/19/2015 |
| RESOLVED: Seizure | ICD-10-CM: R56.9<br>ICD-9-CM: 780 39 | | | 4/10/2015 -<br>9/1/2015 |
| RESOLVED: Brain compression | ICD-10-CM: G93.5<br>ICD-9-CM: 348 4 | | | 4/10/2015 -<br>9/1/2015 |
| RESOLVED: Acute respiratory failure | ICD-10-CM: J96.00<br>ICD-9-CM: 518 81 | | | 4/11/2015 -<br>9/1/2015 |
| RESOLVED: Hypovolemia | ICD-10-CM: E86.1<br>ICD-9-CM: 276 52 | | | 4/13/2015 -<br>9/1/2015 |
| RESOLVED: Electrolyte abnormality | ICD-10-CM: E87.8<br>ICD-9-CM: 276 9 | | | 4/13/2015 -<br>9/1/2015 |
| RESOLVED: Chest pain, unspecified | ICD-10-CM: R07.9<br>ICD-9-CM: 786 50 | | | Unknown -<br>9/1/2015 |
| RESOLVED: Elevated intracranial pressure | ICD-10-CM: G93.2<br>ICD-9-CM: 781 99 | | | 4/16/2015 -<br>9/1/2015 |
| RESOLVED: Headache | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | | | 4/16/2015 -<br>5/19/2015 |
| RESOLVED: Acute left-sided weakness | ICD-10-CM: M62.89<br>ICD-9-CM: 728 87 | | | 4/16/2015 -<br>9/1/2015 |
| RESOLVED: Nontraumatic subcortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.0<br>ICD-9-CM: 431 | | | 4/27/2015 -<br>9/1/2015 |
| RESOLVED: Nontraumatic cortical hemorrhage of cerebral hemisphere | ICD-10-CM: I61.1<br>ICD-9-CM: 431 | | | 5/2/2015 -<br>9/1/2015 |
| RESOLVED: Convulsion | ICD-10-CM: R56.9<br>ICD-9-CM: 780 39 | | | 5/2/2015 -<br>5/19/2015 |
| RESOLVED: CHI (closed head injury) | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959 01 | | | 5/14/2015 -<br>9/1/2015 |
| RESOLVED: Opiate use | ICD-10-CM: F11.90<br>ICD-9-CM: 305 50 | | | 5/19/2015 -<br>8/17/2015 |
| RESOLVED: Severe frontal headaches | ICD-10-CM: R51<br>ICD-9-CM: 784 0 | | | 5/19/2015 -<br>9/1/2015 |

Liberty/Crespo 1445

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

## Problem List as of 9/11/2015 (continued)

Date Reviewed: 9/11/2015

| | Code | | | Active Period |
|---|---|---|---|---|
| RESOLVED: Urinary retention | ICD-10-CM: R33.9<br>ICD-9-CM: 788.20 | | | 5/21/2015 -<br>8/17/2015 |
| RESOLVED: Hearing loss | ICD-10-CM: H91.90<br>ICD-9-CM: 389.9 | | | 6/3/2015 -<br>9/1/2015 |
| ~~DELETED: Keratoconjunctivitis sicca of both eyes not specified as Sjogren's~~<br>~~Overview Signed 1/2/2013  2:29 PM by William E. Davis, MD~~ | ~~ICD-10-CM: H16.223~~<br>~~ICD-9-CM: 370.33~~ | | | ~~1/2/2013~~<br>~~1/2/2013~~ |

Dry eyes Dec 2012

## Allergies as of 1/27/2016

No Known Allergies

## Immunizations as of 9/11/2015

Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 9/11/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream  (Taking)<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | |

> Ann M Haas, RN 5/12/2015  2:32 PM
> Pt not currently on in hospital

| | | | | |
|---|---|---|---|---|
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)<br>Sig - Route: Take by mouth. - Oral<br>Class: Historical Med | | | | |

> Ann M Haas, RN 5/12/2015  2:33 PM
> Not currently taking while in hospital

| | | | | |
|---|---|---|---|---|
| pilocarpine (SALAGEN) 5 MG Tab  (Taking)<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral<br>Class: Historical Med | | | 1/31/2015 | 3/20/2016 |

> Ann M Haas, RN 5/12/2015  2:34 PM
> Patient not currently taking at this time

| | | | | |
|---|---|---|---|---|
| quinacrine (QUINACRINE) 100 mg tablet (Taking)<br>Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking)<br>Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab  (Taking)<br>Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral<br>Class: Historical Med | | | | |

> Ann M Haas, RN 5/12/2015  2:35 PM
> Patient not currently taking at this time

Generated on 1/27/2016  9:22 AM

Liberty/Crespo 1446

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Outpatient Medications at Start of Encounter as of 9/11/2015 (continued)**

| | Qty | Rfls | Strt | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking)<br>Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |
| levetiracetam (KEPPRA) 500 MG Tab (Discontinued)<br>Class: Historical Med<br>Reason for Discontinue: Patient no longer taking | | | 9/5/2015 | 9/11/2015 |
| | Kerceta Booker, MA 9/8/2015 9:34 AM<br>Received from: External Pharmacy | | | |
| tamsulosin (FLOMAX) 0.4 mg Cp24 (Discontinued)<br>Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: Please fill ASAP<br>Reason for Discontinue: Patient no longer taking | 30 capsule | 6 | 6/10/2015 | 9/11/2015 |

**Medications the Patient Reported Taking**

| | Disp | Rflls | Strt | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream (Taking)<br>Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |
| pilocarpine (SALAGEN) 5 MG Tab (Taking)<br>Sig: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day<br>Class: Historical Med<br>Route: Oral | | | 1/31/2015 | 3/20/2016 |
| quinacrine (QUINACRINE) 100 mg tablet (Taking)<br>Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking)<br>Sig: Take 1 tablet (120 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab (Taking)<br>Sig: Take 5 mg by mouth. 1 Tablet Oral Every evening<br>Class: Historical Med<br>Route: Oral | | | | |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking/Discontinued)<br>Sig: TAKE 2 TABLETS ONE TIME DAILY.<br>Reason for Discontinue: Reorder | 180 tablet | 0 | 7/10/2015 | 10/22/2015 |

**Progress Notes**

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM**

| | | |
|---|---|---|
| Author: Fawad A. Khan, MD | Service: (none) | Author Type: Physician |
| Filed: 9/21/2015 9:49 PM | Note Time: 9/11/2015 12:05 PM | Status: Signed |
| Editor: Fawad A. Khan, MD (Physician) | | |
| Related Notes: | Original Note by Fawad A. Khan, MD (Physician) filed at 9/11/2015 12:32 PM | |

Liberty/Crespo 1447

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

Progress Notes (continued)

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

**Patient ID:** Paige Friday Crespo is a 43 y.o. female.
**Follow up:**
The patient is a 43-year-old right-handed female who presents to the Neurology Clinic for followup. Since her last visit, she denies any further seizures. She reports complete resolution of her headaches. She stopped taking her Keppra a few months ago after her last visit with Dr. Ware. She does drive short distances at the moment. She is scheduled to undergo a driving test at the rehab facility. She is also scheduled to undergo neuropsych testing. She reports occasional itching at the scar site. This is not bothersome to her and she does not want to try any medications for this. Lastly, the patient reports being very engaged and busy despite not working. She is able to carry out all her activities of daily living. She reports some mental fatigue with excessive cognitive activy.
She denies any constipation

| Call Documentation |
|---|
| Kizzy Mitchell, MA at 5/20/2015 3:09 PM |

Status: Signed
Expand All Collapse All
Returned will(Nurse) call. Spoke with patient's mom(Theresa) who stated that around 8:30 this morning she got the patient put of bed. Patient sat on side of the bed for a minute, mom proceeded to help patient to the restroom to empty her foley. Mom states patient crumbled and fell. Mom caught patient. I asked mom did patient hit her head and mom said no. There was no seizure activity per mom. Patient just passed out. Patient talking in background, patient states she was not aware of what happened. Patient states she remembers being really tired then waking up on the floor as mom was calling her name. Patient's blood pressure was 96/58 which usually runs low. Patient states on yesterday her husband noticed her smile was crooked on the left side. Patient states that Will(Nurse) noticed her smile today. Patient states that before surgery Dr. Ware informed her that there was a possibility that this could happen. Patient and her mom would like a call back from Dr. Khan regarding this information. I told patient and her mom that I would give Dr. Khan this message. Sent message to Dr. Khan.
Per f/up conversation with my nurse, pt refused to go to ER

HPI
HISTORY OF PRESENT ILLNESS: The patient is a 43-year-old female who presents with her mother to the Neurology Clinic for evaluation and management of headaches. She describes her symptoms when she was diagnosed with cerebral aneurysm. She was at the University Summit when she experienced an out of body experience. This was followed by severe gripping headache. The symptoms started 6:30 p.m. She was taken to the Emergency Room and was diagnosed with cerebral aneurysm with hemorrhage and underwent aneurysm clipping by a 9:30 p.m. The patient reports waking up from surgery with severe right frontotemporal headache, which has persisted. The patient reports no change in symptoms after

Generated on 1/27/2016 9:22 AM

Page 5

Liberty/Crespo 1448

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:           Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

the placement of the bone flap. Since starting amitriptyline and gabapentin on
Saturday, she reports an approximate 30 to 50% reduction in the severity of
pain. Today, her headache is 5/10.

**Headache history:**
Age of onset - 4/10/15
Location - R frontal
Nature of pain - Stabbing, throbbing
Prodrome - no
Aura - No
Duration of headache - > 4 hrs
Pain scale - range of intensity - 3-20/10
Frequency - Daily
Status Migrainosus history - yes
Time of day of most headaches- anytime

**Associated symptoms with the headache:**
Meningeal symptoms - photophobia +
Cluster headache symptoms: none
Symptoms of increased intracranial pressure: none
Basilar migraine symptoms:none

**Headache Triggers: none**

**Other comorbid conditions:**
Anxiety - no
Motion sickness symptoms - yes

**Treatment history:**
Resolution of headache with sleep - yes
Meds tried:
fioricet - help
dailudid - help
Oxycodone 10 mg - minimal relief
Dilaudid 8 mg - helps
Gabapentin - helps
Propranolol - unable to take
celebrex - still unable to get it
Elavil - sleepy
Last dose of Dilaudid - 5/21
Mobic - helped
Calan - helped

**Headache risk factors:**
H/o TBI - no
Craniotomy +
H/o Meningitis - no
Aneurysms - yes

Generated on 1/27/2016  9:22 AM                                                      Page 6

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:            Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Sleep is good
No pain related to staples

**Inpatient note:**
Presents with headaches. Patient reports significant improvement in HA since change in pain regimen yesterday, when pain was reported to be 20/10. Continues to require PO dilaudid 2/2 throbbing, however pain well controlled at this point. Pt feels well enough to be DCed from a pain standpoint. No other complaints. Have discussed for pt to FU with Acute Pain Service within 2 weeks.
Patient currently on Dilaudid PO 8 mg q3h PRN, Celecoxib 200 mg QD (x 3d), Gabapentin 300 mg TID, Propranolol 20 mg TID for HA and pain.

**Admit Date:** 5/14/2015
**Discharge Date and Time:** 5/17/2015
**Attending Physician:** Marcus L. Ware, MD
**Discharge Physician:** Jonathan W. Riffle
**Reason for Admission: Cranioplasty**
**Procedures Performed:** Procedure(s) (LRB):
CRANIOPLASTY/FRONTAL TEMPLE AND PARIATAL (Right)
**Hospital Course:** 43 y/o F with SAH HH3/Fisher 4 s/p prior clipping of ruptured R M3 aneurysm and hemicraniectomy 4/10/15 presents for cranioplasty to replace bone flap on 5/14/15. Pt tolerated the procedure well and there were no significant complications during procedure. Pt was transferred to floor in stable condition. During stay on floor pt suffered severe HAs and Anesthesia pain mgmt was consulted in order to find appropriate regimen. HAs are now well controlled and is now stable for discharge. Urology was also consulted for urinary retention as pt has hx of midurethral sling. She has required use of foley for the interim but will fu with urology for urodynamic study as outpt in 7 days. She will follow up with Anesthesia Pain in 14 days to reassess her pain control postoperatively. She is tolerating PO diet and has been ambulating. PT recs home with home health.

**Review of Systems**
Constitutional: Negative.
Eyes: neg
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Neg
Musculoskeletal: Negative.
Skin: Negative.
Neurological: neg
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Physical Exam**
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.

1.  S/p craniotomy

Liberty/Crespo 1450

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:              Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)

Dull ache likely relate blood products
Primary component of severe pain is from emergent craniotomy and damage to nerve endings
Other component of HA is vasosapasm

**Result Impression**

Expected postoperative changes of right frontotempoparietal craniotomy flap
replacement without significant complication.

Electronically signed by resident: KIRK LANGHEINZ MD
Date: 05/15/15
Time: 12:28
As the supervising and teaching physician, I personally reviewed the images and
resident's interpretation and I agree with the findings.
Electronically signed by: JAMES MILBURN MD
Date: 05/15/15
Time: 15:41

**Result Impression**

No significant detrimental change when compared to the exam dated 5-15-15. There
is a thin extra-axial low attenuation fluid collection underlying the craniotomy site that
is slightly more conspicuous than on the previous exam but demonstrates no
significant mass-effect or midline shift.

Electronically signed by resident: Carlos Gimenez MD
Date: 05/22/15
Time: 16:15

**Impression**

Evolving postoperative change right frontal parietal craniotomy and cranioplasty with
underlying right MCA mucin clipping.

Reduced size hypodense extra-axial collection underlies the craniotomy superficial to
the duraplasty suggestive for evolving subdural hygroma. No evidence for new
hemorrhage or new abnormal parenchymal attenuation.

Small extra-axial enhancing hyperdense lesion along the right aspect of the
interhemispheric fissure suggestive for meningioma.

CTA head: Moderate diffuse narrowing of the right M1 segment of the MCA
concerning for vasospasm without focal high-grade stenosis or occlusion.

Superimposed more distal right M2 MCA aneurysm surgical clips. No definite residual
or recurrent aneurysm allowing for limitation by CTA technique.

Electronically signed by: NOAH EMERSON DO

Generated on 1/27/2016 9:22 AM                                                          Page 8

Liberty/Crespo 1451

1V048160155

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:              Sex: F
Acct #: 12012384797
Enc. Date 09/11/15

**Progress Notes by Fawad A. Khan, MD at 9/11/2015 12:05 PM (continued)**

Date: 06/17/15
Time: 08:55

1, Pending driving test and Neuropsych testing
2, cont Calan 120 mg till April 2016
3, CTA head in May 2016

Patient verbalized understanding to plan. I answered all her questions to her satisfaction

Electronically signed by Fawad A. Khan, MD on 9/21/2015 9:49 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

KHAN, FAWAD A                                             9/11/2015 12:19 PM

**Disposition:**
Return if symptoms worsen or fail to improve.

**Follow-up:**
N/A

**Instructions:**
N/A

**Check-out Note:**
N/A

**Send Reminder:**
N/A

## END OF REPORT

Liberty/Crespo 1452

1V048160155

 **MRO Corporation**
**P.O. Box 6410**
**Southeastern, PA 19398**
**Ph: 610-265-8423**
**Fx: 610-962-8421**

# Medical Records Transmittal

Date:             2/9/2016
Request Number: 12316021
Page Count:       13

### Your requested medical records are attached.

Patient Name:     PAIGE CRESPO
Medical Facility:  Ochsner Main Campus Jefferson

Requester:        Todd Youngberg
Organization:     Liberty Life Assurance Co. of Boston

Your reference number:        5458678

Thank you,
*MRO Corporation*
*www.MROCorp.com*

**Shipment #7471007**
**PAIGE CRESPO**
**Invoice #12316021**
**13 pages**

**Todd Youngberg**
**Liberty Life Assurance Co. of Boston**
**P.O. Box 7211**
**Group Benefits Disability Claims**
**London, KY  40742-7211**



Liberty/Crespo 1454

**n0121134**

| | |
|---|---|
| **From:** | Youngberg, Todd |
| **Sent:** | Monday, February 15, 2016 9:54:48 AM |
| **To:** | pfridaycrespo@att.net |
| **Subject:** | Social Security/Testing |

Good Morning Paige,


At your earliest convenience, can you please forward me a copy of your new proof of applying for Social Security Disability application as we require a copy for your claim file.   Additionally, did you undergo any Neuropsychological Testing in October or November 2015?


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1455

## Clinical Case Review

| | |
|---|---|
| **Referred By:** | YOUNGBERG, TODD  096  8*731-0280 |
| **Report Date**: | 02/11/16 |
| **Insured's Name**: | Paige Crespo |
| **DOB**: | |
| **Claim**: | 5458678 |
| **Employer**: | OCHSNER CLINIC FOUNDATION |
| **Job Title/Occupation:** | CRNA-Nurse Anesthetist |
| **Dx**: | intracranial hemorrhage / rupture of arteriovenous malformation |
| **DOD**: | 04/11/2015 |
| **Type of Claim:** | LTD |

**Referral Questions**: Clmt is a 43 yof, Occ: Anesthesiologist, clmt is out of work related to Traumatic Brain Injury/Stroke/Blind in an Eye that she sustained in April 2015, clmt was hospitalized from 4/10/15-5/17/15, file is being referred to Neuropsych CP for complete review and AP contact to address the following, of note, clmt has indicated she hasnt treated with either Dr. Ware or Khan since Summer 2015 and not due to see them again until approx May/June 2016:

Please review the records and address what the primary diagnosis is and any co-morbid conditions that are contributing to impairment?

Please comment on whether there are any impairment related to claimants complaint of cognitive difficulty, if so, how do they translate into restrictions and how long are these restrictions expected to last?

Please comment on whether there are any medication side effects causing impairment, if so, how do they translate into restrictions?

Please comment on whether claimant is receiving appropriate treatment as she last treated with her Physician approximately 5 months ago.

Please review the surveillance report and comment on whether it supports or contradicts claimants subjective complaints?

Please contact Drs. Ware and Khan to discuss restrictions, return to work plan, treatment plan, Dr. Ware ph: 504-842-4033, Dr. Khan ph: 504-842-4000.

Please comment on whether Independent Neuropsych Testing is warranted, if so, please dictate appropriate Neuropsych questions that should be addressed.

Liberty/Crespo 1456

**Response to Referral Questions**:

*Please review the records and address what the primary diagnosis is and any co-morbid conditions that are contributing to impairment*?

The acute hospital medical and neuroradiology reports are not available for review. The limited information available at this time is based on documentation of the claimant's outpatient follow-up visits of 06/17/15 and 08/26/15. The outpatient medical record documentation indicates a primary neurological diagnosis of intracranial (subarachnoid) hemorrhage caused by a rupture of an arteriovenous malformation of the left middle cerebral artery. There is no information about any possible co-morbid conditions beyond a report that results of a 06/17/15 CTA were concerning for vasospasm of a cerebral artery.

*Please comment on whether there are any impairment related to claimants complaint of cognitive difficulty, if so, how do they translate into restrictions and how long are these restrictions expected to last*?

The medical record documentation provides minimal information about the claimant's cognitive status beyond her 08/26/15 report that her ability to focus seemed to be improving. Given the location of the intracranial hemorrhage, it's quite possible that the claimant has persisting post-stroke cognitive deficits. However, the presence, scope, and severity of any post-stroke cognitive impairment cannot be determined based on the medical record information available for review at this time.

*Please comment on whether there are any medication side effects causing impairment, if so, how do they translate into restrictions*?

The medical record documentation provides no relevant information in this regard.

*Please comment on whether claimant is receiving appropriate treatment as she last treated with her Physician approximately 5 months ago.*

If the claimant's symptom profile is indeed very limited (e.g., "improving" energy level and focus; altered temperature perception), infrequent follow-up may be appropriate for clinical purposes. Uncertainty about her cognitive status, which has relevance for her disability claim, may not be a prominent clinical concern if she is able to manage activities of daily living and instrumental activities of daily living independently.

*Please review the surveillance report and comment on whether it supports or contradicts claimants subjective complaints*?

The surveillance report represents documentation of some of the claimant's basic physical capacities, and supports reasonable inferences about her cognitive capacity for daily activities. However, surveillance which supports the presence of intact cognitive capacity

Liberty/Crespo 1457

for these daily activities represents an insufficient basis for any inference / generalization that she would necessarily be able to consistently and effectively function in the safety sensitive occupation of a nurse anesthetist.

*Please contact Drs. Ware and Khan to discuss restrictions, return to work plan, treatment plan, Dr. Ware ph: 504-842-4033, Dr. Khan ph: 504-842-4000.*

I was unsuccessful in reaching a Dr. Khan at the phone number provided, and was informed that there are several Dr. Khan's on staff. I called Dr. Ware's office on 02/02/16. Dr. Ware was not available at the time of my call, so I left a message with his receptionist explaining the reason for my call, and requesting a call back. I tried to reach Dr. Ware again on 02/03/16 and left another message, and also sent a fax on 02/07/16. I have not received a return call from Dr. Ware.

*Please comment on whether Independent Neuropsych Testing is warranted, if so, please dictate appropriate Neuropsych questions that should be addressed.*

If possible, consider contact with the claimant to determine whether a clinical neuropsychological exam was completed in approximately October 2015, and if not already done, request a copy of the report.

If not, considering the possibility of residual post-stroke cognitive deficits, and the safety-sensitive nature of the claimant's occupation, an independent neuropsychological examination would be needed. Please refer to the *Appendix* to this report for guidelines about examiner selection, recommended exam procedures, and relevant questions for the examiner.

**Additional Recommendations**: If a copy of an October 2015 clinical neuropsychological exam becomes available, or if an independent neuropsychological examination is completed, I would welcome the opportunity for review of interim records and to provide an updated *Addendum* to this report.

**Analysis**: The scope of the following analysis is limited to consideration of the claimant's mental health / neuropsychological status. Consideration for any possible impairment related to non-psychological medical conditions is outside the scope of this review.

The most recent medical record note of 08/26/15 indicates that the claimant reported improved energy level, improving ability to focus, and altered perception of hot / cold. The records provide no further mental status or cognitive assessment data about her cognitive status. The 08/26/15 note indicates that she denied depressed mood and reported that she was doing well emotionally. No further information is available about her emotional status / adjustment to injury. The only other relevant medical documentation available for review is a 09/14/15 document completed by Dr. Ware (based on the 08/26/15 visit) that she is getting a driving evaluation, needs

Liberty/Crespo 1458

neuropsychological testing, and that her job "requires intellectual focus. She will need eval for this."

The medical record documentation indicates a primary neurological diagnosis of intracranial (subarachnoid) hemorrhage cause by a rupture of an arteriovenous malformation of the left middle cerebral artery. The medical records provide minimal information about the claimant's cognitive status beyond her subjective feeling, in late August 2015, that her focus was improving.

**Case Summary**: Medical records of this 43 year old woman indicate that on 04/10/15 she had an intracranial hemorrhage caused by a rupture of an arteriovenous malformation somewhere in the distribution of the left middle cerebral artery. She underwent neurosurgical intervention / clipping procedure. She has been maintained on anticonvulsant medication for seizure prophylaxis. A CTA of the head done on 06/17/15 showed moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm. In her responses to the Liberty Mutual "Activities Questionnaire," the claimant also indicated that she has loss of vision in one eye. An 08/26/15 medical note refers to a clinical neuropsychological examination having been scheduled for October 2015, but no records are available in this regard.

**Records Reviewed**:
-   06/17/15 – 08/26/15   Marcus Ware, MD

The 06/17/15 HPI indicates a history of middle cerebral artery aneurysmal rupture with IPH s/o surgical operation, who presented for follow-up and reported that her headaches had resolved but her energy level is horrible, appetite has decreased, and she has been feeling cold. She reported light-headedness when she stands up quickly, had lost about 15 pounds and complained of atrophy in her legs. She was trying to stay active despite a decreased energy level, and was continuing to take Keppra and Verapamil. Medication list also includes Ambien. ROS was positive for decreased appetite, malaise / fatigue, weight loss, and light-headedness upon standing quickly. Notes pertaining to exam indicate essentially normal. There is note that a CTA of the head on 06/17/15 showed moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm without focal high grade stenosis or occlusion. Assessment was subarachnoid hemorrhage and vasospasm of cerebral artery. Plan was to continue to with graded exercise, and make contact in September 2015 to discuss driving. Schedule appointment in 1 year with repeat imaging.

The 08/26/15 note indicates a history of MCA aneurysmal rupture s/p clipping who presented for follow-up and to discuss driving. She reported improved energy level and improving ability to focus. She denied headaches. She reported that anything cold, such as water, causes her a stinging – like pain, and her response to anything hot is delayed. She denied feeling depressed and stated she was doing well emotionally. She noted that a neuropsychological evaluation was scheduled in October 2015. ROS was positive for activity change (weight loss). Neurologic exam was normal. Assessment: MCA

Liberty/Crespo 1459

aneurysm.  Plan was to order a driving test, to follow-up with her after the driving test and neuropsychological evaluation, and to schedule a CTA in one year.

*Other*:
September 2009          Oschner Clinic Foundation
Job Description: CRNA: Nurse Anesethetist.

09/14/15                Marcus Ware, MD
Liberty Mutual Attending Physician's Assessment of Capacity: Date first treated: 05/14/15.  Date last treated: 08/26/15.  Note indicates she is getting a driving evaluation and needs neuropsychological testing only.  Also noted: Pt has job that requires intellectual focus.  She will need eval for this."

10/02/15                Nicole Streeto, MS, CRC
Occupational Analysis / Vocational Review.

10/07/15                claimant
Liberty Mutual Activities Questionnaire and Training – Education – Experience Form.

December 2015          HUB Enterprises
Report.

< electronically signed >
Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consultant, Liberty Mutual Insurance Company

5 of 6      5458678 F 02 11 16

Liberty/Crespo 1460

Appendix

*Guidelines for the vendor*:

Recommend that any examiner identified to provide the neuropsychological examination be **board certified in Clinical Neuropsychology with the American Board of Professional Psychology**. A member directory is available through the website for The American Academy of Clinical Neuropsychology (www.theaacn.org), cross referenced by State of practice.

*Recommended procedures and questions for the examiner*:

*General orientation*: Documentation of the neuropsychological evaluation should encompass record review, clinical interview, relevant behavioral observations, objective evaluation of performance / symptom validity, cognitive evaluation, psychological evaluation, diagnosis, and response to specific referral questions. Please include a list of all neuropsychological evaluation procedures used, relevant observations of the examinee's behavior during the assessment process, and description of any procedural adaptations. Please include all relevant validity and clinical test scores in the report of neuropsychological examination or a Data Summary.

*Procedures*: The validity of the obtained exam results cannot be interpreted with confidence in the absence of objective psychometric indicators of examinee effort and symptom validity. Therefore, it is expected that the neuropsychological examination include use of multiple indices of performance validity and symptom validity, including both "stand alone" validity tests and "embedded" validity indices. For determination of examinee effort / validity of the cognitive assessment data, at least 3 validity indices should be used (with inclusion of the Word Memory Test or Nonverbal Medical Symptom Validity Test preferred). For determination of the validity of the examinee's response pattern during psychological testing, inclusion of the Minnesota Multiphasic Personality Test – 2 (MMPI-2) or Minnesota Multiphasic Personality Inventory – 2: Restructured Form (MMPI-2 RF) is expected.

*Specific issues / questions*:

1) Regarding validity: Describe the results of validity assessment. Are the obtained results considered to represent valid indicators of the examinee's actual cognitive and emotional-behavioral functioning?

2) Regarding cognitive functioning: Are the evaluation results indicative of cognitive impairment? If so, please identify specific functional cognitive deficits, the severity of any such deficits, and the most likely etiology for them. If present, would such cognitive impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any cognitive impairment.

3) Regarding motor functioning: Please complete an objective assessment of grip strength, fine motor speed, and fine manual dexterity, and report these results and any associated significance of them.

4) Regarding psychological functioning: Are the evaluation results indicative of psychological dysfunction or mental disorder? If so, please identify the psychiatric diagnosis, and the severity of any associated dysfunction. If present, would such psychiatric impairment likely interfere with the examinee's occupational functioning, or require occupational restrictions or limitations? If possible, please comment on the anticipated duration of any psychiatrically-based impairment.

Liberty/Crespo 1461

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA  70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 177635 |
|---|---|
| DATE | 02/12/16 |

**CUSTOMER**

Todd Youngberg
Liberty Mutual Disability
100 Liberty Way
Dover, NH 03820

Re: Paige Crespo
Vs. Ochsner Clinic Foundation
LA

| TERMS:<br>Due Upon Receipt | CUSTOMER NO.<br>LIB0126 | JOB NO.<br>1512000391 | P.O. No. / Claim No.<br>5458678 | | |
|---|---|---|---|---|---|
| **Description** | | **Quantity** | **Unit of Measure** | **Price** | **Amount** |
| 1/28/16<br>Surveillance Hours - Operative 02492 | | 8.00 | | | 600.00 |
| 1/29/16<br>Surveillance Hours - Operative 02492 | | 8.00 | | | 600.00 |
| 1/30/16<br>Surveillance Hours - Operative 02492 | | 3.50 | | | 262.50 |
| 2/8/16<br>Surveillance Hours - Operative 01724 | | 3.75 | | | 281.25 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| Sub-Total | 1,743.75 |
| Sales Tax | |
| TOTAL | $1,743.75 |

Liberty/Crespo 1462

# HUB ENTERPRISES, INC.

### Still Clips from Video

**Claimant: Paige Crespo**　　　　**Case Number: 1512000391.1**
**Client Case Number: 5458678**



Claimant walking



Claimant facial



Claimant standing



Claimant walking



Claimant standing



Claimant walking

# C O N F I D E N T I A L



February 12, 2016


**LIBERTY MUTUAL DISABILITY**
100 LIBERTY WAY
DOVER, NH 03820


ADJ:            Todd Youngberg
Insured:        Ochsner Clinic Foundation
Claim Number:   5458678


## Paige Crespo


Date of Loss:       April 11, 2015
Injury:             Cerebellar or Brain Stem Contusion
Authorization:      32 Hours
Status:             Final
Received:           January 19, 2016
Investigators:      Jennifer Brinkley
                    Dawn Manix
HUB Case:           1512000391.1
HUB Contact:        Heather Ross

### Confidentiality Notice

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

Crespo, Paige                                                                          February 12, 2016
                                                                                       Page 2 of 16

## NATURE OF ASSIGNMENT:

On January 19, 2016, HUB Enterprises received a reauthorization from the original authorization, dated December 7, 2015, requesting an additional 32 hours of surveillance to be conducted on the above-mentioned claimant over four days to include the dates of January 28, 2016 through January 31, 2016.

## PRE-SURVEILLANCE

We conducted pre-investigative research for information associated with the claimant; Paige Crespo and learned the following:

A person search utilizing the provided social security number confirmed the provided address to be the most current. The claimant's full name is Paige M. Crespo, 43 years old. The alias reported for the claimant is Paige Crespo, Paige Friday Crespo, Paige F. Crespo, Paige M Friday, Paige Friday, Paige Friday Crespo, Paige Michelle Friday, and Palge Crespo.

**Professional License:**

  Name: CRESPO, PAIGE M
  Gender: F
  License State: Tennessee
  License Number: 11621
  License Type: ADVANCED PRACTICE REGISTERED NURSE
  Profession/Board: NURSING
  License Status: ACTIVE
  Issue Date: Sep 13, 2005
  Expiration Date: Apr 30, 2010

  Name: FRIDAY, PAIGE M
  Gender: F
  License State: Tennessee
  License Number: 116508
  License Type: REGISTERED NURSE
  Profession/Board: NURSING
  License Status: ACTIVE
  Issue Date: Aug 07, 1997
  Expiration Date: Apr 30, 2010

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

**All Vehicles Registered:**

An all vehicles registered search was conducted for records associated with the claimant. The following vehicle was located:

**2007 Toyota Sequoia**
Paige Crespo

09/2014–09/2016

A social networking site search was conducted for information associated with the claimant by utilizing the claimant's name variations; possible email address; address history; possible URL and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, LinkedIn, and YouTube.

We located a possible Facebook profile associated with the claimant. The profile name is Paige Friday Crespo. The profile photograph is of a female, believed to be the claimant. The "About" portion of the profile associated the claimant with Ochsner Medical Center. The profile settings provided limited access to recent status updates, timeline posts and photograph albums. The following photographs and information were located:



Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1466

Crespo, Paige

February 12, 2016
Page 4 of 16



https://www.facebook.com/paige.crespo

We located a possible Mylife profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the city of New Orleans, Louisiana. The social profiles listed are verified to be associated with the claimant. The following information was located:



Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                         February 12, 2016
                                                                     Page 5 of 16

https://www.mylife.com/Fname-Lname/paigefridaycrespo

We located a possible PIPL profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the cities of New Orleans, Louisiana, River Ridge, Louisiana, Jefferson, Louisiana, Cordova, Tennessee, Memphis, Tennessee, and Naples, Florida. The social profiles listed are verified to be associated with the claimant. The following information was located:



https://pipl.com/search/?t=ZjdkNmY1ODVhZTE0NGMyMjNkNjM2ZWYxOTU3ZjQwN2NiZ WYwOWJkOTY4NWIyM2Y1&in=8&q=Paige+Crespo&sloc=&l=New+Orleans%2C+LA&ava tar=avatar-1

An internet search was conducted by utilizing the claimant's name variations; possible email address; address history; possible URL and usernames; business or employment affiliation; and possible telephone numbers.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

We learned the claimant is associated with the business Paige Crespo, CRNA located at 1514 Jefferson Highway in New Orleans, Louisiana. The business is a medical facility. The claimant was reported to be the owner of the business. The following information was located:



http://www.healthgrades.com/provider/paige-crespo-xvrt4

We learned the claimant is associated with the business Crespo Friday Investments, LLC located at                                    The business is an investment business. The claimant's role could not be identified. The following information was located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                    February 12, 2016
                                                                Page 7 of 16



http://www.manta.com/c/mr526rv/crespo-friday-investments-llc

## SUMMARY OF INVESTIGATION:

During this investigation, **VIDEO** was obtained of the claimant standing, walking, entering and exiting a vehicle, operating a vehicle, traveling to a fitness center carrying a towel and water bottle, traveling to an art studio and returning to her residence When observed, the claimant appeared to use all parts normally, without the use of any visible medical devices. All investigative efforts have been discontinued at this time.

## VIDEO:

*The below links will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.*

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                    February 12, 2016
                                                                  Page 8 of 16

**Thursday, January 28, 2016**

- Total claimant **VIDEO** is approximately 47 seconds.

- **VIDEO** depicts the claimant walking, carrying multiple items, opening and closing vehicle doors, and entering a vehicle.

- The claimant appeared to utilize all body parts and operated a vehicle in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

**Friday, January 29, 2016**

- Total claimant **VIDEO** is approximately 18 seconds.

- **VIDEO** depicts the claimant walking, carrying multiple items, opening and closing vehicle doors, and entering a vehicle.

- The claimant appeared to utilize all body parts and operated a vehicle in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

**Saturday, January 30, 2016**

- No claimant video was obtained during this day of the investigation.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

**Monday, February 8, 2016**

- Total claimant **VIDEO** is approximately 28 seconds.

- **VIDEO** depicts the claimant walking, entering a vehicle and operating a vehicle.

- The claimant appeared to utilize all body parts and operated a vehicle in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

## REPORT OF INVESTIGATION:

### DESCRIPTION OF CLAIMANT

The claimant can be described as a Caucasian female, approximately 5'7" in height, weighing approximately 130 pounds, with short, dark hair with highlights.

### DESCRIPTION OF THE RESIDENCE

The residence can be described as a white brick, double-level structure.

### DIRECTIONS TO THE RESIDENCE

- From the New Orleans, Louisiana area, travel north on
  Street.
- Turn
- Turn
- Turn
- Use t
- Use
  Aven
- Keep
- Conti
- Turn

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1472

Crespo, Paige                                                                February 12, 2016
                                                                            Page 10 of 16

- Turn
- Turn
- Conti
- Use t
- Turn
- Turn
- Turn
- Turn
- The r

## Thursday, January 28, 2016

Sunny and Cold-45

06:32AM  Investigator Jennifer Brinkley departed, en route to the claimant's provided address, located at

07:02AM  Upon arrival, the Investigator observed a blue Toyota Sequoia, bearing Louisiana license number           registered to the claimant, present on the driveway. An exterior light was illuminated near the main entrance. No claimant activity was observed. Area video was obtained.

07:09AM  Indirect surveillance was established, with a view of one of two possible routes of departure. Area video was obtained.

07:30AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:34AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:46AM  The claimant departed as the sole occupant of the Toyota Sequoia. Mobile surveillance was established.

08:51AM  The claimant arrived at Sharks Fitness Center, located within Elmwood Shopping Center at 1200 South Clearview Parkway, Suite 1200, in New Orleans, Louisiana.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                                              February 12, 2016
                                                                                              Page 11 of 16

08:53AM  The claimant exited the vehicle and partially obstructed, distant, intermittent **VIDEO** was obtained as she walked toward a private gated area of the business, carried a water bottle in her left hand, carried a towel in her right hand, and entered out of view. Direct surveillance was established, with a view of the claimant's vehicle. Please Note: The business was private and no admission to the general public was allowed without a membership.

09:00AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:03AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:07AM  The claimant walked into view from the business and partially obstructed **VIDEO** was obtained as she carried a pink water bottle in her left arm, crossed her arms in front of her chest, walked across the parking area toward her vehicle, opened the driver's side door with her left hand/arm, held the water bottle and a cellular telephone in her right hand, entered as the sole occupant and pulled the door closed. She departed shortly thereafter. Mobile surveillance was established.

10:27AM  The claimant arrived at Live Art Studio, located at 4207 Dumaine Street, in New Orleans, Louisiana. She exited the vehicle and walked out of view prior to video being obtained. Area video was obtained. Indirect surveillance was established with a view of the most likely route of departure. Please Note: The studio appeared to have a residence at the rear and the business did not appear to be open to the public at this time. There was a sign posted that displayed "By Appointment Only".

11:00AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:44PM  The claimant exited the business and entered her vehicle as the sole occupant. Area video was obtained. She departed moments later. Mobile surveillance resumed.

01:28PM  The claimant turned onto

                             was obtained. The Investigator elected not to follow in an effort to

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1474

Crespo, Paige                                                      February 12, 2016
                                                                  Page 12 of 16

maintain the integrity of the investigation. Indirect surveillance was established, with a view of one of two possible routes of departure.

02:00PM    The Investigator conducted a drive-by of the residence; however, no claimant activity and no apparent changes were observed. Area video was obtained.

02:30PM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:02PM    Investigator Jennifer Brinkley discontinued surveillance and departed, en route to the New Orleans, Louisiana area. Area video was obtained prior to departure.

**Friday, January 29, 2016**

Sunny and Cool-51

07:27AM    Investigator Jennifer Brinkley departed the New Orleans, Louisiana area, en route to the claimant's residence, located at

07:57AM    Upon arrival, the Investigator observed the previously mentioned blue Toyota Sequoia, present on the driveway. An exterior light was illuminated near the main entrance of the residence. No claimant activity was observed. Area video was obtained.

08:02AM    Indirect surveillance was established, with a view of one of two possible routes of departure. Area video was obtained.

08:30AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:30AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:04AM    The claimant departed as the sole occupant of the Toyota Sequoia. Mobile surveillance was established.

10:10AM    The claimant arrived at Sharks Fitness Center, located in the Elmwood Shopping Center at 1200 South Clearview Parkway, Suite 1200, in New Orleans, Louisiana. She was observed exiting the vehicle and entering the business out of view prior to

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                    February 12, 2016
                                                                Page 13 of 16

video being obtained. Direct surveillance was established, with a view of the business and the claimant's vehicle. Area video was obtained.

10:30AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:31AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:22PM  The claimant walked into view from the side, gated area, of the business. **VIDEO** was obtained as she carried a pink water bottle in her left arm, carried a cellular telephone in her left hand, walked across the parking area toward her vehicle, opened the driver's door with her right hand/arm, entered as the sole occupant, and closed the driver's door. Mobile surveillance was established. Moments later she departed, stopped briefly at the exit, appeared to observe her surroundings, and traveled into a busy shopping area where she traveled along several rows of parked vehicles, turned around and departed onto the main roadway. Loose mobile surveillance was established. The Investigator was unable to maintain visual contact with the claimant's vehicle. The Investigator canvased for the claimant's vehicle; however was unable to locate the vehicle. The Investigator departed, en route to the claimant's address.

12:51PM  Upon returning to the residence, the Investigator conducted a drive-by of the residence and observed the claimant's vehicle present on the driveway. No claimant activity was observed. Area video was obtained.

12:54PM  Indirect surveillance was established, with a view of one of two possible routes of departure. Area video was obtained.

01:00PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:02PM  The Investigator conducted a drive-by of the residence; however, no claimant activity and no apparent changes were observed. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                                           February 12, 2016
                                                                                        Page 14 of 16

03:30PM   Surveillance was maintained; however, no claimant activity was observed. Area video
          was obtained.

04:01PM   Investigator Jennifer Brinkley discontinued surveillance and departed, en route to the
          New Orleans, Louisiana area. Area video was obtained prior to departure.

**Saturday, January 30, 2016**

Sunny and Mild-65

06:34AM   Investigator Jennifer Brinkley departed the New Orleans, Louisiana area, en route to
          the claimant's residence, located at

07:04AM   Upon arrival, the Investigator observed the previously mentioned blue Toyota
          Sequoia present on the driveway. An exterior light was illuminated near the main
          entrance. No claimant activity was observed. Area video was obtained.

07:09AM   Indirect surveillance was established, with a view of one of two possible routes of
          departure. Area video was obtained.

07:32AM   Surveillance was maintained; however, no claimant activity was observed. Area video
          was obtained.

08:26AM   Surveillance was maintained; however, no claimant activity was observed. Area video
          was obtained.

08:29AM   The claimant traveled into view as the sole occupant of the Toyota Sequoia, and sat at
          the green traffic signal across the roadway from the surveillance vehicle. She
          appeared to observe the surveillance vehicle. The Investigator departed the immediate
          area and the claimant was observed to follow the surveillance vehicle for
          approximately two blocks prior to turning out of view.

08:31AM   Investigator Jennifer Brinkley discontinued surveillance and departed, en route to the
          New Orleans, Area.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                                    February 12, 2016
                                                                                 Page 15 of 16

**Monday, February 8, 2016**

Scattered Clouds-61

07:29AM   Investigator Dawn Manix departed the New Orleans, Louisiana area, en route to the claimant's residence, located at

07:59AM   Upon arrival, the Investigator observed the previously mentioned blue Toyota Sequoia, present on the driveway, and a white Lexus sedan, present curbside in front of the residence. No claimant activity was observed. Area video was obtained. Distant direct surveillance was established, with a view of the residence and vehicles.

09:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:02AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:15AM   The claimant departed as the driver of the Toyota sedan, stopped along the roadway, exited the vehicle wearing shorts and a pink shirt, and sprinted toward the residence out of view prior to video being obtained. Area video was obtained of the claimant's vehicle with the driver's side door open.

10:16AM   The claimant returned into view and **VIDEO** was obtained as she walked along the driveway toward the vehicle, and entered as the sole occupant. She departed moments later. Mobile surveillance was established. The claimant appeared to be very aware of her surroundings and traveled out of the neighborhood in a quick manner.

10:25AM   Obstructed mobile **VIDEO** was obtained as the claimant traveled along Airline Highway. Mobile surveillance continued.

10:31AM   Obstructed mobile **VIDEO** was obtained as the claimant traveled along multiple roadways in a random manner. Mobile surveillance continued.

10:35AM   The Investigator observed the claimant arrive and park in the driveway of a private residence and remained seated within the vehicle. Area video was obtained.

10:41AM   The Investigator observed the claimant departing the area quickly. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                February 12, 2016
                                                            Page 16 of 16

10:46PM    Investigator Dawn Manix discontinued surveillance and departed, en route to the New

           Orleans, Louisiana area.


**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact

me. We appreciate this opportunity to be of service to you.


Heather Ross

Client Relations


Angela Lemelle

Case Manager


HR/AL: dnm

Enclosures: **None**


Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1479



Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

02/07/16

Marcus Ware, MD

Re:            Disability Benefits
Claimant Name:    Paige Crespo
Claimant DOB:
Claim Number:    5458678
Claimant DOD:    04/11/2015

Dear Dr. Ware,

Liberty Life Assurance Company is the long term/short term disability insurer for your patient, Ms. Paige Crespo.

I was asked by Liberty Mutual to review the medical records that Ms. Crespo submitted in support of her request for disability benefits. I called on 02/02/16 to discuss your patient's recent clinical status. You were not available at the time of my call, so I left a message with your receptionist explaining the reason for my call, and requested a call back. I tried to reach you again on 02/03/16 and left another message.

Your progress note of 08/26/15 indicates that a neuropsychological evaluation had been scheduled for October 2015, and your 09/14/15 assessment of capacity documentation also refers to a need for neuropsychological testing. If the testing was completed, results of the exam and any other information about Ms. Crespo's recent cognitive status may be relevant to her disability claim. If you are available to do so, please call me at your convenience. The most direct way to reach me is at 860.571.2306. A copy of a consent for release of information is attached. Thank you for your time and your consideration of this matter.

Liberty Life Assurance Company is willing to reimburse any reasonable costs incurred in responding to our requests.

Sincerely,
*ELECTRONICALLY SIGNED*

Timothy Belliveau, PhD, ABPP
*Board Certified in Clinical Neuropsychology*
*Board Certified in Rehabilitation Psychology*
Consulting Neuropsychologist, Liberty Mutual

Office Phone:  860.571.2306

Liberty/Crespo 1480

11287150007

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                          Claim No 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Gail Libby

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company; credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print )                                              Date of Birth

*Paige Crespo* (signature)                                           10/7/16
Claimant Signature                                                   Date

5458678
Claim Number

Page **2** of 2

**n0199469**

| | |
|---|---|
| **From:** | RightFax E-mail Gateway |
| **Sent:** | Sunday, February 07, 2016 12:44:40 PM |
| **To:** | Belliveau, Timothy |
| **Subject:** | Your fax has been successfully sent to Marcus Ware, MD at 5048426531. |

Your fax has been successfully sent to Marcus Ware, MD at 5048426531.

---------------------------------------------------------
From: Belliveau, Timothy
---------------------------------------------------------
Time: 2/7/2016 12:42:53 PM
Sent to 5048426531 with remote ID "Ochsner"
Result: (0/339;0/0) Successful Send
Page record: 1 - 3
Elapsed time: 01:39 on channel 0

Liberty/Crespo 1482

# FAX

## Medical Records Attached

| | |
|---|---|
| **TO:** | Todd Youngberg |
| **ORGANIZATION:** | Liberty Life Assurance Co. of Boston |
| **FAX NUMBER:** | 16033343576 |
| **DATE / TIME:** | 01/29/2016        01:04:AM |
| **SUBJECT:** | PAIGE CRESPO(#12316164) |
| **FROM:** | Ochsner Health System |
| **RETURN FAX:** | (610) 962-8421 |
| **COMPANY:** | MRO Corporation |
| **CONTACT EMAIL:** | roihelp@mrocorp.com |

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.

Any review, transmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this in error, please contact MRO at (888)252-4146, and destroy the material.

Liberty/Crespo 1483

FAXCOM

## Certification of Medical Records Custodian

## NO RECORDS FOR DATE REQUESTED STATEMENT

I, the undersigned, being the duly authorized medical records custodian or other qualified witness declare the following: **A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the request for medical records identified below for the dates:** _9\|1\|2015 – present_

Doctor(s): _Dr. Marcus Ware_

Request for medical records for: _Paige Crespo_
<br>Patient Name

_____
<br>Patient date of birth or social security number

Records requested by: _Liberty Mutual_
<br>Name of requesting party or organization

Date of request: _1-18-2016_
<br>Date of request

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Signed On: _1-27-16_
<br>Date

Signature: _A. Robinson_
<br>Signature

Name: _Ansanta Robinson_
<br>Print Name

Liberty/Crespo 1484

01/29/2016 1:04:17 AM -0500 FAXCOM                                    PAGE 3    OF 6

*ρ-395351*
LMG                        *123161164*                          *1773053*
                  1/8/2016 4:45:50 PM  PAGE    2/005  Fax Server

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

MRO
JAN 18 2016
Initials:

January 8, 2016

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the present

We ask that you provide this information by January 22, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

ANSWERED JAN 27 2016

1 of 2

Liberty/Crespo 1485

01/29/2016 1:04:17 AM -0500 FAXCOM

PAGE 4    OF 6

LMG                        1/8/2016 4:45:50 PM   PAGE    3/005   Fax Server

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments:   5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.14.2015

2 of 2

Liberty/Crespo 1486

01/29/2016 1:04:17 AM -0500 FAXCOM                                      PAGE 5    OF 6

LMG    ·                1/8/2016 4:45:50 PM  PAGE    4/005   Fax Server



**Liberty Mutual.**
INSURANCE

11287150007
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

### Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                      **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Gail Libby

I authorize any physician, health plan, health care professional, mental health professional. hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)                                Date of Birth

*[signature]*                                        10/7/15
Claimant Signature                                   Date

5458678
Claim Number

Liberty/Crespo 1487

01/29/2016 1:04:17 AM -0500 FAXCOM                                           PAGE 6    OF 6

LMG                         1/8/2016 4:45:50 PM  PAGE   5/005   Fax Server

11287150007


## Liberty Mutual.
### INSURANCE

| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7211 |
| London, KY 40742-7211 |
| Phone No.: (888) 440-6118 |
| Secure Fax No.: (603) 427-1845 |

### Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

· Employee Name _Paige Crespo_                                                    Claim No _5458678_

Employer/Sponsor/Customer Name _Ochsner Clinic Foundation_

Return to: _Gail Libby_

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_Paige Crespo_
Claimant Name ( Print)

_Paige Crespo_ (signature)
Claimant Signature

_5458678_
Claim Number

Date of Birth

_10/7/15_
Date

Liberty/Crespo 1488

01/29/2016 1:17:24 AM -0500 FAXCOM                                    PAGE 1   OF 1

PREPAYMENT REQUIRED

MRO
Medical Records Online, Inc.
P.O. BOX 6410
Southeastern, PA 19398

**Invoice**
12316021
January 28, 2016

 **MRO**

Phone: 888-252-4146
Fax: 610-962-8421

*Please note our new Remit To Address*

Todd Youngberg
Liberty Life Assurance Co. of Boston
P.O. Box 7211
Group Benefits Disability Claims
London, KY 40742-7211

On 1/27/2016 the following healthcare provider received your request for copies of medical records:
Ochsner Main Campus Jefferson
1514 Jefferson Highway
Jefferson, LA 70121

You requested records for: PAIGE CRESPO

This is your invoice for providing the copies of the medical records.

Your Reference ID:

5458678

MRO Request Number: 12316021
MRO Online Tracking Number: OCHSBDB5X6GXS

**You can track and pay for your request online at:
www.roilog.com.**

### Fees

| | |
|---|---|
| Search and Retrieval Fee: | $25.00 |
| Number of Pages: | 9 |
| Tier 1: | $9.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $1.42 |
| Sales Tax: | $0.00 |
| TOTAL: | $35.42 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $35.42 |

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
**P.O. BOX 6410**
**Southeastern, PA 19398**

MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or
return this invoice with the payment.*

By paying this invoice, you are representing that you have reviewed and approved the charges and have
agreed to pay them. Any dispute relating to this invoice must be presented before paying this invoice. Any
dispute not so presented is waived. All disputes must be resolved by arbitration under the Federal Arbitration
Act through one or more neutral arbitrators before the American Arbitration Association. Class arbitrations
are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a
representative of a member or class. An arbitrator may not consolidate more than one person's claims nor
preside over any form of class proceeding.

**Please contact MRO at 888-252-4146 for any questions regarding this invoice.
MRO is the medical copy request processor for    Ochsner Main Campus Jefferson**

Liberty/Crespo 1489

01/28/2016 2:30:53 AM -0500 FAXCOM                                    PAGE 1    OF 1

**MRO**
P.O. Box 61507
King of Prussia, PA  19406



Fax:     (610) 962-8421
Phone:  (888) 252-4146

**Request Number: 12316164**
**Tracking #: OCHS6RMX4AA5E**

**Todd Youngberg**
Liberty Life Assurance Co. of Boston
P.O. Box 7211
Group Benefits Disability Claims
London, KY  40742-7211

**Track your request at www.ROILOG.com.**
**Enter your Tracking # and Request Number.**

**Date:**   1/28/2016
**Phone:** 888-440-6118
**Fax:**     603-334-3576

### Confirmation of Receipt of Medical Records Information Request

The Medical Facility below is in the process of searching for and retrieving a copy of the requested records.  You will be notified of any issues with your request.  If there are no issues, you will receive a pre-payment invoice. The records will be mailed to you upon receipt of your payment.

Should you have any questions, send an e-mail to: RequestInformation@MROCorp.com.  Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

**Patient Name:  PAIGE CRESPO**
**Date of Birth:**

**Your Request Date:**       1/8/2016
**Your Reference Number:** 5458678
**Date Received at Facility:** 1/27/2016

Your request is being processed by MRO on behalf of the following facility:

**Ochsner Main Campus Jefferson**
1514 Jefferson Highway
Jefferson, LA  70121

Liberty/Crespo 1490

01/28/2016 2:31:38 AM -0500 FAXCOM                                    PAGE 1    OF 1

MRO
P.O. Box 61507
King of Prussia, PA 19406



Fax:    (610) 962-8421
Phone:  (888) 252-4146

**Request Number: 12316021**
**Tracking #: OCHSBDB5X6GXS**

**Todd Youngberg**
Liberty Life Assurance Co. of Boston
P.O. Box 7211
Group Benefits Disability Claims
London, KY 40742-7211

Track your request at www.ROILOG.com.
Enter your Tracking # and Request Number.

Date:   1/28/2016
Phone: 888-440-6118
Fax:    603-334-3576

### Confirmation of Receipt of Medical Records Information Request

The Medical Facility below is in the process of searching for and retrieving a copy of the requested records. You will be notified of any issues with your request. If there are no issues, you will receive a pre-payment invoice. The records will be mailed to you upon receipt of your payment.

Should you have any questions, send an e-mail to: RequestInformation@MROCorp.com. Please be sure to enter your Request Number in the subject field of the e-mail. **_PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST._**

Thank you,
*MRO*

**Patient Name:  PAIGE CRESPO**
**Date of Birth:**

**Your Request Date:**       1/8/2016
**Your Reference Number:** 5458678
**Date Received at Facility:** 1/27/2016

Your request is being processed by MRO on behalf of the following facility:

**Ochsner Main Campus Jefferson**
1514 Jefferson Highway
Jefferson, LA 70121

Liberty/Crespo 1491

**n0121134**

| | |
|---|---|
| **From:** | GRP MKT MD Referral |
| **Sent:** | Tuesday, January 19, 2016 7:46:57 AM |
| **To:** | Youngberg, Todd |
| **Cc:** | GMKT MD Referral Wallingford |
| **Subject:** | Referral 5458678 - CRESPO,   PAIGE - Assignment Notification |

Thank you for this referral.

The referral has been assigned to Timothy Belliveau Ph.D in the Wallingford office.

If you have questions regarding the status of this referral, please review the daily status report.   If you have further questions, please contact the Medical Department in the Dover office.

(Please do not respond to this e-mail, as this is a system generated e-mail and responses are not monitored.)

Office: GM - Wallingford
Claim Number: 5458678
Claimant: CRESPO,   PAIGE
Priority Status: 2
Date of Disability: 4/11/2015
Product Type: LTD
Disability Level: Own Occupation
Claim Status: AP
Date Referred: 1/18/2016
Date Report Needed: 2/5/2016
Policy Holder: OCHSNER CLINIC FOUNDATION
Referred By: YOUNGBERG, TODD   096   8*731-0280
Diagnosis: 851.40 Cerebellar or brain stem contusion without mention of open intracranial wound, unspecified state of consciousness,   01.24 Other craniotomy

Questions or Issues for Physician: Clmt is a 43 yof, Occ: Anesthesiologist, clmt is out of work related to Traumatic Brain Injury/Stroke/Blind in an Eye that she sustained in April 2015, clmt was hospitalized from 4/10/15-5/17/15, file is being referred to Neuropsych CP for complete review and AP contact to address the following, of note, clmt has indicated she hasnt treated with either Dr. Ware or Khan since Summer 2015 and not due to see them again until approx May/June 2016:

Please review the records and address what the primary diagnosis is and any co-morbid conditions that are contributing to impairment?

Please comment on whether there are any impairment related to claimants complaint of

cognitive difficulty, if so, how do they translate into restrictions and how long are these restrictions expected to last?

Please comment on whether there are any medication side effects causing impairment, if so, how do they translate into restrictions?

Please comment on whether claimant is receiving appropriate treatment as she last treated with her Physician approximately 5 months ago.

Please review the surveillance report and comment on whether it supports or contradicts claimants subjective complaints?

Please contact Drs. Ware and Khan to discuss restrictions, return to work plan, treatment plan, Dr. Ware ph: 504-842-4033, Dr. Khan ph: 504-842-4000.

Please comment on whether Independent Neuropsych Testing is warranted, if so, please dictate appropriate Neuropsych questions that should be addressed.

Liberty/Crespo 1493

# Liberty Mutual Investigation Referral

Requested By:     Todd D. Youngberg
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
(888) 437-7611 x10280

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | OCHSNER CLINIC FOUNDATION | Date Sent: | 1/19/2016 |

Funding type:     FI: **YES**     ASO: **NO**         Coverage Type:     STD: **NO**     LTD: **YES**

| | | | |
|---|---|---|---|
| Claimant Name: | PAIGE  F  CRESPO | Claim #: | 5458678 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| | | Claimant Tel. #: | |
| City: | | Date of Hire: | 6/25/2001 |
| State: | | Date of Disability: | 4/11/2015 |
| Zip: | | | |
| Gender: | FEMALE | Injury/Illness: | Cerebellar or brain stem contusion without mentio |
| Marital Status: | M | Job Description: | CRNA-ANESTHESIOLOGIST |
| No. of Dependents: | 0 | | |
| Claimant's Physical Description: | 43 yo caucasian female, 5'7" tall and weighing 130 lbs. short blonde/light hair | | |

Describe Reason For Referral:

Clmt is claiming disability related to cognitive difficulty and blindness in 1 eye due to an aneurysm suffered in April 2015, file is being referred to complete surveillance in order to verify her activity level vs her claimed disability.

Instructions For Vendor:                                    Vendor Chosen:          HUB ENTERPRISES

Please complete 4 days of surveillance from 1/28/16-1/31/16.

**n0121134**

---

**From:**      Paige Crespo
**Sent:**      Tuesday, January 19, 2016 12:26:00 AM
**To:**        Youngberg, Todd
**Subject:**   Re: Social Security

Well they denied me months ago.   I'm not sure why though.

Paige

Sent from my iPhone

On Jan 18, 2016, at 4:28 PM, Youngberg, Todd
<TODD.YOUNGBERG@LibertyMutual.com> wrote:


Hey Paige,


I forgot to ask you the current status of your Social Security Disability application?


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the

addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1496

**n0121134**

---

**From:**     Youngberg, Todd
**Sent:**      Tuesday, January 19, 2016 8:28:07 AM
**To:**        'Paige Crespo'
**Subject:**   RE: Social Security

Ok thank you, have you filed an appeal?   If not, it's pertinent that you file the appeal at your earliest convenience as they will only accept the appeal within 60 days of your denial.   Also we have Social Security Attorney's that could represent you and file the appeal on your behalf if you're interested.   Their service is free of charge to you, if you're interested please let me know as soon as possible and I'll get your file referred over to them.


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.


**From:** Paige Crespo [mailto:pfridaycrespo@att.net]
**Sent:** Tuesday, January 19, 2016 12:26 AM

Liberty/Crespo 1497

**To:** Youngberg, Todd
**Subject:** Re: Social Security


Well they denied me months ago.   I'm not sure why though.


Paige

Sent from my iPhone


On Jan 18, 2016, at 4:28 PM, Youngberg, Todd
<TODD.YOUNGBERG@LibertyMutual.com> wrote:

Hey Paige,


I forgot to ask you the current status of your Social Security Disability application?


Thank You,


Todd D Youngberg

Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Ph: 888-437-7611 Ext. 10280

Fax: 603-334-3576


P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential

information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1499

Liberty/Crespo 1500

# Liberty Mutual Consulting Physician Referral
## File Review - Standard

**Physician Specialty:  Neuropsychology**

| | | |
|---|---|---|
| Office:        0163 | Claim #:  5458678 | |

Document Locations
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

| | | |
|---|---|---|
| Claimant Name: | PAIGE  F  CRESPO | |
| Date of Birth: | | Claim Status:  AP |
| Date of Disability: | 4/11/2015 | Date Sent:  1/18/2016 |
| Claimant SSN: | | Date Benefits Began:  10/10/2015 |
| Product Type: | LTD | Paid Through:  4/10/2039 |
| Disability Level: | Own Occupation | |

Policyholder/Self-Insured Plan Holder:   OCHSNER CLINIC FOUNDATION

Referred By:   YOUNGBERG, TODD  096  8*731-0280

Assigned Nurse Case Manager:

Diagnosis:   851.40 Cerebellar or brain stem contusion without mention of open intracranial wound,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Clmt is a 43 yof, Occ: Anesthesiologist, clmt is out of work related to Traumatic Brain Injury/Stroke/Blind in an Eye that she sustained in April 2015, clmt was hospitalized from 4/10/15-5/17/15, file is being referred to Neuropsych CP for complete review and AP contact to address the following, of note, clmt has indicated she hasn't treated with either Dr. Ware or Khan since Summer 2015 and not due to see them again until approx May/June 2016:

Please review the records and address what the primary diagnosis is and any co-morbid conditions that are contributing to impairment?

Please comment on whether there are any impairment related to claimant's complaint of cognitive difficulty, if so, how do they translate into restrictions and how long are these restrictions expected to last?

Please comment on whether there are any medication side effects causing impairment, if so, how do they translate into restrictions?

Please comment on whether claimant is receiving appropriate treatment as she last treated with her Physician approximately 5 months ago.

Please review the surveillance report and comment on whether it supports or contradicts claimant's subjective complaints?

Please contact Drs. Ware and Khan to discuss restrictions, return to work plan, treatment plan, Dr. Ware ph: 504-842-4033, Dr. Khan ph: 504-842-4000.

Please comment on whether Independent Neuropsych Testing is warranted, if so, please dictate appropriate Neuropsych questions that should be addressed.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1501



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

January 18, 2016

Ms. Paige F. Crespo

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678

Dear Ms. Paige Crespo:

Per your recent request, please find enclosed the updated Federal Tax Withholding form.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments:   W-4S - For use with FI and ASO with 501c9 Trust

1  of  1

Liberty/Crespo 1502

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**
**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **$**

Employee's signature                                                                                   Date

...................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ........................................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | |
|---|---|---|
| **1** Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . . | **1** | |
| **2** If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | **2** | |
| **3** Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . . . | **4** | |
| **5** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | **6** | |
| **7** Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | **7** | |
| **8** Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . . | **9** | |
| **10** Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | **11** | |
| **12** Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . . | **12** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**For Paperwork Reduction Act Notice, see page 2.**                  Cat. No. 10226E                  Form **W-4S** (2015)

Liberty/Crespo 1503

Form W-4S (2015)    Page **2**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $12,600* |
| Head of household . . . . . . . . . . . . . . | $9,250* |
| Single or Married filing separately . . . . . . . . . . | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

**Additional amount for the elderly or blind.** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

**Limited standard deduction for dependents.** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

# 2015 Tax Rate Schedules

## Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 90,750 | 5,156.25 + 25% | 37,450 |
| 90,750 | 189,300 | 18,481.25 + 28% | 90,750 |
| 189,300 | 411,500 | 46,075.25 + 33% | 189,300 |
| 411,500 | 413,200 | 119,401.25 + 35% | 411,500 |
| 413,200 | and greater | 119,996.25 + 39.6% | 413,200 |

## Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | $0 + 10% | $0 |
| 13,150 | 50,200 | 1,315 + 15% | 13,150 |
| 50,200 | 129,600 | 6,872.50 + 25% | 50,200 |
| 129,600 | 209,850 | 26,772.50 + 28% | 129,600 |
| 209,850 | 411,500 | 49,192.50 + 33% | 209,850 |
| 411,500 | 439,000 | 115,737 + 35% | 411,500 |
| 439,000 | and greater | 125,362 + 39.6% | 439,000 |

## Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | $0 + 10% | $0 |
| 18,450 | 74,900 | 1,845 + 15% | 18,450 |
| 74,900 | 151,200 | 10,312.50 + 25% | 74,900 |
| 151,200 | 230,450 | 29,387.50 + 28% | 151,200 |
| 230,450 | 411,500 | 51,577.50 + 33% | 230,450 |
| 411,500 | 464,850 | 111,324 + 35% | 411,500 |
| 464,850 | and greater | 129,996.50 + 39.6% | 464,850 |

## Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 75,600 | 5,156.25 + 25% | 37,450 |
| 75,600 | 115,225 | 14,693.75 + 28% | 75,600 |
| 115,225 | 205,750 | 25,788.75 + 33% | 115,225 |
| 205,750 | 232,425 | 55,662 + 35% | 205,750 |
| 232,425 | and greater | 64,989.25 + 39.6% | 232,425 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty/Crespo 1504

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Wednesday, January 13, 2016 12:33:32 PM |
| **To:** | PFRIDAYCRESPO@ATT.NET; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Ochsner Clinic Foundation Claim No. 5458678 Paige Crespo |
| **Attachments:** | 963cfa31922031c57166f4b17cb21df6f5ce33e74ee0ba83_1972899.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty/Crespo 1505

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

January 13, 2016

Ms. Paige F. Crespo

RE:   Long Term Disability (LTD) Benefits
      Ochsner Clinic Foundation
      Claim #: 5458678

Dear Ms. Paige Crespo:

Per your request please find the enclosed tax form to complete and return.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments:   W-4S - For use with FI and ASO with 501c9 Trust

1   of   1

Liberty/Crespo 1506

| Form **W-4S** | Request for Federal Income Tax Withholding From Sick Pay | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | **Give this form to the third-party payer of your sick pay.** Information about Form W-4S is available at *www.irs.gov/w4s*. | **2015** |

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . .   **$**

Employee's signature                                                                              Date

................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..........................................

### Worksheet (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . | **4** | |
| **5** | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | **6** | |
| **7** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . | **8** | |
| **9** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . . | **9** | |
| **10** | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . | **10** | |
| **11** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | **11** | |
| **12** | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . . | **12** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 10226E | Form **W-4S** (2015) |
|---|---|---|

Liberty/Crespo 1507

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $12,600* |
| Head of household . . . . . . . . . . . . . . | $9,250* |
| Single or Married filing separately . . . . . . . . . . . | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

**Additional amount for the elderly or blind.** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

**Limited standard deduction for dependents.** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2015 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 90,750 | 5,156.25 + 25% | 37,450 |
| 90,750 | 189,300 | 18,481.25 + 28% | 90,750 |
| 189,300 | 411,500 | 46,075.25 + 33% | 189,300 |
| 411,500 | 413,200 | 119,401.25 + 35% | 411,500 |
| 413,200 | and greater | 119,996.25 + 39.6% | 413,200 |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | $0 + 10% | $0 |
| 13,150 | 50,200 | 1,315 + 15% | 13,150 |
| 50,200 | 129,600 | 6,872.50 + 25% | 50,200 |
| 129,600 | 209,850 | 26,772.50 + 28% | 129,600 |
| 209,850 | 411,500 | 49,192.50 + 33% | 209,850 |
| 411,500 | 439,000 | 115,737 + 35% | 411,500 |
| 439,000 | and greater | 125,362 + 39.6% | 439,000 |

### Schedule Y-1—Married  filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | $0 + 10% | $0 |
| 18,450 | 74,900 | 1,845 + 15% | 18,450 |
| 74,900 | 151,200 | 10,312.50 + 25% | 74,900 |
| 151,200 | 230,450 | 29,387.50 + 28% | 151,200 |
| 230,450 | 411,500 | 51,577.50 + 33% | 230,450 |
| 411,500 | 464,850 | 111,324 + 35% | 411,500 |
| 464,850 | and greater | 129,996.50 + 39.6% | 464,850 |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 75,600 | 5,156.25 + 25% | 37,450 |
| 75,600 | 115,225 | 14,693.75 + 28% | 75,600 |
| 115,225 | 205,750 | 25,788.75 + 33% | 115,225 |
| 205,750 | 232,425 | 55,662 + 35% | 205,750 |
| 232,425 | and greater | 64,989.25 + 39.6% | 232,425 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty/Crespo 1508

**n0121134**

---

**From:**       Paige
**Sent:**       Tuesday, January 12, 2016 1:03:00 PM
**To:**         Youngberg, Todd
**Subject:**    Tax form

Hello Todd,
Could you resend me the form to have taxes withheld?

Thanks,
Paige Crespo

Sent from my iPad

Liberty/Crespo 1509



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date:  January 8, 2016 | |
| To:       F KHAN | |
| Attn:   Dr. Khan | |
| Fax:    (504) 842-0041 | |
| From:  Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 | |
| Total Pages<br>(Including Cover):       5 | |
| RE:<br><br>Claim #:      5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1510



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

January 8, 2016

 F Khan

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear F Khan:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the present

We ask that you provide this information by January 22, 2016.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec

1  of 2

Liberty/Crespo 1511

Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments:    5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.14.2015

2  of  2

Liberty/Crespo 1512



**Liberty Mutual.**
INSURANCE

11287150007
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                        **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Gail Libby

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
Claimant Name (Print)                                        Date of Birth

_Paige Crespo_                                        10/7/15
Claimant Signature                                        Date

5458678
Claim Number

Liberty/Crespo 1513

11287150007

 **Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name Paige Crespo _____ Claim No 5458678 ____

Employer/Sponsor/Customer Name Ochsner Clinic Foundation _____

Return to: Gail Libby _____

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo _____
Claimant Name ( Print)

_Paige Crespo_ _____
Claimant Signature

Date of Birth _____

10 | 1 | 16
Date

5458678 _____
Claim Number



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-3576

| | |
|---|---|
| Date: | January 8, 2016 |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | Dr. Ware |
| Fax: | (504) 842-2800 |
| From: | Todd Youngberg<br>Disability Claims Tech Spec<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3576 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #:    5458678<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1515



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

January 8, 2016

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

•   Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the present

We ask that you provide this information by January 22, 2016.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-3576 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo's signature.

If you have any questions regarding this matter, please contact me.

1  of  2

Liberty/Crespo 1516

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments:    5458678-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.14.2015

2  of  2

Liberty/Crespo 1517



**Liberty Mutual.**
INSURANCE

11287150007
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                        **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Gail Libby

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Paige Crespo
_____
Claimant Name (Print)

_Paul Crespo_____
Claimant Signature

5458678
_____
Claim Number

Date of Birth _____

_10/7/15_____
Date

Liberty/Crespo 1518

11287150007



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name _Paige Crespo_                                                                Claim No _5458678_

Employer/Sponsor/Customer Name _Ochsner Clinic Foundation_

Return to: _Gail Libby_

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (**excluding psychotherapy notes**).

2.   Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                                                 Date of Birth

_Paige Crespo_                                                                          10 | 7 | 16
Claimant Signature                                                                     Date

5458678
Claim Number

Liberty/Crespo 1519

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1520



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

January 9, 2016

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 8, 2016, we requested office treatment notes and diagnostic test results dated September 2015 through the present from Drs. Khan and Ware.  This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2015 through the present from Drs. Khan and Ware

Ochsner Clinic Foundation's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it.  We ask that you provide us with this information no later than February 6, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If we do not receive all of the requested information by February 6, 2016, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by March 7, 2016, 30 days from the date of suspension, your claim will be closed.

1  of  2

Liberty/Crespo 1521

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

2 of 2

Liberty/Crespo 1522

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA  70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 173551 |
|---|---|
| DATE | 12/23/15 |

**CUSTOMER**

Todd Youngberg
Liberty Mutual Disability
100 Liberty Way
Dover, NH 03820

Re: Paige Crespo
Vs. Ochsner Clinic Foundation
LA

| TERMS:<br>Due Upon Receipt | CUSTOMER NO.<br>LIB0126 | JOB NO.<br>1512000391 | P.O. No. / Claim No.<br>5458678 |
|---|---|---|---|

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 12/17/15<br>Surveillance Hours - Operative 02468 | 8.00 | | | 600.00 |
| 12/18/15<br>Surveillance Hours - Operative 02468 | 8.00 | | | 600.00 |
| 12/19/15<br>Surveillance Hours - Operative 02468 | 8.00 | | | 600.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| Sub-Total | 1,800.00 |
|---|---|
| Sales Tax | |
| TOTAL | $1,800.00 |

PAGE     1     OF     1

Liberty/Crespo 1523



December 23, 2015


**LIBERTY MUTUAL DISABILITY**
100 LIBERTY WAY
DOVER, NH 03820


ADJ:            Todd Youngberg
Insured:        Ochsner Clinic Foundation
Claim Number:   5458678


## Paige Crespo


Date of Loss:       April 11, 2015
Injury:             Cerebellar or Brain Stem Contusion
Authorization:      24 Hours
Status:             Final
Received:           December 7, 2015
Investigator:       Brett Ridgedell
HUB Case:           1512000391
HUB Contact:        Heather Ross


### Confidentiality Notice

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

## NATURE OF ASSIGNMENT:

On December 7, 2015, HUB Enterprises received an assignment requesting 24 hours of surveillance to be conducted on the above-mentioned claimant over three days to include the dates of December 17, 2015 through December 19, 2015. Information provided indicates the claimant can be described as a 43-year-old female, approximately 5'7" in height, weighing approximately 130 pounds, with short, blonde/light hair. The claimant is alleging a cerebellar or brain stem contusion, as of April 11, 2015, and is believed to reside at

.

## PRE-SURVEILLANCE

We conducted pre-investigative research for information associated with the claimant; Paige Crespo and learned the following:

A person search utilizing the provided social security number confirmed the provided address to be the most current. The claimant's full name is Paige M. Crespo, 43 years old. The alias reported for the claimant is Paige Crespo, Paige Friday Crespo, Paige F. Crespo, Paige M Friday, Paige Friday, Paige Friday Crespo, Paige Michelle Friday, and Palge Crespo.

## Professional License:

Professional License 1
Name: CRESPO, PAIGE M
Gender: F
License State: Tennessee
License Number: 11621
License Type: ADVANCED PRACTICE REGISTERED NURSE
Profession/Board: NURSING
License Status: ACTIVE
Issue Date: Sep 13, 2005
Expiration Date: Apr 30, 2010

Professional License 2
Name: FRIDAY, PAIGE M
Gender: F
License State: Tennessee
License Number: 116508

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                                December 23, 2015
                                                                            Page 3 of 18

License Type: REGISTERED NURSE
Profession/Board: NURSING
License Status: ACTIVE
Issue Date: Aug 07, 1997
Expiration Date: Apr 30, 2010

**All Vehicles Registered:**

An all vehicles registered search was conducted for records associated with the claimant. The following vehicle was located:

**2007 Toyota Sequoia**
Paige Crespo

09/2014–09/2016

A social networking site search was conducted for information associated with the claimant by utilizing the claimant's name variations; possible email address; address history; possible URL and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, LinkedIn, and YouTube.

We located a possible Facebook profile associated with the claimant. The profile name is Paige Friday Crespo. The profile photograph is of a female, believed to be the claimant. The "About" portion of the profile associated the claimant with Ochsner Medical Center. The profile settings provided limited access to recent status updates, timeline posts and photograph albums. The following photographs and information were located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

December 23, 2015
Page 4 of 18







https://www.facebook.com/paige.crespo

We located a possible Mylife profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the city of New Orleans, Louisiana. The

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                    December 23, 2015
                                                                Page 5 of 18

social profiles listed are verified to be associated with the claimant. The following information was located:



https://www.mylife.com/Fname-Lname/paigefridaycrespo


We located a possible PIPL profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the cities of New Orleans, Louisiana, River Ridge, Louisiana, Jefferson, Louisiana, Cordova, Tennessee, Memphis, Tennessee, and Naples, Florida. The social profiles listed are verified to be associated with the claimant. The following information was located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1528

Crespo, Paige                                                December 23, 2015
                                                            Page 6 of 18



https://pipl.com/search/?t=ZjdkNmY1ODVhZTE0NGMyMjNkNjM2ZWYxOTU3ZjQwN2NiZ
WYwOWJkOTY4NWIyM2Y1&in=8&q=Paige+Crespo&sloc=&l=New+Orleans%2C+LA&ava
tar=avatar-1

An internet search was conducted by utilizing the claimant's name variations; possible email address; address history; possible URL and usernames; business or employment affiliation; and possible telephone numbers.

We learned the claimant is associated with the business Paige Crespo, CRNA located at 1514 Jefferson Highway in New Orleans, Louisiana. The business is a medical facility. The claimant was reported to be the owner of the business. The following information was located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1529

Crespo, Paige                                                                December 23, 2015
                                                                            Page 7 of 18



http://www.healthgrades.com/provider/paige-crespo-xvrt4

We learned the claimant is associated with the business Crespo Friday Investments, LLC located at                                          The business is an investment business. The claimant's role could not be identified. The following information was located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1530

Crespo, Paige                                                    December 23, 2015
                                                                Page 8 of 18



http://www.manta.com/c/mr526rv/crespo-friday-investments-llc

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Thursday, December 17, Friday, December 18, and on Saturday, December 19, 2015. On Thursday, **VIDEO** was obtained of the claimant as she walked, ambulated across streets, operated a vehicle, and loaded children's backpacks in the rear of her vehicle. On Friday, **VIDEO** was obtained as the claimant walked down Canal Street in New Orleans, Louisiana, wearing heels, maneuvering by people and objects normally and with ease. On Saturday, **VIDEO** was obtained as the claimant walked across a Krispy Kreme parking lot with items in her hand. On all occasions the claimant appeared to ambulate in a normal manner without the use of any visible medical devices.

## VIDEO:

*The below links will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.*

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1531

Crespo, Paige                                                                December 23, 2015
                                                                            Page 9 of 18

**Thursday, December 17, 2015**

- Total claimant **VIDEO** is approximately 3 minutes 12 seconds.

- <u>**VIDEO** depicts the claimant standing, bending at the waist, entering and exiting a vehicle, carrying unknown items, walking, lifting backpacks, and opening and closing vehicle doors.</u>

- The claimant appeared to utilize all body parts in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

**Friday, December 18, 2015**

- Total claimant **VIDEO** is approximately 44 seconds.

- <u>**VIDEO** depicts the claimant walking.</u>

- The claimant appeared to utilize all body parts in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality fair, due to distance and obstructions.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

**Saturday, December 19, 2015**

- Total claimant **VIDEO** is approximately 23 seconds.

- <u>**VIDEO** depicts the claimant walking.</u>

- The claimant appeared to utilize all body parts in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1532

Crespo, Paige                                                    December 23, 2015
                                                                Page 10 of 18

## REPORT OF INVESTIGATION:

### DESCRIPTION OF CLAIMANT

The claimant can be described as a Caucasian female, approximately 5'7" in height, weighing approximately 130 pounds, with short, dark hair with highlights.

### DESCRIPTION OF THE RESIDENCE

The residence can be described as a white brick, double-level structure.

### DIRECTIONS TO THE RESIDENCE

- From the New Orleans, Louisiana area, travel Street.
- Turn
- Turn
- Turn
- Use t
- Use  t Aven
- Keep
- Conti
- Turn
- Turn
- . Turn
- Conti
- Use t
- Turn
- Turn
- Turn
- Turn
- The r

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1533

Crespo, Paige

December 23, 2015
Page 11 of 18

**Thursday, December 17, 2015**

Cloudy-64

06:23AM   Investigator Brett Ridgedell departed the New Orleans, Louisiana area, en route to the claimant's provided address, located at

Louisiana.

06:53AM   Upon arrival, the Investigator observed a blue Toyota Sequoia, bearing Louisiana license number              , registered to the claimant, present on the driveway. An exterior light was illuminated near the front door. No claimant activity was observed. Area video was obtained. Indirect surveillance was established, with a view of one of two of the most likely routes of departure.

07:31AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:00AM   The claimant walked into view and partially obstructed **VIDEO** was obtained as she leaned into the open rear driver's side door, appeared to remove garbage from the rear passenger area of the vehicle utilizing both hands, bent at the waist as she appeared to place the garbage items into a nearby container, stood upright, re-opened the rear driver's side door with her right hand, leaned into the vehicle briefly, stood upright, closed the rear driver's side door with her left hand, entered the vehicle as the driver utilizing the rail with her right foot first, grasping the door with her left hand as she entered, and pulled the driver's door closed with her left hand/arm. Moments later she departed. No visible medical devices were observed. She was observed wearing a gray/tan jacket over a red shirt, black pants, and tennis shoes. Mobile surveillance was established.

08:03AM   The claimant arrived at Mailbox Express, located along Citrus Boulevard in New Orleans, Louisiana, and parked within the parking area. She exited the vehicle and **VIDEO** was obtained as she carried what appeared to be a purse in her left hand and a paper, approached the main entrance of the business, observed the business was currently closed, turned, returned to her vehicle, opened the driver's door with her

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                        December 23, 2015
                                                                    Page 12 of 18

right hand, entered as the sole occupant, climbed into the vehicle left foot first, appeared to place items on the front passenger seat, and pulled the driver's door closed with her left hand/arm. Moments later she departed. Mobile surveillance resumed.

08:12AM    The claimant returned to the residence and parked. Indirect surveillance was re-established.

08:30AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:12AM    The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

09:30AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:10AM    The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

10:28AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:11AM    The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

11:28AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:43AM    The claimant departed as the sole occupant of the Toyota Sequoia. Mobile surveillance was established.

11:46AM    The claimant returned to the previously mentioned Mailbox Express, and parked. She exited the vehicle and entered the business out of view prior to video being obtained. Direct surveillance was established with a view of the Toyota Sequoia and business.

11:48AM    The claimant exited the business and partially obstructed **VIDEO** was obtained as she carried a purse over her left shoulder, and approached the driver's side of the Toyota Sequoia out of view. Moments later she departed. Mobile surveillance resumed.

11:56AM    The claimant parked curbside along the roadway, located near Kaho France, Path of Success, school, located along Elise Avenue in New Orleans, Louisiana. She exited

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                     December 23, 2015
                                                                  Page 13 of 18

the vehicle and **VIDEO** was obtained as she walked along the sidewalk toward the school, stood at a nearby intersection briefly, crossed the roadway and walked out of view onto the school grounds. Direct surveillance was established with a view of the Toyota Sequoia.

12:06PM    The claimant walked into view with four children. She approached the rear of the Toyota Sequoia, opened and guided the rear cargo door of the vehicle open with her right hand, bent at the waist as she retrieved and placed three individual backpacks into the rear of the vehicle one at a time, closed the rear cargo door with her right hand/arm, walked toward the passenger side of the vehicle where she bent at the waist as she retrieved an unknown item with her right hand, stood upright as she dropped the item to the ground, carried what appeared to be Christmas craft in her left hand, walked around the rear of the vehicle toward the driver's side, opened the vehicle door with her right hand/arm, climbed into the vehicle left foot first as she entered as the driver, and pulled the driver's door closed with her right hand/arm. Moments later, she departed with the children as passengers. Mobile surveillance resumed.

12:12PM    The claimant arrived at a nearby Dairy Queen, located along Airline Drive in New Orleans, Louisiana, and parked with in the parking area. She exited the vehicle and brief partially obstructed **VIDEO** was obtained as she entered the business out of view with the four children. Direct surveillance was established with a view of the Toyota Sequoia and business.

12:30PM    The claimant and four children exited the business. **VIDEO** was obtained as the claimant walked into view from the passenger side of the vehicle, stood briefly as she retrieved a drink holder with multiple beverages from a male child utilizing both hands, turned around, walked around the rear of the vehicle, approached the driver's door where she opened the door with her right hand while holding the drink holder in her left hand, climbed into the vehicle left foot first, and pulled the driver's door closed with her left hand/arm. Moments later, she departed with the four children as passengers. Mobile surveillance resumed.

12:41PM    The claimant returned to the provided address and parked. Indirect surveillance was re-established.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

01:07PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:02PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:53PM   Investigator Brett Ridgedell discontinued surveillance and departed, en route to the New Orleans, Louisiana area. Area video was obtained prior to departure.

**Friday, December 18, 2015**

Cloudy-64

06:23AM   Investigator Brett Ridgedell departed the New Orleans, Louisiana area, en route to the claimant's provided address, located at
Louisiana.

06:53AM   Upon arrival, the Investigator observed the previously mentioned blue Toyota Sequoia present on the driveway. An exterior light was illuminated near the main entrance. No claimant activity was observed. Area video was obtained. Indirect surveillance was established, with a view of one of two most likely routes of departure.

07:57AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:10AM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

08:28AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:12AM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

09:29AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:17AM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                                December 23, 2015
                                                                                 Page 15 of 18

10:29AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:54AM   The claimant departed as the driver of the Toyota Sequoia, with an unidentified middle-aged female as the front passenger and several children as rear passengers. Mobile surveillance was established.

11:35AM   The claimant arrived at a private residence, located along Homestead Avenue in Metairie, Louisiana, and parked. The children exited the vehicle and an unidentified younger female, wearing formal attire, entered the vehicle. The claimant then departed. Mobile surveillance continued.

11:46AM   The claimant arrived at a second private residence, located along Chester Street in Metairie, Louisiana, and parked briefly. Three additional females entered the vehicle as passengers. The claimant then departed. Mobile surveillance resumed.

12:13PM   The claimant traveled toward Canal Street and parked nearby in a crowded area. The claimant exited the vehicle with the female passengers. One of the females entered the vehicle as the driver and traveled out of view. Intermittent **VIDEO** was obtained as the claimant and females walked along the sidewalk near several hotels in the direction of Canal Street and continued out of view. The claimant was observed wearing a red sleeveless dress and black heeled boots.

12:16PM   Visual contact of the claimant and females was unable to be maintained, due to heavy traffic. The Investigator secured parking and conducted a canvass on foot; however, was unable to relocate the claimant and females.

12:45PM   The Investigator learned that there was a Christmas festival being hosted in the area and several hotels and restaurants were hosting Christmas parties/balls. The Investigator was unable to gain entrance to any of the events as they were invitation only and had a required dress code. The Investigator returned to the surveillance vehicle. The Investigator then temporarily discontinued surveillance and departed, with the intention of returning later in the day.

03:09PM   Upon returning to the claimant's residence, the Investigator observed the Toyota Sequoia present on the driveway. No claimant activity was observed. Area video was obtained. Indirect surveillance was re-established.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

December 23, 2015
Page 16 of 18

03:56PM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:01PM    The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

04:27PM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

05:15PM    Investigator Brett Ridgedell discontinue surveillance and departed, en route to the New Orleans, Louisiana area.

**Saturday, December 19, 2015**

Cloudy-50

07:05AM    Investigator Brett Ridgedell departed the New Orleans, Louisiana area, en route to the claimant's residence, located at

07:35AM    Upon arrival, the Investigator observed the previously mentioned blue Toyota Sequoia present on the driveway. No claimant activity was observed. Area video was obtained. Indirect surveillance was established, with a view of one of the two most likely routes of departure.

08:33AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:40AM    The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

08:57AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:26AM    The claimant departed as the driver of the Toyota Sequoia. Mobile surveillance was established.

09:32AM    The claimant arrived at a Krispy Kreme, located along Clearview Parkway in New Orleans, Louisiana, and parked within the parking area out of view. The claimant and two children walked into view. **VIDEO** was obtained as the claimant walked across the parking area toward the business, carried a purse over her left shoulder, opened

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1539

Crespo, Paige                                                        December 23, 2015
                                                                     Page 17 of 18

the entrance with her right hand/arm and entered out of view with the two children. Direct surveillance was established with a view of the business and parking area.

09:36AM   The claimant and two children exited the business. **VIDEO** was obtained as she descended a small curb, walked across the parking area, carried a box in her left hand, carried a purse over her left shoulder, and approached the Toyota Sequoia out of view. Moments later, the claimant departed with the children as passengers. Mobile surveillance resumed.

09:47AM   The claimant returned to the residence and parked. Indirect surveillance was re-established.

10:06AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:01AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:58AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:05PM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

12:35PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:28PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:44PM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

01:56PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:57PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:12PM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

03:37PM   Investigator Brett Ridgedell discontinued surveillance and departed, en route to the
               New Orleans, Louisiana area.

## COMMENTS:

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact
me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Angela Lemelle
Case Manager

HR/AL: dnm
Enclosures: **None**

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1541

# HUB ENTERPRISES, INC.

### Still Clips from Video

**Claimant: Paige Crespo**                    **Case Number: 1512000391**
**Client Case Number: 5458678**



| Claimant standing |
| --- |



| Claimant bending at the waist |
| --- |



| Claimant standing |
| --- |



| Claimant lifting a backpack |
| --- |



| Claimant walking |
| --- |



| Claimant walking |
| --- |

# C O N F I D E N T I A L

Liberty/Crespo 1542

# Liberty Mutual Investigation Referral

Requested By:    Todd D. Youngberg
                 Disability Claims
                 P.O. Box 5031
                 Wallingford, CT 06492-7531
                 (888) 437-7611 x10280

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | |
|---|---|---|
| Customer Name: | OCHSNER CLINIC FOUNDATION | Date Sent: 12/7/2015 |

Funding type:    FI: **YES**    ASO: **NO**    Coverage Type:    STD: **NO**    LTD: **YES**

| | |
|---|---|
| Claimant Name: | PAIGE F CRESPO |
| Claimant Address: | |
| City: | |
| State: | |
| Zip: | |
| Gender: | FEMALE |
| Marital Status: | M |
| No. of Dependents: | 0 |

| | |
|---|---|
| Claim #: | 5458678 |
| Claimant SSN: | |
| Claimant DOB: | |
| Claimant Tel. #: | |
| Date of Hire: | 6/25/2001 |
| Date of Disability: | 4/11/2015 |
| Injury/Illness: | Cerebellar or brain stem contusion without mentio |
| Job Description: | CRNA-ANESTHESIOLOGIST |

Claimant's Physical Description: Clmt is a 43 yof, short blondish/light colored hair, 5'7" TALL, APPROX 130 LBS.

Describe Reason For Referral:

Clmt is claiming disability related to traumatic brain injury/stroke, she's blind in one eye and cannot concentrate, file is being referred to complete surveillance to verify clmt's activity level.

Instructions For Vendor:                    Vendor Chosen:    HUB ENTERPRISES

Please complete 3 days of surveillance from 12/17/15-12/19/15.

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Thursday, December 3, 2015 9:50:42 AM |
| **To:** | PFRIDAYCRESPO@ATT.NET; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Ochsner Clinic Foundation Claim No. 5458678 Paige Crespo |
| **Attachments:** | 3bfbe17c1e6a61fe582a0f67a77e7fdb0047f3abfacf0ba8_1846573.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty/Crespo 1544

**Liberty Mutual® INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

December 3, 2015

Ms. Paige F. Crespo

RE:     Long Term Disability (LTD) Benefits
        Ochsner Clinic Foundation
        Claim #: 5458678

Dear Ms. Paige Crespo:

Per our recent discussion, please complete and return the enclosed Tax Withholding form with a dollar amount indicated.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments:   W-4S - For use with FI and ASO with 501c9 Trust

1  of  1

Liberty/Crespo 1545

# Form W-4S

Department of the Treasury
Internal Revenue Service

## Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

## 2015

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . .  **$**

Employee's signature                                                                                                         Date

...................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** .........................................

## Worksheet (Keep for your records. Do not send to the Internal Revenue Service.)

| | | |
|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . . . | **1** |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | **2** |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . | **3** |
| 4 | Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . . . | **4** |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . | **5** |
| 6 | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | **6** |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | **7** |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . | **8** |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . . | **9** |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . | **10** |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | **11** |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . | **12** |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**For Paperwork Reduction Act Notice, see page 2.**          Cat. No. 10226E          Form **W-4S** (2015)

Liberty/Crespo 1546

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $12,600* |
| Head of household . . . . . . . . . . . . . | $9,250* |
| Single or Married filing separately . . . . . . . . . . | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

*Additional amount for the elderly or blind.* An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

*Limited standard deduction for dependents.* If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

*Certain individuals not eligible for standard deduction.* For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2015 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 90,750 | 5,156.25 + 25% | 37,450 |
| 90,750 | 189,300 | 18,481.25 + 28% | 90,750 |
| 189,300 | 411,500 | 46,075.25 + 33% | 189,300 |
| 411,500 | 413,200 | 119,401.25 + 35% | 411,500 |
| 413,200 | and greater | 119,996.25 + 39.6% | 413,200 |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | $0 + 10% | $0 |
| 13,150 | 50,200 | 1,315 + 15% | 13,150 |
| 50,200 | 129,600 | 6,872.50 + 25% | 50,200 |
| 129,600 | 209,850 | 26,772.50 + 28% | 129,600 |
| 209,850 | 411,500 | 49,192.50 + 33% | 209,850 |
| 411,500 | 439,000 | 115,737 + 35% | 411,500 |
| 439,000 | and greater | 125,362 + 39.6% | 439,000 |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | $0 + 10% | $0 |
| 18,450 | 74,900 | 1,845 + 15% | 18,450 |
| 74,900 | 151,200 | 10,312.50 + 25% | 74,900 |
| 151,200 | 230,450 | 29,387.50 + 28% | 151,200 |
| 230,450 | 411,500 | 51,577.50 + 33% | 230,450 |
| 411,500 | 464,850 | 111,324 + 35% | 411,500 |
| 464,850 | and greater | 129,996.50 + 39.6% | 464,850 |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 75,600 | 5,156.25 + 25% | 37,450 |
| 75,600 | 115,225 | 14,693.75 + 28% | 75,600 |
| 115,225 | 205,750 | 25,788.75 + 33% | 115,225 |
| 205,750 | 232,425 | 55,662 + 35% | 205,750 |
| 232,425 | and greater | 64,989.25 + 39.6% | 232,425 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty/Crespo 1547

Form **W-4S**
Department of the Treasury
Internal Revenue Service

## Request for Federal Income Tax Withholding From Sick Pay
Give this form to the third-party payer of your sick pay.
Information about Form W-4S is available at *www.irs.gov/w4s.*

1N334150009
OMB No. 1545-0074

**2015**

Type or print your first name and middle initial. Paige F

Last name Crespo

Your social security number

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any)

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.)  $  0

Employee's signature  Paige Crespo

Date  11/16/15

...............Separate here and give the top part of this form to the payer. Keep the lower part for your records...............

### Worksheet (Keep for your records. Do not send to the Internal Revenue Service.)

1  Enter amount of adjusted gross income that you expect in 2015 ... | **1** | 22,200.00

2  If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household, $258,250 if you are single and not head of household or a qualifying widow(er), or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) | **2** | 12,600.00

3  Subtract line 2 from line 1 | **3** |

4  Exemptions. Multiply $4,000 by the number of personal exemptions | **4** | 8,000.00

5  Subtract line 4 from line 3 | **5** |

6  Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions | **6** |

7  Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | **7** |

8  Subtract line 7 from line 6 | **8** |

9  Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments | **9** |

10  Subtract line 9 from line 8 | **10** |

11  Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | **11** | 3

12  Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **12** | 707.00

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**For Paperwork Reduction Act Notice, see page 2.**

Cat. No. 10226E

Form **W-4S** (2015)

Liberty/Crespo 1548

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211




MS. PAIGE CRESPO

Liberty/Crespo 1549



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

November 10, 2015

Ms. Paige F. Crespo


RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Per your recent request, please find enclosed an updated Tax Withholding form to complete and
return.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576


Attachments:   W-4S - For use with FI and ASO with 501c9 Trust


1  of  1

Liberty/Crespo 1550

**Form W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . .   $

Employee's signature                                                                 Date

........................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ...........................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . . . . | **4** | |
| **5** | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | **6** | |
| **7** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . . | **9** | |
| **10** | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | **11** | |
| **12** | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . . | **12** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**For Paperwork Reduction Act Notice, see page 2.**          Cat. No. 10226E          Form **W-4S** (2015)

Liberty/Crespo 1551

Form W-4S (2015)                                                                                                    Page **2**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . . | $12,600* |
| Head of household . . . . . . . . . . . . . . . . | $9,250* |
| Single or Married filing separately . . . . . . . . . . . | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

**Additional amount for the elderly or blind.** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

**Limited standard deduction for dependents.** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

# 2015 Tax Rate Schedules

## Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 90,750 | 5,156.25 + 25% | 37,450 |
| 90,750 | 189,300 | 18,481.25 + 28% | 90,750 |
| 189,300 | 411,500 | 46,075.25 + 33% | 189,300 |
| 411,500 | 413,200 | 119,401.25 + 35% | 411,500 |
| 413,200 | and greater | 119,996.25 + 39.6% | 413,200 |

## Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | $0 + 10% | $0 |
| 13,150 | 50,200 | 1,315 + 15% | 13,150 |
| 50,200 | 129,600 | 6,872.50 + 25% | 50,200 |
| 129,600 | 209,850 | 26,772.50 + 28% | 129,600 |
| 209,850 | 411,500 | 49,192.50 + 33% | 209,850 |
| 411,500 | 439,000 | 115,737 + 35% | 411,500 |
| 439,000 | and greater | 125,362 + 39.6% | 439,000 |

## Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | $0 + 10% | $0 |
| 18,450 | 74,900 | 1,845 + 15% | 18,450 |
| 74,900 | 151,200 | 10,312.50 + 25% | 74,900 |
| 151,200 | 230,450 | 29,387.50 + 28% | 151,200 |
| 230,450 | 411,500 | 51,577.50 + 33% | 230,450 |
| 411,500 | 464,850 | 111,324 + 35% | 411,500 |
| 464,850 | and greater | 129,996.50 + 39.6% | 464,850 |

## Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 75,600 | 5,156.25 + 25% | 37,450 |
| 75,600 | 115,225 | 14,693.75 + 28% | 75,600 |
| 115,225 | 205,750 | 25,788.75 + 33% | 115,225 |
| 205,750 | 232,425 | 55,662 + 35% | 205,750 |
| 232,425 | and greater | 64,989.25 + 39.6% | 232,425 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty/Crespo 1552



Inbox (3)

From: Benefits.Application@ssa.gov                                          Hide

To: pfridaycrespo@att.net

**Check the Status of your application.**
August 14, 2015 at 8:39 AM

Thank you! We have received your Benefit Application.

Please allow 5 business days to check your application status online, then:
1.  Go to http://www.socialsecurity.gov
2.  Enter your Social Security Number and Confirmation Number.

We hope you found our online Benefit Application convenient to use and easy to understand.

This email was automatically delivered.  Please DO NOT REPLY to this message.

Liberty/Crespo 1553

11287150008



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London. KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

**Return To:** Todd Youngberg _____

---

EMPLOYEE/CLAIMANT NAME: Paige Crespo _____

CLAIM NO: 5458678 _____

EMPLOYER/SPONSOR: Ochsner Clinic Foundation _____  DATE OF BIRTH: _____

---

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals. medical insurance carriers. and pharmacies used during the time period from __04/10/2015__ to __09/25/2015__ . *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Ochsner Hospital (Marcus Ware)
Specialty: neurosurgery
Address: 1504 Jefferson Hwy
New Orleans, LA 70121
Telephone No.: (504) 842-4000 Fax No. :( )

Name: Fawed Khan
Specialty: neurologist
Address: 1514 Jefferson Hwy
New Orleans, LA 70121
Telephone No.: (504) 842-4000 Fax No. :( )

Name: Guirgws
Specialty: Pain management
Address: 1514 Jefferson Hwy
Telephone No. :( ) Fax No. :( )

Name: Physical/Speech/Occupational Therapy
Specialty: all @ Ochsner
Address: 1514 Jefferson Hwy
New Orleans, LA 70121
Telephone No. :(504) 842-4000 Fax No. :( )

### MEDICAL INSURANCE CARRIER(S):

Name: Humana
Specialty: _____
Address: _____
Telephone No. :( ) Fax No. :( )

Name: _____
Specialty: _____
Address: _____
Telephone No. :( ) Fax No. :( )

### PHARMACY(S):

Name: CVS Jefferson Hwy
Specialty: _____
Address: 9643 Jefferson Hwy 70123
Telephone No. :(504) 737-6942 Fax No. :( )

Name: _____
Specialty: _____
Address: _____
Telephone No. :( ) Fax No. :( )

---

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure. defraud. or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Paige Crespo   DATE: 10/7/16

Liberty/Crespo 1554

1I287150008

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

**Return to:** Gail Libby

| EMPLOYEE/CLAIMANT NAME: Paige Crespo | CLAIM #: 5458678 |
|---|---|
| EMPLOYER/SPONSOR: Ochsner Clinic Foundation | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) Crespo, Paige F | Social Security # | Email Address |
|---|---|---|
| Street Address | City | State / Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status m |
|---|---|---|

| Spouse's Full Name Chad Jude Crespo | Number of Children 3 | |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Chad Crespo    Relationship to you? Spouse    Tel #.

| | |
|---|---|
| Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay. NO | |
| Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain. NO | |
| Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO | |
| Do you hold a professional license? If yes, for what purpose? yes | |
| Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es). NO | |
| Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information. NO | |
| Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO | |

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | State Disability | $ | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Other (please describe) | $ | | | |

The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: 10/7/15

EMPLOYEE'S PRINTED NAME: Paige Crespo

EMPLOYEE'S SIGNATURE: Paige Crespo

Liberty/Crespo 1555

11287150008

# DISABILITY CLAIM FORM



## Liberty Mutual. INSURANCE

PLEASE CHECK
BENEFITS
APPLIED FOR:

☐ STD
☒ LTD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

*TO BE COMPLETED BY EMPLOYEE*
*(PLEASE COMPLETE ALL APPLICABLE SPACES)*

| Employee's Name Paige Crespo | Employee's Social Security Number |
|---|---|

| Street Address | City | State | Zip Code |
|---|---|---|---|

| Home Telephone No. ( ) | Work Telephone No. ( ) | Sex ☐ M ☒ F | Date of Birth |
|---|---|---|---|

| Employer's Name Ochsner hospital | Marital Status ☐ Single ☒ Married ☐ Widowed ☐ Divorced | Spouse's Name Chad | Spouse's Date of Birth |
|---|---|---|---|

| List Names and Dates of Birth of Unmarried Children Who Have Not Finished High School (under age 19) | No. of Dependents |
|---|---|
| R    C    A    C    Z    C | 3 |

Treated By:    (Please include all treating physicians; use additional paper if needed)

HOSPITAL    Marcus Ware   Ochsner 1514 Jefferson Hwy          70121
            Name                    Street Address              City/State/Zip Code

DOCTOR    Fawzd Khan              same
          Name                    Street Address              City/State/Zip Code

          Doctor's Phone No.   504   8424000

| Date Injury/Illness Began 4/10/15 | Date First Treated 4/10/15 | Date Last Worked 4/10/15 | Date Returned to Work none |
|---|---|---|---|

| Is your illness or injury related to your occupation? ☐ Yes ☒ No | If "Yes", then please explain: Have you or do you intend to file a Workers' Compensation claim? ☐ Yes ☒ No |
|---|---|

Describe how and where injury occured and describe the onset and nature of your illness.

Occured @ a swim meet - had a seizure - ruptured aneurysm/stroke

Identify other income you are receiving or for which you have applied:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | State Disability | $ | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Group Disability | $ | | | |
| ☐ | ☒ | Other (please describe) | $ | | | |

If your request for disability benefits is approved, all or part of your benefits may be considered taxable income if they are attributable to 1) employer contributions toward the disability plan or, 2) your contributions, on a pre tax basis, toward the disability plan.

Apply a voluntary federal income tax withholding to each benefit payment?   ☒ Yes ☐ No   If "Yes", select one of the following

☐ Withhold a specific whole dollar amount based upon the disability payment mode (weekly, bi-weekly, semi-monthly, or monthly) or
  $_____weekly ($20.00 min.)   $_____bi-weekly ($40.00 min.)   $_____semi-monthly ($44.00 min.)   $_____monthly ($88.00 min.)

☒ Use the completed and signed IRS Form W-4S I have attached which specifies my withholding request.

Apply a voluntary state income tax withholding to each benefit payment?   ☒ Yes ☐ No   If "Yes", select one of the following

☐ Withhold   $_____   ($10.00 minimum)   for the state of _____ or

☒ Use the completed and signed state employee withholding certificate I have attached which specifies my withholding request.

Signature: Paige Crespo          Date: 10/7/15

DP 403 W Rev 04/06          **PLEASE REVIEW REVERSE SIDE AND SIGN WHERE INDICATED**

Liberty/Crespo 1556

11287150008

# PLEASE READ CAREFULLY, SIGN AND DATE BELOW

The information I have provided is true and complete to the best of my knowledge and belief. I agree that a Photostat copy of this form will be as valid as the original. I understand that any person who knowingly or with intent to injure, defraud, or deceive an insurance company, files a statement containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

**CALIFORNIA EMPLOYEES:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**COLORADO EMPLOYEES:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud a policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**DELAWARE EMPLOYEES:** It shall be a fraudulent insurance act for a person to knowingly, by act or omission, with intent to injure, defraud or deceive: prepare, present, or cause to be presented to any insurer, any oral or written statement including computer-generated documents as part of, or in support of, a claim for payment or other benefit pursuant to an insurance policy, containing false, incomplete, or misleading information concerning any fact material to such claims.

**FLORIDA EMPLOYEES:** I understand that any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement or claim or an application containing any false, incomplete, or misleading information is guilty of a felony of third degree.

**KENTUCKY EMPLOYEES:** I understand that any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application containing any materially false information or conceals, for the purposes of misleading, information concerning any fact material thereto commits a fraudulent act, which is a crime.

**MINNESOTA EMPLOYEES:** A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**NEW JERSEY EMPLOYEES:** A person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NEW YORK EMPLOYEES:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand and the stated value of the claim for each such violation.

**NORTH CAROLINA EMPLOYEES:** Any person who with the intent to injure, defraud, or deceive an insurer or insurance claimant: presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or material to the claim, or assets, abets, solicits or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning fact or matter material to the claim is guilty of a felony.

**OHIO EMPLOYEES:** I understand that any person who, with the intent to defraud, or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud

**OKLAHOMA EMPLOYEES:** I understand that any person who knowingly, and with intent to injure, defraud, or deceive any insurer, makes a claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information is guilty of a felony.

**PENNSYLVANIA EMPLOYEES:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

EMPLOYEE: _Paul Crespo_                    DATE SIGNED: _10/7/15_

Liberty/Crespo 1557

11287150008

# ACTIVITIES QUESTIONNAIRE



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

**Return To:** Gail Libby

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678          DATE OF BIRTH:

EMPLOYER/SPONSOR: Ochsner Clinic Foundation

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ___8hrs___   stand ___6hrs___   walk ___40min___

How many hours a day do you:

sit ___4___   stand ___3___   walk ___40___

Do you take a nap during the day?

Yes_____   No ___X___

If Yes, for how long? _____   At what time of the day? _____

How many hours a day do you spend in bed?___12___

Do you require any assistive devices such as a:

cane _____   walker_____   crutches_____   wheelchair_____   other_____

How long are you able to sit in a car?___3hrs___

Do you hold a valid driver's license?

Yes___X___   No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? ___2hrs___

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

___phone, email, txt___

Do you have children?

Yes___X___   No _____   If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes_____   No ___X___

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____   No ___X___   If Yes, please explain _____

How many times a day do you leave the house during the week? ___W 2___

On the weekends? ___2___

How often do you run errands? ___2x/wk___

Please describe what errands you most commonly run: ___grocery, cleaners___

11287150008


**Liberty Mutual.**
INSURANCE

How often do you get outdoors? _____ 1x/day _____

Are you left or right hand dominant?        Left _____        Right _X_

Are you able to work in your garden?        Yes _X_        No _____

Are you able to work on your house?        Yes _X_        No _____

Are you able to wash your car?        Yes _____        No _X_

How much time is spent daily on your home computer?
_____ None _X_ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _X_ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_X_ Pay bills _____ Read news/articles _X_ Use search engines _X_ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize. Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming   Other: _none_____

Do you have a working home copy machine/fax machine? _____ Yes _X_ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily
activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | self | no |
| Carrying groceries into the house | self | |
| Cooking meals | self | |
| Cleaning after meals | self | |
| Cleaning bathrooms | self | |
| Vacuuming | self | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _X_ No _____

If Yes, please provide reason and hospital contact Information: Ochsner Hospital - I had aruptured
aneurysm - Stroke _____

Liberty/Crespo 1559

11287150008

 **Liberty Mutual.**
**INSURANCE**

How often do you travel or take vacation? ___1x/yr___

Where do you go? How do you get there (transportation method)? ___different places___
___drive/fly___

Are you able to pursue your hobbies?          Yes _X_   No ___
If Yes, please describe ___but I don't have any___

Do you participate in an exercise program?    Yes _✓_   No ___
If Yes. please describe ___walking 1x/day___

Do you do any Volunteer work?                 Yes ___   No _X_

If Yes:

   how many hours per day? _____

   how many hours per week?_____

   for whom? _____

Are you working for wages?                    Yes ___   No _X_

If Yes. please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**
___I had a traumatic brain injury / stroke - blind in one eye + I can't concentrate___

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
___go for a walk, eat lunch, get kids, feed them, back to bed___

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you please provide an alternate contact's name and telephone number.
___Chad___

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ___Paige Crespo___          Date: ___10/7/15___

Signature: ___Paige Crespo___

Liberty/Crespo 1560

1I287150008

# FAMILY INFORMATION QUESTIONNAIRE


## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

**Return to:** Gail Libby

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation                    DATE OF BIRTH: 04/11/1972

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?        Single _____        Married _X_        Divorced _____

If married, please indicate your spouse's name and date of birth.  Name: Chad Crespo    DOB: 11/17/15

Do you have children?        Yes _X_        No _____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Riley Crespo | 10/18/04 | | N | 2021 |
| Aubrey Crespo | 2/13/07 | | N | 2024 |
| Zane Crespo | 12/10/08 | | N | 2025 |
| | | | | |

Is your spouse and/or children receiving Social Security benefits?    Yes: _____    No: _X_

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: _____        Date: _____

Liberty/Crespo 1561

11287150008

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London. KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation          DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    (If you have a resume, please attach)

Highest Grade Completed: ___Masters___          Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____          Certificate Program completed: _____

Associates Degree: _____          College: number of years: _____

Bachelor's Degree: BA /BS Major: _Bach of Science_ Graduate School: MA /(MS) CAGS  PHD Degree: _____

Professional Training, License, Certificates(s): ___nurse anesthesia___

Are you currently attending any classes:  ☐ Y  ☒ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _Ø_____

Additional Skills, Hobbies & Volunteer Work __Ø_____

Did you serve in the Armed Forces? ☐ Y  ☒ N    From: _____    To: _____

Branch of Service: _____          Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Ochsner Hospital_ Department: _Anesthesia_ From: _6/01_ To: _present_
   Job Title(s): _nurse anesthetist_
   Supervisory Experience ☐ Y  ☒ N
   Tasks/Duties (please be specific): _take care of pt while under anesthesia_

2. Company: _Ochsner_ Department: _Anesthesia_ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____

A Liberty Mutual Company

11287150008

3. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

4. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

5. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

## Computer Utilization:

Computer Training/Courses, Certifications: ___Ø_____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☒ None  ☒ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None  ☒ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes  ☒ No    If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)    ~att net

Please provide your email address: Personal: _ _ _ Work: _____

SIGNATURE: _Paige Crespo_____ PHONE NO: (504) _453 6006_____

2

Liberty/Crespo 1563

11287150008



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

September 25, 2015

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

You have been receiving Short Term Disability benefits since April 25, 2015. Ochsner Clinic
Foundation's Short Term Disability Policy provides benefits for a maximum period of 24 weeks.
Should your disability continue through the maximum period these benefits will end on October 9,
2015.

During the remainder of this benefit period, we will be reviewing your claim for consideration under
Ochsner Clinic Foundation's Long Term Disability Policy. Please note that receipt of Short Term
Disability benefits does not automatically mean that your Long Term Disability benefits will be
approved. The provisions and requirements in the Long Term Disability Policy differ from those in
the Short Term Disability Policy and may require that we request additional information prior to
making a claim determination.

Ochsner Clinic Foundation's LTD Policy requires that in order to receive benefits, you provide
proof of disability within a required timeframe. Therefore, we ask that you provide us with the
following information no later than October 25, 2015, as required under the terms of the Policy.

- Disability Claim Form
- Activities Questionnaire Form
- Claimant Supplementary Statement
- Claimant Information form
- Family Information Questionnaire
- Authorization
- Authorization - Medical
- Training Education and Experience
- Copy of Photo ID (driver's license or passport)

Without the above requested information, we will be unable to evaluate your eligibility for benefits.
Your cooperation in providing the requested information is essential to our claims investigation.

1  of 2

Liberty/Crespo 1564

1I287150008

You may fax this information to my attention at Fax: 603-422-7909.

In order to consider your application for disability benefits, we will be requesting additional medical information from your medical providers. Please note that when we request these records on your behalf, it is ultimately your responsibility to provide proof of your claim and to secure the required documentation if we are unable to do so. In order to expedite the handling of your claim, please provide your providers with a copy of the signed Authorization to Release Information form and return a copy to Liberty Life Assurance Company of Boston. Or if your providers will not accept Liberty Life's authorization, please sign your provider's special authorization form.

If the above information is not received by October 25, 2015, we will make a claim determination based on the information in our file.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Gail Libby
Disability Claims Tech Spec
On Behalf Of: Todd Youngberg
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 427-1845

Attachments:    Authorization
                Authorization - Medical
                Disability Claim Form
                Claimant Supplementary Statement
                Family Information Questionnaire
                Training Education Experience
                Activities Questionnaire Form
                Claimant Information Form

2 of 2

Liberty/Crespo 1565

Liberty/Crespo 1566



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

Liberty/Crespo 1567



# UNITED STATES POSTAL SERVICE®



US POSTAGE AND FEES PAID
PRIORITY MAIL
Oct 08 2015
Mailed from ZIP 70123
Priority Mail
Flat Rate Envelope
C1D: 167031
Commercial Plus Pricing

071V01023394

endicia.com

## PRIORITY MAIL 3-DAY                    0006

Paige Crespo
6464 Declyn Dr.

Shipped using PostalMate®
Pkg.142974

SHIP TO:
GROUP BENEFITS DISABILITY CLAIMS
TODD YOUNGBERG
PO BOX 7211
CLAIM # 5458678
LONDON KY 40742-7211

USPS TRACKING #

9405 5102 0083 0879 1764 23

VI**.** **.COM
ORDER FREE SUPPLIES ONLINE

# PRIORITY® MAIL ★



▦ DATE OF DELIVERY SPECIFIED*

🛜 USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED*

🚚 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PS00001000014

EP14F July 2013
• OD: 12.5 x 9.5

112871 50008



**Liberty Mutual.**
INSURANCE

11287150007
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                    **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER** Ochsner Clinic Foundation

**Return** Gail Libby

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Paige Crespo**
Claimant Name (Print)

*Paige Crespo*
Claimant Signature

**5458678**
Claim Number

Date of Birth

10/7/15
Date

Liberty/Crespo 1568

11287150007

 **Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name Paige Crespo                                    Claim No 5458678

Employer/Sponsor/Customer Name Ochsner Clinic Foundation

Return to: Gail Libby

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                         Date of Birth

_Paige Crespo_                                                 10 7 16
Claimant Signature                                            Date

5458678
Claim Number

Liberty/Crespo 1569

**Initial Payment Set up Worksheet**

**Claimant's Name**    Paige Crespo                          **DOB** ___ .

**Customer**    OCHSNER CLINIC FOUNDATION

**LTD Claim #**    5458678

**Associated Claims**    3444863  Type    STD                Type _____

**Benefit End date of associated claims**    10/9/2015

**Contractual EP**    > the end of STD or 180 days

**Does policy include COLA provision**    No      Task Set Date    n/a

**LTD Benefit begin date**    10/10/2015            **DOD**  4/11/2015   **AGE**    43

**Max Benefit date**    4/10/2039        SSNRA age 67

**BME Amount**    $12,220.00

**Sources used to verify BME amount**

Elig salary: $70.50 ph x 40 x 52 / 12 = $12,220.00

**Benefit percentage**    60.00 %      **Gross modal benefit**      $7,332.00

**Benefit Begin date**    10/10/2015

**Approved thru date**    4/10/2039              Max duration

**Offsets entered**    Type                    Amount

**Resident / Work State:**    N/A
    LA

**Deductions entered**    Type        Amount        Type        Amount

    N/A

**Tax Withholding**        **Federal**    N/A            **State**    N/A

**Completed by**    Hannah Dexter        **Approved by** _____

Liberty/Crespo 1570

**n0259498**

---

| | |
|---|---|
| **From:** | Dexter, Hannah |
| **Sent:** | Tuesday, October 06, 2015 8:08:47 AM |
| **To:** | 'employeeleavemgmt@ochsner.org' |
| **Subject:** | LTD Salary Verification - Paige Crespo - LTD Claim 5458678 |

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Paige Crespo, emp #1003450 and DOB

Please provide the employee's standard hours worked prior to disability.

Please contact me with any questions.


Thank you,


Hannah Dexter
Payment Specialist II
Payment Services – Liberty Mutual Benefits
Liberty Life Assurance Company of Boston
100 Liberty Way, Dover, NH 03820
Mail Stop: 02-5, Desk: 02G-P754
Tel: 1-888-437-7611 Ext-16408 **|** Fax: 603-334-8657
Hannah.Dexter@LibertyMutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If

Liberty/Crespo 1571

you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 x16408 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1572

**n0259498**

| | |
|---|---|
| **From:** | EmployeeLeaveMgmt |
| **Sent:** | Tuesday, October 06, 2015 9:07:16 AM |
| **To:** | Dexter, Hannah |
| **Subject:** | RE: LTD Salary Verification - Paige Crespo - LTD Claim 5458678 |
| **Attachments:** | image001.jpg |

Hi Hannah,


Standard weekly hours is 40


Wendy J


**From:** Dexter, Hannah [mailto:Hannah.Dexter@LibertyMutual.com]
**Sent:** Tuesday, October 06, 2015 7:09 AM
**To:** EmployeeLeaveMgmt
**Subject:** LTD Salary Verification - Paige Crespo - LTD Claim 5458678


Good Morning,


I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Paige Crespo, emp #1003450 and DOB


Please provide the employee's standard hours worked prior to disability.


Please contact me with any questions.


Liberty/Crespo 1573

Thank you,

Hannah Dexter

Payment Specialist II

Payment Services – Liberty Mutual Benefits

Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Mail Stop: 02-5, Desk: 02G-P754
Tel: 1-888-437-7611 Ext-16408 **|** Fax: 603-334-8657

Hannah.Dexter@LibertyMutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 x16408 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1574

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Tuesday, October 06, 2015 11:54 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | LTD, CRESPO, PAIGE, Emp ID 1003450, Claim # 5458678, APPROVAL |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 4/11/2015. The claim has been approved through 4/10/2039. The case manager for this claim is Todd Youngberg. The claim number is 5458678.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

Liberty/Crespo 1575

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Tuesday, October 06, 2015 11:54 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | LTD, CRESPO, PAIGE, Emp ID 1003450, Claim # 5458678, APPROVAL |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 4/11/2015. The claim has been approved through 4/10/2039. The case manager for this claim is Todd Youngberg. The claim number is 5458678.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

Liberty/Crespo 1576

3S278150015

LMG    8/14/2015 7:59:04 AM    PAGE    2/006    Fax Server

2918064    10784176    AUG 14 2015

Initials:



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 14, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:   Short Term Disability (STD) Benefits
      Ochsner Clinic Foundation
      Claim #: 3444863
      Claimant: Paige Crespo
      Claimant D.O.B.:

Dear Dr. Marcus Ware:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Ochsner Clinic Foundation's Group Disability Plan. We are writing in reference to Paige Crespo's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 21, 2015.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jane Durfey
Disability Claims Case Mgr II
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

Attachments:   3444863-EMPLOYEE/CLAIMANT-08.12.2015
               3444863-REQUEST-PROVIDER-07.22.2015

epic= 16
HPF= O
OCW= D

Processed By:
FS DS HP OP Lab Xray Cons
ER Cardio Clinic Complete Path
Other:
Timeframe:
QA By:
Answered Date:

1 of 1

3S278150015

**MRO Corporation**
**P.O. Box 61507**
**King of Prussia, PA  19406**
**Ph: 610-265-8423**
**Fx: 610-962-8421**

# Medical Records Transmittal

Date:             9/22/2015
Request Number: 11351300
Page Count:       14

### Your requested medical records are attached.

Patient Name:     PAIGE CRESPO
Medical Facility:  Ochsner Main Campus Jefferson

Requester:        Jane Durfey
Organization:     Liberty Mutual

Your reference number:        3444863

Thank you,
*MRO Corporation*
*www.MROCorp.com*

Liberty/Crespo 1578

3S278150015

1773053

8/31/2015 3:33:53 PM   PAGE   5/005   Fax Server

**Ochsner Health System**

SEP 2015

**AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION TO LIBERTY MUTUAL**

Date of Birth

Phone #

hereby authorize

Ochsner Health System to release information specified below from my medical records covering the dates of service

The information which is checked (X) below is to be released to:

Liberty Mutual
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208

Purpose for Release:  ☐ Medical  ☒ Insurance  ☐ Legal  ☐ Other

Check all items being released:

☑ Discharge Summary
☑ Discharge Instructions/After Visit Summary
☑ History & Physical
☐ Consultation Reports
☐ Pathology Reports

☑ Laboratory
☐ Cardiology
☐ Clinic Visit
☑ Hospital admission
☐ Abstract
☐ Other

☐ Dictated Letter
☑ Operative Report
☐ X-ray Report
☐ ER Record
☒ Entire Record

Method of Delivery:  ☑ Paper   ☑ Electronic delivery. Email address

The patient's express authorization is required to release certain types of records (including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing defined in the Genetic Information Non-Discrimination Act of 2008). Please read and sign the following:

_____ authorize the release of alcohol and/or drug abuse treatment and information

_____ authorize the release of HIV test results and/or HIV treatment information

_____ authorize the release of psychiatric information

_____ authorize the release of genetic testing information

In authorizing the release of the confidential medical identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure of release of any confidential record. I understand the confidential information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment, or eligibility for benefits may not be conditioned on my signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Medical Center and Ochsner Health Centers have already taken action based on it. Letters to revoke this authorization should be addressed to Ochsner Health System Corporate Operations Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123. If not previously revoked, this authorization will terminate as follows:

If no expiration date is filled back, authorization will expire within one year.

Date signed

3S278150015

*CC Release*

8/31/2015 3:33:53 PM   PAGE   1/005   Fax Server

MRO
SEP 02 2015
Initials

**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 210-0268
Secure Fax No.: (603) 334-5167

| | |
|---|---|
| Date: | August 31, 2015 |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | |
| Fax: | (504) 842-2800 |
| From: | Jane Durfey<br>Disability Claims Case Mgr II<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-5167 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | |

Claim #:   3444863
Claimant:   Paige Crespo

Ochsner Clinic Foundation

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

3S278150015

8/31/2015 3:33:53 PM    PAGE    5/005    Fax Server

Ochsner Health System

MRO

SEP 0 2 2015

Initials:

**AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION TO LIBERTY MUTUAL**

Patient's Name: _____  Date of Birth: _____

Address: _____  Sex: _____

I, _____, hereby authorize Ochsner Health System to release information specified below from my medical records covering the dates of service _____ to _____

The information which is checked below is to be released to:
Liberty Mutual
Group Benefits Disability Claims
P.O. Box 7209
London, KY  40742-7209

Purpose for Release:  ☐ Medical  ☒ Insurance  ☐ Legal  ☐ Other: _____

Check all items being released:
☒ Discharge Summary
☒ Discharge Instructions And Visit Summary
☒ History & Physical
☒ Consultation Reports
☐ Pathology Reports

☒ Laboratory
☒ Cardiology
☐ Clinic Visit
☒ Hospital admission
☐ Abstract
☐ Other:

☒ Dictated Letter
☒ Operative Report
☒ X-ray Report
☐ ER Record
☒ Entire Record

Method of Delivery: ☒ Paper  ☒ Electronic delivery. Email address:

The patient's express authorization is required to release certain types of records including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing identified in the Genetic Information Non-Discrimination Act of 2008.

_____ authorize the release of alcohol and/or drug abuse treatment and information
(Patient's Signature)

_____ authorize the release of HIV test results and/or HIV treatment information
(Patient's Signature)

_____ authorize the release of psychiatric information
(Patient's Signature)

_____ authorize the release of genetic testing information
(Patient's Signature)

If expiration date is left blank, authorization will expire within one year.

epic= 10
, HPF= 0
OCW= 0

Processed By: _____
FS DS HP OP Lab Xray Cons
ER Cardio Clinic Complete Path
Other: _____
Timeframe: 8/14/15 to 9/2/15
QA By: _____

ANSWERED SEP 3 2015

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:          , Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## Visit Summary

### Diagnoses

| | |
|---|---|
| Xerostomia | 527.7 |
| Undifferentiated inflammatory arthritis | 714.9 |
| Encounter for long-term (current) use of other medications | V58.69 |
| Undifferentiated connective tissue disease | 710.9 |

### Problem List as of 8/26/2015

Date Reviewed: 8/17/2015

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Allergy | 995.3 | | | Unknown - Present |
| Undifferentiated connective tissue disease | 710.9 | | | 9/13/2012 - Present |
| Overview Addendum 1/3/2014 3:19 PM by William Eugene Davis, MD | | | | |
| Pos ANA | | | | |
| Inflamm arthritis | | | | |
| Dry eyes, dry mouth, etc | | | | |
| fatigue | | | | |
| Basal cell carcinoma | 173.91 | | | 9/13/2012 - Present |
| Cough productive of purulent sputum | 786.2 | | | 9/24/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | 370.33 | | | 1/2/2013 - Present |
| Overview Signed 1/2/2013 2:34 PM by William E. Davis, MD | | | | |
| Does have pos ANA and inflamm arthritis | | | | |
| Undifferentiated inflammatory arthritis (Chronic) | 714.9 | | | 1/2/2013 - Present |
| Overview Signed 1/2/2013 2:35 PM by William E. Davis, MD | | | | |
| With pos ana | | | | |
| Vulvar lesion | 624.8 | | | 4/26/2013 - Present |
| Xerostomia (Chronic) | 527.7 | | | 1/3/2014 - Present |
| Knee pain | 719.46 | | | 6/11/2014 - Present |
| Granuloma annulare | 695.89 | | | 7/30/2014 - Present |
| Unspecified symptom associated with female genital organs | 625.9 | | | 1/6/2015 - Present |
| S/P laparoscopic hysterectomy | V88.01 | | | 1/12/2015 - Present |
| Atrophic vaginitis | 627.3 | | | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | 788.33 | | | 2/18/2015 - Present |
| Seizure | 780.39 | | | 4/10/2015 - Present |
| Brain compression | 348.4 | | | 4/10/2015 - Present |
| SAH (subarachnoid hemorrhage) | 430 | | | 4/10/2015 - Present |
| ICH (intracerebral hemorrhage) | 431 | | | 4/10/2015 - Present |
| Acute respiratory failure | 518.81 | | | 4/11/2015 - Present |
| Hypovolemia | 276.52 | | | 4/13/2015 - Present |
| Electrolyte abnormality | 276.9 | | | 4/13/2015 - Present |
| Chest pain, unspecified | 786.50 | | | Unknown - Present |
| Elevated intracranial pressure | 781.99 | | | 4/16/2015 - Present |
| Vasospasm of cerebral artery | 435.9 | | | 4/16/2015 - Present |
| Acute left-sided weakness | 728.87 | | | 4/16/2015 - Present |
| Nontraumatic subcortical hemorrhage of cerebral hemisphere | 431 | | | 4/27/2015 - Present |
| Cephalalgia | 784.0 | | | 4/27/2015 - Present |
| Nontraumatic cortical hemorrhage of cerebral hemisphere | 431 | | | 5/2/2015 - Present |
| Closed head injury | 959.01 | | | 5/5/2015 - Present |
| Acquired skull defect | 738.19 | | | 5/14/2015 - Present |

Generated on 9/15/2015 4:30 PM

Page 1

Liberty/Crespo 1582

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## Visit Summary (Continued)

### Problem List as of 8/26/2015 (continued)

Date Reviewed: 8/17/2015

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| CHI (closed head injury) | 959.01 | | | 5/14/2015 - Present |
| Encounter for long-term (current) use of other medications | V58.69 | | | 5/15/2015 - Present |
| Severe frontal headaches | 784.0 | | | 5/19/2015 - Present |
| Hearing loss | 389.9 | | | 6/3/2015 - Present |
| Vision loss | 369.9 | | | 6/3/2015 - Present |
| Left homonymous hemianopsia | 368.46 | | | 7/2/2015 - Present |
| RESOLVED: Fatigue | 780.79 | | | 1/3/2014 - 2/2/2015 |
| RESOLVED: Excessive or frequent menstruation | 626.2 | | | 9/19/2014 - 2/19/2015 |
| RESOLVED: Metrorrhagia | 626.6 | | | 1/6/2015 - 1/6/2015 |
| RESOLVED: Enlarged uterus | 621.2 | | | 1/6/2015 - 2/19/2015 |
| RESOLVED: Encephalopathy | 348.30 | | | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | 784.0 | | | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | 780.39 | | | 5/2/2015 - 5/19/2015 |
| RESOLVED: Opiate use | 305.50 | | | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | 788.20 | | | 5/21/2015 - 8/17/2015 |
| ~~DELETED: Keratoconjunctivitis sicca of both eyes not~~ | ~~370.33~~ | | | ~~1/2/2013 - 1/2/2013~~ |

~~specified as Sjogren's~~
~~Overview Signed 1/2/2013  2:22 PM by William E. Davis, MD~~
Dry eyes Dec 2012

### Allergies as of 9/15/2015

No Known Allergies

### Immunizations as of 8/26/2015

Never Reviewed

No Immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 8/26/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream | 30 g | 12 | 2/18/2015 | |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |

Ann M Haas, RN 5/12/2015  2:32 PM
Pt not currently on in hospital

ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL)
Sig - Route: Take by mouth. - Oral
Class  Historical Med

Ann M Haas, RN 5/12/2015  2:33 PM
Not currently taking while in hospital

| | | | | |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet | 180 tablet | 0 | 7/10/2015 | |
| Sig: TAKE 2 TABLETS ONE TIME DAILY. | | | | |
| pilocarpine (SALAGEN) 5 MG Tab | | | 1/31/2015 | 3/20/2016 |

Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral
Class: Historical Med

Generated on 9/15/2015  4:30 PM

Page 2

Liberty/Crespo 1583

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/26/2015 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Ann M Haas, RN 5/12/2015 2:34 PM<br>Patient not currently taking at this time | | | | |
| **quinacrine (QUINACRINE) 100 mg tablet**<br>Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | |
| **verapamil (CALAN-SR) 120 MG CR tablet**<br>Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral<br>Class. Historical Med | | | | |
| Ann M Haas, RN 5/12/2015 2:35 PM<br>Patient not currently taking at this time | | | | |
| **OREGANO OIL ORAL**<br>Sig - Route: Take by mouth. - Oral<br>Class. Historical Med | | | | 9/1/2015 |
| Ann M Haas, RN 5/12/2015 2:34 PM<br>Not currently using at this time | | | | |
| **tamsulosin (FLOMAX) 0.4 mg Cp24**<br>Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: Please fill ASAP | 30 capsule | 6 | 6/10/2015 | 9/11/2015 |

## All Results (08/26/15 - 08/26/15)

**CBC auto differential [161488814] (Abnormal)**          Resulted: 08/26/15 1803. Result status: Final result

Resulting lab:        OCHSNER MEDICAL CENTER - NEW
                      ORLEANS

**Specimen Information**

| Type | Source | Collected on |
|---|---|---|
| Blood | Blood | 08/26/15 1519 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| WBC | 5.28 | 3.90-12.70 K/uL | | - | OCLB |
| RBC | 4.16 | 4.00-5.40 M/uL | | - | OCLB |
| Hemoglobin | 12.5 | 12.0-16.0 g/dL | | - | OCLB |
| Hematocrit | 39.2 | 37.0-48.5 % | | - | OCLB |
| MCV | 94 | 82-98 fL | | - | OCLB |
| MCH | 30.0 | 27.0-31.0 pg | | - | OCLB |
| MCHC | 31.9 | 32.0-36.0 % | L | - | OCLB |
| RDW | 13.7 | 11.5-14.5 % | | - | OCLB |
| Platelets | 211 | 150-350 K/uL | | - | OCLB |
| MPV | 10.7 | 9.2-12.9 fL | | - | OCLB |
| Gran # | 3.2 | 1.8-7.7 K/uL | | - | OCLB |
| Lymph # | 1.6 | 1.0-4.8 K/uL | | - | OCLB |
| Mono # | 0.4 | 0.3-1.0 K/uL | | - | OCLB |
| Eos # | 0.1 | 0.0-0.5 K/uL | | - | OCLB |
| Baso # | 0.02 | 0.00-0.20 K/uL | | - | OCLB |
| Gran% | 61.3 | 38.0-73.0 % | | - | OCLB |
| Lymph% | 29.4 | 18.0-48.0 % | | - | OCLB |
| Mono% | 7.4 | 4.0-15.0 % | | - | OCLB |
| Eosinophil% | 1.3 | 0.0-8.0 % | | - | OCLB |
| Basophil% | 0.4 | 0.0-1.9 % | | - | OCLB |

Generated on 9/15/2015 4:30 PM                                                   Page 3

Liberty/Crespo 1584

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12012167105
Enc. Date 08/26/15

## All Results (08/26/15 - 08/26/15) (continued)

**CBC auto differential [161488814] (Abnormal) (continued)**    Resulted: 08/26/15 1803. Result status: Final result

| Differential Method | Automated | - | OCLB |
|---|---|---|---|

**C-reactive protein [161488812]**    Resulted: 08/26/15 1842, Result status: Final result

Resulting lab:    OCHSNER MEDICAL CENTER - NEW ORLEANS

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/26/15 1519 |

### Components

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| CRP | 0.4 | 0.0-8.2 mg/L | | - | OCLB |

**Comprehensive metabolic panel [161488815] (Abnormal)**    Resulted: 08/26/15 1842. Result status: Final result

Resulting lab    OCHSNER MEDICAL CENTER - NEW ORLEANS

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/26/15 1519 |

### Components

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Sodium | 140 | 136-145 mmol/L | | - | OCLB |
| Potassium | 3.7 | 3.5-5.1 mmol/L | | - | OCLB |
| Chloride | 103 | 95-110 mmol/L | | - | OCLB |
| CO2 | 30 | 23-29 mmol/L | H | - | OCLB |
| Glucose | 108 | 70-110 mg/dL | | - | OCLB |
| BUN, Bld | 12 | 6-20 mg/dL | | - | OCLB |
| Creatinine | 0.8 | 0.5-1.4 mg/dL | | - | OCLB |
| Calcium | 9.4 | 8.7-10.5 mg/dL | | - | OCLB |
| Total Protein | 6.5 | 6.0-8.4 g/dL | | - | OCLB |
| Albumin | 3.9 | 3.5-5.2 g/dL | | - | OCLB |
| Total Bilirubin | 0.6 | 0.1-1.0 mg/dL | | | OCLB |
| Comment | For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations. Premature Infant recommended reference ranges: Up to 24 hours... .........<8.0 mg/dL Up to 48 hours... ........<12.0 mg/dL 3-5 days...............<15.0 mg/dL 6-29 days...............<15.0 mg/dL | | | | |
| Alkaline Phosphatase | 71 | 55-135 U/L | | - | OCLB |
| AST | 20 | 10-40 U/L | | - | OCLB |
| ALT | 19 | 10-44 U/L | | - | OCLB |
| Anion Gap | 7 | 8-16 mmol/L | L | - | OCLB |
| eGFR if African American | >60.0 | >60 mL/min/1.73 m^2 | | - | OCLB |
| eGFR if non African American | >60.0 | >60 mL/min/1.73 m^2 | | | OCLB |
| Comment | Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown | | | | |

Generated on 9/15/2015  4:30 PM

Page 4

Liberty/Crespo 1585

3S278150015

BAPH LABORATORY DRAW STATION
1516 Jefferson Hwy
New Orleans LA 70121-2429
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012167105
Enc. Date 08/26/15



**All Results (08/26/15 - 08/26/15) (continued)**

Comprehensive metabolic panel [161488815] (Abnormal) (continued)          Resulted: 08/26/15 1842. Result status: Final result

in our information system, the eGFR values for
African-American and Non-African-American patients are given
for each creatinine result.

Sedimentation rate, manual [161488813]                          Resulted: 08/26/15 2012. Result status: Final result

Resulting lab:     OCHSNER MEDICAL CENTER - NEW
                   ORLEANS

**Specimen Information**

| Type | Source | Collection Info |
|---|---|---|
| Blood | Blood | 08/26/15 1519 |

**Components**

| | Value | Reference | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Sed Rate | 2 | 0-20 mm/Hr | | - | OCLB |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - Present |

**Notes**

**Progress Notes**

No notes of this type exist for this encounter.

**H&P Notes**

No notes of this type exist for this encounter.

Liberty/Crespo 1586

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Visit Summary

### Reason for Visit

Follow-up

### Diagnoses

| | | |
|---|---|---|
| Middle cerebral artery aneurysm    - Primary | | 437.3 |

### Problem List as of 8/26/2015

Date Reviewed: 8/17/2015

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Allergy | 995.3 | | | Unknown - Present |
| Undifferentiated connective tissue disease | 710.9 | | | 9/13/2012 - Present |

Overview Addendum 1/3/2014  3:19 PM by William Eugene Davis, MD
Pos ANA
Inflamm arthritis
Dry eyes, dry mouth, etc
fatigue

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Basal cell carcinoma | 173.91 | | | 9/13/2012 - Present |
| Cough productive of purulent sputum | 786.2 | | | 9/24/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | 370.33 | | | 1/2/2013 - Present |

Overview Signed 1/2/2013  2:34 PM by William E. Davis, MD
Does have pos ANA and inflamm arthritis

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Undifferentiated inflammatory arthritis (Chronic) | 714.9 | | | 1/2/2013 - Present |

Overview Signed 1/2/2013  2.35 PM by William E. Davis, MD
With pos ana

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Vulvar lesion | 624.8 | | | 4/26/2013 - Present |
| Xerostomia (Chronic) | 527.7 | | | 1/3/2014 - Present |
| Knee pain | 719.46 | | | 6/11/2014 - Present |
| Granuloma annulare | 695.89 | | | 7/30/2014 - Present |
| Unspecified symptom associated with female genital organs | 625.9 | | | 1/6/2015 - Present |
| S/P laparoscopic hysterectomy | V88.01 | | | 1/12/2015 - Present |
| Atrophic vaginitis | 627.3 | | | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | 788.33 | | | 2/18/2015 - Present |
| Seizure | 780.39 | | | 4/10/2015 - Present |
| Brain compression | 348.4 | | | 4/10/2015 - Present |
| SAH (subarachnoid hemorrhage) | 430 | | | 4/10/2015 - Present |
| ICH (intracerebral hemorrhage) | 431 | | | 4/10/2015 - Present |
| Acute respiratory failure | 518.81 | | | 4/11/2015 - Present |
| Hypovolemia | 276.52 | | | 4/13/2015 - Present |
| Electrolyte abnormality | 276.9 | | | 4/13/2015 - Present |
| Chest pain, unspecified | 786.50 | | | Unknown - Present |
| Elevated intracranial pressure | 781.99 | | | 4/16/2015 - Present |
| Vasospasm of cerebral artery | 435.9 | | | 4/16/2015 - Present |
| Acute left-sided weakness | 728.87 | | | 4/16/2015 - Present |
| Nontraumatic subcortical hemorrhage of cerebral hemisphere | 431 | | | 4/27/2015 - Present |
| Cephalalgia | 784.0 | | | 4/27/2015 - Present |
| Nontraumatic cortical hemorrhage of cerebral hemisphere | 431 | | | 5/2/2015 - Present |

Generated on 9/15/2015  4:30 PM

Page 6

Liberty/Crespo 1587

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:      ', Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Visit Summary (Continued)

### Problem List as of 8/26/2015 (continued)

Date Reviewed: 8/17/2015

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Closed head injury | 959.01 | | | 5/5/2015 - Present |
| Acquired skull defect | 738.19 | | | 5/14/2015 - Present |
| CHI (closed head injury) | 959.01 | | | 5/14/2015 - Present |
| Encounter for long-term (current) use of other medications | V58.69 | | | 5/15/2015 - Present |
| Severe frontal headaches | 784.0 | | | 5/19/2015 - Present |
| Hearing loss | 389.9 | | | 6/3/2015 - Present |
| Vision loss | 369.9 | | | 6/3/2015 - Present |
| Left homonymous hemianopsia | 368.46 | | | 7/2/2015 - Present |
| RESOLVED: Fatigue | 780.79 | | | 1/3/2014 - 2/2/2015 |
| RESOLVED: Excessive or frequent menstruation | 626.2 | | | 9/19/2014 - 2/19/2015 |
| RESOLVED: Metrorrhagia | 626.6 | | | 1/6/2015 - 1/6/2015 |
| RESOLVED: Enlarged uterus | 621.2 | | | 1/6/2015 - 2/19/2015 |
| RESOLVED: Encephalopathy | 348.30 | | | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | 784.0 | | | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | 780.39 | | | 5/2/2015 - 5/19/2015 |
| RESOLVED: Opiate use | 305.50 | | | 5/19/2015 - 8/17/2015 |
| RESOLVED: Urinary retention | 788.20 | | | 5/21/2015 - 8/17/2015 |
| ~~DELETED: Keratoconjunctivitis sicca of both eyes not specified as Sjogren's~~ | ~~370.33~~ | | | ~~1/2/2013 - 1/2/2013~~ |

~~Overview Signed 1/2/2013 2:29 PM by William E. Davis, MD~~
Dry eyes Dec 2012

### Allergies as of 9/15/2015

No Known Allergies

### Immunizations as of 8/26/2015

Never Reviewed

No Immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 8/26/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream (Taking) | 30 g | 12 | 2/18/2015 | |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |

Ann M Haas, RN 5/12/2015 2:32 PM
Pt not currently on in hospital

ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)
Sig - Route: Take by mouth. - Oral
Class. Historical Med

Ann M Haas, RN 5/12/2015 2:33 PM
Not currently taking while in hospital

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking) Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | 7/10/2015 | |
| pilocarpine (SALAGEN) 5 MG Tab (Taking) | | | 1/31/2015 | 3/20/2016 |

Liberty/Crespo 1588

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/26/2015 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral Class. Historical Med | | | | |
| Ann M Haas, RN 5/12/2015  2:34 PM Patient not currently taking at this time | | | | |
| quinacrine (QUINACRINE) 100 mg tablet (Taking) Sig: One by mouth once daily | 90 tablet | 1 | 7/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking) Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab  (Taking) Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral Class: Historical Med | | | | |
| Ann M Haas, RN 5/12/2015  2:35 PM Patient not currently taking at this time | | | | |
| tamsulosin (FLOMAX) 0.4 mg Cp24  (Taking) Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral Notes to Pharmacy: Please fill ASAP | 30 capsule | 6 | 6/10/2015 | 9/11/2015 |
| OREGANO OIL ORAL Sig - Route: Take by mouth. - Oral Class: Historical Med | | | | 9/1/2015 |
| Ann M Haas, RN 5/12/2015  2:34 PM Not currently using at this time | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream  (Taking) Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking) Sig. Take by mouth. Class: Historical Med Route: Oral | | | | |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet (Taking) Sig: TAKE 2 TABLETS ONE TIME DAILY. | 180 tablet | 0 | 7/10/2015 | |
| pilocarpine (SALAGEN) 5 MG Tab  (Taking) Sig: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day Class: Historical Med Route. Oral | | | 1/31/2015 | 3/20/2016 |
| quinacrine (QUINACRINE) 100 mg tablet (Taking) Sig. One by mouth once daily | 90 tablet | 1 | 7/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking) Sig: Take 1 tablet (120 mg total) by mouth every evening. Route: Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab  (Taking) Sig: Take 5 mg by mouth. 1 Tablet Oral Every evening Class: Historical Med | | | | |

Generated on 9/15/2015  4:30 PM

Page 8

Liberty/Crespo 1589

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral |  |  |  |  |
| tamsulosin (FLOMAX) 0.4 mg Cp24 (Taking/Discontinued) | 30 capsule | 6 | 6/10/2015 | 9/11/2015 |
|   Sig: Take 1 capsule (0.4 mg total) by mouth once daily. |  |  |  |  |
|   Notes to Pharmacy: Please fill ASAP |  |  |  |  |
|   Route: Oral |  |  |  |  |
|   Reason for Discontinue: **Patient no longer taking** |  |  |  |  |

## Progress Notes

**Marcus L. Ware, MD at 8/26/2015 3:59 PM**

Author Type: Physician                Status: Signed

### Subjective:

**Patient ID**: Paige Friday Crespo is a 43 y.o. female.

**Chief Complaint**: Follow-up

HPI Pt is a 43 yo female with a history of MCA aneurysmal rupture s/p clipping who presents today for a follow up and to discuss driving. Pt states that she is beginning to feel like herself again; her energy level is improving and her ability to focus is also improving. Pt states that she has not experienced any headaches. Pt explains that anything cold, such as water, causes her pain and feels like a "sting," and her response to anything hot is delayed. She states that she is doing well emotionally and denies feeling depressed. She also notes that she has a neuropsych evaluation in October 2015.

Review of Systems
Constitutional: Positive for activity change (**weight loss**).
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative for back pain, gait problem and neck pain.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative for weakness, light-headedness, numbness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

### Objective:

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic.

Generated on 9/15/2015  4:30 PM                                    Page 9

Liberty/Crespo 1590

3S278150015

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12012122614
Enc. Date 08/26/15

## Progress Notes (continued)

**Marcus L. Ware, MD at 8/26/2015  3:59 PM (continued)**

Eyes: Pupils are equal, round, and reactive to light.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.

### Assessment

MCA Aneurysm

### Plan

I will order a driving test at Touro, and then schedule a follow up with the pt after her driving test and her neuropsych evaluation.   We will schedule another CTA test in one year.

Electronically signed by Marcus L. Ware, MD on 8/26/2015 10 56 AM

**H&P Notes**

No notes of this type exist for this encounter.

## END OF REPORT

Liberty/Crespo 1591

**Shipment #6756778**
**PAIGE CRESPO**
**Invoice #11351300**
**14 pages**

**Jane Durfey**
**Liberty Mutual**
**Liberty Life Assurance Company Of Boston**
**P.O. Box 7207, Group Benefits Disability Claims**
**London, KY  40742**

To Whom It May Concern:

**Employee: Paige Crespo**
**Claim #: 5458678**
**Approved through Date: 4/10/2039**

We have thoroughly reviewed the claim and have determined that Ms. Paige Crespo meets the definition of disability of her LTD claim policy and therefore her claim has been approved through 4/10/2039.

If you have any questions regarding this claim, please feel free to contact me.

Thanks,

Todd Youngberg

**Todd D Youngberg**
**Technical Claims Consultant/Group Benefits Liberty Life Assurance Company of Boston**
**100 Liberty Way, Dover, NH 03820**
**Ph: 888-437-7611 Ext. 10280**
**Fax: 603-334-3576**

please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty/Crespo 1593

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

---

### PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING

☑ JOB DESCRIPTION    (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☑ UPDATED MEDICAL WITH CLEAR R&L'S          ☐ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)          ☐ ATTORNEY INFO (if applicable)

---

FROM:      Todd D. Youngberg          DATE:          Friday, October 02, 2015

## CLAIM BACKGROUND

---

Claimant Name:      PAIGE CRESPO          Claim Number:          5458678

☐ STD    ☑ FULLY INSURED          ( THRESHOLD $ )

☑ LTD    ☐ ASO     ☐ LIFE          Has MDS worked the claim?  ☐ YES  ☑ NO

Employer:  OCHSNER CLINIC FOUNDATION

Change In DEF. Date:      10/08/2015

Pre-Disability Earnings:      $12,220.00  /  M          Claim Service Type:      ADOP
                                              (mode)

---

**Document Locations**

☑ Document List          ☐ Correspondence          ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

please complete an occ analysis

---

DP 512

Liberty/Crespo 1594



**Liberty Life Assurance Company
of Boston**

Nicole A. Streeto, M.S., C.R.C.
Group Benefits Claims
P.O. Box 7211, Mailstop:03GC
London, KY  40742-7211
Phone:   (888) 440-6118, Ext. 10425
Fax:      (603) 422-7974
E-Mail:  Nicole.Streeto@LibertyMutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

|  |  |
|---|---|
| **Claimant Name:** | Paige Crespo |
| **Claim Number:** | 5458678 |
| **Technical Claims Consultant:** | Todd Youngberg |
| **Date of Report:** | 10/02/2015 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Ms. Paige Crespo is a 43-year-old CRNA – Anesthesiologist (job title) employed by Ochsner Clinic Foundation since 06/25/01. Ms. Crespo discontinued work on 04/11/15 due to a brain compression/hemorrhage.

In preparation for this report, I have reviewed the electronic claim file, and researched standard vocational resources (e.g. <u>Dictionary of Occupational Titles</u> (DOT), <u>Occupational Outlook Handbook</u> (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of Ms. Crespo's job were obtained from her job description that was found in her claim file. In this job, Ms. Crespo's job description reads:

> "Employed by hospital/clinic to administer anesthesia for surgical and nonsurgical procedures. Provide anesthesia with high degree of autonomy medically directed by anesthesiologists. Anesthesia provided on 24 hour/7 day a week basis for minor elective surgery to transplants. Non-surgical procedures include interventional radiology, CT, MRI, catheterization and electrophysiology labs."

**A Liberty Mutual Company**

Liberty/Crespo 1595

# ASSESSMENT / ANALYSIS

## OCCUPATION

Based on a review of this document, Ms. Crespo's occupation is best captured by the following title: Nurse Anesthetist.

The closest DOT match to the job information provided is Nurse Anesthetist (DOT #075.371-010), with associated SOC/O*NET title and code Nurse Anesthetists (29-1151.00), and OOH title of Nurse Anesthetists, Nurse Midwives, and Nurse Practitioners. The following description best represents this occupation and can be found in the O*NET:

> "Administer anesthesia, monitor patient's vital signs, and oversee patient recovery from anesthesia. May assist anesthesiologists, surgeons, other physicians, or dentists. Must be registered nurses who have specialized graduate education.
>
> **Sample of reported job titles:** Associate Professor Program Director Nurse Anesthesia; Certified Registered Nurse Anesthetist (CRNA); Chief Certified Registered Nurse Anesthetist (Chief CRNA); Chief Nurse Anesthetist; Nurse Anesthetist; Professor/Nurse Anesthetist; Senior Certified Registered Nurse Anesthetist (Senior CRNA); Staff Certified Registered Nurse Anesthetist (Staff CRNA); Staff Certified Registered Nurse Anesthetist, Anesthesia Service (Staff CRNA, Anesthesia Service); Staff Nurse Anesthetist."

## PHYSICAL DEMANDS

Based on a combination of all the research outlined above, including a 2014 survey from the O*NET, this occupation is most often performed at a light level of physical demand based on Department of Labor descriptions found in the DOT.

The Department of Labor defines light work as,

> "**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements include:

- **Frequent** reaching, handling, fingering, standing, and sitting
- **Occasional** walking, bending/stooping, and twisting, kneeling, crouching/squatting, crawling
- **No** balancing or climbing

2

Liberty/Crespo 1596

## ACTION PLAN / OUTCOME

### SUMMARY AND CONCLUSIONS

With a reasonable degree of vocational certainty, the typical physical demands of Ms. Crespo's occupation of Nurse Anesthetist are most often light in physical demand. Positional requirements are outlined above.

I have not met with Ms. Crespo for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed by*

Nicole A. Streeto, M.S., C.R.C.
Vocational Case Manager
Certified Rehabilitation Counselor
SDN: 873-10425
Group Benefits Claims
Liberty Life Assurance Company of Boston

Liberty/Crespo 1597

Liberty/Crespo 1598

# Liberty Mutual Consulting Physician Referral
## Attendance Only

**Consulting Physician:  Millstein, Robert**

Office:        0163                                           Claim #:    5458678

Claimant Name:        PAIGE  F  CRESPO

Date of Birth:                                          Claim Status:    PE

Date of Disability:        4/11/2015                     Date Sent:    10/2/2015

Claimant SSN:                                      Date Benefits Began:    10/8/2015

Product Type:        LTD                           Paid Through:    1/1/1900

Disability Level:        Own Occupation

**Document Locations**
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Policyholder/Self-Insured Plan Holder:        OCHSNER CLINIC FOUNDATION

Referred By:        YOUNGBERG, TODD  096  8*731-0280

Assigned Nurse Case Manager:

Diagnosis:        851.40 Cerebellar or brain stem contusion without mention of open intracranial wound,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

N/A

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1599

**Liberty Mutual**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

October 2, 2015

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Ochsner Clinic Foundation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"**Disability**" or "**Disabled**" means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 4A, 4B, 6A, 6B, 6C, 7A, 7B, 8A, 8B, 8C, 9, 10A, 10B, 10C, 11A,11B, 11C, 14A, 14B, 14C, 15:*
>
> > *a.  if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 1A, 1B, 2A, 2B, 2C, 3A, 3B, 3C, 12:*
>
> > *b.  i.  if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or*

1  of  5

Liberty/Crespo 1600

> *Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> ii.  *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2.  *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is April 11, 2015 and your benefits begin on October 8, 2015. Benefit payment will be sent under separate cover.

Although you may currently meet the definition of disability, Liberty Life Assurance Company of Boston also has a staff specialized in Vocational Rehabilitation to assist in attaining skills and resources needed for a successful return to employment, if needed.

The Long Term Disability Policy provides financial incentives for participation in a Vocational Rehabilitation Program.  In addition, failure to comply with a program, or program planning, could result in reduction or termination of benefits.  The policy contains a Rehab Incentive provision as outlined below:

### Rehabilitation Incentive Benefit

*Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program.   Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit.   If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy.   To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:*

1.  *be Disabled and receiving benefits under this policy; and*

2.  *be fully participating in a Rehabilitation Program approved by Liberty.*

### Increased Monthly Benefit

*If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased by 10.00%.  The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.*

### Decreased Monthly Benefit

2  of 5

*If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, the benefit percentage shown in the Schedule of Benefits will be reduced by 0.00% beginning on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program.  If Liberty recommends rehabilitation, benefits will be  paid  at the  reduced amount  from the  date recommendation is  made  until  Liberty  receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.*

### *Discontinuation of the Rehabilitation Incentive Benefit*

*The Rehabilitation Incentive Benefit will cease:*

1.  *when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;*

2.  *in accordance with the provision[s] entitled "Discontinuation of the Long Term  Disability Benefit"; or*

3.  *when the Rehabilitation Program ends.*

*For the purpose of this provision,  **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to  return a  Disabled Covered Person to gainful employment.   The services offered may include, but are not limited to, the following:*

1.  *physical therapy;*
2.  *occupational therapy;*
3.  *work hardening programs;*
4.  *functional capacity evaluations;*
5.  *psychological and vocational counseling;*
6.  *rehabilitative employment; and*
7.  *vocational rehabilitation services*

If it is determined that you would be an appropriate candidate for Vocational Rehabilitation services you will be contacted.  In addition, if you would like more information regarding our services, please contact me.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

3  of 5

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by November 1, 2015.

    X    W-4S - For use with FI and ASO with 501c9 Trust
    X    Direct Deposit Application
        Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

We will evaluate your ongoing eligibility for benefits based on the policy provisions outlined below:

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;
2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.
3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;
4. the date the Covered Person refuses to receive Appropriate Available Treatment;
5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and

4  of  5

Liberty/Crespo 1603

Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings; Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

8. the date the Covered Person is no longer Disabled according to this policy;

9. the end of the Maximum Benefit Period; or

10. the date the Covered Person dies.

If you have any questions regarding this matter, please contact me.

Sincerely,

Todd Youngberg
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 334-3576

Attachments:   W-4S - For use with FI and ASO with 501c9 Trust
                Direct Deposit Application

5  of  5

Liberty/Crespo 1604

# DIRECT DEPOSIT APPLICATION


**Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

**Return To:** Todd Youngberg

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation    DATE OF BIRTH:

**CHECK ONE:** ☐ New    ☐ Change

**YOUR TELEPHONE NUMBER:** (    )

**ADDRESS:** _____    CITY: _____    STATE: ___    ZIP: ___

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking    ☐ Savings    **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____    **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____    **CITY:** ___    **STATE:** ___    **ZIP:** ___

**BANK PHONE:** (    ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES    ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES    ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____    Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty/Crespo 1605



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3576

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account.  Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston

Group Benefits

Liberty/Crespo 1606

**Form W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**
**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at www.irs.gov/w4s.**

OMB No. 1545-0074

**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . .   **$**

Employee's signature                                                                                Date

.....................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..........................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | |
|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . . . | **1** |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | **2** |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | **3** |
| 4 | Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . . . . | **4** |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | **5** |
| 6 | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | **6** |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | **7** |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . | **8** |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . . | **9** |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . | **10** |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | **11** |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . . | **12** |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**For Paperwork Reduction Act Notice, see page 2.**                 Cat. No. 10226E                 Form **W-4S** (2015)

Liberty/Crespo 1607

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $12,600* |
| Head of household . . . . . . . . . . . . . . | $9,250* |
| Single or Married filing separately . . . . . . . . . . | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next

paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

# 2015 Tax Rate Schedules

## Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 90,750 | 5,156.25 + 25% | 37,450 |
| 90,750 | 189,300 | 18,481.25 + 28% | 90,750 |
| 189,300 | 411,500 | 46,075.25 + 33% | 189,300 |
| 411,500 | 413,200 | 119,401.25 + 35% | 411,500 |
| 413,200 | and greater | 119,996.25 + 39.6% | 413,200 |

## Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | $0 + 10% | $0 |
| 13,150 | 50,200 | 1,315 + 15% | 13,150 |
| 50,200 | 129,600 | 6,872.50 + 25% | 50,200 |
| 129,600 | 209,850 | 26,772.50 + 28% | 129,600 |
| 209,850 | 411,500 | 49,192.50 + 33% | 209,850 |
| 411,500 | 439,000 | 115,737 + 35% | 411,500 |
| 439,000 | and greater | 125,362 + 39.6% | 439,000 |

## Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | $0 + 10% | $0 |
| 18,450 | 74,900 | 1,845 + 15% | 18,450 |
| 74,900 | 151,200 | 10,312.50 + 25% | 74,900 |
| 151,200 | 230,450 | 29,387.50 + 28% | 151,200 |
| 230,450 | 411,500 | 51,577.50 + 33% | 230,450 |
| 411,500 | 464,850 | 111,324 + 35% | 411,500 |
| 464,850 | and greater | 129,996.50 + 39.6% | 464,850 |

## Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | $0 + 10% | $0 |
| 9,225 | 37,450 | 922.50 + 15% | 9,225 |
| 37,450 | 75,600 | 5,156.25 + 25% | 37,450 |
| 75,600 | 115,225 | 14,693.75 + 28% | 75,600 |
| 115,225 | 205,750 | 25,788.75 + 33% | 115,225 |
| 205,750 | 232,425 | 55,662 + 35% | 205,750 |
| 232,425 | and greater | 64,989.25 + 39.6% | 232,425 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax

returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty/Crespo 1608

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. PAIGE CRESPO

Liberty/Crespo 1609



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

September 25, 2015

Ms. Paige F. Crespo

RE:    Long Term Disability (LTD) Benefits
       Ochsner Clinic Foundation
       Claim #: 5458678

Dear Ms. Paige Crespo:

You have been receiving Short Term Disability benefits since April 25, 2015.   Ochsner Clinic Foundation's Short Term Disability Policy provides benefits for a maximum period of 24 weeks. Should your disability continue through the maximum period these benefits will end on October 9, 2015.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Ochsner Clinic Foundation's Long Term Disability Policy.   Please note that receipt of Short Term Disability benefits does not automatically mean that your Long Term Disability benefits will be approved.  The provisions and requirements in the Long Term Disability Policy differ from those in the Short Term Disability Policy  and may require that we request additional information prior to making a claim determination.

Ochsner Clinic Foundation's LTD Policy requires that in order to receive benefits, you provide proof of disability within a required timeframe.  Therefore, we ask that you provide us with the following information no later than October 25, 2015, as required under the terms of the Policy.

- Disability Claim Form
- Activities Questionnaire Form
- Claimant Supplementary Statement
- Claimant Information form
- Family Information Questionnaire
- Authorization
- Authorization - Medical
- Training Education and Experience
- Copy of Photo ID (driver's license or passport)

Without the above requested information, we will be unable to evaluate your eligibility for benefits. Your cooperation in providing the requested information is essential to our claims investigation.

1  of 2

You may fax this information to my attention at Fax: 603-422-7909.

In order to consider your application for disability benefits, we will be requesting additional medical information from your medical providers.  Please note that when we request these records on your behalf, it is ultimately your responsibility to provide proof of your claim and to secure the required documentation if we are unable to do so.  In order to expedite the handling of your claim, please provide your providers with a copy of the signed Authorization to Release Information form and return a copy to Liberty Life Assurance Company of Boston.  Or if your providers will not accept Liberty Life's authorization, please sign your provider's special authorization form.

If the above information is not received by October 25, 2015, we will make a claim determination based on the information in our file.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Gail Libby
Disability Claims Tech Spec
On Behalf Of: Todd Youngberg
Phone No.: (888) 440-6118 Ext. 731028
Secure Fax No.: (603) 427-1845

Attachments:   Authorization
               Authorization - Medical
               Disability Claim Form
               Claimant Supplementary Statement
               Family Information Questionnaire
               Training Education Experience
               Activities Questionnaire Form
               Claimant Information Form

2  of 2

Liberty/Crespo 1611

# ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

**Return To:** Gail Libby

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Ochsner Clinic Foundation

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes _____    No _____

If Yes, for how long? _____    At what time of the day? _____

How many hours a day do you spend in bed? _____

Do you require any assistive devices such as a:

cane _____    walker _____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car? _____

Do you hold a valid driver's license?

Yes _____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes _____    No _____    If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____



How often do you get outdoors? _____

Are you left or right hand dominant?        Left _____    Right _____

Are you able to work in your garden?        Yes _____    No _____

Are you able to work on your house?         Yes _____    No _____

Are you able to wash your car?              Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independent</u>ly conduct routine daily

activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

_____

Liberty/Crespo 1613



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____      No _____

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____      No _____

If Yes, please describe _____

Do you do any Volunteer work?                Yes _____      No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                   Yes _____      No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____    Date: _____

Signature: _____



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Paige Crespo                                          Claim No 5458678

Employer/Sponsor/Customer Name  Ochsner Clinic Foundation

Return to:  Gail Libby

I **authorize** any licensed physician, health care professionals, hospital, clinic,  pharmacy,  other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law.  I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied.  I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Paige Crespo
Claimant Name ( Print)                                              Date of Birth


Claimant Signature                                                  Date

5458678
Claim Number

Liberty/Crespo 1615

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

**Return To:** Todd Youngberg

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation        DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from ___04/10/2015___ to ___09/25/2015___ . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____        Name: _____
Specialty: _____        Specialty: _____
Address: _____        Address: _____
_____        _____
Telephone No. : (___) _____  Fax No. : (___) _____        Telephone No. : (___) _____  Fax No. : (___) _____

Name: _____        Name: _____
Specialty: _____        Specialty: _____
Address: _____        Address: _____
_____        _____
Telephone No. : (___) _____  Fax No. : (___) _____        Telephone No. : (___) _____  Fax No. : (___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____        Name: _____
Specialty: _____        Specialty: _____
Address: _____        Address: _____
_____        _____
Telephone No. : (___) _____  Fax No. : (___) _____        Telephone No. : (___) _____  Fax No. : (___) _____

## PHARMACY(S):

Name: _____        Name: _____
Specialty: _____        Specialty: _____
Address: _____        Address: _____
_____        _____
Telephone No. : (___) _____  Fax No. : (___) _____        Telephone No. : (___) _____  Fax No. : (___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____        DATE: _____

# CLAIMANT SUPPLEMENTARY STATEMENT


**Liberty Mutual**®
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

**Return to:** Gail Libby

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Paige Crespo | **CLAIM #:** 5458678 |
| **EMPLOYER/SPONSOR:** Ochsner Clinic Foundation | **DATE OF BIRTH:** |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                              Relationship to you?                              Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | State Disability | $ | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Other (please describe) | $ | | | |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**                    **EMPLOYEE'S SIGNATURE:**

Liberty/Crespo 1617

# DISABILITY CLAIM FORM



**Liberty Mutual** INSURANCE

**PLEASE CHECK BENEFITS APPLIED FOR:**  ☐ STD  ☐ LTD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

*TO BE COMPLETED BY EMPLOYEE*
*(PLEASE COMPLETE ALL APPLICABLE SPACES)*

| Employee's Name | Employee's Social Security Number |
|---|---|

| Street Address | City | State | Zip Code |
|---|---|---|---|

| Home Telephone No. ( ) | Work Telephone No. ( ) | Sex ☐ M ☐ F | Date of Birth |
|---|---|---|---|

| Employer's Name | Marital Status ☐ Single ☐ Married ☐ Widowed ☐ Divorced | Spouse's Name | Spouse's Date of Birth |
|---|---|---|---|

| List Names and Dates of Birth of Unmarried Children Who Have Not Finished High School (under age 19) | No. of Dependents |
|---|---|

**Treated By:** (Please include all treating physicians; use additional paper if needed)

HOSPITAL

Name          Street Address          City/State/Zip Code

DOCTOR

Name          Street Address          City/State/Zip Code

Doctor's Phone No.          ( )

| Date Injury/Illness Began | Date First Treated | Date Last Worked | Date Returned to Work |
|---|---|---|---|

| Is your illness or injury related to your occupation? ☐ Yes ☐ No | If "Yes", then please explain: Have you or do you intend to file a Workers' Compensation claim? Yes ☐ No ☐ |
|---|---|

Describe how and where injury occured and describe the onset and nature of your illness.

Identify other income you are receiving or for which you have applied:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | State Disability | $ | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Group Disability | $ | | | |
| ☐ | ☐ | Other (please describe) | $ | | | |

If your request for disability benefits is approved, all or part of your benefits may be considered taxable income if they are attributable to 1) employer contributions toward the disability plan or, 2) your contributions, on a pre tax basis, toward the disability plan.

Apply a <u>voluntary federal income tax</u> withholding to each benefit payment? ☐ Yes ☐ No    If "Yes", select <u>one</u> of the following

☐ Withhold a specific whole dollar amount based upon the disability payment mode (weekly, bi-weekly, semi-monthly, or monthly) or
$_____ weekly ($20.00 min.)    $_____ bi-weekly ($40.00 min.)    $_____ semi-monthly ($44.00 min.)    $_____ monthly ($88.00 min.)

☐ Use the completed and signed IRS Form W-4S I have attached which specifies my withholding request.

Apply a <u>voluntary state income tax</u> withholding to each benefit payment? ☐ Yes ☐ No    If "Yes", select <u>one</u> of the following

☐ Withhold $_____ ($10.00 minimum)    for the state of _____ or

☐ Use the completed and signed state employee withholding certificate I have attached which specifies my withholding request.

Signature: _____          Date: _____

DP 403 W Rev 04/06          **PLEASE REVIEW REVERSE SIDE AND SIGN WHERE INDICATED**
Fully Insured

Liberty/Crespo 1618

# PLEASE READ CAREFULLY, SIGN AND DATE BELOW

The information I have provided is true and complete to the best of my knowledge and belief.  I agree that a Photostat copy of this form will be as valid as the original.  I understand that any person who knowingly or with intent to injure, defraud, or deceive an insurance company, files a statement containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

CALIFORNIA EMPLOYEES:  For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

COLORADO EMPLOYEES:  It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company.  Penalties may include imprisonment, fines, denial of insurance, and civil damages.  Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud a policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

DELAWARE EMPLOYEES:  It shall be a fraudulent insurance act for a person to knowingly, by act or omission, with intent to injure, defraud or deceive: prepare, present, or cause to be presented to any insurer, any oral or written statement including computer-generated documents as part of, or in support of, a claim for payment or other benefit pursuant to an insurance policy, containing false, incomplete, or misleading information concerning any fact material to such claims.

FLORIDA EMPLOYEES:  I understand that any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement or claim or an application containing any false, incomplete, or misleading information is guilty of a felony of third degree.

KENTUCKY EMPLOYEES:  I understand that any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application containing any materially false information or conceals, for the purposes of misleading, information concerning any fact material thereto commits a fraudulent act, which is a crime.

MINNESOTA EMPLOYEES:  A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

NEW JERSEY EMPLOYEES:  A person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

NEW YORK EMPLOYEES:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand and the stated value of the claim for each such violation.

NORTH CAROLINA EMPLOYEES:  Any person who with the intent to injure, defraud, or deceive an insurer or insurance claimant: presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or material to the claim, or assets, abets, solicits or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning fact or matter material to the claim is guilty of a felony.

OHIO EMPLOYEES:  I understand that any person who, with the intent to defraud, or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud

OKLAHOMA EMPLOYEES:  I understand that any person who knowingly, and with intent to injure, defraud, or deceive any insurer, makes a claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information is guilty of a felony.

PENNSYLVANIA EMPLOYEES:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

EMPLOYEE: _____    DATE SIGNED: _____

Liberty/Crespo 1619

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

**Return to:** Gail Libby

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation          DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single _____          Married _____          Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____          DOB: _____

Do you have children?          Yes _____          No _____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____ No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: _____          Date: _____

Liberty/Crespo 1620

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

EMPLOYEE/CLAIMANT NAME: Paige Crespo

CLAIM NO: 5458678

EMPLOYER/SPONSOR: Ochsner Clinic Foundation          DATE OF BIRTH: _____

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____    Certificate Program completed: _____

Associates Degree: _____    College: number of years: _____

Bachelor's Degree: BA /BS Major: _____    Graduate School: MA  MS  CAGS  PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N   From: _____    To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Liberty Mutual Company

Liberty/Crespo 1621

3. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

4. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

5. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

**Computer Utilization:**

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | | | |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____   Work: _____

**SIGNATURE:** _____ **PHONE NO: (    )** _____

2

Liberty/Crespo 1622



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 427-1845

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Paige Crespo                                           **Claim** 5458678

**EMPLOYER/SPONSOR/CUSTOMER**  Ochsner Clinic Foundation

**Return**  Gail Libby

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or  group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy.  I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

 Paige Crespo
Claimant Name (Print)                                              Date of Birth


Claimant Signature                                                 Date

 5458678
Claim Number

Liberty/Crespo 1623

## TCMS Referral Sheet



| | | | |
|---|---|---|---|
| Claimant Name: | PAIGE  F  CRESPO | DOB: | |
| Claim #: | 5458678 | Diagnosis: | 851.40 Cerebellar or brain stem contusi |
| Date of Disab: | 4/11/2015 | Customer: | OCHSNER CLINIC FOUNDATION |
| Office: | 0096 | Case Mgr: | Yasmine Toomasi |

### Employer Information

ERISA?: ERISA

Customer Name: Nancy Folse

Address: employeeleavemgmt@ochsner.org
n/a, n/a 000000000

Telephone: (504) 842-4748    Fax #:

Special Handling:

**Document Location**

☑ Document List    ☑ Correspondence    ☐ Paper File

### Claims Management Reassignment

| | |
|---|---|
| Policyholder: | **Active** |
| Claim Status: | **Own Occ** |
| Post Appeal Claim Review: | **No** |
| Paid Under M&N: | **No** |
| Is M&N a Co-morbid: | **No** |

Reason for Referral:

pended claim - high salary

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Wednesday, September 23, 2015 11:38 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | LTD, CRESPO, PAIGE, Emp ID 1003450, Claim # 5458678, ACKNOWLEDGEMENT |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim number is 5458678.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1625

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Wednesday, September 23, 2015 11:38 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | LTD, CRESPO, PAIGE, Emp ID 1003450, Claim # 5458678, ACKNOWLEDGEMENT |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim number is 5458678.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1626

**n0172141**

_____

| | |
|---|---|
| **From:** | EmployeeLeaveMgmt |
| **Sent:** | Monday, September 21, 2015 11:15:27 AM |
| **To:** | Toomasi, Yasmine;   EmployeeLeaveMgmt |
| **Subject:** | RE: Paige Crespo   3444863 |

Hi Yasmine!


Paige has had the 60% benefit since 4/1/09.   Let us know if we can help with anything else.


Thank you,

Nancy Folse



**From:** Toomasi, Yasmine [mailto:YASMINE.TOOMASI@LibertyMutual.com]
**Sent:** Monday, September 21, 2015 8:06 AM
**To:** EmployeeLeaveMgmt
**Subject:** Paige Crespo # 3444863


Good morning,


Could you please confirm the LTD effective date for the above employee? Thank you!


Yasmine Toomasi

Sr. LTD Case Manager II / Group Benefits Disability Claims / Dover, NH

Liberty Life Assurance Company of Boston / P.O. Box 7206, London KY 40742-9942

(P) 800-210-0268 x 16299 (F) 603-334-3840(SDN) 8-73-16299

Yasmine.Toomasi@libertymutualcom

Liberty/Crespo 1627

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Monday, September 21, 2015 11:22 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | STD, CRESPO, PAIGE, Emp ID  1003450, Claim # 3444863, EXTENSION |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim has a date of disability of 4/11/2015.  This claim is approved through 10/9/2015.  This indicates an extension of benefits.  The case manager for this claim is Jane Durfey.  The claim number is 3444863.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1628

**From:**           Grp Mkt Clm Ops Reporting
**Sent:**           Monday, September 21, 2015 11:22 AM
**To:**             'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG'
**Subject:**        STD, CRESPO, PAIGE, Emp ID  1003450, Claim # 3444863, EXTENSION

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim has a date of disability of 4/11/2015.  This claim is approved through 10/9/2015.  This indicates an extension of benefits.  The case manager for this claim is Jane Durfey.  The claim number is 3444863.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1629

LMG

8/31/2015 3:33:53 PM    PAGE    1/005    Fax Server

RECEIVED SEP - 1 2015

*1773053*

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 210-0268
Secure Fax No.: (603) 334-5167

| | |
|---|---|
| Date: | August 31, 2015 |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | |
| Fax: | (504) 842-2800 |
| From: | Jane Durfey<br>Disability Claims Case Mgr II<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-5167 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | |
| Claim #: 3444863<br>Claimant: Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1630

LMG                8/31/2015 3:33:53 PM   PAGE   4/005   Fax Server

FAXED                                                        773053

SEP 18

**Liberty Mutual.**
INSURANCE

RECEIVED SEP - 1 2015

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-5167

## Attending Physician's Assessment of Capacity

| Paige Crespo | 3444863 |
|---|---|
| Patient Name | |
| Jane Durfey | Date of Birth: 5/14/15   Claim Number: 8/26/15 |
| Case Manager | |

Subarachnoid hemorrhage / Brain Compression

Date First Treated   Date Last Treated

Diagnosis(es) Contributing to or Causing Impairment

**PHYSICAL CAPACITY**   (in an average 8-hour workday)

| | Constant (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | Frequent (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | Occasional (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) | | | Constant (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | Frequent (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | Occasional (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|---|---|---|---|---|
| Sitting | ✓ | | | | Fingering / Typing | ✓ | | |
| Standing | ✓ | | | | Reaching Overhead | ✓ | | |
| Walking | ✓ | | | | Reaching Below Shoulders | ✓ | | |
| Driving | getting | eval | | | | | | |
| Climbing | ✓ | | | | Lifting: | | | |
| Squatting | ✓ | | | | Up to 10 lbs. | | | |
| Bending | ✓ | | | | Up to 20 lbs. | | | |
| Kneeling | ✓ | | | | Up to 30 lbs. | | | |
| Push / Pull | ✓ | | | | Up to 40 lbs. | | | |
| Light Grasping | ✓ | | | | Up to 50 lbs. | | | |
| Force Grasping | ✓ | | | | Over 50 lbs. | ✓ | | |

Are there additional restrictions / limitations not captured in the table above? Please list. Also, if any of the above capacities are never, please list the capacity and rationale.

| How long will these restrictions be imposed? N/A | Can your patient function in an occupational setting full time **within the capacities noted above?** | ☑ Yes   ☐ No | If your patient cannot function in an occupational setting now, when will he / she be able to? |
|---|---|---|---|

If your patient cannot function in an occupational setting at this time, please outline your medical and functional treatment plan to facilitate return to work.

She is getting d (  ) eval + needs Neuropsych _____ testing only

Please indicate what your opinions regarding restrictions / limitations and work capacity are based on?
- ☑ Clinical Experience
- ☑ Specialty Training
- ☐ Diagnostic Tests
- ☐ Patient's Self-Report
- ☑ Direct Observation
- ☑ Clinical Examination
- ☐ Functional Eval. (FCE)
- ☐ Other (Please List): _____

If your patient is unable to work, what is the single most important barrier preventing your patient from returning to work?
| ☐ Uncontrolled Pain | ☐ Unstable Medical Status | ☐ Patient's Motivation | ☐ Psychiatric Co-Morbid(s) | ☑ Other (List): |

Marcus Ware MD                Neurosurgery        720276883
Provider's Name (Please Print)    Degree AND Area of Specialty   Social Security or Tax ID Number
1514 Jefferson Hwy.            504-842-4033        504-842-6531
Street Address                Telephone Number    Fax Number
New Orleans, LA 70121                              9/1/15
City, State & Zip Code        Signature           Date

It has job that requires intellectual focus. She will need eval for this.

Liberty/Crespo 1631

09/17/2015 12:40:57 AM -0400 FAXCOM                                              PAGE 1   OF 1

*PREPAYMENT REQUIRED*

MRO
Medical Records Online, Inc.
P.O. BOX 6410
Southeastern, PA 19398

**Invoice**
11351300
September 17, 2015



Phone: 888-252-4146
Fax: 610-962-8421

*Please note our new Remit To Address*

Jane Durfey
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7207, Group Benefits Disability Claims
London, KY 40742

On 9/11/2015 the following healthcare provider received your request for copies of medical records:
Ochsner Main Campus Jefferson
1514 Jefferson Highway
Jefferson, LA 70121

You requested records for: PAIGE CRESPO

This is your invoice for providing the copies of the medical records.

Your Reference ID:

3444863

MRO Request Number: 11351300
MRO Online Tracking Number: OCHS348SR68Y5

**You can track and pay for your request online at:**
**www.roilog.com.**

### Fees

| | |
|---|---|
| Search and Retrieval Fee: | $25.00 |
| Number of Pages: | 12 |
| Tier 1: | $12.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $1.64 |
| Sales Tax: | $0.00 |
| TOTAL: | $38.64 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $38.64 |

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
**P.O. BOX 6410**
**Southeastern, PA 19398**

MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or
return this invoice with the payment.*

By paying this invoice, you are representing that you have reviewed and approved the charges and have agreed to pay them. Any dispute relating to this invoice must be presented before paying this invoice. Any dispute not so presented is waived. All disputes must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative of a member or class. An arbitrator may not consolidate more than one person's claims nor preside over any form of class proceeding.

**Please contact MRO at 888-252-4146 for any questions regarding this invoice.**
**MRO is the medical copy request processor for**      Ochsner Main Campus Jefferson

Liberty/Crespo 1632

3Q257150230

LMG                6/19/2015 10:47:40 AM  PAGE   2/003   Fax Server

*2522336*

*1773053*


## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 19, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:  Short Term Disability (STD) Benefits
     Ochsner Clinic Foundation
     Claim #: 3444863
     Claimant: Paige Crespo
     Claimant D.O.B.:

**epic=**
**HPF=**
**OCW=**

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 17, 2015 through present

We ask that you provide this information by June 25, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0485 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

1 of 2

3Q257150230

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Hayward
Disability Claims Case Manager
Phone No.: (800) 210-0268 Ext. 16310
Secure Fax No.: (603) 559-0485

2 of 2

Liberty/Crespo 1634

3Q257150230

 **MRO Corporation**
**P.O. Box 61507**
**King of Prussia, PA  19406**
**Ph: 610-265-8423**
**Fx: 610-962-8421**

# Medical Records Transmittal

Date:            9/8/2015
Request Number: 10784176
Page Count:      18

### Your requested medical records are attached.

Patient Name:     PAIGE CRESPO
Medical Facility: Ochsner Main Campus Jefferson

Requester:     Robert Hayward
Organization:  Liberty Mutual

Your reference number:      3444863

Thank you,
*MRO Corporation*
*www.MROCorp.com*

Liberty/Crespo 1635

3Q257150230

LMG                    6/19/2015 10:47:40 AM  PAGE   1/003   Fax Server



## Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: June 19, 2015 | |
| To:   DR MARCUS WARE MD<br>      1514 JEFFERSON HWY<br>      SUITE 7<br>      NEW ORLEANS LA 70121 | *Shirry* \MRO |
| Attn: | |
| Fax:   (504) 842-2014 | |
| From:  Robert Hayward<br>       Disability Claims Case Manager<br>       Phone No.: (800) 291-0112<br>       Secure Fax No.: (603) 559-0485 | |
| Total Pages<br>(Including Cover):   3 | |
| RE:<br><br>Claim #:   3444863<br>Claimant:  Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1636

3Q257150230

LMG                    7/22/2015  10:43:56 AM  PAGE   2/003    Fax Server



/6784176



### Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 22, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Short Term Disability (STD) Benefits
       Ochsner Clinic Foundation
       Claim #: 3444863
       Claimant: Paige Crespo
       Claimant D.O.B.:

MRO
JUL 23 2015
Initials:
Processed By:
FS DS HP OP Lab Xray Cons
ER Cardio Clinic Complete Path
Other:
Timeframe 6/17/15 to 7/23/15
QA By:
Answered Date CANCELLED AUG 0 4 2015

epic= 0
HPF= 0
OCW= 0

missing auth

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 17, 2015 through present

We ask that you provide this information by July 29, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5167 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

1 of 2

Liberty/Crespo 1637

3Q257150230

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Legere
Disability Claims Case Manager
On Behalf Of: Jane Durfey
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

2  of  2

Liberty/Crespo 1638

3Q257150230

1773053

LMG                7/22/2015 10:43:56 AM   PAGE   1/003   Fax Server

27 38244

MRO
JUL 23 2015
Initials:

### Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

Date: July 22, 2015

To:   DR MARCUS WARE MD
      1514 JEFFERSON HWY
      SUITE 7
      NEW ORLEANS LA 70121

Attn:  Medical Records

Fax:   (504) 842-2014

From:  Jennifer Legere
       Disability Claims Case Manager
       On Behalf Of: Jane Durfey
       Phone No.: (800) 291-0112
       Secure Fax No.: (603) 334-5167

Total Pages
(Including Cover):   3

RE:

Claim #:    3444863
Claimant:   Paige Crespo

Ochsner Clinic Foundation

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1639

3Q257150230

*T1202770*

*1773053*

LMG        8/14/2015  7:59:04 AM   PAGE   2/006   Fax Server

2918064

10784176

AUG 1 4 2015

Initials:



## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 14, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Short Term Disability (STD) Benefits
       Ochsner Clinic Foundation
       Claim #: 3444863
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Ochsner Clinic Foundation's Group Disability Plan. We are writing in reference to Paige Crespo's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 21, 2015.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jane Durfey
Disability Claims Case Mgr II
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

Attachments:  3444863-EMPLOYEE/CLAIMANT-08.12.2015
              3444863-REQUEST-PROVIDER-07.22.2015

Dr. Ware

Processed By:
FS DS HP OP Lab Xray Cons
ER Cardio Clinic Complete Path
Other:_____
Timeframe: 8/14/15
QA By:_____
Answered Date:

epic=  6
HPF= O
OCW= D

1 of 1

cN

Liberty/Crespo 1640

3Q257150230



LMG                    8/14/2015 7:59:04 AM   PAGE    5/006    Fax Server

MRO

AUG 1 4 2015

nitials:



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 22, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Short Term Disability (STD) Benefits
       Ochsner Clinic Foundation
       Claim #: 3444863
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

•  Office treatment notes, test results, prescription histories, and treatment plans from June 17, 2015 through present

We ask that you provide this information by July 29, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5167 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

1  of 2

Liberty/Crespo 1641

3Q257150230

*17730533*

LMG                    8/14/2015 7:59:04 AM    PAGE    6/006    Fax Server

MRO

AUG 1 4 2015

Initials:

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Legere
Disability Claims Case Manager
On Behalf Of: Jane Durfey
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

2 of 2

Liberty/Crespo 1642

3Q257150230

LMG                    8/14/2015 7:59:04 AM   PAGE    3/006    Fax Server

Ochsner Health System

MRO
AUG 1 4 2015
Initials:

AUTHORIZATION FOR RELEASE OF
CONFIDENTIAL INFORMATION
TO LIBERTY MUTUAL

Patient's Name _____ Date of Birth _____

Address _____ Phone # _____

I, _____ hereby authorize

Ochsner Health System _____ to release information specified below from my

medical records covering the period of service _____ to _____

The information which is                Liberty Mutual
checked (X) below is to be released to:  Group Benefits Disability Claims
                                         P.O. Box 2290
                                         London KY  40742-7205

Purpose of Release  ☐ Medical  ☒ Insurance  ☐ Legal  ☐ Other

Check all items being released:
☒ Discharge Summary                ☐ Laboratory            ☐ Procedure Letter
☐ Discharge Instructions/After Visit Summary  ☐ Cardiology    ☐ Operative Report
☒ History & Physical               ☐ Clinic Visit          ☐ X-ray Report
☒ Consultation Reports             ☐ Hospital Admission     ☐ ER Record
☐ Pathology Reports                ☐ Abstract              ☒ Entire Record
                                   ☐ Other

Method of Delivery:  ☐ Paper  ☒ Electronic delivery  Email address: _____

[illegible paragraph regarding release of records including alcohol and drug abuse treatment and information, HIV testing and treatment, mental health treatment and genetic testing defined in the Genetic Information Non-Discrimination Act of 2008 (GINA)...]

_____ authorize the release of alcohol and/or drug abuse treatment and information
(Patient's Signature)

_____ authorize the release of HIV test results and/or HIV treatment information
(Patient's Signature)

_____ authorize the release of psychiatric information
(Patient's Signature)

_____ authorize the release of genetic testing information
(Patient's Signature)

[illegible paragraphs of authorization text]

If expiration date is left blank, authorization will expire within one year.

Signature of party making request or authorization: _____

Relationship: _____

Phone Number: _____

Date: _____

Witness: _____

3Q257150230

LMG                 8/14/2015 7:59:04 AM   PAGE    4/008    Fax-Server

MRO

AUG 1 4 2015

'nitials:



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: July 22, 2015 | |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | Medical Records |
| Fax: | (504) 842-2014 |
| From: | Jennifer Legere<br>Disability Claims Case Manager<br>On Behalf Of: Jane Durfey<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5167 |
| Total Pages<br>(Including Cover): 3 | |
| RE: | |
| Claim #: 3444863<br>Claimant: Paige Crespo | |
| Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1644

3Q257150230

*1773053*

MRO
Fax Server
AUG 1 4 2015

Initials:

LMG                    8/14/2015 7:59:04 AM   PAGE    1/006   Fax Server



**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

---

Date: August 14, 2015

To:    DR MARCUS WARE MD
       1514 JEFFERSON HWY
       SUITE 7
       NEW ORLEANS LA 70121

Attn:

Fax:   (504) 842-5037

From:  Jane Durfey
       Disability Claims Case Mgr II
       Phone No.: (800) 291-0112
       Secure Fax No.: (603) 334-5167

Total Pages
(Including Cover):    6

RE:

Claim #:    3444863
Claimant:  Paige Crespo

Ochsner Clinic Foundation

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1645

3Q257150230

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:        Sex: F
Acct #: 12011143442
Enc. Date 06/17/15

## Visit Summary

**Reason for Visit**

Follow-up

**Diagnoses**

| | | |
|---|---|---|
| Ruptured middle cerebral artery aneurysm   - Primary | 430 | |
| Subarachnoid hemorrhage | 430 | |

**Problem List as of 6/17/2015**                                             Date Reviewed: 6/17/2015

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Allergy | 995.3 | | | Unknown - Present |
| Undifferentiated connective tissue disease | 710.9 | | | 9/13/2012 - Present |

Overview Addendum 1/3/2014 3:19 PM by William Eugene Davis, MD

Pos ANA

Inflamm arthritis

Dry eyes, dry mouth, etc

fatigue

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Basal cell carcinoma | 173.91 | | | 9/13/2012 - Present |
| Cough productive of purulent sputum | 786.2 | | | 9/24/2012 - Present |
| Keratoconjunctivitis sicca of both eyes not specified as Sjogren's (Chronic) | 370.33 | | | 1/2/2013 - Present |

Overview Signed 1/2/2013 2:34 PM by William E. Davis, MD

Does have pos ANA and inflamm arthritis

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Undifferentiated inflammatory arthritis (Chronic) | 714.9 | | | 1/2/2013 - Present |

Overview Signed 1/2/2013 2:35 PM by William E. Davis, MD

With pos ana

| | ICD-9-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Vulvar lesion | 624.8 | | | 4/26/2013 - Present |
| Xerostomia (Chronic) | 527.7 | | | 1/3/2014 - Present |
| Knee pain | 719.46 | | | 6/11/2014 - Present |
| Granuloma annulare | 695.89 | | | 7/30/2014 - Present |
| Unspecified symptom associated with female genital organs | 625.9 | | | 1/6/2015 - Present |
| S/P laparoscopic hysterectomy | V88.01 | | | 1/12/2015 - Present |
| Atrophic vaginitis | 627.3 | | | 2/18/2015 - Present |
| Mixed incontinence urge and stress (male)(female) | 788.33 | | | 2/18/2015 - Present |
| Seizure | 780.39 | | | 4/10/2015 - Present |
| Brain compression | 348.4 | | | 4/10/2015 - Present |
| SAH (subarachnoid hemorrhage) | 430 | | | 4/10/2015 - Present |
| ICH (intracerebral hemorrhage) | 431 | | | 4/10/2015 - Present |
| Acute respiratory failure | 518.81 | | | 4/11/2015 - Present |
| Hypovolemia | 276.52 | | | 4/13/2015 - Present |
| Electrolyte abnormality | 276.9 | | | 4/13/2015 - Present |
| Chest pain, unspecified | 786.50 | | | Unknown - Present |
| Elevated intracranial pressure | 781.99 | | | 4/16/2015 - Present |
| Vasospasm of cerebral artery | 435.9 | | | 4/16/2015 - Present |
| Acute left-sided weakness | 728.87 | | | 4/16/2015 - Present |
| Nontraumatic subcortical hemorrhage of cerebral hemisphere | 431 | | | 4/27/2015 - Present |
| Cephalalgia | 784.0 | | | 4/27/2015 - Present |
| Nontraumatic cortical hemorrhage of cerebral hemisphere | 431 | | | 5/2/2015 - Present |

Liberty/Crespo 1646

3Q257150230

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          ', Sex: F
Acct #: 12011143442
Enc. Date 06/17/15

## Visit Summary (continued)

### Problem List as of 6/17/2015 (continued)

Date Reviewed: 6/17/2015

| Name | ICD-9-CM | Priority | Class | Noted - Resolved |
|------|----------|----------|-------|------------------|
| Closed head injury | 959.01 | | | 5/5/2015 - Present |
| Acquired skull defect | 738.19 | | | 5/14/2015 - Present |
| CHI (closed head injury) | 959.01 | | | 5/14/2015 - Present |
| Encounter for long-term (current) use of other medications | V58.69 | | | 5/15/2015 - Present |
| Opiate use | 305.50 | | | 5/19/2015 - Present |
| Severe frontal headaches | 784.0 | | | 5/19/2015 - Present |
| Urinary retention | 788.20 | | | 5/21/2015 - Present |
| Hearing loss | 389.9 | | | 6/3/2015 - Present |
| Vision loss | 369.9 | | | 6/3/2015 - Present |
| RESOLVED: Fatigue | 780.79 | | | 1/3/2014 - 2/2/2015 |
| RESOLVED: Excessive or frequent menstruation | 626.2 | | | 9/19/2014 - 2/19/2015 |
| RESOLVED: Metrorrhagia | 626.6 | | | 1/6/2015 - 1/6/2015 |
| RESOLVED: Enlarged uterus | 621.2 | | | 1/6/2015 - 2/19/2015 |
| RESOLVED: Encephalopathy | 348.30 | | | 4/10/2015 - 5/19/2015 |
| RESOLVED: Headache | 784.0 | | | 4/16/2015 - 5/19/2015 |
| RESOLVED: Convulsion | 780.39 | | | 5/2/2015 - 5/19/2015 |
| ~~DELETED: Keratoconjunctivitis sicca of both eyes not specified as Sjogren's~~ | ~~370.33~~ | | | ~~1/2/2013 - 1/2/2013~~ |

~~Overview Signed 1/2/2013 2:29 PM by William E. Davis, MD~~

Dry eyes Dec 2012

### Allergies as of 8/24/2015

No Known Allergies

### Immunizations as of 6/17/2015

Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 6/17/2015

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| conjugated estrogens (PREMARIN) vaginal cream (Taking) | 30 g | 12 | 2/18/2015 | |
| Sig: 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | | | | |

Ann M Haas, RN 5/12/2015 2:32 PM
Pt not currently on in hospital

ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)
Sig - Route: Take by mouth. - Oral
Class Historical Med

Ann M Haas, RN 5/12/2015 2:33 PM
Not currently taking while in hospital

| | | | | |
|--|--|--|--|--|
| pilocarpine (SALAGEN) 5 MG Tab (Taking) | | | 1/31/2015 | 3/20/2016 |

Sig - Route: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day - Oral
Class: Historical Med

Ann M Haas, RN 5/12/2015 2:34 PM

Generated on 8/24/2015 5:04 PM

Liberty/Crespo 1647

3Q257150230

| | |
|---|---|
| BAPC BACK & SPINE CENTER | CRESPO,PAIGE FRIDAY |
| OCHSNER, SOUTH SHORE REGION | MRN: 1773053 |
| Continuity of Care | DOB:          Sex: F |
| | Acct #: 12011143442 |
| | Enc. Date 06/17/15 |

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 6/17/2015 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Patient not currently taking at this time | | | | |
| tamsulosin (FLOMAX) 0.4 mg Cp24 (Taking)<br>Sig - Route: Take 1 capsule (0.4 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: Please fill ASAP | 30 capsule | 6 | 6/10/2015 | |
| verapamil (CALAN-SR) 120 MG CR tablet (Taking)<br>Sig - Route: Take 1 tablet (120 mg total) by mouth every evening. - Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| zolpidem (AMBIEN) 5 MG Tab (Taking)<br>Sig - Route: Take 5 mg by mouth. 1 Tablet Oral Every evening - Oral<br>Class: Historical Med<br><br>Ann M Haas, RN 5/12/2015 2:35 PM<br>Patient not currently taking at this time | | | | |
| levetiracetam (KEPPRA) 500 MG Tab (Taking)<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 11 | 5/17/2015 | 8/17/2015 |
| quinacrine (QUINACRINE) 100 mg tablet (Taking)<br>Sig: One by mouth daily<br><br>Ann M Haas, RN 5/12/2015 2:34 PM<br>Patient not currently taking at this time | 90 tablet | 3 | 2/16/2015 | 7/10/2015 |
| hydroxychloroquine (PLAQUENIL) 200 mg tablet<br>Sig - Route: Take 2 tablets (400 mg total) by mouth once daily. - Oral<br>Class: Print | 28 tablet | 0 | 5/17/2015 | 5/31/2015 |
| OREGANO OIL ORAL<br>Sig - Route: Take by mouth. - Oral<br>Class: Historical Med<br><br>Ann M Haas, RN 5/12/2015 2:34 PM<br>Not currently using at this time | | | | |
| tizanidine (ZANAFLEX) 4 MG tablet<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral | 20 tablet | 6 | 5/19/2015 | 6/18/2015 |
| celecoxib (CELEBREX) 200 MG capsule<br>Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily as needed for Pain. - Oral | 40 capsule | 6 | 6/3/2015 | 7/2/2015 |
| gabapentin (NEURONTIN) 300 MG capsule<br>Sig - Route: Take 2 capsules (600 mg total) by mouth 3 (three) times daily. - Oral | 180 capsule | 11 | 5/19/2015 | 8/17/2015 |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL<br>Sig - Route: Take 4 mg by mouth. - Oral<br>Class: Historical Med<br><br>Kizzy Mitchell. MA 6/3/2015 2:39 PM<br>Received from: External Pharmacy Received Sig: | | | 5/23/2015 | 7/2/2015 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| conjugated estrogens (PREMARIN) vaginal cream (Taking)<br>Sig. 0.5 g with applicator or dime-sized amt with finger in vagina nightly x 2 weeks, then twice a week thereafter | 30 g | 12 | 2/18/2015 | |
| ERGOCALCIFEROL, VITAMIN D2, (VITAMIN D ORAL) (Taking)<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |

Generated on 8/24/2015 5:04 PM

Liberty/Crespo 1648

3Q257150230

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO, PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12011143442
Enc. Date 06/17/15

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **pilocarpine (SALAGEN) 5 MG Tab  (Taking)**<br>Sig: Take 5 mg by mouth 2 (two) times daily. 1/2 tablet twice a day<br>Class. Historical Med<br>Route. Oral | | | 1/31/2015 | 3/20/2016 |
| **tamsulosin (FLOMAX) 0.4 mg Cp24  (Taking)**<br>Sig: Take 1 capsule (0.4 mg total) by mouth once daily.<br>Notes to Pharmacy: Please fill ASAP<br>Route: Oral | 30 capsule | 6 | 6/10/2015 | |
| **verapamil (CALAN-SR) 120 MG CR tablet (Taking)**<br>Sig: Take 1 tablet (120 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 11 | 5/19/2015 | 5/18/2016 |
| **zolpidem (AMBIEN) 5 MG Tab  (Taking)**<br>Sig: Take 5 mg by mouth. 1 Tablet Oral Every evening<br>Class. Historical Med<br>Route. Oral | | | | |
| **levetiracetam (KEPPRA) 500 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (500 mg total) by mouth 2 (two) times daily.<br>Class: Print<br>Route: Oral | 60 tablet | 11 | 5/17/2015 | 8/17/2015 |
| **quinacrine (QUINACRINE) 100 mg tablet (Taking/Discontinued)**<br>Sig: One by mouth daily<br>Reason for Discontinue: **Reorder** | 90 tablet | 3 | 2/16/2015 | 7/10/2015 |

## Progress Notes

**Marcus L. Ware, MD at 6/17/2015  9:17 AM**

Author Type:  Physician          Status:  Signed

### Subjective

**Patient ID:** Paige Friday Crespo is a 43 y.o. female.

**Chief Complaint:** Follow-up

HPI Pt is a 43 yo female with a history of MCA aneurysmal rupture with IPH that was operated  who presents today for a FU. Pt states that her headaches have completely gone away but that her energy level is horrible, her appetite has decreased and that she has been feeling cold ever since she left the hospital. When she stands up quickly, she gets light-headed. She has also lost about 15 lbs and complains of atrophy in her b/l legs. Pt is trying to stay active despite her decreased energy level; she is walking throughout the day and performing bicep curls with free weights. Pt is still taking Keppra and Verapamil.

Review of Systems
Constitution: Positive for decreased appetite, malaise/fatigue and weight loss (15 lbs).
HENT: Negative.
Eyes: Negative.
Cardiovascular: Negative.
Respiratory: Negative.
Endocrine: Negative.

Liberty/Crespo 1649

3Q257150230

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:              Sex: F
Acct #: 12011143442
Enc. Date 06/17/15

## Progress Notes (continued)

**Marcus L. Ware, MD at 6/17/2015 9:17 AM (continued)**

Hematologic/Lymphatic: Negative.
Skin: Negative.
Musculoskeletal: Negative for back pain. falls, joint pain, joint swelling and neck pain.
Gastrointestinal: Negative.
Genitourinary: Negative.
Neurological: Positive for light-headedness (when standing up quickly). Negative for dizziness, focal weakness, numbness and sensory change.
   Decreased nociception on left side
Psychiatric/Behavioral: Negative.
Allergic/Immunologic: Negative.

## Objective

General: Paige is well-developed, well-nourished, appears stated age, in no acute distress, alert and oriented to time, place and person.

General

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time. She has normal reflexes.

Back (L-Spine & T-Spine) / Neck (C-Spine) Exam

Back (L-Spine & T-Spine) Range of Motion
Lateral Bend Right: normal
Lateral Bend Left: normal
Rotation Right: normal
Rotation Left: normal

Neck (C-Spine) Range of Motion
Flexion:    Normal
Extension: Normal
Right Lateral Bend: normal
Left Lateral Bend: normal
Right Rotation: normal
Left Rotation: normal

Other She has no scoliosis .

Liberty/Crespo 1650

3Q257150230

BAPC BACK & SPINE CENTER
OCHSNER, SOUTH SHORE REGION
Continuity of Care

CRESPO,PAIGE FRIDAY
MRN: 1773053
DOB:          Sex: F
Acct #: 12011143442
Enc. Date 06/17/15

## Progress Notes (continued)

**Marcus L. Ware, MD at 6/17/2015  9:17 AM (continued)**

Imaging:
CTA of head 6/17/2015 shows moderate diffuse narrowing of the right M1 segment of the MCA concerning for vasospasm without focal high-grade stenosis or occlusion.  No evidence of ischemia.  I have personally reviewed the images with the pt.

## Assessment

Subarachnoid hemorrhage
Vasospasm of cerebral artery

## Plan

Pt is cleared to exercise for 20 minutes a day on a stationary bike, she is also cleared to run and swim.  In 1 month, she can exercise for 40 minutes and in 2 months, she can exercise for 80 minutes a day.  Pt should contact us in September 2015 and let us know how she is feeling.  At that time, we will discuss when pt should resume driving.

Pt should stay as hydrated as possible and avoid becoming overheated.

I will schedule a 1 year FU with repeat imaging.

Electronically signed by Marcus L. Ware, MD on 6/17/2015  4 03 PM

## H&P NoteS

No notes of this type exist for this encounter.

## END OF REPORT

Liberty/Crespo 1651

Shipment #6682837
PAIGE CRESPO
Invoice #10784176
18 pages

Robert Hayward
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7207
London, KY  40742



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 210-0268
Secure Fax No.: (603) 334-5167

| | |
|---|---|
| Date: August 31, 2015 | |
| To:    DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 | |
| Attn: | |
| Fax:    (504) 842-2800 | |
| From:   Jane Durfey<br>Disability Claims Case Mgr II<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-5167 | |
| Total Pages<br>(Including Cover):    5 | |
| RE:<br><br>Claim #:    3444863<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1653



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-5167

August 31, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Short Term Disability (STD) Benefits
       Ochsner Clinic Foundation
       Claim #: 3444863
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the enclosed Forms:

  <u>X</u>    Functional Capacities Form
  __    Other

We ask that you provide this information by September 3, 2015.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-5167 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Crespo allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Crespo¿s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other

1  of  2

Liberty/Crespo 1654

entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Durfey
Disability Claims Case Mgr II
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

Attachments:    Functional Capacities Form
3444863-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.12.2015

2  of 2

Liberty/Crespo 1655



Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-5167

## Attending Physician's Assessment of Capacity

| Paige Crespo | | 3444863 |
|---|---|---|
| Patient Name | Date of Birth | Claim Number |
| Jane Durfey | | |
| Case Manager | Date First Treated | Date Last Treated |

**Diagnosis(es)** Contributing to or Causing Impairment

**PHYSICAL CAPACITY**   (in an average 8-hour workday)

| | Constant (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | Frequent (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | Occasional (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) | | Constant (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | Frequent (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | Occasional (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|---|---|---|---|
| Sitting | | | | Fingering / Typing | | | |
| Standing | | | | Reaching Overhead | | | |
| Walking | | | | Reaching Below Shoulders | | | |
| Driving | | | | | | | |
| Climbing | | | | Lifting: | | | |
| Squatting | | | | Up to 10 lbs. | | | |
| Bending | | | | Up to 20 lbs. | | | |
| Kneeling | | | | Up to 30 lbs. | | | |
| Push / Pull | | | | Up to 40 lbs. | | | |
| Light Grasping | | | | Up to 50 lbs. | | | |
| Force Grasping | | | | Over 50 lbs. | | | |

| Are there additional restrictions / limitations not captured in the table above? Please list. Also, if any of the above capacities are never, please list the capacity and rationale. | |
|---|---|

| How long will these restrictions be imposed? | | Can your patient function in an occupational setting full time **within the capacities noted above**? | ☐ Yes ☐ No | If your patient cannot function in an occupational setting now, when will he / she be able to? |
|---|---|---|---|---|

| If your patient cannot function in an occupational setting at this time, please outline your medical and functional treatment plan to facilitate return to work. | |
|---|---|

| Please indicate what your opinions regarding restrictions / limitations and work capacity are based on? | ☐ Clinical Experience   ☐ Patient's Self-Report   ☐ Functional Eval. (FCE) ☐ Specialty Training   ☐ Direct Observation   ☐ Other (Please List): ☐ Diagnostic Tests   ☐ Clinical Examination |
|---|---|

| If your patient is unable to work, what is the single most important barrier preventing your patient from returning to work? | ☐ Uncontrolled Pain | ☐ Unstable Medical Status | ☐ Patient's Motivation | ☐ Psychiatric Co-Morbid(s) | ☐ Other (List): |
|---|---|---|---|---|---|

| Provider's Name (Please Print) | Degree **AND** Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Liberty/Crespo 1656

08224150195

## Ochsner Health System

### AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION TO LIBERTY MUTUAL

Patient's Name _Paige Friday Crespo_    Date of Birth

Address ___    Phone # ___

I, _Paige Friday Crespo_ hereby authorize
FULL NAME OF PATIENT

___Ochsner Health System___ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service ____4/10____ to ____Present____

The information which is
checked (X) below is to be released to:

Liberty Mutual
Group Benefits Disability Claims
PO Box 7208
London, KY 40742-7208

Purpose for Release: ☐ Medical ☒ Insurance ☐ Legal ☐ Other _____

Check off items being released:

☒ Discharge Summary
☒ Discharge Instructions/After Visit Summary
☐ History & Physical
☒ Consultation Reports
☐ Pathology Reports

☐ Laboratory
☐ Cardiology
☐ Clinic Visit
☒ Hospital admission
☐ Abstract (         )
☐ Other _____

☐ Dictated Letter
☐ Operative Report
☒ X-ray Report
☐ ER Record
☒ Entire Record

Method of Delivery: ☒ paper ☒ Electronic delivery Email address _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201.7 A and B). To authorize release of this information, please read and sign the following:

I, _____, authorize the release of **alcohol and/or drug abuse** treatment and information.
(Patient's Signature)

I, _____, authorize the release of **HIV test results** and/or HIV treatment information.
(Patient's Signature)

I, _____, authorize the release of **psychiatric** information.
(Patient's Signature)

I, _____, authorize the release of **genetic testing** information.
(Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Medical Center and Ochsner Health Centers have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Health System, Corporate Operations Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate
or expire upon (state the specific date, event, or condition): _____

**If expiration date is left blank, authorization will expire within one year.**

_____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE

_Self_
RELATIONSHIP TO PATIENT

___
AGE

_8/5/15_
DATE SIGNED

___
PHONE NUMBER

CORRESPONDENCE

**OCHSNER CLINIC FOUNDATION
JOB DESCRIPTION**

I.    **JOB TITLE:**     CRNA                                **JOB CODE:**     D250

     **DEPARTMENT:**   Anesthesiology                        **JOB FAMILY:**   1

     **REPORTS TO:**   Director and/or Dept. Chairman        **FLSA STATUS:**  Non-Exempt

     **SUPERVISES:**

     **DATE APPROVED:**                                       **DATE REVISED:**   6/02, 7/05, 9/09

II.   **GENERAL SUMMARY:**

     Employed by hospital/clinic to administer anesthesia for surgical and nonsurgical procedures. Provide anesthesia with high degree of autonomy medically directed by anesthesiologists.  Anesthesia provided on 24 hour/7 day a week basis for minor elective surgery to transplants.  Non surgical procedures include interventional radiology, CT, MRI, catheterization and electrophysiology labs.

     Demonstrates actions consistent with Ochsner Clinic Foundation's "Service Principles" as duties are performed on a daily basis.

III.  **MINIMUM QUALIFICATIONS:**

     **A.    Education, Experience & Training:**

          Bachelor's degree in nursing
          Master's degree from accredited nurse anesthesia program.
          Current Louisiana Registered Nurse License
          Current Advanced Practice Registered Nurse License
          Board Certified by the NBCRNA(National Board on certification and recertification of nurse anesthetists).

     **B.    Other Qualifications:**

          Strong written, oral and interpersonal skills.
          BLS, ACLS, and PALS required
          Clinical instructors to students in nurse anesthesia

     **C.    Physical Demands:**

          Overall demanding workload with ability to sit and stand for long periods of time.  Job involves exposure to patients, chemicals and anesthetic gases.  Requires the ability to lift light equipment and/or transport patients via stretcher. Required to work 8 hour day or longer in fast paced environment.

IV.   **ESSENTIAL JOB DUTIES:**

     **1.**    Documentation/Record Keeping/Electronic Record Keeping
     **2.**    Technical Competence-Assessment
     **3.**    Technical Competence-Patient Safety
     **4.**    Technical Competence-Equipment
     **5.**    Interpersonal Contact-Liaison
     **6.**    Planning and Organization
     **7.**    Daily Assignments
V.    **APPROVALS:**

Liberty/Crespo 1658

_____     _____     _____
Name                                  Title                                 Date


_____     _____     _____
Name                                  Title                                 Date


_____     _____     _____
Name                                  Title (Compensation Services)         Date


**VI.**    This job description is a summary of the primary duties and responsibilities of the position.  It is not intended to be a comprehensive listing of all duties and responsibilities.  Contents are subject to change at management's discretion.


**VII.**                              **OCHSNER CLINIC FOUNDATION**
                                      **JOB PERFORMANCE STANDARDS**


Liberty/Crespo 1659

| JOB TITLE: | CRNA | JOB CODE: | D250 |
| DEPARTMENT: | Anesthesiology | FLSA STATUS: | Exempt |

| | Essential Job Duty | Weight | Standards |
|---|---|---|---|
| 1. | Documentation/Record Keeping | 20% | 1. Charts all vital signs and function measurements. 2. Administers drugs in proper time sequence. 3. Records an intake and output on each case. 4. Reports to PACU nurse any intra-op events and unexpected outcomes during emergence from anesthesia. 5. Keep accurate record of narcotic use/waste in accordance with policy. 6. Documents appropriate care of patient. |
| 2. | Technical Competence-Assessment | 15% | 1. Reviews preanesthetic assessment. 2. Appraises general condition of patient. 3. Notes any changes since preanesthetic evaluation. 4. Checks for any dental hazards with notation of any broken teeth, dentures, caps, loose teeth, etc. |
| 3. | Technical Competence-Patient Safety | 15% | 1. Positions patient on OR table in physiologically protected way. 2. Notifies anesthesiologist of any unexpected responses. 3. Maintains an appropriate surgical plane of anesthesia. 4. Administers anesthesia following accepted practice techniques. |
| 4. | Technical Competence-Equipment | 15% | 1. Performs appropriate preop checklist on all anes machines/equipment prior to induction of anesthesia. 2. Has appropriate anesthetic equipment/supplies available for case. 3. Follow safety requirements. |
| 5. | Interpersonal Contact-Liasion | 15% | 1. Communicates with surgeon and anesthesiologist regarding patient's condition when applicable. 2. Maintains good working relationship with coworkers within dept. 3. Maintains a positive manner when dealing with hospital personnel, patients, families and coworkers. |
| 6. | Planning and Organization | 10% | 1. Attends conferences and inservices as available. 2. Participates in department QA procedures. 3. Current in BCLS. 4. Assists in training with student nurse anesthetists. |
| 7. | Assignments | 10% | 1. Works to minimize turnover time by avoiding unnecessary delays, preparing ahead, assisting others whenever appropriate. 2. Demonstrates willingness to accept assignment or schedule changes to increase productivity and efficiency. 3. Makes post-anesthesia rounds when assigned. 4. Performs assigned tasks in a timely manner. |
| 8. | | | |

Liberty/Crespo 1660

08/25/2015 4:45:57 PM -0400 FAXCOM                                         PAGE 1    OF 1

MRO
Medical Records Online, Inc.
P.O. Box 61507
King of Prussia, PA 19406

**PREPAYMENT REQUIRED**
**Invoice**
10784176
August 25, 2015

 **MRO**

Phone: 888-252-4146
Fax: 610-962-8421

Robert Hayward
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7207
London, KY 40742

On 6/23/2015 the following healthcare provider received your request for copies of medical records:
Ochsner Main Campus Jefferson
1514 Jefferson Highway
Jefferson, LA 70121

You requested records for: PAIGE CRESPO

This is your invoice for providing the copies of the medical records.

Your Reference ID:

3444863

MRO Request Number: 10784176
MRO Online Tracking Number: OCHSMNANWFJSN

**You can track and pay for your request online at:**
**www.roilog.com.**

| Fees | |
|---|---|
| Search and Retrieval Fee: | $25.00 |
| Number of Pages: | 6 |
| Tier 1: | $6.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $1.64 |
| Sales Tax: | $0.00 |
| TOTAL: | $32.64 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$32.64** |

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
**PO Box 61507**
**King of Prussia, PA 19406**
MRO Tax ID (EIN): 01-0661910
*Please write the Invoice # on the check or*
*return this invoice with the payment.*

By paying this invoice, you are representing that you have reviewed and approved the charges and have agreed to pay them. Any dispute relating to this invoice must be presented before paying this invoice. Any dispute not so presented is waived. All disputes must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative of a member or class. An arbitrator may not consolidate more than one person's claims nor preside over any form of class proceeding.

**Please contact MRO at 888-252-4146 for any questions regarding this invoice.**
**MRO is the medical copy request processor for       Ochsner Main Campus Jefferson**

Liberty/Crespo 1661

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Tuesday, August 25, 2015 11:44 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | STD, CRESPO, PAIGE, Emp ID 1003450, Claim # 3444863, CLOSURE |
| **Attachments:** | Ochsner Timekeeping Updates.pdf |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 4/11/2015. The claim has been approved through 7/31/2015. As of 8/1/2015 this claim is closed. The case manager for this claim is Jane Durfey. The claim number is 3444863.

If you have further questions, please call Liberty Mutual at (800) 210-0268.

**ACTION REQUIRED**

The Ochsner Employee Leave Management office has coded Disability and Leave in the Kronos system for the duration of the coordinated claim. Effective 8/1/2015, the Liberty Mutual disability claim was closed; therefore, Employee Leave Management will no longer be coding this employee's time in Kronos. Please refer to the attached document on the next steps that are required in order to ensure accurate employee pay coding going forward.

**********Text on the pages that follow from attachments to the email.**********

**WHAT IS MY RESPONSIBILITY?**
If the employee continues to be out on an approved, Leave-Only claim* through Liberty Mutual, the time will need to be coded in Kronos by the home department.

*Family and Medical Leave Act – FMLA
*Personal Leave of Absence – PLOA; also known as "Company Own Leave"

**WILL THE PAY CODE BE DIFFERENT?**
Yes.

Active, Regular employees:

| If the Employee Leave Mgmt Team used: | | Department would now use: |
|---|---|---|
| | | **FMG** (FMLA leave paid with GPT) |
| Short Term Disability | | **FMN**  (FMLA leave unpaid) |
| STD, SGP | → | or |
| | | **PLG** (PLOA leave paid with GPT) |
| | | **PLN** (PLOA leave unpaid) |

Management and APP's:

| If the Employee Leave Mgmt Team used: | | Department would now use: |
|---|---|---|
| | | **VAC** (FMLA leave paid with available Vacation time) |
| Salary Continuation | | **FMN** (FMLA leave unpaid) |
| SIC, STM, S60, S66 | → | or |
| | | **VAC** (PLOA leave paid with available Vacation time) |
| | | **PLN** (PLOA leave unpaid) |

Please refer to the coding examples on the next pages

Liberty/Crespo 1663

1. **FMLA**





2. **PLOA**



Liberty/Crespo 1664

**WHAT IF MY EMPLOYEE IS NOT ON LEAVE WITH LIBERTY MUTUAL?**
If FMLA or PLOA leave has not been approved through Liberty Mutual, yet the employee remains out, please code General Purpose Time* (GPT), Vacation (VAC), Scheduled Unpaid Leave (SUP) or Unscheduled Unpaid Leave (UUP) in Kronos.  Work Life days (WLD) and Personal Holiday (HOP) are optional at the employee's request.

*Please be reminded that there is a new pay code to enter GPT:  Where you used to select *GPT-GENERAL PURPOSE TIME SCHED*, you will now select GPT Scheduled Cascading.  Where you used to select *GPU-GENERAL PURPOSE TIME UNSCHED*, you will now select GPT Unscheduled Cascading.

Remove preloaded schedule from timecard if an employee is not actively at work to avoid an overpayment error!

If an employee is out for 3 or more days, the claim should be reported to Liberty Mutual.  Claim instructions can be found on Ochweb under Ochsner HR Info.

Liberty/Crespo 1665

**WHAT DO I DO IF MY EMPLOYEE IS APPROVED FOR DISABILITY AGAIN?**
OHS Employee Leave Management will take over coding again when the approval is received from Liberty Mutual.  Please be sure to review your employee's time card for accuracy every payperiod.

**QUESTIONS?**
Please let us know if the Employee Leave Management team can further assist you with this process.  You may email us at EmployeeLeaveMgmt@ochsner.org or call the Employee Service Center at 504-842-4748.

**INTERNAL REFERENCES**
OHS.HR.203 Family and Medical Leave of Absence
OHS.HR.208 Personal Leave of Absence
OHS.HR.206 Short-term Disability
OHS.HR.415 Disability Salary Continuation
OHS.HR.412 Return to Work

Thank you!

*Employee Leave Management*
*504-842-4748 (Phone)*
*504-842-6421 (Fax)*

Liberty/Crespo 1666

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Tuesday, August 25, 2015 11:44 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | STD, CRESPO, PAIGE, Emp ID 1003450, Claim # 3444863, CLOSURE |
| **Attachments:** | Ochsner Timekeeping Updates.pdf |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The date of disability is 4/11/2015.  The claim has been approved through 7/31/2015.  As of 8/1/2015 this claim is closed.  The case manager for this claim is Jane Durfey.  The claim number is 3444863.

If you have further questions, please call Liberty Mutual at (800) 210-0268.

**ACTION REQUIRED**

The Ochsner Employee Leave Management office has coded Disability and Leave in the Kronos system for the duration of the coordinated claim.  Effective  8/1/2015, the Liberty Mutual disability claim was closed; therefore, Employee Leave Management will no longer be coding this employee's time in Kronos.  Please refer to the attached document on the next steps that are required in order to ensure accurate employee pay coding going forward.

**********Text on the pages that follow from attachments to the email.**********

Liberty/Crespo 1667

**WHAT IS MY RESPONSIBILITY?**
If the employee continues to be out on an approved, Leave-Only claim* through Liberty Mutual, the time will need to be coded in Kronos by the home department.

*Family and Medical Leave Act – FMLA
*Personal Leave of Absence – PLOA; also known as "Company Own Leave"

**WILL THE PAY CODE BE DIFFERENT?**
Yes.

Active, Regular employees:

| *If the Employee Leave Mgmt Team used:* | | *Department would now use:* |
|---|---|---|
| | | **FMG** (FMLA leave paid with GPT) |
| Short Term Disability | | **FMN**  (FMLA leave unpaid) |
| STD, SGP | → | or |
| | | **PLG** (PLOA leave paid with GPT) |
| | | **PLN** (PLOA leave unpaid) |

Management and APP's:

| *If the Employee Leave Mgmt Team used:* | | *Department would now use:* |
|---|---|---|
| | | **VAC** (FMLA leave paid with available Vacation time) |
| Salary Continuation | | **FMN** (FMLA leave unpaid) |
| SIC, STM, S60, S66 | → | or |
| | | **VAC** (PLOA leave paid with available Vacation time) |
| | | **PLN** (PLOA leave unpaid) |

Please refer to the coding examples on the next pages

Liberty/Crespo 1668

1.  **FMLA**





2.  **PLOA**



**WHAT IF MY EMPLOYEE IS NOT ON LEAVE WITH LIBERTY MUTUAL?**
If FMLA or PLOA leave has not been approved through Liberty Mutual, yet the employee remains out, please code General Purpose Time* (GPT), Vacation (VAC), Scheduled Unpaid Leave (SUP) or Unscheduled Unpaid Leave (UUP) in Kronos.   Work Life days (WLD) and Personal Holiday (HOP) are optional at the employee's request.

*Please be reminded that there is a new pay code to enter GPT:  Where you used to select *GPT-GENERAL PURPOSE TIME SCHED*, you will now select GPT Scheduled Cascading.  Where you used to select *GPU-GENERAL PURPOSE TIME UNSCHED*, you will now select GPT Unscheduled Cascading.

Remove preloaded schedule from timecard if an employee is not actively at work to avoid an overpayment error!

If an employee is out for 3 or more days, the claim should be reported to Liberty Mutual.  Claim instructions can be found on Ochweb under Ochsner HR Info.

Liberty/Crespo 1670

**WHAT DO I DO IF MY EMPLOYEE IS APPROVED FOR DISABILITY AGAIN?**

OHS Employee Leave Management will take over coding again when the approval is received from Liberty Mutual.  Please be sure to review your employee's time card for accuracy every payperiod.

**QUESTIONS?**

Please let us know if the Employee Leave Management team can further assist you with this process.  You may email us at EmployeeLeaveMgmt@ochsner.org or call the Employee Service Center at 504-842-4748.

**INTERNAL REFERENCES**

OHS.HR.203 Family and Medical Leave of Absence
OHS.HR.208 Personal Leave of Absence
OHS.HR.206 Short-term Disability
OHS.HR.415 Disability Salary Continuation
OHS.HR.412 Return to Work

Thank you!

*Employee Leave Management*
*504-842-4748 (Phone)*
*504-842-6421 (Fax)*

Liberty/Crespo 1671

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. PAIGE CRESPO

Liberty/Crespo 1672



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 24, 2015

Ms. Paige F. Crespo

RE:    Short Term Disability (STD) Benefits
       Ochsner Clinic Foundation
       Claim #: 3444863

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Ochsner Clinic Foundation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Based on the information received, your claim has been denied and no benefits are payable.

Your claim was approved through July 31, 2015.  On July 22, 2015 we requested updated medical records from Dr. Ware to review for ongoing disability.  On July 22, 2015 we notified you that these records were due by August 20, 2015.  To date no medical records have been received for review, therefore your claim has been closed.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

<div align="center">

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY  40742-7207

</div>

The written request for review must be sent within 180 days from receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All office treatment notes, diagnostic test results and procedure reports from April 11, 2015 through the present from Dr. Ware and all treating providers as well as a complete list of restrictions and limitations that would prevent you from performing your job.

Liberty/Crespo 1673

You should also provide any additional information that you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Durfey
Disability Claims Case Mgr II
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

Liberty/Crespo 1674



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: August 14, 2015 | |
| To:  DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 | |
| Attn: | |
| Fax:  (504) 842-5037 | |
| From:  Jane Durfey<br>Disability Claims Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5167 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    3444863<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1675



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 14, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:     Short Term Disability (STD) Benefits
        Ochsner Clinic Foundation
        Claim #: 3444863
        Claimant: Paige Crespo
        Claimant D.O.B.:

Dear Dr. Marcus Ware:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Ochsner Clinic Foundation's Group Disability Plan.  We are writing in reference to Paige Crespo's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by August 21, 2015.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jane Durfey
Disability Claims Case Mgr II
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

Attachments:   3444863-EMPLOYEE/CLAIMANT-08.12.2015
               3444863-REQUEST-PROVIDER-07.22.2015

1  of  1

Liberty/Crespo 1676

08224150195

## Ochsner Health System

### AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION TO LIBERTY MUTUAL

Patient's Name __Paige Friday Crespo__ Date of Birth __

Address __ Phone # __

I, __Paige Friday Crespo__ hereby authorize
FULL NAME OF PATIENT

__Ochsner Health System__ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service __4/10__ to __Present__

The information which is
checked (X) below is to be released to:

Liberty Mutual
Group Benefits Disability Claims
PO Box 7208
London, KY 40742-7208

Purpose for Release: ☐ Medical  ☒ Insurance  ☐ Legal  ☐ Other _____

Check all items being released:

☒ Discharge Summary
☒ Discharge Instructions/After Visit Summary
☐ History & Physical
☒ Consultation Reports
☐ Pathology Reports

☐ Laboratory
☐ Cardiology
☐ Clinic Visit
☐ Hospital admission
☐ Abstract ( )
☐ Other _____

☐ Dictated Letter
☐ Operative Report
☐ X-ray Report
☐ ER Record
☒ Entire Record

Method of Delivery: ☒ paper  ☒ Electronic delivery  Email address _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____, authorize the release of **alcohol and/or drug abuse** treatment and information.
(Patient's Signature)

I, _____, authorize the release of **HIV test results** and/or HIV treatment information.
(Patient's Signature)

I, _____, authorize the release of **psychiatric** information.
(Patient's Signature)

I, _____, authorize the release of **genetic testing** information.
(Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Medical Center and Ochsner Health Centers have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Health System, Corporate Operations Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition): _____

**If expiration date is left blank, authorization will expire within one year.**

_____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE

__Self__
RELATIONSHIP TO PATIENT

__8/5/15__
DATE SIGNED

_____
AGE

_____
PHONE NUMBER

CORRESPONDENCE

Liberty/Crespo 1677



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: July 22, 2015 | |
| To: | DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 |
| Attn: | Medical Records |
| Fax: | (504) 842-2014 |
| From: | Jennifer Legere<br>Disability Claims Case Manager<br>On Behalf Of: Jane Durfey<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5167 |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    3444863<br>Claimant:    Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1678



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 22, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:   Short Term Disability (STD) Benefits
      Ochsner Clinic Foundation
      Claim #: 3444863
      Claimant: Paige Crespo
      Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 17, 2015 through present

We ask that you provide this information by July 29, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5167 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

1 of 2

Liberty/Crespo 1679

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Legere
Disability Claims Case Manager
On Behalf Of: Jane Durfey
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

Liberty/Crespo 1680

0S224150195

## Ochsner Health System

## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION
## TO LIBERTY MUTUAL

Patient's Name _Paige Friday Crespo_   Date of Birth _____

Address _____   Phone # _____

I, _Paige Friday Crespo_ , hereby authorize
FULL NAME OF PATIENT

_Ochsner Health System_   to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service _4/10_ to _Present_

The information which is
checked (X) below is to be released to:   Liberty Mutual
Group Benefits Disability Claims
PO Box 7206
London, KY  40742-7206

Purpose for Release: ☐ Medical  ☒ Insurance  ☐ Legal  ☐ Other _____

Check off items being released:

| | | |
|---|---|---|
| | ☑ Laboratory | ☑ Dictated Letter |
| ☑ Discharge Summary | ☑ Cardiology | ☑ Operative Report |
| ☑ Discharge Instructions/After Visit Summary | ☐ Clinic Visit | ☑ X-ray Report |
| ☑ History & Physical | ☑ Hospital admission | ☑ ER Record |
| ☑ Consultation Reports | ☐ Abstract ( ) | ☒ Entire Record |
| ☑ Pathology Reports | ☐ Other | |

Method of Delivery: ☒ paper  ☑ Electronic delivery: Email address _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _Paige Crespo_ , authorize the release of **alcohol and/or drug abuse** treatment and information.
(Patient's Signature)

I, _Paige Crespo_ , authorize the release of **HIV test results** and/or HIV treatment information.
(Patient's Signature)

I, _Paige Crespo_ , authorize the release of **psychiatric** information.
(Patient's Signature)

I, _Paige Crespo_ , authorize the release of **genetic testing** information.
(Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Medical Center and Ochsner Health Centers have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Health System, Corporate Operations Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition): _____

**If expiration date is left blank, authorization will expire within one year.**

_Paige Crespo_   _Self_
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE   RELATIONSHIP TO PATIENT

   _8/5/15_
ADDR   DATE SIGNED

_____
PHONE NUMBER   CORRESPONDENCE

Form No. 20576 (6/18/2014)

Liberty/Crespo 1681



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: July 22, 2015 | |
| To:     DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 | |
| Attn:   Medical Records | |
| Fax:    (504) 842-2014 | |
| From:  Jennifer Legere<br>Disability Claims Case Manager<br>On Behalf Of: Jane Durfey<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5167 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    3444863<br>Claimant:  Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1682



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 22, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Short Term Disability (STD) Benefits
       Ochsner Clinic Foundation
       Claim #: 3444863
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 17, 2015 through present

We ask that you provide this information by July 29, 2015.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-5167 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

1  of  2

Liberty/Crespo 1683

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Legere
Disability Claims Case Manager
On Behalf Of: Jane Durfey
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

2  of 2

Liberty/Crespo 1684

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. PAIGE CRESPO

Liberty/Crespo 1685



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 22, 2015

Ms. Paige F. Crespo

RE:    Short Term Disability (STD) Benefits
       Ochsner Clinic Foundation
       Claim #: 3444863

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Ochsner Clinic Foundation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 7/22/15, we requested medical records from Dr. Marcus Ware . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 17, 2015 through present from Dr. Marcus Ware

Please complete the forms indicated below and return them to our office by July 29, 2015:

       X    Medical Authorization Form

Ochsner Clinic Foundation's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than August 20, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

1  of  2

Liberty/Crespo 1686

Please be advised that we are unable to evaluate eligibility for continued benefits without this information.  In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Legere
Disability Claims Case Manager
On Behalf Of: Jane Durfey
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

Attachments:   3444863-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.01.2015

Liberty/Crespo 1687

# Ochsner Health System

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION TO LIBERTY MUTUAL

Patient's Name _____    Date of Birth _____

Address _____    Phone # _____

I, _____ , hereby authorize
FULL NAME OF PATIENT

Ochsner Health System _____ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service _____ to _____

The information which is
checked (X) below is to be released to:

Liberty Mutual
Group Benefits Disability Claims
PO Box 7206
London, KY   40742-7206

Purpose for Release:  ☐ Medical  ☒ Insurance  ☐ Legal  ☐ Other _____

Check off items being released:

☐ Discharge Summary
☐ Discharge Instructions/After Visit Summary
☐ History & Physical
☐ Consultation Reports
☐ Pathology Reports

☐ Laboratory
☐ Cardiology
☐ Clinic Visit
☐ Hospital admission
☐ Abstract (                )
☐ Other _____

☐ Dictated Letter
☐ Operative Report
☐ X-ray Report
☐ ER Record
☐ Entire Record

Method of Delivery:  ☐ paper  ☐ Electronic delivery: Email address _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, section 201 7 A and B).  To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
*(Patient's Signature)*

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
*(Patient's Signature)*

I, _____ , authorize the release of **psychiatric** information.
*(Patient's Signature)*

I, _____ , authorize the release of **genetic testing** information.
*(Patient's Signature)*

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication.  I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected.  I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Medical Center and Ochsner Health Centers have already taken action in reliance on it.  Letters to revoke this authorization should be addressed to Ochsner Health System, Corporate Operations Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA  70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition): _____

**If expiration date is left blank, authorization will expire within one year.**

_____         _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE         RELATIONSHIP TO PATIENT

_____         _____
ADDRESS         DATE SIGNED

_____         _____
PHONE NUMBER         CORRESPONDENCE

Form No. 20576 (6/18/2014)

Liberty/Crespo 1688

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. PAIGE CRESPO

Liberty/Crespo 1689



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 6, 2015

Ms. Paige F. Crespo

RE:     Short Term Disability (STD) Benefits
        Ochsner Clinic Foundation
        Claim #: 3444863

Dear Ms. Paige Crespo:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Ochsner Clinic Foundation's Group Disability Plan.  We are writing in reference to your claim for STD benefits under the Plan.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Durfey
Disability Claims Case Mgr II
Phone No.: (800) 210-0268 Ext. 16289
Secure Fax No.: (603) 334-5167

1  of  1

Liberty/Crespo 1690

06/24/2015 3:50:31 AM -0400 FAXCOM                                              PAGE 1    OF 2

MRO
P.O. Box 61507
King of Prussia, PA  19406

 **MRO**

Fax:      (610) 962-8421
Phone:    (888) 252-4146

**Request Number: 10784176**
**Tracking #: OCHSMNANWFJSN**

**Robert Hayward**
Liberty Mutual
Liberty Life Assurance Company Of Boston
P.O. Box 7207
London, KY  40742

Track your request at www.ROILOG.com; enter
your Tracking # and Request Number.

Date:    6/24/2015
Phone:   800-210-0268
Fax:     603-559-0485

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below).  In order to resolve this issue; please fax the information requested to **MRO** at (610) 962-8421.  Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, send an e-mail to **RequestInformation@MROCorp.com**.  Please be sure to enter your Request Number in the subject field of the e-mail. ***PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.***

Thank you,
*MRO*

Patient Name: **PAIGE CRESPO**          Your Request Date:        6/19/2015
Date of Birth:                          Your Reference Number:    3444863
                                        Date Received at Facility: 6/23/2015

**Your request is being processed by MRO on behalf of the following facility:**

Facility:    **Ochsner Main Campus Jefferson**
             1514 Jefferson Highway
             Jefferson, LA  70121

The issue related to this request is: **No Authorization Attached**

    The request you sent to the facility contained no patient authorization.  Please fax/mail a HIPAA compliant patient authorization as soon as possible.

Liberty/Crespo 1691

**Ochsner Medical Center**
**Ochsner Health Centers**
**1514 Jefferson Highway**
**New Orleans, LA 70121**

Phone: (504) 842-2832   Fax: (504) 842-4047

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

Patient's Name _____ Date of Birth _____

Address _____ Phone # _____

I, _____ , hereby authorize
FULL NAME OF PATIENT

_____ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service _____ to _____

The information which is checked (X) below is to be released to:

_____
NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY

_____
ADDRESS                          CITY                    STATE          ZIP

Purpose for Release: ☐ Medical   ☐ Insurance   ☐ Legal   ☐ Other _____

Check off items being released:

| | |
|---|---|
| | ☐ Laboratory |
| ☐ Discharge Summary | ☐ Cardiology |
| ☐ Discharge Instructions/After Visit Summary | ☐ Clinic Visit |
| ☐ History & Physical | ☐ Hospital admission |
| ☐ Consultation Reports | ☐ Abstract ( ) |
| ☐ Pathology Reports | ☐ Other _____ |

☐ Dictated Letter
☐ Operative Report
☐ X-ray Report
☐ ER Record
☐ Entire Record

Method of Delivery: ☐ paper   ☐ Electronic delivery: Email address _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
*(Patient's Signature)*

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
*(Patient's Signature)*

I, _____ , authorize the release of **psychiatric** information.
*(Patient's Signature)*

I, _____ , authorize the release of **genetic testing** information.
*(Patient's Signature)*

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Medical Center and Ochsner Health Centers have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1514 Jefferson Highway, New Orleans, LA, 70121.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition): _____

_____

**If expiration date is left blank, authorization will expire within one year.**

_____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE          RELATIONSHIP TO PATIENT

_____
ADDRESS                                                   DATE SIGNED

_____
PHONE NUMBER                                              CORRESPONDENCE

Form No. 20048 (Rev. 10/9/2013)

Liberty/Crespo 1692



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date:  June 19, 2015 | |
| To:    DR MARCUS WARE MD<br>1514 JEFFERSON HWY<br>SUITE 7<br>NEW ORLEANS LA 70121 | |
| Attn: | |
| Fax:   (504) 842-2014 | |
| From:  Robert Hayward<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0485 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    3444863<br>Claimant:   Paige Crespo<br><br>Ochsner Clinic Foundation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty/Crespo 1693



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 19, 2015

Dr. Marcus L. Ware, MD
1514 JEFFERSON HWY
SUITE 7
NEW ORLEANS, LA 70121

RE:    Short Term Disability (STD) Benefits
       Ochsner Clinic Foundation
       Claim #: 3444863
       Claimant: Paige Crespo
       Claimant D.O.B.:

Dear Dr. Marcus Ware:

We are the Disability Claim Administrator for your patient, Paige Crespo.

To evaluate Ms. Crespo's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 17, 2015 through present

We ask that you provide this information by June 25, 2015.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0485 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

1  of  2

Liberty/Crespo 1694

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Hayward
Disability Claims Case Manager
Phone No.: (800) 210-0268 Ext. 16310
Secure Fax No.: (603) 559-0485

Liberty/Crespo 1695

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Wednesday, June 10, 2015 12:47 PM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | STD, CRESPO, PAIGE, Emp ID 1003450, Claim # 3444863, EXTENSION |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 4/11/2015. This claim is approved through 7/31/2015. This indicates an extension of benefits. The case manager for this claim is Robert Hayward. The claim number is 3444863.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1696

**From:**        Grp Mkt Clm Ops Reporting
**Sent:**        Wednesday, June 10, 2015 12:47 PM
**To:**          'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG'
**Subject:**     STD, CRESPO, PAIGE, Emp ID  1003450, Claim # 3444863, EXTENSION

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim has a date of disability of 4/11/2015. This claim is approved through 7/31/2015. This indicates an extension of benefits.  The case manager for this claim is Robert Hayward.  The claim number is 3444863.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1697

## Ochsner Health System

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION TO LIBERTY MUTUAL

Patient's Name _____    Date of Birth _____

Address _____    Phone # _____

I, _____ , hereby authorize
   FULL NAME OF PATIENT

Ochsner Health System _____ to release information specified below from my
   NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service _____ to _____

The information which is
checked (X) below is to be released to:

Liberty Mutual
Group Benefits Disability Claims
PO Box 7206
London, KY   40742-7206

Purpose for Release:  ☐ Medical  ☒ Insurance  ☐ Legal  ☐ Other _____

Check off items being released:

- ☐ Discharge Summary
- ☐ Discharge Instructions/After Visit Summary
- ☐ History & Physical
- ☐ Consultation Reports
- ☐ Pathology Reports

- ☐ Laboratory
- ☐ Cardiology
- ☐ Clinic Visit
- ☐ Hospital admission
- ☐ Abstract (                    )
- ☐ Other _____

- ☐ Dictated Letter
- ☐ Operative Report
- ☐ X-ray Report
- ☐ ER Record
- ☐ Entire Record

Method of Delivery:  ☐ paper  ☐ Electronic delivery: Email address _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B).  To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
   (Patient's Signature)

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
   (Patient's Signature)

I, _____ , authorize the release of **psychiatric** information.
   (Patient's Signature)

I, _____ , authorize the release of **genetic testing** information.
   (Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication.  I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected.  I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Medical Center and Ochsner Health Centers have already taken action in reliance on it.  Letters to revoke this authorization should be addressed to Ochsner Health System, Corporate Operations Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA  70123.

If not previously revoked in writing, this authorization will terminate
or expire upon (state the specific date, event, or condition): _____

**If expiration date is left blank, authorization will expire within one year.**

_____    _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE          RELATIONSHIP TO PATIENT

_____    _____
ADDRESS          DATE SIGNED

_____
PHONE NUMBER          CORRESPONDENCE

Form No. 20576  (6/18/2014)

Liberty/Crespo 1698

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Monday, April 20, 2015 11:23 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | STD, CRESPO, PAIGE, Emp ID  1003450, Claim # 3444863, APPROVAL |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The date of disability is 4/11/2015.  The claim has been approved through 6/5/2015.  The case manager for this claim is Robert Hayward.  The claim number is 3444863.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1699

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Monday, April 20, 2015 11:23 AM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | STD, CRESPO, PAIGE, Emp ID  1003450, Claim # 3444863, APPROVAL |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The date of disability is 4/11/2015.  The claim has been approved through 6/5/2015.  The case manager for this claim is Robert Hayward.  The claim number is 3444863.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1700

Hi Robert,

LDW 4/10/2015

First day missed 4/13/2015

Thanks,

*Wendy J*

**From:** Hayward, Robert 0096 [mailto:ROBERT0096.HAYWARD@LibertyMutual.com]
**Sent:** Thursday, April 16, 2015 2:06 PM
**To:** EmployeeLeaveMgmt
**Subject:** RE: STD Pending (3444863) STD, CRESPO, PAIGE, Emp ID 1003450, Claim # 3444863, ACKNOWLEDGEMENT

Good afternoon,

Can you please confirm their last day worked, and first day missed?

Thanks,

Rob

> **From:** EmployeeLeaveMgmt [mailto:EmployeeLeaveMgmt@ochsner.org]
> **Sent:** Thursday, April 16, 2015 2:35 PM
> **To:** Hayward, Robert 0096
> **Subject:** RE: STD Pending (3444863) STD, CRESPO, PAIGE, Emp ID 1003450, Claim # 3444863, ACKNOWLEDGEMENT
>
> Hi Robert,
>
> This case is a sensitive that I am watching closely, apparently the employee is currently in a coma. I will be coding payroll the next two days and would like to get updated information on this one as soon as possible.
>
> Thanks,
>
> *Wendy J*

Liberty/Crespo 1701

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Wednesday, April 15, 2015 1:21 PM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | STD, CRESPO, PAIGE, Emp ID 1003450, Claim # 3444863, ACKNOWLEDGEMENT |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim number is 3444863.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1702

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Wednesday, April 15, 2015 1:21 PM |
| **To:** | 'EmployeeLeaveMgmt@ochsner.org'; 'MPRIMEAUX@OCHSNER.ORG' |
| **Subject:** | STD, CRESPO, PAIGE, Emp ID 1003450, Claim # 3444863, ACKNOWLEDGEMENT |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim number is 3444863.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty/Crespo 1703



December 23, 2015

**LIBERTY MUTUAL DISABILITY**
100 LIBERTY WAY
DOVER, NH 03820

| | |
|---|---|
| ADJ: | Todd Youngberg |
| Insured: | Ochsner Clinic Foundation |
| Claim Number: | 5458678 |

## Paige Crespo

| | |
|---|---|
| Date of Loss: | April 11, 2015 |
| Injury: | Cerebellar or Brain Stem Contusion |
| Authorization: | 24 Hours |
| Status: | Final |
| Received: | December 7, 2015 |
| Investigator: | Brett Ridgedell |
| HUB Case: | 1512000391 |
| HUB Contact: | Heather Ross |

### Confidentiality Notice

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

Liberty/Crespo 1704

Crespo, Paige

December 23, 2015
Page 2 of 18

## NATURE OF ASSIGNMENT:

On December 7, 2015, HUB Enterprises received an assignment requesting 24 hours of surveillance to be conducted on the above-mentioned claimant over three days to include the dates of December 17, 2015 through December 19, 2015. Information provided indicates the claimant can be described as a 43-year-old female, approximately 5'7" in height, weighing approximately 130 pounds, with short, blonde/light hair. The claimant is alleging a cerebellar or brain stem contusion, as of April 11, 2015, and is believed to reside at

.

## PRE-SURVEILLANCE

We conducted pre-investigative research for information associated with the claimant; Paige Crespo and learned the following:

A person search utilizing the provided social security number confirmed the provided address to be the most current. The claimant's full name is Paige M. Crespo, 43 years old. The alias reported for the claimant is Paige Crespo, Paige Friday Crespo, Paige F. Crespo, Paige M Friday, Paige Friday, Paige Friday Crespo, Paige Michelle Friday, and Palge Crespo.

### Professional License:

Professional License 1
Name: CRESPO, PAIGE M
Gender: F
License State: Tennessee
License Number: 11621
License Type: ADVANCED PRACTICE REGISTERED NURSE
Profession/Board: NURSING
License Status: ACTIVE
Issue Date: Sep 13, 2005
Expiration Date: Apr 30, 2010

Professional License 2
Name: FRIDAY, PAIGE M
Gender: F
License State: Tennessee
License Number: 116508

Liberty/Crespo 1705

Crespo, Paige                                                    December 23, 2015
                                                                 Page 3 of 18

License Type: REGISTERED NURSE
Profession/Board: NURSING
License Status: ACTIVE
Issue Date: Aug 07, 1997
Expiration Date: Apr 30, 2010

**All Vehicles Registered:**

An all vehicles registered search was conducted for records associated with the claimant. The following vehicle was located:

**2007 Toyota Sequoia**
Paige Crespo

09/2014–09/2016

A social networking site search was conducted for information associated with the claimant by utilizing the claimant's name variations; possible email address; address history; possible URL and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, LinkedIn, and YouTube.

We located a possible Facebook profile associated with the claimant. The profile name is Paige Friday Crespo. The profile photograph is of a female, believed to be the claimant. The "About" portion of the profile associated the claimant with Ochsner Medical Center. The profile settings provided limited access to recent status updates, timeline posts and photograph albums. The following photographs and information were located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

December 23, 2015
Page 4 of 18





https://www.facebook.com/paige.crespo

We located a possible Mylife profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the city of New Orleans, Louisiana. The

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1707

Crespo, Paige                                                     December 23, 2015
                                                                  Page 5 of 18

social profiles listed are verified to be associated with the claimant. The following information was located:



https://www.mylife.com/Fname-Lname/paigefridaycrespo

We located a possible PIPL profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the cities of New Orleans, Louisiana, River Ridge, Louisiana, Jefferson, Louisiana, Cordova, Tennessee, Memphis, Tennessee, and Naples, Florida. The social profiles listed are verified to be associated with the claimant. The following information was located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                                December 23, 2015
                                                                              Page 6 of 18



https://pipl.com/search/?t=ZjdkNmY1ODVhZTE0NGMyMjNkNjM2ZWYxOTU3ZjQwN2NiZ
WYwOWJkOTY4NWIyM2Y1&in=8&q=Paige+Crespo&sloc=&l=New+Orleans%2C+LA&ava
tar=avatar-1

An internet search was conducted by utilizing the claimant's name variations; possible email
address; address history; possible URL and usernames; business or employment affiliation; and
possible telephone numbers.

We learned the claimant is associated with the business Paige Crespo, CRNA located at 1514
Jefferson Highway in New Orleans, Louisiana. The business is a medical facility. The claimant
was reported to be the owner of the business. The following information was located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003;
Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York
11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

December 23, 2015
Page 7 of 18



http://www.healthgrades.com/provider/paige-crespo-xvrt4

We learned the claimant is associated with the business Crespo Friday Investments, LLC located at                                        . The business is an investment business. The claimant's role could not be identified. The following information was located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

December 23, 2015
Page 8 of 18



http://www.manta.com/c/mr526rv/crespo-friday-investments-llc

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Thursday, December 17, Friday, December 18, and on Saturday, December 19, 2015. On Thursday, **VIDEO** was obtained of the claimant as she walked, ambulated across streets, operated a vehicle, and loaded children's backpacks in the rear of her vehicle. On Friday, **VIDEO** was obtained as the claimant walked down Canal Street in New Orleans, Louisiana, wearing heels, maneuvering by people and objects normally and with ease. On Saturday, **VIDEO** was obtained as the claimant walked across a Krispy Kreme parking lot with items in her hand. On all occasions the claimant appeared to ambulate in a normal manner without the use of any visible medical devices.

## VIDEO:

*The below links will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.*

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                December 23, 2015
                                                            Page 9 of 18

**Thursday, December 17, 2015**

- Total claimant **VIDEO** is approximately 3 minutes 12 seconds.

- **VIDEO** depicts the claimant standing, bending at the waist, entering and exiting a vehicle, carrying unknown items, walking, lifting backpacks, and opening and closing vehicle doors.

- The claimant appeared to utilize all body parts in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

**Friday, December 18, 2015**

- Total claimant **VIDEO** is approximately 44 seconds.

- **VIDEO** depicts the claimant walking.

- The claimant appeared to utilize all body parts in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality fair, due to distance and obstructions.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

**Saturday, December 19, 2015**

- Total claimant **VIDEO** is approximately 23 seconds.

- **VIDEO** depicts the claimant walking.

- The claimant appeared to utilize all body parts in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                    December 23, 2015
                                                                Page 10 of 18

## REPORT OF INVESTIGATION:

### DESCRIPTION OF CLAIMANT

The claimant can be described as a Caucasian female, approximately 5'7" in height, weighing approximately 130 pounds, with short, dark hair with highlights.

### DESCRIPTION OF THE RESIDENCE

The residence can be described as a white brick, double-level structure.

### DIRECTIONS TO THE RESIDENCE

- From the New Orleans, Louisiana area, travel
  Street.
- Turn
- Turn
- Turn
- Use t
- Use
  Aven
- Keep
- Conti
- Turn
- Turn
- . Tur
- Conti
- Use t
- Turn
- Turn
- Turn
- Turn
- The r

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1713

Crespo, Paige                                                December 23, 2015
                                                              Page 11 of 18

**Thursday, December 17, 2015**

Cloudy-64

06:23AM   Investigator Brett Ridgedell departed the New Orleans, Louisiana area, en route to the claimant's provided address, located at                                    , Louisiana.

06:53AM   Upon arrival, the Investigator observed a blue Toyota Sequoia, bearing Louisiana license number          , registered to the claimant, present on the driveway. An exterior light was illuminated near the front door. No claimant activity was observed. Area video was obtained. Indirect surveillance was established, with a view of one of two of the most likely routes of departure.

07:31AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:00AM   The claimant walked into view and partially obstructed **VIDEO** was obtained as she leaned into the open rear driver's side door, appeared to remove garbage from the rear passenger area of the vehicle utilizing both hands, bent at the waist as she appeared to place the garbage items into a nearby container, stood upright, re-opened the rear driver's side door with her right hand, leaned into the vehicle briefly, stood upright, closed the rear driver's side door with her left hand, entered the vehicle as the driver utilizing the rail with her right foot first, grasping the door with her left hand as she entered, and pulled the driver's door closed with her left hand/arm. Moments later she departed. No visible medical devices were observed. She was observed wearing a gray/tan jacket over a red shirt, black pants, and tennis shoes. Mobile surveillance was established.

08:03AM   The claimant arrived at Mailbox Express, located along Citrus Boulevard in New Orleans, Louisiana, and parked within the parking area. She exited the vehicle and **VIDEO** was obtained as she carried what appeared to be a purse in her left hand and a paper, approached the main entrance of the business, observed the business was currently closed, turned, returned to her vehicle, opened the driver's door with her

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                      December 23, 2015
                                                                  Page 12 of 18

right hand, entered as the sole occupant, climbed into the vehicle left foot first, appeared to place items on the front passenger seat, and pulled the driver's door closed with her left hand/arm. Moments later she departed. Mobile surveillance resumed.

08:12AM  The claimant returned to the residence and parked. Indirect surveillance was re-established.

08:30AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:12AM  The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

09:30AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:10AM  The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

10:28AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:11AM  The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

11:28AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:43AM  The claimant departed as the sole occupant of the Toyota Sequoia. Mobile surveillance was established.

11:46AM  The claimant returned to the previously mentioned Mailbox Express, and parked. She exited the vehicle and entered the business out of view prior to video being obtained. Direct surveillance was established with a view of the Toyota Sequoia and business.

11:48AM  The claimant exited the business and partially obstructed **VIDEO** was obtained as she carried a purse over her left shoulder, and approached the driver's side of the Toyota Sequoia out of view. Moments later she departed. Mobile surveillance resumed.

11:56AM  The claimant parked curbside along the roadway, located near Kaho France, Path of Success, school, located along Elise Avenue in New Orleans, Louisiana. She exited

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

December 23, 2015
Page 13 of 18

the vehicle and **VIDEO** was obtained as she walked along the sidewalk toward the school, stood at a nearby intersection briefly, crossed the roadway and walked out of view onto the school grounds. Direct surveillance was established with a view of the Toyota Sequoia.

12:06PM   The claimant walked into view with four children. She approached the rear of the Toyota Sequoia, opened and guided the rear cargo door of the vehicle open with her right hand, bent at the waist as she retrieved and placed three individual backpacks into the rear of the vehicle one at a time, closed the rear cargo door with her right hand/arm, walked toward the passenger side of the vehicle where she bent at the waist as she retrieved an unknown item with her right hand, stood upright as she dropped the item to the ground, carried what appeared to be Christmas craft in her left hand, walked around the rear of the vehicle toward the driver's side, opened the vehicle door with her right hand/arm, climbed into the vehicle left foot first as she entered as the driver, and pulled the driver's door closed with her right hand/arm. Moments later, she departed with the children as passengers. Mobile surveillance resumed.

12:12PM   The claimant arrived at a nearby Dairy Queen, located along Airline Drive in New Orleans, Louisiana, and parked with in the parking area. She exited the vehicle and brief partially obstructed **VIDEO** was obtained as she entered the business out of view with the four children. Direct surveillance was established with a view of the Toyota Sequoia and business.

12:30PM   The claimant and four children exited the business. **VIDEO** was obtained as the claimant walked into view from the passenger side of the vehicle, stood briefly as she retrieved a drink holder with multiple beverages from a male child utilizing both hands, turned around, walked around the rear of the vehicle, approached the driver's door where she opened the door with her right hand while holding the drink holder in her left hand, climbed into the vehicle left foot first, and pulled the driver's door closed with her left hand/arm. Moments later, she departed with the four children as passengers. Mobile surveillance resumed.

12:41PM   The claimant returned to the provided address and parked. Indirect surveillance was re-established.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1716

Crespo, Paige                                                                December 23, 2015
                                                                            Page 14 of 18

01:07PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:02PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:53PM   Investigator Brett Ridgedell discontinued surveillance and departed, en route to the New Orleans, Louisiana area. Area video was obtained prior to departure.

**Friday, December 18, 2015**

Cloudy-64

06:23AM   Investigator Brett Ridgedell departed the New Orleans, Louisiana area, en route to the claimant's provided address, located at                                          , Louisiana.

06:53AM   Upon arrival, the Investigator observed the previously mentioned blue Toyota Sequoia present on the driveway. An exterior light was illuminated near the main entrance. No claimant activity was observed. Area video was obtained. Indirect surveillance was established, with a view of one of two most likely routes of departure.

07:57AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:10AM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

08:28AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:12AM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

09:29AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:17AM   The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

10:29AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:54AM   The claimant departed as the driver of the Toyota Sequoia, with an unidentified middle-aged female as the front passenger and several children as rear passengers. Mobile surveillance was established.

11:35AM   The claimant arrived at a private residence, located along Homestead Avenue in Metairie, Louisiana, and parked. The children exited the vehicle and an unidentified younger female, wearing formal attire, entered the vehicle. The claimant then departed. Mobile surveillance continued.

11:46AM   The claimant arrived at a second private residence, located along Chester Street in Metairie, Louisiana, and parked briefly. Three additional females entered the vehicle as passengers. The claimant then departed. Mobile surveillance resumed.

12:13PM   The claimant traveled toward Canal Street and parked nearby in a crowded area. The claimant exited the vehicle with the female passengers. One of the females entered the vehicle as the driver and traveled out of view. Intermittent **VIDEO** was obtained as the claimant and females walked along the sidewalk near several hotels in the direction of Canal Street and continued out of view. The claimant was observed wearing a red sleeveless dress and black heeled boots.

12:16PM   Visual contact of the claimant and females was unable to be maintained, due to heavy traffic. The Investigator secured parking and conducted a canvass on foot; however, was unable to relocate the claimant and females.

12:45PM   The Investigator learned that there was a Christmas festival being hosted in the area and several hotels and restaurants were hosting Christmas parties/balls. The Investigator was unable to gain entrance to any of the events as they were invitation only and had a required dress code. The Investigator returned to the surveillance vehicle. The Investigator then temporarily discontinued surveillance and departed, with the intention of returning later in the day.

03:09PM   Upon returning to the claimant's residence, the Investigator observed the Toyota Sequoia present on the driveway. No claimant activity was observed. Area video was obtained. Indirect surveillance was re-established.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

03:56PM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:01PM    The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

04:27PM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

05:15PM    Investigator Brett Ridgedell discontinue surveillance and departed, en route to the New Orleans, Louisiana area.

**Saturday, December 19, 2015**

Cloudy-50

07:05AM    Investigator Brett Ridgedell departed the New Orleans, Louisiana area, en route to the claimant's residence, located at                                      .

07:35AM    Upon arrival, the Investigator observed the previously mentioned blue Toyota Sequoia present on the driveway. No claimant activity was observed. Area video was obtained. Indirect surveillance was established, with a view of one of the two most likely routes of departure.

08:33AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:40AM    The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

08:57AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:26AM    The claimant departed as the driver of the Toyota Sequoia. Mobile surveillance was established.

09:32AM    The claimant arrived at a Krispy Kreme, located along Clearview Parkway in New Orleans, Louisiana, and parked within the parking area out of view. The claimant and two children walked into view. **VIDEO** was obtained as the claimant walked across the parking area toward the business, carried a purse over her left shoulder, opened

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

the entrance with her right hand/arm and entered out of view with the two children. Direct surveillance was established with a view of the business and parking area.

09:36AM  The claimant and two children exited the business. **VIDEO** was obtained as she descended a small curb, walked across the parking area, carried a box in her left hand, carried a purse over her left shoulder, and approached the Toyota Sequoia out of view. Moments later, the claimant departed with the children as passengers. Mobile surveillance resumed.

09:47AM  The claimant returned to the residence and parked. Indirect surveillance was re-established.

10:06AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:01AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:58AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:05PM  The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

12:35PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:28PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:44PM  The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

01:56PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:57PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:12PM  The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                 December 23, 2015
                                                              Page 18 of 18

03:37PM   Investigator Brett Ridgedell discontinued surveillance and departed, en route to the New Orleans, Louisiana area.

## COMMENTS:

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Angela Lemelle
Case Manager

HR/AL: dnm
Enclosures: **None**

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1721



February 12, 2016


**LIBERTY MUTUAL DISABILITY**
100 LIBERTY WAY
DOVER, NH 03820


ADJ:                 Todd Youngberg
Insured:             Ochsner Clinic Foundation
Claim Number:        5458678


## Paige Crespo


Date of Loss:        April 11, 2015
Injury:              Cerebellar or Brain Stem Contusion
Authorization:       32 Hours
Status:              Final
Received:            January 19, 2016
Investigators:       Jennifer Brinkley
                     Dawn Manix
HUB Case:            1512000391.1
HUB Contact:         Heather Ross

### Confidentiality Notice

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

Crespo, Paige                                                                February 12, 2016
                                                                             Page 2 of 16

## NATURE OF ASSIGNMENT:

On January 19, 2016, HUB Enterprises received a reauthorization from the original authorization, dated December 7, 2015, requesting an additional 32 hours of surveillance to be conducted on the above-mentioned claimant over four days to include the dates of January 28, 2016 through January 31, 2016.

## PRE-SURVEILLANCE

We conducted pre-investigative research for information associated with the claimant; Paige Crespo and learned the following:

A person search utilizing the provided social security number confirmed the provided address to be the most current. The claimant's full name is Paige M. Crespo, 43 years old. The alias reported for the claimant is Paige Crespo, Paige Friday Crespo, Paige F. Crespo, Paige M Friday, Paige Friday, Paige Friday Crespo, Paige Michelle Friday, and Palge Crespo.

**Professional License:**

  Name: CRESPO, PAIGE M
  Gender: F
  License State: Tennessee
  License Number: 11621
  License Type: ADVANCED PRACTICE REGISTERED NURSE
  Profession/Board: NURSING
  License Status: ACTIVE
  Issue Date: Sep 13, 2005
  Expiration Date: Apr 30, 2010

  Name: FRIDAY, PAIGE M
  Gender: F
  License State: Tennessee
  License Number: 116508
  License Type: REGISTERED NURSE
  Profession/Board: NURSING
  License Status: ACTIVE
  Issue Date: Aug 07, 1997
  Expiration Date: Apr 30, 2010

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                February 12, 2016
                                                            Page 3 of 16

**All Vehicles Registered:**

An all vehicles registered search was conducted for records associated with the claimant. The following vehicle was located:

**2007 Toyota Sequoia**
Paige Crespo

09/2014–09/2016

A social networking site search was conducted for information associated with the claimant by utilizing the claimant's name variations; possible email address; address history; possible URL and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, LinkedIn, and YouTube.

We located a possible Facebook profile associated with the claimant. The profile name is Paige Friday Crespo. The profile photograph is of a female, believed to be the claimant. The "About" portion of the profile associated the claimant with Ochsner Medical Center. The profile settings provided limited access to recent status updates, timeline posts and photograph albums. The following photographs and information were located:



Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

February 12, 2016
Page 4 of 16



https://www.facebook.com/paige.crespo

We located a possible Mylife profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the city of New Orleans, Louisiana. The social profiles listed are verified to be associated with the claimant. The following information was located:



Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1725

Crespo, Paige                                                                                     February 12, 2016
                                                                                                 Page 5 of 16

https://www.mylife.com/Fname-Lname/paigefridaycrespo

We located a possible PIPL profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the cities of New Orleans, Louisiana, River Ridge, Louisiana, Jefferson, Louisiana, Cordova, Tennessee, Memphis, Tennessee, and Naples, Florida. The social profiles listed are verified to be associated with the claimant. The following information was located:



https://pipl.com/search/?t=ZjdkNmY1ODVhZTE0NGMyMjNkNjM2ZWYxOTU3ZjQwN2NiZ
WYwOWJkOTY4NWIyM2Y1&in=8&q=Paige+Crespo&sloc=&l=New+Orleans%2C+LA&ava
tar=avatar-1

An internet search was conducted by utilizing the claimant's name variations; possible email address; address history; possible URL and usernames; business or employment affiliation; and possible telephone numbers.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                    February 12, 2016
                                                                Page 6 of 16

We learned the claimant is associated with the business Paige Crespo, CRNA located at 1514 Jefferson Highway in New Orleans, Louisiana. The business is a medical facility. The claimant was reported to be the owner of the business. The following information was located:



http://www.healthgrades.com/provider/paige-crespo-xvrt4

We learned the claimant is associated with the business Crespo Friday Investments, LLC located at                                            . The business is an investment business. The claimant's role could not be identified. The following information was located:

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

February 12, 2016
Page 7 of 16



http://www.manta.com/c/mr526rv/crespo-friday-investments-llc

## SUMMARY OF INVESTIGATION:

During this investigation, **VIDEO** was obtained of the claimant standing, walking, entering and exiting a vehicle, operating a vehicle, traveling to a fitness center carrying a towel and water bottle, traveling to an art studio and returning to her residence When observed, the claimant appeared to use all parts normally, without the use of any visible medical devices. All investigative efforts have been discontinued at this time.

## VIDEO:

*The below links will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.*

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige

February 12, 2016
Page 8 of 16

### Thursday, January 28, 2016

- Total claimant **VIDEO** is approximately 47 seconds.

- **VIDEO** depicts the claimant walking, carrying multiple items, opening and closing vehicle doors, and entering a vehicle.

- The claimant appeared to utilize all body parts and operated a vehicle in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

### Friday, January 29, 2016

- Total claimant **VIDEO** is approximately 18 seconds.

- **VIDEO** depicts the claimant walking, carrying multiple items, opening and closing vehicle doors, and entering a vehicle.

- The claimant appeared to utilize all body parts and operated a vehicle in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

### Saturday, January 30, 2016

- No claimant video was obtained during this day of the investigation.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

**Monday, February 8, 2016**

- Total claimant **VIDEO** is approximately 28 seconds.

- **VIDEO** depicts the claimant walking, entering a vehicle and operating a vehicle.

- The claimant appeared to utilize all body parts and operated a vehicle in an unrestrictive manner, without the use of visible medical devices.

- **VIDEO** quality average.

- Area video was obtained depicting our surveillance position when the claimant was not observed.

## REPORT OF INVESTIGATION:

### DESCRIPTION OF CLAIMANT

The claimant can be described as a Caucasian female, approximately 5'7" in height, weighing approximately 130 pounds, with short, dark hair with highlights.

### DESCRIPTION OF THE RESIDENCE

The residence can be described as a white brick, double-level structure.

### DIRECTIONS TO THE RESIDENCE

- From the New Orleans, Louisiana area, travel Street.

- Turn

- Turn

- Turn

- Use t

- Use Aven

- Keep

- Cont

- Turn

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1730

Crespo, Paige                                                      February 12, 2016
                                                                  Page 10 of 16

- Turn
- Turn
- Cont
- Use t
- Turn
- Turn
- Turn
- Turn
- The

**<u>Thursday, January 28, 2016</u>**

Sunny and Cold-45

06:32AM  Investigator Jennifer Brinkley departed, en route to the claimant's provided address, located at                                    .

07:02AM  Upon arrival, the Investigator observed a blue Toyota Sequoia, bearing Louisiana license number          , registered to the claimant, present on the driveway. An exterior light was illuminated near the main entrance. No claimant activity was observed. Area video was obtained.

07:09AM  Indirect surveillance was established, with a view of one of two possible routes of departure. Area video was obtained.

07:30AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:34AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:46AM  The claimant departed as the sole occupant of the Toyota Sequoia. Mobile surveillance was established.

08:51AM  The claimant arrived at Sharks Fitness Center, located within Elmwood Shopping Center at 1200 South Clearview Parkway, Suite 1200, in New Orleans, Louisiana.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Liberty/Crespo 1731

08:53AM   The claimant exited the vehicle and partially obstructed, distant, intermittent **VIDEO** was obtained as she walked toward a private gated area of the business, carried a water bottle in her left hand, carried a towel in her right hand, and entered out of view. Direct surveillance was established, with a view of the claimant's vehicle. Please Note: The business was private and no admission to the general public was allowed without a membership.

09:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:03AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:07AM   The claimant walked into view from the business and partially obstructed **VIDEO** was obtained as she carried a pink water bottle in her left arm, crossed her arms in front of her chest, walked across the parking area toward her vehicle, opened the driver's side door with her left hand/arm, held the water bottle and a cellular telephone in her right hand, entered as the sole occupant and pulled the door closed. She departed shortly thereafter. Mobile surveillance was established.

10:27AM   The claimant arrived at Live Art Studio, located at 4207 Dumaine Street, in New Orleans, Louisiana. She exited the vehicle and walked out of view prior to video being obtained. Area video was obtained. Indirect surveillance was established with a view of the most likely route of departure. Please Note: The studio appeared to have a residence at the rear and the business did not appear to be open to the public at this time. There was a sign posted that displayed "By Appointment Only".

11:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:44PM   The claimant exited the business and entered her vehicle as the sole occupant. Area video was obtained. She departed moments later. Mobile surveillance resumed.

01:28PM   The claimant turned onto

Area video was obtained. The Investigator elected not to follow in an effort to

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                February 12, 2016
                                                            Page 12 of 16

maintain the integrity of the investigation. Indirect surveillance was established, with a view of one of two possible routes of departure.

02:00PM   The Investigator conducted a drive-by of the residence; however, no claimant activity and no apparent changes were observed. Area video was obtained.

02:30PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:02PM   Investigator Jennifer Brinkley discontinued surveillance and departed, en route to the New Orleans, Louisiana area. Area video was obtained prior to departure.

**Friday, January 29, 2016**

Sunny and Cool-51

07:27AM   Investigator Jennifer Brinkley departed the New Orleans, Louisiana area, en route to the claimant's residence, located at

07:57AM   Upon arrival, the Investigator observed the previously mentioned blue Toyota Sequoia, present on the driveway. An exterior light was illuminated near the main entrance of the residence. No claimant activity was observed. Area video was obtained.

08:02AM   Indirect surveillance was established, with a view of one of two possible routes of departure. Area video was obtained.

08:30AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:30AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:04AM   The claimant departed as the sole occupant of the Toyota Sequoia. Mobile surveillance was established.

10:10AM   The claimant arrived at Sharks Fitness Center, located in the Elmwood Shopping Center at 1200 South Clearview Parkway, Suite 1200, in New Orleans, Louisiana. She was observed exiting the vehicle and entering the business out of view prior to

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                                    February 12, 2016
                                                                                 Page 13 of 16

video being obtained. Direct surveillance was established, with a view of the business and the claimant's vehicle. Area video was obtained.

10:30AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:31AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:22PM   The claimant walked into view from the side, gated area, of the business. **VIDEO** was obtained as she carried a pink water bottle in her left arm, carried a cellular telephone in her left hand, walked across the parking area toward her vehicle, opened the driver's door with her right hand/arm, entered as the sole occupant, and closed the driver's door. Mobile surveillance was established. Moments later she departed, stopped briefly at the exit, appeared to observe her surroundings, and traveled into a busy shopping area where she traveled along several rows of parked vehicles, turned around and departed onto the main roadway. Loose mobile surveillance was established. The Investigator was unable to maintain visual contact with the claimant's vehicle. The Investigator canvased for the claimant's vehicle; however was unable to locate the vehicle. The Investigator departed, en route to the claimant's address.

12:51PM   Upon returning to the residence, the Investigator conducted a drive-by of the residence and observed the claimant's vehicle present on the driveway. No claimant activity was observed. Area video was obtained.

12:54PM   Indirect surveillance was established, with a view of one of two possible routes of departure. Area video was obtained.

01:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:02PM   The Investigator conducted a drive-by of the residence; however, no claimant activity and no apparent changes were observed. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                        February 12, 2016
                                                                    Page 14 of 16

03:30PM   Surveillance was maintained; however, no claimant activity was observed. Area video
          was obtained.

04:01PM   Investigator Jennifer Brinkley discontinued surveillance and departed, en route to the
          New Orleans, Louisiana area. Area video was obtained prior to departure.

**Saturday, January 30, 2016**

Sunny and Mild-65

06:34AM   Investigator Jennifer Brinkley departed the New Orleans, Louisiana area, en route to
          the claimant's residence, located at                                          .

07:04AM   Upon arrival, the Investigator observed the previously mentioned blue Toyota
          Sequoia present on the driveway. An exterior light was illuminated near the main
          entrance. No claimant activity was observed. Area video was obtained.

07:09AM   Indirect surveillance was established, with a view of one of two possible routes of
          departure. Area video was obtained.

07:32AM   Surveillance was maintained; however, no claimant activity was observed. Area video
          was obtained.

08:26AM   Surveillance was maintained; however, no claimant activity was observed. Area video
          was obtained.

08:29AM   The claimant traveled into view as the sole occupant of the Toyota Sequoia, and sat at
          the green traffic signal across the roadway from the surveillance vehicle. She
          appeared to observe the surveillance vehicle. The Investigator departed the immediate
          area and the claimant was observed to follow the surveillance vehicle for
          approximately two blocks prior to turning out of view.

08:31AM   Investigator Jennifer Brinkley discontinued surveillance and departed, en route to the
          New Orleans, Area.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003;
Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York
11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                        February 12, 2016
                                                                    Page 15 of 16

### **Monday, February 8, 2016**

Scattered Clouds-61

07:29AM   Investigator Dawn Manix departed the New Orleans, Louisiana area, en route to the claimant's residence, located at                                    .

07:59AM   Upon arrival, the Investigator observed the previously mentioned blue Toyota Sequoia, present on the driveway, and a white Lexus sedan, present curbside in front of the residence. No claimant activity was observed. Area video was obtained. Distant direct surveillance was established, with a view of the residence and vehicles.

09:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:02AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:15AM   The claimant departed as the driver of the Toyota sedan, stopped along the roadway, exited the vehicle wearing shorts and a pink shirt, and sprinted toward the residence out of view prior to video being obtained. Area video was obtained of the claimant's vehicle with the driver's side door open.

10:16AM   The claimant returned into view and **VIDEO** was obtained as she walked along the driveway toward the vehicle, and entered as the sole occupant. She departed moments later. Mobile surveillance was established. The claimant appeared to be very aware of her surroundings and traveled out of the neighborhood in a quick manner.

10:25AM   Obstructed mobile **VIDEO** was obtained as the claimant traveled along Airline Highway. Mobile surveillance continued.

10:31AM   Obstructed mobile **VIDEO** was obtained as the claimant traveled along multiple roadways in a random manner. Mobile surveillance continued.

10:35AM   The Investigator observed the claimant arrive and park in the driveway of a private residence and remained seated within the vehicle. Area video was obtained.

10:41AM   The Investigator observed the claimant departing the area quickly. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838

Crespo, Paige                                                    February 12, 2016
                                                                 Page 16 of 16

10:46PM   Investigator Dawn Manix discontinued surveillance and departed, en route to the New

          Orleans, Louisiana area.


## COMMENTS:

All investigative efforts have been discontinued, pending further instructions from the Client.


Should you have any questions, or wish to further discuss this matter, please feel free to contact

me. We appreciate this opportunity to be of service to you.


Heather Ross

Client Relations


Angela Lemelle

Case Manager


HR/AL: dnm

Enclosures: **None**


Provided are license numbers as mandated by State Regulations: Arizona 1003020; California PI23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010014156; Montana 7576; New York 11000118203; Texas C05635; Utah P100727; Virginia 113838


Liberty/Crespo 1737