**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**PAIGE F. CRESPO,**                              **CIVIL ACTION NO.**

            **Plaintiff,**            **2:20-CV-00791-ILRL-KWR**

**V.**                                            **JUDGE IVAN L.R. LEMELLE**

**LIBERTY LIFE ASSURANCE COMPANY**    **MAGISTRATE JUDGE**
**OF BOSTON**                         **KAREN WELLS ROBY**

            **Defendant.**

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Paige F. Crespo and Defendant Liberty Life Assurance Company of Boston n/k/a Lincoln Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will file a Stipulation of Dismissal with the Court to dismiss this case with prejudice upon the closing of the settlement.

Respectfully submitted this 14th day of January 2021.

Respectfully submitted,

/s/ *Reagan L. Toledano*
Reagan L. Toledano (La. 29687)
James F. Willeford (La. 13485)
**WILLEFORD & TOLEDANO**
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Ph: (504) 582-1286; Fax: (313)692-5927
rtoledano@willlefordlaw.com

**COUNSEL FOR PLAINTIFF**

1

**AND**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

- And -

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
Email:  lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 14, 2021, the above and foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers

2